## CERTIFICATION OF PLAINTIFF
## PURSUANT TO THE FEDERAL SECURITIES LAWS

Pedro Ramirez, Jr., hereby certifies under penalties of perjury that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed the attached Class Action Complaint For Violations of the Federal Securities Laws and have authorized counsel to file the complaint.

2. I did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this private action.

3. I am willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. To the best of my knowledge, the transactions in the stock of Exxon Mobil Corp that I executed in the applicable period are set forth in Exhibit A attached hereto.

5. I have sought to serve as a class representative in the following cases brought under a provision of the federal securities laws within the last three years: Remirez v. Hertz Global Holdings, Inc., Docket No. 2:13-cv-07050 (D.N.J.)

6. I will not accept any payment for serving as class representative on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

Dated: October 26, 2016

_____
Pedro Ramirez, Jr.

## Exhibit A

| Date | Transaction Type | Units | Price | Total | Unit Balance | Status |
|---|---|---|---|---|---|---|
| 9/13/2016 | Sell Exchange | -113.000 | $85.33 | ($9,642.06) | 0.000 | Complete |
| 9/9/2016 | Dividend to Cash | 0.000 | $0.00 | $108.75 | 113.000 | Complete |
| 8/10/2016 | Sell Exchange | -32.000 | $86.30 | ($2,761.57) | 0.000 | Complete |
| 6/14/2016 | Buy Exchange | 41.000 | $90.19 | $3,697.75 | 0.000 | Complete |
| 6/10/2016 | Dividend to Cash | 0.000 | $0.00 | $78.00 | 104.000 | Complete |
| 5/9/2016 | Buy Exchange | 104.000 | $88.48 | $9,201.94 | 0.000 | Complete |
| | Totals: | 0.000 | | $682.81 | | |