UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>EXXON MOBIL COPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and JEFFERY J. WOODBURY,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:16-CV-3111-L<br>§<br>§<br>§<br>§<br>§ |

**DEFENDANTS' CERTIFICATE OF INTERESTED PERSONS AND DISCLOSURE STATEMENT**

Defendants Exxon Mobil Corporation ("ExxonMobil"), Rex W. Tillerson, Andrew P. Swiger, and Jeffery J. Woodbury (collectively, "Defendants") file this Certificate of Interested Persons and Disclosure Statement and would show as follows:

**Certificate of Interested Persons**

Pursuant to Local Rules 7.4 and 81.2, Defendants certify that the following is a list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:

1. Exxon Mobil Corporation

2. Rex W. Tillerson

3. Andrew P. Swiger

4. Jeffrey J. Woodbury

5. Pedro Ramierz, Jr.

## Disclosure Statement

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, ExxonMobil states that it has no parent corporation and no publicly held corporation owns 10% or more of ExxonMobil's stock.

Dated: November 9, 2016

| | |
|---|---|
| /s/ Theodore V. Wells, Jr. | /s/ Nina Cortell |
| Theodore V. Wells, Jr. | Nina Cortell |
| *pro hac vice* forthcoming | State Bar No. 04844500 |
| twells@paulweiss.com | nina.cortell@haynesboone.com |
| Daniel J. Kramer | HAYNES & BOONE, LLP |
| *pro hac vice* forthcoming | 2323 Victory Avenue |
| dkramer@paulweiss.com | Suite 700 |
| Daniel J. Toal | Dallas, TX 75219 |
| *pro hac vice* forthcoming | (214) 651-5579 |
| dtoal@paulweiss.com | Fax: (214) 200-0411 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP | |
| 1285 Avenue of the Americas | /s/ Ralph H. Duggins |
| New York, NY  10019-6064 | Ralph H. Duggins |
| (212) 373-3000 | State Bar No. 06183700 |
| Fax: (212) 757-3990 | rduggins@canteyhanger.com |
| | CANTEY HANGER LLP |
| | 600 West 6th Street, Suite 300 |
| | Fort Worth, TX 76102 |
| | (817) 877-2800 |
| | Fax: (817) 877-2807 |

*Counsel for Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and Jeffery J. Woodbury*

## CERTIFICATE OF SERVICE

This is to certify that on this 9th day of November 2016, a true and correct copy of the foregoing document was filed electronically via the CM/ECF system, which gave notice to all counsel of record pursuant to Local Rule 5.1(d).

/s/ Nina Cortell
Nina Cortell
