UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> *Plaintiff*, <br><br> v. <br><br> EXXON MOBIL COPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and JEFFERY J. WOODBURY, <br><br> *Defendants*. | § § § § § § § § § § § § § | Civil Action No. 3:16-CV-3111-L |

**DEFENDANTS' JOINDER IN NOTICE OF RELATED CASE**

Subject to and without waiving any of their defenses, Defendants hereby join Plaintiff's Notice of Related Case, filed November 7, 2016. *See* D.E. 2.

Pursuant to Local Rule 3.3(b)(3) of the Northern District of Texas, a "related case" is defined as "any civil action" that "arises from a common nucleus of operative fact with the case being filed or removed." Defendants agree with Plaintiffs that this lawsuit is related to *Exxon Mobil Corporation v. Maura Tracy Healy*, Civil Action No. 4:16-CV-00469-K, which is currently pending before the Honorable Ed Kinkeade. Both lawsuits assert claims based on the conduct of Exxon Mobil Corporation and allegations relating to global warming and climate change. Accordingly, Defendants join Plaintiff's Notice of Related Case and respectfully request that this case be reassigned to Judge Kinkeade.

Respectfully Submitted,

| | |
|---|---|
| /s/ Theodore V. Wells, Jr. | /s/ Nina Cortell |
| Theodore V. Wells, Jr. | Nina Cortell |
| *pro hac vice* forthcoming | State Bar No. 04844500 |
| twells@paulweiss.com | nina.cortell@haynesboone.com |
| Daniel J. Kramer | HAYNES & BOONE, LLP |
| *pro hac vice* forthcoming | 2323 Victory Avenue |
| dkramer@paulweiss.com | Suite 700 |
| Daniel J. Toal | Dallas, TX 75219 |
| *pro hac vice* forthcoming | (214) 651-5579 |
| dtoal@paulweiss.com | Fax: (214) 200-0411 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP | |
| 1285 Avenue of the Americas | /s/ Ralph H. Duggins |
| New York, NY 10019-6064 | Ralph H. Duggins |
| (212) 373-3000 | State Bar No. 06183700 |
| Fax: (212) 757-3990 | rduggins@canteyhanger.com |
| | CANTEY HANGER LLP |
| | 600 West 6th Street, Suite 300 |
| | Fort Worth, TX 76102 |
| | (817) 877-2800 |
| | Fax: (817) 877-2807 |

*Counsel for Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and Jeffery J. Woodbury*

## CERTIFICATE OF SERVICE

    This is to certify that on this 9th day of November 2016, a true and correct copy of the foregoing document was filed electronically via the CM/ECF system, which gave notice to all counsel of record pursuant to Local Rule 5.1(d).

                                  /s/ Nina Cortell  
                                  Nina Cortell