# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **PEDRO RAMIREZ, JR.,** individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:16-CV-3111-L** |
| **EXXON MOBIL CORPORATION; REX W. TILLERSON; ANDREW P. SWIGER; and JEFFREY J. WOODBURY,** | § § § § § § | |
| Defendants. | § § | |

## ORDER

This case is hereby **transferred** to the docket of the Honorable United States District Judge **Ed Kinkeade.** This action shall henceforth carry the suffix letter "K." All future pleadings and other papers shall henceforth be filed under Civil Action No. 3:16-CV-3111-K.

**It is so ordered** this 7th day of December, 2016.

Sam A. Lindsay
United States District Judge

Order - Solo Page