IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated<br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER and JEFFREY J. WOODBURY<br><br>Defendants. | Case No. 3:16-cv-3111-K |

## STIPULATION AND PROPOSED ORDER

WHEREAS, on November 7, 2016, Pedro Ramirez, Jr., the plaintiff ("Plaintiff") in this action (the "Action"), filed a class action complaint (the "Complaint") asserting claims against Defendant Exxon Mobil Corporation ("ExxonMobil"), and Defendants Rex W. Tillerson, Andrew P. Swiger, and Jeffrey J. Woodbury (collectively, the "Individual Defendants") pursuant to Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act") and SEC Rule 10b-5:

WHEREAS, the Complaint in this Action is governed by the provisions of the Private Securities Litigation Reform Act (the "PSLRA"), which provides for a specific process for the appointment of lead plaintiff(s) and lead counsel to represent the putative class;

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for Plaintiff and the attorneys for ExxonMobil and the Individual Defendants, as follows:

1. Undersigned counsel for ExxonMobil and the Individual Defendants are authorized to accept, and hereby do accept, service of the summons and Complaint on behalf of

ExxonMobil and the Individual Defendants, without prejudice and without waiver of any of ExxonMobil's and/or the Individual Defendants' defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process. By entering into this Stipulation, Plaintiff shall not waive, and expressly preserves, all rights, claims and defenses.

2. Prior to the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), ExxonMobil and the Individual Defendants shall not be required to answer, move, or otherwise respond to, and are hereby expressly relieved from answering, moving, or otherwise responding to, the Complaint subject to the provisions of paragraph 3 below.

3. Within 15 days after the entry of an order appointing, pursuant to the PSLRA, lead plaintiff(s) and lead counsel in the Action (or a consolidated action encompassing the Action), lead plaintiff(s), ExxonMobil, and the Individual Defendants shall confer and propose to this Court dates by which: (1) lead plaintiff(s) shall either (a) serve and file a consolidated class action complaint, which shall serve as the operative complaint in the Action and shall supersede all other complaints filed in and/or transferred to this Court, or (b) notify counsel for ExxonMobil and the Individual Defendants that the original Complaint filed by lead plaintiff(s) will be the operative complaint in the Action; and (2) ExxonMobil and the Individual Defendants shall move, answer, or otherwise respond to the operative complaint, except that ExxonMobil and the Individual Defendants shall not be required to move, answer, or otherwise respond to the operative complaint earlier than 60 days from the date proposed by the parties in connection with the matters identified in subsection (1) of this paragraph 3.

4. There have been no requests for an extension of time in this matter.

Dated:  December 19, 2016

        **KENDALL LAW GROUP, PLLC**

           By: */s/ Joe Kendall*
           Joe Kendall
           State Bar No. 11260700
           jkendall@kendalllawgroup.com
           Jamie McKey
           jmckey@kendalllawgroup.com
           3232 McKinney, Suite 700
           Dallas, Texas 75204
           (214) 744-3000
           Fax: (214) 744-3015

        **ROBBINS GELLER RUDMAN & DOWD LLP**

           Samuel H. Rudman
           srudman@rgrdlaw.com
           Mary K Blasy
           mblasy@rgrdlaw.com
           58 South Service Road, Suite 200
           Melville, NY 11747
           (631) 367-7100
           Fax: (631) 367-1173


           Patrick J. Coughlin
           patc@rgrdlaw.com
           Nathan R. Lindell
           nlindell@rgrdlaw.com
           655 West Broadway, Suite 1900
           San Diego, CA 92101
           (619) 231-1058
           Fax: (619) 231-7423

           John C. Herman
           jherman@rgrdlaw.com
           Monarch Centre, Suite 1650
           3424 Peachtree Road, N.E.
           Atlanta, GA 30326
           (404) 504-6500
           Fax:  (404) 504-6501

*Counsel for Plaintiff Pedro Ramirez, Jr.*

Dated:  December 19, 2016

        **BALON B. BRADLEY LAW FIRM**

            Balon B. Bradley
            State Bar No. 02821700
            balon@bbradleylaw.com
            5473 Blair Road, Suite 100
            Dallas, TX 75231
            (972) 991-1582
            Fax: (972) 755-0424

        **ABRAHAM, FRUCHTER & TWERSKY, LLP**

            Jeffrey S. Abraham
            jabraham@aftlaw.com
            One Penn Plaza, Suite 2805
            New York, NY 10119
            (212) 279-5050
            Fax: (212) 279-3655

*Counsel for Plaintiff Pedro Ramirez, Jr.*

Dated: December 19, 2016

        **PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP**

        By: */s/ Daniel J. Kramer*
        Theodore V. Wells, Jr.*
        twells@paulweiss.com
        Daniel J. Kramer*
        dkramer@paulweiss.com
        Daniel J. Toal*
        dtoal@paulweiss.com
        Gregory F. Laufer*
        glaufer@paulweiss.com
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212) 373-3000
        Fax: (212) 757-3990

**HAYNES & BOONE, LLP**

        By: */s/ Nina Cortell*
        Nina Cortell
        State Bar No. 04844500
        nina.cortell@haynesboone.com
        Daniel H. Gold
        State Bar No. 24053230
        daniel.gold@haynesboone.com
        2323 Victory Avenue, Suite 700
        Dallas, TX 75219
        (214) 651-5000
        Fax: (214) 651-5940

        * *pro hac vice* application forthcoming

*Counsel for Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and Jeffrey J. Woodbury*

        SO ORDERED:

_____        _____
Dated        UNITED STATES DISTRICT JUDGE