UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-03111-K<br><br><u>CLASS ACTION</u> |

**GREATER PENNSYLVANIA CARPENTERS PENSION FUND'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND FOR APPROVAL OF SELECTION OF LEAD COUNSEL**

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Greater Pennsylvania Carpenters Pension Fund (the "Pension Fund") will and hereby does move this Court on a date and at such time as may be designated by the Court, for an order: (i) appointing the Pension Fund as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4; and (ii) approving the Pension Fund's selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the class.[1] In support of this Motion, the Pension Fund submits the accompanying Memorandum of Law, an Appendix of Exhibits and a [Proposed] Order.

DATED: January 6, 2017

KENDALL LAW GROUP, LLP
JOE KENDALL (Texas Bar No. 11260700)
JAMIE J. McKEY (Texas Bar No. 24045262)

s/ JOE KENDALL
JOE KENDALL

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
5473 Blair Road, Suite 100
Dallas, TX 75231
Telephone: 972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

---

[1] Civil Local Rule 7.1.a. requires motions to be accompanied by a Certificate of Conference indicating that the attorney for the moving party has conferred with the attorneys for each party affected by the requested relief to determine whether the motion is opposed. Civil Local Rule 7.1.b.3. mandates that, if a conference is not held, the certificate explain why it was not possible to confer. The Pension Fund respectfully submits that it is not possible to confer here because the Pension Fund cannot ascertain the identity of the parties moving for appointment as lead plaintiff until after all such motions have been filed. *See* 15 U.S.C. §78u-4(a)(3) (allowing any class member to file a lead plaintiff motion within 60 days of publication of early notice). Under these circumstances, the Pension Fund respectfully requests that the conferral requirement of Local Rule 7.1.a. be waived for the limited purposes of this Motion.

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
NATHAN R. LINDELL
TRICIA L. McCORMICK
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
nlindell@rgrdlaw.com
triciam@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Centre, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
pjones@rgrdlaw.com

[Proposed] Lead Counsel for Plaintiff