UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>Defendants. | Civil Action No. 3:16-cv-03111-K<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING GREATER PENNSYLVANIA CARPENTERS PENSION FUND AS LEAD PLAINTIFF AND APPROVING ITS SELECTION OF LEAD COUNSEL**

Having considered Greater Pennsylvania Carpenters Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Greater Pennsylvania Carpenters Pension Fund is appointed as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED:                                    _____
                                          THE HONORABLE ED KINKEADE
                                          UNITED STATES DISTRICT COURT JUDGE