**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., | § | |
| Individually and on Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3111-K |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## <u>ORDER</u>

Before the Court is Greater Pennsylvania Carpenters Pension Fund's Motion for Appointment as Lead Plaintiff and for Approval of Selection of Lead Counsel (Doc. No. 25). After consideration, the Court **GRANTS** the motion. This is the only motion for lead plaintiff status in this case. Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), Greater Pennsylvania Carpenters Pension Fund is appointed as Lead Plaintiff, and pursuant to 15 U.S.C.

1

§78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP, Joe Kendall of Kendall Law Group LLP, and Balon Bradley of Balon B. Bradley Law Firm are approved as Lead Counsel for the class.

**SO ORDERED.**

Signed May 3rd, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

2