UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> EXXON MOBIL CORPORATION, et al., <br><br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § <br> § |

Civil Action No. 3:16-cv-03111-K

<u>CLASS ACTION</u>

**JOINT STIPULATION AND ORDER REGARDING
THE SCHEDULE FOR THE CONSOLIDATED COMPLAINT
AND DEFENDANTS' RESPONSE THERETO**

Before the Court is the Joint Stipulation, by and between the undersigned, as attorneys of record for Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund ("Lead Plaintiff") and Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger and Jeffrey J. Woodbury (collectively, "Defendants"), as follows:

1.      Lead Plaintiff shall file a consolidated complaint (the "Complaint") on or before July 26, 2017;

2.      Defendants shall answer, move against, or otherwise respond to the Complaint on or before September 26, 2017;

3.      In the event Defendants move to dismiss the Complaint, Lead Plaintiff shall file its opposition to such motion on or before November 21, 2017;

1267094_1

4.     In the event Defendants move to dismiss the Complaint, Defendants shall file their reply in further support of such motion on or before December 21, 2017.

5.     Until such time as the Court rules on the Defendants' anticipated motion to dismiss, there appears to be no further reason at this time to maintain the file as open for statistical purposes.  The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party or the Court may initiate such further proceedings in the same manner as if this Order had not been entered.

SO ORDERED.

Signed June 6, 2017.

Ed Kinkeade
_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

IT IS SO STIPULATED.

DATED:  May 19, 2017

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)
JAMIE J. McKEY (Texas Bar No. 24045262)


_____
s/ JOE KENDALL
JOE KENDALL

3232 McKinney Avenue, Suite 700
Dallas, TX  75204
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
5473 Blair Road, Suite 100
Dallas, TX  75231
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
NATHAN R. LINDELL
SARA B. POLYCHRON
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA  30326
Telephone:  404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
pjones@rgrdlaw.com

Lead Counsel for Plaintiff

DATED:  May 19, 2017

PAUL, WEISS, RIFKIND, WHARTON &
    GARRISON, LLP
THEODORE V. WELLS, JR.
DANIEL J. KRAMER
DANIEL J. TOAL
GREGORY F. LAUFER


                    s/DANIEL J. KRAMER
                    DANIEL J. KRAMER

1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
dtoal@paulweiss.com
glaufer@paulweiss.com

HAYNES & BOONE, LLP
NINA CORTELL (Texas Bar No.
04844500)
DANIEL H. GOLD (Texas Bar No.
24053230)
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:  214/651-5000
214/651-5940 (fax)
nina.cortell@haynesboone.com
daniel.gold@haynesboone.com

Counsel for Defendants Exxon Mobil
Corporation, Andrew P. Swiger and Jeffrey J.
Woodbury

DATED:  May 19, 2017

SQUIRE PATTON BOGGS
D. PATRICK LONG (Texas Bar No.
12515500)


                    s/ D. PATRICK LONG
                    D. PATRICK LONG

2000 McKinney Ave., Suite 1700
Dallas, TX  75201
Telephone: 214/758-1505
Fax: 214/758-1550
patrick.long@squirepb.com

Counsel for Defendant Rex W. Tillerson