UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:16-cv-03111-K |
| | § § | <u>CLASS ACTION</u> |
| Plaintiff, | § § | |
| vs. | § § | |
| EXXON MOBIL CORPORATION, et al., | § § | |
| Defendants. | § § § | |

**JOINT STIPULATION AND [PROPOSED] ORDER**

1295717_1

WHEREAS, on June 6, 2017, the Court entered a Joint Stipulation and Order Regarding the Schedule for the Consolidated Complaint and Defendants' Response Thereto (the "Scheduling Order");

WHEREAS, pursuant to the Scheduling Order, Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund ("Lead Plaintiff") filed a consolidated complaint (the "Complaint") on July 26, 2017;

WHEREAS, the Complaint added David S. Rosenthal ("Rosenthal") as a Defendant; and

WHEREAS, on July 27, 2017, the Court issued a summons (the "Summons") as to Defendant Rosenthal.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, as attorneys of record for Lead Plaintiff and Defendant Rosenthal, as follows:

1. The undersigned counsel for Defendant Rosenthal are authorized to accept, and hereby do accept, service of the Summons and Complaint on behalf of Defendant Rosenthal, without prejudice and without waiver of any of Defendant Rosenthal's defenses, objections or arguments in this matter or any other matter, except as to sufficiency of service of process;

2. Defendant Rosenthal's response to the Complaint and any opposition or reply filed in connection with such response shall be governed by the terms of the Scheduling Order; and

3. Lead Plaintiff and Defendant Rosenthal expressly reserve the right to seek additional adjournments or extensions of the deadlines set forth in the Scheduling Order.

IT IS SO STIPULATED.

DATED:  August 10, 2017         KENDALL LAW GROUP, PLLC
                                JOE KENDALL (Texas Bar No. 11260700)
                                JAMIE J. McKEY (Texas Bar No. 24045262)

                                          s/ JOE KENDALL
                                          JOE KENDALL

3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com
jmckey@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
5473 Blair Road, Suite 100
Dallas, TX 75231
Telephone: 972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

ROBBINS GELLER RUDMAN
  & DOWD LLP
SCOTT H. SAHAM
NATHAN R. LINDELL
SARA B. POLYCHRON
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JOHN C. HERMAN
PETER M. JONES
Monarch Tower, Suite 1650
3424 Peachtree Road, N.E.
Atlanta, GA 30326
Telephone: 404/504-6500
404/504-6501 (fax)
jherman@rgrdlaw.com
pjones@rgrdlaw.com

Lead Counsel for the Class

| | |
|---|---|
| DATED: August 10, 2017 | PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>THEODORE V. WELLS, JR.<br>DANIEL J. KRAMER<br>DANIEL J. TOAL<br>GREGORY F. LAUFER |

                    s/ DANIEL J. KRAMER
               DANIEL J. KRAMER

1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: 212/373-3000
Fax: 212/757-3990
twells@paulweiss.com
dkramer@paulweiss.com
dtoal@paulweiss.com
glaufer@paulweiss.com

HAYNES & BOONE, LLP
NINA CORTELL (Texas Bar No. 04844500)
DANIEL H. GOLD (Texas Bar No. 24053230)
2323 Victory Avenue, Suite 700
Dallas, TX  75219
Telephone:  214/651-5000
214/651-5940 (fax)
nina.cortell@haynesboone.com
daniel.gold@haynesboone.com

Counsel for Defendants Exxon Mobil Corporation, Andrew P. Swiger, Jeffrey J. Woodbury and David S. Rosenthal

\*     \*     \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____   _____
                                                                    THE HONORABLE ED KINKEADE
                                                                    UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2017, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 10, 2017.

s/ JOE KENDALL
JOE KENDALL

KENDALL LAW GROUP, PLLC
3232 McKinney Avenue, Suite 700
Dallas, TX 75204
Telephone: 214/744-3000
214/744-3015 (fax)

jkendall@kendalllawgroup.com

1295717_1

# Mailing Information for a Case 3:16-cv-03111-K Ramirez v. Exxon Mobil Corporation et al

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Balon B Bradley**
  balon@bbradleylaw.com,balonbb@aol.com,iasanchez@bbradleylaw.com,anneh@bbradleylaw.com

- **Nina Cortell**
  nina.cortell@haynesboone.com,denise.stilz@haynesboone.com,robin.hart@haynesboone.com,kelly.hess@haynesboone.com

- **Patrick Coughlin**
  patc@rgrdlaw.com

- **Ralph H Duggins**
  rduggins@canteyhanger.com,adrake@canteyhanger.com

- **Daniel H Gold**
  daniel.gold@haynesboone.com,elaine.hadaway@haynesboone.com

- **John C Herman**
  jherman@rgrdlaw.com,smeister@rgrdlaw.com

- **Jonathan Hurwitz**
  jhurwitz@paulweiss.com,mao_fednational@paulweiss.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Daniel Kramer**
  DKramer@paulweiss.com,mao_fednational@paulweiss.com

- **Gregory F Laufer**
  GLaufer@paulweiss.com,jgoldstein@paulweiss.com,BTannenbaum@paulweiss.com,mao_fednational@paulweiss.com,MStachel@paulweiss.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com,jillk@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **D Patrick Long**
  patrick.long@squirepb.com,dawn.furcht@squirepb.com,annie.purcell@squirepb.com,docketingrequest@squirepb.com

- **Jamie Jean McKey**
  jmckey@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Sara Bierl Polychron**
  spolychron@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Toal**
  DToal@paulweiss.com,dangelatos@paulweiss.com,mao_fednational@paulweiss.com

- **Theodore V. Wells**
  twells@paulweiss.com,mao_fednational@paulweiss.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)