# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., | § | |
| Individually and on Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3111-K |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| *et. al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion to Direct Lead Plaintiff to Publish New Notice Under the PSLRA to New Proposed Class and Brief in Support (Doc. No. 39). After considering the motion, the response, and the reply, the Court **DENIES** Defendants' Motion to Direct Lead Plaintiff to Publish New Notice Under the PSLRA to New Proposed Class.

**SO ORDERED.**

Signed November 6th, 2017.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE