IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-3111-K |
| EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Motion for Reconsideration of Order Partially Denying Motion to Dismiss or, Alternatively, to Certify for 28 U.S.C. § 1292(b) Interlocutory Appeal and Brief in Support (Doc. No. 69). After carefully considering the motion, response, reply, record, and applicable law, the Court **DENIES** Defendants' motion for reconsideration.

The Court further **DENIES** Defendants' motion for the Court to certify the order partially denying the motion to dismiss for interlocutory appeal under 28 U.S.C. § 1292(b) (2012).

**SO ORDERED.**

Signed November 5th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE