IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:16-CV-3111-K |
| EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL, | § § § § § § | |
| Defendants. | § | |

## ORDER

Before the Court is the Stipulation and [Proposed] Order Modifying Class Certification Scheduling Order (Doc. No. 84). The Court **ORDERS** the following amendments to its Class Certification Scheduling Order issued September 17, 2018 (Doc. No. 71):

1. On or before December 21, 2018, Lead Plaintiff shall file its motion for class certification, along with any supporting papers and an expert report opining on (i) the efficiency of the market for the common stock of Exxon Mobil Corporation, and (ii) whether damages are measurable on a class-wide basis under §10(b) of the Securities Exchange Act of 1934;

2. On or before February 1, 2019, Defendants shall serve on Lead Plaintiff any expert reports in opposition to Lead Plaintiff's motion for class certification;

3.     On or before March 1, 2019, Lead Plaintiff shall serve on Defendants any rebuttal expert reports in support of Lead Plaintiff's motion for class certification;

4.     All depositions of class certification experts shall be taken between March 2, 2019 and March 29, 2019, with each expert being required to sit for no more than one deposition. Any other necessary class certification depositions shall likewise be completed by March 29, 2019 (except for any depositions subject to a motion to compel/for protective order pending on this date);

5.     On or before April 19, 2019, Defendants shall file: (i) their opposition to Lead Plaintiff's motion for class certification, along with any supporting papers and copies of the expert reports previously served on Lead Plaintiff; and (ii) any *Daubert* motions regarding Lead Plaintiff's class certification experts, along with any supporting papers;

6.     On or before May 24, 2019, Lead Plaintiff shall file: (i) its reply in further support of Lead Plaintiff's motion for class certification, along with any supporting papers and copies of the rebuttal expert reports previously served on Defendants; (ii) any *Daubert* motions regarding Defendants' class certification experts, along with any supporting papers; and (iii) oppositions to any *Daubert* motions regarding Lead Plaintiff's class certification experts, along with any supporting papers;

7.     On or before June 14, 2019, Defendants shall file: (i) replies in support of any *Daubert* motions regarding Lead Plaintiff's class certification experts, along with

any supporting papers; and (ii) oppositions to any *Daubert* motions regarding Defendants' class certification experts, along with any supporting papers;

8. On or before June 28, 2019, Lead Plaintiff shall file replies in support of any *Daubert* motions regarding Defendants' class certification experts, along with any supporting papers; and

9. Any other deadlines or terms of the Class Certification Scheduling Order that are not specifically addressed herein shall remain in effect.

**SO ORDERED.**

Signed December 14th, 2018.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE