IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, AND DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-3111-K |

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

| Ex. | Description | App. Page(s) |
|---|---|---|
| A | Declaration of Jonathan H. Hurwitz | App. 1 – App. 5 |
| 1. | Document produced by Foundry Partners, LLC (FOUNDRY_RAM00000066) **(filed under seal)** | App. 6 – App. 7 |
| 2. | Exxon Mobil Corporation's Excerpted Form 10-K for the fiscal year ended December 31, 2017, filed with the SEC on February 28, 2018 | App. 8 – App. 14 |
| 3. | "ExxonMobil under Investigation over Claims it Lied about Climate Change Risks," November 5, 2015, by *The Guardian* | App. 15 – App. 18 |
| 4. | "ExxonMobil under Investigation over Claims it Lied about Climate Change Risks; New York Attorney General Subpoenas Exxon and Peabody Energy, Two Giants of the Fossil Fuel Industry, over Claims They Misled the Public and Investors," November 9, 2015, by *The Guardian* | App. 19 – App. 22 |
| 5. | "California to Investigate Whether Exxon Mobil Lied about Climate-Change Risks," January 20, 2016, by *The Los Angeles Times* | App. 23 – App. 27 |
| 6. | Exxon Mobil Corporation's Current Report (Form 8-K), filed with the U.S. Securities and Exchange Commission on July 29, 2016 | App. 28 – App. 47 |
| 7. | Lead Plaintiff's Supplemental Response and Objections to Interrogatory No. 6 of Defendants' First Set of Interrogatories on the Issue of Class Certification, served on December 26, 2018 | App. 48 – App. 56 |
| 8. | Lead Plaintiff's Verification of Lead Plaintiff's Supplemental Response and Objections to Interrogatory No. 6, dated February 6, 2018 | App. 57 – App. 59 |
| 9. | "California to Investigate Whether Exxon Mobil Lied about Climate-Change Risks," August 9, 2016, by *The Washington Post* | App. 60 – App. 64 |
| 10. | Transcript of Exxon Mobil Corporation's Earnings Call on January 31, 2017 | App. 65 – App. 95 |
| 11. | Expert Report of Allen Ferrell, Ph.D. dated February 1, 2019 | App. 96 – App. 185 |

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITITION
TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

| Ex. | Description | App. Page(s) |
|---|---|---|
| 12. | Expert Rebuttal Report of Frank C. Torchio dated March 1, 2019 **(filed under seal)** | App. 186 – App. 268 |
| 13. | Transcript of March 22, 2019 deposition of Allen Ferrell, Ph.D. **(filed under seal)** | App. 269 – App. 358 |
| 14. | Transcript of March 20, 2019 deposition of Frank C. Torchio **(filed under seal)** | App. 359 – App. 486 |
| 15. | Exxon Mobil Corporation's Excerpted Form 10-K for the fiscal year ended December 31, 2015, filed with the SEC on February 24, 2016 | App. 487 – App. 492 |
| 16. | Excerpted Transcript of March 28, 2019 deposition of Lead Plaintiff's designated Rule 30(b)(6) representative Michael Swiderski **(filed under seal)** | App. 493 – App. 519 |
| 17. | Document produced by Plaintiff (XOM_GPCPF0000741–XOM_GPCPF0000744) **(filed under seal)** | App. 520 – App. 524 |
| 18. | Excerpted Transcript of April 4, 2019 deposition of Foundry Partners, LLC's designated Rule 30(b)(6) representative Mary Jane Matts **(filed under seal)** | App. 525 – App. 532 |

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITITION
TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Dated: April 19, 2019

Respectfully submitted,


/s/ Daniel J. Kramer
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Justin Anderson (*pro hac vice*)
Jonathan H. Hurwitz (*pro hac vice*)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
dtoal@paulweiss.com
janderson@paulweiss.com
jhurwitz@paulweiss.com

/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
Brian M. Gillett
Texas State Bar No. 24069785
SQUIRE PATTON BOGGS
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com
brian.gillett@squirepb.com

*Counsel for Rex W. Tillerson*


/s/ Nina Cortell
Nina Cortell
Texas State Bar No. 04844500
Daniel H. Gold
Texas State Bar No. 24053230
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
daniel.gold@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger, Jeffrey J. Woodbury,*
*and David S. Rosenthal*

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITITION**
**TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic CM/ECF filing, on this 19th day of April, 2019.


/s/ Daniel J. Kramer
Daniel J. Kramer

**APPENDIX IN SUPPORT OF DEFENDANTS' OPPOSITION
TO LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**