UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:16-cv-03111-K<br><br><u>CLASS ACTION</u> |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFF'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR CLASS CERTIFICATION**

1562546_1

| Exhibit | Description | Appendix Pages |
|---|---|---|
| 1 | Excerpts from Exxon Mobil Corporation Form 10-K for the fiscal year ended December 31, 2015, filed February 24, 2016 | App. 1 - App. 5 |
| 2 | Allen Ferrell & Atanu Saha, *The Loss Causation Requirement for Rule 10B-5 Cases of Action: The Implications of Dura Pharmaceuticals v. Broudo*, 63 Bus. Law. 163 (2007) | App. 6 - App. 32 |
| 3 | Jennifer Francis, Donald Pagach & Jens Stephan, *The Docket Market Response to Earnings Announcements Released during Trading versus Nontrading Periods*, J. Acctg. Research, vol. 30, no. 2 (1992), pp. 165-84 | App. 33 - App. 53 |
| 4 | Wells Fargo Securities Equity Research analyst report on Exxon Mobil Corporation entitled " Some Smoke But Likely No Fire; Lowering Valuation Range," dated September 20, 2016 (Matts Depo. Ex. 29) | App. 54 - App. 59 |
| 5 | Petroleum Intelligence Weekly, dated September 7, 2015 (EMC_RAM 000374502-13) | App. 60 - App. 71 |
| 6 | Excerpts from the deposition transcript of Allen Ferrell, Ph.D., J.D. in *Beaver County Employees v. Tile Shop Holdings*, dated September 16, 2016 (Ferrell Depo. Ex. 4) | App. 72 - App. 86 |
| 7 | Excerpts from the deposition transcript of Mary Jane Matts, dated April 4, 2019 **[FILED UNDER SEAL]** | App. 87 - App. 94 |
| 8 | Excerpts from the deposition transcript of Michael Swiderski, dated March 28, 2019 | App. 95 – App. 109 |

DATED:  May 8, 2019          KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)


           s/ JOE KENDALL
          JOE KENDALL

3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue
Dallas, TX  75243
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

1562546_1

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
X. JAY ALVAREZ
SCOTT H. SAHAM
NATHAN R. LINDELL
SARA B. POLYCHRON
ERIKA OLIVER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
jaya@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com

Lead Counsel for Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 8, 2019, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JOE KENDALL
JOE KENDALL

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)

E-mail:  jkendall@kendalllawgroup.com

1562546_1

**Mailing Information for a Case 3:16-cv-03111-K Ramirez v. Exxon Mobil Corporation et al**

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **X Jay Alvarez**
  JayA@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Justin Anderson**
  janderson@paulweiss.com,mao_fednational@paulweiss.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Balon B Bradley**
  balon@bbradleylaw.com,balonbb@aol.com,iasanchez@bbradleylaw.com,anneh@bbradleylaw.com

- **Nina Cortell**
  nina.cortell@haynesboone.com,denise.stilz@haynesboone.com,robin.hart@haynesboone.com

- **Patrick Coughlin**
  patc@rgrdlaw.com

- **Ralph H Duggins**
  rduggins@canteyhanger.com,adrake@canteyhanger.com

- **Brian Matthew Gillett**
  brian.gillett@squirepb.com,janine.schiell@squirepb.com

- **Daniel H Gold**
  daniel.gold@haynesboone.com,elaine.hadaway@haynesboone.com

- **John C Herman**
  jherman@rgrdlaw.com,smeister@rgrdlaw.com

- **Jonathan Hurwitz**
  jhurwitz@paulweiss.com,mao_fednational@paulweiss.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Daniel Kramer**
  DKramer@paulweiss.com,mao_fednational@paulweiss.com

- **Gregory F Laufer**
  GLaufer@paulweiss.com,BTannenbaum@paulweiss.com,mao_fednational@paulweiss.com,MStachel@paulweiss.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **D Patrick Long**
  patrick.long@squirepb.com,dawn.furcht@squirepb.com,annie.purcell@squirepb.com,docketingrequest@squirepb.com,janine.schiell@squirepb.com

- **Erika Oliver**
  eoliver@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sara Bierl Polychron**
  spolychron@rgrdlaw.com,6287952420@filings.docketbird.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Toal**
  DToal@paulweiss.com,mao_fednational@paulweiss.com

- **Theodore V. Wells**
  twells@paulweiss.com,mao_fednational@paulweiss.com

**Manual Notice List**

Case 3:16-cv-03111-K    Document 105    Filed 05/08/19    Page 6 of 6    PageID 3591

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)