IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                       Plaintiff,<br><br>                       v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL,<br><br>                       Defendants. | Case No. 3:16-cv-3111-K |

**DEFENDANTS' REPLY IN FURTHER SUPPORT OF
THEIR REQUEST FOR AN EVIDENTIARY HEARING ON
LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

Defendants respectfully submit this reply in further support of their request for an

evidentiary hearing on Lead Plaintiff's Motion for Class Certification (Dkt. No. 86) (the

"Motion").  Plaintiff contends that there is no need for an evidentiary hearing because the

parties' experts have been deposed, neither side has filed *Daubert* motions, and the issues in

Defendants' Opposition are purportedly inappropriate for consideration at the class certification

stage.  (Dkt. No. 106.)  None of these arguments detracts from the benefits of a hearing that

would clarify complex issues of fact (including conflicting expert opinions) and law raised by the

parties' written submissions.

*First*, the Motion primarily turns on the parties' proffered expert testimony regarding the

existence of price impact as to the alleged misrepresentations and purported corrective

disclosures.  The parties' experts dispute key, dispositive issues, including: (i) whether a two-day

event window is appropriate to analyze price impact as to certain alleged corrective disclosures

(Dkt. No. 102 at 12–14, 21–23); (ii) whether any allegedly corrective information disclosed in the purported corrective disclosures was "new" information that could have affected ExxonMobil's common stock price (*id.* at 14–23); and (iii) whether the price movements following the January 20, 2016 *Los Angeles Times* article and the January 18, 2017 UBS analyst report were statistically significant. (*Id.* at 12–13.) The parties' decision to forgo *Daubert* motions is of no moment. Because the Motion before the Court depends in significant part on conflicting expert opinions, Defendants submit that a hearing would assist the Court in assessing the weight to be assigned to those expert opinions.

*Second*, the Motion involves complex legal issues on which the Court would have the benefit of oral argument. These issues include: (i) the burden of proof on the issue of price impact (Dkt. No. 102 at 10–11); (ii) case law on the appropriateness of a two-day event window (*id.* at 22–23); (iii) the effect of the absence of any alleged corrective disclosure about the alleged misrepresentations concerning ExxonMobil's use of proxy costs of carbon and greenhouse gas costs (*id.* at 23–25); (iv) the need to exclude from the proposed class all alleged corrective disclosures that had no price impact (*id.* at 34); and (v) Plaintiff's adequacy as a proposed class representative. (*Id.* at 29–32.) As shown in Defendants' Memorandum of Law in Opposition to Lead Plaintiff's Motion for Class Certification (Dkt. No. 102), these issues are significant and are properly considered in ruling on this Motion.

Accordingly, Defendants respectfully submit that an evidentiary hearing would be beneficial for the foregoing reasons, and request that the Court schedule a hearing at the earliest convenient time.

Dated: May 14, 2019

/s/ Daniel J. Kramer
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Justin Anderson (*pro hac vice*)
Jonathan H. Hurwitz (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
dtoal@paulweiss.com
janderson@paulweiss.com
jhurwitz@paulweiss.com


/s/ Nina Cortell
Nina Cortell
Texas State Bar No. 04844500
Daniel H. Gold
Texas State Bar No. 24053230
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
daniel.gold@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger, Jeffrey J. Woodbury,*
*and David S. Rosenthal*

/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
Brian M. Gillett
Texas State Bar No. 24069785
SQUIRE PATTON BOGGS
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com
brian.gillett@squirepb.com

*Counsel for Rex W. Tillerson*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been

served by electronic CM/ECF filing, on this 14th day of May, 2019.


*/s/ Daniel J. Kramer*
Daniel J. Kramer