## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., | § | |
| Individually and on Behalf of All | § | |
| Others Similarly Situated, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:16-CV-3111-K |
| | § | |
| EXXON MOBIL CORPORATION, | § | |
| REX W. TILLERSON, ANDREW P. | § | |
| SWIGER, JEFFREY J. WOODBURY, | § | |
| and DAVID S. ROSENTHAL, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendants' Request for Evidentiary Hearing on Lead Plaintiff's Motion for Class Certification (the "Request") (Doc. No. 100). After considering the Request, response, reply, the record, and the evidence and legal issues raised in the parties' briefing for class certification, the Court **GRANTS** the Request. The Court shall schedule a hearing for Lead Plaintiff's Motion for Class Certification

1

(Doc. No. 86) in a separate order to follow. In light of this Order granting a hearing, the Court STAYS its determination of Lead Plaintiff's Motion for Class Certification.

**SO ORDERED.**

Signed August 1st, 2019.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE