UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>        vs.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>                              Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

§ Civil Action No. 3:16-cv-03111-K

§ <u>CLASS ACTION</u>

**MOTION FOR ORAL ARGUMENT REGARDING LEAD PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**

4824-3237-0373.v1-7/29/20

Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund's ("Lead Plaintiff") motion for class certification was filed on December 21, 2018 (ECF No. 86), and has been fully briefed since May 8, 2019 (ECF No. 104). The motion was filed pursuant to the Court's scheduling order dated September 17, 2018 (ECF No. 71), which delayed merits discovery until after a ruling on class certification. Defendants requested an evidentiary hearing on April 19, 2019 (ECF No. 100) and the Court granted this request on August 1, 2019 (ECF No. 117). On January 13, 2020, the Court ordered the parties to mediation before the Honorable Royal Furgeson (ECF No. 118), and the parties conducted a mediation session via zoom on July 8, 2020. The mediation was not successful.

Lead Plaintiff respectfully submits that the evidentiary hearing requested by defendants is not required or necessary as prior to the completion of briefing, defendants took four depositions including the deposition of Lead Plaintiff's economic expert and Lead Plaintiff deposed defendants' economic expert. The transcripts from these depositions are part of the record submitted to the court along with the voluminous expert reports, exhibits and briefing. The parties chose not to file *Daubert* motions with respect to the oppositions' expert.

Because the evidentiary record regarding Lead Plaintiff's motion for class certification has been fully developed and no *Daubert* challenge has been filed, an evidentiary hearing will not enhance the record available to the Court in ruling on Lead Plaintiff's motion. In addition, due to the pandemic an evidentiary hearing is not practicable at this time. As a result of these circumstances, Lead Plaintiff hereby moves the Court to conduct oral argument on its motion for Class

- 1 -

Certification, via video conference, in lieu of an evidentiary hearing.  This will allow the parties to obtain a ruling on class certification so that they can proceed to the next phase of this litigation.

DATED:  July 31, 2020                        Respectfully submitted,

                                                        BALON B. BRADLEY LAW FIRM
                                                        BALON B. BRADLEY (Texas Bar No. 02821700)


                                                                   */s/ Balon B. Bradley*
                                                        BALON B. BRADLEY

                                                        11910 Greenville Avenue, Suite 220
                                                        Dallas, TX  75243
                                                        Telephone:  972/991-1582
                                                        972/755-0424 (fax)
                                                        balon@bbradleylaw.com

                                                        KENDALL LAW GROUP, PLLC
                                                        JOE KENDALL (Texas Bar No. 11260700)
                                                        3811 Turtle Creek Blvd., Suite 1450
                                                        Dallas, TX  75219
                                                        Telephone:  214/744-3000 / 214/744-3015 (fax)
                                                        jkendall@kendalllawgroup.com

                                                        *Local Counsel*

                                                        ROBBINS GELLER RUDMAN
                                                          & DOWD LLP
                                                        SPENCER A. BURKHOLZ
                                                        X. JAY ALVAREZ
                                                        SCOTT H. SAHAM
                                                        NATHAN R. LINDELL
                                                        SARA B. POLYCHRON
                                                        ERIKA OLIVER
                                                        655 West Broadway, Suite 1900
                                                        San Diego, CA  92101
                                                        Telephone:  619/231-1058
                                                        619/231-7423 (fax)
                                                        spenceb@rgrdlaw.com
                                                        jaya@rgrdlaw.com
                                                        scotts@rgrdlaw.com
                                                        nlindell@rgrdlaw.com
                                                        spolychron@rgrdlaw.com
                                                        eoliver@rgrdlaw.com

                                                        *Lead Counsel*

- 2 -

## CERTIFICATE OF CONFERENCE

I certify that on July 31, 2020, Lead Counsel conferred with counsel for Defendants regarding the substance of this motion.  Defendants are opposed to the relief requested herein.

/s/ Balon B. Bradley
BALON B. BRADLEY

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's electronic case filing (ECF) system on July 31, 2020, which caused an electronic copy of this document to be served on all counsel of record in this matter who have registered for ECF service.

/s/ Balon B. Bradley
BALON B. BRADLEY

- 3 -

4824-3237-0373.v1-7/29/20