UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:16-cv-03111-K |
| Plaintiff, | § § | CLASS ACTION |
| vs. | § § § | |
| EXXON MOBIL CORPORATION, et al., | § § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE TO DEFENDANTS'
SUPPLEMENTAL BRIEF**

4823-7696-2253.v1-10/2/20

| Exhibit | Description | Appendix Pages |
|---|---|---|
| 1 | Letter from Daniel J. Toal of Paul, Weiss, Rifkind, Wharton & Garrison LLP to Kim A. Berger, Chief, Bureau of Internet and Technology, Office of the Attorney General, regarding *People of the State of New York v. Exxon Mobil Corporation*, No. 45044/2018, dated July 1, 2019 | App. 1 - App. 3 |
| 2 | EMC_RAM 00000080-319 [**CONFIDENTIAL**] | App. 4 - App. 243 |
| 3 | EMC_RAM 001670847-61 [**CONFIDENTIAL**] | App. 244 - App. 258 |

DATED:  October 2, 2020    KENDALL LAW GROUP, PLLC
               JOE KENDALL (Texas Bar No. 11260700)


                  s/ JOE KENDALL
                  JOE KENDALL

               3811 Turtle Creek Blvd., Suite 1450
               Dallas, TX  75219
               Telephone:  214/744-3000
               214/744-3015 (fax)
               jkendall@kendalllawgroup.com

               BALON B. BRADLEY LAW FIRM
               BALON B. BRADLEY (Texas Bar No. 02821700)
               11910 Greenville Avenue, Suite 220
               Dallas, TX  75243
               Telephone:  972/991-1582
               972/755-0424 (fax)
               balon@bbradleylaw.com

               Local Counsel

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
SPENCER A. BURKHOLZ
X. JAY ALVAREZ
SCOTT H. SAHAM
NATHAN R. LINDELL
SARA B. POLYCHRON
ERIKA OLIVER
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
jaya@rgrdlaw.com
scotts@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com

Lead Counsel for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 2, 2020, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ JOE KENDALL
JOE KENDALL

KENDALL LAW GROUP, PLLC
3811 Turtle Creek Blvd., Suite 1450
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)

E-mail:  jkendall@kendalllawgroup.com

4823-7696-2253.v1-10/2/20

# Mailing Information for a Case 3:16-cv-03111-K Ramirez v. Exxon Mobil Corporation et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **X Jay Alvarez**
  JayA@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Justin Anderson**
  janderson@paulweiss.com,mao_fednational@paulweiss.com

- **Mary K Blasy**
  mblasy@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Balon B Bradley**
  balon@bbradleylaw.com,balonbb@aol.com,anneh@bbradleylaw.com,tracy@bbradleylaw.com

- **Nina Cortell**
  nina.cortell@haynesboone.com,denise.stilz@haynesboone.com,robin.hart@haynesboone.com

- **Patrick Coughlin**
  patc@rgrdlaw.com

- **Ralph H Duggins**
  rduggins@canteyhanger.com,adrake@canteyhanger.com

- **Royal Furgeson**
  royal@furgesonlaw.com

- **Brian Matthew Gillett**
  brian.gillett@squirepb.com,ecf@squirepb.com,janine.schiell@squirepb.com

- **Daniel H Gold**
  daniel.gold@haynesboone.com,elaine.hadaway@haynesboone.com

- **John C Herman**
  jherman@rgrdlaw.com,smeister@rgrdlaw.com

- **Jonathan Hurwitz**
  jhurwitz@paulweiss.com,mao_fednational@paulweiss.com

- **Joe Kendall**
  jkendall@kendalllawgroup.com,administrator@kendalllawgroup.com

- **Daniel Kramer**
  DKramer@paulweiss.com,mao_fednational@paulweiss.com

- **Gregory F Laufer**
  GLaufer@paulweiss.com,BTannenbaum@paulweiss.com,mao_fednational@paulweiss.com,MStachel@paulweiss.com

- **Nathan R. Lindell**
  nlindell@rgrdlaw.com,karenc@rgrdlaw.com,e_file_sd@rgrdlaw.com,susanw@rgrdlaw.com

- **D Patrick Long**
  patrick.long@squirepb.com,ecf@squirepb.com,annie.purcell@squirepb.com,docketingrequest@squirepb.com,janine.schiell@squirepb.com

- **Erika Oliver**
  eoliver@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Sara Bierl Polychron**
  spolychron@rgrdlaw.com

- **Samuel H Rudman**
  srudman@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Scott H Saham**
  scotts@rgrdlaw.com,e_file_sd@rgrdlaw.com

- **Daniel Toal**
  DToal@paulweiss.com,mao_fednational@paulweiss.com

- **Theodore V. Wells**
  twells@paulweiss.com,mao_fednational@paulweiss.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)