IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>              v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL,<br><br>              Defendants. | Case No. 3:16-cv-03111-K |

**APPENDIX IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL SUBMISSION
REGARDING ASSET IMPAIRMENT QUESTION RAISED BY THE COURT**

| Exhibit | Description | App. Page(s) |
|---|---|---|
| A | Declaration of Matthew D. Stachel in Support of Defendants' Supplemental Submission Regarding Asset Impairment Question Raised by the Court | App. 1 – App. 5 |
| 1 | Excerpts of Plaintiff's Powepoint Slides titled "Hearing Re: Motion for Reconsideration," dated October 19, 2021 | App. 6 – App. 9 |
| 2 | Excerpts of Vanguard Natural Resources, LLC's Form 10-K, dated March 7, 2016 | App. 10 – App. 16 |
| 3 | Excerpts of Ultra Petroleum Corp.'s Form 10-K dated February 29, 2016 | App. 17 – App. 24 |
| 4 | Excerpts of *Fundamentals of Oil & Gas Accounting* (6th ed. 2016) by Charlotte J. Wright | App. 25 – App. 34 |
| 5 | Excerpts of Exxon Mobil Corporation's Form 10-K, dated February 24, 2016 | App. 35 – App. 41 |
| 6 | Excerpts of Accounting Standards Codifications § 360 – Property, Plant, and Equipment | App. 42 – App. 48 |
| 7 | PricewaterhouseCoopers memo from ExxonMobil Upstream Engagement Team to ExxonMobil Upstream Year End 2015 Audit Files regarding Upstream Long-lived Asset Impairment Assessment, dated February 2016 and marked as JX-961 in *People* v. *Exxon Mobil Corp.*, No. 452044/2018 (N.Y. Sup. Ct.) | App. 49 – App. 110 |
| 8 | *Pitfalls in Oil & Gas Accounting* by The Rational Walk, dated September 11, 2012 | App. 111 – App. 116 |
| 9 | Excerpts of *US oil and gas reserves study* by Ernst & Young for the year 2016 | App. 117 – App. 120 |
| 10 | Excerpts of Breitburn Energy Partners LP's Form 10-K, dated February 26, 2016 | App. 121 – App. 127 |
| 11 | Chart titled Value of Assets Held by ExxonMobil and "Peer" Companies at December 31, 2015 | App. 128 – App. 129 |
| 12 | Credit Ratings for Maverick Natural Resources, LLC (f/k/a Breitburn Energy Partners), dated June 20, 2016 | App. 130 – App. 132 |
| 13 | Credit Ratings for Vanguard Natural Resources, LLC, dated March 22, 2017 | App. 133 – App. 135 |
| 14 | Credit Ratings for Ultra Petroleum Corp., dated September 14, 2020 | App. 136 – App. 138 |
| 15 | Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Ultra Petroleum Corp.*, No. 16-32202 (Bankr. S.D. Tex.) (ECF No. 1), dated April 29, 2016 | App. 139 – App. 158 |

| Exhibit | Description | App. Page(s) |
|:---:|---|:---:|
| 16 | Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Breitburn Energy Partners LP*, No. 16-11390 (Bankr. S.D.N.Y.) (ECF No. 1), dated May 15, 2016 | App. 159 – App. 174 |
| 17 | Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Vanguard Natural Resources, LLC*, No. 17-30560 (Bankr. S.D. Tex.) (ECF No. 1), dated February 1, 2017 | App. 175 – App. 206 |

Dated:  November 17, 2021

Respectfully submitted,

/s/ Daniel J. Kramer
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Justin Anderson (*pro hac vice*)
Matthew D. Stachel (*pro hac vice*)
PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
dtoal@paulweiss.com
janderson@paulweiss.com
mstachel@paulweiss.com

/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2000 McKinney Ave., Suite 1700
Dallas, TX 75201
Tel: (214) 758-1505
Fax: (214) 758-1550
patrick.long@squirepb.com

*Counsel for Rex W. Tillerson*

/s/ Nina Cortell
Nina Cortell
Texas State Bar No. 04844500
HAYNES AND BOONE, LLP
2323 Victory Avenue, Suite 700
Dallas, TX 75219
Tel: (214) 651-5000
Fax: (214) 651-5940
nina.cortell@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger, Jeffrey J. Woodbury, and*
*David S. Rosenthal*

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic CM/ECF filing, on this 17th day of November, 2021.


/s/ Daniel J. Kramer
Daniel J. Kramer