# EXHIBIT A

**App. 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL,<br><br>    Defendants. | Case No. 3:16-cv-3111-K |

**DECLARATION OF MATTHEW D. STACHEL IN SUPPORT OF
DEFENDANTS' SUPPLEMENTAL SUBMISSION REGARDING
ASSET IMPAIRMENT QUESTION RAISED BY THE COURT**

**App. 2**

Pursuant to 28 U.S.C. § 1746, I, Matthew D. Stachel, declare as follows:

1. I am over twenty-one years of age and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2. I am an associate at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP. My office is located at 500 Delaware Avenue, Suite 200, Post Office Box 32, Wilmington, DE 19899-0032.

3. I am a member in good standing with the State Bar of Delaware. I am admitted to practice before this Court *pro hac vice*.

4. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of Plaintiff's Powerpoint Slides titled "Hearing Re: Motion for Reconsideration," dated October 19, 2021.

5. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of Vanguard Natural Resources, LLC's Form 10-K, dated March 7, 2016.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of Ultra Petroleum Corp.'s Form 10-K, dated February 29, 2016.

7. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of *Fundamentals of Oil & Gas Accounting* (6th ed. 2016) by Charlotte J. Wright.

8. Attached hereto as Exhibit 5 is a true and correct copy of excerpts of Exxon Mobil Corporation's Form 10-K, dated February 24, 2016.

9. Attached hereto as Exhibit 6 is a true and correct copy of excerpts of Accounting Standards Codifications § 360 – Property, Plant, and Equipment.

10. Attached hereto as Exhibit 7 is a true and correct copy of a PricewaterhouseCoopers memo from ExxonMobil Upstream Engagement Team to ExxonMobil

**App. 3**

Upstream Year End 2015 Audit Files regarding Upstream Long-lived Asset Impairment Assessment, dated February 2016 and marked as JX-961 in *People* v. *Exxon Mobil Corp.*, No. 452044/2018 (N.Y. Sup. Ct.).

11.    Attached hereto as Exhibit 8 is a true and correct copy of an article titled *Pitfalls in Oil & Gas Accounting* by The Rational Walk, dated September 11, 2012.

12.    Attached hereto as Exhibit 9 is a true and correct copy of excerpts of the *US oil and gas reserves study* by Ernst & Young for the year 2016.

13.    Attached hereto as Exhibit 10 is a true and correct copy of excerpts of the Breitburn Energy Partners LP's Form 10-K, dated February 26, 2016.

14.    Attached hereto as Exhibit 11 is a true and correct copy of a chart titled Value of Assets Held by ExxonMobil and "Peer" Companies at December 31, 2015.

15.    Attached hereto as Exhibit 12 is a true and correct copy of the Credit Ratings for Maverick Natural Resources, LLC (f/k/a Breitburn Energy Partners), dated June 20, 2016.

16.    Attached hereto as Exhibit 13 is a true and correct copy of the Credit Ratings for Vanguard Natural Resources, LLC, dated March 22, 2017.

17.    Attached hereto as Exhibit 14 is a true and correct copy of the Credit Ratings for Ultra Petroleum Corp., dated September 14, 2020.

18.    Attached hereto as Exhibit 15 is a true and correct copy of the Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Ultra Petroleum Corp.*, No. 16-32202 (Bankr. S.D. Tex.) (ECF No. 1), dated April 29, 2016.

19.    Attached hereto as Exhibit 16 is a true and correct copy of the Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Breitburn Energy Partners LP*, No. 16-11390 (Bankr. S.D.N.Y.) (ECF No. 1), dated May 15, 2016.

3

**App. 4**

20.    Attached hereto as Exhibit 17 is a true and correct copy of the Voluntary Petition for Non-Individuals Filing for Bankruptcy, *In re Vanguard Natural Resources, LLC*, No. 17-30560 (Bankr. S.D. Tex.) (ECF No. 1), dated February 1, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 17, 2021
      Wilmington, Delaware

_____
Matthew D. Stachel

4

**App. 5**