App. 6

# EXHIBIT 1

App. 6



**App. 7**



App. 8

## A Number of Other Rocky Mountain Dry Gas Operators Took Significant Impairment Charges During 2015, Due to Decline in Natural Gas Prices

| 2015 Year-End Impairment Charges (USD) | |
| --- | --- |
| Exxon | $0.00 |
| Breitburn | $2.4 billion |
| Ultra Petroleum | $3.15 billion |
| Vanguard | $1.84 billion |

**App. 9**