# EXHIBIT 2

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

**FORM 10-K**

**(Mark One)**

☒   **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2015

Or

☐   TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from to .

Commission File Number **001-33756**

# Vanguard Natural Resources, LLC

(Exact Name of Registrant as Specified in Its Charter)

| **Delaware** | **61-1521161** |
|---|---|
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. Employer Identification No.) |

| **5847 San Felipe, Suite 3000** **Houston, Texas** | **77057** |
|---|---|
| (Address of Principal Executive Offices) | (Zip Code) |

**Telephone Number: (832) 327-2255**
**Securities registered pursuant to Section 12(b) of the Act:**

| **Title of Each Class** | **Name of Each Exchange on which Registered** |
|---|---|
| Common Units | The NASDAQ Global Select Market |
| 7.875% Series A Cumulative Redeemable Perpetual Preferred Units | The NASDAQ Global Select Market |
| 7.625% Series B Cumulative Redeemable Perpetual Preferred Units | The NASDAQ Global Select Market |
| 7.75% Series C Cumulative Redeemable Perpetual Preferred Units | The NASDAQ Global Select Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

Yes ☐            No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

Yes ☐            No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

Yes ☒            No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§ 232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).

Yes ☒            No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting

**App. 11**

company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒                                    Accelerated filer ☐
Non-accelerated filer ☐                                    Smaller reporting company ☐
(Do not check if smaller reporting company)

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).

Yes ☐                    No ☒

The aggregate market value of Vanguard Natural Resources, LLC common units held by non-affiliates of the registrant as of June 30, 2015, the last business day of the registrant's most recently completed second fiscal quarter, was approximately $1,262,296,407 based upon the closing price reported for such date on the NASDAQ Global Select Market.

As of March 3, 2016, 130,481,279 of the registrant's common units remained outstanding.

**Documents Incorporated by Reference:**
**Portions of the registrant's proxy statement to be furnished to unitholders in connection with its 2016 Annual Meeting of Unitholders are incorporated by reference in Part III- Items 10-14 of this annual report on Form 10-K for the year ending December 31, 2015 (this "Annual Report"). Such proxy statement will be filed with the Securities and Exchange Commission within 120 days of the registrant's fiscal year ended December 31, 2015.**

**App. 12**

- the domestic and foreign supply of oil and natural gas;

- the ability of members of the Organization of Petroleum Exporting Countries ("OPEC") and other producing countries to agree upon production levels which has an impact on oil prices;

- social unrest and political instability, particularly in major oil and natural gas producing regions outside the United States, such as the Middle East, and armed conflict or terrorist attacks, whether or not in oil or natural gas producing regions;

- the level and growth of consumer product demand;

- labor unrest in oil and natural gas producing regions;

- weather conditions, including hurricanes and other natural occurrences that affect the supply and/or demand of oil and natural gas;

- the price and availability of alternative fuels and renewable energy sources;

- the impact of the U.S. dollar exchange rates on commodity prices;

- the price of foreign imports;

- technological advances affecting energy consumption;

- worldwide economic conditions; and

- the availability of liquid natural gas imports.

These external factors and the volatile nature of the energy markets make it difficult to estimate future prices of oil, natural gas and NGLs.

Sustained lower prices or any further decline in prices of oil, natural gas and NGLs prices would not only reduce our revenue, but could reduce the amount of oil, natural gas and NGLs that we can produce economically, cause us to delay or postpone our planned capital expenditures and result in further impairments to our oil and gas properties, all of which could have a material adverse effect on our financial condition, results of operations and reserves. If the oil and gas industry continues to experience low prices or experiences significant further price declines, we may, among other things, be unable to maintain or increase our borrowing capacity, repay current or future indebtedness or obtain additional capital on attractive terms or resume cash distributions to our unitholders, all of which can affect the value of our units.

***Continued low oil, natural gas and NGLs prices and other factors have resulted, and in the future may result, in ceiling test or goodwill write-downs and other impairments of our asset carrying values.***

Accounting rules require that we periodically review the carrying value of our properties for possible impairment. Based on specific market factors and circumstances at the time of prospective impairment reviews, and the continuing evaluation of development drilling plans, production data, economics and other factors, we may be required to write down the carrying value of our properties.

We use the full cost method of accounting to report our oil and natural gas properties. Under this method, we capitalize the cost to acquire, explore for, and develop oil and natural gas properties. Under full cost accounting rules, the net capitalized costs of proved oil and natural gas properties may not exceed a "ceiling limit," which is based upon the present value of estimated future net cash flows from proved reserves, discounted at 10%. If net capitalized costs of proved oil and natural gas properties exceed the ceiling limit, we must charge the amount of the excess to earnings. This is called a "ceiling test write-down." Under the accounting rules, we are required to perform a ceiling test each quarter. A ceiling test write-down would not impact cash flow from operating activities, but it could have a material adverse effect on our results of operations in the period incurred and would reduce our members' equity.

In accordance with the guidance contained within ASC Topic 805, "*Business Combinations,*" ("ASC Topic 805"), upon the

30

**App. 13**

acquisition of oil and natural gas properties, the Company records an asset based on the measurement of the fair value of the properties acquired determined using forward oil and natural gas price curves at the acquisitions dates, which can have several price increases over the entire reserve life. As discussed above, capitalized oil and natural gas property costs are limited to a ceiling based on the present value of future net revenues, computed using a flat price for the entire reserve life equal to the historical 12-month average price, discounted at 10%, plus the lower of cost or fair market value of unproved properties. If the ceiling is less than the total capitalized costs, we are required to write down capitalized costs to the ceiling. As a result, there is a risk that we will be required to record an impairment of our oil and natural gas properties if certain attributes exist, such as declining oil and natural gas prices.

We recorded a non-cash ceiling test impairment of oil and natural gas properties for the year ended December 31, 2015 of $1.8 billion as a result of a decline in realized oil and natural gas prices at the respective measurement dates of March 31, 2015, June 30, 2015, September 30, 2015 and December 31, 2015. Such impairment was recognized during each quarter of 2015 and was calculated based on 12-month average prices for oil and natural gas as follows:

| | Impairment Amount (in thousands) | Natural Gas ($ per MMBtu) | Oil ($ per Bbl) |
|---|---|---|---|
| First quarter 2015 | $ 132,610 | $3.91 | $82.62 |
| Second quarter 2015 | $ 733,365 | $3.44 | $71.51 |
| Third quarter 2015 | $ 491,487 | $3.11 | $59.23 |
| Fourth quarter 2015 | $ 484,855 | $2.62 | $50.20 |
| Total | 1,842,317 | | |

The most significant factors causing us to record an impairment of oil and natural gas properties in the year ended December 31, 2015 were declining oil and natural gas prices and the closing of the LRE Merger and Eagle Rock Merger. The fair value of the properties acquired (determined using forward oil and natural gas price curves on the acquisition dates) was higher than the discounted estimated future cash flows computed using the 12-month average prices on the impairment test measurement dates. However, the impairment calculations did not consider the positive impact of our commodity derivative positions because generally accepted accounting principles only allow the inclusion of derivatives designated as cash flow hedges.

We expect to record an additional impairment of our oil and natural gas properties during 2016 as a result of declining oil and natural gas prices. Based on the 11-month average oil, natural gas and NGLs prices through February 1, 2016 and if such prices do not change during March 2016, we estimate that, on a pro forma basis, we will record a ceiling test write down on our existing assets of approximately $221.3 million at March 31, 2016 and an additional write down of $458.9 million for the remainder of the year ending December 31, 2016. If oil, natural gas and NGLs prices were to decline an additional 10% from their 11-month average through February 1, 2016, we estimate that, on a pro forma basis, we would record additional ceiling test write downs on our existing assets of approximately $504.0 million at March 31, 2016 and an additional write down of $388.2 million for the remainder of the year ending December 31, 2016. However, whether the amount of any such impairments will be similar in amount to such estimates, is contingent upon many factors such as the price of oil, natural gas and NGLs for the remainder of 2016, increases or decreases in our reserve base, changes in estimated costs and expenses, and oil and natural gas property acquisitions, which could increase, decrease or eliminate the need for such impairments.

Additionally, we have recorded goodwill which represents the excess of the purchase price over the estimated fair value of the net assets acquired in the Encore Energy Partners LP acquisition completed in December 2010 and the LRE Merger. Significant oil, natural gas and NGLs price declines could cause us to record an impairment of goodwill, which would be reflected as a non-cash charge against current earnings. We recorded a non-cash goodwill impairment loss of $71.4 million for the year ended December 31, 2015. Based on further evaluation of qualitative factors, we determined that the goodwill impairment is primarily a result of the decline in the prices of oil and natural gas as well as deteriorating market conditions and the decline in the market price of our common units.

***We may not have sufficient cash from operations to resume the payment of monthly cash distributions on our common and Class B units, and we may not have sufficient funds to resume the payment of monthly cash distributions on our preferred units.***

We have suspended cash distributions to the holders of our common and Class B units and preferred units in order to conserve cash, repay our debt under our Reserve-Based Credit Facility and improve our liquidity.

31

**App. 14**

**Vanguard Natural Resources, LLC and Subsidiaries**
**Consolidated Balance Sheets**
**As of December 31,**
**(in thousands, except unit data)**

| | | 2015 | | 2014 |
|---|---|---|---|---|
| **Assets** | | | | |
| **Current assets** | | | | |
| Cash and cash equivalents | $ | - | $ | - |
| Trade accounts receivable, net | | 115,200 | | 140,017 |
| Derivative assets | | 236,886 | | 142,114 |
| Other currents assets | | 6,436 | | 4,102 |
| **Total current assets** | | 358,522 | | 286,233 |
| Oil and natural gas properties, at cost | | 4,961,218 | | 4,140,527 |
| Accumulated depletion, amortization and impairment | | (3,239,242) | | (1,164,721) |
| **Oil and natural gas properties evaluated, net - full cost method** | | 1,721,976 | | 2,975,806 |
| **Other assets** | | | | |
| Goodwill | | 506,046 | | 420,955 |
| Derivative assets | | 80,161 | | 83,583 |
| Other assets | | 42,592 | | 27,015 |
| **Total assets** | $ | 2,709,297 | $ | 3,793,592 |
| | | | | |
| **Liabilities and members' equity (deficit)** | | | | |
| **Current liabilities** | | | | |
| Accounts payable: | | | | |
| Trade | $ | 22,895 | $ | 15,118 |
| Affiliates | | 1,757 | | 823 |
| Accrued liabilities: | | | | |
| Lease operating | | 19,910 | | 19,822 |
| Developmental capital | | 26,726 | | 24,706 |
| Interest | | 11,958 | | 11,517 |
| Production and other taxes | | 40,472 | | 29,981 |
| Other | | 10,378 | | 7,594 |
| Derivative liabilities | | 356 | | 3,583 |
| Oil and natural gas revenue payable | | 44,823 | | 40,117 |
| Distributions payable | | 5,018 | | 18,640 |
| Other current liabilities | | 17,715 | | 6,703 |
| **Total current liabilities** | | 202,008 | | 178,604 |
| Long-term debt | | 2,291,636 | | 1,932,816 |
| Derivative liabilities | | - | | 1,380 |
| Asset retirement obligations | | 262,432 | | 146,676 |
| Other long-term liabilities | | 40,656 | | - |
| **Total liabilities** | | 2,796,732 | | 2,259,476 |
| **Commitments and contingencies (Note 7)** | | | | |
| **Members' equity (deficit)** | | | | |
| Cumulative Preferred units, 13,881,873 units issued and outstanding at December 31, 2015 and 2014 | | 335,444 | | 335,444 |
| Members' (deficit) capital, 130,476,978 and 83,451,746 common units issued and outstanding at December 31, 2015 and 2014, respectively | | (430,494) | | 1,191,057 |
| Class B units, 420,000 issued and outstanding at December 31, 2015 and 2014 | | 7,615 | | 7,615 |
| **Total members' equity (deficit)** | | (87,435) | | 1,534,116 |
| **Total liabilities and members' equity (deficit)** | $ | 2,709,297 | $ | 3,793,592 |

*See accompanying notes to consolidated financial statements.*

97

**App. 15**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized on the 7th day of March, 2016.

VANGUARD NATURAL RESOURCES, LLC

/s/ Scott W. Smith

Scott W. Smith

*President and Chief Executive Officer*

KNOW ALL MEN BY THESE PRESENTS, that each person whose signature appears below constitutes and appoints Scott W. Smith and Richard A. Robert, and each of them severally, his true and lawful attorney or attorneys-in-fact and agents, with full power to act with or without the others and with full power of substitution and resubstitution, to execute in his name, place and stead, in any and all capacities, any or all amendments to this Annual Report on Form 10-K, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents and each of them, full power and authority to do and perform in the name of on behalf of the undersigned, in any and all capacities, each and every act and thing necessary or desirable to be done in and about the premises, to all intents and purposes and as fully as they might or could do in person, hereby ratifying, approving and confirming all that said attorneys-in-fact and agents or their substitutes may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

March 7, 2016

/s/ Scott W. Smith

Scott W. Smith

President, Chief Executive Officer and Director

(Principal Executive Officer)

March 7, 2016

/s/ Richard A. Robert

Richard A. Robert

Executive Vice President and Chief Financial Officer

(Principal Financial Officer and Principal Accounting Officer)

March 7, 2016

/s/ W. Richard Anderson

W. Richard Anderson

Director

March 7, 2016

/s/ Bruce W. McCullough

Bruce W. McCullough

Director

March 7, 2016

/s/ Loren B. Singletary

Loren B. Singletary

Director

147

**App. 16**