# EXHIBIT 6

App. 42

## 360 Property, Plant, and Equipment

## 360 Property, Plant, and Equipment
### 10 Overall

## 360-10-00 Status

**General Note**: The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

## Status

**360-10-00-1**   The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| | | | |
| Business | Amended | Accounting Standards Update No. 2017-01 | 01/05/2017 |
| Business | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Collections | Added | Accounting Standards Update No. 2019-03 | 03/21/2019 |
| Contract | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Customer | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Disposal Group | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Lease | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lease Term | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessee | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessor | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Net Realizable Value | Added | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| Nonprofit Activity | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Not-for-Profit Entity | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Performance Obligation | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Public Business Entity | Amended | Maintenance Update 2017-06 | 04/07/2017 |
| Public Business Entity | Amended | Maintenance Update 2016-11 | 06/27/2016 |
| Public Business Entity | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Revenue | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Right-of-Use Asset | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Underlying Asset | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| | | | |
| 360-10-05-1 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-05-1 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-05-4 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-05-5 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-15-4 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-15-6 | Added | Accounting Standards Update No. 2019-03 | 03/21/2019 |
| 360-10-30-8 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-35-7 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-35-39 | Amended | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 360-10-40-1 | Superseded | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-40-2 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-3 | Superseded | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-3A | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-3B | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-40-3A through 3C | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-40-5 | Amended | Accounting Standards Update No. 2017-05 | 02/22/2017 |
| 360-10-45-3 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-5 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| 360-10-45-5 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-14 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-45-15 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-3 | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-3A | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-50-4 | Added | Accounting Standards Update No. 2014-04 | 01/17/2014 |
| 360-10-55-18A | Added | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| 360-10-55-21 | Amended | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| | | | |

**App. 43**

| 360-10-55-43 | Amended | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| 360-10-55-50 through 55-54 | Added | Accounting Standards Update No. 2012-04 | 10/01/2012 |
| 360-10-60-1 | Amended | Accounting Standards Update No. 2014-09 | 05/28/2014 |

## 360-10-05 Overview and Background

**General Note**: The Overview and Background Section provides overview and background material for the guidance contained in the Subtopic. It does not provide the historical background or due process. It may contain certain material that users generally consider useful to understand the typical situations addressed by the standards. The Section does not summarize the accounting and reporting requirements.

## General

**360-10-05-1**   The Property, Plant, and Equipment Topic includes the following Subtopics:

  a.  Overall

  b.  Real Estate Sales—Sale-Leaseback Accounting.

> Pending Content:
>
> **Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:** **842-10-65-1**
>
> The Property, Plant, and Equipment Topic includes the following Subtopic:
>
>   a.  Overall
>
>   b.  [Subparagraph superseded by Accounting Standards Update No. 2016-02].

**360-10-05-2**   The guidance in the Overall Subtopic is presented in the following two Subsections:

  a.  The General Subsections address the accounting and reporting for property, plant, and equipment, including guidance for accumulated depreciation.

  b.  The Impairment or Disposal of Long-Lived Assets Subsections retain the pervasive guidance for recognizing and measuring the **impairment** of long-lived assets and for long-lived assets to be disposed of.

**360-10-05-3**   Property, plant, and equipment typically consist of long-lived tangible assets used to create and distribute an entity's products and services and include:

  a.  Land and land improvements

  b.  Buildings

  c.  Machinery and equipment

  d.  Furniture and fixtures.

## Impairment or Disposal of Long-Lived Assets

**360-10-05-4**   The Impairment or Disposal of Long-Lived Assets Subsections provide guidance for:

  a.   Recognition and measurement of the **impairment** of long-lived assets to be held and used

  b.   Measurement of long-lived assets to be disposed of by sale

  c.   Disclosures about the impairment or disposal of long-lived assets and disposals of individually significant **components of an entity**.

**360-10-05-5**   For long-lived assets disposed of or classified as held for sale, different presentation and disclosures are required depending on the nature of the disposal. If the long-lived assets are a significant component of an entity, more extensive disclosures are required. Additionally, if the component of an entity meets the definition of discontinued operation in paragraph 205-20-45-1B, an entity shall refer to Subtopic 205-20 for the presentation and disclosure requirements for discontinued operations (see the flowchart in paragraph 360-10-55-18A for an illustration).

**360-10-05-6**   This Subsection provides guidance that focuses on developing estimates of future cash flows used to test for recoverability, including the:

  a.  Cash flow estimation approach

  b.  Cash flow estimation period

  c.  Types of asset-related expenditures that should be considered in developing estimates of future cash flows.

**App. 44**

> > **Loss or Damage Experience as a Factor in Estimating Depreciable Lives**

**360-10-35-8**   In practice, experience regarding loss or damage to depreciable assets is in some cases one of the factors considered in estimating the depreciable lives of a group of depreciable assets, along with such other factors as wear and tear, obsolescence, and maintenance and replacement policies.

> > **Unacceptable Depreciation Methods**

**360-10-35-9**   If the number of years specified by the Accelerated Cost Recovery System of the Internal Revenue Service (IRS) for recovery deductions for an asset does not fall within a reasonable range of the asset's useful life, the recovery deductions shall not be used as depreciation expense for financial reporting.

**360-10-35-10**   Annuity methods of depreciation are not acceptable for entities in general.

> > **Accounting Changes**

**360-10-35-11**   See paragraphs 250-10-45-17 through 45-20 for guidance on the accounting and presentation of changes in methods of depreciation.

**360-10-35-12**   [Paragraph not used]

> **Adjusting the Residual Value in Leased Assets by a Third Party**

**360-10-35-13**   The following paragraph provides guidance on how an entity acquiring an interest in the residual value of a leased asset shall account for that asset during the lease term.

**360-10-35-14**   An entity acquiring an interest in the residual value of any leased asset, irrespective of the classification of the related lease by the lessor, shall not recognize increases to the asset's estimated value over the remaining term of the related lease, and the asset shall be reported at no more than its acquisition cost until sale or disposition. If it is subsequently determined that the fair value of the residual value of a leased asset has declined below the carrying amount of the acquired interest and that decline is other than temporary, the asset shall be written down to fair value, and the amount of the write-down shall be recognized as a loss. That fair value becomes the asset's new carrying amount, and the asset shall not be increased for any subsequent increase in its fair value before its sale or disposition.

## Impairment or Disposal of Long-Lived Assets

**360-10-35-15**   There are unique requirements of accounting for the **impairment** or disposal of long-lived assets to be held and used or to be disposed of. Although this guidance deals with matters which may lead to the ultimate disposition of assets, it is included in this Subsection because it describes the measurement and classification of assets to be held and used and assets held for disposal before actual disposition and derecognition. See the Impairment or Disposal of Long-Lived Assets Subsection of Section 360–10–40 for a discussion of assets or asset groups for which disposition has taken place in an exchange or distribution to owners.

> **Long-Lived Assets Classified as Held and Used**

**360-10-35-16**   This guidance addresses how long-lived assets or asset groups that are intended to be held and used in an entity's business shall be reviewed for impairment.

> > **Measurement of an Impairment Loss**

**360-10-35-17**   An impairment loss shall be recognized only if the carrying amount of a long-lived asset (**asset group**) is not recoverable and exceeds its fair value. The carrying amount of a long-lived asset (asset group) is not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset (asset group). That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.

> > > **Assets Subject to Asset Retirement Obligations**

**360-10-35-18**   In applying the provisions of this Subtopic, the carrying amount of the asset being tested for impairment shall include amounts of capitalized asset retirement costs. Estimated future cash flows related to the liability for an asset retirement obligation that has been recognized in the financial statements shall be excluded from both of the following:

   a.   The undiscounted cash flows used to test the asset for recoverability

   b.   The discounted cash flows used to measure the asset's fair value.

**360-10-35-19**   If the fair value of the asset is based on a quoted market price and that price considers the costs that will be incurred in retiring that asset, the quoted market price shall be increased by the fair value of the asset retirement obligation for purposes of measuring impairment.

> > **Adjusted Carrying Amount Becomes New Cost Basis**

**360-10-35-20**   If an impairment loss is recognized, the adjusted carrying amount of a long-lived asset shall be its new cost basis. For a depreciable long-lived asset, the new cost basis shall be depreciated (amortized) over the remaining useful life of that asset. Restoration of a previously recognized impairment loss is prohibited.

> > **When to Test a Long-Lived Asset for Recoverability**

**360-10-35-21**   A long-lived asset (asset group) shall be tested for recoverability whenever events or changes in circumstances indicate that its carrying amount may not be recoverable. The following are examples of such events or changes in circumstances:

**App. 45**

a. A significant decrease in the market price of a long-lived asset (asset group)

b. A significant adverse change in the extent or manner in which a long-lived asset (asset group) is being used or in its physical condition

c. A significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset (asset group), including an adverse action or assessment by a regulator

d. An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset (asset group)

e. A current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group)

f. A current expectation that, more likely than not, a long-lived asset (asset group) will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. The term *more likely than not* refers to a level of likelihood that is more than 50 percent.

**360-10-35-22**   When a long-lived asset (asset group) is tested for recoverability, it also may be necessary to review depreciation estimates and method as required by Topic 250 or the amortization period as required by Topic 350. Paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 address the accounting for changes in estimates, including changes in the method of depreciation, amortization, and depletion. Paragraphs 350-30-35-1 through 35-5 address the determination of the useful life of an intangible asset. Any revision to the remaining useful life of a long-lived asset resulting from that review also shall be considered in developing estimates of future cash flows used to test the asset (asset group) for recoverability (see paragraphs 360-10-35-31 through 35-32). However, any change in the accounting method for the asset resulting from that review shall be made only after applying this Subtopic.

## > >   Grouping Long-Lived Assets Classified as Held and Used

**360-10-35-23**   For purposes of recognition and measurement of an impairment loss, a long-lived asset or assets shall be grouped with other assets and liabilities at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. However, an impairment loss, if any, that results from applying this Subtopic shall reduce only the carrying amount of a long-lived asset or assets of the group in accordance with paragraph 360-10-35-28.

**360-10-35-24**   In limited circumstances, a long-lived asset (for example, a corporate headquarters facility) may not have identifiable cash flows that are largely independent of the cash flows of other assets and liabilities and of other asset groups. In those circumstances, the asset group for that long-lived asset shall include all assets and liabilities of the entity.

**360-10-35-25**   In limited circumstances, an asset group will include all assets and liabilities of the entity. For example, the cost of operating assets such as corporate headquarters or centralized research facilities may be funded by revenue-producing activities at lower levels of the entity. Accordingly, in limited circumstances, the lowest level of identifiable cash flows that are largely independent of other asset groups may be the entity level. See Example 4 (paragraph 360-10-55-35).

### > > >   Effect of Goodwill when Grouping

**360-10-35-26**   Goodwill shall be included in an asset group to be tested for impairment under this Subtopic only if the asset group is or includes a reporting unit. Goodwill shall not be included in a lower-level asset group that includes only part of a reporting unit. Estimates of future cash flows used to test that lower-level asset group for recoverability shall not be adjusted for the effect of excluding goodwill from the group. The term *reporting unit* is defined in Topic 350 as the same level as or one level below an **operating segment**. That Topic requires that goodwill be tested for impairment at the reporting unit level.

**360-10-35-27**   Other than goodwill, the carrying amounts of any assets (such as accounts receivable and inventory) and liabilities (such as accounts payable, long-term debt, and asset retirement obligations) not covered by this Subtopic that are included in an asset group shall be adjusted in accordance with other applicable generally accepted accounting principles (GAAP) before testing the asset group for recoverability. Paragraph 350-20-35-31 requires that goodwill be tested for impairment only after the carrying amounts of the other assets of the reporting unit, including the long-lived assets covered by this Subtopic, have been tested for impairment under other applicable accounting guidance.

## > >   Allocating Impairment Losses to an Asset Group

**360-10-35-28**   An impairment loss for an asset group shall reduce only the carrying amounts of a long-lived asset or assets of the group. The loss shall be allocated to the long-lived assets of the group on a pro rata basis using the relative carrying amounts of those assets, except that the loss allocated to an individual long-lived asset of the group shall not reduce the carrying amount of that asset below its fair value whenever that fair value is determinable without undue cost and effort. See Example 1 (paragraph 360-10-55-20) for an illustration of this guidance.

## > >   Estimates of Future Cash Flows Used to Test a Long-Lived Asset for Recoverability

**360-10-35-29**   Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall include only the future cash flows (cash inflows less associated cash outflows) that are directly associated with and that are expected to arise as a direct result of the use and eventual disposition of the asset (asset group). Those estimates shall exclude interest charges that will be recognized as an expense when incurred.

**360-10-35-30**   Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and shall consider all available evidence. The assumptions used in developing those estimates shall be reasonable in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others. However, if alternative courses of action to recover the carrying amount of a long-lived asset (asset group) are under consideration or if a range is estimated for the amount of possible future cash flows associated with the likely course of action, the likelihood of those possible outcomes shall be considered. A probability-weighted approach may be useful in considering the likelihood of those possible outcomes. See Example 2 (paragraph 360-10-55-23) for an illustration of this guidance.

**360-10-35-31**   Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall be made for the remaining useful life of the asset (asset group) to the entity. The remaining useful life of an asset group shall be based on the remaining useful life of the primary asset of the group. For purposes of this Subtopic, the primary asset is the principal long-lived tangible asset being depreciated or intangible asset being amortized that is the most significant component asset from which the asset group derives its cash-flow-generating capacity. The primary asset of an asset group therefore cannot be land or an intangible asset not being amortized.

**360-10-35-32**   Factors that an entity generally shall consider in determining whether a long-lived asset is the primary asset of an asset group include the following:

**App. 46**

a.  Whether other assets of the group would have been acquired by the entity without the asset

b.  The level of investment that would be required to replace the asset

c.  The remaining useful life of the asset relative to other assets of the group. If the primary asset is not the asset of the group with the longest remaining useful life, estimates of future cash flows for the group shall assume the sale of the group at the end of the remaining useful life of the primary asset.

**360-10-35-33**   Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is in use, including a long-lived asset (asset group) for which development is substantially complete, shall be based on the existing service potential of the asset (asset group) at the date it is tested. The service potential of a long-lived asset (asset group) encompasses its remaining useful life, cash-flow-generating capacity, and for tangible assets, physical output capacity. Those estimates shall include cash flows associated with future expenditures necessary to maintain the existing service potential of a long-lived asset (asset group), including those that replace the service potential of component parts of a long-lived asset (for example, the roof of a building) and component assets other than the primary asset of an asset group. Those estimates shall exclude cash flows associated with future capital expenditures that would increase the service potential of a long-lived asset (asset group).

**360-10-35-34**   Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is under development shall be based on the expected service potential of the asset (group) when development is substantially complete. Those estimates shall include cash flows associated with all future expenditures necessary to develop a long-lived asset (asset group), including interest payments that will be capitalized as part of the cost of the asset (asset group). Subtopic 835-20 requires the capitalization period to end when the asset is substantially complete and ready for its intended use.

**360-10-35-35**   If a long-lived asset that is under development is part of an asset group that is in use, estimates of future cash flows used to test the recoverability of that group shall include the cash flows associated with future expenditures necessary to maintain the existing service potential of the group (see paragraph 360-10-35-33) as well as the cash flows associated with all future expenditures necessary to substantially complete the asset that is under development (see the preceding paragraph). See Example 3 (paragraph 360-10-55-33). See also paragraphs 360-10-55-7 through 55-18 for considerations of site restoration and environmental exit costs.

### > >    Fair Value

**360-10-35-36**   For long-lived assets (asset groups) that have uncertainties both in timing and amount, an expected present value technique will often be the appropriate technique with which to estimate fair value.

### >    Long-Lived Assets Classified as Held for Sale

**360-10-35-37**   This guidance addresses the accounting for expected disposal losses for long-lived assets and asset groups that are classified as held for sale but have not yet been sold. See paragraphs 360-10-45-9 through 45-11 for the initial criteria to be met for classification as held for sale.

### > >    Measurement of Expected Disposal Loss or Gain

**360-10-35-38**   Costs to sell are the incremental direct costs to transact a sale, that is, the costs that result directly from and are essential to a sale transaction and that would not have been incurred by the entity had the decision to sell not been made. Those costs include broker commissions, legal and title transfer fees, and closing costs that must be incurred before legal title can be transferred. Those costs exclude expected future losses associated with the operations of a long-lived asset (**disposal group**) while it is classified as held for sale. Expected future operating losses that marketplace participants would not similarly consider in their estimates of the fair value less cost to sell of a long-lived asset (disposal group) classified as held for sale shall not be indirectly recognized as part of an expected loss on the sale by reducing the carrying amount of the asset (disposal group) to an amount less than its current fair value less cost to sell. If the sale is expected to occur beyond one year as permitted in limited situations by paragraph 360-10-45-11, the cost to sell shall be discounted.

**360-10-35-39**   The carrying amounts of any assets that are not covered by this Subtopic, including goodwill, that are included in a disposal group classified as held for sale shall be adjusted in accordance with other applicable GAAP prior to measuring the fair value less cost to sell of the disposal group. Paragraphs 350-20-40-1 through 40-7 provide guidance for allocating goodwill to a lower-level asset group to be disposed of that is part of a reporting unit and that constitutes a business. Goodwill is not included in a lower-level asset group to be disposed of that is part of a reporting unit if it does not constitute a business.

**360-10-35-40**   A loss shall be recognized for any initial or subsequent write-down to fair value less cost to sell. A gain shall be recognized for any subsequent increase in fair value less cost to sell, but not in excess of the cumulative loss previously recognized (for a write-down to fair value less cost to sell). The loss or gain shall adjust only the carrying amount of a long-lived asset, whether classified as held for sale individually or as part of a disposal group.

**360-10-35-41**   See paragraphs 310-40-35-11 and 310-40-40-10 for guidance related to determination of cost basis for foreclosed assets under Subtopic 310-40 and the measurement of cumulative losses previously recognized under the preceding paragraph.

**360-10-35-42**   See paragraphs 830-30-45-13 through 45-15 for guidance regarding the application of Topic 830 to an investment being evaluated for impairment that will be disposed of.

### > >    Accounting While Held for Sale

**360-10-35-43**   A long-lived asset (disposal group) classified as held for sale shall be measured at the lower of its carrying amount or fair value less cost to sell. If the asset (disposal group) is newly acquired, the carrying amount of the asset (disposal group) shall be established based on its fair value less cost to sell at the acquisition date. A long-lived asset shall not be depreciated (amortized) while it is classified as held for sale. Interest and other expenses attributable to the liabilities of a disposal group classified as held for sale shall continue to be accrued.

### > >    Changes to a Plan of Sale

**360-10-35-44**   If circumstances arise that previously were considered unlikely and, as a result, an entity decides not to sell a long-lived asset (disposal group) previously classified as held for sale, the asset (disposal group) shall be reclassified as held and used. A long-lived asset that is reclassified shall be measured individually at the lower of the following:

a. Its carrying amount before the asset (disposal group) was classified as held for sale, adjusted for any depreciation (amortization) expense that would have been recognized had the asset (disposal group) been continuously classified as held and used

**App. 47**

b.  Its fair value at the date of the subsequent decision not to sell.

**360-10-35-45**   If an entity removes an individual asset or liability from a disposal group previously classified as held for sale, the remaining assets and liabilities of the disposal group to be sold shall continue to be measured as a group only if the criteria in paragraph 360-10-45-9 are met. Otherwise, the remaining long-lived assets of the group shall be measured individually at the lower of their carrying amounts or fair values less cost to sell at that date.

> **Long-Lived Assets to Be Disposed of Other than by Sale**

**360-10-35-46**   This guidance addresses the accounting for impairment of long-lived assets and asset groups that are intended to be disposed of by abandonment.

> > **Long-Lived Assets to Be Abandoned**

**360-10-35-47**   For purposes of this Subtopic, a long-lived asset to be abandoned is disposed of when it ceases to be used. If an entity commits to a plan to abandon a long-lived asset before the end of its previously estimated useful life, depreciation estimates shall be revised in accordance with paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 to reflect the use of the asset over its shortened useful life (see paragraph 360-10-35-22).

**360-10-35-48**   Because the continued use of a long-lived asset demonstrates the presence of service potential, only in unusual situations would the fair value of a long-lived asset to be abandoned be zero while it is being used. When a long-lived asset ceases to be used, the carrying amount of the asset should equal its salvage value, if any. The salvage value of the asset shall not be reduced to an amount less than zero.

> > **Long-Lived Asset Temporarily Idled**

**360-10-35-49**   A long-lived asset that has been temporarily idled shall not be accounted for as if abandoned.

# 360-10-40 Derecognition

**General Note**: The Derecognition Section provides guidance on determining whether and when an entity should remove an item from the financial statements. For example, the entity would derecognize an asset because it no longer has rights to the asset or it would derecognize a liability because it no longer has any obligation.

## General

**360-10-40-1**   [Paragraph superseded by Accounting Standards Update No. 2014-09]

> **Sale of Leased Property**

**360-10-40-2**   Paragraph 840-20-40-5 states that if a sale to a third party of property subject to an operating lease (or of property that is leased by or intended to be leased by the third-party purchaser to another party) is not to be recorded as a sale because the entity has not transferred control over the promised asset to the third party in accordance with paragraph 606-10-25-30, the transaction shall be accounted for as a borrowing.

**360-10-40-3**   [Paragraph superseded by Accounting Standards Update No. 2014-09]

> **Transfer or Sale of Property, Plant, and Equipment**

**360-10-40-3A**   An entity shall account for the derecognition of a nonfinancial asset, including an in substance nonfinancial asset, within the scope of this Topic in accordance with Subtopic 610-20 on gains and losses from the derecognition of nonfinancial assets, unless the entity sells or transfers the nonfinancial asset in a **contract** with a **customer**. The derecognition of a nonfinancial asset in a contract with a customer shall be accounted for in accordance with Topic 606 on revenue from contracts with customers.

Pending Content:

**Transition Date:** *(P) December 16, 2018; (N) December 16, 2021* | **Transition Guidance:**  842-10-65-1

An entity shall account for the derecognition of a nonfinancial asset, including an in substance nonfinancial asset and an asset subject to a lease, within the scope of this Topic in accordance with Subtopic 610-20 on gains and losses from the derecognition of nonfinancial assets, unless a scope exception from Subtopic 610-20 applies. For example, the derecognition of a nonfinancial asset in a **contract** with a **customer** shall be accounted for in accordance with Topic 606 on **revenue** from contracts with customers.

**360-10-40-3B**   An entity shall account for the derecognition of a subsidiary or group of assets that is either a **business** or **nonprofit activity** in accordance with the derecognition guidance in Subtopic 810-10.

**360-10-40-3C**   If an entity transfers a nonfinancial asset in accordance with paragraph 360-10-40-3A, and the contract does not meet all of the criteria in paragraph 606-10-25-1, the entity shall not derecognize the nonfinancial asset and shall follow the guidance in paragraphs 606-10-25-6 through 25-8 to determine if and when the contract subsequently meets all the criteria in paragraph 606-10-25-1. Until all the criteria in paragraph 606-10-25-1 are met, the entity shall continue to do all of the following:

a.  Report the nonfinancial asset in its financial statements

b.  Recognize depreciation expense as a period cost unless the assets have been classified as held for sale in accordance with paragraphs 360-10-45-9 through 45-10

c.  Apply the impairment guidance in Section 360-10-35.

**App. 48**