# EXHIBIT 9

Case 3:16-cv-03111-K    Document 158-10    Filed 11/17/21    Page 2 of 4    PageID 6075



# US oil and gas reserves study

2016

EY
Building a better
working world

**App. 118**

## Table of contents

| | |
|---|---|
| Study overview | 1 |
| Industry backdrop and study highlights | 2 |
| Capital expenditures | 3 |
| Revenues and results of operations | 4 |
| Oil reserves | 6 |
| Gas reserves | 7 |
| Performance measures | |
|   Proved reserve acquisition costs, finding and development costs and reserve replacement costs | 9 |
|   Production replacement rates | 10 |
|   Production costs | 11 |
| Company statistics | 14 |
| Peer groups | 26 |
| Appendix | 27 |

**App. 119**

# Revenues and results of operations

**US − revenues and results of operations (millions) (a)**

|  | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Revenues | $ 179,886.4 | $ 174,103.1 | $ 197,475.4 | $ 220,449.6 | $ 129,794.1 |
| Production costs (b) | 49,297.6 | 54,044.1 | 59,368.0 | 64,070.9 | 56,582.9 |
| Exploration expense | 5,515.0 | 6,662.8 | 7,485.5 | 9,173.1 | 12,450.8 |
| DD&A | 45,422.1 | 56,595.5 | 64,904.7 | 74,543.9 | 81,586.5 |
| Impairments | 4,485.1 | 19,689.1 | 7,096.6 | 23,373.4 | 141,811.9 |
| Other expenses (c) | 10,484.7 | 3,207.4 | 7,376.6 | 6,658.7 | 7,541.0 |
| Pre-tax results of operations | $ 64,682.1 | $ 33,904.2 | $ 51,244.1 | $ 42,629.7 | $ (170,178.9) |
| Income taxes | 22,048.6 | 11,463.3 | 17,298.0 | 14,299.3 | (58,183.5) |
| **Results of operations** | $ 42,633.5 | $ 22,440.9 | $ 33,946.0 | $ 28,330.4 | $ (111,995.4) |

(a) Includes the 50 largest companies based on 2015 US end-of-year oil and gas reserves. Activity related to acquired companies has also been reflected as described in the appendix.
(b) Includes production taxes and transportation costs for companies that separately disclose these expenses.
(c) Includes asset retirement obligation accretion and production-related general and administrative costs for companies that separately disclose these expenses.

**US − revenues and results of operations (per boe)**

|  | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| Revenues | $ 51.58 | $ 46.37 | $ 49.90 | $ 50.42 | $ 28.12 |
| Production costs | 14.14 | 14.40 | 15.00 | 14.65 | 12.26 |
| Exploration expense | 1.58 | 1.77 | 1.89 | 2.10 | 2.70 |
| DD&A | 13.02 | 15.07 | 16.40 | 17.05 | 17.68 |
| Impairments | 1.29 | 5.24 | 1.79 | 5.35 | 30.72 |
| Other expenses | 3.01 | 0.85 | 1.86 | 1.52 | 1.63 |
| Pre-tax results of operations | $ 18.55 | $ 9.03 | $ 12.95 | $ 9.75 | $ (36.87) |
| Income taxes | 6.32 | 3.05 | 4.37 | 3.27 | (12.61) |
| **Results of operations** | $ 12.22 | $ 5.98 | $ 8.58 | $ 6.48 | $ (24.26) |

The study companies reported net losses of $112.0 billion as low prices resulted in significantly decreased revenues and substantial property impairments.

Combined oil and gas production increased 6% in 2015, but prices caused revenues to decline 41% from $220.4 billion in 2014 to $129.8 billion in 2015. As with capital expenditures, revenues last declined at this rate during the global financial crisis in 2009.

Production costs fell 12% in 2015 to $56.6 billion, driven by a 45% drop in production taxes and smaller declines in lease operating expenses and transportation costs.

Recurring depreciation, depletion and amortization (DD&A) increased 9% in 2015 to $81.6 billion and 44 of the 50 study companies recorded oil and gas property impairments (including ceiling test charges) in 2015, totaling $141.8 billion.

The largest impairments in 2015 were reported by Apache ($19.6 billion), Chesapeake Energy ($18.2 billion) and Devon Energy ($18.0 billion). Each of these companies follows full cost accounting, which requires a "ceiling test" be conducted each quarter to review properties for impairment. The SEC requires that the 12-month average of the first-day-of-month reference prices be used the determine the ceiling test limitation. Based on EIA posted spot prices, the 12-month average price for oil decreased 47% from 2014 to 2015 while natural gas prices declined 40% (see details in chart below).

Full cost companies accounted for 74% of the total impairments reported in 2015 even though only 28% of the study companies follow full cost accounting.

**EIA posted spot prices**
**(12-month average price required by the SEC)**

|  | Oil (per barrel) | Natural gas (per MMBtu) |
|---|---|---|
| 2014 | $95.28 | $4.36 |
| 2015 | 50.16 | 2.63 |

**App. 120**