# EXHIBIT 10

10-K 1 bbep12311510k.htm 10-K

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM 10-K**

☒   **Annual Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

   **For the fiscal year ended December 31, 2015**

or

☐   **Transition Report Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

   **For the transition period from ___ to ___**

Commission file number 001-33055

## Breitburn Energy Partners LP

*(Exact Name of Registrant as Specified in Its Charter)*

| | |
|---|---|
| **Delaware** | **74-3169953** |
| *(State or Other Jurisdiction of Incorporation or Organization)* | *(I.R.S. Employer Identification No.)* |
| **707 Wilshire Boulevard, Suite 4600 Los Angeles, California** | **90017** |
| *(Address of Principal Executive Offices)* | *(Zip Code)* |

Registrant's telephone number, including area code: (213) 225-5900

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Units Representing Limited Partner Interests | The NASDAQ Stock Market LLC |

Securities registered pursuant to section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☒        Accelerated filer ☐

Non-accelerated filer ☐ (Do not check if a smaller reporting company)     Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act). Yes ☐ No ☒

The aggregate market value of the Common Units held by non-affiliates was approximately $1.0 billion on June 30, 2015, the last business day of the registrant's most recently completed second fiscal quarter, based on $4.76 per unit, the last reported sales price on The NASDAQ Global Select Market on such date.

As of February 25, 2016, there were 213,670,116 Common Units outstanding.

**App. 122**

Documents Incorporated By Reference: Certain information called for in Items 10, 11, 12, 13 and 14 of Part III of this report are incorporated by reference from the registrant's definitive proxy statement for the 2016 annual meeting of unitholders to be held on April 28, 2016.

**App. 123**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

|  |  |  |
|---|---|---|
|  | **BREITBURN ENERGY PARTNERS LP** |  |
|  | By: | BREITBURN GP LLC,<br>its General Partner |
| Dated:    February 26, 2016 | By: | /s/ Halbert S. Washburn |
|  |  | Halbert S. Washburn<br>Chief Executive Officer |

84

**App. 124**

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Name | Title | Date |
|---|---|---|
| /s/ Halbert S. Washburn<br>**Halbert S. Washburn** | Chief Executive Officer and Director of Breitburn GP LLC<br>(Principal Executive Officer) | February 26, 2016 |
| /s/ James G. Jackson<br>**James G. Jackson** | Chief Financial Officer of Breitburn GP LLC<br>(Principal Financial Officer) | February 26, 2016 |
| /s/ Lawrence C. Smith<br>**Lawrence C. Smith** | Vice President, Controller and Chief Accounting Officer Breitburn GP LLC<br>(Principal Accounting Officer) | February 26, 2016 |
| /s/ John R. Butler, Jr.<br>**John R. Butler, Jr.** | Chairman of the Board of Breitburn GP LLC | February 26, 2016 |
| /s/ Randall H. Breitenbach<br>**Randall H. Breitenbach** | Vice Chairman of the Board Breitburn GP LLC | February 26, 2016 |
| /s/ David B. Kilpatrick<br>**David B. Kilpatrick** | Director of Breitburn GP LLC | February 26, 2016 |
| /s/ Gregory J. Moroney<br>**Gregory J. Moroney** | Director of Breitburn GP LLC | February 26, 2016 |
| /s/ Charles S. Weiss<br>**Charles S. Weiss** | Director of Breitburn GP LLC | February 26, 2016 |
| /s/ Donald D. Wolf<br>**Donald D. Wolf** | Director of Breitburn GP LLC | February 26, 2016 |
| /s/ Kurt A. Talbot<br>**Kurt A. Talbot** | Director of Breitburn GP LLC | February 26, 2016 |

**App. 125**

**Breitburn Energy Partners LP and Subsidiaries**
**Consolidated Balance Sheets**

| | | December 31, | | |
|---|---|---|---|---|
| *Thousands of dollars* | | 2015 | | 2014 |
| **ASSETS** | | | | |
| **Current assets** | | | | |
| Cash | $ | 10,464 | $ | 12,628 |
| Accounts and other receivables, net (note 2) | | 128,589 | | 166,436 |
| Derivative instruments (note 4) | | 439,627 | | 408,151 |
| Related party receivables (note 5) | | 2,274 | | 2,462 |
| Inventory | | 926 | | 3,727 |
| Prepaid expenses | | 6,447 | | 7,304 |
| Total current assets | | 588,327 | | 600,708 |
| **Equity investments** | | 6,567 | | 6,463 |
| **Property, plant and equipment** | | | | |
| Oil and natural gas properties (note 3) | | 7,898,117 | | 7,736,409 |
| Other property, plant and equipment (note 3) | | 188,795 | | 60,533 |
| | | 8,086,912 | | 7,796,942 |
| Accumulated depletion, depreciation and impairment (note 6) | | (4,154,030) | | (1,342,741) |
| Net property, plant and equipment | | 3,932,882 | | 6,454,201 |
| **Other long-term assets** | | | | |
| Goodwill (note 3) | | — | | 92,024 |
| Derivative instruments (note 4) | | 226,764 | | 319,560 |
| Other long-term assets (note 8) | | 117,872 | | 165,378 |
| **Total assets** | $ | 4,872,412 | $ | 7,638,334 |
| **LIABILITIES AND EQUITY** | | | | |
| **Current liabilities:** | | | | |
| Accounts payable | $ | 50,412 | $ | 129,270 |
| Current portion of long-term debt (note 9) | | 154,000 | | 105,000 |
| Derivative instruments (note 4) | | 4,462 | | 5,457 |
| Distributions payable | | 733 | | 733 |
| Current asset retirement obligation | | 2,341 | | 4,948 |
| Revenue and royalties payable | | 35,462 | | 40,452 |
| Wages and salaries payable | | 21,654 | | 22,322 |
| Accrued interest payable | | 19,517 | | 20,672 |
| Production and property taxes payable | | 24,292 | | 25,207 |
| Other current liabilities | | 5,133 | | 7,495 |
| Total current liabilities | | 318,006 | | 361,556 |
| Credit facility (note 9) | | 1,075,000 | | 2,089,500 |
| Senior notes, net (note 9) | | 1,789,219 | | 1,156,560 |
| Other long-term debt (note 9) | | 2,938 | | 1,100 |
| Total long-term debt (note 9) | | 2,867,157 | | 3,247,160 |
| Deferred income taxes (note 11) | | 3,844 | | 2,575 |
| Asset retirement obligation (note 12) | | 252,037 | | 233,463 |
| Derivative instruments (note 4) | | 255 | | 2,269 |
| Other long-term liabilities | | 25,218 | | 25,135 |

**App. 126**

| | | |
|---|---:|---:|
| Total liabilities | 3,466,517 | 3,872,158 |
| Commitments and contingencies (note 14) | | |
| **Equity:** | | |
| Series A cumulative redeemable preferred units, 8.0 million units issued and outstanding at December 31, 2015 and December 31, 2014 (note 15) | 193,215 | 193,215 |
| Series B perpetual convertible preferred units, 48.8 million and 0 units issued and outstanding at December 31, 2015 and December 31, 2014, respectively (note 15) | 353,471 | — |
| Common units, 213.5 million and 210.9 million units issued and outstanding at December 31, 2015 and December 31, 2014, respectively (note 15) | 852,114 | 3,566,468 |
| Accumulated other comprehensive loss (note 16) | (229) | (392) |
| Total partners' equity | 1,398,571 | 3,759,291 |
| Noncontrolling interest (note 17) | 7,324 | 6,885 |
| **Total equity** | 1,405,895 | 3,766,176 |
| **Total liabilities and equity** | $ 4,872,412 | $ 7,638,334 |

*The accompanying notes are an integral part of these consolidated financial statements.*

F-4

**App. 127**