# EXHIBIT 11

App. 128

**Value of Assets Held by ExxonMobil and "Peer" Companies at December 31, 2015[1]**



---

[1]    Vanguard Natural Resources, LLC, Form 10-K at 97 (Mar. 7, 2016); Ultra Petroleum Corp., Form 10-K at 76 (Feb. 29, 2016); Breitburn Energy Partners LP at F-4 (Feb. 26, 2016); Exxon Mobil Corporation, Form 10-K at 65 (Feb. 24, 2016).

**App. 129**