# EXHIBIT 12

## Maverick Natural Resources, LLC | Credit Ratings

(MI KEY: 4135454; SPCIQ KEY: 28071116)

**NR**

**S&P Global Ratings**

| Issuer Credit Rating (Foreign Currency LT) |
| 6/20/2016 |
| Not Rated \| CreditWatch/Outlook: NR |
| 6/20/2016 |

**Current Ratings**

**S&P GLOBAL RATINGS (S&P Entity Name:Breitburn Energy Partners)**

| RATING TYPE | RATING | RATING DATE | LAST REVIEW DATE | PREVIOUS RATING | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|---|---|
| **Issuer Credit Rating** | | | | | | | |
| Foreign Currency LT | NR | 6/20/2016 | | D | Not Rated \| CreditWatch/Outlook | NR | 6/20/2016 |
| Local Currency LT | NR | 6/20/2016 | | D | Not Rated \| CreditWatch/Outlook | NR | 6/20/2016 |

**Ratings History**

**S&P GLOBAL RATINGS (S&P Entity Name:Breitburn Energy Partners)**

| RATING TYPE | RATING | RATING DATE | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|
| **Foreign Currency LT** | | | | | |
| Issuer Credit Rating | NR | 6/20/2016 | Not Rated \| CreditWatch/Outlook | NR | 6/20/2016 |
| Issuer Credit Rating | D | 5/16/2016 | Downgrade \| CreditWatch/Outlook | NM | 5/16/2016 |
| Issuer Credit Rating | CC | 4/14/2016 | Downgrade \| CreditWatch/Outlook | Negative | 4/14/2016 |
| Issuer Credit Rating | B- | 2/9/2016 | Downgrade \| CreditWatch/Outlook | Negative | 2/9/2016 |
| Issuer Credit Rating | B | 9/17/2015 | Downgrade \| CreditWatch/Outlook | Negative | 9/17/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Negative | 3/31/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Watch Neg | 1/16/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Negative | 11/24/2014 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Watch Neg | 7/29/2014 |
| Issuer Credit Rating | B+ | 9/24/2010 | New Rating \| CreditWatch/Outlook | Stable | 9/24/2010 |
| **Local Currency LT** | | | | | |
| Issuer Credit Rating | NR | 6/20/2016 | Not Rated \| CreditWatch/Outlook | NR | 6/20/2016 |
| Issuer Credit Rating | D | 5/16/2016 | Downgrade \| CreditWatch/Outlook | NM | 5/16/2016 |
| Issuer Credit Rating | CC | 4/14/2016 | Downgrade \| CreditWatch/Outlook | Negative | 4/14/2016 |
| Issuer Credit Rating | B- | 2/9/2016 | Downgrade \| CreditWatch/Outlook | Negative | 2/9/2016 |
| Issuer Credit Rating | B | 9/17/2015 | Downgrade \| CreditWatch/Outlook | Negative | 9/17/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Negative | 3/31/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Watch Neg | 1/16/2015 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Negative | 11/24/2014 |
| Issuer Credit Rating | B+ | 9/24/2010 | CreditWatch/Outlook | Watch Neg | 7/29/2014 |
| Issuer Credit Rating | B+ | 9/24/2010 | New Rating \| CreditWatch/Outlook | Stable | 9/24/2010 |

**Subsidiaries**

**App. 131**

Maverick Natural Resources, LLC | Credit Ratings

| SUBSIDIARY | AGENCY | DEBT TYPE (RATING TYPE) | RATING | RATING DATE | LAST REVIEW DATE | PREVIOUS RATING | CREDITWATCH / OUTLOOK | CREDITWATCH / OUTLOOK DATE |
|---|---|---|---|---|---|---|---|---|
| QR Energy LP | S&P Global Ratings | Issuer Credit Rating (Foreign Currency LT) | NR | 3/4/2015 | | B+ | NR | 3/4/2015 |

S&P Credit Ratings and Research provided by

'Last Review Date' indicates the date on which an Issue/Issuer Credit Rating was last formally reviewed within a twelve-month period or when a Credit Rating Action was last published. For certain dependent instruments, the 'Last Review Date' will only be updated in the event of a Credit Rating change of the linked organization.

Latest S&P Ratings available unless you are a subscriber of S&P Ratings history.

Site content and design Copyright © 2021, S&P Global
Usage of this product is governed by the SNL Master Subscription Agreement or separate S&P Agreement, as applicable.

S&P Global, 55 Water Street, New York, NY 10041

Licensed to rnewton@paulweiss.com

**App. 132**