# EXHIBIT 13

## Vanguard Natural Resources, LLC | Credit Ratings

(MI KEY: 9327133; SPCIQ KEY: 61233335)

# NR

**S&P Global Ratings**

Issuer Credit Rating (Foreign Currency LT)
3/22/2017

Not Rated | CreditWatch/Outlook: NR
3/22/2017

**Current Ratings**

**S&P GLOBAL RATINGS (S&P Entity Name:Vanguard Natural Resources LLC)**

| RATING TYPE | RATING | RATING DATE | LAST REVIEW DATE | PREVIOUS RATING | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|---|---|
| **Issuer Credit Rating** | | | | | | | |
| Foreign Currency LT | NR | 3/22/2017 | | D | Not Rated | CreditWatch/Outlook | NR | 3/22/2017 |
| Local Currency LT | NR | 3/22/2017 | | D | Not Rated | CreditWatch/Outlook | NR | 3/22/2017 |

**Ratings History**

**S&P GLOBAL RATINGS (S&P Entity Name:Vanguard Natural Resources LLC)**

| RATING TYPE | RATING | RATING DATE | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|
| **Foreign Currency LT** | | | | | |
| Issuer Credit Rating | NR | 3/22/2017 | Not Rated | CreditWatch/Outlook | NR | 3/22/2017 |
| Issuer Credit Rating | D | 2/2/2017 | Downgrade | CreditWatch/Outlook | NM | 2/2/2017 |
| Issuer Credit Rating | CCC- | 8/18/2016 | Upgrade | CreditWatch/Outlook | Negative | 8/18/2016 |
| Issuer Credit Rating | SD | 8/11/2016 | Downgrade | CreditWatch/Outlook | NM | 8/11/2016 |
| Issuer Credit Rating | CC | 1/12/2016 | Downgrade | CreditWatch/Outlook | Negative | 1/12/2016 |
| Issuer Credit Rating | B- | 1/8/2016 | Downgrade | CreditWatch/Outlook | Negative | 1/8/2016 |
| Issuer Credit Rating | B+ | 11/20/2012 | CreditWatch/Outlook | Stable | 11/3/2015 |
| Issuer Credit Rating | B+ | 11/20/2012 | CreditWatch/Outlook | Watch Pos | 5/22/2015 |
| Issuer Credit Rating | B+ | 11/20/2012 | Upgrade | CreditWatch/Outlook | Stable | 11/20/2012 |
| Issuer Credit Rating | B | 3/26/2012 | New Rating | CreditWatch/Outlook | Stable | 3/26/2012 |
| **Local Currency LT** | | | | | |
| Issuer Credit Rating | NR | 3/22/2017 | Not Rated | CreditWatch/Outlook | NR | 3/22/2017 |
| Issuer Credit Rating | D | 2/2/2017 | Downgrade | CreditWatch/Outlook | NM | 2/2/2017 |
| Issuer Credit Rating | CCC- | 8/18/2016 | Upgrade | CreditWatch/Outlook | Negative | 8/18/2016 |
| Issuer Credit Rating | SD | 8/11/2016 | Downgrade | CreditWatch/Outlook | NM | 8/11/2016 |
| Issuer Credit Rating | CC | 1/12/2016 | Downgrade | CreditWatch/Outlook | Negative | 1/12/2016 |
| Issuer Credit Rating | B- | 1/8/2016 | Downgrade | CreditWatch/Outlook | Negative | 1/8/2016 |

**App. 134**

Vanguard Natural Resources, LLC | Credit Ratings

| RATING TYPE | RATING | RATING DATE | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|
| Issuer Credit Rating | B+ | 11/20/2012 | CreditWatch/Outlook | Stable | 11/3/2015 |
| Issuer Credit Rating | B+ | 11/20/2012 | CreditWatch/Outlook | Watch Pos | 5/22/2015 |
| Issuer Credit Rating | B+ | 11/20/2012 | Upgrade | CreditWatch/Outlook | Stable | 11/20/2012 |
| Issuer Credit Rating | B | 3/26/2012 | New Rating | CreditWatch/Outlook | Stable | 3/26/2012 |

S&P Credit Ratings and Research provided by

'Last Review Date' indicates the date on which an Issue/Issuer Credit Rating was last formally reviewed within a twelve-month period or when a Credit Rating Action was last published. For certain dependent instruments, the 'Last Review Date' will only be updated in the event of a Credit Rating change of the linked organization.

Latest S&P Ratings available unless you are a subscriber of S&P Ratings history.

Site content and design Copyright © 2021, S&P Global
Usage of this product is governed by the SNL Master Subscription Agreement or separate S&P Agreement, as applicable.

S&P Global, 55 Water Street, New York, NY 10041

Licensed to rnewton@paulweiss.com

**App. 135**