# EXHIBIT 14

## Ultra Petroleum Corp. | Credit Ratings

(MI KEY: 4187530; SPCIQ KEY: 610837)



# NR

**S&P Global Ratings**

| Issuer Credit Rating (Foreign Currency LT) 9/14/2020 |
| --- |
| Not Rated \| CreditWatch/Outlook: NR 9/14/2020 |

**Current Ratings**

**S&P GLOBAL RATINGS (S&P Entity Name:Ultra Petroleum Corp.)**

| RATING TYPE | RATING | RATING DATE | LAST REVIEW DATE | PREVIOUS RATING | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
| --- | --- | --- | --- | --- | --- | --- | --- |
| **Issuer Credit Rating** | | | | | | | |
| Foreign Currency LT | NR | 9/14/2020 | 9/14/2020 | D | Not Rated \| CreditWatch/Outlook | NR | 9/14/2020 |
| Local Currency LT | NR | 9/14/2020 | 9/14/2020 | D | Not Rated \| CreditWatch/Outlook | NR | 9/14/2020 |

**Ratings History**

**S&P GLOBAL RATINGS (S&P Entity Name:Ultra Petroleum Corp.)**

| RATING TYPE | RATING | RATING DATE | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
| --- | --- | --- | --- | --- | --- |
| **Foreign Currency LT** | | | | | |
| Issuer Credit Rating | NR | 9/14/2020 | Not Rated \| CreditWatch/Outlook | NR | 9/14/2020 |
| Issuer Credit Rating | D | 4/17/2020 | Downgrade \| CreditWatch/Outlook | NM | 4/17/2020 |
| Issuer Credit Rating | CCC- | 9/25/2019 | Downgrade \| CreditWatch/Outlook | Negative | 9/25/2019 |
| Issuer Credit Rating | CCC+ | 3/21/2019 | Upgrade \| CreditWatch/Outlook | Negative | 3/21/2019 |
| Issuer Credit Rating | SD | 1/2/2019 | Downgrade \| CreditWatch/Outlook | NM | 1/2/2019 |
| Issuer Credit Rating | CC | 10/18/2018 | Downgrade \| CreditWatch/Outlook | Negative | 10/18/2018 |
| Issuer Credit Rating | CCC+ | 9/14/2018 | Downgrade \| CreditWatch/Outlook | Negative | 9/14/2018 |
| Issuer Credit Rating | B | 5/17/2018 | Downgrade \| CreditWatch/Outlook | Negative | 5/17/2018 |
| Issuer Credit Rating | B+ | 3/16/2017 | New Rating \| CreditWatch/Outlook | Stable | 3/16/2017 |
| Issuer Credit Rating | NR | 5/5/2016 | Not Rated \| CreditWatch/Outlook | NR | 5/5/2016 |
| Issuer Credit Rating | D | 4/4/2016 | Downgrade \| CreditWatch/Outlook | NM | 4/4/2016 |
| Issuer Credit Rating | CC | 3/3/2016 | Downgrade \| CreditWatch/Outlook | Negative | 3/3/2016 |
| Issuer Credit Rating | CCC- | 2/1/2016 | Downgrade \| CreditWatch/Outlook | Negative | 2/1/2016 |
| Issuer Credit Rating | B+ | 10/2/2015 | Downgrade \| CreditWatch/Outlook | Negative | 10/2/2015 |
| Issuer Credit Rating | BB | 12/2/2013 | CreditWatch/Outlook | Negative | 4/30/2015 |
| Issuer Credit Rating | BB | 12/2/2013 | New Rating \| CreditWatch/Outlook | Stable | 12/2/2013 |
| **Local Currency LT** | | | | | |
| Issuer Credit Rating | NR | 9/14/2020 | Not Rated \| CreditWatch/Outlook | NR | 9/14/2020 |

**App. 137**

Ultra Petroleum Corp. | Credit Ratings

| RATING TYPE | RATING | RATING DATE | ACTION | CREDITWATCH/ OUTLOOK | CREDITWATCH/ OUTLOOK DATE |
|---|---|---|---|---|---|
| Issuer Credit Rating | D | 4/17/2020 | Downgrade \| CreditWatch/Outlook | NM | 4/17/2020 |
| Issuer Credit Rating | CCC- | 9/25/2019 | Downgrade \| CreditWatch/Outlook | Negative | 9/25/2019 |
| Issuer Credit Rating | CCC+ | 3/21/2019 | Upgrade \| CreditWatch/Outlook | Negative | 3/21/2019 |
| Issuer Credit Rating | SD | 1/2/2019 | Downgrade \| CreditWatch/Outlook | NM | 1/2/2019 |
| Issuer Credit Rating | CC | 10/18/2018 | Downgrade \| CreditWatch/Outlook | Negative | 10/18/2018 |
| Issuer Credit Rating | CCC+ | 9/14/2018 | Downgrade \| CreditWatch/Outlook | Negative | 9/14/2018 |
| Issuer Credit Rating | B | 5/17/2018 | Downgrade \| CreditWatch/Outlook | Negative | 5/17/2018 |
| Issuer Credit Rating | B+ | 3/16/2017 | New Rating \| CreditWatch/Outlook | Stable | 3/16/2017 |
| Issuer Credit Rating | NR | 5/5/2016 | Not Rated \| CreditWatch/Outlook | NR | 5/5/2016 |
| Issuer Credit Rating | D | 4/4/2016 | Downgrade \| CreditWatch/Outlook | NM | 4/4/2016 |
| Issuer Credit Rating | CC | 3/3/2016 | Downgrade \| CreditWatch/Outlook | Negative | 3/3/2016 |
| Issuer Credit Rating | CCC- | 2/1/2016 | Downgrade \| CreditWatch/Outlook | Negative | 2/1/2016 |
| Issuer Credit Rating | B+ | 10/2/2015 | Downgrade \| CreditWatch/Outlook | Negative | 10/2/2015 |
| Issuer Credit Rating | BB | 12/2/2013 | CreditWatch/Outlook | Negative | 4/30/2015 |
| Issuer Credit Rating | BB | 12/2/2013 | New Rating \| CreditWatch/Outlook | Stable | 12/2/2013 |

**Market Intelligence News**

| HEADLINE | DATE |
|---|---|
| Ultra Petroleum's second bankruptcy filing in four years did not come as much of a shock, but it still stings for private equity investors that find themselves stuck with positions they cannot sell off. Ultra's bankruptcy highlights perils for private equity's upstream investments | 5/15/2020 1:03:00 PM ET |

S&P Credit Ratings and Research provided by  S&P Global Ratings

'Last Review Date' indicates the date on which an Issue/Issuer Credit Rating was last formally reviewed within a twelve-month period or when a Credit Rating Action was last published. For certain dependent instruments, the 'Last Review Date' will only be updated in the event of a Credit Rating change of the linked organization.

Latest S&P Ratings available unless you are a subscriber of S&P Ratings history.

Site content and design Copyright © 2021, S&P Global
Usage of this product is governed by the SNL Master Subscription Agreement or separate S&P Agreement, as applicable.

S&P Global, 55 Water Street, New York, NY 10041

Licensed to rnewton@paulweiss.com

**App. 138**