IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF THEIR SUPPLEMENTAL SUBMISSION REGARDING ASSET IMPAIRMENT QUESTION RAISED BY THE COURT**

Pending before the Court is Defendants' Motion for Leave to File Reply in Further Support of Their Supplemental Submission Regarding Asset Impairment Question Raised by the Court (the "Motion"). Having considered the motion and all related filings, the Court **GRANTS** the Motion. The Court **ORDERS** that Defendants file the reply with appendix attached as Exhibit A to the Motion within 2 business days of the date of entry of this Order.

IT IS SO ORDERED.

DATED _____        _____
THE HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE