IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-3111-K |

## DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF STEVEN P. FEINSTEIN

For the reasons set forth in the accompanying brief, Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal ("Defendants") move to exclude Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund's designated expert Steven P. Feinstein in the above captioned lawsuit pursuant to *Daubert* v. *Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702.

Dated:   February 21, 2025

Respectfully submitted,


/s/  Daniel J. Toal
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
Matthew D. Stachel (*pro hac vice*)
Samuel M. Kleiner (*pro hac vice*)
Lyuba Shamailova (*pro hac vice*)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
mstachel@paulweiss.com
skleiner@paulweiss.com
lshamailova@paulweiss.com



/s/  Jason Bloom
Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

/s/  D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com

*Counsel for Rex W. Tillerson*

2

**CERTIFICATE OF SERVICE**

The undersigned certifies that counsel of record who are deemed to have consented to electronic service are served with a copy of this document via the Court's EM/ECF System on February 21, 2025.

/s/ Daniel J. Toal
Daniel J. Toal

**CERTIFICATE OF CONFERENCE**

I certify that counsel for Defendants conferred with counsel for Lead Plaintiff on February 20, 2025 regarding Defendants' Motion to Exclude the Testimony of Steven P. Feinstein. Counsel for Lead Plaintiff indicated that Lead Plaintiff will oppose the motion.

/s/ Daniel J. Toal
Daniel J. Toal