IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**APPENDIX IN SUPPORT OF DEFENDANTS' MOTION
TO EXCLUDE THE TESTIMONY OF D. PAUL REGAN**

| Exhibit | Description | App. Page(s) |
|---|---|---|
|  | Declaration of Lyubov Shamailova | App. 1 – App. 3 |
| 1 | Expert Report of D. Paul Regan, dated October 11, 2024 | App. 4 – App. 218 |
| 2 | Expert Reply Report of D. Paul Regan, dated January 10, 2025 | App. 219 – App. 368 |
| 3 | Excerpts from Transcript of D. Paul Regan Deposition, dated January 29, 2025 | App. 369 – App. 399 |
| 4 | Exxon Mobil Corporation document titled "Assessment of Potential Impairment Triggers," dated February 10, 2016, designated by Bates number EMC_RAM 000000001 | App. 400 – App. 478 |
| 5 | Financial Accounting Standards Board, Accounting Standards Codification 932-10-S99 | App. 479 – App. 495 |
| 6 | Financial Accounting Standards Board, Accounting Standards Codification 360-10-35 | App. 496 – App. 503 |

Dated:   February 21, 2025

Respectfully submitted,


/s/ Daniel J. Toal
Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
Matthew D. Stachel (*pro hac vice*)
Samuel M. Kleiner (*pro hac vice*)
Lyuba Shamailova (*pro hac vice*)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
mstachel@paulweiss.com
skleiner@paulweiss.com
lshamailova@paulweiss.com


/s/ Jason Bloom
Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com


*Counsel for Rex W. Tillerson*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**DECLARATION OF LYUBOV SHAMAILOVA IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF D. PAUL REGAN**

Pursuant to 28 U.S.C. § 1746, I, Lyubov Shamailova, declare as follows:

1. I am over twenty-one years of age and I am competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2. I am an associate in the law firm of Paul, Weiss, Rifkind, Wharton and Garrison LLP. My office is located at 1285 Avenue of the Americas, New York, New York 10019.

3. I am a member in good standing with the New York State Bar. I am admitted to practice before this Court *pro hac vice*.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of D. Paul Regan, dated October 11, 2024.

5. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Reply Report of D. Paul Regan, dated January 10, 2025.

6. Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of D. Paul Regan, which was taken on January 29, 2025.

**App. 1**

7.    Attached hereto as Exhibit 4 is a true and correct copy of the Exxon Mobil Corporation document titled "Assessment of Potential Impairment Triggers," dated February 10, 2016, designated by Bates number EMC_RAM 000000001.

8.    Attached hereto as Exhibit 5 is a true and correct copy of Financial Accounting Standards Board's Accounting Standards Codification 932-10-S99.

9.    Attached hereto as Exhibit 6 is a true and correct copy of Financial Accounting Standards Board's Accounting Standards Codification 360-10-35.

**App. 2**

3

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York

February 21, 2025

_____
LYUBOV SHAMAILOVA

**App. 3**

# Exhibit 1

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |
|---|---|
| **PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, Plaintiff,**<br><br>**vs.**<br><br>**EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY and DAVID S. ROSENTHAL, Defendants**. | Civil Action No. 3:16-cv-03111-K |

**EXPERT REPORT**
**OF**
**D. PAUL REGAN, CPA/CFF**
**OCTOBER 11, 2024**

**CONFIDENTIAL**

**App. 4**

**CONFIDENTIAL**

**TABLE OF CONTENTS**

I.     **THE NATURE OF MY ASSIGNMENT AND SUMMARY OF OPINIONS** ..............1

II.     **QUALIFICATIONS** ................................................................5

III.     **BACKGROUND RELEVANT TO MY OPINIONS**.........................................7

    A.     THE IMPORTANCE OF EXXON'S MAJOR KEARL PROJECT AND ASSERTED PROVED RESERVES ................................................................11

    B.     EXXON'S SIGNIFICANT NATURAL GAS OPERATIONS, INCLUDING THOSE ACQUIRED FROM XTO ENERGY INC ..........................................18

    C.     EXXON'S FINANCIAL REPORTING RESPONSIBILITIES UNDER SEC ACCOUNTING-RELATED RULES, INCLUDING GAAP ..............................22

        1.     Exxon's Financial Statements Were Required to Comply with GAAP, Including Explicit Oil and Gas Industry-Related Accounting Guidance..............................................24

        2.     Exxon Was Required to Comply with the Accounting-Related Provisions of the SEC's MD&A Financial Reporting Rules ....................28

        3.     Exxon Was Also Required to Disclose Information About Its Proved Oil and Gas Reserves..............................................31

IV.     **BASES FOR MY OPINIONS** ....................................................35

    A.     EXXON FAILED TO APPROPRIATELY DE-BOOK ITS DISCLOSED UPSTREAM CANADIAN KEARL PROVED BITUMEN RESERVES AS OF DECEMBER 31, 2015 .........35

        1.     Exxon's SEC Prices Improperly Excluded Costs Relating to Bitumen Sold to U.S. Markets at December 31, 2015 ..............................39

        2.     Exxon's 2015 Net Pricing Model Overstated Kearl's SEC Pricing...........43

        3.     SEC Lifting Costs Exceeded the Kearl SEC Price Requiring Exxon to De-Book Approximately 3.6 Billion Barrels of Proved Reserves as of December 31, 2015 ................................................47

    B.     EXXON'S 2015 MD&A FAILED TO APPROPRIATELY DISCLOSE KNOWN TRENDS AND UNCERTAINTIES REGARDING THE RECURRING LACK OF PROFITABILITY OF ITS UPSTREAM CANADIAN KEARL BITUMEN OPERATIONS AND ITS POTENTIAL IMPACT TO THE COMPANY'S PROVED RESERVES ....................49

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**

**App. 5**

**CONFIDENTIAL**

1.    Kearl's Production Volumes and Operational Efficiencies Were Regularly Touted by Exxon Management and the Subject of Analyst Inquiries During 2015 ...................................................................52

2.    In Contrast to Asserted Profits and Undisclosed to the Public, Kearl's Recurring Operating Losses Were Repeatedly Evident to Exxon's Management Prior to the Issuance of Exxon's 2015 Form 10-K ..........................................................................................................57

3.    The Conditions Set Forth in Section IV.A. Above, Including Losses Associated with Shipments to U.S. Markets, Contributed to Kearl's Operating Losses..........................................................................................64

4.    Exxon Ultimately De-Booked Kearl's Proved Reserves at Year-End 2016 ....................................................................................................71

5.    The SEC's MD&A Disclosure Requirements ...........................................72

6.    The Impact of Kearl's Declining Profitability, Losses, and Proved Reserves Were Material .............................................................................80

C.    EXXON FAILED TO PROPERLY COMPLY WITH IMPAIRMENT-RELATED ACCOUNTING STANDARDS UNDER GAAP RESULTING IN THE MATERIAL OVERSTATEMENT OF XTO-RELATED LONG-LIVED ASSETS AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2015 ................................................................84

1.    Exxon Failed to Properly Evaluate Whether Events and Changing Circumstances Indicated that Its XTO-Related Long-Lived Assets Were Impaired as of December 31, 2015....................................................88

2.    A GAAP Step 1 Asset Recoverability Assessment Demonstrates that Several XTO Properties' Asset Group Carrying Values Exceeded Their Respective Undiscounted Cash Flows...........................115

3.    A Step 2 Fair Value Analysis of the Impaired Assets Required Exxon to Recognize a $3.4 Billion Impairment as of December 31, 2015........................................................................................................130

4.    Exxon's $3.4 Billion Impairment Misstatement Was Material to the Company's 2015 Under GAAP .............................................................134

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**

**App. 6**

**CONFIDENTIAL**

## I.      THE NATURE OF MY ASSIGNMENT AND SUMMARY OF OPINIONS

1.      I have been retained, through my employer, Hemming Morse, LLC, Forensic and Financial Consultants ("HM"), on behalf of Lead Plaintiff in this matter and Lead Counsel, Robbins Geller Rudman & Dowd LLP, to consider relevant facts and provide expert opinions on the following matters based on my review and analysis of the information currently available to me, as well as my education and professional experience:

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| Whether ExxonMobil Corporation ("Exxon" or the "Company") appropriately complied with disclosure requirements established under U.S. Securities and Exchange Commission ("SEC") financial reporting requirements relating to proved reserves as set forth under ASC 932-10-S99. Specifically, whether Exxon's disclosed proved reserves related to Exxon's Canadian Kearl bitumen of approximately 3.6 billion barrels of bitumen as of December 31, 2015 was required to be de-booked to zero. | Exxon failed to appropriately de-book its disclosed 3.6 billion barrels of upstream Canadian Kearl proved bitumen reserves as of December 31, 2015. Specifically, when determining its proved reserves, Exxon improperly excluded actual sales pricing and related costs of bitumen sold to the U.S. market when deriving its SEC Kearl bitumen pricing as of December 31, 2015. Correcting for this error results in an adjusted 2015 Kearl SEC price of approximately $24.66 per barrel, $4.04 lower than Exxon's assumed $28.70 price per barrel price.

The Company's 2015 annual lifting costs pertaining to this bitumen totaled no less than $27.90 per barrel. These lifting costs exceeded Exxon's corrected 2015 $24.66 SEC price per barrel by at least $3.24 per barrel or 13%.

Consistent with Exxon's 2016 conclusions, this deficit required the Company de-book all of Kearl's SEC bitumen proved reserves as of December 31, 2015. Put simply, it was evident by the time Exxon filed its 2015 Form 10-K that Exxon's disclosed 3.6 billion barrels of Kearl Bitumen proved reserves were not reasonably certain of being economically producible [see below at §IV.A.]. |
| Whether Exxon appropriately complied with disclosure requirements established under SEC financial reporting requirements, including Item 303 of Regulation S-K, *Management's* | In absence of a de-booking of the Kearl proved reserves and related disclosures at year end 2015 as required by relevant accounting standards and detailed in section |

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 1**

**App. 7**

CONFIDENTIAL

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| *Discussion and Analysis of Financial Conditions and Results of Operations* ("Item 303"), which governs disclosures made in the Company's Management's Discussion and Analysis ("MD&A") included in Exxon's 2015 annual report filed with SEC on Form 10-K on February 24, 2016 ("2015 Form 10-K"). Specifically, assuming Exxon's proved reserves relating to Kearl bitumen were not required to be de-booked, whether Exxon appropriately disclosed information "necessary to an understanding" of the Company's operating results and known trends and uncertainties, including information relating to the recurring losses incurred by Exxon's Canadian Kearl bitumen operation that was "reasonably likely" to have a material effect on Exxon's reported: (1) Non-U.S. Upstream revenue, income from operations, and profitability; and (2) proved bitumen reserves. | IV.A., Exxon's MD&A disclosures included in the Company's 2015 Form 10-K did not comply with financial reporting disclosure requirements established under SEC Item 303. Specifically, Exxon's MD&A omitted disclosure of certain known trends and uncertainties relating to the recurring lack of profitability of its Canadian Kearl bitumen operations and related proved reserves, including disclosure that: 1. Kearl's recurring losses did and were "reasonably likely" to have a material negative effect on the Company's Upstream earnings and profitability; 2. Kearl's operating losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed; and 3. The circumstances discussed in Section IV.A. below, including losses associated with shipments to the U.S. market, that contributed to Kearl's operating losses. This information was necessary to understand Exxon's results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition." Accordingly, these trends and uncertainties required disclosure under Item 303 and were repeatedly made evident to Exxon's management during the periods preceding the issuance of the Company's 2015 Form 10-K [see below at §IV.B]. |
| Whether Exxon's financial reporting as of and for the year ended December 31, 2015 appropriately complied with U.S. Generally Accepted Accounting Principles ("GAAP") relating to the Company's accounting for long- | Exxon violated GAAP when it accounted for the Company's XTO-related long-lived assets as of and for the year ended December 31, 2015. Specifically, Exxon materially overstated its XTO-related assets when, |

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 2**

**App. 8**

CONFIDENTIAL

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| lived assets associated with its XTO-related dry gas operations.<br><br>Specifically, whether Exxon properly applied the requirements of Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 360 ("ASC 360") and ASC Topic 932 ("ASC 932), including the Company's determination of whether:<br><br>• (**Step 0**) events or changes in circumstances (*a.k.a.*, triggering event(s)) indicated that the carrying value (*i.e.*, the reported book value) of Exxon's long-lived assets associated with its XTO-related dry gas operations may not have been recoverable as of, and during, Exxon's financial reporting period ended December 31, 2015, and if so, whether:<br><br>• (**Step 1**) the carrying value of the Company's XTO-related long-lived assets exceeded the undiscounted cash flows associated with the Company's XTO-related long-lived assets; and if so, whether:<br><br>• (**Step 2**) the carrying value of the Company's XTO-related long-lived assets exceeded their respective fair value. | pursuant to ASC 360 and ASC 932-360, the Company and its management failed to:<br><br>1. Appropriately evaluate, recognize, and disclose that events and circumstances indicated that Exxon's reported XTO-related property, plant, and equipment ("PP&E") may not have been recoverable as of December 31, 2015;<br><br>2. Properly evaluate whether the carrying value of the Company's XTO-related long-lived assets exceeded their undiscounted cash flows as of December 31, 2015, and ultimately; and<br><br>3. Determine, recognize, and disclose material impairment losses of approximately $3.4 billion (*i.e.*, the difference between the carrying value of certain of Exxon's XTO-related long-lived assets and their respective fair values).<br><br>These GAAP failures resulted in the material misstatement of Exxon's annual financial statements as of and for the year ended December 31, 2015. Consistent with this opinion and as described further below, Exxon would ultimately report pre-tax impairment losses associated with its XTO-related long-lived assets of over $3 billion during the year ended December 31, 2016. |

2.    The bases for these opinions are described in Section IV of this report. This report is based on the evidence I have reviewed to date. I understand that additional information may become available, including, but not limited to, discovery in response to subpoenas issued in this matter, deposition testimony and related exhibits, and relevant opinions and analyses by the parties' experts. As a result, I may modify my opinions based on such additional evidence. In addition, I expect to analyze any findings of and, if necessary, respond to defendants' expert's report(s).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 3**

**App. 9**

**CONFIDENTIAL**

3.      I am performing this expert witness engagement in accordance with the American Institute of Certified Public Accountants' ("AICPA") *Statement on Standards for Forensic Services*. These standards require me to be impartial, intellectually honest, and free of conflicts of interest. As a testifying expert providing forensic services, I am also bound by the AICPA's professional standards, including the duty to act with integrity and objectivity.

4.      Consistent with those requirements, my opinions are my present opinions and are based on the information I have considered to date. These opinions are further based on my knowledge, training, education, and experience, as well as the various evidence cited in this report. This evidence is of the type that would ordinarily be relied on by an expert in accounting and financial reporting matters. Evidence includes historical information, emails and their attachments, and relevant testimony regarding the matters at issue.

5.      It is my understanding from Lead Counsel that fact discovery, including depositions, in this matter is ongoing. Accordingly, information that I would ordinarily consider and rely on in forming my opinions, including, but not limited to, contemporaneous communications, documentation, and testimony relevant to Exxon's public filings, that has not yet been made available to me and remains subject to my review. As a result, the opinions expressed in this report are my preliminary opinions and may require supplementation as new information is made available and is considered by me. As of the date of this report, I have considered certain documents, including Exxon's public filings. These documents are identified in **Exhibit A** and in the body and footnotes of this report.

6.      In my work I have been assisted by others in my firm who have acted under my direction and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a witness of fact. My understanding of the relevant facts comes from the documents and testimony that I have considered.

7.      This report should not be construed as expressing opinions on matters of law, including, but not limited to, whether defendants' failure to disclose certain facts violated the strict liability provisions of Section 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder, which are outside my expertise and are for the Court to determine. However, to the extent I have interpreted contracts, court cases, or other

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 4**

**App. 10**

**CONFIDENTIAL**

evidence, these interpretations necessarily reflect my understanding thereof from an accounting and financial reporting perspective.

8.   I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced, or circulated for any other purpose, in whole or in part, without my prior written consent.

9.   HM is being compensated for my services at $920 per hour. This compensation is not contingent on the outcome of this matter or the conclusions that I reach.

## II.   QUALIFICATIONS

10.   My expert qualifications, including my testimony in the last four years and the publications I have authored in the past ten years, are described in greater detail in my curriculum vitae, attached as **Exhibit B**. My prior experience and education provide me with the appropriate qualifications to provide opinions in this matter.

11.   I am a Certified Public Accountant ("CPA"), licensed in the State of California, and a Partner in HM in San Francisco, California. I have been a CPA continuously since 1970. My work in the accounting profession includes more than 50 years of continuous experience as an auditor or as a consultant. I have supervised and participated in audits, or the review of audits of companies' financial statements. I served as the engagement partner or concurring partner on more than 100 audits between 1975 and 1995. The largest engagement that I supervised was the audit of a public company with more than 100 subsidiaries operating throughout the world.

12.   I have also provided accounting and/or auditing consulting services on more than 1,000 complex litigation matters. Many of these have required an extensive analysis and application of relevant GAAP, SEC financial reporting requirements, U.S. Generally Accepted Auditing Standards ("GAAS"), and Public Company Accounting Oversight Board ("PCAOB") Standards. I have also testified on accounting issues where the accounting standards were International Financial Reporting Standards ("IFRS"), Canadian GAAP, UK GAAP, Australian GAAP, and Korean GAAP. I have performed these

**App. 11**

**CONFIDENTIAL**

analyses and provided testimony for clients that include large and small companies in the private and public sector, as well as for various state and federal agencies (*e.g.*, the Federal Deposit Insurance Corporation ("FDIC"), Federal Home Loan Mortgage Corporation, SEC, U.S. Department of Justice ("DOJ"), the PCAOB, Resolution Trust Corporation, California Department of Insurance, various Attorneys General of 19 states, and the Department of Economic Development, an agency of the British government).

13.    My experience includes the review of financial records of entities across a diverse range of industries including oil and gas companies. My consulting or expert witness experience has involved companies with operations in multiple locations in the United States, as well as in many other countries. The companies whose financial statements I have analyzed have included accounting for and disclosure of oil exploration and development costs, including those with offshore operations in the Gulf of Mexico, as well as exploration and development of oil and gas properties in the mainland of the United States. I have also personally owned interests in entities with working interests in oil and gas wells in Texas, Louisiana, and Oklahoma.

14.    From 1976 through today, I have testified and been admitted as an expert in more than 125 trials and arbitrations and given more than 235 depositions. These cases were generally in state and federal courts in the United States. I have also testified in trials in Canada, Guam, the United Kingdom, Australia, and the International Court of Justice in the Netherlands.

15.    I am a member of the California Society of Certified Public Accountants ("CalCPA"). I have served on its statewide Litigation Services Steering Committee since 1990 and I was its Chair during its 2002/2004 fiscal year terms. At that time, this Steering Committee provided guidance to the more than 800 members of its four Operating Sections: (i) Business Valuation; (ii) Economic Damages; (iii) Fraud; and (iv) Family Law. For two and one-half years (through August of 1998), I was Chair of its 250-member Economic Damages Section. I served as Chair of the 28,000-member CalCPA during its 2004/2005 fiscal year term and in 2009, I received CalCPA's Distinguished Service Award for a career of "extraordinary and distinguished service to the profession."

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 6**

**App. 12**

**CONFIDENTIAL**

16.    I am a member of the AICPA. The AICPA had a national Forensic and Litigation Services Committee ("FLSC") (formerly the Litigation and Dispute Resolution Subcommittee). From 1998 until July of 2001, I served as one of the nine members of this national committee. The FLSC oversaw and provided guidance to the AICPA's then 340,000 members relating to litigation consulting and dispute resolution. The FLSC also provided guidance and supervision to its subcommittees, which included the Subcommittee on Economic Damages. I served as Chairperson of the Subcommittee on Economic Damages from 1999 to July 2001.

17.    From October 2003 until October 2011, I was a member of the AICPA's Governing Council. Under Rule 203 of the Code of Professional Conduct of the AICPA, this Council is the body that has the authority to designate which accounting principles constitute GAAP.

18.    From August 2008 until October 2011, I served on the AICPA's Forensic and Valuation Services Executive Committee. This nine-person committee is the AICPA's standards setting body for CPAs performing forensic and valuation services. I have also been designated by the AICPA as a Certified in Financial Forensics ("CFF").

19.    As seen in my curriculum vitae, attached as **Exhibit B**, I have served on the board of directors of two public companies (International Display Works, Inc. and Solar Power, Inc.), as well as on their audit committees. I was also a council member, mayor, and commissioner of Finance for the Town of Hillsborough, which issued public debt throughout my 12-year tenure on its council.

## III.    BACKGROUND RELEVANT TO MY OPINIONS

20.    Exxon Mobil Corporation is one of the world's largest global energy companies.[1] The Company's principal business involves the worldwide exploration, extraction, production, transportation, and sale of crude oil and natural gas (Upstream segment) and the refining,

---

[1] https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 7**

**App. 13**

**CONFIDENTIAL**

manufacturing, transportation, and sale of petroleum products (Downstream segment).[2] Exxon operations also included the manufacturing and sale of petrochemicals (Chemical segment).[3]

21.    While Exxon's Downstream segment operations generated nearly 80% or more of the Company's reported revenue during the relevant period, the majority of Exxon's profits and post-tax earnings were realized through the Company's Upstream operations. For example, during the two years ended December 31, 2014, Exxon's Upstream operations generated approximately 85% and 82% of the Company's total net income attributable to ExxonMobil and the majority of reported segment after tax earnings:[4]



---

[2] Exxon 2015 Form 10-K, p. 1, 68.

[3] Exxon 2015 Form 10-K, p. 1, 68.

[4] Chart generated using information reported in Exxon's 2014 Form 10-K, p. 92 ($27.548M/$32.52M = 85%; $26.841M/$32.58M = 82%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 8**

**App. 14**

**CONFIDENTIAL**

22.    While remaining profitable, Exxon began to experience a decline in its Upstream segment quarterly earnings trends during the last quarter of 2014:[5]



23.    Citing significant price declines in the crude oil during the latter part of 2014, Exxon's Vice President of Investor Relations and Secretary, Jeffrey Woodbury, disclosed that price drops contributed to a $1.3 billion decrease in year-over-year fourth quarter Upstream earnings.[6] Consistent with this understanding, the price of crude oil (West Texas Intermediate or "WTI") and natural gas (Henry Hub) spot prices declined approximately 50% and 28%, respectively, during the six months ended December 31, 2014:[7]

---

[5] Chart generated using information reported in Exxon's 2014 Form 10-K, p. 92, Q1 2014 Form 10-Q, p. 12, Q2 2014 Form 10-Q, p. 12, and Q3 2014 Form 10-Q, p. 12.

[6] Q4 2014 Earnings Transcript, p. 4; Q4 2014 Earnings Presentation, p. 9.

[7] Prepared and calculated using daily spot prices at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=D (WTI $106.07 per barrel at 6/30/14 - $53.45 per barrel at 12/31/14 = $52.62/$106.07 per barrel = 50%; $4.39 per MMBtu at 6/30/14 - $3.14 per MMBtu at 12/31/14 = $1.25/$4.39 per MMBtu = 28%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 9**

**App. 15**

**CONFIDENTIAL**



24.     Despite these decreases, Exxon touted its ability to deliver "profitable growth," citing in part the completion of certain major projects during 2014 and its related Kearl expansion project.[8] During its March 2015 Analyst Meeting, Exxon's former Executive Chairman and Chief Executive Officer, Rex Tillerson: (i) emphasized the Company's 2014 realized earnings despite oil and gas price declines;[9] (ii) touted that 2014 was the "21st consecutive year" Exxon added more oil and natural gas reserves than the Company had produced (due in large part to the Kearl expansion project);[10] and (iii) highlighted the long-term expected

---

[8] Q4 2014 Earnings Presentation, February 2, 2015, p. 25.

[9] 2015 Analyst Meeting, March 4, 2015, p. 4 ("The 2014 results reflect the strength of our integrated business amid global economic challenges, uncertainties, and price volatility. […] Total corporate earnings were $32.5 billion and return on average capital employed was an industry-leading 16.2%."),

[10] 2015 Analyst Meeting, March 4, 2015, p. 4 ("[During 2014 o]ur proved reserve replacement ratio was 104%, marking the 21st consecutive year we added more oil and natural gas reserves than we produced.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 10**

**App. 16**

CONFIDENTIAL

global energy demand growth, driven in large part by natural gas demand which was expected to "increase more than any other [energy] type."[11]

## A. THE IMPORTANCE OF EXXON'S MAJOR KEARL PROJECT AND ASSERTED PROVED RESERVES

25.     Kearl is a joint venture established between certain of the Company's consolidated subsidiaries to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen.[12] Kearl is comprised of six oil sands leases covering approximately 48,000 acres in the Athabasca oil sands deposit.[13] Exxon's Kearl expansion project in Alberta was considered a "major" project and critical to the Company's ability to report net reserve increases at December 31, 2014.[14]

26.     When Credit Suisse AG's analyst, Edward Westlake, requested a status update on the Company's "big project" during October 2014, Mr. Woodbury described Kearl as being "very stable" and in its "sweet spot":

> Kearl, as we've said many times, is a long-life asset. It's advantaged. Obviously, its advantaged because of the proprietary technology that we've implemented, where it foregoes the need for an upgrader. […] Currently, we're consistently producing over 100,000 barrels of oil per day. […] So overall, really pleased with the asset. **As I said, it's a long-life asset that's going to provide very stable productions. And quite frankly, Ed, we're in our sweet spot right now. We have – this is what we do very, very well**

---

[11] 2015 Analyst Meeting, March 4, 2015, p. 5 ("By the year 2040, the world's population is expected to increase to 9 billion people. […] Along with population growth and human progress, we continue to see an evolving energy landscape, driven by advances in technology, available resources and trade. […] Looking forward, we expect oil will remain the leading energy source, and natural gas will surpass coal to become the second largest resource. […] Oil use will grow on higher demand from transportation and chemical sectors. Natural gas demand will increase more than any other type, driven by rising power generation and industrial needs. Natural gas is well-recognized as a reliable, affordable, and clean fuel for a wide range of uses and its growth is supported by advanced technologies that are unlocking abundant resources around the world.").

[12] 2014 Form 10-K, p. 13 ("Bitumen is extracted from Kearl's oil sands produced from open-pit mining operations and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to the Company's refineries and to third parties.").

[13] 2014 Form 10-K, p. 13.

[14] *See, e.g.*, 2015 Analyst Meeting Presentation, March 4, 2015, Slide 40.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 11**

# App. 17

**CONFIDENTIAL**

**in terms of our project execution and then optimizing our operations to make sure that we maximize the value from the resource**.[15]

27. Mr. Tillerson similarly touted Kearl's value proposition, citing Kearl-related benefits that could be leveraged around the world to "increase revenues, strengthen margins, lower cost and ultimately maximize the returns to [Exxon's] shareholders:"

> As our crude production ramps up in Canada, so do our logistics capacity, ensuring we optimally place equity barrels in our own refining circuit or into the open market. **A recent example that illustrates the advantage of this integration is how we were able to accelerate value capture from Kearl-produced bitumen**. When a new crude is introduced to the market, it generally trades at a discount for some time, while refiners learn about and confirm its processing characteristics. However, years before we made a final funding decision on Kearl, our upstream, downstream and research business collectively worked to understand the bitumen's properties and demonstrate to the market that it could be refined successfully. **To preserve value, our teams also ensured 100% of Kearl production can be processed in our own refineries. As a result, we minimized the typical early discounts. As these examples illustrate, we capture significant benefits from our integration**. Our approach and distinct advantages apply broadly to crude oil, natural gas, and natural gas liquids. We continue to leverage this model in North America an around the globe to increase revenues, strengthen margins, lower costs, and ultimately maximize the returns to our shareholders.[16]

28. During its Q4 2014 earnings call, Mr. Woodbury stated that the Company expected to double Kearl's production capacity to 220,000 barrels per day for the next several decades.[17] Mr. Woodbury also noted the Company's Upstream profitability and assured investors that Kearl's expansion was continuing to track "ahead of schedule" (red box added):[18]

---

[15] Q3 2014 Earnings Transcript, October 31, 2014, p. 7 (emphasis added).

[16] 2015 Analyst Meeting, March 4, 2015, p. 7 (emphasis added). *See also* Q1 2015 Earnings Transcript, April 30, 2015, p. 9 ([In response to analyst inquiries about Kearl's performance] "As we've said in the past, Kearl is an advantaged, long-life asset, one that has significant future potential, as you look at how we further optimize the base. As you highlight, we have continued to improve on our reliability towards our operating targets. And we are fairly consistently producing at the 110,000 barrels a day gross.).

[17] Q4 2014 Earnings Transcript, February 2, 2015, p. 10.

[18] Q4 2014 Earnings Presentation, February 2, 2015 p. 25; Q4 2014 Earnings Transcript, February 2, 2015, p. 10.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 12**

**App. 18**

**CONFIDENTIAL**



29.     In its 2014 Form 10-K, Exxon emphasized that the Company's success at "offsetting the effects of natural field decline through disciplined investments in quality opportunities and project execution […] **has resulted in net annual additions to proved reserves that have exceeded the amount produced**."[19] When subsequently asked by a Societe General Cross asset analyst about whether the "very large" 2014 increase in Exxon's proved bitumen reserves related to Kearl, Mr. Tillerson acknowledged the revisions were "pretty large" and were "**all Kearl**."[20]

30.     Indeed, Exxon's disclosed proved bitumen reserves increased by 602.6 million barrels or 17% at December 31, 2014 as compared to December 31, 2013.[21] Exxon's internal records reflect that Kearl-specific proved reserves increased by 675.2 million barrels in 2014 to 3.3

---

[19] Exxon 2014 Form 10-K, p. 48 (emphasis added).

[20] 2015 Analyst Meeting, March 4, 2015, p. 30 (emphasis added).

[21] Agreed to or calculated using PRAM0006789 and PRAM0031061; Exxon 2014 Form 10-K, pp. 102 and 103.

**CONFIDENTIAL**

billion barrels.[22] "Proved reserves" generally refer to the quantity of reserves that appear with reasonable certainty to be recoverable in the future from known oil and gas locations.[23]

31.    This significant increase in proved reserves facilitated Exxon's ability to report an overall net increase of 53 million barrels of proved reserves as of December 31, 2014[24] and its touted 21st consecutive year of adding more oil and natural gas reserves than the Company produced.

32.    Kearl's proved reserves represented approximately 13% of the Company's total disclosed proved reserves as of December 31, 2014, and as illustrated below, approximated 78% of Exxon's total disclosed proved bitumen reserves:[25]



33.    Exxon's disclosed 2014 bitumen production price realization of approximately $63 per barrel provides additional perspective as to Kearl's significance.[26] Applying this per barrel

---

[22] Agreed to or calculated using PRAM0006789 and PRAM0031061.

[23] ASC 932-10-S99. *See also* AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 1.34.

[24] Exxon 2014 Form 10-K, pp. 105 and 106 (25,269 million barrels – 25,216 million barrels = 53 million barrels).

[25] Agreed to or calculated using PRAM0006789 (3,301,977 thousand BBL bitumen at Kearl/4,232,627 thousand BBL bitumen = 78%; 3,301,977 thousand BBL bitumen at Kearl/25,269,093 thousand BBL = 13%).

[26] Exxon 2014 Form 10-K, p. 9.

---

**CONFIDENTIAL**

price realization to Kearl's 3.3 billion barrels of proved reserves indicated an approximate $207 billion of future upstream price potential (3.3 billion x $62.68 price per barrel) as of December 31, 2014.[27]

34. Exxon also disclosed 2014 bitumen-related production costs of approximately $33 per barrel, reflecting an average production-related margin of approximately $30 per barrel or 47.9%:[28]

| Avg. $ per barrel | 12/31/14 | 12/31/13 | 12/31/12 | 12/31/11 |
|---|---|---|---|---|
| Production Price | $62.68 | $59.63 | $58.91 | $64.65 |
| Production Cost | $32.66 | $34.30 | $23.71 | $19.80 |
| **Production Margin** | **$30.02** | **$25.33** | **$35.20** | **$44.85** |
| Margin % | 47.9% | 42.5% | 59.8% | 69.4% |
| Cost % | 52.1% | 57.5% | 40.2% | 30.6% |

35. Applying these disclosed metrics to Kearl's 3.3 billion barrels of proved reserves indicates a potential future production margin of $99.1 billion (3.3 billion barrels x $30.02 production margin per barrel) as of December 31, 2014.

36. This indicated future earnings stream exemplifies why PricewaterhouseCoopers LLP's ("PwC" - Exxon's external auditor) Petroleum Accounting guide recognizes that oil and gas reserves "**are paramount**" to energy companies like Exxon and are "**important to the users of their financial statements**."[29] They are considered a "**critical component**" of an energy company's financial reporting disclosure requirements, demonstrated in part, by each of the following:[30]

   a. Proved reserves are used to determine the fair value of oil and gas properties.

---

[27] Price agreed to Exxon 2014 Form 10-K, p. 9; PRAM0006789.

[28] Agreed to or derived from information in Exxon 2014 Form 10-K, p. 9 and Exxon 2013 Form 10-K, p. 10.

[29] Petroleum Accounting, 7th ed., PRAM0094474 at 4993. *See also* Petroleum Accounting, 8th ed., p. 560 (emphasis added).

[30] Petroleum Accounting, 8th ed., p. 268 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 15**

**App. 21**

CONFIDENTIAL

b.  Capitalized exploratory well costs only remain capitalized under the successful efforts method if the exploratory wells result in finding proved reserves.

c.  Proved properties' net capitalized costs (*i.e.*, assets) are limited to certain computations of value based on reserves, including proved reserves.

d.  Public companies, including Exxon, must disclose certain supplemental unaudited information about proved reserves volumes.

37.  Indeed, Exxon repeatedly presented the following slide in internal oil and gas reserve related presentations noting the importance of proved reserves, including the Company's asserted ability to replace proved reserves that management recognized was a "**Key Measure of Sustainability**":[31]

## Importance of Reserves

- Securities and Exchange Commission (SEC) requires all companies publicly traded in United States to **annually disclose Proved Reserves** (10K Report, 20F Report used for overseas companies)

- Proved Reserves replacement is **Key Measure of Sustainability** for a company
  - ExxonMobil's reserves life at current production rates is 16 years (R/P)
  - ExxonMobil has reported 21 consecutive years of +100% Reserves Replacement

- Proved Reserves are used in **Financial Reporting** as a component of capital investments depreciation

| | |
|---|---|
| **Proved Reserves YE 2014** | 25.3 GOEB |
| **2014 Additions to Proved Reserves** | 1.5 GOEB, 104% Replacement |
| **Total Resource Base YE 2014** | 92.1 GOEB |

---

[31] EMC_RAM 001630167 at 0172; EMC_RAM_SEC 000114856 at 4863. *See also* EMC_RAMIREZ 000017292.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 16**

**App. 22**

**CONFIDENTIAL**

38. Consistent with Exxon's recognized importance of its proved reserves, the SEC has described the development of reserves, including proved reserves, as the "**utmost importance to an oil and gas company's business.**"[32] Accordingly, Exxon's analysts continued to inquire about Kearl's status during 2015.[33]

39. Internal reporting continued to reflect the importance of Exxon's reserves, noting in part that the Company was the "Industry leader" in reserve life, while acknowledging that, for the first time in 21 years, Exxon failed to exceed 100% reserve replacement during 2015:[34]



40. As the WTI spot price of crude oil declined more than 30% from $53.45 per barrel at December 31, 2014 to $37.13 per barrel at December 31, 2015,[35] Exxon's Upstream earnings declined substantially. As proved reserves include only amounts that are reasonably certain to be economically producible, decreased bitumen prices and profitability, including significant recurring Kearl operating losses, caused management to internally evaluate the possible loss of Kearl's proved reserves.

---

[32] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08 (emphasis added).

[33] See beginning at paragraph 114.

[34] EMC_RAMIREZ 000017292 at 7299.

[35] https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 17**

**App. 23**

**CONFIDENTIAL**

41.     In this regard, and in significant contrast to the assertions of profitability described above, Kearl incurred increasing cumulative operating losses exceeding $475 million during the fourteen months ended February 2016.[36]

42.     In consideration of the poor price environment and the trending Kearl operating losses described above, Exxon internally recognized its reported Kearl proved reserves (*i.e.*, approximately 3.6 billion barrels of bitumen at December 31, 2015)[37] might no longer qualify as such under SEC reporting requirements. In addition, this recognition, and a discussion of Exxon's determination of its 2015 Kearl-related proved reserves, was fundamentally flawed as described below beginning at paragraph 82.

   B.  **Exxon's Significant Natural Gas Operations, Including Those Acquired From XTO Energy Inc**

43.     During the relevant period, Exxon also disclosed significant proved reserves of natural gas. Approximately 46% of the Company's total disclosed proved reserves on an oil-equivalent per barrel basis related to natural gas as of December 31, 2014.[38]

44.     Exxon's disclosed 2014 and 2015 production price realization of approximately $4.68 and $4.16 per thousand cubic feet of natural gas, respectively, provides additional perspective as to the significance of the Company's related proved reserves.[39] Applying these blended metrics to Exxon's respective 69.3 trillion cubic feet and 60.2 trillion cubic feet of natural gas proved reserves at December 31, 2014 and 2015 indicates approximately $324.5 billion and $250.5 billion of future Upstream price potential (69.3 trillion cubic feet x $0.00468

---

[36] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, EMC_RAM_SEC 000065962, EMC_RAM_SEC 000063146, PRAM0523163, PRAM0523213, PRAM0100480, PRAM0360857, PRAM0360813, PRAM0653225, EMC_RAM_SEC 000062925, EMC_RAM_SEC 000062879, and PRAM0430339.

[37] PRAM0065448 (TSTPRV1_without-Overlay tab).

[38] Calculated using PRAM0006789. *See also* Exxon 2014 Form 10-K, p. 5 (69,338 billion cubic feet/6 = 11,556 million barrels/25,269 million barrels = 46%).

[39] Exxon 2015 Form 10-K, p. 9.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 18**

**App. 24**

**CONFIDENTIAL**

price per cubic feet of natural gas, and 60.2 trillion cubic feet x $0.00416 price per cubic feet of natural gas).[40]

45.     Exxon's 2010 acquisition of XTO Energy Inc. ("XTO") was a significant contributing factor in expanding the Company's natural gas proved reserves. With the acquisition of XTO, Exxon became the largest natural gas producer inside the United States.[41]

46.     Specifically, on June 25, 2010, Exxon acquired XTO by merging a wholly-owned subsidiary of Exxon with and into XTO.[42] The Company provided total consideration of approximately $41 billion including acquired debt in exchange for its acquisition of XTO. Exxon's objective for the acquisition was to create a premier unconventional resource company.[43] Natural gas approximated 90% of XTO's portfolio at the time.[44]

47.     In connection with the XTO acquisition, Exxon disclosed that "[m]ajor changes between 2009 year-end proved reserves and 2010 year-end proved reserves included the initial booking of the properties acquired in the XTO Energy Inc. transaction."[45] Leading up to its acquisition, XTO's reported year-end 2009 proved reserves approximated 14.8 trillion cubic feet of natural gas equivalents.[46] More broadly, the Company asserted XTO's aggregate resource base as being "the equivalent of 45 trillion cubic feet of gas and includes shale gas, tight gas, coal bed methane and shale oil. These will complement ExxonMobil's holdings in the United States, Canada, Germany, Poland, Hungary and Argentina."[47] Exxon further emphasized that "XTO's resource base, technical expertise and highly skilled

---

[40] Calculated using Exxon 2015 Form 10-K, pp. 9 and 109 and PRAM0006789 (69,338 billions of cubic feet/1,000 x $4.16.

[41] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[42] Exxon 2010 Form 10-K/A, p. 101.

[43] PRAM0024573.

[44] PRAM0024573.

[45] Exxon 2010 Form 10-K/A, p. 107.

[46] Exxon 2009 Form 10-K, p. 47.

[47] Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 19**

**App. 25**

**CONFIDENTIAL**

employees together with ExxonMobil's operational and financial strengths should enable development of additional supplies of unconventional natural gas and oil resources."[48]

48.     Despite these asserted benefits, Mr. Tillerson told analysts "that [w]e'll probably suffer in the near-term as we put it together. […] This is really about value creation over the next many years."[49] Relatedly, public reports reflect Exxon's communicated expectation that the XTO acquisition would not "increase Exxon's earnings per share in the near-term and may be dilutive because of the market price for natural gas."[50]

49.     At the date of this announcement, the spot rate for natural gas at Henry Hub (or "HH") was $5.41 per million British Thermal Units ("MMBtu").[51] On the June 25, 2010 acquisition close date the spot rate for natural gas had decreased even further to $4.84 per MMBtu.[52] Relevant to matters at issue, on December 31 2014, the spot rate for natural gas had fallen to $3.14 per MMBtu.[53] One year later, at December 31, 2015, the spot rate had decreased to just $2.28 per MMBtu.[54] Prior to the issuance of Exxon's 2015 Form 10-K on February 24, 2016, the spot rate had significantly decreased to just $1.85 per MMBtu (a 62% decrease from the price on June 25, 2010 not adjusted for inflation).[55]

50.     Relevant to matters at issue, several of Exxon's peers wrote down the value of their capitalized PP&E associated with their oil and gas operations recognizing the following impairments given the sustained low prices as of December 31, 2015 (in billions of dollars):[56]

---

[48] Exxon 2009 Form 10-K, p. 47.

[49] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[50] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[51] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[52] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[53] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[54] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[55] Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[56] EMC_RAMIREZ 000021186.

**CONFIDENTIAL**

## Upstream Impairment Comparison ($G AT)

|  | 4Q15 | 2015 | 2014-15 | YE 2015 Market Cap |
|---|---|---|---|---|
| SHELL* | 0.6 | 8.3 | 10.7 | 147 |
| BP* | 1.3 | 1.9 | 5.3 | 96 |
| CHEVRON | 1.1 | 4.0 | 4.8 | 169 |
| TOTAL* | 3.4 | 5.4 | 11.1 | 105 |
| ANADARKO | 0.9 | 4.5 | 5.3 | 25 |
| EOG** | - | 4.2 | 4.9 | 39 |
| APACHE** | - | 12.3 | 17.5 | 17 |
| CHESAPEAKE** | - | 11.9 | 12.0 | 3 |
| DEVON | 4.2 | 13.9 | 15.8 | 13 |
| ENCANA** | - | 3.6 | 3.6 | 4 |
| SOUTHWESTERN** | - | 2.7 | 2.7 | 3 |
|  | 11.5 | 72.7 | 93.7 | 621 |

\* Reporting under IFRS
\*\* Impairment data through 3Q15 pending earnings release

Source: Publicly available company press releases

**ExxonMobil**

51.    Of the companies above, the following peers asserted compliance with GAAP under the successful efforts method of accounting as of December 31, 2015 (in billions of dollars):[57]

|  | 2014 | 2015 | 2014-15 | YE 2015 Market Cap |
|---|---|---|---|---|
| CHEVRON | 0.8 | 4.0 | 4.8 | 169 |
| ANADARKO | 0.8 | 4.5 | 5.3 | 25 |
| EOG | 0.7 | 4.2 | 4.9 | 39 |
|  | 2.3 | 12.7 | 15.0 | 233 |

52.    Only after the spot rate of natural gas had rebounded from $2.28 per MMBtu at December 31, 2015 to $3.71 per MMBtu as of December 30, 2016, did Exxon recognize a $3.3 billion

---

[57] EMC_RAMIREZ 000021186.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                **Page 21**

**CONFIDENTIAL**

pre-tax impairment charge relating to XTO's natural gas assets.[58] This loss was reported in the Company's 2016 financial statements included in Exxon's 2016 Form 10-K. It was briefly described as "an asset impairment charge of $2,027 million mainly related to dry gas operations with undeveloped acreage in the Rocky Mountains region of the U.S."[59]

### C. EXXON'S FINANCIAL REPORTING RESPONSIBILITIES UNDER SEC ACCOUNTING-RELATED RULES, INCLUDING GAAP

53.    Exxon's securities are publicly traded under the ticker symbol "XOM" on the New York Stock Exchange.[60] As a publicly traded entity, Exxon is required to file periodic financial reports with the SEC. Examples of these reports include the Company's annually filed Form 10-K and quarterly filed Form 10-Q.

54.    The predicate for these reporting requirements is that "[c]ompanies offering securities for sale to the public **must tell the truth about their business**" and "everyone should be treated fairly and **have access to certain facts about investments**."[61] The SEC requires public companies to file periodic reporting of financial statements and other information.[62]

55.    Exxon filed the following relevant periodic reports with the SEC:

| Report Filed | Reporting Period | Filing Date |
| --- | --- | --- |
| Annual Report on Form 10-K | Fiscal Year 2015 | 2/24/2016 |
| Quarterly Report on Form 10-Q | Q1 2016 | 5/4/2016 |
| Quarterly Report on Form 10-Q | Q2 2016 | 8/3/2016 |
| Quarterly Report on Form 10-Q | Q3 2016 | 11/3/2016 |
| Annual Report on Form 10-K | Fiscal Year 2016 | 2/22/2017 |

---

[58] Exxon 2016 Form 10-K, pp. 45 and 79; https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[59] Exxon 2016 Form 10-K, p. 45.

[60] Exxon 2015 Form 10-K, p. 39.

[61] *Mission*, U.S. Securities Exchange Commission, https://www.sec.gov/about/mission (accessed October 9, 2024) (emphasis added); *See also* https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024) ("Periodic reports help investors to make informed investment decisions about the purchase or sale of a reporting company's securities.").

[62] *See, e.g.,* https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/how-read (accessed October 9, 2024).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 22**

# App. 28

**CONFIDENTIAL**

56.   Pursuant to SEC reporting requirements,[63] each filing included the following required sections:

| Key Information | Description |
|---|---|
| Financial Statements | Standardized financial reports (balance sheets, income statements, statements of cash flows, etc.) on the company's financial condition and performance. |
| Management's Discussion and Analysis ("MD&A") | Narrative section detailing management's perspective on the company's financial condition, changes in financial condition, and results of operations. This narrative section should provide investors with information to help them understand how and why the company's financial results have changed over the time period covered by the financial statements and factors that management thinks might affect the company's future financial condition or operating results.[64] |
| Disclosure by Registrants Engaged in Oil and Gas Producing Activities (annually) | If oil and gas producing activities are material to the registrant's or its subsidiaries' business operations or financial position, these are oil and gas related disclosures required by the SEC that are "**intended to provide investors with a more meaningful and comprehensive understanding of oil and gas reserves, which should help investors evaluate the relative value of oil and gas companies.**"[65] |

---

[63] Form 10-K, Part II, Items 7 and 8; Form 10-Q, Part I, Items 1 and 2; Regulation S-X (§210); Regulation S-K, Item 303 (17 CFR §229.303).

[64] https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-17.

[65] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 23**

**App. 29**

**CONFIDENTIAL**

1. **Exxon's Financial Statements Were Required to Comply with GAAP, Including Explicit Oil and Gas Industry-Related Accounting Guidance**

57.    Exxon, including its executive management, was responsible for issuing the Company's financial statements in accordance with GAAP.[66] Rule 4-01 of SEC's Regulation S-X specifically states that "financial statements filed with the Commission which are not prepared in accordance with generally accepted accounting principles will be presumed to be misleading or inaccurate."[67]

58.    The use of GAAP brings consistency, conformity, and over time, comparability to financial reporting.[68] It includes not only broad guidelines of general application, but also detailed practices and procedures.[69] Those conventions, rules, and procedures provide a standard by which to measure financial presentations. Authoritative GAAP is promulgated by the Financial Accounting Standards Board ("FASB") and is contained within the FASB's accounting standards codification ("ASC" or the "Codification"). Rules and interpretive releases of the SEC under the authority of federal securities laws are also sources of authoritative GAAP for SEC registrants.[70]

59.    As an oil and gas exploration and production company, relevant GAAP included industry-specific accounting standards established under ASC 932, *Extractive Activities – Oil and Gas* ("ASC 932"). Among other provisions, ASC 932 addresses accounting and reporting for industry-specific property, plant, and equipment in the oil and gas industry and proved oil and gas reserves.

60.    Exxon's management repeatedly acknowledged its responsibility for preparing the Company's financial statements in accordance with GAAP.[71] Moreover, Exxon's Chief Executive Officer, Darren W. Woods, former Chief Executive Officer, Rex W. Tillerson,

---

[66] PCAOB AU §110.03.

[67] 17 CFR § 210.4-01(a)(1).

[68] Federal Trade Commission, Informal Staff Advisory Opinion 02-4.

[69] PCAOB AU §411.02.

[70] ASC 105-10-05-01.

[71] *See, e.g.*, Exxon 2014 Form 10-K, p. 67; Exxon 2015 Form 10-K, p. 68; Exxon 2016 Form 10-K, p. 70.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 24**

**App. 30**

**CONFIDENTIAL**

former Senior Vice President and Principal Financial Officer, Andrew P. Swiger, and former Vice President, Controller, and Principal Accounting Officer, David S. Rosenthal, certified that the Company's financial statements and other financial information included in Exxon's respective annual and quarterly reports filed with the SEC during the relevant period "fairly present[ed] in all material respects the financial condition, results of operations and cash flows of [Exxon] as of, and for, the periods presented."[72]

61.    GAAP applies to financial reporting requirements that are "material" to Exxon's financial statement users. In this regard, the FASB Codification expressly notes: "The provisions of the Codification need not be applied to immaterial items."[73]

62.    Generally accepted approaches to the evaluation of accounting materiality focus on those financial disclosures that are most significant to the perspective of a reasonable investor. This step is consistent with the guidance offered by the SEC Staff:

> The staff does appreciate that materiality decisions necessarily involve the use of judgment. Specific to this circumstance, judgment includes developing a robust analysis that steps into the investors' shoes, identifying what is significant to investors' decisions and should not be limited to the factors provided in SAB 99 […].[74]

63.    GAAP states that a misstatement or omission in financial statements is material if the magnitude of an omission or misstatement of accounting information, in the light of

---

[72] Exxon 2014 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon 2015 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon 2016 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon Q1 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q2 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q3 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q1 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q2 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q3 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3.

[73] ASC 105-10-05-06.

[74] Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark Mahar, December 8, 2008; *see also id*. ("[The Committee on Improvements to Financial Reporting]'s recommendations included emphasizing the fundamental premise that materiality is founded upon consideration of the total mix of information from the perspective of the reasonable investor and therefore those who judge the materiality of errors should do so with that premise in mind.") (footnote omitted); *see also id*. ("In summary, when assessing materiality in any set of financial statements, evaluating whether an error is material necessarily depends on identifying and considering investor concerns and the relevant circumstances, i.e., the total mix of information and should not focus on magnitude alone.").

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024          Page 25**

**CONFIDENTIAL**

surrounding circumstances, makes it probable that the judgment of a reasonable person relying on the information would have been changed or influenced by the omission or misstatement.[75] In August of 1999, the SEC Staff issued Staff Accounting Bulletin No. 99, Materiality ("SAB 99"). SAB 99, now codified at ASC 250-10-S99, acknowledges this definition, and provides additional guidance when evaluating materiality.[76]

64.    In this regard, ASC 250-10-S99 explicitly recognizes that the concept of materiality "in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws."[77] Specifically, ASC 250-10-S99 states that a misstatement or omission in financial statements is material if "there is a substantial likelihood that a reasonable person would consider it important":

> Materiality concerns the significance of an item to users of a registrant's financial statements. A matter is "material" if there is a substantial likelihood that a reasonable person would consider it important. In its Statement of Financial Accounting Concepts No. 2, the FASB stated the essence of the concept of materiality as follows:
>
> > The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item.[FN 3]
>
> [FN 3 FASB, Statement of Financial Accounting Concepts No. 2, Qualitative Characteristics of Accounting Information ("Concepts Statement No. 2"), 132 (1980). See also Concepts Statement No. 2, Glossary of Terms - Materiality.]
>
> > This formulation in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws. The Supreme Court has held that a fact is material if there is –

---

[75] FASB Concept Statement No 2, *Qualitative Characteristics of Accounting Information*; ASC 250-10-S99; FASB Concept Statement No. 8, Conceptual Framework for Financial Reporting-Chapter 3, *Qualitative Characteristics of Useful Financial Information*, QC11 ("Information is material if omitting it or misstating it could influence decisions that users make on the basis of the financial information of a specific reporting entity.").

[76] ASC 250-10-S99.

[77] SAB 99; ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 26**

**App. 32**

**CONFIDENTIAL**

> a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the "total mix" of information made available.[FN 4]

> [FN 4 **TSC Industries v. Northway, Inc., 426 U.S. 438, 449 (1976)**. **See also Basic, Inc. v. Levinson, 485 U.S. 224 (1988)**. As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him …" TSC Industries, 426 U.S. at 450.]

> […] In the context of a misstatement of a financial statement item, while the "total mix" includes the size in numerical or percentage terms of the misstatement, it also includes the factual context in which the user of financial statements would view the financial statement item.[78]

65.    ASC 250-10-S99 and auditing standards recognize the need to consider both quantitative and qualitative factors when assessing materiality.[79] Quantitatively, ASC 250-10-S99 acknowledges the practice of applying a "rule of thumb" quantitative percentage threshold (*e.g.*, 5% of an item) to provide a "preliminary" basis for evaluating materiality, but emphasizes that such consideration is only the beginning of a materiality analysis:[80]

> [Q]uantifying, in percentage terms, the magnitude of a misstatement is only the beginning of an analysis of materiality; it cannot appropriately be used as a substitute for a full analysis of all relevant considerations. Materiality concerns the significance of an item to users financial statements.[81]

66.    This is due in part, because ASC 250-10-S99 further recognizes that qualitative factors may cause misstatements of quantitatively small amounts to be material.[82] Indeed ASC 250-10-S99 provides a listing of qualitative "considerations that may well render material a quantitatively small misstatement of a financial statement item."[83] These and other relevant

---

[78] SAB 99 (emphasis added); ASC 250-10-S99.

[79] ASC 250-10-S99; AS 2810, *Evaluating Audit Results*, .17 and Appendix B.

[80] ASC 250-10-S99.

[81] ASC 250-10-S99.

[82] ASC 250-10-S99.

[83] ASC 250-10-S99.

---

**CONFIDENTIAL**

qualitative factors identified in ASC 250-10-S99 and auditing guidance include various considerations, including the following factors:[84]

a. The potential effect of the misstatement on trends, especially trends in profitability;

b. The effect of the misstatement on segment information, for example, the significance of the matter to a particular segment important to the future profitability of the company, the pervasiveness of the matter on the segment information, and the impact of the matter on trends in segment information, all in relation to the financial statements taken as a whole; and

c. The motivation of management with respect to the misstatement, for example, (i) an indication of a possible pattern of bias by management when developing and accumulating accounting estimates or (ii) a misstatement precipitated by management's continued unwillingness to correct weaknesses in the financial reporting process.

2. **Exxon Was Required to Comply with the Accounting-Related Provisions of the SEC's MD&A Financial Reporting Rules**

67.    Exxon was further required to comply with SEC financial reporting rules (*i.e.*, Item 303) applicable to required disclosures in the Company's Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A").[85] These required disclosures are intended to provide "in one section of a filing, material historical and prospective textual disclosure enabling investors and other users to assess the financial condition and results of operations of the registrant, with particular emphasis on the registrant's prospects for the future."[86]

---

[84] ASC 250-10-S99; AS 2810, Appendix B.

[85] Regulation S-K, Item 303 (17 CFR §229.303).

[86] SEC Instructions to Item 303(a) (footnote omitted). *See also* SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 28**

**App. 34**

68.    The MD&A is "management's explanation of why things happened, what the trends are, and why changes occurred in the company's financial condition and results of operations."[87] The MD&A is required to include discussions of the Company's results of operations, liquidity, and capital resources as seen through the eyes of management.[88] It is the starting point for analyzing financial statements and is intended to provide the investor context for the financial statements and information about the company's earnings and cash flows.

69.    Item 303 requires that Exxon: (i) disclose information "necessary to an understanding" of "changes in [its] financial condition and results of operations," including cash flows;[89] and (ii) "[d]escribe any known trends or uncertainties that have had or that the [Company] reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations."[90] The primary objectives of these MD&A disclosure requirements are to provide investors with:[91]

   a.    A "narrative explanation of a company's financial statements that **enables investors to see the company through the eyes of management**";

   b.    Enhanced overall financial disclosure and to "**provide the context within which financial information** should be analyzed"; and

   c.    "[I]nformation about the quality of, and potential variability of, a company's earnings and cash flow, so that investors can ascertain the likelihood that past performance is indicative of future performance."

---

[87] Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996, p. 68.

[88] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003.

[89] SEC Regulation S-K, Item 303.

[90] SEC Regulation S-K, Item 303(3)(ii).

[91] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 29, 2003 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 29**

**App. 35**

**CONFIDENTIAL**

70. As set forth below beginning at paragraph 147, Item 303 required that Exxon's management disclose the following types of accounting and financial reporting related information to explain the Company's financial results in its MD&A:[92]

   a. Information necessary to understand changes its financial condition and results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition;"[93]

   b. Where applying judgment "a discussion of segment information or of other subdivisions of the registrant's business would be appropriate to an understanding of such business, the discussion shall focus on each relevant, reportable segment or other subdivision of the business and on the registrant as a whole;"[94] and

   c. Known trends or uncertainties that "have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations."[95]

71. MD&A guidance recognizes that "Item 303(a) of Regulation S-K requires disclosure of information not specifically mentioned in the item that the company believes is necessary to an understanding of its financial condition, changes in financial condition and results of operations," including discussion and analysis "of other statistical data that in the company's judgment enhances a reader's understanding of MD&A."[96]

---

[92] Item 303; SEC Financial Reporting Manual § 9220.1 ("The focus [of Item 303(a)(3)] should be on an analysis of the factors that caused these changes to occur. In providing this analysis, registrants may find it helpful to include a discussion of key variables and financial measures management is utilizing in managing the business.").

[93] Item 303, Instruction 3 to Item 303(a).

[94] Item 303, Instruction 3 to Item 303(a).

[95] Item 303(a)(3)(ii).

[96] MD&A KPI and Metric Guidance, pp. 1-2.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 30**

**App. 36**

**CONFIDENTIAL**

3. **Exxon Was Also Required to Disclose Information About Its Proved Oil and Gas Reserves**

72.    SEC registrants engaged in oil and gas producing activities, including Exxon, are further required to provide specific oil and gas reserve disclosures. These required disclosures are defined under SEC Regulation S-K Subpart 1200 and include the provision of tabular "proved" oil and gas reserves information.[97]

73.    While the significance of proved reserves is described above beginning at paragraph 25, the SEC defines proved oil and gas reserves as:

> **those quantities of oil and gas, which […] can be estimated with reasonable certainty to be economically producible**—from a given date forward, **from known reservoirs, and under existing economic conditions, operating methods, and government regulations** […]. The project to extract the hydrocarbons must have commenced or the operator must be reasonably certain that it will commence the project within a reasonable time.[98]

74.    Relatedly, the SEC notes that:[99]

a. "**Reasonable certainty**" means "**a high degree of confidence** that the quantities will be recovered" when using "deterministic methods,"[100] or "**at least a 90% probability** that the quantities actually recovered will equal or exceed the estimate" when using probabilistic methods;[101]

---

[97] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[98] Regulation S-X, Rule 4-10(a)(22) (17 CFR § 210.4-10(a)(22)) (emphasis added).

[99] Regulation S-X, Rule 4-10(a) (17 CFR § 210.4-10(a)) (emphasis added).

[100] The method of estimation of reserves or resources is called probabilistic when the full range of values that could reasonably occur for each unknown parameter (from the geoscience and engineering data) is used to generate a full range of possible outcomes and their associated probabilities of occurrence. Regulation S-X, Rule 4-10(a)(19) (17 CFR § 210.4-10(a)(19)).

[101] The method of estimating reserves or resources is called deterministic when a single value for each parameter (from the geoscience, engineering, or economic data) in the reserves calculation is used in the reserves estimation procedure. Regulation S-X, Rule 4-10(a)(5) (17 CFR § 210.4-10(a)(5)) (emphasis added).

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 31**

**App. 37**

b.  "Economically producible" means "a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation. The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities […]"; and

c.  "Existing economic conditions include prices and costs at which economic producibility from a reservoir is to be determined" and "[t]he price shall be the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions."[102]

75.  Consistent with this understanding, Exxon's internal SEC Proved Reserves summary included the following overview relating to the reporting of proved reserves:[103]



**SEC Proved Reserves Reporting Conditions**

**SEC Proved Reserves**
"Those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be *economically producible* - from a given date forward, from known reservoirs, and *under existing economic conditions*, operating methods, and government regulations."

**Economically Producible**
"A resource which generates revenue that exceeds, or is reasonably expected to exceed, the *costs of the operation*. The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities."

**Existing Economic Conditions**
"*Product prices*, operating costs, production methods, recovery techniques, transportation and marketing arrangements, ownership and/or entitlement terms and regulatory requirements that are extant on the effective date of the estimate. An anticipated change in conditions must have reasonable certainty of occurrence…"

**Product Prices**
"The average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, *excluding escalation* based upon future conditions."

**Costs of the Operation**
Not defined by the SEC, but excludes depreciation, so assessed to represent *Direct Cash Operating Costs*

---

[102] Regulation S-X, Rule 4-10(a)(22)(v) (17 CFR § 210.4-10(a)(22)(v)).

[103] EMC_RAMIREZ 000007141 at 7142.

**CONFIDENTIAL**

76.    Similar iterations of this presentation were included in other Upstream Financial Review meetings. For example, the following was included in the Company's May 7, 2015 meeting:[104]



77.    While the above slide is generally consistent with the previous slide, Exxon recognized that when determining proved reserves, operating costs should be computed using production disclosed pursuant to the FASB (*i.e.* GAAP). In this regard, ASC 932-360-25-15 defines production costs as follows:

> Production costs are those costs incurred to operate and maintain an entity's wells and related equipment and facilities, including depreciation and applicable operating costs of support equipment and facilities (see the following paragraph) and other costs of operating and maintaining those wells and related equipment and facilities. They become part of the cost of

---

[104] EMC_RAM 001593539 at 3549; EMC_RAMIREZ 000030838 at 0843.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 33**

**CONFIDENTIAL**

oil and gas produced. Examples of production costs (sometimes called lifting costs) are:

a. Costs of labor to operate the wells and related equipment and facilities

b. Repairs and maintenance

c. Materials, supplies, and fuel consumed and services utilized in operating the wells and related equipment and facilities

d. Property taxes and insurance applicable to proved properties and wells and related equipment and facilities

e. Severance taxes

Depreciation, depletion, and amortization of capitalized acquisition, exploration, and development costs also become part of the cost of oil and gas produced along with production (lifting) costs identified in this paragraph.[105]

78.     Consistent with the understanding above, Mr. Rosenthal testified to the meaning of proved reserves noting:

> Proved reserves are a specific definition defined by the Securities and Exchange Commission in terms of disclosures, and it gives a recipe, if you will, of how to determine what your proved reserves are. And in, in the easiest definition, its what reserves do you have that you already have access to and you got all the assets in place to produce them […] you have to use the formula the SEC gives you. And it says look behind you in the mirror. At the first day of the month's price for the last twelve months and average that, that's the price you put on your – on your reserves to figure out if they're economic or not. Second, use all your current costs and so don't be adding stuff that doesn't already exist. Don't speculate on the future. So if

---

[105] ASC 932-360-25-15. Note: Exxon's internal policy describes production costs as follows: "Those costs (also referred to as lifting costs or operating costs) incurred to operate and maintain wells and related lease equipment and facilities, plus other expenses incurred in operating and maintain those wells and related equipment and facilities. This definition includes both direct costs (charges for field labor, materials, etc.) and indirect costs (charges allocated from other cost centers such as accounting, general management, etc.). Examples of production (or lifting) cost components include labor to operate the wells and related equipment and facilities; repairs and maintenance; materials, supplies and fuel consumed and services utilized in operating the wells and related lease equipment and facilities; property taxes and insurance, excise and severance taxes; and charges (including depreciation) for required support equipment and facilities. […] For cash flow analyses, including reserves valuation calculations, direct depreciation charges (depreciation, depletion and amortization of capitalized acquisition, exploration and development expenditures) should be excluded from operating (lifting costs)." See, e.g., EMC_RAM 001596207 at 6230.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 34**

**App. 40**

**CONFIDENTIAL**

you have oil in the ground that you can get to and you can produce at last year's price and costs, you can call that proved reserves. It is [sic] little more technical. That's generally what it says.[106]

79.  The SEC required Exxon to disclose: (i) proved developed reserves; (ii) proved undeveloped reserves; and (iii) total proved reserves, in the aggregate, by geographic area and country. Unless prohibited, this included disclosure for each geographical area and country containing 15% or more of the Company's "proved reserves," expressed on an oil-equivalent-barrels basis.[107] Such reserves are required to be estimated using prices and costs under existing economic conditions.[108]

80.  The SEC established these required disclosures with an intention "to provide investors a more meaningful and comprehensive understanding of oil and gas reserves, which should help investors evaluate the relative value of oil and gas companies."[109]

## IV.  BASES FOR MY OPINIONS

81.  The bases for each of my opinions are described hereafter.

### A.  EXXON FAILED TO APPROPRIATELY DE-BOOK ITS DISCLOSED UPSTREAM CANADIAN KEARL PROVED BITUMEN RESERVES AS OF DECEMBER 31, 2015

82.  As described above beginning at paragraph 25, Exxon's disclosed proved bitumen reserves at Kearl were significant, approximating 3.3 billion barrels of bitumen at December 31, 2014.[110] In a May 2015 proved reserve presentation regarding Kearl financial reporting and accounting considerations, Exxon observed that Kearl was "challenged to demonstrate positive cash flow," citing the fact that bitumen prices were running approximately 55% lower than 2014 prices.[111] Exxon further acknowledged the significance of removing Kearl

---

[106] EMC_RAMIREZ 000158730 at 9224-9225.

[107] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[108] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[109] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08.

[110] Agreed to or calculated using PRAM0006789.

[111] EMC_RAM 001593539 at 3550. *See also* EMC_RAM_SEC 000025130 (4/26/2015 email from Vincent Prestipino, Exxon's Americas Upstream Controller, noting in connection with a draft Accounting & Financial Consideration page regarding Kearl Reserves: "Need to consider potential external disclosure

---

**CONFIDENTIAL**

from its disclosed proved reserves and the potential interim and annual disclosures necessary in connection with such removal (red boxes added):[112]

83. In October 2015, in internal communications from Joseph Horne, Exxon's Accounting Policy Manager, to other Exxon personnel, Mr. Horne highlighted "CLEAR indications from the SEC that they will have expected advance disclosure" of proved reserve de-bookings due to the poor pricing environment.[113]

84. Despite these indications, by December 31, 2015, Exxon reported approximately 3.6 billion barrels of proved Kearl reserves. At that time, Kearl's proved reserves represented nearly 15% of Exxon's entire disclosed SEC proved reserves.[114] As described above beginning in

---

of a debook of Kearl's proved reserves. More likely for IOL rather than XOM. If prices remain low through the 3Q and we are likely to 'debook' reserves for Kearl, may require disclosure in IOLs 10-Q for 3Q.").

[112] EMC_RAM 001593539 at 3558.

[113] EMC_RAMIREZ 000029676 at 2676.

[114] PRAM0000035 (3,601,070 / 24,759,356 = 14.54%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 36**

**App. 42**

paragraph 72, through its SEC disclosure, Exxon affirmed that such reserves were reasonably certain of being economically producible.

85.    In an internal presentation drafted by Mr. Horne's team for Mr. Rosenthal to review with Mr. Tillerson on or around January 27, 2016, the Company recognized that Exxon was one of only a few "major industry players **without [a] major reserves debook.**"[115] Citing the risk that the SEC would challenge Exxon as to why Exxon had not de-booked its proved reserves in a 2016 SEC comment letter, Exxon further acknowledged that the absence of a de-booking could draw attention to the Company, and that this was especially true for its Canadian oil sands, including Kearl (highlights added):[116]

> • No SEC comment letter since 2013;  anticipate SEC letter in 2016
>   + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
>   + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

86.    Canadian oil sands comprised approximately 27% of Exxon's disclosed developed proved reserves, including at unconsolidated entities.[117] Kearl represented approximately 74% of the Canadian oil sands developed proved reserves.[118]

87.    As of December 31, 2016, Exxon eliminated (*i.e.*, de-booked) its Kearl proved reserves from its SEC disclosures. In doing so, Exxon acknowledged that the Company's previously disclosed Kearl bitumen reserves were no longer reasonably certain of being economically producible.

88.    Exxon management concluded that the 2016 "annualized lifting costs" of $23.80 per barrel exceeded the Company's calculated December 31, 2016 SEC realized price per barrel of

---

[115] EMC_RAM 000986618 at 6619.

[116] EMC_RAM 000986618 at 6619 (highlights added).

[117] Calculated using information at Exxon 2015 Form 10-K, p. 5 (4,882 million barrels - 0.1 million barrels from South America – (23 billion cubic feet/6 = 3.833 million barrels equivalent) – 4,878 million barrels/17,970 million barrels of developed proved reserves = 27%).

[118] Calculated using information at Exxon 2015 Form 10-K, p. 5 and information at paragraph 131 0(3,601 million barrels/4,878 million barrels = 74%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 37**

**App. 43**

**CONFIDENTIAL**

$17.74. Based on this $6.06 deficit (*i.e.*, $17.74 price per barrel less $23.80 cost per barrel during 2016), Kearl's proved reserves required de-booking pursuant to SEC reporting requirements as of December 31, 2016 (red boxes added):[119]



89.    Importantly, Exxon's 2016 Kearl bitumen SEC price calculation corrected for significant flaws in the Company's previous accounting methodology. Most notably, Exxon acknowledged that its 2015 Kearl bitumen SEC price calculations and related costs did not properly include Kearl bitumen prices realized in markets outside of Canada, including actual diluent and transportation costs to those markets.

90.    In this regard, Exxon improperly excluded actual sales pricing and related costs of bitumen sold to the U.S. market when deriving its SEC Kearl bitumen pricing as of December 31, 2015. Correcting for this error results in an adjusted 2015 Kearl SEC price of

---

[119] EMC_RAMIREZ 000083224 at 3230.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 38**

approximately $24.66 per barrel, $4.04 lower than Exxon's assumed $28.70 price per barrel (a 14% reduction).[120]

91.    Additionally, and as described further in the section below, the Company's 2015 annual lifting costs totaled no less than $27.90 per barrel.[121] These lifting costs exceeded Exxon's corrected 2015 $24.66 SEC price per barrel by at least $3.24 per barrel (a 13% difference).

92.    Consistent with Exxon's 2016 conclusions, this deficit required the Company to de-book all Kearl SEC bitumen proved reserves as of December 31, 2015. Put simply, and as discussed hereafter, it was evident as of December 31, 2015, that Exxon's disclosed 3.6 billion barrels of Kearl bitumen proved reserves were not reasonably certain of being economically producible.

### 1. Exxon's SEC Prices Improperly Excluded Costs Relating to Bitumen Sold to U.S. Markets at December 31, 2015

93.    As noted above beginning at paragraph 25, Exxon's Kearl expansion project in Alberta was considered a "major" project and critical to the Company's ability to report net reserve increases at December 31, 2014.[122] The Kearl expansion project was completed and started up in 2015, adding additional capacity of 110 thousand barrels of bitumen per day ("KBD").[123] Exxon also significantly increased Kearl bitumen sales to markets in the United States during 2015.[124]

94.    Exxon repeatedly acknowledged in its internal communications that Kearl's SEC pricing during 2015 was based off price reductions for quality, diluent, and transport costs limited to the Edmonton/Alberta market. The following final $28.70 SEC price per barrel of Kearl

---

[120] See below beginning at paragraph 93.

[121] EMC_RAMIREZ 000068914 at 8916.

[122] *See, e.g.,* 2015 Analyst Meeting Presentation, March 4, 2015, Slide 40.

[123] Exxon 2015 Form 10-K, p. 13.

[124] *See, e.g.,* EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 39**

# App. 45

**CONFIDENTIAL**

bitumen references only the local Alberta market (red boxes/average price and related text added):[125]

| CURRENT MODEL (Local Alberta markets) | WTI (Day1) | Quality | Diluent | Transport | SUM Diff | Kearl Bit (Day1) | HM Added (2015 Average) |
|---|---|---|---|---|---|---|---|
| 1/1/2015 | $53.27 | -$18.88 | -$5.18 | -$1.45 | ($25.51) | $27.76 | |
| 2/1/2015 | $48.24 | -$16.06 | -$4.57 | -$1.33 | ($21.96) | $26.28 | |
| 3/1/2015 | $49.76 | -$14.67 | -$5.39 | -$1.35 | ($21.41) | $28.35 | |
| 4/1/2015 | $50.09 | -$16.28 | -$6.08 | -$1.34 | ($23.70) | $26.39 | |
| 5/1/2015 | $59.15 | -$13.39 | -$5.58 | -$1.38 | ($20.35) | $38.80 | |
| 6/1/2015 | $60.20 | -$9.60 | -$2.88 | -$1.33 | ($13.81) | $46.39 | |
| 7/1/2015 | $56.96 | -$9.21 | -$2.02 | -$1.35 | ($12.58) | $44.38 | |
| 8/1/2015 | $47.12 | -$16.03 | -$4.54 | -$1.28 | ($21.85) | $25.27 | |
| 9/1/2015 | $45.41 | -$20.98 | -$5.94 | -$1.27 | ($28.19) | $17.22 | |
| 10/1/2015 | $44.74 | -$15.55 | -$4.80 | -$1.27 | ($21.62) | $23.12 | |
| 11/1/2015 | $46.59 | -$17.18 | -$5.50 | -$1.28 | ($23.96) | $22.63 | |
| 12/1/2015 | $41.85 | -$16.65 | -$6.14 | -$1.26 | ($24.05) | $17.80 | $28.70 |

95.    Indeed, unlike 2016, internal 2015 presentations to Exxon's management contemporaneously acknowledged the Company's SEC Kearl bitumen pricing excluded pricing information from the U.S. market. For example, Vincent Prestipino, Exxon's Americas Upstream Controller, acknowledged the following October 26, 2015 communications to Mr. Tillerson and other executives about sales into the United States being excluded from the calculation of SEC proved Kearl bitumen reserves (red boxes added):[126]

---

[125] EMC_RAMIREZ 000048534. *See also* EMC_RAMIREZ 000005478; EMC_RAM 001629434 at 9474.

[126] EMC_RAMIREZ 000056334 at 6334 and 6345.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**         **Page 40**

**App. 46**

**CONFIDENTIAL**



96. When acknowledging the need to include U.S. sales in Exxon's 2016 SEC Kearl bitumen reserve price calculation, Mr. Prestipino observed that it was "already communicated to RWT [Exxon's CEO Rex W. Tillerson] and the Contact Executives that the change in pricing basis, to include the U.S. market, was coming."[127] In particular, Mr. Prestipino referenced the following additional slide which showed certain 2015 net pricing and related cost components pertaining to only Canadian markets and not U.S. markets (red boxes added):[128]

---

[127] EMC_RAMIREZ 000056334 at 6334 and 6345.

[128] EMC_RAMIREZ 000056334 at 6344.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 41**

**App. 47**

**CONFIDENTIAL**



97.    Despite its failure to include actual U.S. market pricing in its December 31, 2015 calculation of proved reserves, Exxon internally acknowledged that at least 15% of all Kearl bitumen sales were made through the U.S. market during 2015.[129] A January 13, 2016 email communication to Exxon's Global Reserves Manager, William Strawbridge, acknowledged that Kearl bitumen sales to the United States had grown to 28% of such sales.[130] Included in these latter communications were acknowledgements that Exxon had contemplated the transportation of Kearl bitumen to U.S. markets since 2014:

> By 2014 we had Keystone pipeline commitment (50Kbd) that had us moving Kearl volumes into the US. If Kearl could not supply the volumes it was supplemented with Cold Lake or another non-equity heavy such as WCS. By Mid 2014 CIOL change to have this title pass through to EMOC to be the shipper on Keystone so CIOL Sold to EMOC (thru title chain) and

---

[129] EMC_RAMIREZ 000049840-9844 at 9843.

[130] EMC_RAMIREZ 000037943 at 7944-7945.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 42**

**App. 48**

**CONFIDENTIAL**

EMOC in August 2014 started selling Kearl to either their own refineries or to 3rd parties.[131]

98.   Other evidence suggests that: (i) approximately 34% of all Kearl Bitumen produced was sold into U.S. markets during 2015;[132] and (ii) after the middle of 2015, greater than 50% of Kearl volumes were being sent to the United States.[133] Moreover, it was noted that considering U.S. sales when pricing Kearl bitumen reserves would result in greater "transparency and consistency."[134]

### 2.   Exxon's 2015 Net Pricing Model Overstated Kearl's SEC Pricing

99.   Exxon's 2015 failure to properly consider actual costs associated with U.S. market sales resulted in a significant overstatement of the Company's internally asserted 2015 SEC bitumen price by approximately $4.04 per barrel.[135] This overstatement related entirely to Exxon's failure to consider added diluent and transportation costs incurred and corresponding "spread" or "quality" adjustments in connection with its 2015 U.S. market sales. While these costs appear to have been partially offset by quality spread benefits, the net impact was significant.

100.   Indeed, when contemplating differences between its 2015 Kearl bitumen SEC pricing model and actual 2015 Kearl bitumen pricing, Exxon representatives acknowledged that

---

[131] EMC_RAMIREZ 000037943 at 7945.

[132] EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818 (210 KBD for US/605 KBD during 2015).

[133] *See, e.g.,* EMC_RAMIREZ 000064876 at 4876; Prestipino Tr., 143:5-21 ("Q. Okay. But you received this e-mail from Brian Matula on October 27, 2016, where he states, 'Post KEP startup' -- A. Uh-huh. Q. – '(mid 2015) there was a change in underlying market recipients for Kearl bitumen greater than 50 percent delivered to the U.S.)' Do you see that? A. I do. Q. So he's indicating to you that starting in mid 2015, approximately 50 percent, or greater than 50 percent of Kearl's bitumen was being delivered to the United States, correct? A. Greater than 50 percent delivered to the U.S. So yes, Kearl bitumen, it appears greater than 50 percent is being delivered to the U.S. post startup"); EMC_RAMIREZ 000022927 at 2932; Prestipino Tr., 169:20-170:4 ("Q. And that's consistent with what we've seen in other documents, that in the second half of 2015 over 50 percent of the Kearl volume was being sent to the U.S., correct? A. I just want to be sure that -- so the statement is that greater that 50 percent of Kearl volumes was being sent to the U.S. post middle of 2015? I believe that is consistent with what we've seen in other presentations").

[134] EMC_RAMIREZ 000037943 at 7944.

[135] See calculation at paragraph 104.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 43**

**App. 49**

**CONFIDENTIAL**

SEC pricing considered only Canadian market activity and related costs.[136] Conversely, actual prices, and related costs, included incremental costs arising from bitumen sales into U.S. markets.[137] Stated simply, and as described further below, Exxon failed to consider the actual pricing and related costs of Kearl bitumen during 2015 when determining its SEC proved reserves.

101. Exxon representatives acknowledged the flaws in Exxon's 2015 SEC price calculations. For example:

    a. On or around June 2016, Exxon personnel began preparing two Kearl SEC pricing calculations. The first calculation mirrored that used during 2015 and included only the Alberta/Edmonton pricing and cost metrics. The second calculation included actual net pricing for both the Company's Canada and U.S. bitumen market. During the six monthly pricing periods ended June 1, 2016, Exxon's second calculation resulted in lower Kearl SEC pricing of approximately $3.29 per barrel or 25% when compared to the 2015 calculation method.[138]

    b. On July 15, 2016, Exxon's newly appointed Global Reserves Manager, Rich DuCharme, who replaced Mr. Strawbridge, referenced the "new" SEC reserve calculation prepared by the Company's subsidiary, Imperial Oil, Ltd. ("IOL"). Mr. DuCharme acknowledged that Kearl year-to-date pricing was showing a price that was "$3/bbl lower" when compared to the Company's 2015 model.[139] Mr. DuCharme further observed the difference pertained to changes in bitumen transportation, diluent and quality differential factors relating to sales to the U.S. market.[140] Mr. DuCharme

---

[136] *See, e.g.,* paragraph 101.a-c.

[137] *See, e.g.,* paragraph 101.a-c.

[138] Calculated using EMC_RAMIREZ 000048534.

[139] EMC_RAMIREZ 000049831 at 9832.

[140] EMC_RAMIREZ 000049831 at 9832.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 44**

**App. 50**

**CONFIDENTIAL**

acknowledged that by applying the "old" 2015 price calculation methodology there was the potential "**over stating bitumen price** by ~$3/bbl."[141]

c. On July 27, 2016, Sheila Webber, Upstream Business Analysis and Reporting (BAR) Manager for Imperial Oil Ltd. (Exxon's majority owned subsidiary), emailed Mr. Prestipino 2015 Kearl SEC bitumen pricing assuming the Company had used "actual diluent costs," which included U.S. market sales.[142] Her calculation suggested that the assumed $28.70 per barrel price had been overstated by $0.98 and would have been $27.72 per barrel.[143] Notably, this figure continued to exclude increased transportation costs associated with U.S. market sales. Consistent with this understanding, Mr. Prestipino testified that for financial statement purposes, Exxon should use the "actual costs" associated with Kearl bitumen sales.[144]

102. Utilizing the corrective calculation methodology applied during 2016, as described above in paragraph 89, I have determined the actual SEC Kearl bitumen price to be approximately $24.66 per barrel at December 31, 2015, not $28.70 per barrel (or $27.72 per barrel) as seen below:[145]

| $ per barrel | Legend | Price |
|---|---|---|
| 2015 average day one WTI price | A | $50.28 |
| 2015 average monthly reductions: | | |
| - Spread (quality) | B | (14.42) |
| - Diluent | C | (5.36) |
| - Tariff (transportation) | D | (5.87) |

---

[141] EMC_RAMIREZ 000049831 at 9831.

[142] EMC_RAMIREZ 000050532 at 0532-0533.

[143] EMC_RAMIREZ 000050532 at 0533. *See also* paragraph 94.

[144] Prestipino Tr., 150:4-9 ("Q. So you would agree with me you should use the actual costs, not an inaccurate estimate? A. When preparing the financial statements, yes, we use actual numbers which are based on historical actually incurred expenditure."). See also Prestipino Tr., 152:7-15 ("Q. And Sheila writes: 'Vince, when I run the 2015 SEC price calculation with the actual diluent costs per barrel, we get to a year-end price of $27.27.' That's what she wrote to you, correct? A. 'When I run the 2015 SEC price calculation for Kearl with the diluent – with the actual diluent cost per barrel, we get a year-end price of 27.72,' yes.").

[145] Calculated using actual pricing and cost information at EMC_RAMIREZ 000048534, EMC_RAMIREZ 000033450, and EMC_RAM_SEC 000083975. This calculation operationalizes the Company's 2016 SEC price methodology as shown at EMC_RAMIREZ 000048534.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 45**

**App. 51**

**CONFIDENTIAL**

| $ per barrel | Legend | Price |
|---|---|---|
| Total average monthly reductions per barrel YTD | $E = \Sigma\ (B\text{-}D)$ | (25.65) |
| Annualized average reductions | $F = E\ x\ 12\ mos.$ | (307.80) |
| Add back: December MTD 2015 reductions | $G$ | 25.81 |
| Less: December MTD 2014 reductions | $H$ | (25.46) |
| Adjusted annualized average reductions | $I = \Sigma\ (F\text{-}H)$ | (307.45) |
| Adjusted average monthly reductions | $J = I \div 12\ mos.$ | (25.62) |
| Adjusted SEC Price | $K = A - J$ | $24.66 |

103. This amount was derived using Exxon's own methodology, as corrected to include actual price and net costs (*e.g.*, 2015 diluent, transportation and quality spread) pertaining to both the Canadian and U.S. markets where Kearl bitumen was sold.

104. The specific components of Kearl's true SEC pricing, as compared to Exxon's flawed 2015 price components are noted in the table below:[146]

| $ Per Barrel | Average WTI | Avg. Spread (Quality) | Avg. Diluent | Avg. Tariff (Transportation) | Total[147] |
|---|---|---|---|---|---|
| As Asserted | $50.28 | ($15.37) | ($4.89) | ($1.32) | **$28.70** |
| Corrected for U.S. Market | $50.28 | ($14.27) | ($5.25) | ($6.11) | **$24.66** |
| **Difference** | **$0.00** | **$1.11** | **($0.36)** | **($4.78)** | **($4.04)** |

105. This represents a decrease of $4.04 per barrel, or 14% reduction, from Exxon's asserted SEC pricing of $28.70 per barrel. As discussed hereafter, annualized 2015 lifting costs associated with Kearl bitumen significantly exceeded this actual pricing of Kearl's bitumen at December 31, 2015.

---

[146] Calculated using actual pricing and cost information at EMC_RAMIREZ 000048534, EMC_RAMIREZ 000033450, and EMC_RAM_SEC 000083975. *See also* EMC_RAMIREZ 000022927 at 2935 (During 2016, the Company calculated 2015 actual average Kearl realizations per barrel. While these calculations did not assume 1st of the month SEC pricing, they approximate my calculation and reflect an actual 2015 average bitumen realization of $24.27 per barrel.).

[147] The $0.01 difference in total for "Corrected for U.S. Market" ($24.65 vs. $24.66) is due to rounding.

3. **SEC Lifting Costs Exceeded the Kearl SEC Price Requiring Exxon to De-Book Approximately 3.6 Billion Barrels of Proved Reserves as of December 31, 2015**

106.   As noted above in paragraph 75, SEC prices are to be evaluated against the year's operating or "lifting" costs. The actual Kearl 2015 lifting costs were at least $27.90 per barrel. In a November 2016 email to Mr. DuCharme and others, Mei Cheng, EMPC Company Plan Coordinator, acknowledged that Kearl's 2015 lifting cost was $27.90 per barrel (red box and highlight added):[148]



107.   While the 2015 $27.90 cost per barrel was clearly evident during 2016, contemporaneous lifting cost calculations developed by Exxon approximated $28.50 per barrel.[149] In this

---

[148] EMC_RAMIREZ 000068914 at 8915-8916.

[149] EMC_RAMIREZ 000033201 at 3203.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 47**

**CONFIDENTIAL**

regard, and in reference to the acknowledged need to include Kearl's costs above field or "CAF,"[150] Mr. Strawbridge commented on how Exxon was "cutting it close!" given the [albeit, incorrect and overstated] SEC price of $28.70 per barrel and lifting costs of $28.50 per barrel:

> On CAF, I'm thinking we should include the direct CAF (~·$1.6/bbl) to the unit lifting cost curve, which wwould [sic] take **the final 2015 [Annual Average] to $28.5 vs a final price of $28.6 [sic]. Now that is cutting it close**![151]

108.    Exxon's corrected Kearl bitumen price of $24.66 per barrel was less than either of the respective SEC cost figures above (*i.e.*, $27.90 per barrel or $28.50 per barrel). Accordingly, Exxon was required to de-book its asserted 3.6 billion barrels of proved reserves as of December 31, 2015. In violation of SEC rules, Exxon failed to do so.

109.    At nearly 15% of the Company's total disclosed proved reserves, Exxon's asserted Kearl SEC proved reserves were materially significant. Most notably, these reserves quantitatively exceed the aforementioned and acknowledged accounting materiality thresholds (5% of an item, etc.). The quantitative significance of these reserves is further exemplified when extrapolating the more than $88 billion of implied value associated with Exxon's asserted proved reserves using both the 3.6 billion barrels of Kearl bitumen and the $24.66 SEC price per barrel. Moreover, quantitative factors including those described above beginning at paragraph 25 and below beginning at paragraph 161 further demonstrate the material significance of Exxon's disclosed proved reserves as of December 31, 2015.

---

[150] Costs above field or "CAF" were acknowledged by Exxon personnel, including Rich Ducharme, as included within lifting costs. *See, e.g.,* EMC_RAMIREZ 000051611; Prestipino Tr., 85:12-86:9.

[151] EMC_RAMIREZ 000033201 at 3203 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 48**

**App. 54**

**CONFIDENTIAL**

B. **EXXON'S 2015 MD&A FAILED TO APPROPRIATELY DISCLOSE KNOWN TRENDS AND UNCERTAINTIES REGARDING THE RECURRING LACK OF PROFITABILITY OF ITS UPSTREAM CANADIAN KEARL BITUMEN OPERATIONS AND ITS POTENTIAL IMPACT TO THE COMPANY'S PROVED RESERVES**

110. As summarized above beginning at paragraph 67, and as discussed in greater detail below, Item 303 required that Exxon's management disclose the following types of accounting and financial reporting related information to explain the Company's financial results in its MD&A:[152]

    a. **Information necessary to understand results of operations**, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition";[153] and

    b. **Known trends or uncertainties that "have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations**."[154]

111. Even assuming (incorrectly) that Kearl's SEC proved reserves were appropriately stated at December 31, 2015, including the improper assumption that Exxon's applied SEC price

> ## 10-K Disclosure Review
>
> Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies
>
> - SEC staff comments at Spring and Fall API meetings
>     + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
>     + SEC believes "…sentiment has changed…" regarding duration of industry downturn
>     + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
>     + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
>     + If higher future price outlook prevented impairments, then must disclose assumptions

---

[152] SEC Financial Reporting Manual § 9220.1 ("The focus [of Item 303(a)(3)] should be on an analysis of the factors that caused these changes to occur. In providing this analysis, registrants may find it helpful to include a discussion of key variables and financial measures management is utilizing in managing the business.").

[153] Item 303, Instruction 3 to Item 303(a) (emphasis added).

[154] Item 303(a)(3)(ii) (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 49**

**App. 55**

**CONFIDENTIAL**

was appropriate, Exxon failed to make requisite disclosures in the Company's 2015 MD&A. In this regard, the following internal communications on or around January 27, 2016 that Mr. Horne's team drafted for Mr. Rosenthal to review with Mr. Tillerson, recognized the need for a "careful re-consideration of 10-K disclosures" given the implications of the poor price environment on the Exxon's MD&A disclosure (highlighting and red box added):[155]

- SEC will be looking for enhancements to disclosures related to price environment

* * *

- Business and financial reporting environments require careful re-consideration of 10-K disclosures
    + Target enhancements in specific areas where SEC and user interest is high
    + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
    + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
    + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

* * *

---

[155] EMC_RAM 000986618 at 6618-6624. *See also* Horne Tr., 99:19-103:20 ("Q. And it states, or you state, your team states, MD&A must place prior year results in context of business environment and discuss trends, uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date. If negative financial or reserve event disclosed in future, SEC looks to prior filings for foreshadowing disclosure of matters or trends that could have been reasonably anticipated. That's the next item you wrote, correct? A. Yes. Q. And you're communicating that it appears the SEC wants a quantitative discussion, if possible, of certain business items such as change in reserves, lack of change in reserves, impairment, lack of impairment if -- well, strike that. Is it fair to say that the SEC, if there was not going to be an impairment at Exxon or not going to be a reserve breakdown at Exxon, that the SEC was looking to have a quantitative MD&A disclosure to explain why not? A. I think you're rewording what that says. Q. But this is what you noted, MD&A must place prior years' results in context of business environment and discuss trends and uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date. That's what you wrote, correct? […] A. That's what I wrote. Q. And this document was created by you and your team in the ordinary scope of your employment for Mr. Rosenthal to use in his review with Mr. Tillerson, correct? A. Yes. […] Q. Is one of the themes being communicated here in this document about potential disclosures in the 10-K the fact that Exxon is in a low price environment? A. Yes.")

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 50**

# App. 56

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 2 | Low Price Environment | Risk Factors – Supply and Demand<br>At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves. However, lower prices could also reduce the costs necessary to develop and produce oil and natural gas reserves"**. | More directly articulates the risk EM faces in the current price environment |
| 5 | Low Price Environment | Properties – Disclosure of Reserves – Summary of Oil and Gas Reserves<br>Insert the following in the middle of the introductory paragraph, after "…12-month period.": **"When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves.  Otherwise,"** no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves <u>as of that date</u>". | Signal that early 2016 prices, if sustained, would impact reserves and could be viewed as an "adverse event". |
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves /  MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves<br> Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves.  Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover.  In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil.  We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur.  In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time.  SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |

\* \* \*

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 6 / 43 | Volumes | Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream<br>Validate statement "…production capacity to grow over the coming years…" | Normal update of disclosures - align with latest outlook and upcoming March Analyst Meeting |

112.    Exxon failed to properly disclose certain known trends and uncertainties related to its Kearl Upstream operations, including Kearl's recurring lack of profitability. More specifically, Exxon failed to include the following disclosures in the Company's 2015 Form 10-K MD&A:

a.  Despite disclosed profitability measures pertaining to the Company's bitumen operations, Kearl's recurring losses did, and were "reasonably likely" to have a material negative effect on the Company's Upstream earnings and related profitability. Indeed, shipments of Kearl bitumen to the United States increased during 2015 resulting in lower realized prices and corresponding losses;

**CONFIDENTIAL**

b.  Kearl's continuing operating losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed. This information was necessary to provide a more complete and accurate understanding that Exxon's results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition;" and

c.  The circumstances discussed in Section IV.A. above, including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses.

113.  These trends and uncertainties required disclosure under Item 303 and were repeatedly made evident to Exxon's management during the periods preceding the issuance of the Company's 2015 Form 10-K.

1.  **Kearl's Production Volumes and Operational Efficiencies Were Regularly Touted by Exxon Management and the Subject of Analyst Inquiries During 2015**

114.  In addition to those public statements referenced above beginning at paragraph 26, Exxon's management regularly touted increased production volumes and operational efficiencies associated with its Kearl expansion project. For example:

a.  In the Company's first quarter earnings call on April 30, 2015, Mr. Woodbury noted that the Kearl expansion project continued to progress ahead of schedule and would ultimately produce more than 200,000 barrels of bitumen per day:

> We expect to reach peak field production of more than 200,000 barrels per day by year-end. The Kearl expansion project in Canada continues to progress ahead of schedule. All major construction activities are now complete, and our focus has shifted to commissioning and pre-startup activities.[156]

b.  After repeated related inquiries from analysts regarding Kearl during Exxon's Q1 2015 earnings call, Mr. Woodbury reiterated Kearl's ongoing production and

---

[156] Q1 2015 Earnings Transcript, p. 5.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 52**

**App. 58**

**CONFIDENTIAL**

emphasized Kearl's value as "an advantaged long-lived asset" due in part to its captured integration value:

> As we've said in the past, **Kearl is an advantaged, long-life asset, one that has significant future potential, as you look at how we further optimize the base. As you highlight, we have continued to improve on our reliability towards our operating targets. And we are fairly consistently producing at the 110,000 barrels a day gross**. […] I'd also highlight a couple of other things. First, that we are making additional investments to maximize logistics flexibility. And as I mentioned in my prepared comments, the Edmonton Rail Terminal is going to provide additional flexibility. **And that takes me to my second point, that it really is fully integrated with our manufacturing business, and we're capturing integration value throughout the, if you will, the full value chain from Upstream, Downstream and our Chemicals business**.[157]

c.  Following Exxon's Q2 2015 Earnings Release that explicitly highlighted Kearl's expansion,[158] Mr. Woodbury reiterated that the Kearl expansion project was ahead of schedule and noted that prior Kearl development experience contributed to reduced capital costs and operational efficiencies:

> Turning now to a status update on our new development projects. In Canada, the Kearl expansion project started up ahead of scheduled in June and is currently producing more than 100,000 barrels of bitumen per day. **Base development of the Kearl resource enabled us to draw significant learnings from the initial development project and capture lower capital costs and operating efficiencies. Total Kearl production averaged 130,000 barrels per day in the second quarter and is ultimately expected to reach 220,000 barrels per day**.[159]

d.  Consistent with these assertions, during a September 2015 interview for Petroleum Intelligence Weekly, Mr. Tillerson described Kearl as a "big" project that was designed to drive variable costs down and make money in a low price, high cost market:

> **As you know we just started up a major project, Kearl, the second phase. For the oil sands, the only way you can compete across these**

---

[157] Q1 2015 Earnings Transcript, p. 9 (emphasis added).

[158] July 31, 2015 Form 8-K, Second Quarter Highlights.

[159] Q2 2015 Earnings Transcript, p. 5 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**            **Page 53**

CONFIDENTIAL

**volatile price ranges is - it'd better be big**. […] **Kearl is big**. Because doing a 30,000-40,000 b/d oil sands project is going to get you nowhere. You are literally at the whims of the market. You can't get enough efficiencies on a unit basis. **So Kearl, and it's a great example; we built it when it was a fairly high cost environment, we drove the costs down as low as we could get them, but we are going to live with these legacy costs. So now the whole organization as we are bringing the next expansion phase up, doubling the capacity up, they are all over the variable costs. And they are just driving it down, and this is what they always do. They know they have to get Kearl to operate where it makes money at a price environment that looks like today. Now when your netbacks are even below that because of what's going on today because it's highly variable what's going on with infrastructure. Pipelines have problems, refineries have problems. We don't get too over-exercised. We have a view that over the long-term we are probably going to operate in a price environment that is across a range like this. You guys need to make sure you can make money at the bottom of that range. Then at the top of that range, you can make a lot of money. We tell our folks, build this thing for the bottom of the cycle. We won't be the prettiest girl on the stock exchange, but we will be alright. We'll be able to continue to pay our dividend, shareholders will be happy, and when we come out of the cycle, we'll be all stars. Just don't get yourselves into a position where you are in trouble at the bottom of a cycle. That's the way we build all our investment decisions around here.**[160]

e. Mr. Tillerson further described Exxon's investment plan, including the Kearl expansion project, as contemplative of the expectation that oil prices would stay low for a longer period:

> Exxon Mobil Chairman and Chief Executive Rex Tillerson tells PIW in an interview. **Along with the stubborn supply overhang, this is one of the main reasons Exxon expects oil prices to stay lower for longer, and is planning its investments accordingly** […].[161]

f. During Exxon's Q3 2015 earnings call, Mr. Herrlin of Societe General Cross Asset directly questioned how Kearl was going. Mr. Woodbury described Kearl's expanded, integrated operations and noted that production had even exceeded the project's 220,000 barrel per day design capacity:

---

[160] EMC_RAM 000579687 at 9699 (emphasis added).

[161] EMC_RAM 000579687 at 9690 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 54**

**CONFIDENTIAL**

> Well, thanks for asking, John. I mean, **Kearl is moving along very nicely. As you heard, we got the Kearl expansion started up ahead of schedule. All the learnings have been fully integrated into the expansion project**. It's ramping up quicker than initial development. **And through the quarter, we produced in excess of 180,000 barrels a day gross. And I'll tell you that we have produced over the 220 designed**.[162]

115.    In its Q4 2015 earnings release, Exxon noted the completion of six major Upstream projects that "added 300,000 oil-equivalent barrels per day of working interest production capacity," including Kearl which alone added capacity of 110,000 oil-equivalent barrels per day.[163] Referring to these projects and the "net overall favorable mix effect on income," Cowen and Company LLC Research analyst Sam Margolin inquired whether the Company could provide additional information regarding Exxon's Western Canadian operations which included Kearl. In response, Mr. Woodbury described "compressed" "profitability" in the current low price environment and emphasized the efforts made in Canada to reduce the overall cost structure and Exxon's objective of "maintaining cash profit":

> **Yes, sure. I mean, no doubt, profitability is compressed in this price environment**. As I have said before, we remain very focused on the fundamentals. **And I'd tell you that the team there in Canada have done just an exceptional job in driving the cost structure down, in enhancing reliability**. We are not, by any means, where we want to be. In fact, I would tell you that we're never satisfied with the status quo. **We will continue to work that, recognizing that we feel very good about the resource potential, not only in Kearl, but in Western Canada and our portfolio. We think that over the long term, the asset is going to be a high value. The focus is around maintaining cash profit and maximizing long-term value in the asset**.[164]

116.    The attention given to Kearl by both Exxon's management and analysts is not surprising given that capitalized costs associated with Kearl totaled over \$18 billion as of June 30,

---

[162] Q3 2015 Earnings Transcript, p. 21 (emphasis added).

[163] Q4 2015 Earnings Transcript, p. 3; Exxon 2015 Form 10-K, p. 13.

[164] Q4 2015 Earnings Transcript, pp. 3 and 9 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 55**

**App. 61**

**CONFIDENTIAL**

2015.[165] Kearl's long-lived assets represented approximately 7% of the Company's total reported property plant and equipment ("PPE").[166]

117.  As crude oil prices continued to decline in 2015 and early 2016, analysts expressed further interest in Exxon's profitability and specifically, Kearl's economics. Mr. Woodbury again described "profitability" in the "price environment" as being "compressed" (as opposed to non-existent) and described the Company's ability to "create margin." [167] Mr. Woodbury further described Kearl as a great example of the Company's ability to reduce operating costs and capital investments while increasing long-term value:

> [Douglas George Blyth Leggate, BofA Merrill Lynch, Research Division] I also have a couple of questions, if I may. My first one is really about somewhat specific on the oil sands business. It's been a fairly large part of your -- the project growth and the shift towards liquid and so on. But **obviously, in this environment, I have to imagine it's a substantial drag on your cash margins. I'm just wondering if you could, to the extent you can, just give us some idea what the economics of Kearl in your oil sands business, generally Cold Lake and so on, looks like in this environment. And what I'm really thinking about is the kind of free cash pork that could generate in a recovery scenario**. And I've got a follow-up, please.

> [Jeffrey J. Woodbury, Former VP of Investor Relations & Secretary] Yes. **Well, I mean, generally speaking, the oil sands, certainly, no doubt, profitability is compressed in this price environment. But the organization, once again, keeps very focused on the fundamentals, particularly our costs and reliability, and they're making really good progress. They're finding structural enhancements that create margin at the bottom line. If you think about the resource base that we've got in oil sands, we've been working the oil sands now for over 3 decades, including technology development. And on the mining side, I think Kearl is a great example where we applied proprietary technology that was able to reduce our capital investment, our operating costs and improved our environmental footprint that will increase long-term value**.[168]

---

[165] EMC_RAM 001627208 at 7224.

[166] Calculated using EMC_RAM 001627208 and Exxon Q2 2015 Form 10-Q, p. 5 (18,300,000 Kearl PPE / 253,653,000 PPE, Net as of June 30, 2015 = 7.2%).

[167] Q1 2016 Earnings Transcript, p. 9.

[168] Q1 2016 Earnings Transcript, p. 9 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 56**

**App. 62**

**CONFIDENTIAL**

118. Consistent with Mr. Woodbury's and Mr. Tillerson's assertions of profitability, Exxon disclosed the following production price and cost metrics relating to its Upstream bitumen operations during 2015 in the Company's 2015 Form 10-K reflecting an implied, albeit decreasing, profit margin during both periods:[169]

| Average Production: | 12/31/15 | 12/31/14 |
|---|---|---|
| Price | $25.07 | $62.68 |
| Cost | $19.20 | $32.66 |
| **(Implied) Profit** | **$5.87** | **$30.02** |
| (Implied) Profit % | 23.4% | 47.9% |

2. **In Contrast to Asserted Profits and Undisclosed to the Public, Kearl's Recurring Operating Losses Were Repeatedly Evident to Exxon's Management Prior to the Issuance of Exxon's 2015 Form 10-K**

119. Despite these asserted or implied profits disclosed above in paragraph 118, it was repeatedly evident to Exxon's management that Kearl was suffering significant losses during 2015, and continued to do so through the issuance of the Company's financial statements on Form 10-K on February 24, 2016. Moreover, given both actual oil price declines through February 2016 and management's corresponding anticipated lower estimated Kearl bitumen prices during 2016, it was further evident that such losses were reasonably likely to continue and/or worsen.

120. In contrast to the requirements of Item 303 and asserted profitability measures evident in the Exxon's Annual Report on Form 10-K, the Company failed to disclose the following information that was necessary to an understanding of Exxon's Upstream business segment as evident through "management's eyes" in the Company's 2015 Form 10-K:

   a. Kearl's significant recurring and cumulative losses,

   b. Kearl's operating losses contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed, and

---

[169] Exxon 2015 Form 10-K, p. 9.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 57**

**App. 63**

c. The circumstances discussed above in Section IV.A., including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses.

121. In contrast to disclosed profitability measures, each month Exxon prepared profitability/(loss) reports specific to the Company's Upstream operations. The following recurring operating losses associated with Kearl were made evident to management in monthly presentations:[170]

| $ in millions (except per barrel) | Revenue | Operating Earnings/Loss | Realization Per Barrel | Earnings/Loss Per Barrel |
|---|---|---|---|---|
| Jan-15 | $44 | ($51) | $13.50 | ($30.22) |
| Feb-15 | $62 | ($45) | $23.15 | ($18.05) |
| Mar-15 | $60 | ($51) | $21.54 | ($23.10) |
| Apr-15 | $77 | ($32) | $30.38 | ($13.21) |
| May-15 | $138 | $7 | $34.25 | $2.83 |
| Jun-15 | $192 | $13 | $42.01 | $4.98 |
| Jul-15 | $189 | $25 | $35.32 | $4.89 |
| Aug-15 | $137 | ($12) | $21.29 | ($2.96) |
| Sep-15 | $58 | ($65) | $19.00 | ($21.59) |
| Oct-15 | $141 | ($11) | $23.88 | ($2.50) |
| Nov-15 | $85 | ($53) | $16.33 | ($13.14) |
| Dec-15 | $105 | ($31) | $11.52 | ($6.64) |
| Jan-16 | $25 | ($81) | $4.43 | ($17.72) |
| Feb-16 | $8 | ($90) | $4.91 | ($25.85) |

122. During the year ended December 31, 2015, Kearl realized operating unit losses of $7.34 per barrel, total operating losses of $304 million, and total segment losses of $580

---

[170] Agreed to information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962. *See also* EMC_RAMIREZ 000008612 at 8633; EMC_RAMIREZ 000003986-3987.

**CONFIDENTIAL**

million.[171] As evident above, these losses continued during 2016.[172] Kearl's losses were due in significant part to the poor pricing environment as evident in the following chart:[173]



---

[171] EMC_RAM_SEC 000009968. Note: The $580 million segment loss includes losses pertaining to an IOL minority interest. Excluding those interests reflects total segment loss of $440 million. *See also* Prestipino Tr., 112:10-15 ("Q. And that results in an average operating loss for the entire year all the barrels of $7.34, correct? […] A. So according to the page our operating unit earnings for Kearl 2015 year-to-date when not -- was $7 -- negative $7.34.")

[172] Prestipino Tr., 190:21-191:17 ("Q. And this is indicating that the trend of losses at Kearl has continued and possibly even been exacerbated because now Kearl is losing -- in January 2016 is losing $17.72 per barrel? […] A. And I'm just assuming by "trend" you mean consistent with what we saw previously, which I think was in 2015. Q. Correct. A. Yeah. Q. Okay. So Kearl is losing even more money per barrel in January than it did in December, now losing $17.72 per barrel? A. And I do see it's – it's – it's negative and I don't recall if it's greater than what it was previously or not, but it is a negative. Q. So for every barrel produced at Kearl, the company is losing $17.72 cash profit, correct? […] A. The -- the operating unit earnings was negative $17.72.")

[173] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 59**

**CONFIDENTIAL**

123.    Also notable above, Kearl reported operating losses during all but three months during 2015 and in certain periods in which the monthly average WTI price per barrel exceeded $50 per barrel. The average WTI price per barrel during December 2015 and January 2016 was just $37 per barrel and $32 per barrel, respectively.

124.    As oil prices dropped significantly during the latter half of 2015 and early 2016, Kearl-related revenue plummeted and was insufficient to cover Kearl's operating costs. Despite three months of reported profit when crude oil exceeded $50 per barrel, Kearl's cumulative recurring losses since January 1, 2015 were significant and resulted in net operating losses during each consecutive quarter in the 2015 fiscal year (*i.e.*, Q1 2015: negative $147 million, Q2 2015: negative $10 million, Q3 2015: negative $53 million, Q4 2015: negative $94 million), which losses continued into 2016.[174]

125.    The following illustrates Kearl's cumulative operating losses during the fourteen months ended February 2016 leading up to the issuance of Exxon's 2015 Form 10-K which exceeded $470 million and excluded "other [2015 Kearl-related] earnings event" losses of approximately $136 million which would bring Kearl's total cumulative losses to more than $600 million:[175]

---

[174] See paragraph 122; EMC_RAM_SEC 000009531; EMC_RAM_SEC 000009456; EMC_RAM_SEC 000009788; EMC_RAM_SEC 000009968. Note: The sum of these 2015 operating losses total $304 million.

[175] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 60**

**App. 66**



126.    Notably, Kearl's cumulative 2015 operating losses and total segment losses alone exceeded $300 million and $440 million, respectively.[176] These cumulative losses represented more than 6% of Exxon's total reported 2015 After Tax Upstream Earnings.[177] Exacerbating this negative trend, Kearl losses during the two months ended February 2016 increased significantly and totaled approximately $170 million.[178] Despite analyst inquiries like those seen in paragraph 114, such losses were not disclosed in the Company's 2015 Form 10-K.

127.    Moreover, despite Exxon's stated objective of "maintaining" positive cash flow from Kearl, the Company internally reported negative after tax cash flow generation during 2015 of approximately $177 million.[179] This trend continued through the February 24, 2016 filing date of Exxon's 2015 Form 10-K. Kearl's negative after-tax cash outflows from

---

[176] EMC_RAM_SEC 000009968.

[177] Derived from information at EMC_RAM_SEC 000009968 and Exxon 2015 Form 10-K, p. 44.

[178] EMC_RAM_SEC 000065962.

[179] EMC_RAM_SEC 000009968 at 9988.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 61**

**CONFIDENTIAL**

operating activities approximated negative $64 million excluding capital expenditures and a negative $148 million including capital expenditures during the two months ended February 2016.[180] Again, these negative cash flows were not disclosed in the Company's 2015 Form 10-K.

128.    As mentioned in paragraph 125, Exxon's accelerating losses and negative cash flows were driven in significant part by the precipitous 70% decline of the price of crude oil during the latter half of 2014 through Exxon's 2015 Form 10-K filing on February 24, 2016:[181]



129.    Kearl's higher operating cost structure further contributed to Exxon's trending losses. As noted above in paragraph 114, and while not disclosed in the Company's 2015 Form 10-K, Kearl was developed during what Mr. Tillerson described a "high cost environment." The

---

[180] EMC_RAM_SEC 000065962. *See also* EMC_RAMIREZ 000009455.

[181] Derived using information at https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 62**

negative effects of these higher costs were made repeatedly evident to Exxon's management in the Company's 2015 monthly internal reporting.

130.    Specifically, in contrast to Kearl's cumulative losses, monthly reports demonstrated that Exxon's Cold Lake bitumen project generated the following cumulative profits during the same fourteen-month period ended February 2016 despite the significantly declining oil prices ($ in millions):[182]



131.    While Kearl's losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations, management and analysts continued to focus on the Kearl expansion project during 2015 earnings calls. This is likely due in large part to Kearl's disclosed 3.6 billion barrels of bitumen proved reserves at December 31, 2015. These reserves were nearly four

---

[182] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**CONFIDENTIAL**

times the size of Cold Lake's decreasing proved reserves and more than seven times developed reserves by year end 2015:[183]

| Proved Reserves | 12/31/15 | | 12/31/14 | | 12/31/13 | |
|---|---|---|---|---|---|---|
| *Barrels in '000s* | | | | | | |
| **Kearl Bitumen** | **3,601,070** | **79%** | **3,301,977** | **78%** | **2,626,754** | **72%** |
| - Developed | 3,601,070 | | 1,677,735 | | 1,352,598 | |
| - Undeveloped | 0 | | 1,624,242 | | 1,274,156 | |
| **Cold Lake Bitumen** | **959,329** | **21%** | **930,650** | **22%** | **1,003,301** | **28%** |
| - Developed | 507,345 | | 444,021 | | 457,206 | |
| - Undeveloped | 451,984 | | 486,629 | | 546,095 | |
| **Total** | **4,560,399** | **100%** | **4,232,627** | **100%** | **3,630,055** | **100%** |

132.    Indeed, Exxon management communicated that the increase in proved bitumen reserves during 2014 related entirely to Kearl. Consistent with this trend, over 91% of Exxon's increased proved bitumen reserves at December 31, 2015 pertained to Kearl.

133.    This information, including Kearl's ongoing losses and expected bitumen price declines, was necessary to an understanding of Exxon's Upstream operating results, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition."[184]

### 3.  The Conditions Set Forth in Section IV.A. Above, Including Losses Associated with Shipments to U.S. Markets, Contributed to Kearl's Operating Losses

134.    Even if one improperly assumes that Kearl's 3.6 billion of disclosed proved reserves did not require de-booking, adequate disclosure was necessary given the conditions described in Section IV.A., including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses. Beyond management's recurring focus on Kearl's lack of profitability, and as discussed in part above beginning at paragraph 82, Exxon management recognized as early as May 2015 that the declining oil prices, including reduced prices due to shipments into U.S. markets, could negatively affect Kearl's disclosed proved reserves. For example, in a May 7, 2015 Exxon "Upstream Financial

---

[183] Agreed to or derived from information at PRAM0000035, PRAM0006789, and PRAM0031061.

[184] Item 303, Instruction 3 to Item 303(a).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 64**

# App. 70

**CONFIDENTIAL**

Issues Review" meeting and related "2015 Reserves and Resources Outlook" presentation, the Company identified both: (a) Kearl's challenge to demonstrate a positive cash flow through April 2015 (this was prior to the precipitous decline in crude oil (WTI) prices from approximately $60 per barrel as of April 30, 2015 to just $30 per barrel as of the filing of Exxon's 2015 Form 10-K on February 24, 2016);[185] and (b) the "[p]otential" loss exposure of up to 3.7 billion barrels of bitumen proved reserves based on bitumen's pricing between January and April 2015 (highlights added):[186]



[…]



135.    In the Company's related May 2015 "Financial Reporting and Accounting Considerations" deck, Exxon further acknowledged the possible need for external disclosure (and impairment) associated with the potential removal of Kearl's 2015 proved reserves (then at 3.3 billion barrels of bitumen) (highlights added):[187]

---

[185] https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

[186] EMC_RAM 001593539 at 3550-3551 (highlights added).

[187] EMC_RAM 001593539 at 3555 (highlights added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 65**

**CONFIDENTIAL**

## Financial Reporting and Accounting Considerations

Background

- Kearl comprises two major components, Initial Development (KID) and Expansion Project (KEP)

| | Start-Up | Proved Reserves (MOEB) | Investment - $G | | |
|---|---|---|---|---|---|
| | | | UOP | Straight-line | Total |
| KID [1] | 1H'2013 | 1,678 | 11.6 | 1.7 | 13.3 |
| KEP [2] | May-15 | 1,624 | 8.8 | 1.6 | 10.4 |
| Total Kearl | | 3,302 | 20.4 | 3.3 | 23.7 |

[1] KID investment as at 1Q 2015    [2] KEP investment anticipated at start-up

Recent Developments

- Potential impact on proved reserves due to SEC pricing sensitivities
- Various operating scenarios under consideration
  - KID and KEP operational at full capacity
  - Start-up KEP mid 2015, run both KID and KEP till year end, then temporarily idle KEP in 2016

Issue

- Financial reporting / accounting considerations resulting from a potential removal of proved reserves due to SEC pricing basis and temporarily idling facilities
  - Potential Impairment, Depreciation and External Disclosures

136.    The Company cited specific external interim GAAP disclosure requirements under ASC 932-270-50 that required the disclosure of "information about **a major … adverse event that causes a significant change from the information presented in the most recent annual financial report concerning oil and gas reserve quantities**."[188] Exxon further documented its intention to "monitor" Kearl's 2015 price sensitivity and price plan assumptions for "potential interim reserve de-book[ing]."[189]

137.    In August 12, 2015, Exxon's management again internally considered and discussed the issue of Kearl's exposed proved reserves.[190] As noted below, the Company reiterated the

---

[188] EMC_RAM 001593539 at 3558 (emphasis added).

[189] EMC_RAM 001593539 at 3606.

[190] EMC_RAM_SEC 000056309 at 6316-6317.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 66**

**CONFIDENTIAL**

"potential impact" of lower bitumen pricing on proved reserves, citing a break-even WTI crude oil price of roughly $60/bbl:[191]

> **Recent Developments**
> - Potential impact on proved reserves due to SEC pricing sensitivities
>   - Kearl break-even bitumen price ~$32/B  (w/ ~$60 WTI)
>   - August YTD SEC pricing basis ~$33/B

138. At the time of this presentation on August 12, 2015, the WTI crude oil spot price closed at $43/bbl, 28% lower than Exxon's acknowledged Kearl WTI break-even price.[192] As further indicated above in paragraph 137, the price differential between Kearl bitumen and WTI crude oil prices was approximately 47% ($60/bbl (WTI) - $32/bbl (Kearl Bitumen) = $28/bbl/$60/bbl).[193] Internally communicated monthly realization of Kearl bitumen per barrel during the eight months ended February 2016 averaged just $17.09/bbl, well below the $32/bbl break-even price referenced, consistent with the Company's internally reported operating loss trends.

139. Given these clearly evident negative variances, Exxon again documented external disclosures associated with "potential interim and year end 2015 Form 10-K disclosure of the significant removal of proved reserves due to SEC pricing":[194]

---

[191] EMC_RAM_SEC 000056309 at 6316.

[192] https://www.eia.gov/dnav/pet/hist/RWTCD.htm ($60 per barrel - $43 per barrel = $17 per barrel/$60 per barrel = 28%).

[193] EMC_RAM_SEC 000056309 at 6316.

[194] EMC_RAM_SEC 000056309 at 6317.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 67**

**CONFIDENTIAL**

| Proved Reserves | Bitumen (MOEB) | | | |
|---|---|---|---|---|
| December 31, 2014 | IOL | | XOM | |
| | Kearl | Total Disclosed | Kearl | Total Disclosed |
| Proved Developed | 1,190 | 1,635 | 1,678 | 2,122 |
| Proved Undeveloped | 1,153 | 1,639 | 1,624 | 2,111 |
| Total | 2,343 | 3,274 | 3,302 | 4,233 |

External disclosure (IOL & XOM)
- Potential interim and year end 2015 Form 10-K disclosure of significant removal of proved reserves due to SEC pricing
- Bitumen proved reserves are separately disclosed in the 10-K for both IOL and XOM

140.   On October 8, 2015, Barton Cahir, Sr. Vice President – Upstream Imperial Oil, emailed Rich Kruger, CEO, Chairman and President of Exxon's subsidiary, Imperial Oil, Ltd., and Beverley Babcock, SVP, Administration and Controller of Imperial Oil Ltd. about Corporate's understanding that the SEC "expect bitumen write downs **this year**."[195] Indeed, even excluding my opinion above that proved reserves required de-booking, the increased likelihood of Exxon's 2015 Kearl-related proved reserves no longer qualifying as a result of decreased profitability was made evident within Exxon during 2015. For example:

a.   Internal cash flow forecasts dated November 2014 associated with Kearl reflected further bitumen price declines during 2015. In this regard, Exxon projected a 2015 Kearl bitumen break-even level of roughly $32/bbl.[196]

b.   In a December 14, 2015 Long Term Outlook meeting, Exxon management acknowledged the "[s]ustained low oil price[]" environment (red boxes added):[197]

---

[195] EMC_RAM_SEC 000035525 (emphasis added).

[196] EMC_RAM 001590961. *See also* EMC_RAMIREZ 000006255 ("Sustaining CAPEX profile reduced by 10% post 2030 in response to sustained low price environment.").

[197] EMC_RAM 000454063 at 4066.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 68**

**App. 74**

**CONFIDENTIAL**



141. Indeed, the following chart demonstrates the reasonable likelihood that Exxon's proved Kearl reserves would no longer be economically producible given the 2015 low price environment during the latter half of 2015 and through the issuance of the Company's 2015 financial statements:[198]

---

[198] Agreed to or derived from information at EMC_RAMIREZ 000048534. *See also* EMC_RAM 001629434, PRAM0055680, and EMC_RAM_SEC 000056483. Note: Consistent with the precipitous SEC bitumen price decline, average WTI spot crude oil prices had declined to just $41.29 per barrel since June 30, 2015 through Exxon's 2015 Form 10-K filing date on February 24, 2016 (and to $30.91 per barrel during the nearly two months ended February 24, 2016). [https://www.eia.gov/dnav/pet/hist/RWTCD.htm]

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024          Page 69**

**CONFIDENTIAL**



142. Exxon made the following generic disclosures in its Annual Report on Form 10-K for the year ended December 31, 2015, failing to mention Kearl's increasing and actual 2015 operating and cash flow losses associated with the approximate 3.6 billion barrels of Kearl bitumen reserves, including related losses associated with increased shipments to U.S. markets:

> The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the Securities and Exchange Commission's (SEC) definition of proved reserves, **certain quantities of oil and natural gas could temporarily not qualify as proved reserves**.
>
> * * *
>
> **When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North**

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 70**

**App. 76**

CONFIDENTIAL

**America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur.**[199]

143.    In the absence of a reserve de-booking as required at December 31, 2015, the facts and circumstances discussed above in Sections IV.A. and IV.B. required disclosure, as without disclosure of the above trends and uncertainties, statements in Exxon's 2015 Form 10-K including those on page 9 referenced above were misleading to the reader.

### 4.  Exxon Ultimately De-Booked Kearl's Proved Reserves at Year-End 2016

144.    Exxon ultimately disclosed the following risk in its MD&A pertaining to the Company's Kearl proved reserves in its Q3 2016 Form 10-Q, one quarter prior to its de-booking as of December 31, 2016:

> **If the average prices seen during the first nine months of 2016 for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016.** […]
>
> **Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl** […].[200]

145.    During Q4 2016, despite year-over-year increases in the price of crude oil, Exxon eliminated the entirety of Kearl's previously disclosed 3.5 billion barrels of previously proved bitumen reserves, noting that "[a]s a result of very low prices during 2016, under the SEC definition of proved reserves" all of Kearl's barrels of bitumen did not qualify as proved reserves at year-end 2016:

> As a result of very low prices during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end

---

[199] Exxon 2015 Form 10-K, pp. 5, 6, 56, and 103 (emphasis added).

[200] Exxon Q3 2016 Form 10-Q, p. 22 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 71**

**App. 77**

**CONFIDENTIAL**

2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl, in Canada.[201]

146.    Indeed, Exxon subsequently acknowledged in internal communications that the December 31, 2016 de-booking of Kearl proved reserves was "due to the very low prices" of bitumen during Q1 2016, including those prices evident prior to the issuance of Exxon's 2015 Form 10-K (highlights added):[202]

> **Page 13: Item 2 – 4B Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies**
>
> On page 13 under the mining disclosure for Kearl operations, we note that due to the very low prices during the first quarter of 2016, under the SEC definition of proved reserves, 3.5 billion barrels of bitumen did not qualify as proved reserves at year-end 2016. We also mention that should prices, costs, and operating levels seen in the first several weeks of 2017 remain or improve for the rest of the year that substantial portions of these quantities will qualify as proved reserves at year-end 2017.

### 5. The SEC's MD&A Disclosure Requirements

147.    In connection with these issues, the SEC's Regulation S-K Item 303 required several accounting-related MD&A disclosures for the relevant period, including the following:[203]

| Item 303 | Description |
|---|---|
| (a) | "The discussion shall provide information as specified in paragraphs (a)(1) through (5) of this Item and also **shall provide such other information that the registrant believes to be necessary to an understanding of its financial condition, changes in financial condition and results of operations**…." |
| (a)(3)(i) | "**Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations** and, in each case, indicate the extent to which income was so affected." |

---

[201] Exxon 2016 Form 10-K, p. 58.

[202] EMC_RAM 001602457 at 2466 (highlights added).

[203] Item 303 of Regulation S-K (emphasis added). Item 303(c) requires similar disclosures for interim (quarterly) periods through Q1 2017.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**            **Page 72**

# App. 78

**CONFIDENTIAL**

| Item 303 | Description |
|---|---|
| (a)(3)(ii) | **"Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations. If the registrant knows of events that will cause a material change in the relationship between costs and revenues (such as known future increases in costs of labor or materials or price increases or inventory adjustments), the change in the relationship shall be disclosed**." |

148. As seen in the table above, Item 303 requires management to disclose the following types of accounting and financial reporting related information to explain the entity's financial results, particularly:

   a. Any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations.

   b. Events that are likely to cause a material change in the relationship between costs and revenues.

   c. Any unusual or infrequent event or transaction or any significant economic change that materially affected the amount of reported income from continuing operations.

149. Instructions to Item 303(a) disclosure requirements further clarify that management's discussion and analysis shall "focus specifically on material events and uncertainties **known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition**. This would include descriptions and amounts of (A) matters that **would have an impact on future operations** and have not had an impact in the past, and (B) matters that **have had an impact on reported operations** and are not expected to have an impact upon future operations."[204]

---

[204] SEC Instructions to Item 303(a) (emphasis added). *See also* SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989, footnote 20.

**CONFIDENTIAL**

150.    Indeed, the SEC has made clear through its Office of the Chief Accountant that Item 303 requires management to provide a narrative explanation in MD&A to include an analysis of the registrant's "known trends and uncertainties" that could influence the entity's "prospects for the future":[205]

> […] MD&A requires a discussion of liquidity, capital resources, results of operations and **other information necessary to an understanding of a registrant's financial condition, changes in financial condition and results of operations**. This includes unusual or infrequent transactions, **known trends or uncertainties that have had, or might reasonably be expected to have, a favorable or unfavorable material effect on revenue, operating income or net income and the relationship between revenue and the costs of the revenue**. Changes in revenue should not be evaluated solely in terms of volume and price changes, but should also include an analysis of the reasons and factors contributing to the increase or decrease. The Commission stated in [Financial Reporting Release ("FRR")] 36 that MD&A should '**give investors an opportunity to look at the registrant through the eyes of management by providing a historical and prospective analysis of the registrant's financial condition and results of operations, with a particular emphasis on the registrant's prospects for the future**.'

151.    Ultimately, the referenced "eyes of management" concept is central to the SEC's view of quality, transparency, and accountability in financial reporting. In a speech given on April 26, 2001 by Lynn E. Turner ("Mr. Turner"), Chief Accountant of the SEC, Mr. Turner stated:

> I believe CFOs need to present a clear, transparent financial report that tells the whole story. As Warren Buffet has asked, if you (i.e., the CFO) were investing in this company, has <u>all</u> the information you would want to know has been made available to investors in an unbiased fashion? Too often today, we see the numbers being "spun," or important information about key trends or key and critical performance indicators being left out. And let's not forget, quality financial reporting means going beyond those minimum boundaries established by the rules governing financial reporting. The Commission's MD&A rules say it best, **your disclosures must enable investors to see the business through the "eyes of management**."[206]

---

[205] ASC 605-10-S99.

[206] Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001 (emphasis added); *see also* reference to SEC Securities Act Release No. 6349, September 28, 1981, ("[i]t

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 74**

**CONFIDENTIAL**

a) <u>The SEC's Rules Also Require Disclosure of Trends Impacting the Business</u>

152. Also noted in the table above at paragraph 147, Item 303(a)(3)(ii) of the SEC's rules requires disclosure of "Trend Information." The importance of these disclosures is discussed in SEC releases, which state:

> One of the most important elements necessary **to an understanding of a company's performance, and the extent to which reported financial information is indicative of future results**, is the discussion and analysis of **known trends**, demands, commitments, **events and uncertainties**. **Disclosure decisions concerning trends**, demands, commitments, **events, and uncertainties** generally should involve the:
>
> - consideration of financial, operational and other information known to the company;
>
> - identification, based on this information, of known trends and uncertainties; and
>
> - assessment of whether these trends and uncertainties will have, or are reasonably likely to have, a material impact on the company's liquidity, capital resources or results of operations.[207]

153. Disclosure is therefore required for known trends that will have a material impact on net sales, revenues, or income from operations.[208] An important factor weighing in favor of this disclosure requirement is whether the financial information reported in the current period may not be indicative of future operating results.[209]

---

is the responsibility of management to identify and address those key variables and other qualitative and quantitative factors which are peculiar to and necessary for an understanding and evaluation of the individual company.") [SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC- 16961; FR-36], Section III.A. May 18, 1989].

[207] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], December 19, 2003 (emphasis added).

[208] SEC Release No. 33-6835 § III.B ("Disclosure of known trends or uncertainties that the registrant reasonably expects will have a material impact on net sales, revenues, or income from continuing operations is also required.").

[209] SEC Release No. 33-6835 § III.B ("Finally, the Instructions to Item 303 state that MD&A 'shall focus specifically on material events and uncertainties known to management that would cause reported

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 75**

**App. 81**

**CONFIDENTIAL**

154.    In this context, the SEC has identified the following two-step assessment to be performed by a company's management when evaluating the need to disclose known trends or uncertainties:

> Where a trend, demand, commitment, event or uncertainty is known, management must make two assessments:
>
> (1) Is the known trend, demand, commitment, event or uncertainty likely to come to fruition? If management determines that it is not reasonably likely to occur, no disclosure is required.
>
> (2) If management cannot make that determination, it must evaluate objectively the consequences of the known trend, demand, commitment, event or uncertainty, on the assumption that it will come to fruition. **Disclosure is then required unless management determines that a material effect on the registrant's financial condition or results of operations is not reasonably likely to occur**.[210]

155.    Accordingly, Item 303 requires disclosure of known trends, uncertainties, or events that are "reasonably likely" to have a material favorable or unfavorable impact on a registrant's financial condition or results of operations. The SEC has interpreted the term "reasonably likely" to be a lower threshold than "more likely than not" but a higher threshold than "remote."[211] The former SEC Commissioner Edward H. Fleischman has stressed that it is important for management to "tell it 'like it is' […] fully and accurately (no half-truths, no pulled punches, no subtly misleading statements), exactly 'like it is'" within a company's MD&A.[212]

---

financial information not to be necessarily indicative of future operating results or of future financial condition.'").

[210] SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989 (emphasis added); SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

[211] SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

[212] Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991, pp. 10-11.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 76**

**App. 82**

**CONFIDENTIAL**

b) <u>The Evaluation of Materiality for MD&A Disclosure Purposes</u>

156. The "focus" of Item 303 disclosures is to "provide investors and other users with **material** information that is necessary to an understanding of the company's financial condition and operating performance."[213] SEC Rule 12b-2 defines "material" as information for "which there is a substantial likelihood that a reasonable investor would attach importance in determining whether to buy or sell the securities registered."[214] Accounting guidance notes that "information is material if omitting it or misstating it could influence decisions that users make on the basis of the financial information of a specific reporting entity. In other words, materiality is an entity-specific aspect of relevance based on the nature or magnitude or both of the items to which the information relates in the context of an individual entity's financial report."[215]

157. Staff Accounting Bulletin No. 99, Materiality ("SAB 99") provides additional relevant guidance when considering the materiality of Exxon's disclosures.[216] Indeed, SAB 99 sets forth the generally accepted methods used by the SEC and registrants to evaluate materiality for financial statement purposes, and as set forth below, is referenced in connection with the evaluation of MD&A disclosures:

> Look at the qualitative materiality factors listed in SAB 99—even if you're not dealing with financial statement issues per se. If any of your responses to those is potentially problematic, that's a tripwire that should make you think harder about the materiality issue.
>
> Some of these qualitative factors fit nicely into the incompatibility analysis. For example, those that look to whether a particular disclosure impacts a segment that's been identified as playing a significant role in the business or profitability are on all fours with that analysis. Other SAB 99 factors go

---

[213] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], December 19, 2003 (emphasis added).

[214] 17 CFR §240.12b-2.

[215] Statement of Financial Accounting Concepts No. 8, September 2010, QC11.

[216] SAB 99 states: "The Supreme Court has held that a fact is material if there is – 'a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available.'"

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 77**

**CONFIDENTIAL**

beyond that analysis—because many of them raise issues that go to integrity of senior management or the company.

What SAB 99 tells you is that the SEC is going to take a very hard look at issues that may implicate integrity or legal compliance when it looks at materiality, and that means you should too.[217]

158.   SAB 99, now codified at ASC 250-10-S99, explicitly recognizes that the concept of materiality "in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws."[218] Specifically, ASC 250-10-S99 states that a misstatement or omission in financial statements is material if "there is a substantial likelihood that a reasonable person would consider it important":

Materiality concerns the significance of an item to users of a registrant's financial statements. A matter is "material" if there is a substantial likelihood that a reasonable person would consider it important. In its Statement of Financial Accounting Concepts No. 2, the FASB stated the essence of the concept of materiality as follows:

The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item.[FN 3]

[FN 3 FASB, Statement of Financial Accounting Concepts No. 2, Qualitative Characteristics of Accounting Information ("Concepts Statement No. 2"), 132 (1980). See also Concepts Statement No. 2, Glossary of Terms - Materiality.]

This formulation in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws. The Supreme Court has held that a fact is material if there is –

---

[217] *See, e.g.*, The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call". *See also* Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002, "Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality." *See also* Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002 ("In preparing the MD&A, account must be taken of newly issued guidance from the Commission with respect to assessing materiality in connection with the preparation and audit of financial statements and MD&A. The SEC's Staff Accounting Bulletin 99 ('SAB 99') was issued to address the burgeoning practice of earnings management…").

[218] SAB 99; ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 78**

**App. 84**

**CONFIDENTIAL**

a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the "total mix" of information made available.[FN 4]

[FN 4 **TSC Industries v. Northway, Inc., 426 U.S. 438, 449 (1976)**. **See also Basic, Inc. v. Levinson, 485 U.S. 224 (1988)**. As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him …" TSC Industries, 426 U.S. at 450.]

… In the context of a misstatement of a financial statement item, while the "total mix" includes the size in numerical or percentage terms of the misstatement, it also includes the factual context in which the user of financial statements would view the financial statement item.[219]

159. PCAOB Auditing Standards reiterates the definition of materiality in auditing guidance for assessing materiality from an accounting and financial reporting perspective, including whether information alters the "total mix" of information made available, noting:

> In interpreting the federal securities laws, the Supreme Court of the United States has held that a fact is material if there is "a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available."[] As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him … ."[220]

160. ASC 250-10-S99 and auditing standards recognize the need to consider both quantitative and qualitative factors when assessing materiality.[221] Quantitatively, ASC 250-10-S99 acknowledges the practice of applying a "rule of thumb" quantitative percentage threshold (*e.g.*, 5% of an item) to provide a "preliminary" basis for evaluating materiality, but emphasizes that such consideration is only the beginning of a materiality analysis:[222]

---

[219] SAB 99 (emphasis added); ASC 250-10-S99.

[220] PCAOB Auditing Standard No. 11, *Consideration of Materiality in Planning and Performing and Audit*, paragraph 2. *See also* PCAOB Auditing Standard No. 14, *Evaluating Audit Results*, including Appendix B, .17 and B1.

[221] ASC 250-10-S99; AS 2810, *Evaluating Audit Results*, .17 and Appendix B.

[222] ASC 250-10-S99.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 79**

**App. 85**

**CONFIDENTIAL**

> [Q]uantifying, in percentage terms, the magnitude of a misstatement is only the beginning of an analysis of materiality; it cannot appropriately be used as a substitute for a full analysis of all relevant considerations. Materiality concerns the significance of an item to users of a registrant's financial statements.[223]

161. This is due in part, because ASC 250-10-S99 further recognizes that qualitative factors may cause misstatements of quantitatively small amounts to be material.[224] Indeed ASC 250-10-S99 provides a listing of qualitative "considerations that may well render material a quantitatively small misstatement of a financial statement item."[225] These and other relevant qualitative factors identified in ASC 250-10-S99 and auditing guidance include various considerations, including the following factors:[226]

   a. The potential effect of the misstatement on trends, especially trends in profitability;

   b. The effect of the misstatement on segment information, for example, the significance of the matter to a particular segment important to the future profitability of the company, the pervasiveness of the matter on the segment information, and the impact of the matter on trends in segment information, all in relation to the financial statements taken as a whole; and

   c. The motivation of management with respect to the misstatement, for example, (i) an indication of a possible pattern of bias by management when developing and accumulating accounting estimates or (ii) a misstatement precipitated by management's continued unwillingness to correct weaknesses in the financial reporting process.

   6. **The Impact of Kearl's Declining Profitability, Losses, and Proved Reserves Were Material**

---

[223] ASC 250-10-S99.

[224] ASC 250-10-S99.

[225] ASC 250-10-S99.

[226] ASC 250-10-S99; AS 2810, Appendix B.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 80**

**App. 86**

**CONFIDENTIAL**

162.   Exxon's disclosure of known trends and uncertainties regarding the recurring and expanding lack of profitability of its Upstream Canadian Kearl bitumen operations and its potential negative impact to disclosed proved reserves was necessary to comply with the SEC's MD&A financial related reporting rules which required the Company to disclose: (i) "known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from operations," and (ii) information necessary to understand results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition." By failing to make required disclosures in accordance with SEC financial reporting rules, Exxon omitted material information necessary to understand the potential impact on the Company's future operating results and that the reported historical results might not be indicative of those future results.

163.   In my opinion, the future financial impact of Exxon's failure to disclose known trends and uncertainties regarding the recurring and expanding lack of profitability of its Upstream Canadian Kearl bitumen operations and its potential negative impact to disclosed proved reserves were material giving consideration to both quantitative and qualitative factors. These matters are discussed further below.

a)   Materiality Under the SEC's Two-Step Assessment

164.   As stated previously, the SEC has put forth a two-step assessment to be performed by a company's management when evaluating the need to disclose known trends or uncertainties. I have considered this process with respect to Kearl's undisclosed recurring lack of profitability and proved reserves exposure. My analysis is contained within the table below:[227]

---

[227] SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989, SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 81**

**App. 87**

**CONFIDENTIAL**

| STEP | REQUIRED ASSESSMENT BY EXXON MANAGEMENT | REGAN ASSESSMENT | REGAN CONCLUSION |
|---|---|---|---|
| 1 | Is the known trend, demand, commitment, event, or uncertainty likely to come to fruition? If management determines that it is not reasonably likely to occur, no disclosure is required. | Kearl's operational and cash flow loss trends during 2015 and through the issuance of the Company's financial statements on Form 10-K on February 24, 2016 were clearly evident to Exxon's management. Moreover, given both actual oil price declines through February 24, 2016 and management's corresponding anticipated lower estimated Kearl bitumen prices during 2016, it was further evident that such losses were reasonably likely to continue and worsen. | Disclosure was required under Step 1. |
| 2 | If management cannot make that determination, it must evaluate objectively the consequences of the known trend, demand, commitment, event, or uncertainty on the assumption that it will come to fruition. Disclosure is then required unless management determines that a material effect on the registrant's financial condition or results of operations is not reasonably likely to occur. | As described in this report, I have seen evidence indicating Kearl's lack of profitability and proved reserve exposure continued through the issuance of Exxon's 2015 Form 10-K. | Disclosure was required under Step 2. |

       b)  Other Materiality Related Considerations

165.   I have further analyzed the materiality of the impact of Kearl's lack of profitability and exposed proved reserves on a quantitative basis given consideration to the total mix of information as set forth in SAB 99. My quantitative materiality analysis included an evaluation of the financial impact of Kearl's lack of profitability and exposed proved reserves with regards to several financial measures disclosed in the Company's 2015 and 2016 Forms 10-K. As noted in the table below, Kearl's operating results were quantitatively

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 82**

**App. 88**

**CONFIDENTIAL**

material to the Company's reported Upstream operations, applying the 5% quantitative threshold noted in SAB 99:[228]

| Additional Quantitative Materiality Considerations: | | | | | |
|---|---|---|---|---|---|
| **Reported:** | **03/31/15** | **06/30/15** | **09/30/15** | **12/31/15** | **FY2015** |
| % of Total Upstream Earnings | -5.1% | -6.7% | -3.8% | -12.0% | **-6.2%** |
| % of Non-U.S. Upstream Earnings | -5.1% | -6.6% | -2.9% | -7.4% | **-5.4%** |
| Net income attributable to Exxon | -3.0% | -3.3% | -1.2% | -3.7% | **-2.7%** |
| **Reported:** | **03/31/16** | **06/30/16** | **09/30/16** | **12/31/16** | **FY2016** |
| % of Total Upstream Earnings | 301.3% | -47.6% | -21.1% | 10.6% | **-289.8%** |
| % of Non-U.S. Upstream Earnings | -30.3% | -17.3% | -11.9% | -4.0% | **-13.1%** |
| Net income attributable to Exxon | -12.7% | -8.2% | -4.9% | -4.0% | **-7.2%** |

166.    The following factors are further demonstrative of the quantitative materiality of Exxon's Kearl bitumen operations, related financial results, and ascribed proved reserves:

a.    Exxon's $18 billion investment in Kearl as of December 31, 2015, including its capitalized property, plant, and equipment, was materially significant to the Company's consolidated balance sheet;

b.    Kearl's 3.6 billion barrels of oil equivalent of proved bitumen reserves disclosed at December 31, 2015 represented nearly 15% of the Company's entire disclosed proved reserves.[229] Applying the SEC pricing at January 1, 2016 would indicate future potential proceeds of approximately $48 billion;[230] and

---

[228] Exxon 2015 and 2016 Forms 10-K and 10-Q; EMC_RAM_SEC 000009531 (Mar 2015), EMC_RAM_SEC 000009456 (June 2015), EMC_RAM_SEC 000009788 (Sept 2015), EMC_RAM_SEC 000009968 (Dec 2015), EMC_RAM_SEC 000063146 (Mar 2016), PRAM0100480 (June 2016), PRAM0360857, PRAM0360813, PRAM0653225 (Sept 2016), PRAM0430339 (Dec 2016).

[229] PRAM0000035.

[230] Derived from information at PRAM0055680 and PRAM0000035; EMC_RAMIREZ 000048534 (3,601,070 x $13.30 January 1, 2016 SEC Price (flawed methodology) = $47.9 billion). Note: Using the corrective pricing at January 1, 2016 the total value would be approximately of $40 billion (3,601,070 x $11.23 January 1, 2016 SEC Price (flawed methodology) = $40.4 billion. *See also* PRAM0002390.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 83**

**App. 89**

**CONFIDENTIAL**

c. Kearl's 2015 and 2016 operating losses quantitatively exceeded 5% of Exxon's Upstream earnings and disclosure and discussion of such losses were necessary to an understanding of the Company's related disclosed operating results.

167. While certain other qualitative factors referenced in SAB 99 are not present or applicable, it is further notable that Kearl's operations, including production volumes, were repeatedly the subject of investor analyst inquiries and management commentary regarding oil production and indirectly, profitability. Moreover, as noted above in paragraph 21 and below beginning at paragraph 264, the Company's Upstream segment was the primary profit driver of Exxon's three reported business segments.

168. In consideration of the total mix of information and applicable materiality guidance, it is my opinion that Kearl's undisclosed trending lack of profitability and exposed 2015 proved reserves were material under both qualitative (known trend that was important to investors) and quantitative bases. This opinion is further demonstrated when considering the GAAP reporting failure to properly recognize impairment of the Company's long-lived assets associated with its XTO operation pursuant to the requirement to consider misstatements and omissions individually and cumulatively.[231]

**C. EXXON FAILED TO PROPERLY COMPLY WITH IMPAIRMENT-RELATED ACCOUNTING STANDARDS UNDER GAAP RESULTING IN THE MATERIAL OVERSTATEMENT OF XTO-RELATED LONG-LIVED ASSETS AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2015**

169. As described above beginning at paragraph 43, Exxon acquired significant natural gas holdings through its acquisition of XTO in 2010. During 2015, Exxon reported more than $67 billion of XTO-related capitalized long-lived assets.[232]

170. Exxon follows the successful efforts method of accounting for its Upstream oil and gas properties, including XTO. The Company's related PP&E assets consist of both proved and unproved oil and gas properties which are subject to the impairment guidance in ASC 360 and ASC 932-360. Exxon combines its PP&E proved and unproved balances when

---

[231] SAB 108.

[232] PRAM0024573.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 84**

**App. 90**

**CONFIDENTIAL**

evaluating recoverability in accordance with GAAP.[233] I have accepted this treatment, applying Exxon's policy, when evaluating and assessing the Company's impairment of PP&E during the relevant period.

171. Pursuant to ASC 932-360-35 and ASC 360-10-35, Exxon was required to test the Company's long-lived assets, including its XTO-related proved and unproved PP&E, for impairment whenever events or circumstances indicated that the carrying amount of such assets may not be recoverable.[234] Consistent with this understanding, Exxon disclosed the following to investors in its 2015 Form 10-K:

> **The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable** through future operations or disposition. […]
>
> **Potential trigger events for impairment evaluation include** [but are not limited to]:
>
> - **a significant decrease in the market price of a long-lived asset**;
>
> - a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
>
> - a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
>
> - an accumulation of project costs significantly in excess of the amount originally expected;

---

[233] *See, e.g.,* PRAM0705989 at 5991; PRAM0024573; EMC_RAM 000000080; EMC_RAM 000000001. Note: Available SEC guidance recognizes that a registrant may choose "to adopt a policy of evaluating unproved properties for impairment using future net cash flows, i.e., a methodology consistent with SFAS 121, it should consider paragraph 9 of SFAS 121 [ASC 360]. That paragraph requires a registrant to consider the likelihood of possible outcomes in determining the best estimate of future cash flows. The less objectively verifiable the source of the cash flows, the more likely those cash flows will not be fully realized." SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance, March 31, 2001. *See also* AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 4.33.

[234] ASC 360-10-35; ASC 932-360-35-11 and 12 (and other referenced GAAP) ("Unproved properties shall be assessed periodically to determine whether they have been impaired.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 85**

**CONFIDENTIAL**

- **a current-period operating loss combined with a history and forecast of operating or cash flow losses**; and

- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.[235]

172.    The AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*,[236] and PwC's 2015 audit workpapers identified the following additional relevant indicators of impairment:

a.    **Decreases in oil and/or gas pricing**,

b.    **Lower expected future oil and gas prices** (such as the prices used by management or market participants in evaluating whether to develop or acquire properties), and

c.    Significant downward revisions to an asset's (asset group's) reserve estimates.[237]

173.    When potential triggers of impairment exist (*i.e.*, whenever there are events or circumstances that indicate that the carrying amount of such assets may not be recoverable), ASC 360-10-35 required Exxon to apply the following additional two-step approach[238] to evaluate, and if necessary, measure and report asset impairment losses:[239]

---

[235] Exxon 2015 Form 10-K, pp. 57 and 69 (emphasis added).

[236] The AICPA Audit and Accounting Guide is developed by the AICPA Entities With Oil and Gas Producing Activities Task Force to assist management in the preparation of their financial statements in conformity with U.S. generally accepted accounting principles (GAAP) and to assist practitioners in performing and reporting on their audit engagements. Accounting guidance for nongovernmental entities included in an AICPA Audit and Accounting Guide is a source of nonauthoritative accounting guidance. FASB ASC is the authoritative source of U.S. accounting and reporting standards for nongovernmental entities, in addition to guidance issued by the SEC. Indeed, the Company and its auditor, PwC, cited and relied upon guidance from the AICPA guide, further supporting its consideration in my report. *See, e.g.,* PRAM0423395, "Guidance - Technical References" lines 69-70, See also PRAM0031204 at 1224, See also PRAM0051018 at slide 27, "Overview of key accounting pronouncements"

[237] A&A Guide *Entities With Oil and Gas Producing Activities* (emphasis added); PRAM0094474 at 4811-4812; PRAM0024573.

[238] This is sometimes referred to as a 'three-step' approach in which the identification of a triggering event is step 1, the asset recoverability test of undiscounted cash flows is step 2, and a fair value analysis is step 3.

[239] ASC 360-10-35 (*e.g.*, ASC360-10-35-17); PRAM0094474.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 86**

**App. 92**

**CONFIDENTIAL**

a. **Step 1:** Estimate the expected undiscounted cash flows from the asset's (or group of assets') use and ultimate disposal. If the long-lived asset's (or group of assets') carrying value exceeds the asset's (or group of assets') undiscounted cash flows proceed to Step 2.

b. **Step 2:** Measure impairment loss, if any, as the amount by which the asset's fair value (as defined under ASC 820 *Fair Value Measurements*) exceeds the asset's carrying amounts.[240]

174. Exxon did not comply with GAAP when it failed to properly record the impairment of certain XTO-related long-lived assets as of and for the year ended December 31, 2015. In this regard, Exxon materially overstated its XTO-related assets and understated its related losses when the Company and its management failed to:

a. appropriately evaluate, recognize, and disclose that events and circumstances indicated that Exxon's reported XTO-related assets may not have been recoverable as of December 31, 2015,

b. Properly update and evaluate whether the carrying value of the Company's XTO-related long-lived assets exceeded their undiscounted cash flows as of December 31, 2015, and ultimately,

c. Determine, recognize, and disclose material impairment losses of approximately $3.4 billion (*i.e.*, the difference between the carrying value of certain of Exxon's XTO-related long-lived assets and their respective fair values) as of December 31, 2015.

175. These GAAP failures resulted in the material misstatement of Exxon's annual financial statements as of and for the year ended December 31, 2015. Consistent with this opinion and as described further below, Exxon would ultimately acknowledge (albeit untimely)

---

[240] PRAM0094474 at 4809.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　　**Page 87**

**App. 93**

**CONFIDENTIAL**

pre-tax impairment losses associated with its XTO-related long-lived assets of $3.3 billion during the year-ended December 31, 2016.[241]

1. **Exxon Failed to Properly Evaluate Whether Events and Changing Circumstances Indicated that Its XTO-Related Long-Lived Assets Were Impaired as of December 31, 2015**

176. During its 2015 financial reporting period, Exxon management concluded there were no impairment triggering events or circumstances indicating that Exxon's reported XTO-related assets were not recoverable.[242] This conclusion was reached despite the following existing conditions:

   a. Henry Hub natural gas spot prices declined by more than 41% during the 2015 financial reporting period.[243]

   b. XTO internally reported significant operating cash flow losses in excess of $1.3 billion during 2015.[244]

   c. Significant declines in New York Mercantile Exchange ("NYMEX") future natural gas strip prices occurred during 2015 and through the issuance of Exxon's 2015 financial statements, further indicating a loss in the market value of XTO's assets. In this regard, NYMEX future strip prices are widely recognized by Exxon and industry accounting publications to be a significant input source used when determining the fair value of long-lived oil and gas assets.

   d. Exxon's 2015 Corporate Plan's projected six-year natural gas prices declined on average by more than 50% as compared to projected six-year natural gas prices

---

[241] Exxon 2016 Form 10-K, p. 79.

[242] EMC_RAM 000000001. Note that Mr. Horne recognized that once a trigger occurred, "the impairment testing process brings with it still more opportunities for auditors and regulators to challenge and second-guess our judgment on any number of fronts." [EMC_RAM 000987178]

[243] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($3.14 per MMBtu at December 31, 2014 less $1.85 per MMBtu at 2/24/2016 = $1.29 per MMBtu/$3.14 per MMBtu).

[244] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1908 (XTO total losses at $1.5 billion); EMC_RAMIREZ 000009451 at 9455-9456; Prestipino Tr., 184:10-185:4.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**       **Page 88**

**App. 94**

included in the Company's 2014 Corporate Plan, further indicating a decrease in XTO's long-lived assets' market value.

177. In consideration of these and other conditions described below, indicators of impairment were clearly evident at December 31, 2015, with respect to the Company's XTO-related long-lived assets. Indeed, despite Exxon management's flawed 2015 assertion to the contrary, Hugoton Royalty Trust ("HGT"), which held XTO Energy conveyed net profits interest in predominantly natural gas properties inside the United States, including those operated primarily by Exxon (*e.g.*, Green River Basin),[245] "concluded that an impairment trigger event had occurred in the fourth quarter of 2015" and as a result would be required to perform a Step 1 impairment analysis.[246] HGT's (and Exxon's) auditor, PwC, concurred with HGT's assessment that an impairment trigger event had occurred.

178. Moreover, as noted above in paragraph 50, several of Exxon's peers reported billions in Upstream asset-related impairments as of and during the year ended December 31, 2015, in further acknowledgement that events or circumstances indicated that the carrying amount of their respective assets were not recoverable.

   a) Exxon Failed to Properly Evaluate Whether the Continued Decline of Natural Gas Prices Prior to the February 24, 2016 Issuance of Its 2015 Form 10-K Constituted an XTO Impairment Triggering Event

179. In the aforementioned September 2015 interview for *Petroleum Intelligence Weekly*, when asked about Exxon's projects, Mr. Tillerson described the Company's strategy when investing in resources during a higher price environment. Mr. Tillerson touted Exxon's historical investments, noting in part that Exxon doesn't write down the value of its related assets:

> **Unlike your cash cost, which is variable, once the investment is made, you are stuck with that. You live with that. We don't do write downs. If you look at our history, we do not write our investments down. A lot of other people are very quick to want to write things down because it kind**

---

[245] PRAM0005882 at 5882-5883; EMC_RAM 001594728; EMC_RAM 001594730; EMC_RAM 001594780; HGT 2015 Form 10-K.

[246] HGT 2015 Annual Report, p. 24.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 89**

**CONFIDENTIAL**

> **of improves things going forward. As part of our disciplined approach going forward, everyone around here understands, once you make that investment, you live with that the rest of your career**. If you have invested in a high cost environment and things go south, you better have anticipated your ability to work on the things you can work on to sustain the profitability of that investment, which means the variable costs. How are you going to get it out of your variable costs because your fixed costs are there? We are not going to bail you out by writing it down. That is the message to our organization. They all understand that. I grew up with that and it's hard. How are you going to make it work now at $40, at $50? There is no safety net here to help you out on the fixed cost side.[247]

180.    On January 5, 2016, the U.S. Energy Information Administration ("EIA") published an article titled "Average annual natural gas spot price in 2015 was at lowest level since 1999."[248] Citing excess inventory and warm temperatures, the EIA observed that "[n]atural gas spot prices in 2015 at the Henry Hub in Louisiana, a national benchmark, averaged $2.61 per MMBtu, the lowest annual average level since 1999. Daily prices fell below $2/MMBtu this year for the first time since 2012. Henry Hub spot prices began the year relatively low and fell throughout 2015, as production and storage inventories hit record levels and fourth-quarter temperatures were much warmer than normal."[249]

181.    Indeed, significant Henry Hub natural gas spot price declines occurred prior to the February 24, 2016 issuance of Exxon's 2015 Form 10-K, including the following **two-year 65% decline** in natural gas spot prices (from February 25, 2014 through February 24, 2016) (Excel linear trendline added):[250]

---

[247] EMC_RAM 000579687 at 9697 (emphasis added).

[248] https://www.eia.gov/todayinenergy/detail.php?id=24412.

[249] https://www.eia.gov/todayinenergy/detail.php?id=24412.

[250] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 90**

**App. 96**

**CONFIDENTIAL**



182.    During the more current fourteen-month period beginning December 31, 2014 through the issuance of Exxon's 2015 financial statements on February 24, 2016, Henry Hub natural gas spot prices declined over 41%.[251]

183.    Despite these significant, extended price declines, and as observed by PwC during its audit of the Company's 2015 financial statements, Exxon management asserted its perspective that "short-term price volatility" is not viewed as an impairment trigger:

> **Management generally does not view short-term price volatility as an impairment trigger. Rather, Management continue to use what they view as appropriate plan prices […] in managing their Upstream**

---

[251] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($3.14 per MMBtu less $1.85 per MMBtu = $1.29 per MMBtu/$3.14 per MMBtu). Note: ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 91**

**App. 97**

**CONFIDENTIAL**

**portfolio**. Management believe these plan prices provide for better decision making and assessment over the long term as they better reflect the fundamentals of hydrocarbon supply and demand. **Use of plan prices in analyzing potential investment decisions and asset performance / recoverability is a standard industry practice**.[252]

184. In its 2015 impairment trigger assessment memoranda, Exxon further observed that the Company "**has long been on record stating that it does not view temporarily low prices or margins as a trigger event**" and "[b]ased on its historical perspective […] management believes that recent weakness in oil and gas prices is characteristic of commodity price cycles"[253] and not indicative of potential impairment.[254]

185. However, the evident declining prices during the extended two-year period above starkly differs from the Company's implied characterization of these prices as "temporarily low" or the subject of "short-term price volatility."[255] Consistent with this fact is the following chart which illustrates the more than ten-year net decline in Henry Hub spot rates through the end of 2015 (Excel linear trendline added):[256]

---

[252] PRAM0024573 (emphasis added).

[253] EMC_RAM 000000001.

[254] EMC_RAM 000000001; *See also* Exxon 2015 Form 10-K, pp. 57 and 69 ("In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting impairment tests. The markets for crude oil, natural gas and petroleum products have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand."); EMC_RAM 001593539.

[255] EMC_RAM 000000001.

[256] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**      **Page 92**

**CONFIDENTIAL**



186. Notably, the average spot price of Henry Hub natural gas during Q4 2016, when Exxon externally acknowledged that an impairment trigger existed, was $3.04 per MMBtu[257] which is significantly higher than both the respective $2.28 per MMBtu and $1.85 per MMBtu spot prices at December 31, 2015 and February 24, 2016, respectively.[258] In addition, given the $2.17 per MMBtu average spot price during early 2016 through the date of Exxon's 2015 Form 10-K filing date of February 24, 2016, spot prices for the remainder of 2016 would be required to average $3.24 per MMBtu to achieve Exxon's projected 2016 average price, an increase of $1.07 per MMBtu or approximately 50% from the 2016 year-to-date average from February 24, 2016.[259]

---

[257] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[258] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[259] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.17 for 39 spot rate days; $3.08 Exxon price plan for 2016 for 261 spot rate days, amount based on 803.88 weighted fact ($3.08 x 261

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 93**

187.    As evidenced below, NYMEX Henry Hub strip prices continued to significantly decline from the year ended December 31, 2015 and through the issuance of Exxon's 2015 Form 10-K, decreasing approximately 19% through February 24, 2016:[260]



188.    In my opinion, the evident price declines prior to and during Exxon's 2015 financial reporting period provided an indication that the carrying amount of the Company's XTO-related long-lived assets may not be recoverable and even more so when considered in combination with other indicators described hereafter, further demonstrating that an impairment triggering event had occurred as of December 31, 2015.

---

total days) less 84.52 weight factor ($2.16718 x 39 days) = 719.36 weight factor/222 days = $3.24036; $3.24036 - $2.16718 = $1.073181/$2.16718 = 49.5%).

[260] Derived using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.28 - $1.85 = $0.43/$2.28 = ~19%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 94**

**CONFIDENTIAL**

189.    Indeed, the following reflects Exxon personnel's recognition of the difficulty of arguing that an impairment "trigger event" had "NOT" occurred during 2015 due in part to: (a) negative pricing environment; (b) industry-wide impairment write-downs; (c) reductions in Exxon's long-term U.S. natural price outlook; and (d) other acknowledged impairment-related concerns:

- When 10-K's are issued for 2015, **we will likely be one of the few companies in our industry that will NOT have taken an impairment write-down** – Chevron noted in their 2Q 10-Q an impairment due to revision to long-term crude price outlook

- PwC's regulator is the PCAOB (Public Company Accounting Oversight Board) - on record mentioning oil prices and impairments as one of the key risks their audit firm inspectors will review

- SEC has placed increased focus on how companies have disclosed the impacts of depressed commodity prices

    Likely that SEC's next round of comments to **EM could focus on impairments and disclosures related to low prices**

- *[be prepared to answer the question: So has a trigger event occurred? Answer: **By virtue of the reduction in EM's long-term US natural gas price outlook, would be difficult to argue to SEC that one has NOT occurred**]*

- *Imperative that we put together a detailed, integrated, and robust narrative explaining why EM is different than all the other companies that report Upstream impairments*

*      *      *

**SEC has placed increased focus on reporting / disclosures…**

- **At API's Fall Accounting Committee meeting, SEC representative, who is lead accountant for oil / gas company reviews, and heavily involved in comment letters, spoke at length about expectations for public companies in the sector**:

    - **Impairment considerations – prices staying "low" generally longer than was widely thought several months ago**
    - **For impairment tests, need for realistic / defendable view of prices, considering current and past levels**

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 95**

**CONFIDENTIAL**

- Grouping of cash flows for testing – have objected to continuous geology as being sole factor for grouping
- **If something NOT impaired due to expectations of higher prices, expect MD&A to address those assumptions**[261]

  b)  Increasing 2015 and Early 2016 Operating Losses and Related Cash Flow Losses Further Indicated that XTO's Long-Lived Assets May Be Impaired

190.  XTO's operating and cash flow losses realized during 2015 provided a further indication that XTO's long-lived assets may be impaired as of December 31, 2015. In this regard, PwC's engagement team documented the following impairment indicator to be "most relevant to the oil and gas upstream business":[262]

> Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group).

191.  Consistent with the aforementioned significant gas price declines, XTO's U.S. segment internally reported operating losses of approximately $0.9 billion during the nine months ended September 30, 2015.[263] During the three months ended December 31, 2015 (when Henry Hub gas prices had declined nearly 8%),[264] total year-to-date XTO U.S. losses jumped to more than $1.3 billion.[265] The approximate $0.4 billion in Q4 2015 losses represented a 34% increase in quarterly losses over prior 2015 interim periods.[266]

192.  Indeed, XTO internally reported the following cumulative 2015 U.S. "operating" losses totaling $1.35 billion:[267]

---

[261] EMC_RAM_SEC 000021986 at 1986-1987 (emphasis added).

[262] PRAM0024573 at 4575.

[263] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1896 (XTO total losses at $1.0 billion).

[264] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.28 at December 31, 2015 - $2.47 at September 30, 2015 = $0.19/$2.47 = 7.7%).

[265] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1908 (XTO total losses at $1.5 billion); EMC_RAMIREZ 000009451 at 9455-9456; Prestipino Tr., 184:10-185:4.

[266] Calculated using EMC_RAM 000297875 ($417M less ($932M/3 or $311M) = $133M / $311M = 34%).

[267] Derived using EMC_RAM 000297875.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 96**

**CONFIDENTIAL**



193. The significance of these losses is evident in part by the understanding that XTO's U.S. business had not reported operating losses since 2012 when natural gas prices had averaged $2.75 per MMBtu.[268] Even then, Exxon's U.S. XTO 2015 operating losses of $1.35 billion were of greater quantitative significance and represented a 492% increase as compared to 2012 losses of approximately $228 million.[269] Stated simply, losses realized during 2015 were significant when compared to historical results.

194. Consistent with these losses, Exxon's XTO businesses also reported net cash outflows of more than $2.0 billion during the year ended December 31, 2015.[270] While these cash outflows include capital expenditures, they are "cash flows losses" as contemplated under income methods of valuation (*e.g.*, undiscounted and discounted cash flow analyses) that include capex when estimating fair value.[271]

---

[268] EMC_RAM 000297875; Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[269] Agreed to or derived from information at EMC_RAM 000297875.

[270] PRAM0071872 at 1898.

[271] PRAM0071872 at 1898.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 97**

**CONFIDENTIAL**

195.    Notably, Exxon disclosed in its 2015 risk factors that "[a]ny material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition and proved reserves."[272] In my opinion, these significant XTO-related operating and cash flow losses during Exxon's 2015 financial reporting period provided another indication that the carrying amount of the Company's XTO-related long-lived assets may not be recoverable and contributed to my opinion that an impairment triggering event had occurred as of December 31, 2015.

c)  <u>Exxon Failed to Properly Consider Whether Decreased Henry Hub NYMEX Strip Prices Demonstrated a Significant Decrease in the Market Value of XTO's Long-Lived Assets</u>

196.    Significant declines in NYMEX Henry Hub future gas pricing provided another indicator that XTO's long lived assets were impaired. NYMEX Henry Hub future gas strip pricing reflect market participant views of future benchmark gas prices based upon actual market trading in these contracts and are representative of the prices a gas producer could contractually secure for future production at an earlier time point. Accordingly, NYMEX Henry Hub future strip pricing is a widely recognized input when determining the fair value of oil and gas assets.[273] As noted above in paragraph 170, significant decreases in the market price of a long-lived asset is an impairment indicator. Additionally, as discussed below beginning in paragraph 244, the NYMEX Henry Hub future gas strip pricing is not only relevant, but the preferred metric to derive the price of natural gas.

197.    Consistent with the observed decline in daily natural gas spot rates described above (see paragraphs 181 through 187), the market future contracts were also consistently decreasing. As evidenced by the brown line in the chart below, the NYMEX five-year future contracts

---

[272] Exxon 2015 Form 10-K, p. 2.

[273] Adila McHich, *Henry Hub Natural Gas Futures: Global Benchmark*, CME Group, July 7, 2023. Available at: https://cmegroup.com/articles/whitepapers/henry-hub-natural-gas-futures-global-benchmark.html. Accessed on October 6, 2024.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 98**

**App. 104**

**CONFIDENTIAL**

were trading at the lowest rate dating back to at least 2008.[274] This data compares the future contracts trading price, by month, for the years ended December 31, 2008 – 2015. For example, the 'Base Year +1' for year 2008 would represent the average of the twelve monthly future contracts for the year 2009:[275]



198.   To further understand the historical downward trend in NYMEX natural gas futures over the past five years, I also compared the natural gas futures trading price for the year ended December 31, 2016, as of December 31, 2011, 2012, 2013, 2014 and 2015 (i.e., the average of the twelve-month futures prices for 2016 at December 31, 2011, 2012, 2013, 2014 and

---

[274] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. Note: the annual NYMEX Henry Hub prices are based on the respective future twelve-month average price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price. The subsequent twelve-month period is used as the 2017 price.

[275] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg; See Dataguide reference to NYMEX, EMC_RAM 000040426 at 0434.

**CONFIDENTIAL**

2015, respectively) in the chart below. This further supports the sustained eroding futures Henry Hub price environment by, and as of December 31, 2015:[276]



199.    As NYMEX Henry Hub strip prices are recognized to be a key input when determining the fair value of Upstream gas properties, the significant declines in future pricing and implied value declines were a further indicator of impairment under GAAP and other accounting interpretive guidance.

        d)    <u>Significant Exxon 2015 Price Plan Decreases Over Its 2014 Price Plan Further Heightened the Likelihood that XTO's PPE Was Impaired (*i.e.*, Supporting the Occurrence of an Impairment Triggering Event)</u>

200.    In addition to significant declining natural gas prices, Exxon's projected future natural gas prices asserted during 2015 declined significantly as compared to the Company's 2014 projections. In this regard, and consistent with available accounting guidance (see e.g.,

---

[276] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 100**

**CONFIDENTIAL**

paragraph 172, Mr. Horne testified that changes in long-term price plan pricing could be a trigger for impairment consideration.[277]

201.  On average, Exxon's estimated future natural gas prices within its Price Plan were lowered by 28% during the future five-year projection periods. Exxon's 2015 price plan for 2015 through 2017 appears to have been developed no later than May 7, 2015.[278] Through at least October 13, 2015, internally projected real[279] "2015 Financial Case" Henry Hub natural gas prices were internally projected to be $2.70 for the remainder of 2015, $2.90 for 2016, and remain static at $3.00 per MMBtu from 2017 through 2030.[280]

202.  On or around October 16, 2015, while keeping Henry Hub planned prices unchanged, Exxon appears to have added extended Henry Hub plan price guidance in the Company's Corporate Plan (Revision 3) for the three years ended December 31, 2020, increasing its extended period projections from $3.00 per MMBtu to $3.20 per MMBtu (2018), $3.60 per

---

[277] Horne Tr., 59:3-12. *See also* Horne Tr., 62:8-16 (Q. So you are noting that either PwC, maybe Michael O'Riordan, because it says Michael above there, said that $5 to $4 long-term outlook could be considered a trigger? A. Could be argued as a trigger. Q. And that -- that's something that Mr. O'Riordan, one of the auditors, you're noting, stated at the meeting? A. Yes."), 68:21-69:3 ("Q. And this indicates that between 2014 and 2015, the extended plan financials for beyond year 2020 are being reduced from $5.20 to $4, correct? A. Yes. Q. And you would agree with me that reduction of about 22 percent, that could potentially be significant, correct? A. It could be.") and 76:24-78:11 ("Q. And that was a potential talking point for Rosenthal to use with Tillerson, correct? A. Yes. Q. And when you say a step change in internal price outlook could be construed as one, when we've looked at the data guide, the decrease from $5 to $4 for the long-term price outlook between '14 and '15, that could be considered a step change in internal price outlook, correct? A. Yes. Q. And therefore, it could also be considered a trigger under step 1, correct? […] A. Could you repeat the question, please? Q. Well, since it could be considered a step change, that decrease in the long-term price outlook between 2014 and 2015, it could also be considered an impairment trigger, correct? […] A. Yeah, I'm having a little difficult – could you repeat one more time? Q. I'm just saying the decrease in the outlook between the 2014 data guide and the 2015 data guide, that could be considered a trigger under U.S. GAAP for impairment testing? […] A. The way I would -- what I would say is we look at our price outlooks as they come out in the data guide and as they're finally approved by the board of directors at the end of the process – near the end of the process. We look at price among other things. And if there's been a significant decrease in our view of future prices, that could be construed as an indicator of impairment that would require further assessment. Q. And that indicator is often referred to as a trigger, correct? A. Yes.").

[278] EMC_RAMIREZ 000002550; EMC_RAM 001746868 at 6877. *See also* EMC_RAM_NYAG 000993111; PRAM0335147.

[279] "Real" prices differ from "nominal" prices in that the prices are not adjusted for inflation.

[280] EMC_RAM 001661576; EMC_RAM 001670737; EMC_RAM 001661558; EMC_RAM 001661600; EMC_RAM_NYAG 000993130.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 101**

**App. 107**

**CONFIDENTIAL**

MMBtu (2019), and $4.00 per MMBtu (2020), respectively.[281] These upward revisions were formally adopted in Exxon's fourth and final revision to its price plan on February 1, 2016, despite a 17% decline in the Henry Hub spot pricing as of February 1, 2016 when compared to the original May 7, 2015 price projection date.[282]

203.    Despite these subsequent increases, Exxon's 2015 Henry Hub price plan overall reflected significantly reduced price estimates for the future five-year projection periods as compared to the Company's 2014 Henry Hub price plan estimates. Notably, decreases in plan prices were acknowledged by Mr. Horne to be a potential impairment trigger.[283] These decreases, as well as decreased average annual Henry Hub spot prices, are reflected below:[284]

| COMPARISON OF SPOT RATE & 2014/2015 PRICE PLAN CHANGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Spot Rate: | Projected Price Plan Future Year: | | | | | |
| Year | Yearly Avg. | 1 | 2 | 3 | 4 | 5 | Avg. |
| 2014 - Henry Hub ($/MMBtu) | **$4.37** | $4.30 | $4.50 | $4.60 | $4.80 | $5.00 | $4.64 |
| 2015 - Henry Hub ($/MMBtu) | **$2.62** | $2.90 | $3.00 | $3.20 | $3.60 | $4.00 | $3.34 |
| $/MMBtu Price Change | ($1.75) | ($1.40) | ($1.50) | ($1.40) | ($1.20) | ($1.00) | ($1.30) |
| % Price Change | **-40%** | -33% | -33% | -30% | -25% | -20% | **-28%** |

204.    When observing these significant year-over-year Henry Hub price ($/MMBtu) decreases in the Company's 2015 price plan as compared to the 2014 price plan, PwC's Senior Associate, Jeffrey Asby, internally questioned why the significant year-over-year price plan drops were not an indicator of impairment that required a Step 1 impairment analysis:

> **Address why change in plan price is not an impairment trigger.**
> **Step 1 why plan price is not a trigger**

---

[281] PRAM0547116; EMC_RAMIREZ 000002550.

[282] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.74 on May 7, 2015 compared to $2.28 on February 1, 2016).

[283] Horne Tr., 68:21-69:3, See also Horne Tr., 76:24-78:11.

[284] EMC_RAM 000040426 at 0435; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 102**

**App. 108**

**CONFIDENTIAL**

**Step 2 how we defend the price**[285]

205.  PwC personnel appear to have documented the following response, noting that despite the Company's lowered 2015 plan prices (as compared to the 2014 Plan and noted above in paragraph 200), the Company's management asserted that the reduced pricing would not compromise the recoverability of Exxon's long lived assets:

> **Specific to the Henry Hub gas price, management would note there has been a change to their longer term view on U.S. Henry Hub gas prices primarily resulting from current and expected abundance in natural gas production. However, Management would also note that the revised price plan is still sufficient to allow for recovery of capitalized costs / generate positive earnings** (further outlined within the discussion below on XTO and certain U.S. Production assets).[286]

206.  As discussed in detail below beginning at paragraph 212, Exxon's related asset recoverability test conducted as of June 30, 2015 used to substantiate this assertion was flawed and failed to consider natural gas price declines during the Company's remaining 2015 financial reporting period, and the filing date of its Form 10-K on February 24, 2016.

207.  Exxon's conclusion that the Company's significant 2015 plan price and spot price declines were not indicators of impairment requiring a Step 1 impairment assessment contrasts with its Q4 2016 conclusion that an impairment triggering event occurred when relative percentage declines in Exxon's 2016 plan and spot price declines were considerably less than those that occurred in 2015:[287]

---

[285] PRAM0006962 (emphasis added). *See also* EMC_RAM 000988674 ("Lower Company Plan price assumptions over 2015 -2017 period could be viewed by PwC , or the SEC, as an impairment trigger").

[286] PRAM0055019 (emphasis added).

[287] EMC_RAM 000040426 at 0435; EMC_RAM 001074733 at 4741; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; PRAM0000521; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 103**

**App. 109**

**CONFIDENTIAL**

| COMPARISON OF SPOT RATE & 2014/2015 AND 2015/2016 PRICE PLAN CHANGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Spot Rate: Yearly Avg. | Projected Price Plan Future Year: | | | | | |
| Year | | 1 | 2 | 3 | 4 | 5 | Avg. |
| 2014 - Henry Hub | **$4.37** | $4.30 | $4.50 | $4.60 | $4.80 | $5.00 | $4.64 |
| 2015 - Henry Hub | **$2.62** | $2.90 | $3.00 | $3.20 | $3.60 | $4.00 | $3.34 |
| $/MMBtu Price Change | ($1.75) | ($1.40) | ($1.50) | ($1.40) | ($1.20) | ($1.00) | ($1.30) |
| 2015 % Price Change | **-40%** | -33% | -33% | -30% | -25% | -20% | **-28%** |
| | | | | | | | |
| 2015 - Henry Hub | **$2.62** | $2.90 | $3.00 | $3.20 | $3.60 | $4.00 | $3.34 |
| 2016 - Henry Hub | **$2.52** | $2.50 | $2.80 | $3.00 | $3.00 | $3.00 | $2.86 |
| $/ MMBtu Price Change | ($0.10) | ($0.40) | ($0.20) | ($0.20) | ($0.60) | ($1.00) | ($0.48) |
| 2016 % Price Change | **-4%** | -14% | -7% | -6% | -17% | -25% | **-14%** |

208.    The significant declines in projected and spot rate pricing during 2015, in combination with continued reductions in Henry Hub pricing through the issuance of Exxon's 2015 financial statements on Form 10-K ($1.85 per MMBtu on February 24, 2016) is a further indicator of impairment identified in GAAP and other accounting interpretive guidance.[288]

e)    <u>HGT Recognized that an Impairment Triggering Event Relating to XTO Properties Occurred at December 31, 2015</u>

209.    Consistent with Exxon's failure to properly acknowledge an impairment triggering event, HGT concluded that an impairment triggering event did occur with respect to certain XTO Energy conveyed net profits interest in predominantly natural gas properties inside the United States (*e.g.*, Green River Basin operated by Exxon).[289] HGT is an express trust created under the laws of Texas pursuant to the Hugoton Royalty Trust Indenture entered into on December 1, 1998 between XTO Energy Inc., as grantor, and NationsBank, N.A.,

---

[288] As noted above, ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

[289] PRAM0005882 at 5882-5883; Horne Tr. 204:3-24.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 104**

**App. 110**

**CONFIDENTIAL**

as trustee.[290] HGT's impairment trigger conclusion was supported by its (and Exxon's) external auditor, PwC.[291] For example:

a.  In an internally prepared memo, HGT acknowledged the following factors, including declining gas prices and reduced future cash flows, contributed to its conclusion that there was a strong indication that an impairment trigger had occurred (highlights added):[292]

> ## HGT Trigger Event Assessment
>
> PwC has stated that there are strong indications that an impairment trigger has occurred
>
> - Opinion based on a collective combination of the following:
>   - HGT stock price has decreased by 81% in 2015, and market capitalization is less than NPI
>   - Decrease in undiscounted future net cash flows (SMOG) for the NPI $379M 2014 to $35M 2015
>   - Negative cash flows in 2015 for 2 of the 3 conveyances (excess costs)
>   - No cash distributions for January or February 2016
>   - General decline in oil and gas prices

210.    PwC documented the impairment trigger conclusion in its audit documentation, noting management's conclusion regarding the trigger, and related disclosures:[293]

| To: | Hugoton Royalty Trust Year End 2015 Audit Files |
|---|---|
| From: | Hugoton Royalty Trust Engagement Team |
| Date: | February 2016 |
| Subject: | Impairment assessment |

**Purpose**

As documented in the Aura file, Management concluded that a trigger event occurred for the Trust and prepared a Step 1 analysis in accordance with company policy. The purpose of this memo is to document PwC's considerations related to impairment and supplement the documentation included in the Aura file.

[…]

---

[290] PRAM0005882 at 5882.

[291] PRAM0005882 at 5882.

[292] EMC_RAM 000986993 at 6998 (highlights added).

[293] PRAM0005882.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 105**

**CONFIDENTIAL**

> The Trustee determined that an impairment trigger event occurred in the further quarter. The factors that led to this determination are appropriately disclosed in the 10-K, as shown in the excerpt below:
>
> *In light of the continued excess costs on two conveyances and the significant decrease in distributions, the trustee concluded that an impairment trigger event had occurred in the fourth quarter of 2015. An assessment of the forecasted net cash flows was performed for the NPI. Cash flows used in the assessment were developed using estimates for future crude oil and natural gas commodity prices published by third-party industry experts. Volumes and costs were based on assumptions developed in the XTO Energy annual planning and budgeting process which includes the underlying properties from which the Trust NPI were conveyed. The result of the assessment confirmed that the undiscounted future net cash flows from the NPI exceeds the carrying value of the NPI. The assumption that prices will increase in the future is key to the long-term profitability of the NPI. There was no impairment of the assets as of December 31, 2015.*

211. Notably, in concluding no impairment occurred at HGT pertaining to XTO natural gas holdings, HGT referenced its consideration and use of Wood Mackenzie third-party price projections for the years 2016 through 2019.[294] As discussed below at paragraph 247, had Exxon used updated Wood Mackenzie available prior to the issuance of its 2015 financial statements, third party pricing in conducting its own Step 1 analysis, the Company's net book value on certain XTO properties (*i.e.*, Uintah, Raton, San Juan and Green River) valued at over $3 billion would exceed projected undiscounted cash flows, indicative of a material impairment.

      f)   <u>Exxon's Asset Recoverability Test Used to Assert That an Impairment Triggering Event Did Not Occur During 2015 Was Fundamentally Flawed and Failed to Consider Continued Natural Gas Price Declines</u>

212. Exxon management recognized many of the aforementioned conditions existed during 2015. However, when concluding an impairment triggering event had not occurred during 2015, the Company and its external auditor, PwC, appear to have placed substantial reliance on the management's overarching conclusion that Exxon's interim undiscounted cash flows analyses (*i.e.*, "asset recoverability test") for each of XTO's 22 asset groupings maintained a positive cushion between each asset grouping's respective projected undiscounted cash flows and their carrying values (*i.e.*, reported book values).[295] This

---

[294] PRAM0005882 at 5885-5886.

[295] PRAM0024573; PRAM0071872; EMC_RAM 000000001 at 0006 ("The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**      **Page 106**

**CONFIDENTIAL**

analysis appears to have been prepared in significant part using asset carrying values as of Q2 2015 and projected Henry Hub prices thereafter.

213. Relatedly, Exxon observed that "Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis" and "[i]n light of that situation, and the continued weakness in industry conditions, management performed a detailed analysis as part of an extension of the annual Plan process."[296] Exxon further asserted that the analysis "**was designed to assess the potential for future losses in order to determine whether year-to-date losses in these geographies were likely to continue and an impairment trigger had occurred**."[297] Following this analysis, Exxon concluded that "no impairment trigger had occurred":

> The results of that assessment indicated that future cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts for EM's major Canadian and U.S. Upstream assets in total. In addition, no individual asset group was found to have undiscounted future cash flows less than its respective carrying value. **Based on those results, management concluded no indication of continuing losses is likely, the carrying value of Upstream long-lived assets was recoverable, and no impairment trigger had occurred**.[298]

214. Consistent with this understanding, PwC noted that "[t]he combined headroom resulting from XTO's analysis is $219 billion" as of June 30, 2015, and concluded that it agreed with Exxon's interim "determination that there are no assets for which a material impairment should be recorded and that a trigger event has not occurred."[299]

215. However, Exxon's interim asset recoverability tests failed to properly apply supportable, up-to-date assumptions through its 2015 financial reporting period. Most notably, the Company's analysis failed to properly incorporate current natural gas prices as a starting point assumption to the undiscounted cash flow analyses. This failure is particularly significant given Exxon personnel's internal acknowledgement during a November 2015

---

[296] EMC_RAM 000000001 at 0006.

[297] EMC_RAM 000000001 at 0006 (emphasis added).

[298] EMC_RAM 000000001 at 0006 (emphasis added).

[299] PRAM0024573 at 4583.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 107**

**App. 113**

**CONFIDENTIAL**

XTO Asset Recovery Review with PwC, of the "increased focus" placed by the SEC on oil and gas "impairment considerations," given that oil and gas prices were "staying 'low' generally longer than was widely thought."[300] In this regard, the Company's personnel expressly identified the "**need for realistic/defendable view of prices considering current and past levels**" when performing impairment testing.[301]

216.  Despite the need for realistic pricing, the following section discusses evidence demonstrating that Exxon's asserted price plan was not realistic or defendable. Specifically:

a.  Exxon's starting 2016 nominal HH prices applied in its asset recoverability test exceeded the actual Henry Hub spot price of natural gas by 30% and 60% as of December 31, 2015 ($2.97 - $2.28 = $0.69/$2.28) and the February 24, 2016 issuance date of Exxon's 2015 financial statements ($2.97 - $1.85 = $1.12/$1.85), respectively.[302] In this regard, Exxon's flawed asset recoverability testing utilized the Company's plan prices for the remainder of 2015 through 2017 that had not been adjusted since May 2015.[303] Importantly natural gas prices from June 30, 2015, through December 31, 2015 and the issuance of the company's 2015 financial statements on February 24, 2016 had fallen approximately 19% and 34%, respectively. Given these significant price declines, the price assumptions used in Exxon's asset recoverability test were outdated, inconsistent with actual pricing, and therefore unsupported.

---

[300] EMC_RAM_SEC 000021986 at 1987.

[301] EMC_RAM_SEC 000021986 at 1987.

[302] EMC_RAM 000040426 at 0435; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[303] EMC_RAM 001746869; PRAM0717939; EMC_RAM 001744700; PRAM0242653; EMC_RAM 000040426.

**CONFIDENTIAL**

b. The following chart depicts the Company's flawed 2015 starting point as compared to the actual Henry Hub natural gas spot prices at December 31, 2015 and just prior to the issuance of its 2015 financial statements:[304]



c. In addition to Exxon's dated nominal price assumptions, the Company appears to have relied on comparative third-party pricing to support its 2015 HH price plan.[305] However, the third-party pricing included in Exxon's documentation was similarly outdated, and in certain instances, included pricing measures (*i.e.*, EIA, PIRA) that were internally recognized as not having "much weight" for natural gas pricing:[306]

---

[304] Derived using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm and ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

[305] EMC_RAM 000000001 at 0006.

[306] Sourced table from EMC_RAM_SEC 000109645 (*e.g.*, Wood Mackenzie data references "1H2015"); EMC_RAM_NYAG 000856446 at 6452 ("Don't put too much weight behind EIA and PIRA, primarily based on their export assumptions which don't have as robust of an integrated global view."). *See also* EMC_RAM 000000001 at 000000027 and Exxon Plan and Opportunity Price Bases 2004-2016, EMC_RAM 001747498 ("Wood Mackenzie and IHS preferred for Henry Hub").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 109**

**App. 115**



d.  Third-party pricing included in PwC's audit documentation appears to include similarly dated third-party (*i.e.*, EIA, PIRA, IHS, Wood Mackenzie) price information (adjusted legend to right to fit legend):[307]

---

[307] Sourced and reformatted from PRAM0055019.

**CONFIDENTIAL**



e. As evident above, the starting price for all but the 2015 NYMEX pricing significantly exceeds the Henry Hub spot rate of $2.28 and $1.85 per MMBtu as of December 31, 2015 and the issuance date of Exxon's 2015 financial statements, respectively.

f. Further demonstrative of the unreasonable nature of Exxon's assumed natural gas price plan, the Company's projected prices for 2019 and 2020 ($3.60 and $4.00 per MMBtu) decreased just 5% when compared to Exxon's 2014 "Opportunity Case - Mid" based pricing of $3.80 and $4.20 per MMBtu, respectively.[308] This slight reduction contrasts with the 27% actual decline in Henry Hub spot prices between December 31, 2014 and December 31, 2015.[309]

---

[308] Calculated using EMC_RAMIREZ 000000533 and EMC_RAM 000040426 (2019: $3.80 MMBtu (2014 "Opportunity Case – Mid") - $3.60 MMBtu (2015 Financial Case) = $0.20 MMBtu/$3.80 MMBtu = 5%; 2020: $4.20 MMBtu (2014 "Opportunity Case – Mid") - $4.00 MMBtu (2015 Financial Case) = $0.20 MMBtu/$4.20 MMBtu = 5%).

[309] See above in paragraph 86.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**            **Page 111**

**App. 117**

**CONFIDENTIAL**

g. Indeed, while cash flows supporting Exxon's asset recoverability test relied on as of December 31, 2015 appear to have been projected for the second half of 2015,[310] internal price forecasts projected significantly lower pricing in June 2015. For example, in an email dated July 30, 2015, from Kurt Otte, Exxon's Upstream Accounting Policy Advisor, to Mr. Horne and others, Mr. Otte communicated the following natural gas price assumptions for the Company's upstream planners:[311] (red box added)



[…]

| Price Assumptions (nominal) for Key Markers | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Henry Hub 2014 Corporate Plan | 4.4 | 4.4 | 4.7 | 5.0 | 5.3 | 5.6 | 5.9 | 6.1 | 6.2 | 6.4 | 6.5 | 6.7 |
| Henry Hub 2015 Corporate Plan (Upstream is currently utilizing to build plan) | | 2.7 | 3.0 | 3.2 | 3.2 | 3.3 | 3.4 | 3.5 | 3.6 | 3.7 | 3.7 | 3.8 |

---

[310] *See, e.g.,* PRAM0325081 ("HH" tab).

[311] EMC_RAMIREZ 000000121-0122.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**       **Page 112**

**App. 118**

**CONFIDENTIAL**

h. As reflected in the following table, the drafted build plan pricing at July 30, 2015 was significantly lower than Exxon's pricing asserted in its 2015 asset recoverability test:[312]

| HH Nominal Price (MMBtu) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| Asset Recoverability Test | $2.7 | $3.0 | $3.2 | $3.5 | $4.0 | $4.5 | $4.6 | $4.8 |
| Build Plan | $2.7 | $3.0 | $3.2 | $3.2 | $3.3 | $3.4 | $3.5 | $3.6 |
| Difference | $0.0 | $0.0 | $0.0 | $0.3 | $0.7 | $1.1 | $1.1 | $1.2 |
| | **2023** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** |
| Asset Recoverability Test | $4.9 | $5.0 | $5.1 | $5.3 | $5.4 | $5.5 | $5.7 | $5.8 |
| Build Plan | $3.7 | $3.7 | $3.8 | $3.9 | $4.0 | $4.1 | $4.2 | $4.3 |
| Difference | $1.2 | $1.3 | $1.3 | $1.4 | $1.4 | $1.4 | $1.5 | $1.5 |

i. As further evident above, while Exxon's applied asset recoverability test assumed that nominal prices would exceed $4.00 per MMBtu by 2020, the Company's July 30, 2015 pricing had not assumed a $4.00 price per MMBtu until 2027.[313] Notably, between the July 30, 2015 "build plan" communication and December 31, 2015, Henry Hub spot pricing had <u>decreased</u> over 20% from $2.87 per MMBtu to $2.28 per MMBtu. Nevertheless, the Company's applied asset recoverability pricing increased significantly as compared to these decreases.[314]

j. Consistent with this understanding, email communications from Mr. Horne in August 2015 to Stephen Littleton, Assistant Controller, (and others) includes three case

---

[312] EMC_RAMIREZ 000000121-0122; PRAM0325081 ("HH" tab).

[313] EMC_RAMIREZ 000000121-0122; PRAM0031461. *See also* Prestipino Tr., 216:7-21 ("So just -- just to help orientate with -- to you with why it's saying price assumptions, they are not -- these price assumptions are not finalized until reviewed with the board of directors, and they typically -- as we pull together the company plan, sometimes they will change. Q. But as of July, you're receiving an e-mail from Mr. Otte -- A. Yes. Q. -- that indicates that upstream planners are projecting hitting $4 in 2027, correct? A. That Henry Hub would hit $4 in 2027, yes. Q. And you received this in the ordinary scope of you employment? A. I did, yes.").

[314] http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm. In further contrast to Exxon's higher price assumptions when compared to the prices at July31, 2015, average HH prices declined significantly from the $2.82 per MMBtu prices during the seven months ended July 31, 2015. Specifically, average HH prices from August 1, 2015 through December 31, 2015 and February 24, 2016 (the issuance date of Exxon's 2015 financial statements) had respectively declined to $2.35 per MMBtu and $2.30 per MMBtu (a respective decline of 16% and 18%) [calculated using http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 113**

**App. 119**

**CONFIDENTIAL**

scenarios where natural gas real prices were not expected to hit $4.00 per MMBtu until 2025, 2030, and 2035, respectively.[315] Despite actual cumulative declines in Henry Hub spot rates through December 31, 2015, Exxon's applied asset recoverability test assumed that a real $4.00 price per MMBtu would be achieved in 2020.[316] Mr. Horne stated that this decision was ultimately made by the management committee, despite the 'bookend' parameters put together by his department.[317]

k.  As separately noted above in the chart at paragraph 212, NYMEX strip pricing was by far the lowest price projection contemplated. Internal documentation and the Company's own disclosures effectively implied such pricing was considered when evaluating the realizability of Exxon's natural gas assets. For example, handwritten notes of Cindy Allen, Exxon's Accounting Policy Manager, prepared in connection with the Company's impairment assessments, acknowledged that the Company had "always" used NYMEX strip pricing.[318] Consistent with this understanding, the Company disclosed the following its 2015 financial statements:

> **If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices** […]. Volumes are based on projected field and facility production profiles, throughput, or sales. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions

---

[315] EMC_RAMIREZ 000000301 at 303. *See also* Horne Tr., 171:22-172:3 ("Q. But my only question is your bookends were 2025 to 2035 of hitting the $4, correct? A. Say that two numbers at the end again. Q. Your bookends were 2025 and 2035 of hitting the four-dollar long-term price outlet, correct? A. In the spreadsheet I provided, yes, that's correct.").

[316] PRAM0031461 and PRAM0325081.

[317] Horne Tr., 158:10-159:3 ("Q. My question is simply, Mr. Horne, the management committee prices that came back to you reached $4 five years earlier than the low end of the bookend included in Exhibit 71, which you had forwarded to Ms. Castille and Mr. Littleton -- Littleton on August 21, 2015, correct? A. That is correct. Q. And it also appears from the format of Exhibit 72, the plan prices that you're communicating and forwarding to Mr. Littleton and Ms. Castille, that format is very similar to what you had sent them on August 21st, the Excel files that you had sent them on August 21st. The timing and numbers are different, but the formatting is similar; is that accurate? A. The formatting is similar. Q. And this reaching $4 in 2020 was the decision of the management committee, correct? A. Reaching $4 by 2020 for Henry Hub was the management committee's assessment, yeah.").

[318] EMC_RAM_SEC 000088138.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 114**

**App. 120**

**CONFIDENTIAL**

developed in the annual planning and budgeting process, and **are consistent with the criteria management uses to evaluate investment opportunities**.[319]

l.    Multiple internal, contemporaneous analysis used to evaluate certain investment opportunities utilized by Exxon during 2015 demonstrate the Company's use of NYMEX strip pricing. As evident in the chart above at paragraph 216, Exxon's assumed price plan prices significantly exceed NYMEX estimates and by 2020, while the Company's projections reflected a nominal price of $4.53 per MMBtu, inflation adjusted NYMEX price estimates approximated just $3.19 per MMBtu (*i.e.*, an increased price difference of over 42%).[320]

217.    Indeed, when Exxon finally acknowledged the impairment of certain XTO properties during 2016, after oil prices had somewhat recovered, the Company's applied estimates were at or less than NYMEX strip pricing.[321] In this regard and as discussed hereafter, applying accurate, updated supportable pricing further substantiated the existent impairment triggering event and, as discussed hereafter, demonstrated that certain of the carrying amount of Exxon's XTO-related assets were impaired and <u>not</u> recoverable as of December 31, 2015.

### 2.    A GAAP Step 1 Asset Recoverability Assessment Demonstrates that Several XTO Properties' Asset Group Carrying Values Exceeded Their Respective Undiscounted Cash Flows

218.    Exxon failed to properly recognize a triggering event had occurred during 2015. Consequently, the Company did not perform a formal 'Step 1' analysis in accordance with GAAP as of December 31, 2015. As detailed below, had the Company performed an appropriate, 'Step 1' analysis as of December 31, 2015, the Company would have identified

---

[319] Exxon 2015 Form 10-K, p. 57 (emphasis added).

[320] PRAM0325081; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future twelve-month average future price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price and equals $2.53. The subsequent twelve-month period is used as the 2017 price and equals $2.81. Relevant to this citation, the average monthly periods starting at month 49 through month 60, equals $3.19.

[321] EMC_RAM 000000080 at 0312. *See also* PRAM0003364 at 3388; PRAM0006176 at p 26.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 115**

**App. 121**

**CONFIDENTIAL**

numerous XTO asset groups with undiscounted future cash flows that were less than their book values, signifying the respective assets' carrying value may not be recoverable under GAAP.

219.    As discussed above beginning at paragraph 212, the Company performed an asset recoverability test at or near June 30, 2015. Cindy Allen, Exxon's Accounting Policy Manager, observed in a March 11, 2016 email communication that no impairment trigger had occurred based on that asset recoverability test.[322] Ms. Allen further noted that it "seems like circular logic – to do the cash flow test which you would ordinarily [sic] have to do to test for impairment, to determine if a trigger exists after which you would be required to do the same test. It is absolutely circular, but under US GAAP this is allowed."[323]

220.    However, Exxon's asset recoverability test was not performed as of the end of the financial reporting period when the triggering event existed, and consequently was fundamentally flawed as a "Step 1" impairment test. Of particular importance, I have identified that the Company's projected natural gas prices were not reasonable and inconsistent with the current price environment as it pertains to Company's U.S. XTO asset groupings, including: (i) Uintah, (ii) Raton, (iii) San Juan, and (iv) Green River.[324] For these same asset groupings, I further note that:

a.    Exxon's assumed cash flows included significantly lower operating cost percentages for certain extended periods of time. For example, when forecasting revenue and expenses, Exxon assumes reduced levels of operating expense increases during the

---

[322] EMC_RAM_SEC 000031998.

[323] EMC_RAM_SEC 000031998. Note: Ms. Allen's communications conflict with PwC's 2015 audit documentation which notes: "XTO prepares a model for each play which closely resembles the impairment review model. These models utilize specific inputs (which are detailed further below) to calculate future profitability based on planned production. The primary objective of these models is not to serve as a step 1 analysis but rather to help the Corporation evaluate whether assets are delivering the expected level of return." [PRAM0024573]

[324] The focus of my current analyses has been generally limited to these four asset groupings. Notably, each was deemed to be impaired by Exxon during the year ended December 31, 2016. [EMC_RAM 000000080 at 0313].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 116**

**App. 122**

**CONFIDENTIAL**

cash flow period. As reflected in the charts for Uintah and Raton below, this results in significant, irregular drops in assumed operating expenses as a percentage of revenue, increasing each asset group's respective profitability:[325]





---

[325] Derived from information at PRAM0325081.

**CONFIDENTIAL**

b. The periods of relatively low levels of assumed operating expenses appear based in part on capital expenditure activity commencing over fifteen years into the future, and

c. While less relevant to the aforementioned U.S. XTO asset groupings, Exxon's assumed crude oil prices are dated and inconsistent with price declines during the Company's 2015 financial reporting period.[326]

221. For purposes of this report and as discussed hereafter, I have only challenged the Company's flawed and dated projected natural gas price assumptions when developing its cash flow analyses. As described hereafter, using reasonable and timely price assumptions renders several XTO asset groups, including Exxon's Uintah, Raton, and San Juan groupings, with book values in excess of their undiscounted cash flows. Stated simply, certain material XTO asset groups failed the Step 1 impairment test under GAAP when applying reasonable and appropriate price projections.[327]

   a) <u>Applicable Guidance Recognizes that Reasonable and Appropriate Price Assumptions Be Used in a Step 1 Asset Recoverability Test</u>

222. Applicable GAAP, Exxon's disclosed policies, and other accounting guidance require that key assumptions such as projected pricing, must be reasonable, timely, and appropriate when performing a Step 1 asset recoverability assessment. For example, to develop a proper asset recoverability test (Step 1), Exxon should have considered the guidance set forth by ASC 360-10-35:29-35, "Estimates of Future Cash Flows Used to Test a Long-Lived Asset for Recoverability," which states that all future cash flows directly associated with the asset group should be included in the analysis:

> 35-29: Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall include only the future cash flows (cash inflows less associated cash outflows) that are directly associated with and that are expected to arise as a direct result of the use and eventual disposition

---

[326] PRAM0325081. Note: Except where noted, I have assumed that Exxon's other cash flow assumptions applied (*e.g.*, asset groupings, combined proved and unproved property approach to estimated reserves, capital expenditures, work programs, etc.) in the Company's undiscounted cash flow model were reasonable for purposes of my analysis.

[327] Adjustments made to the Company's projected crude prices and operating expense assumptions could have a further negative impact on the Company's XTO-related assets' recoverability.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 118**

**App. 124**

**CONFIDENTIAL**

of the asset (asset group). Those estimates shall exclude interest charges that will be recognized as an expense when incurred.[328]

223.    While ASC 360 does not provide explicit guidance to develop estimated price assumptions, guidance within the AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, notes that future assumed prices should be based off best estimates, recognizing that subsequent events (*e.g.*, price declines) may provide additional relevant information when evaluating impairment:

> The undiscounted net future cash flows are based on total proved and risk-adjusted probable and possible reserves. Future prices and costs should be in nominal dollars and **must reflect management's best estimates**. Future cost projections should include future capital expenditures, development costs, operating costs, and AROs not currently accrued on the balance sheet.
>
> […]
>
> Subsequent events also may be considered in the determination under certain circumstances, as described in Topic No. 12(D)(3)(c) of the SEC's Codification of Staff Accounting Bulletins.[329]

224.    Consistent with this understanding, the Petroleum Accounting Guide also recognized that prices used to determine expected future cash flows (Step 1) should have high correlation with future price assumptions that management uses in its own long-range budgeting, process property acquisition, and property divestiture programs:

> Future prices should be in nominal dollars (adjusted for expected inflation) and must reflect management's best estimates. Such prices must have a high correlation with the future pricing assumptions that management uses in its long-range budgeting process, property acquisition, and property divestiture programs. Management's price estimates can be derived from actual contracts or independent public forecasts, such as the Oil & Gas Journal's semi-annual price forecast compendiums or the SPEE annual Survey[s] of

---

[328] ASC 360-10-35-29 through 35.

[329] AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 4.36 and Appendix A, Summary of the Successful Efforts and Full Costs Methods of Accounting.

**CONFIDENTIAL**

Economic Parameters Used in Property Evaluations as noted in Chapter 31.[330]

225. Indeed, Exxon's disclosed policy asserted that when an impairment "trigger event" occurs, the Company evaluates key assumptions like future prices against its annual planning processes and requires consistency with "criteria management uses to evaluate investment opportunities":

> If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. **These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation**.[331]

226. Regarding investment assumptions, PwC's audit documentation related to the valuation of Exxon's acquisition of certain Upstream oil and gas properties included the following question and answer documentation citing Exxon's explicit consideration of NYMEX Henry Hub future strip prices when determining the fair value of its investment:[332]

---

[330] PwC Petroleum Guide, 7th Edition, PRAM0094474 at 4815. *See also* PwC Petroleum Guide, 8th Edition, Chapter 17, p. 310. ("Forecasted prices used in reserves estimates should be consistent with those used by management to operate the business, including its capital allocations. These price estimates typically are derived from a variety of sources, including but not limited to: customer contracts, future strip prices, analyst reports, government publications, internally developed estimates, etc.").

[331] Exxon 2015 Form 10-K, pp. 57 and 70 (emphasis added).

[332] PRAM0026635 at 6639. *See also*, PRAM0322029 at 2033 and 2034; PRAM0073773 at 3777.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 120**

**App. 126**

CONFIDENTIAL

| Pricing and Enterprise Value Derivation | |
| --- | --- |
| 16. What pricing curve was used?  It is normally not appropriate to use one price throughout the valuation date (i.e. spot price).  The most acceptable measure of fair value would utilize NYMEX strip prices on the valuation date, which can be obtained from Bloomberg (use the CCRV function).  Consult with a Director or Partner if spot, SEC or company specific prices were used. | The Henry Hub and Brent strip price was used as the pricing curve. |

227.  The Petroleum Accounting Guide similarly references results from the "U.S. Petroleum Accounting Practices" poll question in which a significant majority of respondents applying the successful efforts method of accounting (*i.e.*, 67%) acknowledged **using "externally published strip pricing [*i.e.*, NYMEX for Henry Hub natural gas futures contracts] as a primary input to compute expected undiscounted future cash flows [Step 1] when assessing impairment under ASC 360-10-35**."[333]

   b)  Exxon's Own 2015 Price Plan Is Flawed and Not Consistent with Accounting Guidance, Current and Post 2015 Pricing, and Other Internal Price Forecasts

228.  As described above beginning at paragraph 215, Exxon's 2015 price plan used in its asset recoverability test, was flawed. Of particular note, Exxon's assumed pricing: (i) was inconsistent and significantly higher than the Company's initial internal "build plan" pricing (*see e.g.*, paragraph 216);[334] (ii) was not consistent with actual prices at the time of development; (ii) were not supported by historical trends or relevant, timely third-party forecasts; and (iv) assumed five-year pricing that was not consistent with observable future market prices (NYMEX).

229.  In addition to my commentary above beginning at paragraph 215, I note that the real (*i.e., as opposed to nominal*) natural gas prices used in the Company's 2015 Dataguide Price Plan for the rest of 2015 was $2.75 MMBtu.[335] This exceeded the actual average spot rate for natural gas for the year 2015 of $2.62 MMBtu by approximately 7%. Furthermore, as of the date of the 2015 Dataguide's publication (February 1, 2016), the daily spot rate was

---

[333] Petroleum Accounting, 8th Edition, p. 310 (emphasis added).

[334] Prestipino Tr., 229:7-234:8.

[335] PRAM0325081; EMC_RAM 000040426 at 0435.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 121**

**App. 127**

**CONFIDENTIAL**

$2.28 MMBtu, which dramatically conflicted with the 2015 pricing assumed of $2.75 MMBtu (21% higher than the end of year price).[336]

230.    Despite the sharp and continued decline in Henry Hub prices during Q4 2015, the Company's final 2015 plan price applied in its undiscounted cash flows had not been updated since September of 2015.[337] Moreover, the Company's 'second' revision of the Dataguide on or around September 14, 2015 actually *increased* the 2015 natural gas price point from $2.7 MMBtu to $2.75 MMBtu despite the actual spot rate's general *decline* during this same time period.[338] As a result, the Company's natural gas real and nominal 2015 prices used in the Asset Recoverability Summary were unsupported, not reflective of a best estimate, required updating based on current conditions, and should not have been relied upon when performing a Step 1 asset recoverability test.

231.    This failure is compounded by the assumed increase in the natural gas spot rates for 2016, to $2.90 MMBtu within the Company's same price plan.[339] Similar to the analysis above (*see* paragraph 230), this price had not been updated since March of 2015, despite sharp declines in the market price of natural gas over the same period of *at least* 20% during this same time period.[340] Furthermore, inconsistent with actual contemporaneous market transactions as of December 31, 2015, which were decreasing rapidly, the Company forecasted a year-over-year nominal increase in the spot rate of natural gas of over 6%.

232.    Not only were the Company's 2015 prices not updated to reflect actual historical market transactions that occurred during 2015, the Company failed to make similar necessary

---

[336] PRAM0325081; EMC_RAM 000040426 at 0435.

[337] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; EMC_RAM 001744700; EMC_RAM 000040426.

[338] EMC_RAM 001744700; PRAM0717939.

[339] EMC_RAM 000040426 at 0435.

[340] Unless otherwise stated, the average decline in the spot rate of natural gas is quantified as the one-month average immediately prior to publication of the Dataguides / price points being compared. In this instance, the 20% decline in natural gas prices was observed between the publication of the first revision of the 2015 Dataguide on March 25, 2015 and the fourth (and presumably final) revision to the Dataguide on February 01, 2016. As such, I quantify the change in price as the change in the average price for the one month immediately preceding the date of publication (*i.e.*, January 2016 compared to February 26 – March 25 2015).

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 122**

**App. 128**

**CONFIDENTIAL**

updates to the 2016 prices. Therefore, not only are these price points unsupported, but this also renders the implied growth rate from 2015 to 2016 as not reliable. As a result, the Company's near term (2015 and 2016) natural gas nominal prices and the associated growth rate from 2015 to 2016 used in the Asset Recoverability Summary were unsupported, required updating, and should not be relied upon to perform a proper Step 1 asset recoverability test.

233.    Indeed, the average daily spot trading price of natural gas in Q4 2015 and January 2016 was $2.12 MMBtu and $2.28 MMBtu, respectively.[341] The daily spot trading price on December 31, 2015, February 1, 2016, and February 24, 2016 (date of 2015 Form 10-K filing) was $2.28 MMBtu, $2.28 MMBtu, and $1.85 MMBtu, respectively.[342] These data points, in combination with the charts above in paragraphs 181, 185, and 197, demonstrate the sustained, poor price environment during the preparation of Exxon's 2015 Form 10-K filing.

234.    Further notable, the Company's five-year natural gas price forecast implied a real compounding annual growth rate of 7.8% for each of the years 2016, 2017, 2018, 2019, and 2020.[343] This rate of compounding growth had not been observed since 2008 (*i.e.*, price of natural gas in 2008 had a five-year average growth rate of 10% from 2003 to 2008).[344] Moreover, when this rate of compounding growth was last observed in 2008 there was a longstanding trend of increasing prices (*e.g.*, the years 2003 to 2007 also had 10%+ five-year compounding growth) whereas in 2015, the preceding six years were marked with five-year compounding of 2% or negative growth.[345] The Company's assumed growth rates were outside of historical norms and not explained with commentary within the Dataguide to support such a rapid increase in the Company's forecast of natural gas prices.

---

[341] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[342] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[343] Calculated using information at PRAM0055019 and PRAM0325081 as ($4.00 per MMBtu/$2.75 per MMBtu)^(1/5)-1.

[344] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[345] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**CONFIDENTIAL**

235. Additionally, the Company's price plan exceeded that of observable third-party pricing; including the NYMEX Henry Hub five-year forward curve pricing, five-year IHS forecasts, and five-year Wood Mackenzie forecasts. This is illustrated in the tables below, which show the Company's 2015 price plan was over 20% higher than most other reputable forecasts for the same period by the year 2019.[346]

| Five-Year Natural Gas Price Forecasts | | | | |
|---|---|---|---|---|
| Year | 2015 Dataguide (Rev 4) - Nominal | NYMEX HH | Wood Mackenzie | IHS |
| | [a] | [b] | [c] | [d] |
| 2015 | $2.75 | n/a | $2.70 | $2.72 |
| 2016 | $2.97 | $2.53 | $3.08 | $2.82 |
| 2017 | $3.15 | $2.81 | $3.41 | $2.99 |
| 2018 | $3.45 | $2.92 | $3.07 | $2.99 |
| 2019 | $3.97 | $3.04 | $2.94 | $3.18 |
| 2020 | $4.53 | $3.19 | $2.96 | $3.36 |

| Exxon Price Plan's Price as Compared to Independent Forecasts | | | | |
|---|---|---|---|---|
| Year | 2015 Dataguide (Rev 4) - Nominal | NYMEX HH | Wood Mackenzie | IHS |
| | | ([a]-[b]) / [b] | ([a]-[c]) / [c] | ([a]-[d]) / [d] |
| 2015 | n/a | n/a | 2% | 1% |
| 2016 | n/a | 17% | -3% | 5% |
| 2017 | n/a | 12% | -8% | 5% |
| 2018 | n/a | 18% | 12% | 15% |
| 2019 | n/a | 31% | 35% | 25% |
| 2020 | n/a | 42% | 53% | 35% |

---

[346] PRAM0325081; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. As footnoted above, the presented NYMEX Henry Hub prices are based on the respective future twelve-month average future price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price and equals $2.53. The subsequent twelve-month period is used as the 2017 price and equals $2.81.

; WOOD0001237; EMC_RAMIREZ 000009026. *See also* Exxon Plan and Opportunity Price Bases 2004-2016, EMC_RAM 001747498 ("Wood Mackenzie and IHS preferred for Henry Hub");

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 124**

**CONFIDENTIAL**

236.    As discussed in further detail below and illustrated by the above tables, the Company's 2015 final HH price plan exceeded other market data and forecasts at many key intervals. Most notably though, it exceeded all other five-year price forecasts by at least 35% by the year 2020. This is important, as the majority of the asset groups' revenue was forecasted to be earned more than five years into the future (*i.e.*, 2021 and thereafter). The Company's 2015 price plan forecasts five years into the future (*i.e.*, 2020) and then adopts a 2.5% inflation rate to obtain nominal pricing used in its asset recoverability test. Consequently, the price employed in 2020 carries significant weight, as all future prices compound at 2.5% annually from this figure at least 50 years (2070), and sometimes 80 years into the future (2100).

237.    Exxon's Accounting Policy Manager at the time, Mr. Horne, conceded the $4.00 MMBtu price by 2020 was made by management above him.[347] He went on to discuss the figures he provided, which included a range of outcomes of between 2025 and 2035 as to when Henry Hub natural gas price plan would hit reach $4.00 MMBtu.[348] Had the Company adopted figures provided by Mr. Horne that asserted natural gas prices would reach $4.00 MMBtu in 2025, such pricing would be more consistent with those reflected in the table above.

238.    Illustrated in the chart below titled "Step 1 Asset Recoverability Impairment Test – XTO Natural Gas Prices" the Company's 2015 Dataguide Price Plan for natural gas (black line) is far in excess of other available pricing, even when in certain cases assuming Exxon's own price plan growth rates:[349]

---

[347] September 17, 2024 Deposition of Joseph Horne ("Horne Testimony"), pp. 157:25 – 158:3.

[348] Horne Testimony, pp. 152:6-154:4.

[349] Exxon Price Plan (EMC_RAM 000040426), NYMEX Natural Gas Futures (Strip) Prices per Bloomberg with 2.5% inflation adjustment, December 31, 2015 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm), February 24, 2016 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm), IHS 5-year forecast with 2.5% inflation adjustment (EMC_RAMIREZ 000009026), and Wood Mackenzie 5-year forecast with 2.5% inflation adjustment (WOOD0001237).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 125**

**App. 131**

**CONFIDENTIAL**



239. As noted above, the yellow and pink lines reflect my consideration of an updated, more timely starting price point evident during Exxon's 2015 financial reporting (*i.e.*, prices ending as of December 31, 2015 and on the Company's 2015 financial statement issuance date). For these lines, I have simply adjusted the starting point value but retained Exxon's own HH price plan growth rates. The lines in blue and green reflect updated, more current third-party pricing forecasts of IHS and Wood Mackenzie. As noted above, Exxon internally acknowledged that those sources were relevant to HH natural gas pricing, when compared to other third-party sources. The red line reflects the five-year Henry Hub futures prices in place as of December 31, 2015.

240. As further highlighted by the red box above, Exxon applies an inflation adjustment rate of 2.50% to the 2020 price plan to forecast prices beyond 2020. I have generally retained this assumption when comparing and contrasting the Company's 2015 price plan to these other measures. Put simply, the chart above demonstrates the Company's price plan was inconsistent with these relevant measures.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 126**

**CONFIDENTIAL**

241. Of further note, Exxon estimated the majority of the individual asset groupings' revenue to be recognized as revenue in years after 2020 in its asset recoverability test. Consequently, the elevated 2020 price point depicted above is an important factor in estimating future profitability in a Step 1 analysis. This is because the majority of the estimated volume of natural gas was expected to be recognized as revenue in years beyond 2020. This can be shown by the following chart which shows forecasted revenue in Exxon's asset recoverability undiscounted cash flows as a percentage of the total before and after 2020:[350]

| Forecasted Revenue by Time Period | | |
|---|---|---|
| | 2016 - 2020 | 2021 - thereafter |
| Uintah | 2.95% | 97.05% |
| Raton | 2.42% | 97.58% |
| San Juan | 16.51% | 83.49% |
| Green River | 20.17% | 79.83% |

242. Exxon's assertion that Henry Hub natural gas prices would be $4.53 MMBtu (in nominal dollars) for 2020,[351] is greater than 20% higher than the next highest comparable price point plotted on the graph (*i.e.*, use of the December 31, 2015 HH spot rate with applied Exxon 2015 price plan growth). Moreover, it is approximately 54% higher than the Wood Mackenzie five-year forecast that Exxon would subsequently concede was from a source that was "*likely too optimistic.*"[352] Clearly, the Exxon 2015 Dataguide Price Plan is an outlier that contrasts with more reasonable and appropriate pricing estimates during the Company's 2015 financial reporting period.

243. As the graph in paragraph 238 above illustrates, the NYMEX Henry Hub five-year forward pricing curve (red line) appears at the center of the various, more timely, appropriate

---

[350] PRAM0031461; Calculated as (2016 through 2020 Revenue) / Total Asset Group Revenue.

[351] See table at paragraph 235; 2020 December 31, 2015 HH spot rate with applied Exxon 2015 price plan growth rates is $3.76 [Exxon Price Plan (EMC_RAM 000040426), December 31, 2015 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm)] ($4.53 - $3.19 = $0.77/$3.19 = 20%).

[352] EMC_RAM 000000080 at 0314–0315 (emphasis added). I acknowledge the Wood Mackenzie forecast management characterized as 'too optimistic' in 2016 is a different forecast; however, these forecasts were published by the same energy company and are comparable based on my review.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 127**

measures and in my opinion, as more fully described below beginning at paragraph 244, is the most appropriate price data available to perform an asset recoverability test for the purpose of determining the undiscounted cash flow test for a Step 1 asset recoverability test consistent with ASC 360.

c) The Use of the Henry Hub Five-Year Forward Curve Pricing with Exxon's 2.5% Inflation Rate Thereafter, Is the Appropriate Future Pricing to Apply When Conducting Exxon's Step 1 Asset Recoverability Test

244. The NYMEX Henry Hub five-year forward pricing curve is the most appropriate price data given:

a. NYMEX HH pricing aligns with authoritative guidance and is the most common industry metric utilized (as discussed above beginning at paragraph 226);

b. NYMEX HH pricing is based on actual market transactions. Specifically, NYMEX Henry Hub five-year forward pricing curve differs from similar NYMEX Henry Hub 'spot rates' as it reflects the current trading price of natural gas future contracts. Whereas other pricing data is based on industry forecasts, the NYMEX Henry Hub five-year forward pricing curve is based on observable market transactions;[353]

c. The future pricing was commonly utilized by the Company when evaluating the fair value of its investments (see paragraphs 245 and 246 below); and

d. NYMEX HH pricing is supported by robust, timely comparables (see red line in comparison to other measures reflected in the paragraph 238 chart above).[354]

245. Indeed, the Company's own 2015 Corporate Plan Dataguide references the NYMEX Henry Hub five-year forward pricing curve as the basis to evaluate assets:

---

[353] Adila McHich, *Henry Hub Natural Gas Futures: Global Benchmark*, CME Group, July 7, 2023. Available at: https://cmegroup.com/articles/whitepapers/henry-hub-natural-gas-futures-global-benchmark.html. Accessed on October 6, 2024 ("this [Henry Hub] contract to become the benchmark or defacto price reference for the U.S. and global gas market.").

[354] Notably, when Exxon impaired its XTO assets during 2016, the Company's asserted price plan was very similar to NYMEX 2016 futures pricing. *See, e.g.,* EMC_RAM 001670847 at 0857.

---

**CONFIDENTIAL**

The purpose of this section is to establish a consistent basis when developing market futures for evaluating opportunities with near term price sensitivities.

Market futures are constantly changing. The evaluations should be completed using the most recently available market futures consistent with an orderly evaluation process. The market futures should be collected from the prior day close and the preferred sources are as follows:

- CME Group (NYMEX) – WTI and Henry Hub.

\* \* \*

Typically, the market futures have minimal volumes traded beyond 24 months, however the purpose of the market future sensitivity is to test opportunities to the full extent of market futures. **Thus, the market futures should be collected starting from the current year and extending an additional five years (total of six). For opportunity evaluations that require near term prices beyond six years, the last available market futures (in year six) should be escalated with the corporate escalation factor**.[355]

246. The utilization of Henry Hub prices for natural gas volumes was also corroborated by Exxon employee Cindy Allen (Accounting Policy Manager) when she stated, "*henry hub is all we need for gas*" in response to receiving IHS and Wood Mackenzie price outlooks.[356]

    d) <u>The Use of Reasonable Price Inputs Results in Undiscounted Cash Flows Less Than the Carrying Value of Numerous XTO Asset Groups</u>

247. As aforementioned, with the exception of adjusting for reasonable future HH prices, I have applied a Step 1 analysis that uses *the same* asset recoverably data applied by the Company in connection with its 2015 asset recoverability test.[357] As illustrated in the following chart, the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceed the undiscounted cash flows derived when using the reasonable and appropriate NYMEX five-

---

[355] PRAM0717939 (emphasis added).

[356] EMC_RAMIREZ 000015594 (emphasis added). *See also* PwC's use of NYMEX pricing when performing its own ASC 360, Step 1 undiscounted cash flow (recoverability) analysis and Step 2 fair value analysis in connection with another entity (CEU Holdings Limited) at PRAM0400687.

[357] PRAM0031461.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 129**

**CONFIDENTIAL**

year forward pricing (*i.e.*, through 2020) with Exxon's 2.5% inflation adjustment thereafter:[358]

| Step 1: XTO Asset Recoverability Analysis Impairment Indicator | | | | |
|---|---|---|---|---|
| Price Data Utilized | Uintah | Raton | San Juan | Green River |
| NYMEX 5-yr Forward Pricing w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| 12/31/15 Spot Rate w/ Exxon GR | Yes | Yes | No | No |
| 2/24/16 Spot Rate w/ Exxon GR | Yes | Yes | Yes | Yes |
| IHS 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| Wood Mackenzie 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |

248. As further reflected in the second and third rows of the table above, the use of spot prices at December 31, 2015 and prior to the issuance of the Company's 2015 financial statements on February 24, 2016, applying Exxon's own growth rates ("Exxon GR"), further support this conclusion. Exxon's failed Step 1 analysis under GAAP is further demonstrated by the use of updated end-of-year 2015 third-party forecasts, applying Exxon's own 2.5% inflation assumption after five years (see the fourth and fifth rows in the table above).

249. Notably, Exxon's Step 1 failure and further indication of impaired assets do not include consideration of the aforementioned, unusual operating expense, and dated oil pricing factors described above beginning in paragraph 220. Assuming such items are flawed and require updating, undiscounted cash flows would further be reduced resulting in greater differences between Step 1 cash flows and each respective asset group's carrying value.

3. **A Step 2 Fair Value Analysis of the Impaired Assets Required Exxon to Recognize a $3.4 Billion Impairment as of December 31, 2015**

a) Step 2 Fair Value Analysis Methodology

250. As discussed in [IV.C.2] above, Exxon failed to properly assess its XTO asset groups for a formal 'Step 1' asset recoverability test in accordance with ASC 360-10-25 (Subsequent Measurement – Impairment or Disposal of Long-Lived Assets). Had a proper Step 1 analysis been completed prior to the issuance of Exxon's 2015 Form 10-K, the Company would have identified, at a minimum that its Uintah, Raton, and San Juan asset groups had a book value in excess of their undiscounted cash flows—resulting in the need for a fair

---

[358] See Schedules 1.1 through 1.20.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 130**

**CONFIDENTIAL**

value Step 2 impairment assessment (see above at paragraph 247). As a result, I have performed a Step 2 analysis for each of these three asset groups as required under GAAP.

251.   Measurement of an impairment loss is governed by ASC-360, which states:

> 35-17: An impairment loss shall be recognized only if the carrying amount of a long-lived asset (asset group) is not recoverable and **exceeds its fair value**…. That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.[359]

252.   The price employed within the Step 2 fair value analysis should comply with fair value principles.[360] For purposes of my analysis, I have generally utilized the same approach employed by Exxon during 2016 when it wrote off many of the same asset groupings at issue in this case. Specifically, I have applied a single discounted cash flow analysis for each asset grouping, using the price assumptions applied in my Step 1 analysis (*i.e.*, NYMEX futures pricing plus inflation).

253.   Consistent with the documents cited above, including Exxon's own business combination and related fair value practices described in paragraph 226 support the use of NYMEX futures pricing when conducting a step 2 analysis. The consideration of strip pricing was also consistent with Exxon's methodology for determining fair value in 2014.[361] Moreover, the Petroleum Accounting Guide, 7th Edition, states that for natural gas property valuations, entities "should utilize a Henry Hub price deck that has been adjusted for differentials."[362] The Petroleum Accounting Guide, 8th Edition, similarly states quoted prices on the NYMEX for Henry Hub natural gas or "strip prices" are "the most widely used" prices

---

[359] ASC 360-10-35-17 (emphasis added).

[360] ASC 820. Note that ASC 820 defines fair value as "the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date." I have applied this accounting guidance when conducting my Step 2 analysis.

[361] Horne Tr., 185:16-18 ("Q. My question, in estimating fair value to XTO in 2014, you utilized strip prices, correct? A. Yes."); EMC_RAM 000001877 at 2113.

[362] Petroleum Accounting, 7th Edition, PRAM0094474 at 5065.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**               **Page 131**

**CONFIDENTIAL**

used by companies and appraisers when deriving fair value measurements.[363] This is due in part because "[o]ther quoted price decks lack the support of NYMEX prices, since they are not based on actual market transactions."[364]

254.    Consistent with this understanding, PwC's Petroleum Academy, Advanced Upstream Accounting training materials, PwC further emphasizes the use of Henry Hub strip prices when discussing which prices should be used to determine 'economic producibility' (*i.e.,* Step 2 Impairment Analysis) by stating prices should be:

> Assessing impairment Step 2 […]
>
> Fair value of oil and gas properties is generally accepted to be discounted, expected future cash flows
>
> - **Companies use what is referred to as their "strip" pricing forecast which is their best estimate of future prices**
>
> - Strip pricing can be used and this strip pricing should be adjusted for price differentials […]
>
> Management estimate- generally "strip pricing" […]
>
> **Future prices used in the valuation should be in nominal dollars (adjusted for expected inflation) and must reflect management's best estimates**. Such prices must have a high correlation with the future pricing assumptions that management uses in its long-range budgeting process, property acquisition, and property divestiture programs. The prices utilized do not have to align with SEC definitions. **Pricing should be generally utilize the strip prices. These prices are typically flat-lined after year five.** If inflation is included in the pricing then inflation should be considered in the production costs.[365]

255.    As such, it is my opinion that the appropriate price to be adopted within my Step 2 asset fair value assessment should be the five-year Henry Hub NYMEX forward strip pricing,

---

[363] Petroleum Accounting, 8th Edition, p. 644.

[364] Petroleum Accounting, 8th Edition, p. 644.

[365] PRAM0051019 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 132**

**App. 138**

**CONFIDENTIAL**

which then adopts the Company's 2.5% inflation rate thereafter (*i.e.,* the same price plan used within my Step 1 analysis.)

256.    To develop an appropriate discount rate to properly assess the fair value of future cash flows, I considered relevant GAAP, including the SEC Regulation S-X Rule 4-10 and ASC 932 (Extractive Activities – Oil and Gas) and related guidance. I also considered Exxon's own practices and applied discount rates.

257.    Guidance establishes that discount rates applied in connection with the successful efforts method of accounting are typically based on the risk adjusted weighted average cost of capital, or WACC, when determining the fair value of relevant asset groups at issue.[366] WACC is the rate of return that a business must earn to induce a capital provider to invest equity or debt, and commensurate with related risk.

258.    In this regard, Exxon used a discount rate ranging from 5.5% to 8% when it conducted its Step 2 PP&E impairment analysis during 2016, which, although low, is arguably within a reasonable range as of December 31, 2015.[367] I have applied the Company's lowest assumed discount rate used by Exxon of 5.5% for purposes of determining fair value of Exxon's relevant asset groupings. Notably, given the negative undiscounted cash flows evident in Step 1, the discount rate is of less relevance to Step 2 and has minimal impact on the analysis (*i.e.* less than $2 million).[368]

---

[366] *See, e.g.,* PRAM0051019 at p. 90; Petroleum Accounting, 7th ed., PRAM0094474 at 5057 ("The discount rate, also called the weighted average cost of capital (WACC), is the rate of return that a business, asset, or project must earn for a provider of capital (either debt, equity, or both) to invest. Risk is also an important element in investment decision making. The return expected by a debt investor is an interest rate that recognizes the risk of the business, asset, or project. Expected dividend payments, as well as the expected gains in share price, both expressed in percentage terms, are considered by equity investors.").

[367] Exxon 2016 Form 10-K, p. 79. See also EMC_RAM 000000080 at 0270. Note: The lower discount rate was asserted as being based on a scenario where private equity is the buyer. I have considered the following additional information to support my use of 5.5%: Deloitte Overview of business valuation parameters in the energy industry, Editions n.2 -2015 and n.3 – 2017, which references worldwide oil and gas WACCs of between 7.9% - 10.4% indicative that my use of Exxon's 5.5% was conservative.

[368] Only Raton reflects positive cash flows in my Step 1 analysis (see Schedules 1.6 through 1.9). Step 1 undiscounted cash flows for Raton reflect cash flows of approximately $11 million. Step 2 cash flows reflect a fair value of $10 million after discount (see Schedule 2).

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 133**

**App. 139**

**CONFIDENTIAL**

b) <u>Numerous Exxon Asset Groups Had a Fair Value Less Than Its Book Value as of December 31, 2015 and Were Impaired</u>

259.    As illustrated in the table below, applying the assumptions set for the above, had Exxon properly performed an appropriate Step 2 fair value assessment it would have been evident that the Company's XTO assets were materially overstated, in excess of their fair value in the Company's financial statements in its 2015 Form 10-K by approximately $3.4 billion pre-tax.[369]

| ASC 360 Step 2 Impairment Analysis (*in millions*) | | | |
|---|---|---|---|
| **Play** | **Book Value** | **Calculated Fair Value** | **Impairment Required** |
| Uintah | $1,881 | $0 | ($1,881) |
| Raton | $866 | $10 | ($856) |
| San Juan | $621 | $0 | ($621) |
| | | Total Impairment | **($3,358)** |

260.    Based on the above analyses, Exxon was required, but failed, to properly write down approximately $3.4 billion of XTO's impaired assets. As a result, and as further discussed below. Exxon materially overstated its reported PP&E and operating results as of and for the year ended December 31, 2015.

4. **Exxon's $3.4 Billion Impairment Misstatement Was Material to the Company's 2015 Under GAAP**

261.    Exxon's failure to properly impair its XTO assets and corresponding misstatements were material to the Company's financial statements as of and for the year ended December 31, 2015. In this regard, Exxon's misstatements were material from an accounting perspective based on quantitative and qualitative factors that make it probable that the judgment of a

---

[369] See Schedule 2. Note that while I have used the available book value Exxon included in its 2015 asset recoverability test, it is uncertain whether these amounts reflect the book value as of 12/31/2015. At the time of write off in 2016, Uintah, Raton and San Juan net book value appears to be $1.705B, $0.825B, and $0.525B, respectively. Using these book values would result in a $3.0 billion write off and would still reflect a material misstatement to the Company's 2015 financial statements for the reasons described beginning at paragraph 261 [EMC_RAM 000000080 at 0313].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 134**

**App. 140**

**CONFIDENTIAL**

reasonable person relying on the information would have been changed or influenced by the misstatements.

262. In this regard, I have considered both quantitative and qualitative factors, considering the total mix of information available. Quantitatively, Exxon's understatement of impairment losses and overstatement of net assets of $3.4 billion exceeded well-established accounting-related SEC, other quantitative materiality benchmarks, and "rules of thumb" noted above in paragraph 65 (*e.g.*, 5% of pre-tax income).

263. For example, Exxon's understated impairment loss of $3.4 billion approximated 15% of the Company's reported income before taxes (*i.e.*, $3.356 billion/$21.966 billion reported 2015 income before taxes).[370] Indeed, the 5% quantitative materiality benchmark appears to mirror PwC's own determination of "overall materiality." In this regard, using preliminary estimates of income, PwC established overall materiality equal to $2.0 billion, well below the unrecorded impairment loss as of December 31, 2015.[371]

264. In addition to these quantitative considerations, qualitative factors further support the materiality of Exxon's impairment related misstatement. In this regard ASC 250-10-S99 recognizes that the following factors may well render material a quantitatively small misstatement of a financial statement item:

   a. *Whether the misstatement concerns a segment or other portion of the registrant's business that has been identified as playing a significant role in the registrant's operations or profitability* – XTO's impairment loss directly affected the Company's Upstream segment. This segment was one of only three reported business segments by Exxon. As noted above in paragraph 21, Exxon's Upstream operations generated the majority (*i.e.*, approximately 85% and 82%) of the Company's total reported after tax earnings during each of the years ended December 31, 2014. During 2015, Upstream segment after tax earnings represented approximately 44% of the

---

[370] Calculated using Exxon 2015 Form 10-K, p. 63.

[371] *See, e.g.,* PRAM0232100, PRAM0712414 and PRAM0712415.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 135**

**CONFIDENTIAL**

Company's total reporting earnings.[372] Exxon's misstatement approximated 31% of the Company's 2015 pre-tax Upstream earnings.[373]

b. *Whether the misstatement hides a failure to meet analysts' consensus expectations for the enterprise*— The Company exceeded analyst consensus EPS guidance of $3.77 per share, reporting FY2015 earnings of $3.85 per share. Had Exxon appropriately reported impairment losses of $3.358 billion during 2015, the Company's EPS for the year would have been approximately $3.33 per share (assuming a 35% tax rate), missing consensus estimates.[374]

265. While I have considered other qualitative factors listed at ASC 250-10-S99, none cause me to change my opinion that Exxon's misstated impairment loss, related overstated earnings, and related overstated asset values was material as of and for the year ended December 31, 2015.

D. Paul Regan, CPA/CFF

---

[372] Calculated using Exxon 2015 Form 10-K, pp. 44, 94 ($7,101 million/$16,150 million).

[373] Calculated using Exxon 2015 Form 10-K, pp. 44, 94 ($3,358 million/($7,101 million post tax Upstream earnings + 3,824 million Upstream income tax or $10.925 million) = 31% ).

[374] Agreed to or calculated using Exxon Form 8-K, February 2, 2016 (($16.150B net income attributable to Exxon Mobil (U.S. GAAP) – ($3.358B x (1-35% tax))/4,196 millions of common shares outstanding = $3.33); S&P FY 2015 Earnings Transcript.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 136**

**App. 142**

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 147 of 512    PageID 7454

**Schedule 1.1: Uintah Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.22 | $2.47 | $2.56 | $2.67 | $2.80 | $2.87 | $2.95 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.42 | $3.50 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.27 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.70 | $42.57 | $52.86 | $63.80 | $73.82 | $80.76 | $87.26 | $93.44 | $99.60 | $105.03 | $110.54 | $114.73 | $117.45 | $120.38 | $123.89 | $117.44 | $130.16 | $215.37 | $307.23 | $386.41 | $430.63 | $462.24 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.46 | $5.40 | $6.94 | $8.37 | $9.69 | $10.60 | $11.45 | $12.26 | $13.07 | $13.78 | $14.50 | $15.05 | $15.41 | $15.80 | $16.26 | $15.41 | $17.08 | $28.26 | $40.32 | $50.71 | $56.51 | $60.66 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $31.12 | $50.28 | $65.36 | $81.71 | $100.40 | $109.91 | $118.73 | $127.19 | $135.66 | $143.08 | $150.60 | $156.32 | $160.03 | $164.05 | $168.83 | $159.86 | $164.39 | $202.42 | $288.20 | $362.09 | $403.41 | $432.87 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($66.48) | ($79.09) | ($61.81) | ($50.06) | ($38.79) | ($34.53) | ($30.57) | ($27.81) | ($25.38) | ($21.66) | ($19.61) | ($18.20) | ($17.52) | ($16.70) | ($16.84) | ($412.10) | ($576.24) | ($732.54) | ($508.33) | ($456.60) | ($270.44) | $279.09 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($66.48) | ($145.58) | ($207.39) | ($257.44) | ($296.24) | ($330.77) | ($361.34) | ($389.15) | ($414.53) | ($436.19) | ($455.80) | ($474.01) | ($491.52) | ($508.23) | ($525.07) | ($937.16) | ($1,513.40) | ($2,245.94) | ($2,754.27) | ($3,210.88) | ($3,481.32) | ($3,202.23) |

Notes and Sources

[1]  NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

| Schedule 1.1: Uintah Step 1 Analysis Summary NYMEX 5-Year Futures | |
| --- | --- |
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.98 | $5.10 | $5.23 | $5.36 | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.37 | $4.48 | $4.59 | $4.71 | $4.83 | $4.95 | $5.07 | $5.20 | $5.33 | $5.46 | $5.60 | $5.74 | $5.88 | $6.03 | $6.18 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $437.41 | $360.26 | $318.39 | $290.71 | $269.99 | $252.58 | $238.89 | $226.25 | $216.33 | $207.50 | $199.68 | $191.19 | $183.64 | $176.47 | $170.10 | $163.14 | $156.95 | $151.05 | $145.62 | $139.41 | $133.57 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $57.40 | $47.27 | $41.78 | $38.15 | $35.43 | $33.14 | $31.35 | $29.69 | $28.39 | $27.23 | $26.20 | $25.09 | $24.10 | $23.16 | $22.32 | $21.41 | $20.60 | $19.82 | $19.11 | $18.29 | $17.53 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $409.71 | $337.72 | $298.69 | $273.43 | $254.38 | $238.28 | $225.53 | $213.65 | $204.24 | $195.82 | $188.35 | $180.26 | $173.05 | $166.20 | $160.12 | $153.47 | $147.56 | $141.93 | $136.75 | $130.86 | $125.33 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $262.41 | $211.29 | $183.29 | $165.07 | $151.11 | $139.16 | $129.51 | $120.42 | $113.02 | $106.29 | $100.21 | $93.65 | $87.69 | $81.96 | $76.75 | $71.10 | $65.95 | $60.97 | $56.28 | $51.07 | $46.08 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,939.81) | ($2,728.52) | ($2,545.23) | ($2,380.16) | ($2,229.05) | ($2,089.90) | ($1,960.39) | ($1,839.97) | ($1,726.95) | ($1,620.66) | ($1,520.45) | ($1,426.80) | ($1,339.11) | ($1,257.15) | ($1,180.40) | ($1,109.30) | ($1,043.35) | ($982.39) | ($926.10) | ($875.03) | ($828.96) |

<u>Notes and Sources</u>

[1]  NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 149 of 512    PageID 7456

**Schedule 1.1: Uintah Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.36 | $8.57 | $8.79 | $9.01 | $9.23 | $9.46 | $9.70 | $9.94 | $10.19 | $10.44 | $10.71 | $10.97 | $11.25 | $11.53 | $11.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.34 | $7.53 | $7.71 | $7.91 | $8.11 | $8.31 | $8.52 | $8.73 | $8.95 | $9.17 | $9.40 | $9.63 | $9.88 | $10.12 | $10.38 |
| NGL ($/bbl) | [2] | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $127.75 | $122.29 | $116.25 | $110.82 | $105.64 | $100.97 | $95.99 | $91.51 | $87.23 | $83.38 | $79.26 | $75.56 | $72.02 | $68.84 | $65.45 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $16.76 | $16.05 | $15.25 | $14.54 | $13.86 | $13.25 | $12.60 | $12.01 | $11.45 | $10.94 | $10.40 | $9.91 | $9.45 | $9.03 | $8.59 |
| MSO Income | [2] | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $119.85 | $114.72 | $109.05 | $103.95 | $99.10 | $94.72 | $90.05 | $85.84 | $81.82 | $78.22 | $74.36 | $70.88 | $67.56 | $64.58 | $61.40 |
| *Less:* | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $41.09 | $36.33 | $31.16 | $26.36 | $21.69 | $17.34 | $12.74 | $8.44 | $4.25 | $0.31 | ($3.86) | ($7.77) | ($11.62) | ($15.26) | ($19.09) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($787.86) | ($751.53) | ($720.37) | ($694.01) | ($672.32) | ($654.98) | ($642.23) | ($633.79) | ($629.54) | ($629.24) | ($633.09) | ($640.87) | ($652.49) | ($667.75) | ($686.84) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 150 of 512    PageID 7457

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $11,232 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through 2071 | $1,258 |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 | $5.76 | $5.91 | $6.05 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.17 | $2.30 | $2.51 | $2.90 | $3.30 | $3.39 | $3.48 | $3.57 | $3.66 | $3.75 | $3.85 | $3.95 | $4.05 | $4.15 | $4.26 | $4.36 | $4.47 | $4.58 | $4.70 | $4.82 | $4.94 | $5.06 | $5.19 | $5.32 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 | $44.30 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 | $105.66 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 | 80.39 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 | 10.55 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 | 0.18 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 | 0.18 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.00 | $39.64 | $51.82 | $69.24 | $87.03 | $95.28 | $103.00 | $110.37 | $117.73 | $124.22 | $130.81 | $135.86 | $139.17 | $142.73 | $146.98 | $139.34 | $154.42 | $255.51 | $364.50 | $458.44 | $510.90 | $548.41 | $518.95 | $427.42 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 | $18.70 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.37 | $5.03 | $6.80 | $9.09 | $11.42 | $12.50 | $13.52 | $14.48 | $15.45 | $16.30 | $17.17 | $17.83 | $18.26 | $18.73 | $19.29 | $18.28 | $20.26 | $33.53 | $47.83 | $60.16 | $67.04 | $71.96 | $68.10 | $56.09 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 | $42.11 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) | ($130.63) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $30.33 | $46.98 | $64.18 | $87.86 | $115.35 | $126.33 | $136.54 | $146.35 | $156.16 | $164.78 | $173.53 | $180.23 | $184.60 | $189.34 | $194.95 | $184.63 | $191.84 | $247.83 | $352.99 | $443.58 | $494.21 | $530.34 | $501.95 | $413.69 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) | ($126.43) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($67.27) | ($82.40) | ($62.99) | ($43.90) | ($23.84) | ($18.11) | ($12.75) | ($8.65) | ($4.88) | $0.05 | $3.33 | $5.70 | $7.05 | $8.58 | $9.29 | ($387.33) | ($548.79) | ($687.12) | ($443.55) | ($375.12) | ($179.63) | $376.56 | $354.65 | $287.26 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($67.27) | ($149.67) | ($212.66) | ($256.56) | ($280.41) | ($298.52) | ($311.27) | ($319.92) | ($324.80) | ($324.76) | ($321.43) | ($315.73) | ($308.68) | ($300.10) | ($290.81) | ($678.14) | ($1,226.94) | ($1,914.06) | ($2,357.61) | ($2,732.73) | ($2,912.36) | ($2,535.80) | ($2,181.15) | ($1,893.89) |

**Notes and Sources**

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 151 of 512    PageID 7458

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $11,232 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through 2071 | $1,258 |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 | $10.42 | $10.68 | $10.95 | $11.23 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.45 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.32 | $6.48 | $6.64 | $6.81 | $6.98 | $7.15 | $7.33 | $7.51 | $7.70 | $7.89 | $8.09 | $8.29 | $8.50 | $8.71 | $8.93 | $9.15 | $9.38 | $9.62 | $9.86 |
| NGL ($/bbl) | [2] | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 |
| C&C ($/bbl) | [2] | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 |
| Fuel - GCF | [2] | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 |
| *Liquids - MBBL* | [2] | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $377.74 | $344.90 | $320.32 | $299.66 | $283.43 | $268.43 | $256.66 | $246.18 | $236.90 | $226.83 | $217.88 | $209.36 | $201.81 | $193.55 | $186.21 | $179.21 | $172.77 | $165.40 | $158.47 | $151.56 | $145.09 | $137.92 | $131.48 | $125.33 | $119.80 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $49.57 | $45.26 | $42.03 | $39.32 | $37.19 | $35.22 | $33.68 | $32.30 | $31.09 | $29.76 | $28.59 | $27.47 | $26.48 | $25.40 | $24.43 | $23.52 | $22.67 | $21.70 | $20.79 | $19.89 | $19.04 | $18.10 | $17.25 | $16.45 | $15.72 |
| MSO Income | [2] | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 |
| Processing & Transportation | [2] | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $365.82 | $334.73 | $311.31 | $291.54 | $275.91 | $261.36 | $249.86 | $239.57 | $230.46 | $220.57 | $211.78 | $203.41 | $195.99 | $187.87 | $180.66 | $173.78 | $167.46 | $160.26 | $153.50 | $146.79 | $140.50 | $133.57 | $127.32 | $121.37 | $116.01 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $250.43 | $226.37 | $208.04 | $192.42 | $179.89 | $168.13 | $158.64 | $150.05 | $142.32 | $133.97 | $126.42 | $119.17 | $112.62 | $105.50 | $99.05 | $92.82 | $86.99 | $80.46 | $74.24 | $68.03 | $62.12 | $55.67 | $49.73 | $43.97 | $38.64 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,643.45) | ($1,417.08) | ($1,209.04) | ($1,016.63) | ($836.74) | ($668.61) | ($509.97) | ($359.93) | ($217.61) | ($83.64) | $42.77 | $161.94 | $274.56 | $380.06 | $479.10 | $571.92 | $658.92 | $739.38 | $813.63 | $881.66 | $943.78 | $999.45 | $1,049.18 | $1,093.15 | $1,131.78 |

**Notes and Sources**

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 152 of 512    PageID 7459

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $11,232 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through 2071 | $1,258 |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | |
| Gas ($/kcf) | [1] | $11.51 | $11.79 | $12.09 | $12.39 | $12.70 | $13.02 | $13.34 | $13.68 | $14.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $10.10 | $10.36 | $10.61 | $10.88 | $11.15 | $11.43 | $11.72 | $12.01 | $12.31 |
| NGL ($/bbl) | [2] | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | |
| Gas Revenue | [C-2] | $113.88 | $108.57 | $103.49 | $98.92 | $94.04 | $89.64 | $85.45 | $81.68 | $77.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | |
| CIFO | [C-2] | $14.95 | $14.25 | $13.58 | $12.98 | $12.34 | $11.76 | $11.21 | $10.72 | $10.19 |
| MSO Income | [2] | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | |
| Revenue | [C-3] | $110.29 | $105.14 | $100.22 | $95.80 | $91.07 | $86.81 | $82.75 | $79.10 | $75.20 |
| *Less:* | | | | | | | | | | |
| Cash Opex | [3] | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $32.98 | $27.74 | $22.64 | $17.89 | $12.86 | $8.16 | $3.57 | ($0.74) | ($5.29) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $1,164.77 | $1,192.51 | $1,215.15 | $1,233.04 | $1,245.89 | $1,254.05 | $1,257.62 | $1,256.88 | $1,251.59 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 148**

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 153 of 512    PageID 7460

**Schedule 1.3: Uintah Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.76 | $1.86 | $2.04 | $2.35 | $2.68 | $2.75 | $2.82 | $2.89 | $2.97 | $3.04 | $3.12 | $3.20 | $3.28 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.01 | $4.11 | $4.21 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| Liquids - MBBL | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $21.91 | $32.17 | $42.05 | $56.18 | $70.62 | $77.31 | $83.58 | $89.55 | $95.52 | $100.79 | $106.14 | $110.23 | $112.93 | $115.81 | $119.26 | $113.06 | $125.30 | $207.33 | $295.76 | $371.98 | $414.55 | $444.98 | $421.08 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.73 | $4.08 | $5.52 | $7.37 | $9.27 | $10.14 | $10.97 | $11.75 | $12.53 | $13.23 | $13.93 | $14.46 | $14.82 | $15.20 | $15.65 | $14.84 | $16.44 | $27.21 | $38.81 | $48.81 | $54.40 | $58.39 | $55.26 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.60 | $38.55 | $53.13 | $73.09 | $96.78 | $106.00 | $114.57 | $122.80 | $131.04 | $138.28 | $145.63 | $151.24 | $154.91 | $158.89 | $163.59 | $154.90 | $158.89 | $193.32 | $275.23 | $345.77 | $385.22 | $413.34 | $391.23 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($73.00) | ($90.82) | ($74.05) | ($58.68) | ($42.41) | ($38.44) | ($34.73) | ($32.20) | ($30.00) | ($26.45) | ($24.58) | ($23.29) | ($22.64) | ($21.87) | ($22.07) | ($417.06) | ($581.74) | ($741.64) | ($521.31) | ($472.92) | ($288.63) | $259.56 | $243.94 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($73.00) | ($163.82) | ($237.87) | ($296.54) | ($338.96) | ($377.39) | ($412.12) | ($444.32) | ($474.32) | ($500.77) | ($525.35) | ($548.64) | ($571.28) | ($593.15) | ($615.22) | ($1,032.28) | ($1,614.02) | ($2,355.66) | ($2,876.97) | ($3,349.89) | ($3,638.52) | ($3,378.96) | ($3,135.03) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 154 of 512    PageID 7461

**Schedule 1.3: Uintah Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.31 | $4.42 | $4.53 | $4.65 | $4.76 | $4.88 | $5.00 | $5.13 | $5.26 | $5.39 | $5.52 | $5.66 | $5.80 | $5.95 | $6.10 | $6.25 | $6.40 | $6.56 | $6.73 | $6.90 | $7.07 |
| NGL ($/bbl) | [2] | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $346.81 | $306.50 | $279.86 | $259.91 | $243.15 | $229.97 | $217.80 | $208.25 | $199.75 | $192.22 | $184.05 | $176.79 | $169.88 | $163.75 | $157.05 | $151.09 | $145.41 | $140.18 | $134.21 | $128.58 | $122.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $45.51 | $40.22 | $36.72 | $34.11 | $31.91 | $30.18 | $28.58 | $27.33 | $26.21 | $25.22 | $24.15 | $23.20 | $22.29 | $21.49 | $20.61 | $19.83 | $19.08 | $18.40 | $17.61 | $16.87 | $16.14 |
| MSO Income | [2] | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $322.50 | $285.24 | $261.15 | $242.98 | $227.61 | $215.44 | $204.09 | $195.10 | $187.05 | $179.92 | $172.18 | $165.29 | $158.75 | $152.93 | $146.58 | $140.93 | $135.55 | $130.60 | $124.97 | $119.69 | $114.45 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $196.07 | $169.84 | $152.79 | $139.70 | $128.49 | $119.42 | $110.86 | $103.88 | $97.52 | $91.78 | $85.57 | $79.94 | $74.50 | $69.56 | $64.21 | $59.32 | $54.59 | $50.13 | $45.18 | $40.44 | $35.70 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,938.95) | ($2,769.11) | ($2,616.32) | ($2,476.62) | ($2,348.13) | ($2,228.71) | ($2,117.86) | ($2,013.97) | ($1,916.45) | ($1,824.67) | ($1,739.10) | ($1,659.16) | ($1,584.66) | ($1,515.10) | ($1,450.89) | ($1,391.57) | ($1,336.99) | ($1,286.85) | ($1,241.68) | ($1,201.24) | ($1,165.54) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 155 of 512    PageID 7462

| Schedule 1.3: Uintah Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 | $10.05 | $10.31 | $10.56 | $10.83 | $11.10 | $11.38 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.25 | $7.43 | $7.61 | $7.80 | $8.00 | $8.20 | $8.40 | $8.61 | $8.83 | $9.05 | $9.28 | $9.51 | $9.74 | $9.99 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| | | | | | | | | | | | | | | | |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $111.91 | $106.68 | $101.69 | $97.20 | $92.41 | $88.09 | $83.97 | $80.27 | $76.30 | $72.74 | $69.33 | $66.27 | $63.00 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $15.45 | $14.68 | $14.00 | $13.35 | $12.76 | $12.13 | $11.56 | $11.02 | $10.53 | $10.01 | $9.54 | $9.10 | $8.70 | $8.27 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $109.55 | $104.14 | $99.27 | $94.63 | $90.46 | $85.99 | $81.97 | $78.14 | $74.69 | $71.01 | $67.69 | $64.52 | $61.67 | $58.63 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| Annual Undiscounted Cash Flow | [C-4] | $31.17 | $26.25 | $21.68 | $17.23 | $13.08 | $8.69 | $4.58 | $0.56 | ($3.22) | ($7.20) | ($10.97) | ($14.66) | ($18.17) | ($21.86) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,134.38) | ($1,108.13) | ($1,086.45) | ($1,069.22) | ($1,056.14) | ($1,047.46) | ($1,042.88) | ($1,042.31) | ($1,045.53) | ($1,052.74) | ($1,063.70) | ($1,078.36) | ($1,096.53) | ($1,118.39) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 156 of 512    PageID 7463

**Schedule 1.4: Uintah Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 | $4.50 | $4.61 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.71 | $2.99 | $2.70 | $2.58 | $2.60 | $2.66 | $2.73 | $2.79 | $2.86 | $2.94 | $3.01 | $3.08 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.85 | $3.95 | $4.05 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $33.76 | $51.60 | $55.60 | $61.60 | $68.34 | $74.77 | $80.78 | $86.51 | $92.22 | $97.24 | $102.34 | $106.22 | $108.74 | $111.45 | $114.70 | $108.73 | $120.51 | $199.40 | $284.44 | $357.75 | $398.69 | $427.96 | $404.97 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.21 | $6.55 | $7.29 | $8.08 | $8.97 | $9.81 | $10.60 | $11.35 | $12.10 | $12.76 | $13.43 | $13.94 | $14.27 | $14.63 | $15.05 | $14.27 | $15.81 | $26.16 | $37.33 | $46.94 | $52.32 | $56.16 | $53.14 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $37.93 | $60.45 | $68.45 | $79.22 | $94.20 | $103.13 | $111.41 | $119.35 | $127.30 | $134.26 | $141.32 | $146.70 | $150.17 | $153.96 | $158.43 | $150.01 | $153.47 | $184.35 | $262.43 | $329.67 | $367.28 | $394.09 | $373.01 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($59.67) | ($68.92) | ($58.72) | ($52.54) | ($44.99) | ($41.31) | ($37.89) | ($35.65) | ($33.74) | ($30.47) | ($28.88) | ($27.83) | ($27.37) | ($26.80) | ($27.23) | ($421.95) | ($587.16) | ($750.61) | ($534.11) | ($489.02) | ($306.57) | $240.31 | $225.72 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($59.67) | ($128.59) | ($187.31) | ($239.86) | ($284.84) | ($326.15) | ($364.04) | ($399.69) | ($433.43) | ($463.90) | ($492.79) | ($520.62) | ($547.99) | ($574.79) | ($602.02) | ($1,023.98) | ($1,611.13) | ($2,361.74) | ($2,895.85) | ($3,384.87) | ($3,691.44) | ($3,451.13) | ($3,225.42) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K   Document 229   Filed 02/21/25   Page 157 of 512   PageID 7464

**Schedule 1.4: Uintah Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.69 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.44 | $5.58 | $5.72 | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 |
| NGL ($/bbl) | [2] | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $333.54 | $294.78 | $269.15 | $249.97 | $233.85 | $221.18 | $209.47 | $200.29 | $192.11 | $184.87 | $177.01 | $170.02 | $163.38 | $157.49 | $151.04 | $145.31 | $139.85 | $134.82 | $129.07 | $123.66 | $118.27 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $43.77 | $38.68 | $35.32 | $32.80 | $30.69 | $29.02 | $27.49 | $26.28 | $25.21 | $24.26 | $23.23 | $22.31 | $21.44 | $20.66 | $19.82 | $19.07 | $18.35 | $17.69 | $16.94 | $16.23 | $15.52 |
| MSO Income | [2] | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $307.50 | $271.97 | $249.04 | $231.73 | $217.09 | $205.49 | $194.67 | $186.09 | $178.41 | $171.60 | $164.22 | $157.64 | $151.40 | $145.84 | $139.78 | $134.39 | $129.26 | $124.53 | $119.17 | $114.13 | $109.13 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $181.07 | $156.58 | $140.68 | $128.46 | $117.97 | $109.47 | $101.43 | $94.87 | $88.88 | $83.46 | $77.61 | $72.29 | $67.15 | $62.47 | $57.41 | $52.78 | $48.30 | $44.07 | $39.37 | $34.87 | $30.38 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($3,044.35) | ($2,887.77) | ($2,747.09) | ($2,618.63) | ($2,500.67) | ($2,391.20) | ($2,289.77) | ($2,194.89) | ($2,106.01) | ($2,022.56) | ($1,944.95) | ($1,872.66) | ($1,805.51) | ($1,743.03) | ($1,685.62) | ($1,632.84) | ($1,584.54) | ($1,540.48) | ($1,501.11) | ($1,466.23) | ($1,435.86) |

**Notes and Sources**

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 158 of 512    PageID 7465

| Schedule 1.4: Uintah Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $7.94 | $8.13 | $8.34 | $8.55 | $8.76 | $8.98 | $9.20 | $9.43 | $9.67 | $9.91 | $10.16 | $10.41 | $10.67 | $10.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.97 | $7.14 | $7.32 | $7.50 | $7.69 | $7.88 | $8.08 | $8.28 | $8.49 | $8.70 | $8.92 | $9.14 | $9.37 | $9.61 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $113.22 | $107.63 | $102.60 | $97.80 | $93.48 | $88.87 | $84.72 | $80.76 | $77.20 | $73.38 | $69.96 | $66.68 | $63.74 | $60.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $14.86 | $14.12 | $13.46 | $12.84 | $12.27 | $11.66 | $11.12 | $10.60 | $10.13 | $9.63 | $9.18 | $8.75 | $8.36 | $7.95 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $104.46 | $99.30 | $94.66 | $90.23 | $86.25 | $81.99 | $78.16 | $74.51 | $71.22 | $67.71 | $64.54 | $61.52 | $58.80 | $55.90 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $26.07 | $21.41 | $17.06 | $12.83 | $8.87 | $4.69 | $0.77 | ($3.07) | ($6.69) | ($10.51) | ($14.11) | ($17.66) | ($21.04) | ($24.58) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,409.78) | ($1,388.38) | ($1,371.32) | ($1,358.49) | ($1,349.62) | ($1,344.93) | ($1,344.16) | ($1,347.23) | ($1,353.92) | ($1,364.43) | ($1,378.54) | ($1,396.20) | ($1,417.24) | ($1,441.82) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.5: Uintah Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 | $4.99 | $5.11 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.48 | $2.63 | $2.62 | $2.79 | $2.95 | $3.02 | $3.10 | $3.18 | $3.26 | $3.34 | $3.42 | $3.51 | $3.59 | $3.68 | $3.78 | $3.87 | $3.97 | $4.07 | $4.17 | $4.27 | $4.38 | $4.49 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| Liquids - MBBL | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $30.91 | $45.33 | $54.08 | $66.68 | $77.67 | $84.97 | $91.80 | $98.31 | $104.80 | $110.51 | $116.30 | $120.71 | $123.58 | $126.66 | $130.35 | $123.57 | $136.95 | $226.60 | $323.25 | $406.56 | $453.08 | $486.34 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.86 | $5.75 | $7.10 | $8.75 | $10.19 | $11.15 | $12.05 | $12.90 | $13.75 | $14.50 | $15.26 | $15.84 | $16.22 | $16.62 | $17.10 | $16.22 | $17.97 | $29.73 | $42.42 | $53.35 | $59.45 | $63.82 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $34.73 | $53.39 | $66.74 | $84.96 | $104.75 | $114.67 | $123.87 | $132.70 | $141.53 | $149.27 | $157.12 | $163.09 | $166.96 | $171.15 | $176.13 | $166.79 | $172.07 | $215.12 | $306.32 | $384.88 | $428.80 | $460.13 |
| _Less:_ | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($62.87) | ($75.99) | ($60.43) | ($46.81) | ($34.44) | ($29.77) | ($25.42) | ($22.30) | ($19.51) | ($15.47) | ($13.09) | ($11.44) | ($10.59) | ($9.60) | ($9.53) | ($405.17) | ($568.56) | ($719.84) | ($490.21) | ($433.81) | ($245.04) | $306.35 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($62.87) | ($138.86) | ($199.29) | ($246.10) | ($280.54) | ($310.31) | ($335.73) | ($358.03) | ($377.54) | ($393.00) | ($406.10) | ($417.53) | ($428.13) | ($437.73) | ($447.26) | ($852.43) | ($1,421.00) | ($2,140.84) | ($2,631.05) | ($3,064.86) | ($3,309.91) | ($3,003.56) |

Notes and Sources

[1]  IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.5: Uintah Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 | $8.17 | $8.37 | $8.58 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.60 | $4.71 | $4.83 | $4.95 | $5.08 | $5.20 | $5.33 | $5.47 | $5.60 | $5.74 | $5.89 | $6.04 | $6.19 | $6.34 | $6.50 | $6.66 | $6.83 | $7.00 | $7.17 | $7.35 | $7.54 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $460.22 | $379.04 | $334.99 | $305.87 | $284.07 | $265.75 | $251.35 | $238.05 | $227.61 | $218.32 | $210.09 | $201.16 | $193.22 | $185.67 | $178.97 | $171.64 | $165.13 | $158.93 | $153.21 | $146.68 | $140.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $60.39 | $49.74 | $43.96 | $40.14 | $37.28 | $34.87 | $32.98 | $31.24 | $29.87 | $28.65 | $27.57 | $26.40 | $25.35 | $24.36 | $23.48 | $22.52 | $21.67 | $20.85 | $20.11 | $19.25 | $18.44 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $435.51 | $358.97 | $317.46 | $290.57 | $270.30 | $253.17 | $239.62 | $226.99 | $217.00 | $208.06 | $200.13 | $191.53 | $183.88 | $176.61 | $170.15 | $163.09 | $156.82 | $150.84 | $145.34 | $139.08 | $133.21 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $288.21 | $232.54 | $202.07 | $182.21 | $167.03 | $154.05 | $143.60 | $133.76 | $125.78 | $118.53 | $111.99 | $104.93 | $98.52 | $92.37 | $86.78 | $80.72 | $75.20 | $69.88 | $64.87 | $59.29 | $53.96 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,715.35) | ($2,482.81) | ($2,280.74) | ($2,098.53) | ($1,931.50) | ($1,777.45) | ($1,633.85) | ($1,500.09) | ($1,374.31) | ($1,255.78) | ($1,143.79) | ($1,038.87) | ($940.34) | ($847.98) | ($761.20) | ($680.48) | ($605.28) | ($535.40) | ($470.53) | ($411.24) | ($357.28) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.5: Uintah Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.80 | $9.02 | $9.24 | $9.48 | $9.71 | $9.95 | $10.20 | $10.46 | $10.72 | $10.99 | $11.26 | $11.54 | $11.83 | $12.13 | $12.43 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.73 | $7.92 | $8.12 | $8.32 | $8.53 | $8.74 | $8.96 | $9.18 | $9.41 | $9.65 | $9.89 | $10.14 | $10.39 | $10.65 | $10.92 |
| NGL ($/bbl) | [2] | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $134.41 | $128.67 | $122.31 | $116.60 | $111.14 | $106.24 | $100.99 | $96.28 | $91.77 | $87.73 | $83.40 | $79.50 | $75.78 | $72.43 | $68.86 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $17.64 | $16.88 | $16.05 | $15.30 | $14.59 | $13.94 | $13.25 | $12.63 | $12.04 | $11.51 | $10.94 | $10.43 | $9.94 | $9.50 | $9.04 |
| MSO Income | [2] | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $127.38 | $121.93 | $115.91 | $110.49 | $105.33 | $100.68 | $95.71 | $91.24 | $86.97 | $83.13 | $79.03 | $75.33 | $71.81 | $68.64 | $65.26 |
| *Less:* | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $48.63 | $43.55 | $38.02 | $32.89 | $27.92 | $23.30 | $18.40 | $13.84 | $9.39 | $5.22 | $0.82 | ($3.32) | ($7.37) | ($11.20) | ($15.23) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($308.66) | ($265.11) | ($227.10) | ($194.20) | ($166.28) | ($142.98) | ($124.58) | ($110.74) | ($101.35) | ($96.12) | ($95.30) | ($98.62) | ($105.99) | ($117.19) | ($132.43) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 162 of 512    PageID 7469

**Schedule 1.6: Raton Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.22 | $2.47 | $2.56 | $2.67 | $2.80 | $2.87 | $2.94 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.70 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $35.17 | $34.67 | $32.01 | $30.98 | $30.26 | $28.73 | $27.35 | $26.02 | $24.84 | $23.57 | $22.43 | $21.36 | $20.40 | $19.38 | $18.42 | $39.80 | $105.65 | $149.01 | $181.20 | $205.91 | $226.67 | $245.02 | $263.44 | $276.42 | $287.32 | $307.39 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.53 | $2.49 | $2.30 | $2.23 | $2.18 | $2.08 | $1.98 | $1.89 | $1.80 | $1.71 | $1.63 | $1.56 | $1.49 | $1.42 | $1.35 | $2.94 | $7.82 | $11.03 | $13.42 | $15.26 | $16.79 | $18.16 | $19.52 | $20.49 | $21.29 | $22.78 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $35.89 | $35.43 | $32.69 | $31.54 | $30.74 | $29.08 | $27.60 | $26.11 | $24.85 | $23.47 | $22.21 | $21.11 | $20.12 | $19.07 | $18.00 | $38.21 | $100.77 | $141.97 | $172.48 | $195.90 | $215.59 | $232.90 | $249.72 | $261.87 | $272.06 | $290.89 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) |
| Annual Undiscounted Cash Flow | [C-4] | $3.12 | $3.63 | $2.24 | $1.60 | $0.66 | ($0.40) | ($1.39) | ($2.40) | ($3.32) | ($4.31) | ($5.27) | ($6.18) | ($7.03) | ($7.94) | ($8.87) | ($181.33) | ($136.00) | ($109.94) | ($91.17) | ($77.65) | ($68.48) | ($59.75) | ($45.46) | ($35.02) | ($103.97) | ($97.24) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $3.12 | $6.75 | $9.00 | $10.60 | $11.26 | $10.87 | $9.48 | $7.09 | $3.77 | ($0.55) | ($5.82) | ($12.00) | ($19.03) | ($26.97) | ($35.85) | ($217.17) | ($353.17) | ($463.11) | ($554.28) | ($631.92) | ($700.40) | ($760.15) | ($805.61) | ($840.63) | ($944.60) | ($1,041.85) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461,

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 163 of 512    PageID 7470

**Schedule 1.6: Raton Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.36 | $8.57 | $8.79 | $9.01 | $9.23 | $9.46 | $9.70 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.81 | $6.98 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 |
| Fuel - GCF | [2] | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $305.58 | $298.45 | $271.89 | $256.81 | $237.39 | $197.39 | $172.72 | $154.25 | $140.92 | $130.53 | $121.51 | $112.54 | $104.50 | $97.03 | $90.45 | $83.96 | $78.25 | $73.05 | $68.50 | $64.00 | $60.08 | $56.53 | $53.44 | $50.38 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $22.65 | $22.12 | $20.15 | $19.03 | $17.59 | $14.63 | $12.80 | $11.43 | $10.44 | $9.67 | $9.01 | $8.34 | $7.74 | $7.19 | $6.70 | $6.22 | $5.80 | $5.42 | $5.08 | $4.74 | $4.45 | $4.19 | $3.96 | $3.73 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $289.12 | $282.34 | $257.27 | $243.01 | $224.67 | $186.95 | $163.68 | $146.22 | $133.63 | $123.80 | $115.27 | $106.78 | $99.17 | $92.10 | $85.87 | $79.73 | $74.32 | $69.39 | $65.08 | $60.82 | $57.10 | $53.73 | $50.80 | $47.90 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) |
| Capital Expenditures | [3] | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($106.28) | ($121.76) | ($149.52) | ($171.01) | $148.99 | $119.28 | $100.69 | $86.55 | $76.15 | $67.86 | $60.55 | $53.24 | $46.59 | $40.33 | $34.71 | $29.12 | $24.09 | $19.40 | $15.17 | $10.95 | $7.13 | $3.56 | $0.30 | ($2.96) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,148.13) | ($1,269.89) | ($1,419.42) | ($1,590.42) | ($1,441.43) | ($1,322.16) | ($1,221.47) | ($1,134.92) | ($1,058.77) | ($990.91) | ($930.36) | ($877.13) | ($830.54) | ($790.21) | ($755.50) | ($726.38) | ($702.29) | ($682.89) | ($667.72) | ($656.77) | ($649.64) | ($646.08) | ($645.78) | ($648.74) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461,

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 164 of 512    PageID 7471

| Schedule 1.6: Raton Step 1 Analysis Summary NYMEX 5-Year Futures | | |
|---|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| | |
| Book Value [3] | $866 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|
| **Price** | | | | | |
| Gas ($/kcf) | [1] | $9.94 | $10.19 | $10.44 | $10.71 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.72 | $8.94 | $9.16 | $9.39 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Quantity** | | | | | |
| Gas NAFS - GCF | [2] | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Revenue** | | | | | |
| Gas Revenue | [C-2] | $47.74 | $45.33 | $43.22 | $41.02 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | |
| CIFO | [C-2] | $3.54 | $3.36 | $3.20 | $3.04 |
| MSO Income | [2] | | | | |
| Processing & Transportation | [2] | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | |
| Revenue | [C-3] | $45.38 | $43.10 | $41.09 | $39.01 |
| *Less:* | | | | | |
| Operating Expenses | [3] | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| Annual Undiscounted Cash Flow | [C-4] | ($5.94) | ($8.78) | ($11.41) | ($14.14) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($654.68) | ($663.45) | ($674.87) | ($689.01) |

Notes and Sources

[1]  NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1]  Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461,

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.7: Raton Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 165 of 512    PageID 7472

**Schedule 1.7: Raton Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $6,899 |
| Total Cash OPEX Through 2067 | ($2,635) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through 2067 | $520 |
| | |
| Book Value [3] | $866 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.16 | $2.30 | $2.51 | $2.90 | $3.30 | $3.39 | $3.47 | $3.56 | $3.65 | $3.75 | $3.84 | $3.94 | $4.04 | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $34.28 | $32.28 | $31.38 | $33.62 | $35.68 | $33.89 | $32.29 | $30.73 | $29.36 | $27.88 | $26.54 | $25.29 | $24.18 | $22.98 | $21.86 | $47.22 | $125.35 | $176.79 | $214.98 | $244.30 | $268.93 | $290.69 | $312.55 | $327.94 | $340.88 | $364.69 | $362.54 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.46 | $2.32 | $2.26 | $2.42 | $2.58 | $2.45 | $2.34 | $2.23 | $2.13 | $2.03 | $1.93 | $1.84 | $1.76 | $1.68 | $1.60 | $3.48 | $9.28 | $13.09 | $15.92 | $18.10 | $19.93 | $21.54 | $23.16 | $24.31 | $25.26 | $27.03 | $26.87 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.23) | ($39.11) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $34.94 | $32.87 | $32.02 | $34.37 | $36.55 | $34.62 | $32.89 | $31.17 | $29.69 | $28.09 | $26.63 | $25.33 | $24.17 | $22.94 | $21.69 | $46.18 | $121.93 | $171.80 | $208.76 | $237.13 | $260.97 | $281.96 | $302.47 | $317.21 | $329.59 | $352.43 | $350.30 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) |
| Annual Undiscounted Cash Flow | [C-4] | $2.17 | $1.07 | $1.57 | $4.43 | $6.47 | $5.14 | $3.91 | $2.66 | $1.53 | $0.31 | ($0.86) | ($1.96) | ($2.99) | ($4.08) | ($5.19) | ($173.36) | ($114.85) | ($80.11) | ($54.89) | ($36.42) | ($23.09) | ($10.69) | $7.29 | $20.33 | ($46.45) | ($35.70) | ($45.10) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $2.17 | $3.24 | $4.81 | $9.24 | $15.71 | $20.85 | $24.76 | $27.42 | $28.95 | $29.26 | $28.40 | $26.44 | $23.46 | $19.38 | $14.19 | ($159.17) | ($274.02) | ($354.12) | ($409.01) | ($445.43) | ($468.52) | ($479.21) | ($471.92) | ($451.60) | ($498.04) | ($533.74) | ($578.84) |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.7: Raton Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 166 of 512   PageID 7473

**Schedule 1.7: Raton Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $6,899 |
| Total Cash OPEX Through 2067 | ($2,635) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through 2067 | $520 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 | $10.42 | $10.68 | $10.95 | $11.23 | $11.51 | $11.79 | $12.09 | $12.39 | $12.70 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 | $6.97 | $7.14 | $7.32 | $7.51 | $7.69 | $7.89 | $8.08 | $8.29 | $8.49 | $8.70 | $8.92 | $9.15 | $9.37 | $9.61 | $9.85 | $10.10 | $10.35 | $10.61 | $10.87 | $11.14 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $354.08 | $322.57 | $304.68 | $281.65 | $234.18 | $204.92 | $183.00 | $167.19 | $154.87 | $144.17 | $133.52 | $123.97 | $115.12 | $107.31 | $99.61 | $92.84 | $86.67 | $81.27 | $75.93 | $71.28 | $67.07 | $63.40 | $59.78 | $56.64 | $53.78 | $51.27 | $48.67 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $26.24 | $23.91 | $22.58 | $20.87 | $17.36 | $15.19 | $13.56 | $12.39 | $11.48 | $10.68 | $9.90 | $9.19 | $8.53 | $7.95 | $7.38 | $6.88 | $6.42 | $6.02 | $5.63 | $5.28 | $4.97 | $4.70 | $4.43 | $4.20 | $3.99 | $3.80 | $3.61 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $342.10 | $311.71 | $294.43 | $272.21 | $226.47 | $198.26 | $177.11 | $161.84 | $149.94 | $139.60 | $129.32 | $120.09 | $111.53 | $103.98 | $96.54 | $89.99 | $84.02 | $78.80 | $73.63 | $69.13 | $65.05 | $61.50 | $57.99 | $54.94 | $52.17 | $49.74 | $47.22 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($62.00) | ($95.08) | ($119.59) | 196.52 | 158.80 | 135.27 | 117.44 | 104.36 | 93.99 | 84.88 | 75.77 | 67.51 | 59.76 | 52.82 | 45.93 | 39.76 | 34.03 | 28.89 | 23.76 | 19.16 | 14.88 | 11.00 | 7.13 | 3.62 | 0.30 | (2.76) | (5.93) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($640.84) | ($735.93) | ($855.52) | ($659.00) | ($500.20) | ($364.93) | ($247.49) | ($143.13) | ($49.13) | $35.75 | $111.52 | $179.03 | $238.79 | $291.61 | $337.54 | $377.30 | $411.32 | $440.21 | $463.97 | $483.13 | $498.01 | $509.01 | $516.14 | $519.76 | $520.06 | $517.30 | $511.37 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 167 of 512   PageID 7474

**Schedule 1.8: Raton Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.76 | $1.86 | $2.04 | $2.35 | $2.68 | $2.75 | $2.82 | $2.89 | $2.97 | $3.04 | $3.12 | $3.20 | $3.28 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.00 | $4.10 | $4.21 | $4.31 | $4.42 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.82 | $26.19 | $25.46 | $27.28 | $28.95 | $27.50 | $26.20 | $24.94 | $23.82 | $22.62 | $21.53 | $20.52 | $19.62 | $18.65 | $17.74 | $38.31 | $101.71 | $143.45 | $174.44 | $198.23 | $218.21 | $235.87 | $253.60 | $266.09 | $276.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.00 | $1.88 | $1.83 | $1.97 | $2.09 | $1.99 | $1.90 | $1.81 | $1.73 | $1.65 | $1.57 | $1.50 | $1.43 | $1.36 | $1.30 | $2.83 | $7.53 | $10.62 | $12.92 | $14.69 | $16.17 | $17.48 | $18.80 | $19.72 | $20.50 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $28.01 | $26.34 | $25.67 | $27.57 | $29.33 | $27.76 | $26.36 | $24.95 | $23.76 | $22.45 | $21.26 | $20.21 | $19.28 | $18.29 | $17.26 | $36.62 | $96.54 | $135.99 | $165.21 | $187.64 | $206.50 | $223.07 | $239.16 | $250.78 | $260.54 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | |
| Annual Undiscounted Cash Flow | [C-4] | ($4.76) | ($5.45) | ($4.78) | ($2.36) | ($0.74) | ($1.71) | ($2.62) | ($3.56) | ($4.41) | ($5.33) | ($6.23) | ($7.07) | ($7.88) | ($8.73) | ($9.61) | ($182.92) | ($140.24) | ($115.92) | ($98.43) | ($85.91) | ($77.57) | ($69.58) | ($56.02) | ($46.11) | ($115.50) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($4.76) | ($10.22) | ($14.99) | ($17.36) | ($18.10) | ($19.81) | ($22.43) | ($25.99) | ($30.40) | ($35.73) | ($41.96) | ($49.04) | ($56.91) | ($65.65) | ($75.26) | ($258.18) | ($398.41) | ($514.33) | ($612.76) | ($698.67) | ($776.24) | ($845.82) | ($901.84) | ($947.95) | ($1,063.45) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 168 of 512    PageID 7475

| Schedule 1.8: Raton Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 | $8.25 | $8.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.53 | $4.64 | $4.76 | $4.88 | $5.00 | $5.12 | $5.25 | $5.38 | $5.52 | $5.66 | $5.80 | $5.94 | $6.09 | $6.24 | $6.40 | $6.56 | $6.72 | $6.89 | $7.06 | $7.24 | $7.42 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 |
| Fuel - GCF | [2] | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $295.91 | $294.17 | $287.30 | $261.73 | $247.22 | $228.53 | $190.02 | $166.27 | $148.49 | $135.65 | $125.66 | $116.98 | $108.34 | $100.59 | $93.41 | $87.07 | $80.82 | $75.33 | $70.32 | $65.94 | $61.61 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $21.93 | $21.80 | $21.29 | $19.40 | $18.32 | $16.94 | $14.08 | $12.32 | $11.00 | $10.05 | $9.31 | $8.67 | $8.03 | $7.46 | $6.92 | $6.45 | $5.99 | $5.58 | $5.21 | $4.89 | $4.57 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $278.56 | $276.86 | $270.37 | $246.36 | $232.71 | $215.15 | $179.03 | $156.75 | $140.04 | $127.97 | $118.57 | $110.40 | $102.27 | $94.98 | $88.21 | $82.24 | $76.36 | $71.18 | $66.46 | $62.33 | $58.25 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) |
| Capital Expenditures | [3] | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($109.57) | ($118.54) | ($133.73) | ($160.43) | ($181.31) | $139.47 | $111.36 | $93.76 | $80.37 | $70.49 | $62.62 | $55.67 | $48.72 | $42.39 | $36.44 | $31.08 | $25.76 | $20.95 | $16.47 | $12.42 | $8.38 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,173.02) | ($1,291.56) | ($1,425.30) | ($1,585.72) | ($1,767.03) | ($1,627.56) | ($1,516.20) | ($1,422.45) | ($1,342.08) | ($1,271.58) | ($1,208.96) | ($1,153.29) | ($1,104.56) | ($1,062.17) | ($1,025.73) | ($994.65) | ($968.89) | ($947.94) | ($931.47) | ($919.05) | ($910.67) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 169 of 512    PageID 7476

**Schedule 1.8: Raton Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 | $10.05 | $10.31 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.61 | $7.80 | $7.99 | $8.19 | $8.40 | $8.61 | $8.82 | $9.04 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | |
| Gas NAFS - GCF | [2] | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | |
| Gas Revenue | [C-2] | $57.84 | $54.42 | $51.44 | $48.50 | $45.96 | $43.64 | $41.60 | $39.49 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | |
| CIFO | [C-2] | $4.29 | $4.03 | $3.81 | $3.59 | $3.40 | $3.24 | $3.08 | $2.93 |
| MSO Income | [2] | | | | | | | | |
| Processing & Transportation | [2] | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | |
| Revenue | [C-3] | $54.69 | $51.46 | $48.66 | $45.88 | $43.47 | $41.28 | $39.36 | $37.36 |
| *Less:* | | | | | | | | | |
| Operating Expenses | [3] | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $4.72 | $1.29 | ($1.84) | ($4.98) | ($7.85) | ($10.59) | ($13.15) | ($15.79) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($905.95) | ($904.66) | ($906.50) | ($911.48) | ($919.34) | ($929.93) | ($943.08) | ($958.86) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 170 of 512    PageID 7477

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2019 |
| Total Revenue Through 2019 | $152 |
| Total Cash OPEX Through 2019 | ($125) |
| Total CAPEX Through 2019 | $0 |
| Total Net Cash Flow Through 2019 | $27 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.71 | $2.99 | $2.69 | $2.58 | $2.59 | $2.66 | $2.72 | $2.79 | $2.86 | $2.93 | $3.01 | $3.08 | $3.16 | $3.24 | $3.32 | $3.40 | $3.49 | $3.57 | $3.66 | $3.76 | $3.85 | $3.95 | $4.04 | $4.15 | $4.25 | $4.36 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $42.86 | $42.02 | $33.66 | $29.91 | $28.02 | $26.60 | $25.32 | $24.09 | $23.00 | $21.82 | $20.76 | $19.78 | $18.89 | $17.94 | $17.06 | $36.85 | $97.82 | $137.96 | $167.76 | $190.64 | $209.86 | $226.85 | $243.90 | $255.92 | $266.01 | $284.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.08 | $3.02 | $2.42 | $2.16 | $2.02 | $1.92 | $1.83 | $1.75 | $1.67 | $1.59 | $1.51 | $1.44 | $1.38 | $1.31 | $1.25 | $2.72 | $7.24 | $10.22 | $12.43 | $14.12 | $15.55 | $16.81 | $18.08 | $18.97 | $19.72 | $21.09 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $44.13 | $43.31 | $34.47 | $30.40 | $28.33 | $26.79 | $25.42 | $24.04 | $22.87 | $21.59 | $20.43 | $19.41 | $18.50 | $17.53 | $16.53 | $35.04 | $92.36 | $130.10 | $158.04 | $179.50 | $197.53 | $213.38 | $228.74 | $239.85 | $249.17 | $266.40 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) |
| Annual Undiscounted Cash Flow | [C-4] | $11.37 | $11.51 | $4.02 | $0.46 | ($1.74) | ($2.68) | ($3.56) | ($4.47) | ($5.29) | ($6.19) | ($7.06) | ($7.88) | ($8.66) | ($9.48) | ($10.34) | ($184.50) | ($144.41) | ($121.81) | ($105.60) | ($94.05) | ($86.54) | ($79.27) | ($66.44) | ($57.04) | ($126.86) | ($121.73) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $11.37 | $22.88 | $26.89 | $27.35 | $25.61 | $22.93 | $19.37 | $14.90 | $9.61 | $3.42 | ($3.64) | ($11.52) | ($20.18) | ($29.66) | ($40.00) | ($224.50) | ($368.91) | ($490.72) | ($596.32) | ($690.37) | ($776.90) | ($856.17) | ($922.62) | ($979.66) | ($1,106.52) | ($1,228.25) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2019 |
| Total Revenue Through 2019 | $152 |
| Total Cash OPEX Through 2019 | ($125) |
| Total CAPEX Through 2019 | $0 |
| Total Net Cash Flow Through 2019 | $27 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 | $7.94 | $8.13 | $8.34 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.46 | $4.58 | $4.69 | $4.81 | $4.93 | $5.05 | $5.18 | $5.31 | $5.44 | $5.58 | $5.71 | $5.86 | $6.00 | $6.15 | $6.31 | $6.47 | $6.63 | $6.79 | $6.96 | $7.14 | $7.32 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 |
| Fuel - GCF | [2] | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $282.91 | $276.31 | $251.72 | $237.76 | $219.79 | $182.75 | $159.91 | $142.81 | $130.47 | $120.85 | $112.50 | $104.20 | $96.75 | $89.83 | $83.74 | $77.73 | $72.45 | $67.63 | $63.42 | $59.25 | $55.63 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.97 | $20.48 | $18.66 | $17.62 | $16.29 | $13.54 | $11.85 | $10.58 | $9.67 | $8.96 | $8.34 | $7.72 | $7.17 | $6.66 | $6.21 | $5.76 | $5.37 | $5.01 | $4.70 | $4.39 | $4.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $264.77 | $258.56 | $235.61 | $222.55 | $205.76 | $171.22 | $149.92 | $133.94 | $122.40 | $113.41 | $105.59 | $97.82 | $90.84 | $84.37 | $78.66 | $73.04 | $68.09 | $63.57 | $59.62 | $55.72 | $52.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) |
| Capital Expenditures | [3] | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($130.63) | ($145.54) | ($171.18) | ($191.46) | $130.08 | $103.55 | $86.93 | $74.27 | $64.92 | $57.46 | $50.87 | $44.27 | $38.26 | $32.61 | $27.50 | $22.43 | $17.85 | $13.58 | $9.71 | $5.85 | $2.34 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,358.88) | ($1,504.41) | ($1,675.59) | ($1,867.06) | ($1,736.98) | ($1,633.43) | ($1,546.50) | ($1,472.23) | ($1,407.31) | ($1,349.85) | ($1,298.99) | ($1,254.71) | ($1,216.45) | ($1,183.85) | ($1,156.35) | ($1,133.91) | ($1,116.06) | ($1,102.48) | ($1,092.76) | ($1,086.92) | ($1,084.57) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024

**App. 167**

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 172 of 512    PageID 7479

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2019 | |
| Total Revenue Through 2019 | $152 | |
| Total Cash OPEX Through 2019 | ($125) | |
| Total CAPEX Through 2019 | $0 | |
| Total Net Cash Flow Through 2019 | $27 | |
| | | |
| Book Value [3] | $866 | |
| | | |
| Step 1 Impairment Indicator? | Yes | |

| | Notes | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | |
| Gas ($/kcf) | [1] | $8.55 | $8.76 | $8.98 | $9.20 | $9.43 | $9.67 | $9.91 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.50 | $7.69 | $7.88 | $8.07 | $8.28 | $8.48 | $8.70 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| **Quantity** | | | | | | | | |
| Gas NAFS - GCF | [2] | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | |
| **Revenue** | | | | | | | | |
| Gas Revenue | [C-2] | $52.34 | $49.48 | $46.65 | $44.20 | $41.97 | $40.01 | $37.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | |
| CIFO | [C-2] | $3.88 | $3.67 | $3.46 | $3.27 | $3.11 | $2.97 | $2.82 |
| MSO Income | [2] | | | | | | | |
| Processing & Transportation | [2] | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | |
| Revenue | [C-3] | $49.23 | $46.54 | $43.88 | $41.58 | $39.49 | $37.65 | $35.74 |
| *Less:* | | | | | | | | |
| Operating Expenses | [3] | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | |
| Annual Undiscounted Cash Flow | [C-4] | ($0.94) | ($3.96) | ($6.97) | ($9.74) | ($12.39) | ($14.86) | ($17.41) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,085.52) | ($1,089.47) | ($1,096.44) | ($1,106.19) | ($1,118.57) | ($1,133.43) | ($1,150.84) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 1.10: Raton Step 1 Analysis Summary IHS 5-Year Forecast | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.48 | $2.62 | $2.62 | $2.79 | $2.95 | $3.02 | $3.10 | $3.17 | $3.25 | $3.33 | $3.42 | $3.50 | $3.59 | $3.68 | $3.77 | $3.87 | $3.96 | $4.06 | $4.16 | $4.27 | $4.37 | $4.48 | $4.60 | $4.71 | $4.83 | $4.95 | $5.07 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $39.25 | $36.92 | $32.74 | $32.37 | $31.84 | $30.22 | $28.78 | $27.38 | $26.13 | $24.80 | $23.59 | $22.47 | $21.47 | $20.39 | $19.39 | $41.87 | $111.16 | $156.78 | $190.65 | $216.65 | $238.49 | $257.79 | $277.17 | $290.83 | $302.30 | $323.41 | $321.51 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.82 | $2.66 | $2.36 | $2.33 | $2.30 | $2.19 | $2.08 | $1.99 | $1.90 | $1.80 | $1.72 | $1.64 | $1.57 | $1.49 | $1.42 | $3.09 | $8.23 | $11.61 | $14.12 | $16.05 | $17.67 | $19.11 | $20.54 | $21.55 | $22.41 | $23.97 | $23.83 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $40.26 | $37.83 | $33.48 | $33.04 | $32.43 | $30.68 | $29.12 | $27.57 | $26.24 | $24.79 | $23.47 | $22.30 | $21.26 | $20.16 | $19.03 | $40.44 | $106.69 | $150.31 | $182.63 | $207.43 | $228.28 | $246.62 | $264.47 | $277.35 | $288.15 | $308.10 | $306.23 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) |
| Annual Undiscounted Cash Flow | [C-4] | $7.49 | $6.04 | $3.03 | $3.10 | $2.36 | $1.21 | $0.14 | ($0.94) | ($1.93) | ($3.00) | ($4.02) | ($4.98) | ($5.89) | ($6.86) | ($7.84) | ($179.10) | ($130.08) | ($101.60) | ($81.02) | ($66.12) | ($55.79) | ($46.03) | ($30.70) | ($19.54) | ($87.89) | ($80.03) | ($89.17) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $7.49 | $13.53 | $16.57 | $19.66 | $22.02 | $23.23 | $23.37 | $22.43 | $20.50 | $17.50 | $13.49 | $8.50 | $2.61 | ($4.25) | ($12.09) | ($191.19) | ($321.27) | ($422.87) | ($503.89) | ($570.00) | ($625.79) | ($671.82) | ($702.52) | ($722.06) | ($809.95) | ($889.98) | ($979.15) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.10: Raton Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 | $8.17 | $8.37 | $8.58 | $8.80 | $9.02 | $9.24 | $9.48 | $9.71 | $9.95 | $10.20 | $10.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.20 | $5.33 | $5.46 | $5.60 | $5.74 | $5.88 | $6.03 | $6.18 | $6.34 | $6.49 | $6.66 | $6.82 | $6.99 | $7.17 | $7.35 | $7.53 | $7.72 | $7.91 | $8.11 | $8.31 | $8.52 | $8.73 | $8.95 | $9.18 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 |
| Fuel - GCF | [2] | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $314.01 | $286.06 | $270.20 | $249.77 | $207.68 | $181.73 | $162.29 | $148.26 | $137.34 | $127.85 | $118.41 | $109.94 | $102.09 | $95.16 | $88.34 | $82.33 | $76.86 | $72.07 | $67.34 | $63.22 | $59.48 | $56.23 | $53.01 | $50.23 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $23.27 | $21.20 | $20.03 | $18.51 | $15.39 | $13.47 | $12.03 | $10.99 | $10.18 | $9.47 | $8.78 | $8.15 | $7.57 | $7.05 | $6.55 | $6.10 | $5.70 | $5.34 | $4.99 | $4.69 | $4.41 | $4.17 | $3.93 | $3.72 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $299.05 | $272.49 | $257.39 | $237.97 | $198.00 | $173.35 | $154.86 | $141.52 | $131.11 | $122.08 | $113.08 | $105.02 | $97.54 | $90.93 | $84.43 | $78.70 | $73.48 | $68.92 | $64.40 | $60.47 | $56.90 | $53.79 | $50.72 | $48.06 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) |
| Capital Expenditures | [3] | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($105.05) | ($134.30) | ($156.63) | 162.28 | 130.33 | 110.36 | 95.19 | 84.04 | 75.17 | 67.35 | 59.54 | 52.44 | 45.77 | 39.77 | 33.82 | 28.47 | 23.49 | 19.01 | 14.53 | 10.50 | 6.72 | 3.29 | (0.14) | (3.27) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,084.20) | ($1,218.50) | ($1,375.13) | ($1,212.84) | ($1,082.51) | ($972.15) | ($876.96) | ($792.93) | ($717.76) | ($650.41) | ($590.87) | ($538.43) | ($492.66) | ($452.89) | ($419.06) | ($390.59) | ($367.10) | ($348.10) | ($333.57) | ($323.07) | ($316.35) | ($313.06) | ($313.19) | ($316.46) |

**Notes and Sources**

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 1.10: Raton Step 1 Analysis Summary IHS 5-Year Forecast | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2067 | 2068 | 2069 |
|---|---|---|---|---|
| **Price** | | | | |
| Gas ($/kcf) | [1] | $10.72 | $10.99 | $11.26 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $9.41 | $9.64 | $9.88 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | |
| Gas NAFS - GCF | [2] | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | |
| Gas Revenue | [C-2] | $47.69 | $45.47 | $43.16 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | |
| CIFO | [C-2] | $3.54 | $3.37 | $3.20 |
| MSO Income | [2] | | | |
| Processing & Transportation | [2] | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | |
| Revenue | [C-3] | $45.63 | $43.51 | $41.30 |
| *Less:* | | | | |
| Operating Expenses | [3] | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($6.24) | ($8.99) | ($11.84) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($322.69) | ($331.69) | ($343.53) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.11: San Juan Step 1 Analysis with NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 176 of 512    PageID 7483

**Schedule 1.11: San Juan Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2052 | |
| Total Revenue Through 2052 | $3,082 | |
| Total Cash OPEX Through 2052 | ($2,392) | |
| Total CAPEX Through 2052 | ($662) | |
| Total Net Cash Flow Through 2052 | $27 | |
| Book Value [3] | $621 | |
| Step 1 Impairment Indicator? | Yes | |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.33 | $2.59 | $2.69 | $2.80 | $2.94 | $3.01 | $3.09 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.85 | $3.95 | $4.05 | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $100.20 | $121.06 | $126.35 | $129.38 | $134.73 | $137.49 | $141.24 | $144.54 | $146.34 | $145.69 | $148.29 | $150.62 | $152.78 | $153.02 | $153.33 | $149.93 | $137.54 | $123.76 | $111.42 | $100.52 | $64.66 | $55.50 | $48.92 | $43.10 | $38.12 | $33.56 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $8.20 | $9.96 | $10.61 | $11.02 | $11.66 | $12.11 | $12.61 | $13.05 | $13.47 | $13.79 | $14.10 | $14.40 | $14.67 | $14.73 | $14.82 | $14.53 | $13.35 | $12.03 | $10.83 | $9.78 | $8.86 | $8.01 | $7.27 | $6.62 | $6.05 | $5.51 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $93.82 | $114.17 | $120.64 | $125.35 | $134.01 | $136.11 | $138.99 | $141.49 | $143.34 | $143.58 | $145.33 | $146.78 | $148.26 | $147.85 | $147.61 | $144.03 | $127.77 | $115.49 | $104.43 | $94.63 | $59.78 | $52.14 | $46.18 | $40.89 | $36.36 | $32.20 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($35.19) | ($21.05) | ($16.76) | ($14.70) | ($11.93) | ($14.70) | ($16.48) | ($18.93) | ($24.23) | ($29.10) | ($31.68) | ($34.19) | ($36.06) | ($39.11) | ($44.26) | $4.24 | $20.57 | $41.42 | $63.13 | $56.77 | $37.83 | $32.84 | $28.21 | $24.11 | $20.57 | $17.32 |
| Step 1: Cumulative Cash Flow | [C-5] | ($35.19) | ($56.24) | ($72.99) | ($87.69) | ($99.62) | ($114.31) | ($130.79) | ($149.72) | ($173.95) | ($203.05) | ($234.73) | ($268.93) | ($304.99) | ($344.10) | ($388.36) | ($384.12) | ($363.55) | ($322.13) | ($259.00) | ($202.23) | ($164.40) | ($131.55) | ($103.34) | ($79.23) | ($58.66) | ($41.33) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2060), the max

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.11: San Juan Step 1 Analysis with NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 177 of 512    PageID 7484

**Schedule 1.11: San Juan Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $3,082 |
| Total Cash OPEX Through 2052 | ($2,392) |
| Total CAPEX Through 2052 | ($662) |
| Total Net Cash Flow Through 2052 | $27 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.36 | $8.57 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 | $6.97 | $7.14 | $7.32 | $7.51 | $7.69 | $7.89 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $29.71 | $26.38 | $23.57 | $21.03 | $18.90 | $17.08 | $15.56 | $14.18 | $13.05 | $12.09 | $11.32 | $10.61 | $10.05 | $9.58 | $9.15 | $8.71 | $8.30 | $7.91 | $7.56 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.04 | $4.63 | $4.28 | $3.95 | $3.66 | $3.40 | $3.18 | $2.97 | $2.79 | $2.63 | $2.49 | $2.36 | $2.24 | $2.13 | $2.04 | $1.94 | $1.85 | $1.76 | $1.69 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $28.67 | $25.61 | $23.02 | $20.67 | $18.69 | $16.98 | $15.56 | $14.25 | $13.17 | $12.25 | $11.50 | $10.80 | $10.23 | $9.75 | $9.32 | $8.86 | $8.45 | $8.05 | $7.70 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $14.56 | $12.15 | $10.10 | $8.23 | $6.65 | $5.26 | $4.08 | $3.01 | $2.09 | $1.29 | $0.62 | ($0.02) | ($0.56) | ($1.04) | ($1.49) | ($1.97) | ($2.42) | ($2.87) | ($3.30) |
| Step 1: Cumulative Cash Flow | [C-5] | ($26.78) | ($14.62) | ($4.52) | $3.71 | $10.36 | $15.62 | $19.70 | $22.71 | $24.80 | $26.09 | $26.71 | $26.69 | $26.13 | $25.09 | $23.60 | $21.63 | $19.21 | $16.34 | $13.04 |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2060), the max

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 173**

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K   Document 229   Filed 02/21/25   Page 178 of 512   PageID 7485

**Schedule 1.12: San Juan Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through 2057 | $3,694 |
| Total Cash OPEX Through 2057 | ($2,446) |
| Total CAPEX Through 2057 | ($662) |
| Total Net Cash Flow Through 2057 | $585 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.27 | $2.41 | $2.63 | $3.04 | $3.46 | $3.55 | $3.64 | $3.74 | $3.83 | $3.93 | $4.03 | $4.13 | $4.24 | $4.35 | $4.46 | $4.57 | $4.69 | $4.80 | $4.92 | $5.05 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $97.66 | $112.72 | $123.86 | $140.41 | $158.84 | $162.20 | $166.74 | $170.73 | $172.97 | $172.31 | $175.50 | $178.36 | $181.04 | $181.43 | $181.91 | $177.87 | $163.18 | $146.83 | $132.19 | $119.26 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $7.99 | $9.27 | $10.40 | $11.96 | $13.75 | $14.29 | $14.88 | $15.41 | $15.92 | $16.30 | $16.69 | $17.05 | $17.38 | $17.47 | $17.58 | $17.23 | $15.84 | $14.27 | $12.85 | $11.60 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $91.08 | $105.14 | $117.94 | $137.31 | $160.22 | $163.01 | $166.76 | $170.04 | $172.42 | $172.72 | $175.12 | $177.18 | $179.22 | $179.00 | $178.95 | $174.69 | $155.89 | $140.80 | $127.22 | $115.19 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($37.93) | ($30.07) | ($19.45) | ($2.73) | $14.28 | $12.19 | $11.29 | $9.63 | $4.85 | $0.04 | ($1.89) | ($3.80) | ($5.09) | ($7.97) | ($12.92) | $34.90 | $48.69 | $66.73 | $85.92 | $77.33 |
| Step 1: Cumulative Cash Flow | [C-5] | ($37.93) | ($68.00) | ($87.46) | ($90.19) | ($75.91) | ($63.71) | ($52.43) | ($42.80) | ($37.95) | ($37.91) | ($39.80) | ($43.60) | ($48.69) | ($56.66) | ($69.58) | ($34.68) | $14.02 | $80.75 | $166.67 | $244.00 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 179 of 512    PageID 7486

| Schedule 1.12: San Juan Step 1 Analysis Summary December 31, 2015 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through 2057 | $3,694 |
| Total Cash OPEX Through 2057 | ($2,446) |
| Total CAPEX Through 2057 | ($662) |
| Total Net Cash Flow Through 2057 | $585 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | No |

| | | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.62 | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.17 | $5.30 | $5.43 | $5.57 | $5.71 | $5.85 | $6.00 | $6.15 | $6.30 | $6.46 | $6.62 | $6.79 | $6.96 | $7.13 | $7.31 | $7.49 | $7.68 | $7.87 | $8.07 | $8.27 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 |
| Fuel - GCF | [2] | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $76.71 | $65.85 | $58.04 | $51.14 | $45.22 | $39.81 | $35.24 | $31.29 | $27.96 | $24.95 | $22.43 | $20.26 | $18.46 | $16.83 | $15.48 | $14.35 | $13.43 | $12.59 | $11.92 | $11.36 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.52 | $9.50 | $8.63 | $7.85 | $7.17 | $6.53 | $5.98 | $5.50 | $5.08 | $4.68 | $4.34 | $4.04 | $3.78 | $3.53 | $3.31 | $3.12 | $2.96 | $2.80 | $2.66 | $2.53 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $73.48 | $63.98 | $56.65 | $50.16 | $44.59 | $39.48 | $35.15 | $31.39 | $28.22 | $25.33 | $22.90 | $20.80 | $19.05 | $17.45 | $16.12 | $14.99 | $14.07 | $13.21 | $12.52 | $11.93 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $51.54 | $44.68 | $38.69 | $33.38 | $28.80 | $24.61 | $21.04 | $17.93 | $15.29 | $12.89 | $10.85 | $9.08 | $7.58 | $6.21 | $5.04 | $4.04 | $3.19 | $2.40 | $1.73 | $1.14 |
| Step 1: Cumulative Cash Flow | [C-5] | $295.54 | $340.22 | $378.91 | $412.29 | $441.09 | $465.70 | $486.73 | $504.67 | $519.96 | $532.85 | $543.70 | $552.78 | $560.36 | $566.56 | $571.61 | $575.65 | $578.84 | $581.24 | $582.97 | $584.11 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 180 of 512    PageID 7487

| Schedule 1.12: San Juan Step 1 Analysis Summary<br>December 31, 2015 Spot Rate with Exxon Growth Rate | | |
|---|---|---|
| Max Profitable Year [4] | 2057 | |
| Total Revenue Through 2057 | $3,694 | |
| Total Cash OPEX Through 2057 | ($2,446) | |
| Total CAPEX Through 2057 | ($662) | |
| Total Net Cash Flow Through 2057 | $585 | |
| | | |
| Book Value [3] | $621 | |
| | | |
| Step 1 Impairment Indicator? | No | |

| | | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | |
| Gas ($/kcf) | [1] | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.48 | $8.69 | $8.91 | $9.13 | $9.36 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Quantity** | | | | | | |
| Gas NAFS - GCF | [2] | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Revenue** | | | | | | |
| Gas Revenue | [C-2] | $10.86 | $10.33 | $9.84 | $9.38 | $8.97 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | |
| CIFO | [C-2] | $2.42 | $2.30 | $2.19 | $2.09 | $2.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | |
| Revenue | [C-3] | $11.41 | $10.85 | $10.34 | $9.86 | $9.42 |
| *Less:* | | | | | | |
| Operating Expenses | [3] | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Annual Cash Flow | [C-4] | $0.59 | $0.02 | ($0.53) | ($1.07) | ($1.57) |
| Step 1: Cumulative Cash Flow | [C-5] | $584.70 | $584.72 | $584.19 | $583.12 | $581.55 |

Notes and Sources

[1]  December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 181 of 512   PageID 7488

**Schedule 1.13: San Juan Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.84 | $1.95 | $2.14 | $2.47 | $2.81 | $2.88 | $2.96 | $3.03 | $3.11 | $3.19 | $3.27 | $3.35 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $79.24 | $91.46 | $100.50 | $113.93 | $128.89 | $131.61 | $135.29 | $138.53 | $140.34 | $139.82 | $142.40 | $144.72 | $146.90 | $147.22 | $147.60 | $144.33 | $132.40 | $119.14 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $6.48 | $7.52 | $8.44 | $9.71 | $11.16 | $11.59 | $12.08 | $12.51 | $12.92 | $13.23 | $13.54 | $13.83 | $14.10 | $14.17 | $14.26 | $13.98 | $12.85 | $11.58 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $71.15 | $82.14 | $92.62 | $108.58 | $127.66 | $129.72 | $132.50 | $134.94 | $136.79 | $137.14 | $138.87 | $140.32 | $141.80 | $141.48 | $141.33 | $137.89 | $122.13 | $110.41 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($57.86) | ($53.08) | ($44.78) | ($31.47) | ($18.27) | ($21.09) | ($22.96) | ($25.48) | ($30.77) | ($35.53) | ($38.13) | ($40.65) | ($42.51) | ($45.48) | ($50.54) | ($1.90) | $14.93 | $36.35 |
| Step 1: Cumulative Cash Flow | [C-5] | ($57.86) | ($110.93) | ($155.71) | ($187.18) | ($205.45) | ($226.54) | ($249.51) | ($274.98) | ($305.76) | ($341.29) | ($379.43) | ($420.08) | ($462.59) | ($508.07) | ($558.61) | ($560.51) | ($545.58) | ($509.23) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 182 of 512   PageID 7489

| Schedule 1.13: San Juan Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $3.99 | $4.09 | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.11 | $5.24 | $5.37 | $5.51 | $5.64 | $5.79 | $5.93 | $6.08 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 |
| Fuel - GCF | [2] | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $107.26 | $96.76 | $62.24 | $53.43 | $47.09 | $41.49 | $36.70 | $32.31 | $28.60 | $25.39 | $22.69 | $20.25 | $18.20 | $16.44 | $14.98 | $13.65 | $12.56 | $11.64 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.43 | $9.41 | $8.53 | $7.71 | $7.00 | $6.37 | $5.82 | $5.30 | $4.86 | $4.46 | $4.12 | $3.80 | $3.52 | $3.28 | $3.07 | $2.86 | $2.69 | $2.53 |
| MSO Income | [2] | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $99.87 | $90.51 | $57.03 | $49.77 | $44.08 | $39.04 | $34.71 | $30.74 | $27.37 | $24.45 | $21.98 | $19.74 | $17.85 | $16.22 | $14.86 | $13.61 | $12.58 | $11.70 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $58.57 | $52.66 | $35.09 | $30.47 | $26.12 | $22.25 | $18.92 | $15.86 | $13.26 | $10.99 | $9.06 | $7.30 | $5.80 | $4.50 | $3.38 | $2.37 | $1.50 | $0.74 |
| Step 1: Cumulative Cash Flow | [C-5] | ($450.66) | ($398.01) | ($362.92) | ($332.45) | ($306.33) | ($284.08) | ($265.16) | ($249.30) | ($236.03) | ($225.04) | ($215.98) | ($208.68) | ($202.88) | ($198.38) | ($195.00) | ($192.63) | ($191.13) | ($190.38) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 183 of 512   PageID 7490

| Schedule 1.13: San Juan Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 | $8.25 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.23 | $6.39 | $6.55 | $6.71 | $6.88 | $7.05 | $7.23 | $7.41 | $7.59 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | |
| Gas Revenue | [C-2] | $10.90 | $10.22 | $9.67 | $9.22 | $8.81 | $8.38 | $7.99 | $7.61 | $7.28 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | |
| CIFO | [C-2] | $2.40 | $2.27 | $2.16 | $2.05 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | |
| Revenue | [C-3] | $10.98 | $10.31 | $9.77 | $9.31 | $8.90 | $8.47 | $8.07 | $7.69 | $7.35 |
| *Less:* | | | | | | | | | | |
| Operating Expenses | [3] | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $0.10 | ($0.50) | ($1.02) | ($1.48) | ($1.91) | ($2.37) | ($2.80) | ($3.23) | ($3.64) |
| Step 1: Cumulative Cash Flow | [C-5] | ($190.28) | ($190.79) | ($191.81) | ($193.28) | ($195.19) | ($197.56) | ($200.36) | ($203.59) | ($207.24) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 184 of 512    PageID 7491

| Schedule 1.14: San Juan Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.84 | $3.13 | $2.83 | $2.70 | $2.72 | $2.79 | $2.86 | $2.93 | $3.00 | $3.08 | $3.15 | $3.23 | $3.31 | $3.40 | $3.48 | $3.57 | $3.66 | $3.75 | $3.84 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $122.11 | $146.72 | $132.88 | $124.92 | $124.73 | $127.29 | $130.77 | $133.82 | $135.48 | $134.89 | $137.29 | $139.45 | $141.45 | $141.67 | $141.95 | $138.81 | $127.34 | $114.58 | $103.15 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.99 | $12.07 | $11.16 | $10.64 | $10.80 | $11.21 | $11.67 | $12.08 | $12.47 | $12.76 | $13.06 | $13.33 | $13.58 | $13.64 | $13.72 | $13.45 | $12.36 | $11.14 | $10.03 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $117.52 | $141.94 | $127.72 | $120.51 | $123.15 | $125.02 | $127.58 | $129.80 | $131.49 | $131.75 | $133.28 | $134.55 | $135.84 | $135.41 | $135.14 | $131.84 | $116.58 | $105.41 | $95.37 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($11.48) | $6.72 | ($9.68) | ($19.54) | ($22.78) | ($25.79) | ($27.89) | ($30.62) | ($36.08) | ($40.93) | ($43.72) | ($46.43) | ($48.48) | ($51.55) | ($56.73) | ($7.95) | $9.37 | $31.35 | $54.07 |
| Step 1: Cumulative Cash Flow | [C-5] | ($11.48) | ($4.76) | ($14.44) | ($33.98) | ($56.76) | ($82.55) | ($110.44) | ($141.06) | ($177.14) | ($218.07) | ($261.79) | ($308.23) | ($356.70) | ($408.26) | ($464.99) | ($472.94) | ($463.57) | ($432.22) | ($378.15) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

| Schedule 1.14: San Juan Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.28 | $4.39 | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $3.94 | $4.04 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.68 | $4.80 | $4.92 | $5.04 | $5.17 | $5.30 | $5.43 | $5.56 | $5.70 | $5.85 | $5.99 | $6.14 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 |
| Fuel - GCF | [2] | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $93.06 | $59.86 | $51.39 | $45.29 | $39.90 | $35.29 | $31.07 | $27.50 | $24.42 | $21.82 | $19.47 | $17.50 | $15.81 | $14.40 | $13.13 | $12.08 | $11.20 | $10.48 | $9.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.05 | $8.21 | $7.41 | $6.74 | $6.13 | $5.60 | $5.10 | $4.67 | $4.29 | $3.96 | $3.65 | $3.39 | $3.15 | $2.95 | $2.75 | $2.58 | $2.43 | $2.31 | $2.18 |
| MSO Income | [2] | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $86.45 | $54.33 | $47.43 | $42.01 | $37.21 | $33.09 | $29.30 | $26.09 | $23.31 | $20.96 | $18.82 | $17.02 | $15.47 | $14.17 | $12.98 | $11.99 | $11.16 | $10.47 | $9.83 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $48.59 | $32.38 | $28.13 | $24.05 | $20.42 | $17.30 | $14.43 | $11.98 | $9.85 | $8.03 | $6.38 | $4.97 | $3.74 | $2.69 | $1.74 | $0.92 | $0.20 | ($0.41) | ($0.98) |
| Step 1: Cumulative Cash Flow | [C-5] | ($329.56) | ($297.18) | ($269.05) | ($245.00) | ($224.58) | ($207.28) | ($192.86) | ($180.88) | ($171.02) | ($162.99) | ($156.61) | ($151.64) | ($147.89) | ($145.20) | ($143.46) | ($142.55) | ($142.35) | ($142.75) | ($143.73) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 186 of 512    PageID 7493

| Schedule 1.14: San Juan Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | |
| Gas ($/kcf) | [1] | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 | $7.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.30 | $6.45 | $6.61 | $6.78 | $6.95 | $7.12 | $7.30 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | |
| Gas NAFS - GCF | [2] | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | |
| Gas Revenue | [C-2] | $9.30 | $8.87 | $8.48 | $8.06 | $7.68 | $7.32 | $7.00 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | |
| CIFO | [C-2] | $2.07 | $1.98 | $1.89 | $1.80 | $1.71 | $1.63 | $1.56 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | |
| Revenue | [C-3] | $9.32 | $8.88 | $8.49 | $8.07 | $7.70 | $7.34 | $7.01 |
| *Less:* | | | | | | | | |
| Operating Expenses | [3] | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($1.47) | ($1.91) | ($2.32) | ($2.76) | ($3.18) | ($3.59) | ($3.98) |
| Step 1: Cumulative Cash Flow | [C-5] | ($145.21) | ($147.11) | ($149.44) | ($152.20) | ($155.37) | ($158.96) | ($162.94) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 1.15: San Juan Step 1 Analysis Summary<br>IHS 5-Year Forecast | |
|---|---|
| Max Profitable Year [4] | 2054 |
| Total Revenue Through 2054 | $3,291 |
| Total Cash OPEX Through 2054 | ($2,414) |
| Total CAPEX Through 2054 | ($662) |
| Total Net Cash Flow Through 2054 | $215 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.60 | $2.75 | $2.75 | $2.93 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.58 | $3.67 | $3.77 | $3.86 | $3.96 | $4.05 | $4.16 | $4.26 | $4.37 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $111.82 | $128.89 | $129.27 | $135.20 | $141.75 | $144.66 | $148.61 | $152.07 | $153.97 | $153.29 | $156.02 | $158.47 | $160.75 | $161.00 | $161.32 | $157.74 | $144.71 | $130.21 | $117.23 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.15 | $10.60 | $10.85 | $11.52 | $12.27 | $12.74 | $13.27 | $13.73 | $14.17 | $14.50 | $14.84 | $15.15 | $15.43 | $15.50 | $15.59 | $15.28 | $14.05 | $12.66 | $11.40 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $106.39 | $122.65 | $123.80 | $131.66 | $141.64 | $143.91 | $147.01 | $149.70 | $151.67 | $151.89 | $153.80 | $155.39 | $156.99 | $156.59 | $156.38 | $152.61 | $135.63 | $122.56 | $110.81 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($22.62) | ($12.57) | ($13.60) | ($8.38) | ($4.29) | ($6.90) | ($8.46) | ($10.71) | ($15.90) | ($20.79) | ($23.21) | ($25.59) | ($27.33) | ($30.37) | ($35.50) | $12.82 | $28.43 | $48.50 | $69.51 |
| Step 1: Cumulative Cash Flow | [C-5] | ($22.62) | ($35.18) | ($48.78) | ($57.16) | ($61.46) | ($68.35) | ($76.81) | ($87.53) | ($103.43) | ($124.21) | ($147.43) | ($173.02) | ($200.35) | ($230.71) | ($266.21) | ($253.39) | ($224.96) | ($176.46) | ($106.96) |

Notes and Sources

[1]   IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2]   Sourced from Exxon's original cash flow contained in
[3]   Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]   Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of
[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.15: San Juan Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2054 |
| Total Revenue Through 2054 | $3,291 |
| Total Cash OPEX Through 2054 | ($2,414) |
| Total CAPEX Through 2054 | ($662) |
| Total Net Cash Flow Through 2054 | $215 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.86 | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.48 | $4.59 | $4.70 | $4.82 | $4.94 | $5.06 | $5.19 | $5.32 | $5.45 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.32 | $6.48 | $6.64 | $6.81 | $6.98 | $7.15 | $7.33 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 |
| Fuel - GCF | [2] | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $105.76 | $68.03 | $58.39 | $51.47 | $45.35 | $40.11 | $35.31 | $31.25 | $27.75 | $24.80 | $22.13 | $19.89 | $17.97 | $16.37 | $14.92 | $13.73 | $12.73 | $11.91 | $11.17 | $10.57 | $10.08 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.29 | $9.32 | $8.42 | $7.65 | $6.96 | $6.36 | $5.79 | $5.31 | $4.88 | $4.50 | $4.15 | $3.85 | $3.58 | $3.35 | $3.13 | $2.94 | $2.77 | $2.62 | $2.48 | $2.36 | $2.25 |
| MSO Income | [2] | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $100.38 | $63.61 | $55.46 | $49.11 | $43.49 | $38.66 | $34.23 | $30.48 | $27.23 | $24.48 | $21.97 | $19.87 | $18.05 | $16.53 | $15.15 | $14.00 | $13.02 | $12.22 | $11.47 | $10.87 | $10.36 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $62.52 | $41.66 | $36.16 | $31.14 | $26.70 | $22.87 | $19.36 | $16.37 | $13.77 | $11.55 | $9.54 | $7.82 | $6.33 | $5.06 | $3.90 | $2.92 | $2.06 | $1.34 | $0.66 | $0.08 | ($0.43) |
| Step 1: Cumulative Cash Flow | [C-5] | ($44.43) | ($2.77) | $33.39 | $64.53 | $91.23 | $114.10 | $133.46 | $149.83 | $163.60 | $175.15 | $184.69 | $192.51 | $198.84 | $203.90 | $207.81 | $210.72 | $212.78 | $214.12 | $214.78 | $214.86 | $214.43 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 184**

| Schedule 1.15: San Juan Step 1 Analysis Summary IHS 5-Year Forecast | | |
|---|---|---|
| Max Profitable Year [4] | | 2054 |
| Total Revenue Through 2054 | | $3,291 |
| Total Cash OPEX Through 2054 | | ($2,414) |
| Total CAPEX Through 2054 | | ($662) |
| Total Net Cash Flow Through 2054 | | $215 |
| | | |
| Book Value [3] | | $621 |
| | | |
| Step 1 Impairment Indicator? | | Yes |

| | | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | |
| Gas ($/kcf) | [1] | $8.17 | $8.37 | $8.58 | $8.80 | $9.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.52 | $7.70 | $7.90 | $8.09 | $8.30 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Quantity** | | | | | | |
| Gas NAFS - GCF | [2] | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Revenue** | | | | | | |
| Gas Revenue | [C-2] | $9.63 | $9.16 | $8.73 | $8.32 | $7.95 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | |
| CIFO | [C-2] | $2.15 | $2.04 | $1.95 | $1.86 | $1.77 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | |
| Revenue | [C-3] | $9.90 | $9.42 | $8.98 | $8.56 | $8.18 |
| *Less:* | | | | | | |
| Operating Expenses | [3] | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Annual Cash Flow | [C-4] | ($0.91) | ($1.41) | ($1.89) | ($2.37) | ($2.81) |
| Step 1: Cumulative Cash Flow | [C-5] | $213.52 | $212.11 | $210.21 | $207.85 | $205.03 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.16: Green River Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,040 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through | $303 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.27 | $2.52 | $2.62 | $2.73 | $2.87 | $2.94 | $3.01 | $3.09 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.86 | $3.95 | $4.05 | $4.15 | $4.26 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $23.27 | $23.83 | $22.94 | $22.27 | $21.88 | $20.90 | $20.00 | $19.13 | $18.35 | $17.52 | $16.77 | $14.53 | $13.97 | $13.34 | $12.78 | $12.23 | $11.77 | $11.23 | $10.75 | $10.30 | $9.82 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | 0.53 | 0.50 | 0.48 | 0.45 | 0.44 | 0.42 | 0.40 | 0.39 | 0.37 | 0.35 | 0.34 | 0.33 | 0.31 | 0.30 | 0.29 | 0.28 | 0.27 | 0.25 | 0.24 | 0.23 | 0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $45.14 | $44.53 | $44.58 | $44.81 | $47.18 | $45.13 | $43.29 | $41.51 | $39.94 | $38.20 | $36.51 | $36.46 | $35.23 | $33.84 | $32.45 | $31.13 | $30.12 | $28.96 | $27.91 | $26.89 | $25.69 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $12.36 | $13.14 | $13.50 | $13.35 | $14.76 | $14.07 | $13.46 | $12.85 | $12.33 | $11.74 | $11.11 | $13.47 | $12.89 | $12.24 | $11.56 | $10.91 | $10.42 | $9.87 | $9.36 | $8.84 | $8.22 |
| Step 1: Cumulative Cash Flow | [C-5] | $12.36 | $25.50 | $39.00 | $52.35 | $67.12 | $81.18 | $94.64 | $107.49 | $119.82 | $131.56 | $142.67 | $156.14 | $169.03 | $181.27 | $192.83 | $203.74 | $214.16 | $224.03 | $233.38 | $242.23 | $250.45 |

Notes and Sources

[1]  NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of

[C-1]  Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.16: Green River Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,040 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through | $303 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 | $5.87 | $6.01 | $6.16 | $6.32 | $6.48 | $6.64 | $6.80 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $9.37 | $8.99 | $8.57 | $8.19 | $7.79 | $7.42 | $7.08 | $6.76 | $6.43 | $6.13 | $5.84 | $5.58 | $5.31 | $5.06 | $4.82 | $4.61 | $4.38 | $4.18 | $3.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.50 | $23.43 | $22.19 | $21.07 | $19.90 | $18.85 | $17.85 | $16.95 | $16.01 | $15.17 | $14.37 | $13.65 | $12.89 | $12.21 | $11.57 | $10.99 | $10.38 | $9.84 | $9.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.60 | $7.01 | $6.32 | $5.69 | $5.04 | $4.44 | $3.87 | $3.34 | $2.79 | $2.28 | $1.79 | $1.34 | $0.86 | $0.43 | $0.00 | ($0.40) | ($0.81) | ($1.20) | ($1.57) |
| Step 1: Cumulative Cash Flow | [C-5] | $258.05 | $265.06 | $271.38 | $277.08 | $282.12 | $286.56 | $290.43 | $293.76 | $296.55 | $298.83 | $300.62 | $301.96 | $302.82 | $303.25 | $303.25 | $302.86 | $302.05 | $300.85 | $299.28 |

Notes and Sources

[1]   NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.
[2]   Sourced from Exxon's original cash flow contained in
[3]   Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]   Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of
[C-1]   Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2]   Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3]   Calculated revenue sourced from PRAM0031461, adjusting for [C-
[C-4]   Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]   Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 187**

Schedule 1.17: Green River Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 192 of 512    PageID 7499

**Schedule 1.17: Green River Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,128 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $369 |
| | |
| Book Value [3] | $288 |
| | |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.21 | $2.35 | $2.57 | $2.97 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.69 | $4.81 | $4.93 | $5.05 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $22.68 | $22.19 | $22.48 | $24.17 | $25.80 | $24.66 | $23.61 | $22.60 | $21.69 | $20.72 | $19.85 | $17.21 | $16.55 | $15.82 | $15.17 | $14.51 | $13.96 | $13.33 | $12.75 | $12.21 | $11.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $44.55 | $42.89 | $44.13 | $46.70 | $51.10 | $48.89 | $46.90 | $44.98 | $43.28 | $41.40 | $39.58 | $39.14 | $37.81 | $36.32 | $34.84 | $33.41 | $32.31 | $31.06 | $29.92 | $28.81 | $27.52 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $11.77 | $11.50 | $13.05 | $15.25 | $18.68 | $17.82 | $17.07 | $16.32 | $15.67 | $14.94 | $14.19 | $16.14 | $15.48 | $14.72 | $13.94 | $13.19 | $12.61 | $11.96 | $11.36 | $10.76 | $10.05 |
| Step 1: Cumulative Cash Flow | [C-5] | $11.77 | $23.27 | $36.32 | $51.57 | $70.25 | $88.07 | $105.14 | $121.46 | $137.13 | $152.06 | $166.25 | $182.40 | $197.87 | $212.59 | $226.53 | $239.73 | $252.34 | $264.30 | $275.66 | $286.42 | $296.48 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.17: Green River Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 193 of 512    PageID 7500

**Schedule 1.17: Green River Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,128 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $369 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.17 | $5.30 | $5.44 | $5.57 | $5.71 | $5.85 | $6.00 | $6.15 | $6.30 | $6.46 | $6.62 | $6.79 | $6.96 | $7.13 | $7.31 | $7.49 | $7.68 | $7.87 | $8.07 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $11.12 | $10.67 | $10.17 | $9.72 | $9.24 | $8.81 | $8.39 | $8.02 | $7.63 | $7.27 | $6.93 | $6.63 | $6.30 | $6.00 | $5.72 | $5.47 | $5.20 | $4.96 | $4.73 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $26.25 | $25.11 | $23.79 | $22.60 | $21.35 | $20.23 | $19.17 | $18.21 | $17.21 | $16.31 | $15.46 | $14.69 | $13.88 | $13.15 | $12.47 | $11.85 | $11.20 | $10.61 | $10.06 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | | | | | | | | | | | | | | | | | | | |
| Annual Cash Flow | [C-4] | $9.34 | $8.68 | $7.92 | $7.22 | $6.49 | $5.83 | $5.19 | $4.60 | $3.99 | $3.42 | $2.88 | $2.38 | $1.85 | $1.37 | $0.90 | $0.46 | $0.01 | ($0.42) | ($0.83) |
| Step 1: Cumulative Cash Flow | [C-5] | $305.82 | $314.50 | $322.43 | $329.65 | $336.14 | $341.97 | $347.15 | $351.75 | $355.74 | $359.16 | $362.04 | $364.42 | $366.27 | $367.64 | $368.54 | $369.00 | $369.01 | $368.60 | $367.77 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.18: Green River Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 194 of 512    PageID 7501

| Schedule 1.18: Green River Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $997 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through | $271 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.80 | $1.91 | $2.09 | $2.41 | $2.74 | $2.81 | $2.88 | $2.96 | $3.03 | $3.11 | $3.19 | $3.27 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $4.00 | $4.10 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $18.40 | $18.01 | $18.24 | $19.61 | $20.93 | $20.01 | $19.15 | $18.33 | $17.60 | $16.81 | $16.10 | $13.96 | $13.43 | $12.84 | $12.31 | $11.78 | $11.33 | $10.81 | $10.35 | $9.91 | $9.45 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $40.28 | $38.70 | $39.89 | $42.15 | $46.23 | $44.24 | $42.45 | $40.72 | $39.19 | $37.49 | $35.84 | $35.89 | $34.69 | $33.33 | $31.98 | $30.68 | $29.68 | $28.55 | $27.51 | $26.51 | $25.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.49 | $7.32 | $8.81 | $10.69 | $13.82 | $13.17 | $12.61 | $12.06 | $11.58 | $11.03 | $10.45 | $12.90 | $12.35 | $11.73 | $11.08 | $10.46 | $9.98 | $9.45 | $8.95 | $8.46 | $7.86 |
| Step 1: Cumulative Cash Flow | [C-5] | $7.49 | $14.81 | $23.62 | $34.31 | $48.12 | $61.30 | $73.91 | $85.97 | $97.55 | $108.58 | $119.02 | $131.92 | $144.27 | $156.01 | $167.09 | $177.55 | $187.53 | $196.97 | $205.93 | $214.39 | $222.25 |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.18: Green River Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 229   Filed 02/21/25   Page 195 of 512   PageID 7502

**Schedule 1.18: Green River Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $997 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through | $271 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | Yes |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.12 | $5.24 | $5.37 | $5.51 | $5.65 | $5.79 | $5.93 | $6.08 | $6.23 | $6.39 | $6.55 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $9.02 | $8.65 | $8.25 | $7.89 | $7.50 | $7.15 | $6.81 | $6.51 | $6.19 | $5.90 | $5.62 | $5.38 | $5.11 | $4.87 | $4.64 | $4.44 | $4.22 | $4.02 | $3.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.15 | $23.10 | $21.87 | $20.77 | $19.61 | $18.57 | $17.59 | $16.70 | $15.77 | $14.94 | $14.15 | $13.44 | $12.69 | $12.02 | $11.39 | $10.82 | $10.22 | $9.68 | $9.17 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.25 | $6.67 | $6.00 | $5.39 | $4.75 | $4.16 | $3.60 | $3.09 | $2.55 | $2.05 | $1.57 | $1.13 | $0.67 | $0.24 | ($0.18) | ($0.57) | ($0.97) | ($1.35) | ($1.72) |
| Step 1: Cumulative Cash Flow | [C-5] | $229.49 | $236.17 | $242.17 | $247.56 | $252.31 | $256.47 | $260.08 | $263.16 | $265.71 | $267.76 | $269.33 | $270.46 | $271.13 | $271.36 | $271.18 | $270.62 | $269.64 | $268.29 | $266.57 |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.19: Green River Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K   Document 229   Filed 02/21/25   Page 196 of 512   PageID 7503

**Schedule 1.19: Green River Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $1,013 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through 2050 | $288 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.77 | $3.06 | $2.76 | $2.64 | $2.65 | $2.72 | $2.79 | $2.86 | $2.93 | $3.00 | $3.08 | $3.15 | $3.23 | $3.31 | $3.40 | $3.48 | $3.57 | $3.66 | $3.75 | $3.84 | $3.94 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $28.35 | $28.88 | $24.12 | $21.50 | $20.26 | $19.35 | $18.51 | $17.71 | $16.99 | $16.22 | $15.53 | $13.45 | $12.93 | $12.35 | $11.83 | $11.33 | $10.89 | $10.40 | $9.95 | $9.53 | $9.09 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $50.23 | $49.58 | $45.77 | $44.04 | $45.56 | $43.58 | $41.81 | $40.09 | $38.58 | $36.90 | $35.26 | $35.39 | $34.19 | $32.85 | $31.51 | $30.23 | $29.24 | $28.13 | $27.12 | $26.13 | $24.96 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $17.44 | $18.20 | $14.69 | $12.58 | $13.14 | $12.52 | $11.97 | $11.44 | $10.97 | $10.44 | $9.87 | $12.39 | $11.86 | $11.25 | $10.61 | $10.00 | $9.54 | $9.03 | $8.56 | $8.08 | $7.50 |
| Step 1: Cumulative Cash Flow | [C-5] | $17.44 | $35.64 | $50.33 | $62.91 | $76.05 | $88.57 | $100.54 | $111.98 | $122.94 | $133.38 | $143.25 | $155.64 | $167.50 | $178.75 | $189.36 | $199.36 | $208.91 | $217.94 | $226.50 | $234.58 | $242.08 |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.19: Green River Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 197 of 512    PageID 7504

**Schedule 1.19: Green River Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $1,013 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through 2050 | $288 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.04 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.68 | $4.80 | $4.92 | $5.04 | $5.17 | $5.30 | $5.43 | $5.57 | $5.71 | $5.85 | $5.99 | $6.14 | $6.30 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $8.67 | $8.32 | $7.93 | $7.58 | $7.21 | $6.87 | $6.55 | $6.26 | $5.95 | $5.67 | $5.41 | $5.17 | $4.92 | $4.69 | $4.47 | $4.27 | $4.06 | $3.87 | $3.69 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $23.81 | $22.77 | $21.55 | $20.46 | $19.32 | $18.30 | $17.33 | $16.45 | $15.54 | $14.71 | $13.93 | $13.23 | $12.50 | $11.84 | $11.21 | $10.65 | $10.06 | $9.53 | $9.02 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $6.90 | $6.34 | $5.69 | $5.09 | $4.46 | $3.89 | $3.34 | $2.84 | $2.31 | $1.82 | $1.36 | $0.92 | $0.47 | $0.05 | ($0.36) | ($0.74) | ($1.13) | ($1.51) | ($1.87) |
| Step 1: Cumulative Cash Flow | [C-5] | $248.98 | $255.32 | $261.01 | $266.10 | $270.56 | $274.45 | $277.79 | $280.63 | $282.94 | $284.77 | $286.12 | $287.05 | $287.52 | $287.57 | $287.21 | $286.47 | $285.34 | $283.83 | $281.97 |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.20: Green River Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 198 of 512    PageID 7505

| Schedule 1.20: Green River Step 1 Analysis Summary IHS 5-Year Forecast | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,065 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through 2051 | $327 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.54 | $2.69 | $2.68 | $2.86 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.59 | $3.67 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $25.96 | $25.37 | $23.47 | $23.27 | $23.02 | $21.99 | $21.04 | $20.13 | $19.31 | $18.43 | $17.64 | $15.29 | $14.70 | $14.04 | $13.45 | $12.87 | $12.38 | $11.82 | $11.31 | $10.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $47.84 | $46.07 | $45.11 | $45.81 | $48.32 | $46.22 | $44.34 | $42.51 | $40.90 | $39.11 | $37.38 | $37.22 | $35.96 | $34.53 | $33.12 | $31.77 | $30.73 | $29.55 | $28.47 | $27.43 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $15.05 | $14.69 | $14.03 | $14.35 | $15.91 | $15.15 | $14.50 | $13.85 | $13.29 | $12.65 | $11.99 | $14.22 | $13.62 | $12.94 | $12.23 | $11.55 | $11.03 | $10.45 | $9.92 | $9.38 |
| Step 1: Cumulative Cash Flow | [C-5] | $15.05 | $29.74 | $43.77 | $58.12 | $74.03 | $89.18 | $103.68 | $117.54 | $130.82 | $143.47 | $155.46 | $169.68 | $183.30 | $196.24 | $208.47 | $220.02 | $231.05 | $241.50 | $251.42 | $260.80 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.20: Green River Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 229    Filed 02/21/25    Page 199 of 512    PageID 7506

**Schedule 1.20: Green River Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,065 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through 2051 | $327 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.48 | $4.59 | $4.70 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.33 | $6.48 | $6.65 | $6.81 | $6.98 | $7.16 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $10.33 | $9.86 | $9.46 | $9.02 | $8.62 | $8.19 | $7.81 | $7.44 | $7.12 | $6.76 | $6.45 | $6.15 | $5.88 | $5.59 | $5.32 | $5.08 | $4.85 | $4.61 | $4.40 | $4.19 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $26.20 | $24.99 | $23.90 | $22.64 | $21.50 | $20.31 | $19.23 | $18.22 | $17.31 | $16.35 | $15.49 | $14.67 | $13.94 | $13.17 | $12.48 | $11.82 | $11.23 | $10.61 | $10.05 | $9.53 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $8.74 | $8.09 | $7.48 | $6.77 | $6.12 | $5.45 | $4.83 | $4.24 | $3.69 | $3.12 | $2.60 | $2.10 | $1.63 | $1.14 | $0.69 | $0.25 | ($0.16) | ($0.58) | ($0.98) | ($1.36) |
| Step 1: Cumulative Cash Flow | [C-5] | $269.53 | $277.62 | $285.10 | $291.87 | $297.99 | $303.43 | $308.26 | $312.50 | $316.19 | $319.31 | $321.91 | $324.01 | $325.63 | $326.78 | $327.47 | $327.72 | $327.56 | $326.98 | $326.01 | $324.64 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary**

| Play | Book Value | Calculated Fair Value | Impairment Required |
|---|---|---|---|
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | ($66.48) | ($79.09) | ($61.81) | ($50.06) | ($38.79) | ($34.53) | ($30.57) | ($27.81) | ($25.38) | ($21.66) | ($19.61) | ($18.20) |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| Uintah Annual Discounted Cashflows | [C-1] | ($64.73) | ($72.99) | ($54.07) | ($41.50) | ($30.49) | ($25.72) | ($21.58) | ($18.61) | ($16.10) | ($13.03) | ($11.18) | ($9.84) |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($64.73) | ($137.72) | ($191.79) | ($233.29) | ($263.77) | ($289.50) | ($311.08) | ($329.69) | ($345.80) | ($358.82) | ($370.00) | ($379.83) |
| | | | | | | | | | | | | | |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | $3.12 | $3.63 | $2.24 | $1.60 | $0.66 | ($0.40) | ($1.39) | ($2.40) | ($3.32) | ($4.31) | ($5.27) | ($6.18) |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| Raton Annual Discounted Cashflows | [C-1] | $3.04 | $3.35 | $1.96 | $1.33 | $0.52 | ($0.30) | ($0.98) | ($1.60) | ($2.11) | ($2.59) | ($3.01) | ($3.34) |
| Raton Cumulative Discounted Cashflows | [C-2] | $3.04 | $6.39 | $8.35 | $9.68 | $10.20 | $9.91 | $8.93 | $7.33 | $5.22 | $2.63 | ($0.38) | ($3.72) |
| | | | | | | | | | | | | | |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | ($35.19) | ($21.05) | ($16.76) | ($14.70) | ($11.93) | ($14.70) | ($16.48) | ($18.93) | ($24.23) | ($29.10) | ($31.68) | ($34.19) |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| San Juan Annual Discounted Cashflows | [C-1] | ($34.26) | ($19.42) | ($14.66) | ($12.19) | ($9.37) | ($10.95) | ($11.64) | ($12.67) | ($15.37) | ($17.50) | ($18.06) | ($18.47) |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($34.26) | ($53.68) | ($68.34) | ($80.53) | ($89.90) | ($100.85) | ($112.48) | ($125.15) | ($140.52) | ($158.02) | ($176.08) | ($194.55) |

Notes and Sources

[1]   Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
| --- | --- | --- | --- |
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | ($17.52) | ($16.70) | ($16.84) | ($412.10) | ($576.24) | ($732.54) | ($508.33) | ($456.60) | ($270.44) | $279.09 | $262.41 | $211.29 |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| Uintah Annual Discounted Cashflows | [C-1] | ($8.97) | ($8.11) | ($7.75) | ($179.72) | ($238.20) | ($287.02) | ($188.79) | ($160.74) | ($90.24) | $88.27 | $78.67 | $60.04 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($388.80) | ($396.91) | ($404.66) | ($584.38) | ($822.57) | ($1,109.59) | ($1,298.38) | ($1,459.12) | ($1,549.36) | ($1,461.09) | ($1,382.42) | ($1,322.38) |
| | | | | | | | | | | | | | |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | ($7.03) | ($7.94) | ($8.87) | ($181.33) | ($136.00) | ($109.94) | ($91.17) | ($77.65) | ($68.48) | ($59.75) | ($45.46) | ($35.02) |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| Raton Annual Discounted Cashflows | [C-1] | ($3.60) | ($3.86) | ($4.08) | ($79.08) | ($56.22) | ($43.08) | ($33.86) | ($27.33) | ($22.85) | ($18.90) | ($13.63) | ($9.95) |
| Raton Cumulative Discounted Cashflows | [C-2] | ($7.32) | ($11.17) | ($15.26) | ($94.33) | ($150.55) | ($193.62) | ($227.48) | ($254.82) | ($277.67) | ($296.56) | ($310.19) | ($320.14) |
| | | | | | | | | | | | | | |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | ($36.06) | ($39.11) | ($44.26) | $4.24 | $20.57 | $41.42 | $63.13 | $56.77 | $37.83 | $32.84 | $28.21 | $24.11 |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| San Juan Annual Discounted Cashflows | [C-1] | ($18.47) | ($18.98) | ($20.36) | $1.85 | $8.50 | $16.23 | $23.45 | $19.99 | $12.62 | $10.39 | $8.46 | $6.85 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($213.02) | ($232.00) | ($252.37) | ($250.52) | ($242.02) | ($225.79) | ($202.34) | ($182.35) | ($169.73) | ($159.34) | ($150.88) | ($144.03) |

Notes and Sources

[1]   Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
|---|---|---|---|
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | $183.29 | $165.07 | $151.11 | $139.16 | $129.51 | $120.42 | $113.02 | $106.29 | $100.21 | $93.65 | $87.69 | $81.96 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| Uintah Annual Discounted Cashflows | [C-1] | $49.37 | $42.14 | $36.57 | $31.92 | $28.16 | $24.82 | $22.08 | $19.68 | $17.59 | $15.58 | $13.83 | $12.25 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($1,273.01) | ($1,230.87) | ($1,194.30) | ($1,162.38) | ($1,134.22) | ($1,109.40) | ($1,087.33) | ($1,067.64) | ($1,050.06) | ($1,034.48) | ($1,020.65) | ($1,008.40) |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | ($103.97) | ($97.24) | ($106.28) | ($121.76) | ($149.52) | ($171.01) | $148.99 | $119.28 | $100.69 | $86.55 | $76.15 | $67.86 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| Raton Annual Discounted Cashflows | [C-1] | ($28.01) | ($24.83) | ($25.72) | ($27.93) | ($32.51) | ($35.24) | $29.10 | $22.09 | $17.67 | $14.40 | $12.01 | $10.14 |
| Raton Cumulative Discounted Cashflows | [C-2] | ($348.15) | ($372.98) | ($398.70) | ($426.63) | ($459.14) | ($494.38) | ($465.27) | ($443.19) | ($425.52) | ($411.12) | ($399.11) | ($388.97) |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | $20.57 | $17.32 | $14.56 | $12.15 | $10.10 | $8.23 | $6.65 | $5.26 | $4.08 | $3.01 | $2.09 | $1.29 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| San Juan Annual Discounted Cashflows | [C-1] | $5.54 | $4.42 | $3.52 | $2.79 | $2.20 | $1.70 | $1.30 | $0.97 | $0.72 | $0.50 | $0.33 | $0.19 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($138.49) | ($134.07) | ($130.55) | ($127.76) | ($125.56) | ($123.87) | ($122.57) | ($121.59) | ($120.88) | ($120.38) | ($120.05) | ($119.85) |

Notes and Sources

[1] Based on a determined 5.5% discount rate.

[C-1] Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2] Calculated as the cumulative discounted cash flows.

**App. 198**

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
|---|---|---|---|
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | $76.75 | $71.10 | $65.95 | $60.97 | $56.28 | $51.07 | $46.08 | $41.09 | $36.33 | $31.16 | $26.36 | $21.69 |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| Uintah Annual Discounted Cashflows | [C-1] | $10.87 | $9.55 | $8.39 | $7.36 | $6.44 | $5.54 | $4.73 | $4.00 | $3.35 | $2.73 | $2.19 | $1.71 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($997.53) | ($987.98) | ($979.58) | ($972.23) | ($965.79) | ($960.26) | ($955.52) | ($951.52) | ($948.17) | ($945.44) | ($943.25) | ($941.55) |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | $60.55 | $53.24 | $46.59 | $40.33 | $34.71 | $29.12 | $24.09 | $19.40 | $15.17 | $10.95 | $7.13 | $3.56 |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| Raton Annual Discounted Cashflows | [C-1] | $8.58 | $7.15 | $5.93 | $4.87 | $3.97 | $3.16 | $2.47 | $1.89 | $1.40 | $0.96 | $0.59 | $0.28 |
| Raton Cumulative Discounted Cashflows | [C-2] | ($380.39) | ($373.24) | ($367.31) | ($362.45) | ($358.48) | ($355.32) | ($352.84) | ($350.96) | ($349.55) | ($348.60) | ($348.01) | ($347.73) |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | $0.62 | | | | | | | | | | | |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| San Juan Annual Discounted Cashflows | [C-1] | $0.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) |

Notes and Sources

[1]   Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

**Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary**

| Play | Book Value | Calculated Fair Value | Impairment Required |
|---|---|---|---|
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | | 2064 | 2065 | 2066 | 2067 | 2068 |
|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | | $17.34 | $12.74 | $8.44 | $4.25 | $0.31 |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| Uintah Annual Discounted Cashflows | [C-1] | | $1.29 | $0.90 | $0.57 | $0.27 | $0.02 |
| Uintah Cumulative Discounted Cashflows | [C-2] | | ($940.26) | ($939.36) | ($938.79) | ($938.52) | ($938.50) |
| | | | | | | | |
| **Raton** | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | | $0.30 | | | | |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| Raton Annual Discounted Cashflows | [C-1] | | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Raton Cumulative Discounted Cashflows | [C-2] | | ($347.70) | ($347.70) | ($347.70) | ($347.70) | ($347.70) |
| | | | | | | | |
| **San Juan** | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | | | | | | |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| San Juan Annual Discounted Cashflows | [C-1] | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| San Juan Cumulative Discounted Cashflows | [C-2] | | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) |

Notes and Sources

[1]   Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

I have relied on all of the documents cited in my report, including the text and footnotes therein. In addition to these documents, I have also listed below other documents that I considered in preparing my report.

**Relativity Documents**
As part of my assignment, I was given access to electronic databases (i.e. Relativity Platform) containing relevant information including documents produced by defendants and third-parties.

**Bates Stamped Documents (beginning bates only):**

| | |
|---|---|
| EMC_RAM 000000001 | PRAM0003049 |
| EMC_RAM 000000080 | PRAM0003050 |
| EMC_RAM 000000678 | PRAM0003051 |
| EMC_RAM 000000682 | PRAM0003052 |
| EMC_RAM 000001877 | PRAM0003364 |
| EMC_RAM 000002249 | PRAM0004141 |
| EMC_RAM 000005373 | PRAM0004142 |
| EMC_RAM 000005374 | PRAM0004200 |
| EMC_RAM 000008217 | PRAM0004200 |
| EMC_RAM 000008612 | PRAM0004258 |
| EMC_RAM 000009226 | PRAM0004258 |
| EMC_RAM 000009227 | PRAM0005546 |
| EMC_RAM 000009252 | PRAM0005551 |
| EMC_RAM 000009356 | PRAM0005552 |
| EMC_RAM 000039402 | PRAM0005599 |
| EMC_RAM 000039441 | PRAM0005729 |
| EMC_RAM 000039607 | PRAM0005730 |
| EMC_RAM 000040321 | PRAM0005865 |
| EMC_RAM 000040322 | PRAM0005882 |
| EMC_RAM 000040426 | PRAM0005883 |
| EMC_RAM 000040453 | PRAM0005884 |
| EMC_RAM 000041103 | PRAM0006176 |
| EMC_RAM 000041104 | PRAM0006789 |
| EMC_RAM 000041129 | PRAM0006789 |
| EMC_RAM 000041233 | PRAM0006962 |
| EMC_RAM 000055076 | PRAM0007309 |
| EMC_RAM 000058432 | PRAM0007310 |
| EMC_RAM 000068172 | PRAM0008535 |
| EMC_RAM 000068173 | PRAM0008541 |
| EMC_RAM 000297875 | PRAM0008546 |
| EMC_RAM 000301351 | PRAM0008550 |
| EMC_RAM 000301352 | PRAM0009204 |
| EMC_RAM 000301377 | PRAM0013175 |
| EMC_RAM 000454062 | PRAM0013176 |
| EMC_RAM 000454063 | PRAM0013177 |
| EMC_RAM 000579687 | PRAM0016255 |
| EMC_RAM 000579690 | PRAM0016258 |
| EMC_RAM 000735429 | PRAM0016295 |
| EMC_RAM 000983295 | PRAM0016300 |
| EMC_RAM 000983296 | PRAM0016303 |
| EMC_RAM 000983310 | PRAM0018432 |
| EMC_RAM 000983311 | PRAM0018438 |
| EMC_RAM 000983312 | PRAM0018439 |
| EMC_RAM 000984504 | PRAM0018440 |
| EMC_RAM 000986618 | PRAM0018441 |
| EMC_RAM 000986992 | PRAM0021757 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 000986993 | PRAM0023592 |
| EMC_RAM 000987006 | PRAM0023594 |
| EMC_RAM 000987034 | PRAM0023595 |
| EMC_RAM 000987035 | PRAM0023596 |
| EMC_RAM 000987041 | PRAM0023597 |
| EMC_RAM 000987178 | PRAM0023598 |
| EMC_RAM 000987200 | PRAM0023599 |
| EMC_RAM 000987260 | PRAM0023600 |
| EMC_RAM 000988662 | PRAM0023809 |
| EMC_RAM 000988674 | PRAM0023810 |
| EMC_RAM 000989716 | PRAM0024252 |
| EMC_RAM 000991606 | PRAM0024253 |
| EMC_RAM 000997002 | PRAM0024257 |
| EMC_RAM 000997004 | PRAM0024260 |
| EMC_RAM 001074689 | PRAM0024271 |
| EMC_RAM 001074690 | PRAM0024573 |
| EMC_RAM 001074731 | PRAM0025335 |
| EMC_RAM 001074733 | PRAM0026635 |
| EMC_RAM 001074759 | PRAM0027699 |
| EMC_RAM 001074862 | PRAM0027700 |
| EMC_RAM 001483494 | PRAM0028120 |
| EMC_RAM 001590932 | PRAM0028121 |
| EMC_RAM 001590961 | PRAM0028124 |
| EMC_RAM 001590989 | PRAM0028129 |
| EMC_RAM 001592131 | PRAM0028532 |
| EMC_RAM 001592132 | PRAM0028745 |
| EMC_RAM 001593539 | PRAM0028746 |
| EMC_RAM 001594295 | PRAM0029076 |
| EMC_RAM 001594296 | PRAM0029077 |
| EMC_RAM 001594728 | PRAM0030992 |
| EMC_RAM 001594730 | PRAM0030995 |
| EMC_RAM 001594780 | PRAM0030996 |
| EMC_RAM 001595212 | PRAM0030997 |
| EMC_RAM 001595213 | PRAM0030998 |
| EMC_RAM 001595214 | PRAM0030999 |
| EMC_RAM 001595239 | PRAM0031000 |
| EMC_RAM 001596207 | PRAM0031001 |
| EMC_RAM 001596208 | PRAM0031002 |
| EMC_RAM 001596209 | PRAM0031003 |
| EMC_RAM 001602456 | PRAM0031004 |
| EMC_RAM 001602457 | PRAM0031005 |
| EMC_RAM 001621106 | PRAM0031006 |
| EMC_RAM 001621107 | PRAM0031007 |
| EMC_RAM 001627208 | PRAM0031008 |
| EMC_RAM 001628345 | PRAM0031009 |
| EMC_RAM 001629433 | PRAM0031010 |
| EMC_RAM 001629434 | PRAM0031011 |
| EMC_RAM 001630135 | PRAM0031012 |
| EMC_RAM 001630167 | PRAM0031043 |
| EMC_RAM 001640493 | PRAM0031046 |
| EMC_RAM 001654125 | PRAM0031047 |
| EMC_RAM 001656310 | PRAM0031048 |
| EMC_RAM 001656332 | PRAM0031049 |
| EMC_RAM 001656355 | PRAM0031050 |
| EMC_RAM 001656377 | PRAM0031051 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001656400 | PRAM0031052 |
| EMC_RAM 001656436 | PRAM0031053 |
| EMC_RAM 001656445 | PRAM0031054 |
| EMC_RAM 001656454 | PRAM0031055 |
| EMC_RAM 001656473 | PRAM0031056 |
| EMC_RAM 001656481 | PRAM0031057 |
| EMC_RAM 001656489 | PRAM0031057 |
| EMC_RAM 001656497 | PRAM0031058 |
| EMC_RAM 001656505 | PRAM0031058 |
| EMC_RAM 001656513 | PRAM0031059 |
| EMC_RAM 001656521 | PRAM0031060 |
| EMC_RAM 001656529 | PRAM0031061 |
| EMC_RAM 001656538 | PRAM0031062 |
| EMC_RAM 001656559 | PRAM0031063 |
| EMC_RAM 001656567 | PRAM0031204 |
| EMC_RAM 001656568 | PRAM0031461 |
| EMC_RAM 001656576 | PRAM0032850 |
| EMC_RAM 001656597 | PRAM0032851 |
| EMC_RAM 001656605 | PRAM0035895 |
| EMC_RAM 001656613 | PRAM0035902 |
| EMC_RAM 001656614 | PRAM0035903 |
| EMC_RAM 001656625 | PRAM0035904 |
| EMC_RAM 001656632 | PRAM0035905 |
| EMC_RAM 001656643 | PRAM0035906 |
| EMC_RAM 001656650 | PRAM0035907 |
| EMC_RAM 001656661 | PRAM0035908 |
| EMC_RAM 001656672 | PRAM0035909 |
| EMC_RAM 001656674 | PRAM0035910 |
| EMC_RAM 001656685 | PRAM0035912 |
| EMC_RAM 001656694 | PRAM0036057 |
| EMC_RAM 001656700 | PRAM0037020 |
| EMC_RAM 001656709 | PRAM0038020 |
| EMC_RAM 001656717 | PRAM0038788 |
| EMC_RAM 001656726 | PRAM0038789 |
| EMC_RAM 001656735 | PRAM0045119 |
| EMC_RAM 001656744 | PRAM0045121 |
| EMC_RAM 001656745 | PRAM0045122 |
| EMC_RAM 001656751 | PRAM0045123 |
| EMC_RAM 001656760 | PRAM0045124 |
| EMC_RAM 001656761 | PRAM0045125 |
| EMC_RAM 001656769 | PRAM0045126 |
| EMC_RAM 001656780 | PRAM0046072 |
| EMC_RAM 001656804 | PRAM0046074 |
| EMC_RAM 001656818 | PRAM0046075 |
| EMC_RAM 001656825 | PRAM0046076 |
| EMC_RAM 001656836 | PRAM0046077 |
| EMC_RAM 001661558 | PRAM0046078 |
| EMC_RAM 001661568 | PRAM0046079 |
| EMC_RAM 001661576 | PRAM0046080 |
| EMC_RAM 001661577 | PRAM0046081 |
| EMC_RAM 001661600 | PRAM0046082 |
| EMC_RAM 001670531 | PRAM0046083 |
| EMC_RAM 001670532 | PRAM0046084 |
| EMC_RAM 001670534 | PRAM0046085 |
| EMC_RAM 001670737 | PRAM0046086 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App. 203**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001670847 | PRAM0046087 |
| EMC_RAM 001744699 | PRAM0046088 |
| EMC_RAM 001744700 | PRAM0046183 |
| EMC_RAM 001744725 | PRAM0046187 |
| EMC_RAM 001744829 | PRAM0046188 |
| EMC_RAM 001744830 | PRAM0046189 |
| EMC_RAM 001744855 | PRAM0046190 |
| EMC_RAM 001744959 | PRAM0047185 |
| EMC_RAM 001744984 | PRAM0047670 |
| EMC_RAM 001746868 | PRAM0047671 |
| EMC_RAM 001746869 | PRAM0047996 |
| EMC_RAM 001747213 | PRAM0047999 |
| EMC_RAM 001747498 | PRAM0048000 |
| EMC_RAM 001747532 | PRAM0048001 |
| EMC_RAM_NYAG 000856446 | PRAM0048002 |
| EMC_RAM_NYAG 000984897 | PRAM0048003 |
| EMC_RAM_NYAG 000993111 | PRAM0048004 |
| EMC_RAM_NYAG 000993130 | PRAM0048005 |
| EMC_RAM_NYAG 003545779 | PRAM0048006 |
| EMC_RAM_SEC 000000246 | PRAM0048007 |
| EMC_RAM_SEC 000009234 | PRAM0048008 |
| EMC_RAM_SEC 000009320 | PRAM0048009 |
| EMC_RAM_SEC 000009387 | PRAM0048010 |
| EMC_RAM_SEC 000009456 | PRAM0048011 |
| EMC_RAM_SEC 000009531 | PRAM0048012 |
| EMC_RAM_SEC 000009603 | PRAM0048013 |
| EMC_RAM_SEC 000009677 | PRAM0048260 |
| EMC_RAM_SEC 000009735 | PRAM0048262 |
| EMC_RAM_SEC 000009788 | PRAM0049073 |
| EMC_RAM_SEC 000009842 | PRAM0051018 |
| EMC_RAM_SEC 000009915 | PRAM0051019 |
| EMC_RAM_SEC 000009968 | PRAM0051285 |
| EMC_RAM_SEC 000021986 | PRAM0051287 |
| EMC_RAM_SEC 000022952 | PRAM0051288 |
| EMC_RAM_SEC 000022953 | PRAM0055019 |
| EMC_RAM_SEC 000023006 | PRAM0055030 |
| EMC_RAM_SEC 000023020 | PRAM0055037 |
| EMC_RAM_SEC 000023021 | PRAM0055038 |
| EMC_RAM_SEC 000023144 | PRAM0055084 |
| EMC_RAM_SEC 000024841 | PRAM0055085 |
| EMC_RAM_SEC 000024843 | PRAM0055086 |
| EMC_RAM_SEC 000025130 | PRAM0055680 |
| EMC_RAM_SEC 000030141 | PRAM0056443 |
| EMC_RAM_SEC 000031998 | PRAM0056444 |
| EMC_RAM_SEC 000033933 | PRAM0056445 |
| EMC_RAM_SEC 000033934 | PRAM0059202 |
| EMC_RAM_SEC 000033984 | PRAM0059205 |
| EMC_RAM_SEC 000035525 | PRAM0059206 |
| EMC_RAM_SEC 000035533 | PRAM0061492 |
| EMC_RAM_SEC 000038477 | PRAM0063961 |
| EMC_RAM_SEC 000038478 | PRAM0063962 |
| EMC_RAM_SEC 000048416 | PRAM0063964 |
| EMC_RAM_SEC 000048417 | PRAM0063968 |
| EMC_RAM_SEC 000048430 | PRAM0063969 |
| EMC_RAM_SEC 000049962 | PRAM0063972 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000049964 | PRAM0063974 |
| EMC_RAM_SEC 000050020 | PRAM0063986 |
| EMC_RAM_SEC 000051670 | PRAM0063993 |
| EMC_RAM_SEC 000051671 | PRAM0063999 |
| EMC_RAM_SEC 000051672 | PRAM0064262 |
| EMC_RAM_SEC 000056309 | PRAM0064263 |
| EMC_RAM_SEC 000056457 | PRAM0064264 |
| EMC_RAM_SEC 000056458 | PRAM0064265 |
| EMC_RAM_SEC 000056469 | PRAM0064266 |
| EMC_RAM_SEC 000056471 | PRAM0065448 |
| EMC_RAM_SEC 000056482 | PRAM0068863 |
| EMC_RAM_SEC 000056483 | PRAM0069058 |
| EMC_RAM_SEC 000062879 | PRAM0069061 |
| EMC_RAM_SEC 000062925 | PRAM0071023 |
| EMC_RAM_SEC 000063146 | PRAM0071024 |
| EMC_RAM_SEC 000063553 | PRAM0071025 |
| EMC_RAM_SEC 000064589 | PRAM0071026 |
| EMC_RAM_SEC 000065962 | PRAM0071027 |
| EMC_RAM_SEC 000066161 | PRAM0071028 |
| EMC_RAM_SEC 000068172 | PRAM0071029 |
| EMC_RAM_SEC 000068173 | PRAM0071030 |
| EMC_RAM_SEC 000070231 | PRAM0071031 |
| EMC_RAM_SEC 000083975 | PRAM0071032 |
| EMC_RAM_SEC 000086978 | PRAM0071033 |
| EMC_RAM_SEC 000086979 | PRAM0071872 |
| EMC_RAM_SEC 000088138 | PRAM0071884 |
| EMC_RAM_SEC 000091485 | PRAM0071885 |
| EMC_RAM_SEC 000091486 | PRAM0072792 |
| EMC_RAM_SEC 000093174 | PRAM0073269 |
| EMC_RAM_SEC 000095333 | PRAM0073773 |
| EMC_RAM_SEC 000097272 | PRAM0074003 |
| EMC_RAM_SEC 000097274 | PRAM0074006 |
| EMC_RAM_SEC 000099025 | PRAM0074007 |
| EMC_RAM_SEC 000099050 | PRAM0074008 |
| EMC_RAM_SEC 000109642 | PRAM0074009 |
| EMC_RAM_SEC 000109643 | PRAM0074010 |
| EMC_RAM_SEC 000109644 | PRAM0074011 |
| EMC_RAM_SEC 000109645 | PRAM0077068 |
| EMC_RAM_SEC 000109648 | PRAM0077071 |
| EMC_RAM_SEC 000109649 | PRAM0077072 |
| EMC_RAM_SEC 000113380 | PRAM0077073 |
| EMC_RAM_SEC 000114856 | PRAM0077248 |
| EMC_RAM_SEC 000120818 | PRAM0077311 |
| EMC_RAM_SEC 001594730 | PRAM0077313 |
| EMC_RAMIREZ 000000121 | PRAM0077314 |
| EMC_RAMIREZ 000000255 | PRAM0077899 |
| EMC_RAMIREZ 000000301 | PRAM0077903 |
| EMC_RAMIREZ 000000533 | PRAM0077904 |
| EMC_RAMIREZ 000002550 | PRAM0077905 |
| EMC_RAMIREZ 000003986 | PRAM0077906 |
| EMC_RAMIREZ 000005478 | PRAM0077907 |
| EMC_RAMIREZ 000006255 | PRAM0077908 |
| EMC_RAMIREZ 000006256 | PRAM0077909 |
| EMC_RAMIREZ 000006257 | PRAM0077910 |
| EMC_RAMIREZ 000006258 | PRAM0079561 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000006259 | PRAM0081802 |
| EMC_RAMIREZ 000006289 | PRAM0081803 |
| EMC_RAMIREZ 000007140 | PRAM0086835 |
| EMC_RAMIREZ 000007141 | PRAM0087299 |
| EMC_RAMIREZ 000008612 | PRAM0087300 |
| EMC_RAMIREZ 000008874 | PRAM0087347 |
| EMC_RAMIREZ 000009026 | PRAM0087352 |
| EMC_RAMIREZ 000009451 | PRAM0094474 |
| EMC_RAMIREZ 000009455 | PRAM0097660 |
| EMC_RAMIREZ 000012279 | PRAM0100480 |
| EMC_RAMIREZ 000015594 | PRAM0106256 |
| EMC_RAMIREZ 000017292 | PRAM0127510 |
| EMC_RAMIREZ 000019172 | PRAM0127511 |
| EMC_RAMIREZ 000019173 | PRAM0140156 |
| EMC_RAMIREZ 000020631 | PRAM0142164 |
| EMC_RAMIREZ 000021186 | PRAM0174388 |
| EMC_RAMIREZ 000022927 | PRAM0180456 |
| EMC_RAMIREZ 000028881 | PRAM0180581 |
| EMC_RAMIREZ 000029676 | PRAM0186258 |
| EMC_RAMIREZ 000030838 | PRAM0186259 |
| EMC_RAMIREZ 000030864 | PRAM0211778 |
| EMC_RAMIREZ 000030866 | PRAM0211779 |
| EMC_RAMIREZ 000031956 | PRAM0214659 |
| EMC_RAMIREZ 000031960 | PRAM0214660 |
| EMC_RAMIREZ 000031967 | PRAM0219585 |
| EMC_RAMIREZ 000032853 | PRAM0219586 |
| EMC_RAMIREZ 000032864 | PRAM0221195 |
| EMC_RAMIREZ 000032887 | PRAM0221196 |
| EMC_RAMIREZ 000032948 | PRAM0221891 |
| EMC_RAMIREZ 000032951 | PRAM0221892 |
| EMC_RAMIREZ 000033201 | PRAM0222304 |
| EMC_RAMIREZ 000033450 | PRAM0223769 |
| EMC_RAMIREZ 000033621 | PRAM0223772 |
| EMC_RAMIREZ 000037943 | PRAM0223773 |
| EMC_RAMIREZ 000042309 | PRAM0223784 |
| EMC_RAMIREZ 000042313 | PRAM0223785 |
| EMC_RAMIREZ 000045198 | PRAM0223796 |
| EMC_RAMIREZ 000045200 | PRAM0223797 |
| EMC_RAMIREZ 000045205 | PRAM0223798 |
| EMC_RAMIREZ 000048104 | PRAM0223809 |
| EMC_RAMIREZ 000048534 | PRAM0223810 |
| EMC_RAMIREZ 000049831 | PRAM0223821 |
| EMC_RAMIREZ 000049840 | PRAM0223826 |
| EMC_RAMIREZ 000050532 | PRAM0223827 |
| EMC_RAMIREZ 000051599 | PRAM0232100 |
| EMC_RAMIREZ 000051611 | PRAM0238330 |
| EMC_RAMIREZ 000056334 | PRAM0238331 |
| EMC_RAMIREZ 000058126 | PRAM0238465 |
| EMC_RAMIREZ 000058169 | PRAM0238467 |
| EMC_RAMIREZ 000062967 | PRAM0242651 |
| EMC_RAMIREZ 000063689 | PRAM0242653 |
| EMC_RAMIREZ 000064876 | PRAM0322029 |
| EMC_RAMIREZ 000068914 | PRAM0323959 |
| EMC_RAMIREZ 000071312 | PRAM0323962 |
| EMC_RAMIREZ 000071313 | PRAM0323963 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000071314 | PRAM0323964 |
| EMC_RAMIREZ 000071315 | PRAM0323965 |
| EMC_RAMIREZ 000071316 | PRAM0323966 |
| EMC_RAMIREZ 000075116 | PRAM0323967 |
| EMC_RAMIREZ 000083223 | PRAM0323968 |
| EMC_RAMIREZ 000083224 | PRAM0323969 |
| EMC_RAMIREZ 000141014 | PRAM0323970 |
| EMC_RAMIREZ 000141017 | PRAM0323971 |
| EMC_RAMIREZ 000141087 | PRAM0323972 |
| EMC_RAMIREZ 000141091 | PRAM0325081 |
| EMC_RAMIREZ 000158730 | PRAM0331404 |
| PRAM0000035 | PRAM0335147 |
| PRAM0000365 | PRAM0360813 |
| PRAM0000518 | PRAM0360857 |
| PRAM0000521 | PRAM0365449 |
| PRAM0000522 | PRAM0388220 |
| PRAM0000523 | PRAM0400687 |
| PRAM0000525 | PRAM0423395 |
| PRAM0000526 | PRAM0430339 |
| PRAM0000527 | PRAM0439742 |
| PRAM0000846 | PRAM0471246 |
| PRAM0001679 | PRAM0523163 |
| PRAM0001681 | PRAM0523213 |
| PRAM0002031 | PRAM0547116 |
| PRAM0002033 | PRAM0553869 |
| PRAM0002087 | PRAM0629339 |
| PRAM0002089 | PRAM0653225 |
| PRAM0002092 | PRAM0660407 |
| PRAM0002095 | PRAM0666425 |
| PRAM0002117 | PRAM0674283 |
| PRAM0002119 | PRAM0705989 |
| PRAM0002134 | PRAM0712414 |
| PRAM0002140 | PRAM0712415 |
| PRAM0002390 | PRAM0717939 |
| PRAM0003046 | PRAM0761829 |
| PRAM0003047 | PRAM0773954 |
| PRAM0003048 | WOOD0001237 |

**SEC Filings**

Exxon 2009 Form 10-K
Exxon 2010 Form 10-K/A
Exxon 2011 Form 10-K
Exxon 2012 Form 10-K
Exxon 2013 Form 10-K
Exxon 2014 Form 10-K
Exxon 2015 Form 10-K
Exxon 2016 Form 10-K
Exxon Current Report on Form 8-K, April 29, 2016
Exxon Current Report on Form 8-K, April 30, 2015
Exxon Current Report on Form 8-K, February 2, 2015
Exxon Current Report on Form 8-K, February 2, 2016
Exxon Current Report on Form 8-K, January 31, 2017
Exxon Current Report on Form 8-K, July 29, 2016
Exxon Current Report on Form 8-K, July 31, 2015
Exxon Current Report on Form 8-K, October 28, 2016

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

Exxon Current Report on Form 8-K, October 30, 2015
Exxon Q1 2014 Form 10-Q
Exxon Q1 2015 Form 10-Q
Exxon Q1 2016 Form 10-Q
Exxon Q2 2014 Form 10-Q
Exxon Q2 2015 Form 10-Q
Exxon Q2 2016 Form 10-Q
Exxon Q3 2014 Form 10-Q
Exxon Q3 2015 Form 10-Q
Exxon Q3 2016 Form 10-Q
Exxon SEC CORRESP, February 22, 2017
Exxon SEC CORRESP, February 24, 2015
Exxon SEC CORRESP, January 30, 2017
Exxon SEC CORRESP, October 24, 2016
HGT 2015 Form 10-K

**Exxon Transcripts & Presentations**
Exxon March 4, 2015 Analyst Meeting and Presentation
Exxon Q1 2014 Earnings Call Transcript and Presentation
Exxon Q1 2015 Earnings Call Transcript and Presentation
Exxon Q1 2016 Earnings Call Transcript and Presentation
Exxon Q2 2014 Earnings Call Transcript and Presentation
Exxon Q2 2015 Earnings Call Transcript and Presentation
Exxon Q2 2016 Earnings Call Transcript and Presentation
Exxon Q3 2014 Earnings Call Transcript and Presentation
Exxon Q3 2015 Earnings Call Transcript and Presentation
Exxon Q3 2016 Earnings Call Transcript and Presentation
Exxon Q4 2014 Earnings Call Transcript and Presentation
Exxon Q4 2015 Earnings Call Transcript and Presentation
Exxon Q4 2016 Earnings Call Transcript and Presentation

**Accounting and Auditing Guidance, SEC Rules and Related**
17 CFR Part 210
17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003
17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989
AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, as of January 1, 2014
AICPA Statement on Standards for Forensic Services
ASC 105 *Generally Accepted Accounting Principles*
ASC 250 *Accounting Changes and Error Corrections*
ASC 360 *Property, Plant, Plant, and Equipment*
ASC 605 *Revenue Recognition*
ASC 820 *Fair Value Measurement*
ASC 855 *Subsequent Events*
ASC 932 *Extractive Activities - Oil and Gas*
ASC Master Glossary
Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991
FASB Accounting Standards Update No. 2014-09, Revenue from Contracts with Customers (Topic 606)
FASB Concept Statement No 2., Qualitative Characteristics of Accounting Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information, As Amended
Federal Trade Commission, Informal Staff Advisory Opinion 02-4
PCAOB AS 1001

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

PCAOB AS 11
PCAOB AS 14
PCAOB AS 2810
PCAOB AU 110
PCAOB AU 411
Petroleum Accounting, 7th ed.

Petroleum Accounting, 8th ed.

Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark

Report of the National Commission on Fraudulent Financial Reporting, October 1987

SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance, March 31, 2001

SEC Financial Reporting Manual

SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72]

SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36]

SEC Regulation S-K, Item 1202, Disclosure of Reserves (17 CFR §229.1202)

SEC Regulation S-K, Item 303 (17 CFR §229.303)

SEC Regulation S-X, Rule 4-01

SEC Regulation S-X, Rule 4-10(a)

SEC Release No. 33-8995; 34-59192; FR-78; File No. S7-15-08.

SEC Release Nos. 33-10751; 34-88094; FR 87 Commission Guidance on Management's Discussion and Analysis of Financial Condition and Results of Operations. Effective February 25, 2020

SEC Securities Act Release No. 6349, September 28, 1981

SEC Staff Accounting Bulletin No. 108

SEC Staff Accounting Bulletin No. 99

Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001

Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996

**Pleadings**
Complaint, Civil Action No. 3:16-cv-03111-K

**Deposition(s) and Exhibits**
Deposition of Vincent L. Prestipino, September 20, 2024 and Exhibits
Deposition of Joseph M. Horne, September 17, 2024 and Exhibits
Deposition of Kirsten M. Bannister, September 12, 2024 and Exhibits

**Miscellaneous Documents (Articles, other written works, etc.)**
Adila McHich, Henry Hub Natural Gas Futures: Global Benchmark, CME Group, July 7, 2023
Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002, "Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality."
http://corporate.academy.com/locations/index.html
https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm
https://www.eia.gov/dnav/pet/hist/RWTCD.htm
https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/how-read (accessed October 9, 2024)
https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-17
https://www.sec.gov/about/mission (accessed October 9, 2024)
https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024)

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024)

NYMEX Natural Gas Futures (Strip) Prices per Bloomberg

Perkins Coie website, "The Loneliness of Making the Materiality Decision," by Broc Romanek, July 20, 2021 (available at https://www.publicchatter.com/2021/07/the-loneliness-of-making-the-materiality-decision/)

Press Release, "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002

The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call"

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 1975 – Present | **Hemming Morse**<br>**Forensic and Financial Consultants**<br>Chairperson, 2012-2016<br>Partner, since 2012<br>Chairman of the Board, 2001-2011<br>President, 2001-2009<br>Director-in-charge of the firm's Litigation and Forensic Consulting Practice, 1975-2006 |
| 2006 | **Stanford Law School**<br>Executive Education - Directors' College |
| 1979 | **Golden Gate University, San Francisco**<br>M.S. Accounting |
| 1973 – 1975 | **Regan & Skelton, CPAs**<br>Partner |
| 1970 – Present | Taught or attended at least 80 hours of qualified continuing education courses in each 2 year period in order to renew CPA license |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| 1968 | **University of San Francisco**<br>B.S. Accounting (Accounting Specialist) |

**App. 211**



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Professional & Service Affiliations

- **Certified Public Accountant,** State of California
  - Since 1970

- **American Institute of Certified Public Accountants**
  - Since 1970
  - Council Member, 2003-2011
  - Member, Forensic & Valuation Services Executive Committee, 2008-2011
  - Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  - Chair of National Economic Damages Committee, 1999-2001
  - National Computer Audit Subcommittee of the Auditing Standards Board, past member

- California Society of Certified Public Accountants **Distinguished Service Award,** 2009

- **Certified in Financial Forensics**
  - Since 2008

- **California CPA Education Foundation**
  - Board of Trustees, 1997-2003
  - President, 2001-2002
  - First Vice President, 2000-2001
  - Treasurer, 1999-2000

- California Society of Certified Public Accountants, **Board of Directors,** 2001-2006
  - Council, since 2001
  - Chair, 2004-2005
  - First Vice President, 2003-2004

- California Society of Certified Public Accountants, Litigation Consulting and Dispute Resolution Services Common Interest Member
  - Steering Committee, since 1990
  - Chair, 2002-2004
  - Vice President, 2000-2002

- California Society of Certified Public Accountants, State Economic Damages Section
  - Chair, 1996-1998
  - Member, since 1995

- California Society of Certified Public Accountants, **Quality Control Committee,** past member

- California Society of Certified Public Accountants, **Litigation Services Conference Chair,** 1990

- California Society of Certified Public Accountants, **Advanced Litigation Forum Planning Committee,** 1991-1993; 1995 and 1997
  – Chair, 1993 and 1997

- California Society of Certified Public Accountants, **Computer Show and Conference Chair,** 1985

- California Society of Certified Public Accountants, **Economic Damages Conference Planning Committee,** 2000

- American Arbitration Association's National Panel of **Arbitrators,** 1983-1996

**App. 212**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Professional & Service Affiliations continued

- Western Association of Accounting Firms Audit and Accounting Committee
  – Chairman, 1980-1982
  – Audit and Accounting Manuals, Editor, 1979-1982

- CPA Computer Report, Editorial Board, 1984-1987

- Board of Trustees, Golden Gate University, 2002-2013
  – Audit Committee member, since 2005
  – Audit Committee Chair, 2005-2008

- Board of Trustees, Jesuit School of Theology at Berkeley, 2002-present
  – Audit Committee member and Chair, 2004-2011

- International Display Works, Inc.,
  – Board of Directors, 2004-2006
  – Audit Committee member, 2005-2006

- Solar Power, Inc.,
  – Board of Directors, 2006-2010
  – Audit Committee Chair, 2006-2010

- Catholic Charities CYO of the Archdiocese of San Francisco
  – Board of Directors, 2009-2019
  – Audit Committee Chair, 2009-2019

- Town of Hillsborough
  – Council Member, 1998-2010
  – Mayor, 2002-2004
  – Vice Mayor, 2000-2002
  – Commissioner of Finance, 1998-2002; 2004-2010
  – Financial Advisory Committee, since 2011

- Hillsborough City School District
  – Board of Trustees
  – Trustee, 1985-1995
  – President, 1986-87; 1993-94

- Hillsborough Recreation Commission, 1989-1993; 1998-2010
  – President, 1990-1993

- Citizen of the Year, 1995
  Town of Hillsborough, California

**App. 213**



# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Courses Written and Presented

### AICPA & California Society of CPAs

■ "The $355 Million + Prejudgment Interest Decision - Principal Teaching Moments For Accountants and Valuation Issues" California Society of CPAs,  Forensic Services Section Steering Committee, 2024

■ "The FTX Bankruptcies: We Have Seen This Mess Before" California Society of CPAs,  Forensic Services Section Steering Committee, 2023

■ "Candid Advice on Expert Witness Best Practices" California Society of CPAs, Fraud and Forensics Virtual Conference, 2022

■ "Fraudulent Financial Reporting and Accountants' Malpractice" California Society of CPAs, 4N6: Forensics and Fraud Virtual Conference, 2021

■ "Economic Damages: Common Frameworks By Industry & Claim Type" AICPA National Forensic Accounting Conference, Boston, MA, 2010

■ "Fraud Prevention and Detection" California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, CA, 2004

■ "Trigon Insurance Co. v. United States" California Society of CPAs, Economic Damages Litigation Section, San Francisco, CA, 2003

■ "Issues Re: Revenue Recognition" California Society of CPAs, Litigation Sections Steering Committee, Burlingame, CA, 2003

■ "Trashing Drafts - A Standard Practice or a Dangerous Proposition?" California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, CA, 2003

■ "Aggressive Accounting & The Games People Play" AICPA Webcast, co-author, NJ, 2003

■ "Mistakes Made in the Work Product" California Society of CPAs, Litigation Services Conference, Irvine, CA, 2002

■ "Complex Litigation/Accounting Malpractice" AICPA National Fraud Conference, Las Vegas, NV, 2002

■ "Ethics, Taxes and Financial Reporting" California Society of CPAs, San Francisco, CA, 2002

■ "Expert Disqualifications" California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, CA, 2001

■ "Financial Statement Fraud" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 2000

■ "Quantifying Losses" AICPA National Fraud Conference, Las Vegas, NV, 2000

■ "Electronic Work Product-Discovery Issues" California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, CA, 1999

**App. 214**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Courses Written and Presented continued

### AICPA & California Society of CPAs continued

- "The CPA's Role in Construction Damages" AICPA National Advanced Litigation Conference, Atlanta, GA, 1999

- "Significant Frauds of our Time" AICPA National Fraud Conference, Las Vegas, NV, 1998

- "Daubert and the CPA Expert" California Society of CPAs, Advanced Economic Damage Conference, San Francisco, CA, 1998

- "The Accountant in Fraud Investigations" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 1997

- "Rule 26 Reports,""The Auditor and Fraud," and "Challenging Questions" California Society of CPAs, Advanced Litigation Forum, Palm Springs, CA, 1996

- "Distinguishing Between Litigation and Attest Engagements" California Society of CPAs, Advanced Litigation Forum, San Diego, CA, 1995

- "Miniscribe Trial Binder" California Society of CPAs, Advanced Litigation Forum, Monterey, CA, 1993; Litigation Consulting Services Committee, Puerto Vallarta, MX, 1993; Litigation Consulting Services Committee, San Francisco, CA, 1994

- "Lost Profits" California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, CA, 1991

- "Opportunities Update: "A Discussion of Disruption Claims" California Society of CPAs, Litigation Consulting Conference, Los Angeles, CA, 1990

- "Construction Damages" AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas, TX and Washington, DC, 1990

### Selected Others

- "Fraudulent Financial Reporting and Accountant's Malpractice" San Francisco State University, 2019

- "The Fraud Triangle - Where Were the Gatekeepers" United States District Court, Northern District Historical Society, San Francisco, CA, 2012

- "Introduction of Financial Forensic Accounting" Golden Gate University, Adjunct Professor, 2009-present

- "Reporting in Litigation Engagements" "Wage & Hour Litigation" Golden Gate University, 2009

- "Intellectual Property Damages" Federal Bureau of Investigation, Quantico, VA, 2001

**App. 215**

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### Selected Others continued

- "Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor" American Bar Association, Fourth Annual Construction Institute, 1995

- "Fundamentals of Forensic Accounting" Georgetown University, Washington, DC, 1994

- "Proving and Pricing Delay and Disruption Claims" Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, CA, 1989

- "The Auditor in Court" State of California, Government Auditors, 1989

- "Pricing Construction Claims" Thelen, Marrin, Johnson & Bridges, 1988

- "Dollars and Sense: Building Your Damages Case & Surviving a Daubert Challenge" San Francisco Trial Lawyers Association, Litigation Practice, San Francisco, CA, 2007

- "Winning Strategies for the Financial Side of Your Damages Case" Construction Infrastructure Summit, Phoenix, AZ, 2007

### Publications

- "Our Roots Run Deep" California CPA Magazine, August 2004

- "Expert Witnesses: Do They Have to Keep Draft Reports?" California CPA Magazine, May 2004

- "Revenue Recognition: Now, Later or Never?" California CPA Magazine, September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, "The Role of the Accountant as Expert Witness," published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- "California CPA Computer Show and Conference," CPA Computer Report, September 1985

- "Direct and Cross Examination of Experts," co-author of case study presented by University of California Hastings Litigation Advocacy Program

**App. 216**



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Testimony (Presented in the Last Four Years)

### Trial

- James Gansman v. Michael A. Tanenbaum; James Gansman v. James Keale (2024) United States District Court, Northern District of California, San Jose Division, Case No. 23-cv-03667-BLF

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Port of Ridgefield vs. Union Pacific Railroad Company (2018) U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

### Deposition

- In re: Sedgwick LLP, James Gansman v. Thomas Robertson, James Keale and Michael Tanenbaum (2023), U.S. Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 18031087 (HLB)

- In re: Alta Mesa Resources, Inc. Securities Litigation (2023), U. S. District Court, Southern District of Texas, Houston Division, Case No. 4:19 CV-00957

- In re: Under Armour Securities Litigation (2023), U.S. District Court, District of Maryland, Case No. RDB-17-388

- In re: Anadarko Petroleum Corporation Securities Litigation (2023), U.S. District Court, Southern District of Texas, Case No. 4:20-cv-00576

- Lehigh Southwest Cement Company v. James Hardie Building Products (2019) (2022), Superior Court of California, Shasta County, Case No. 191110

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Snow Covered Capital, LLC v. William Weidner et al. (2021) United States District Court, District of Nevada Case No.: 2:19-cv-00595—JAD-NJK

- Strathclyde Pension Fund, v. Bank OZK and George Gleason (2021), United States District Court, Eastern District of Arkansas, Central Division Case No. 4:18-cv-00793-DPM

- In re: Teva Securities Litigation (2021) U.S. District Court, District of Connecticut Case No. 3:17-cv-00558 SRU

- Strathclyde Pension Fund, et al. v Bank OZK, et al. (2021) U.S. District Court, Eastern District of Arkansas Case No. 4:18-cv-00793-DPM

- In re: Novo Nordisk Securities Litigation (2021) U.S. District Court, District of New Jersey Case No. 3:17-CV-209-BRM-LHG

- 246 Atherton Avenue LLC v. Trais Fluors LLC (2019) Superior Court of California, San Mateo County Case No. 16-CIV-02957

**App. 217**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**CURRICULUM VITAE**

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Deposition continued

- **The Regents of the University of California v. Paul S. Aisen, et al. (2019)** Superior Court of California, San Diego County, Case No. 37-2015-00022082-CU-BT-CTL

- **Mark Smilovits, et al. v First Solar, Inc., et al. (2019)** U.S. District Court District of Arizona Case No. 2:12-cv-00555-DGC

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

- **Port of Ridgefield vs. Union Pacific Railroad Company (2018)** U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

- **Layton Construction Co., Inc. v. Mint Development, L.P. et al. (2018)** Superior Court of California County of San Francisco, Case No. CGC-15-549603

### Arbitration

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

**App. 218**

# Exhibit 2

CONFIDENTIAL

*Ramirez v. Exxon Mobil Corporation, et al.*

*Civil Action No. 3:16-cv-03111-K*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

**EXPERT REPLY REPORT**
**OF**
**D. PAUL REGAN, CPA/CFF**

**January 10, 2025**

**App. 219**

TABLE OF CONTENTS

I.    INTRODUCTION ...........................................................................................................1

II.   SUMMARY OF REPLY OPINIONS ...........................................................................2

III.  DISCUSSION AND ANALYSES PERTAINING TO MY REPLY OPINIONS
      TO THE ABINGTON REPORT .................................................................................4

      A.    CONTEMPORANEOUS EVIDENCE AND TESTIMONY REFUTE MR. ABINGTON'S
            CRITICISMS OF MY OPINION THAT EXXON FAILED TO APPROPRIATELY DE-
            BOOK CANADIAN KEARL PROVED RESERVES AS OF DECEMBER 31, 2015 ..............4

            1.    Mr. Abington Ignores Or Fails To Appropriately Consider Relevant
                  Facts and Circumstances During Exxon's 2015 Financial
                  Reporting Period Demonstrating The Company's Kearl SEC
                  Reserve Calculation Errors and Reasonableness of My Opinion ................7

            2.    Mr. Abington Ignores Or Fails To Properly Consider My 2015
                  Kearl SEC Price Calculations Are Supported By Exxon's Internal
                  Calculations, Methodology, and Data ..........................................................17

            3.    Mr. Abington's Opinions Are Inconsistent With Relevant Exxon
                  Testimony Acknowledging the Required Consideration of Actual
                  Costs When Determining SEC Reserve-Related Pricing ...........................23

            4.    PwC's Role As Exxon's Independent Auditor Does Not Cause Me
                  To Change My Opinion Regarding the Inaccuracy of Exxon's
                  Asserted 2015 Kearl SEC Price and Proved Reserves ..............................25

      B.    OTHER ASSERTIONS BY MR. ABINGTON TO DISCREDIT MY OPINION THAT
            EXXON FAILED TO PROPERLY DE-BOOK ITS KEARL SEC PROVED RESERVES
            AS OF DECEMBER 31, 2015 ARE FLAWED AND MISLEADING .................................30

            1.    Mr. Abington's References To Studies Reflecting Decreased
                  Proved Reserves During 2016 Is Misleading And Incomplete ..................30

            2.    Mr. Abington's Assertion That Exxon's De-Booking of
                  Approximately 1.0 Billion Oil Equivalent Barrels of Natural Gas
                  Demonstrated The Company's Willingness To De-Book Proved
                  Reserves Is Misleading and Irrelevant to Exxon's Misstated Kearl
                  SEC Proved Reserves ................................................................................33

            3.    Mr. Abington's References to Kearl Lifting Costs, Including
                  Exxon's Practice of Excluding Direct CAF, Ignores Relevant

**Expert Reply Report of D. Paul Regan, CPA/CFF**                                    i

**App. 220**

Reporting Requirements and Exxon's Own Practices During 2015 and 2016................................................................34

C.    MR. ABINGTON'S ASSERTION THAT DISCLOSURE OF ANY KEARL FINANCIAL LOSSES IS NOT SUPPORTED BY REGULATORY REQUIREMENTS IS NOT RELEVANT TO MY OPINION AND IS INCONSISTENT WITH EXXON'S DISCLOSURES REGARDING KEARL ..............................................................39

    1.    Exxon's Management Repeatedly Obtained and Reviewed Kearl Specific Information, Including Operating Results and Information About Kearl Specific Reserves and Losses ...............................................40

    2.    In Contrast to Mr. Abington's Assertions, Exxon Management Made "Kearl" Specific Disclosures During 2015 and 2016. .....................46

D.    MR. ABINGTON FAILS TO PROPERLY CONSIDER RELEVANT GAAP IN HIS CRITICISM OF MY OPINIONS REGARDING EXXON'S EVALUATION OF ITS XTO LONG-LIVED ASSETS FOR IMPAIRMENT, INCLUDING THE COMPANY'S ASSERTED PRICE PLAN ESTIMATES ...........................................................46

    1.    GAAP Requires Significant Accounting Estimates To Be Reasonable, Based On All Available Evidence That Existed During Exxon's 2015 Financial Reporting Period, Including, But Not Limited To, Changes In Market Conditions.................................................48

    2.    Mr. Abington Improperly Accepts The Judgment Of Exxon's Management With Respect To Its 2015 Price Plan Without Consideration Of All Contemporaneous Available Information................51

    3.    Exxon's Applied 2015 Price Plan Assumptions Were Not Reasonable and Failed to Properly Consider Relevant Facts And Conditions During Its 2015 Financial Reporting Period, Including Relevant Changes In Market Conditions and Other Internal Price Projections.................................................................................52

    4.    Mr. Abington Ignores or Fails To Properly Consider Relevant Evidence Demonstrating the Reasonableness Of My Applied NYMEX Price Assumptions and Evaluation of Exxon's XTO Related Assets .............................................................................67

E.    MR. ABINGTON'S ASSESSMENT OF EXXON'S IMPAIRMENT INDICATORS ("TRIGGERS") UNDER GAAP IS FLAWED AND MISLEADING ...................................70

    1.    Mr. Abington Fails To Properly Consider Professional Guidance and Other Evidence Reflecting That Lower Henry Hub Prices Prior

**App. 221**

To and During the Exxon's 2015 Financial Reporting Period Was an Impairment Indicator ...................................................................70

2. Mr. Abington Fails To Properly Consider The Company's Internal Assertions And Other Conditions Demonstrating That Reduced Price Plans Directly Impacted XTO's Long-Lived Assets Value and Was An Impairment Indicator ....................................................73

3. Mr. Abington's Acceptance of Exxon's Flawed Conclusion That An XTO Impairment Indicator Did Not Exist Conflicts With Several Other Facts And Conditions Discussed in My October Report..................................................................................................80

F. MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON PWC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT .........................82

1. Exxon's Management, Not PwC, Was Responsible for the Company's Financial Statements, Including, but Not Limited to, the Disclosure of Proved Reserves and Asset Grouping's Fair Value ......................................................................................................83

2. PwC's Annual Audits and Interim Reviews Did Not Provide Absolute Assurance that Exxon's Financial Statements Were Free of Material Misstatement ..............................................................86

3. The PwC Audits and Reviews Referenced in the Abington Report Do Not Provide Any Assurance that Exxon's Reported SEC Reserves Or MD&A Were Free from Material Omissions .......................89

4. Relevant Documents Do Not Appear To Be Included In PwC's Document Production, Indicative That PwC Was Not Contemporaneously Provided With Such Information During Its 2015 And 2016 Audits ...........................................................................91

5. Mr. Abington Provides No Opinion that PwC's Audits of Exxon Complied with PCAOB Standards...........................................................92

G. MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON SEC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT .........................98

**Expert Reply Report of D. Paul Regan, CPA/CFF**                    iii

**App. 222**

**CONFIDENTIAL**

## I.    INTRODUCTION

1.    My report dated October 11, 2024 (the "October Report") includes expert opinions regarding certain financial accounting and disclosures in Exxon Mobil Corporation's ("Exxon" or the "Company") 2015 Form 10-K. These opinions are:

   a.    Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

   b.    Exxon's MD&A failed to appropriately disclose known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations.

   c.    Exxon failed to properly comply with impairment-related accounting standards under generally accepted accounting principles ("GAAP"), resulting in the material overstatement of XTO-related long-lived assets as of and for the year ended December 31, 2015.

2.    I stated in paragraph 2 of my October Report that I expected to receive and analyze additional evidence regarding this matter. Specifically:

> The bases for these opinions are described in Section IV of this report. This report is based on the evidence I have reviewed to date. I understand that additional information may become available, including, but not limited to, discovery in response to subpoenas issued in this matter, **deposition testimony and related exhibits, and relevant opinions and analyses by the parties' experts**. As a result, I may modify my opinions based on such additional evidence. In addition, I expect to analyze any findings of and, if necessary, respond to defendants' expert's report(s). (emphasis added).

3.    Since my October Report, I have received and reviewed a copy of the Rebuttal Expert Report of William B. Abington, CPA, CFF, CFE dated December 10, 2024 (the "Abington Report"). I have considered the Abington Report, and the opinions expressed therein. Based on these documents and my experience, I was asked to provide expert rebuttal testimony concerning the opinions expressed in the Abington Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    1

**App. 223**

**CONFIDENTIAL**

4.      I have also considered additional documents relevant to matters at issue in this case, including documents produced since the issuance of my October Report and previously produced documents relevant to my response to the Abington Report. These documents have been footnoted herein and/or have been included in the updated **Exhibit A** attached to this reply report. My updated professional resume is also attached as **Exhibit B**.

5.      This reply report should not be construed as expressing any legal opinions, which are outside my expertise. However, to the extent I have interpreted evidence and other cited information, these interpretations necessarily reflect my understanding thereof from an accounting and auditing perspective, including as being Certified in Financial Forensics ("CFF").

6.      In my work on this reply report and exhibits, I have been assisted by others in my firm who have acted under my direction, supervision, and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a fact witness. My understanding of the relevant facts comes from the documents and testimony that I have considered.

7.      HM is being compensated for my services at $920 per hour, in accordance with its retention agreement in this matter. This compensation is not contingent on the outcome of this matter or the conclusions that I reach. My work on this matter is continuing and my opinions may be amended or supplemented as a result of additional study by me or additional information learned prior to or at trial. At trial, I may use documents referenced in this reply report or October Report, graphics illustrating concepts discussed therein, and other demonstrative or summarizing exhibits derived from my reports.

## II.      SUMMARY OF REPLY OPINIONS

8.      I have considered the Abington Report and the opinions expressed therein. None of Mr. Abington's opinions, whether or not specifically addressed in this Reply Report, change my opinions set forth above or in my October Report. Mr. Abington's criticisms of my opinion are meritless and misleading. They are generally superficial in nature and

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **2**

**App. 224**

**CONFIDENTIAL**

unsupported by relevant facts and circumstances and/or they ignore relevant evidence that was in place at the applicable time.

9.    I have used the remainder of this Reply Report to respond to particular positions (although not all) in the Abington Report that are either misleading, incorrect, fail to properly consider the facts and circumstances in place during the relevant periods, and/or are not supported by the evidence. In this regard, I have the following additional opinions:

a.    Contemporaneous evidence and testimony refute Mr. Abington's criticisms of my opinion that Exxon failed to appropriately de-book Canadian Kearl proved reserves as of December 31, 2015;

b.    Other assertions by Mr. Abington to discredit my opinion that Exxon failed to properly de-book its Kearl SEC proved reserves as of December 31, 2015 are flawed and misleading;

c.    Mr. Abington's assertion that disclosure of any Kearl financial losses is not supported by regulatory requirements is not relevant to my opinion and is inconsistent with Exxon's disclosures regarding Kearl;

d.    Mr. Abington fails to properly consider relevant GAAP in his criticism of my opinions regarding Exxon's evaluation of its XTO long-lived assets for impairment, including the Company's asserted price plan estimates;

e.    Mr. Abington's assessment of Exxon's impairment indicators ("triggers") under GAAP is flawed and misleading;

f.    Mr. Abington's repeated references to and reliance on PwC does not refute the opinions expressed in My October Report; and

g.    Mr. Abington's repeated references to and reliance on SEC does not refute the opinions expressed in My October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **3**

**App. 225**

**CONFIDENTIAL**

10. Detailed support and analyses for these additional opinions are included below in Section III to this Report.

**III. DISCUSSION AND ANALYSES PERTAINING TO MY REPLY OPINIONS TO THE ABINGTON REPORT**

    **A. CONTEMPORANEOUS EVIDENCE AND TESTIMONY REFUTE MR. ABINGTON'S CRITICISMS OF MY OPINION THAT EXXON FAILED TO APPROPRIATELY DE-BOOK CANADIAN KEARL PROVED RESERVES AS OF DECEMBER 31, 2015**

11. Mr. Abington asserts that my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015 is "unreliable" and "not based on sufficient analysis."[1] In this regard, Mr. Abington improperly asserts:

    a. I do not address the "timing and reason for ExxonMobil updating its 2016 SEC Price basis assumptions;"

    b. I don't consider "the ExxonMobil process" for determining SEC Reserves;

    c. I make broad assumptions with insufficient data; and

    d. I do not consider PwC's testing of ExxonMobil's process.[2]

12. Mr. Abington's criticisms are meritless and misleading. In this regard, Mr. Abington's criticisms are superficial in nature, unsupported by relevant facts and circumstances, and do not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

13. First, Mr. Abington fails to appropriately consider the reasonableness of my opinion given the relevant facts and circumstances that existed during Exxon's 2015 financial reporting

---

[1] Abington Report, paragraphs 8 and 48.

[2] Abington Report, paragraphs 8 and 48.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **4**

**App. 226**

**CONFIDENTIAL**

period. These facts and circumstances demonstrate that the Company's material 2015 Kearl SEC reserve calculation contained flaws and process errors. Specifically:

a. While acknowledging Kearl's 2016 SEC reserve calculation was not subject to changing "[p]ricing principles" or "a new process,"[3] Mr. Abington fails to properly consider that the relevant facts and circumstances resulting in Exxon's corrective 2016 price input changes also existed as of December 31, 2015 and required similar consideration in the Company's reserve calculations and amounts disclosed in Exxon's 2015 Form 10-K filed in February of 2016. That is, Exxon's (and Imperial Oil Limited, or "IOL")[4] acknowledgment and consideration of actual costs associated with the Company's 2016 shipment of Kearl bitumen to U.S. markets caused the Company to correct its price inputs. Importantly, Exxon also shipped Kearl bitumen to U.S. markets during 2015, including similar costs that required similar consideration. As such, the costs associated with these shipments required recognition in the Company's 2015 SEC pricing inputs, just as Exxon determined during 2016;

b. Mr. Abington ignores or fails to appropriately consider Exxon's acknowledged 2015 communications foreshadowing the Company's 2016 SEC price input change to include costs associated with sales to the U.S. markets; and

c. Exxon's failure to include actual costs in deriving net Kearl bitumen prices, including transportation and diluent costs associated with 2015 sales of bitumen to U.S. markets, reflect a significant flaw and acknowledged "shortcoming" in the Company's 2015 SEC reserve calculation and process.

14.    Second, Mr. Abington ignores or fails to properly consider that my 2015 Kearl SEC price calculations and methodology are supported by Exxon's internal calculations and

---

[3] Abington Report, paragraph 113.

[4] During 2015, Imperial Oil Limited held a 70.96% interest in the Kearl joint venture. ExxonMobil Canada Properties held the other 29.04%. Exxon Mobil Corporation held a 69.6% interest in Imperial Oil Limited and a 100% interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering forty-nine thousand acres in the Athabasca oil sands deposit. (Exxon 2015 Form 10-K, p. 13.)

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **5**

**App. 227**

**CONFIDENTIAL**

methodology, when giving appropriate consideration of actual costs incurred. Indeed, the results of my calculation of price adjustments approximate 2015 price adjustments as determined by Exxon.

15. Third, the same type of data used to support my calculations to account for actual price differential costs was also used by Exxon to determine the Company's 2016 SEC pricing. Stated differently, I relied on Exxon's internal accumulation of actual price adjustment costs (*e.g.*, transportation, diluent, etc.) for purposes of correcting the Company's 2015 SEC reserve-related prices.

16. Fourth, Mr. Abington's opinions are inconsistent with relevant Exxon personnel testimony acknowledging the Company's required consideration of actual costs, including costs associated with sales to U.S. markets, when determining SEC reserve-related pricing. For example, Exxon determined its monthly SEC Kearl bitumen price by reducing the first-of-the-month WTI crude prices by its actual transportation costs, diluent, and quality spread costs. In contrast to Exxon's 2015 calculation of Kearl SEC prices that improperly excluded actual relevant costs associated with sales to U.S. markets, Andrew Swiger, Exxon's Senior Vice President and Principal Financial Officer, testified: (i) that the "actual cost" of transportation, diluent, and costs were required to be considered;[5] (ii) to his awareness that a "significant" portion of bitumen sales were to the U.S. markets;[6] and (iii) consistent with my applied calculation methodology, actual 2015 Kearl transportation costs to get bitumen to Gulf Coast exceeded transportations costs to Edmonton (as used by Exxon to calculate its Kearl SEC proved reserves).[7]

17. Fifth, in contrast to Mr. Abington's assertions, the audit opinion of PwC, as Exxon's independent auditor, does not cause me to change my opinion regarding the inaccuracy of Exxon's asserted 2015 Kearl SEC price and proved reserves. Moreover, given the limitations of PwC's respective work, PwC did not assume management's responsibility

---

[5] Swiger Tr., 120:6-11.

[6] Swiger Tr., 108:2-7.

[7] Swiger Tr., 63:4-14.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **6**

**App. 228**

**CONFIDENTIAL**

for fairly presenting Kearl SEC proved reserves. Nor did PwC provide assurance that Exxon's Kearl SEC pricing and related reserves were properly determined and presented. Finally, Mr. Abington provides no evidence that PwC obtained and considered all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC pricing and related proved reserves.

18.     Each of the above issues are discussed below.

1.    **Mr. Abington Ignores Or Fails To Appropriately Consider Relevant Facts and Circumstances During Exxon's 2015 Financial Reporting Period Demonstrating The Company's Kearl SEC Reserve Calculation Errors and Reasonableness of My Opinion**

19.     Mr. Abington's criticisms of my opinion are misleading, flawed, and contradicted by his own admissions. Mr. Abington asserts that I do not address or consider (i) "the timing and reason" for Exxon's 2016 SEC price assumption update, and (ii) the Company's "process."[8] In doing so, Mr. Abington ignores, or fails to appropriately consider my references and reliance on both in forming my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

20.     For example, as stated in paragraph 89 of my October Report, Exxon's 2016 Kearl bitumen SEC price calculation corrected for significant flaws in the Company's previous accounting methodology given facts and circumstances in place during 2015. Specifically, Exxon's previous 2015 Kearl bitumen SEC price calculations improperly excluded actual costs relating to bitumen sales to U.S. markets, including diluent and transportation costs. This exclusion caused errors in the Company's Kearl SEC price calculation as of December 31, 2015 and was remediated during 2016.

21.     During 2016, Exxon recognized the "shortcomings" of its applied SEC reserve-related bitumen pricing methodology.[9] For example, on June 29, 2016, Rich DuCharme, Exxon's Global Reserves Manager, emailed Dominic Genetti, Exxon's Senior Upstream Advisor,

---

[8] Abington Report, paragraphs 8 and 48.

[9] EMC_RAMIREZ 000097889 at 7894.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **7**

**App. 229**

regarding IOL's (and Exxon's) bitumen SEC pricing. Mr. DuCharme observed the following (highlights added, footnote referenced in paragraph 23 below):[10]

> Dominic,
>
> I just came from a meeting with IOL (Mark Taylor & Deidre Norman) on the topic of their bitumen SEC pricing. The attached pack summarizes their basis for the change in methodology. In simplest possible terms, here is how I would try to summarize:
> - **What methodology were they using**: Assumed all sales to local Alberta market (pre-KEP >85% sold in Alberta) with price differentials estimated from forward looking contracts.
> - **Why the change in methodology**: IOL have continued to see the bitumen market evolve, with a growing percentage (>50%) of Kearl volumes now being delivered beyond the local Alberta market; they also were finding they were having a difficult time reconciling to F&O realizations[1]
> - **Basis for the new methodology**: Incorporates all IOL deliveries of bitumen in the market (US & Canada) and relies on Controllers actual data from month prior.
>
> As a result, the **reduction** their seeing YTD on SEC prices is $3/bbl at Kearl, $2/bbl at Cold Lake and $0.5/bbl at Syncrude. Not exactly a result that is helpful, but difficult to argue with their basis (and seems to highlight the shortcomings of their prior methodology).

22. These issues were affirmed in a joint presentation to Exxon and IOL. Of particular note, the above communications reference: (i) IOL (and Exxon's) historical process failure to properly consider bitumen sales volumes in markets outside of Alberta (Edmonton); (ii) recognition that the 2016 process change was "difficult to argue" given "shortcomings" in the pre-2016 methodology; and (iii) the "reduction" in SEC pricing was "[n]ot exactly a result that is helpful."[11]

23. Also notable in the communication above is the acknowledged difficulty encountered when reconciling SEC pricing realizations under the prior methodology to the actual, internally reported price realizations included in the Company's monthly Financial and Operating results (F&O) reporting. In footnote 1 referenced in the image in paragraph 21 above, Mr. DuCharme expanded on this issue noting that "for some time" IOL had "been struggling"

---

[10] EMC_RAMIREZ 000097889 at 7894.

[11] EMC_RAMIREZ 000097889 at 7894.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **8**

**App. 230**

**CONFIDENTIAL**

to understand why their SEC pricing estimates "seemed to be overstating" the price realizations they observed in their monthly F&O reports:

> [1] *I understand from the discussion today with IOL that* **they have been struggling for some time to understand why their SEC pricing estimates seemed to be overstating the realizations they were seeing in their monthly F&O**. *Their view is that this methodology now closes the gap they were seeing as it incorporates* **all the actual data available**.[12]

24.    While the use of first-of-the-month pricing under SEC pricing rules contributes to certain differences between SEC pricing and Exxon's F&O Kearl price realization, the inclusion of sales of Kearl bitumen to U.S. markets in Exxon's F&O reporting in contrast to SEC price realization contributed to other differences reflected below:[13]

**Kearl Price Realization**

| ($ per barrel) | SEC Pricing | Internal F&O | Difference |
|---|---|---|---|
| Jan-15 | $27.76 | $13.50 | $14.26 |
| Feb-15 | $26.28 | $23.15 | $3.13 |
| Mar-15 | $28.35 | $21.54 | $6.81 |
| Apr-15 | $26.39 | $30.38 | ($3.99) |
| May-15 | $38.80 | $34.25 | $4.55 |
| Jun-15 | $46.39 | $42.01 | $4.38 |
| Jul-15 | $44.38 | $35.32 | $9.06 |
| Aug-15 | $25.27 | $21.29 | $3.98 |
| Sep-15 | $17.22 | $19.00 | ($1.78) |
| Oct-15 | $23.12 | $23.88 | ($0.76) |
| Nov-15 | $22.63 | $16.33 | $6.30 |
| Dec-15 | $17.80 | $11.52 | $6.28 |
| **Average** | **$28.70** | **$24.35** | **$4.35** |

---

[12] EMC_RAMIREZ 000097889 at 7894.

[13] EMC_RAMIREZ 000048534; EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968. Note: Consistent with IOL's assertions, my calculated SEC price of $24.66 per barrel, giving appropriate consideration to diluent, transportation, and quality spread costs associated with Kearl bitumen sales to U.S. markets, more closely reconciles to the Company's internal F&O average monthly Kearl realization of $24.35 per barrel during 2015.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **9**

**App. 231**

**CONFIDENTIAL**

25.   In response to these SEC price communications, Mr. DuCharme further observed in July 2016 that after reviewing the IOL concerns, Exxon's Controllers "can't really refute" the proposed bitumen pricing process changes.[14] Exxon ultimately adopted IOL's SEC pricing policy during 2016, accepting their primary assertions, including changes resulting from its Kearl volume expansion into U.S. markets. In addition to these changes, Exxon used actual prior month transportation and diluent differential data on "all sales" to be "better aligned" with "actual bitumen realization" and SEC guidance regarding available data.[15]

26.   As discussed below, while Mr. Abington acknowledges certain relevant facts and circumstances, he ignores, or fails to properly consider how Exxon's 2015 calculations and related processes were incorrect given their evident exclusion of actual Kearl bitumen sales to U.S. markets during 2015.

     a)   <u>Mr. Abington Fails To Properly Consider That Relevant Facts And Circumstances Resulting In Exxon's 2016 Price Input Changes, Also Existed As of December 31, 2015 and Required Similar Consideration In The Company's 2015 10-K Filed In February Of 2016</u>

27.   Exxon provided the following illustration of Kearl bitumen sales' "expansion" into U.S. markets following the Kearl Expansion Project ("KEP") start-up (in mid-2015) and belatedly acknowledged expanding into U.S. markets prior to 2016:[16]

---

[14] EMC_RAMIREZ 000049831.

[15] *See, e.g.*, EMC_RAMIREZ 00023330 at 3332.

[16] EMC_RAMIREZ 00023330 at 3331.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                **10**

**App. 232**



28.	Indeed, Mr. Abington acknowledges that Exxon shipped and sold Kearl bitumen to U.S. markets during 2015. For example:

a.	Mr. Abington admits that in connection with Kearl bitumen sales, IOL opened the Edmonton Rail Terminal with plans to ship Kearl bitumen by rail to refineries in Joliet, Illinois and Baton Rouge, Louisiana in mid-2015. [17] Mr. Abington supports this assertion by reference to terminal activity in which "the first rail car [was] loaded in late April [2015]."[18]

b.	Mr. Abington also references Exxon's expectation of having "more significant U.S. sales in 2016."[19] Mr. Abington's reference to "more" implicitly recognizes that Kearl-related U.S. sales occurred during 2015 even though its SEC reserve-related bitumen pricing methodology incorrectly excluded such sales.

---

[17] Abington Report, paragraph 30.

[18] Abington Report, paragraph 30; Oil Sands Magazine, *Imperial Oil Continues to Grow its Oil Sands Production*, May 1, 2015, ABINGTON000079.

[19] Abington Report, paragraph 30.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**	**11**

**App. 233**

**CONFIDENTIAL**

29.    Stated simply, Mr. Abington does not refute that Exxon sold Kearl bitumen to U.S. markets during 2015. To do so would conflict with his own admissions, and facts that existed during 2015.

30.    Indeed, as described in paragraphs 93 and 97 of my October Report, Exxon significantly increased Kearl bitumen sales to U.S. markets in 2015.[20] Exxon internally acknowledged that at least 15% of all Kearl bitumen sales were made through the U.S. market during 2015.[21]

31.    A January 13, 2016 email communication to Exxon's Global Reserves Manager, William Strawbridge, acknowledged that Kearl bitumen sales to the United States had grown to 28% of such sales.[22] Included in these January communications were acknowledgments that Exxon had contemplated the transportation of Kearl bitumen to U.S. markets since 2014:

> By 2014 we had Keystone pipeline commitment (50Kbd) that had us moving Kearl volumes into the US. If Kearl could not supply the volumes it was supplemented with Cold Lake or another non-equity heavy such as WCS. By Mid 2014 CIOL change to have this title pass through to EMOC to be the shipper on Keystone so CIOL Sold to EMOC (thru title chain) and EMOC in August 2014 started selling Kearl to either their own refineries or to 3rd parties.[23]

32.    Consistent with this understanding, Exxon acknowledged shipping Kearl bitumen to the United States during 2014 and 2015 in its *Responses to Lead Plaintiff's Third Requests for Admission to Defendants*. In this regard, Exxon responded:

---

[20] *See, e.g.*, EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818.

[21] EMC_RAMIREZ 000049840 at 9843.

[22] EMC_RAMIREZ 000037943 at 7944-7945.

[23] EMC_RAMIREZ 000037943 at 7944.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **12**

**App. 234**

**CONFIDENTIAL**

Defendants admit only that **some portion of the Kearl blend dilbit produced at Kearl during 2014 from bitumen mined there was transported to delivery points located in the United States** […][24]

\* \* \*

Defendants admit only that **some portion of the Kearl blend dilbit produced at Kearl during 2015 from bitumen mined there was transported to delivery points located in the United States** […][25]

33.  Other evidence suggests that: (i) approximately 34% of all Kearl bitumen produced was sold into U.S. markets during 2015;[26] and (ii) after the middle of 2015, greater than 50% of Kearl volumes were being sent to the United States.[27] Moreover, it was noted that considering U.S. sales when pricing Kearl bitumen reserves would result in greater "transparency and consistency."[28]

34.  The following additional sources support the fact that significant portions of Exxon's Kearl bitumen sales were made to U.S. markets during 2015:

---

[24] Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants, p. 7.

[25] Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants, p. 6.

[26] EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818 (210 KBD for US/605 KBD during 2015).

[27] *See, e.g.*, EMC_RAMIREZ 000064876 at 4876; Prestipino Tr., 143:5-21 ("Q. […] Okay. But you received this e-mail from Brian Matula on October 27, 2016, where he states, 'Post KEP startup' -- A. Uh-huh. Q. – '(mid 2015) there was a change in underlying market recipients for Kearl bitumen (*i.e.*, greater than 50 percent delivered to the U.S.)' Do you see that? A. I do. Q. So he's indicating to you that starting in mid 2015, approximately 50 percent, or greater than 50 percent of Kearl's bitumen was being delivered to the United States, correct? A. Greater than 50 percent delivered to the U.S. So yes, Kearl bitumen, it appears greater than 50 percent is being delivered to the U.S. post KEP startup."); EMC_RAMIREZ 000022927 at 2932; Prestipino Tr., 169:20-170:4 ("Q. And that's consistent with what we've seen in other documents, that in the second half of 2015 over 50 percent of the Kearl volume was being sent to the U.S., correct? A. I just want to be sure that -- so the statement is that greater that 50 percent of Kearl volumes was being sent to the U.S. post middle of 2015? I believe that is consistent with what we've seen in other presentations.").

[28] EMC_RAMIREZ 000037943 at 7944.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**     **13**

**App. 235**

CONFIDENTIAL

a. An August 2015 presentation regarding Kearl bitumen price realization sets forth the Company's acknowledgment that bitumen prices were affected by various factors, including: (1) the cost of transporting Kearl bitumen included costs to Keystone and the United States Gulf Coast ("USGC"); and (2) USGC related quality factors that differed from those in Edmonton markets (highlights added):[29]

b. Indeed, the same presentation referenced the Company's: (1) 2015 plan assumed that the majority of Kearl volume would be shipped to the USGC via rail and pipeline; and (2) Exxon's expectation that market/quality differentials would increase to a USGC pipeline clearing basis for 2Q15.[30]

c. Another August 2015 presentation regarding Bitumen price realization reflected a "[m]ix of [bitumen] sales at Edmonton and USGC" during Q1 2015 contributed to transportation costs of approximately $7.07 per barrel.[31]

---

[29] EMC_RAMIREZ 000029326 (Ex. 212) at 9329.

[30] EMC_RAMIREZ 000029326 (Ex. 212) at 9330.

[31] EMC_RAMIREZ 000031065 (Ex. 213) at 1075.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **14**

**App. 236**

d.  Referencing the following January 2016 communication, Mr. Swiger acknowledged, and testified that "significant" portions of Kearl sales were to the USGC during November and December of 2015:[32] [Red box added]

| Realization Components (US$) | Nov | Dec | YTD | Dec vs Nov | |
|---|---|---|---|---|---|
| WTI | 42.92 | 37.33 | 49.93 | -5.59 | |
| Spread | -14.44 | -14.57 | -14.42 | -0.13 | Significant portion of Kearl sales are in USGC – overall heavy prices softened in USGC due to year end / LIFO / tax considerations |
| PPA (1) | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tariff (2) | -5.54 | -4.38 | -5.87 | 1.16 | Lower unit tariff due to higher volumes (fixed transportation costs spread over higher volumes), absence of November Woodland maintenance capital cost true-up (+0.30), absence of transportation for December West Coast sale paid in November (+0.26) |
| = Blend at Kearl | 22.94 | 18.38 | 29.64 | -4.56 | CF2020 |
| Diluent Cost | -6.61 | -6.86 | -5.36 | -0.25 | Mainly due to higher diluent ratio |
| = Bitumen at Kearl | 16.33 | 11.52 | 24.28 | -4.81 | |

35.  Despite 2015 actual Kearl sales to U.S. markets, and as described in my October Report in paragraphs 94 and 95, Exxon internally recognized that its 2015 Kearl's SEC pricing inputs excluded incrementally higher actual costs and pricing differentials relating to its bitumen sales to U.S. markets (*e.g.*, quality/market, diluent, and transport/tariff costs) when computing its SEC reserve-related bitumen pricing. The significance of this exclusion was made evident to Exxon's management during 2015.

36.  For example, in sharp contrast to the referenced $7.07 per barrel transportation costs referenced above (paragraph 34.c.) that included sales to U.S. markets, and year-to-date value of $5.87 per barrel that include U.S. market sales, the following testimony from Rex Tillerson refers to October 2015 transportation costs of $1.27 per barrel when excluding Kearl bitumen transportation costs for sales to U.S. markets:[33]

---

[32] Swiger Tr., 108:2-7 ("Q. So it does appear that Mr. -- in this document, Exhibit 12, the sales to the U.S. are being described as a 'significant portion of Kearl sales,' correct? A. For the November and December period, yes."); EMC_RAMIREZ 000033450 (Ex. 12) at 3451.

[33] Tillerson Tr., 20:21-21:12, 23:8-21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **15**

**App. 237**

**CONFIDENTIAL**

Q. Okay. So it's just -- this chart is just communicating that for SEC purposes you were being informed that the company was only using transportation costs between Edmonton and Fort McMurray and that top little red bar was the amount of the transportation costs?

*        *        *

A. Correct.

Q. (BY MR. SAHAM) And then if you turn, there is some backup to the slides. The second-to-last slide basically puts numbers to this chart. And the second from the right indicates transportation was $1.27, $1.27, and it was the cost to ship Kearl blend from Fort McMurray to Edmonton market, correct?

A. Correct, that's what it says.

*        *        *

Q. Okay. And if you turn to the last slide of Exhibit 117, it says Kearl bitumen sales options, and one side is Canada and one side is the United States, correct?

A. Correct.

Q. And then down at the bottom there is a box under US -- where it says US sales, and the last bullet point said excluded from SEC price, correct?

A. Yes.

Q. So it appears that sales to the US are being excluded from the SEC price, according to this document, correct?

A. That's what it says.

37.    Mr. Abington also ignores, or fails to appropriately consider, Mr. Prestipino's observation that communications to Mr. Tillerson and other "Contact Executives" during 2015 had been made regarding Exxon's planned 2016 change in pricing basis "to include the U.S. market."[34]

---

[34] EMC_RAMIREZ 000056334.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **16**

**App. 238**

b) Exxon's Failure To Include Actual Costs In Deriving Net Kearl Bitumen
Prices, Including Transportation, Diluent, and Quality Spread Costs
Associated With 2015 Shipments To U.S. Markets Reflect A Significant Flaw
and Acknowledged "Shortcoming" In the Company's 2015 SEC Reserve
Calculation and Process

38. Consistent with this understanding, Mr. Abington acknowledges that Exxon's 2016 model input and calculation change resulted from "sales to the United States, including by rail."[35] However, Mr. Abington fails to properly consider why, in light of the fact Kearl bitumen was being shipped to U.S. markets during 2015, and the Company's recognized need to make changes to its pricing inputs, related actual costs were not considered in Exxon's 2015 SEC price calculation. This demonstrates the critical failure in both Mr. Abington's opinions, as well as the evident deficiencies in Exxon's 2015 SEC price model and related inputs.

39. Mr. Abington places great reliance on Exxon's 2015 processes and disclosures as a basis for his opinions, even when contemporary evidence contradicts the accuracy and completeness of Exxon's applied 2015 price assumptions. Mr. Abington's opinions are without merit and ignore evident flaws in the Company's 2015 SEC reserve process.

2. **Mr. Abington Ignores Or Fails To Properly Consider My 2015 Kearl SEC Price Calculations Are Supported By Exxon's Internal Calculations, Methodology, and Data**

40. Mr. Abington's assertion that my calculation of Kearl's 2015 SEC price (which properly considers actual costs, including transportation, diluent, and quality factors associated with sales to Canada and U.S. markets) is based on broad assumptions, not based on sufficient analysis, and therefore, unreliable.[36] However, Mr. Abington ignores, or fails to properly consider that my calculations are consistent with Exxon's applied process, methodology, and data when it properly included actual costs associated with U.S. market sales of Kearl bitumen.

---

[35] Abington Report, paragraph 107.

[36] Abington Report, paragraphs 8, 48 and 122.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **17**

**App. 239**

**CONFIDENTIAL**

41.   As noted in paragraph 102 of my October Report, I applied the same corrective methodology Exxon used to determine its SEC pricing in 2016 to properly account for actual costs, including those pertaining to sales of bitumen to U.S. markets. Moreover, I utilized the same data sources used by Exxon in 2016, given their existence was in place during 2015.

42.   This is evident in several ways, including each of the following:

   a.   Exxon's 2016 internal data sources used to determine SEC pricing (including summaries of actual transportation, diluent, and quality spread costs), is included in same monthly email reporting relied upon by me to calculate the correct 2015 price adjustments for transportation, diluent, and quality spread costs.[37]

   b.   Transportation and diluent adjustments relied on by me to calculate appropriate 2015 price adjustments agree to internal 2016 schedules depicting price adjustments under the new methodology that appropriately reflect actual costs incurred. In this regard, Exxon improperly understated its transportation and diluent costs to derive its 2015 SEC price of Kearl bitumen and avoided de-booking its Kearl proved reserves. This is demonstrated in part by the following "price comparison" which provides calculations of Kearl Actual Average Realizations in 2016 and Kearl SEC Pricing 2016 Basis (red and yellow boxes added):[38]

---

[37] *See, e.g.*, EMC_RAMIREZ 000033450, EMC_RAMIREZ 000041674, EMC_RAMIREZ 000047764, EMC_RAMIREZ 000047767, EMC_RAMIREZ 000047769, EMC_RAMIREZ 000047771, EMC_RAMIREZ 000048534, EMC_RAMIREZ 000056322, EMC_RAMIREZ 000062103, EMC_RAMIREZ 000068234, EMC_RAMIREZ 000074864, EMC_RAMIREZ 000077878; EMC_RAMIREZ 000079688, EMC_RAM_SEC 000059059, EMC_RAM_SEC 000083615, EMC_RAM_SEC 000083970.

[38] EMC_RAMIREZ 00023330 at 3335.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **18**

**App. 240**

**CONFIDENTIAL**

## Pricing Comparison

| 2015 | | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kearl SEC Pricing 2016 Basis $/Bbl** | | | | | | | | | | | | |
| WTI 1st of month | 50.28 | 37.04 | 31.62 | 34.40 | 36.79 | 45.92 | 49.01 | 48.99 | 40.06 | 43.16 | 48.24 | 41.52 |
| Quality | -15.37 | -14.57 | -14.28 | -14.21 | -13.23 | -13.61 | -12.83 | -11.82 | -12.70 | -13.09 | -13.16 | -13.35 |
| Transportation | -1.32 | -4.38 | -5.03 | -4.08 | -4.09 | -4.51 | -4.12 | -5.96 | -4.01 | -4.66 | -3.93 | -4.48 |
| Diluent | -4.89 | -6.86 | -8.04 | -7.42 | -8.55 | -7.98 | -7.52 | -6.87 | -5.97 | -6.41 | -6.78 | -7.42 |
| SEC Price 1st of month | 28.70 | 11.23 | 4.27 | 8.69 | 10.92 | 19.82 | 24.54 | 24.34 | 17.38 | 19.00 | 24.37 | 16.46 |
| **Kearl Actual Average Realizations 2016 $/Bbl** | | | | | | | | | | | | |
| WTI month average | 48.83 | 31.78 | 30.62 | 37.96 | 41.12 | 46.80 | 48.85 | 44.80 | 44.80 | 45.23 | 49.94 | 42.34 |
| Quality | -13.32 | -14.28 | -14.21 | -13.23 | -13.62 | -12.83 | -11.82 | -12.70 | -13.09 | -13.16 | -13.88 | -13.83 |
| Transportation | -5.88 | -5.03 | -4.08 | -4.09 | -4.51 | -4.12 | -5.96 | -4.01 | -4.66 | -3.93 | -3.34 | -4.34 |
| Diluent | -5.36 | -8.04 | -7.41 | -8.55 | -7.98 | -7.52 | -6.87 | -5.97 | -6.41 | -6.78 | -7.25 | -7.20 |
| Actual Avg. Bitumen Realization | 24.27 | 4.43 | 4.91 | 12.09 | 15.02 | 22.33 | 24.20 | 22.12 | 20.64 | 21.36 | 25.47 | 16.97 |

c.  As noted in the Pricing Comparison above, Exxon's 2016 SEC Pricing methodology used the actual average costs incurred during the prior month to adjust WTI prices and derive SEC pricing (*i.e.*, the top chart presents SEC pricing, including first-of-the-month WTI prices and costs from the prior month, versus the bottom chart that presents WTI average monthly prices and current month costs as evident in the exemplified red boxes). This methodology differed from Exxon's 2015 SEC Pricing methodology, which improperly understated transportation and diluent costs by excluding actual costs associated with sales of Kearl bitumen made to U.S. markets during 2015.

d.  The net understatement of Exxon's SEC price adjustments, driven primarily by higher transportation and diluent costs, is evident when comparing the larger 2015 Kearl "Actual Average" price adjustments to the Company's understated 2015 Kearl "SEC Pricing" adjustments shown in the Price Comparison above in b.:

| | Kearl WTI Price Adjustments | | |
|---|---|---|---|
| | 2015 SEC Pricing | 2015 Actual Average | Difference |
| Quality | ($15.37) | ($13.32) | ($2.05) |
| Transportation | ($1.32) | ($5.88) | $4.56 |

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**       **19**

**App. 241**

CONFIDENTIAL

| | Kearl WTI Price Adjustments | | |
|---|---|---|---|
| | 2015 SEC Pricing | 2015 Actual Average | Difference |
| Diluent | ($4.89) | ($5.36) | $0.47 |
| **Total price adjustments** | **($21.58)** | **($24.56)** | **$2.98** |

e. Exxon's 2016 methodology that incorporates actual costs is consistent with the approach used to support my October Report opinions and related price calculations. Stated simply, as Exxon did during 2016, I appropriately consider and utilize Exxon's actual quality spread, transportation and diluent costs incurred when calculating the Company's SEC price of Kearl bitumen. Indeed, as shown in the yellow box above, the Company's Pricing Comparison refers to the same year-to-date diluent and transportation per barrel costs of $5.36 per barrel and $5.88 per barrel (within $0.01 per barrel) I used in my calculation for 2015 at paragraph 102 of my October Report (which were taken from Exxon's own internal cost reporting communications).[39]

f. The top chart also includes the same December 2015 actual costs used by me. These actual costs are presented in Exxon's January 2016 SEC Pricing and include quality spread costs of $14.57 per barrel, transportation costs of $4.38 barrel, and diluent costs of $6.86 per barrel.[40] These same costs are reversed in my 2015 calculation and presented in total as $25.81 per barrel at paragraph 102 of my October Report. These factors support the reasonableness of the actual cost data used in my October Report.

g. Applying my October Report methodology using 2016 available monthly data (including the monthly information presented in the Pricing Comparison above) results

---

[39] EMC_RAMIREZ 000033450 at 3451. I note that the "Quality" differential presented on the Pricing Comparison above is -$13.32 per barrel as compared to the contemporaneously available information used by me reflecting -$14.42 per barrel. Importantly, information relied on by me represents relevant, contemporaneously available information. Irrespectively, and while additional information is necessary to ascertain the reason for the difference, the use of this subsequently referenced -$13.32 per barrel quality spread cost results in an Kearl 2015 SEC price equal to $25.76 and affirms my opinion that costs (*i.e.*, $27.90 per barrel) exceeded Kearl's SEC price per barrel.

[40] *See, e.g.*, EMC_RAMIREZ 000033450 and October Report, paragraph 102 (*i.e.*, the sum of the three costs equal to $25.81 per barrel during the month ended December 31, 2015).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **20**

**App. 242**

**CONFIDENTIAL**

in the same SEC price of $17.74 per barrel derived by Exxon in 2016 as demonstrated below:[41]

| $ per barrel | Legend | Price |
|---|---|---|
| 2016 average day-one WTI price | A | $42.75 |
| 2016 average monthly reductions: | | |
| - Spread (quality) | B | (13.26) |
| - Diluent | C | (4.29) |
| - Tariff (transportation) | D | (7.34) |
| Total average YTD monthly reductions per barrel | E = Σ (B-D) | (24.89) |
| Annualized average reductions | F = E x 12 mos. | (298.63) |
| Add back: December MTD 2016 reductions | G | 25.37 |
| Less: December MTD 2015 reductions | H | (25.81) |
| Adjusted annualized average reductions | I = Σ (F-H) | (300.07) |
| Adjusted average monthly reductions | J = I x 12 mos. | (25.01) |
| 2016 SEC Price | K = A - J | $17.74 |

h.  The above metrics were supported by monthly email communications containing relevant monthly average price differential results.[42] These email communications are consistent with those relied on by me for purposes of calculating amounts used in my October Report when I determined the appropriate 2015 SEC price of Kearl bitumen. The amounts contained therein give appropriate consideration to actual costs incurred, including diluent, transportation, and quality spread costs associated with Kearl bitumen sales to U.S. markets. I note that the January 2017 email communications presented "YTD" monthly average price reductions for the 2016 calendar year similar to the "YTD" monthly average price reductions relied upon by me in my 2015 SEC pricing calculation. I further note the "YTD" average costs relating to quality, diluent, and transportation differ slightly from the averages calculated above using individual

---

[41] Derived using information at EMC_RAMIREZ 000076710, EMC_RAMIREZ 000079688, and EMC_RAMIREZ 000047773.

[42] EMC_RAMIREZ 000047764; EMC_RAMIREZ 000047767; EMC_RAMIREZ 000047769; EMC_RAMIREZ 000047771; EMC_RAMIREZ 000047773; EMC_RAMIREZ 000051970; EMC_RAMIREZ 000056322; EMC_RAMIREZ 000062103; EMC_RAMIREZ 000068234; EMC_RAMIREZ 000074864; EMC_RAMIREZ 000079688.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **21**

**App. 243**

**CONFIDENTIAL**

monthly amounts presented across the twelve-month period ended December 31, 2016. However, the total price adjustment difference is less than 2% and is not material to the 2016 calculation. Specifically, using the YTD averages presented in the January 2017 email results in a 2016 SEC price of $17.32 and is approximately 2% less than the $17.74 price per barrel calculated by Exxon. In my experience, "YTD" averages such as those reported often include corrections to preliminary, previously presented monthly financial results and align with actual costs incurred. As such, these differences do not cause me to change my opinion.

i. Further supporting my reliance on year-to-date 2015 quality spread, transportation and diluent cost data, Exxon's December 2014, December 2015, and 2015 YTD price realization derived using the same cost data relied upon by me to calculate a corrected 2015 SEC Kearl bitumen price reconciles to management's Kearl bitumen price realization reported in the Company's F&O reports. In this regard:

i. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $33.84 for December 2014 and reconciles exactly to Exxon's December 2014 F&O report.[43]

ii. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $11.52 for December 2015 and reconciles exactly to Exxon's December 2015 F&O report.[44]

iii. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $24.28 for YTD 2015 and reconciles within $0.01 per barrel to Exxon's December 2015 F&O report.[45]

---

[43] EMC_RAM_SEC 000083975; PRAM0662279.

[44] EMC_RAMIREZ 000033450; PRAM0004142.

[45] EMC_RAMIREZ 000033450; PRAM0004142.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **22**

**App. 244**

**CONFIDENTIAL**

43. Mr. Abington also ignores or fails to consider Exxon's own revised calculation of Kearl's 2015 SEC price, adjusting only for the effect of diluent costs associated with U.S. market sales. As noted in paragraph 102 of my October Report, Exxon personnel internally concluded that adjusting for actual diluent costs (excluding transportation and quality) would result in the lower SEC price of $27.72 per barrel. This price is below Exxon's acknowledged 2015 $27.90 cost per barrel and further supports my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

3. **Mr. Abington's Opinions Are Inconsistent With Relevant Exxon Testimony Acknowledging the Required Consideration of Actual Costs When Determining SEC Reserve-Related Pricing**

44. My analysis and the information I considered include the actual 2015 cost amounts incurred by Exxon as it pertains to all Kearl-related sales (not just those in Canada) as determined by the Company. Mr. Abington offers no opinion or explanation for Exxon's 2015 deviation from using actual costs.

45. Moreover, Mr. Abington's opinions are inconsistent with Mr. Swiger's testimony recognizing that actual costs, including costs relating to diluent, transportation, and quality spreads, were required to be considered in Exxon's SEC price calculation:

> Q. So there's been -- for 2016 SEC pricing, the company is using the same number for both actual average realizations and SEC pricing, correct?
>
> \*        \*        \*
>
> A. **Well, you have to understand, the transportation cost doesn't vary based on the SEC or the actual basis. You use the actual transportation.**[46]
>
> \*        \*        \*

---

[46] Swiger Tr., 116:24-117:7 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                  **23**

**App. 245**

**CONFIDENTIAL**

Q. And I just want to make sure I have this right. **In the SEC analysis, you're going to want to use the actual cost involved, whether it's transportation, diluent, or any other cost, correct?**

A. **That is correct**.[47]

\*        \*        \*

Q. Okay. But in any event, in calculating the realization, whether it's Kearl or Cold Lake or another operation, **you need to subtract transportation, quality spread, and -- and diluent cost?**

A. **Yes**.[48]

46.     Mr. Abington also ignores Mr. Swiger's testimony regarding his understanding that actual costs to transport bitumen to Exxon's U.S. markets were greater than those incurred when transporting it to the Company's Edmonton, Alberta market:

Q. Is it also logical that it costs more to transport a barrel of bitumen to the U.S. Gulf Coast than it would be transport it to Edmonton?

THE WITNESS: Yeah.

A. **The transportation cost is more to get it to the Gulf Coast than Edmonton**. However, the value of the product is much more on the Gulf Coast than it is in Edmonton.[49]

\*        \*        \*

Q. **And the transportation cost, you have some incremental cost to ship it to Edmonton and then an additional incremental cost to ship it beyond Edmonton correct?**

A. **That is correct**.[50]

---

[47] Swiger Tr., 120:6-11 (emphasis added).

[48] Swiger Tr., 71:17-22 (emphasis added).

[49] Swiger Tr., 63:4-14 (emphasis added).

[50] Swiger Tr., 64:11-15 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **24**

**App. 246**

**CONFIDENTIAL**

47. In sum, Mr. Abington's acceptance of Exxon's 2015 Kearl pricing and related proved reserves improperly ignores:

    a. Critical acknowledgments by the Company's management that actual 2015 costs, including diluent, transportation, and quality spread, should be considered in SEC price calculations;

    b. Actual costs included transportation, diluent, and quality spread costs related to sales of Kearl bitumen to U.S. markets;

    c. Exxon's 2015 Kearl SEC price inputs excluded costs related to sales of Kearl bitumen to U.S. markets, resulting in evident gaps between SEC prices and internally reported losses in Kearl F&O reporting to management;

    d. Exxon recognized this pricing input "shortcoming" and belatedly remediated (corrected) for it during 2016; and

    e. Appropriately remediating this "shortcoming" during 2015 required that Exxon de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015, as described herein and in my October Report.

4. **PwC's Role As Exxon's Independent Auditor Does Not Cause Me To Change My Opinion Regarding the Inaccuracy of Exxon's Asserted 2015 Kearl SEC Price and Proved Reserves**

48. Mr. Abington also asserts that I do not address "PwC's role as Exxon's independent auditor."[51] Mr. Abington further asserts that "PwC performed control and substantive testing on management's reserve models and ensured the completeness and accuracy of ExxonMobil's oil and gas specific disclosures related to reserves" in 2015.[52] To support these assertions, Mr. Abington cites general references in PwC's Upstream Long-Lived Impairment Assessment memos during 2015 that included the following statements:

---

[51] Abington Report, paragraph 129.

[52] Abington Report, paragraphs 118 and 129.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **25**

**App. 247**

**CONFIDENTIAL**

> As it relates to the reserves process, Management has a robust controls process around the monitoring, booking, and revision of reserves which are stewarded by the Global Reserves Group. We would note that the reserves process is subject to SOX 404 testing and walkthrough procedures for the current year and no exceptions were noted as a result of the engagement team's testing of this process.

> […] In reviewing this package we would note that the Company's proved reserves, using the Corporation Plan Price (an alternative, the SEC basis, is described below), were 25.0 GOEB at December 31, 2015, a decrease of 0.3 GOEB from the Company's reserves at December 31, 2014 of 25.3 GOEB.[53]

49.   Mr. Abington's criticism that I do not rely on PwC is meritless and misleading. While I respond to this criticism in depth below beginning at paragraph 129, given his repeated reliance on PwC, Mr. Abington fails to acknowledge and properly consider each of the issues precluding his reliance on PwC:

a.   PwC's annual 2015 audit and interim reviews <u>did not</u> provide assurance that Exxon's proved reserves were free of material misstatement. Specifically, PwC's audit opinion was intended to provide an opinion on the fairness with which Exxon's financial statements were presented, in all material respects, in conformity with generally accepted accounting principles (GAAP).[54] Exxon's disclosed proved reserves are not included in the Company's audited financial statements. PCAOB audit standards recognize that the "auditor's responsibility with respect to information in a document [*i.e.*, Form 10-K] <u>does not</u> extend beyond the financial information identified in his report, and the auditor has no obligation to perform any procedures to corroborate other information contained in a document."[55] PwC's 2015 audit opinion referenced only the financial statements and related internal control over financial reporting ("ICFR") of

---

[53] PRAM0000511.

[54] PCAOB AU §110, *Responsibilities and Functions of the Independent Auditor* (AU §110.01-.03).

[55] PCAOB AU §550, *Other Information in Documents Containing Audited Financial Statements* (AU §550.04) (underline added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **26**

**App. 248**

**CONFIDENTIAL**

Exxon.[56] No assurance was provided by PwC regarding the "completeness and accuracy" of Exxon's Kearl-related SEC proved reserves, as asserted by Mr. Abington.[57]

b. Exxon's management, not PwC, was responsible for the Company's financial reporting outside the Company's financial statement, including; but not limited to, the disclosure of proved reserves. Moreover, because of the nature of audit evidence and the characteristics of fraud, the auditor is not able to obtain "absolute assurance that material misstatements are detected."[58] This understanding, explicitly stated in professional auditing standards, further conflicts with Mr. Abington's assertion that PwC "ensured" the completeness and accuracy of Exxon's proved reserves.[59]

c. Beyond the excerpt above, Mr. Abington provides no reference to specific audit procedures performed or opinions offered by PwC to support his opinion that PwC "ensured the completeness and accuracy of ExxonMobil's oil and gas specific

---

[56] 2015 Exxon Form 10-K, p. 62 ("In our opinion, the accompanying Consolidated Balance Sheets and the related Consolidated Statements of Income, Comprehensive Income, Changes in Equity, and Cash Flows present fairly, in all material respects, the financial position of Exxon Mobil Corporation and its subsidiaries at December 31, 2015 and 2014, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2015 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2015, based on criteria established in Internal Control - Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Corporation's management is responsible for these financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting.").

[57] PRAM0693040 ("Note that PwC tests ExxonMobil's process related to reserves but the reserve quantities themselves are unaudited.").

[58] PCAOB AU §110, *Responsibilities and Functions of the Independent Auditor* (AU §110.02); PCAOB AU §230, *Due Professional Care in the Performance of Work* (AU §230.10) ("Absolute assurance is not attainable because of the nature of audit evidence and the characteristics of fraud. […] Therefore, an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States) may not detect a material weakness in internal control over financial reporting or a material misstatement to the financial statements.").

[59] Abington Report, paragraph 129.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **27**

**App. 249**

**CONFIDENTIAL**

disclosures related to reserves."[60] While asserting PwC applied "substantive testing" to reserves during 2015, he cites to none. Simply stated, Mr. Abington asserts a false narrative to support his opinions regarding the relevance of PwC's audit of Exxon's 2015 financial statements.

d.  While uncited by Mr. Abington, PwC's testing of internal controls specific to the Company's Global Reserve Group generally refers to PwC procedures to obtain evidence that appropriate reviews of reserves, reserve pricing, and reserve data were occurring.[61] For example, PwC references internal control: "Reserves 16 - A process is performed at year-end whereby [Exxon's Proved Global Reserves Group or] PGRG provide detailed instructions to affiliates related to year end pricing of proved reserves."[62] While PwC appears to have obtained general information about controls through discussion with Exxon personnel,[63] to test this control, PwC noted the following "Tailored Procedures:"[64]

(a) Obtain evidence that PGRG has provided detailed instructions to affiliates related to year end pricing of proved reserves.

(b) Obtain evidence that PGRG has conducted a review of the required pricing analysis submitted by affiliates.[65]

e.  Indeed, upon review of PwC's test of control "Reserve 16," I noted procedures were limited to PwC's review of "evidence that [Exxon's Global Reserve Group] conducted a review of the pricing analysis submitted by affiliates."[66] Simply stated, PwC did not appear to independently test or audit the reasonableness of SEC prices used to support

---

[60] Abington Report, paragraph 129.

[61] PRAM0607211.

[62] PRAM0607211.

[63] PRAM0627162.

[64] PRAM0607211.

[65] PRAM0607211.

[66] PRAM0479715 and PRAM0479717. See similar limited testing of controls at PRAM0703474 (Reserve 14).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **28**

**App. 250**

**CONFIDENTIAL**

Exxon's Kearl reserves, including obtaining information about actual diluent, transportation, and quality spread costs applicable to sales to Edmonton and U.S. markets.

f.   Mr. Abington also ignores or fails to properly consider whether evidence demonstrating Exxon's Kearl SEC reserves were overstated as of December 31, 2015 was provided to and considered by PwC during its audits. In this regard, Mr. Abington provides no opinion that PwC obtained and considered all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC pricing and related proved reserves.

g.   Lastly, while Mr. Abington relies on PwC,[67] he offers no opinion on the appropriateness of PwC's audits or interim reviews under PCAOB Auditing Standards. Also, as described in detail below beginning at paragraph 145, PCAOB inspection reports of PwC audits conducted during 2015 identified numerous instances wherein the PCAOB identified audit deficiencies that caused the regulator to conclude that PwC had not gathered sufficient appropriate audit evidence to support its audit opinions in approximately 23% of its audits during this time period.

50.   In light of these factors, Mr. Abington's unsupported reliance on PwC does not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015. Nor does it cause me to change my opinion regarding XTO's impaired long-lived assets (as discussed further below beginning at paragraph 129).

---

[67] Mr. Abington assertion that I did not consider year-end assessments performed by PwC is false and misleading. In this regard, and despite Mr. Abington's assertions to the contrary, I did consider PwC assessments in my October Report. *See*, Abington Report, paragraph 263; *See, e.g.,* October Report, paragraphs 46, 170, 172, 176, 183, 190, 191, 194, 212, 214, 219.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **29**

**CONFIDENTIAL**

**B.**  **OTHER ASSERTIONS BY MR. ABINGTON TO DISCREDIT MY OPINION THAT EXXON FAILED TO PROPERLY DE-BOOK ITS KEARL SEC PROVED RESERVES AS OF DECEMBER 31, 2015 ARE FLAWED AND MISLEADING**

51.  Mr. Abington makes other assertions in an attempt to discredit my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015. In these instances, Mr. Abington cites information not relevant to my opinion, or he fails to properly consider relevant information contrary to his assertions. These items are discussed separately below.

1.  **Mr. Abington's References To Studies Reflecting Decreased Proved Reserves During 2016 Is Misleading And Incomplete**

52.  For example, Mr. Abington refers to a study asserting that at least 67 publicly traded companies listed on U.S. stock exchanges reduced their proved reserves during 2016. Of particular note, Mr. Abington includes his "Figure 3" that depicts net changes in proved liquids reserves reported by 67 publicly traded companies, including the largest reserve reductions of over 4 billion barrels of Canadian oil sands/synthetic proved reserves. These references are misleading and incomplete for the following reasons:

a.  The following figure referenced by Mr. Abington provides information from 67 publicly traded companies and, given their respective size, are likely to include Exxon and IOL:[68]

---

[68] Abington Report, paragraph 60.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **30**

**App. 252**



b.  Exxon's disclosed bitumen proved reserves were approximately 4.6 billion barrels at December 31, 2015, including Canadian Kearl proved reserves of approximately 3.6 billion barrels.[69] Exxon bitumen reserves dropped to approximately 0.7 billion barrels at December 31, 2016, resulting in a decrease in Canadian bitumen proved reserves during 2016 of approximately 3.9 billion barrels.[70] This amount represents the majority of Canadian reserve declines presented in the above study. Stated differently, absent the indicated impact of Exxon and IOL, Canadian proved reserves reductions would be significantly less than the amounts presented above for 2016.

c.  Mr. Abington also ignores a more comprehensive study of 175 exploration and production companies that demonstrates the vast majority of disclosed proved reserves declined during 2015, not 2016. This is particularly evident in the following table presented in the article (red lines added for perspective):[71]

---

[69] Exxon 2015 Form 10-K, pp. 5, PRAM0065448; Exxon 2016 Form 10-K p. 5.

[70] Calculated using information at Exxon 2015 Form 10-K, pp. 5 and 13, Exxon 2016 Form 10-K p. 5. (4.560 billion barrels less 0.701 billion barrels = 3.859 billion barrels).

[71] https://www.eia.gov/todayinenergy/detail.php?id= 62764.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **31**

**App. 253**

**CONFIDENTIAL**



d.  As indicated above and in the additional chart presented hereafter, absent Exxon's disclosed reductions in total proved reserves of approximately 4.8 billion barrels (on an oil-equivalent basis)[72] during 2016 as compared to December 31, 2015, net proved reserves would not have changed significantly during 2016. Conversely, as evident in the chart below it appears more than 15 billion net barrels of proved reserves were de-booked during 2015 (red lines added for visual perspective):[73]

---

[72] Calculated using information at Exxon 2015 Form 10-K, pp. 5 and 13, Exxon 2016 Form 10-K p. 5 (24.8 billion barrels less 20.0 billion barrels = 4.8 billion barrels).

[73] https://www.eia.gov/todayinenergy/detail.php?id=62764.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **32**

**App. 254**

**CONFIDENTIAL**



53.     Mr. Abington's references to 2016's decreased proved reserves appear to be mostly impacted by Exxon's significant Kearl reserve reductions and are therefore used by Mr. Abington in a misleading manner. Moreover, this information is ultimately irrelevant to Exxon's failure to properly report Kearl's SEC reserves as of December 31, 2015.[74]

2.     **Mr. Abington's Assertion That Exxon's De-Booking of Approximately 1.0 Billion Oil Equivalent Barrels of Natural Gas Demonstrated The Company's Willingness To De-Book Proved Reserves Is Misleading and Irrelevant to Exxon's Misstated Kearl SEC Proved Reserves**

54.     Also irrelevant to Exxon's failure to properly determine Kearl's proved reserves as of December 31, 2015, Mr. Abington further asserts that Exxon demonstrated it "was

---

[74] Note: Mr. Abington also misleadingly asserts that "Mr. Regan opines that proved reserves are a "critical component" of an energy company's financial reporting because they "are used to determine the fair value of oil and gas properties." [Abington Report, paragraph 119]. Mr. Abington's criticism of my use of the concept of the fair value of oil and gas properties is the result of his distortion of my paragraph 36 (although it is cited to source documentation in a footnote to his paragraph 119). The distortion is a strawman and fails to recognize my statement is that proved reserves are a critical component used to determine the fair value of oil and gas properties. They are part of an equation not a definition of fair value. Given the context and sourcing in which I describe proved reserves as a "critical component" of an energy company's financial reporting it is disingenuous for Mr. Abington to conclude that the FASB and the SEC contradict my statements in paragraphs 34 – 38 of my October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **33**

**App. 255**

prepared" to de-book proved reserves when it de-booked approximately one billion oil-equivalent barrels of natural gas proved reserves during 2015.[75]

55.    Mr. Abington's assertion ignores certain key factors, rendering the point misleading and irrelevant. For example:

   a.    Exxon's disclosed Kearl proved reserve barrels of bitumen were more than three times the barrel equivalent amount observed by Mr. Abington and represented approximately 15% of Exxon's total disclosed proved reserves as of December 31, 2015.[76]

   b.    Moreover, as set forth in my October Report, the quantitative significance of these reserves is exemplified when extrapolating the more than $88 billion of implied value associated with Exxon's asserted proved reserves using both the 3.6 billion barrels of Kearl bitumen and the $24.66 SEC price per barrel.[77] Conversely, the 1 billion oil-equivalent barrels of natural gas de-booked approximated less than $20 billion when applying the disclosed $2.95 price per thousand cubic feet of natural gas (*e.g.*, (one billion OEB x ~6,000)/1,000 x 2.95MMBtu).

56.    Ultimately, the write-off of natural gas reserves does not excuse Exxon's failure to properly write-off Kearl proved reserves as required by SEC reporting requirements.

   3.    **Mr. Abington's References to Kearl Lifting Costs, Including Exxon's Practice of Excluding Direct CAF, Ignores Relevant Reporting Requirements and Exxon's Own Practices During 2015 and 2016**

57.    Mr. Abington provides two primary assertions regarding Kearl lifting costs. First, he asserts that Kearl unit lifting costs for the second half of 2015 were considered more representative

---

[75] Abington Report, paragraph 98.

[76] October Report, paragraph 109.

[77] October Report, paragraph 109.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **34**

**App. 256**

**CONFIDENTIAL**

of costs going forward.[78] Second, he asserts that the exclusion of costs-above-field or "CAF" was "consistent with" Exxon's "long-standing" Global Reserve Group practice.[79]

58.    These assertions are flawed and do not properly consider available information, including, but not limited to: (i) Exxon's own acknowledged unit lifting costs for SEC proved reserve purposes, (ii) the Company's internal policies and practices regarding direct costs above field, and (iii) Exxon's acknowledgment during 2016 that direct CAF should be included in the Company's SEC reserve-related calculation of unit lifting costs.

59.    Mr. Abington fails to properly consider Exxon's internal acknowledgment of 2015 lifting costs as being $27.90 per barrel. Importantly, SEC rules require that quantities of proved reserves include only those quantities with "**reasonable certainty to be economically producible**—from a given date forward, **from known reservoirs, and under existing economic conditions, operating methods, and government regulations**."[80] The corrected SEC price of $24.66 per barrel set forth in paragraph 108 of my October Report was significantly less than actual costs incurred over the same twelve-month period whether or not the $1.6 per barrel of 2015 direct CAF is included in the per barrel lifting costs.

60.    While Mr. Abington also references lower second half 2015 costs, he fails to appropriately reconcile these costs to then current pricing and the related concept of proved reserves having a "reasonable certainty" of being economically producible under "existing conditions" consistent with SEC rules. As described in my October Report: (i) "reasonable certainty" means "**a high degree of confidence** that the quantities will be recovered" when using "deterministic methods;"[81] or "**at least a 90% probability** that the quantities

---

[78] Abington Report, paragraph 88.

[79] Abington Report, paragraph 94.

[80] Regulation S-X, Rule 4-10(a)(22) (17 CFR §210.4-10(a) (22)) (emphasis added).

[81] The method of estimation of reserves or resources is called probabilistic when the full range of values that could reasonably occur for each unknown parameter (from the geoscience and engineering data) is used to generate a full range of possible outcomes and their associated probabilities of occurrence. Regulation S-X, Rule 4-10(a)(24) (17 CFR §210.4-10(a)(24)).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **35**

**App. 257**

actually recovered will equal or exceed the estimate" when using probabilistic methods; and (ii) "economically producible" means "**a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation**."[82]

61.    Indeed, the Society of Petroleum Engineers' (or SPE's) Petroleum Resource Management System ("PRMS") cited by Mr. Abington notes following recommended use of a one-year period when considering "current economic conditions" for determining resource estimates:

> Establishment of current economic conditions should include relevant historical petroleum prices and associated costs and may involve a defined averaging period. **The SPE guidelines recommend that a 1-year historical average of costs and prices should be used as the default bases of "constant case" resources estimates** and associated projected cash flows.[83]

62.    Mr. Abington fails to properly consider these definitions and ignores, or fails to consider the following critical facts and circumstances as of December 31, 2015:

    a.    Kearl experienced significant losses during the latter half of 2015, following the KEP, as evident in paragraph 121 of my October Report. Specifically, Exxon internally reported cumulative operating losses relating to Kearl of approximately $147 million during the six months ended December 31, 2015, including cash flow losses of approximately $84 million during the two months ended December 31, 2015.[84] Importantly, Exxon internally acknowledged that the "SEC requires revenues to exceed costs for proved reserves."[85]

---

[82] October Report, paragraphs 73 and 74 (emphasis added). *See also* EMC_RAMIREZ 000007141, which references these same concepts.

[83] SPE, Petroleum Resources Management System (2007), p. 33 (emphasis added).

[84] EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968.

[85] EMC_RAMIREZ 000030866 at 0867.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **36**

**App. 258**

**CONFIDENTIAL**

b. Kearl's losses were driven in large part by significant declines in bitumen prices, including the Company's flawed calculated monthly SEC prices.[86] For example, even using Exxon's flawed SEC pricing reflects that Kearl bitumen prices decreased from $46.39 per barrel as of June 1, 2015 to just $17.80 per barrel as of December 1, 2015.[87] Despite these significant decreases, Mr. Abington and Exxon provide no analysis supporting how Kearl's proved reserves are based upon a reasonable certainty to be economically producible under existing economic conditions.

c. Comparing one-year average prices to costs over a six-month time period does not result in a meaningful apples-to-apples comparison by which to evaluate existing economic conditions.

63. Moreover, the consideration of six months of costs would be inconsistent with Exxon's own pricing methodology that considers diluent costs, transportation costs, and quality spread costs over a full twelve-month period. To consider some costs over one period and others over another would be inconsistent and is not supported by Exxon's methodology.

64. Mr. Abington also attempts to challenge the Company's referenced inclusion of direct CAF, wherein Mr. Strawbridge contemporaneously asserts a lifting cost per barrel of $28.50 including direct CAF (*i.e.*, a Kearl cost per barrel greater than the corrected $24.66 price per barrel noted in my October Report). While Mr. Abington refers to Exxon's "long standing" practice of excluding CAF, he ignores several relevant facts and circumstances, including:

a. Exxon's internal policy pertaining to Operating Statistics and Reserves Valuations defines production costs or "lifting costs" as inclusive of "direct costs" such as "charges for field labor, materials, etc." and "cost components [that] include labor to operate the wells and related equipment and facilities; repairs and maintenance; materials, supplies and fuel consumed and services utilized in operating the wells and related lease

---

[86] EMC_RAM 001629434 at 9474.

[87] EMC_RAM 001629434 at 9474.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **37**

**App. 259**

**CONFIDENTIAL**

equipment and facilities […] Production costs can also be subclassified by type of activity; e.g., into well operation and maintenance costs, well workover costs, fluid injection and improved recovery programs costs, gas processing plant costs, taxes and other costs."[88]

b.  Exxon described CAF as inclusive of "all production cash expenses incurred by ExxonMobil above the field level."[89]

c.  Internal communications during 2015 note that "[b]ottomline is that direct opex **and direct CAF** should be used in economic assessment of remaining reserves. This is consistent with past practices and with guidance from Global Reserves Group (GRG). […] Inclusion of direct CAF in the Kearl assessment will put our IOL major assets on the same basis – providing a consistent explanation basis to external regulators – as well as providing consistency in this assumption across Company / SEC / ASC [GAAP] basis (minimizing differences between those reporting basis). […] Based on this, we request the Kearl reserves be calculated including the Kearl direct CAF […]."[90]

d.  Mr. Strawbridge's January 2016 communications note that "[o]n CAF, I'm thinking we should include the direct CAF (~$1.6/bbl) to the unit lifting cost curve, which would take the final 2015 [annual average cost] to ~$28.5 vs a final price of $28.6. Now that is cutting it close!"[91]

e.  An internal December 2015 Exxon presentation noting "Common Assumptions for Company/SEC Reserves" included "Direct (Production Mining) CAF […]."[92]

f.  Email communications during August 2016 from Mr. DuCharme affirmed that Exxon "should indeed include direct CAF in the SEC calc, assuming it is directly tied to that

---

[88] EMC_RAM 001596209 at 6230.

[89] PRAM0600501 at 0670.

[90] EMC_RAMIREZ 000031956 at 1956 and 1957.

[91] EMC_RAMIREZ 000033201 at 3203. *See also* EMC_RAMIREZ 000007154 at 7158.

[92] EMC_RAMIREZ 000006255.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **38**

**CONFIDENTIAL**

asset."[93] In response to Mr. DuCharme's email, Mr. Prestipino affirmed that "Per Rich's note […] the direct portion of CAF is included in the [SEC] test, while indirect CAF is excluded."[94]

65.     In sum, Mr. Abington's assertions regarding costs, including CAF, do not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

   **C. Mr. Abington's Assertion that Disclosure of Any Kearl Financial Losses is Not Supported By Regulatory Requirements Is Not Relevant To My Opinion and Is Inconsistent With Exxon's Disclosures Regarding Kearl**

66.     Mr. Abington asserts that my opinions regarding Exxon's failure to appropriately disclose the recurring lack of profitability of its upstream Canadian Kearl bitumen operations are "[…] based on no source other than his unsupported assertion, that is ipse dixit."[95] Mr. Abington either failed to read key sections of my October Report or simply failed to acknowledge them in making this assertion.

67.     In this regard, Mr. Abington ignores, or fails to properly consider each of the following MD&A disclosure requirements discussed in paragraphs 147 through 161 of my October Report, including: (i) a narrative explanation of a company's financial statements that enables investors to see the company through the eyes of management; (ii) material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition; and (iii) a discussion of segment information or of other subdivisions of the registrant's business would be appropriate to an understanding of such business.

68.     Mr. Abington further fails to properly consider statements from the former SEC Commissioner Edward H. Fleischman, who stressed that it is important for management to

---

[93] EMC_RAMIREZ 000051599.

[94] EMC_RAMIREZ 000051611.

[95] Abington Report, paragraph 176.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **39**

**App. 261**

**CONFIDENTIAL**

"tell it 'like it is' […] fully and accurately (no half-truths, no pulled punches, no subtly misleading statements), exactly 'like it is'" within a company's MD&A.[96] As noted in my October Report, Exxon's implied profit disclosures conflicted with information obtained and reviewed by Exxon's management demonstrating that Kearl was suffering significant losses during 2015, and continued to do so through the issuance of the Company's financial statements on Form 10-K on February 24, 2016.

69.   Moreover, despite his assertion that Exxon was not required to disclose Kearl's "operational results," Mr. Abington does not properly consider:

a.   Testimony from Exxon's executive management team reflecting their regular receipt and review of Kearl specific information, including Kearl's operating results and reserves; and

b.   The fact that Exxon management repeatedly discussed Kearl's operations during earnings calls and included Kearl specific disclosures in the Company's 2016 MD&A.

1.   **Exxon's Management Repeatedly Obtained and Reviewed Kearl Specific Information, Including Operating Results and Information About Kearl Specific Reserves and Losses**

70.   Relevant to the SEC's requirement to provide a narrative explanation of a company's financial statements that enables investors to see the company through the eyes of management, Mr. Abington fails to properly consider Exxon's regular reporting of Kearl's operating results and related losses to its executive management during 2015, as well as the potential implications to its asserted SEC Kearl proved reserves.

71.   In this regard, Mr. Abington ignores or fails to properly acknowledge that Kearl's production volumes, operational efficiencies, and operating results were touted by Exxon management, the subject of analyst inquiries during 2015, and included in the Company's

---

[96] Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991, pp. 10-11.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **40**

**App. 262**

**CONFIDENTIAL**

SEC disclosures as described in paragraphs 26 through 34 and 114 through 118 of my October Report.

72.    Mr. Abington also ignores or fails to properly acknowledge testimony from Exxon's executive management acknowledging the existence of Kearl's operating losses and their review of such information, including but not limited to management reporting that reflected Kearl losses described in my October Report in paragraphs 121 through 125 and 134 through 140.

73.    Indeed, other evidence reflects Exxon's management was informed of Kearl specific results, including but not limited to the following chart depicting Kearl specific price realizations along with general commodity oil prices:[97]

| | CM | VS PM | YTD | VS PLAN | VS PYTD | 4Q15 | VS 4Q14 |
|---|---|---|---|---|---|---|---|
| EM AVG | 30.96 | -6.29 | 45.71 | -27.58 | -45.57 | 36.49 | -31.69 |
| BRENT | 38.21 | -6.08 | 52.46 | -29.47 | -46.53 | 43.69 | -32.58 |
| WTI | 37.26 | -5.53 | 48.72 | -25.34 | -44.45 | 42.10 | -31.31 |
| KEARL | 11.52 | -4.81 | 24.28 | -26.61 | -35.23 | 17.31 | -27.38 |

74.    Indeed, testimony from Rex Tillerson and related exhibits demonstrates that Mr. Tillerson was made aware of Kearl-specific losses:

> [Referring to an internal F&O reporting presentation wherein Kearl losses through June 2015 were clearly evident, Mr. Tillerson testified]
>
> Q. Okay. And those slides would have been presented to you by Mr. Rosenthal, correct?
>
> A. In all likelihood, yes.[98]

*    *    *

---

[97] EMC_RAMIREZ 000009292 at 9308. *See also*, Exxon's Upstream Chairman's Briefing Exploration Update, dated February 22, 2016, EMC_RAM_NYAG 003623607 at 3632 and 3635.

[98] Tillerson Tr., 30:21-23.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **41**

**App. 263**

**CONFIDENTIAL**

Q. And then if we go to Slide No. 10. Slide No. 10 is indicating to you or reporting to you Canada West June year-to-date 2015 profitability, correct?

A. Correct.

Q. And then it breaks out Canada West by major producing fields, correct?

A. Yes.

Q. And it notes Kearl as one of those major fields, correct?

A. Yes.

Q. And it indicates to you that KOEBD – that's units of production, correct?

A. Yes.

Q. And it indicates that Kearl was producing 110 KOEBD on average?

A. Yes.[99]

*     *     *

Q. Okay. And then it indicates the cash profit as a negative 162 million for that first six months of '15?

A. Yes.

Q. And then it indicates the cash profit per barrel as negative $8.11 per barrel?

A. Yes.

Q. **So you being informed that for the first half of 2015, every barrel of bitumen being produced at Kearl was losing $8.11 a barrel, correct?**

A. **Yes. As of June 2015, correct**.

*     *     *

---

[99] Tillerson Tr., 32:1-17.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **42**

**App. 264**

**CONFIDENTIAL**

Q. (BY MR. SAHAM) Okay. And then it indicates the book profit and breaks out by major producing fields and indicates that the book profit at Kearl was negative $187 million for the first six months of 2015, correct?

\*     \*     \*

A. Correct.

Q. (BY MR. SAHAM) **And then it breaks that out by barrel and indicates that by book profit Kearl for the first half of 2015 was losing $9.37 per barrel, correct?**

**A. Correct**.

\*     \*     \*

Q. (BY MR. SAHAM) And Mr. Rosenthal made you aware of these facts in this slide deck, correct?

A. Yes.

\*     \*     \*

Q. And you would have been informed of these facts as chairman of the board and CEO of the company in late 2015, correct?

A. Yes.[100]

75. Mr. Swiger similarly affirmed that Kearl-specific losses were reported to him during 2015 in his capacity as the Company's Senior Vice President and Principal Finance Officer. Specifically, Mr. Swiger testified:

Q. But as a result, for whatever reason, whether it's development costs or other, Kearl's cash profit was negative 162 million for the first half of 2015, correct?

A. For a variety of reasons, correct.

Q. And that was reported to you at year-end 2015.

---

[100] Tillerson Tr., 33:3-34:25 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **43**

**App. 265**

**CONFIDENTIAL**

A. Yes.

Q. And when you break that out per bottle, the cash -- per barrel, the cash profit of Kearl was negative $8.11 per barrel, correct?

A. For the first half of 2015.

Q. And when we look at book profit, the book profit total for Kearl for the first half of 2015 was a loss of 187 million, correct?

A. Including the extraordinary items we talked about, that is correct.

Q. And that resulted in an operating loss per barrel -- every barrel produced at Kearl of $9.37, correct?

A. That is correct.

Q. And the net PP&E, that's the investment minus the depreciation that was made at Kearl, correct?

A. Yes[101]

76.    Despite acknowledging this understanding and disclosed losses pertaining to bitumen, Mr. Tillerson acknowledged that no disclosure of Kearl's losses was included in Exxon's 2015 Form 10-K:

Q. I'm just simply stating to you Kearl -- and I think you've already said this -- Kearl is not broken out here?

A. That is correct.

Q. It's just Canadian bitumen on average?

A. Correct.

Q. So the reader of this table would not know whether Kearl's prices, production prices, deviated from Canada generally, correct?

MR. LONG: Objection, form, calls for speculation.

A. Not looking at this table alone, that's correct.

---

[101] Swiger Tr., 49:22-50:21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **44**

**App. 266**

**CONFIDENTIAL**

Q. (BY MR. SAHAM) And then if you look at production costs, that's another line item of this table?

A. Let's see. Yes.

Q. And production --

A. Right.

Q. Production costs for Canada/South America are listed at $19.20, correct?

A. Correct.

Q. So the reader of this table, if you -- if such a reader like myself compared production prices to production costs for Canadian bitumen, you would get a positive $5.87, correct?

A. That's correct.

Q. So if Kearl itself was losing $7 a barrel, that information is not communicated in this chart, is it?

MR. TOAL: Objection -- object to the form of the question, assumes facts not in evidence, and lack of foundation.

A. I think as I've acknowledged, Kearl is not broken out on this table.

Q. (BY MR. SAHAM) Kearl was a significant portion of the company's – company's proved bitumen reserves, correct?

A. To my recollection, yes.[102]

77.    Simply stated, disclosure of known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations was necessary to provide the required understanding of the Company's operating results and narrative through management's eyes, particularly given the disclosed contradictory profitability measures relating to bitumen included in Exxon's 2015 Annual Report on Form 10-K.

---

[102] Tillerson Tr., 84:5-85:21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **45**

**App. 267**

**CONFIDENTIAL**

2. **In Contrast to Mr. Abington's Assertions, Exxon Management Made "Kearl" Specific Disclosures During 2015 and 2016.**

78. While Mr. Abington asserts that Exxon was not required to disclose Kearl operations separately, he ignores the fact that XOM did make Kearl specific disclosures in the Company's 2016 Annual Report on Form 10-K and Q3 2016 Quarterly Report on Form 10-Q. For example, in addition to repeatedly mentioning Kearl operations and related proved reserves, the Company disclosed certain trends and uncertainties relating to Kearl in the event that it continued to produce bitumen and how that would affect reported depreciation.

79. In sum, Mr. Abington's assertions regarding MD&A do not cause me to change my opinion that Exxon failed to appropriately disclose known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations.

D. **MR. ABINGTON FAILS TO PROPERLY CONSIDER RELEVANT GAAP IN HIS CRITICISM OF MY OPINIONS REGARDING EXXON'S EVALUATION OF ITS XTO LONG-LIVED ASSETS FOR IMPAIRMENT, INCLUDING THE COMPANY'S ASSERTED PRICE PLAN ESTIMATES**

80. Mr. Abington asserts that I misapplied GAAP by using "substitutes" for Exxon's 2015 price plan (*i.e.*, Corporate Plan) estimates of future natural gas pricing.[103] In this regard, Mr. Abington places substantial reliance on Exxon's applied 2015 price plan when accepting the Company's conclusions that XTO's long-lived assets were not impaired, including the results of Exxon's interim asset recoverability test.

81. Mr. Abington asserts that ASC 360-10-35-30 required the Company to use "price and cost assumptions that are reasonable in relation to those used in other areas of the business, 'such as internal budgets and projections.'"[104] Based on this understanding, Mr. Abington concludes Exxon complied with GAAP through its use of Exxon's 2015 price plan.[105]

---

[103] Abington Report, paragraphs 12 and 178.

[104] Abington Report, paragraph 12.

[105] Abington Report, paragraph 193.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **46**

**App. 268**

**CONFIDENTIAL**

82.  However, Mr. Abington's criticisms of my opinions and his conclusions are unfounded and fail to appropriately consider each of the following:

a.  GAAP requires significant accounting estimates to be reasonable, based on all available evidence that existed during Exxon's 2015 financial reporting period, including, but not limited to changes in market conditions.

b.  Mr. Abington improperly accepts the judgment of Exxon's management with respect to its 2015 price plan without consideration of all relevant contemporaneous available information.

c.  Exxon's 2015 price plan included unreasonable assumptions that failed to properly incorporate relevant facts and conditions during Exxon's 2015 financial reporting period, including changes in market conditions through the Company's 2015 financial statement issuance date, certain internal price projections, and other acknowledged pricing sources.

d.  Mr. Abington ignores or fails to properly consider relevant evidence cited in my October Report and herein demonstrating the reasonableness of my applied price assumptions and evaluation of Exxon's XTO related assets, including:

i.  Exxon's contemporaneous recognition that NYMEX futures provided relevant information for projecting fair value and evaluating investment opportunities;

ii.  Applied NYMEX futures pricing as of December 31, 2015 appropriately reflect current market conditions through the end of Exxon's 2015 financial reporting period;

iii.  Price sensitivity analyses considering Exxon's internal price plan growth rates support NYMEX futures pricing and are consistent with the provisions of ASC 360; and

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**              **47**

**App. 269**

CONFIDENTIAL

iv. Price sensitivity analyses supporting my use of NYMEX futures pricing when considering relevant third-party pricing sources.

83. These matters are discussed in detail below.

1. **GAAP Requires Significant Accounting Estimates To Be Reasonable, Based On All Available Evidence That Existed During Exxon's 2015 Financial Reporting Period, Including, But Not Limited To, Changes In Market Conditions**

84. In contrast to Mr. Abington's assertion,[106] I appropriately apply ASC 360-10-35 when opining that Exxon materially overstated its reported XTO-related long-lived assets as of December 31, 2015.[107] While Mr. Abington acknowledges that ASC 360-10-35-30 required the Company to use "price and cost assumptions that are reasonable," he inappropriately implies that Exxon's 2015 price plan estimates were satisfactory because they were consistent with the Company's "internal budgets and projections" and represented its "long-term views."[108] In doing so, Mr. Abington ignores or fails to properly consider that the reasonableness of an accounting estimate, including Exxon's impairment assessment and underlying price plan assumptions, must appropriately consider "all available information" through the issuance of its financial statements.[109]

85. Specifically, accounting estimates must be reasonable under GAAP. This means that they should be based on sound judgment and all relevant information available at the time of the estimate. While Mr. Abington quotes certain parts of ASC 360-10-35-30, he omits this accounting rule's requirement that Exxon consider "all available information" when developing its 2015 price plan as set forth below:

> Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and **shall consider all available evidence**. The assumptions used in developing those **estimates shall be reasonable**

---

[106] Abington Report, paragraphs 177-178.

[107] Abington Report, paragraphs 12, 178, 193, and 197.

[108] Abington Report, paragraphs 12, 178, 193, and 259.

[109] ASC 360-10-35-30; ASC 855.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **48**

**App. 270**

**CONFIDENTIAL**

in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others.[110]

86.    Mr. Abington also fails to properly consider other professional guidance emphasizing the importance of considering all available information when developing accounting estimates, including changes in market conditions. For example:

a.    PCAOB auditing guidance recognizes that significant estimates, including those inherent in Exxon's 2015 price plan, "**may not reflect current market information**."[111] The PCAOB identifies this risk, in part, as an example of contradictory information that may refute the reasonableness of a company's accounting estimate.[112]

b.    PCAOB auditing standards similarly recognize the need to consider changes in market or other conditions when developing (and assessing the reasonableness of) accounting estimates:

---

[110] ASC 360-10-35-30 (emphasis added).

[111] PCAOB Staff Practice Alert No. 9, December 6, 2011, p. 5.

[112] PCAOB Staff Practice Alert No. 9, December 6, 2011, p. 5.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025          49**

**App. 271**

**CONFIDENTIAL**

**(1) Relevant industry, regulatory, and other external factors, including economic conditions**;

(2) The company's objectives, strategies, and related business risks;

**(3) Existing market information**;

**(4) Historical or recent experience, taking into account changes in conditions and events affecting the company**; and

(5) Other significant assumptions used by the company in other estimates tested.[113]

87.     Mr. Abington also ignores or fails to properly consider Exxon's obligation under GAAP to evaluate accounting estimates in light of all available information subsequent to December 31, 2015 and through the issuance of its financial statements.[114] Specifically, ASC 855 requires consideration of subsequent information about existing conditions at the date of the balance sheet. For example, GAAP requires that subsequent events affecting the realization of Exxon's long-lived assets be recognized in a company's financial statements when those events represent the culmination of conditions that existed over a relatively long period of time (*e.g.*, the continued decline of natural gas prices).[115]

88.     For public issuers such as Exxon, the SEC notes that if a registrant becomes aware of an event that existed at the date of the financial statements that causes the registrant's financial statements to be materially misleading but does not amend those financial statements so that they are free of material misstatements or omissions when they are filed with the Commission, the registrant will be knowingly filing a false and misleading document.[116] In a similar manner, GAAP recognizes that an "error in previously issued financial statements" includes unreasonable estimates wherein an "oversight or misuse of facts that

---

[113] AS 2501.16.b.1-5.

[114] ASC 855-10-55-1. Note: Financial statements are considered issued when they are widely distributed to shareholders and other financial statement users for general use and reliance in a form and format that complies with GAAP.

[115] ASC 855-10-55-1.

[116] ASC 855-10-S99-2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **50**

**App. 272**

**CONFIDENTIAL**

existed at the time the financial statements were prepared" occurs.[117] Stated simply, an estimate is unreasonable when relevant facts materially affecting that estimate were not properly considered upon financial statement issuance.

> 2. **Mr. Abington Improperly Accepts The Judgment Of Exxon's Management With Respect To Its 2015 Price Plan Without Consideration Of All Contemporaneous Available Information**

89.    Mr. Abington agrees with the judgment of Exxon's management when accepting the Company's 2015 price plan rather than providing a studied basis for his own opinions.[118] This acceptance by Mr. Abington appears to be founded in part, on his premise that "The identification and evaluation of a potential impairment indicator, or trigger event, requires significant judgment [...]"[119] and "ExxonMobil uses its Energy Outlook and also its Corporate Plan processes to determine its pricing cases and to assist in identifying potential impairment indicators."[120] He cites guidance from PwC noting the required use of judgment as quoted in part below:

> The existence of an individual indicator outlined above is not automatically conclusive that the asset (asset group) may not be recoverable. **Instead, reporting entities will need to exercise judgment and consider the combined effect of all indicators and developments, both positive and negative, when determining whether an asset (asset group) may not be recoverable**.
>
> *    *    *
>
> **Estimating cash flows for purposes of the recoverability test is subjective and requires judgment. As described in ASC 360-10-35-30, estimates of future cash flows should be reasonable in relation to the assumptions used to develop other information the entity uses for**

---

[117] ASC Master Glossary, *Error in Previously Issued Financial Statements* ("An error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of generally accepted accounting principles (GAAP), or oversight or misuse of facts that existed at the time the financial statements were prepared. A change from an accounting principle that is not generally accepted to one that is generally accepted is a correction of an error.").

[118] Abington Report, paragraph 188.

[119] Abington Report, paragraph 188.

[120] Abington Report, paragraph 197.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **51**

**App. 273**

**CONFIDENTIAL**

> **comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others. Additionally, key assumptions, such as price and volume levels, should consider expected changes in market conditions**.[121]

90.    By accepting Exxon's management's judgment, without assessing contemporary contradictory evidence, Mr. Abington attempts to shield Exxon's failures identified in my October Report as a matter of management judgment and therefore, its omissions and improprieties should be excused since, if Exxon reached those conclusions, ipse dixit, it was correct. This argument is flawed and fails to appropriately consider the relevant facts and circumstances detailed in my October Report.[122]

91.    In sum, Mr. Abington fails to properly consider that:

a.    Management's judgment must consider the relevant facts and circumstances evident to Exxon's management;

b.    Management must appropriately weigh the relevant facts and circumstances; and

c.    If management does not properly consider the relevant facts and circumstances or inappropriately weighs any of the facts and circumstances, as was the case herein, management is likely to form an inappropriate or unsupported conclusion with regards to the accounting and/or disclosure being considered.

3.    **Exxon's Applied 2015 Price Plan Assumptions Were Not Reasonable and Failed to Properly Consider Relevant Facts And Conditions During Its 2015 Financial Reporting Period, Including Relevant Changes In Market Conditions and Other Internal Price Projections**

---

[121] https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant_equip_US/Chapter-5--Impairment/5 2-Impairment-of-long-lived-assets-to-be-held-and-used.html (emphasis added).

[122] Other examples of Mr. Abington's acceptance of Exxon's positions are evident in paragraphs 193-205 and 208 – 228 of his report and pertain to Exxon's SEC proved reserve process, XTO impairment trigger assessment, and disclosure process.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **52**

**App. 274**

**CONFIDENTIAL**

92.    Stated differently, while Mr. Abington acknowledges that ASC-360-10-35 required Exxon's estimated prices to be reasonable, he ignores or fails to properly consider all available information demonstrating Exxon's estimated 2015 price plan was not reasonable. This information is set forth in my October Report (primarily in paragraphs 216 and 228 – 243) and herein below.

    a)    <u>Exxon's Price Plan Failed to Appropriately Consider Changes in Henry Hub Pricing and Related Market Conditions Through The Company's 2015 Financial Statement Issuance</u>

93.    Exxon's asserted 2015 price plan is contrary to contemporaneous Henry Hub prices and market conditions through the issuance of the Company's 2015 financial statements.[123] In this regard, Exxon's price plan was expected to be evaluated during the Company's entire 2015 financial reporting period, including at board meetings, which are indicated to have occurred nine times per year as set forth below:

> **[T]he Company's process for determining its plan prices is performed on an annual basis resulting in new plan prices being determined in the fourth quarter of each year**. […]
>
> **The Company has board meetings 9 times per year.** A standing item at all Board meetings is "Information on Topics of interest" and the first item presented in that sections [sic] is always "Oil and Natural Gas Markets including Inventories and Developments".[124]

94.    In this regard, Mr. Abington fails to properly respond or acknowledge the following conditions in place prior to the issuance of Exxon's 2015 financial statements, which in combination with evidence cited in my October Report beginning at paragraph 176,

---

[123] October Report, paragraphs 229 – 243.

[124] PRAM0022167, p. 5 (emphasis added). *See also*, 2015 Upstream Long-lived Asset Impairment Assessment, pp. 23, 30, 31, PRAM0000511 ("The Corporate Data Guide is updated annually throughout the P&B process to ensure that affiliates are using the most accurate data when developing the asset plan. […] As noted earlier within this memo, at September 30, 2015 there has been no reserve revisions identified by Management. We would note that a significant part of the reserve process happens annually, in January, and therefore we will consider updates to this within the December 31, 2015 update section of this memo […]").

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **53**

**App. 275**

**CONFIDENTIAL**

demonstrated that the Company's 2015 price plan estimates, including those prices used in its asset recoverability test, were unreasonable:

a.  Exxon's assumed interim 2015 and early 2016 price estimates exceeded actual Henry Hub spot rates and related averages at December 31, 2015, and through the issuance of the Company's 2015 financial statements. Indeed, despite declining prices, Exxon *increased* its 2015 natural gas price plan estimates during Q3 2015 (*see* paragraph 230 of my October Report).

b.  Exxon's estimated 2016 natural gas price taken from its 2015 price plan of $2.97 per barrel, significantly exceeded the December 31, 2015 spot price per barrel ($2.28 per barrel) and the Henry Hub spot price on the Company's 2015 financial statement issuance date (*i.e.*, $1.85 per barrel on February 24, 2016) by $30% and 61%, respectively.[125] The variances between these prices are illustrated below:[126]

---

[125] Agreed to or calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[126] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **54**

**App. 276**

**CONFIDENTIAL**



Exxon's failure to consider these precipitous price declines in both its final price plan and asset recoverability demonstrate the Company's 2015 price plan estimates did not appropriately consider all information available, and were therefore, not reasonable (*see also* paragraphs 229 through 233 of my October Report).

c. In contrast to Mr. Abington's (and Exxon's) characterization of declining Henry Hub prices as "short-term,"[127] Exxon's 2015 price plan was not supported by longer-term historical natural gas price trends. As discussed in my October Report, historical Henry Hub price charts set forth in its paragraph 181 (*i.e.*, 2-year Henry Hub Natural Gas Spot Rate decline), paragraph 185 (*i.e.*, 10-year Henry Hub Natural Gas Spot Rate decline),

---

[127] *See, e.g.*, Abington Report, paragraphs 192 and 197.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **55**

**App. 277**

**CONFIDENTIAL**

and the following chart copied from paragraph 197 of my October Report reflecting NYMEX five-year future contracts traded at the lowest level since (at least) 2008:



d. Notably, while Mr. Abington and Exxon acknowledge the reasonableness of using NYMEX futures for evaluating prices during a subsequent 12- and 24-month period,[128] respectively, Mr. Abington fails to properly consider the reasonableness (or lack thereof) of Exxon's projected 2016 and 2017 prices as compared with NYMEX pricing for those same periods as of December 31, 2015. As reflected in the table below, Exxon's 2015 price plan was 17% and 12% higher than NYMEX prices at December 31, 2015 for each respective period:[129]

|  | NYMEX | 2015 Price Plan | Difference $ | Difference % |
|---|---|---|---|---|
| 2016 | $2.53 | $2.97 | -$0.44 | -17.4% |

---

[128] Abington Report, paragraph 260; EMC_RAM 000008739 at 8755.

[129] EMC_RAM 000040426; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future 12-month average future price for each year shown.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **56**

**App. 278**

|      | NYMEX  | 2015 Price Plan | Difference $ | Difference % |
|------|--------|-----------------|--------------|--------------|
| 2017 | $2.81  | $3.15           | -$0.34       | -12.1%       |

e.  These charts individually, and in the aggregate, reflect long-term Henry Hub price declines and demonstrate the sustained, poor price environment in place prior to the issuance Exxon's 2015 financial statement issuance date. This objective evidence contradicted Mr. Abington's reference to Exxon's asserted "short-term" price declines.

f.  Mr. Abington similarly ignores or fails to properly consider Exxon's 2015 price plan's assumed double-digit 5-year compound annual growth in average annual Henry Hub prices. This estimated annual growth rate significantly differed from historical 5-year growth/(decline) rates as demonstrated in the following table:[130]

| Annual Average Henry Hub Prices | Growth/(Decline) |
|---|---|
| **Estimated 5-YR 2015 Price Plan CAGR (nominal basis)** | **10.5%** |
| Actual 5-YR Annual CAGR (2015) | (9.7%) |
| Actual 5-YR Annual CAGR (as of 2014) | 2.1% |
| Actual 5-YR Annual CAGR (as of 2013) | (15.9%) |
| Actual 5-YR Annual CAGR (as of 2012) | (16.9%) |
| Actual 5-YR Annual CAGR (as of 2011) | (9.9%) |
| Actual 5-YR Annual CAGR (as of 2010) | (12.8%) |

g.  Mr. Abington similarly ignores, or fails to properly consider, that the average annual Henry Hub prices during 2015 ($2.62 MMBtu) reflected its lowest level since 1999 ($2.27 MMBtu).[131] These declines are evident in the table below and contradict Exxon's 2015 estimated 5-year price growth inherent in its price plan:[132]

| Annual Henry Hub Prices | Growth/(Decline) |
|---|---|
| Estimated 5-YR 2015 price plan CAGR (nominal basis) | 10.5% |
| Actual Historical 1-YR CAGR (since 2014) | (40.0%) |

---

[130] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

[131] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[132] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **57**

**CONFIDENTIAL**

| Annual Henry Hub Prices | Growth/(Decline) |
|---|---|
| Actual Historical 2-YR CAGR (since 2013) | (16.1%) |
| Actual Historical 3-YR CAGR (since 2012) | (1.6%) |
| Actual Historical 4-YR CAGR (since 2011) | (10.0%) |
| Actual Historical 5-YR CAGR (since 2010) | (9.7%) |
| Actual Historical 6-YR CAGR (since 2009) | (6.6%) |
| Actual Historical 7-YR CAGR (since 2008) | (16.0%) |
| Actual Historical 8-YR CAGR (since 2007) | (11.5%) |
| Actual Historical 9-YR CAGR (since 2006) | (9.9%) |
| Actual Historical 10-YR CAGR (since 2005) | (11.3%) |

h.  Notably, in contrast to 2015, Exxon disclosed "special charges for the write-down of upstream properties, the impact of lower prices on inventories"[133] during 1998, when annual Henry Hub prices averaged $2.09 MMBtu (unadjusted for inflation).[134] On the date preceding the issuance of Exxon's 2015 financial statements, the ending Henry Hub spot rate was $1.85 MMBtu.[135] For the 23 days in February 2016 preceding the issuance of Exxon's 2015 financial statements, average Henry Hub prices approximated $2.04 MMBtu.[136]

95.  Mr. Abington either ignores or fails to properly consider relevant testimony from Mr. Swiger, who conceded the price environment prior to the issuance of the Company's 2015 Form 10-K was the lowest in the past 15 years:

> Q. So he's basically saying the price of $2 per MMBtu, Henry Hub for natural gas in the U.S. is as low as he's seen it in the last 15 years, correct?
>
> A. That is correct.[137]

96.  Exxon's estimated 2015 price plan and related interim asset recoverability assessments were not reasonable considering "all available information" as required under ASC-360-

---

[133] Exxon 1999 Form 10-K, Exhibit 13, p. F-7

[134] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[135] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[136] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[137] Swiger Tr., 169:23-170:2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **58**

**App. 280**

10-35. While Mr. Abington inherently adopts Exxon's 2015 price plan as reasonable without assessing contemporary contradictory evidence, he ignores or fails to properly consider this relevant, available information demonstrating the price plan's lack of reasonableness.

    b)  <u>Internal Natural Gas (*i.e.*, Henry Hub) Price Projections and Other Utilized Sources Were Inconsistent With Exxon's 2015 Price Plan</u>

97.    Mr. Abington's acceptance of Exxon's 2015 price plan and related judgment is also based on his assertion that the Company's price plan was consistent with "internal budgets and projections." In this regard, Mr. Abington ignores, or fails to properly consider evidence demonstrating that Exxon's price plan was not consistent with internal budgets and projections, including those discussed in my October Report in paragraphs 216, 226, and 237.

98.    Specifically, Mr. Abington fails to properly consider contemporaneous internal analyses at Exxon that utilized lower future Henry Hub price estimates. For example, as described in paragraphs 216 and 237 of my October Report (in direct contrast to Exxon's 2015 price plan projecting natural gas real price to average $4.00 MMBtu during 2020), contemporaneous projections during 2015 included three case scenarios where natural gas real prices were not expected to hit $4.00 per MMBtu until 2025, 2030, and 2035, respectively.[138]

99.    Mr. Abington fails to reconcile these projections to his assertions. He also fails to properly consider deposition testimony from Joseph Horne, Exxon's Accounting Policy Manager, who conceded the final 2015 price plan estimate was made at the direction of the management committee and not within the range of prices he had originally proposed (to the same management committee):

> Q. And the bookends, you note at the bottom, is reaching the long-term price in 2025 and the top or slowest way to get to 20 -- or to the $4 long-term price would be 2035. So your bookends there are 2025 to 2035, correct?

---

[138] EMC_RAMIREZ 000000301 at 303.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **59**

**App. 281**

**CONFIDENTIAL**

A. Yeah, I wouldn't call the years the bookends in any way, shape or form.[139]

\* \* \*

Q. But my only question is your bookends were 2025 to 2035 of hitting the $4, correct?

A. Say the two numbers at the end again.

Q. Your bookends were 2025 and 2035 of hitting the 4-dollar long-term price outlet, correct?

A. In the spreadsheet I provided, yes, that's correct.[140]

\* \* \*

Q. My question is simply, Mr. Horne, the management committee prices that came back to you reached $4 five years earlier than the low end of the bookend included in Exhibit 71, which you had forwarded to Ms. Castille and Mr. Littleton -- Littleton on August 21, 2015, correct?

A. That is correct.

Q. And it also appears from the format of Exhibit 72, the plan prices that you're communicating and forwarding to Mr. Littleton and Ms. Castille, that format is very similar to what you had sent them on August 21st, the Excel files that you had sent them on August 21st. The timing and numbers are different, but the formatting is similar; is that accurate?

A. The formatting is similar.

**Q. And this reaching $4 in 2020 was the decision of the management committee, correct?**

**A. Reaching $4 by 2020 for Henry Hub was the management committee's assessment, yeah.**[141]

---

[139] Horne Tr., 153:6-12.

[140] Horne Tr., 171:22-172:3.

[141] Horne Tr., 158:10-159:3.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **60**

**App. 282**

**CONFIDENTIAL**

100.    Mr. Horne further testified to the correlation between the Company's higher 2015 price plan and the resulting lower potential for impairment:

> Q. So if higher prices are used, it would decrease the likelihood of an impairment, correct?
>
> A. In general, yes.
>
> Q. And if lower prices are used, it would increase the likelihood of an impairment, correct?
>
> A. All other things equal, yes.[142]

101.    Mr. Swiger similarly testified that the acceleration of the Company's price plan reaching $4.00 MMBtu in 2020 generated increased estimated cash flows as compared to the Company's other internal price projections referenced by Mr. Horne:

> Q. And the three different cases are hitting the long-term price at 2025, 2030, and 2035, correct?
> .
>                *       *       *
>
> A. That's what it appears to say, yes.[143]
>
>                *       *       *
>
> Q. So it's obvious if you use $4 instead of $3, cash flows, if you did a 30 year cash flow analysis, would increase, correct?
>
> A. Yes.
>
> Q. And it's also obvious if you reach the long-term price of $4 ten years earlier, that would also increase cash flows, correct?
>
> A. In the near-term.
>
> Q. And this email goes on to say: CSP proposed, and RWT – that's Tillerson?

---

[142] Horne Tr., 38:15-20.

[143] Swiger Tr., 164:6-11.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **61**

**App. 283**

**CONFIDENTIAL**

A. Yes.

Q. -- has endorsed use of the mid-case, correct?

A. That's right.

Q. So both yourself and Mr. Tillerson endorsed the use of the mid-case --

A. Uh-huh.

Q. -- for the price bases for the plan out years, correct?

A. That is correct, yes.[144]

102. Replacing Exxon's 2015 five-year price plan with Mr. Horne's first five year price estimates included in his respective 2025, 2030 and 2035 scenarios[145] in Exxon's asset recoverability test/methodology, results in the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceeding their undiscounted cash flows as seen below:[146]

| | Carrying Value Above Cash Flows (Yes/No) | | | |
|---|---|---|---|---|
| **Internal Forecast** | **Uintah** | **Raton** | **San Juan** | **Green River** |
| 2025 Scenario (1st five years) | Yes | Yes | No | No |
| 2030 Scenario (1st five years) | Yes | Yes | Yes | No |
| 2035 Scenario (1st five years) | Yes | Yes | Yes | No |

103. Indeed, estimated prices during the five years ended December 31, 2020 included in Mr. Horne's 2025, 2030, and 2035 scenarios significantly deviated from Exxon's five-year 2015 price plan:[147]

---

[144] Swiger Tr., 174:1-20.

[145] Horne's August 2015 scenarios were not adjusted through December 31, 2015 or February 24, 2016 considering lower Henry Hub spot prices of $2.28 MMBtu and $1.85 MMBtu, respectively.

[146] Horne's Proposed Price plans derived from Horne Tr., Exhibit 71; Schedules 1.1-1.12

[147] EMC_RAMIREZ 000000301 at 303; EMC_RAM 000040426 at 0435.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **62**

**App. 284**

**CONFIDENTIAL**



104. Mr. Abington similarly ignores Exxon's internally developed 2015 "build plan" discussed in paragraph 216.h. and 216.i. of my October Report. As demonstrated therein, Exxon's assumed build plan prices were not estimated to be $4.00 per MMBtu until 2027. While the build plan prices reflect internal estimates at July 30, 2015, Henry Hub spot pricing <u>decreased</u> over 20% from $2.87 per MMBtu to $2.28 per MMBtu at December 31, 2015.[148] These decreases provided contemporaneous, objective information that supported a further reduction in estimated prices.

105. While Mr. Abington also asserts Exxon utilized its 2015 price plan for evaluating "potential investment decisions," he ignores, or fails to properly consider the following:

a. As set forth in paragraph 226 of my October Report, Exxon repeatedly utilized NYMEX prices when estimating the fair value of its acquired investments. Indeed, Mr.

---

[148] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **63**

**App. 285**

**CONFIDENTIAL**

Horne testified to his use of NYMEX strip prices to estimate the fair value of XTO at the time of its acquisition.[149]

b. Exxon's Dataguide recognized that when evaluating investment "opportunities with near term price sensitivities" NYMEX pricing should be obtained and considered. Exxon further noted that such evaluations be performed using the "most recently available market" NYMEX pricing.[150]

c. Multiple internal references by Exxon's Accounting Policy Manager, Cindy Allen, wherein Ms. Allen stated the Company had "*always*" used NYMEX strip pricing, and "*henry hub is all we need for gas*" in response to receiving IHS and Wood Mackenzie price outlooks.[151]

      c) <u>Price Sensitivity Analyses Similar To Those Prepared During 2016 Using NYMEX Futures Further Demonstrates The Unreasonableness Of Exxon's 2015 Price Plan</u>

106. While referencing certain of Exxon's impairment analyses during 2016,[152] Mr. Abington also fails to properly consider 2016 price sensitivity analyses prepared by the Company. Those same analyses, had they been contemporaneously prepared during Exxon's 2015 financial reporting period, further demonstrate that Exxon's 2015 price plan was not reasonable.

107. As required by the Company's stated procedures in both the 2015 and 2016 Corporate Plan, application of the Company's price plan should be evaluated in relation to the most recent NYMEX futures.[153] The table below presents a comparison of the Company's stated price plan and the related NYMEX futures as of December 31, 2015 and 2016. It illustrates the

---

[149] Horne Tr., 185:16-18.

[150] 2015 Corporate Plan Dataguide (EMC_RAM 000040426).

[151] October Report, paragraphs 216.k and 246.

[152] Abington Report, paragraph 225.

[153] 2015 Corporate Plan Dataguide (EMC_RAM 000040426) and 2016 Corporate Plan Dataguide (EMC_RAM 001074733).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**　　　　**64**

**App. 286**

**CONFIDENTIAL**

significant variance between Exxon's price plan and NYMEX futures as of December 31, 2015 as compared to December 31, 2016:



108.    In addition to the comparisons above, a Henry Hub price analysis presented to Mr. Swiger on March 28, 2016 further demonstrates the Company's comparison of its estimated 2016 future prices (green line) to current NYMEX futures (dotted blue line):[154]

---

[154] Swiger Tr., Exhibit 228 (EMC_RAM_NYAG 000962156 at slide 10).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025                65**

**App. 287**

**CONFIDENTIAL**



109.    Notably, this analysis, prepared less than five weeks after the filing of the 2015 Form 10-K, reflects: (i) Exxon's consideration of NYMEX HH futures when evaluating its price plan; (ii) the 2016 estimated price plan that is more consistent with NYMEX HH futures pricing; (iii) the 2016 price plan starts near current prices, whereas the Company's 2015 price plan does not as of December 31, 2015;[155] and (iv) a significant downward shift in prices occurred between the 2015 price plan relied on when issuing the Company's 2015 financial statements on February 24, 2016 and the 2016 updated pricing developed no later than March 28, 2016 (*i.e.*, the date of this illustration).[156] Notably, the proposed '16 Financial (Base Case) illustrated in the table above presents the same forecasted pricing that was ultimately included in the Company's final 2016 price plan Exxon used to assert

---

[155] The Company's estimated 2016 HH prices (Green line) starts with the current YTD actual observed HH spot prices (Orange triangle). This represents a change from the flawed methodology used in the 2015 price plan in place just five weeks earlier when the Company filed its 2015 10-K, where the Company's final 2015 price plan purported the 2015 natural gas price of $2.75 MMBtu, whereas the 2015 YTD annual average was actually $2.63 MMBtu (Blue Triangle).

[156] The "2016 Plan Gas Business Environment" document included this chart for Mr. Swiger's review and reflects the Company's revised its '16 Financial (Base Case) (*i.e.*, price plan) from $4.00 MMBtu in 2020 to $3.00.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **66**

**App. 288**

**CONFIDENTIAL**

its XTO-related impairments.[157] As described in my October Report, the consideration and use of NYMEX pricing was reasonable and appropriately supports my opinion that Exxon failed to properly comply with impairment-related accounting standards under GAAP, resulting in the material overstatement of XTO-related long-lived assets (and earnings) as of and for the year ended December 31, 2015.

4. **Mr. Abington Ignores or Fails To Properly Consider Relevant Evidence Demonstrating the Reasonableness Of My Applied NYMEX Price Assumptions and Evaluation of Exxon's XTO Related Assets**

110. Despite Exxon's consideration and references to NYMEX futures prices, Mr. Abington criticizes my consideration and use of NYMEX prices in developing reasonable price estimates under GAAP. Mr. Abington asserts that using NYMEX is flawed for the following reasons:

> While NYMEX forward curves represent the collection of market prices for a standardized contract, its use beyond the initial 3 to 12 months of pricing data must be carefully considered because volumes of contracts drop significantly after this time period. The RMDG assets had expected lives measured in decades. **The information provided from the Henry Hub NYMEX forward curves alone are inadequate and are best considered as one data point**. [fn omitted][158]

111. While Mr. Abington questions the relevance of NYMEX forward curves beyond the initial 3-12 months of pricing data, he ignores or fails to properly consider that the 2015 Corporate Plan clearly required its estimated price plan prices to be benchmarked to market futures:

> Typically, the market futures have minimal volumes traded beyond 24 months, however the purpose of the market future sensitivity is to test opportunities to the full extent of market futures. **Thus, the market futures should be collected starting from the current year and extending an additional five years (total of six). For opportunity evaluations that**

---

[157] PRAM0000521.

[158] Abington Report, paragraphs 259 and 260 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**     **67**

**App. 289**

**CONFIDENTIAL**

> **require prices beyond six years, the last available market futures (in year six) should be escalated with the corporate escalation factor.**[159]

112.    Mr. Abington also fails to properly consider the multiple ways in which use of NYMEX pricing was demonstrably reasonable as set forth in my October Report, including:

a.    NYMEX HH pricing aligns with authoritative guidance and is the most common industry metric utilized (*see* paragraphs 227 and 254 of my October Report).

b.    NYMEX HH pricing is based on actual market transactions (*see* paragraphs 244 and 253 of my October Report).

c.    In contrast to Exxon's internal 2015 price plan, NYMEX HH pricing reflected the most current market conditions as of December 31, 2015 (*see* paragraph 197 of my October Report).

d.    My NYMEX HH pricing and related impairment conclusions were objectively supported by robust, timely comparables.[160] This includes price sensitivity analyses considering Exxon's internal assumed price plan growth rates and other contemporaneous recognized third-party price assumptions. These analyses are summarized in paragraph 247 of my October Report and in the table below demonstrating the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceed the undiscounted cash flows derived when using the reasonable and appropriate NYMEX five-year forward pricing (*i.e.*, through 2020) with Exxon's 2.5% inflation adjustment thereafter:[161]

---

[159] EMC_RAM 000040426 (emphasis added).

[160] October Report, paragraphs 238 and 244-246.

[161] *See* Schedules 1.1 through 1.20 of my October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **68**

**App. 290**

| Step 1: XTO Asset Recoverability Analysis Impairment Indicator | | | | |
|---|---|---|---|---|
| Price Data Utilized | Uintah | Raton | San Juan | Green River |
| NYMEX 5-yr Forward Pricing w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| 12/31/15 Spot Rate w/ Exxon GR | Yes | Yes | No | No |
| 2/24/16 Spot Rate w/ Exxon GR | Yes | Yes | Yes | Yes |
| IHS 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| Wood Mackenzie 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |

113.   It is further notable that other price plans being utilized by the Company during 2015 were far more consistent with applicable NYMEX futures rather than Exxon's 2015 price plan. For example, the following chart demonstrates the similarities between the Company's internal forecast in July 2015 with contemporaneous NYMEX futures prices:[162]



114.   Mr. Abington fails to acknowledge these independent analyses that generally demonstrate comparable results to the NYMEX futures and supports the reasonableness of the use of NYMEX futures in the Company's undiscounted cash flow impairment test.[163] Mr. Abington's related criticism that my use of NYMEX futures as a substitute for the Company's unreasonable 2015 price plan is "best considered as one data point" fails to

---

[162] NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future 12-month average future price for each year shown.

[163] October Report, paragraphs 229-239; *see also* PRAM0001681.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **69**

**App. 291**

CONFIDENTIAL

consider these additional price sensitivity analyses included in my October Report.[164] These analyses and other support discussed in my October Report and herein demonstrate the reasonableness of using NYMEX to identify and estimate Exxon's impaired XTO long-lived assets as of December 31, 2015.

E. **MR. ABINGTON'S ASSESSMENT OF EXXON'S IMPAIRMENT INDICATORS ("TRIGGERS") UNDER GAAP IS FLAWED AND MISLEADING**

115. Mr. Abington improperly accepts the judgment of Exxon's management with respect to its conclusion regarding the absence of an impairment indicator in 2015. Mr. Abington's criticisms of my opinions and his conclusions are unfounded and fail to appropriately consider each of the following:

a. Mr. Abington fails to properly consider professional guidance and other evidence reflecting the long-term trend of lower Henry Hub prices prior to and during Exxon's 2015 financial reporting period was an impairment indicator.

b. Mr. Abington fails to properly consider the Company's internal assertions and other conditions demonstrating that Exxon's reduced 2015 price plan directly impacted XTO's long-lived assets value and was an impairment indicator.

c. Mr. Abington's acceptance of Exxon's flawed conclusion that an XTO impairment indicator did not exist in 2015 conflicts with several other facts and conditions in place at December 31, 2015 and prior to the issuance of Exxon's 2015 financial statements.

116. These failures are discussed in detail below.

1. **Mr. Abington Fails To Properly Consider Professional Guidance and Other Evidence Reflecting That Lower Henry Hub Prices Prior To and During the Exxon's 2015 Financial Reporting Period Was an Impairment Indicator**

---

[164] Abington Report, paragraphs 259-260.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **70**

**App. 292**

**CONFIDENTIAL**

117.   While Mr. Abington acknowledges and refers to examples of impairment indicators included in ASC 360 and referenced in the Company's whitepapers,[165] he ignores or fails to properly consider other "examples" of impairment indicators identified in professional accounting guidance. Of particular significance, Mr. Abington fails to properly consider paragraphs 179 through 189 of my October Report discussing how the continued long-term decline of natural gas prices prior to the February 24, 2016 issuance of Exxon's 2015 Form 10-K constituted an XTO impairment triggering event. Of particular significance, Mr. Abington fails to appropriately acknowledge the following impairment indicators cited in my October Report and in professional accounting guidance relating to lower natural gas prices:

a.   The AICPA's Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities* (repeatedly referenced by PwC),[166] identifies "decreases in pricing" to be an example of an impairment indicator.[167]

b.   Internal Exxon references that low prices, particularly those extending across longer periods, require consideration when assessing impairments. For example, as noted in paragraph 189 of my October Report, Exxon internally acknowledged the following:

> Likely that SEC's next round of comments to EM could focus on **impairments and disclosures related to low prices** […]

> At API's Fall Accounting Committee meeting, SEC representative, who is lead accountant for oil / gas company reviews, and heavily involved in comment letters, spoke at length about expectations for public companies in the sector:

> **Impairment considerations – prices staying "low" generally longer than was widely thought several months ago**

---

[165] Abington Report, paragraph 225.

[166] *See e.g.*, PRAM0051018, p. 27; PRAM0051796 at 2462; PRAM0423395.

[167] October Report, paragraph 172 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **71**

**App. 293**

**CONFIDENTIAL**

> For impairment tests, need for realistic / defendable view of prices**, considering current and past levels** […].

c. Other 2015 internal communication at Exxon acknowledging the following to be an "external indicator[]" for evaluating potential impairment triggers:

> [..] **a significant/adverse drop in product pricing leading to current or projected negative margins** […][168]

d. PwC's Audit and Assurance Group ("AAG") Site Leader, Shannon G. Ryhorchuk, communicated to Exxon PwC's "Canadian Firm policy" that required a "formal consultation" during 2015, when a client <u>did not</u> assess "current market conditions as an indicator of impairment."[169] Notably, subsequent internal Exxon communications from Vincent Prestipino referencing the Company's "asset recoverability in the current price environment" stated that PwC had "instructed all affiliates NOT to work this at an affiliate and that it [would] be handled at hq."[170] Mr. Prestipino further observed that this was "how I was able to shut down PwC Canada."[171]

118. Indeed, Mr. Abington's own Chart 2 demonstrates the inconsistency with: (i) Exxon's assertion that impairment indicators did not exist during 2015, despite the extended period of natural gas price declines prior to and during 2015 when prices were at significantly low levels, and (ii) the Company's position that impairment indicators did exist after natural gas prices had rebounded somewhat during Q4 2016. This inconsistency is illustrated by Mr. Abington's Chart 2 (presented to exclude non-contemporaneous, irrelevant post-

---

[168] EMC_RAM_SEC 000035564 at 5564.

[169] EMC_RAM_SEC 000025028 at 5029.

[170] EMC_RAM_SEC 001614624 at 4624.

[171] EMC_RAM_SEC 001614624 at 4624.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**            **72**

**App. 294**

February 22, 2017 information) with my added box references to Exxon's impairment indicator assertions:[172]



2. **Mr. Abington Fails To Properly Consider The Company's Internal Assertions And Other Conditions Demonstrating That Reduced Price Plans Directly Impacted XTO's Long-Lived Assets Value and Was An Impairment Indicator**

119.    In contrast to Mr. Abington's assertion, I appropriately applied GAAP when opining that Exxon failed to identify an impairment indicator as a result of its decreased 2015 price plan

---

[172] Mr. Abington's "Chart 2" and associated commentary in paragraphs 190 through 193 of the Abington Report misleads readers by providing hindsight and irrelevant information to the facts and circumstances that existed prior to the issuance of Exxon's 2015 and 2016 Form 10-Ks. In this regard, Mr. Abington's presentation of Henry Hub Spot Prices after February 22, 2017 (the filing of the 2016 10-K) are not relevant. The inclusion of Henry Hub spot rates after this date is not only irrelevant but is misleading by including approximately eight years of data (half of the entire chart) that is not pertinent to this matter.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                      **73**

**App. 295**

**CONFIDENTIAL**

as of December 31, 2015.[173] In this regard, Mr. Abington fails to properly consider: (i) relevant sections of my October Report demonstrating the significance of the 2015 price plan reductions (see paragraphs 200 – 208 of my October Report); (ii) Mr. Abington's acknowledged 2016 impairment indicator relating to operating losses and lower forecasted pricing were present in 2015; and (iii) that Exxon's significantly reduced 2015 forecasted plan prices (as compared to 2014), in combination with lower NYMEX futures, inherently would result in a lower estimated market value of the XTO long-lived assets.

120.   In addition to failing to properly consider paragraphs 200-208 of my October Report, Mr. Abington references Exxon's conclusion that the following impairment indicator was present beginning in Q4 2016:

> Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset.[174]

121.   However, he ignores or fails to properly consider that several related conditions existed during 2015 and should have been consistently evaluated as impairment indicators during Exxon's 2015 financial reporting period. For example, in its 2016 Whitepaper, Exxon observed that operating losses in combination with reductions in the Company's 2016 price plan, required the company to perform an "a projection of future cash flows" (*i.e.*, effectively an undiscounted cash flow analysis under Step 1):

> **In the first half of 2016, in addition to the U.S. and Canada, a few other major assets were also experiencing operating losses during the low point of the price cycle** (see Appendix E). **In light of those operating results, the continued weakness in industry conditions, and a preliminary reduction in the Corporation's price outlooks** that was endorsed by the Board in November, management performed a detailed analysis of certain major asset groups as part of its annual Plan process. […]
>
> **Given that prices were reduced by 25% for a few of the early years in the Corporation's preliminary price outlook**, in certain cases management considered the remaining life of producing properties as part

---

[173] Abington Report, paragraphs 225 - 228.

[174] Abington Report, paragraph 225.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **74**

**App. 296**

of the overall mix of information it considered in determining whether or not events and changes in circumstances warranted an impairment assessment. **Based on its assessment of the level at which largely identifiable revenue and costs could be forecasted, management performed a projection of future cash flows on certain Upstream asset groups** […][175]

122.   PwC's impairment memo provides a similar understanding that lower plan prices, in combination with operating losses, contributed to XTO's impairment:

> **As the same primary factors which existed in the fourth quarter of 2015 were present in the first three quarters of 2016:**
>
> **• Persistently low prices**
> **• Continued losses in certain asset groups** […][176]

123.   While referencing these documents, Mr. Abington fails to acknowledge:

a.   The existence of XTO's 2015 operating losses, described in paragraphs 190 through 195 of my October Report;[177]

b.   Contemporaneous commentary from the Company's 2015 White Paper acknowledging the existence of U.S. operating losses (which included XTO):

> The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective. Country-by-country results through the third quarter indicated that almost all countries were continuing to generate positive book earnings. **However Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis.**[178]

---

[175] EMC_RAM 000000080 at 0087, 0088 (emphasis added).

[176] 2016 Long-lived Asset Impairment Assessment (PRAM0022167, pp. 4-5) (emphasis added).

[177] Notably, Mr. Abington asserts that in Q4 2016 one of the "primary factors contributing to this [impairment indicator] conclusion include the, Continued operating losses for Upstream assets," without properly acknowledging the long-standing losses that existed in 2015 and through early 2016.

[178] EMC_RAM 000000001 at 0006 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **75**

**App. 297**

**CONFIDENTIAL**

    c. Documentation in PwC's 2015 audit workpapers attached to his report discussing XTO-related 2015 operating losses:

> As part of this process, certain USP, **XTO and Canadian Asset Groups were identified as having current operating losses** […][179]
>
>           *        *        *
>
> Procedures performed and controls tested at the XTO level align with conclusions reached in the Upstream memo except for **the need to separately evaluate condition 5 (specifically projected future operating results) at the XTO level**;[180] and

    d. The significance of Exxon's reduced price plan during 2015 as compared to 2014, as described in paragraphs 200 through 208 of my October Report.

124. Mr. Abington further ignores or fails to properly consider the Company's own internal talking points, that corroborate the understanding that the decreases in Exxon's 2015 price plan could be considered a potential impairment indicator including:[181]

> \* Current pricing environment has put significant focus on asset values in the O&G sector; as you know, US GAAP requires an impairment review when a 'trigger event' occurs […]
>
> \* [be prepared to answer the question: So has a trigger event occurred? Answer: By virtue of the reduction in EM's long-term US natural gas price outlook, would be difficult to argue to SEC that one has NOT occurred][182]

---

[179] PRAM0000511 at p. 24 (emphasis added).

[180] PRAM0048953 at p. 3 (emphasis added); "Condition 5" refers to the impairment indicator of *"Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrate continuing losses associated with the use of a long-lived asset (asset group)."*

[181] *See also*, paragraph 189 of my October Report.

[182] Horne Tr., Exhibit 51.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**       **76**

**App. 298**

**CONFIDENTIAL**

125.   Mr. Abington also fails to properly consider additional relevant deposition testimony from Joseph Horne (Exxon's Accounting Policy Manager) who testified that a decrease in the Company's price plan could be considered a trigger:

> Q. Okay. So if there was a significant change to the long-term price in the data guide, would you agree that you couldn't consider those prices to be temporary for impairment consideration?
>
> **A. Yeah, if there was a significant change to the long-term price outlook as published in the data guide, we would consider that not temporary.**
>
> **Q. And therefore, it could be a trigger for impairment consideration?**
>
> **A. It could be a trigger.**[183]
>
> * * *
>
> **Q. So you are noting that either PwC, maybe Michael O'Riordan, because it says Michael above there, said that $5 to $4 long-term outlook could be considered a trigger?**
>
> **A. Could be argued as a trigger.**
>
> **Q. And that -- that's something that Mr. O'Riordan, one of the auditors, you're noting, stated at the meeting?**
>
> **A. Yes.**[184]
>
> * * *
>
> Q. And this indicates that between 2014 and 2015, the extended plan financials for beyond year 2020 are being reduced from $5.20 to $4, correct?
>
> A. Yes.
>
> **Q. And you would agree with me that reduction of about 22 percent, that could potentially be significant, correct?**

---

[183] Horne Tr., 59:3-12 (emphasis added).

[184] Horne Tr., 62:8-16 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**   **77**

**App. 299**

**CONFIDENTIAL**

**A. It could be.**[185]

\* \* \*

Q. And that was a potential talking point for Rosenthal to use with Tillerson, correct?

A. Yes.

Q. And when you say a step change in internal price outlook could be construed as one, when we've looked at the data guide, the decrease from $5 to $4 for the long-term price outlook between '14 and '15, that could be considered a step change in internal price outlook, correct?

A. Yes.

Q. And therefore, it could also be considered a trigger under step 1, correct?

\* \* \*

A. Could you repeat the question, please?

**Q. Well, since it could be considered a step change, that decrease in the long-term price outlook between 2014 and 2015, it could also be considered an impairment trigger, correct?**

\* \* \*

**A. Yeah, I'm having a little difficult – could you repeat one more time?**

**Q. I'm just saying the decrease in the outlook between the 2014 data guide and the 2015 data guide, that could be considered a trigger under U.S. GAAP for impairment testing?**

\* \* \*

**A. The way I would -- what I would say is we look at our price outlooks as they come out in the data guide and as they're finally approved by the board of directors at the end of the process – near the end of the process. We look at price among other things. And if there's been a**

---

[185] Horne Tr., 68:21-69:3 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**　　　　**78**

**App. 300**

**CONFIDENTIAL**

> **significant decrease in our view of future prices, that could be construed as an indicator of impairment that would require further assessment.**
>
> **Q. And that indicator is often referred to as a trigger, correct?**
>
> **A. Yes**.[186]

126.    Mr. Abington also fails to properly consider that Exxon's significantly reduced 2015 forecasted plan prices (as compared to 2014 – see paragraph 203 of my October Report), in combination with lower NYMEX futures, inherently would result in a lower estimated market value of the XTO long-lived assets. In this regard:

   a. Exxon's methodology for assessing the fair value of its assets was primarily based on a cash flow analysis (income approach).[187]

   b. Estimated future prices, such as those included in Exxon's 2015 and 2016 price plan, were a significant assumption used to develop those estimated future cash flows and related values.[188]

   c. There was a 40% decline in annual average Henry Hub spot rates in 2015 as compared to 2014.[189] This contributed to an average 28% drop in Exxon's price plan during the five-year period ending December 31, 2020 as compared to the Company's 2014 price plan.[190]

   d. Given Exxon's cash flow analysis was used to estimate fair value, it stands to reason that Exxon's significantly lower 2015 price plan would contribute to Exxon's related assets, including XTO assets, having a significantly lower value at December 31, 2015 as compared to December 31, 2014 (*i.e.*, lower future prices in 2015 as compared to

---

[186] Horne Tr., 76:24-78:11 (emphasis added).

[187] *See, e.g.*, EMC_RAM 000000080 at 0207, 0274.

[188] EMC_RAM 001746869; PRAM0717939; EMC_RAM 001744700; PRAM0242653; EMC_RAM 000040426; PRAM0000521.

[189] October Report, paragraph 203.

[190] October Report, paragraph 203.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **79**

**App. 301**

**CONFIDENTIAL**

2014 projected future prices would result in less future cash flows and a lower fair value).

127. Despite these factors and contradictory evidence, Mr. Abington improperly accepts the Company's 2015 conclusion that a significant decrease in the market price of a long-lived asset (*i.e.*, an impairment indicator) did not occur during 2015. Mr. Abington provides no independent basis for his conclusion.

3. **Mr. Abington's Acceptance of Exxon's Flawed Conclusion That An XTO Impairment Indicator Did Not Exist Conflicts With Several Other Facts And Conditions Discussed in My October Report**

128. Mr. Abington also ignores or fails to properly respond to other analyses within paragraphs 169 to 249 of my October Report, supporting the identification of an impairment indicator as of and prior to the issuance of Exxon's 2015 Form 10-K. For example, and while not all-inclusive:

a. Mr. Abington improperly claims my comparison between HGT and the Company is irrelevant because, "*the nature composition of the HGT assets were different, with different depreciable bases, and cash flows for impairment testing […] Mr. Regan's comparison is irrelevant to ExxonMobil.*"[191] However, the composition of HGT's assets, depreciable bases, and cash flows for impairment testing are not relevant to whether an impairment trigger has taken place. This is demonstrated in testimony from Joseph Horne (Exxon's Accounting Policy Manager), who stated industry conditions (*i.e.,* sustained low-price environment) were comparable between HGT and the Company in relation to the identification of a potential impairment indicator:

> Q. Well, you wrote, In addition to the industry conditions affected both XOM and HGT. You wrote that on March 3rd, 2016, correct?
>
> A. Yes, as well as the four subsequent bullet points.[192]

---

[191] Abington Report, paragraph 257.

[192] Horne Tr., 206:2-6.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **80**

**App. 302**

**CONFIDENTIAL**

b. Mr. Abington fails to acknowledge that Exxon's peers reported billions in Upstream asset-related impairments during the year ended December 31, 2015 (and consequently, must have identified an impairment trigger).[193] For example, companies like Chevron, Anadarko, and EOG each reported in their 2015 Form 10-K's that they used the successful efforts method of accounting and U.S. GAAP (as opposed to IFRS), and reported the following impairments of their oil and gas properties:

i. Chevron's Form 2015 10-K at page 24 stated, "[t]he company reported impairments for certain oil and gas properties during 2015 [$3.5 billion, see page 18] primarily **as a result of downward revisions in the company's longer-term crude oil price outlook**."[194]

ii. Anadarko's 2015 Form 10-K reported on its page 65 that Anadarko "recognized impairments of $3.0 billion related to the Company's Greater Natural Buttes oil and gas properties and $482 million for related midstream properties in the Rockies, $687 million for other U.S. onshore oil and gas properties primarily in the Southern and Appalachia Region, $557 million for other midstream properties primarily in the Rockies, and $349 million for oil and gas properties in the Gulf of Mexico, **all due to lower forecasted commodity prices**."[195]

iii. EOG's 2025 Form 10-K on its page 29 reported that, "[d]uring 2015**, due to the decline in commodity prices**, proved oil and gas properties and related assets in the United States were written down to their fair value resulting in pretax impairment charges of $6,130 million, $3,945 million net of tax. Impairments were related to legacy natural gas assets and marginal liquids plays."[196]

---

[193] *See e.g.*, October Report, paragraph 50, and EMC_RAMIREZ 000021185 (Exxon prepared "Upstream Impairment Comparison" reflecting $93.7 billion of losses during "2014-15").

[194] Chevron 2015 Form 10-K, p. 24 (emphasis added).

[195] Anadarko 2015 Form 10-K, p. 65 (emphasis added).

[196] EOG 2015 Form 10-K, p. 29 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **81**

**App. 303**

**CONFIDENTIAL**

   c.   Mr. Abington also ignores or fails to properly consider the following statements from Exxon management indicative of the Company's aversion to recognizing significant impairments and whether that presented a risk that impairments, including those described in my October Report, might not be recorded on a timely basis:

       i.   As described in paragraph 179 of my October Report, Mr. Tillerson touted Exxon's historical investments, noting in part that Exxon doesn't write down the value of its related assets:

> **Unlike your cash cost, which is variable, once the investment is made, you are stuck with that. You live with that. We don't do write downs. If you look at our history, we do not write our investments down**. A lot of other people are very quick to want to write things down because it kind of improves things going forward. As part of our disciplined approach going forward, everyone around here understands, once you make that investment, you live with that the rest of your career. If you have invested in a high cost environment and things go south, you better have anticipated your ability to work on the things you can work on to sustain the profitability of that investment, which means the variable costs.

      ii.   Email communications from David Rosenthal requesting that the impairment footnote be excluded from certain draft documents give that the word impairment "gives the folks on the third floor [presumably Exxon's executive management] heartburn."[197]

**F.  MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON PWC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT**

129.   Mr. Abington places unwarranted reliance on the work of Exxon's external auditor, PwC.[198] This reliance extends to several areas of Mr. Abington's report, including his opinions with respect to Kearl's SEC proved reserves, deficient MD&A financial disclosure, and XTO's

---

[197] EMC_RAMIREZ 000114222 at 4222.

[198] For example, *see* the Abington Report's paragraphs and related footnotes: 8, 12, 21, 48, 100, 117, 118, 129, 145, 157, 158, 165-168, 178, 210, 217, 219, 220, 235-253, 258, 262, and 263.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **82**

impaired long-lived assets. The flaws associated with Mr. Abington's reliance on PwC in these areas are discussed in the sections below.

1. **Exxon's Management, Not PwC, Was Responsible for the Company's Financial Statements, Including, but Not Limited to, the Disclosure of Proved Reserves and Asset Grouping's Fair Value**

130. As stated by PwC in its 2015 audit reports, Exxon "management is responsible for [the] financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting."[199] The SEC has similarly stated that a "**company's management has the responsibility for preparing the company's financial statements and related disclosures**."[200]

131. PwC's responsibility was primarily limited to auditing Exxon's annual financial statements, which included tests of Exxon's records relating to its financial statements.[201] For the purposes of its annual audits, PwC's tests were designed to provide reasonable, but not absolute assurance that Exxon's annual financial statements were fairly presented in accordance with GAAP. In contrast, PwC's interim quarterly reviews were only designed to provide negative assurance (*i.e.*, a material misstatement had not come to PwC's attention).[202]

---

[199] Exxon 2015 Form 10-K, p. 62.

[200] *All About Auditors: What Investors Need to Know*, U.S. Securities Exchange Commission, https://www.sec.gov/reportspubs/investor-publications/investorpubsaboutauditors (accessed January 5, 2025) (emphasis added).

[201] Exxon 2015 Form 10-K, p. 62 (PwC audit opinion: "Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation.").

[202] AU §722.25, *Evaluating the Results of Interim Review Procedures* ("A review of interim financial information is not designed to obtain reasonable assurance that the interim financial information is free of material misstatement."); *see also* AU §722.07, *Objective of a Review of Interim Financial Information* ("The objective of a review of interim financial information pursuant to this section is to provide the accountant with a basis for communicating whether he or she is aware of any material modifications that should be made to the interim financial information for it to conform with generally accepted accounting principles. The objective of a review of interim financial information differs significantly from that of an

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **83**

**App. 305**

**CONFIDENTIAL**

132. In recognition of the limitations of an audit, PCAOB standards establish that Exxon's management was solely responsible for fairly presenting the Company's financial statements in accordance with GAAP. This responsibility existed in part because Exxon's account balances and related disclosures were within management's "direct knowledge and control." [203] This responsibility and knowledge is expressly differentiated under the PCAOB standards from the responsibilities and knowledge of Exxon's auditors:

> **The financial statements are management's responsibility**. [...] Management is responsible for adopting sound accounting policies and for establishing and maintaining internal control that will, among other things, initiate, record, process, and report transactions (as well as events and conditions) consistent with management's assertions embodied in the financial statements. The entity's transactions and the related assets, liabilities, and equity are within the direct knowledge and control of management. The auditor's knowledge of these matters and internal control is limited to that acquired through the audit. **Thus, the fair presentation of financial statements in conformity with generally accepted accounting principles**[fn omitted] **is an implicit and integral part of management's responsibility**.[204]

133. Consistent with this understanding, Exxon's CEO, Mr. Tillerson, Senior Vice President and Principal Financial Officer, Mr. Swiger, and Vice President, Controller and Principal Accounting Officer, David Rosenthal, each affirmed or certified the following within the Company's 2015 Form 10-K:

> Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such

---

audit conducted in accordance with generally accepted auditing standards. A review of interim financial information does not provide a basis for expressing an opinion about whether the financial statements are presented fairly, in all material respects, in conformity with generally accepted accounting principles. A review consists principally of performing analytical procedures and making inquiries of persons responsible for financial and accounting matters, and does not contemplate (a) tests of accounting records through inspection, observation, or confirmation; (b) tests of controls to evaluate their effectiveness; (c) obtaining corroborating evidence in response to inquiries; or (d) performing certain other procedures ordinarily performed in an audit."); *see also* AS 4105, *Reviews of Interim Financial Information*.

[203] AU §110, *Responsibilities and Functions of the Independent Auditor*, .03.

[204] AU §110, *Responsibilities and Functions of the Independent Auditor*, .03 (emphasis added). *See also*, PRAM0514434 at 4436.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **84**

**App. 306**

**CONFIDENTIAL**

statements were made, not misleading with respect to the period covered by this report;

[…] Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

[…] The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant […]

\*   \*   \*

[…] the Annual Report on Form 10-K of the Company for the year ended December 31, 2015, as filed with the Securities and Exchange Commission on the date hereof (the "Report") fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

[…] the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.[205]

134.   Exxon's executive management's responsibility for the Company's financial statements and internal control was also affirmed by the Company in its 2015 management representation letter provided to PwC:

> We acknowledge and confirm that we have fulfilled our responsibility, as set out in our engagement letter of May 26, 2015, for the preparation and fair presentation in of the consolidated financial statements of financial position, results of operations and cash flows in conformity with generally accepted accounting principles, for establishing and maintaining effective internal control over financial reporting and for performing an assessment of the effectiveness of internal control over financial reporting based on the criteria established in COSO's *Internal Control - Integrated Framework (2013)*.

\*  \*  \*

---

[205] Exxon 2015 Form 10-K, Exhibits 31.1, 31.2, 31.3, 32.1, 32.2, and 32.3.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **85**

**CONFIDENTIAL**

We confirm, to the best of our knowledge and belief, that the subject financial statements, with the accompanying notes, include all disclosures, including those applicable to transactions with related parties, necessary for a fair presentation of the financial position, results of operations and cash flows of the Corporation in accordance with generally accepted accounting principles, and disclosures otherwise required to be included therein by the laws and regulations to which the Corporation is subject.

* * *

We acknowledge responsibility for the presentation of the supplemental unaudited data relating to oil and gas reserves and we believe such information, including its form and content, is fairly presented in accordance with the applicable requirements of the Financial Accounting Standards Board and the Securities and Exchange Commission (SEC). The methods of measurement or presentation have not significantly changed from those used in the prior period. We have informed you about any significant assumptions or interpretations underlying the measurement or presentation of the information.

We acknowledge our responsibility for the design and implementation of programs and controls to provide reasonable assurance that fraud is prevented and detected.[206]

135. As a consequence of these representations and acknowledgments, management cannot simply rely on their auditors to ensure the Company's financial statements and disclosures are accurate and free from misstatement or omission. Despite this responsibility, the Abington Report often cites PwC's 2015 and 2016 audit procedures.

2. **PwC's Annual Audits and Interim Reviews Did Not Provide Absolute Assurance that Exxon's Financial Statements Were Free of Material Misstatement**

136. The fact that PwC issued unqualified audit opinions from 2015 to 2017 on Exxon's financial statements and internal controls is not determinative that those financial statements and disclosures complied with applicable accounting standards and SEC financial reporting rules. This is due in part because an audit, even when performed in accordance with professional auditing standards, does not provide absolute assurance that financial statements are fairly presented in accordance with GAAP, or that effective internal

---

[206] PRAM0549745.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **86**

**App. 308**

control over financial reporting was maintained in all material respects as of a specified date.

137.  For example, auditing standards established by the PCAOB recognize that an auditor's unqualified opinion does not provide absolute assurance that financial statements are free of material misstatement.[207]  The PCAOB standards state that even if the auditor performs an audit in accordance with its standards, the auditor is able to obtain reasonable, but not absolute, assurance that material misstatements are detected:

> The auditor has a responsibility to plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether caused by error or fraud. [fn omitted] **Because of the nature of audit evidence and the characteristics of fraud, the auditor is able to obtain reasonable, but not absolute, assurance that material misstatements are detected**.[fn omitted] The auditor has no responsibility to plan and perform the audit to obtain reasonable assurance that misstatements, whether caused by errors or fraud, that are not material to the financial statements are detected.[208]

138.  Consistent with this understanding, PwC's 2015 engagement letters explicitly recognize the limitations of PwC's audit.  For example, the following language was included in the auditor's 2015 audit engagement letter:

> **We will design our audits to obtain reasonable, but not absolute, assurance of detecting errors or fraud that would have a material effect on the financial statements** as well as other illegal acts having a direct and material effect on financial statement amounts, and of identifying material weaknesses in internal control over financial reporting. **Absolute assurance is not attainable due to the nature of audit evidence and the characteristics of fraud**. Also, our audits are not designed to detect errors or fraud that are immaterial to the financial statements or other illegal acts having an indirect or immaterial financial statement impact or deficiencies in internal control over financial reporting that, individually or in combination, are less severe than a material weakness. **It is important to recognize that there are inherent limitations**

---

[207] AU §110, *Responsibilities and Functions of the Independent Auditor*, .02; AU §230, *Due Professional Care in the Performance of Work*, .10.

[208] AU §110, *Responsibilities and Functions of the Independent Auditor*, .02 (emphasis added); AU §316, *Consideration of Fraud in a Financial Statement Audit*, .12.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **87**

**App. 309**

**CONFIDENTIAL**

**in the auditing process. Audits are based on the concept of selective testing of the data underlying the financial statements, which involves judgment regarding the areas to be tested and the nature, timing, extent and results of the tests to be performed. Accordingly, there is some risk that a material misstatement of the financial statements or a material weakness in internal control over financial reporting would remain undetected. Because of the characteristics of fraud, an audit designed and executed in accordance with the standards established by the PCAOB may not detect a material misstatement due to fraud. Characteristics of fraud include (i) concealment through collusion among management, employees, or third parties; (ii) withheld, misrepresented, or falsified documentation; and (iii) the ability of management to override or instruct others to override what otherwise appears to be effective controls. Further, while effective internal control over financial reporting reduces the likelihood that errors, fraud or other illegal acts will occur and remain undetected, it does not eliminate that possibility. For these reasons we cannot ensure that errors, fraud or other illegal acts, if present, will be detected.**[209]**

139.    Given the inherent limitations of an audit of the financial statements, an unqualified opinion, even if performed in accordance with PCAOB standards, cannot provide absolute assurance that a company's financial statements are not materially misstated.  Over the years, there have been many instances in which large publicly traded companies have restated previously issued financial statements after discovering errors in those financial statements as a result of the misuse of facts and circumstances in place at the time those financial statements were originally issued. Some of the notorious examples of this include Enron, Xerox, WorldCom, and Sunbeam. These are not just isolated cases. In 2006, the U.S. Government Accountability Office ("GAO") presented a study of 1,390 restatements made because of financial reporting fraud and/or accounting errors between July 1, 2002 and September 30, 2005, and 396 restatement announcements between October 1, 2005 and June 30, 2006.[210] These are not immaterial errors since GAAP requires that such restatements be material.[211] For these engagements, the independent auditors provided

---

[209] PRAM0514434 (emphasis added).

[210] https://www.gao.gov/products/gao-06-1079sp.

[211] ASC 250-10.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **88**

**App. 310**

**CONFIDENTIAL**

unqualified opinions, but subsequent events demonstrated that the financial statements contained material errors.

### 3. The PwC Audits and Reviews Referenced in the Abington Report Do Not Provide Any Assurance that Exxon's Reported SEC Reserves Or MD&A Were Free from Material Omissions

140.    Mr. Abington's opinion that because of certain of PwC's audit procedures, the MD&A in Exxon's annual financial reports was therefore sufficient, is materially flawed. PwC did not attest to the MD&A in Exxon's 2015 annual report on Form 10-K. Under the PCAOB's AU §550, PwC's "responsibility with respect to information in a [financial statement] does not extend beyond the financial information identified in his report [*i.e.*, to the MD&A], and the auditor has no obligation to perform any procedures to corroborate other information contained in a document. However, [the auditor] should read the other information and consider whether such information, or the manner of its presentation, is materially inconsistent with information, or the manner of its presentation, appearing in the financial statements."[212]

141.    Effectively, PwC was only required to read the MD&A for consistency with the financial statements it opined upon, not confirm whether the MD&A was free from material omission, which is the primary issue in this matter. Mr. Abington points to no audit documentation demonstrating that PwC performed audit procedures to test and provide assurance regarding the completeness and accuracy of MD&A disclosures.[213] Further, Mr.

---

[212] AU §550, *Other Information in Documents Containing Audited Financial Statements*, .04.

[213] For example, Mr. Abington references the following documents regarding PwC's 2015 audit procedures: PRAM0458924, PRAM0458926 and PRAM0008683. The first two documents make no mention of "Management's Discussion and Analysis" or "MD&A." The third document includes inquires and responses (*i.e.*, representations) in connection with reviews of Exxon's 10-K. This is consistent with the type of procedures required to understand Exxon's business and identify inconsistencies, but does not provide assurance as to the accuracy and completeness of the Company's MD&A.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **89**

**App. 311**

**CONFIDENTIAL**

Abington provides no opinion that PwC provided assurances (*i.e.*, an opinion or report) as to the accuracy and completeness of Exxon's MD&A.[214]

142.    Mr. Abington also fails to properly consider other relevant information from the Company's Form 10-K filing, internal PwC communications, and deposition testimony. For example, Mr. Abington fails to properly consider:

a.    The Company's 2015 Form 10-K filing, section "B. Production Prices and Production Costs" is not covered by PwC's audit opinion.[215]

b.    PwC's internal communication, which states, "Note that PwC tests ExxonMobil's process related to reserves but the reserve quantities themselves are unaudited."[216]

c.    Relevant testimony from Mr. Wright, a Senior Manager with PwC, who testified to the limitations of PwC's audit:

Q. All right, Take a look at – Exhibit 66 is a – is a Form 10-K. You're familiar generally with what a Form 10-K, right?

A. Yes.

---

[214] For example, Mr. Abington provides no evidence that PwC performed a separate review engagement under AT 701, *Management's Discussion and Analysis*, where the primary objective is "to report whether any information came to the practitioner's attention to cause him or her to believe that— a. The MD&A presentation does not include, in all material respects, the required elements of the rules and regulations adopted by the SEC. b. The historical financial amounts included therein have not been accurately derived, in all material respects, from the entity's financial statements. c. The underlying information, determinations, estimates, and assumptions of the entity do not provide a reasonable basis for the disclosures contained therein." Nor does Mr. Mr. Abington provide evidence that PwC performed a separate examination engagement under AT 701, *Management's Discussion and Analysis*, where the primary objective is "to express an opinion on the MD&A presentation taken as a whole by reporting whether— a. The presentation includes, in all material respects, the required elements of the rules and regulations adopted by the SEC. […] b. The historical financial amounts have been accurately derived, in all material respects, from the entity's financial statements. […] c. The underlying information, determinations, estimates, and assumptions of the entity provide a reasonable basis for the disclosures contained therein.

[215] 2015 Form 10-K, p. 9.

[216] PRAM0693040.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **90**

**App. 312**

**CONFIDENTIAL**

Q. All right. And this one was filed with the SEC by Exxon. I want you to turn to page 9, which is the Bates No. 115811, which was the … And then do you see here that they have the production prices and production costs under item B? Do you see that?

A. Yes.

Q. Okay. And this is not part of Exxon's financial statements, correct?

A. Correct.

Q. And this would not be covered by PwC's audit opinion, correct?

A. That's correct.

Q. All right. Turn if you would, to the page – well, let me ask it more specifically. So, for example, PwC did not specifically audit any of the line items under Total on page 9, including the price of bitumen per barrel, correct?

A. PwC wouldn't have audited this schedule.[217]

\* \* \*

Q. All right. And PwC did not Audit the MD&A?

A. They do not issue an audit opinion over the MD&A.[218]

4. **Relevant Documents Do Not Appear To Be Included In PwC's Document Production, Indicative That PwC Was Not Contemporaneously Provided With Such Information During Its 2015 And 2016 Audits**

143. PwC's audit opinions and related assurances are supported by its audit working papers. In partial recognition of an audit's limitations, PwC obtained representations from Exxon's management that the Company had made available "all financial records and related data."[219]

---

[217] Wright Tr., 139:8-140:13.

[218] Wright Tr., 141:1-4.

[219] PRAM0549745.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **91**

**App. 313**

**CONFIDENTIAL**

144.    However, a search in PwC's working papers, including those referenced by Mr. Abington, and internal documents, emails, voice recordings, and testimony, indicate instances where PwC may not have been provided relevant and complete information to appropriately evaluate Exxon's accounting and disclosures under GAAP and SEC accounting-related rules. In this regard, certain relevant documents relied upon by me and produced by Exxon do not appear to be included in PwC's document production, indicative that PwC was not contemporaneously provided with such information during its 2015 and 2016 audits.[220] Moreover, Mr. Abington provides no opinion as to whether all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC proved reserves, MD&A disclosures, and XTO's long-lived assets for impairment were contemporaneously made evident to and considered by PwC.

5.    **Mr. Abington Provides No Opinion that PwC's Audits of Exxon Complied with PCAOB Standards**

145.    Despite repeatedly referencing PwC's audit and interim reviews, Mr. Abington provides no opinion that PwC's related services were conducted in accordance with PCAOB standards. As discussed more fully below, this is notable because inspections of certain PwC audits by the PCAOB contemporaneous to the filings at issue in this matter indicate that approximately 24% of PwC's inspected audits failed to meet PCAOB standards.

146.    Specifically, the PCAOB conducted inspections of PwC pursuant to the Sarbanes-Oxley Act ("PCAOB Inspection Reports").[221] Such inspections "are designed and performed to provide a basis for assessing the degree of compliance by a firm with applicable

---

[220] *See, e.g.*, Paragraph 201 of my October Report, which highlights numerous examples of lower internal price plans utilized by the Company that differ from those used in the asset recoverability assessment reviewed by PwC (EMC_RAM_NYAG 000993111, EMC_RAM 001661576, EMC_RAM 001670737, EMC_RAM 001661558, EMC_RAM 001661600, EMC_RAM_NYAG 000993130); *see, e.g.*, Kearl Related documents (EMC_RAMIREZ 000033450, EMC_RAMIREZ 000041674, EMC_RAMIREZ 000047764, EMC_RAMIREZ 000047767, EMC_RAMIREZ 000047769, EMC_RAMIREZ 000047771, EMC_RAMIREZ 000056322, EMC_RAMIREZ 000062103, EMC_RAMIREZ 000068234, EMC_RAMIREZ 000074864, EMC_RAMIREZ 000079688, EMC_RAM_SEC 000059059, EMC_RAM_SEC 000083615, EMC_RAM_SEC 000083970).

[221] https://pcaobus.org/oversight/inspections/firm-inspection-reports.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **92**

**App. 314**

requirements related to auditing issuers."[222] The PCAOB reviewed 218 PwC audits as reflected in its 2014, 2015, 2016 and 2017 inspection reports.[223] These inspections were of PwC's 2013, 2014, 2015 and 2016 audits. It is unknown whether PwC's audits of Exxon were part of the PCAOB inspections, as the PCAOB Inspection Reports do not identify the names of the issuers. The reviews "were intended to identify whether deficiencies existed in the reviewed work, and whether such deficiencies indicated defects or potential defects in the Firm's system of quality control over audits."[224] Further, the "inspection included a review of policies and procedures related to certain quality control processes of the Firm that could be expected to affect audit quality."[225]

147.    The PCAOB Inspection Reports reflect that deficiencies were identified in 24% (nearly 1 out of every 4 audits) of the 218 PwC audits that were reviewed:[226]

---

[222] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[223] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, pp. 2-5; PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, pp. 2-4; PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 3; PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 2.

[224] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[225] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[226] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, pp. 2-5; PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, pp. 2-4; PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 3; PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **93**

**App. 315**

| Inspection Year | Issuance Date | Audits Reviewed Where PwC was Principal Auditor | Audits Where PwC Did Not Have Sufficient Appropriate Audit Evidence to Support its Opinion | % |
|---|---|---|---|---|
| 2014 | 06/30/15 | 57 | 17 | 30% |
| 2015 | 08/10/16 | 53 | 12 | 23% |
| 2016 | 12/19/17 | 53 | 11 | 21% |
| 2017 | 02/28/19 | 55 | 13 | 24% |
| | | 218 | 53 | 24% |

148.    As asserted by the PCAOB, the deficiencies were of such significance that it appeared to the inspection team that at the time it issued its audit reports, PwC had not:

> […] [O]btained sufficient appropriate audit evidence to support its opinion that the financial statements were presented fairly, in all material respects, in accordance with the applicable financial reporting framework and/or its opinion about whether the issuer had maintained, in all material respects, effective internal control over financial reporting ("ICFR").[227]

149.    The PCAOB Inspection Reports further stated that PwC "issued […] opinion[s] without satisfying its fundamental obligation to obtain reasonable assurance about whether the financial statements were free of material misstatement and/or the issuer maintained effective ICFR."[228]

150.    Although the PCAOB Inspection Reports noted specific PCAOB audit standards related to the deficiencies, the PCAOB observed that "[m]any audit deficiencies involve a lack of due professional care."[229]

151.    Of particular note, the PCAOB's reports on its 2014 through 2017 inspections of PwC's audits included the following results:

---

[227] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 3

[228] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 3 (The PCAOB stated that "[w]hether or not associated with a disclosed financial reporting misstatement, an auditor's failure to obtain the reasonable assurance that the auditor is required to obtain is a **serious matter**.") (emphasis added).

[229] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 24. (NOTE: The "2015 Inspection" relates to audits performed in 2014).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **94**

**App. 316**

**CONFIDENTIAL**

a. In its 2014 inspection report of PwC's 2013 audits, the PCAOB asserted audit deficiencies that included failures pertaining to PwC's auditing of impairment, cash flow estimates and projections, and/or underlying data/assumptions related to valuing its clients' assets or liabilities.[230] Of particular relevance, in connection with one audit, the PCAOB concluded that PwC's testing of impairment "failed to sufficiently evaluate the reasonableness of certain significant assumptions underlying the cash-flow projections […]."[231] The PCAOB further observed that for certain price assumptions, "the issuer used market information as of four months before the date of the [impairment analysis], but [PwC] **failed to evaluate the reasonableness of the use of this information in light of significant price declines throughout the year**."[232] Simply stated, PwC appears to have failed to test whether the assumed pricing used in its client's impairment analysis reflected current prices and was reasonable. This failure is consistent with Exxon's failure to properly consider all available information, including significant price declines, when developing its estimates relating to XTO's impaired assets at December 31, 2015.

b. In its 2015 inspection of 2014 audits, the PCAOB asserted audit deficiencies that included failures pertaining to PwC's auditing of impairment, cash flow estimates and projections, and/or underlying data/assumptions related to valuing its clients' assets or liabilities.[233] For example, in connection with one inspected audit, the PCAOB concluded that PwC "**failed to sufficiently evaluate the reasonableness of the cash-**

---

[230] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, (Issuers A-E, Issuers G-L and Issuer N). Impairment related audit failures were observed for four specific audits (Issuers A-C, H) [see page 28 of inspection report]. (NOTE: The "2014 Inspection" relates to audits performed in 2013).

[231] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, p. 6.

[232] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, p. 6.

[233] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, (Issuers A-C, Issuers E-F). Impairment related audit failures were observed for three specific audits (Issuers A, B, F) [see page 27]. (NOTE: The "2015 Inspection" relates to audits performed in 2014).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **95**

**App. 317**

**CONFIDENTIAL**

flow forecasts."[234] The PCAOB further observed that PwC "concluded that the cash-flow forecasts used in the analysis were reasonable without considering (1) that **the forecasts were significantly different from the actual results for the year under audit** and (2) that the actual results for the year under audit were significantly different from the issuer's cash-flow forecasts for that year that had been made in the prior year." [235] Stated simply, PwC appears to have failed to properly assess the reasonableness of its client's impairment estimates, including giving the requisite consideration of actual results. This failure is again consistent with Exxon's failure to properly consider all available information when developing its estimates relating to XTO's impaired assets at December 31, 2015.

c.   In its 2016 inspection of 2015 audits, the PCAOB identified audit deficiencies that during the audit of two companies (Issuer C and F) and involved PwC's audit procedures over "**oil and gas properties for possible impairment**."[236] With respect to PwC's audits of Issuers C and F, the PCAOB concluded that PwC "**failed to perform sufficient procedures related to evaluation of oil and gas properties for possible impairment**."[237] Of further note, in connection with its audit of Issuer F, the PCAOB concluded that PwC failed to: (i) identify differences between the client's price assumptions and prices realized during the year, and (ii) identify and test a control designed to address the reasonableness of "**pricing assumptions for each type of commodity based on certain historical prices ('benchmark prices'), to which the client applied adjustments for conditions specific to each oil and gas property**

---

[234] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 6 (emphasis added).

[235] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 6 (emphasis added).

[236] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, (Issuers A-C, Issuers E-F, Issuers I and K). Impairment related audit failures were observed for four specific audits (Issuers B, C, F, and I) [see page 27]. (Issuer C and F at pp. 14 and 20). (NOTE: The "2016 Inspection" relates to audits performed in 2015).

[237] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, pp. 14 and 20 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **96**

**App. 318**

CONFIDENTIAL

('differentials')."[238] In a separate audit, the PCAOB found that PwC failed to "to **sufficiently evaluate the reasonableness of significant assumptions underlying the estimated future cash flows** that [Issuer E] used to assess the possible impairment of [its assets]."[239] In this regard, the PCAOB observed that PwC failed to take into account that forecasts for prices were "substantially" different that actual prices during the prior comparative year.[240] These asserted failures are consistent with Exxon's failures at issue, including the Company's failures to consider actual costs associated with Kearl bitumen prices and develop reasonable natural gas price assumptions.

d.  In its 2017 inspection of 2016 audits, the PCAOB identified audit deficiencies that included deficiencies relating to PwC's assessment of client forecasts.[241] For example, during its inspection of one audit, the PCAOB concluded PwC failed to properly consider relevant information when assessing the reasonableness of its client's forecasts. The PCAOB noted:

> As part of its assessment of the reasonableness of the issuer's forecasts, the Firm [PwC] obtained certain oil and gas industry information related to future trends in oil prices. The Firm [PwC] noted that the issuer's forecasts assumed the oil prices would rise to pre-acquisition prices in the second year of the forecast period. The Firm [PwC], however, failed to consider that the industry information it had obtained indicated that oil prices were not expected to return to pre-acquisition prices until at least the third year of the issuer's forecast period.[242]

---

[238] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 21 (emphasis added).

[239] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 18 (emphasis added).

[240] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 19.

[241] PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044. See for example, PwC's referenced audits of Issuers A, F and H. (NOTE: The "2017 Inspection" relates to audits performed in 2016).

[242] PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 19.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **97**

**App. 319**

**CONFIDENTIAL**

This failure is consistent with Exxon's failure to properly consider all available information when developing its estimates relating to XTO's impaired assets at December 31, 2015.

152. The existence of these deficiencies in PwC's audits during years preceding and during the relevant period suggest that PwC's unqualified opinions on Exxon's financial statements and internal controls are not determinative that those financial statements and disclosures, including those pertaining to Exxon's ICFR, complied with applicable accounting standards and Regulation S-K and were thus free from material misstatements or omissions.

153. My discussion of restatements and the PCAOB inspections of audits performed by PwC are presented to rebut Mr. Abington's inference in his report that because relevant financial statements and ICFR assertions of Exxon were audited by PwC, there were no material misstatements or omissions in those audited financial statements or other relevant disclosures. I am not opining as to whether PwC's audits of Exxon's financial statements and ICFR conformed with PCAOB audit standards.

G. **MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON SEC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT**

154. In addition to repeatedly referencing PwC, Mr. Abington asserts that I did not "reconcile" my opinions to the SEC's review of Exxon's 2015 Form 10-K and his understanding that the SEC "did not challenge [Exxon's] determination that the [XTO] assets were not impaired in 2016" and "did not require [Exxon] to de-book reserves or make any other changes to its 2015 Form 10-K."[243] For many of the same reasons described above, Mr. Abington's criticism is meritless and misleading. Specifically, as noted in the following SEC communications prepared in connection with its review of Exxon's 2015 financial

---

[243] Abington Report, paragraph 14.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **98**

**App. 320**

**CONFIDENTIAL**

statements, and beginning at paragraph 130 above, Exxon management was responsible for the fair presentation of its financial statements, not the SEC (highlights added):[244]

> We have completed our review of your filing. We remind you that the company and its management are responsible for the accuracy and adequacy of their disclosures, notwithstanding any review, comments, action or absence of action by the staff.

155. In this regard, the SEC's review process and related comments do not provide any opinion or assurance that Exxon's 2015 financial statements and Form-10-K disclosures were free of material misstatement. Furthermore, a relevant SEC release notes registrants may not use the existence, or absence of, SEC comment letters or Staff comments as a defense in SEC proceedings or actions brought under the Federal securities laws.[245]

156. Moreover, Mr. Abington ignores or fails to properly consider whether the SEC obtained relevant evidence cited by me in this matter. Indeed, the SEC did not obtain deposition testimony taken by Plaintiff's counsel in this matter. Nor does Mr. Abington demonstrate that the SEC obtained all relevant information referenced in my October Report and herein. As such, Mr. Abington's repeated reference to the SEC does not cause me to change the opinions expressed in my October Report.

_____
D. Paul Regan, CPA/CFF

---

[244] SEC Comment Letter to Exxon Mobil Corporation, April 10, 2017.

[245] Press Release "SEC Staff to Publicly Release Comment Letters and Responses," Securities and Exchange Commission, June 24, 2004, https://www.sec.gov/news/press/2004-89.htm; "Announcement: 'Tandy' Representations No Longer Needed in Filing Reviews," Securities and Exchange Commission, October 5, 2016, <https://www.sec.gov/corpfin/announcement/cf-announcement---no-more-tandy-language.html>.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **99**

**App. 321**

**Schedule 1.1: Uintah Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 1**

| Uintah Asset Recoverability Analysis August 2015 Five-Year Prices - Scenario 1 | |
|---|---|
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 | $5.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.96 | $3.15 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.89 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.74 | $4.86 | $4.98 | $5.11 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $61.02 | $75.21 | $88.43 | $96.75 | $104.52 | $111.92 | $119.31 | $125.81 | $132.41 | $137.43 | $140.70 | $144.21 | $148.41 | $140.68 | $155.92 | $257.99 | $368.03 | $462.88 | $515.84 | $553.71 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $8.01 | $9.87 | $11.60 | $12.69 | $13.72 | $14.69 | $15.66 | $16.51 | $17.37 | $18.03 | $18.46 | $18.92 | $19.47 | $18.46 | $20.46 | $33.85 | $48.29 | $60.74 | $67.69 | $72.66 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $74.59 | $94.61 | $116.92 | $127.99 | $138.26 | $148.11 | $157.95 | $166.59 | $175.34 | $182.01 | $186.32 | $191.00 | $196.56 | $186.15 | $193.53 | $250.63 | $356.98 | $448.59 | $499.81 | $536.34 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($52.58) | ($37.15) | ($22.27) | ($16.45) | ($11.04) | ($6.89) | ($3.09) | $1.85 | $5.13 | $7.48 | $8.77 | $10.25 | $10.89 | ($385.81) | ($547.10) | ($684.33) | ($439.56) | ($370.10) | ($174.04) | $382.56 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($186.87) | ($224.03) | ($246.29) | ($262.75) | ($273.78) | ($280.68) | ($283.76) | ($281.91) | ($276.78) | ($269.30) | ($260.53) | ($250.28) | ($239.39) | ($625.20) | ($1,172.30) | ($1,856.63) | ($2,296.18) | ($2,666.28) | ($2,840.32) | ($2,457.76) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2072 (i.e., excluding net cash outflows for 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.1: Uintah Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 1**

| Uintah Asset Recoverability Analysis August 2015 Five-Year Prices - Scenario 1 | |
|---|---|
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 | $9.77 | $10.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.07 | $6.23 | $6.38 | $6.54 | $6.70 | $6.87 | $7.04 | $7.22 | $7.40 | $7.58 | $7.77 | $7.97 | $8.17 | $8.37 | $8.58 | $8.80 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| Liquids - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $523.97 | $431.55 | $381.40 | $348.24 | $323.42 | $302.56 | $286.17 | $271.02 | $259.14 | $248.56 | $239.20 | $229.03 | $219.98 | $211.39 | $203.76 | $195.42 | $188.01 | $180.94 | $174.44 | $167.00 | $160.00 | $153.03 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $68.76 | $56.63 | $50.05 | $45.70 | $42.44 | $39.70 | $37.55 | $35.56 | $34.00 | $32.62 | $31.39 | $30.05 | $28.87 | $27.74 | $26.74 | $25.64 | $24.67 | $23.74 | $22.89 | $21.91 | $21.00 | $20.08 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $507.63 | $418.37 | $369.96 | $338.51 | $314.82 | $294.82 | $279.01 | $264.30 | $252.67 | $242.27 | $233.05 | $223.06 | $214.16 | $205.70 | $198.19 | $189.99 | $182.70 | $175.74 | $169.35 | $162.07 | $155.23 | $148.44 |
| Less: | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $360.33 | $291.94 | $254.57 | $230.15 | $211.55 | $195.70 | $182.99 | $171.06 | $161.45 | $152.74 | $144.91 | $136.45 | $128.80 | $121.46 | $114.82 | $107.62 | $101.08 | $94.78 | $88.88 | $82.28 | $75.98 | $69.69 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,097.43) | ($1,805.49) | ($1,550.93) | ($1,320.78) | ($1,109.23) | ($913.54) | ($730.55) | ($559.48) | ($398.04) | ($245.30) | ($100.39) | $36.06 | $164.87 | $286.33 | $401.15 | $508.77 | $609.85 | $704.64 | $793.52 | $875.80 | $951.77 | $1,021.46 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1 (EMC RAMIREZ 000000303).

[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2072 (i.e., excluding net cash outflows for 2073), the max year of profitability at this price point.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| **Uintah Asset Recoverability Analysis** | |
| --- | --- |
| **August 2015 Five-Year Prices - Scenario 1** | |
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $10.27 | $10.52 | $10.79 | $11.06 | $11.33 | $11.62 | $11.91 | $12.21 | $12.51 | $12.82 | $13.14 | $13.47 | $13.81 | $14.15 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $9.02 | $9.24 | $9.47 | $9.71 | $9.95 | $10.20 | $10.46 | $10.72 | $10.99 | $11.26 | $11.54 | $11.83 | $12.13 | $12.43 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $146.49 | $139.26 | $132.75 | $126.54 | $120.96 | $114.99 | $109.62 | $104.49 | $99.88 | $94.95 | $90.51 | $86.28 | $82.47 | $78.40 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $19.22 | $18.27 | $17.42 | $16.61 | $15.87 | $15.09 | $14.38 | $13.71 | $13.11 | $12.46 | $11.88 | $11.32 | $10.82 | $10.29 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $142.09 | $135.08 | $128.76 | $122.74 | $117.33 | $111.54 | $106.32 | $101.35 | $96.88 | $92.10 | $87.79 | $83.69 | $79.99 | $76.05 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $63.71 | $57.18 | $51.17 | $45.34 | $39.95 | $34.23 | $28.93 | $23.77 | $18.97 | $13.89 | $9.14 | $4.50 | $0.15 | ($4.44) |
| Cumulative Undiscounted Cash Flow | [C-5] | $1,085.17 | $1,142.36 | $1,193.52 | $1,238.86 | $1,278.81 | $1,313.04 | $1,341.97 | $1,365.74 | $1,384.71 | $1,398.60 | $1,407.74 | $1,412.24 | $1,412.39 | $1,407.95 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2072 (i.e., excluding net cash outflows for 2073), the max year of profitability at this price point.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.2: Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| Uintah Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $10,839 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through | $865 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 | $5.56 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $3.01 | $3.05 | $3.21 | $3.29 | $3.37 | $3.46 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.01 | $4.11 | $4.21 | $4.32 | $4.42 | $4.53 | $4.65 | $4.76 | $4.88 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $62.00 | $72.89 | $84.50 | $92.45 | $99.88 | $106.96 | $114.02 | $120.23 | $126.53 | $131.33 | $134.45 | $137.81 | $141.82 | $134.44 | $149.00 | $246.54 | $351.70 | $442.33 | $492.95 | $529.14 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $8.14 | $9.57 | $11.09 | $12.13 | $13.11 | $14.04 | $14.96 | $15.78 | $16.60 | $17.23 | $17.64 | $18.08 | $18.61 | $17.64 | $19.55 | $32.35 | $46.15 | $58.04 | $64.69 | $69.43 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $75.70 | $91.99 | $112.48 | $123.13 | $133.01 | $142.49 | $151.97 | $160.27 | $168.69 | $175.11 | $179.26 | $183.76 | $189.11 | $179.09 | $185.70 | $237.68 | $338.50 | $425.36 | $473.91 | $508.55 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($51.48) | ($39.77) | ($26.71) | ($21.31) | ($16.28) | ($12.51) | ($9.08) | ($4.47) | ($1.51) | $0.58 | $1.71 | $3.01 | $3.44 | ($392.87) | ($554.93) | ($697.28) | ($458.03) | ($393.34) | ($199.94) | $354.76 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($185.77) | ($225.54) | ($252.25) | ($273.56) | ($289.84) | ($302.35) | ($311.43) | ($315.90) | ($317.41) | ($316.83) | ($315.12) | ($312.11) | ($308.67) | ($701.54) | ($1,256.47) | ($1,953.75) | ($2,411.78) | ($2,805.12) | ($3,005.06) | ($2,650.29) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2
    (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook
    contained in PRAM0031461.
[4] Cash Flows have been considered through year 2071 (i.e., excluding
    net cash outflows for 2072 - 2073), the max year of profitability at this
    price point.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from
    PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and
    quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
    and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from
    PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from
    PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.2: Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| Uintah Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | | |
|---|---|---|
| Max Profitable Year [4] | 2071 | |
| Total Revenue Through 2071 | $10,839 | |
| Total Cash OPEX Through 2071 | ($5,010) | |
| Total CAPEX Through 2071 | ($4,965) | |
| Total Net Cash Flow Through | $865 | |
| Book Value [3] | $1,881 | |
| Impairment Indicator? | Yes | |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.00 | $5.13 | $5.26 | $5.39 | $5.52 | $5.66 | $5.80 | $5.95 | $6.10 | $6.25 | $6.41 | $6.57 | $6.73 | $6.90 | $7.07 | $7.25 | $7.43 | $7.62 | $7.81 | $8.00 | $8.20 | $8.41 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $500.72 | $412.40 | $364.47 | $332.79 | $309.07 | $289.13 | $273.47 | $258.99 | $247.64 | $237.53 | $228.58 | $218.86 | $210.22 | $202.01 | $194.72 | $186.75 | $179.66 | $172.91 | $166.70 | $159.59 | $152.90 | $146.24 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $65.71 | $54.12 | $47.83 | $43.67 | $40.56 | $37.94 | $35.89 | $33.98 | $32.50 | $31.17 | $29.99 | $28.72 | $27.58 | $26.51 | $25.55 | $24.51 | $23.58 | $22.69 | $21.88 | $20.94 | $20.06 | $19.19 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $481.32 | $396.70 | $350.81 | $321.03 | $298.58 | $279.63 | $264.64 | $250.69 | $239.66 | $229.79 | $221.04 | $211.56 | $203.12 | $195.09 | $187.96 | $180.18 | $173.26 | $166.66 | $160.59 | $153.69 | $147.20 | $140.76 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $334.03 | $270.27 | $235.42 | $212.66 | $195.31 | $180.51 | $168.62 | $157.46 | $148.44 | $140.26 | $132.90 | $124.95 | $117.76 | $110.85 | $104.59 | $97.81 | $91.64 | $85.70 | $80.13 | $73.89 | $67.95 | $62.01 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,316.27) | ($2,045.99) | ($1,810.57) | ($1,597.91) | ($1,402.60) | ($1,222.09) | ($1,053.47) | ($896.01) | ($747.57) | ($607.31) | ($474.41) | ($349.46) | ($231.70) | ($120.85) | ($16.25) | $81.55 | $173.20 | $258.90 | $339.02 | $412.91 | $480.86 | $542.87 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2
 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook
 contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding
 net cash outflows for 2072 - 2073), the max year of profitability at this
 price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from
 PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and
 quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
 and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from
 PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from
 PRAM0031461, adjusting for [C-1] through [C-4].

**App. 326**

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $10,839 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through | $865 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.81 | $10.06 | $10.31 | $10.57 | $10.83 | $11.10 | $11.38 | $11.66 | $11.96 | $12.25 | $12.56 | $12.87 | $13.20 | $13.53 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.62 | $8.83 | $9.05 | $9.28 | $9.51 | $9.75 | $9.99 | $10.24 | $10.50 | $10.76 | $11.03 | $11.30 | $11.59 | $11.88 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $139.99 | $133.08 | $126.86 | $120.93 | $115.59 | $109.88 | $104.75 | $99.85 | $95.45 | $90.73 | $86.49 | $82.45 | $78.81 | $74.92 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $18.37 | $17.46 | $16.65 | $15.87 | $15.17 | $14.42 | $13.75 | $13.10 | $12.53 | $11.91 | $11.35 | $10.82 | $10.34 | $9.83 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $134.74 | $128.09 | $122.10 | $116.39 | $111.25 | $105.76 | $100.82 | $96.10 | $91.87 | $87.33 | $83.25 | $79.35 | $75.85 | $72.11 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $56.35 | $50.19 | $44.50 | $38.99 | $33.87 | $28.46 | $23.43 | $18.53 | $13.96 | $9.12 | $4.60 | $0.17 | ($3.99) | ($8.38) |
| Cumulative Undiscounted Cash Flow | [C-5] | $599.22 | $649.42 | $693.92 | $732.90 | $766.78 | $795.24 | $818.66 | $837.19 | $851.15 | $860.27 | $864.86 | $865.04 | $861.05 | $852.67 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 2
     (EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook
     contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2071 (i.e., excluding
     net cash outflows for 2072 - 2073), the max year of profitability at this
     price point.
[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from
       PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and
       quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
       and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from
       PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from
       PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2070 |
| Total Revenue Through 2070 | $10,540 |
| Total Cash OPEX Through 2070 | ($4,931) |
| Total CAPEX Through 2070 | ($4,965) |
| Total Net Cash Flow Through | $645 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.89 | $3.01 | $3.15 | $3.23 | $3.31 | $3.39 | $3.48 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.09 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $59.66 | $71.97 | $82.93 | $90.74 | $98.03 | $104.97 | $111.90 | $118.00 | $124.18 | $128.89 | $131.95 | $135.25 | $139.19 | $131.94 | $146.23 | $241.96 | $345.16 | $434.12 | $483.79 | $519.31 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $7.83 | $9.44 | $10.88 | $11.91 | $12.86 | $13.77 | $14.68 | $15.48 | $16.30 | $16.91 | $17.32 | $17.75 | $18.26 | $17.31 | $19.19 | $31.75 | $45.29 | $56.97 | $63.48 | $68.14 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $73.05 | $90.94 | $110.71 | $121.19 | $130.91 | $140.24 | $149.57 | $157.75 | $166.03 | $172.35 | $176.43 | $180.87 | $186.13 | $176.26 | $182.57 | $232.50 | $331.11 | $416.06 | $463.55 | $497.43 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($54.13) | ($40.82) | ($28.48) | ($23.25) | ($18.38) | ($14.76) | ($11.47) | ($6.99) | ($4.17) | ($2.18) | ($1.11) | $0.11 | $0.46 | ($395.70) | ($558.06) | ($702.46) | ($465.42) | ($402.63) | ($210.30) | $343.65 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($188.42) | ($229.24) | ($257.72) | ($280.97) | ($299.35) | ($314.11) | ($325.58) | ($332.58) | ($336.75) | ($338.93) | ($340.05) | ($339.93) | ($339.47) | ($735.17) | ($1,293.23) | ($1,995.69) | ($2,461.11) | ($2,863.74) | ($3,074.04) | ($2,730.39) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
(EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2070 |
| Total Revenue Through 2070 | $10,540 |
| Total Cash OPEX Through 2070 | ($4,931) |
| Total CAPEX Through 2070 | ($4,965) |
| Total Net Cash Flow Through | $645 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| Price | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas ($/kcf) | [1] | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 | $9.17 | $9.40 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.91 | $5.03 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.98 | $6.13 | $6.29 | $6.44 | $6.61 | $6.77 | $6.94 | $7.11 | $7.29 | $7.47 | $7.66 | $7.85 | $8.05 | $8.25 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |

| Quantity | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| Liquids - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |

| Revenue | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas Revenue | [C-2] | $491.42 | $404.74 | $357.70 | $326.61 | $303.33 | $283.76 | $268.39 | $254.18 | $243.04 | $233.12 | $224.33 | $214.80 | $206.32 | $198.25 | $191.10 | $183.28 | $176.33 | $169.70 | $163.60 | $156.63 | $150.06 | $143.52 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $64.49 | $53.11 | $46.94 | $42.86 | $39.80 | $37.24 | $35.22 | $33.35 | $31.89 | $30.59 | $29.44 | $28.19 | $27.07 | $26.02 | $25.08 | $24.05 | $23.14 | $22.27 | $21.47 | $20.55 | $19.69 | $18.83 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

| Undiscounted Cash Flows | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | [C-3] | $470.80 | $388.04 | $343.15 | $314.03 | $292.09 | $273.55 | $258.90 | $245.25 | $234.45 | $224.80 | $216.24 | $206.96 | $198.70 | $190.85 | $183.87 | $176.26 | $169.48 | $163.03 | $157.09 | $150.33 | $143.99 | $137.69 |
| Less: | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $323.51 | $261.61 | $227.76 | $205.67 | $188.82 | $174.43 | $162.88 | $152.02 | $143.23 | $135.27 | $128.10 | $120.35 | $113.34 | $106.61 | $100.50 | $93.88 | $87.87 | $82.06 | $76.62 | $70.54 | $64.73 | $58.94 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,406.89) | ($2,145.28) | ($1,917.52) | ($1,711.85) | ($1,523.03) | ($1,348.60) | ($1,185.73) | ($1,033.71) | ($890.48) | ($755.20) | ($627.11) | ($506.75) | ($393.41) | ($286.81) | ($186.30) | ($92.42) | ($4.55) | $77.51 | $154.14 | $224.68 | $289.41 | $348.34 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
(EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2070 |
| Total Revenue Through 2070 | $10,540 |
| Total Cash OPEX Through 2070 | ($4,931) |
| Total CAPEX Through 2070 | ($4,965) |
| Total Net Cash Flow Through | $645 |
| | |
| Book Value [3] | $1,881 |
| | |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.63 | $9.87 | $10.12 | $10.37 | $10.63 | $10.90 | $11.17 | $11.45 | $11.73 | $12.03 | $12.33 | $12.64 | $12.95 | $13.28 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.46 | $8.67 | $8.88 | $9.11 | $9.33 | $9.57 | $9.81 | $10.05 | $10.30 | $10.56 | $10.82 | $11.09 | $11.37 | $11.66 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| Liquids - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $137.39 | $130.61 | $124.50 | $118.68 | $113.44 | $107.84 | $102.81 | $97.99 | $93.67 | $89.05 | $84.89 | $80.91 | $77.34 | $73.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $18.03 | $17.14 | $16.34 | $15.58 | $14.89 | $14.15 | $13.49 | $12.86 | $12.29 | $11.69 | $11.14 | $10.62 | $10.15 | $9.65 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $131.80 | $125.29 | $119.43 | $113.85 | $108.82 | $103.45 | $98.62 | $94.01 | $89.86 | $85.43 | $81.43 | $77.62 | $74.19 | $70.54 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $53.41 | $47.40 | $41.84 | $36.45 | $31.45 | $26.15 | $21.23 | $16.43 | $11.95 | $7.21 | $2.78 | ($1.56) | ($5.65) | ($9.95) |
| Cumulative Undiscounted Cash Flow | [C-5] | $401.76 | $449.15 | $490.99 | $527.43 | $558.88 | $585.03 | $606.25 | $622.68 | $634.63 | $641.85 | $644.63 | $643.07 | $637.42 | $627.47 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 1 | | |
|---|---|---|
| Max Profitable Year [4] | 2067 | |
| Total Revenue Through 2067 | $7,049 | |
| Total Cash OPEX Through 2067 | ($2,687) | |
| Total CAPEX Through 2067 | ($3,744) | |
| Total Net Cash Flow Through | $618 | |
| Book Value [3] | $866 | |
| Impairment Indicator? | Yes | |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.96 | $3.15 | $3.36 | $3.44 | $3.53 | $3.61 | $3.70 | $3.80 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.63 | $4.74 | $4.86 | $4.98 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $36.95 | $36.51 | $36.25 | $34.41 | $32.76 | $31.17 | $29.75 | $28.24 | $26.86 | $25.59 | $24.44 | $23.22 | $22.07 | $47.68 | $126.56 | $178.50 | $217.06 | $246.66 | $271.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.66 | $2.63 | $2.62 | $2.49 | $2.37 | $2.26 | $2.16 | $2.05 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 | $3.52 | $9.37 | $13.22 | $16.08 | $18.27 | $20.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $37.99 | $37.48 | $37.16 | $35.17 | $33.40 | $31.64 | $30.12 | $28.47 | $26.97 | $25.64 | $24.45 | $23.19 | $21.91 | $46.67 | $123.23 | $173.64 | $210.99 | $239.67 | $263.77 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $7.54 | $7.54 | $7.08 | $5.70 | $4.42 | $3.13 | $1.95 | $0.69 | ($0.51) | ($1.64) | ($2.70) | ($3.83) | ($4.96) | ($172.87) | ($113.54) | ($78.27) | ($52.65) | ($33.88) | ($20.30) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $25.41 | $32.94 | $40.03 | $45.73 | $50.15 | $53.27 | $55.23 | $55.92 | $55.41 | $53.76 | $51.06 | $47.24 | $42.28 | ($130.59) | ($244.14) | ($322.41) | ($375.06) | ($408.94) | ($429.24) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $7,049 |
| Total Cash OPEX Through 2067 | ($2,687) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through | $618 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.11 | $5.23 | $5.36 | $5.50 | $5.64 | $5.78 | $5.92 | $6.07 | $6.22 | $6.38 | $6.54 | $6.70 | $6.87 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.37 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $293.50 | $315.57 | $331.12 | $344.17 | $368.22 | $366.05 | $357.51 | $325.69 | $307.63 | $284.37 | $236.45 | $206.90 | $184.77 | $168.80 | $156.36 | $145.56 | $134.81 | $125.17 | $116.23 | $108.35 | $100.57 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $21.75 | $23.39 | $24.54 | $25.51 | $27.29 | $27.13 | $26.50 | $24.14 | $22.80 | $21.08 | $17.52 | $15.34 | $13.69 | $12.51 | $11.59 | $10.79 | $9.99 | $9.28 | $8.61 | $8.03 | $7.45 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $284.98 | $305.72 | $320.62 | $333.13 | $356.22 | $354.07 | $345.78 | $315.06 | $297.60 | $275.13 | $228.90 | $200.39 | $179.01 | $163.58 | $151.55 | $141.10 | $130.70 | $121.38 | $112.73 | $105.09 | $97.57 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($7.67) | $10.54 | $23.73 | ($42.90) | ($31.91) | ($41.33) | ($58.33) | ($91.73) | ($116.42) | $199.45 | $161.23 | $137.40 | $119.34 | $106.10 | $95.60 | $86.38 | $77.16 | $68.80 | $60.96 | $53.93 | $46.97 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($436.91) | ($426.37) | ($402.63) | ($445.54) | ($477.45) | ($518.78) | ($577.10) | ($668.84) | ($785.26) | ($585.81) | ($424.58) | ($287.18) | ($167.84) | ($61.74) | $33.87 | $120.24 | $197.40 | $266.20 | $327.16 | $381.09 | $428.06 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
     (EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook contained in
     PRAM0031461.
[4]  Cash Flows have been considered through year 2067 (i.e., excluding net cash
     outflows for 2068 - 2069), the max year of profitability at this price point.
[C-1]  Calculated Exxon's Raton natural gas price differential sourced from
       PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities
       sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-
       2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461,
       adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from
       PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary | |
|---|---|
| **August 2015 Five-Year Prices - Scenario 1** | |
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $7,049 |
| Total Cash OPEX Through 2067 | ($2,687) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through | $618 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.77 | $10.02 | $10.27 | $10.52 | $10.79 | $11.06 | $11.33 | $11.62 | $11.91 | $12.21 | $12.51 | $12.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.57 | $8.79 | $9.01 | $9.23 | $9.47 | $9.70 | $9.94 | $10.19 | $10.45 | $10.71 | $10.98 | $11.25 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $93.74 | $87.51 | $82.06 | $76.66 | $71.97 | $67.72 | $64.01 | $60.35 | $57.19 | $54.30 | $51.77 | $49.14 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.95 | $6.49 | $6.08 | $5.68 | $5.33 | $5.02 | $4.75 | $4.47 | $4.24 | $4.03 | $3.84 | $3.64 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $90.96 | $84.92 | $79.64 | $74.42 | $69.87 | $65.75 | $62.16 | $58.61 | $55.53 | $52.73 | $50.27 | $47.73 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $40.72 | $34.93 | $29.73 | $24.55 | $19.90 | $15.58 | $11.66 | $7.75 | $4.21 | $0.86 | ($2.23) | ($5.42) |
| Cumulative Undiscounted Cash Flow | [C-5] | $468.78 | $503.71 | $533.44 | $557.99 | $577.89 | $593.47 | $605.12 | $612.88 | $617.08 | $617.94 | $615.72 | $610.30 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.
[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $3.00 | $3.05 | $3.21 | $3.29 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.00 | $4.10 | $4.21 | $4.31 | $4.42 | $4.53 | $4.64 | $4.76 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $37.54 | $35.39 | $34.64 | $32.88 | $31.31 | $29.78 | $28.43 | $26.98 | $25.67 | $24.45 | $23.36 | $22.19 | $21.09 | $45.56 | $120.94 | $170.58 | $207.43 | $235.72 | $259.48 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.70 | $2.55 | $2.50 | $2.38 | $2.27 | $2.16 | $2.06 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 | $1.54 | $3.36 | $8.95 | $12.63 | $15.37 | $17.46 | $19.23 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $38.62 | $36.27 | $35.43 | $33.54 | $31.84 | $30.15 | $28.70 | $27.13 | $25.70 | $24.43 | $23.29 | $22.08 | $20.86 | $44.40 | $117.20 | $165.13 | $200.65 | $227.91 | $250.82 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $8.17 | $6.33 | $5.36 | $4.06 | $2.86 | $1.64 | $0.54 | ($0.65) | ($1.79) | ($2.86) | ($3.87) | ($4.93) | ($6.01) | ($175.14) | ($119.58) | ($86.78) | ($63.00) | ($45.64) | ($33.24) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $26.04 | $32.37 | $37.73 | $41.79 | $44.65 | $46.30 | $46.83 | $46.18 | $44.39 | $41.53 | $37.66 | $32.73 | $26.72 | ($148.42) | ($268.00) | ($354.77) | ($417.77) | ($463.41) | ($496.65) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.88 | $5.00 | $5.13 | $5.25 | $5.39 | $5.52 | $5.66 | $5.80 | $5.94 | $6.09 | $6.25 | $6.40 | $6.56 | $6.73 | $6.89 | $7.07 | $7.24 | $7.42 | $7.61 | $7.80 | $7.99 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $280.48 | $301.57 | $316.42 | $328.90 | $351.87 | $349.80 | $341.64 | $311.24 | $293.97 | $271.75 | $225.96 | $197.72 | $176.57 | $161.31 | $149.42 | $139.10 | $128.83 | $119.62 | $111.07 | $103.54 | $96.11 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.79 | $22.35 | $23.45 | $24.38 | $26.08 | $25.93 | $25.32 | $23.07 | $21.79 | $20.14 | $16.75 | $14.65 | $13.09 | $11.95 | $11.07 | $10.31 | $9.55 | $8.87 | $8.23 | $7.67 | $7.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $270.99 | $290.68 | $304.84 | $316.73 | $338.67 | $336.62 | $328.73 | $299.53 | $282.93 | $261.58 | $217.63 | $190.53 | $170.20 | $155.53 | $144.10 | $134.16 | $124.28 | $115.41 | $107.19 | $99.93 | $92.78 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($21.66) | ($4.50) | $7.95 | ($59.31) | ($49.46) | ($58.78) | ($75.37) | ($107.26) | ($131.08) | 185.89 | 149.96 | 127.54 | 110.53 | 98.05 | 88.15 | 79.44 | 70.73 | 62.83 | 55.42 | 48.77 | 42.17 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($518.31) | ($522.82) | ($514.87) | ($574.18) | ($623.64) | ($682.42) | ($757.78) | ($865.04) | ($996.12) | ($810.23) | ($660.27) | ($532.73) | ($422.20) | ($324.15) | ($236.00) | ($156.56) | ($85.83) | ($23.00) | $32.42 | $81.19 | $123.36 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.34 | $9.57 | $9.81 | $10.06 | $10.31 | $10.57 | $10.83 | $11.10 | $11.38 | $11.66 | $11.96 | $12.25 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.19 | $8.40 | $8.61 | $8.82 | $9.04 | $9.27 | $9.50 | $9.74 | $9.98 | $10.23 | $10.49 | $10.75 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $89.58 | $83.62 | $78.42 | $73.26 | $68.78 | $64.71 | $61.17 | $57.68 | $54.65 | $51.89 | $49.47 | $46.96 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.64 | $6.20 | $5.81 | $5.43 | $5.10 | $4.80 | $4.54 | $4.27 | $4.05 | $3.85 | $3.67 | $3.48 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $86.49 | $80.75 | $75.73 | $70.76 | $66.44 | $62.52 | $59.11 | $55.73 | $52.81 | $50.14 | $47.81 | $45.38 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $36.25 | $30.76 | $25.82 | $20.89 | $16.47 | $12.35 | $8.61 | $4.87 | $1.48 | ($1.73) | ($4.69) | ($7.76) |
| Cumulative Undiscounted Cash Flow | [C-5] | $159.62 | $190.37 | $216.19 | $237.09 | $253.56 | $265.91 | $274.51 | $279.39 | $280.87 | $279.14 | $274.45 | $266.68 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.89 | $3.01 | $3.15 | $3.23 | $3.31 | $3.39 | $3.47 | $3.56 | $3.65 | $3.74 | $3.83 | $3.93 | $4.03 | $4.13 | $4.23 | $4.34 | $4.45 | $4.56 | $4.67 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $36.12 | $34.94 | $34.00 | $32.27 | $30.73 | $29.23 | $27.91 | $26.48 | $25.19 | $24.00 | $22.92 | $21.77 | $20.70 | $44.71 | $118.70 | $167.41 | $203.58 | $231.34 | $254.66 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.60 | $2.52 | $2.45 | $2.33 | $2.22 | $2.12 | $2.03 | $1.93 | $1.84 | $1.75 | $1.67 | $1.59 | $1.52 | $3.30 | $8.78 | $12.40 | $15.08 | $17.14 | $18.87 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $37.10 | $35.79 | $34.74 | $32.88 | $31.22 | $29.56 | $28.14 | $26.59 | $25.18 | $23.94 | $22.82 | $21.64 | $20.44 | $43.49 | $114.78 | $161.73 | $196.51 | $223.21 | $245.65 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $6.65 | $5.85 | $4.67 | $3.41 | $2.24 | $1.05 | ($0.03) | ($1.19) | ($2.30) | ($3.35) | ($4.33) | ($5.37) | ($6.43) | ($176.05) | ($121.99) | ($90.18) | ($67.14) | ($50.34) | ($38.42) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $24.52 | $30.37 | $35.04 | $38.45 | $40.69 | $41.74 | $41.71 | $40.51 | $38.21 | $34.86 | $30.53 | $25.16 | $18.73 | ($157.32) | ($279.31) | ($369.49) | ($436.63) | ($486.97) | ($525.39) |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1]  Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.79 | $4.91 | $5.03 | $5.16 | $5.29 | $5.42 | $5.55 | $5.69 | $5.83 | $5.98 | $6.13 | $6.28 | $6.44 | $6.60 | $6.77 | $6.93 | $7.11 | $7.29 | $7.47 | $7.65 | $7.85 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $275.27 | $295.96 | $310.54 | $322.79 | $345.34 | $343.30 | $335.29 | $305.45 | $288.51 | $266.70 | $221.76 | $194.05 | $173.29 | $158.32 | $146.65 | $136.52 | $126.44 | $117.40 | $109.01 | $101.61 | $94.33 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.40 | $21.94 | $23.02 | $23.92 | $25.59 | $25.44 | $24.85 | $22.64 | $21.38 | $19.77 | $16.43 | $14.38 | $12.84 | $11.73 | $10.87 | $10.12 | $9.37 | $8.70 | $8.08 | $7.53 | $6.99 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $265.39 | $284.66 | $298.52 | $310.17 | $331.65 | $329.64 | $321.92 | $293.32 | $277.07 | $256.15 | $213.12 | $186.58 | $166.68 | $152.31 | $141.11 | $131.39 | $121.71 | $113.03 | $104.97 | $97.86 | $90.86 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($27.26) | ($10.52) | $1.64 | ($65.87) | ($56.48) | ($65.76) | ($82.18) | ($113.47) | ($136.95) | $180.47 | $145.45 | $123.59 | $107.01 | $94.83 | $85.17 | $76.66 | $68.16 | $60.44 | $53.20 | $46.70 | $40.26 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($552.65) | ($563.17) | ($561.53) | ($627.40) | ($683.88) | ($749.64) | ($831.83) | ($945.29) | ($1,082.24) | ($901.77) | ($756.32) | ($632.73) | ($525.72) | ($430.88) | ($345.71) | ($269.05) | ($200.89) | ($140.45) | ($87.25) | ($40.54) | ($0.29) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.17 | $9.40 | $9.63 | $9.87 | $10.12 | $10.37 | $10.63 | $10.90 | $11.17 | $11.45 | $11.73 | $12.03 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.04 | $8.24 | $8.45 | $8.66 | $8.88 | $9.10 | $9.33 | $9.56 | $9.80 | $10.04 | $10.29 | $10.55 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $87.91 | $82.07 | $76.96 | $71.90 | $67.50 | $63.51 | $60.04 | $56.61 | $53.63 | $50.92 | $48.55 | $46.09 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.52 | $6.08 | $5.70 | $5.33 | $5.00 | $4.71 | $4.45 | $4.19 | $3.97 | $3.78 | $3.60 | $3.42 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $84.70 | $79.08 | $74.17 | $69.30 | $65.07 | $61.23 | $57.89 | $54.58 | $51.72 | $49.11 | $46.82 | $44.45 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $34.47 | $29.09 | $24.26 | $19.43 | $15.10 | $11.06 | $7.39 | $3.72 | $0.39 | ($2.76) | ($5.68) | ($8.70) |
| Cumulative Undiscounted Cash Flow | [C-5] | $34.18 | $63.27 | $87.52 | $106.95 | $122.05 | $133.11 | $140.50 | $144.22 | $144.61 | $141.85 | $136.17 | $127.47 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 1 | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through | $3,819 |
| Total Cash OPEX Through | ($2,446) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $710 |
| Book Value [3] | $621 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.10 | $3.30 | $3.52 | $3.61 | $3.70 | $3.79 | $3.88 | $3.98 | $4.08 | $4.18 | $4.29 | $4.39 | $4.50 | $4.62 | $4.73 | $4.85 | $4.97 | $5.10 | $5.22 | $5.35 | $5.49 | $5.62 | $5.77 | $5.91 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $145.86 | $152.50 | $161.39 | $164.70 | $169.19 | $173.14 | $175.29 | $174.53 | $177.64 | $180.42 | $183.02 | $183.30 | $183.67 | $179.60 | $164.76 | $148.25 | $133.47 | $120.41 | $77.45 | $66.48 | $58.60 | $51.63 | $45.66 | $40.20 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $12.24 | $12.99 | $13.97 | $14.51 | $15.10 | $15.63 | $16.14 | $16.51 | $16.90 | $17.25 | $17.57 | $17.65 | $17.75 | $17.40 | $15.99 | $14.41 | $12.98 | $11.71 | $10.62 | $9.59 | $8.71 | $7.93 | $7.24 | $6.60 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $141.78 | $150.44 | $162.98 | $165.72 | $169.43 | $172.67 | $174.96 | $175.14 | $177.47 | $179.44 | $181.39 | $181.05 | $180.88 | $176.58 | $157.63 | $142.36 | $128.62 | $116.46 | $74.33 | $64.71 | $57.30 | $50.73 | $45.10 | $39.93 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $4.38 | $10.40 | $17.04 | $14.91 | $13.96 | $12.25 | $7.39 | $2.46 | $0.46 | ($1.54) | ($2.92) | ($5.92) | ($10.99) | $36.79 | $50.43 | $68.29 | $87.33 | $78.60 | $52.38 | $45.41 | $39.33 | $33.95 | $29.31 | $25.05 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($16.95) | ($6.56) | $10.49 | $25.39 | $39.36 | $51.61 | $59.01 | $61.46 | $61.92 | $60.38 | $57.46 | $51.54 | $40.55 | $77.34 | $127.76 | $196.05 | $283.38 | $361.98 | $414.36 | $459.77 | $499.11 | $533.05 | $562.36 | $587.42 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1
    (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in
    PRAM0031461.
[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash
    outflows for 2058 - 2060), the max year of profitability at this price point.
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from
    PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities
    sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461,
    adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461,
    adjusting for [C-1] through [C-4].

Schedule 1.7: San Juan Asset Recoverability Analysis
August 2015 Five-Year Prices - Scenario 1

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 1 | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through | $3,819 |
| Total Cash OPEX Through | ($2,446) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $710 |
| Book Value [3] | $621 |
| Impairment Indicator? | No |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 | $9.77 | $10.02 | $10.27 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.06 | $6.21 | $6.36 | $6.52 | $6.69 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.95 | $8.15 | $8.35 | $8.56 | $8.77 | $8.99 | $9.22 | $9.45 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $35.58 | $31.60 | $28.23 | $25.19 | $22.64 | $20.46 | $18.64 | $16.99 | $15.63 | $14.49 | $13.56 | $12.71 | $12.03 | $11.47 | $10.97 | $10.43 | $9.94 | $9.48 | $9.05 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $6.04 | $5.55 | $5.13 | $4.73 | $4.38 | $4.08 | $3.82 | $3.56 | $3.34 | $3.15 | $2.99 | $2.82 | $2.68 | $2.56 | $2.44 | $2.32 | $2.22 | $2.11 | $2.02 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $35.54 | $31.75 | $28.54 | $25.62 | $23.16 | $21.04 | $19.27 | $17.65 | $16.30 | $15.16 | $14.23 | $13.36 | $12.66 | $12.07 | $11.53 | $10.97 | $10.46 | $9.97 | $9.53 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $21.44 | $18.29 | $15.61 | $13.18 | $11.11 | $9.32 | $7.79 | $6.40 | $5.23 | $4.21 | $3.35 | $2.55 | $1.87 | $1.28 | $0.72 | $0.14 | ($0.42) | ($0.96) | ($1.47) |
| Cumulative Cash Flow | [C-5] | $608.85 | $627.14 | $642.75 | $655.93 | $667.04 | $676.36 | $684.15 | $690.55 | $695.78 | $699.98 | $703.33 | $705.88 | $707.75 | $709.03 | $709.75 | $709.89 | $709.48 | $708.52 | $707.05 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025

# App. 341

**San Juan Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2056 |
| Total Revenue Through | $3,643 |
| Total Cash OPEX Through | ($2,436) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $545 |
| | |
| Book Value [3] | $621 |
| | |
| Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.15 | $3.20 | $3.36 | $3.45 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $4.00 | $4.10 | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.12 | $5.24 | $5.37 | $5.51 | $5.65 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $148.19 | $147.81 | $154.23 | $157.39 | $161.68 | $165.46 | $167.52 | $166.78 | $169.75 | $172.42 | $174.90 | $175.17 | $175.52 | $171.63 | $157.44 | $141.67 | $127.54 | $115.07 | $74.01 | $63.53 | $56.00 | $49.34 | $43.64 | $38.42 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $12.44 | $12.59 | $13.35 | $13.86 | $14.43 | $14.94 | $15.42 | $15.78 | $16.15 | $16.48 | $16.79 | $16.86 | $16.96 | $16.63 | $15.28 | $13.77 | $12.40 | $11.19 | $10.15 | $9.17 | $8.33 | $7.57 | $6.92 | $6.30 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $144.31 | $145.35 | $155.20 | $157.77 | $161.25 | $164.29 | $166.47 | $166.66 | $168.83 | $170.67 | $172.49 | $172.13 | $171.95 | $167.83 | $149.61 | $135.14 | $122.13 | $110.59 | $70.42 | $61.34 | $54.31 | $48.09 | $42.75 | $37.85 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $6.91 | $5.30 | $9.26 | $6.95 | $5.79 | $3.88 | ($1.10) | ($6.02) | ($8.18) | ($10.31) | ($11.82) | ($14.83) | ($19.93) | $28.04 | $42.40 | $61.07 | $80.83 | $72.74 | $48.47 | $42.04 | $36.35 | $31.30 | $26.96 | $22.98 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($14.43) | ($9.12) | $0.14 | $7.09 | $12.88 | $16.75 | $15.65 | $9.63 | $1.46 | ($8.86) | ($20.68) | ($35.51) | ($55.44) | ($27.40) | $15.01 | $76.08 | $156.90 | $229.64 | $278.11 | $320.15 | $356.49 | $387.80 | $414.76 | $437.74 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2056 (i.e., excluding net cash outflows for 2057 - 2060), the max year of profitability at this price point.

[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2056 |
| Total Revenue Through | $3,643 |
| Total Cash OPEX Through | ($2,436) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $545 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.79 | $5.93 | $6.08 | $6.23 | $6.39 | $6.55 | $6.71 | $6.88 | $7.05 | $7.23 | $7.41 | $7.59 | $7.78 | $7.98 | $8.18 | $8.38 | $8.59 | $8.81 | $9.03 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $34.01 | $30.19 | $26.98 | $24.08 | $21.64 | $19.55 | $17.81 | $16.24 | $14.94 | $13.85 | $12.96 | $12.15 | $11.50 | $10.96 | $10.48 | $9.97 | $9.50 | $9.05 | $8.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.77 | $5.31 | $4.90 | $4.52 | $4.19 | $3.90 | $3.65 | $3.40 | $3.19 | $3.01 | $2.85 | $2.70 | $2.56 | $2.44 | $2.33 | $2.22 | $2.12 | $2.02 | $1.93 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $33.70 | $30.10 | $27.05 | $24.29 | $21.96 | $19.95 | $18.27 | $16.73 | $15.46 | $14.38 | $13.49 | $12.67 | $12.01 | $11.44 | $10.94 | $10.40 | $9.92 | $9.45 | $9.03 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $19.59 | $16.64 | $14.13 | $11.85 | $9.91 | $8.23 | $6.80 | $5.49 | $4.38 | $3.42 | $2.62 | $1.86 | $1.22 | $0.65 | $0.13 | ($0.43) | ($0.95) | ($1.47) | ($1.96) |
| Cumulative Cash Flow | [C-5] | $457.33 | $473.97 | $488.10 | $499.95 | $509.86 | $518.08 | $524.88 | $530.37 | $534.76 | $538.18 | $540.80 | $542.65 | $543.87 | $544.53 | $544.65 | $544.23 | $543.27 | $541.80 | $539.84 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in
PRAM0031461.

[4] Cash Flows have been considered through year 2056 (i.e., excluding net cash
outflows for 2057 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from
PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities
sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461,
adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461,
adjusting for [C-1] through [C-4].

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2055 |
| Total Revenue Through | $3,559 |
| Total Cash OPEX Through | ($2,425) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $472 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.03 | $3.16 | $3.30 | $3.38 | $3.47 | $3.55 | $3.64 | $3.73 | $3.83 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.44 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.15 | $5.27 | $5.41 | $5.54 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $142.59 | $145.93 | $151.36 | $154.46 | $158.68 | $162.38 | $164.40 | $163.68 | $166.60 | $169.21 | $171.65 | $171.91 | $172.26 | $168.44 | $154.52 | $139.04 | $125.17 | $112.93 | $72.64 | $62.35 | $54.96 | $48.42 | $42.83 | $37.70 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $11.97 | $12.43 | $13.10 | $13.61 | $14.17 | $14.66 | $15.13 | $15.49 | $15.85 | $16.17 | $16.48 | $16.55 | $16.64 | $16.32 | $15.00 | $13.51 | $12.17 | $10.98 | $9.96 | $9.00 | $8.17 | $7.43 | $6.79 | $6.19 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $138.24 | $143.31 | $152.08 | $154.58 | $157.98 | $160.94 | $163.07 | $163.27 | $165.38 | $167.16 | $168.93 | $168.56 | $168.37 | $164.34 | $146.40 | $132.25 | $119.53 | $108.25 | $68.86 | $59.99 | $53.11 | $47.03 | $41.81 | $37.02 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $0.85 | $3.27 | $6.15 | $3.77 | $2.51 | $0.53 | ($4.50) | ($9.41) | ($11.63) | ($13.82) | ($15.38) | ($18.40) | ($23.50) | $24.55 | $39.20 | $58.18 | $78.23 | $70.39 | $46.91 | $40.69 | $35.15 | $30.25 | $26.02 | $22.15 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($20.49) | ($17.22) | ($11.08) | ($7.30) | ($4.79) | ($4.26) | ($8.76) | ($18.17) | ($29.80) | ($43.62) | ($59.01) | ($77.41) | ($100.91) | ($76.36) | ($37.17) | $21.01 | $99.24 | $169.63 | $216.54 | $257.23 | $292.38 | $322.62 | $348.65 | $370.80 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2055 (i.e., excluding net cash outflows for 2056 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.9: San Juan Asset Recoverability Analysis
August 2015 Five-Year Prices - Scenario 3

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2055 |
| Total Revenue Through | $3,559 |
| Total Cash OPEX Through | ($2,425) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $472 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 | $9.17 | $9.40 | $9.63 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.68 | $5.82 | $5.97 | $6.12 | $6.27 | $6.43 | $6.59 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.64 | $7.83 | $8.03 | $8.23 | $8.43 | $8.64 | $8.86 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $33.37 | $29.63 | $26.48 | $23.63 | $21.24 | $19.19 | $17.48 | $15.93 | $14.66 | $13.59 | $12.72 | $11.92 | $11.29 | $10.76 | $10.28 | $9.78 | $9.32 | $8.89 | $8.49 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.67 | $5.21 | $4.81 | $4.43 | $4.11 | $3.82 | $3.58 | $3.34 | $3.14 | $2.95 | $2.80 | $2.65 | $2.52 | $2.40 | $2.29 | $2.18 | $2.08 | $1.98 | $1.89 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $32.96 | $29.44 | $26.46 | $23.76 | $21.48 | $19.51 | $17.87 | $16.37 | $15.13 | $14.07 | $13.20 | $12.40 | $11.74 | $11.20 | $10.70 | $10.18 | $9.70 | $9.25 | $8.84 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $18.85 | $15.98 | $13.54 | $11.32 | $9.43 | $7.79 | $6.40 | $5.13 | $4.05 | $3.11 | $2.32 | $1.58 | $0.96 | $0.41 | ($0.11) | ($0.65) | ($1.17) | ($1.68) | ($2.16) |
| Cumulative Cash Flow | [C-5] | $389.64 | $405.62 | $419.16 | $430.48 | $439.91 | $447.70 | $454.10 | $459.23 | $463.28 | $466.39 | $468.71 | $470.29 | $471.25 | $471.65 | $471.54 | $470.89 | $469.72 | $468.04 | $465.89 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2055 (i.e., excluding net cash outflows for 2056 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,149 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $389 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $3.03 | $3.22 | $3.43 | $3.52 | $3.61 | $3.70 | $3.79 | $3.88 | $3.98 | $4.08 | $4.18 | $4.29 | $4.40 | $4.51 | $4.62 | $4.73 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $26.48 | $26.25 | $26.21 | $25.03 | $23.95 | $22.92 | $21.98 | $20.98 | $20.09 | $17.41 | $16.73 | $15.98 | $15.31 | $14.65 | $14.10 | $13.46 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $48.12 | $48.79 | $51.51 | $49.27 | $47.25 | $45.30 | $43.57 | $41.66 | $39.83 | $39.34 | $37.99 | $36.48 | $34.98 | $33.55 | $32.44 | $31.19 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $17.04 | $17.33 | $19.09 | $18.20 | $17.41 | $16.64 | $15.96 | $15.20 | $14.43 | $16.34 | $15.66 | $14.88 | $14.09 | $13.33 | $12.75 | $12.09 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $49.51 | $66.84 | $85.94 | $104.14 | $121.55 | $138.19 | $154.15 | $169.35 | $183.79 | $200.13 | $215.78 | $230.67 | $244.76 | $258.09 | $270.83 | $282.93 |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,149 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $389 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.40 | $5.54 | $5.68 | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.85 | $4.97 | $5.10 | $5.22 | $5.36 | $5.49 | $5.63 | $5.77 | $5.91 | $6.06 | $6.21 | $6.37 | $6.53 | $6.69 | $6.86 | $7.03 | $7.20 | $7.38 | $7.57 | $7.76 | $7.95 | $8.15 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $12.88 | $12.33 | $11.76 | $11.22 | $10.77 | $10.27 | $9.81 | $9.33 | $8.89 | $8.48 | $8.10 | $7.70 | $7.34 | $7.00 | $6.69 | $6.36 | $6.06 | $5.78 | $5.52 | $5.25 | $5.01 | $4.77 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $30.04 | $28.93 | $27.63 | $26.36 | $25.21 | $23.89 | $22.69 | $21.44 | $20.32 | $19.25 | $18.29 | $17.29 | $16.38 | $15.52 | $14.75 | $13.94 | $13.21 | $12.52 | $11.90 | $11.25 | $10.66 | $10.11 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $11.48 | $10.88 | $10.17 | $9.45 | $8.79 | $8.02 | $7.32 | $6.58 | $5.91 | $5.27 | $4.68 | $4.06 | $3.49 | $2.95 | $2.44 | $1.92 | $1.43 | $0.96 | $0.52 | $0.06 | ($0.37) | ($0.78) |
| Cumulative Cash Flow | [C-5] | $294.41 | $305.29 | $315.46 | $324.91 | $333.70 | $341.71 | $349.03 | $355.61 | $361.52 | $366.79 | $371.47 | $375.53 | $379.02 | $381.97 | $384.41 | $386.32 | $387.75 | $388.71 | $389.22 | $389.28 | $388.91 | $388.13 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
     (EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook contained in
     PRAM0031461.
[4]  Cash Flows have been considered through year 2053 (i.e., excluding net cash
     outflows for 2054 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from
     PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced
     from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461,
     adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461,
     adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,118 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $370 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $3.07 | $3.12 | $3.28 | $3.36 | $3.45 | $3.53 | $3.62 | $3.71 | $3.81 | $3.90 | $4.00 | $4.10 | $4.20 | $4.31 | $4.41 | $4.52 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $26.90 | $25.44 | $25.05 | $23.92 | $22.89 | $21.90 | $21.01 | $20.05 | $19.20 | $16.64 | $15.99 | $15.27 | $14.63 | $14.00 | $13.47 | $12.86 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $48.55 | $47.98 | $50.35 | $48.15 | $46.19 | $44.28 | $42.60 | $40.73 | $38.94 | $38.57 | $37.25 | $35.77 | $34.30 | $32.90 | $31.82 | $30.59 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $17.47 | $16.52 | $17.93 | $17.09 | $16.35 | $15.62 | $14.99 | $14.27 | $13.54 | $15.57 | $14.91 | $14.17 | $13.41 | $12.68 | $12.12 | $11.49 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $49.93 | $66.46 | $84.39 | $101.48 | $117.83 | $133.45 | $148.44 | $162.71 | $176.25 | $191.82 | $206.73 | $220.90 | $234.31 | $247.00 | $259.12 | $270.61 |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,118 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $370 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

### Price

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas ($/kcf) | [1] | $5.16 | $5.29 | $5.43 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.64 | $4.75 | $4.87 | $4.99 | $5.12 | $5.25 | $5.38 | $5.51 | $5.65 | $5.79 | $5.94 | $6.08 | $6.24 | $6.39 | $6.55 | $6.72 | $6.88 | $7.05 | $7.23 | $7.41 | $7.60 | $7.79 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |

### Quantity

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |

### Revenue

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas Revenue | [C-2] | $12.31 | $11.79 | $11.24 | $10.73 | $10.29 | $9.81 | $9.38 | $8.91 | $8.50 | $8.10 | $7.74 | $7.36 | $7.02 | $6.69 | $6.39 | $6.08 | $5.79 | $5.52 | $5.28 | $5.02 | $4.78 | $4.56 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

### Undiscounted Cash Flows

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | [C-3] | $29.47 | $28.38 | $27.11 | $25.86 | $24.73 | $23.43 | $22.26 | $21.03 | $19.92 | $18.87 | $17.93 | $16.94 | $16.05 | $15.21 | $14.45 | $13.66 | $12.94 | $12.27 | $11.66 | $11.02 | $10.44 | $9.89 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $10.91 | $10.33 | $9.65 | $8.95 | $8.31 | $7.56 | $6.88 | $6.17 | $5.52 | $4.89 | $4.32 | $3.72 | $3.17 | $2.64 | $2.14 | $1.63 | $1.16 | $0.70 | $0.27 | ($0.17) | ($0.59) | ($1.00) |
| Cumulative Cash Flow | [C-5] | $281.52 | $291.86 | $301.50 | $310.46 | $318.76 | $326.33 | $333.21 | $339.38 | $344.89 | $349.78 | $354.10 | $357.82 | $360.99 | $363.62 | $365.77 | $367.40 | $368.56 | $369.26 | $369.53 | $369.36 | $368.76 | $367.77 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,109 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $360 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $2.96 | $3.08 | $3.22 | $3.30 | $3.38 | $3.47 | $3.55 | $3.64 | $3.73 | $3.83 | $3.92 | $4.02 | $4.12 | $4.23 | $4.33 | $4.44 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $25.88 | $25.12 | $24.58 | $23.48 | $22.47 | $21.49 | $20.62 | $19.68 | $18.84 | $16.33 | $15.69 | $14.99 | $14.36 | $13.74 | $13.22 | $12.62 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $47.53 | $47.66 | $49.88 | $47.71 | $45.76 | $43.87 | $42.21 | $40.36 | $38.58 | $38.26 | $36.95 | $35.49 | $34.03 | $32.64 | $31.57 | $30.35 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $16.45 | $16.20 | $17.47 | $16.65 | $15.93 | $15.22 | $14.60 | $13.90 | $13.18 | $15.26 | $14.62 | $13.89 | $13.14 | $12.42 | $11.87 | $11.25 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $48.92 | $65.12 | $82.58 | $99.23 | $115.16 | $130.37 | $144.97 | $158.86 | $172.05 | $187.31 | $201.93 | $215.81 | $228.95 | $241.38 | $253.25 | $264.50 |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,109 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $360 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.15 | $5.28 | $5.41 | $5.54 | $5.68 | $5.82 | $5.97 | $6.12 | $6.27 | $6.43 | $6.59 | $6.76 | $6.92 | $7.10 | $7.27 | $7.46 | $7.64 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $12.08 | $11.57 | $11.03 | $10.53 | $10.10 | $9.63 | $9.20 | $8.75 | $8.34 | $7.95 | $7.60 | $7.22 | $6.89 | $6.56 | $6.27 | $5.96 | $5.69 | $5.42 | $5.18 | $4.93 | $4.69 | $4.48 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $29.24 | $28.16 | $26.90 | $25.66 | $24.54 | $23.25 | $22.08 | $20.86 | $19.76 | $18.72 | $17.79 | $16.81 | $15.92 | $15.09 | $14.34 | $13.55 | $12.84 | $12.16 | $11.56 | $10.92 | $10.35 | $9.81 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $10.68 | $10.11 | $9.44 | $8.75 | $8.12 | $7.38 | $6.71 | $6.00 | $5.36 | $4.74 | $4.17 | $3.58 | $3.04 | $2.51 | $2.03 | $1.52 | $1.05 | $0.60 | $0.17 | ($0.27) | ($0.68) | ($1.08) |
| Cumulative Cash Flow | [C-5] | $275.18 | $285.30 | $294.74 | $303.49 | $311.61 | $318.99 | $325.69 | $331.70 | $337.06 | $341.80 | $345.97 | $349.55 | $352.59 | $355.10 | $357.13 | $358.65 | $359.70 | $360.29 | $360.47 | $360.20 | $359.52 | $358.44 |

**Notes and Sources**

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

I have relied on all of the documents cited in my report, including the text and footnotes therein. In addition to these documents, I have also listed below other documents that I considered in preparing my report.

**Relativity Documents**

As part of my assignment, I was given access to electronic databases (i.e. Relativity Platform) containing relevant information including documents produced by defendants and third-parties.

**Bates Stamped Documents (beginning bates only):**

| | |
|---|---|
| EMC_RAM 000000001 | PRAM0002119 |
| EMC_RAM 000000080 | PRAM0002134 |
| EMC_RAM 000000678 | PRAM0002140 |
| EMC_RAM 000000682 | PRAM0002390 |
| EMC_RAM 000001877 | PRAM0003046 |
| EMC_RAM 000002249 | PRAM0003047 |
| EMC_RAM 000005373 | PRAM0003048 |
| EMC_RAM 000005374 | PRAM0003049 |
| EMC_RAM 000008217 | PRAM0003050 |
| EMC_RAM 000008612 | PRAM0003051 |
| EMC_RAM 000008739 | PRAM0003052 |
| EMC_RAM 000009226 | PRAM0003364 |
| EMC_RAM 000009227 | PRAM0004141 |
| EMC_RAM 000009252 | PRAM0004142 |
| EMC_RAM 000009356 | PRAM0004200 |
| EMC_RAM 000039402 | PRAM0004200 |
| EMC_RAM 000039441 | PRAM0004258 |
| EMC_RAM 000039607 | PRAM0004258 |
| EMC_RAM 000040321 | PRAM0005546 |
| EMC_RAM 000040322 | PRAM0005551 |
| EMC_RAM 000040426 | PRAM0005552 |
| EMC_RAM 000040453 | PRAM0005599 |
| EMC_RAM 000041103 | PRAM0005729 |
| EMC_RAM 000041104 | PRAM0005730 |
| EMC_RAM 000041129 | PRAM0005865 |
| EMC_RAM 000041233 | PRAM0005882 |
| EMC_RAM 000055076 | PRAM0005883 |
| EMC_RAM 000058432 | PRAM0005884 |
| EMC_RAM 000068172 | PRAM0006176 |
| EMC_RAM 000068173 | PRAM0006789 |
| EMC_RAM 000297875 | PRAM0006789 |
| EMC_RAM 000301351 | PRAM0006962 |
| EMC_RAM 000301352 | PRAM0007309 |
| EMC_RAM 000301377 | PRAM0007310 |
| EMC_RAM 000454062 | PRAM0008535 |
| EMC_RAM 000454063 | PRAM0008541 |
| EMC_RAM 000579687 | PRAM0008546 |
| EMC_RAM 000579690 | PRAM0008550 |
| EMC_RAM 000735429 | PRAM0008683 |
| EMC_RAM 000983295 | PRAM0009204 |
| EMC_RAM 000983296 | PRAM0013175 |
| EMC_RAM 000983310 | PRAM0013176 |
| EMC_RAM 000983311 | PRAM0013177 |
| EMC_RAM 000983312 | PRAM0016255 |
| EMC_RAM 000984504 | PRAM0016258 |
| EMC_RAM 000986618 | PRAM0016295 |
| EMC_RAM 000986992 | PRAM0016300 |
| EMC_RAM 000986993 | PRAM0016303 |
| EMC_RAM 000987006 | PRAM0018432 |
| EMC_RAM 000987034 | PRAM0018438 |
| EMC_RAM 000987035 | PRAM0018439 |
| EMC_RAM 000987041 | PRAM0018440 |
| EMC_RAM 000987178 | PRAM0018441 |
| EMC_RAM 000987200 | PRAM0021757 |
| EMC_RAM 000987260 | PRAM0022167 |
| EMC_RAM 000988662 | PRAM0023592 |
| EMC_RAM 000988674 | PRAM0023594 |
| EMC_RAM 000989716 | PRAM0023595 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 000991606 | PRAM0023596 |
| EMC_RAM 000997002 | PRAM0023597 |
| EMC_RAM 000997004 | PRAM0023598 |
| EMC_RAM 001074689 | PRAM0023599 |
| EMC_RAM 001074690 | PRAM0023600 |
| EMC_RAM 001074731 | PRAM0023809 |
| EMC_RAM 001074733 | PRAM0023810 |
| EMC_RAM 001074759 | PRAM0024252 |
| EMC_RAM 001074862 | PRAM0024253 |
| EMC_RAM 001483494 | PRAM0024257 |
| EMC_RAM 001590932 | PRAM0024260 |
| EMC_RAM 001590961 | PRAM0024271 |
| EMC_RAM 001590989 | PRAM0024573 |
| EMC_RAM 001592131 | PRAM0025335 |
| EMC_RAM 001592132 | PRAM0026635 |
| EMC_RAM 001593539 | PRAM0027699 |
| EMC_RAM 001594295 | PRAM0027700 |
| EMC_RAM 001594296 | PRAM0028120 |
| EMC_RAM 001594728 | PRAM0028121 |
| EMC_RAM 001594730 | PRAM0028124 |
| EMC_RAM 001594780 | PRAM0028129 |
| EMC_RAM 001595212 | PRAM0028532 |
| EMC_RAM 001595213 | PRAM0028745 |
| EMC_RAM 001595214 | PRAM0028746 |
| EMC_RAM 001595239 | PRAM0029076 |
| EMC_RAM 001596207 | PRAM0029077 |
| EMC_RAM 001596208 | PRAM0030992 |
| EMC_RAM 001596209 | PRAM0030995 |
| EMC_RAM 001602456 | PRAM0030996 |
| EMC_RAM 001602457 | PRAM0030997 |
| EMC_RAM 001621106 | PRAM0030998 |
| EMC_RAM 001621107 | PRAM0030999 |
| EMC_RAM 001627208 | PRAM0031000 |
| EMC_RAM 001628345 | PRAM0031001 |
| EMC_RAM 001629433 | PRAM0031002 |
| EMC_RAM 001629434 | PRAM0031003 |
| EMC_RAM 0016294341 | PRAM0031004 |
| EMC_RAM 001630135 | PRAM0031005 |
| EMC_RAM 001630167 | PRAM0031006 |
| EMC_RAM 001640493 | PRAM0031007 |
| EMC_RAM 001654125 | PRAM0031008 |
| EMC_RAM 001656310 | PRAM0031009 |
| EMC_RAM 001656332 | PRAM0031010 |
| EMC_RAM 001656355 | PRAM0031011 |
| EMC_RAM 001656377 | PRAM0031012 |
| EMC_RAM 001656400 | PRAM0031043 |
| EMC_RAM 001656436 | PRAM0031046 |
| EMC_RAM 001656445 | PRAM0031047 |
| EMC_RAM 001656454 | PRAM0031048 |
| EMC_RAM 001656473 | PRAM0031049 |
| EMC_RAM 001656481 | PRAM0031050 |
| EMC_RAM 001656489 | PRAM0031051 |
| EMC_RAM 001656497 | PRAM0031052 |
| EMC_RAM 001656505 | PRAM0031053 |
| EMC_RAM 001656513 | PRAM0031054 |
| EMC_RAM 001656521 | PRAM0031055 |
| EMC_RAM 001656529 | PRAM0031056 |
| EMC_RAM 001656538 | PRAM0031057 |
| EMC_RAM 001656559 | PRAM0031057 |
| EMC_RAM 001656567 | PRAM0031058 |
| EMC_RAM 001656568 | PRAM0031058 |
| EMC_RAM 001656576 | PRAM0031059 |
| EMC_RAM 001656597 | PRAM0031060 |
| EMC_RAM 001656605 | PRAM0031061 |
| EMC_RAM 001656613 | PRAM0031062 |
| EMC_RAM 001656614 | PRAM0031063 |
| EMC_RAM 001656625 | PRAM0031204 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001656632 | PRAM0031461 |
| EMC_RAM 001656643 | PRAM0032850 |
| EMC_RAM 001656650 | PRAM0032851 |
| EMC_RAM 001656661 | PRAM0035895 |
| EMC_RAM 001656672 | PRAM0035902 |
| EMC_RAM 001656674 | PRAM0035903 |
| EMC_RAM 001656685 | PRAM0035904 |
| EMC_RAM 001656694 | PRAM0035905 |
| EMC_RAM 001656700 | PRAM0035906 |
| EMC_RAM 001656709 | PRAM0035907 |
| EMC_RAM 001656717 | PRAM0035908 |
| EMC_RAM 001656726 | PRAM0035909 |
| EMC_RAM 001656735 | PRAM0035910 |
| EMC_RAM 001656744 | PRAM0035912 |
| EMC_RAM 001656745 | PRAM0036057 |
| EMC_RAM 001656751 | PRAM0037020 |
| EMC_RAM 001656760 | PRAM0038020 |
| EMC_RAM 001656761 | PRAM0038788 |
| EMC_RAM 001656769 | PRAM0038789 |
| EMC_RAM 001656780 | PRAM0045119 |
| EMC_RAM 001656804 | PRAM0045121 |
| EMC_RAM 001656818 | PRAM0045122 |
| EMC_RAM 001656825 | PRAM0045123 |
| EMC_RAM 001656836 | PRAM0045124 |
| EMC_RAM 001661558 | PRAM0045125 |
| EMC_RAM 001661568 | PRAM0045126 |
| EMC_RAM 001661576 | PRAM0046072 |
| EMC_RAM 001661577 | PRAM0046074 |
| EMC_RAM 001661600 | PRAM0046075 |
| EMC_RAM 001670531 | PRAM0046076 |
| EMC_RAM 001670532 | PRAM0046077 |
| EMC_RAM 001670534 | PRAM0046078 |
| EMC_RAM 001670737 | PRAM0046079 |
| EMC_RAM 001670847 | PRAM0046080 |
| EMC_RAM 001744699 | PRAM0046081 |
| EMC_RAM 001744700 | PRAM0046082 |
| EMC_RAM 001744725 | PRAM0046083 |
| EMC_RAM 001744829 | PRAM0046084 |
| EMC_RAM 001744830 | PRAM0046085 |
| EMC_RAM 001744855 | PRAM0046086 |
| EMC_RAM 001744959 | PRAM0046087 |
| EMC_RAM 001744984 | PRAM0046088 |
| EMC_RAM 001746868 | PRAM0046183 |
| EMC_RAM 001746869 | PRAM0046187 |
| EMC_RAM 001747213 | PRAM0046188 |
| EMC_RAM 001747498 | PRAM0046189 |
| EMC_RAM 001747532 | PRAM0046190 |
| EMC_RAM_NYAG 000856446 | PRAM0047185 |
| EMC_RAM_NYAG 000962156 | PRAM0047670 |
| EMC_RAM_NYAG 000984897 | PRAM0047671 |
| EMC_RAM_NYAG 000993111 | PRAM0047996 |
| EMC_RAM_NYAG 000993130 | PRAM0047999 |
| EMC_RAM_NYAG 003545779 | PRAM0048000 |
| EMC_RAM_NYAG 003623607 | PRAM0048001 |
| EMC_RAM_SEC 000000246 | PRAM0048002 |
| EMC_RAM_SEC 000009234 | PRAM0048003 |
| EMC_RAM_SEC 000009320 | PRAM0048004 |
| EMC_RAM_SEC 000009387 | PRAM0048005 |
| EMC_RAM_SEC 000009456 | PRAM0048006 |
| EMC_RAM_SEC 000009531 | PRAM0048007 |
| EMC_RAM_SEC 000009603 | PRAM0048008 |
| EMC_RAM_SEC 000009677 | PRAM0048009 |
| EMC_RAM_SEC 000009735 | PRAM0048010 |
| EMC_RAM_SEC 000009788 | PRAM0048011 |
| EMC_RAM_SEC 000009842 | PRAM0048012 |
| EMC_RAM_SEC 00009915 | PRAM0048013 |
| EMC_RAM_SEC 000009968 | PRAM0048260 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000021986 | PRAM0048262 |
| EMC_RAM_SEC 000022952 | PRAM0048953 |
| EMC_RAM_SEC 000022953 | PRAM0049073 |
| EMC_RAM_SEC 000023006 | PRAM0051018 |
| EMC_RAM_SEC 000023020 | PRAM0051019 |
| EMC_RAM_SEC 000023021 | PRAM0051285 |
| EMC_RAM_SEC 000023144 | PRAM0051287 |
| EMC_RAM_SEC 000024841 | PRAM0051288 |
| EMC_RAM_SEC 000024843 | PRAM0051796 |
| EMC_RAM_SEC 000025028 | PRAM0055019 |
| EMC_RAM_SEC 000025130 | PRAM0055019 |
| EMC_RAM_SEC 000030141 | PRAM0055030 |
| EMC_RAM_SEC 000031998 | PRAM0055037 |
| EMC_RAM_SEC 000033933 | PRAM0055038 |
| EMC_RAM_SEC 000033934 | PRAM0055084 |
| EMC_RAM_SEC 000033984 | PRAM0055085 |
| EMC_RAM_SEC 000035525 | PRAM0055086 |
| EMC_RAM_SEC 000035533 | PRAM0055680 |
| EMC_RAM_SEC 000035564 | PRAM0056443 |
| EMC_RAM_SEC 000038477 | PRAM0056444 |
| EMC_RAM_SEC 000038478 | PRAM0056445 |
| EMC_RAM_SEC 000048416 | PRAM0059202 |
| EMC_RAM_SEC 000048417 | PRAM0059205 |
| EMC_RAM_SEC 000048430 | PRAM0059206 |
| EMC_RAM_SEC 000049962 | PRAM0061492 |
| EMC_RAM_SEC 000049964 | PRAM0063961 |
| EMC_RAM_SEC 000050020 | PRAM0063962 |
| EMC_RAM_SEC 000051670 | PRAM0063964 |
| EMC_RAM_SEC 000051671 | PRAM0063968 |
| EMC_RAM_SEC 000051672 | PRAM0063969 |
| EMC_RAM_SEC 000056309 | PRAM0063972 |
| EMC_RAM_SEC 000056457 | PRAM0063974 |
| EMC_RAM_SEC 000056458 | PRAM0063986 |
| EMC_RAM_SEC 000056469 | PRAM0063993 |
| EMC_RAM_SEC 000056471 | PRAM0063999 |
| EMC_RAM_SEC 000056482 | PRAM0064262 |
| EMC_RAM_SEC 000056483 | PRAM0064263 |
| EMC_RAM_SEC 000062879 | PRAM0064264 |
| EMC_RAM_SEC 000062925 | PRAM0064265 |
| EMC_RAM_SEC 000063146 | PRAM0064266 |
| EMC_RAM_SEC 000063553 | PRAM0065448 |
| EMC_RAM_SEC 000064589 | PRAM0068863 |
| EMC_RAM_SEC 000065962 | PRAM0069058 |
| EMC_RAM_SEC 000066161 | PRAM0069061 |
| EMC_RAM_SEC 000068172 | PRAM0071023 |
| EMC_RAM_SEC 000068173 | PRAM0071024 |
| EMC_RAM_SEC 000070231 | PRAM0071025 |
| EMC_RAM_SEC 000083975 | PRAM0071026 |
| EMC_RAM_SEC 000086978 | PRAM0071027 |
| EMC_RAM_SEC 000086979 | PRAM0071028 |
| EMC_RAM_SEC 000088138 | PRAM0071029 |
| EMC_RAM_SEC 000091485 | PRAM0071030 |
| EMC_RAM_SEC 000091486 | PRAM0071031 |
| EMC_RAM_SEC 000093174 | PRAM0071032 |
| EMC_RAM_SEC 000095333 | PRAM0071033 |
| EMC_RAM_SEC 000097272 | PRAM0071872 |
| EMC_RAM_SEC 000097274 | PRAM0071884 |
| EMC_RAM_SEC 000099025 | PRAM0071885 |
| EMC_RAM_SEC 000099050 | PRAM0072792 |
| EMC_RAM_SEC 000109642 | PRAM0073269 |
| EMC_RAM_SEC 000109643 | PRAM0073773 |
| EMC_RAM_SEC 000109644 | PRAM0074003 |
| EMC_RAM_SEC 000109645 | PRAM0074006 |
| EMC_RAM_SEC 000109648 | PRAM0074007 |
| EMC_RAM_SEC 000109649 | PRAM0074008 |
| EMC_RAM_SEC 000113380 | PRAM0074009 |
| EMC_RAM_SEC 000114856 | PRAM0074010 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A – Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000120818 | PRAM0074011 |
| EMC_RAMIREZ 000000121 | PRAM0077068 |
| EMC_RAMIREZ 000000255 | PRAM0077071 |
| EMC_RAMIREZ 000000301 | PRAM0077072 |
| EMC_RAMIREZ 000000533 | PRAM0077073 |
| EMC_RAMIREZ 000002550 | PRAM0077248 |
| EMC_RAMIREZ 000003986 | PRAM0077311 |
| EMC_RAMIREZ 000005478 | PRAM0077313 |
| EMC_RAMIREZ 000006255 | PRAM0077314 |
| EMC_RAMIREZ 000006256 | PRAM0077899 |
| EMC_RAMIREZ 000006257 | PRAM0077903 |
| EMC_RAMIREZ 000006258 | PRAM0077904 |
| EMC_RAMIREZ 000006259 | PRAM0077905 |
| EMC_RAMIREZ 000006289 | PRAM0077906 |
| EMC_RAMIREZ 000007140 | PRAM0077907 |
| EMC_RAMIREZ 000007141 | PRAM0077908 |
| EMC_RAMIREZ 000007154 | PRAM0077909 |
| EMC_RAMIREZ 000008612 | PRAM0077910 |
| EMC_RAMIREZ 000008874 | PRAM0079561 |
| EMC_RAMIREZ 000009026 | PRAM0081802 |
| EMC_RAMIREZ 000009292 | PRAM0081803 |
| EMC_RAMIREZ 000009294 | PRAM0086835 |
| EMC_RAMIREZ 000009451 | PRAM0087299 |
| EMC_RAMIREZ 000009455 | PRAM0087300 |
| EMC_RAMIREZ 000012279 | PRAM0087347 |
| EMC_RAMIREZ 000015594 | PRAM0087352 |
| EMC_RAMIREZ 000017292 | PRAM0094474 |
| EMC_RAMIREZ 000019172 | PRAM0097660 |
| EMC_RAMIREZ 000019173 | PRAM0100480 |
| EMC_RAMIREZ 000020631 | PRAM0106256 |
| EMC_RAMIREZ 000021185 | PRAM0127510 |
| EMC_RAMIREZ 000021186 | PRAM0127511 |
| EMC_RAMIREZ 000022927 | PRAM0140156 |
| EMC_RAMIREZ 000022930 | PRAM0142164 |
| EMC_RAMIREZ 000023330 | PRAM0174388 |
| EMC_RAMIREZ 000028881 | PRAM0180456 |
| EMC_RAMIREZ 000029326 | PRAM0180581 |
| EMC_RAMIREZ 000029676 | PRAM0186258 |
| EMC_RAMIREZ 000030838 | PRAM0186259 |
| EMC_RAMIREZ 000030864 | PRAM0211778 |
| EMC_RAMIREZ 000030866 | PRAM0211779 |
| EMC_RAMIREZ 000031065 | PRAM0214659 |
| EMC_RAMIREZ 000031956 | PRAM0214660 |
| EMC_RAMIREZ 000031960 | PRAM0219585 |
| EMC_RAMIREZ 000031967 | PRAM0219586 |
| EMC_RAMIREZ 000032853 | PRAM0221195 |
| EMC_RAMIREZ 000032864 | PRAM0221196 |
| EMC_RAMIREZ 000032887 | PRAM0221891 |
| EMC_RAMIREZ 000032948 | PRAM0221892 |
| EMC_RAMIREZ 000032951 | PRAM0222304 |
| EMC_RAMIREZ 000033201 | PRAM0223769 |
| EMC_RAMIREZ 000033450 | PRAM0223772 |
| EMC_RAMIREZ 000033621 | PRAM0223773 |
| EMC_RAMIREZ 000037943 | PRAM0223784 |
| EMC_RAMIREZ 000042309 | PRAM0223785 |
| EMC_RAMIREZ 000042313 | PRAM0223796 |
| EMC_RAMIREZ 000045198 | PRAM0223797 |
| EMC_RAMIREZ 000045200 | PRAM0223798 |
| EMC_RAMIREZ 000045205 | PRAM0223809 |
| EMC_RAMIREZ 000047764 | PRAM0223810 |
| EMC_RAMIREZ 000047767 | PRAM0223821 |
| EMC_RAMIREZ 000047769 | PRAM0223826 |
| EMC_RAMIREZ 000047771 | PRAM0223827 |
| EMC_RAMIREZ 000047773 | PRAM0232100 |
| EMC_RAMIREZ 000048104 | PRAM0238330 |
| EMC_RAMIREZ 000048534 | PRAM0238331 |
| EMC_RAMIREZ 000048534 | PRAM0238465 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A – Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000049831 | PRAM0238467 |
| EMC_RAMIREZ 000049840 | PRAM0242651 |
| EMC_RAMIREZ 000050532 | PRAM0242653 |
| EMC_RAMIREZ 000051599 | PRAM0322029 |
| EMC_RAMIREZ 000051611 | PRAM0323959 |
| EMC_RAMIREZ 000051970 | PRAM0323962 |
| EMC_RAMIREZ 000056322 | PRAM0323963 |
| EMC_RAMIREZ 000056334 | PRAM0323964 |
| EMC_RAMIREZ 000058126 | PRAM0323965 |
| EMC_RAMIREZ 000058169 | PRAM0323966 |
| EMC_RAMIREZ 000062103 | PRAM0323967 |
| EMC_RAMIREZ 000062967 | PRAM0323968 |
| EMC_RAMIREZ 000063689 | PRAM0323969 |
| EMC_RAMIREZ 000064876 | PRAM0323970 |
| EMC_RAMIREZ 000068234 | PRAM0323971 |
| EMC_RAMIREZ 000068914 | PRAM0323972 |
| EMC_RAMIREZ 000071312 | PRAM0325081 |
| EMC_RAMIREZ 000071313 | PRAM0331404 |
| EMC_RAMIREZ 000071314 | PRAM0335147 |
| EMC_RAMIREZ 000071315 | PRAM0360813 |
| EMC_RAMIREZ 000071316 | PRAM0360857 |
| EMC_RAMIREZ 000074864 | PRAM0365449 |
| EMC_RAMIREZ 000075116 | PRAM0388220 |
| EMC_RAMIREZ 000076710 | PRAM0400687 |
| EMC_RAMIREZ 000077878; | PRAM0423395 |
| EMC_RAMIREZ 000079688 | PRAM0430339 |
| EMC_RAMIREZ 000083223 | PRAM0439742 |
| EMC_RAMIREZ 000083224 | PRAM0458924 |
| EMC_RAMIREZ 000097889 | PRAM0458926 |
| EMC_RAMIREZ 000114222 | PRAM0471246 |
| EMC_RAMIREZ 000141014 | PRAM0479715 |
| EMC_RAMIREZ 000141017 | PRAM0479717 |
| EMC_RAMIREZ 000141087 | PRAM0514434 |
| EMC_RAMIREZ 000141091 | PRAM0523163 |
| EMC_RAMIREZ 000158730 | PRAM0523213 |
| PRAM0000035 | PRAM0547116 |
| PRAM0000365 | PRAM0549745 |
| PRAM0000511 | PRAM0553869 |
| PRAM0000518 | PRAM0600501 |
| PRAM0000521 | PRAM0607211 |
| PRAM0000522 | PRAM0627162 |
| PRAM0000523 | PRAM0629339 |
| PRAM0000525 | PRAM0653225 |
| PRAM0000526 | PRAM0660407 |
| PRAM0000527 | PRAM0662279 |
| PRAM0000846 | PRAM0666425 |
| PRAM0001679 | PRAM0674283 |
| PRAM0001681 | PRAM0693040 |
| PRAM0001681 | PRAM0703474 |
| PRAM0002031 | PRAM0705989 |
| PRAM0002033 | PRAM0712414 |
| PRAM0002087 | PRAM0712415 |
| PRAM0002089 | PRAM0717939 |
| PRAM0002092 | PRAM0761829 |
| PRAM0002095 | PRAM0773954 |
| PRAM0002117 | WOOD0001237 |

**SEC Filings**
Anadarko 2015 Form 10-K
Chevron 2015 Form 10-K
EOG 2015 Form 10-K
Exxon 1999 Form 10-K
Exxon 2009 Form 10-K
Exxon 2010 Form 10-K/A
Exxon 2011 Form 10-K
Exxon 2012 Form 10-K
Exxon 2013 Form 10-K

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

Exxon 2014 Form 10-K
Exxon 2015 Form 10-K
Exxon 2016 Form 10-K
Exxon Current Report on Form 8-K, April 29, 2016
Exxon Current Report on Form 8-K, April 30, 2015
Exxon Current Report on Form 8-K, February 2, 2015
Exxon Current Report on Form 8-K, February 2, 2016
Exxon Current Report on Form 8-K, January 31, 2017
Exxon Current Report on Form 8-K, July 29, 2016
Exxon Current Report on Form 8-K, July 31, 2015
Exxon Current Report on Form 8-K, October 28, 2016
Exxon Current Report on Form 8-K, October 30, 2015
Exxon Q1 2014 Form 10-Q
Exxon Q1 2015 Form 10-Q
Exxon Q1 2016 Form 10-Q
Exxon Q2 2014 Form 10-Q
Exxon Q2 2015 Form 10-Q
Exxon Q2 2016 Form 10-Q
Exxon Q3 2014 Form 10-Q
Exxon Q3 2015 Form 10-Q
Exxon Q3 2016 Form 10-Q
Exxon SEC CORRESP, April 10, 2017
Exxon SEC CORRESP, February 22, 2017
Exxon SEC CORRESP, February 24, 2015
Exxon SEC CORRESP, January 30, 2017
Exxon SEC CORRESP, October 24, 2016
HGT 2015 Form 10-K
IOL 2015 Form 10-K

**Exxon Transcripts & Presentations**
Exxon March 4, 2015 Analyst Meeting and Presentation
Exxon Q1 2014 Earnings Call Transcript and Presentation
Exxon Q1 2015 Earnings Call Transcript and Presentation
Exxon Q1 2016 Earnings Call Transcript and Presentation
Exxon Q2 2014 Earnings Call Transcript and Presentation
Exxon Q2 2015 Earnings Call Transcript and Presentation
Exxon Q2 2016 Earnings Call Transcript and Presentation
Exxon Q3 2014 Earnings Call Transcript and Presentation
Exxon Q3 2015 Earnings Call Transcript and Presentation
Exxon Q3 2016 Earnings Call Transcript and Presentation
Exxon Q4 2014 Earnings Call Transcript and Presentation
Exxon Q4 2015 Earnings Call Transcript and Presentation
Exxon Q4 2016 Earnings Call Transcript and Presentation

**Accounting and Auditing Guidance, SEC Rules and Related**
17 CFR Part 210
17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003
17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989
AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, as of January 1, 2014
AICPA Statement on Standards for Forensic Services
*All About Auditors: What Investors Need to Know*, U.S. Securities Exchange Commission
ASC 105 *Generally Accepted Accounting Principles*
ASC 250 *Accounting Changes and Error Corrections*
ASC 360 *Property, Plant, Plant, and Equipment*
ASC 605 *Revenue Recognition*
ASC 820 *Fair Value Measurement*
ASC 855 *Subsequent Events*
ASC 932 *Extractive Activities - Oil and Gas*
ASC Master Glossary
Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991
FASB Accounting Standards Update No. 2014-09, Revenue from Contracts with Customers (Topic 606)
FASB Concept Statement No 2., Qualitative Characteristics of Accounting Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information, As Amended

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

FASB No. 154: Accounting Changes and Error Corrections

Federal Trade Commission, Informal Staff Advisory Opinion 02-4

PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122

PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140

PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001

PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044

PCAOB AS 1001

PCAOB AS 11

PCAOB AS 14

PCAOB AS 2501

PCAOB AS 2810

PCAOB AS 4105

PCAOB AU 230

PCAOB AU 316

PCAOB AU 550

PCAOB AU 722

PCAOB AU 110

PCAOB AU 411

PCAOB Staff Practice Alert No. 9, December 6, 2011

Petroleum Accounting, 7th ed.

Petroleum Accounting, 8th ed.

Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark Mahar, December 8, 2008

Report of the National Commission on Fraudulent Financial Reporting, October 1987

SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance, March 31, 2001

SEC Financial Reporting Manual

SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72]

SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36]

SEC Regulation S-K, Item 1202, Disclosure of Reserves (17 CFR §229.1202)

SEC Regulation S-K, Item 303 (17 CFR §229.303)

SEC Regulation S-X, Rule 4-01

SEC Regulation S-X, Rule 4-10(a)

SEC Release No. 33-8995; 34-59192; FR-78; File No. S7-15-08.

SEC Release Nos. 33-10751; 34-88094; FR 87 Commission Guidance on Management's Discussion and Analysis of Financial Condition and Results of Operations. Effective February 25, 2020

SEC Securities Act Release No. 6349, September 28, 1981

SEC Staff Accounting Bulletin No. 108

SEC Staff Accounting Bulletin No. 99

Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001

Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996

**Pleadings**

Complaint, Civil Action No. 3:16-cv-03111-K

Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants

**Deposition(s) and Exhibits**

Deposition of Andrew P. Swiger, December 4, 2014 and Exhibits

Deposition of David Rosenthal, November 13, 2024 and Exhibits

Deposition of Irene Chang, October 17, 2024 and Exhibits

Deposition of Joseph M. Horne, September 17, 2024 and Exhibits

Deposition of Kirsten M. Bannister, September 12, 2024 and Exhibits

Deposition of Powell Fancher, December 4, 2024 and Exhibits

Deposition of Rex W. Tillerson, December 6, 2024 and Exhibits

Deposition of Richard DuCharme, November 14, 2024 and Exhibits

Deposition of Robert Gordon Wright, November 25, 2024 and Exhibits

Deposition of Robert N. Schleckser, December 3, 2024 and Exhibits

Deposition of Vincent L. Prestipino, September 20, 2024 and Exhibits

Deposition of William Strawbridge, October 16, 2024 and Exhibits

**Reports**

Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024

Rebuttal Expert Report of William B. Abington, CPA, CFF, CFE dated December 10, 2024

**Miscellaneous Documents (Articles, other written works, etc.)**

Adila McHich, Henry Hub Natural Gas Futures: Global Benchmark, CME Group, July 7, 2023

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002, "Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality."

http://corporate.academy.com/locations/index.html

https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant_equip_US/Chapter-5--Impairment/5 2-Impairment-of-long-lived-assets-to-be-held-and-used.html

https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm

https://www.eia.gov/dnav/pet/hist/RWTCD.htm

https://www.eia.gov/todayinenergy/detail.php?id= 62764

https://www.gao.gov/products/gao-06-1079sp

https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/how-read (accessed October 9, 2024)


https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-17

https://www.sec.gov/about/mission (accessed October 9, 2024)

https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024)

https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024)

NYMEX Natural Gas Futures (Strip) Prices per Bloomberg

Oil Sands Magazine, Imperial Oil Continues to Grow its Oil Sands Production, May 1, 2015

Perkins Coie website, "The Loneliness of Making the Materiality Decision," by Broc Romanek, July 20, 2021 (available at https://www.publicchatter.com/2021/07/the-loneliness-of-making-the-materiality-decision/)

Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

Press Release, "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002

SPE, Petroleum Resources Management System (2007)

The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call"

ttps://pcaobus.org/oversight/inspections/firm-inspection-reportsA526A543A528:A546

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

Page 366 of 512    PageID 7673



**CURRICULUM VITAE**

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 1975 – Present | **Hemming Morse** <br> **Forensic and Financial Consultants** <br> Chairperson, 2012-2016 <br> Partner, since 2012 <br> Chairman of the Board, 2001-2011 <br> President, 2001-2009 <br> Director-in-charge of the firm's Litigation and Forensic Consulting Practice, 1975-2006 |
| 2006 | **Stanford Law School** <br> Executive Education - Directors' College |
| 1979 | **Golden Gate University, San Francisco** <br> M.S. Accounting |
| 1973 – 1975 | **Regan & Skelton, CPAs** <br> Partner |
| 1970 – Present | Taught or attended at least 80 hours of qualified continuing education courses in each 2 year period in order to renew CPA license |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| 1968 | **University of San Francisco** <br> B.S. Accounting (Accounting Specialist) |

**App. 361**



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Professional & Service Affiliations

- **Certified Public Accountant,** State of California
  - Since 1970

- **American Institute of Certified Public Accountants**
  - Since 1970
  - Council Member, 2003-2011
  - Member, Forensic & Valuation Services Executive Committee, 2008-2011
  - Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  - Chair of National Economic Damages Committee, 1999-2001
  - National Computer Audit Subcommittee of the Auditing Standards Board, past member

- **California Society of Certified Public Accountants Distinguished Service Award,** 2009

- **Certified in Financial Forensics**
  - Since 2008

- **California CPA Education Foundation**
  - Board of Trustees, 1997-2003
  - President, 2001-2002
  - First Vice President, 2000-2001
  - Treasurer, 1999-2000

- **California Society of Certified Public Accountants, Board of Directors,** 2001-2006
  - Council, since 2001
  - Chair, 2004-2005
  - First Vice President, 2003-2004

- **California Society of Certified Public Accountants,** Litigation Consulting and Dispute Resolution Services Common Interest Member
  - Steering Committee, since 1990
  - Chair, 2002-2004
  - Vice President, 2000-2002

- **California Society of Certified Public Accountants,** State Economic Damages Section
  - Chair, 1996-1998
  - Member, since 1995

- **California Society of Certified Public Accountants, Quality Control Committee,** past member

- **California Society of Certified Public Accountants, Litigation Services Conference Chair,** 1990

- **California Society of Certified Public Accountants, Advanced Litigation Forum Planning Committee,** 1991-1993; 1995 and 1997
  – Chair, 1993 and 1997

- **California Society of Certified Public Accountants, Computer Show and Conference Chair,** 1985

- **California Society of Certified Public Accountants, Economic Damages Conference Planning Committee,** 2000

- **American Arbitration Association's National Panel of Arbitrators,** 1983-1996

**App. 362**

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CURRICULUM VITAE**

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Professional & Service Affiliations continued

- Western Association of Accounting Firms Audit and Accounting Committee
  - Chairman, 1980-1982
  - Audit and Accounting Manuals, Editor, 1979-1982

- CPA Computer Report, Editorial Board, 1984-1987

- Board of Trustees, Golden Gate University, 2002-2013
  - Audit Committee member, since 2005
  - Audit Committee Chair, 2005-2008

- Board of Trustees, Jesuit School of Theology at Berkeley, 2002-present
  - Audit Committee member and Chair, 2004-2011

- International Display Works, Inc.,
  - Board of Directors, 2004-2006
  - Audit Committee member, 2005-2006

- Solar Power, Inc.,
  - Board of Directors, 2006-2010
  - Audit Committee Chair, 2006-2010

- Catholic Charities CYO of the Archdiocese of San Francisco
  - Board of Directors, 2009-2019
  - Audit Committee Chair, 2009-2019

- Town of Hillsborough
  - Council Member, 1998-2010
  - Mayor, 2002-2004
  - Vice Mayor, 2000-2002
  - Commissioner of Finance, 1998-2002; 2004-2010
  - Financial Advisory Committee, since 2011

- Hillsborough City School District
  - Board of Trustees
  - Trustee, 1985-1995
  - President, 1986-87; 1993-94

- Hillsborough Recreation Commission, 1989-1993; 1998-2010
  - President, 1990-1993

- Citizen of the Year, 1995
  Town of Hillsborough, California

**App. 363**



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CURRICULUM VITAE**

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented

#### AICPA & California Society of CPAs

- "The $355 Million + Prejudgment Interest Decision - Principal Teaching Moments For Accountants and Valuation Issues" California Society of CPAs, Forensic Services Section Steering Committee, 2024

- "The FTX Bankruptcies: We Have Seen This Mess Before" California Society of CPAs, Forensic Services Section Steering Committee, 2023

- "Candid Advice on Expert Witness Best Practices" California Society of CPAs, Fraud and Forensics Virtual Conference, 2022

- "Fraudulent Financial Reporting and Accountants' Malpractice" California Society of CPAs, 4N6: Forensics and Fraud Virtual Conference, 2021

- "Economic Damages: Common Frameworks By Industry & Claim Type" AICPA National Forensic Accounting Conference, Boston, MA, 2010

- "Fraud Prevention and Detection" California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, CA, 2004

- "Trigon Insurance Co. v. United States" California Society of CPAs, Economic Damages Litigation Section, San Francisco, CA, 2003

- "Issues Re: Revenue Recognition" California Society of CPAs, Litigation Sections Steering Committee, Burlingame, CA, 2003

- "Trashing Drafts - A Standard Practice or a Dangerous Proposition?" California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, CA, 2003

- "Aggressive Accounting & The Games People Play" AICPA Webcast, co-author, NJ, 2003

- "Mistakes Made in the Work Product" California Society of CPAs, Litigation Services Conference, Irvine, CA, 2002

- "Complex Litigation/Accounting Malpractice" AICPA National Fraud Conference, Las Vegas, NV, 2002

- "Ethics, Taxes and Financial Reporting" California Society of CPAs, San Francisco, CA, 2002

- "Expert Disqualifications" California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, CA, 2001

- "Financial Statement Fraud" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 2000

- "Quantifying Losses" AICPA National Fraud Conference, Las Vegas, NV, 2000

- "Electronic Work Product-Discovery Issues" California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, CA, 1999

**App. 364**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Courses Written and Presented continued

### AICPA & California Society of CPAs continued

- "The CPA's Role in Construction Damages" AICPA National Advanced Litigation Conference, Atlanta, GA, 1999

- "Significant Frauds of our Time" AICPA National Fraud Conference, Las Vegas, NV, 1998

- "Daubert and the CPA Expert" California Society of CPAs, Advanced Economic Damage Conference, San Francisco, CA, 1998

- "The Accountant in Fraud Investigations" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 1997

- "Rule 26 Reports,""The Auditor and Fraud," and "Challenging Questions" California Society of CPAs, Advanced Litigation Forum, Palm Springs, CA, 1996

- "Distinguishing Between Litigation and Attest Engagements" California Society of CPAs, Advanced Litigation Forum, San Diego, CA, 1995

- "Miniscribe Trial Binder" California Society of CPAs, Advanced Litigation Forum, Monterey, CA, 1993; Litigation Consulting Services Committee, Puerto Vallarta, MX, 1993; Litigation Consulting Services Committee, San Francisco, CA, 1994

- "Lost Profits" California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, CA, 1991

- "Opportunities Update: "A Discussion of Disruption Claims" California Society of CPAs, Litigation Consulting Conference, Los Angeles, CA, 1990

- "Construction Damages" AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas, TX and Washington, DC, 1990

### Selected Others

- "Fraudulent Financial Reporting and Accountant's Malpractice" San Francisco State University, 2019

- "The Fraud Triangle - Where Were the Gatekeepers" United States District Court, Northern District Historical Society, San Francisco, CA, 2012

- "Introduction of Financial Forensic Accounting" Golden Gate University, Adjunct Professor, 2009-present

- "Reporting in Litigation Engagements" "Wage & Hour Litigation" Golden Gate University, 2009

- "Intellectual Property Damages"
Federal Bureau of Investigation, Quantico, VA, 2001

**App. 365**



## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### Selected Others continued

- "Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor" American Bar Association, Fourth Annual Construction Institute, 1995

- "Fundamentals of Forensic Accounting" Georgetown University, Washington, DC, 1994

- "Proving and Pricing Delay and Disruption Claims" Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, CA, 1989

- "The Auditor in Court" State of California, Government Auditors, 1989

- "Pricing Construction Claims" Thelen, Marrin, Johnson & Bridges, 1988

- "Dollars and Sense: Building Your Damages Case & Surviving a Daubert Challenge" San Francisco Trial Lawyers Association, Litigation Practice, San Francisco, CA, 2007

- "Winning Strategies for the Financial Side of Your Damages Case" Construction Infrastructure Summit, Phoenix, AZ, 2007

### Publications

- "Our Roots Run Deep" California CPA Magazine, August 2004

- "Expert Witnesses: Do They Have to Keep Draft Reports?" California CPA Magazine, May 2004

- "Revenue Recognition: Now, Later or Never?" California CPA Magazine, September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, "The Role of the Accountant as Expert Witness," published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- "California CPA Computer Show and Conference," CPA Computer Report, September 1985

- "Direct and Cross Examination of Experts," co-author of case study presented by University of California Hastings Litigation Advocacy Program

**App. 366**



**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Testimony (Presented in the Last Four Years)

#### Trial

- James Gansman v. Michael A. Tanenbaum; James Gansman v. James Keale (2024) United States District Court, Northern District of California, San Jose Division, Case No. 23-cv-03667-BLF

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Port of Ridgefield vs. Union Pacific Railroad Company (2018) U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

#### Deposition

- In re: Sedgwick LLP, James Gansman v. Thomas Robertson, James Keale and Michael Tanenbaum (2023), U.S. Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 18031087 (HLB)

- In re: Alta Mesa Resources, Inc. Securities Litigation (2023), U. S. District Court, Southern District of Texas, Houston Division, Case No. 4:19 CV-00957

- In re: Under Armour Securities Litigation (2023), U.S. District Court, District of Maryland, Case No. RDB-17-388

- In re: Anadarko Petroleum Corporation Securities Litigation (2023), U.S. District Court, Southern District of Texas, Case No. 4:20-cv-00576

- Lehigh Southwest Cement Company v. James Hardie Building Products (2019) (2022), Superior Court of California, Shasta County, Case No. 191110

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Snow Covered Capital, LLC v. William Weidner et al. (2021) United States District Court, District of Nevada Case No.: 2:19-cv-00595—JAD-NJK

- Strathclyde Pension Fund, v. Bank OZK and George Gleason (2021), United States District Court, Eastern District of Arkansas, Central Division Case No. 4:18-cv-00793-DPM

- In re: Teva Securities Litigation (2021) U.S. District Court, District of Connecticut Case No. 3:17-cv-00558 SRU

- Strathclyde Pension Fund, et al. v Bank OZK, et al. (2021) U.S. District Court, Eastern District of Arkansas Case No. 4:18-cv-00793-DPM

- In re: Novo Nordisk Securities Litigation (2021) U.S. District Court, District of New Jersey Case No. 3:17-CV-209-BRM-LHG

- 246 Atherton Avenue LLC v. Trais Fluors LLC (2019) Superior Court of California, San Mateo County Case No. 16-CIV-02957

**App. 367**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Deposition continued

- **The Regents of the University of California v. Paul S. Aisen, et al. (2019)** Superior Court of California, San Diego County, Case No. 37-2015-00022082-CU-BT-CTL

- **Mark Smilovits, et al. v First Solar, Inc., et al. (2019)** U.S. District Court District of Arizona Case No. 2:12-cv-00555-DGC

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

- **Port of Ridgefield vs. Union Pacific Railroad Company (2018)** U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

- **Layton Construction Co., Inc. v. Mint Development, L.P. et al. (2018)** Superior Court of California County of San Francisco, Case No. CGC-15-549603

### Arbitration

- **Attis Industries, Inc. v. BDO USA, LLP, et al. (2024)** American Arbitration Association, Arbitration No. 01-23-0002-4678

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

**App. 368**

# Exhibit 3

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,                    )

Individually and on Behalf of    )

All Others Similarly Situated,  )

                                                         )

            Plaintiff,                      )

                                                         )

            v.                                      ) Civil Action No.

                                                         ) 3:16-CV-03111-K

EXXON MOBIL CORPORATION, REX W. )

TILLERSON, ANDREW P. SWIGER,    )

JEFFREY J. WOODBURY, and          )

DAVID S. ROSENTHAL,                    )

                                                         )

            Defendants.                     )

_____ )

VIDEO-RECORDED DEPOSITION OF D. PAUL REGAN

Wednesday, January 29, 2025

San Francisco, California

Stenographically Reported By:

Hanna Kim, CLR, CSR No. 13083

**App. 369**

Page 10

INDEX OF EXHIBITS  (CONTINUED)

REGAN DEPOSITION EXHIBITS          PAGE

Exhibit 20    "America's F&O - Delivering      196
        the Plan," "December 2015";
        Bates nos. EMC_RAM_SEC
        000009968 through EMC_RAM_SEC
        000010025

Exhibit 21    "Commission Guidance Regarding   210
        Management's Discussion and
        Analysis of Financial
        Condition and Results of
        Operations" from Federal
        Register 17 CFR Parts 211,
        231, and 241; 10 pages

Exhibit 22    Document entitled "Assessment    237
        of Potential Impairment
        Triggers"; EMC_RAM 000000001
        through EMC_RAM 000000079

Exhibit 23    "35 Subsequent Measurement"; 8   247
        pages

--o0o--

Page 11

San Francisco, California

Wednesday, January 29, 2025

9:10 a.m., Pacific Standard Time

--o0o--

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:10 a.m., on January 29th of 2025.

Please note that the microphones are sensitive and may pick up whispering and private conversations.    09:10:18

Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the Media Unit 1 of the    09:10:26 video-recorded deposition of D. Paul Regan, taken by counsel for Defendant, in the matter of Pedro Ramirez, Jr., versus Exxon Mobil Corporation, et al., filed in the United States District Court, Northern District of Texas; Case Number:    09:10:47 3:16-cv-03111-K.

The location of the deposition is 535 Mission Street, 25th Floor, San Francisco, California.

My name is Vinny Bezerra, representing    09:11:08

Page 12

Veritext Legal Solutions, and I am the videographer.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding,    09:11:31 please state them at the time of your appearance.

Counsel and all present have been noted for the record.

Will the court reporter please introduce yourself and administer the oath to the witness.    09:11:39

THE COURT REPORTER:  Good morning.  This is Hanna Kim, Certified Shorthand Reporter, License Number 13083.

I'm going to administer the oath to the witness.

///
///
///
///
///
///
///
///
///
///

Page 13

D. PAUL REGAN,
    having been duly administered an oath,
    was examined and testified as follows:

EXAMINATION

BY MR. TOAL:

Q.  Good morning, Mr. Regan.

A.  Good morning, Mr. Toal.

Q.  Mr. Regan, are you aware of any reason you wouldn't be able to testify truthfully today?    09:12:13

A.  No.

Q.  Let me mark for you as Regan Exhibit 1 a copy of the opening expert report that you submitted in this case on October 10th, 2024.

(Regan Deposition Exhibit 1 was marked for    09:12:44 identification.)

BY MR. TOAL:

Q.  Mr. Regan, do you recognize this as the report that you submitted in this case?

A.  Yes.    09:12:54

Q.  And is that your signature on page 136?

A.  Yes.

Q.  Okay.

MR. TOAL:  I'm going to mark as Regan Exhibit 2 a copy of the reply report that you    09:13:15

4 (Pages 10 - 13)

Page 66

Q.  And could you still generate cash flow from those assets even if they're de-booked from SEC proved reserves?

A.  Yes.

Q.  Does de-booking SEC proved reserves impact  10:49:17 a company's cash flow, if you're still producing from those assets?

A.  It -- it is not a -- there's not a direct relationship between a de-booking of proved reserves and cash flow from those reserves.  10:49:48

Q.  And does de-booking SEC proved reserves affect a company's profits earned from those assets?

A.  Not directly.

Q.  What are the SEC regulations that govern reporting of oil and gas proved reserves?  10:50:17

A.  The compilation of the SEC component of proved reserves are discussed in 932.  I think it's 932S, it ends in S99.

Q.  Let me show you a document entitled "SEC 17 CFR Parts 210, 211, 229, and 249," entitled  10:51:16 "MODERNIZATION OF OIL AND GAS REPORTING," which we'll mark as Regan Exhibit 8.

(Regan Deposition Exhibit 8 was marked for identification.)

BY MR. TOAL:  10:51:45

Page 67

Q.  So, Mr. Regan, do you recognize this as the SEC's release on modernization of oil and gas reporting issued in 2008?

A.  Yes.

Q.  And did you review this document in  10:51:53 connection with your work on this assignment?

A.  Yes.

Q.  And let me direct your attention to page 131 of this document.

A.  I'm there.  10:52:42

Q.  Okay.  Do you agree, Mr. Regan, that this section contains the text to the rules that govern estimation of SEC oil and gas proved reserves?

A.  Yes.

Q.  And so, for purposes of estimating proved  10:52:59 reserves for its Kearl asset, Exxon Mobil is required to estimate an SEC defined price for those reserves; correct?

A.  Correct.

Q.  And where in this set of rules is that  10:53:18 price defined?

MR. SAHAM:  Objection to form.

THE WITNESS:  Well, as I said earlier, the price is defined as the average of the amount realized on the first day of the month of each month  10:53:39

Page 68

in the calendar year in which the product is sold.

BY MR. TOAL:

Q.  And can you point me to where in this document the SEC price is defined?

MR. SAHAM:  Objection to form.  You want  10:54:00 him to read through the entire Exhibit 8, which is --

THE WITNESS:  2 --

MR. SAHAM:  -- 161 pages?

THE WITNESS:  It's on page 3 --  10:54:09

(Simultaneous speaking.)

THE COURT REPORTER:  I'm sorry, one second.  It's on page -- there's talking over.

THE WITNESS:  On page 3, in the "TABLE OF CONTENTS," it's identified as Section II-B, starting  10:54:20 with 1 through 4.

BY MR. TOAL:

Q.  Let me -- let me see if I can help you. If you turn to page 141.

A.  I've got it.  10:54:44

Q.  All right.

So at the top of page 140, do you see there's 22 in parentheses, and it says "Proved oil and gas reserves"?

A.  Yes.  10:55:16

Page 69

Q.  Okay.  So it says, "Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible - from a given date forward,  10:55:29 from known reservoirs, and under existing economic conditions, operating methods, and government regulations."

Do you see that language?

A.  Yes.  10:55:41

Q.  And then if you go to page 141, there's a Sub v, Roman -- Romanette v.  Do you see that?

A.  Yes.

Q.  And it says, "Existing economic conditions include prices and costs at which economic  10:55:58 producibility from a reservoir is to be determined. The price shall be the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the  10:56:13 first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based on future conditions."

Is -- is that the -- the language in the  10:56:28

18 (Pages 66 - 69)

Page 70

SEC regulations that prescribe how the SEC price is to be determined?

A. Yes.

Q. And that's sometimes referred to as the SEC price; correct?                10:56:43

A. Yes.

Q. And if you go to page 135, at the top of that page, there's a definition of "economically producible"; correct?

A. Yes.                10:57:05

Q. And it says, "The term economically producible, as it relates to a resource, means a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation. The value of the products that generate    10:57:18 revenue shall be determined at the terminal point of oil and gas producing activities as defined in paragraph (a)(16) of this section."

Correct?

A. Yes.                10:57:33

Q. So how does the concept of economically producible factor into whether an asset qualifies as an SEC proved reserve?

A. Well, as it -- you just read, it relates to a resource which generates revenue that exceeds    10:58:07

Page 71

or is reasonably expected to exceed the costs of the operation.

Q. So it doesn't have to be the case that it's currently economically producible if it's reasonably expected to be economically producible;    10:58:23 correct?

MR. SAHAM: Objection to form.

THE WITNESS: Well, when making the calculation of economic producibility, Exxon and other oil and gas companies and -- and also there's    10:59:05 further discussion of economic producibility and constraints as to how you change actual costs, if you can change actual costs, because of some expectation in the future. But how this is operationalized and how it was operationalized at    10:59:30 Exxon is to look at the costs which generate those revenues.

So in the instance of 2015, you've got revenues and prices that are as of the first of the month of each month within 2015. And it needs to    10:59:55 identify those costs of operations that relate to that revenue stream.

BY MR. TOAL:

Q. Where does the rule say that?

MR. SAHAM: And, Dan, we've been going    11:00:19

Page 72

about an hour, so whenever it's a good breaking point.

THE WITNESS: (Witness reviews.)

If you look at page 32 of my report, Paragraph 75, I -- in Paragraph B at the top, I'm    11:00:59 largely restating what we've been discussing.

C is a further discussion of the 12-month period prior to the ending date of the period covered by the report.

And in Paragraph 75, and also on the    11:01:48 following page [verbatim], 76, I presented En- -- Enron's -- or Exxon's, excuse me, operationalization of the calculation of proved reserves, which I think is a discussion of the calculation.

You'll notice there it's -- underneath    11:02:19 economically producible, it addresses existing economic conditions. And it indicates that "operating costs, production methods, recovery techniques, transportation and marketing arrangements, ownership and/or entitlement items and    11:02:36 regulatory requirements that are extant on the" -- "on the effective date of the estimate. An anticipated change in conditions must have reasonable certainty of occurrence." [As read]

I think the discussion of the -- of the    11:02:54

Page 73

SEC pricing rules, there's a further discussion on my Paragraph 76, a similar chart.

I further discuss it in Paragraph 77.

And I'm looking at GAAP ASC 932-360-25-15, which also addresses this issue.                11:03:39

BY MR. TOAL:

Q. So --

A. Also, the testimony of Mr. Rosenthal, as seen in Paragraph 78, where he stated you use your current costs -- your current actual cost.    11:03:53

I think that my understanding is that there's some vagueness as to cost of operation. And that's reflected on page 32 at the bottom of the chart, which it's -- indicates is "not defined by the SEC, but excludes depreciation, so assessed to    11:04:21 represent Direct Cash Operating Costs." [As read]

And when I see Exxon operationalizing the SEC definition, they look to -- and Mr. Rosenthal, the principal accounting officer of the company, he emphasizes that you look to the actual costs    11:04:52 associated with the realization of those selling prices that are included in the calculation.

Q. Well, what it says in the presentation that you excerpted in Paragraph 75 is that you look at existing economic conditions that are extant on    11:05:10

19 (Pages 70 - 73)

Page 74

the effective date of the estimate; right?

A. Yes. And it's op- -- that language is operationalized by Exxon as actual costs associated with the revenue calculation.

MR. SAHAM: Dan, is it good time for a break? We've been going for like an hour and 20.

MR. TOAL: Yes, almost.

BY MR. TOAL:

Q. Sir, are you offering an opinion based on the SEC regulations or how Exxon Mobil operationalized them?

A. My calculation is guided by 932 -- ASC 932, the SEC regulations, and the testimony and operationalization of that -- of -- of those documents as corrected by Exxon in 2016.

Q. Now, we looked at the language that talks about economically producible shall be determined at the terminal point of oil and gas producing activities; correct?

A. Correct.

Q. And do you agree that's an accurate statement?

A. I agree that it's -- that it's an accurate quote from -- from the document.

Q. And for an asset like Kearl, what was the

Page 75

terminal point --

MR. SAHAM: Objection to form.

BY MR. TOAL:

Q. -- of oil and gas producing activities?

A. Well, what Exxon determined is for bitumen, the operationalizing of this language was the point at which it realized the -- the revenue -- the sales and the revenue per unit.

So if it -- if it shipped product that was realized in the Gulf Coast or somewhere else in the United States, it determined what that revenue was and what the costs were to transport, to use diluent, and to consider quality factors, actual costs associated with that realized revenue.

Q. Okay.

MR. TOAL: Why don't we go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 2. We are off the record at 11:08 a.m.

(Short recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 3. We are back on record at 11:26 a.m.

BY MR. TOAL:

Q. Mr. Regan, let me ask you to take a look at page 136 of Regan Exhibit 8. And there's a

Page 76

paragraph with the title "Instruction 1 to paragraph (a)(16)(i)."

Do you see that?

A. I do.

Q. And there it says, "The oil and gas production function shall be regarded as ending at a 'terminal point,' which is the outlet valve on the lease or field storage tank. If unusual physical or operational circumstances exist, it may be appropriate to regard the terminal point for the production function as:

"a. The first point at which oil, gas, or gas liquids, natural or synthetic, are delivered to a main pipeline, a common carrier, a refinery, or a marine terminal." [As read]

Do you see that language?

A. I do.

Q. So for an asset like Kearl, where would the outlet valve be for purposes of determining SEC proved reserves?

A. Well, I think you need to look at the transactions involving the realization which generates the selling price. And --

THE COURT REPORTER: Generates the what price?

Page 77

THE WITNESS: The selling price.

And in that instance you look at both a and b.

And in b you -- it indicates that you look to the natural resources delivered to a purchaser.

And if that purchaser -- when -- when you -- when you realize the sale to that purchaser, as Mr. Swiger indicated in his testimony that I cite on page 23, you look at the actual transportation costs.

It's further discussed on page 24.

So what -- what Exxon did in its determination of realization of price, it would be a mixture of a and b.

And in b, you need to consider the actual costs for -- of the diluent, of the quality adjustments, and the transportation that is involved.

And that's what Exxon did when they operationalized this paragraph.

BY MR. TOAL:

Q. So, Mr. Regan, b refers to "the case of natural resources that are intended to be upgraded into synthetic oil or gas" [as read]; correct?

A. Yes.

20 (Pages 74 - 77)

Page 78

Q. And do you know what synthetic oil is?

A. I'm not familiar with the -- the definition of synthetic oil.

Q. Okay. So you don't know if Kearl involved upgrading to synthetic oil; correct?    11:29:40

A. That's not something I looked into, but it -- in the determination of the selling price realization, what Exxon did was to look to the actual costs of delivering the product in order to realize that selling price.    11:30:07

And I assume that's an operationalization of subparagraph b on page 136.

Q. Do you know for any bitumen produced from Kearl what the first point was at which the bitumen was delivered to a main pipeline or common carrier?    11:30:24

A. That's not something I determined. I utilized what Exxon determined based on its business records.

Q. Well, do --

A. I think it --    11:30:46

Q. -- were Exxon Mobil's business records calculated on an SEC proved reserve basis?

A. Well, if you look at the testimony of the CFO, Mr. Swiger, his answer in the -- Paragraph 45 is "you have to understand, the transportation cost    11:31:05

Page 79

doesn't vary based on SEC or the actual basis. You use actual transportation costs." [As read]

Q. Actual transportation costs to the first point at which bitumen was delivered to a main pipeline or common carrier under the SEC rules; right?    11:31:23

MR. SAHAM: Objection to form.

THE WITNESS: No. I -- I think Exxon delivered Kearl product to railcars, pipelines, a -- a variety of -- of methods of delivering product in order to realize the selling price that was used in its SEC calculation.    11:31:44

BY MR. TOAL:

Q. Do you know for Kearl bitumen delivered in 2015 where the initial sale took place?    11:32:00

A. I think it --

MR. SAHAM: Objection to form.

THE WITNESS: -- it depends on the transaction. There are -- there were many transactions. Some were delivered -- or realized by delivering product to Edmonton, and some were realized by delivering to a number of other points in the United States.    11:32:13

BY MR. TOAL:

Q. Do you -- do you know if the product was    11:32:34

Page 80

sold before it was delivered into the United States?

A. I -- I -- I expect that some was, yeah, some product.

Q. Do you know as a matter of fact?

A. Well, I didn't go up and watch it happen,    11:32:48 and I haven't seen freight records or delivery records.

Q. So --

A. I'm -- I'm -- I'm looking at the documents which were cited in my report, which bear upon the    11:32:59 realization of the aver- -- of the average price within the SEC calculation.

Q. For purposes of your analysis, did you try to determine for sales that took place in 2015 where the initial sale was made?    11:33:24

A. My recollection is that there were a number of documents that are cited in my report which discuss the point at which purchasers of product which drove the purchase price occurred in 2015, as well as 2016.    11:33:55

And it varied. Some doc- -- some documents estimated it -- it ten- -- tended to be in percentages -- so what percentage of the sales were to purchasers in the United States, what percentage was -- that were delivered to Edmonton.    11:34:16

Page 81

Q. Do you know if those numbers were calculated based on where an initial sale took place as opposed to an ultimate sale to another party?

MR. SAHAM: Objection to form and foundation.    11:34:29

THE WITNESS: I looked at the characterization of the sales within the documents itself.

BY MR. TOAL:

Q. And beyond whatever's reflected in the    11:34:38 documents, you have no basis for knowing where the initial sale of product from Kearl took place in 2015; correct?

MR. SAHAM: Objection to form and foundation.    11:34:50

THE WITNESS: I rely on the documents and the testimony that I've cited.

BY MR. TOAL:

Q. And so your information about where an initial sale took place from Kearl of its bitumen in    11:35:01 2015 is based entirely on documents that you've referenced in your reports or testimony you've referenced in your reports; correct?

A. Yes. I have no -- I have no other resources to -- to rely on.    11:35:21

21 (Pages 78 - 81)

Page 82

THE COURT REPORTER: Your pen is making noise.

Thank you.

THE WITNESS: Oh, really? Hmm. Hmm.

BY MR. TOAL: 11:35:33

Q. And for purpose of your analysis on SEC proved reserves, you didn't make any determination of where the first point was at which oil, gas, or gas liquids, natural or synthetic, were delivered to a main pipeline, a common carrier, a refinery, or a 11:35:53 marine terminal; correct?

MR. SAHAM: Objection to form and foundation and misstates prior testimony.

THE WITNESS: I looked to Exxon documents which operationalized the SEC rules. 11:36:09

BY MR. TOAL:

Q. So did you make a determination somewhere of the first point at which oil, gas, or gas liquids were delivered to a main pipeline, common carrier, refinery, or marine terminal? 11:36:30

MR. SAHAM: Same objection.

THE WITNESS: That's not a determination that I made. I've made -- you know, my comments and my reports are based upon Exxon's operationalization on SEC pricing of how they realized that selling -- 11:36:50

Page 83

the selling prices that they use in their documents.

BY MR. TOAL:

Q. So do the SEC regulations provide any further explanation or guidance about how companies are supposed to calculate the SEC price for its 11:37:11 assets when assessing proved reserves beyond what we've reviewed?

A. There -- there may have been others. I may have mentioned them in my report. I don't have that -- those in mind as we speak. 11:37:41

Q. So as you sit here today, you can't identify any other regulation or SEC guidance regarding how companies are supposed to calculate SEC price for proved reserve purposes; correct?

A. Well, you might remind me because I've -- 11:37:59 I've seen a lot of documents that discuss SEC pricing over the last several years, and I -- I don't have them characterized in my head as to what specific guidance exists.

Q. So if you think of any others, you can let 11:38:29 me know.

But as you sit here today, you -- you can't think of any others beyond the ones we've just reviewed; correct?

A. Well, it -- you know, it -- it could well 11:38:40

Page 84

be that there are some -- there's been some iss- -- SEC guidance that was issued on this subject. It could be that it's referred to in my report. But I don't have it in mind as we speak.

Q. Do the SEC regulations allow companies, 11:39:00 when calculating proved reserves, to use realized sale prices beyond the terminal point of oil and gas producing activities?

A. Well, I think on Paragraph [verbatim] 136, the sentence preceding a and b states, "If unusual 11:39:48 physical or operational circumstances exist, it may be appropriate to regard the terminal point for the production function as:"

Q. So that's just how you defined the terminal point in that situation -- 11:40:10

A. Right --

Q. -- correct?

A. -- which I think is relevant to your question.

And then, in particular, b touches on 11:40:17 circumstances which may be beyond the terminal point.

Q. For natural resources intended to be upgraded into synthetic oil or gas; right?

A. Right. 11:40:31

Page 85

Q. And you don't know if bitumen qualifies as natural resources intended to be upgraded into synthetic oil or gas; right?

A. That's -- that's a determination that I -- I don't make. 11:40:57

Q. So if you turn back to page 135 and the definition of "Economically producible," it talks about the "resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of operation [as read]; right? 11:41:26

A. Yes.

Q. So in calculating SEC proved reserves, you not only have to calculate an SEC price, you have to estimate the costs of operation; correct?

A. Yes. 11:41:42

Q. And do the SEC regulations define the costs of operations?

A. Well, as we -- as we talked about earlier, the testimony in the case indicates that actual costs are those which are -- are to be used in the 11:42:15 determination of the SEC price, particularly with respect to quality adjustments, transportation, and diluent.

Q. So let me -- let me stop you.

I want to focus you on the SEC 11:42:32

22 (Pages 82 - 85)

Page 86

regulations, so that's the context for my question.

Do the SEC regulations define the costs of operation?

A. If you look at Paragraph 75, which is the -- an Enron -- or an -- an Exxon summary of the "SEC Proved Reserves Reporting Conditions," under "Costs of "Operations" [as read], it says it's "Not defined by the SEC, but excludes depreciation, so assessed to represent Direct Cash Operating Costs."

Q. So do you agree --

A. And --

(Interruption in the room.)

THE COURT REPORTER: I'm sorry, I hear whispering in the microphones.

BY MR. TOAL:

Q. So do you agree, Mr. Regan, that operating costs are not defined by the SEC?

A. The statement that is made in -- at the end of the highlighted portion of Ex- -- of Paragraph 75, I agree with that where it says "Not defined by the SEC," and then there's a -- some qualification.

Q. And -- so it goes on to say --

A. And -- and then --

Q. -- "but excludes depreciation." [As read]

Page 87

Do you agree that the costs of operations for purposes of calculating SEC proved reserves should exclude depreciation?

A. I agree with the first portion of the sentence where it says "Not defined by the SEC."

Q. Do you agree --

A. Where it says "but excludes depreciation," as I said in my report, I have not analyzed other -- the other components of the costs of operation.

I've looked at revenue and the costs -- the actual costs incurred to realize that revenue as identified by Exxon.

Q. So would you include in an SEC proved reserve test capital expenditures?

A. No, those are not defined as operating costs.

And if you look at page -- Paragraph 1- -- Paragraph 76 under "Operating Costs," it says, "The average production cost, not including ad valorem and severance taxes, per unit of production should be computed using production costs disclosed pursuant to FASB," which is the -- in -- in ASC 932, there's a discussion of production costs and, to some extent, an identification of what those are.

Q. Are -- are you aware of any SEC rule that

Page 88

says that when determining operating costs for purposes of SEC proved reserves, you should make that determination pursuant to FASB?

A. No.

Q. And you're aware that that particular definition was changed in subsequent versions of this presentation; correct?

A. When you say "this presentation," you're talking about --

Q. The --

A. -- the presentations in -- cited in my Paragraph 75 and 76?

Q. That's correct.

So you're referencing language in the excerpt that you have from an Exxon Mobil presentation in Paragraph 76; right?

A. Yes.

Q. And the version that's excerpted in your Paragraph 75 is -- is the most recent and final version of that presentation; right?

A. Yes.

MR. TOAL: I'm going to mark as Regan Exhibit 9 a copy of Exxon Mobil's 10(K) for 2015.

(Regan Deposition Exhibit 9 was marked for identification.)

Page 89

BY MR. TOAL:

Q. Do you recognize this as Exxon Mobil's 10(K) for the year 2015?

A. Yes.

Q. And you reviewed this document in connection with your work on this case; correct?

A. Yes.

Q. If you could turn to page 6 of the 10(K), there's a heading "Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves."

Okay. So in this paragraph it says, "Exxon Mobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization."

Do you see that language?

A. Yes.

Q. Do you have any reason to dispute the accuracy of that sentence?

A. No.

Q. It goes on to say, "Primary responsibilities of this group," the global reserves group, "include oversight of the reserves estimation process for compliance with SEC rules and regulations, review of annual changes in reserves

23 (Pages 86 - 89)

Page 102

MR. TOAL: Let me mark as Regan Exhibit 9 -- 10? 10, that document.

(Regan Deposition Exhibit 10 was marked for identification.)

BY MR. TOAL:                    12:10:50

Q. So, Mr. Regan, do you recognize this document?

MR. SAHAM: Exhibit 10 doesn't have any Bates number on it. I mean, are you saying that that's '5478?                    12:10:58

MR. TOAL: Yeah, this was produced as a native. So this is --

MR. SAHAM: But is it '5478, is what I'm asking. Because he's citing '5478 in his report, and this doesn't -- I mean...                    12:11:09

MR. TOAL: This is '5478.

MR. SAHAM: Okay. This a native version of '5478.

Right.

And this is not the complete document.                    12:11:24

MR. TOAL: This has excerpts from '5478. It's an Excel spreadsheet.

THE WITNESS: Okay.

BY MR. TOAL:

Q. All right.                    12:11:42

Page 103

So do you recognize this as the document that you referenced in support of Paragraph 94?

MR. SAHAM: Objection to form. Foundation.

THE WITNESS: It appears to be, yes.                    12:12:13

BY MR. TOAL:

Q. Okay. And do you see it starts in 2009, and this has the Kearl blend price for each month in 2009?

A. Yes.                    12:12:24

Q. And then if you flip through, it's got similar charts for 2010 and the following years?

A. The last page is 2015.

Q. Okay. And so, this document reflects that the pricing methodology that was used to determine    12:12:47 the SEC price for Kearl in 2015 was the same methodology that had been used every year going back to 2009; right?

A. Well, I -- I know that some of the rows change as you go by year. But in each instance, it    12:13:23 starts with the NYMEX U.S. dollars per barrel, and it has quality, differentials, exchange. The diluent costs seem to be different. It changes as you move over the course of the time.

But they certainly use WTI NYMEX U.S.                    12:14:08

Page 104

dollars per barrel, and then it adjusts for quality differential in diluent and transportation.

Q. Mr. Regan, do you have an understanding that Exxon Mobil used the same pricing methodology for Kearl every year from 2009 through 2015?                    12:14:37

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: Well, certainly, it -- it appears that in a -- in a quick analysis of these pages, that the format and methodology, which is to take NYMEX, consider quality differential, diluent    12:15:11 cost, and transportation, that was -- that's -- that's what's happening on these schedules.

BY MR. TOAL:

Q. And do you have an understanding that Imperial developed a pricing model for Kearl?                    12:15:27

MR. SAHAM: Objection to form.

BY MR. TOAL:

Q. For purposes of calculating the SEC price?

A. Yes.

Q. Okay. Do you know when that pricing model    12:15:38 was developed?

A. I don't think so.

Q. And you're not -- you don't have any basis to believe that Exxon Mobil changed its pricing model between 2014 and 2015; do you?                    12:15:58

Page 105

A. Well, at some point, my recollection is, Imperial changed its pricing model and the cost of transportation, diluent, and quality began to incorporate the realization of product sales to the United States.                    12:16:28

Q. And that change was for the year 2016; correct?

A. The change was made in 2016. I think there was a discussion and an analysis of the need to change in 2015.                    12:16:40

Q. Do you have any basis to believe that the pricing model used to calculate SEC prices for Kearl changed between 2014 and 2015?

A. I don't think I did.

Q. And do you have any basis for believing    12:16:58 that the pricing model used for SEC price at Kearl changed any time between 2009 and 2015?

A. I don't think it changed as reported in the 10(K), for example.

Q. Do you have any basis for believing that    12:17:20 any aspect of the pricing model for calculating bitumen prices at Kearl changed between 2009 and 2015?

A. Well, certainly in 2015, people who were involved in determining the pricing model, either at    12:17:38

27 (Pages 102 - 105)

Page 106

Imperial or Exxon, were considering the need for a change. And that consideration, as I recall, began sometime in 2015.

Q. Did the model that was used to calculate the SEC price change in 2015?                12:17:58

A. No. And that's been made clear in my report.

Q. That model, do you have any basis for believing that pricing model changed between 2009 and 2015?                12:18:17

A. No. And it's because my expectation is that the -- the realization of -- of the price was consistently shipments to Edmonton, and it wasn't until 2015 that there began to be substantial product where the realization was through purchasers   12:18:46 in the United States.

Q. But in answer to my question, you don't have any basis for believing that pricing model for Kearl changed at any point during that period of 2009 to 2015; correct?                12:19:01

A. Not to determine the numbers that are included in the 10(K).

Q. And do you have an understanding that the pricing model at Kearl was the pricing model that had been used at Cold Lake to determine bitumen       12:19:16

Page 107

prices for SEC proved reserve purposes?

A. As I sit here, I don't have a recollection that I -- I have the pricing model at Kearl -- at Cold Lake. I may have documents that show that pricing model. Because that's -- oftentimes the    12:19:43 document has the pricing model at Kearl on one page and on Cold Lake another page.

Q. So do you know whether the -- do you know how the pricing model at Kearl was developed?

A. I need to have my recollection refreshed    12:20:37 to see the calculation at Cold Lake. Cold Lake has not been a focus of my report.

Q. Okay. Let me show you a document that we'll mark as Regan Exhibit 11.

(Regan Deposition Exhibit 11 was marked    12:20:56 for identification.)

BY MR. TOAL:

Q. So this is an e-mail, the most recent e-mail is from Bill Strawbridge to Beth Casteel dated October 21, 2015.                12:21:10

Mr. Regan, my question is whether you recognize this as a document that you reviewed in connection with your reply report?

A. I believe I've cited this document in my report.                12:22:03

Page 108

Q. Okay. And you see on the second page, there's an e-mail from Beth Casteel to Bill Strawbridge dated October 21st, 2015, at 7:44 a.m.?

A. Yes, at the bottom of the second page.

Q. Right.                12:22:27

And the first bullet point there in Ms. Casteel's e-mail says, "SEC rules call for valuing reserves at the plant gate, i.e. any profit or loss downstream of the gate excluded from the positive cash flow test."                12:22:41

You see that language?

A. I do.

Q. And do you agree with that understanding of what the SEC rules call for when valuing reserves?                12:22:51

A. Well, that language is taken from a portion of the SEC rules.

Q. So do you agree that's an accurate understanding of what the SEC rules call for when valuing reserves?                12:23:06

A. Well, I think it's incomplete.

Q. And what -- what part do you think is --

A. Well, it --

(Simultaneous speaking.)

THE COURT REPORTER: I'm sorry, one       12:23:18

Page 109

second.

THE WITNESS: -- it doesn't quite --

THE COURT REPORTER: One second. I didn't get the full question.

BY MR. TOAL:                12:23:19

Q. So what part do you think is incomplete? What's missing?

A. The discussion in Paragraph B, on page -- I think it was 136.

Q. Related to synthetic oil?                12:23:33

A. Yes.

Q. Do you agree that under the SEC rules, you're required to exclude any profit or loss downstream of the gate under the positive cash flow test?                12:23:46

MR. SAHAM: Ob- -- objection to form.

THE WITNESS: I'm not sure what she's referring to here. In the -- in the operationalization of the price of product sold by Kearl in the United States, what Exxon is using is    12:24:29 the amount it realized from the purchaser, which is consistent with their calculation.

And if there's any realization subsequent to the purchaser, that would be excluded from the calculation.                12:24:49

28 (Pages 106 - 109)

Page 110

BY MR. TOAL:

Q. And so, if Imperial sold bitumen to Exxon Mobil Oil Corporation at Edmonton for a certain price, and Exxon Mobil Oil Corporation subsequently sold that at a 20 percent premium, do the SEC rules require you to use the price obtained at Edmonton or the eventual sale from Exxon Mobil Oil Corporation?

MR. SAHAM: Objection. Form. Foundation. Incomplete hypothetical.

THE WITNESS: What I've used in my calculation is the methodology and the calculations which Exxon made of the amount of money that it realized on the sale of bitumen, whether it be in Canada or in the United States.

And in Exxon's calculation of the amount of the SEC price, was what it realized from the purchaser of those products.

BY MR. TOAL:

Q. So my question is about what the SEC rules require.

A. Well, I -- I'm accepting that Exxon has interpreted the underlying transaction and identified the actual am- -- amount realized, less the actual cost of transportation, diluent, and quality factors, which resulted from the sale of its

Page 111

product, whether it be in Canada or in the United States.

Q. So I -- I'm not asking about your view of what Exxon's interpretation is. I'm asking about what the SEC rules require in that situation.

Are you able to answer that question?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: I'm --

MR. SAHAM: Misstates prior testimony. Argumentative.

THE WITNESS: What I have done in my report and in my analysis is to look at determinations that Exxon made of the real- -- the realization that it received and the determinations that it made of its realization net of cost of diluent, trans- -- actual cost of diluent, transportation and quality differentials.

I haven't dug into how Exxon interpreted the various complexities of the SEC pricing. I'm looking at how they operationalized the SEC pricing once they considered that there were sales in the United States and that those sales constituted a meaningful amount.

BY MR. TOAL:

Q. I'll move to strike as nonresponsive.

Page 112

My question, Mr. Regan, is not about Exxon Mobil's interpretation. It's about your understanding of the SEC rules in that situation.

Do the SEC rules require that you use the price obtained from the sale in Edmonton or the subsequent sale by Exxon Mobil Oil Corporation at a 20 percent premium?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: That's not a determination that I made in the preparation of my reports. My reports clearly state that I'm correcting for the shortfalls in the 2015 calculation, and the correction is to adopt the operationalization of this -- this complex calculation, taking the documents and the calculations that Exxon used to correct for the shortfall in its 2015 calculations.

BY MR. TOAL:

Q. Do you agree that the SEC regulations don't permit companies to take into account profit or loss downstream of prices obtained at the gate of the facility?

A. That's a -- a refinement that I've not made. I -- my calculations in my reports are based upon Exxon's correction of its shortfall in the calculations that it made, which were incorporated

Page 113

in the 2015 10(K).

Q. So you were asked to --

A. And -- and I -- I assumed that Exxon's corrections was an appropriate -- appropriate operationalization of the SEC pricing rules.

Q. So you haven't been asked to express an opinion on what the SEC rules themselves require with regard to SEC pricing; correct?

A. Well, there's some elements that I've included in my report that -- for example, you take the amount realized on the first day of each month, and you take an unweighted average to get an average price that you identify actual costs associated with that revenue.

But in terms of the complexities associated with determining the amount realized, that's something I've relied on Exxon to have provided me in their own documents and calculations.

Q. And you weren't asked to express an opinion on what price you use in the situation we described; correct?

A. Correct.

MR. SAHAM: Dan, if you're moving on to something else, is it a good time for a break; do you think?

29 (Pages 110 - 113)

Page 114

MR. TOAL: In just a moment.

BY MR. TOAL:

Q. All right.

If you look at the third page of this e-mail -- do you understand, by the way, the bullet points in this e-mail we've been reading from to be Ms. Casteel's comments, and then Mr. Strawbridge above that says, "Beth, comments below"?

So do you understand this to be Mr. Strawbridge responding to points that Ms. Casteel raised to the bullet points?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: How I operationalize this e-mail, where he says, "Beth, comments below," when I go below, Ms. Casteel makes bullet points. And I'm assuming Mr. Strawbridge, his comment starts with the word, "True - SEC pre-" -- pre -- "prescriptive on this." Is that my -- interpreting it the same way as you are?

BY MR. TOAL:

Q. That's the way I interpreted it, too.

A. Right.

Q. So that'd be Mr. Strawbridge responding that Ms. Casteel's summary is "True - the SEC

Page 115

prescriptive on this 'The value of the product that generates revenue shall be determined at the terminal point of oil and gas producing activities. The oil and gas production function shall be regarded as ending at a 'terminal point,' which is the out-" -- "'outlet valve on the lease or field storage tank.'" [As read]

You agree with that as a [verbatim] accurate summary of the SEC regulations; right?

A. Well, I think Mr. Strawbridge is quoting from a portion of the SEC regulations.

Q. And -- and you -- you agree with the substance of what he communicated there; right?

A. Well, I agree that he's quoting a document. You know, but -- you know, it -- what Exxon later determined, as you move in time, is that the -- the realized pricing of product shipped into the United States to purchasers in the United States in -- needed to include refinements, which it later made, and that the calc- -- the calculations that were made in 2015 were -- were -- had shortfalls.

And the shortfalls relate, in part, to -- to pricing the product only to products shipped to Edmonton -- assuming that all products were sold to Edmonton, when, in fact, much of it was shipped to

Page 116

purchasers in the United States. And that was a shortfall. And I don't think -- Mr. Strawbridge is not -- he's not focusing on that. And no matter -- he -- he was -- he was resistant to accepting that until later in 2016.

Q. So you actually don't know in 2015 what the first point of sale was for any of the bitumen that was shipped; do you?

MR. SAHAM: Objection. Form.

THE WITNESS: I have to rely on -- on -- on that based upon the Exxon documents that I've already reviewed. And I don't know that it -- it gives me that degree of specificity.

BY MR. TOAL:

Q. Now, do you see in the third to last paragraph in this e-mail on the third page, it says, "It is important to remember that this WTI-bitumen differential process was developed several decades back for Cold Lake (and similar for Syncrude), and has been used for Kearl pricing since 2008."

Do you see that?

A. I do see that.

Q. Do you have any basis to dispute the accuracy of that statement?

A. No. I think that's consistent with what

Page 117

I've seen.

Q. And does this refresh your recollection that the pricing model that was used at Kearl was adapted from the pricing model that had been used historically at Cold Lake?

MR. SAHAM: I'm sorry.

THE WITNESS: Yeah, I've read this before. So, yes.

MR. TOAL: All right. We can go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 3. We are off the record at 12:37 p.m.

(Lunch recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 4. We are back on record at 1:26 p.m.

BY MR. TOAL:

Q. Mr. Regan, I'm going to show you a document that is entitled "SEC Price," "How SEC Price is Documented and Distributed," as Bates Number EMC Ramirez '161 [as read]. And we'll mark this as Regan Exhibit 12.

(Regan Deposition Exhibit 12 was marked for identification.)

BY MR. TOAL:

30 (Pages 114 - 117)

Page 118

Q. Do you recognize this document, Mr. Regan?

A. Yeah, I expect that I've seen this, yes.

Q. Okay. And this is a document that Mr. Abington references in his report.

Did you review all of the materials that he relied upon?    13:27:45

A. Yes.

Q. And this is a document that describes the process for estimating SEC price for purposes of estimating proved reserves; right?    13:27:55

A. Yes.

Q. So if you turn to the page that ends in the Bates Number '162, there's a heading that says "Process."

Do you see that?    13:28:10

A. Yes.

Q. And it says here that "GRG coordinates the monthly price exercise with input from Refining & Supply, Crude Oil Supply & Marketing and Gas & Power Marketing. Every month the first-of-the-month prices are recorded and distributed to the Upstream SEC Price contacts. R&S provides the crude prices, GPM provides the natural gas and NGL prices, and COSM provides the bitumen prices. GRG posts the year-end SEC price. Affiliate teams apply a premium    13:28:23    13:28:45

Page 119

(or netback) to the marker price to determine a first-of-the-month field price; affiliate controllers then enter the field price into Dataflex." [As read]

Do you see that?    13:28:58

A. I do.

Q. So this document describes and lays out the process that's followed at Exxon Mobil for determining and documenting the SEC price; correct?

A. Yes.    13:29:12

Q. And there's a reference to "Affiliate teams applying a premium (or a netback) to the marker price." [As read]

Do you have an understanding that the affiliate team with respect to Kearl was Imperial?    13:29:25

A. That -- I believe that's the case, yes.

Q. Okay. So as to Kearl, Imperial would be the -- the affiliate that applied the premium or netback to the marker price to determine first-of-the-month field prices; correct?    13:29:48

A. Yes.

Q. And then Exxon Mobil's "Global reserves group would complete a quality check against the hydrocarbon price file and the Dataflex record used for the Year End SEC Reserves Evaluation" [as read];    13:30:11

Page 120

right?

A. That -- that's what it says, yes.

Q. Do you have any reason to dispute the accuracy of that?

A. No.    13:30:20

Q. And so the -- the model used for pricing at Kearl to determine the netbacks based off the marker price, that was developed by Imperial; correct?

A. I don't know that the document says it was developed by Imperial because it had been in place for quite a period of time, but I -- that's not what the document says.    13:30:52

Q. Well, it says that the affiliate does the -- the netback or premium and applies that to the marker price; right?    13:31:08

A. That's the process that's described in this document.

Q. Okay. So that -- that at least would have been done by Imperial; correct?    13:31:21

A. If they followed the process, yes.

Q. Okay. And you don't have any belief -- any reason to believe that with respect to Kearl, they didn't follow the process outlined here, do you?    13:31:34

Page 121

A. No.

Q. To your knowledge, did Imperial present Exxon Mobil's global reserves group with any alternative pricing models during calendar year 2015?    13:31:54

A. My recollection is that during 2015 there was a discussion of an al- -- alternative to consider the impact of sales into the United States and as that impacted the transportation costs and quality differentials and diluent because of the --those costs were at -- those actual costs were different than what was in -- had previously been considered in the pricing.    13:32:18

But I don't -- I don't know who you'd characterize those people as and who were they representing in those conversations.    13:32:36

Q. So is it your understanding that a new and different pricing model was developed in 2016?

A. Well, there was a discussion of revi- --revisions to the pricing model in 2015, starting certainly by the fall of 2015.    13:32:56

And then the pricing model was changed in 2016 to cure the shortfalls and the calculation that had previously been in place.

Q. Do you know how long it took to develop    13:33:21

31 (Pages 118 - 121)

Page 126

MR. TOAL: Under the dashed line.

MR. SAHAM: Under the dashed line. Okay. That's part the we can't see.

BY MR. TOAL:

Q. All right.                               13:39:55

And do you see there's a -- there's a dot that says "$21.80" [as read]?

A. Yes.

Q. Okay. And you -- do you see that dot corresponds to what's identified as the "2015 2H ex    13:40:12 CAF"?

A. Yes.

Q. Okay. And so is your understanding those are the average unit lifting costs for Kearl for the second half of 2015?                        13:40:28

A. That's my understanding excluding costs above field.

Q. Okay.

THE COURT REPORTER: Costs of what? I'm sorry.                                  13:40:39

THE WITNESS: Costs above field.

BY MR. TOAL:

Q. Okay. And so both of those cost numbers, $26.90 and $21.80, would be less than the projected SEC price of $28.60; correct?            13:40:49

Page 127

A. Yes.

Q. So this was the information that Imperial was presenting to Exxon Mobil's global reserves group; right?

MR. SAHAM: Objection to form and        13:41:09 foundation. Calls for speculation.

THE WITNESS: It appears to be, yes.

BY MR. TOAL:

Q. All right.

And let me show you a document I'm going    13:41:28 to mark as Regan Exhibit 14. The cover is an e-mail from Vince Prestipino to Mark Taylor. It is dated October 26, 2015.

(Regan Deposition Exhibit 14 was marked for identification.)                  13:42:11

BY MR. TOAL:

Q. And there's an attachment to the document.

Do you -- do you recognize this document, Mr. Regan?

A. Well, it's similar to a lot of documents    13:42:16 that I recall reading.

Q. If you look at, in your opening report, Footnote 126, is this the document you're -- you're citing in Footnote 126?

A. Yes.                               13:42:35

Page 128

Q. Okay.

A. Does this -- yes.

Okay.

Q. All right.

So if you flip the page, the second e-mail    13:42:47 is from Bill Strawbridge to Andrew Swiger and others sent on October 25th, 2015.

Do you see that?

A. Yes.

Q. And then we have a page with the last      13:43:01 three Bates numbers ending in '336 that shows the attendees at a Kearl reserves update.

Do you see that?

A. I do.

Q. So the attendees here included Rex        13:43:18 Tillerson, as indicated on this page; right?

A. Yes.

Q. And Mr. Swiger; correct?

A. Yes.

Q. And Mr. Swiger was the company's principal 13:43:27 financial officer at the time?

A. Correct.

Q. And Mr. Tillerson was the CEO and chairman of the company at the time?

A. Yes.                                13:43:38

Page 129

Q. And David Rosenthal's identified as an attendee; correct?

A. Yes.

Q. And he was the company's principal accounting officer and controller at this time;    13:43:44 right?

A. Yes.

Q. So if you turn to the next page, this presents a slide deck; correct?

A. Yes.                               13:44:02

Q. And if you go to page 5 of the slide deck, it's got a title of "Kearl CP15 Cash Flow Analysis."

Do you see that page?

A. I do.

Q. And do you have an understanding that the    13:44:23 SEC proved reserve test is a cash flow analysis?

A. Well, when you operationalize economically, you know, feasible, it's looking at the -- the cash flow from the items that are in the reserve --                             13:44:52

Q. So do you --

A. -- yeah.

Q. -- do you agree the SEC proved reserve test is a cash flow test?

A. Yeah, when you look at it in -- as a       13:45:00

33 (Pages 126 - 129)

Page 130

whole, yes.

Q. Okay. So this -- the graph on this slide states that Kearl's SEC price was expected to be around $29.20 per barrel; correct?

A. Yes.   13:45:19

Q. And there's only an -- only an expected price here because this slide deck is dated October 26th, 2015, so you still wouldn't have SEC first-of-month numbers for November or December; right?   13:45:35

A. Correct.

Q. Okay. And then the unit lifting cost on this slide for 2015 on average is estimated to be about $28.50 per barrel?

A. Correct.   13:45:55

Q. And the unit lifting cost --

A. That's defining unit lifting cost as "Cash Opex plus Sustaining Capex minus costs above field." [As read] So it doesn't appear to include any costs above field.   13:46:10

Q. Right.

So there's a [verbatim] indication at the top of the slide that this is "Cash Opex plus Sustaining Capex minus costs above field" [as read]; right?   13:46:22

Page 131

A. Yes.

Q. Okay. So presented that way, the 2015 annual average unit lifting cost is estimated to be around $28.50; right?

MR. SAHAM: Objection to form.   13:46:39

THE WITNESS: That's the way I perceive the label on the blue -- solid blue line.

BY MR. TOAL:

Q. Okay. And then -- and it --

A. For -- for year-end 2015.   13:47:00

Q. So they're -- they're not at the year end, but this is an estimate --

A. Yes.

Q. -- based on where they are now; right?

A. Correct. That's the data point.   13:47:13

Q. Okay. And do you see on the right of the slide it says "2015 Annual Average" and the third bullet point says "Outlook minus price approximately $1 per barrel greater than costs"? [As read]

A. I do see that.   13:47:31

Q. Okay.

A. And I think that's the comparison of the $29.20 to the $28.05 [verbatim].

Q. Correct.

And then in this presentation, the unit   13:47:50

Page 132

lifting costs for the second half of 2015 was projected to be around $23.40; right?

A. That's what the document shows.

Q. Okay. And on the right, under "2015 2H" [as read], the third bullet point says "Outlook   13:48:18 price approximately $6 per barrel greater than costs"; right?

A. Yes.

Q. And it also presents projected costs for 2018 of approximately $25.50 per barrel; right?   13:48:38

A. Yes.

Q. Okay. And it indicates under 2014 that is the forecast, right, on the chart?

A. Where do I see that?

Q. So if you go down to the -- the graph --   13:49:09

A. Yes.

Q. -- it starts with "2014" --

A. Yeah, okay, underneath the X axis.

Q. Right.

A. And the years.   13:49:22

Q. Okay.

A. And, actually, 2015 is also a forecast, I guess.

Q. All right.

So Mr. Tillerson, Mr. Swiger,   13:49:30

Page 133

Mr. Rosenthal were all being advised at this point that the expectation was that the SEC price for proved reserves at Kearl in 2015 was expected to be higher than the projected unit lifting costs; right?

MR. SAHAM: Objection. Form. Foundation.   13:49:56 And misstates the document.

THE WITNESS: That this document, given the methodology to make these determinations, reflects that infor- -- that which you describe.

And you've got to -- you've got to assume   13:50:21 that the SE- -- that the price -- I don't know the assumption for the price of November and December, but we know it fell dramatically in January of 2016 and it continued to fall.

There's an ex- -- an exclusion of all CAF.   13:50:42

Yeah, based on -- based upon the facts and circumstances that are shown in this chart, that's what the data is reflecting.

BY MR. TOAL:

Q. Okay. So let me ask you to take a look at   13:51:02 Slide 8 of this presentation, which is entitled "Kearl Value Chain - Bitumen Sales Options."

So you see at the -- the top of this diagram there's a rectangle for Kearl; right?   13:51:25

34 (Pages 130 - 133)

Page 134

A. Yes.

Q. And then it's divided into Canada and U.S. --

A. Yes.

Q. -- correct?                13:51:34

And under Canada, it says "Edmonton," "Contract market point."

Do you see that?

A. Yes.

Q. What does that mean?          13:51:45

A. My expectation is that that's where the realization of shipments to Edmonton, that's the market price at Edmonton.

Q. Okay. And then under U.S. there's another box, another rectangle, that says "Edmonton"; right?   13:52:09

A. Yes.

Q. And it says underneath "Edmonton," "Inter-company sale (EMOC)."

Do you see that?

A. Yes.                   13:52:23

Q. And "EMOC" stands for Exxon Mobil Oil Company; right?

A. Yes.

Q. And then underneath that rectangle it says, "US Sales," "EMOC to EM D/S on third-party   13:52:40

Page 135

sales." [As read]

Do you see that?

A. Yes.

Q. Do you know what "D/S" stands for?

A. I wouldn't speculate. I don't know that   13:52:51 I've seen a definition. But it may be direct sales or direct shipments.

Q. Do you think it could stand for "downstream"?

A. Sure.                  13:53:14

Q. Do you know if the U.S. Gulf Coast was the initial point of sale for any delivery of Kearl product in 2015?

A. I've seen documents that talk about sales to U.S. GC, which I assume was the U.S. Gulf Coast,   13:53:45 but I think they're in 2015.

Q. Do you know if that was the initial point of sale?

A. I've assumed that that's the point at which the sale price was realized.        13:54:08

Q. Do you know if -- if that's the place at which the sale price was realized?

A. No, I haven't drilled into Exxon's accounting records to see whether or not that's the case.                    13:54:26

Page 136

Q. What -- what product did Kearl sell?

A. Bitumen.

Q. Did it sell bitumen in its raw form?

A. I know it -- or I've seen -- the documents that I've seen indicate that it shipped product in   13:54:49 railcars, and it shipped product -- a lot of its product in pipeline.

Q. Can you ship bitumen in railcars or pipelines?

A. In order for it to flow within the     13:55:06 pipeline, you have to inject diluent into it so as to reduce its viscosity so that it will flow.

Q. And was that something referred to as a "Kearl blend"?

A. Yes. And it impacts the quality, and it   13:55:21 has an impact on realization.

Q. For any sales of the Kearl blend that were made to other Exxon Mobil affiliates, do you know if any of those transactions were priced at arm's length?                  13:55:44

A. That's not something that I know. I used the amount realized based upon Exxon's determin- -- determination of the realization per barrel equivalent.

Q. Let me show you a document we'll mark as   13:56:09

Page 137

Regan Exhibit --

THE COURT REPORTER: 15.

MS. SHAMAILOVA: 15.

BY MR. TOAL:

Q. -- 15.                  13:56:26

So this is entitled "2015 Proved Reserves Changes," Chairman's Review," "January 25, 2016." [As read]

(Regan Deposition Exhibit 15 was marked for identification.)            13:57:11

BY MR. TOAL:

Q. Do you recognize this document, Mr. Regan?

A. Yeah, I -- I expect that I've seen this document.

Do you know if it's referred to in my    13:57:49 report?

Q. I believe it's referred to on page 6 of Exhibit A to your opening report.

So under the heading of "Documents and Other Information Considered in Forming Opinions."   13:58:05 [As read]

A. Yeah. Okay.

Q. Okay. Do you recognize the document?

A. As I sit here now, I -- I don't have a specific recollection of this document.      13:58:25

35 (Pages 134 - 137)

Page 162

operations not defined by the SEC.

Q. So Exxon Mobil didn't change -- well, first of all, Deidre Norman, do you know whether she's -- who she was employed by in 2015?

A. Her e-mail address says "esso.ca."    14:44:58

Q. And do you know if she was an Imperial employee? Do you see your signature line? Do you see it says "Operations Technical, Imperial"?

A. Yes.

Q. Okay. So to the best of your knowledge,    14:45:16 Imperial wasn't changing its methodology for determining SEC costs between 2014 and 2015; was it?

A. I'm sorry. I was reading the document, and I wasn't listening.

Q. To the best of your knowledge, you're not    14:45:44 aware that Imperial changed the methodology it used for determining costs for purposes of SEC proved reserves at Kearl; are you?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: I -- I'm not aware that --    14:45:59 that they made a change with respect to CAF in 2015. I have seen discussions, like this discussion from Deidre, where, you know, if you look to the 1 -- fourth bullet down from the bottom of the page.

BY MR. TOAL:    14:46:29

Page 163

Q. Is this where it says, "If you think about 'direct'" -- "about the 'direct CAF,' these are engineers supporting the asset currently; there is an argument that says these engineers would be reallocated if we were to shut in Kearl, and as    14:46:39 such, it would not make sense to burden the reserve cash flow analysis with these costs"?

A. Right.

And the -- the -- the other side of that argument is that it appears as if there's safety    14:46:51 folks and that there's hundreds of millions of dollars in CAF costs, it's unlikely that none of them are variable.

So if you beyond -- discuss it beyond engineers and is it reasonable to assume that every    14:47:16 engineer would be reallocated to some other location, I don't know.

And it's an aggressive argument that none of the CAF should -- should remain. And that some of the CAF is, in fact, direct CAF and that that    14:47:38 should be considered in the calculation.

But I haven't -- I haven't made that argument. I've accepted the way that Exxon made the calculation and why -- and how it corrected the calculation. But it's still likely that it hasn't    14:47:53

Page 164

considered var- -- direct CAF costs.

Q. So you don't have any basis to dispute that Imperial had always removed costs above field for reserves cash flow positivity analysis as of October of 2015; correct?    14:48:12

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: I -- I -- I haven't argued that point in my reports.

BY MR. TOAL:    14:48:25

Q. So you don't have any basis to dispute it; correct?

MR. SAHAM: Same objections.

THE WITNESS: Other than what I've already    14:48:33 testified to today, that it's a -- it's very aggressive to exclude all CAF. Some of the CAF is likely to be direct and is likely to be a variable cost which should be considered. But I haven't meant -- made that argument in my report.

BY MR. TOAL:    14:48:48

Q. So my question's a little bit different.

With respect to exclusion of costs above field, are you aware of any time prior to October of 2015 when Exxon Mobil included costs above field in its SEC proved reserve determinations?    14:49:05

Page 165

MR. SAHAM: Same objections. Form. Foundation.

THE WITNESS: I've not -- I've not seen -- I've not seen a calculation which identifies the variable component of CAF at Kearl.    14:49:24

But I also -- she -- Deidre finishes by saying, "Given we now have local and corporate" forks [verbatim] -- "folks from controllers concerned about this, it would be ideal to get everyone together to talk about this and gain    14:49:41 consensus; Bill would be more than happy" --

THE COURT REPORTER: I'm sorry, after "consensus" I didn't hear you.

THE WITNESS: -- semicolon, "Bill would be happy to join in this conversation, but given his    14:49:56 contact execs review tomorrow, he would prefer if we could discuss this today." [As read]

And she asks for a -- a -- a meeting in 30 minutes. "I can set something up if you know." [As read]    14:50:09

I think they were talking about -- and in the next e-mail on page 527, Ken Gordon to Mark Taylor, it says, It -- it "seems like Bill is now questioning the inclusion of 'direct' CAF. It would be good to get clarity on this..." [As read]    14:50:32

42 (Pages 162 - 165)

Page 166

This is a discussion they were having in 2015.

BY MR. TOAL:

Q. And he goes on to say "there is an argument that our 'direct' CAF (example engineers) would be allocated elsewhere if Kearl should not be around," correct, "much like accountants/HR"? [As read]

A. Sure. Accountants doing the payroll --

MR. SAHAM: Objection to form.

THE COURT REPORTER: I'm sorry, one second.

MR. SAHAM: Objection to form.

THE WITNESS: There -- as -- as I say, there's millions of dollars in CAF. Some of them are likely to go away if Kearl went away.

BY MR. TOAL:

Q. Now, what's your understanding of the category of costs that are referenced as "sustaining capex"?

MR. SAHAM: Dan, if we're moving on to a different topic -- we've been going well over an hour -- can we take a break?

MR. TOAL: Yeah, right after this line.

THE WITNESS: Sustaining capex is capital

Page 167

expenditures needed to sustain your existing production. It's not capex relating to an expansion, for example.

BY MR. TOAL:

Q. So what would it be as applied to Kearl?

MR. SAHAM: Objection to form.

THE WITNESS: That you're having to replace significant pieces of equipment. You know, something that costs a million dollars, you're likely to, you know, capitalize that. It's a capex. You need it to sustain production.

You're not expanding production, but you -- in order to keep it -- producing at existing levels, you have to replace X item of capital equipment.

BY MR. TOAL:

Q. And do you know how frequently sustaining capex needs to be replaced at Kearl?

A. Well, there are probably hundreds of thousands of capital items. It's likely that they're sustaining capex every year.

Q. Do you know?

A. Again, I haven't challenged that element of the -- of -- of the issue. It's not an issue in my report.

Page 168

My recollection is that in the forecasts of revenues and expenses, there's line items for sustaining capex. It depends on the field. We can look at those. And they are -- they are identified. But I don't carry them around in my head.

Q. And as a general matter, when calculating SEC proved reserves, are capital expenditures supposed to be included in operating costs?

A. In -- in a -- in an ASC 932 calculation, as I say in Paragraph 77, it would include operating costs of support equipment and facilities, costs for equipment and facilities, "depreciation."

With respect to SEC calculations, we're basically talking about direct cash operating costs, and those are not capital expenses.

Q. So as a general matter, you would not include capital expenditures in an SEC proved reserve analysis; correct?

A. I wouldn't expect to see it, no.

Q. And if Exxon Mobil had excluded sustaining capex from its SEC proved reserve analysis, that would have reduced its unit lifting costs; correct?

A. Unit lifting costs would be higher if sustaining capex were in -- were in the calculation.

Q. And it would be lower if it wasn't in the

Page 169

calculation; right?

A. Correct.

Q. And do you know on a per barrel basis how much the sustaining capex was for 2015 at Kearl?

A. No. It's not something that's in my report and not something that's at issue between my report and the Exxon calculations.

The -- my report and the Exxon calculations go to Exxon's calculations themselves, where, in calculating the realization, they subtract from the WTI the quality spread, the transportation costs, and the -- the diluent cost.

That's the issues that reside in this case. We're -- we're not -- my report doesn't address capex with respect to the Kearl proved reserves.

Q. So you -- you're not offering an opinion in this case that sustaining capex should be included in the costs of operation for proved reserve purposes; correct?

A. I've accepted Exxon's calculations of lifting costs.

Q. And so is that another way of saying you're not expressing an opinion on whether sustaining capex should be included under the SEC

43 (Pages 166 - 169)

Page 170

regulations?

A. No, my report doesn't address that. It basically accepts what Exxon itself calculated as lifting costs.

And to the extent that there's any capital 14:57:02 items included in that calculation, my report doesn't address it.

MR. TOAL: We can go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 4. We are off the record at 2:57 p.m. 14:57:14

(Short recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 5. We are back on record at 3:17 p.m.

BY MR. TOAL: 15:17:19

Q. Mr. Regan, let me ask you to take a look at page 37 of your reply report, which is Regan Exhibit 2.

A. I've got it.

Q. Okay. In Paragraph 63, you're discussing 15:17:39 use of the second half of 2015 unit lifting costs; correct?

A. Yes.

Q. And you say that "the consideration of six months of costs would be inconsistent with Exxon's 15:17:53

Page 171

own pricing methodology that considers diluent, transportation costs, and quality spread costs over a full twelve-month period" [as read]; right?

A. Yes.

Q. Now, the SEC regulations don't require 15:18:06 that when estimating the costs of operation, you use the full year annual average cost of operations; correct?

A. There is not that degree of specificity in that SEC guidance. 15:18:26

Q. And so the SEC regulation doesn't prohibit consideration of second half of the year's costs of operation for SEC proved reserve purposes, does it?

A. It doesn't get to that lev- -- level of specificity in their guidance. 15:18:46

Q. And it would be perfectly appropriate for Exxon Mobil to use operating costs for SEC proved reserve analyses as of the time that the analysis is conducted; correct?

A. Well, as -- as of the time the analyses 15:19:03 [verbatim] was conducted, there -- there's clearly a great deal of specificity with respect to the sell- -- the selling price, but there's not much guidance with respect to costs.

But Mr. Swiger indicated that you need -- 15:19:32

Page 172

you would need to use actual costs that are incurred. And that's consistent with his testimony that I think has been included in -- in this report starting at page 23.

You use -- he repeatedly indicates you 15:20:00 need to use actual costs.

Q. But he -- he never said you couldn't use actual costs for the second half of 2015, did he?

A. His testimony talks about actual costs. And if you're using second half times two, that's 15:20:20 not actual costs.

Q. Well, it's calculated as a unit lifting cost; right?

A. That is not an actual cost.

Q. It would be an actual cost for the second 15:20:36 half of 2015?

A. It's an actual cost of the second half, and it's a -- an assumption as to what costs would be appropriate for the first half.

Now, you have to remember the costs for 15:20:51 the first half include revenue per unit that are -- they tend to be much higher. So here you then have a calculation of the average price using high unit revenue and comparing that to a low oper- -- low lifting costs. 15:21:13

Page 173

Q. But you're aware at Kearl there is a major expansion project in the beginning of -- or in the middle of 2015; right?

A. Yes. It was completed in the -- in mid-2015. 15:21:26

Q. And so you're aware that costs in the second half of 2015 reflected the effects of the expansion project on the asset; right?

A. Well, costs relating to the expansion substantially -- a substantial portion of those 15:21:48 costs would be capitalized as part of -- of the expansion. And then you would be depreciating those costs, and depreciation was excluded.

Q. In terms of the unit lifting costs, you're aware that the unit lifting costs for the second 15:22:03 half of 2015 reflected the effects of the expansion project; right?

A. Well, after the expansion project enabled Exxon to produce more units, the costs for that month would include its costs incurred in those 15:22:26 months.

Now, the expansion project, most of those -- much -- much of those costs would be capitalized and depreciated. It -- it wouldn't go into lifting costs. 15:22:43

44 (Pages 170 - 173)

Page 174

Q. But in terms of the unit lifting costs, once the expansion project had been completed and production had increased, you're spreading fixed costs over a much larger volume of production; right?                          15:22:55

A. If you included depreciation, yeah.

Q. Well, even if you don't include depreciation, you're still spreading the fixed costs over a larger volume of production; right?

A. Fixed costs aren't included in the lifting 15:23:11 costs.

What type of fixed costs are you talking about?

Q. You're aware that the unit lifting costs dropped substantially between the first and the     15:23:23 second half of 2015; right?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: Yeah, and I think those have been characterized as the -- the folks who are good 15:23:33 people working there, and they're trying to gain some economies of scale and increase some efficiencies in operating the new facility, but it doesn't relate to their fixed costs.

BY MR. TOAL:                          15:23:52

Page 175

Q. Well, it did relate to their unit lifting costs; right? The unit lifting costs in the second half of 2015 were reported at $21.30 per barrel; correct?

A. It's shown in -- in the charts which have    15:24:05 the second half of 2015. I don't remember the number.

Q. Let me ask you to take another look at Regan Exhibit 8. This is the SEC's "MODERNIZATION OF OIL AND GAS REPORTING."                          15:24:38

A. Got it.

What page?

Q. If you go to page 140.

A. I've got it.

Q. All right.                          15:25:10

So it says here under the definition of "Proved oil and gas reserves" that "Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to    15:25:24 be economically producible - from a given date forward, from known reserves, under existing economic conditions." [As read]

So as of the time that -- that the proved reserve determination was made for Kearl for 2015,     15:25:40

Page 176

it's looking at economically producible from that date forward; right?

MR. SAHAM: Objection to form.

THE WITNESS: From that date forward, and the calculation looks to a realized price based on     15:25:55 the first day of each month without a weighted calculation. And you look at actual costs associated with that realized price.

But you -- you -- you don't -- you don't reestimate what your future costs are going to be     15:26:16 un- -- unless it's under extraordinary circumstances and -- I -- I don't have the language in front of me that I can quote, but they caution against using future costs at any significantly different amount.

BY MR. TOAL:                          15:26:40

Q. So you're supposed to use your existing economic conditions; correct?

A. Yes.

Q. And you can also use costs if you have reasonable certainty that you can achieve those     15:26:50 costs going forward; right?

A. Well, that -- yeah, within the language that unless evidence indicates that renewal is reasonably certain.

Q. That has to do with the time at which     15:27:10

Page 177

contracts expire; right?

A. That -- I think there's similar language with respect to the operations of the enterprise.

Q. Do you know what Kearl's unit lifting costs are currently?                          15:27:33

A. No, I've not looked at their unit lifting costs in 2025.

Q. Did you look at them for any year other than 2015 and 2016?

A. No. I think all of the documents that     15:27:45 I've seen have calculations that are 2015 or 2016. Maybe some earlier.

Q. And if Exxon Mobil had reasonable certainty that the costs it achieved in the second half of 2015 were representative of the costs they     15:28:13 could achieve with reasonable certainty going forward, there would be nothing inappropriate about using those costs in its SEC proved reserve analysis; correct?

A. They could make an argument that -- that     15:28:30 they had expectations that fit within the language of reasonable certainty.

However, that would be inconsistent with Mr. Swiger's testimony in this case where he -- he clearly says you need to look at actual costs.    15:28:53

45 (Pages 174 - 177)

Page 218

or -- because, you know, for example, Chevron, Anadarko, and Enron Oil and Gas, they had massive write-offs in 2015.

Others that were based on reporting out of FASB on an IFRS basis had impairments and write-offs in 2015.    16:39:53

Now they're -- they're -- IFRS rules are different, so I don't -- I didn't mention those in the report.

But the overwhelming amount of disclosure with respect to de-bookings or impairments, which is a step further than de-booking, they were occurring in 2015, not 2016.    16:40:09

Q. When you're talking about Chevron --

A. And -- and Chevron -- or, excuse me, Exxon continu- -- continually was concerned about the SEC waiting for requirements of de-booking in speeches and articles, and there were discussions at the Exxon management level about we -- we've got to -- we have to be mindful of the SEC's expectations.    16:40:30    16:40:58

Q. When you're talking about Chevron and Anadarko and Enron Oil and Gas, you're talking about impairments, not de-booking of proved reserves; right?

A. Right. But impairments is a step further    16:41:11

Page 219

than de-booking.

Q. So the analysis under U.S. GAAP for impairments is governed by ASC 360; right?

A. Yes. And in an oil and gas enterprise, it's 932-360, which marries ASC 360.    16:41:33

Q. And ASC 360 sets out a three-part test for evaluating impairments; correct?

A. Yes.

Q. And in the first step you need to assess whether there's reason to believe that the carrying value of an asset may not be recoverable; correct?    16:41:58

A. Yes.

Q. And that's referred to as an impairment trigger?

A. Yes.    16:42:08

Q. And then in the second step, if you have an impairment trigger, then you have to see if the undiscounted cash flows from that asset exceed the carrying value for the asset; correct?

A. Correct.    16:42:21

MR. SAHAM: Hey, Dan, if we're moving into impairment, is this a good time for a break?

MR. TOAL: Before I get to Step 3? Are you kidding me?

MR. SAHAM: We'll do Step 3. We'll let    16:42:31

Page 220

you -- I don't want to -- I don't want to steal your thunder, so...

BY MR. TOAL:

Q. Okay. And then if the undiscounted cash flows are less than the carrying value, then you have to assess the fair market value of the asset and write the carrying value down to the fair market value of the asset; correct?    16:42:36

A. Correct.

MR. TOAL: Okay. We can go off the record.    16:42:47

THE VIDEOGRAPHER: This is the end of Media Number 5. We are off the record at 4:43 p.m.

(Short recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 6. We are back on record at 4:52 p.m.    16:52:23

BY MR. TOAL:

Q. Mr. Regan, in your report you identify a number of other oil and gas companies that took impairments in 2015; correct?    16:52:42

A. Yes.

Q. And the majority of those followed different accounting rules, either IFRS or full cost accounting; correct?    16:52:59

Page 221

A. What page are you on?

Q. Well, I'm trying to move this along.

But if -- I think you testified earlier that the only other successful efforts -- accounting companies that took impairments in 2014 or 2015 were Chevron, Anadarko, and Enron Oil and Gas; correct?    16:53:13

A. Correct. Yeah. The -- the other were -- used IFRS, which has a -- a lower bar to trigger impairment.

Q. As -- as does full cost accounting; correct?    16:53:35

A. Yes.

Q. Now, even for companies that used the same method of accounting, like successful efforts, the fact that one company takes an impairment of certain of its assets doesn't mean that other companies necessarily need to impair their assets; correct?    16:53:57

A. Correct.

Q. And with respect to impairment, there were four Rocky Mountain dry gas assets that Exxon Mobil ended up impairing in 2016; correct?    16:54:12

A. Yes.

Q. And in your analysis, your analysis essentially is that those assets should have been impaired at the end of 2015; correct?    16:54:29

56 (Pages 218 - 221)

Page 222

A. Yes.

Q. And one of the assets that Exxon Mobil impaired in 2016, you actually agree should not have been impaired in 2015 either; correct?

A. Correct.                16:54:45

Q. And that's Green River?

A. Yes.

Q. Now, you're aware that Exxon Mobil prepared a detailed white paper reflecting its analysis of whether there's an impairment trigger or any impairment of its Rocky Mountain dry gas assets in 2015; correct?     16:55:02

A. Yes.

Q. And you've reviewed that white paper?

A. Yes.                16:55:16

Q. Do you have any reason to believe that white paper was not prepared in good faith?

MR. SAHAM: Objection to form. Calls for speculation.

THE WITNESS: I don't give opinions on that as- -- that aspect. I think that goes to intent. I can't -- I'm not going to testify about somebody's intent, whether it's good or bad or...     16:55:26

BY MR. TOAL:

Q. So you're not offering any opinions in     16:55:41

Page 223

this case regarding intent; correct?

A. I'm not.

Q. Are you offering any opinions in this case on the adequacy of Exxon Mobil's controls and procedures related to impairments?     16:56:02

A. Well, I think the controls and procedures, you know, I became aware to some extent. They're talked about in the 10(K). They're talked about in some of the documents that are referred to.

But my principal concern with respect to the analysis by Exxon was in the use of the company's price plan in -- in its analysis and that the price plan for its 2015 analysis, you know, was substantially set at such a high level, it was not reasonable. And that it should have been -- instead of use the company's data guide, it should have used NYMEX and should have then inflated NYMEX in the years -- six years out at -- at a reasonable inflation rate.     16:56:23     16:56:54

And if they would have used a more -- if they wouldn't have used an unreasonable price, then it would have triggered impairments that are seen in the chart that I prepared at -- at page 130.     16:57:18

Q. Okay. So before we get there, I just need to know if you're offering any opinions in this case     16:57:39

Page 224

on the adequacy of Exxon Mobil's controls and procedures related to impairments?

MR. SAHAM: Objection. Asked and answered.

THE WITNESS: Yeah again, I -- I don't criticize the controls and procedures other than the fact that they started in their cash flow analysis with a pri- -- with prices that -- that were excessive. They were unreasonable in relation to the prices that they should have used.     16:57:52     16:58:08

BY MR. TOAL:

Q. Do you have any expertise in forecasting prices for natural gas?

A. I've reviewed, analyzed prices for na- -- natural gas in -- certainly in the Alta Bates [verbatim], and I may have in the Anadarko case and in the other case. For some reason I can't remember the name of it.     16:58:24

Q. That's not my question.

Do you have expertise in forecasting prices for natural gas?     16:58:41

A. Well, I've certainly done in -- done a lot of forecasts. I've testified about forecasts. I've testified about accounting rules relating to forecasts. I've testified about the differences     16:59:08

Page 225

between a forecast and a projection or a pro forma.

Now, whether or not -- whether or not it's specific to natural gas, you know, there -- there have been specifics with respect to natural gas. Alta Bates [verbatim] was one for sure. I'd have to look at my Anadarko report to see if that was a part of the case. And there was the other case that I mentioned.     16:59:29

Q. Mr. Regan, you're an accountant; correct?

A. I'm a CPA and certified in financial forensics.     16:59:45

Q. And at the beginning of the day you told me your expertise was in accounting; correct?

A. That's correct.

Q. Have you ever been qualified as an expert in forecasting natural gas prices?     16:59:54

A. Well, I would -- I would need to look at -- let's see -- all of those cases that I've mentioned which contain forecasts of natural gas, they all settled prior to trial.     17:00:20

Q. Were you ever accepted by a Court as an expert on forecasting natural gas prices?

A. I don't think that those -- the cases in which I participated in preparing or critiquing forecasts of natural gas prices, I think all of them     17:00:35

57 (Pages 222 - 225)

Page 226

had settled prior to my testimony at trial.

Q. So you've never -- you've never been accepted by a Court as an expert in forecasting natural gas prices; correct?

A. I think that's the conclusion from my prior answer.

Q. So can you say "yes"?

A. I -- I've -- I've never testified at trial in matters that involved forecasting natural gas prices.

Q. Have you ever held yourself out as an expert in forecasting natural gas prices?

A. I don't hold myself out as other than an expert in GAAP and GAAS.

Q. And there's nothing in -- and when you talk about "GAAS," you're talking about generally accepted auditing standards, not natural gas; correct?

A. That -- that's what the acronym GAAS stands for, generally accepted auditing standards.

Q. And if I look at your CV, will I find anything in there suggesting that you're an expert in forecasting natural gas prices?

A. No. I think the only -- and -- and I'd -- I'd need to look and see if it's in my CV. I

Page 227

prepared a [verbatim] accounting guide for the accountants' preparation of forecasts, projections, and pro formas. And I don't -- I don't know if it's still in -- but it -- it's not specific as to natural -- natural gas. I know that.

Q. Okay. When coming up with the prices that you use in your undiscounted cash flow analysis, did you conduct an assessment of long-term demand and supply trends in the market for natural gas?

A. I used the NYMEX futures and then escalated in -- af- -- after the sixth year at two and a half percent. And I also did a -- a -- a -- a -- a number of comparisons between NYMEX and other indices.

I also noted that the -- Exxon's guidance indicated that NYMEX is the index that should be used; it's preferred. It was -- and I also compared the company's plan to other indexes [verbatim] by year, and the company's plan by year is not reasonable. It's -- and you can look at page -- page 56 of my rebuttal report starting at 56.

If you look at -- if you look at page 55, natural gas prices versus spot prices. If you look at --

Q. So, Mr. Regan, my question was, in coming

Page 228

up with the prices that you use in your undiscounted cash flow analysis, did you do an analysis of long-term demand and supply trends for natural gas; yes or no?

A. Well, I think, for example, look at 65 of the reply report.

Q. Can you answer my question?

A. I think 65 is -- provides that analysis.

If you look at the Exxon 2015 price plan, it's an outlier in comparison to NYMEX futures, which is actual prices that -- that are being transacted in the marketplace, which is a reflection of an expectation of supply and demand. That's a key ingredient in -- in what drives market futures.

And if you look at the light blue line, that's the market futures as of December 31, 2015. It's -- it's very close to the 2016 Exxon price plan. Nowhere near what the 2015 Exxon price plan was.

Q. So other than looking at NYMEX futures prices, did you do anything else that you consider to be an analysis of long-term demand and supply trends for natural gas?

A. Well, I think also the chart on page 66, that is a reflection of long-term supply and demand

Page 229

as reflected in futures prices.

Q. Okay. Anything beyond that?

A. I think if you look at page 69, Exxon has something that it calls a build plan. And I noticed that Exxon's prices in its build plan, which presumably is a reflection of -- of supply and demand, is very similar to NYMEX -- NYMEX futures. That's N-Y-M-E-X.

Q. Mr. Regan, are you aware of any third-party forecaster that uses the methodology that you used to try and forecast natural gas prices decades into the future?

MR. SAHAM: Objection. Form. Foundation. And misstates prior testimony.

THE WITNESS: I think the Exxon data guide provides guidance that is consistent with what I've done.

BY MR. TOAL:

Q. Well, you said Exxon said that NYMEX is the index that should be used and that was preferred.

Where did Exxon Mobil say that?

A. I think it's in my -- my reply report.

Q. Did Exxon Mobil say that NYMEX should be used for projecting long-term prices for natural

58 (Pages 226 - 229)

Page 230

gas?

A.  No.  It indicates that you use NYMEX prices for a period of time.  I think it's a -- you look out five years, and then you -- for periods after that, you inflate based upon a reasonable rate of inflation, which I used two and a half percent.

Q.  And when Exxon Mobil said that, it said that it could be used as a sensitivity analysis; correct?

A.  That's -- yes, that's a sensitivity analysis to assess the reasonableness of an item that is used in the calculation.

Q.  Are you familiar with Exxon Mobil's outlook for energy?

A.  No, I don't -- I don't have a specific recollection of that document.

Q.  Are you aware that Exxon Mobil annually conducts a detailed assessment of demand and supply for oil and natural gas?

A.  I believe I've heard that.

Q.  And are you aware that Exxon Mobil has an entire corporate strategic planning group that is responsible for conducting that analysis every year?

A.  I'm not aware of the specifics, but, you know, if you look at page 57 of my reply report in

Page 231

Paragraph F, the -- the plan -- or -- or the -- the prices within Exxon's analysis assumes a ten and a half percent compound annual growth rate.

And look at the compound annual growth rates from 2010, '11, '12, '13, '14, and '15, it's a negative 12.8, negative 9.9, negative 16.9, negative 15.9, negative 2.1, negative 9.7.  If somebody wants us -- to convince me that it's reasonable to use a compound annual growth rate of 10.5, you need to get a new group to do your projections.

Q.  Mr. Regan, Exxon Mobil analyzed the factors under ASC 360 that are relevant to assessing whether there's an impairment trigger; correct?

A.  It did.

Q.  And one of the things you focus on was that there were low current prices for natural gas in 2015; correct?

A.  No, not current prices.  I mean, if you look at -- at my report on page -- in my original report, page 93, in Paragraph 185, I'm looking at what is a persistent, long-term trend going back to 2005.  There is a persistent, long-term trend that is continuing through -- from 2005 to 12/31/15, and it actually continued into 2016.

Q.  So one of the factors under ASC 360 is

Page 232

whether there's a current period operating or cash flow loss combined with the history of operating or cash flow losses or projection of future losses; correct?

A.  Yes.                          17:11:33

Q.  Okay.  So for these three Rocky Mountain dry gas assets that you reference in your report, did you assess whether there was a history of operating losses on those properties?

A.  If you look at page 96, Paragraph 191 and Paragraph 190, you have year-to-date XTO U.S. losses of more than $1.3 billion.

Q.  And was there a history of losses for XTO?

A.  Well, that -- that's a history of losses.

Q.  Well, that's a current year loss; correct?

A.  Yes, but it's a whopper, $1.3 billion.

Q.  So is it your opinion that if you have a big loss in a year, that, in and of itself, is an indication of an impairment trigger?

A.  No.  I would look at it in conjunction with Paragraph 185, where what's driving those losses in -- or a significant influence on those losses is the price of natural gas.  And that price of natural gas is a persistent low price and declining.  Prospects of -- of significant

Page 233

improvement are unlikely.

Q.  Mr. Regan, as of 2015, for any of these Rocky Mountain dry gas assets, was there either a history of operating losses or a projection of future losses?

A.  Well, I don't think you can ignore the sea of red that is seen on Paragraph 192 of my original report, a $1.3 billion loss.

Q.  Can you answer my question --

A.  In an -- in an environment of a persistent decline in the price of the commodity.  I think that is a history of operating losses.

Q.  So your history of operating losses refers to losses in 2015?

A.  That's what I focused on in the report, together with the persistent declining natural gas prices that had been going on for ten years.

Q.  Did you identify a history of losses for any year prior to 2015?

A.  I don't recall doing that.  I also -- you know, we talked earlier about, you've got sub- -- depos- -- depositions subsequent to my reports.  And I've got a -- the concur -- I saw the concurring partner at PwC indicating that with the significant decline in prices, he expressed it in a very

59 (Pages 230 - 233)

Page 234

colorful way, that it was certainly an -- an impairment trigger.

The -- the history and the declining natural gas prices that were in place and the -- and the change in -- even the change in Enron's [verbatim] price plan was a no-brainer, that it -- there was an impairment trigger.     17:15:54

Q. Enron's price plan?

A. Exxon's price pl- -- price plan.

Thank you.     17:16:14

Q. Now --

A. It's -- I think his name is -- I can't remember the name of that person, but you probably are aware of that testimony.

Q. So Exxon Mobil developed price projections for natural gas that it included in its data guide; correct?     17:16:22

A. Yes.

Q. And it indicated that those prices should be used for purposes of evaluating multibillion dollar investments; right?     17:16:42

A. It did.

Q. And do you have any -- any information suggesting that Exxon Mobil did not actually use those prices in its data guide to evaluate     17:16:56

Page 235

investment opportunities?

MR. SAHAM: Objection to form.

THE WITNESS: Well, it -- it does have significantly different prices in its build plan, which, you know, I -- I would like to know more about what the build plan is and how it was used within Exxon. And hopefully, there will be additional discovery about that because you can see that the build plan and the NY- -- NYMEX futures are very -- very consistent with each other.     17:17:14     17:17:34

BY MR. TOAL:

Q. Mr. Regan, do you have any evidence suggesting that Exxon Mobil did not actually use the prices in its data guide, the opportunity cost, to evaluate potential investments?     17:17:49

MR. SAHAM: Objection to form. Foundation.

THE WITNESS: I haven't --

(Simultaneous speaking.)

THE COURT REPORTER: Wait, one second.     17:17:56

MR. SAHAM: Yeah, let me just finish objecting, Paul. Sorry.

THE WITNESS: I'm sorry.

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.     17:18:00

Page 236

THE WITNESS: I haven't looked and made a determination of to what extent it incorporated its price plan in its investment decisions. If its price plan as a -- as it existed in 2015 was its ex- -- expectation, it should have been buying up a heck of a lot of oil and gas properties. And I don't think it did that.     17:18:27

BY MR. TOAL:

Q. So can you identify any instance, as you sit here today, where Exxon Mobil did not use the opportunity prices in its data guide in evaluating investment opportunities in 2015?     17:18:40

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: I --

MR. SAHAM: Calls for speculation.     17:18:52

THE WITNESS: I --

MR. SAHAM: Assumes facts not in evidence.

THE WITNESS: I don't have an analysis, one way or the other.

BY MR. TOAL:     17:19:00

Q. Mr. Regan, I'm going to show you a document entitled "Assessment of Potential Impairment Triggers." And it has the Bates Number EMC_RAM '1. And we'll mark this as Regan 22.

(Regan Deposition Exhibit 22 was marked     17:19:45

Page 237

for identification.)

BY MR. TOAL:

Q. Do you recognize this as the Exxon Mobil impairment white paper prepared for 2015?

A. Yes.     17:20:13

Q. And at the top of this page, it says, "Exxon Mobil employs a variety of business and financial processes to monitor for potential impairment triggers as required under ASC 360."

Do you see that language?     17:20:38

A. Yes.

Q. Do you have any reason to dispute the accuracy of that statement?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.     17:20:45

THE WITNESS: No.

BY MR. TOAL:

Q. And if you turn to page 5, it's got the Bates number of EMC_RAM '5. You see there's a section entitled "Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset." [As written]

Do you see that?     17:21:03     17:21:19

60 (Pages 234 - 237)

Page 238

A. I do.

Q. And you agree that Exxon Mobil conducted an analysis of that factor; correct?

MR. SAHAM: Objection to form. Foundation. Calls for speculation.    17:21:28

THE WITNESS: I believe so, yes.

BY MR. TOAL:

Q. And if you turn to the next page, page 6, you see in the middle paragraph, in the middle of that paragraph, it says, "Management's cash flow    17:21:44 projections were based on the Company's" -- "Company Plan's middle case of the Opportunity Case prices, and future operating expense and capital spending plans applied to the resource base as determined by the Corporation's technical staff.    17:22:00

The Company Plan Opportunity Case prices are the outcome of a rigorous, annual process to assess the worldwide, long-term supply and demand balance for energy sources. The Corporation uses these price outlooks in assessing long-term    17:22:17 investment opportunities and they are consistent, or even conservative, when compared to the long-term price forecasts published by several reputable industry" -- "industry groups such as WoodMac, EIA, IEA, IHS-CERA, and PIRA." [As read]    17:22:33

Page 239

Do you see that language?

A. Yes.

Q. Do you have any reason to dispute the accuracy of anything in that language?

A. No.    17:22:44

Q. And you agree that Exxon Mobil compared its long-term price projections to those of third-party forecasters; correct?

A. Yes.

Q. And it determined when it did that, that    17:22:56 its projections were consistent or conservative with the -- or conservative relative to those of the third-party forecasters; right?

MR. SAHAM: That misstates -- objection. Assumes facts not in evidence.    17:23:20

THE WITNESS: Yeah, do you have a chart that -- that reflects that because I don't see that.

BY MR. TOAL:

Q. Well, take a look --

MR. TOAL: Oh, yeah.    17:23:43

BY MR. TOAL:

Q. So take a look at EMC_RAM '27 in this document.

Do you see here that Exxon Mobil's comparing its projections of long-term natural gas    17:24:05

Page 240

prices to those of Woods MacKenzie [verbatim], EIA, IHS-CERA and PIRA?

A. Yes. I see that, yeah.

Q. And do you see that Exxon Mobil's long-term projection is lower than the projections    17:24:29 from those forecasters?

A. Let -- let me -- so which line is Exxon Mobil's line?

Q. Do you see the -- there's an arrow on the right, and it says "$4 per MBTU, 2015 dollars,    17:25:05 Mid-point of Opportunity Evaluation Cases"? [As read]

A. I do, yeah.

Q. Okay. And do you see all the other lines are at the same level or higher than Exxon Mobil's    17:25:27 long-term projection?

A. You know, we -- we tried to recreate that chart on 810 of my original report. And we were seeing lower lines.

Q. Well, the --    17:26:05

A. No, I didn't --

Q. -- chart you have on page 110 --

THE COURT REPORTER: Can you start that question over.

BY MR. TOAL:    17:26:17

Page 241

Q. Mr. Regan, the chart you have on page 110 also shows that Exxon Mobil's long-term projected price of $4 is equal to or lower than those of IHS-CERA, Woods MacKenzie [verbatim], PIRA and EIA; right?    17:26:35

A. Right. Right.

Q. So Exxon Mobil did compare its long-term projections to those of the third-party forecasters; correct?

A. Some third-party forecasters, yes.    17:26:46

Q. And it determined that its projections were consistent with or lower than those of other third-party forecasters; correct?

MR. SAHAM: Come on.

THE WITNESS: Well, my recollection is    17:27:01 that in the cash flow analysis and forecast, the Exxon $4 -- $4 pricing was accelerated to an earlier date than -- than these are forecasting.

Also, there is a document -- we talk about this on page 109 of my original report in Paragraph    17:27:40 C. And we -- I state that "the third-party pricing included in Exxon's documentation was similarly outdated, and in certain instances, including pricing measures for EIA and PIRA that were internally recognized as not having 'much weight'    17:28:04

61 (Pages 238 - 241)

Page 246

operating areas, the Corporation's volume and capex planning and budgeting process, and the level at which largely identifiable revenue and costs could be forecasted, management performed a multi-decade projection of future cash flows (see attached Appendices A and B)." [As read]

Then -- then it continues on and --

BY MR. TOAL:

Q. It continues on to say that "Management's cash flow projections were based on the Company Plan's middle case of the Opportunity Case prices"; right?

A. Yes.

MR. SAHAM: Objection to form.

BY MR. TOAL:

Q. So if -- if it's the fact that Exxon Mobil, in fact, used its opportunity case prices in evaluating investments, ASC 360 requires the company to use assumptions for its impairment analysis that are reasonable in relation to those price projections; correct?

A. I -- I don't think it says "requires." And also, it -- it certainly indicates that the plan must be based on reasonable prices. And much of my original report and reply report was demonstrating

Page 247

that the prices that were used were not reasonable.

Q. Doesn't ASC 360 say that the company shall use assumptions that are reasonable in relation to those it uses for its own corporate purposes?

A. Well, let's -- let's look at it, and let's read the whole of the -- of ASC 360.

Q. All right.

So let me show you ASC 360, which we'll mark as Regan Exhibit 23.

(Regan Deposition Exhibit 23 was marked for identification.)

BY MR. TOAL:

Q. This is a document you've reviewed in connection with your work?

A. Yes.

Q. Let me direct your attention to 360-10-35-30, which appears on page 5 of 8.

All right. Do you see this says, "Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and shall consider all available evidence. The assumptions used in developing those estimates shall be reasonable in relation to the assumptions used in

Page 248

developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others."

Do you see that language?

A. Yeah. And what I think is important is that in the first sentence, it says, "shall incorporate the entity's own assumptions about its use of the asset and shall consider all available evidence." And then there are a number of paragraphs in my reply report and in my original report which considered all available evidence -- or certainly other evidence, and it showed that -- if we look at the next sentence, "the assumptions used in developing those estimates shall be reasonable in relation to the assumptions used." [As read]

The argument in my original report and in my reply report is that when you consider all available evidence, the pricing assumptions used were not reasonable.

Q. Mr. Regan, who has greater expertise in forecasting natural gas prices, you or Exxon Mobil?

A. Well, Exxon Mobil is -- you know, the -- it doesn't do forecasting. It's a corporation. You

Page 249

have to look to who did the pricing, how was the pricing used. My understanding is that the pricing, for example, in the fall of 2015, it -- there was recommendations, and it was adjusted by -- by members of the management group. A lot of the people that you -- that are discussed in here and discussed in the 10(K), they may have participated, but they didn't make the final adjustments and decision. It was done by the management group.

I don't know what they considered when deciding to use the very high amounts that were used and that I've been criticizing in my original report and subsequent report.

Q. And your methodology relies on NYMEX strip prices; correct?

A. Yes.

Q. And --

A. And an inflator.

Q. And what's the liquidity of NYMEX strip prices beyond two years?

A. You know, once you get beyond two years, there's issues with respect to liquidity that the trades after two years are -- are not significant. But they still -- Exxon provides guidance as to the reliability and the -- the use of NYMEX prices in

63 (Pages 246 - 249)

**App. 395**

Page 250

putting together forecasts, as indicated in my original report and my reply report.

Q. Does Exxon Mobil say NYMEX strip prices should be used to put together forecasts for long-lived assets?                     17:41:17

A. Well, what -- I'd have to do a -- a word search for Exxon's comments and assessment of NYMEX. But my recollection in the 2015 data guide, it -- it complements and speaks highly of NYMEX. And you can use it for a period of time, and then you have to     17:41:46 use an inflator, because after -- after approximately five years, they don't -- they recommend an inflator rather than NYMEX.

Q. Do you know what percentage of the production at the three Rocky Mountain dry gas     17:42:03 assets you analyzed in your report was to be produced beyond 2020?

A. I haven't made that calculation. But it's -- it's something that resides within the spreadsheet, and it could be done.          17:42:26

Q. Would it surprise you to learn that for a -- Uintah's asset, about 94 percent of the production was to take place after 2020?

A. No. 'Cause the periods in those forecasts are long, and -- and much of -- much of the -- in --   17:42:47

Page 251

in the calculations that -- that were made by Exxon, they accelerated the pace of the increase in the price of gas so that the production -- and then -- then they increased it by significantly more than inflation so that revenue would be very much     17:43:23 benefited by those assumptions.

Q. Have you analyzed the extent to which natural gas prices track the rate of overall inflation?

A. Well, you could see that in my analysis,     17:43:41 out of the compound annual growth rate assumed in the Exxon calculations versus the compound annual growth rate from the various years, I don't think it was keeping up with inflation. It was -- it was significantly below inflation.          17:44:13

Q. And there are years where natural --

A. It was a -- it was a negative.

Q. And there are years where natural gas prices increased significantly more than the overall rate of inflation; correct?                17:44:28

A. Maybe one year.

Q. Only one year in the history of natural gas prices has that happened?

A. No. I'm looking at -- at the -- the chart that goes back approximately ten years.         17:44:37

Page 252

Q. Is it your -- is it your opinion --

A. There was -- if you look at page 91, Paragraph 182, that's a persistent decline, a significant decline. That is not keeping up with inflation --                         17:44:59

Q. Do --

A. -- from -- from 2014 to 2016. And if you look at -- at 1- -- at 185, well, you -- you might have beat inflation in 2007.

Q. Do past prices for natural gas predict     17:45:17 future prices for natural gas?

A. Well, I think in most instances when you read the documents that relate to somebody trying to predict, they typically say past prices are not an -- not an -- not an indicator of what future   17:45:39 prices will be. But they're an important indicator.

Q. That's your -- that's your opinion as an accountant?

A. An opinion as to somebody that has prepared a lot of forecasts of various commodities     17:45:57 and products and services.

Q. Is it your opinion that Exxon Mobil, notwithstanding its use of opportunity case prices to evaluate investments, could have decided to use projections based on NYMEX strip prices plus an      17:46:19

Page 253

inflation escalator to conduct its impairment analysis?

A. That it could have decided to do that?

Q. Yeah. Would that have been permissible under the rules in your view?               17:46:36

A. Yes.

Q. And would it also be permissible under the rules, in your view, for Exxon Mobil to use the actual projections it used to evaluate investment opportunities?                        17:46:44

A. Let me -- with -- to evaluate investment opportunities?

Q. Yes.

A. I think it -- it's something that they would -- they could have considered if they chose     17:47:00 to.

Q. And that would have been permissible under the rules; correct?

A. Yes.

MR. TOAL: All right.                17:47:16

Why don't we go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 6. We are off the record at 5:47 p.m.

(Off the record.)

THE VIDEOGRAPHER: This is beginning of     17:51:06

64 (Pages 250 - 253)

Page 254

Media Number 7. We are back on record at 5:51 p.m.

BY MR. TOAL:

Q. Mr. Regan, you understand that PwC audited Exxon Mobil's impairment analysis for 2015; correct?

A. Yes. It was included in their audit procedures.

Q. And PwC produced an extensive memo documenting its review and its analysis; correct?

A. Yes.

Q. And you're aware that PWC concluded in that in the analysis that we agree with the determination that there are no assets for which a material impairment should be recorded and that a trigger event has not occurred; correct?

A. Yes, that was the conclusion. However, it did accept the prices that were used in the company plan and in the -- and -- and you can -- that was -- that's the key difference between, you know, the work that I've done and the analysis that I've done and what Exxon did and what PwC was reviewing. It accepted the company's pricing plan.

Q. And --

A. And you'll see consistent criticism within the PCAOB inspection reports, criticizing Pricewaterhouse of accepting that kind of an

Page 255

assumption in other impairment analysis of oil and gas companies, which may include Exxon, but it doesn't identify the companies.

Q. And PwC confirmed that Exxon Mobil was using prices for its projected natural gas prices that were reasonable in relation to those that were used to evaluate investment opportunities; right?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: It -- it didn't assess the reasonableness. It accepted them.

BY MR. TOAL:

Q. And it determined they were using the same projected natural gas prices that it used to evaluate investment opportunities; right?

A. That's my recollection. It made that determination, but it did not assess that in comparison to other available information and do an analysis of the reasonableness of the pricing used in the projections.

Q. Now, you say in your report that auditing standards established by the PCAOB recognized that an audit- -- auditor's unqualified opinion does not provide absolute assurance that financial statements are free of material misstatement; correct?

A. Correct.

Page 256

Q. But the auditing standards do establish that an auditor's unqualified opinion provides reasonable assurance that financial statements are free of material misstatements; right?

A. Yes. The financial statements taken as a whole, not as to piecemeal components of those financial statements. The opinion is on the financial statements as a whole.

Q. And to the best of your knowledge, Pricewaterhouse has never withdrawn its unqualified opinion with respect to Exxon Mobil's 2015 financials; correct?

A. Correct.

MR. TOAL: I have nothing further.

THE WITNESS: All righty.

THE COURT REPORTER: Off the record?

MR. TOAL: Off the record.

THE VIDEOGRAPHER: We are off the record at 5:54 p.m. This concludes today's testimony given by D. Paul Regan. The total number of media used was seven and will be retained by Veritext Legal Solutions.

(Off the video record.)

THE COURT REPORTER: Counsel? Scott, would you like a rough?

Page 257

MR. SAHAM: Yes. Just whatever you send them.

THE COURT REPORTER: On the final, too?

MR. SAHAM: Yes.

(Proceedings concluded, 5:55 p.m., on January 29, 2025.)

65 (Pages 254 - 257)

Page 258

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

In witness whereof, I have hereunto subscribed my name.

Dated: 1

Hanna Kim
CLR, CSR No. 13083

---

Page 259

Scott H. Saham, Esq.
scotts@rgrdlaw.com
          January 31, 2025
RE:   Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
      1/29/2025, D. Paul Regan (#7102054)
   The above-referenced transcript is available for review.
   Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.
   The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney.
Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com
   Return completed errata within 30 days from receipt of testimony.
   If the witness fails to do so within the time allotted, the transcript may be used as if signed.

          Yours,
          Veritext Legal Solutions

---

Page 260

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
D. Paul Regan (#7102054)
          E R R A T A  S H E E T
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____  _____
D. Paul Regan                Date

---

Page 261

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
D. Paul Regan (#7102054)
          ACKNOWLEDGEMENT OF DEPONENT
   I, D. Paul Regan, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____
D. Paul Regan                Date
*If notary is required
          SUBSCRIBED AND SWORN TO BEFORE ME THIS
          _____ DAY OF _____, 20___.

          _____
          NOTARY PUBLIC

---

66 (Pages 258 - 261)

**App. 398**

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

# Exhibit 4

Privileged and Confidential
Prepared in conjunction with counsel

## Assessment of Potential Impairment Triggers

ExxonMobil employs a variety of business and financial processes to monitor for potential impairment triggers as required under ASC 360.

**ASC 360 potential impairment triggers**

Significant decrease in the market price of a long-lived asset

No readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. Our annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks. The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. Instead, the key process EM employs to monitor for a trigger under this ASC 360 criterion is our ongoing asset management program that periodically exposes long-term assets to external bids. To the extent third party bids for a major asset shed sufficient light on the "market price" for that asset, or other similar assets, we would evaluate whether an impairment trigger had occurred. The Watchlist process (see description in Appendix A) facilitates efficient and timely communication of such situations. Recent examples include the Torrance refinery in 2015, and Argentina upstream assets in 2010, both of which triggered assessments and write-downs after management evaluated the bids.

Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition

The Watchlist process and annual Plan process are the key controls that alert management to potential impairment triggers in this category. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to future operational changes are highlighted. In addition, the annual Plan process results in a near-term operational outlook for each of our major long-term assets. To the extent significant adverse changes are highlighted, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values. Recent examples include Main Pass 133 shut-in, re-evaluation of investments in Nigeria QIT and Alaska pipeline, and the conversion of the Dartmouth refinery to a terminal.

1

**App. 400**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004181
EMC_RAM 000000001

Privileged and Confidential
Prepared in conjunction with counsel

<u>Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator</u>

Similar to what was described above, the Watchlist process and annual Plan process are key controls that alert management to potential impairment triggers in this category. In addition, the monthly F&O process also serve the same purpose. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to changes in laws, regulations, or the business climate are highlighted. In addition, the annual Plan process can bring to light changes in operating plans driven by such factors. Monthly F&O reviews not only cover cost and earnings metrics, but they also cover volume, safety, and other operational indicators, which can highlight adverse changes that have recently occurred, or have the potential to occur in the future. To the extent significant adverse changes have occurred and are expected to cause a sustained negative impact, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values. Examples include the establishment of price caps for Argentina gas in 2008 which resulted in a write-down of assets and the initial denial of the suspension of operations for Julia, where EM ultimately prevailed in court.

<u>An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset</u>

The capital budget process has long required management approval of certain overruns that exceed 10% of the amounts previously approved. For major long-term assets under construction, the approval transmittal for an overrun provides updated project economics, including the expected undiscounted future cash flows (Absolute Value Profit or AVP). Cases of overruns involving Kearl, Kashagan, and Gorgon/Jansz were subject to these contemporaneous updates of project economics which indicated that the AVP for each was still in the billions of dollars, including the effect of the overrun. This confirms that undiscounted cash flows remained well in excess of carrying value, and no impairment trigger had occurred.

<u>Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset</u>

The monthly Financial & Operating review process provides key metrics regarding the performance of major long-lived assets. Analysis and review of earnings, volumes, prices, costs, and margins occurs with management at the local, regional, functional headquarters, and corporate headquarters level. This process

2

**App. 401**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004182
EMC_RAM 000000002

Privileged and Confidential
Prepared in conjunction with counsel

promotes the ongoing cycle of planning, executing, monitoring, and improving that is a hallmark of EM's approach to managing long-term assets. This process also provides early warning signals of any weakening performance that assists management in prioritizing the highest areas for potential improvement. The Plan process integrates past and current long-lived asset performance data with a detailed plan consistent with senior management's broad guidance on strategies, prices, margins, and spending levels. Both the monthly F&O process and the annual Plan process provide insights to management that assist in determining whether an impairment trigger has occurred.

In the event that both the monthly F&O process and annual Plan process are inconclusive regarding the potential for continuing losses, EM undertakes periodic ad hoc analyses of certain long-lived assets which can be characterized as an extension of the annual Plan process. These further analyses assist management in determining whether an impairment trigger has occurred. One example is the annual review of refinery cash flow generation and asset carrying values over the preceding ten years (approximately a full business cycle based on historical experience) and cash flow projections into the future. Another example is periodic reviews of major upstream producing assets which are built on plans and assumptions consistent with the annual Plan. In both cases, the assessment of long-term future cash flows based on Plan parameters can be a determining factor regarding the existence of an impairment trigger. In 2013, following such a review of Downstream assets, the Corporation impaired its investment in the Chalmette refinery joint venture.

<u>Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life</u>

The Watchlist process and the annual Plan process are key processes that could alert management to potential impairment triggers in this area. The Watchlist process is designed to capture and communicate information regarding sales or disposals of long-lived assets well in advance. To the extent that management has endorsed a plan of action, careful consideration is given to whether a long-lived asset is either impaired or should otherwise be written down to its expected sales price. The annual Plan process, which involves creating a detailed outlook for major long-lived assets, is an early indicator of potential changes in the status of those assets, and often feeds into the Watchlist process.

<u>Summary:</u>
The Corporation has strong controls and processes that assist management in monitoring the performance of its long-term assets. These controls and processes, which include both backward-looking and forward-looking analyses, are a critical component of EM's management approach. Their ongoing operation assists management in its determination of whether the Corporation's long-lived assets have been subject to an impairment trigger.

3

**App. 402**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004183
EMC_RAM 000000003

Privileged and Confidential
Prepared in conjunction with counsel

**Assessment of potential impairment triggers in 2015**

The following documents management's assessment of potential triggers in 2015:

<u>Significant decrease in the market price of a long-lived asset</u>
As noted above, no readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. As noted above, the annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks. Based on its historical perspective and in light of the "Outlook for Energy", management believes that recent weakness in oil and gas prices is characteristic of commodity price cycles.

Sales of major long-lived assets might shed light into whether or not an impairment trigger has occurred. While the Corporation in total realized a net gain on the sum of its sales of long-lived assets in 2015, certain assets were sold at a loss. However, the sales price of these assets was affected by one or more asset-specific circumstances that tended to dampen the bids by outside parties, and cannot be viewed as indicative of broader, significant declines in the market values of similar classes of long-lived assets. As examples, the loss on the sale of Cook Inlet properties was in large part due to the challenging geographic operating environment, the age of the assets, regulatory considerations, and the relatively short remaining life. The loss on sale of certain Indonesia assets was in large part due to uncertainty regarding future abandonment liability and considerations involving the government. In the Downstream, the loss recognized for the prospective sale of the Torrance Refinery was related in large part to the restrictive California regulatory environment and the geographic location of the refinery in a populated area. Management did not view that any of the situations were indicative of the potential impairment of similar assets and concluded no other indicators of a significant decrease in the market prices of long-lived assets occurred.

<u>Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition</u>

4

**App. 403**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION    EMC_SEC 100004184
HIGHLY CONFIDENTIAL    EMC_RAM 000000004

Privileged and Confidential
Prepared in conjunction with counsel

The Watchlist captured a few situations where potential adverse changes to the operation of long-lived assets could occur. In each case, management either wrote down the asset carrying value (suspension of production at the Popeye field) or the situation remains on the Watchlist pending more definitive future events or management decisions (Alaska pipeline investment and Nigeria QIT project costs).

<u>Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator</u>

The Watchlist captured a few situations where adverse changes in legal factors or the business climate could potentially occur. Of those that occurred in 2015, none of them, individually, had a material impact on the Corporation's net income or on the expected future cash flows of the related long-lived assets. Though not technically covered by ASC 360, the Corporation's approach surrounding inventory management and assessment is reflective of the robust processes and controls related to asset stewardship. In Libya, for example, management determined in 2015 that certain drilling equipment inventory no longer met the criteria for continued recognition on the balance sheet and the remaining book value was written off. More broadly, management periodically reviews physical inventories to assess for items that are surplus, obsolete, or whose book values are otherwise significantly above market value, and then adjusts those values as appropriate.

<u>An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset</u>

Certain projects under development were subject to management's approval of supplemental costs in 2015. The largest were Kearl and Gorgon/Jansz in 2015, while Kashagan was supplemented in 2014. Updated project economics and AVP metrics were provided as part of the project supplement endorsement process and reviewed with management. In each case, the future undiscounted cash flow remained well in excess of the current carrying value, even at the low-end of the Corporation's long-term price outlook.

<u>Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset</u>

The decline in Upstream oil and gas prices that began in mid-2014 continued through 2015. But 2015 also saw the sharp rebound of Downstream and Chemical margins from 2014, which supports the Corporation's long-standing contention that temporarily low prices or margins are not a trigger event for conducting impairment tests. The Energy Outlook described earlier provides a degree of assurance to management that recent weakness in oil and gas prices is characteristic of a commodity price cycle that will ultimately stabilize and reverse course.

5

**App. 404**

Privileged and Confidential
Prepared in conjunction with counsel

The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective.  Country-by-country results through the third quarter indicated that almost all countries were continuing to generate positive book earnings.  However, Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis.  In light of that situation, and the continued weakness in industry conditions, management performed a detailed analysis as part of an extension of the annual Plan process.  This analysis was designed to assess the potential for future losses in order to determine whether year-to-date losses in these geographies were likely to continue and an impairment trigger had occurred.

This in-depth review was focused on those areas contributing to the year-to-date earnings loss – XTO (see Appendix B) and certain major assets in Canada and U.S. Production (see Appendix C).  Based on its assessment of the geographic integration of operating areas, the Corporation's volume and capex planning and budgeting process, and the level at which largely identifiable revenue and costs could be forecasted, management performed a multi-decade projection of future cash flows (see attached Appendices B and C).  Management's cash flow projections were based on the Company Plan's middle case of the Opportunity Case prices, and future operating expense and capital spending plans applied to the resource base as determined by the Corporation's technical staff.  The Company Plan Opportunity Case prices are the outcome of a rigorous, annual process to assess the worldwide, long-term supply and demand balance for energy sources.  The Corporation uses these price outlooks in assessing long-term investment opportunities and they are consistent, or even conservative, when compared to the long-term price forecasts published by several reputable industry groups such as WoodMac, EIA, IEA, IHS-CERA, and PIRA.  Management's long-term inflation assumption of 2.5% is generally aligned with third parties such as Moody's, IHS, and Oxford Economics which are between 2% and 2.5%.  Finally, management determined as reasonable the number of rigs required to carry out the full development plan for these assets, and assessed that the Corporation's future cash needs for their development and operation could be satisfied by ongoing operating cash flows and ready access to credit markets.

Reviews were held with successively senior levels of management, culminating in a review with the Corporation's Chairman/CEO in the fourth quarter.  The results of that assessment indicated that future cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts for EM's major Canadian and U.S. Upstream assets in total.  In addition, no individual asset group was found to have undiscounted future cash flows less than its respective carrying value.  Based on those results, management concluded no indication of continuing losses is likely, the carrying value of Upstream long-lived assets was recoverable, and no impairment trigger had occurred.

**App. 405**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004186
EMC_RAM 000000006

Privileged and Confidential
Prepared in conjunction with counsel

<u>Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life</u>

The Watchlist captured a few situations where long-lived assets could be sold or otherwise disposed of significantly before the end of their previously estimated lives. The Corporation's asset management activity has a long history of generating net gains to income. In those cases where a potential for a future loss on sale exists, management does not assess the future disposal as likely until definitive terms have been reached and management approval has occurred. In such cases, either an assessment of the appropriate carrying value of the long-lived asset is performed (Torrance Refinery) or the potential for a loss on sale was deemed unlikely or immaterial to the Corporation's financial statements.

_____    2/10/16
David S. Rosenthal – Vice President and Controller    Date

7

**App. 406**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004187
EMC_RAM 000000007

Privileged and Confidential
Prepared in conjunction with counsel

Appendix A – Watchlist
Process

REPORTS MANUAL

| BULLETIN  1172 | Earnings Watchlist Reporting – Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 1 1 2014 | | PAGE 1 |

### INTRODUCTION

ExxonMobil maintains a Watchlist of potential earnings items that are unusual or non-recurring in nature.  The Watchlist plays a key role in ExxonMobil's monitoring of the business as identified in the SOX 404 Review of Monitoring and Policy Activities. and is primarily used to

- Monitor issues and inform management of potential earnings impacts in advance of occurrence.
- Identify issues that could require a financial reserve

Under most circumstances. new items should be added to the Watchlist at least one month prior to the anticipated earnings impact, but should be added as soon as practical.  Determination of whether and when items should be added to or deleted from the Watchlist requires judgment by Business Line Controller's and representatives from other service functions. and should be based on information available at the time the Watchlist is compiled each month. considering the nature and potential significance of the issues

### GENERAL REPORTING REQUIREMENTS

The Watchlist is compiled monthly at a Business Line level with an executive level summary of each issue communicated to Corporate Controller's.  Each Business Line Controller's organization should develop Business Line specific process guidelines for Watchlist collection and functional management reviews   Business Line level guidelines/processes should include input from key Service Line (e.g. - Tax. Law. Treasurer's) and Business Line (e.g - Operations. Asset Management. Planning) contacts to ensure accuracy and completeness.   Some examples of Watchlist items include:

- Tax Legislation. Royalty and Other Disputes
- Tax Effecting. Uplift and Worthless Security Deductions
- Provision/Restoration of Accrued Contingent Liabilities
- Litigation/Claims/Settlements
- Asset Management Items
- Bad Debt Losses
- Financing Issues
- Restructuring/Severance Programs
- Accounting Adjustments

The list noted above is not all-inclusive   Business Line Controller's discretion is required to consider the nature. significance. relevance and sensitivities of issues before adding items to or deleting items from the Watchlist.

Items should be reported to Corporate Controller's if they meet a +/- $10M after-tax earnings threshold.

Specific items deemed "sensitive" by the Law. Tax or Treasurer's Departments can be excluded from the Watchlist. but should be verbally communicated to Corporate Controller's if a +/- $10M potential earnings impact within the next six months exists.

ISSUED BY EXXON MOBIL CORPORATION

8

**App. 407**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004188
EMC_RAM 000000008

Privileged and Confidential
Prepared in conjunction with counsel

## Appendix A – Watchlist
## Process

REPORTS MANUAL

| BULLETIN  117 | Earnings Watchlist Reporting - Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 1 1 2014 | | PAGE 2 |

### OTHER REPORTING GUIDANCE

**Litigation:** Law conducts quarterly reviews of litigation matters with Controller's representatives from all Business Lines. During these reviews, Controller's obtain guidance from Law to determine if any new litigation items should be on the Watchlist, considering the possibility of a +/- $10M earnings impact and the sensitivity of the items. Controller's should also discuss any litigation items that are currently on the Watchlist with Law, to ensure alignment on whether the issues should be on the list and descriptions of the issues. Processes should also exist to ensure that sudden or unanticipated changes to litigation items are timely communicated to Controller's. Litigation matters with an anticipated earnings impact greater than +/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Law).

**Tax:** Business Line Controller's should have established processes to ensure applicable Tax Department representatives periodically review the Watchlist and offer guidance on potential tax items. Three broad categories of tax issues and recommended handling are noted below:

**Potential Changes to Existing Laws** should generally be added to the Watchlist when announcement of potential changes have a high likelihood of approval and if the potential impact is likely to exceed +/- $10M

**Tax Litigation / Claims** should follow the general guidance for Litigation items noted above. Financial reserves for tax litigation or claims should be added to the watchlist prior to the month they are booked. After the reserve for a tax litigation or tax reserve issue that has been tracked on the Watchlist has been booked, the item can be removed from the Watchlist. The settlement/payment status of the reserve should be monitored. If it becomes apparent that the settlement/payment will be for an amount that differs from the reserve by +/- $10M (after-tax), the issue should be added to the Watchlist again. Items with an anticipated earnings impact greater than +/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Tax)

**Tax Adjustments (current or prior year)** should be added to the Watchlist when the earnings impact can be reasonably estimated, and is expected within the next six months (exceeding +/- $10M). Routine Upstream tax true-ups due to revisions of estimated prices or cost recoveries (potentially exceeding +/- $10M) can be added to the Watchlist at the discretion of Business Line Controller's.

(Note: Information utilized by Controller's to update the U.S. tax reserve on the Watchlist is provided separately by Tax Department personnel )

**Treasurer's:** Business Line Controller's processes should ensure financing or other Treasurer's activities that will likely result in earnings impacts of +/- $10M are appropriately reflected on the Watchlist

ISSUED BY EXXON MOBIL CORPORATION

9

**App. 408**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004189
EMC_RAM 000000009

Privileged and Confidential
Prepared in conjunction with counsel

## Appendix A – Watchlist
## Process

REPORTS MANUAL

| BULLETIN  1172 | Earnings Watchlist Reporting - Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 11/2014 | | PAGE 3 |

### REQUIRED DATA ELEMENTS

For each watchlist item, the following information should be provided to Corporate Controller's.

- Date added to the Watchlist.
- Estimated earnings impact or range.
  - To-Be-Determined (TBD) is acceptable in limited situations.
  - If the earnings impact falls below the +/-$10M threshold, then in the first month add "This item has fallen below the Corporate watchlist threshold and will be removed next month." The item is then removed from the Corporate watchlist in the following month.
- Estimated timing of earnings recognition (Mo/Yr. Qtr/Yr, Year or Year+)
  - All watchlist items must contain a best estimate of event timing. In order to reasonably estimate the watchlist event timing, it is necessary to understand what action or event will "trigger" the recording of an earnings impact.
  - If the triggering event is more likely than not (>50% chance) to occur in a specific period (month, quarter or current year), report the timing as the specific period (i.e. May 2014).
  - If there is less than 50% likelihood that the triggering event will occur in a specific period (month, quarter or current year), but occurrence is a possibility in the current year, report the timing as current year+ (i.e. 2014+)
  - If there is low or no possibility that the triggering event will occur in the current year, report the timing as next year+, or whatever quarter · year when probable, if known.
- Executive summary (key information without undefined acronyms or abbreviations).
  - Summaries should be clear and concise
  - Summaries should identify both the triggering event and the rationale for timing to assist the reader in understanding how the item will unfold (i.e. The earnings impact will be recorded in 4Q 2014 following management approval of the proposed settlement.)

Completed items should be noted in the month of resolution and deleted the following month. In some cases, previously deleted items may be added back to the Watchlist.

### FREQUENCY AND DUE DATES

Business Line Controller's organizations should compile and review functional watchlists during the period weekday 1 through weekday 5 each month and submit Business Line level summaries to Corporate Controller's by close of business on weekday 6.

ISSUED BY EXXON MOBIL CORPORATION

10

**App. 409**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004190
EMC_RAM 000000010

Privileged and Confidential
Prepared in conjunction with counsel

Appendix B – 2015 XTO Asset
Recoverability Review

See attached

Reviewed with R.W.Tillerson October 29,
2015

Reviewed with PwC November 11, 2015

11

**App. 410**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004191
EMC_RAM 000000011




**App. 411**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004192
EMC_RAM 000000012

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Agenda

- Energy Outlook                          Bill Colton

- Price Bases                             Bill Colton

- XTO Business Update                     Randy Cleveland

- Accounting Standards                    Steve Abrahams

- Asset Carrying Value                    Steve Abrahams

- Unproved Acreage Assessment             Steve Abrahams

- Wrap-Up                                 David Rosenthal

**ExonMobil**

Proprietary        2

EMC_SEC 100004193
EMC_RAM 00000013

**App. 412**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Energy Outlook

**ExxonMobil**

App. 413

EMC_SEC 100004194
EMC_RAM 000000014

Proprietary    3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Energy Outlook Themes

- Energy is fundamental to our standards of living

- The scale of the energy industry is huge and growing

- The Non OECD leads in GDP growth and living standard improvements

- Economics and policies impact fuel mix

- Fossil fuels dominate through 2050

- Natural gas demand grows more than any other energy source

- Global trade is critical to meet demand

- Technology has the highest potential and greatest uncertainty

**ExxonMobil**

Proprietary    4

EMC_SEC 100004195
EMC_RAM 00000015

**App. 414**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



# Global Economy Rebalances

**GDP by Region**

Trillion 2010$

EMC_SEC 100004196
EMC_RAM 00000016

ExxonMobil

Proprietary    5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 10004197
EMC_RAM 00000017

**App. 416**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Sector Demand



**Energy Demand by Sector**

MBDOE

ExxonMobil

Proprietary     7

EMC_SEC 10004198
EMC_RAM 00000018

**App. 417**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Power Generation Fuel Choices



2030 Startup – United States
2015 cents/kWh

ExxonMobil

Proprietary    8

EMC_SEC 100004199
EMC_RAM 00000019

**App. 418**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 100004200
EMC_RAM 000000020

**App. 419**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004201
EMC_RAM 00000021

# Liquids Production



**By Region**
MBDOE

**By Type**
MBDOE

ExxonMobil

Proprietary    10

**App. 420**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004202
EMC_RAM 00000022



**App. 421**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 10004203
EMC_RAM 00000023

**App. 422**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004204
EMC_RAM 00000024



App. 423

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004205
EMC_RAM 00000025



# Natural Gas Trade

App. 424

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 100004206
EMC_RAM 00000026

ExxonMobil

Proprietary    15

**App. 425**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



# Third Party Henry Hub Price Outlooks

EMC_SEC 10004207
EMC_RAM 00000027

**App. 426**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases

ExxonMobil

Proprietary    17

App. 427

EMC_SEC 10004208
EMC_RAM 00000028

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Guidance

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast…corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes.
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities.

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

ExxonMobil

Proprietary    18

EMC_SEC 10004209
EMC_RAM 00000029

**App. 428**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

**ExxonMobil**

Proprietary    19

EMC_SEC 10004210
EMC_RAM 00000030

**App. 429**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION

HIGHLY CONFIDENTIAL

# XTO Business Update

ExxonMobil

App. 430

EMC_SEC 100004211
EMC_RAM 000000031

20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Merger Objectives

- Provide material, high-quality addition to resource base
  - 45 TCFE addition to resource base at < $1/KCFE
  - Significant upside and material positions in several unconventional resource types
  - Large, low-risk drilling inventory with flexibility to respond quickly to changes in business environment

- Establish premier global unconventional resource company
  - Experienced and talented workforce; top-tier operator across multiple play types
  - Foundation for future growth and scale with quality bolt-on acquisitions and global unconventional pursuits

- Combination of EM and XTO will enhance resource and shareholder value
  - Proven capabilities to develop resource types leveraging full value chain integration
  - Opportunity to further enhance financial and operating performance and diversify portfolio
  - Financial strength to grow competitive advantage through business cycles
  - Deliver competitive advantage combining resource development and technology
  - Combine best of cultures and strengths

**ExxonMobil**

Proprietary     21

EMC_SEC 10004212
EMC_RAM 00000032

**App. 431**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Post-Merger Highlights

- Significant growth in quality XTO portfolio from 45 ➔ 139 TCFE
  - Consolidated large portion of EM U.S. L48 assets into XTO portfolio
  - Executed multiple quality acquisitions further enhancing value
  - Increased drilling inventory to over 50k wells

- Delivering value as industry-leading unconventional resource developer
  - Increased production in XTO: 85 ➔ ~260 KBD liquids; 2.4 ➔ ~2.7 BCFD gas
  - Maintained position as low cost and efficient operator
  - Extended operations to Canada and Argentina; supporting assessment of global unconventional opportunities

- Positioned for the future
  - Improving well performance & reducing cost through technology & operating practices
  - Capturing market savings and operating efficiencies in low-price environment
  - Utilizing ExxonMobil technology & financial strength to retain and grow low-cost resource base
  - Developing organization capability and capacity for future growth

**ExxonMobil**

Proprietary    22

EMC_SEC 10004213
EMC_RAM 00000033

**App. 432**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004214
EMC_RAM 00000034

# XTO Organization



- 8 operating Divisions
  - 14 States
  - Canada
  - Argentina
- 100+ field offices
- ~5,000 employees
- ~11 Million acres
- 30k+ op. wells
- Multiple processing facilities



Proprietary    23

**App. 433**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Quality Portfolio



Source: Wood Mackenzie

ExxonMobil

Proprietary    24

EMC_SEC 10004215
EMC_RAM 00000035

**App. 434**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Model

- Industry-leading expertise in all elements of the value chain
- Regional field organizations with central/global support



ExxonMobil

Proprietary    25

EMC_SEC 10004216
EMC_RAM 00000036

**App. 435**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Value Chain Integration



- Investments positioned to optimize Upstream and Downstream returns

- Flexibility to process advantaged feedstocks

- Capturing uplift from ethane and other NGLs

**ExxonMobil**

Proprietary   26

EMC_SEC 100004217
EMC_RAM 00000037

**App. 436**

# Enhancing Quality Portfolio

ARDMORE
168,000 net acres

MARIETTA
44,000 net acres

Initial Position
~4,500 net acres

PONTOTOC, MURRAY, GARVIN, CARTER, JOHNSTON, MARSHALL, LOVE, BRYAN, GRAYSON, COOKE, COAL

Proprietary   27

ExxonMobil

**App. 437**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004218
EMC_RAM 000000038

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004219
EMC_RAM 00000039

# Resource Development



**App. 438**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004220
EMC_RAM 000000040

# Efficiency Capture





**ExxonMobil**

Proprietary    29

**App. 439**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Productivity Enhancement

**Completion Optimization - Haynesville**





EMC_SEC 10004221
EMC_RAM 00000041

**ExxonMobil**

Proprietary    30

**App. 440**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Industry Leader in Development Cost



3-year Average E&D Costs

$/boe

Companies: Anadarko, Apache, Chesapeake, Devon, EOG, Hess, Marathon, Occidental

Permian Drilling Rig Day Rate

$K

**ExxonMobil**

Proprietary    31

EMC_SEC 10000004222
EMC_RAM 000000042

**App. 441**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Industry Leader in Operating Cost



EMC_SEC 10000423
EMC_RAM 00000043

**ExxonMobil**

Proprietary    32

**App. 442**



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004224
EMC_RAM 000000044

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 10004225
EMC_RAM 00000045

App. 444

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Delivering Value



- +15% gas, +200% liquids production since merger
- Utilizing portfolio flexibility to grow profitable volumes
  - Rig allocation: 25% liquids focus (1Q 2011), 90% liquids focus (current)
- Significant resource base underpins future growth opportunity

**ExxonMobil**

Proprietary    35

EMC_SEC 10000004226
EMC_RAM 00000000046

**App. 445**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Our Journey So Far…

| XTO Improvements | June 2010 | | Current |
|---|---|---|---|
| **Workforce LTIR** (lost time incidents/200k hrs) | ~0.5 | 70% improvement | ~0.14 |
| **Operating Divisions** | 5 | +60% | 8 |
| **Employees** | 3,300 | +50% | ~5,000 |
| **Resource** (GOEB) | 8 | +200% | 23 |
| **Acreage** (Million) | 5 | +110% | 11 |
| **Gas Production** (MCFD) | ~2,375 | +15% | ~2,700 |
| **Liquids Production** (KBD) | 85 | +200% | ~260 |

**ExxonMobil**

Proprietary    36

EMC_SEC 10004227
EMC_RAM 00000047

**App. 446**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Significant Competitive Advantage

- Organizational capability

- Significant/diverse resource base

- Industry leadership

- Value chain integration

- Technology







**ExxonMobil**

Proprietary    37

EMC_SEC 10004228
EMC_RAM 00000048

**App. 447**

38

# Accounting Standards

ExxonMobil

**App. 448**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004229
EMC_RAM 000000049

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

*Proprietary*

# Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets

  - Step 1: Determination of a Triggering Event: An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2: If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3: If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

- Unproved properties require periodic tests to determine potential impairment

  - Significant unproved properties should be individually assessed

  - Where EM assesses individual properties, calculation considers chance of success & remaining lease term

  - When not practical to assess property-by-property, standard prescribes assessment as a group

  - Where groups of property are amortized, calculation considers lease terms of the properties, average holding periods, and historical experience of successful and unsuccessful leases

**ExxonMobil**

Proprietary    39

EMC_SEC 10004230
EMC_RAM 000000050

**App. 449**

40

# Asset Carrying Value

**ExxonMobil**

**App. 450**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004231
EMC_RAM 000000051

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Methodology

- Undiscounted pre-tax cash flows estimated to confirm remaining value > net book value
  - Fields assumed shut in once cash opex permanently exceeds revenues
  - Shallow production continues to produce (even if cash negative) until ~50% of deep rights drilled

- Analysis conducted using inputs and tools consistent with XTO plan process
  - Technical assumptions from reservoir engineering and operating divisions
  - Plan models and trending assumptions consistent for past three years
  - Additional granularity for Non-Op and Gathering Subs typically planned at total level

- Results initially calculated by Operating Division
  - Consistent with plan development and operating stewardship (Volumes, Capex)
  - Lowest operating level with fully identifiable field revenue & cost forecasts (e.g. Ship or Pay)
  - Extended the analysis to the field level, similar to the 2012 and 2014 assessments

- Commodity price basis consistent with Company Plan
  - Realized prices include historical discount for location and quality differentials
  - Processing & transportation costs and midstream revenues included per historical trends
  - Unused portion of Ship or Pay obligations included by Operating Division

ExxonMobil

Proprietary    41

EMC_SEC 10004232
EMC_RAM 00000052

**App. 451**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Key Assumptions

- Risked resource base, well inventory and type curves provided by technical team
    - Well recoveries reduced over time representing move to tier-two acreage

- Capex spend profile aligned with preliminary XTO plan basis
    - ~60% of 50k operated well inventory drilled within 30 years
    - Includes four years of D&C cost efficiencies (offset inflation), consistent with XTO plan
    - Facilities and midstream investment allocated as % of D&C spending

- Cash opex assumptions consistent with XTO plan basis
    - Base opex split into fixed and variable components; unit rate increases as volumes decline
    - Additional opex added for new wells based on technical team assessment
    - Declining plays find efficiencies to offset non-SWB/OH inflation, consistent with historical performance
    - Includes overheads allocated to wells (e.g. COPAS), but not G&A held at headquarters level

- Non-Op forecasts consistent with XTO plan; include similar trending as Op plays

- Multiple layers of conservatism embedded in results; items excluded from analysis:
    - ~40% of economic well inventory and extensions of existing resource base (e.g. additional horizons)
    - Step-change D&C cost reductions from switching to full development / pad drilling in gas plays
    - Value of flexibility to accelerate / decelerate activity & shift resource types in response to market conditions

**ExxonMobil**

Proprietary    42

EMC_SEC 10004233
EMC_RAM 00000053

**App. 452**

# Results

| Division | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Appalachia | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| Eastern | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Fort Worth | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Midcontinent | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Permian | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Canada | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Total | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

| Division | Results through 2055 ($G) | | |
|---|---|---|---|
| | NCF | Book Value | Delta |
| Appalachia | 18.6 | 8.2 | 10.3 |
| Eastern | 34.6 | 13.9 | 20.7 |
| Fort Worth | 20.5 | 11.0 | 9.5 |
| Midcontinent | 29.2 | 9.6 | 19.6 |
| Permian | 69.6 | 8.1 | 61.5 |
| Western | 55.0 | 12.4 | 42.7 |
| Canada | 19.8 | 4.6 | 15.2 |
| Total | 247.3 | 67.7 | 179.6 |

- Undiscounted cash flow exceeds NBV in all divisions
  - Book value includes proved and unproved acreage

- Discretionary gas drilling begins in 2019
  - Strong economics will attract capital within EM Upstream portfolio
  - Flexibility to accelerate / defer drilling as market conditions warrant

- Drilling through 2045 for purposes of this analysis
  - Remaining economic well inventory adds safety margin to results
  - NCF tested through field life (~2075 max.) and through 2055

**ExxonMobil**

Proprietary    43

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004234
EMC_RAM 00000054

App. 453

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Detailed Results

| | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Canada | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Montney | 53.8 | (13.8) | (18.0) | 21.9 | 3.7 | 18.2 | 1,149 | 1,722 | 67% | 4.8 | 6.9 | 69% |
| Duvernay | 8.7 | (3.2) | (3.2) | 2.3 | 0.9 | 1.4 | 333 | 515 | 65% | 1.0 | 1.1 | 90% |
| Appalachia | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| Eastern | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Freestone | 43.6 | (18.5) | (17.5) | 7.6 | 5.1 | 2.5 | 3,361 | 4,002 | 84% | 6.1 | 7.9 | 77% |
| Haynesville | 52.4 | (13.2) | (16.8) | 22.5 | 6.8 | 15.7 | 1,111 | 3,202 | 35% | 8.4 | 12.9 | 65% |
| East Texas | 21.5 | (11.1) | (3.2) | 7.2 | 1.5 | 5.7 | 2,003 | 3,465 | 58% | 1.7 | 3.3 | 51% |
| Cotton Valley | 1.2 | (0.6) | (0.0) | 0.6 | 0.3 | 0.3 | 4 | 4 | 100% | 0.2 | 0.2 | 100% |
| Central LA | 0.5 | (0.2) | (0.0) | 0.2 | 0.2 | 0.0 | 60 | 60 | 100% | 0.0 | 0.0 | 100% |
| Fort Worth | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Barnett | 47.6 | (21.6) | (11.2) | 14.7 | 10.1 | 4.6 | 2,816 | 2,973 | 95% | 8.0 | 8.3 | 97% |
| South Texas | 32.1 | (9.3) | (9.0) | 13.8 | 0.8 | 12.9 | 858 | 1,103 | 78% | 3.9 | 4.1 | 95% |
| Midcontinent | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Fayetteville | 26.7 | (9.1) | (9.5) | 8.1 | 4.6 | 3.5 | 1,941 | 3,196 | 61% | 5.2 | 7.9 | 65% |
| Woodford | 71.3 | (18.6) | (27.8) | 24.8 | 4.5 | 20.4 | 2,793 | 4,573 | 61% | 9.9 | 13.6 | 73% |
| Arkoma Other | 1.0 | (0.7) | 0.0 | 0.4 | 0.3 | 0.1 | 0 | 14 | 0% | 0.3 | 0.3 | 94% |
| Anadarko | 1.0 | (0.6) | 0.0 | 0.4 | 0.2 | 0.2 | 0 | 232 | 0% | 0.1 | 0.2 | 66% |
| Permian | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Permian | 136.4 | (43.7) | (24.5) | 68.3 | 8.0 | 60.3 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| San Juan CO2 | 1.7 | (0.4) | 0.0 | 1.3 | 0.1 | 1.2 | | | | | | |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Bakken | 77.1 | (19.2) | (18.2) | 39.7 | 6.8 | 32.9 | 2,159 | 2,246 | 96% | 6.2 | 6.4 | 97% |
| Uintah | 13.9 | (5.2) | (5.0) | 3.7 | 1.9 | 1.8 | 682 | 1,011 | 67% | 2.2 | 2.5 | 86% |
| Piceance | 97.1 | (33.5) | (41.0) | 22.5 | 1.9 | 20.6 | 4,680 | 11,708 | 40% | 10.5 | 26.0 | 40% |
| San Juan | 4.6 | (2.5) | (0.7) | 1.4 | 0.6 | 0.8 | 137 | 633 | 22% | 1.0 | 1.3 | 80% |
| Green River | 1.3 | (0.8) | 0.0 | 0.5 | 0.3 | 0.2 | 0 | 0 | 0% | 0.2 | 0.2 | 100% |
| Raton | 8.6 | (2.8) | (3.7) | 2.0 | 0.9 | 1.2 | 612 | 675 | 91% | 1.3 | 1.4 | 90% |
| Total | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

\* Ship or Pay included in Division totals, but not in DDA pools

\*\* San Juan CO2 DDA pool assets primarily comprised of McElmo Dome and other non-operated properties (lead XTO contact in Permian division)

ExxonMobil

Proprietary    44

EMC_SEC 10004235
EMC_RAM 00000055

**App. 454**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Unproved Acreage Assessment

ExxonMobil

App. 455

EMC_SEC 10004236
EMC_RAM 00000056

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Key Considerations

- ~90% of U.S. acreage and ~60% of Canada acreage is held-by-production (HBP)
  - Significant unproved book value on down-spacing or infill drilling
  - Flexible long-term development plan to realize value from high-quality, low-cost resource base


- Remaining acreage is non-producing
  - Lease term typically 3-5 years with option to extend with production or additional payment
  - Reservoir and Land departments continually monitor upcoming lease expirations to determine appropriate action
  - Annual capex budget allocates funds for lease extension payments and drilling to hold leases


- 2011-15: $1-2G p.a. transfer from unproved to proved assets based on ~$4G p.a. D&C capex

ExxonMobil

EMC_SEC 10004237
EMC_RAM 00000057

Proprietary    46

**App. 456**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Amortization Methodology

$$\text{Annual Amortization} = \frac{\text{Net Value} \times \text{Risk \%}}{\text{Average Years to Drill}}$$

- Amortization intended to cover potential relinquishment or non-development of unproved acreage
  - Amortization updated annually
  - Historically, cumulative amortization has been higher than relinquishments
  - Current accumulated reserve balance of $426M

- Calculated at DDA pool level with development plan inputs from technical team
  - Current view of planned drill wells and average recovery per well consistent with annual reserves review
  - Volumes from development program compared with unproved resource base to determine risk % (min. 10%)
  - Years to drill based on development plans (20 year cap)

ExxonMobil

Proprietary    47

EMC_SEC 10004238
EMC_RAM 00000058

**App. 457**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Unproved Balance Progression



### U.S. Unproved Balance ($G)

| | Merger | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 Outlook |
|---|---|---|---|---|---|---|---|
| Balance | 22.4 | 23.3 | 24.1 | 24.3 | 22.3 | 22.5 | 21.7 |
| Cum. Transfer to Proved: | | 0.1 | 2.2 | 3.4 | 5.5 | 6.4 | 7.3 |
| Cum. Amortization: | | 0.2 | 0.4 | 0.6 | 0.8 | 0.9 | 1.0 |

Legend: Transfers from EM · Net acquisitions · Original balance (14.1)

- Unproved balance ↓35%+ since merger (excl. net acquisitions) driven by transfers to PUD
- Acquisitions represent high quality, low-cost resource in major unconventional plays
  - Permian, Bakken, Haynesville, Marcellus, Oklahoma
- Amortization methodology appropriate given high HBP % and future development plans
  - Cumulative amortization exceeds total relinquished acreage
- Since the merger, U.S. resource base +185% while the unproved value is down $700M

**ExxonMobil**

Proprietary    48

EMC_SEC 10000004239
EMC_RAM 00000000059

**App. 458**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Wrap-Up

ExxonMobil

App. 459

EMC_SEC 10004240
EMC_RAM 000000060

49

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Summary

- EM uses a robust / thorough process for near-term operating and long-term investment plans
  - Energy Outlook underpins assessment of multi-decade investments
  - Understanding of future energy supply / demand is critical
  - Company Plan reflects input from affiliates that culminates in review and alignment with senior management

- XTO results delivering on the expectations of the merger
  - Significant progress on core fundamentals of safety, OIMS and controls
  - Rapid growth and diversification of resource base and production, continuous improvement in capital and operating cost efficiencies and well productivity
  - Dynamic, entrepreneurial organization utilizing best technology / operating practices

- High quality, low-cost, diverse resource base for long-term development
  - Majority HBP acreage, remainder with planned capex to hold/extend leases
  - Flexibility to accelerate / defer activity as conditions warrant
  - No indication that producing property or unproved acreage is impaired

**ExxonMobil**

Proprietary    50

EMC_SEC 100004241
EMC_RAM 00000061

**App. 460**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Appendix

**App. 461**

EMC_SEC 10004242
EMC_RAM 00000062

ExxonMobil

Proprietary     51

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases

| | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

**ExxonMobil**

Proprietary    52

EMC_SEC 100004243
EMC_RAM 00000063

**App. 462**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# XTO Book Value & Cash Flow

- Book value includes:
  - Proved properties:  Acquisition and Development balances plus Asset Retirement Costs
  - Gathering subsidiaries
  - Work in Progress
  - Unproved

- Revenue includes:
  - Product realizations, including historical discounts for location/quality (% based)
  - Processing/transportation costs and midstream revenue per historical trends ($/kcfe, inflated)
  - Unused portion of Ship or Pay obligations included by Operating Division

- Cash opex includes:
  - Field opex, including overheads charged to wells (e.g. COPAS)
  - Well work
  - Energy
  - Product/Property taxes

- Capex includes:
  - Drilling and Completion cost for new wells
  - Other Program (facilities, midstream, capital workovers, buildings/IT, rentals, seismic)

**ExxonMobil**

Proprietary     53

EMC_SEC 10004244
EMC_RAM 00000064

**App. 463**

Privileged and Confidential
Prepared in conjunction with counsel

Appendix C – 2015 Upstream
Recoverability Review
North America x-XTO

See attached

Reviewed with
PwC December, 2015

12

**App. 464**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION    EMC_SEC 100004245
HIGHLY CONFIDENTIAL                                                   EMC_RAM 000000065



**App. 465**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004246
EMC_RAM 000000066

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets

  - Step 1:  Determination of a Triggering Event:  An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2:  If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3:  If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

**ExxonMobil**                                        *Proprietary*                                                    2

EMC_SEC 100004247
EMC_RAM 00000067

**App. 466**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Guidance - Planning and Budgeting

- Impairment tests as well as adhoc studies used to support asset recoverability, incorporate the Corporation's price assumptions developed in the annual planning and budgeting process

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast…corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

**ExxonMobil**                                    *Proprietary*                                    3

EMC_SEC 10004248
EMC_RAM 00000068

**App. 467**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# 2015 Asset Recoverability Review

- Reviewed performance of Upstream producing assets across the globe at a country level

  - Used book profit after tax for 1H 2015 to identify candidates for further analysis

  - Countries with a book losses after tax were selected for profitability studies

- All Upstream producing countries, individually generated book profits after tax for 1H 2015 except for the U.S.

  - U.S. book loss after tax for 1H 2015 $(258)M, driven by XTO

  - Canada country profits after tax for 1H 2015 were +$52M, however Canada West for 1H 2015 recorded a book losses after tax of $(42)M

- Upstream producing assets within both the U.S. and Canada selected for further analysis:

  - U.S. - XTO

  - U.S. - U.S. Production

  - Canada West - Kearl

- Conclusion: No indication that assets are impaired

**Ex**x**onMobil**                                  *Proprietary*                                                    4

EMC_SEC 10000004249
EMC_RAM 00000069

**App. 468**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Profitability History – Upstream Producing Assets

## Production Operating Earnings

| ($M) | Quarterly History | | | | | Annual History | | |
|---|---|---|---|---|---|---|---|---|
| | 1H'15 | 2Q15 | 1Q15 | 4Q14 | 3Q14 | 2014 | 2013 | 2012 |
| ANGOLA | 358 | 193 | 165 | 275 | 415 | 1,610 | 1,606 | 1,784 |
| AUSTRALIA | 74 | 46 | 28 | 72 | 181 | 435 | 449 | 633 |
| AZERBAIJAN | 23 | 18 | 5 | 3 | 72 | 200 | 316 | 377 |
| CANADA - EAST | 94 | 25 | 69 | 107 | 97 | 591 | 695 | 1,907 |
| CANADA - WEST | (42) | 75 | (117) | 179 | 372 | 1,145 | 1,113 | |
| CHAD | 19 | 12 | 7 | 33 | 53 | 211 | 305 | 439 |
| EQUATORIAL GUINEA | 65 | 45 | 20 | 53 | 145 | 454 | 565 | 612 |
| GERMANY | 124 | 48 | 76 | 98 | 88 | 405 | 503 | 585 |
| INDONESIA | 58 | 39 | 19 | 3 | 47 | 222 | 300 | 381 |
| IRAQ | 39 | 18 | 21 | 14 | (2) | 17 | 60 | 60 |
| KAZAKHSTAN | 426 | 200 | 226 | 294 | 537 | 1,942 | 2,103 | 1,923 |
| MALAYSIA | 176 | 97 | 79 | 130 | 150 | 620 | 862 | 876 |
| NETHERLANDS | 370 | 57 | 313 | 318 | 207 | 1,204 | 1,586 | 1,581 |
| NIGERIA | 392 | 221 | 171 | 297 | 542 | 1,876 | 2,218 | 2,681 |
| NORWAY | 294 | 151 | 143 | 239 | 258 | 1,163 | 1,420 | 1,599 |
| PAPUA NEW GUINEA | 328 | 110 | 218 | 269 | 214 | 558 | 43 | 61 |
| QATAR | 2,570 | 1,224 | 1,346 | 1,580 | 1,949 | 8,111 | 8,478 | 8,580 |
| RUSSIA | 157 | 83 | 74 | 149 | 180 | 869 | 909 | 1,013 |
| U.K. | 101 | 54 | 47 | 1 | (11) | 44 | 158 | 254 |
| UNITED ARAB EMIRATES | 111 | 61 | 50 | 113 | 84 | 343 | 290 | 90 |
| UNITED STATES | 372 | 224 | 148 | 373 | 639 | 2,663 | 3,313 | 3,673 |
| XTO - UNITED STATES | (630) | (247) | (383) | 82 | 371 | 1,400 | 711 | (228) |
| REST OF WORLD | (10) | (26) | 16 | (18) | 30 | 80 | 151 | 198 |
| TOTAL | 5,469 | 2,728 | 2,741 | 4,664 | 6,618 | 26,163 | 28,154 | 29,079 |

EMC_SEC 100004250
EMC_RAM 000000070

**ExxonMobil**

*Proprietary*

5

**App. 469**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## XTO - Profitability Study

# XTO

# Detailed Review under Separate Cover

ExxonMobil

*Proprietary*

6

App. 470

EMC_SEC 100004251
EMC_RAM 00000071

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

U.S. Production - Profitability Study

# U.S. Production

EMC_SEC 100004252
EMC_RAM 00000072

**ExxonMobil**

*Proprietary*

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# U.S. Production – June YTD 2015 Profitability

## Major Producing U.S. Fields - June 2015 YTD

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G | Mix Gas % |
|---|---|---|---|---|---|---|---|
| LaBarge | 21 | 125 | 37.23 | 97 | 29.03 | 1.3 | 36% |
| Ursa | 9 | 8 | 4.87 | 35 | 21.63 | 0.4 | 4% |
| Hadrian South | 11 | 31 | 15.51 | 29 | 14.77 | 0.4 | 87% |
| SYU | 21 | (59) | (15.54) | (82) | (21.53) | 1.9 | 9% |
| Mobile Bay | 20 | 24 | 6.57 | (21) | (5.77) | 1.3 | 78% |
| Thunderhorse | 16 | (19) | (6.47) | (4) | (1.37) | 1.2 | 3% |
| Total | 98 | 110 | | 55 | | 6.5 | |
| Other EMOP + OBO | 46 | 183 | | (23) | | | |
| Total USP | 144 | 293 | | 33 | | | |

- SYU book losses not representative of the asset's performance
  - Field temporarily idled in June 2015 due to shut-in of third party pipeline that carries SYU products to market. Planned to restart in 2Q 2018

- Mobile Bay as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $1,284M are $4M greater than carrying value of $1,280M
  - Strong stewardship focus with continuous action to improve performance, including cost optimization initiatives

- Thunderhorse losses not representative of the asset's performance
  - Planned 45 day turnaround in 2Q15 and major non-recurring capex in 2015. Asset book positive in Jul., Aug., Sep.

**ExxonMobil**                                     *Proprietary*                                     8

EMC_SEC 10004253
EMC_RAM 00000073

**App. 472**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Canada West - Profitability Study

# Canada West

EMC_SEC 100004254
EMC_RAM 00000074

ExxonMobil

*Proprietary*

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Canada West – June YTD 2015 Profitability

## Major Producing Canada West Fields - June 2015 YTD

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G |
|---|---|---|---|---|---|---|
| Cold Lake | 140 | 290 | 11.45 | 270 | 10.65 | 3.5 |
| Norman Wells | 10 | 24 | 13.34 | 17 | 9.47 | 0.2 |
| Kearl | 110 | (162) | (8.11) | (187) | (9.37) | 18.3 |
| Syncrude | 57 | 12 | 1.17 | (21) | (2.00) | 4.4 |
| Other Minor Fields | 30 | 51 | 9.24 | (16) | (2.91) | n/a |
| Total Canada West | 347 | 216 | | 64 | | |

- Kearl as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $71G are $53G greater than carrying value of $18G

- Syncrude book losses not representative of the asset's performance
  - Mine in planned turnaround during April and May
  - Mine returns to profitable results in July and August

ExxonMobil

*Proprietary*

EMC_SEC 100004255
EMC_RAM 00000075

10

**App. 474**

Supplemental Material

*Proprietary*

ExxonMobil

**App. 475**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004256
EMC_RAM 000000076

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

**ExxonMobil**                    *Proprietary*                    12

EMC_SEC 10004257
EMC_RAM 00000077

**App. 476**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Price Bases

| | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

EMC_SEC 10004258
EMC_RAM 00000078

**App. 477**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# ExxonMobil Upstream Assets – Recoverability

- ExxonMobil has sustained an efficient Upstream capital base over several decades with assets not being carried in excess of their recoverable amount due to well established processes, including
  - Disciplined investment approach
  - Strong stewardship focus on achieving operational excellence which ensures prompt corrective action by management, including cost and volume optimization initiatives
  - Aggressive asset management program, including ad hoc studies of fields at the low end of the profitability seriatim, that has resulted in a long track record of profitable divestments

- Impairments and circumstances triggering impairment have been rare:
  - Significant decrease in market values of an asset group
  - Significant change in the utilization of an asset
  - Adverse legal factors
  - Significant construction cost overruns
  - History of operating and cash flow losses with similar forecasts for the future

- Adhoc studies incorporating the Corporation's price assumptions developed in the annual planning and budgeting process are used to support asset recoverability

**ExxonMobil**

*Proprietary*

14

EMC_SEC 100004259
EMC_RAM 00000079

**App. 478**

# Exhibit 5

Industry  →  93X Extractive Activities  →  932 Extractive Activities—Oil and Gas  →  10 Overall  ⤵

# S99 SEC Materials

## Securities and Exchange Commission (SEC)

ⓘ **General Note:**As more fully described in *About the Codification*, the Codification includes selected SEC and SEC Staff content for reference by public companies. The Codification does not replace or affect how the SEC or SEC Staff issues or updates SEC content. SEC Staff content does not constitute Commission-approved rules or interpretations of the SEC.

# General

## > SEC Rules, Regulations, and Interpretations

· > Regulation S-X

· · > Regulation S-X Rule 4-10, Financial Accounting and Reporting for Oil and Gas Producing Activities Pursuant to the Federal Securities Laws and the Energy Policy and Conservation Act of 1975

**932-10-S99-1**   The following is the text of Regulation S-X Rule 4-10, Financial Accounting and Reporting for Oil and Gas Producing Activities Pursuant to the Federal Securities Laws and the Energy Policy and Conservation Act of 1975 (17 CFR 210.4-10).

> This section prescribes financial accounting and reporting standards for registrants with the Commission engaged in oil and gas producing activities in filings under the Federal securities laws and for the preparation of accounts by persons engaged, in whole or in part, in the production of crude oil or natural gas in the United States, pursuant to section 503 of the Energy Policy and Conservation Act of 1975 (42 U.S.C. 6383) (EPCA) and section 11(c) of the Energy Supply and Environmental Coordination Act of 1974 (15 U.S.C. 796) (ESECA), as amended by section 505 of EPCA. The application of this section to those oil and gas producing operations of companies regulated for ratemaking purposes on an individual-company-cost-of-service basis may, however, give appropriate recognition to differences arising because of the effect of the ratemaking process.

> Exemption. Any person exempted by the Department of Energy from any record-keeping or reporting requirements pursuant to section 11(c) of ESECA, as amended, is similarly exempted from the related provisions of this section in the preparation of accounts pursuant to EPCA. This exemption does not affect the applicability of this section to filings pursuant to the Federal securities laws.

> DEFINITIONS

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(a) Definitions. The following definitions apply to the terms listed below as they are used in this section:

(1) *Acquisition of properties*. Costs incurred to purchase, lease or otherwise acquire a property, including costs of lease bonuses and options to purchase or lease properties, the portion of costs applicable to minerals when land including mineral rights is purchased in fee, brokers' fees, recording fees, legal costs, and other costs incurred in acquiring properties.

(2) *Analogous reservoir*. Analogous reservoirs, as used in resources assessments, have similar rock and fluid properties, reservoir conditions (depth, temperature, and pressure) and drive mechanisms, but are typically at a more advanced stage of development than the reservoir of interest and thus may provide concepts to assist in the interpretation of more limited data and estimation of recovery. When used to support proved reserves, an "analogous reservoir" refers to a reservoir that shares the following characteristics with the reservoir of interest:

(i) Same geological formation (but not necessarily in pressure communication with the reservoir of interest);

(ii) Same environment of deposition;

(iii) Similar geological structure; and

(iv) Same drive mechanism.

*Instruction to paragraph (a)(2)*: Reservoir properties must, in the aggregate, be no more favorable in the analog than in the reservoir of interest.

(3) *Bitumen*. Bitumen, sometimes referred to as natural bitumen, is petroleum in a solid or semi-solid state in natural deposits with a viscosity greater than 10,000 centipoise measured at original temperature in the deposit and atmospheric pressure, on a gas free basis. In its natural state it usually contains sulfur, metals, and other non-hydrocarbons.

(4) *Condensate*. Condensate is a mixture of hydrocarbons that exists in the gaseous phase at original reservoir temperature and pressure, but that, when produced, is in the liquid phase at surface pressure and temperature.

(5) *Deterministic estimate*. The method of estimating reserves or resources is called deterministic when a single value for each parameter (from the geoscience, engineering, or economic data) in the reserves calculation is used in the reserves estimation procedure.

(6) *Developed oil and gas reserves*. Developed oil and gas reserves are reserves of any category that can be expected to be recovered:

(i) Through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well; and

(ii) Through installed extraction equipment and infrastructure operational at the time of the reserves estimate if the extraction is by means not involving a well.

(7) *Development costs*. Costs incurred to obtain access to proved reserves and to provide facilities for extracting, treating, gathering and storing the oil and gas. More specifically, development costs, including depreciation and applicable operating costs of support equipment and facilities and other costs of development activities, are costs incurred to:

(i) Gain access to and prepare well locations for drilling, including surveying well locations for the purpose of determining specific development drilling sites, clearing ground,

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

draining, road building, and relocating public roads, gas lines, and power lines, to the extent necessary in developing the proved reserves.

(ii) Drill and equip development wells, development-type stratigraphic test wells, and service wells, including the costs of platforms and of well equipment such as casing, tubing, pumping equipment, and the wellhead assembly.

(iii) Acquire, construct, and install production facilities such as lease flow lines, separators, treaters, heaters, manifolds, measuring devices, and production storage tanks, natural gas cycling and processing plants, and central utility and waste disposal systems.

(iv) Provide improved recovery systems.

(8) *Development project.* A development project is the means by which petroleum resources are brought to the status of economically producible. As examples, the development of a single reservoir or field, an incremental development in a producing field, or the integrated development of a group of several fields and associated facilities with a common ownership may constitute a development project.

(9) *Development well.* A well drilled within the proved area of an oil or gas reservoir to the depth of a stratigraphic horizon known to be productive.

(10) *Economically producible.* The term economically producible, as it relates to a resource, means a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation. The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities as defined in paragraph (a) (16) of this section.

(11) *Estimated ultimate recovery (EUR).* Estimated ultimate recovery is the sum of reserves remaining as of a given date and cumulative production as of that date.

(12) *Exploration costs*. Costs incurred in identifying areas that may warrant examination and in examining specific areas that are considered to have prospects of containing oil and gas reserves, including costs of drilling exploratory wells and exploratory-type stratigraphic test wells. Exploration costs may be incurred both before acquiring the related property (sometimes referred to in part as prospecting costs) and after acquiring the property. Principal types of exploration costs, which include depreciation and applicable operating costs of support equipment and facilities and other costs of exploration activities, are:

(i) Costs of topographical, geographical and geophysical studies, rights of access to properties to conduct those studies, and salaries and other expenses of geologists, geophysical crews, and others conducting those studies. Collectively, these are sometimes referred to as geological and geophysical or G&G costs.

(ii) Costs of carrying and retaining undeveloped properties, such as delay rentals, ad valorem taxes on properties, legal costs for title defense, and the maintenance of land and lease records.

(iii) Dry hole contributions and bottom hole contributions.

(iv) Costs of drilling and equipping exploratory wells.

(v) Costs of drilling exploratory-type stratigraphic test wells.

(13) *Exploratory well.* An exploratory well is a well drilled to find a new field or to find a new reservoir in a field previously found to be productive of oil or gas in another reservoir.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Generally, an exploratory well is any well that is not a development well, an extension well, a service well, or a stratigraphic test well as those items are defined in this section.

(14) *Extension well*. An extension well is a well drilled to extend the limits of a known reservoir.

(15) *Field*. An area consisting of a single reservoir or multiple reservoirs all grouped on or related to the same individual geological structural feature and/or stratigraphic condition. There may be two or more reservoirs in a field that are separated vertically by intervening impervious, strata, or laterally by local geologic barriers, or by both. Reservoirs that are associated by being in overlapping or adjacent fields may be treated as a single or common operational field. The geological terms structural feature and stratigraphic condition are intended to identify localized geological features as opposed to the broader terms of basins, trends, provinces, plays, areas-of-interest, etc.

(16) *Oil and gas producing activities*.

(i) Oil and gas producing activities include:

(A) The search for crude oil, including condensate and natural gas liquids, or natural gas ("oil and gas") in their natural states and original locations;

(B) The acquisition of property rights or properties for the purpose of further exploration or for the purpose of removing the oil or gas from such properties;

(C) The construction, drilling, and production activities necessary to retrieve oil and gas from their natural reservoirs, including the acquisition, construction, installation, and maintenance of field gathering and storage systems, such as:

*( 1 )* Lifting the oil and gas to the surface; and

*( 2 )* Gathering, treating, and field processing (as in the case of processing gas to extract liquid hydrocarbons); and

(D) Extraction of saleable hydrocarbons, in the solid, liquid, or gaseous state, from oil sands, shale, coalbeds, or other nonrenewable natural resources which are intended to be upgraded into synthetic oil or gas, and activities undertaken with a view to such extraction.

*Instruction 1 to paragraph (a)(16)(i)*: The oil and gas production function shall be regarded as ending at a "terminal point", which is the outlet valve on the lease or field storage tank. If unusual physical or operational circumstances exist, it may be appropriate to regard the terminal point for the production function as:

a. The first point at which oil, gas, or gas liquids, natural or synthetic, are delivered to a main pipeline, a common carrier, a refinery, or a marine terminal; and

b. In the case of natural resources that are intended to be upgraded into synthetic oil or gas, if those natural resources are delivered to a purchaser prior to upgrading, the first point at which the natural resources are delivered to a main pipeline, a common carrier, a refinery, a marine terminal, or a facility which upgrades such natural resources into synthetic oil or gas.

*Instruction 2 to paragraph (a)(16)(i)*: For purposes of this paragraph (a)(16), the term saleable hydrocarbons means hydrocarbons that are saleable in the state in which the hydrocarbons are delivered.

(ii) Oil and gas producing activities do not include:

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(A) Transporting, refining, or marketing oil and gas;

(B) Processing of produced oil, gas or natural resources that can be upgraded into synthetic oil or gas by a registrant that does not have the legal right to produce or a revenue interest in such production;

(C) Activities relating to the production of natural resources other than oil, gas, or natural resources from which synthetic oil and gas can be extracted; or

(D) Production of geothermal steam.

(17) *Possible reserves*. Possible reserves are those additional reserves that are less certain to be recovered than probable reserves.

(i) When deterministic methods are used, the total quantities ultimately recovered from a project have a low probability of exceeding proved plus probable plus possible reserves. When probabilistic methods are used, there should be at least a 10% probability that the total quantities ultimately recovered will equal or exceed the proved plus probable plus possible reserves estimates.

(ii) Possible reserves may be assigned to areas of a reservoir adjacent to probable reserves where data control and interpretations of available data are progressively less certain. Frequently, this will be in areas where geoscience and engineering data are unable to define clearly the area and vertical limits of commercial production from the reservoir by a defined project.

(iii) Possible reserves also include incremental quantities associated with a greater percentage recovery of the hydrocarbons in place than the recovery quantities assumed for probable reserves.

(iv) The proved plus probable and proved plus probable plus possible reserves estimates must be based on reasonable alternative technical and commercial interpretations within the reservoir or subject project that are clearly documented, including comparisons to results in successful similar projects.

(v) Possible reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from proved areas by faults with displacement less than formation thickness or other geological discontinuities and that have not been penetrated by a wellbore, and the registrant believes that such adjacent portions are in communication with the known (proved) reservoir. Possible reserves may be assigned to areas that are structurally higher or lower than the proved area if these areas are in communication with the proved reservoir.

(vi) Pursuant to paragraph (a)(22)(iii) of this section, where direct observation has defined a highest known oil (HKO) elevation and the potential exists for an associated gas cap, proved oil reserves should be assigned in the structurally higher portions of the reservoir above the HKO only if the higher contact can be established with reasonable certainty through reliable technology. Portions of the reservoir that do not meet this reasonable certainty criterion may be assigned as probable and possible oil or gas based on reservoir fluid properties and pressure gradient interpretations.

(18) *Probable reserves*. Probable reserves are those additional reserves that are less certain to be recovered than proved reserves but which, together with proved reserves, are as likely as not to be recovered.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(i) When deterministic methods are used, it is as likely as not that actual remaining quantities recovered will exceed the sum of estimated proved plus probable reserves. When probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the proved plus probable reserves estimates.

(ii) Probable reserves may be assigned to areas of a reservoir adjacent to proved reserves where data control or interpretations of available data are less certain, even if the interpreted reservoir continuity of structure or productivity does not meet the reasonable certainty criterion. Probable reserves may be assigned to areas that are structurally higher than the proved area if these areas are in communication with the proved reservoir.

(iii) Probable reserves estimates also include potential incremental quantities associated with a greater percentage recovery of the hydrocarbons in place than assumed for proved reserves.

(iv) See also guidelines in paragraphs (a)(17)(iv) and (a)(17)(vi) of this section.

(19) *Probabilistic estimate*. The method of estimation of reserves or resources is called probabilistic when the full range of values that could reasonably occur for each unknown parameter (from the geoscience and engineering data) is used to generate a full range of possible outcomes and their associated probabilities of occurrence.

(20) *Production costs*.

(i) Costs incurred to operate and maintain wells and related equipment and facilities, including depreciation and applicable operating costs of support equipment and facilities and other costs of operating and maintaining those wells and related equipment and facilities. They become part of the cost of oil and gas produced. Examples of production costs (sometimes called lifting costs) are:

(A) Costs of labor to operate the wells and related equipment and facilities.

(B) Repairs and maintenance.

(C) Materials, supplies, and fuel consumed and supplies utilized in operating the wells and related equipment and facilities.

(D) Property taxes and insurance applicable to proved properties and wells and related equipment and facilities.

(E) Severance taxes.

(ii) Some support equipment or facilities may serve two or more oil and gas producing activities and may also serve transportation, refining, and marketing activities. To the extent that the support equipment and facilities are used in oil and gas producing activities, their depreciation and applicable operating costs become exploration, development or production costs, as appropriate. Depreciation, depletion, and amortization of capitalized acquisition, exploration, and development costs are not production costs but also become part of the cost of oil and gas produced along with production (lifting) costs identified above.

(21) *Proved area*. The part of a property to which proved reserves have been specifically attributed.

(22) *Proved oil and gas reserves*. Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible-from a given date forward, from known reservoirs, and

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

under existing economic conditions, operating methods, and government regulations-prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain, regardless of whether deterministic or probabilistic methods are used for the estimation. The project to extract the hydrocarbons must have commenced or the operator must be reasonably certain that it will commence the project within a reasonable time.

(i) The area of the reservoir considered as proved includes:

(A) The area identified by drilling and limited by fluid contacts, if any, and

(B) Adjacent undrilled portions of the reservoir that can, with reasonable certainty, be judged to be continuous with it and to contain economically producible oil or gas on the basis of available geoscience and engineering data.

(ii) In the absence of data on fluid contacts, proved quantities in a reservoir are limited by the lowest known hydrocarbons (LKH) as seen in a well penetration unless geoscience, engineering, or performance data and reliable technology establishes a lower contact with reasonable certainty.

(iii) Where direct observation from well penetrations has defined a highest known oil (HKO) elevation and the potential exists for an associated gas cap, proved oil reserves may be assigned in the structurally higher portions of the reservoir only if geoscience, engineering, or performance data and reliable technology establish the higher contact with reasonable certainty.

(iv) Reserves which can be produced economically through application of improved recovery techniques (including, but not limited to, fluid injection) are included in the proved classification when:

(A) Successful testing by a pilot project in an area of the reservoir with properties no more favorable than in the reservoir as a whole, the operation of an installed program in the reservoir or an analogous reservoir, or other evidence using reliable technology establishes the reasonable certainty of the engineering analysis on which the project or program was based; and

(B) The project has been approved for development by all necessary parties and entities, including governmental entities.

(v) Existing economic conditions include prices and costs at which economic producibility from a reservoir is to be determined. The price shall be the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions.

(23) *Proved properties*. Properties with proved reserves.

(24) *Reasonable certainty*. If deterministic methods are used, reasonable certainty means a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate. A high degree of confidence exists if the quantity is much more likely to be achieved than not, and, as changes due to increased availability of geoscience (geological, geophysical, and geochemical), engineering, and economic data are made to estimated ultimate recovery (EUR) with time, reasonably certain EUR is much more likely to increase or remain constant than to decrease.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(25) *Reliable technology*. Reliable technology is a grouping of one or more technologies (including computational methods) that has been field tested and has been demonstrated to provide reasonably certain results with consistency and repeatability in the formation being evaluated or in an analogous formation.

(26) *Reserves*. Reserves are estimated remaining quantities of oil and gas and related substances anticipated to be economically producible, as of a given date, by application of development projects to known accumulations. In addition, there must exist, or there must be a reasonable expectation that there will exist, the legal right to produce or a revenue interest in the production, installed means of delivering oil and gas or related substances to market, and all permits and financing required to implement the project.

*Note to paragraph (a)(26)*: Reserves should not be assigned to adjacent reservoirs isolated by major, potentially sealing, faults until those reservoirs are penetrated and evaluated as economically producible. Reserves should not be assigned to areas that are clearly separated from a known accumulation by a non-productive reservoir ( *i.e. ,* absence of reservoir, structurally low reservoir, or negative test results). Such areas may contain prospective resources ( *i.e. ,* potentially recoverable resources from undiscovered accumulations).

(27) *Reservoir*. A porous and permeable underground formation containing a natural accumulation of producible oil and/or gas that is confined by impermeable rock or water barriers and is individual and separate from other reservoirs.

(28) *Resources*. Resources are quantities of oil and gas estimated to exist in naturally occurring accumulations. A portion of the resources may be estimated to be recoverable, and another portion may be considered to be unrecoverable. Resources include both discovered and undiscovered accumulations.

(29) *Service well*. A well drilled or completed for the purpose of supporting production in an existing field. Specific purposes of service wells include gas injection, water injection, steam injection, air injection, salt-water disposal, water supply for injection, observation, or injection for in-situ combustion.

(30) *Stratigraphic test well*. A stratigraphic test well is a drilling effort, geologically directed, to obtain information pertaining to a specific geologic condition. Such wells customarily are drilled without the intent of being completed for hydrocarbon production. The classification also includes tests identified as core tests and all types of expendable holes related to hydrocarbon exploration. Stratigraphic tests are classified as "exploratory type" if not drilled in a known area or "development type" if drilled in a known area.

(31) *Undeveloped oil and gas reserves* . Undeveloped oil and gas reserves are reserves of any category that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.

(i) Reserves on undrilled acreage shall be limited to those directly offsetting development spacing areas that are reasonably certain of production when drilled, unless evidence using reliable technology exists that establishes reasonable certainty of economic producibility at greater distances.

(ii) Undrilled locations can be classified as having undeveloped reserves only if a development plan has been adopted indicating that they are scheduled to be drilled within five years, unless the specific circumstances, justify a longer time.

(iii) Under no circumstances shall estimates for undeveloped reserves be attributable to any acreage for which an application of fluid injection or other improved recovery technique is contemplated, unless such techniques have been proved effective by actual

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

projects in the same reservoir or an analogous reservoir, as defined in paragraph (a)(2) of this section, or by other evidence using reliable technology establishing reasonable certainty.

(32) *Unproved properties.* Properties with no proved reserves.

SUCCESSFUL EFFORTS METHOD

(b) A reporting entity that follows the successful efforts method shall comply with the accounting and financial reporting disclosure requirements of FASB ASC Topic 932, *Extractive Activities—Oil and Gas*.

FULL COST METHOD

(c) Application of the full cost method of accounting. A reporting entity that follows the full cost method shall apply that method to all of its operations and to the operations of its subsidiaries, as follows:

(1) Determination of cost centers. Cost centers shall be established on a country-by-country basis.

(2) Costs to be capitalized. All costs associated with property acquisition, exploration, and development activities (as defined in paragraph (a) of this section) shall be capitalized within the appropriate cost center. Any internal costs that are capitalized shall be limited to those costs that can be directly identified with acquisition, exploration, and development activities undertaken by the reporting entity for its own account, and shall not include any costs related to production, general corporate overhead, or similar activities.

(3) Amortization of capitalized costs. Capitalized costs within a cost center shall be amortized on the unit-of-production basis using proved oil and gas reserves, as follows:

(i) Costs to be amortized shall include

(A) all capitalized costs, less accumulated amortization, other than the cost of properties described in paragraph (ii) below;

(B) the estimated future expenditures (based on current costs) to be incurred in developing proved reserves; and

(C) estimated dismantlement and abandonment costs, net of estimated salvage values.

(ii) The cost of investments in unproved properties and major development projects may be excluded from capitalized costs to be amortized, subject to the following:

(A) All costs directly associated with the acquisition and evaluation of unproved properties may be excluded from the amortization computation until it is determined whether or not proved reserves can be assigned to the properties, subject to the following conditions:

*(1)* Until such a determination is made, the properties shall be assessed at least annually to ascertain whether impairment has occurred. Unevaluated properties whose costs are individually significant shall be assessed individually. Where it is not practicable to individually assess the amount of impairment of properties for which costs are not individually significant, such properties may be grouped for purposes of assessing impairment. Impairment may be estimated by applying factors based on historical experience and other data such as primary lease terms of the properties, average holding periods of unproved properties, and geographic and geologic data to groupings of individually insignificant properties

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

and projects. The amount of impairment assessed under either of these methods shall be added to the costs to be amortized.

*(2)* The costs of drilling exploratory dry holes shall be included in the amortization base immediately upon determination that the well is dry.

*(3)* If geological and geophysical costs cannot be directly associated with specific unevaluated properties, they shall be included in the amortization base as incurred. Upon complete evaluation of a property, the total remaining excluded cost (net of any impairment) shall be included in the full cost amortization base.

(B) Certain costs may be excluded from amortization when incurred in connection with major development projects expected to entail significant costs to ascertain the quantities of proved reserves attributable to the properties under development (e. g., the installation of an offshore drilling platform from which development wells are to be drilled, the installation of improved recovery programs, and similar major projects undertaken in the expectation of significant additions to proved reserves). The amounts which may be excluded are applicable portions of *(1)* the costs that relate to the major development project and have not previously been included in the amortization base, and *(2)* the estimated future expenditures associated with the development project. The excluded portion of any common costs associated with the development project should be based, as is most appropriate in the circumstances, on a comparison of either *(i)* existing proved reserves to total proved reserves expected to be established upon completion of the project, or *(ii)* the number of wells to which proved reserves have been assigned and total number of wells expected to be drilled. Such costs may be excluded from costs to be amortized until the earlier determination of whether additional reserves are proved or impairment occurs.

(C) Excluded costs and the proved reserves related to such costs shall be transferred into the amortization base on an ongoing (well-by-well or property-by-property) basis as the project is evaluated and proved reserves established or impairment determined. Once proved reserves are established, there is no further justification for continued exclusion from the full cost amortization base even if other factors prevent immediate production or marketing.

(iii) Amortization shall be computed on the basis of physical units, with oil and gas converted to a common unit of measure on the basis of their approximate relative energy content, unless economic circumstances (related to the effects of regulated prices) indicate that use of units of revenue is a more appropriate basis of computing amortization. In the latter case, amortization shall be computed on the basis of current gross revenues (excluding royalty payments and net profits disbursements) from production in relation to future gross revenues, based on current prices (including consideration of changes in existing prices provided only by contractual arrangements), from estimated production of proved oil and gas reserves. The effect of a significant price increase during the year on estimated future gross revenues shall be reflected in the amortization provision only for the period after the price increase occurs.

(iv) In some cases it may be more appropriate to depreciate natural gas cycling and processing plants by a method other than the unit-of-production method.

(v) Amortization computations shall be made on a consolidated basis, including investees accounted for on a proportionate consolidation basis. Investees accounted for on the equity method shall be treated separately.

(4) Limitation on capitalized costs.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(i) For each cost center, capitalized costs, less accumulated amortization and related deferred income taxes, shall not exceed an amount (the cost center ceiling) equal to the sum of:

(A) The present value of estimated future net revenues computed by applying current prices of oil and gas reserves (with consideration of price changes only to the extent provided by contractual arrangements) to estimated future production of proved oil and gas reserves as of the date of the latest balance sheet presented, less estimated future expenditures (based on current costs) to be incurred in developing and producing the proved reserves computed using a discount factor of ten percent and assuming continuation of existing economic conditions; plus

(B) the cost of properties not being amortized pursuant to paragraph (i)(3)(ii) of this section; plus

(C) the lower of cost or estimated fair value of unproven properties included in the costs being amortized; less

(D) income tax effects related to differences between the book and tax basis of the properties referred to in paragraphs (i)(4)(i) (B) and (C) of this section.

(ii) If unamortized costs capitalized within a cost center, less related deferred income taxes, exceed the cost center ceiling, the excess shall be charged to expense and separately disclosed during the period in which the excess occurs. Amounts thus required to be written off shall not be reinstated for any subsequent increase in the cost center ceiling.

(5) Production costs. All costs relating to production activities, including workover costs incurred solely to maintain or increase levels of production from an existing completion interval, shall be charged to expense as incurred.

(6) Other transactions. The provisions of paragraph (h) of this section, "Mineral property conveyances and related transactions if the successful efforts method of accounting is followed," shall apply also to those reporting entities following the full cost method except as follows:

(i) Sales and abandonments of oil and gas properties. Sales of oil and gas properties, whether or not being amortized currently, shall be accounted for as adjustments of capitalized costs, with no gain or loss recognized, unless such adjustments would significantly alter the relationship between capitalized costs and proved reserves of oil and gas attributable to a cost center. For instance, a significant alteration would not ordinarily be expected to occur for sales involving less than 25 percent of the reserve quantities of a given cost center. If gain or loss is recognized on such a sale, total capitalization costs within the cost center shall be allocated between the reserves sold and reserves retained on the same basis used to compute amortization, unless there are substantial economic differences between the properties sold and those retained, in which case capitalized costs shall be allocated on the basis of the relative fair values of the properties. Abandonments of oil and gas properties shall be accounted for as adjustments of capitalized costs; that is, the cost of abandoned properties shall be charged to the full cost center and amortized (subject to the limitation on capitalized costs in paragraph (b) of this section).

(ii) Purchases of reserves. Purchases of oil and gas reserves in place ordinarily shall be accounted for as additional capitalized costs within the applicable cost center; however, significant purchases of production payments or properties with lives substantially shorter than the composite productive life of the cost center shall be accounted for separately.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

(iii) Partnerships, joint ventures and drilling arrangements.

(A) Except as provided in paragraph (i)(6)(i) of this section, all consideration received from sales or transfers of properties in connection with partnerships, joint venture operations, or various other forms of drilling arrangements involving oil and gas exploration and development activities (e. g., carried interest, turnkey wells, management fees, etc.) shall be credited to the full cost account, except to the extent of amounts that represent reimbursement of organization, offering, general and administrative expenses, etc., that are identifiable with the transaction, if such amounts are currently incurred and charged to expense.

(B) Where a registrant organizes and manages a limited partnership involved only in the purchase of proved developed properties and subsequent distribution of income from such properties, management fee income may be recognized provided the properties involved do not require aggregate development expenditures in connection with production of existing proved reserves in excess of 10% of the partnership's recorded cost of such properties. Any income not recognized as a result of this limitation would be credited to the full cost account and recognized through a lower amortization provision as reserves are produced.

(iv) Other services. No income shall be recognized in connection with contractual services performed (e. g. drilling, well service, or equipment supply services, etc.) in connection with properties in which the registrant or an affiliate (as defined in § 210.1-02(b)) holds an ownership or other economic interest, except as follows:

(A) Where the registrant acquires an interest in the properties in connection with the service contract, income may be recognized to the extent the cash consideration received exceeds the related contract costs plus the registrant's share of costs incurred and estimated to be incurred in connection with the properties. Ownership interests acquired within one year of the date of such a contract are considered to be acquired in connection with the service for purposes of applying this rule. The amount of any guarantees or similar arrangements undertaken as part of this contract should be considered as part of the costs related to the properties for purposes of applying this rule.

(B) Where the registrant acquired an interest in the properties at least one year before the date of the service contract through transactions unrelated to the service contract, and that interest is unaffected by the service contract, income from such contract may be recognized subject to the general provisions for elimination of intercompany profit under generally accepted accounting principles.

(C) Notwithstanding the provisions of paragraphs (i)(6)(iv) (A) and (B) of this section, no income may be recognized for contractual services performed on behalf of investors in oil and gas producing activities managed by the registrant or an affiliate. Furthermore, no income may be recognized for contractual services to the extent that the consideration received for such services represents an interest in the underlying property.

(D) Any income not recognized as a result of these rules would be credited to the full cost account and recognized through a lower amortization provision as reserves are produced.

(7) Disclosures. Reporting entities that follow the full cost method of accounting shall disclose all of the information required by paragraph (k) of this section, with each cost center

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

considered as a separate geographic area, except that reasonable groupings may be made of cost centers that are not significant in the aggregate. In addition:

(i) For each cost center for each year that a statement of comprehensive income is required, disclose the total amount of amortization expense (per equivalent physical unit of production if amortization is computed on the basis of physical units or per dollar of gross revenue from production if amortization is computed on the basis of gross revenue).

(ii) State separately on the face of the balance sheet the aggregate of the capitalized costs of unproved properties and major development projects that are excluded, in accordance with paragraph (i)(3) of this section, from the capitalized costs being amortized. Provide a description in the notes to the financial statements of the current status of the significant properties or projects involved, including the anticipated timing of the inclusion of the costs in the amortization computation. Present a table that shows, by category of cost,

(A) the total costs excluded as of the most recent fiscal year; and

(B) the amounts of such excluded costs, incurred *(1)* in each of the three most recent fiscal years and *(2)* in the aggregate for any earlier fiscal years in which the costs were incurred. Categories of cost to be disclosed include acquisition costs, exploration costs, development costs in the case of significant development projects and capitalized interest.

(8) For purposes of this paragraph (c), the term "current price" shall mean the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions.

INCOME TAXES

(d) Income taxes. Comprehensive interperiod income tax allocation by a method which complies with generally accepted accounting principles shall be followed for intangible drilling and development costs and other costs incurred that enter into the determination of taxable income and pretax accounting income in different periods.

[43 FR 60405, Dec. 27, 1978, as amended at 43 FR 60417, Dec. 27, 1978; 44 FR 57036, 57038, Oct. 9, 1979; 45 FR 27749, Apr. 24, 1980. Redesignated and amended at 45 FR 63669, Sept. 25, 1980; 47 FR 57913, Dec. 29, 1982; 48 FR 44200, Sept. 28, 1983; 49 FR 18473, May 1, 1984; 57 FR 45293, Oct. 1, 1992; 61 FR 30401, June 14, 1996; 74 FR 2190, Jan. 14, 2009, 76 FR 50119, Aug. 12, 2011; 83 FR 50200, Oct. 4, 2018]

# > SEC Staff Guidance

## · > Staff Accounting Bulletins

### · · > SAB Topic 2.D, Financial Statements of Oil and Gas Exchange Offers

**932-10-S99-2**    The following is the text of SAB Topic 2.D, Financial Statements of Oil and Gas Exchange Offers.

Facts: The oil and gas industry has experienced periods of time where there have been a significant number of "exchange offers" (also referred to as "roll-ups" or "put-togethers") to form a publicly held company, take an existing private company public, or increase the size of an existing publicly held company. An exchange offer transaction involves a swap of shares in a corporation for interests in properties, typically limited partnership interests. Such interests could include direct

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

interests such as working interests and royalties related to developed or undeveloped properties and indirect interests such as limited partnership interests or shares of existing oil and gas companies. Generally, such transactions are structured to be tax-free to the individual or entity trading the property interest for shares of the corporation. Under certain circumstances, however, part or all of the transaction may be taxable. For purposes of the discussion in this Topic, in each of these situations, the entity(ies) or property(ies) are deemed to constitute a business.

One financial reporting issue in exchange transactions involves deciding which prior financial results of the entities should be reported.

Question 1: In Form 10-K filings with the Commission, the staff has permitted limited partnerships to omit certain of the oil and gas reserve value information and the supplemental summary of oil and gas activities disclosures required by FASB ASC Subtopic 932-235 , Extractive Activities—Oil and Gas—Notes to Financial Statements, in some circumstances. Is it permissible to omit these disclosures from the financial statements included in an exchange offering?

Interpretive Response: No. Normally full disclosures of reserve data and related information are required. The exemptions previously allowed relate only to partnerships where value-oriented data are otherwise available to the limited partners pursuant to the partnership agreement. The staff has previously stated that it will require all of the required disclosures for partnerships which are the subject of exchange offers. [FN2] These disclosures may, however, be presented on a combined basis if the entities are under common control.

> FN2 See SAB 40, Topic 12.A.3.c.

The staff believes that the financial statements in an exchange offer registration statement should provide sufficient historical reserve quantity and value-based disclosures to enable offerees and secondary market public investors to evaluate the effect of the exchange proposal. Accordingly, in all cases, it will be necessary to present information as of the latest year-end on reserve quantities and the future net revenues associated with such quantities. In certain circumstances, where the exchange is accounted for using the acquisition method of accounting, the staff will consider, on a case-by-case basis, granting exemptions from (i) the disclosure requirements for year-to-year reconciliations of reserve quantities, and (ii) the requirements for a summary of oil and gas producing activities and a summary of changes in the net present value of reserves. For instance, the staff may consider requests for exemptions in cases where the properties acquired in the exchange transaction are fully explored and developed, particularly if the management of the emerging company has not been involved in the exploration and development of such properties.

Question 2: If the exchange company will use the full cost method of accounting, does the full cost ceiling limitation apply as of the date of the financial statements reflecting the exchange?

Interpretive Response: Yes. The full cost ceiling limitation on costs capitalized does apply. However, as discussed under Topic 12.D.3 (Subtopic 932-360 ), the Commission has stated that in unusual circumstances, registrants may request an exemption if as a result of a major purchase, a write-down would be required even though it can be demonstrated that the fair value of the properties clearly exceeds the unamortized costs.

Question 3: How should "common control accounting" be applied to the specific assets and liabilities of the new exchange company?

Interpretive Response: Consistent with SAB Topic 12.C.2 (Subtopic 932-10 ), under "common control accounting" the various accounting methods followed by the offeree entities should be conformed to the methods adopted by the new exchange company. It is not appropriate to combine assets and liabilities accounted for on different bases. Accordingly, all of the oil and gas properties of the new entity must be accounted for on the same basis (either full cost or successful efforts) applied retroactively.

Question 4: What pro forma financial information is required in an exchange offering?

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Interpretive Response: The requirements for pro forma financial information in exchange offer filings are the same as in any other filings with the Commission and are detailed in Article 11 of Regulation S-X. [FN3] Rule 11-02(b) specifies the presentation requirements, including periods presented and types of adjustments to be made. The general criteria of Rule 11-02(b)(6) are that pro forma adjustments should give effect to events that are (i) directly attributable to the transaction, (ii) expected to have a continuing impact on the registrant, and (iii) factually supportable. In the case of an exchange offer, such adjustments typically are made to:

(1) Show varying levels of acceptance of the offer.

(2) Conform the accounting methods used in the historical financial statements to those to be applied by the new entity.

(3) Recompute the depreciation, depletion and amortization charges, in cases where the new entity will use full-cost accounting, on a combined basis. If this computation is not practicable, and the exchange offer is accounted for as a transaction among entities under common control, historical depreciation, depletion and amortization provisions may be aggregated, with appropriate disclosure.

(4) Reflect the acquisition in the pro forma statements where the exchange offer is accounted for using the acquisition method of accounting, including depreciation, depletion and amortization based on the measurement guidance in FASB ASC Topic 805, Business Combinations.

(5) Provide pro forma reserve information comparable to the disclosures required by FASB ASC paragraphs 932-235-50-3 through 932-235-50-11B and FASB ASC paragraphs 932-235-50-29 through 50-36.

(6) Reflect significant changes, if any, in levels of operations (revenues or costs), or in income tax status and to reflect debt incurred in connection with the transaction.

In addition, the depreciation, depletion and amortization rate which will apply for the initial period subsequent to consummation of the exchange offer should be disclosed.

FN3 As announced in Financial Reporting Release No. 2 (July 9, 1982).

Question 5: Are there conditions under which the presentation of other than full historical financial statements would be acceptable?

Interpretive Response: Generally, full historical financial statements as specified in Rules 3-01 and 3-02 of Regulation S-X are considered necessary to enable offerees and secondary market investors to evaluate the transaction. Where securities are being registered to offer to the security holders (including limited partners and other ownership interests) of the businesses to be acquired, such financial statements are normally required pursuant to Rule 3-05 of Regulation S-X, either individually for each entity or, where appropriate, separately for the offeror and on a combined basis for other entities, generally excluding corporations. However, certain exceptions may apply as explained in the outline below:

A. Acquisition Method Accounting.

1. If the registrant can demonstrate that full historical financial statements of the offeree partnerships are not reasonably available, the staff may permit presentation of audited Statements of Combined Gross Revenues and Direct Lease Operating Expenses for all years for which an income statement would otherwise be required. In these circumstances, the registrant should also disclose in an unaudited footnote the amounts of total exploration and development costs, and general and administrative expenses along with the reasons why presentation of full historical financial statements is not practicable.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

2.The staff will consider requests to waive the requirement for prior year financial statements of the offeree partnerships and instead allow presentation of only the latest fiscal year and interim period, if the registrant can demonstrate that the prior years' data would not be meaningful because the offeree partnerships had no material quantity of production.

B. Common Control Accounting.

The staff would expect the full historical financial statements as specified in Rules 3-01 and 3-02 of Regulation S-X would be included in the registration statement for exchange offers accounted for as reorganizations, including all required supplemental reserve information. The presentation of individual or combined financial statements would depend on the circumstances of the particular exchange offer.

Registrants are also reminded that wherever historical results are presented, it may be appropriate to explain the reasons why historical costs are not necessarily indicative of future expenditures.

· · > SAB Topic 12.C, Methods of Accounting by Oil and Gas Producers

**932-10-S99-3**    The following is the text of SAB Topic 12.C, Methods of Accounting by Oil and Gas Producers.

Facts: In ASR 300, the Commission announced that it would allow registrants to change methods of accounting for oil and gas producing activities so long as such changes were in accordance with GAAP. Accordingly, the Commission stated that changes from the full cost method to the successful efforts method would not require a preferability letter because of the position expressed in Statement 25 that successful efforts is considered preferable by the FASB for accounting changes. Changes to full cost, however, would require justification by the company making the change and filing of a preferability letter from the company's independent accountants.

1. First-time Registrants

Question: How does this policy apply to a nonpublic company which changes its accounting method in connection with a forthcoming public offering or initial registration under either the 1933 Act or 1934 Act?

Interpretive Response: The Commission's policy that first time registrants may change their previous accounting methods without filing a preferability letter is applicable. Therefore, such a company may change to the full cost method without filing a preferability letter.

2. Consistent Use of Accounting Methods Within a Consolidated Entity

Facts: Rule 4-10(c) of Regulation S-X states that "a reporting entity that follows the full cost method shall apply that method to all of its operations and to the operations of its subsidiaries."

Question 1: If a parent company uses the successful efforts method of accounting for oil and gas producing activities, may a subsidiary of the parent use the full cost method?

Interpretive Response: No. The use of different methods of accounting in the consolidated financial statements by a parent company and its subsidiary would be inconsistent with the full cost requirement that a parent and its subsidiaries all use the same method of accounting.

The staff's general policy is that an enterprise should account for all its like operations in the same manner. However, Rule 4-10 of Regulation S-X provides that oil and gas companies with cost-of-service oil and gas properties may give effect to any differences resulting from the ratemaking process, including regulatory requirements that a certain accounting method be used for the cost-of-service properties.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Question 2: Must the method of accounting (full cost or successful efforts) followed by a registrant for its oil and gas producing activities also be followed by any fifty percent or less owned companies in which the registrant carries its investment on the equity method (equity investees)?

Interpretive Response: No. Conformity of accounting methods between a registrant and its equity investees, although desirable, may not be practicable and thus is not required. However, if a registrant proportionately consolidates its equity investees, it will be necessary to present them all on the same basis of accounting.

· · > SAB Topic 12.E, Financial Statements of Royalty Trusts

**932-10-S99-4**    The following is the text of of SAB Topic 12.E, Financial Statements of Royalty Trusts.

Facts: Several oil and gas exploration and production companies have created "royalty trusts." Typically, the creating company conveys a net profits interest in certain of its oil and gas properties to the newly created trust and then distributes units in the trust to its shareholders. The trust is a passive entity which is prohibited from entering into or engaging in any business or commercial activity of any kind and from acquiring any oil and gas lease, royalty or other mineral interest. The function of the trust is to serve as an agent to distribute the income from the net profits interest. The amount to be periodically distributed to the unitholders is defined in the trust agreement and is typically determined based on the cash received from the net profits interest less expenses of the trustee. Royalty trusts have typically reported their earnings on the basis of cash distributions to unitholders. The net profits interest paid to the trust for any month is based on production from a preceding month; therefore, the method of accounting followed by the trust for the net profits interest income is different from the creating company's method of accounting for the related revenue.

Question: Will the staff accept a statement of distributable income which reflects the amounts to be distributed for the period in question under the terms of the trust agreement in lieu of a statement of income prepared under GAAP?

Interpretive Response: Yes. Although financial statements filed with the Commission are normally required to be prepared in accordance with GAAP, the Commission's rules provide that other presentations may be acceptable in unusual situations. Since the operations of a royalty trust are limited to the distribution of income from the net profits interests contributed to it, the staff believes that the item of primary importance to the reader of the financial statements of the royalty trust is the amount of the cash distributions to the unitholders for the period reported. Should there be any change in the nature of the trust's operations due to revisions in the tax laws or other factors, the staff's interpretation would be reexamined.

A note to the financial statements should disclose the method used in determining distributable income and should also describe how distributable income as reported differs from income determined on the basis of GAAP.

**932-10-S99-5**    Paragraph superseded by Accounting Standards Update No. 2016-11.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

# Exhibit 6

Assets  →  360 Property, Plant, and Equipment  →  10 Overall  ⤵

# 35 Subsequent Measurement

> ⓘ **General Note:** The Subsequent Measurement Section provides guidance on an entity's subsequent measurement and subsequent recognition of an item. Situations that may result in subsequent changes to carrying amount include impairment, credit losses, fair value adjustments, depreciation and amortization, and so forth.

## General

**360-10-35-1**    This Subsection addresses depreciation of property, plant, and equipment and the post acquisition accounting for an interest in the residual value of a leased asset.

## > Depreciation

**360-10-35-2**    This guidance addresses the concept of depreciation accounting and the various factors to consider in selecting the related periods and methods to be used in such accounting.

**360-10-35-3**    Depreciation expense in financial statements for an asset shall be determined based on the asset's useful life.

**360-10-35-4**    The cost of a productive facility is one of the costs of the services it renders during its useful economic life. Generally accepted accounting principles (GAAP) require that this cost be spread over the expected useful life of the facility in such a way as to allocate it as equitably as possible to the periods during which services are obtained from the use of the facility. This procedure is known as depreciation accounting, a system of accounting which aims to distribute the cost or other basic value of tangible capital assets, less salvage (if any), over the estimated useful life of the unit (which may be a group of assets) in a systematic and rational manner. It is a process of allocation, not of valuation.

**360-10-35-5**    See paragraph 360-10-35-20 for a discussion of depreciation of a new cost basis after recognition of an impairment loss.

**360-10-35-6**    See paragraph 360-10-35-43 for a discussion of cessation of depreciation on long-lived assets classified as held for sale.

## · > Declining Balance Method

**360-10-35-7**    The declining-balance method is an example of one of the methods that meet the requirements of being systematic and rational. If the expected productivity of the asset or ability of the asset to generate revenue is relatively greater during the earlier years of its life, or maintenance charges tend to increase during later years, the declining-balance method may provide the most satisfactory allocation

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

of cost. That conclusion also applies to other methods, including the sum-of-the-years'-digits method, that produce substantially similar results.

### · > Loss or Damage Experience as a Factor in Estimating Depreciable Lives

**360-10-35-8**       In practice, experience regarding loss or damage to depreciable assets is in some cases one of the factors considered in estimating the depreciable lives of a group of depreciable assets, along with such other factors as wear and tear, obsolescence, and maintenance and replacement policies.

### · > Unacceptable Depreciation Methods

**360-10-35-9**       If the number of years specified by the Accelerated Cost Recovery System of the Internal Revenue Service (IRS) for recovery deductions for an asset does not fall within a reasonable range of the asset's useful life, the recovery deductions shall not be used as depreciation expense for financial reporting.

**360-10-35-10**       Annuity methods of depreciation are not acceptable for entities in general.

### · > Accounting Changes

**360-10-35-11**       See paragraphs 250-10-45-17 through 45-20 for guidance on the accounting and presentation of changes in methods of depreciation.

**360-10-35-12**       Paragraph not used.

## > Adjusting the Residual Value in Leased Assets by a Third Party

**360-10-35-13**       The following paragraph provides guidance on how an entity acquiring an interest in the residual value of a leased asset shall account for that asset during the lease term.

**360-10-35-14**       An entity acquiring an interest in the residual value of any leased asset, irrespective of the classification of the related lease by the lessor, shall not recognize increases to the asset's estimated value over the remaining term of the related lease, and the asset shall be reported at no more than its acquisition cost until sale or disposition. If it is subsequently determined that the fair value of the residual value of a leased asset has declined below the carrying amount of the acquired interest and that decline is other than temporary, the asset shall be written down to fair value, and the amount of the write-down shall be recognized as a loss. That fair value becomes the asset's new carrying amount, and the asset shall not be increased for any subsequent increase in its fair value before its sale or disposition.

# Impairment or Disposal of Long-Lived Assets

**360-10-35-15**       There are unique requirements of accounting for the impairment or disposal of long-lived assets to be held and used or to be disposed of. Although this guidance deals with matters which may lead to the ultimate disposition of assets, it is included in this Subsection because it describes the measurement and classification of assets to be held and used and assets held for disposal before actual disposition and derecognition. See the Impairment or Disposal of Long-Lived Assets Subsection of Section 360-10-40 for a discussion of assets or asset groups for which disposition has taken place in an exchange or distribution to owners.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Case 3:16-cv-03111-K    Document 229    Filed 02/21/25    Page 507 of 512    PageID 7814

# > Long-Lived Assets Classified as Held and Used

**360-10-35-16**    This guidance addresses how long-lived assets or asset groups that are intended to be held and used in an entity's business shall be reviewed for impairment.

## · > Measurement of an Impairment Loss

**360-10-35-17**    An impairment loss shall be recognized only if the carrying amount of a long-lived asset (asset group) is not recoverable and exceeds its fair value. The carrying amount of a long-lived asset (asset group) is not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset (asset group). That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.

### · · > Assets Subject to Asset Retirement Obligations

**360-10-35-18**    In applying the provisions of this Subtopic, the carrying amount of the asset being tested for impairment shall include amounts of capitalized asset retirement costs. Estimated future cash flows related to the liability for an asset retirement obligation that has been recognized in the financial statements shall be excluded from both of the following:

    a.  The undiscounted cash flows used to test the asset for recoverability

    b. The discounted cash flows used to measure the asset's fair value.

**360-10-35-19**    If the fair value of the asset is based on a quoted market price and that price considers the costs that will be incurred in retiring that asset, the quoted market price shall be increased by the fair value of the asset retirement obligation for purposes of measuring impairment.

## · > Adjusted Carrying Amount Becomes New Cost Basis

**360-10-35-20**    If an impairment loss is recognized, the adjusted carrying amount of a long-lived asset shall be its new cost basis. For a depreciable long-lived asset, the new cost basis shall be depreciated (amortized) over the remaining useful life of that asset. Restoration of a previously recognized impairment loss is prohibited.

## · > When to Test a Long-Lived Asset for Recoverability

**360-10-35-21**    A long-lived asset (asset group) shall be tested for recoverability whenever events or changes in circumstances indicate that its carrying amount may not be recoverable. The following are examples of such events or changes in circumstances:

    a. A significant decrease in the market price of a long-lived asset (asset group)

    b. A significant adverse change in the extent or manner in which a long-lived asset (asset group) is being used or in its physical condition

    c. A significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset (asset group), including an adverse action or assessment by a regulator

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

d. An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset (asset group)

e. A current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group)

f. A current expectation that, more likely than not, a long-lived asset (asset group) will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. The term *more likely than not* refers to a level of likelihood that is more than 50 percent.

**360-10-35-22**    When a long-lived asset (asset group) is tested for recoverability, it also may be necessary to review depreciation estimates and method as required by Topic 250 or the amortization period as required by Topic 350. Paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 address the accounting for changes in estimates, including changes in the method of depreciation, amortization, and depletion. Paragraphs 350-30-35-1 through 35-5 address the determination of the useful life of an intangible asset. Any revision to the remaining useful life of a long-lived asset resulting from that review also shall be considered in developing estimates of future cash flows used to test the asset (asset group) for recoverability (see paragraphs 360-10-35-31 through 35-32). However, any change in the accounting method for the asset resulting from that review shall be made only after applying this Subtopic.

## · > Grouping Long-Lived Assets Classified as Held and Used

**360-10-35-23**    For purposes of recognition and measurement of an impairment loss, a long-lived asset or assets shall be grouped with other assets and liabilities at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. However, an impairment loss, if any, that results from applying this Subtopic shall reduce only the carrying amount of a long-lived asset or assets of the group in accordance with paragraph 360-10-35-28.

**360-10-35-24**    In limited circumstances, a long-lived asset (for example, a corporate headquarters facility) may not have identifiable cash flows that are largely independent of the cash flows of other assets and liabilities and of other asset groups. In those circumstances, the asset group for that long-lived asset shall include all assets and liabilities of the entity.

**360-10-35-25**    In limited circumstances, an asset group will include all assets and liabilities of the entity. For example, the cost of operating assets such as corporate headquarters or centralized research facilities may be funded by revenue-producing activities at lower levels of the entity. Accordingly, in limited circumstances, the lowest level of identifiable cash flows that are largely independent of other asset groups may be the entity level. See Example 4 (paragraph 360-10-55-35).

## · · > Effect of Goodwill when Grouping

**360-10-35-26**    Goodwill shall be included in an asset group to be tested for impairment under this Subtopic only if the asset group is or includes a reporting unit. Goodwill shall not be included in a lower-level asset group that includes only part of a reporting unit. Estimates of future cash flows used to test that lower-level asset group for recoverability shall not be adjusted for the effect of excluding goodwill from the group. The term *reporting unit* is defined in Topic 350 as the same level as or one level below an operating segment. That Topic requires that goodwill be tested for impairment at the reporting unit level.

**360-10-35-27**    Other than goodwill, the carrying amounts of any assets (such as accounts receivable and inventory) and liabilities (such as accounts payable, long-term debt, and asset retirement obligations) not covered by this Subtopic that are included in an asset group shall be adjusted in accordance with other

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

applicable generally accepted accounting principles (GAAP) before testing the asset group for recoverability. Paragraph 350-20-35-31 requires that goodwill be tested for impairment only after the carrying amounts of the other assets of the reporting unit, including the long-lived assets covered by this Subtopic, have been tested for impairment under other applicable accounting guidance.

· > Allocating Impairment Losses to an Asset Group

**360-10-35-28**    An impairment loss for an asset group shall reduce only the carrying amounts of a long-lived asset or assets of the group. The loss shall be allocated to the long-lived assets of the group on a pro rata basis using the relative carrying amounts of those assets, except that the loss allocated to an individual long-lived asset of the group shall not reduce the carrying amount of that asset below its fair value whenever that fair value is determinable without undue cost and effort. See Example 1 (paragraph 360-10-55-20) for an illustration of this guidance.

· > Estimates of Future Cash Flows Used to Test a Long-Lived Asset for Recoverability

**360-10-35-29**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall include only the future cash flows (cash inflows less associated cash outflows) that are directly associated with and that are expected to arise as a direct result of the use and eventual disposition of the asset (asset group). Those estimates shall exclude interest charges that will be recognized as an expense when incurred.

**360-10-35-30**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and shall consider all available evidence. The assumptions used in developing those estimates shall be reasonable in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others. However, if alternative courses of action to recover the carrying amount of a long-lived asset (asset group) are under consideration or if a range is estimated for the amount of possible future cash flows associated with the likely course of action, the likelihood of those possible outcomes shall be considered. A probability-weighted approach may be useful in considering the likelihood of those possible outcomes. See Example 2 (paragraph 360-10-55-23) for an illustration of this guidance.

**360-10-35-31**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall be made for the remaining useful life of the asset (asset group) to the entity. The remaining useful life of an asset group shall be based on the remaining useful life of the primary asset of the group. For purposes of this Subtopic, the primary asset is the principal long-lived tangible asset being depreciated or intangible asset being amortized that is the most significant component asset from which the asset group derives its cash-flow-generating capacity. The primary asset of an asset group therefore cannot be land or an intangible asset not being amortized.

**360-10-35-32**    Factors that an entity generally shall consider in determining whether a long-lived asset is the primary asset of an asset group include the following:

a. Whether other assets of the group would have been acquired by the entity without the asset

b. The level of investment that would be required to replace the asset

c. The remaining useful life of the asset relative to other assets of the group. If the primary asset is not the asset of the group with the longest remaining useful life, estimates of future cash flows for the group shall assume the sale of the group at the end of the remaining useful life of the primary asset.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**360-10-35-33**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is in use, including a long-lived asset (asset group) for which development is substantially complete, shall be based on the existing service potential of the asset (asset group) at the date it is tested. The service potential of a long-lived asset (asset group) encompasses its remaining useful life, cash-flow-generating capacity, and for tangible assets, physical output capacity. Those estimates shall include cash flows associated with future expenditures necessary to maintain the existing service potential of a long-lived asset (asset group), including those that replace the service potential of component parts of a long-lived asset (for example, the roof of a building) and component assets other than the primary asset of an asset group. Those estimates shall exclude cash flows associated with future capital expenditures that would increase the service potential of a long-lived asset (asset group).

**360-10-35-34**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is under development shall be based on the expected service potential of the asset (group) when development is substantially complete. Those estimates shall include cash flows associated with all future expenditures necessary to develop a long-lived asset (asset group), including interest payments that will be capitalized as part of the cost of the asset (asset group). Subtopic 835-20 requires the capitalization period to end when the asset is substantially complete and ready for its intended use.

**360-10-35-35**    If a long-lived asset that is under development is part of an asset group that is in use, estimates of future cash flows used to test the recoverability of that group shall include the cash flows associated with future expenditures necessary to maintain the existing service potential of the group (see paragraph 360-10-35-33) as well as the cash flows associated with all future expenditures necessary to substantially complete the asset that is under development (see the preceding paragraph). See Example 3 (paragraph 360-10-55-33). See also paragraphs 360-10-55-7 through 55-18 for considerations of site restoration and environmental exit costs.

· > Fair Value

**360-10-35-36**    For long-lived assets (asset groups) that have uncertainties both in timing and amount, an expected present value technique will often be the appropriate technique with which to estimate fair value.

## > Long-Lived Assets Classified as Held for Sale

**360-10-35-37**    This guidance addresses the accounting for expected disposal losses for long-lived assets and asset groups that are classified as held for sale but have not yet been sold. See paragraphs 360-10-45-9 through 45-11 for the initial criteria to be met for classification as held for sale.

· > Measurement of Expected Disposal Loss or Gain

**360-10-35-38**    Costs to sell are the incremental direct costs to transact a sale, that is, the costs that result directly from and are essential to a sale transaction and that would not have been incurred by the entity had the decision to sell not been made. Those costs include broker commissions, legal and title transfer fees, and closing costs that must be incurred before legal title can be transferred. Those costs exclude expected future losses associated with the operations of a long-lived asset (disposal group) while it is classified as held for sale. Expected future operating losses that marketplace participants would not similarly consider in their estimates of the fair value less cost to sell of a long-lived asset (disposal group) classified as held for sale shall not be indirectly recognized as part of an expected loss on the sale by reducing the carrying amount of the asset (disposal group) to an amount less than its current

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

fair value less cost to sell. If the sale is expected to occur beyond one year as permitted in limited situations by paragraph 360-10-45-11 , the cost to sell shall be discounted.

**360-10-35-39**    The carrying amounts of any assets that are not covered by this Subtopic, including goodwill, that are included in a disposal group classified as held for sale shall be adjusted in accordance with other applicable GAAP prior to measuring the fair value less cost to sell of the disposal group. Paragraphs 350-20-40-1 through 40-7 provide guidance for allocating goodwill to a lower-level asset group to be disposed of that is part of a reporting unit and that constitutes a business. Goodwill is not included in a lower-level asset group to be disposed of that is part of a reporting unit if it does not constitute a business.

**360-10-35-40**    A loss shall be recognized for any initial or subsequent write-down to fair value less cost to sell. A gain shall be recognized for any subsequent increase in fair value less cost to sell, but not in excess of the cumulative loss previously recognized (for a write-down to fair value less cost to sell). The loss or gain shall adjust only the carrying amount of a long-lived asset, whether classified as held for sale individually or as part of a disposal group.

**360-10-35-41**    See paragraphs 310-20-35-12D and 310-20-40-12 for guidance related to determination of cost basis for foreclosed assets under Subtopic 310-20 and the measurement of cumulative losses previously recognized under paragraph 360-10-35-40.

**360-10-35-42**    See paragraphs 830-30-45-13 through 45-15 for guidance regarding the application of Topic 830 to an investment being evaluated for impairment that will be disposed of.

## · > Accounting While Held for Sale

**360-10-35-43**    A long-lived asset (disposal group) classified as held for sale shall be measured at the lower of its carrying amount or fair value less cost to sell. If the asset (disposal group) is newly acquired, the carrying amount of the asset (disposal group) shall be established based on its fair value less cost to sell at the acquisition date. A long-lived asset shall not be depreciated (amortized) while it is classified as held for sale. Interest and other expenses attributable to the liabilities of a disposal group classified as held for sale shall continue to be accrued.

## · > Changes to a Plan of Sale

**360-10-35-44**    If circumstances arise that previously were considered unlikely and, as a result, an entity decides not to sell a long-lived asset (disposal group) previously classified as held for sale, the asset (disposal group) shall be reclassified as held and used. A long-lived asset that is reclassified shall be measured individually at the lower of the following:

> a. Its carrying amount before the asset (disposal group) was classified as held for sale, adjusted for any depreciation (amortization) expense that would have been recognized had the asset (disposal group) been continuously classified as held and used

> b. Its fair value at the date of the subsequent decision not to sell.

**360-10-35-45**    If an entity removes an individual asset or liability from a disposal group previously classified as held for sale, the remaining assets and liabilities of the disposal group to be sold shall continue to be measured as a group only if the criteria in paragraph 360-10-45-9 through 45-11 are met. Otherwise, the remaining long-lived assets of the group shall be measured individually at the lower of their carrying amounts or fair values less cost to sell at that date.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

## > Long-Lived Assets to Be Disposed of Other than by Sale

**360-10-35-46**     This guidance addresses the accounting for impairment of long-lived assets and asset groups that are intended to be disposed of by abandonment.

### · > Long-Lived Assets to Be Abandoned

**360-10-35-47**     For purposes of this Subtopic, a long-lived asset to be abandoned is disposed of when it ceases to be used. If an entity commits to a plan to abandon a long-lived asset before the end of its previously estimated useful life, depreciation estimates shall be revised in accordance with paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 to reflect the use of the asset over its shortened useful life (see paragraph 360-10-35-22).

**360-10-35-48**     Because the continued use of a long-lived asset demonstrates the presence of service potential, only in unusual situations would the fair value of a long-lived asset to be abandoned be zero while it is being used. When a long-lived asset ceases to be used, the carrying amount of the asset should equal its salvage value, if any. The salvage value of the asset shall not be reduced to an amount less than zero.

### · > Long-Lived Asset Temporarily Idled

**360-10-35-49**     A long-lived asset that has been temporarily idled shall not be accounted for as if abandoned.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.