IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>    v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>    Defendants. | Case No. 3:16-cv-3111-K |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal ("Defendants")[1] file this Motion for Summary Judgment (the "Motion") against Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund ("Lead Plaintiff") in the above-captioned lawsuit.  As explained in Defendants' brief in support of the Motion, the Court should grant summary judgment because there is no genuine issue of material fact and Defendants are entitled to summary judgment as a matter of law on each of Lead Plaintiff's claims.

In compliance with Local Rule 56.3(b), Defendants state that, to the extent the requirements of Local Rule 56.3(a) are not set forth in this Motion, they are set forth in Defendants' concurrently filed brief in support of the Motion.

---

[1] Pursuant to Federal Rule of Civil Procedure 23(e), the Parties have agreed to the voluntary dismissal of Defendant Jeffrey J. Woodbury ("Woodbury").  The Motion and the arguments set forth in the supporting brief apply to all Defendants, including Woodbury, pending the Court's approval of the parties' agreement of voluntary dismissal.

Dated:   February 21, 2025

Respectfully submitted,


*/s/  Daniel J. Toal*

Theodore V. Wells, Jr. (*pro hac vice*)
Daniel J. Kramer (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
Matthew D. Stachel (*pro hac vice*)
Samuel M. Kleiner (*pro hac vice*)
Lyuba Shamailova (*pro hac vice*)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
mstachel@paulweiss.com
skleiner@paulweiss.com
lshamailova@paulweiss.com


*/s/ Jason Bloom*

Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

*/s/ D. Patrick Long*

D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com

*Counsel for Rex W. Tillerson*

2