IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, <br><br> Defendants. | Case No. 3:16-cv-03111-K |

**APPENDIX IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

| Exhibit | Description | App. Page(s) |
|:---:|:---|:---:|
| | Declaration of Joseph Horne | App. 1–3 |
| 1 | ExxonMobil document titled "10-K Disclosure Review" [EMC_RAM 000986618] | App. 4–13 |
| | Declaration of Sam Kleiner | App. 14–23 |
| 2 | Exxon Mobil Corporation ("ExxonMobil") 2015 Form 10-K | App. 24–140 |
| 3 | ExxonMobil Press Release: "ExxonMobil Earns $2.7 Billion in Third Quarter of 2016," dated October 28, 2016 | App. 141–152 |
| 4 | ExxonMobil 3Q 2016 Form 10-Q | App. 153–191 |
| 5 | Excerpts from ExxonMobil 2007 Form 10-K | App. 192–196 |
| 6 | Excerpts from ExxonMobil 2011 Form 10-K | App. 197–203 |
| 7 | Excerpts from ExxonMobil 2014 Form 10-K | App. 204–210 |
| 8 | Excerpts from ExxonMobil 2016 Form 10-K | App. 211–220 |
| 9 | Excerpts from Transcript of Andrew Swiger Deposition, dated December 04, 2024 | App. 221–231 |
| 10 | Excerpts from Transcript of Ben Tsocanos Deposition, dated January 14, 2025 | App. 232–241 |
| 11 | Excerpts from Transcript of D. Paul Regan Deposition, dated January 29, 2025 | App. 242–266 |
| 12 | Excerpts from Transcript of David Rosenthal Deposition, dated November 13, 2024 | App. 267–274 |
| 13 | Excerpts from Transcript of Joseph Horne Deposition, dated September 17, 2024 | App. 275–282 |
| 14 | Excerpts from Transcript of Mary Jane Matts Deposition, dated April 04, 2019 | App. 283–294 |
| 15 | Excerpts from Transcript of Rex Tillerson Deposition, dated December 06, 2024 | App. 295–308 |
| 16 | Excerpts from Transcript of Robert Schleckser Deposition, dated December 03, 2024 | App. 309–322 |

| 17 | Excerpts from Transcript of Steven P. Feinstein Deposition, dated January 22, 2025 | App. 323–333 |
|---|---|---|
| 18 | Excerpts from Transcript of William Strawbridge Deposition, dated October 16, 2024 | App. 334–343 |
| 19 | ExxonMobil document titled "Assessment of Potential Impairment Triggers," dated February 10, 2016 [EMC_RAM 000000001] | App. 344–422 |
| 20 | Email from S. Melocik to J. Horne re: "2015 10-K Potential Enhancements RWT – DSR Review with SGM," dated January 27, 2016 [EMC_RAM 000987142] | App. 423–423 |
| 21 | ExxonMobil document titled "Upstream Assets Recoverability Discussion," dated May 7, 2015 [EMC_RAM 001592975] | App. 424–436 |
| 22 | ExxonMobil document titled "Fiscal Year 2015 Presentation to Audit Committee" [EMC_RAM 001602547] | App. 437–440 |
| 23 | ExxonMobil document titled "Americas F&O – Delivering the Plan, dated December 2015" [EMC_RAM_SEC 000009968] | App. 441–498 |
| 24 | ExxonMobil document titled "XTO Asset Recovery Review with PwC: Opening Talking Points for APS / RWT previews," dated November 11, 2015 [EMC_RAM_SEC 000021986] | App. 499–502 |
| 25 | Email from J. Horne to S. Kestle, et al. re: "Potential 10-K Enhancements, dated December 08, 2015" [EMC_RAM_SEC 000023551] | App. 503 |
| 26 | ExxonMobil document titled "Potential 10-K Enhancement Considerations," dated December 08, 2015 [EMC_RAM_SEC 000023552] | App. 504–508 |
| 27 | ExxonMobil document titled "APS Monthly Issues Review," dated September 01, 2015 [EMC_RAM_SEC 000024843] | App. 509–511 |
| 28 | ExxonMobil document titled "Potential 2015 Form 10-K Changes / Updates with RWT and APS Attendee List," dated January 29, 2016 [EMC_RAM_SEC 000108206] | App. 512 |
| 29 | ExxonMobil Draft 2015 10-K [EMC_RAM_SEC 000108216] | App. 513–526 |
| 30 | ExxonMobil document titled "SEC Price, How SEC Price is Documented and Distributed," dated August 05, 2015 [EMC_RAMIREZ 000000161] | App. 527–535 |

| 31 | ExxonMobil document titled "Kearl Bitumen Crude Oil Pricing for Security and Exchange Reserves Calculation," dated 2015 [EMC_RAMIREZ 000005456] | App. 536 |
|---|---|---|
| 32 | Email from W. Strawbridge to D. Genetti, et al. re: "2015 Reserves – Chairman no exception," dated February 08, 2016 [EMC_RAMIREZ 000012278] | App. 537 |
| 33 | Exxon Mobil Corporation press release," ExxonMobil Announces Kearl Expansion Project Starts Production Ahead of Schedule," dated June 16, 2015 | App. 538 |
| 34 | ExxonMobil document titled "2015 Proved Reserves Changes Chairman's Review," dated January 25, 2016 [EMC_RAMIREZ 000012280] | App. 539–588 |
| 35 | Email from V. Prestipino to J. Horne re: "Kearl Meeting with RWT," dated October 21, 2015 [EMC_RAMIREZ 000030836] | App. 589–590 |
| 36 | Email from W. Strawbridge to B. Casteel re: "PROP:RE:Kearl Reserves – Pricing Basis," dated October 21, 2015 [EMC_RAMIREZ 000030844] | App. 591–593 |
| 37 | ExxonMobil document titled "Kearl Proved Reserves: 2015 SEC Outlook," dated October 16, 2015 [EMC_RAMIREZ 000007141] | App. 594–601 |
| 38 | ExxonMobil document titled "Kearl Reserves Update," dated October 26, 2015 [EMC_RAMIREZ 000031083] | App. 602 |
| 39 | Email from N. Taylor to B. Lawrence, et al. re: "Confidentiality Agreement," dated January 18, 2016 [EMC_RAMIREZ 000034078] | App. 603 |
| 40 | Email from K. White to D. Lyons, et al. re: "PROP: ExxonMobil Debt Security Offering," dated March 01, 2016 [EMC_RAMIREZ 000037522] | App. 604–606 |
| 41 | ExxonMobil document titled "IOL Overview: Info for Rich Ducharme," dated April 2016 [EMC_RAMIREZ 000041972] | App. 607–653 |
| 42 | Email from S. Littleton to B. Casteel re: "DRAFT Kearl FRM Pack – August 18 (TWR review Aug. 11)," dated August 16, 2016 [EMC_RAMIREZ 000052323] | App. 654–655 |
| 43 | Financial Accounting Standards Board's Accounting Standards Codification 360-10-35 | App. 656–664 |

| 44 | ExxonMobil document titled "10-K Disclosure Review," dated January 5, 2016 [EMC_RAMIREZ 000132808-A] with parent [EMC_RAMIREZ 000132807] | App. 665–674 |
|---|---|---|
| 45 | Email from V. Prestipino re: XOM 3Q16 10-Q Disclosures – Potential YE Reserves Debook, dated October 20, 2016 [EMC_RAMIREZ 000142568] | App. 675 |
| 46 | ExxonMobil document titled "10-K Disclosure Review," dated January 28, 2016 [EMC_RAMIREZ 000167590] with parent [EMC_RAMIREZ 000167597] | App. 676–683 |
| 47 | Letter from Nathan R. Lindell to Daniel Toal, dated October 19, 2023 | App. 684–695 |
| 48 | Moody's Investor Service: *Global Integrated Oil & Gas Industry*, dated April 30, 2014 | App. 696–724 |
| 49 | Moody's Investor Service: *Global Integrated Oil & Gas Industry*, dated October 03, 2016 | App. 725–747 |
| 50 | Moody's Ratings, "Rating Action: Moody's changes ExxonMobil's outlook to stable, Aaa rating affirmed," dated June 07, 2017 | App. 748–758 |
| 51 | Standard & Poor's, "Credit Research Update: Exxon Mobil Corp. Outlook Revised To Negative From Stable On Weak Credit Measures; Ratings Affirmed," dated May 24, 2017 | App. 759–768 |
| 52 | Excerpts from SPE, *International Oil and Gas Reserves Committee Governance*, dated June 2019 | App. 769–771 |
| 53 | Exxon Mobil Corporation, "ExxonMobil Earnings Summary: ExxonMobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," dated January 31, 2017 | App. 772–782 |
| 54 | SPE, *International Petroleum Resources Management System* | App. 783–831 |
| 55 | Excerpts of AICPA Accounting and Audit Guide, Chapter 1: "Entities with Oil and Gas Producing Activities," dated August 08, 2018 | App. 832–850 |
| 56 | Excerpts of 17 C.F.R. Parts 210, 211, 229, and 249 | App. 851–855 |
| 57 | Excerpts of BP Financial Disclosures | App. 856–857 |
| 58 | Excerpts of Chevron Financial Disclosures | App. 858 |
| 59 | Excerpts of ConocoPhillips Financial Disclosures | App. 859–860 |

| 60 | Excerpts of Marathon Financial Disclosures | App. 861–862 |
|---|---|---|
| 61 | Excerpts of Occidental Financial Disclosures | App. 863–864 |
| 62 | Excerpts of Shell Financial Disclosures | App. 865–866 |
| 63 | Excerpts of Total S.A. Financial Disclosures | App. 867–868 |
| 64 | Expert Report of Steven P. Feinstein, dated October 11, 2024 | App. 869–996 |
| 65 | Expert Report of D. Paul Regan, dated October 11, 2024 | App. 997–1211 |
| 66 | Expert Reply Report of D. Paul Regan, dated January 10, 2025 | App. 1212–1361 |
| 67 | Expert Report of Anthony Saunders, dated December 10, 2024 | App. 1362–1427 |
| 68 | Expert Rebuttal Report of William B. Abington, dated December 10, 2024 | App. 1428–1581 |
| 68S | Appendices 2.1, 2.2, 2.3, 3.1, and 3.2 to the Expert Rebuttal Report of William B. Abington, dated December 10, 2024 **(filed under seal)** | App. 1582–1746 |

Dated:   February 21, 2025

Respectfully submitted,

| | |
|---|---|
| */s/  Daniel J. Toal* | */s/  D. Patrick Long* |
| Theodore V. Wells, Jr. (*pro hac vice*) | D. Patrick Long |
| Daniel J. Kramer (*pro hac vice*) | Texas State Bar No. 12515500 |
| Audra J. Soloway (*pro hac vice*) | SQUIRE PATTON BOGGS |
| Daniel J. Toal (*pro hac vice*) | 2200 Ross Avenue, Suite 4100W |
| Paul D. Brachman (*pro hac vice*) | Dallas, TX 75201 |
| Matthew D. Stachel (*pro hac vice*) | Telephone: (214) 758-1505 |
| Samuel M. Kleiner (*pro hac vice*) | Facsimile: (214) 758-1550 |
| Lyuba Shamailova (*pro hac vice*) | patrick.long@squirepb.com |

PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas New
York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
dkramer@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
mstachel@paulweiss.com
skleiner@paulweiss.com
lshamailova@paulweiss.com

*Counsel for Rex W. Tillerson*

*/s/mJason Bloo*
Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com

*Counsel for Exxon Mobil
Corporation, Andrew P. Swiger,
and David S. Rosenthal*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION et al.,<br><br>Defendants. | Case No. 3:16-cv-3111-K |

**DECLARATION OF JOSEPH M. HORNE IN SUPPORT OF
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Joseph M. Horne, hereby declare and state as follows:

1.    I am over twenty-one years of age, and I am fully competent to make this Declaration.  I respectfully submit this Declaration in support of Defendants' Motion for Summary Judgment.  I have personal knowledge of the facts set forth in this Declaration and could testify competently to the facts contained herein if called to do so.

2.    From 2009 to 2024, I was the corporate accounting policy manager at Exxon Mobil Corporation ("ExxonMobil" or the "Company").  In that role, I led the Corporate accounting policy group, which was part of the Controllers organization in Irving, Texas.  I retired from ExxonMobil in 2024 after working at the Company for 36 years.

3.    Among other responsibilities, the Corporate accounting policy group evaluated whether and how changes in oil and gas prices should be discussed in the Company's Forms 10-K and 10-Q filings.

4.    As part of my responsibilities, I regularly attended meetings of the American Petroleum Institute ("API") Accounting Subcommittee, including in 2015.  Representatives from

1

**App. 1**

the Securities and Exchange Commission ("SEC") also regularly attended these meetings and discussed their expectations for the public filings of oil and gas companies.

5.      In December 2015 and January 2016, in light of the low price environment for oil and gas, I worked with accountants at ExxonMobil—including Sandra Melocik, a senior accounting policy advisor who had previously served at the SEC—to draft language for potential inclusion in ExxonMobil's forthcoming 2015 Form 10-K filing.

6.      Among other things, I proposed the following language regarding proved reserves: "When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves." [EMC_RAM 000986618 at -86620].  This proposed language is substantially similar to the language that was ultimately included in ExxonMobil's 2015 Form 10-K in multiple places.

7.      Based on my training and experience, I understood that proved reserves as disclosed in ExxonMobil's Form 10-K filings were to be evaluated using a 12-month average of historical pricing data.  As of February 24, 2016, when ExxonMobil filed its 2015 Form 10-K, only two months of pricing data were available for 2016.  As a result, given the potential for significant changes in prices, costs, and operations over the remainder of the year, I considered it too speculative to include a quantification of the reserves that might not qualify as proved at year-end 2016.

8.      I understand that Plaintiff in this case has alleged that ExxonMobil made misrepresentations in its Form 10-K for year-end 2015 (issued in February 2016) in order to maintain its credit rating in advance of a bond offering conducted in March 2016.  At no time did

2

**App. 2**

any ExxonMobil employee involved in the discussions with credit rating agencies or responsible for the bond offering instruct me (or, to my knowledge, anyone else who was working on the Form 10-K) to misrepresent or omit information from the Form 10-K in order to conceal information from ratings agencies (or anyone else).

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Southlake, Texas

February 20, 2025

JOSEPH M. HORNE

3

**App. 3**

# Exhibit 1

# 10-K Disclosure Review

## Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- **SEC staff comments at Spring and Fall API meetings**
  + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  + SEC believes "…sentiment has changed…" regarding duration of industry downturn
  + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  + If higher future price outlook prevented impairments, then must disclose assumptions

- **PwC compilation of recent SEC comments to oil & gas companies confirms emphasis**
  + Impairment comments increased significantly from prior years
  + Requesting quantification of impacts of price environment and companies' strategies for responding
  + Requesting insight into companies' consideration of providing more extensive disclosures in areas of liquidity, capital resources, and results of operations
  + Overall significant focus on companies disclosing both qualitative AND quantitative impacts

- **Recent public comments by senior SEC officials and others**
  + SEC less inclined to engage in extended "back and forth" on comment letters – referring more situations to Enforcement earlier
  + Valuation and impairment issues attracting Division of Enforcement attention

Attorney-Client Privilege                                                1

**App. 4**

CONFIDENTIAL

# Implications of price environment and SEC focus for ExxonMobil

- Low commodity prices and continued downgrade of industry credit ratings raise expectations that even the largest companies are at risk

- Widespread, material impairments among competitors leaves impression that ExxonMobil is an outlier

- SEC will be looking for enhancements to disclosures related to price environment

- No SEC comment letter since 2013;  anticipate SEC letter in 2016
    + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
    + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

- Business and financial reporting environments require careful re-consideration of 10-K disclosures
    + Target enhancements in specific areas where SEC and user interest is high
    + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
    + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
    + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

Attorney-Client Privilege                                          2

**App. 5**

EMC_RAM 00098619

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 2 | Low Price Environment | Risk Factors – Supply and Demand<br>At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves. However, lower prices could also reduce the costs necessary to develop and produce oil and natural gas reserves".** | More directly articulates the risk EM faces in the current price environment |
| 5 | Low Price Environment | Properties – Disclosure of Reserves – Summary of Oil and Gas Reserves<br>Insert the following in the middle of the introductory paragraph, after "…12-month period.":  **"When crude oil and natural gas prices are in the  range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves.  Otherwise,"** no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves <u>as of that date"</u>. | Signal that early 2016 prices, if sustained, would impact reserves and could be viewed as an "adverse event". |
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves /  MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves<br> Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves.  Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover.  In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil.  We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur.  In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time.  SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |
| 41 | Earnings | MD&A Forward-Looking Statements<br>Change second sentence to "Actual future **financial and operating** results..." | More directly articulates the potential effect of low prices |
| 42/43 | Low Price | MD&A - Business Environment and Risk Assessment – Upstream and Downstream | Update disclosures to |

Attorney-Client Privilege

3

**App. 6**

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | Environment | Update disclosures as follows:<br><br>Upstream - **"The upstream industry environment has been challenged throughout 2015 with abundant crude oil and natural gas supply causing commodity prices to decrease to levels not seen since 2003.  However, current market conditions are not determinative of future conditions."**<br><br>Downstream – "The downstream industry environment **improved in 2015.  Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific.  Refineries in North America continue to benefit from lower raw material and energy costs due to the abundant supply of crude oil and natural gas."** | address changes in Upstream and Downstream business environments since last year's 10-K.  No change required for Chemical |
| 55 | Low Price Environment | MD&A – Market Risk, Inflation and Other Uncertainties<br>Update language "The Corporation's assessment is that its operations will continue to be successful **over the long term** in a variety of market conditions. This is the outcome of disciplined investment and asset management programs". | Clarifies that the Corporation's assessment is a long-term view |
| 55 | Low Price Environment | MD&A - Inflation and Other Uncertainties<br>Refresh the discussion of inflation (especially in relation to "…higher operating and capital costs in recent years…") to reference low price environment leading to deflation / lower service costs in some areas of business. | Refreshes disclosure to better articulate effect of current price environment |
| 56-57/ 68 | Low Price Environment | MD&A – Critical Accounting Estimates – Impact of Oil and Gas Reserves on Depreciation / Note 1 – Summary of Accounting Policies<br>Added the following language **"In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used".** | Enhances disclosure to foreshadow EM's approach in the event that proved reserves for a major property are debooked due to SEC price-related rules. |
| 56-57/ 68 | Low Price Environment | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment / Note 1 – Summary of Accounting Policies<br>**Reword/Revise as follows:** | High focus area for SEC. Broaden discussion to cover Downstream and |

CONFIDENTIAL

EMC_RAM 000986621

**App. 7**

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| | | **The Corporation performs impairment assessments** whenever events or circumstances indicate that the carrying amounts **of its long-lived assets (or groups of assets)** may not be recoverable **through future operations or disposition.** Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets **for this assessment.**<br><br>Potential trigger events for impairment evaluation include:<br>• **A significant decrease in the market price of a long-lived asset;**<br>• **A significant adverse change in the extent or manner in which an asset is being used or in its physical condition including** a significant decrease in current and projected reserve volumes;<br>• **A significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;**<br>• An accumulation of project costs significantly in excess of the amount originally expected;<br>• A current-period operating losses combined with a history and forecast of operating or cash flow losses; and<br>• **A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life**<br><br>The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses **and other profitability reviews** assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.<br><br>In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an | Chemical.<br><br>Additional language in this area might be viewed as a positive by the SEC and could pre-empt more extensive comments and requests.<br><br>Refreshes disclosure to better articulate effect of current price environment. Provides insight regarding mitigating factors in a low-price environment. |

Attorney-Client Privilege

**App. 8**

CONFIDENTIAL

EMC_RAM 000986622

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.<br><br>**If there is a trigger event,** the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed **using estimates for future** crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field **and facility** production profiles. These evaluations make use of the Corporation's price, **margin, volume, and cost assumptions** developed in the annual planning and budgeting process, and **are consistent with the criteria management uses to evaluate investment opportunities**.  Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.<br><br>**In light of continued weakness in oil and gas prices in late 2015, the Corporation undertook an effort to assess the recoverability of its major long-lived assets most at risk for potential impairment.  The results of this assessment indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets.  As indicated above, the price, volume, and operating and capital cost assumptions used in the cash flow projections are consistent with amounts used in the annual planning and budgeting process.  The assessment reflects crude and natural gas prices that are relatively low in the near term compared to the previous several years, rising in real terms through 2020.  Beyond 2020, the Corporation's cash flow projections assume prices remain flat in real terms, and assume cost and price inflation of 2.5% per year.  The long-term price outlooks used for the Corporation's projections are generally consistent with the long-term price forecasts published by third-party industry experts.  Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future.  Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for substantial impairment.** | |

Attorney-Client Privilege

6

**App. 9**

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 57 | Lower of Cost or Market | MD&A – Critical Accounting Estimates – Inventory<br>**Inventories**<br>**Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO).  If crude oil and petroleum product prices continue in the range seen in early 2016, the Corporation may be subject to a lower of cost or market adjustment.** | Highlight the potential for a LCM write-down with some forward looking information |
| 69 | Lower of Cost or Market | Note 3 – Miscellaneous Financial Information<br>Add language regarding the potential for a LCM write-down, **"If crude oil, natural gas and petroleum product prices continue to decline, the Corporation may be subject to a lower of cost or market adjustment."** | Highlight the potential for a LCM write-down excluding forward looking information |
| 6 / 43 | Volumes | Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream<br>Validate statement "…production capacity to grow over the coming years…" | Normal update of disclosures - align with latest outlook and upcoming March Analyst Meeting |

Attorney-Client Privilege

7

**App. 10**

CONFIDENTIAL

EMC_RAM 000986624

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 17 | Well count | Oil and Gas Properties, Wells, Operations and Acreage – Gross and Net Productive Wells<br>Restate prior year gross and net wells in the U.S. in regards to non-operated wells | Correct prior year reporting to be consistent with 2015 reporting |
| 23 / 25 | Capacity | Properties – Downstream and Chemical<br>Eliminate cost companies from both Refining and Chemical capacity tables to be consistent with throughput in 10-K and throughput and utilization disclosures in F&O.  Eliminate Laffan from the list of Downstream properties (footnote was added regarding Laffan) | High-grade disclosure and align with throughput measure |
| 41 | Volumes | MD&A Forward-Looking Statements<br>Change "…the outcome of commercial negotiations…" to **"…the impact of fiscal and commercial terms…"** | More directly indicates that fiscal terms can have "built-in" effects on volumes (e.g. Qatar TPOB) |
| 41 | Earnings | MD&A Overview<br>After first sentence in second paragraph, insert **"The company's integrated business model, with substantial investments in Upstream, Downstream, and Chemical segments, reduces the Corporation's risk from changes in commodity prices."** | Includes in the 10-K a key theme that otherwise is not directly articulated |
| 42 | COP 21 | MD&A - Business Environment and Risk Assessment – Long-Term Business Outlook<br>Added **"The climate accord reached at the recent Conference of the Parties (COP 21) in Paris set many new goals, and while many related policies are still emerging, the *Outlook for Energy* continues to anticipate that such policies will increase the cost of carbon dioxide emissions over time."** | Impact of climate accord |
| 56 / 69 | Revenue Recognition | MD&A – Recently Issued Accounting Standards /<br>Note 2 – Accounting Changes Update language<br>Added the following - **"Sales and Other Operating Revenue" in the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions.  Upon adoption, revenue will exclude sales-** | Required update to disclosure  regarding status of evaluating new standard – no longer permitted to gross up |

Attorney-Client Privilege

App. 11

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | based taxes collected on behalf of third parties.  **This change in reporting will not impact earnings.**<br><br>**The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements."** | revenue for sales- based taxes |
| 71 | Non-cash | Note 5 – Cash Flow Information<br>Discussion of "net (gain) on asset sales" will include a reference to an anticipated refinery sale (Torrance) | Pending sale of Torrance |
| 72 | Russia | Note 7 – Equity Company Information<br>Added language clarifying the fact that the maximum exposure for the Russia JVs is a before tax amount | Clarification |
| 74 | Chemical change in asset lives | Note 9 – Property, Plant and Equipment and Asset Retirement Obligations<br>Added language, **"The Corporation periodically reviews the estimated asset service lives of its property, plant and equipment.  Effective January 1, 2016, the Corporation revised the estimated asset service life of its process equipment in the Chemical segment to 25 years."** | Disclosure is to avoid the need to add disclosure in each of the 2016 10-Qs |
| 75 / 76 | University 1 Well | Note 10 – Suspended Wells<br>Insert the following language at the end of the text introducing the suspended exploratory well count – **"which includes the Rosneft joint venture exploration activity (refer to the relevant portion of Note 7)".**<br>Revise the introduction to the table discussing suspended wells as follows: - "Of the 55 projects that have exploratory well costs capitalized for a period greater than 12 months as of December 31, 2015, XX projects have drilling in the preceding 12 months or exploratory activity **either** planned in the next two years **or subject to sanctions**." | Clarified for unique situation related to University 1 well |
| 77 | Break out Drilling Rigs and Equip. | Note 11 – Leased Facilities<br>Separately report drilling rigs and related equipment in the lease disclosures | Provide additional information for rating agency use |
| 93 | Geographic Revenue | Note 18 – Disclosures about Segments and Related Information<br>Added note 2 to the geographic sales and other operating revenue disclosure which | Clarifies that international affiliates revenue is not |

CONFIDENTIAL

EMC_RAM 000986626

**App. 12**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | states, **"Excludes certain sales and other operating revenues in international operations where attribution to a specific country is not practicable."** | allocated to individual countries |
| 95 | Indefinitely Reinvested, Undistributed Earnings | Note 19 – Income, Sales-Based and Other Taxes<br>The Corporation had $51 billion of indefinitely reinvested, undistributed earnings from subsidiary companies outside the U.S.  …..<br><br>**"that the subsidiaries have retained to fund current and future capital project expenditures. Deferred taxes have not been recorded for potential future tax obligations as these earnings are expected to be indefinitely reinvested for the foreseeable future. As of December 31, 2015, it is not practical to estimate a hypothetical unrecognized deferred tax liability given uncertainties about timing of potential remittances and availability of foreign tax credits."** | Provide greater clarity in an area (unremitted foreign earnings) that has been subject to substantial scrutiny by the SEC over the last few years. |
| 96 | UTBs | Note 19 – Income, Sales-Based and Other Taxes<br>Add language | Provide initial disclosure on a topic that could ultimately become well-publicized. |

Attorney-Client Privilege                                    10

EMC_RAM 000986627

**App. 13**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**DECLARATION OF SAMUEL KLEINER IN SUPPORT OF DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Samuel Kleiner, declare as follows:

1. I am over twenty-one years of age and I am fully competent to make this Declaration. I have personal knowledge of the facts set forth in this Declaration.

2. I am counsel in the law firm of Paul, Weiss, Rifkind, Wharton and Garrison LLP. My office is located at 1285 Avenue of the Americas Ave, New York, NY 10019.

3. I am a member in good standing with the State Bar of New York. I am admitted to practice before this Court *pro hac vice*.

4. Attached hereto as Exhibit 2 is a true and correct copy of Exxon Mobil Corporation's ("ExxonMobil") Annual Report (Form 10-K) for the year ended December 31, 2015, filed with the U.S. Securities and Exchange Commission ("SEC") on February 24, 2016.

5. Attached hereto as Exhibit 3 is a true and correct copy of the ExxonMobil press release "ExxonMobil Earns $2.7 Billion in Third Quarter of 2016," dated October 28, 2016.

**App. 14**

6. Attached hereto as Exhibit 4 is a true and correct copy of ExxonMobil's Quarterly Report (Form 10-Q) for the quarterly period ended September 30, 2016, filed with the U.S. Securities and Exchange Commission ("SEC") on November 2, 2016.

7. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from ExxonMobil's Annual Report (Form 10-K) for the year ended December 31, 2007. The full document is available at https://tinyurl.com/XOM200710K.

8. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from ExxonMobil's Annual Report (Form 10-K) for the year ended December 31, 2011. The full document is available at https://tinyurl.com/XOM2011110K.

9. Attached hereto as Exhibit 7 is a true and correct copy of excerpts from ExxonMobil's Annual Report (Form 10-K) for the year ended December 31, 2014. The full document is available at https://tinyurl.com/XOMFY201410.

10. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from ExxonMobil's Annual Report (Form 10-K) for the year ended December 31, 2016. The full document is available at https://tinyurl.com/XOM201610K.

11. Attached hereto as Exhibit 9 is a true and correct copy of excerpts from the transcript of Andrew Swiger's deposition, taken on December 04, 2024.

12. Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the transcript of Ben Tsocanos's deposition, taken on January 14, 2025.

13. Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of D. Paul Regan's deposition, taken on January 29, 2025.

14. Attached hereto as Exhibit 12 is a true and correct copy of excerpts from the transcript of David Rosenthal's deposition, taken on November 13, 2024.

**App. 15**

15.     Attached hereto as Exhibit 13 is a true and correct copy of excerpts from the transcript of Joseph Horne's deposition, taken on September 17, 2024.

16.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the transcript of Mary Jane Matts's deposition, taken on April 04, 2019.

17.     Attached hereto as Exhibit 15 is a true and correct copy of excerpts from the transcript of Rex Tillerson's deposition, taken on December 06, 2024.

18.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the transcript of Robert Schleckser's deposition, taken on December 03, 2024.

19.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from the transcript of Steven P. Feinstein's deposition, taken on January 22, 2025.

20.     Attached hereto as Exhibit 18 is a true and correct copy of excerpts from the transcript of William Strawbridge's Deposition, taken on October 16, 2024.

21.     Attached hereto as Exhibit 19 is a true and correct copy of the ExxonMobil document titled "Assessment of Potential Impairment Triggers," dated February 10, 2016, designated by Bates number EMC_RAM 000000001.

22.     Attached hereto as Exhibit 20 is a true and correct copy of an email from S. Melocik to J. Horne re: "2015 10-K Potential Enhancements RWT – DSR Review with SGM," dated January 27, designated by Bates number EMC_RAM 000987142.

23.     Attached hereto as Exhibit 21 is a true and correct copy of the ExxonMobil document titled "Upstream Assets Recoverability Discussion," dated May 7, 2015, designated by Bates number EMC_RAM 001592975.

**App. 16**

24.     Attached hereto as Exhibit 22 is a true and correct copy of the ExxonMobil document titled "Fiscal Year 2015 Presentation to Audit Committee," designated by Bates number EMC_RAM 001602547.

25.     Attached hereto as Exhibit 23 is a true and correct copy of the ExxonMobil document titled "Americas F&O – Delivering the Plan," dated December 2015, designated by Bates number EMC_RAM_SEC 000009968.

26.     Attached hereto as Exhibit 24 is a true and correct copy of the ExxonMobil document titled "XTO Asset Recovery Review with PwC: Opening Talking Points for APS / RWT previews," dated November 11, 2015, designated by Bates number EMC_RAM_SEC 000021986.

27.     Attached hereto as Exhibit 25 is a true and correct copy of an email from J. Horne to S. Kestle, et al. re: "Potential 10-K Enhancements," dated December 08, 2015, designated by Bates number EMC_RAM_SEC 000023551.

28.     Attached hereto as Exhibit 26 is a true and correct copy of the ExxonMobil document titled "Potential 10-K Enhancement Considerations," dated December 08, 2015, designated by Bates number EMC_RAM_SEC 000023552.

29.     Attached hereto as Exhibit 27 is a true and correct copy of the ExxonMobil document titled "APS Monthly Issues Review," dated September 01, 2015, designated by Bates number EMC_RAM_SEC 000024843.

30.     Attached hereto as Exhibit 28 is a true and correct copy of the ExxonMobil document titled "Potential 2015 Form 10-K Changes / Updates with RWT and APS Attendee List," dated January 29, 2016, designated by Bates number EMC_RAM_SEC 000108206.

31.     Attached hereto as Exhibit 29 is a true and correct copy of an ExxonMobil Draft 2015 10-K, designated by Bates number EMC_RAM_SEC 000108216.

**App. 17**

32.     Attached hereto as Exhibit 30 is a true and correct copy of the ExxonMobil document titled "SEC Price: How SEC Price is Documented and Distributed," dated August 05, 2015, designated by Bates number EMC_RAMIREZ 000000161.

33.     Attached hereto as Exhibit 31 is a true and correct copy of the ExxonMobil document titled "Kearl Bitumen Crude Oil Pricing for Security and Exchange Reserves Calculation," dated 2015, designated by Bates number EMC_RAMIREZ 000005456.

34.     Attached hereto as Exhibit 32 is a true and correct copy of an email from W. Strawbridge to D. Genetti, et al. re: "2015 Reserves – Chairman no exception," dated February 08, 2016, designated by Bates number EMC_RAMIREZ 000012278.

35.     Attached hereto as Exhibit 33 is a true and correct copy of the ExxonMobil press release "ExxonMobil Announces Kearl Expansion Project Starts Production Ahead of Schedule," dated June 16, 2015.  The press release is available at https://tinyurl.com/KearlExpansion.

36.     Attached hereto as Exhibit 34 is a true and correct copy of ExxonMobil document titled "2015 Proved Reserves Changes Chairman's Review," dated January 25, 2016, designated by Bates number EMC_RAMIREZ 000012280.

37.     Attached hereto as Exhibit 35 is a true and correct copy of an email from V. Prestipino to J. Horne re: "Kearl Meeting with RWT," dated October 21, 2015, designated by Bates number EMC_RAMIREZ 000030836.

38.     Attached hereto as Exhibit 36 is a true and correct copy of an email from W. Strawbridge to B. Casteel re: "PROP:RE:Kearl Reserves – Pricing Basis," dated October 21, 2015, designated by Bates number EMC_RAMIREZ 000030844.

**App. 18**

39.    Attached hereto as Exhibit 37 is a true and correct copy of the ExxonMobil document titled "Kearl Proved Reserves: 2015 SEC Outlook," dated October 26, 2015, designated by Bates number EMC_RAMIREZ 000007141.

40.    Attached hereto as Exhibit 38 is a true and correct copy of the ExxonMobil document titled "Kearl Reserves Update," dated October 26, 2015, designated by Bates number EMC_RAMIREZ 000031083.

41.    Attached hereto as Exhibit 39 is a true and correct copy of an email from N. Taylor to B. Lawrence, et al. re: "Confidentiality Agreement," dated January 18, 2016, designated by Bates number EMC_RAMIREZ 000034078.

42.    Attached hereto as Exhibit 40 is a true and correct copy of an email from K. White to D. Lyons, et al. re: "PROP: ExxonMobil Debt Security Offering," dated March 01, 2016, designated by Bates number EMC_RAMIREZ 000037522.

43.    Attached hereto as Exhibit 41 is a true and correct copy of the ExxonMobil document titled "IOL Overview: Info for Rich Ducharme," dated April 2016 2016, designated by Bates number EMC_RAMIREZ 000041972.

44.    Attached hereto as Exhibit 42 is a true and correct copy of an email from S. Littleton to B. Casteel re: "DRAFT Kearl FRM Pack – August 18 (TWR review Aug. 11)," dated August 16, 2016, designated by Bates number EMC_RAMIREZ 000052323.

45.    Attached hereto as Exhibit 43 is a true and correct copy of Financial Accounting Standards Board's Accounting Standards Codification 360-10-35.

46.    Attached hereto as Exhibit 44 is a true and correct copy of the ExxonMobil document titled "10-K Disclosure Review," dated January 5, 2016, designated by Bates number

**App. 19**

EMC_RAMIREZ 000132808-A with parent designated by Bates number EMC_RAMIREZ 000132807.

47.    Attached hereto as Exhibit 45 is a true and correct copy of an email from V. Prestipino re: "XOM 3Q16 10-Q Disclosures – Potential YE Reserves Debook," dated October 20, 2016, designated by Bates number EMC_RAMIREZ 000142568.

48.    Attached hereto as Exhibit 46 is a true and correct copy of the ExxonMobil document titled "10-K Disclosure Review," dated January 28, 2016, designated by Bates number EMC_RAMIREZ 000167590 with parent designated by Bates number EMC_RAMIREZ 000167597.

49.    Attached hereto as Exhibit 47 is a true and correct copy of a letter from Nathan R. Lindell to Daniel Toal, dated October 19, 2023.

50.    Attached hereto as Exhibit 48 is a true and correct copy of Moody's Investor Service report: Global Integrated Oil & Gas Industry, dated April 30, 2014.

51.    Attached hereto as Exhibit 49 is a true and correct copy of Moody's Investor Service report: Global Integrated Oil & Gas Industry, dated October 03, 2016.

52.    Attached hereto as Exhibit 50 is a true and correct copy of the article Moody's Ratings, "Rating Action: Moody's changes ExxonMobil's outlook to stable, Aaa rating affirmed," dated June 07, 2017.

53.    Attached hereto as Exhibit 51 is a true and correct copy of the article Standard & Poor's, "Credit Research Update: Exxon Mobil Corp. Outlook Revised To Negative From Stable On Weak Credit Measures; Ratings Affirmed," dated May 24, 2017.

54.    Attached hereto as Exhibit 52 is a true and correct copy of excerpts of SPE, International Oil and Gas Reserves Committee Governance, dated June 2019.

**App. 20**

55.    Attached hereto as Exhibit 53 is a true and correct copy of the ExxonMobil press release "ExxonMobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," dated January 31, 2017.

56.    Attached hereto as Exhibit 54 is a true and correct copy of SPE, International Petroleum Resources Management System.

57.    Attached hereto as Exhibit 55 is a true and correct copy of excerpts of AICPA Accounting and Audit Guide, Chapter 1: "Entities with Oil and Gas Producing Activities," dated August 08, 2018.

58.    Attached hereto as Exhibit 56 is a true and correct copy of excerpts of 17 C.F.R. Parts 210, 211, 229, and 249.  The full document is available at https://tinyurl.com/SECOGRule.

59.    Attached hereto as Exhibit 57 is a true and correct copy of excerpts of BP's financial disclosures.  The excerpts are collected from BP's public filings with the SEC, which are hyperlinked within the document.

60.    Attached hereto as Exhibit 58 is a true and correct copy of excerpts of Chevron's financial disclosures.  The excerpts are collected from Chevron's public filings with the SEC, which are hyperlinked within the document.

61.    Attached hereto as Exhibit 59 is a true and correct copy of excerpts of ConocoPhillips's financial disclosures.  The excerpts are collected from ConocoPhillips's public filings with the SEC, which are hyperlinked within the document.

62.    Attached hereto as Exhibit 60 is a true and correct copy of excerpts of Marathon's financial disclosures.  The excerpts are collected from Marathon's public filings with the SEC, which are hyperlinked within the document.

**App. 21**

63.    Attached hereto as Exhibit 61 is a true and correct copy of excerpts of Occidental's Financial Disclosures.  The excerpts are collected from Occidental's public filings with the SEC, which are hyperlinked within the document.

64.    Attached hereto as Exhibit 62 is a true and correct copy of excerpts of Shell's financial disclosures.  The excerpts are collected from Shell's public filings with the SEC, which are hyperlinked within the document.

65.    Attached hereto as Exhibit 63 is a true and correct copy of excerpts of Total S.A.'s financial disclosures.  The excerpts are collected from Total S.A.'s public filings with the SEC, which are hyperlinked within the document.

66.    Attached hereto as Exhibit 64 is a true and correct copy of the Expert Report of Steven P. Feinstein, dated October 11, 2024.

67.    Attached hereto as Exhibit 65 is a true and correct copy of the Expert Report of D. Paul Regan, dated October 11, 2024.

68.    Attached hereto as Exhibit 66 is a true and correct copy of the Expert Reply Report of D. Paul Regan, dated January 10, 2025.

69.    Attached hereto as Exhibit 67 is a true and correct copy of the Expert Report of Anthony Saunders, dated December 10, 2024.

70.    Attached hereto as Exhibit 68 is a true and correct copy of the Expert Rebuttal Report of William B. Abington, dated December 10, 2024.

71.    Attached hereto as Exhibit 68S and filed under seal are true and correct copies of Appendices 2.1, 2.2, 2.3, 3.1, and 3.2 to the Expert Rebuttal Report of William B. Abington.

**App. 22**

10

I declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York

February 21, 2025

_____
SAMUEL KLEINER

**App. 23**

# Exhibit 2

Case 3:16-cv-03111-K    Document 233    Filed 02/21/25    Page 33 of 578    PageID 8086

**2015**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

**ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2015

or

**TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from            to

Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**

(Address of principal executive offices) (Zip Code)

**(972) 444-1000**

(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,152,756,609 shares outstanding at January 31, 2016)** | **New York Stock  Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes        No

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes        No

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes    No

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).    Yes    No

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer            Accelerated filer

Non-accelerated filer        Smaller reporting company

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act).    Yes        No

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2015, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $83.20 on the New York Stock Exchange composite tape, was in excess of $346 billion.

**Documents Incorporated by Reference:  Proxy Statement for the 2016 Annual Meeting of Shareholders (Part III)**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2015**

**TABLE OF CONTENTS**

**App. 24**

**EXXON MOBIL CORPORATION**
**FORM 10-K**
**FOR THE FISCAL YEAR ENDED DECEMBER 31, 2015**

**TABLE OF CONTENTS**

**PART I**

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 2 |
| Item 1B. | Unresolved Staff Comments | 4 |
| Item 2. | Properties | 5 |
| Item 3. | Legal Proceedings | 26 |
| Item 4. | Mine Safety Disclosures | 26 |
| Executive Officers of the Registrant [pursuant to Instruction 3 to Regulation S-K, Item 401(b)] | | 27 |

**PART II**

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 30 |
| Item 6. | Selected Financial Data | 30 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 30 |
| Item 8. | Financial Statements and Supplementary Data | 31 |
| Item 9. | Changes in and Disagreements With Accountants on Accounting and Financial Disclosure | 31 |
| Item 9A. | Controls and Procedures | 31 |
| Item 9B. | Other Information | 31 |

**PART III**

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 32 |
| Item 11. | Executive Compensation | 32 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 32 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 33 |
| Item 14. | Principal Accounting Fees and Services | 33 |

**PART IV**

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 33 |

| | |
|---|---|
| Financial Section | 34 |
| Signatures | 115 |
| Index to Exhibits | 117 |
| Exhibit 12 — Computation of Ratio of Earnings to Fixed Charges | |
| Exhibits 31 and 32 — Certifications | |

**PART I**

**ITEM 1.    BUSINESS**

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business is energy, involving exploration for, and production of, crude oil and natural gas, manufacture of petroleum products and transportation and sale of crude oil, natural gas and petroleum products. ExxonMobil is a major manufacturer and marketer of commodity petrochemicals, including olefins, aromatics, polyethylene and polypropylene plastics and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience

**App. 25**

**PART I**

## ITEM 1.    BUSINESS

Exxon Mobil Corporation was incorporated in the State of New Jersey in 1882. Divisions and affiliated companies of ExxonMobil operate or market products in the United States and most other countries of the world. Their principal business is energy, involving exploration for, and production of, crude oil and natural gas, manufacture of petroleum products and transportation and sale of crude oil, natural gas and petroleum products. ExxonMobil is a major manufacturer and marketer of commodity petrochemicals, including olefins, aromatics, polyethylene and polypropylene plastics and a wide variety of specialty products. Affiliates of ExxonMobil conduct extensive research programs in support of these businesses.

Exxon Mobil Corporation has several divisions and hundreds of affiliates, many with names that include *ExxonMobil*, *Exxon*, *Esso, Mobil* or *XTO*. For convenience and simplicity, in this report the terms *ExxonMobil, Exxon, Esso, Mobil* and *XTO*, as well as terms like *Corporation*, *Company*, *our*, *we*  and *its*, are sometimes used as abbreviated references to specific affiliates or groups of affiliates. The precise meaning depends on the context in question.

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2015 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $5.6 billion, of which $3.8 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to decrease to approximately $5 billion in 2016 and 2017, mainly reflecting lower project activity in Canada. Capital expenditures are expected to account for approximately 30 percent of the total.

The energy and petrochemical industries are highly competitive. There is competition within the industries and also with other industries in supplying the energy, fuel and chemical needs of both industrial and individual consumers. The Corporation competes with other firms in the sale or purchase of needed goods and services in many national and international markets and employs all methods of competition which are lawful and appropriate for such purposes.

Operating data and industry segment information for the Corporation are contained in the Financial Section of this report under the following: "Quarterly Information", "Note 18: Disclosures about Segments and Related Information" and "Operating Summary". Information on oil and gas reserves is contained in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report.

ExxonMobil has a long-standing commitment to the development of proprietary technology. We have a wide array of research programs designed to meet the needs identified in each of our business segments. Information on Company-sponsored research and development spending is contained in "Note 3: Miscellaneous Financial Information" of the Financial Section of this report. ExxonMobil held approximately 11 thousand active patents worldwide at the end of 2015. For technology licensed to third parties, revenues totaled approximately $158 million in 2015. Although technology is an important contributor to the overall operations and results of our Company, the profitability of each business segment is not dependent on any individual patent, trade secret, trademark, license, franchise or concession.

The number of regular employees was 73.5 thousand, 75.3 thousand, and 75.0 thousand at years ended 2015, 2014 and 2013, respectively. Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs. Regular employees do not include employees of the company-operated retail sites (CORS). The number of CORS employees was 2.1 thousand, 8.4 thousand, and 9.8 thousand at years ended 2015, 2014 and 2013, respectively. The decrease in CORS employees reflects the multi-year transition of the company-operated retail network in portions of Europe to a more capital-efficient Branded Wholesaler model.

Information concerning the source and availability of raw materials used in the Corporation's business, the extent of seasonality in the business, the possibility of renegotiation of profits or termination of contracts at the election of governments and risks attendant to foreign operations may be found in "Item 1A. Risk Factors" and "Item 2. Properties" in this report.

ExxonMobil maintains a website at exxonmobil.com. Our annual report on Form 10-K, quarterly reports on Form 10-Q, current reports on Form 8-K and any amendments to those reports filed or furnished pursuant to Section 13(a) of the Securities Exchange Act of 1934 are made available through our website as soon as reasonably practical after we electronically file or furnish the reports to the Securities and Exchange Commission. Also available on the Corporation's website are the Company's Corporate Governance Guidelines and Code of Ethics and Business Conduct, as well as the charters of the audit, compensation and nominating committees of the Board of Directors. Information on our website is not incorporated into this report.

## ITEM 1A.    RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals correlates closely with general economic growth rates. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal

**App. 26**

**ITEM 1A.    RISK FACTORS**

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results, or our financial condition. These risk factors include:

**Supply and Demand**

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas, and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical, and product prices and margins in turn depend on local, regional, and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition and proved reserves. On the other hand, a material increase in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Downstream and Chemical segments.

**Economic conditions.** The demand for energy and petrochemicals correlates closely with general economic growth rates. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas, and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns, which affect the demand for energy associated with heating and cooling; increased competitiveness of alternative energy sources that have so far generally not been competitive with oil and gas without the benefit of government subsidies or mandates; and changes in technology or consumer preferences that alter fuel choices, such as toward alternative fueled or electric vehicles.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by member countries to OPEC production quotas and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions. We generally do not use financial instruments to hedge market exposures.

**Government and Political Factors**

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the U.S. or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

2

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, or hydraulic fracturing);
- adoption of regulations mandating the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

**App. 27**

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, or hydraulic fracturing);
- adoption of regulations mandating the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur, or by government enforcement proceedings alleging non-compliance with applicable laws or regulations.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risk of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. These requirements could make our products more expensive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Government sponsorship of alternative energy.** Many governments are providing tax advantages and other subsidies to support alternative energy sources or are mandating the use of specific fuels or technologies. Governments are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research efforts into alternative energy, such as through sponsorship of the Global Climate and Energy Project at Stanford University and research into liquid products from algae and biomass that can be further converted to transportation fuels. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Management Effectiveness" below.

**Management Effectiveness**

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line as scheduled and within budget.

**Project management.** The success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus to workplace safety and to avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring

**App. 28**

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development, and retention of high caliber employees.

**Research and development.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment, including developing technologies to help reduce greenhouse gas emissions.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities, and to minimize the potential for human error. We apply rigorous management systems and continuous focus to workplace safety and to avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended. The ability to insure against such risks is limited by the capacity of the applicable insurance markets, which may not be sufficient.

Business risks also include the risk of cybersecurity breaches. If our systems for protecting against cybersecurity risks prove not to be sufficient, ExxonMobil could be adversely affected such as by having its business systems compromised, its proprietary information altered, lost or stolen, or its business operations disrupted.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our facilities are designed, constructed, and operated to withstand a variety of extreme climatic and other conditions, with safety factors built in to cover a number of engineering uncertainties, including those associated with wave, wind, and current intensity, marine ice flow patterns, permafrost stability, storm surge magnitude, temperature extremes, extreme rain fall events, and earthquakes. Our consideration of changing weather conditions and inclusion of safety factors in design covers the engineering uncertainties that climate change and other events may potentially introduce. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our robust facility engineering as well as our rigorous disaster preparedness and response and business continuity planning.

Projections, estimates, and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs, and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

## ITEM 1B.   UNRESOLVED STAFF COMMENTS

None.

4

## ITEM 2.   PROPERTIES

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2015**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the Securities and Exchange Commission's (SEC) definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. Otherwise, no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Basis |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,155 | 272 | - | - | 13,353 | 3,652 |
| Canada/South America *(1)* | 92 | 9 | 4,108 | 581 | 552 | 4,882 |
| Europe | 158 | 34 | - | - | 1,593 | 458 |
| Africa | 738 | 162 | - | - | 750 | 1,025 |
| Asia | 1,586 | 121 | - | - | 4,917 | 2,526 |
| Australia/Oceania | 73 | 34 | - | - | 1,962 | 434 |

**App. 29**

## ITEM 2.    PROPERTIES

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2015**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the Securities and Exchange Commission's (SEC) definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. Otherwise, no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Basis |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,155 | 272 | - | - | 13,353 | 3,652 |
| Canada/South America *(1)* | 92 | 9 | 4,108 | 581 | 552 | 4,882 |
| Europe | 158 | 34 | - | - | 1,593 | 458 |
| Africa | 738 | 162 | - | - | 750 | 1,025 |
| Asia | 1,586 | 121 | - | - | 4,917 | 2,526 |
| Australia/Oceania | 73 | 34 | - | - | 1,962 | 434 |
| Total Consolidated | 3,802 | 632 | 4,108 | 581 | 23,127 | 12,977 |
| **Equity Companies** | | | | | | |
| United States | 221 | 7 | - | - | 156 | 254 |
| Europe | 25 | - | - | - | 6,146 | 1,049 |
| Asia | 802 | 349 | - | - | 15,233 | 3,690 |
| Total Equity Company | 1,048 | 356 | - | - | 21,535 | 4,993 |
| Total Developed | 4,850 | 988 | 4,108 | 581 | 44,662 | 17,970 |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,223 | 396 | - | - | 6,027 | 2,624 |
| Canada/South America *(1)* | 168 | 6 | 452 | - | 575 | 722 |
| Europe | 26 | 8 | - | - | 363 | 95 |
| Africa | 225 | 5 | - | - | 43 | 237 |
| Asia | 1,239 | - | - | - | 412 | 1,308 |
| Australia/Oceania | 52 | 31 | - | - | 5,079 | 929 |
| Total Consolidated | 2,933 | 446 | 452 | - | 12,499 | 5,915 |
| **Equity Companies** | | | | | | |
| United States | 33 | 6 | - | - | 64 | 50 |
| Europe | - | - | - | - | 1,757 | 293 |
| Asia | 275 | 52 | - | - | 1,228 | 531 |
| Total Equity Company | 308 | 58 | - | - | 3,049 | 874 |
| Total Undeveloped | 3,241 | 504 | 452 | - | 15,548 | 6,789 |
| **Total Proved Reserves** | 8,091 | 1,492 | 4,560 | 581 | 60,210 | 24,759 |

*(1)  South America includes proved developed reserves of 0.1 million barrels of crude oil and natural gas liquids and 23 billion cubic feet of natural gas.*

5

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

**App. 30**

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressure declines. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in projections of long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

### B. Technologies Used in Establishing Proved Reserves Additions in 2015

Additions to ExxonMobil's proved reserves in 2015 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

### C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves

ExxonMobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude and natural gas liquids, bitumen, synthetic oil and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves group has more than 30 years of experience in reservoir engineering and reserves assessment and has a degree in Engineering. He is an active member of the Society of Petroleum Engineers (SPE) and previously served on the SPE Oil and Gas Reserves Committee. The group is staffed with individuals that have an average of more than 20 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold advanced degrees in either Engineering or Geology. Several members of the group hold professional registrations in their field of expertise, and a member currently serves on the SPE Oil and Gas Reserves Committee.

6

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

### 2. Proved Undeveloped Reserves

At year-end 2015, approximately 6.8 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 27 percent of the 24.8 GOEB reported in proved reserves. This compares to the 8.8 GOEB of proved undeveloped reserves reported at the end of 2014. During the year, ExxonMobil conducted development activities in over 100 fields that resulted in the transfer of approximately 2.7 GOEB from proved undeveloped to proved developed reserves by year-end. The largest transfers were related to Kearl Expansion project start-up and drilling activity in the United States. Mainly due to low prices during 2015, the Corporation reclassified approximately 1 GOEB of proved undeveloped reserves, primarily natural gas reserves in the United States, which

**App. 31**

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

### 2. Proved Undeveloped Reserves

At year-end 2015, approximately 6.8 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 27 percent of the 24.8 GOEB reported in proved reserves. This compares to the 8.8 GOEB of proved undeveloped reserves reported at the end of 2014. During the year, ExxonMobil conducted development activities in over 100 fields that resulted in the transfer of approximately 2.7 GOEB from proved undeveloped to proved developed reserves by year-end. The largest transfers were related to Kearl Expansion project start-up and drilling activity in the United States. Mainly due to low prices during 2015, the Corporation reclassified approximately 1 GOEB of proved undeveloped reserves, primarily natural gas reserves in the United States, which no longer meet the SEC definition of proved reserves.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take two to four years from the time of recording proved undeveloped reserves to the start of production. However, the development time for large and complex projects can exceed five years. During 2015, extensions and purchases primarily related to United States unconventional and Abu Dhabi drilling added approximately 1.7 GOEB of proved undeveloped reserves. Overall, investments of $19.4 billion were made by the Corporation during 2015 to progress the development of reported proved undeveloped reserves, including $17 billion for oil and gas producing activities and an additional $2.4 billion for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 76 percent of the $25.4 billion in total reported Upstream capital and exploration expenditures.

Proved undeveloped reserves in Australia, the United States, Kazakhstan, the Netherlands, Qatar, and Nigeria have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, the pace of co-venturer/government funding, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, 84 percent are contained in the aforementioned countries. The largest of these is related to LNG/Gas projects in Australia, where construction of the Gorgon LNG project is under way. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the initial development of the offshore Kashagan field which is included in the North Caspian Production Sharing Agreement and the Tengizchevroil joint venture which includes a production license in the Tengiz – Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress. In the Netherlands, the Groningen gas field has proved undeveloped reserves related to installation of future stages of compression. These reserves will move to proved developed when the additional stages of compression are installed to maintain field delivery pressure.

7

### 3. Oil and Gas Production, Production Prices and Production Costs

### A. Oil and Gas Production

The table below summarizes production by final product sold and by geographic area for the last three years.

| | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | | | |
| **Crude oil and natural gas liquids production** | Crude Oil | NGL | Crude Oil | NGL | Crude Oil | NGL |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 326 | 86 | 304 | 85 | 283 | 85 |
| Canada/South America | 47 | 8 | 52 | 9 | 57 | 10 |
| Europe | 173 | 28 | 151 | 28 | 157 | 27 |
| Africa | 511 | 18 | 469 | 20 | 451 | 18 |
| Asia | 346 | 29 | 293 | 26 | 313 | 30 |
| Australia/Oceania | 33 | 17 | 39 | 20 | 29 | 19 |
| Total Consolidated Subsidiaries | 1,436 | 186 | 1,308 | 188 | 1,290 | 189 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 61 | 3 | 63 | 2 | 61 | 2 |
| Europe | 3 | - | 5 | - | 6 | - |
| Asia | 241 | 68 | 236 | 69 | 373 | 68 |
| Total Equity Companies | 305 | 71 | 304 | 71 | 440 | 70 |
| | | | | | | |
| **Total crude oil and natural gas liquids production** | 1,741 | 257 | 1,612 | 259 | 1,730 | 259 |

**App. 32**

**3. Oil and Gas Production, Production Prices and Production Costs**

**A. Oil and Gas Production**

The table below summarizes production by final product sold and by geographic area for the last three years.

| | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | | | |
| **Crude oil and natural gas liquids production** | Crude Oil | NGL | Crude Oil | NGL | Crude Oil | NGL |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 326 | 86 | 304 | 85 | 283 | 85 |
| Canada/South America | 47 | 8 | 52 | 9 | 57 | 10 |
| Europe | 173 | 28 | 151 | 28 | 157 | 27 |
| Africa | 511 | 18 | 469 | 20 | 451 | 18 |
| Asia | 346 | 29 | 293 | 26 | 313 | 30 |
| Australia/Oceania | 33 | 17 | 39 | 20 | 29 | 19 |
| Total Consolidated Subsidiaries | 1,436 | 186 | 1,308 | 188 | 1,290 | 189 |
| **Equity Companies** | | | | | | |
| United States | 61 | 3 | 63 | 2 | 61 | 2 |
| Europe | 3 | - | 5 | - | 6 | - |
| Asia | 241 | 68 | 236 | 69 | 373 | 68 |
| Total Equity Companies | 305 | 71 | 304 | 71 | 440 | 70 |
| **Total crude oil and natural gas liquids production** | 1,741 | 257 | 1,612 | 259 | 1,730 | 259 |
| **Bitumen production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/South America | 289 | | 180 | | 148 | |
| **Synthetic oil production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/South America | 58 | | 60 | | 65 | |
| **Total liquids production** | 2,345 | | 2,111 | | 2,202 | |
| | *(millions of cubic feet daily)* | | | | | |
| **Natural gas production available for sale** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 3,116 | | 3,374 | | 3,530 | |
| Canada/South America *(1)* | 261 | | 310 | | 354 | |
| Europe | 1,110 | | 1,226 | | 1,294 | |
| Africa | 5 | | 4 | | 6 | |
| Asia | 1,080 | | 1,067 | | 1,180 | |
| Australia/Oceania | 677 | | 512 | | 351 | |
| Total Consolidated Subsidiaries | 6,249 | | 6,493 | | 6,715 | |
| **Equity Companies** | | | | | | |
| United States | 31 | | 30 | | 15 | |
| Europe | 1,176 | | 1,590 | | 1,957 | |
| Asia | 3,059 | | 3,032 | | 3,149 | |
| Total Equity Companies | 4,266 | | 4,652 | | 5,121 | |
| **Total natural gas production available for sale** | 10,515 | | 11,145 | | 11,836 | |
| | *(thousands of oil-equivalent barrels daily)* | | | | | |
| **Oil-equivalent production** | 4,097 | | 3,969 | | 4,175 | |

(1)    *South America includes natural gas production available for sale for 2015, 2014 and 2013 of 21 million, 21 million, and 28 million cubic feet daily, respectively.*

8

**B. Production Prices and Production Costs**

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United | Canada/ | | | Australia/ |
|---|---|---|---|---|---|

**App. 33**

## B. Production Prices and Production Costs

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2015** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 41.87 | 44.30 | 49.04 | 51.01 | 48.30 | 49.56 | 47.75 |
| NGL, per barrel | 16.96 | 21.91 | 27.50 | 33.41 | 21.14 | 29.75 | 22.16 |
| Natural gas, per thousand cubic feet | 1.65 | 1.78 | 6.47 | 1.57 | 2.02 | 5.13 | 2.95 |
| Bitumen, per barrel | - | 25.07 | - | - | - | - | 25.07 |
| Synthetic oil, per barrel | - | 48.15 | - | - | - | - | 48.15 |
| Average production costs, per oil-equivalent barrel - total | 12.50 | 22.68 | 15.86 | 10.31 | 7.71 | 8.86 | 12.97 |
| Average production costs, per barrel - bitumen | - | 19.20 | - | - | - | - | 19.20 |
| Average production costs, per barrel - synthetic oil | - | 41.83 | - | - | - | - | 41.83 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 46.34 | - | 46.05 | - | 48.44 | - | 47.99 |
| NGL, per barrel | 15.37 | - | - | - | 32.36 | - | 31.75 |
| Natural gas, per thousand cubic feet | 2.05 | - | 6.27 | - | 5.83 | - | 5.92 |
| Average production costs, per oil-equivalent barrel - total | 22.15 | - | 7.75 | - | 1.41 | - | 3.89 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 42.58 | 44.30 | 48.97 | 51.01 | 48.36 | 49.56 | 47.79 |
| NGL, per barrel | 16.92 | 21.91 | 27.50 | 33.41 | 28.94 | 29.75 | 24.77 |
| Natural gas, per thousand cubic feet | 1.65 | 1.78 | 6.37 | 1.57 | 4.84 | 5.13 | 4.16 |
| Bitumen, per barrel | - | 25.07 | - | - | - | - | 25.07 |
| Synthetic oil, per barrel | - | 48.15 | - | - | - | - | 48.15 |
| Average production costs, per oil-equivalent barrel - total | 13.16 | 22.68 | 13.09 | 10.31 | 3.96 | 8.86 | 10.56 |
| Average production costs, per barrel - bitumen | - | 19.20 | - | - | - | - | 19.20 |
| Average production costs, per barrel - synthetic oil | - | 41.83 | - | - | - | - | 41.83 |
| **During 2014** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 84.00 | 86.46 | 96.43 | 97.46 | 95.27 | 95.56 | 93.21 |
| NGL, per barrel | 39.70 | 51.86 | 53.68 | 65.21 | 40.81 | 56.77 | 47.07 |
| Natural gas, per thousand cubic feet | 3.61 | 3.96 | 8.18 | 2.61 | 3.71 | 5.87 | 4.68 |
| Bitumen, per barrel | - | 62.68 | - | - | - | - | 62.68 |
| Synthetic oil, per barrel | - | 89.76 | - | - | - | - | 89.76 |
| Average production costs, per oil-equivalent barrel - total | 13.35 | 33.03 | 22.29 | 12.58 | 8.64 | 11.05 | 15.94 |
| Average production costs, per barrel - bitumen | - | 32.66 | - | - | - | - | 32.66 |
| Average production costs, per barrel - synthetic oil | - | 55.32 | - | - | - | - | 55.32 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 91.24 | - | 88.68 | - | 93.42 | - | 92.89 |
| NGL, per barrel | 38.77 | - | - | - | 65.31 | - | 64.41 |
| Natural gas, per thousand cubic feet | 4.54 | - | 8.28 | - | 10.00 | - | 9.38 |
| Average production costs, per oil-equivalent barrel - total | 24.34 | - | 6.10 | - | 1.85 | - | 4.22 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 85.23 | 86.46 | 96.17 | 97.46 | 94.44 | 95.56 | 93.15 |
| NGL, per barrel | 39.68 | 51.86 | 53.68 | 65.21 | 58.52 | 56.77 | 51.84 |
| Natural gas, per thousand cubic feet | 3.62 | 3.96 | 8.23 | 2.61 | 8.36 | 5.87 | 6.64 |
| Bitumen, per barrel | - | 62.68 | - | - | - | - | 62.68 |
| Synthetic oil, per barrel | - | 89.76 | - | - | - | - | 89.76 |
| Average production costs, per oil-equivalent barrel - total | 14.10 | 33.03 | 15.59 | 12.58 | 4.44 | 11.05 | 12.55 |
| Average production costs, per barrel - bitumen | - | 32.66 | - | - | - | - | 32.66 |
| Average production costs, per barrel - synthetic oil | - | 55.32 | - | - | - | - | 55.32 |

9

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2013** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 93.56 | 98.91 | 106.75 | 108.73 | 106.18 | 107.92 | 104.13 |

**App. 34**

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2013** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 93.56 | 98.91 | 106.75 | 108.73 | 106.18 | 107.92 | 104.13 |
| NGL, per barrel | 44.30 | 44.96 | 65.36 | 75.24 | 40.83 | 59.55 | 51.12 |
| Natural gas, per thousand cubic feet | 2.99 | 2.80 | 10.07 | 2.79 | 4.10 | 4.20 | 4.60 |
| Bitumen, per barrel | - | 59.63 | - | - | - | - | 59.63 |
| Synthetic oil, per barrel | - | 93.96 | - | - | - | - | 93.96 |
| Average production costs, per oil-equivalent barrel - total | 12.02 | 32.02 | 19.57 | 13.95 | 8.95 | 16.81 | 15.42 |
| Average production costs, per barrel - bitumen | - | 34.30 | - | - | - | - | 34.30 |
| Average production costs, per barrel - synthetic oil | - | 50.94 | - | - | - | - | 50.94 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 102.24 | - | 99.26 | - | 103.96 | - | 103.66 |
| NGL, per barrel | 42.02 | - | - | - | 70.90 | - | 69.96 |
| Natural gas, per thousand cubic feet | 4.37 | - | 9.28 | - | 10.19 | - | 9.82 |
| Average production costs, per oil-equivalent barrel - total | 22.77 | - | 3.79 | - | 1.87 | - | 3.36 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 95.11 | 98.91 | 106.49 | 108.73 | 104.98 | 107.92 | 104.01 |
| NGL, per barrel | 44.24 | 44.96 | 65.36 | 75.24 | 61.64 | 59.55 | 56.26 |
| Natural gas, per thousand cubic feet | 3.00 | 2.80 | 9.59 | 2.79 | 8.53 | 4.20 | 6.86 |
| Bitumen, per barrel | - | 59.63 | - | - | - | - | 59.63 |
| Synthetic oil, per barrel | - | 93.96 | - | - | - | - | 93.96 |
| Average production costs, per oil-equivalent barrel - total | 12.72 | 32.02 | 12.42 | 13.95 | 4.41 | 16.81 | 11.48 |
| Average production costs, per barrel - bitumen | - | 34.30 | - | - | - | - | 34.30 |
| Average production costs, per barrel - synthetic oil | - | 50.94 | - | - | - | - | 50.94 |

Average production prices have been calculated by using sales quantities from the Corporation's own production as the divisor. Average production costs have been computed by using net production quantities for the divisor. The volumes of crude oil and natural gas liquids (NGL) production used for this computation are shown in the oil and gas production table in section 3.A. The volumes of natural gas used in the calculation are the production volumes of natural gas available for sale and are also shown in section 3.A. The natural gas available for sale volumes are different from those shown in the reserves table in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report due to volumes consumed or flared. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

10

## 4. Drilling and Other Exploratory and Development Activities

### A. Number of Net Productive and Dry Wells Drilled

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Net Productive Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | - | 3 | 8 |
| Canada/South America | 1 | 3 | 4 |
| Europe | 1 | 1 | - |
| Africa | 1 | 2 | 2 |
| Asia | 2 | - | - |
| Australia/Oceania | 1 | - | - |
| Total Consolidated Subsidiaries | 6 | 9 | 14 |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | 1 | 2 | 1 |
| Asia | - | - | 1 |
| Total Equity Companies | 1 | 2 | 2 |
| **Total productive exploratory wells drilled** | 7 | 11 | 16 |
| **Net Dry Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 1 | 2 | 2 |
| Canada/South America | - | 1 | 4 |
| Europe | 2 | 1 | 1 |

**App. 35**

**4. Drilling and Other Exploratory and Development Activities**

**A. Number of Net Productive and Dry Wells Drilled**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Net Productive Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | - | 3 | 8 |
| Canada/South America | 1 | 3 | 4 |
| Europe | 1 | 1 | - |
| Africa | 1 | 2 | 2 |
| Asia | 2 | - | - |
| Australia/Oceania | 1 | - | - |
| Total Consolidated Subsidiaries | 6 | 9 | 14 |
| | | | |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | 1 | 2 | 1 |
| Asia | - | - | 1 |
| Total Equity Companies | 1 | 2 | 2 |
| **Total productive exploratory wells drilled** | 7 | 11 | 16 |
| | | | |
| **Net Dry Exploratory Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 1 | 2 | 2 |
| Canada/South America | - | 1 | 4 |
| Europe | 2 | 1 | 1 |
| Africa | - | 1 | - |
| Asia | - | - | - |
| Australia/Oceania | - | - | - |
| Total Consolidated Subsidiaries | 3 | 5 | 7 |
| | | | |
| **Equity Companies** | | | |
| United States | 1 | 2 | 1 |
| Europe | 1 | - | - |
| Asia | - | - | - |
| Total Equity Companies | 2 | 2 | 1 |
| **Total dry exploratory wells drilled** | 5 | 7 | 8 |

11

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Net Productive Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 692 | 721 | 755 |
| Canada/South America | 53 | 178 | 201 |
| Europe | 10 | 8 | 13 |
| Africa | 23 | 41 | 33 |
| Asia | 14 | 19 | 30 |
| Australia/Oceania | 4 | 5 | 3 |
| Total Consolidated Subsidiaries | 796 | 972 | 1,035 |
| | | | |
| **Equity Companies** | | | |
| United States | 390 | 340 | 328 |
| Europe | 1 | 2 | 2 |
| Asia | 2 | 1 | 8 |
| Total Equity Companies | 393 | 343 | 338 |
| **Total productive development wells drilled** | 1,189 | 1,315 | 1,373 |
| | | | |
| **Net Dry Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 5 | 6 | 5 |
| Canada/South America | - | 3 | - |
| Europe | 3 | 1 | 2 |

**App. 36**

| | 2015 | 2014 | 2013 |
|---|---:|---:|---:|
| **Net Productive Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 692 | 721 | 755 |
| Canada/South America | 53 | 178 | 201 |
| Europe | 10 | 8 | 13 |
| Africa | 23 | 41 | 33 |
| Asia | 14 | 19 | 30 |
| Australia/Oceania | 4 | 5 | 3 |
| Total Consolidated Subsidiaries | 796 | 972 | 1,035 |
| | | | |
| **Equity Companies** | | | |
| United States | 390 | 340 | 328 |
| Europe | 1 | 2 | 2 |
| Asia | 2 | 1 | 8 |
| Total Equity Companies | 393 | 343 | 338 |
| **Total productive development wells drilled** | 1,189 | 1,315 | 1,373 |
| | | | |
| **Net Dry Development Wells Drilled** | | | |
| **Consolidated Subsidiaries** | | | |
| United States | 5 | 6 | 5 |
| Canada/South America | - | 3 | - |
| Europe | 3 | 1 | 2 |
| Africa | 1 | - | - |
| Asia | - | - | - |
| Australia/Oceania | - | - | - |
| Total Consolidated Subsidiaries | 9 | 10 | 7 |
| | | | |
| **Equity Companies** | | | |
| United States | - | - | - |
| Europe | - | 1 | 1 |
| Asia | - | - | - |
| Total Equity Companies | - | 1 | 1 |
| **Total dry development wells drilled** | 9 | 11 | 8 |
| | | | |
| **Total number of net wells drilled** | 1,210 | 1,344 | 1,405 |

12

**B. Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies**

**Syncrude Operations.** Syncrude is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen, and then upgrade it to produce a high-quality, light (32 degrees API), sweet, synthetic crude oil. Imperial Oil Limited is the owner of a 25 percent interest in the joint venture. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited. In 2015, the company's share of net production of synthetic crude oil was 58 thousand barrels per day and share of net acreage was 63 thousand acres in the Athabasca oil sands deposit.

**Kearl Operations.** Kearl is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen. Imperial Oil Limited holds a 70.96 percent interest in the joint venture and ExxonMobil Canada Properties holds the other 29.04 percent. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited and a 100 percent interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering 49 thousand acres in the Athabasca oil sands deposit.

The Kearl project is located approximately 40 miles north of Fort McMurray, Alberta, Canada. Bitumen is extracted from oil sands produced from open-pit mining operations, and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to our refineries and to other third parties. Diluent is natural gas condensate or other light hydrocarbons added to the crude bitumen to facilitate transportation by pipeline and rail. During 2015, average net production at Kearl was 149 thousand barrels per day. The Kearl Expansion project was completed and started up in 2015, adding additional capacity of 110 thousand barrels of bitumen per day.

**5. Present Activities**

**A. Wells Drilling**

| | Year-End 2015 | | Year-End 2014 | |
|---|---:|---:|---:|---:|
| | Gross | Net | Gross | Net |
| **Wells Drilling** | | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 860 | 379 | 1,120 | 442 |
| Canada/South America | 15 | 10 | 35 | 29 |
| Europe | 14 | 6 | 18 | 8 |

<b>App. 37</b>

**B. Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies**

**Syncrude Operations.** Syncrude is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen, and then upgrade it to produce a high-quality, light (32 degrees API), sweet, synthetic crude oil. Imperial Oil Limited is the owner of a 25 percent interest in the joint venture. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited. In 2015, the company's share of net production of synthetic crude oil was 58 thousand barrels per day and share of net acreage was 63 thousand acres in the Athabasca oil sands deposit.

**Kearl Operations.** Kearl is a joint venture established to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen. Imperial Oil Limited holds a 70.96 percent interest in the joint venture and ExxonMobil Canada Properties holds the other 29.04 percent. Exxon Mobil Corporation has a 69.6 percent interest in Imperial Oil Limited and a 100 percent interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering 49 thousand acres in the Athabasca oil sands deposit.

The Kearl project is located approximately 40 miles north of Fort McMurray, Alberta, Canada. Bitumen is extracted from oil sands produced from open-pit mining operations, and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to our refineries and to other third parties. Diluent is natural gas condensate or other light hydrocarbons added to the crude bitumen to facilitate transportation by pipeline and rail. During 2015, average net production at Kearl was 149 thousand barrels per day. The Kearl Expansion project was completed and started up in 2015, adding additional capacity of 110 thousand barrels of bitumen per day.

## 5. Present Activities

### A. Wells Drilling

| | Year-End 2015 | | Year-End 2014 | |
|---|---|---|---|---|
| **Wells Drilling** | **Gross** | **Net** | **Gross** | **Net** |
| **Consolidated Subsidiaries** | | | | |
| United States | 860 | 379 | 1,120 | 442 |
| Canada/South America | 15 | 10 | 35 | 29 |
| Europe | 14 | 6 | 18 | 8 |
| Africa | 23 | 7 | 33 | 12 |
| Asia | 65 | 18 | 90 | 26 |
| Australia/Oceania | 3 | 1 | 10 | 4 |
| Total Consolidated Subsidiaries | 980 | 421 | 1,306 | 521 |
| **Equity Companies** | | | | |
| United States | 18 | 3 | 31 | 6 |
| Europe | 9 | 3 | 4 | 1 |
| Asia | 1 | - | 1 | - |
| Total Equity Companies | 28 | 6 | 36 | 7 |
| **Total gross and net wells drilling** | 1,008 | 427 | 1,342 | 528 |

### B. Review of Principal Ongoing Activities

#### *UNITED STATES*

ExxonMobil's year-end 2015 acreage holdings totaled 14.0 million net acres, of which 1.3 million net acres were offshore. ExxonMobil was active in areas onshore and offshore in the lower 48 states and in Alaska.

During the year, 1,063.2 net exploration and development wells were completed in the inland lower 48 states. Development activities focused on liquids-rich opportunities in the onshore U.S., primarily in the Permian Basin of West Texas and New Mexico and the Bakken oil play in North Dakota and Montana. In addition, gas development activities continued in the Marcellus Shale of Pennsylvania and West Virginia and the Utica Shale of Ohio.

ExxonMobil's net acreage in the Gulf of Mexico at year-end 2015 was 1.2 million acres. A total of 3.5 net development wells were completed during the year. The deepwater Hadrian South project and the non-operated Lucius project started up in 2015. ExxonMobil continued development activities on the Heidelberg and Julia Phase 1 projects. Offshore California 1.0 net development well was completed.

13

Participation in Alaska production and development continued with a total of 20.9 net development wells completed. Development activities continued on the Point Thomson project.

#### *CANADA / SOUTH AMERICA*

*Canada*

*Oil and Gas Operations:* ExxonMobil's year-end 2015 acreage holdings totaled 6.2 million net acres, of which 1.9 million net acres were offshore. A total of 11.1 net exploration and development wells were completed during the year. Development activities continued on the Hebron project during 2015.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2015 in situ bitumen acreage holdings totaled 0.7 million net onshore acres. A total of 41.0 net development wells were completed during the year. The Cold Lake Nabiye Expansion project started up in 2015.

**App. 38**

Participation in Alaska production and development continued with a total of 20.9 net development wells completed. Development activities continued on the Point Thomson project.

### CANADA / SOUTH AMERICA

*Canada*

*Oil and Gas Operations:* ExxonMobil's year-end 2015 acreage holdings totaled 6.2 million net acres, of which 1.9 million net acres were offshore. A total of 11.1 net exploration and development wells were completed during the year. Development activities continued on the Hebron project during 2015.

*In Situ Bitumen Operations:* ExxonMobil's year-end 2015 in situ bitumen acreage holdings totaled 0.7 million net onshore acres. A total of 41.0 net development wells were completed during the year. The Cold Lake Nabiye Expansion project started up in 2015.

*Argentina*

ExxonMobil's net acreage totaled 0.9 million onshore acres at year-end 2015, and there were 1.0 net development wells completed during the year.

### EUROPE

*Germany*

A total of 4.8 million net onshore acres were held by ExxonMobil at year-end 2015, with 0.7 net development wells completed during the year.

*Netherlands*

ExxonMobil's net interest in licenses totaled approximately 1.5 million acres at year-end 2015, of which 1.2 million acres were onshore. A total of 3.5 net exploration and development wells were completed during the year.

*Norway*

ExxonMobil's net interest in licenses at year-end 2015 totaled approximately 0.2 million acres, all offshore. A total of 6.8 net exploration and development wells were completed in 2015. The non-operated Aasgard Subsea Compression project started up in 2015.

*United Kingdom*

ExxonMobil's net interest in licenses at year-end 2015 totaled approximately 0.5 million acres, all offshore. A total of 5.1 net development wells were completed during the year.

### AFRICA

*Angola*

ExxonMobil's net acreage totaled 0.4 million offshore acres at year-end 2015, with 3.6 net development wells completed during the year. On Block 15, the Kizomba Satellites Phase 2 project started up in 2015. On Block 32, development activities continued on the Kaombo Split Hub project.

*Chad*

ExxonMobil's net year-end 2015 acreage holdings consisted of 46 thousand onshore acres, with 15.6 net development wells completed during the year.

*Equatorial Guinea*

ExxonMobil's acreage totaled 0.3 million net offshore acres at year-end 2015, with 2.3 net development wells completed during the year. In 2015, ExxonMobil acquired deepwater acreage in Block EG 06.

*Nigeria*

ExxonMobil's net acreage totaled 1.1 million offshore acres at year-end 2015, with 2.9 net exploration and development wells completed during the year. In 2015, ExxonMobil acquired deepwater acreage in Block OPL 247. The deepwater Erha North Phase 2 project started up, and development drilling continued on the deepwater Usan project in 2015.

14

### ASIA

*Azerbaijan*

At year-end 2015, ExxonMobil's net acreage totaled 9 thousand offshore acres. A total of 0.9 net development wells were completed during the year.

*Indonesia*

At year-end 2015, ExxonMobil had 0.5 million net acres, 0.4 million net acres offshore and 0.1 million net acres onshore, with 3.2 net development wells completed during the year. In 2015, acreage was relinquished in the North Sumatra and Arun fields. The Banyu Urip onshore central processing facility started up in 2015.

*Iraq*

**App. 39**

*ASIA*

*Azerbaijan*

At year-end 2015, ExxonMobil's net acreage totaled 9 thousand offshore acres. A total of 0.9 net development wells were completed during the year.

*Indonesia*

At year-end 2015, ExxonMobil had 0.5 million net acres, 0.4 million net acres offshore and 0.1 million net acres onshore, with 3.2 net development wells completed during the year. In 2015, acreage was relinquished in the North Sumatra and Arun fields. The Banyu Urip onshore central processing facility started up in 2015.

*Iraq*

At year-end 2015, ExxonMobil's onshore acreage was 0.6 million net acres. West Qurna Phase 1 oil field rehabilitation activities continued during 2015 and across the life of this project will include drilling of new wells, working over of existing wells, and optimization and debottlenecking of existing facilities. In the Kurdistan Region of Iraq, after operations were temporarily suspended due to security concerns in the region during 2014, ExxonMobil resumed its seismic program and exploration drilling in 2015, with 1.6 net exploration wells completed during the year.

*Kazakhstan*

ExxonMobil's net acreage totaled 0.1 million acres onshore and 0.2 million acres offshore at year-end 2015. A total of 3.7 net development wells were completed during 2015. Following a brief production period in 2013, Kashagan operations were suspended due to a leak in the onshore section of the gas pipeline. Working with our partners, activities are under way to replace both the oil and gas pipelines.

*Malaysia*

ExxonMobil has interests in production sharing contracts covering 0.2 million net acres offshore at year-end 2015. During the year, a total of 4.0 net development wells were completed.

*Qatar*

Through our joint ventures with Qatar Petroleum, ExxonMobil's net acreage totaled 65 thousand acres offshore at year-end 2015. ExxonMobil participated in 62.2 million tonnes per year gross liquefied natural gas capacity and 2.0 billion cubic feet per day of flowing gas capacity at year end. Development activities continued on the Barzan project.

*Republic of Yemen*

ExxonMobil's net acreage in the Republic of Yemen production sharing areas totaled 10 thousand acres onshore at year-end 2015.

*Russia*

ExxonMobil's net acreage holdings in Sakhalin at year-end 2015 were 85 thousand acres, all offshore. A total of 1.5 net development wells were completed. The Arkutun-Dagi project started up, and development activities continued on the Odoptu Stage 2 project in 2015.

At year-end 2015, ExxonMobil's net acreage in the Rosneft joint venture agreements for the Kara, Laptev, Chukchi and Black Seas was 63.6 million acres, all offshore. ExxonMobil and Rosneft formed a joint venture to evaluate the development of tight-oil reserves in western Siberia in 2013. Refer to the relevant portion of "Note 7: Equity Company Information" of the Financial Section of this report for additional information on the Corporation's participation in Rosneft joint venture activities.

*Thailand*

ExxonMobil's net onshore acreage in Thailand concessions totaled 21 thousand acres at year-end 2015.

*United Arab Emirates*

ExxonMobil's net acreage in the Abu Dhabi offshore Upper Zakum oil concession was 81 thousand acres at year-end 2015. During the year, a total of 3.6 net development wells were completed. Development activities continued on the Upper Zakum 750 project.

15

*AUSTRALIA / OCEANIA*

*Australia*

ExxonMobil's year-end 2015 acreage holdings totaled 1.5 million net offshore acres. During the year, a total of 3.1 net exploration and development wells were completed. Construction activities continued on the Gas Conditioning Plant at Longford.

Project construction and commissioning activity for the co-venturer operated Gorgon liquefied natural gas (LNG) project progressed in 2015. The project consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year LNG facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia.

*Papua New Guinea*

**App. 40**

*AUSTRALIA / OCEANIA*

*Australia*

ExxonMobil's year-end 2015 acreage holdings totaled 1.5 million net offshore acres. During the year, a total of 3.1 net exploration and development wells were completed. Construction activities continued on the Gas Conditioning Plant at Longford.

Project construction and commissioning activity for the co-venturer operated Gorgon liquefied natural gas (LNG) project progressed in 2015. The project consists of a subsea infrastructure for offshore production and transportation of the gas, a 15.6 million tonnes per year LNG facility and a 280 million cubic feet per day domestic gas plant located on Barrow Island, Western Australia.

*Papua New Guinea*

A total of 1.1 million net onshore acres were held by ExxonMobil at year-end 2015, with 1.5 net development wells completed during the year. The Papua New Guinea (PNG) LNG integrated development includes gas production and processing facilities in the southern PNG Highlands, onshore and offshore pipelines, and a 6.9 million tonnes per year LNG facility near Port Moresby.

**WORLDWIDE EXPLORATION**

At year-end 2015, exploration activities were under way in several areas in which ExxonMobil has no established production operations and thus are not included above. A total of 12.6 million net acres were held at year-end 2015 and 4.4 net exploration wells were completed during the year in these countries.

**6. Delivery Commitments**

ExxonMobil sells crude oil and natural gas from its producing operations under a variety of contractual obligations, some of which may specify the delivery of a fixed and determinable quantity for periods longer than one year. ExxonMobil also enters into natural gas sales contracts where the source of the natural gas used to fulfill the contract can be a combination of our own production and the spot market. Worldwide, we are contractually committed to deliver approximately 43 million barrels of oil and 2,800 billion cubic feet of natural gas for the period from 2016 through 2018. We expect to fulfill the majority of these delivery commitments with production from our proved developed reserves. Any remaining commitments will be fulfilled with production from our proved undeveloped reserves and spot market purchases as necessary.

16

**7. Oil and Gas Properties, Wells, Operations and Acreage**

**A. Gross and Net Productive Wells**

| | Year-End 2015 | | | | Year-End 2014 | | | |
|---|---|---|---|---|---|---|---|---|
| | Oil | | Gas | | Oil | | Gas | |
| | Gross | Net | Gross | Net | Gross | Net | Gross | Net |
| **Gross and Net Productive Wells** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| United States | 20,662 | 8,334 | 33,657 | 20,307 | 18,424 | 7,939 | 33,149 | 20,398 |
| Canada/South America | 5,045 | 4,741 | 4,559 | 1,769 | 5,012 | 4,659 | 4,577 | 1,782 |
| Europe | 1,195 | 345 | 644 | 255 | 1,215 | 347 | 642 | 259 |
| Africa | 1,315 | 517 | 20 | 8 | 1,299 | 513 | 19 | 8 |
| Asia | 818 | 280 | 149 | 87 | 804 | 267 | 207 | 150 |
| Australia/Oceania | 630 | 138 | 49 | 23 | 669 | 157 | 43 | 21 |
| Total Consolidated Subsidiaries | 29,665 | 14,355 | 39,078 | 22,449 | 27,423 | 13,882 | 38,637 | 22,618 |
| **Equity Companies** | | | | | | | | |
| United States | 14,555 | 5,594 | 4,301 | 493 | 14,571 | 5,605 | 4,365 | 494 |
| Europe | 13 | 6 | 570 | 180 | 57 | 20 | 567 | 179 |
| Asia | 121 | 30 | 125 | 30 | 110 | 27 | 125 | 30 |
| Total Equity Companies | 14,689 | 5,630 | 4,996 | 703 | 14,738 | 5,652 | 5,057 | 703 |
| **Total gross and net productive wells** | 44,354 | 19,985 | 44,074 | 23,152 | 42,161 | 19,534 | 43,694 | 23,321 |

There were 35,909 gross and 30,114 net operated wells at year-end 2015 and 35,446 gross and 29,870 net operated wells at year-end 2014. The number of wells with multiple completions was 1,266 gross in 2015 and 1,219 gross in 2014.

Note: Year-end 2014 consolidated subsidiaries well counts for gross and net wells in the United States were restated in regards to non-operated wells.

17

**App. 41**

**B. Gross and Net Developed Acreage**

| Gross and Net Developed Acreage | Year-End 2015 | | Year-End 2014 | |
| --- | --- | --- | --- | --- |
| | Gross | Net | Gross | Net |
| | *(thousands of acres)* | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 14,827 | 9,327 | 14,777 | 9,367 |
| Canada/South America *(1)* | 3,335 | 2,122 | 3,515 | 2,242 |
| Europe | 3,275 | 1,473 | 3,337 | 1,506 |
| Africa | 2,493 | 866 | 2,286 | 815 |
| Asia | 1,934 | 562 | 1,817 | 551 |
| Australia/Oceania | 2,123 | 781 | 2,123 | 758 |
| Total Consolidated Subsidiaries | 27,987 | 15,131 | 27,855 | 15,239 |
| **Equity Companies** | | | | |
| United States | 939 | 209 | 949 | 208 |
| Europe | 4,278 | 1,335 | 4,342 | 1,356 |
| Asia | 628 | 155 | 628 | 156 |
| Total Equity Companies | 5,845 | 1,699 | 5,919 | 1,720 |
| **Total gross and net developed acreage** | 33,832 | 16,830 | 33,774 | 16,959 |

(1)  Includes developed acreage in South America of 213 gross and 109 net thousands of acres for 2015 and 213 gross and 109 net thousands of acres for 2014.

Separate acreage data for oil and gas are not maintained because, in many instances, both are produced from the same acreage.

**C. Gross and Net Undeveloped Acreage**

| Gross and Net Undeveloped Acreage | Year-End 2015 | | Year-End 2014 | |
| --- | --- | --- | --- | --- |
| | Gross | Net | Gross | Net |
| | *(thousands of acres)* | | | |
| **Consolidated Subsidiaries** | | | | |
| United States | 9,353 | 4,358 | 10,262 | 4,894 |
| Canada/South America *(1)* | 19,328 | 10,113 | 16,100 | 12,250 |
| Europe | 10,073 | 5,444 | 10,601 | 5,636 |
| Africa | 10,586 | 5,306 | 22,143 | 15,020 |
| Asia | 6,888 | 3,959 | 17,437 | 13,016 |
| Australia/Oceania | 5,629 | 1,902 | 6,653 | 2,013 |
| Total Consolidated Subsidiaries | 61,857 | 31,082 | 83,196 | 52,829 |
| **Equity Companies** | | | | |
| United States | 259 | 92 | 350 | 118 |
| Europe | - | - | - | - |
| Asia | 191,147 | 63,633 | 191,146 | 63,632 |
| Total Equity Companies | 191,406 | 63,725 | 191,496 | 63,750 |
| **Total gross and net undeveloped acreage** | 253,263 | 94,807 | 274,692 | 116,579 |

(1)  Includes undeveloped acreage in South America of 10,634 gross and 4,970 net thousands of acres for 2015 and 9,056 gross and 8,083 net thousands of acres for 2014.

ExxonMobil's investment in developed and undeveloped acreage is comprised of numerous concessions, blocks and leases. The terms and conditions under which the Corporation maintains exploration and/or production rights to the acreage are property-specific, contractually defined and vary significantly from property to property. Work programs are designed to ensure that the exploration potential of any property is fully evaluated before expiration. In some instances, the Corporation may elect to relinquish acreage in advance of the contractual expiration date if the evaluation process is complete and there is not a business basis for extension. In cases where additional time may be required to fully evaluate acreage, the Corporation has generally been successful in obtaining extensions. The scheduled expiration of leases and concessions for undeveloped acreage over the next three years is not expected to have a material adverse impact on the Corporation.

18

**D. Summary of Acreage Terms**

*UNITED STATES*

Oil and gas exploration and production rights are acquired from mineral interest owners through a lease. Mineral interest owners include the Federal and State governments, as well as private mineral interest owners. Leases typically have an exploration period ranging from one to ten years, and a production period that normally remains in effect until production ceases. Under certain circumstances, a lease may be held beyond its exploration term even if production has not commenced. In some instances regarding private property, a "fee interest" is acquired where both the surface and the underlying mineral interests are owned outright.

# App. 42

**D. Summary of Acreage Terms**

***UNITED STATES***

Oil and gas exploration and production rights are acquired from mineral interest owners through a lease. Mineral interest owners include the Federal and State governments, as well as private mineral interest owners. Leases typically have an exploration period ranging from one to ten years, and a production period that normally remains in effect until production ceases. Under certain circumstances, a lease may be held beyond its exploration term even if production has not commenced. In some instances regarding private property, a "fee interest" is acquired where both the surface and the underlying mineral interests are owned outright.

***CANADA / SOUTH AMERICA***

*Canada*

Exploration licenses or leases in onshore areas are acquired for varying periods of time with renewals or extensions possible. These licenses or leases entitle the holder to continue existing licenses or leases upon completing specified work. In general, these license and lease agreements are held as long as there is production on the licenses and leases. Exploration licenses in offshore eastern Canada and the Beaufort Sea are held by work commitments of various amounts and rentals. They are valid for a maximum term of nine years. Production licenses in the offshore are valid for 25 years, with rights of extension for continued production. Significant discovery licenses in the offshore, relating to currently undeveloped discoveries, do not have a definite term.

*Argentina*

The Federal Hydrocarbon Law was amended in December 2014. The onshore concession terms granted prior to the amendment are up to six years, divided into three potential exploration periods, with an optional extension for up to one year depending on the classification of the area. Pursuant to the amended law, the production term for a conventional production concession would be 25 years, and 35 years for an unconventional concession, with unlimited ten-year extensions possible, once a field has been developed.

***EUROPE***

*Germany*

Exploration concessions are granted for an initial maximum period of five years, with an unlimited number of extensions of up to three years each. Extensions are subject to specific, minimum work commitments. Production licenses are normally granted for 20 to 25 years with multiple possible extensions as long as there is production on the license.

*Netherlands*

Under the Mining Law, effective January 1, 2003, exploration and production licenses for both onshore and offshore areas are issued for a period as explicitly defined in the license. The term is based on the period of time necessary to perform the activities for which the license is issued. License conditions are stipulated in the license and are based on the Mining Law.

Production rights granted prior to January 1, 2003, remain subject to their existing terms, and differ slightly for onshore and offshore areas. Onshore production licenses issued prior to 1988 were indefinite; from 1988 they were issued for a period as explicitly defined in the license, ranging from 35 to 45 years. Offshore production licenses issued before 1976 were issued for a fixed period of 40 years; from 1976 they were again issued for a period as explicitly defined in the license, ranging from 15 to 40 years.

*Norway*

Licenses issued prior to 1972 were for an initial period of six years and an extension period of 40 years, with relinquishment of at least one-fourth of the original area required at the end of the sixth year and another one-fourth at the end of the ninth year. Licenses issued between 1972 and 1997 were for an initial period of up to six years (with extension of the initial period of one year at a time up to ten years after 1985), and an extension period of up to 30 years, with relinquishment of at least one-half of the original area required at the end of the initial period. Licenses issued after July 1, 1997, have an initial period of up to ten years and a normal extension period of up to 30 years or in special cases of up to 50 years, and with relinquishment of at least one-half of the original area required at the end of the initial period.

19

*United Kingdom*

Acreage terms are fixed by the government and are periodically changed. For example, many of the early licenses issued under the first four licensing rounds provided for an initial term of six years with relinquishment of at least one-half of the original area at the end of the initial term, subject to extension for a further 40 years. At the end of any such 40-year term, licenses may continue in producing areas until cessation of production; or licenses may continue in development areas for periods agreed on a case-by-case basis until they become producing areas; or licenses terminate in all other areas. The licensing regime was last updated in 2002, and the majority of licenses issued have an initial term of four years with a second term extension of four years and a final term of 18 years with a mandatory relinquishment of 50 percent of the acreage after the initial term and of all acreage that is not covered by a development plan at the end of the second term.

***AFRICA***

*Angola*

Exploration and production activities are governed by production sharing agreements with an initial exploration term of four years and an optional second phase of two to three years. The production period is for 25 years, and agreements generally provide for a negotiated extension.

**App. 43**

*United Kingdom*

Acreage terms are fixed by the government and are periodically changed. For example, many of the early licenses issued under the first four licensing rounds provided for an initial term of six years with relinquishment of at least one-half of the original area at the end of the initial term, subject to extension for a further 40 years. At the end of any such 40-year term, licenses may continue in producing areas until cessation of production; or licenses may continue in development areas for periods agreed on a case-by-case basis until they become producing areas; or licenses terminate in all other areas. The licensing regime was last updated in 2002, and the majority of licenses issued have an initial term of four years with a second term extension of four years and a final term of 18 years with a mandatory relinquishment of 50 percent of the acreage after the initial term and of all acreage that is not covered by a development plan at the end of the second term.

**AFRICA**

*Angola*

Exploration and production activities are governed by production sharing agreements with an initial exploration term of four years and an optional second phase of two to three years. The production period is for 25 years, and agreements generally provide for a negotiated extension.

*Chad*

Exploration permits are issued for a period of five years, and are renewable for one or two further five-year periods. The terms and conditions of the permits, including relinquishment obligations, are specified in a negotiated convention. The production term is for 30 years and may be extended up to 50 years at the discretion of the government.

*Equatorial Guinea*

Exploration, development and production activities are governed by production sharing contracts (PSCs) negotiated with the State Ministry of Mines, Industry and Energy. A new PSC was signed in 2015; the initial exploration period is five years for oil and gas, with multi-year extensions available at the discretion of the Ministry and limited relinquishments in the absence of commercial discoveries. The production period for crude oil ranges from 25 to 30 years, while the production period for natural gas ranges from 25 to 50 years.

*Nigeria*

Exploration and production activities in the deepwater offshore areas are typically governed by production sharing contracts (PSCs) with the national oil company, the Nigerian National Petroleum Corporation (NNPC). NNPC typically holds the underlying Oil Prospecting License (OPL) and any resulting Oil Mining Lease (OML). The terms of the PSCs are generally 30 years, including a ten-year exploration period (an initial exploration phase that can be divided into multiple optional periods) covered by an OPL. Upon commercial discovery, an OPL may be converted to an OML. Partial relinquishment is required under the PSC at the end of the ten-year exploration period, and OMLs have a 20-year production period that may be extended.

Some exploration activities are carried out in deepwater by joint ventures with local companies holding interests in an OPL. OPLs in deepwater offshore areas are valid for ten years, while in all other areas the licenses are for five years. Demonstrating a commercial discovery is the basis for conversion of an OPL to an OML.

OMLs granted prior to the 1969 Petroleum Act (i.e., under the Mineral Oils Act 1914, repealed by the 1969 Petroleum Act) were for 30 years onshore and 40 years in offshore areas and have been renewed, effective December 1, 2008, for a further period of 20 years, with a further renewal option of 20 years. Operations under these pre-1969 OMLs are conducted under a joint venture agreement with NNPC rather than a PSC. Commercial terms applicable to the existing joint venture oil production are defined by the Petroleum Profits Tax Act.

OMLs granted under the 1969 Petroleum Act, which include all deepwater OMLs, have a maximum term of 20 years without distinction for onshore or offshore location and are renewable, upon 12 months' written notice, for another period of 20 years. OMLs not held by NNPC are also subject to a mandatory 50-percent relinquishment after the first ten years of their duration.

20

**ASIA**

*Azerbaijan*

The production sharing agreement (PSA) for the development of the Azeri-Chirag-Gunashli field is established for an initial period of 30 years starting from the PSA execution date in 1994.

Other exploration and production activities are governed by PSAs negotiated with the national oil company of Azerbaijan. The exploration period consists of three or four years with the possibility of a one to three-year extension. The production period, which includes development, is for 25 years or 35 years with the possibility of one or two five-year extensions.

*Indonesia*

Exploration and production activities in Indonesia are generally governed by cooperation contracts, usually in the form of a production sharing contract (PSC), negotiated with BPMIGAS, a government agency established in 2002 to manage upstream oil and gas activities. In 2012, Indonesia's Constitutional Court ruled certain articles of law relating to BPMIGAS to be unconstitutional, but stated that all existing PSCs signed with BPMIGAS should remain in force until their expiry, and the functions and duties previously performed by BPMIGAS are to be carried out by the relevant Ministry of the Government of Indonesia until the promulgation of a new oil and gas law. By presidential decree, SKKMIGAS became the interim successor to BPMIGAS. The current PSCs have an exploration period of six years, which can be extended up to 10 years, and an exploitation period of 20 years. PSCs generally require the contractor to relinquish 10 percent to 20 percent of the contract area after three years and generally allow the contractor to retain no more than 50 percent to 80 percent of the original contract area after six years, depending on the acreage and terms.

**App. 44**

*ASIA*

*Azerbaijan*

The production sharing agreement (PSA) for the development of the Azeri-Chirag-Gunashli field is established for an initial period of 30 years starting from the PSA execution date in 1994.

Other exploration and production activities are governed by PSAs negotiated with the national oil company of Azerbaijan. The exploration period consists of three or four years with the possibility of a one to three-year extension. The production period, which includes development, is for 25 years or 35 years with the possibility of one or two five-year extensions.

*Indonesia*

Exploration and production activities in Indonesia are generally governed by cooperation contracts, usually in the form of a production sharing contract (PSC), negotiated with BPMIGAS, a government agency established in 2002 to manage upstream oil and gas activities. In 2012, Indonesia's Constitutional Court ruled certain articles of law relating to BPMIGAS to be unconstitutional, but stated that all existing PSCs signed with BPMIGAS should remain in force until their expiry, and the functions and duties previously performed by BPMIGAS are to be carried out by the relevant Ministry of the Government of Indonesia until the promulgation of a new oil and gas law. By presidential decree, SKKMIGAS became the interim successor to BPMIGAS. The current PSCs have an exploration period of six years, which can be extended up to 10 years, and an exploitation period of 20 years. PSCs generally require the contractor to relinquish 10 percent to 20 percent of the contract area after three years and generally allow the contractor to retain no more than 50 percent to 80 percent of the original contract area after six years, depending on the acreage and terms.

*Iraq*

Development and production activities in the state-owned oil and gas fields are governed by contracts with regional oil companies of the Iraqi Ministry of Oil. An ExxonMobil affiliate entered into a contract with South Oil Company of the Iraqi Ministry of Oil for the rights to participate in the development and production activities of the West Qurna Phase I oil and gas field effective March 1, 2010. The term of the contract is 20 years with the right to extend for five years. The contract provides for cost recovery plus per-barrel fees for incremental production above specified levels.

Exploration and production activities in the Kurdistan Region of Iraq are governed by production sharing contracts (PSCs) negotiated with the regional government of Kurdistan in 2011. The exploration term is for five years, with extensions available as provided by the PSCs and at the discretion of the regional government of Kurdistan. The production period is 20 years with the right to extend for five years.

*Kazakhstan*

Onshore exploration and production activities are governed by the production license, exploration license and joint venture agreements negotiated with the Republic of Kazakhstan. Existing production operations have a 40-year production period that commenced in 1993.

Offshore exploration and production activities are governed by a production sharing agreement negotiated with the Republic of Kazakhstan. The exploration period is six years followed by separate appraisal periods for each discovery. The production period for each discovery, which includes development, is for 20 years from the date of declaration of commerciality with the possibility of two ten-year extensions.

*Malaysia*

Production activities are governed by production sharing contracts (PSCs) negotiated with the national oil company. The PSCs have terms ranging up to 29 years. All extensions are subject to the national oil company's prior written approval. The total production period is 15 to 29 years, depending on the provisions of the respective contract.

*Qatar*

The State of Qatar grants gas production development project rights to develop and supply gas from the offshore North Field to permit the economic development and production of gas reserves sufficient to satisfy the gas and LNG sales obligations of these projects.

*Republic of Yemen*

The Jannah production sharing agreement has a development period extending 20 years from first commercial declaration, which was made in June 1995. Due to force majeure events, the development period has been extended beyond its original expiration date by an additional 400 days, with the possibility of further extensions due to ongoing force majeure events.

*Russia*

Terms for ExxonMobil's Sakhalin acreage are fixed by the production sharing agreement (PSA) that became effective in 1996 between the Russian government and the Sakhalin-1 consortium, of which ExxonMobil is the operator. The term of the PSA is 20 years from the Declaration of Commerciality, which would be 2021. The term may be extended thereafter in ten-year increments as specified in the PSA.

Exploration and production activities in the Kara, Laptev, Chukchi and Black Seas are governed by joint venture agreements concluded with Rosneft in 2013 and 2014 that cover certain of Rosneft's offshore licenses. The Kara Sea licenses covered by the joint venture agreements concluded in 2013 extend through 2040 and include an exploration period through 2020. Additional licenses in the Kara, Laptev and Chukchi Seas covered by the joint venture agreements concluded in 2014 extend through 2043 and include an exploration period through 2023. The Kara, Laptev and Chukchi Sea licenses require development plan submission within eight years of a discovery and development activities within five years of plan approval. The Black Sea exploration license extends through 2017 and a discovery is the basis for obtaining a license for production. Refer to the relevant portion of "Note 7: Equity Company Information" of the Financial Section of this report for

**App. 45**

*Russia*

Terms for ExxonMobil's Sakhalin acreage are fixed by the production sharing agreement (PSA) that became effective in 1996 between the Russian government and the Sakhalin-1 consortium, of which ExxonMobil is the operator. The term of the PSA is 20 years from the Declaration of Commerciality, which would be 2021. The term may be extended thereafter in ten-year increments as specified in the PSA.

Exploration and production activities in the Kara, Laptev, Chukchi and Black Seas are governed by joint venture agreements concluded with Rosneft in 2013 and 2014 that cover certain of Rosneft's offshore licenses. The Kara Sea licenses covered by the joint venture agreements concluded in 2013 extend through 2040 and include an exploration period through 2020. Additional licenses in the Kara, Laptev and Chukchi Seas covered by the joint venture agreements concluded in 2014 extend through 2043 and include an exploration period through 2023. The Kara, Laptev and Chukchi Sea licenses require development plan submission within eight years of a discovery and development activities within five years of plan approval. The Black Sea exploration license extends through 2017 and a discovery is the basis for obtaining a license for production. Refer to the relevant portion of "Note 7: Equity Company Information" of the Financial Section of this report for additional information on the Corporation's participation in Rosneft joint venture activities.

*Thailand*

The Petroleum Act of 1971 allows production under ExxonMobil's concession for 30 years with a ten-year extension at terms generally prevalent at the time.

*United Arab Emirates*

An interest in the development and production activities of the Upper Zakum field, a major offshore field, was acquired effective as of January 2006, for a term expiring March 2026, and in 2013 the governing agreements were extended to 2041.

**AUSTRALIA / OCEANIA**

*Australia*

Exploration and production activities conducted offshore in Commonwealth waters are governed by Federal legislation. Exploration permits are granted for an initial term of six years with two possible five-year renewal periods. Retention leases may be granted for resources that are not commercially viable at the time of application, but are expected to become commercially viable within 15 years. These are granted for periods of five years and renewals may be requested. Prior to July 1998, production licenses were granted initially for 21 years, with a further renewal of 21 years and thereafter "indefinitely", i.e., for the life of the field. Effective from July 1998, new production licenses are granted "indefinitely". In each case, a production license may be terminated if no production operations have been carried on for five years.

*Papua New Guinea*

Exploration and production activities are governed by the Oil and Gas Act. Petroleum Prospecting licenses are granted for an initial term of six years with a five-year extension possible (an additional extension of three years is possible in certain circumstances). Generally, a 50-percent relinquishment of the license area is required at the end of the initial six-year term, if extended. Petroleum Development licenses are granted for an initial 25-year period. An extension of up to 20 years may be granted at the Minister's discretion. Petroleum Retention licenses may be granted for gas resources that are not commercially viable at the time of application, but may become commercially viable within the maximum possible retention time of 15 years. Petroleum Retention licenses are granted for five-year terms, and may be extended, at the Minister's discretion, twice for the maximum retention time of 15 years. Extensions of Petroleum Retention licenses may be for periods of less than one year, renewable annually, if the Minister considers at the time of extension that the resources could become commercially viable in less than five years.

22

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

**Refining Capacity At Year-End 2015** *(1)*

|  |  | ExxonMobil Share KBD *(2)* | ExxonMobil Interest % |
|---|---|---|---|
| **United States** |  |  |  |
| Torrance | California | 150 | 100 |
| Joliet | Illinois | 236 | 100 |
| Baton Rouge | Louisiana | 503 | 100 |
| Billings | Montana | 60 | 100 |
| Baytown | Texas | 561 | 100 |
| Beaumont | Texas | 345 | 100 |
| Total United States |  | 1,855 |  |
| **Canada** |  |  |  |
| Strathcona | Alberta | 189 | 69.6 |
| Nanticoke | Ontario | 113 | 69.6 |
| Sarnia | Ontario | 119 | 69.6 |
| Total Canada |  | 421 |  |
| **Europe** |  |  |  |
| Antwerp | Belgium | 307 | 100 |

**App. 46**

**Information with regard to the Downstream segment follows:**

ExxonMobil's Downstream segment manufactures and sells petroleum products. The refining and supply operations encompass a global network of manufacturing plants, transportation systems, and distribution centers that provide a range of fuels, lubricants and other products and feedstocks to our customers around the world.

**Refining Capacity At Year-End 2015** (1)

| | | ExxonMobil Share KBD (2) | ExxonMobil Interest % |
|---|---|---|---|
| **United States** | | | |
| Torrance | California | 150 | 100 |
| Joliet | Illinois | 236 | 100 |
| Baton Rouge | Louisiana | 503 | 100 |
| Billings | Montana | 60 | 100 |
| Baytown | Texas | 561 | 100 |
| Beaumont | Texas | 345 | 100 |
| Total United States | | 1,855 | |
| **Canada** | | | |
| Strathcona | Alberta | 189 | 69.6 |
| Nanticoke | Ontario | 113 | 69.6 |
| Sarnia | Ontario | 119 | 69.6 |
| Total Canada | | 421 | |
| **Europe** | | | |
| Antwerp | Belgium | 307 | 100 |
| Fos-sur-Mer | France | 133 | 82.9 |
| Gravenchon | France | 239 | 82.9 |
| Karlsruhe | Germany | 78 | 25 |
| Augusta | Italy | 198 | 100 |
| Trecate | Italy | 132 | 74.8 |
| Rotterdam | Netherlands | 191 | 100 |
| Slagen | Norway | 116 | 100 |
| Fawley | United Kingdom | 261 | 100 |
| Total Europe | | 1,655 | |
| **Asia Pacific** | | | |
| Altona | Australia | 78 | 100 |
| Fujian | China | 67 | 25 |
| Jurong/PAC | Singapore | 592 | 100 |
| Sriracha | Thailand | 167 | 66 |
| Total Asia Pacific | | 904 | |
| **Middle East** | | | |
| Yanbu | Saudi Arabia | 200 | 50 |
| **Total Worldwide** | | 5,035 | |

(1)  Capacity data is based on 100 percent of rated refinery process unit stream-day capacities under normal operating conditions, less the impact of shutdowns for regular repair and maintenance activities, averaged over an extended period of time. The listing excludes refineries owned through cost companies in Japan and New Zealand, and the Laffan Refinery in Qatar for which results are reported in the Upstream segment.

(2)  Thousands of barrels per day (KBD). ExxonMobil share reflects 100 percent of atmospheric distillation capacity in operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, ExxonMobil share is the greater of ExxonMobil's interest or that portion of distillation capacity normally available to ExxonMobil.

23

The marketing operations sell products and services throughout the world through our *Exxon*, *Esso* and *Mobil* brands.

**Retail Sites At Year-End 2015**

| | |
|---|---|
| **United States** | |
| Owned/leased | - |
| Distributors/resellers | 9,617 |
| Total United States | 9,617 |
| **Canada** | |

**App. 47**

The marketing operations sell products and services throughout the world through our *Exxon*, *Esso* and *Mobil* brands.

**Retail Sites At Year-End 2015**

| | |
|---|---:|
| **United States** | |
| Owned/leased | - |
| Distributors/resellers | 9,617 |
| Total United States | 9,617 |
| **Canada** | |
| Owned/leased | 474 |
| Distributors/resellers | 1,281 |
| Total Canada | 1,755 |
| **Europe** | |
| Owned/leased | 2,438 |
| Distributors/resellers | 3,612 |
| Total Europe | 6,050 |
| **Asia Pacific** | |
| Owned/leased | 645 |
| Distributors/resellers | 795 |
| Total Asia Pacific | 1,440 |
| **Latin America** | |
| Owned/leased | 9 |
| Distributors/resellers | 745 |
| Total Latin America | 754 |
| **Middle East/Africa** | |
| Owned/leased | 372 |
| Distributors/resellers | 263 |
| Total Middle East/Africa | 635 |
| **Worldwide** | |
| Owned/leased | 3,938 |
| Distributors/resellers | 16,313 |
| Total Worldwide | 20,251 |

24

**Information with regard to the Chemical segment follows:**

ExxonMobil's Chemical segment manufactures and sells petrochemicals. The Chemical business supplies olefins, polyolefins, aromatics, and a wide variety of other petrochemicals.

**Chemical Complex Capacity At Year-End 2015** *(1)(2)*

| | | Ethylene | Polyethylene | Polypropylene | Paraxylene | ExxonMobil Interest % |
|---|---|---:|---:|---:|---:|---:|
| **North America** | | | | | | |
| Baton Rouge | Louisiana | 1.0 | 1.3 | 0.4 | - | 100 |
| Baytown | Texas | 2.2 | - | 0.7 | 0.7 | 100 |
| Beaumont | Texas | 0.9 | 1.0 | - | 0.3 | 100 |
| Mont Belvieu | Texas | - | 1.0 | - | - | 100 |
| Sarnia | Ontario | 0.3 | 0.5 | - | - | 69.6 |
| Total North America | | 4.4 | 3.8 | 1.1 | 1.0 | |
| **Europe** | | | | | | |
| Antwerp | Belgium | - | 0.4 | - | - | 100 |
| Fife | United Kingdom | 0.4 | - | - | - | 50 |
| Gravenchon | France | 0.4 | 0.4 | 0.3 | - | 100 |
| Meerhout | Belgium | - | 0.5 | - | - | 100 |
| Rotterdam | Netherlands | - | - | - | 0.7 | 100 |
| Total Europe | | 0.8 | 1.3 | 0.3 | 0.7 | |
| **Middle East** | | | | | | |
| Al Jubail | Saudi Arabia | 0.6 | 0.7 | - | - | 50 |
| Yanbu | Saudi Arabia | 1.0 | 0.7 | 0.2 | - | 50 |

**App. 48**

**Information with regard to the Chemical segment follows:**

ExxonMobil's Chemical segment manufactures and sells petrochemicals. The Chemical business supplies olefins, polyolefins, aromatics, and a wide variety of other petrochemicals.

**Chemical Complex Capacity At Year-End 2015** *(1)(2)*

| | | Ethylene | Polyethylene | Polypropylene | Paraxylene | ExxonMobil Interest % |
|---|---|---|---|---|---|---|
| **North America** | | | | | | |
| Baton Rouge | Louisiana | 1.0 | 1.3 | 0.4 | - | 100 |
| Baytown | Texas | 2.2 | - | 0.7 | 0.7 | 100 |
| Beaumont | Texas | 0.9 | 1.0 | - | 0.3 | 100 |
| Mont Belvieu | Texas | - | 1.0 | - | - | 100 |
| Sarnia | Ontario | 0.3 | 0.5 | - | - | 69.6 |
| Total North America | | 4.4 | 3.8 | 1.1 | 1.0 | |
| | | | | | | |
| **Europe** | | | | | | |
| Antwerp | Belgium | - | 0.4 | - | - | 100 |
| Fife | United Kingdom | 0.4 | - | - | - | 50 |
| Gravenchon | France | 0.4 | 0.4 | 0.3 | - | 100 |
| Meerhout | Belgium | - | 0.5 | - | - | 100 |
| Rotterdam | Netherlands | - | - | - | 0.7 | 100 |
| Total Europe | | 0.8 | 1.3 | 0.3 | 0.7 | |
| | | | | | | |
| **Middle East** | | | | | | |
| Al Jubail | Saudi Arabia | 0.6 | 0.7 | - | - | 50 |
| Yanbu | Saudi Arabia | 1.0 | 0.7 | 0.2 | - | 50 |
| Total Middle East | | 1.6 | 1.4 | 0.2 | - | |
| | | | | | | |
| **Asia Pacific** | | | | | | |
| Fujian | China | 0.3 | 0.2 | 0.2 | 0.2 | 25 |
| Singapore | Singapore | 1.9 | 1.9 | 0.9 | 1.0 | 100 |
| Sriracha | Thailand | - | - | - | 0.5 | 66 |
| Total Asia Pacific | | 2.2 | 2.1 | 1.1 | 1.7 | |
| | | | | | | |
| **Total Worldwide** | | 9.0 | 8.6 | 2.7 | 3.4 | |

(1)  Capacity for ethylene, polyethylene, polypropylene and paraxylene in millions of metric tons per year.

(2)   Capacity reflects 100 percent for operations of ExxonMobil and majority-owned subsidiaries. For companies owned 50 percent or less, capacity is ExxonMobil's interest. The listing excludes cost company capacity in Japan.

25

---

## ITEM 3.    LEGAL PROCEEDINGS

As reported in the Corporation's Form 10-Q for the third quarter of 2015, following ExxonMobil Oil Corporation's (EMOC) self-reporting of an air emission event at the ExxonMobil Beaumont Chemical Plant, the Texas Commission on Environmental Quality (TCEQ) notified EMOC on September 17, 2015, that it was seeking a penalty of $150,000 for exceeding provisions of the Texas Administrative Code and the Texas Health and Safety Code. On December 15, 2015, the TCEQ agreed with EMOC on the duration of the event, and the parties agreed to an administrative penalty of $50,000, of which $25,000 was paid to the TCEQ on January 7, 2016. The balance will be paid for a Supplemental Environmental Project upon endorsement by the TCEQ.

Refer to the relevant portions of "Note 16: Litigation and Other Contingencies" of the Financial Section of this report for additional information on legal proceedings.

## ITEM 4.    MINE SAFETY DISCLOSURES

Not applicable.

_____

26

**App. 49**

**Executive Officers of the Registrant [pursuant to Instruction 3 to Regulation S-K, Item 401(b)]**

| Rex W. Tillerson | *Chairman of the Board* | |
|---|---|---|
| Held current title since: | January 1, 2006 | Age: 63 |

Mr. Rex W. Tillerson became a Director and President of Exxon Mobil Corporation on March 1, 2004, and was President through December 31, 2015. He became Chairman of the Board and Chief Executive Officer on January 1, 2006, positions he still holds as of the filing date.

| Darren W. Woods | *President* | |
|---|---|---|
| Held current title since: | January 1, 2016 | Age: 51 |

Mr. Darren W. Woods was Vice President, Supply & Transportation, ExxonMobil Refining & Supply Company July 1, 2010 – July 31, 2012. He was President of ExxonMobil Refining & Supply Company August 1, 2012 – July 31, 2014 and Vice President of Exxon Mobil Corporation August 1, 2012 – May 31, 2014. He was Senior Vice President of Exxon Mobil Corporation June 1, 2014 – December 31, 2015. He became a Director and President of Exxon Mobil Corporation on January 1, 2016, positions he still holds as of this filing date.

| Mark W. Albers | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2007 | Age: 59 |

Mr. Mark W. Albers became Senior Vice President of Exxon Mobil Corporation on April 1, 2007, a position he still holds as of this filing date.

| Michael J. Dolan | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2008 | Age: 62 |

Mr. Michael J. Dolan became Senior Vice President of Exxon Mobil Corporation on April 1, 2008, a position he still holds as of this filing date.

| Andrew P. Swiger | *Senior Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 59 |

Mr. Andrew P. Swiger became Senior Vice President of Exxon Mobil Corporation on April 1, 2009, a position he still holds as of this filing date.

| Jack P. Williams, Jr. | *Senior Vice President* | |
|---|---|---|
| Held current title since: | June 1, 2014 | Age: 52 |

Mr. Jack P. Williams, Jr. was President of XTO Energy Inc. June 25, 2010 – May 31, 2013. He was Executive Vice President of ExxonMobil Production Company June 1, 2013 – June 30, 2014. He became Senior Vice President of Exxon Mobil Corporation on June 1, 2014, a position he still holds as of this filing date.

| S. Jack Balagia | *Vice President and General Counsel* | |
|---|---|---|
| Held current title since: | March 1, 2010 | Age: 64 |

Mr. S. Jack Balagia became Vice President and General Counsel of Exxon Mobil Corporation on March 1, 2010, positions he still holds as of this filing date.

27

| Neil A. Chapman | *Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2015 | Age: 53 |

Mr. Neil A. Chapman was President of ExxonMobil Global Services Company April 4, 2007 – March 31, 2011. He was Senior Vice President, ExxonMobil Chemical Company April 1, 2011 – December 31, 2014. He became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on January 1, 2015, positions he still holds as of this filing date.

| Randy J. Cleveland | *President, XTO Energy Inc., a subsidiary of the Corporation* | |
|---|---|---|
| Held current title since: | June 1, 2013 | Age: 54 |

Mr. Randy J. Cleveland was Vice President, XTO Integration, XTO Energy Inc. June 25, 2010 – January 31, 2012. He was Executive Vice President, XTO Energy Inc. February 1, 2012 – May 31, 2013. He became President of XTO Energy Inc. on June 1, 2013, a position he still holds as of this filing date.

| William M. Colton | *Vice President – Corporate Strategic Planning* | |
|---|---|---|

**App. 50**

| **Neil A. Chapman** | *Vice President* | |
|---|---|---|
| Held current title since: | January 1, 2015 | Age: 53 |

Mr. Neil A. Chapman was President of ExxonMobil Global Services Company April 4, 2007 – March 31, 2011. He was Senior Vice President, ExxonMobil Chemical Company April 1, 2011 – December 31, 2014. He became President of ExxonMobil Chemical Company and Vice President of Exxon Mobil Corporation on January 1, 2015, positions he still holds as of this filing date.

| **Randy J. Cleveland** | *President, XTO Energy Inc., a subsidiary of the Corporation* | |
|---|---|---|
| Held current title since: | June 1, 2013 | Age: 54 |

Mr. Randy J. Cleveland was Vice President, XTO Integration, XTO Energy Inc. June 25, 2010 – January 31, 2012. He was Executive Vice President, XTO Energy Inc. February 1, 2012 – May 31, 2013. He became President of XTO Energy Inc. on June 1, 2013, a position he still holds as of this filing date.

| **William M. Colton** | *Vice President – Corporate Strategic Planning* | |
|---|---|---|
| Held current title since: | February 1, 2009 | Age: 62 |

Mr. William M. Colton became Vice President – Corporate Strategic Planning of Exxon Mobil Corporation on February 1, 2009, a position he still holds as of this filing date.

| **Bradley W. Corson** | *Vice President* | |
|---|---|---|
| Held current title since: | March 1, 2015 | Age: 54 |

Mr. Bradley W. Corson was Regional Vice President, Europe/Caspian for ExxonMobil Production Company May 1, 2009 – April 30, 2014. He was Vice President, ExxonMobil Upstream Ventures May 1, 2014 – February 28, 2015. He became President of ExxonMobil Upstream Ventures and Vice President of Exxon Mobil Corporation on March 1, 2015, positions he still holds as of this filing date.

| **Neil W. Duffin** | *President, ExxonMobil Development Company* | |
|---|---|---|
| Held current title since: | April 13, 2007 | Age: 59 |

Mr. Neil W. Duffin became President of ExxonMobil Development Company on April 13, 2007, a position he still holds as of this filing date.

| **Robert S. Franklin** | *Vice President* | |
|---|---|---|
| Held current title since: | May 1, 2009 | Age: 58 |

Mr. Robert S. Franklin was President of ExxonMobil Upstream Ventures and Vice President of Exxon Mobil Corporation May 1, 2009 – February 28, 2013. He became President of ExxonMobil Gas & Power Marketing Company and Vice President of Exxon Mobil Corporation on March 1, 2013, positions he still holds as of this filing date.

| **Stephen M. Greenlee** | *Vice President* | |
|---|---|---|
| Held current title since: | September 1, 2010 | Age: 58 |

Mr. Stephen M. Greenlee became President of ExxonMobil Exploration Company and Vice President of Exxon Mobil Corporation on September 1, 2010, positions he still holds as of this filing date.

| **Alan J. Kelly** | *Vice President* | |
|---|---|---|
| Held current title since: | December 1, 2007 | Age: 58 |

Mr. Alan J. Kelly became President of ExxonMobil Lubricants & Petroleum Specialties Company and Vice President of Exxon Mobil Corporation on December 1, 2007. On February 1, 2012, the businesses of ExxonMobil Lubricants & Petroleum Specialties Company and ExxonMobil Fuels Marketing Company were consolidated and Mr. Kelly became President of the combined ExxonMobil Fuels, Lubricants & Specialties Marketing Company and Vice President of Exxon Mobil Corporation, positions he still holds as of this filing date.

28

| **David S. Rosenthal** | *Vice President and Controller* | |
|---|---|---|
| Held current title since: | October 1, 2008 (Vice President)<br>September 1, 2014 (Controller) | Age: 59 |

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he still holds as of this filing date.

**App. 51**

| **David S. Rosenthal** | *Vice President and Controller* | |
|---|---|---|
| Held current title since: | October 1, 2008 (Vice President)<br>September 1, 2014 (Controller) | Age: 59 |

Mr. David S. Rosenthal was Vice President – Investor Relations and Secretary of Exxon Mobil Corporation October 1, 2008 – August 31, 2014. He became Vice President and Controller of Exxon Mobil Corporation on September 1, 2014, positions he still holds as of this filing date.

| **Robert N. Schleckser** | *Vice President and Treasurer* | |
|---|---|---|
| Held current title since: | May 1, 2011 | Age: 59 |

Mr. Robert N. Schleckser was Assistant Treasurer of Exxon Mobil Corporation February 1, 2009 – April 30, 2011. He became Vice President and Treasurer of Exxon Mobil Corporation on May 1, 2011, positions he still holds as of this filing date.

| **James M. Spellings, Jr.** | *Vice President and General Tax Counsel* | |
|---|---|---|
| Held current title since: | March 1, 2010 | Age: 54 |

Mr. James M. Spellings, Jr. became Vice President and General Tax Counsel of Exxon Mobil Corporation on March 1, 2010, positions he still holds as of this filing date.

| **Thomas R. Walters** | *Vice President* | |
|---|---|---|
| Held current title since: | April 1, 2009 | Age: 61 |

Mr. Thomas R. Walters was President of ExxonMobil Gas & Power Marketing Company and Vice President of Exxon Mobil Corporation April 1, 2009 – February 28, 2013. He became President of ExxonMobil Production Company and Vice President of Exxon Mobil Corporation on March 1, 2013, positions he still holds as of this filing date.

| **Dennis G. Wascom** | *Vice President* | |
|---|---|---|
| Held current title since: | August 1, 2014 | Age: 59 |

Mr. Dennis G. Wascom was Director, Refining Americas, ExxonMobil Refining & Supply Company April 1, 2009 – June 30, 2013. He was Director, Refining North America, ExxonMobil Refining & Supply Company July 1, 2013 – July 31, 2014. He became President of ExxonMobil Refining & Supply Company and Vice President of Exxon Mobil Corporation on August 1, 2014, positions he still holds as of this filing date.

| **Jeffrey J. Woodbury** | *Vice President – Investor Relations and Secretary* | |
|---|---|---|
| Held current title since: | July 1, 2011 (Vice President)<br>September 1, 2014 (Secretary) | Age: 55 |

Mr. Jeffrey J. Woodbury was Executive Vice President of ExxonMobil Development Company April 1, 2009 – June 30, 2011. He was Vice President, Safety, Security, Health and Environment of Exxon Mobil Corporation July 1, 2011 – August 31, 2014. He became Vice President – Investor Relations and Secretary of Exxon Mobil Corporation on September 1, 2014, positions he still holds as of this filing date.

Officers are generally elected by the Board of Directors at its meeting on the day of each annual election of directors, with each such officer serving until a successor has been elected and qualified.

29

## PART II

### ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES

Reference is made to the "Quarterly Information" portion of the Financial Section of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2015**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2015 | 2,251,296 | 79.78 | 2,251,296 | |
| November 2015 | 3,845,713 | 81.66 | 3,845,713 | |
| December 2015 | 3,292,255 | 79.01 | 3,292,255 | |

**App. 52**

**PART II**

**ITEM 5.    MARKET FOR REGISTRANT'S COMMON EQUITY, RELATED STOCKHOLDER MATTERS AND ISSUER PURCHASES OF EQUITY SECURITIES**

Reference is made to the "Quarterly Information" portion of the Financial Section of this report.

**Issuer Purchases of Equity Securities for Quarter Ended December 31, 2015**

| Period | Total Number of Shares Purchased | Average Price Paid per Share | Total Number of Shares Purchased as Part of Publicly Announced Plans or Programs | Maximum Number of Shares that May Yet Be Purchased Under the Plans or Programs |
|---|---|---|---|---|
| October 2015 | 2,251,296 | 79.78 | 2,251,296 | |
| November 2015 | 3,845,713 | 81.66 | 3,845,713 | |
| December 2015 | 3,292,255 | 79.01 | 3,292,255 | |
| Total | 9,389,264 | 80.28 | 9,389,264 | (See note 1) |

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its most recent earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but does not plan on making purchases to reduce shares outstanding.

**ITEM 6.    SELECTED FINANCIAL DATA**

| | Years Ended December 31, | | | | |
|---|---|---|---|---|---|
| | **2015** | **2014** | **2013** | **2012** | **2011** |
| | *(millions of dollars, except per share amounts)* | | | | |
| Sales and other operating revenue *(1)* | 259,488 | 394,105 | 420,836 | 451,509 | 467,029 |
| *(1) Sales-based taxes included* | *22,678* | *29,342* | *30,589* | *32,409* | *33,503* |
| Net income attributable to ExxonMobil | 16,150 | 32,520 | 32,580 | 44,880 | 41,060 |
| Earnings per common share | 3.85 | 7.60 | 7.37 | 9.70 | 8.43 |
| Earnings per common share - assuming dilution | 3.85 | 7.60 | 7.37 | 9.70 | 8.42 |
| Cash dividends per common share | 2.88 | 2.70 | 2.46 | 2.18 | 1.85 |
| Total assets | 336,758 | 349,493 | 346,808 | 333,795 | 331,052 |
| Long-term debt | 19,925 | 11,653 | 6,891 | 7,928 | 9,322 |

**ITEM 7.    MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

Reference is made to the section entitled "Management's Discussion and Analysis of Financial Condition and Results of Operations" in the Financial Section of this report.

**ITEM 7A.    QUANTITATIVE AND QUALITATIVE DISCLOSURES ABOUT MARKET RISK**

Reference is made to the section entitled "Market Risks, Inflation and Other Uncertainties", excluding the part entitled "Inflation and Other Uncertainties," in the Financial Section of this report. All statements other than historical information incorporated in this Item 7A are forward-looking statements. The actual impact of future market changes could differ materially due to, among other things, factors discussed in this report.

**ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

Reference is made to the following in the Financial Section of this report:

- Consolidated financial statements, together with the report thereon of PricewaterhouseCoopers LLP dated February 24, 2016, beginning with the section entitled "Report of Independent Registered Public Accounting Firm" and continuing through "Note 19: Income, Sales-Based and Other Taxes";
- "Quarterly Information" (unaudited);
- "Supplemental Information on Oil and Gas Exploration and Production Activities" (unaudited); and
- "Frequently Used Terms" (unaudited).

Financial Statement Schedules have been omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.

**App. 53**

**ITEM 8.    FINANCIAL STATEMENTS AND SUPPLEMENTARY DATA**

Reference is made to the following in the Financial Section of this report:

- Consolidated financial statements, together with the report thereon of PricewaterhouseCoopers LLP dated February 24, 2016, beginning with the section entitled "Report of Independent Registered Public Accounting Firm" and continuing through "Note 19: Income, Sales-Based and Other Taxes";
- "Quarterly Information" (unaudited);
- "Supplemental Information on Oil and Gas Exploration and Production Activities" (unaudited); and
- "Frequently Used Terms" (unaudited).

Financial Statement Schedules have been omitted because they are not applicable or the required information is shown in the consolidated financial statements or notes thereto.

**ITEM 9.    CHANGES IN AND DISAGREEMENTS WITH ACCOUNTANTS ON ACCOUNTING AND FINANCIAL DISCLOSURE**

None.

**ITEM 9A.    CONTROLS AND PROCEDURES**

**Management's Evaluation of Disclosure Controls and Procedures**

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of December 31, 2015. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms.

**Management's Report on Internal Control Over Financial Reporting**

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the effectiveness of internal control over financial reporting based on criteria established in *Internal Control - Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2015.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2015, as stated in their report included in the Financial Section of this report.

**Changes in Internal Control Over Financial Reporting**

There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

**ITEM 9B.    OTHER INFORMATION**

None.

---

**PART III**

**ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE**

Incorporated by reference to the following from the registrant's definitive proxy statement for the 2016 annual meeting of shareholders (the "2016 Proxy Statement"):

- The section entitled "Election of Directors";
- The portion entitled "Section 16(a) Beneficial Ownership Reporting Compliance" of the section entitled "Director and Executive Officer Stock Ownership";
- The portions entitled "Director Qualifications" and "Code of Ethics and Business Conduct" of the section entitled "Corporate Governance"; and
- The "Audit Committee" portion and the membership table of the portion entitled "Board Meetings and Committees; Annual Meeting Attendance" of the section entitled "Corporate Governance".

**ITEM 11.    EXECUTIVE COMPENSATION**

Incorporated by reference to the sections entitled "Director Compensation," "Compensation Committee Report," "Compensation Discussion and Analysis" and "Executive Compensation Tables" of the registrant's 2016 Proxy Statement.

**App. 54**

## PART III

### ITEM 10.    DIRECTORS, EXECUTIVE OFFICERS AND CORPORATE GOVERNANCE

Incorporated by reference to the following from the registrant's definitive proxy statement for the 2016 annual meeting of shareholders (the "2016 Proxy Statement"):

- The section entitled "Election of Directors";
- The portion entitled "Section 16(a) Beneficial Ownership Reporting Compliance" of the section entitled "Director and Executive Officer Stock Ownership";
- The portions entitled "Director Qualifications" and "Code of Ethics and Business Conduct" of the section entitled "Corporate Governance"; and
- The "Audit Committee" portion and the membership table of the portion entitled "Board Meetings and Committees; Annual Meeting Attendance" of the section entitled "Corporate Governance".

### ITEM 11.    EXECUTIVE COMPENSATION

Incorporated by reference to the sections entitled "Director Compensation," "Compensation Committee Report," "Compensation Discussion and Analysis" and "Executive Compensation Tables" of the registrant's 2016 Proxy Statement.

### ITEM 12.    SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT AND RELATED STOCKHOLDER MATTERS

The information required under Item 403 of Regulation S-K is incorporated by reference to the sections "Director and Executive Officer Stock Ownership" and "Certain Beneficial Owners" of the registrant's 2016 Proxy Statement.

**Equity Compensation Plan Information**

| Plan Category | (a) Number of Securities to be Issued Upon Exercise of Outstanding Options, Warrants and Rights | (b) Weighted-Average Exercise Price of Outstanding Options, Warrants and Rights | (c) Number of Securities Remaining Available for Future Issuance Under Equity Compensation Plans [Excluding Securities Reflected in Column (a)] |
|---|---|---|---|
| Equity compensation plans approved by security holders | 31,090,370 *(1)* | - | 100,899,852 *(2)(3)* |
| Equity compensation plans not approved by security holders | - | - | - |
| Total | 31,090,370 | - | 100,899,852 |

(1)   *The number of restricted stock units to be settled in shares.*

(2)   *Available shares can be granted in the form of restricted stock, options, or other stock-based awards. Includes 100,324,152 shares available for award under the 2003 Incentive Program and 575,700 shares available for award under the 2004 Non-Employee Director Restricted Stock Plan.*

(3)    *Under the 2004 Non-Employee Director Restricted Stock Plan approved by shareholders in May 2004, and the related standing resolution adopted by the Board, each non-employee director automatically receives 8,000 shares of restricted stock when first elected to the Board and, if the director remains in office, an additional 2,500 restricted shares each following year. While on the Board, each non-employee director receives the same cash dividends on restricted shares as a holder of regular common stock, but the director is not allowed to sell the shares. The restricted shares may be forfeited if the director leaves the Board early.*

32

### ITEM 13.    CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE

Incorporated by reference to the portions entitled "Related Person Transactions and Procedures" and "Director Independence" of the section entitled "Corporate Governance" of the registrant's 2016 Proxy Statement.

### ITEM 14.    PRINCIPAL ACCOUNTING FEES AND SERVICES

Incorporated by reference to the portion entitled "Audit Committee" of the section entitled "Corporate Governance" and the section entitled "Ratification of Independent Auditors" of the registrant's 2016 Proxy Statement.

## PART IV

### ITEM 15.    EXHIBITS, FINANCIAL STATEMENT SCHEDULES

**App. 55**

**ITEM 13.   CERTAIN RELATIONSHIPS AND RELATED TRANSACTIONS, AND DIRECTOR INDEPENDENCE**

Incorporated by reference to the portions entitled "Related Person Transactions and Procedures" and "Director Independence" of the section entitled "Corporate Governance" of the registrant's 2016 Proxy Statement.

**ITEM 14.   PRINCIPAL ACCOUNTING FEES AND SERVICES**

Incorporated by reference to the portion entitled "Audit Committee" of the section entitled "Corporate Governance" and the section entitled "Ratification of Independent Auditors" of the registrant's 2016 Proxy Statement.

**PART IV**

**ITEM 15.   EXHIBITS, FINANCIAL STATEMENT SCHEDULES**

(a)    (1) and (2) Financial Statements:
       See Table of Contents of the Financial Section of this report.

(a)    (3) Exhibits:
       See Index to Exhibits of this report.

33

---

**FINANCIAL SECTION**

**TABLE OF CONTENTS**

| | |
|---|---|
| Business Profile | 35 |
| Financial Summary | 36 |
| Frequently Used Terms | 37 |
| Quarterly Information | 39 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | |
|    Functional Earnings | 40 |
|    Forward-Looking Statements | 40 |
|    Overview | 40 |
|    Business Environment and Risk Assessment | 41 |
|    Review of 2015 and 2014 Results | 44 |
|    Liquidity and Capital Resources | 48 |
|    Capital and Exploration Expenditures | 53 |
|    Taxes | 53 |
|    Environmental Matters | 54 |
|    Market Risks, Inflation and Other Uncertainties | 54 |
|    Recently Issued Accounting Standards | 56 |
|    Critical Accounting Estimates | 56 |
| Management's Report on Internal Control Over Financial Reporting | 61 |
| Report of Independent Registered Public Accounting Firm | 62 |
| Consolidated Financial Statements | |
|    Statement of Income | 63 |
|    Statement of Comprehensive Income | 64 |
|    Balance Sheet | 65 |
|    Statement of Cash Flows | 66 |
|    Statement of Changes in Equity | 67 |
| Notes to Consolidated Financial Statements | |
|    1. Summary of Accounting Policies | 68 |
|    2. Accounting Changes | 71 |
|    3. Miscellaneous Financial Information | 71 |
|    4. Other Comprehensive Income Information | 72 |
|    5. Cash Flow Information | 73 |
|    6. Additional Working Capital Information | 73 |
|    7. Equity Company Information | 74 |
|    8. Investments, Advances and Long-Term Receivables | 75 |
|    9. Property, Plant and Equipment and Asset Retirement Obligations | 76 |
|    10. Accounting for Suspended Exploratory Well Costs | 77 |
|    11. Leased Facilities | 79 |

**App. 56**

## FINANCIAL SECTION

**TABLE OF CONTENTS**

Business Profile                                                                    35
Financial Summary                                                                  36
Frequently Used Terms                                                              37
Quarterly Information                                                              39
Management's Discussion and Analysis of Financial Condition
and Results of Operations
    Functional Earnings                                       40
    Forward-Looking Statements                                40
    Overview                                                  40
    Business Environment and Risk Assessment                  41
    Review of 2015 and 2014 Results                           44
    Liquidity and Capital Resources                           48
    Capital and Exploration Expenditures                      53
    Taxes                                                     53
    Environmental Matters                                     54
    Market Risks, Inflation and Other Uncertainties           54
    Recently Issued Accounting Standards                      56
    Critical Accounting Estimates                             56
Management's Report on Internal Control Over Financial Reporting                    61
Report of Independent Registered Public Accounting Firm                             62
Consolidated Financial Statements
    Statement of Income                                       63
    Statement of Comprehensive Income                         64
    Balance Sheet                                             65
    Statement of Cash Flows                                   66
    Statement of Changes in Equity                            67
Notes to Consolidated Financial Statements
    1. Summary of Accounting Policies                         68
    2. Accounting Changes                                     71
    3. Miscellaneous Financial Information                    71
    4. Other Comprehensive Income Information                 72
    5. Cash Flow Information                                  73
    6. Additional Working Capital Information                 73
    7. Equity Company Information                             74
    8. Investments, Advances and Long-Term Receivables        75
    9. Property, Plant and Equipment and Asset Retirement Obligations  76
    10. Accounting for Suspended Exploratory Well Costs       77
    11. Leased Facilities                                     79
    12. Earnings Per Share                                    79
    13. Financial Instruments and Derivatives                 80
    14. Long-Term Debt                                        81
    15. Incentive Program                                     82
    16. Litigation and Other Contingencies                    83
    17. Pension and Other Postretirement Benefits             85
    18. Disclosures about Segments and Related Information     93
    19. Income, Sales-Based and Other Taxes                   96
Supplemental Information on Oil and Gas Exploration and Production Activities        99
Operating Summary                                                                 114

**BUSINESS PROFILE**

| | Earnings After Income Taxes | Average Capital Employed | Return on Average Capital Employed | Capital and Exploration Expenditures |
|---|---|---|---|---|

**App. 57**

BUSINESS PROFILE

| Financial | Earnings After Income Taxes | | Average Capital Employed | | Return on Average Capital Employed | | Capital and Exploration Expenditures | |
|---|---|---|---|---|---|---|---|---|
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
| | *(millions of dollars)* | | | | *(percent)* | | *(millions of dollars)* | |
| Upstream | | | | | | | | |
| United States | (1,079) | 5,197 | 64,086 | 62,403 | (1.7) | 8.3 | 7,822 | 9,401 |
| Non-U.S. | 8,180 | 22,351 | 105,868 | 102,562 | 7.7 | 21.8 | 17,585 | 23,326 |
| Total | 7,101 | 27,548 | 169,954 | 164,965 | 4.2 | 16.7 | 25,407 | 32,727 |
| Downstream | | | | | | | | |
| United States | 1,901 | 1,618 | 7,497 | 6,070 | 25.4 | 26.7 | 1,039 | 1,310 |
| Non-U.S. | 4,656 | 1,427 | 15,756 | 17,907 | 29.6 | 8.0 | 1,574 | 1,724 |
| Total | 6,557 | 3,045 | 23,253 | 23,977 | 28.2 | 12.7 | 2,613 | 3,034 |
| Chemical | | | | | | | | |
| United States | 2,386 | 2,804 | 7,696 | 6,121 | 31.0 | 45.8 | 1,945 | 1,690 |
| Non-U.S. | 2,032 | 1,511 | 16,054 | 16,076 | 12.7 | 9.4 | 898 | 1,051 |
| Total | 4,418 | 4,315 | 23,750 | 22,197 | 18.6 | 19.4 | 2,843 | 2,741 |
| Corporate and financing | (1,926) | (2,388) | (8,202) | (8,029) | - | - | 188 | 35 |
| Total | 16,150 | 32,520 | 208,755 | 203,110 | 7.9 | 16.2 | 31,051 | 38,537 |

*See Frequently Used Terms for a definition and calculation of capital employed and return on average capital employed.*

| Operating | 2015 | 2014 | | 2015 | 2014 |
|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | *(thousands of barrels daily)* | |
| Net liquids production | | | Refinery throughput | | |
| United States | 476 | 454 | United States | 1,709 | 1,809 |
| Non-U.S. | 1,869 | 1,657 | Non-U.S. | 2,723 | 2,667 |
| Total | 2,345 | 2,111 | Total | 4,432 | 4,476 |
| | *(millions of cubic feet daily)* | | | *(thousands of barrels daily)* | |
| Natural gas production available for sale | | | Petroleum product sales *(2)* | | |
| United States | 3,147 | 3,404 | United States | 2,521 | 2,655 |
| Non-U.S. | 7,368 | 7,741 | Non-U.S. | 3,233 | 3,220 |
| Total | 10,515 | 11,145 | Total | 5,754 | 5,875 |
| | *(thousands of oil-equivalent barrels daily)* | | | *(thousands of metric tons)* | |
| Oil-equivalent production *(1)* | 4,097 | 3,969 | Chemical prime product sales *(2)(3)* | | |
| | | | United States | 9,664 | 9,528 |
| | | | Non-U.S. | 15,049 | 14,707 |
| | | | Total | 24,713 | 24,235 |

(1)   Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.

(2)   Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

(3)    Prime product sales are total product sales excluding carbon black oil and sulfur. Prime product sales include ExxonMobil's share of equity company volumes and finished-product transfers to the Downstream.

35

FINANCIAL SUMMARY

| | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | | | |
| Sales and other operating revenue *(1)* | 259,488 | 394,105 | 420,836 | 451,509 | 467,029 |
| Earnings | | | | | |

**App. 58**

**FINANCIAL SUMMARY**

| | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | | | |
| Sales and other operating revenue *(1)* | 259,488 | 394,105 | 420,836 | 451,509 | 467,029 |
| Earnings | | | | | |
|    Upstream | 7,101 | 27,548 | 26,841 | 29,895 | 34,439 |
|    Downstream | 6,557 | 3,045 | 3,449 | 13,190 | 4,459 |
|    Chemical | 4,418 | 4,315 | 3,828 | 3,898 | 4,383 |
|    Corporate and financing | (1,926) | (2,388) | (1,538) | (2,103) | (2,221) |
|    Net income attributable to ExxonMobil | 16,150 | 32,520 | 32,580 | 44,880 | 41,060 |
| Earnings per common share | 3.85 | 7.60 | 7.37 | 9.70 | 8.43 |
| Earnings per common share – assuming dilution | 3.85 | 7.60 | 7.37 | 9.70 | 8.42 |
| Cash dividends per common share | 2.88 | 2.70 | 2.46 | 2.18 | 1.85 |
| Earnings to average ExxonMobil share of equity (percent) | 9.4 | 18.7 | 19.2 | 28.0 | 27.3 |
| Working capital | (11,353) | (11,723) | (12,416) | 321 | (4,542) |
| Ratio of current assets to current liabilities (times) | 0.79 | 0.82 | 0.83 | 1.01 | 0.94 |
| Additions to property, plant and equipment | 27,475 | 34,256 | 37,741 | 35,179 | 33,638 |
| Property, plant and equipment, less allowances | 251,605 | 252,668 | 243,650 | 226,949 | 214,664 |
| Total assets | 336,758 | 349,493 | 346,808 | 333,795 | 331,052 |
| Exploration expenses, including dry holes | 1,523 | 1,669 | 1,976 | 1,840 | 2,081 |
| Research and development costs | 1,008 | 971 | 1,044 | 1,042 | 1,044 |
| Long-term debt | 19,925 | 11,653 | 6,891 | 7,928 | 9,322 |
| Total debt | 38,687 | 29,121 | 22,699 | 11,581 | 17,033 |
| Fixed-charge coverage ratio (times) | 17.6 | 46.9 | 55.7 | 62.4 | 53.4 |
| Debt to capital (percent) | 18.0 | 13.9 | 11.2 | 6.3 | 9.6 |
| Net debt to capital (percent) *(2)* | 16.5 | 11.9 | 9.1 | 1.2 | 2.6 |
| ExxonMobil share of equity at year-end | 170,811 | 174,399 | 174,003 | 165,863 | 154,396 |
| ExxonMobil share of equity per common share | 41.10 | 41.51 | 40.14 | 36.84 | 32.61 |
| Weighted average number of common shares outstanding (millions) | 4,196 | 4,282 | 4,419 | 4,628 | 4,870 |
| Number of regular employees at year-end (thousands) *(3)* | 73.5 | 75.3 | 75.0 | 76.9 | 82.1 |
| CORS employees not included above (thousands) *(4)* | 2.1 | 8.4 | 9.8 | 11.1 | 17.0 |

(1)  Sales and other operating revenue includes sales-based taxes of $22,678 million for 2015, $29,342 million for 2014, $30,589 million for 2013, $32,409 million for 2012 and $33,503 million for 2011.

(2)  Debt net of cash, excluding restricted cash.

(3)  Regular employees are defined as active executive, management, professional, technical and wage employees who work full time or part time for the Corporation and are covered by the Corporation's benefit plans and programs.

(4)  CORS employees are employees of company-operated retail sites.

**FREQUENTLY USED TERMS**

Listed below are definitions of several of ExxonMobil's key business and financial performance measures. These definitions are provided to facilitate understanding of the terms and their calculation.

**Cash Flow From Operations and Asset Sales**

Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Consolidated Statement of Cash Flows. This cash flow reflects the total sources of cash from

**App. 59**

**FREQUENTLY USED TERMS**

Listed below are definitions of several of ExxonMobil's key business and financial performance measures. These definitions are provided to facilitate understanding of the terms and their calculation.

**Cash Flow From Operations and Asset Sales**

Cash flow from operations and asset sales is the sum of the net cash provided by operating activities and proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments from the Consolidated Statement of Cash Flows. This cash flow reflects the total sources of cash from both operating the Corporation's assets and from the divesting of assets. The Corporation employs a long-standing and regular disciplined review process to ensure that all assets are contributing to the Corporation's strategic objectives. Assets are divested when they are no longer meeting these objectives or are worth considerably more to others. Because of the regular nature of this activity, we believe it is useful for investors to consider proceeds associated with asset sales together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities, including shareholder distributions.

| Cash flow from operations and asset sales | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net cash provided by operating activities | 30,344 | 45,116 | 44,914 |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, | | | |
| and sales and returns of investments | 2,389 | 4,035 | 2,707 |
| Cash flow from operations and asset sales | 32,733 | 49,151 | 47,621 |

**Capital Employed**

Capital employed is a measure of net investment. When viewed from the perspective of how the capital is used by the businesses, it includes ExxonMobil's net share of property, plant and equipment and other assets less liabilities, excluding both short-term and long-term debt. When viewed from the perspective of the sources of capital employed in total for the Corporation, it includes ExxonMobil's share of total debt and equity. Both of these views include ExxonMobil's share of amounts applicable to equity companies, which the Corporation believes should be included to provide a more comprehensive measure of capital employed.

| Capital employed | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Business uses: asset and liability perspective | | | |
| Total assets | 336,758 | 349,493 | 346,808 |
| Less liabilities and noncontrolling interests share of assets and liabilities | | | |
| Total current liabilities excluding notes and loans payable | (35,214) | (47,165) | (55,916) |
| Total long-term liabilities excluding long-term debt | (86,047) | (92,143) | (87,698) |
| Noncontrolling interests share of assets and liabilities | (8,286) | (9,099) | (8,935) |
| Add ExxonMobil share of debt-financed equity company net assets | 4,447 | 4,766 | 6,109 |
| Total capital employed | 211,658 | 205,852 | 200,368 |
| | | | |
| Total corporate sources: debt and equity perspective | | | |
| Notes and loans payable | 18,762 | 17,468 | 15,808 |
| Long-term debt | 19,925 | 11,653 | 6,891 |
| ExxonMobil share of equity | 170,811 | 174,399 | 174,003 |
| Less noncontrolling interests share of total debt | (2,287) | (2,434) | (2,443) |
| Add ExxonMobil share of equity company debt | 4,447 | 4,766 | 6,109 |
| Total capital employed | 211,658 | 205,852 | 200,368 |

37

**FREQUENTLY USED TERMS**

**Return on Average Capital Employed**

Return on average capital employed (ROCE) is a performance measure ratio. From the perspective of the business segments, ROCE is annual business segment earnings divided by average business segment capital employed (average of beginning and end-of-year amounts). These segment earnings include ExxonMobil's share of segment earnings of equity companies, consistent with our capital employed definition, and exclude the cost of financing. The Corporation's total ROCE is net income attributable to ExxonMobil excluding the after-tax cost of financing, divided by total corporate average capital employed. The Corporation has consistently applied its ROCE definition for many years and views it as the best measure of historical capital productivity in our capital-intensive, long-term industry, both to evaluate management's performance and to demonstrate to shareholders that capital has been used wisely over the long term. Additional measures, which are more cash flow based, are used to make investment decisions.

| Return on average capital employed | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |

**App. 60**

**FREQUENTLY USED TERMS**

**Return on Average Capital Employed**

Return on average capital employed (ROCE) is a performance measure ratio. From the perspective of the business segments, ROCE is annual business segment earnings divided by average business segment capital employed (average of beginning and end-of-year amounts). These segment earnings include ExxonMobil's share of segment earnings of equity companies, consistent with our capital employed definition, and exclude the cost of financing. The Corporation's total ROCE is net income attributable to ExxonMobil excluding the after-tax cost of financing, divided by total corporate average capital employed. The Corporation has consistently applied its ROCE definition for many years and views it as the best measure of historical capital productivity in our capital-intensive, long-term industry, both to evaluate management's performance and to demonstrate to shareholders that capital has been used wisely over the long term. Additional measures, which are more cash flow based, are used to make investment decisions.

| Return on average capital employed | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net income attributable to ExxonMobil | 16,150 | 32,520 | 32,580 |
| Financing costs (after tax) | | | |
| Gross third-party debt | (362) | (140) | (163) |
| ExxonMobil share of equity companies | (170) | (256) | (239) |
| All other financing costs – net | 88 | (68) | 83 |
| Total financing costs | (444) | (464) | (319) |
| Earnings excluding financing costs | 16,594 | 32,984 | 32,899 |
| Average capital employed | 208,755 | 203,110 | 191,575 |
| Return on average capital employed – corporate total | 7.9% | 16.2% | 17.2% |

38

**QUARTERLY INFORMATION**

| | 2015 | | | | | 2014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year |
| **Volumes** | | | | | | | | | | |
| Production of crude oil, natural gas liquids, synthetic oil and bitumen | 2,277 | 2,291 | 2,331 | 2,481 | *(thousands of barrels daily)* 2,345 | 2,148 | 2,048 | 2,065 | 2,182 | 2,111 |
| Refinery throughput | 4,546 | 4,330 | 4,457 | 4,395 | 4,432 | 4,509 | 4,454 | 4,591 | 4,349 | 4,476 |
| Petroleum product sales *(1)* | 5,814 | 5,737 | 5,788 | 5,679 | 5,754 | 5,817 | 5,841 | 5,999 | 5,845 | 5,875 |
| Natural gas production available for sale | 11,828 | 10,128 | 9,524 | 10,603 | *(millions of cubic feet daily)* 10,515 | 12,016 | 10,750 | 10,595 | 11,234 | 11,145 |
| Oil-equivalent production *(2)* | 4,248 | 3,979 | 3,918 | 4,248 | *(thousands of oil-equivalent barrels daily)* 4,097 | 4,151 | 3,840 | 3,831 | 4,054 | 3,969 |
| Chemical prime product sales *(1) (3)* | 6,069 | 6,078 | 6,082 | 6,484 | *(thousands of metric tons)* 24,713 | 6,128 | 6,139 | 6,249 | 5,719 | 24,235 |
| **Summarized financial data** | | | | | | | | | | |
| Sales and other operating revenue *(4)* | 64,758 | 71,360 | 65,679 | 57,691 | *(millions of dollars)* 259,488 | 101,312 | 105,719 | 103,206 | 83,868 | 394,105 |
| Gross profit *(5)* | 19,030 | 20,362 | 20,247 | 16,211 | 75,850 | 29,166 | 28,746 | 28,825 | 23,240 | 109,977 |
| Net income attributable to ExxonMobil | 4,940 | 4,190 | 4,240 | 2,780 | 16,150 | 9,100 | 8,780 | 8,070 | 6,570 | 32,520 |
| **Per share data** | | | | | | | | | | |
| Earnings per common share *(6)* | 1.17 | 1.00 | 1.01 | 0.67 | *(dollars per share)* 3.85 | 2.10 | 2.05 | 1.89 | 1.56 | 7.60 |
| Earnings per common share – assuming dilution *(6)* | 1.17 | 1.00 | 1.01 | 0.67 | 3.85 | 2.10 | 2.05 | 1.89 | 1.56 | 7.60 |
| Dividends per common share | 0.69 | 0.73 | 0.73 | 0.73 | 2.88 | 0.63 | 0.69 | 0.69 | 0.69 | 2.70 |

Common stock prices

**App. 61**

QUARTERLY INFORMATION

| | 2015 | | | | | 2014 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year | First Quarter | Second Quarter | Third Quarter | Fourth Quarter | Year |
| **Volumes** | | | | | | | | | | |
| Production of crude oil, | | | | *(thousands of barrels daily)* | | | | | | |
| natural gas liquids, synthetic oil and bitumen | 2,277 | 2,291 | 2,331 | 2,481 | 2,345 | 2,148 | 2,048 | 2,065 | 2,182 | 2,111 |
| Refinery throughput | 4,546 | 4,330 | 4,457 | 4,395 | 4,432 | 4,509 | 4,454 | 4,591 | 4,349 | 4,476 |
| Petroleum product sales *(1)* | 5,814 | 5,737 | 5,788 | 5,679 | 5,754 | 5,817 | 5,841 | 5,999 | 5,845 | 5,875 |
| Natural gas production | | | | *(millions of cubic feet daily)* | | | | | | |
| available for sale | 11,828 | 10,128 | 9,524 | 10,603 | 10,515 | 12,016 | 10,750 | 10,595 | 11,234 | 11,145 |
| | | | | *(thousands of oil-equivalent barrels daily)* | | | | | | |
| Oil-equivalent production *(2)* | 4,248 | 3,979 | 3,918 | 4,248 | 4,097 | 4,151 | 3,840 | 3,831 | 4,054 | 3,969 |
| | | | | *(thousands of metric tons)* | | | | | | |
| Chemical prime product sales *(1) (3)* | 6,069 | 6,078 | 6,082 | 6,484 | 24,713 | 6,128 | 6,139 | 6,249 | 5,719 | 24,235 |
| **Summarized financial data** | | | | | | | | | | |
| Sales and other operating | | | | *(millions of dollars)* | | | | | | |
| revenue *(4)* | 64,758 | 71,360 | 65,679 | 57,691 | 259,488 | 101,312 | 105,719 | 103,206 | 83,868 | 394,105 |
| Gross profit *(5)* | 19,030 | 20,362 | 20,247 | 16,211 | 75,850 | 29,166 | 28,746 | 28,825 | 23,240 | 109,977 |
| Net income attributable to | | | | | | | | | | |
| ExxonMobil | 4,940 | 4,190 | 4,240 | 2,780 | 16,150 | 9,100 | 8,780 | 8,070 | 6,570 | 32,520 |
| **Per share data** | | | | *(dollars per share)* | | | | | | |
| Earnings per common share *(6)* | 1.17 | 1.00 | 1.01 | 0.67 | 3.85 | 2.10 | 2.05 | 1.89 | 1.56 | 7.60 |
| Earnings per common share – assuming dilution *(6)* | 1.17 | 1.00 | 1.01 | 0.67 | 3.85 | 2.10 | 2.05 | 1.89 | 1.56 | 7.60 |
| Dividends per common share | 0.69 | 0.73 | 0.73 | 0.73 | 2.88 | 0.63 | 0.69 | 0.69 | 0.69 | 2.70 |
| Common stock prices | | | | | | | | | | |
| High | 93.45 | 90.09 | 83.53 | 87.44 | 93.45 | 101.22 | 104.61 | 104.76 | 97.20 | 104.76 |
| Low | 82.68 | 82.80 | 66.55 | 73.03 | 66.55 | 89.25 | 96.24 | 93.62 | 86.19 | 86.19 |

(1)  Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.

(2)  Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.

(3)  Prime product sales are total product sales excluding carbon black oil and sulfur. Prime product sales include ExxonMobil's share of equity company volumes and finished-product transfers to the Downstream.

(4)  Includes amounts for sales-based taxes.

(5)  Gross profit equals sales and other operating revenue less estimated costs associated with products sold.

(6)  Computed using the average number of shares outstanding during each period. The sum of the four quarters may not add to the full year.

The price range of ExxonMobil common stock is as reported on the composite tape of the several U.S. exchanges where ExxonMobil common stock is traded. The principal market where ExxonMobil common stock (XOM) is traded is the New York Stock Exchange, although the stock is traded on other exchanges in and outside the United States.

There were 419,510 registered shareholders of ExxonMobil common stock at December 31, 2015. At January 31, 2016, the registered shareholders of ExxonMobil common stock numbered 418,587.

On January 27, 2016, the Corporation declared a $0.73 dividend per common share, payable March 10, 2016.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

| FUNCTIONAL EARNINGS | 2015 | 2014 | 2013 |
|---|---|---|---|

**App. 62**

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

| FUNCTIONAL EARNINGS | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars, except per share amounts)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Upstream | | | |
| United States | (1,079) | 5,197 | 4,191 |
| Non-U.S. | 8,180 | 22,351 | 22,650 |
| Downstream | | | |
| United States | 1,901 | 1,618 | 2,199 |
| Non-U.S. | 4,656 | 1,427 | 1,250 |
| Chemical | | | |
| United States | 2,386 | 2,804 | 2,755 |
| Non-U.S. | 2,032 | 1,511 | 1,073 |
| Corporate and financing | (1,926) | (2,388) | (1,538) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 16,150 | 32,520 | 32,580 |
| | | | |
| Earnings per common share | 3.85 | 7.60 | 7.37 |
| Earnings per common share – assuming dilution | 3.85 | 7.60 | 7.37 |

*References in this discussion to total corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and Financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

**FORWARD-LOOKING STATEMENTS**

Statements in this discussion regarding expectations, plans and future events or conditions are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity increases; production growth and mix; rates of field decline; financing sources; the resolution of contingencies and uncertain tax positions; environmental and capital expenditures; could differ materially depending on a number of factors, such as changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts; the outcome of commercial negotiations; the impact of fiscal and commercial terms; political or regulatory events, and other factors discussed herein and in Item 1A. Risk Factors.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**OVERVIEW**

The following discussion and analysis of ExxonMobil's financial results, as well as the accompanying financial statements and related notes to consolidated financial statements to which they refer, are the responsibility of the management of Exxon Mobil Corporation. The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, manufacturing and marketing of hydrocarbons and hydrocarbon-based products. The Corporation's business model involves the production (or purchase), manufacture and sale of physical products, and all commercial activities are directly in support of the underlying physical movement of goods.

ExxonMobil, with its resource base, financial strength, disciplined investment approach and technology portfolio, is well-positioned to participate in substantial investments to develop new energy supplies. The company's integrated business model, with significant investments in Upstream, Downstream and Chemical segments, reduces the Corporation's risk from changes in commodity prices. While commodity prices are volatile on a short-term basis and depend on supply and demand, ExxonMobil's investment decisions are based on our long-term business outlook, using a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. Price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes. Potential investment opportunities are evaluated over a wide range of economic scenarios to establish the resiliency of each opportunity. Once investments are made, a reappraisal process is completed to ensure relevant lessons are learned and improvements are incorporated into future projects.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Long-Term Business Outlook**

By 2040, the world's population is projected to grow to approximately 9 billion people, or about 1.8 billion more than in 2014. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year. As economies and populations grow, and as living standards improve for billions of people, the need for energy will continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 25 percent from 2014 to 2040. This demand increase is expected to be concentrated in developing countries (i.e., those that are not member nations of the

**App. 63**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Long-Term Business Outlook**

By 2040, the world's population is projected to grow to approximately 9 billion people, or about 1.8 billion more than in 2014. Coincident with this population increase, the Corporation expects worldwide economic growth to average close to 3 percent per year. As economies and populations grow, and as living standards improve for billions of people, the need for energy will continue to rise. Even with significant efficiency gains, global energy demand is projected to rise by about 25 percent from 2014 to 2040. This demand increase is expected to be concentrated in developing countries (i.e., those that are not member nations of the Organisation for Economic Co-operation and Development).

As expanding prosperity drives global energy demand higher, increasing use of energy-efficient and lower-emission fuels, technologies and practices will continue to help significantly reduce energy consumption and emissions per unit of economic output over time. Substantial efficiency gains are likely in all key aspects of the world's economy through 2040, affecting energy requirements for transportation, power generation, industrial applications, and residential and commercial needs.

Energy for transportation – including cars, trucks, ships, trains and airplanes – is expected to increase by about 30 percent from 2014 to 2040. The growth in transportation energy demand is likely to account for approximately 60 percent of the growth in liquid fuels demand worldwide over this period. Nearly all the world's transportation fleets will continue to run on liquid fuels, which are abundant, widely available, easy to transport, and provide a large quantity of energy in small volumes.

Demand for electricity around the world is likely to increase approximately 65 percent from 2014 to 2040, led by growth in developing countries. Consistent with this projection, power generation is expected to remain the largest and fastest-growing major segment of global energy demand. Meeting the expected growth in power demand will require a diverse set of energy sources. Today, coal-fired generation provides about 40 percent of the world's electricity, but by 2040 its share is likely to decline to about 30 percent, in part as a result of policies to improve air quality and reduce greenhouse gas emissions and the risks of climate change. From 2014 to 2040, the amount of electricity generated using natural gas, nuclear power, and renewables are all likely to double. By 2040, coal, natural gas and renewables are projected to be generating approximately the same share of electricity worldwide, although significant differences will exist across regions reflecting a wide range of factors including the cost and availability of energy types.

Liquid fuels provide the largest share of global energy supplies today due to their broad-based availability, affordability and ease of transportation, distribution and storage to meet consumer needs. By 2040, global demand for liquid fuels is projected to grow to approximately 112 million barrels of oil-equivalent per day, an increase of about 20 percent from 2014. Globally, crude production from traditional conventional sources will likely decrease slightly through 2040, with significant development activity mostly offsetting natural declines from these fields. However, this decrease is expected to be more than offset by rising production from a variety of emerging supply sources – including tight oil, deepwater, oil sands, natural gas liquids and biofuels. The world's resource base is sufficient to meet projected demand through 2040 as technology advances continue to expand the availability of economic supply options. However, access to resources and timely investments will remain critical to meeting global needs with reliable, affordable supplies.

Natural gas is a versatile fuel, suitable for a wide variety of applications, and it is expected to be the fastest-growing major fuel source from 2014 to 2040, meeting about 40 percent of global energy demand growth. Global natural gas demand is expected to rise about 50 percent from 2014 to 2040, with about 45 percent of that increase in the Asia Pacific region. Helping meet these needs will be significant growth in supplies of unconventional gas - the natural gas found in shale and other rock formations that was once considered uneconomic to produce. In total, about 60 percent of the growth in natural gas supplies is expected to be from unconventional sources. However, we expect conventionally-produced natural gas to remain the cornerstone of supply, meeting about two-thirds of global demand in 2040. The worldwide liquefied natural gas (LNG) market is expected to almost triple by 2040, with much of this supply expected to meet rising demand in Asia Pacific.

The world's energy mix is highly diverse and will remain so through 2040. Oil is expected to remain the largest source of energy with its share remaining close to one-third in 2040. Coal is currently the second largest source of energy, but it is likely to lose that position to natural gas in the 2025-2030 timeframe. The share of natural gas is expected to exceed 25 percent by 2040, while the share of coal falls to about 20 percent. Nuclear power is projected to grow significantly, as many nations are likely to expand nuclear capacity to address rising electricity needs as well as energy security and environmental issues. Total renewable energy is likely to reach about 15 percent of total energy by 2040, with biomass, hydro and geothermal contributing a combined share of more than 10 percent. Total energy supplied from wind, solar and biofuels is expected to increase rapidly, growing close to 250 percent from 2014 to 2040, when they will be approaching 4 percent of world energy.

The Corporation anticipates that the world's available oil and gas resource base will grow not only from new discoveries, but also from reserve increases in previously discovered fields. Technology will underpin these increases. The cost to develop and supply these resources will be significant. According to the International Energy Agency, the investment required to meet oil and natural

41

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

gas supply requirements worldwide over the period 2015-2040 will be about $25 trillion (measured in 2014 dollars) or approximately $1 trillion per year on average.

International accords and underlying regional and national regulations covering greenhouse gas emissions continue to evolve with uncertain timing and outcome, making it difficult to predict their business impact. For many years, the Corporation has taken into account policies established to reduce energy-related greenhouse gas emissions in its long-term *Outlook for Energy*, which is used as a foundation for assessing the business environment and business strategies and investments. The climate accord reached at the recent Conference of the Parties (COP 21) in Paris set many new goals, and while many related policies are still emerging, the *Outlook for Energy* continues to anticipate that such policies will increase the cost of carbon dioxide emissions over time. For purposes of the *Outlook for Energy*, we continue to assume that governments will enact policies that impose rising costs on energy-related $CO_2$ emissions, which we assume will reach an implied cost in OECD nations of about $80 per tonne in 2040. China and other leading non-OECD nations are expected to trail OECD policy initiatives. Nevertheless, as people and

**App. 64**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

gas supply requirements worldwide over the period 2015-2040 will be about $25 trillion (measured in 2014 dollars) or approximately $1 trillion per year on average.

International accords and underlying regional and national regulations covering greenhouse gas emissions continue to evolve with uncertain timing and outcome, making it difficult to predict their business impact. For many years, the Corporation has taken into account policies established to reduce energy-related greenhouse gas emissions in its long-term *Outlook for Energy*, which is used as a foundation for assessing the business environment and business strategies and investments. The climate accord reached at the recent Conference of the Parties (COP 21) in Paris set many new goals, and while many related policies are still emerging, the *Outlook for Energy* continues to anticipate that such policies will increase the cost of carbon dioxide emissions over time. For purposes of the *Outlook for Energy*, we continue to assume that governments will enact policies that impose rising costs on energy-related $CO_2$ emissions, which we assume will reach an implied cost in OECD nations of about $80 per tonne in 2040. China and other leading non-OECD nations are expected to trail OECD policy initiatives. Nevertheless, as people and nations look for ways to reduce risks of global climate change, they will continue to need practical solutions that do not jeopardize the affordability or reliability of the energy they need. Thus, all practical and economically viable energy sources, both conventional and unconventional, will be needed to continue meeting global energy needs – because of the scale of worldwide energy demand.

The information provided in the Long-Term Business Outlook includes ExxonMobil's internal estimates and forecasts based upon internal data and analyses as well as publicly available information from external sources including the International Energy Agency.

## Upstream

ExxonMobil continues to maintain a diverse portfolio of exploration and development opportunities, which enables the Corporation to be selective, maximizing shareholder value and mitigating political and technical risks. ExxonMobil's fundamental Upstream business strategies guide our global exploration, development, production, and gas and power marketing activities. These strategies include capturing material and accretive opportunities to continually high-grade the resource portfolio, exercising a disciplined approach to investing and cost management, developing and applying high-impact technologies, pursuing productivity and efficiency gains, growing profitable oil and gas production, and capitalizing on growing natural gas and power markets. These strategies are underpinned by a relentless focus on operational excellence, commitment to innovative technologies, development of our employees, and investment in the communities within which we operate.

As future development projects and drilling activities bring new production online, the Corporation expects a shift in the geographic mix and in the type of opportunities from which volumes are produced. Oil equivalent production from North America is expected to increase over the next several years based on current capital activity plans, contributing over a third of total production. Further, the proportion of our global production from resource types utilizing specialized technologies such as arctic, deepwater, and unconventional drilling and production systems, as well as LNG, is also expected to grow, becoming a slight majority of production in the next few years. We do not anticipate that the expected change in the geographic mix of production volumes, and in the types of opportunities from which volumes will be produced, will have a material impact on the nature and the extent of the risks disclosed in Item 1A. Risk Factors, or result in a material change in our level of unit operating expenses.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The upstream industry environment has been challenged throughout 2015 with abundant crude oil supply causing crude oil prices to decrease to levels not seen since 2004, while natural gas prices remained depressed. However, current market conditions are not necessarily indicative of future conditions. The markets for crude oil and natural gas have a history of significant price volatility. ExxonMobil believes prices over the long term will continue to be driven by market supply and demand, with the demand side largely being a function of global economic growth. On the supply side, prices may be significantly impacted by political events, the actions of OPEC and other large government resource owners, and other factors. To manage the risks associated with price, ExxonMobil evaluates annual plans and all investments across a wide range of price scenarios. The Corporation's assessment is that its operations will exhibit strong performance over the long term. This is the outcome of disciplined investment, cost management, asset enhancement programs, and application of advanced technologies.

## Downstream

ExxonMobil's Downstream is a large, diversified business with refining, logistics, and marketing complexes around the world. The Corporation has a presence in mature markets in North America and Europe, as well as in the growing Asia Pacific region.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

ExxonMobil's fundamental Downstream business strategies competitively position the company across a range of market conditions. These strategies include targeting best-in-class operations in all aspects of the business, maximizing value from advanced technologies, capitalizing on integration across ExxonMobil businesses, selectively investing for resilient, advantaged returns, operating efficiently and effectively, and providing quality, valued and differentiated products and services to customers.

ExxonMobil's operating results, as noted in Item 2. Properties, reflect 23 refineries, located in 14 countries, with distillation capacity of 5 million barrels per day and lubricant basestock manufacturing capacity of 136 thousand barrels per day. ExxonMobil's fuels and lubes marketing businesses have significant global reach, with multiple channels to market serving a diverse customer base. Our portfolio of world-renowned brands includes *Exxon*, *Mobil*, *Esso* and *Mobil 1*.

The downstream industry environment improved in 2015. Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific. Refineries in North America continue to benefit from lower raw material and energy

**App. 65**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

ExxonMobil's fundamental Downstream business strategies competitively position the company across a range of market conditions. These strategies include targeting best-in-class operations in all aspects of the business, maximizing value from advanced technologies, capitalizing on integration across ExxonMobil businesses, selectively investing for resilient, advantaged returns, operating efficiently and effectively, and providing quality, valued and differentiated products and services to customers.

ExxonMobil's operating results, as noted in Item 2. Properties, reflect 23 refineries, located in 14 countries, with distillation capacity of 5 million barrels per day and lubricant basestock manufacturing capacity of 136 thousand barrels per day. ExxonMobil's fuels and lubes marketing businesses have significant global reach, with multiple channels to market serving a diverse customer base. Our portfolio of world-renowned brands includes *Exxon*, *Mobil*, *Esso* and *Mobil 1*.

The downstream industry environment improved in 2015. Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific. Refineries in North America continue to benefit from lower raw material and energy costs due to the abundant supply of crude oil and natural gas. In the near term, we see variability in refining margins, with some regions seeing weaker margins as new capacity additions are expected to outpace growth in global demand for our products, which can also be affected by global economic conditions and regulatory changes.

Refining margins are largely driven by differences in commodity prices and are a function of the difference between what a refinery pays for its raw materials (primarily crude oil) and the market prices for the range of products produced (primarily gasoline, heating oil, diesel oil, jet fuel and fuel oil). Crude oil and many products are widely traded with published prices, including those quoted on multiple exchanges around the world (e.g., New York Mercantile Exchange and Intercontinental Exchange). Prices for these commodities are determined by the global marketplace and are influenced by many factors, including global and regional supply/demand balances, inventory levels, industry refinery operations, import/export balances, currency fluctuations, seasonal demand, weather and political climate.

ExxonMobil's long-term outlook is that industry refining margins will remain subject to intense competition as new capacity additions outpace the growth in global demand. ExxonMobil's integration across the value chain, from refining to marketing, enhances overall value in both fuels and lubricants businesses.

As described in more detail in Item 1A. Risk Factors, proposed carbon policy and other climate-related regulations in many countries, as well as the continued growth in biofuels mandates, could have negative impacts on the Downstream business

In the retail fuels marketing business, competition has caused inflation-adjusted margins to decline. In 2015, ExxonMobil expanded its branded retail site network and progressed the multi-year transition of the direct served (i.e., dealer, company-operated) retail network in portions of Europe to a more capital-efficient Branded Wholesaler model. The company's lubricants business continues to grow, leveraging world-class brands and integration with industry-leading basestock refining capability. ExxonMobil remains a market leader in the high-value synthetic lubricants sector, despite increasing competition.

The Downstream portfolio is continually evaluated during all parts of the business cycle, and numerous asset divestments have been made over the past decade. In 2015, the company divested its 50 percent share of Chalmette Refining, LLC, and reached an agreement for the sale of the refinery in Torrance, California, with change-in-control expected by mid-2016. When investing in the Downstream, ExxonMobil remains focused on selective and resilient projects. In 2015, construction continued on a new delayed coker unit at the refinery in Antwerp, Belgium, to upgrade low-value bunker fuel into higher value diesel products. Funding was approved for the construction of a proprietary hydrocracker at the refinery in Rotterdam, Netherlands, to produce higher value ultra-low sulfur diesel and Group II basestocks. The company completed an expansion of lubricant basestock capacity at the refinery in Baytown, Texas. Finished lubricant plant expansions in China and Finland were completed, and an expansion in Singapore is underway to support demand growth for finished lubricants and greases in key markets.

**Chemical**

Worldwide petrochemical demand continued to improve in 2015, led by growing demand from Asia Pacific manufacturers of industrial and consumer products. North America continued to benefit from abundant supplies of natural gas and gas liquids, providing both low-cost feedstock and energy. Specialty product margins improved in 2015, but continued to be impacted by new industry capacity.

ExxonMobil sustained its competitive advantage through continued operational excellence, investment and cost discipline, a balanced portfolio of products, integration with refining and upstream operations, all underpinned by proprietary technology.

In 2015, we neared completion of the specialty elastomers project at our joint venture facility in Al-Jubail, Saudi Arabia. Construction continued on a major expansion at our Texas facilities, including a new world-scale ethane cracker and polyethylene lines, to capitalize on low-cost feedstock and energy supplies in North America and to meet rapidly growing demand for premium polymers. Construction of new halobutyl rubber and hydrocarbon resin units also progressed in Singapore to further extend our specialty product capacity in Asia Pacific.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**REVIEW OF 2015 AND 2014 RESULTS**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Net income attributable to ExxonMobil (U.S. GAAP) | 16,150 | 32,520 | 32,580 |

**Upstream**

**App. 66**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**REVIEW OF 2015 AND 2014 RESULTS**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| **Earnings (U.S. GAAP)** | | | |
| Net income attributable to ExxonMobil (U.S. GAAP) | 16,150 | 32,520 | 32,580 |

**Upstream**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Upstream | | | |
| United States | (1,079) | 5,197 | 4,191 |
| Non-U.S. | 8,180 | 22,351 | 22,650 |
| Total | 7,101 | 27,548 | 26,841 |

**2015**

Upstream earnings were $7,101 million, down $20,447 million from 2014. Lower realizations decreased earnings by $18.8 billion. Favorable volume and mix effects increased earnings by $810 million, including contributions from new developments. All other items decreased earnings by $2.4 billion, primarily due to lower asset management gains and approximately $500 million of lower favorable one-time tax effects, partly offset by lower expenses of about $230 million. On an oil-equivalent basis, production of 4.1 million barrels per day was up 3.2 percent compared to 2014. Liquids production of 2.3 million barrels per day increased 234,000 barrels per day, with project ramp-up and entitlement effects partly offset by field decline. Natural gas production of 10.5 billion cubic feet per day decreased 630 million cubic feet per day from 2014 as regulatory restrictions in the Netherlands and field decline were partly offset by project ramp-up, work programs and entitlement effects. U.S. Upstream earnings declined $6,276 million from 2014 to a loss of $1,079 million in 2015. Earnings outside the U.S. were $8,180 million, down $14,171 million from the prior year.

**2014**

Upstream earnings were $27,548 million, up $707 million from 2013. Lower prices decreased earnings by $2 billion. Favorable volume effects increased earnings by $510 million. All other items, primarily asset sales and favorable U.S. deferred income tax items, increased earnings by $2.2 billion. On an oil-equivalent basis, production of 4 million barrels per day was down 4.9 percent compared to 2013. Excluding the impact of the expiry of the Abu Dhabi onshore concession, production decreased 1.7 percent. Liquids production of 2.1 million barrels per day decreased 91,000 barrels per day compared to 2013. The Abu Dhabi onshore concession expiry reduced volumes by 135,000 barrels per day. Excluding this impact, liquids production was up 2 percent, driven by project ramp-up and work programs. Natural gas production of 11.1 billion cubic feet per day decreased 691 million cubic feet per day from 2013, as expected U.S. field decline and lower European demand were partially offset by project ramp-up and work programs. Earnings from U.S. Upstream operations were $5,197 million, up $1,006 million from 2013. Earnings outside the U.S. were $22,351 million, down $299 million from the prior year.

44

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Upstream Additional Information**

| | 2015 | 2014 |
|---|---|---|
| | *(thousands of barrels daily)* | |
| **Volumes Reconciliation** (Oil-equivalent production)*(1)* | | |
| Prior year | 3,969 | 4,175 |
| Entitlements - Net Interest | (14) | (4) |
| Entitlements - Price / Spend / Other | 168 | (43) |
| Quotas | - | - |
| Divestments | (25) | (31) |
| United Arab Emirates Onshore Concession Expiry | (6) | (135) |
| Growth / Other | 5 | 7 |
| Current Year | 4,097 | 3,969 |

*(1) Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production

**App. 67**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Upstream Additional Information**

|  | 2015 | 2014 |
|---|---|---|
|  | *(thousands of barrels daily)* | |
| **Volumes Reconciliation** (Oil-equivalent production)*(1)* | | |
| Prior year | 3,969 | 4,175 |
| Entitlements - Net Interest | (14) | (4) |
| Entitlements - Price / Spend / Other | 168 | (43) |
| Quotas | - | - |
| Divestments | (25) | (31) |
| United Arab Emirates Onshore Concession Expiry | (6) | (135) |
| Growth / Other | 5 | 7 |
| Current Year | 4,097 | 3,969 |

*(1) Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production volumes achieve defined thresholds, changes in equity upon achieving pay-out in partner investment carry situations, equity redeterminations as specified in venture agreements, or as a result of the termination or expiry of a concession. Once a net interest change has occurred, it typically will not be reversed by subsequent events, such as lower crude oil prices.

*Entitlements - Price, Spend and Other* are changes to ExxonMobil's share of production volumes resulting from temporary changes to non-operational volume-determining factors. These factors include changes in oil and gas prices or spending levels from one period to another. According to the terms of contractual arrangements or government royalty regimes, price or spending variability can increase or decrease royalty burdens and/or volumes attributable to ExxonMobil. For example, at higher prices, fewer barrels are required for ExxonMobil to recover its costs. These effects generally vary from period to period with field spending patterns or market prices for oil and natural gas. Such factors can also include other temporary changes in net interest as dictated by specific provisions in production agreements.

*Quotas* are changes in ExxonMobil's allowable production arising from production constraints imposed by countries which are members of the Organization of the Petroleum Exporting Countries (OPEC). Volumes reported in this category would have been readily producible in the absence of the quota.

*Divestments* are reductions in ExxonMobil's production arising from commercial arrangements to fully or partially reduce equity in a field or asset in exchange for financial or other economic consideration.

*Growth and Other* factors comprise all other operational and non-operational factors not covered by the above definitions that may affect volumes attributable to ExxonMobil. Such factors include, but are not limited to, production enhancements from project and work program activities, acquisitions including additions from asset exchanges, downtime, market demand, natural field decline, and any fiscal or commercial terms that do not affect entitlements.

45

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Downstream**

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Downstream | | | |
| United States | 1,901 | 1,618 | 2,199 |
| Non-U.S. | 4,656 | 1,427 | 1,250 |
| Total | 6,557 | 3,045 | 3,449 |

**2015**

Downstream earnings of $6,557 million increased $3,512 million from 2014. Stronger margins increased earnings by $4.1 billion, while volume and mix effects decreased earnings by $200 million. All other items decreased earnings by $420 million, reflecting nearly $560 million in higher maintenance expense and about $280 million in unfavorable inventory impacts, partly offset by favorable foreign exchange effects. Petroleum product sales of 5.8 million barrels per day were 121,000 barrels per day lower than 2014.  U.S. Downstream earnings were $1,901 million, an increase of $283 million from 2014. Non-U.S. Downstream earnings were $4,656 million, up $3,229 million from the prior year.

**2014**

Downstream earnings of $3,045 million decreased $404 million from 2013. Lower margins decreased earnings by $230 million. Volume and mix effects increased

**App. 68**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Downstream**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Downstream | | | |
| United States | 1,901 | 1,618 | 2,199 |
| Non-U.S. | 4,656 | 1,427 | 1,250 |
| Total | 6,557 | 3,045 | 3,449 |

**2015**

Downstream earnings of $6,557 million increased $3,512 million from 2014. Stronger margins increased earnings by $4.1 billion, while volume and mix effects decreased earnings by $200 million. All other items decreased earnings by $420 million, reflecting nearly $560 million in higher maintenance expense and about $280 million in unfavorable inventory impacts, partly offset by favorable foreign exchange effects. Petroleum product sales of 5.8 million barrels per day were 121,000 barrels per day lower than 2014.  U.S. Downstream earnings were $1,901 million, an increase of $283 million from 2014. Non-U.S. Downstream earnings were $4,656 million, up $3,229 million from the prior year.

**2014**

Downstream earnings of $3,045 million decreased $404 million from 2013. Lower margins decreased earnings by $230 million. Volume and mix effects increased earnings by $480 million. All other items, primarily unfavorable foreign exchange and tax impacts, partially offset by lower expenses, decreased earnings by $650 million. Petroleum product sales of 5.9 million barrels per day were in line with 2013. U.S. Downstream earnings were $1,618 million, a decrease of $581 million from 2013. Non-U.S. Downstream earnings were $1,427 million, up $177 million from the prior year.

**Chemical**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Chemical | | | |
| United States | 2,386 | 2,804 | 2,755 |
| Non-U.S. | 2,032 | 1,511 | 1,073 |
| Total | 4,418 | 4,315 | 3,828 |

**2015**

Chemical earnings of $4,418 million increased $103 million from 2014. Stronger margins increased earnings by $590 million. Favorable volume and mix effects increased earnings by $220 million. All other items decreased earnings by $710 million, reflecting about $680 million in unfavorable foreign exchange effects and $220 million in negative tax and inventory impacts, partly offset by asset management gains. Prime product sales of 24.7 million metric tons were up 478,000 metric tons from 2014.  U.S. Chemical earnings were $2,386 million, down $418 million from 2014. Non-U.S. Chemical earnings were $2,032 million, $521 million higher than the prior year.

**2014**

Chemical earnings of $4,315 million increased $487 million from 2013. Higher commodity-driven margins increased earnings by $520 million, while volume and mix effects increased earnings by $100 million. All other items, primarily higher planned expenses, decreased earnings by $130 million. Prime product sales of 24.2 million metric tons were up 172,000 metric tons from 2013, driven by increased Singapore production. U.S. Chemical earnings were $2,804 million, up $49 million from 2013. Non-U.S. Chemical earnings were $1,511 million, $438 million higher than the prior year.

46

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Corporate and Financing**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Corporate and financing | (1,926) | (2,388) | (1,538) |

**2015**

Corporate and financing expenses were $1,926 million in 2015 compared to $2,388 million in 2014, with the decrease due mainly to net favorable tax-related items.

**2014**

Corporate and financing expenses were $2,388 million in 2014, up $850 million from 2013 due primarily to tax-related items.

**App. 69**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Corporate and Financing**

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Corporate and financing | (1,926) | (2,388) | (1,538) |

**2015**

Corporate and financing expenses were $1,926 million in 2015 compared to $2,388 million in 2014, with the decrease due mainly to net favorable tax-related items.

**2014**

Corporate and financing expenses were $2,388 million in 2014, up $850 million from 2013 due primarily to tax-related items.

47

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**LIQUIDITY AND CAPITAL RESOURCES**

**Sources and Uses of Cash**

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Net cash provided by/(used in) | | | |
| Operating activities | 30,344 | 45,116 | 44,914 |
| Investing activities | (23,824) | (26,975) | (34,201) |
| Financing activities | (7,037) | (17,888) | (15,476) |
| Effect of exchange rate changes | (394) | (281) | (175) |
| Increase/(decrease) in cash and cash equivalents | (911) | (28) | (4,938) |
|  | | **(December 31)** | |
| Cash and cash equivalents | 3,705 | 4,616 | 4,644 |
| Cash and cash equivalents - restricted | - | 42 | 269 |
| Total cash and cash equivalents | 3,705 | 4,658 | 4,913 |

Total cash and cash equivalents were $3.7 billion at the end of 2015, $1.0 billion lower than the prior year. The major sources of funds in 2015 were net income including noncontrolling interests of $16.6 billion, the adjustment for the noncash provision of $18.0 billion for depreciation and depletion, and a net debt increase of $9.3 billion. The major uses of funds included spending for additions to property, plant and equipment of $26.5 billion, the purchase of shares of ExxonMobil stock of $4.0 billion, dividends to shareholders of $12.1 billion and a change in working capital, excluding cash and debt, of $3.1 billion.

Total cash and cash equivalents were $4.7 billion at the end of 2014, $0.3 billion lower than the prior year. The major sources of funds in 2014 were net income including noncontrolling interests of $33.6 billion, the adjustment for the noncash provision of $17.3 billion for depreciation and depletion, a net debt increase of $7.0 billion and collection of advances of $3.3 billion. The major uses of funds included spending for additions to property, plant and equipment of $33.0 billion, the purchase of shares of ExxonMobil stock of $13.2 billion, dividends to shareholders of $11.6 billion and a change in working capital, excluding cash and debt, of $4.9 billion. Included in total cash and cash equivalents at year-end 2014 was $42 million of restricted cash. For additional details, see the Consolidated Statement of Cash Flows.

The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. On December 31, 2015, the Corporation had unused committed short-term lines of credit of $6.0 billion and unused committed long-term lines of credit of $0.4 billion. Cash that may be temporarily available as surplus to the Corporation's immediate needs is carefully managed through counterparty quality and investment guidelines to ensure it is secure and readily available to meet the Corporation's cash requirements and to optimize returns.

To support cash flows in future periods the Corporation will need to continually find and develop new fields, and continue to develop and apply new technologies and recovery processes to existing fields, in order to maintain or increase production. After a period of production at plateau rates, it is the nature of oil and gas fields eventually to produce at declining rates for the remainder of their economic life. Averaged over all the Corporation's existing oil and gas fields and without new projects, ExxonMobil's production is expected to decline at an average of approximately 3 percent per year over the next few years. Decline rates can vary widely by individual field due to a number of factors, including, but not limited to, the type of reservoir, fluid properties, recovery mechanisms, work activity, and age of the field. Furthermore, the Corporation's net interest in production for individual fields can vary with price and the impact of fiscal and commercial terms.

The Corporation has long been successful at offsetting the effects of natural field decline through disciplined investments in quality opportunities and project execution. On average over the last decade, this has resulted in net annual additions to proved reserves that have exceeded the amount produced. The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the

**App. 70**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**LIQUIDITY AND CAPITAL RESOURCES**

**Sources and Uses of Cash**

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Net cash provided by/(used in) | | | |
| Operating activities | 30,344 | 45,116 | 44,914 |
| Investing activities | (23,824) | (26,975) | (34,201) |
| Financing activities | (7,037) | (17,888) | (15,476) |
| Effect of exchange rate changes | (394) | (281) | (175) |
| Increase/(decrease) in cash and cash equivalents | (911) | (28) | (4,938) |
|  |  | **(December 31)** |  |
| Cash and cash equivalents | 3,705 | 4,616 | 4,644 |
| Cash and cash equivalents - restricted | - | 42 | 269 |
| Total cash and cash equivalents | 3,705 | 4,658 | 4,913 |

Total cash and cash equivalents were $3.7 billion at the end of 2015, $1.0 billion lower than the prior year. The major sources of funds in 2015 were net income including noncontrolling interests of $16.6 billion, the adjustment for the noncash provision of $18.0 billion for depreciation and depletion, and a net debt increase of $9.3 billion. The major uses of funds included spending for additions to property, plant and equipment of $26.5 billion, the purchase of shares of ExxonMobil stock of $4.0 billion, dividends to shareholders of $12.1 billion and a change in working capital, excluding cash and debt, of $3.1 billion.

Total cash and cash equivalents were $4.7 billion at the end of 2014, $0.3 billion lower than the prior year. The major sources of funds in 2014 were net income including noncontrolling interests of $33.6 billion, the adjustment for the noncash provision of $17.3 billion for depreciation and depletion, a net debt increase of $7.0 billion and collection of advances of $3.3 billion. The major uses of funds included spending for additions to property, plant and equipment of $33.0 billion, the purchase of shares of ExxonMobil stock of $13.2 billion, dividends to shareholders of $11.6 billion and a change in working capital, excluding cash and debt, of $4.9 billion. Included in total cash and cash equivalents at year-end 2014 was $42 million of restricted cash. For additional details, see the Consolidated Statement of Cash Flows.

The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. On December 31, 2015, the Corporation had unused committed short-term lines of credit of $6.0 billion and unused committed long-term lines of credit of $0.4 billion. Cash that may be temporarily available as surplus to the Corporation's immediate needs is carefully managed through counterparty quality and investment guidelines to ensure it is secure and readily available to meet the Corporation's cash requirements and to optimize returns.

To support cash flows in future periods the Corporation will need to continually find and develop new fields, and continue to develop and apply new technologies and recovery processes to existing fields, in order to maintain or increase production. After a period of production at plateau rates, it is the nature of oil and gas fields eventually to produce at declining rates for the remainder of their economic life. Averaged over all the Corporation's existing oil and gas fields and without new projects, ExxonMobil's production is expected to decline at an average of approximately 3 percent per year over the next few years. Decline rates can vary widely by individual field due to a number of factors, including, but not limited to, the type of reservoir, fluid properties, recovery mechanisms, work activity, and age of the field. Furthermore, the Corporation's net interest in production for individual fields can vary with price and the impact of fiscal and commercial terms.

The Corporation has long been successful at offsetting the effects of natural field decline through disciplined investments in quality opportunities and project execution. On average over the last decade, this has resulted in net annual additions to proved reserves that have exceeded the amount produced. The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; and changes in the amount and timing of investments that may vary depending on the oil and gas price environment. The Corporation's cash flows are also highly dependent on crude oil and natural gas prices. Please refer to Item 1A. Risk Factors for a more complete discussion of risks.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The Corporation's financial strength enables it to make large, long-term capital expenditures. Capital and exploration expenditures in 2015 were $31.1 billion, reflecting the Corporation's continued active investment program. The Corporation anticipates an investment level of $23.2 billion in 2016. The Corporation is emerging from several years of high capital expenditure levels that supported major long-plateau production projects coming on line. Lower levels of capital spending over the next few years, partly due to cost savings and capital efficiencies, are not expected to delay major project schedules nor have a material effect on our volume capacity outlook.

Actual spending could vary depending on the progress of individual projects and property acquisitions. The Corporation has a large and diverse portfolio of development projects and exploration opportunities, which helps mitigate the overall political and technical risks of the Corporation's Upstream segment and

**App. 71**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The Corporation's financial strength enables it to make large, long-term capital expenditures. Capital and exploration expenditures in 2015 were $31.1 billion, reflecting the Corporation's continued active investment program. The Corporation anticipates an investment level of $23.2 billion in 2016. The Corporation is emerging from several years of high capital expenditure levels that supported major long-plateau production projects coming on line. Lower levels of capital spending over the next few years, partly due to cost savings and capital efficiencies, are not expected to delay major project schedules nor have a material effect on our volume capacity outlook.

Actual spending could vary depending on the progress of individual projects and property acquisitions. The Corporation has a large and diverse portfolio of development projects and exploration opportunities, which helps mitigate the overall political and technical risks of the Corporation's Upstream segment and associated cash flow. Further, due to its financial strength, debt capacity and diverse portfolio of opportunities, the risk associated with failure or delay of any single project would not have a significant impact on the Corporation's liquidity or ability to generate sufficient cash flows for operations and its fixed commitments.

**Cash Flow from Operating Activities**

**2015**

Cash provided by operating activities totaled $30.3 billion in 2015, $14.8 billion lower than 2014. The major source of funds was net income including noncontrolling interests of $16.6 billion, a decrease of $17.1 billion. The noncash provision for depreciation and depletion was $18.0 billion, up $0.8 billion from the prior year. The adjustment for net gains on asset sales was $0.2 billion compared to an adjustment of $3.2 billion in 2014. Changes in operational working capital, excluding cash and debt, decreased cash in 2015 by $3.1 billion.

**2014**

Cash provided by operating activities totaled $45.1 billion in 2014, $0.2 billion higher than 2013. The major source of funds was net income including noncontrolling interests of $33.6 billion, an increase of $0.2 billion. The noncash provision for depreciation and depletion was $17.3 billion, up $0.1 billion from the prior year. The adjustment for net gains on asset sales was $3.2 billion compared to an adjustment of $1.8 billion in 2013. Changes in operational working capital, excluding cash and debt, decreased cash in 2014 by $4.9 billion.

**Cash Flow from Investing Activities**

**2015**

Cash used in investment activities netted to $23.8 billion in 2015, $3.2 billion lower than 2014. Spending for property, plant and equipment of $26.5 billion decreased $6.5 billion from 2014. Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments of $2.4 billion compared to $4.0 billion in 2014. Additional investments and advances were $1.0 billion lower in 2015, while collection of advances was $2.5 billion lower in 2015.

**2014**

Cash used in investment activities netted to $27.0 billion in 2014, $7.2 billion lower than 2013. Spending for property, plant and equipment of $33.0 billion decreased $0.7 billion from 2013. Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments of $4.0 billion compared to $2.7 billion in 2013. Additional investments and advances were $2.8 billion lower in 2014, while collection of advances was $2.2 billion higher in 2014.

49

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Cash Flow from Financing Activities**

**2015**

Cash used in financing activities was $7.0 billion in 2015, $10.9 billion lower than 2014. Dividend payments on common shares increased to $2.88 per share from $2.70 per share and totaled $12.1 billion, a pay-out of 75 percent of net income. During the first quarter of 2015, the Corporation issued $8.0 billion of long-term debt. Total debt increased $9.6 billion to $38.7 billion at year-end.

ExxonMobil share of equity decreased $3.6 billion to $170.8 billion. The addition to equity for earnings was $16.2 billion. This was offset by reductions for distributions to ExxonMobil shareholders of $15.1 billion, composed of $12.1 billion in dividends and $3.0 billion of share purchases of ExxonMobil stock to reduce shares outstanding. Foreign exchange translation effects of $8.2 billion for the stronger U.S. currency reduced equity, while a $3.6 billion change in the funded status of the postretirement benefits reserves increased equity.

During 2015, Exxon Mobil Corporation purchased 48 million shares of its common stock for the treasury at a gross cost of $4.0 billion. These purchases were to reduce the number of shares outstanding and to offset shares issued in conjunction with company benefit plans and programs. Shares outstanding were reduced by 1.1 percent from 4,201 million to 4,156 million at the end of 2015. Purchases were made in both the open market and through negotiated transactions. Purchases may be increased, decreased or discontinued at any time without prior notice.

**App. 72**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Cash Flow from Financing Activities**

**2015**

Cash used in financing activities was $7.0 billion in 2015, $10.9 billion lower than 2014. Dividend payments on common shares increased to $2.88 per share from $2.70 per share and totaled $12.1 billion, a pay-out of 75 percent of net income. During the first quarter of 2015, the Corporation issued $8.0 billion of long-term debt. Total debt increased $9.6 billion to $38.7 billion at year-end.

ExxonMobil share of equity decreased $3.6 billion to $170.8 billion. The addition to equity for earnings was $16.2 billion. This was offset by reductions for distributions to ExxonMobil shareholders of $15.1 billion, composed of $12.1 billion in dividends and $3.0 billion of share purchases of ExxonMobil stock to reduce shares outstanding. Foreign exchange translation effects of $8.2 billion for the stronger U.S. currency reduced equity, while a $3.6 billion change in the funded status of the postretirement benefits reserves increased equity.

During 2015, Exxon Mobil Corporation purchased 48 million shares of its common stock for the treasury at a gross cost of $4.0 billion. These purchases were to reduce the number of shares outstanding and to offset shares issued in conjunction with company benefit plans and programs. Shares outstanding were reduced by 1.1 percent from 4,201 million to 4,156 million at the end of 2015. Purchases were made in both the open market and through negotiated transactions. Purchases may be increased, decreased or discontinued at any time without prior notice.

**2014**

Cash used in financing activities was $17.9 billion in 2014, $2.4 billion higher than 2013. Dividend payments on common shares increased to $2.70 per share from $2.46 per share and totaled $11.6 billion, a pay-out of 36 percent of net income. During the first quarter of 2014, the Corporation issued $5.5 billion of long-term debt. Total debt increased $6.4 billion to $29.1 billion at year-end.

ExxonMobil share of equity increased $0.4 billion to $174.4 billion. The addition to equity for earnings was $32.5 billion. This was offset by reductions for distributions to ExxonMobil shareholders of $23.6 billion, composed of $11.6 billion in dividends and $12.0 billion of share purchases of ExxonMobil stock to reduce shares outstanding. Foreign exchange translation effects of $5.1 billion for the stronger U.S. currency and a $3.1 billion change in the funded status of the postretirement benefits reserves also reduced equity.

During 2014, Exxon Mobil Corporation purchased 136 million shares of its common stock for the treasury at a gross cost of $13.2 billion. These purchases were to reduce the number of shares outstanding and to offset shares issued in conjunction with company benefit plans and programs. Shares outstanding were reduced by 3.1 percent from 4,335 million to 4,201 million at the end of 2014. Purchases were made in both the open market and through negotiated transactions.

50

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Commitments**

Set forth below is information about the outstanding commitments of the Corporation's consolidated subsidiaries at December 31, 2015. The table combines data from the Consolidated Balance Sheet and from individual notes to the Consolidated Financial Statements.

| Commitments | Note Reference Number | 2016 | 2017- 2020 | 2021 and Beyond | Total |
|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | |
| Long-term debt *(1)* | 14 | - | 9,902 | 10,023 | 19,925 |
| – Due in one year *(2)* | 6 | 558 | - | - | 558 |
| Asset retirement obligations *(3)* | 9 | 871 | 3,760 | 9,073 | 13,704 |
| Pension and other postretirement obligations *(4)* | 17 | 3,495 | 4,104 | 15,567 | 23,166 |
| Operating leases *(5)* | 11 | 1,653 | 2,167 | 1,057 | 4,877 |
| Unconditional purchase obligations *(6)* | 16 | 133 | 493 | 310 | 936 |
| Take-or-pay obligations *(7)* | | 2,997 | 9,463 | 12,410 | 24,870 |
| Firm capital commitments *(8)* | | 10,320 | 4,438 | 441 | 15,199 |

This table excludes commodity purchase obligations (volumetric commitments but no fixed or minimum price) which are resold shortly after purchase, either in an active, highly liquid market or under long-term, unconditional sales contracts with similar pricing terms. Examples include long-term, noncancelable LNG and natural gas purchase commitments and commitments to purchase refinery products at market prices. Inclusion of such commitments would not be meaningful in assessing liquidity and cash flow, because these purchases will be offset in the same periods by cash received from the related sales transactions. The table also excludes unrecognized tax benefits totaling $9.4 billion as of December 31, 2015, because the Corporation is unable to make reasonably reliable estimates of the timing of cash settlements with the respective taxing authorities. Further details on the unrecognized tax benefits can be found in "Note 19: Income, Sales-Based and Other Taxes."

**App. 73**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Commitments**

Set forth below is information about the outstanding commitments of the Corporation's consolidated subsidiaries at December 31, 2015. The table combines data from the Consolidated Balance Sheet and from individual notes to the Consolidated Financial Statements.

| | | Payments Due by Period | | | |
|---|---|---|---|---|---|
| **Commitments** | **Note Reference Number** | **2016** | **2017-2020** | **2021 and Beyond** | **Total** |
| | | *(millions of dollars)* | | | |
| Long-term debt *(1)* | 14 | - | 9,902 | 10,023 | 19,925 |
| – Due in one year *(2)* | 6 | 558 | - | - | 558 |
| Asset retirement obligations *(3)* | 9 | 871 | 3,760 | 9,073 | 13,704 |
| Pension and other postretirement obligations *(4)* | 17 | 3,495 | 4,104 | 15,567 | 23,166 |
| Operating leases *(5)* | 11 | 1,653 | 2,167 | 1,057 | 4,877 |
| Unconditional purchase obligations *(6)* | 16 | 133 | 493 | 310 | 936 |
| Take-or-pay obligations *(7)* | | 2,997 | 9,463 | 12,410 | 24,870 |
| Firm capital commitments *(8)* | | 10,320 | 4,438 | 441 | 15,199 |

This table excludes commodity purchase obligations (volumetric commitments but no fixed or minimum price) which are resold shortly after purchase, either in an active, highly liquid market or under long-term, unconditional sales contracts with similar pricing terms. Examples include long-term, noncancelable LNG and natural gas purchase commitments and commitments to purchase refinery products at market prices. Inclusion of such commitments would not be meaningful in assessing liquidity and cash flow, because these purchases will be offset in the same periods by cash received from the related sales transactions. The table also excludes unrecognized tax benefits totaling $9.4 billion as of December 31, 2015, because the Corporation is unable to make reasonably reliable estimates of the timing of cash settlements with the respective taxing authorities. Further details on the unrecognized tax benefits can be found in "Note 19: Income, Sales-Based and Other Taxes."

Notes:

(1)  *Includes capitalized lease obligations of $1,238 million.*

(2)  *The amount due in one year is included in notes and loans payable of $18,762 million.*

(3)  *The fair value of asset retirement obligations, primarily upstream asset removal costs at the completion of field life.*

(4)  *The amount by which the benefit obligations exceeded the fair value of fund assets for certain U.S. and non-U.S. pension and other postretirement plans at year end. The payments by period include expected contributions to funded pension plans in 2016 and estimated benefit payments for unfunded plans in all years.*

(5)  *Minimum commitments for operating leases, shown on an undiscounted basis, cover drilling equipment, tankers, service stations and other properties. Total includes $1,621 million related to drilling rigs and related equipment.*

(6)  *Unconditional purchase obligations (UPOs) are those long-term commitments that are noncancelable or cancelable only under certain conditions, and that third parties have used to secure financing for the facilities that will provide the contracted goods or services. The undiscounted obligations of $936 million mainly pertain to pipeline throughput agreements and include $411 million of obligations to equity companies.*

(7)  *Take-or-pay obligations are noncancelable, long-term commitments for goods and services other than UPOs. The undiscounted obligations of $24,870 million mainly pertain to pipeline, manufacturing supply and terminal agreements.*

(8)  *Firm commitments related to capital projects, shown on an undiscounted basis, totaled approximately $15.2 billion. These commitments were primarily associated with Upstream projects outside the U.S., of which $8.0 billion was associated with projects in Africa, United Arab Emirates, Canada, Malaysia, Kazakhstan and Australia. The Corporation expects to fund the majority of these projects with internally generated funds, supplemented by long-term and short-term debt.*

51

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Guarantees**

The Corporation and certain of its consolidated subsidiaries were contingently liable at December 31, 2015, for guarantees relating to notes, loans and performance under contracts (Note 16). Where guarantees for environmental remediation and other similar matters do not include a stated cap, the amounts reflect management's estimate of the maximum potential exposure. These guarantees are not reasonably likely to have a material effect on the Corporation's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

**Financial Strength**

On December 31, 2015, the Corporation's unused short-term committed lines of credit totaled approximately $6.0 billion (Note 6) and unused long-term committed lines of credit totaled approximately $0.4 billion (Note 14). The table below shows the Corporation's fixed-charge coverage and consolidated debt-to-capital ratios. The data demonstrate the Corporation's creditworthiness.

**App. 74**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Guarantees**

The Corporation and certain of its consolidated subsidiaries were contingently liable at December 31, 2015, for guarantees relating to notes, loans and performance under contracts (Note 16). Where guarantees for environmental remediation and other similar matters do not include a stated cap, the amounts reflect management's estimate of the maximum potential exposure. These guarantees are not reasonably likely to have a material effect on the Corporation's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

**Financial Strength**

On December 31, 2015, the Corporation's unused short-term committed lines of credit totaled approximately $6.0 billion (Note 6) and unused long-term committed lines of credit totaled approximately $0.4 billion (Note 14). The table below shows the Corporation's fixed-charge coverage and consolidated debt-to-capital ratios. The data demonstrate the Corporation's creditworthiness.

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
| Fixed-charge coverage ratio (times) | 17.6 | 46.9 | 55.7 |
| Debt to capital (percent) | 18.0 | 13.9 | 11.2 |
| Net debt to capital (percent) | 16.5 | 11.9 | 9.1 |

Management views the Corporation's financial strength, as evidenced by the above financial ratios and other similar measures, to be a competitive advantage of strategic importance. The Corporation's sound financial position gives it the opportunity to access the world's capital markets in the full range of market conditions, and enables the Corporation to take on large, long-term capital commitments in the pursuit of maximizing shareholder value.

**Litigation and Other Contingencies**

As discussed in Note 16, a variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits. Based on a consideration of all relevant facts and circumstances, the Corporation does not believe the ultimate outcome of any currently pending lawsuit against ExxonMobil will have a material adverse effect upon the Corporation's operations, financial condition, or financial statements taken as a whole. There are no events or uncertainties beyond those already included in reported financial information that would indicate a material change in future operating results or financial condition. Refer to Note 16 for additional information on legal proceedings and other contingencies.

52

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**CAPITAL AND EXPLORATION EXPENDITURES**

|  | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|
|  | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total |
|  | *(millions of dollars)* | | | | | |
| Upstream *(1)* | 7,822 | 17,585 | 25,407 | 9,401 | 23,326 | 32,727 |
| Downstream | 1,039 | 1,574 | 2,613 | 1,310 | 1,724 | 3,034 |
| Chemical | 1,945 | 898 | 2,843 | 1,690 | 1,051 | 2,741 |
| Other | 188 | - | 188 | 35 | - | 35 |
| Total | 10,994 | 20,057 | 31,051 | 12,436 | 26,101 | 38,537 |

*(1) Exploration expenses included.*

Capital and exploration expenditures in 2015 were $31.1 billion, as the Corporation continued to pursue opportunities to find and produce new supplies of oil and natural gas to meet global demand for energy. The Corporation anticipates an investment level of $23.2 billion in 2016. Actual spending could vary depending on the progress of individual projects and property acquisitions.

Upstream spending of $25.4 billion in 2015 was down 22 percent from 2014, reflecting key project start-ups and capital efficiencies. Investments in 2015 included projects in the U.S. Gulf of Mexico and Alaska, U.S. onshore drilling and continued progress on world-class projects in Canada and Australia. The majority of expenditures are on development projects, which typically take two to four years from the time of recording proved undeveloped reserves to the start of production. The percentage of proved developed reserves was 73 percent of total proved reserves at year-end 2015, and has been over 60 percent for the last ten years.

Capital investments in the Downstream totaled $2.6 billion in 2015, a decrease of $0.4 billion from 2014, mainly reflecting lower refining project spending. The Chemical capital expenditures of $2.8 billion increased $0.1 billion from 2014 with higher investments in the U.S.

**TAXES**

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |

**App. 75**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**CAPITAL AND EXPLORATION EXPENDITURES**

| | 2015 | | | 2014 | | |
|---|---|---|---|---|---|---|
| | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total |
| | *(millions of dollars)* | | | | | |
| Upstream *(1)* | 7,822 | 17,585 | 25,407 | 9,401 | 23,326 | 32,727 |
| Downstream | 1,039 | 1,574 | 2,613 | 1,310 | 1,724 | 3,034 |
| Chemical | 1,945 | 898 | 2,843 | 1,690 | 1,051 | 2,741 |
| Other | 188 | - | 188 | 35 | - | 35 |
| Total | 10,994 | 20,057 | 31,051 | 12,436 | 26,101 | 38,537 |

*(1) Exploration expenses included.*

Capital and exploration expenditures in 2015 were $31.1 billion, as the Corporation continued to pursue opportunities to find and produce new supplies of oil and natural gas to meet global demand for energy. The Corporation anticipates an investment level of $23.2 billion in 2016. Actual spending could vary depending on the progress of individual projects and property acquisitions.

Upstream spending of $25.4 billion in 2015 was down 22 percent from 2014, reflecting key project start-ups and capital efficiencies. Investments in 2015 included projects in the U.S. Gulf of Mexico and Alaska, U.S. onshore drilling and continued progress on world-class projects in Canada and Australia. The majority of expenditures are on development projects, which typically take two to four years from the time of recording proved undeveloped reserves to the start of production. The percentage of proved developed reserves was 73 percent of total proved reserves at year-end 2015, and has been over 60 percent for the last ten years.

Capital investments in the Downstream totaled $2.6 billion in 2015, a decrease of $0.4 billion from 2014, mainly reflecting lower refining project spending. The Chemical capital expenditures of $2.8 billion increased $0.1 billion from 2014 with higher investments in the U.S.

**TAXES**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Income taxes | 5,415 | 18,015 | 24,263 |
| *Effective income tax rate* | *34%* | *41%* | *48%* |
| Sales-based taxes | 22,678 | 29,342 | 30,589 |
| All other taxes and duties | 29,790 | 35,515 | 36,396 |
| Total | 57,883 | 82,872 | 91,248 |

**2015**

Income, sales-based and all other taxes and duties totaled $57.9 billion in 2015, a decrease of $25.0 billion or 30 percent from 2014. Income tax expense, both current and deferred, was $5.4 billion, $12.6 billion lower than 2014, as a result of lower earnings and a lower effective tax rate. The effective tax rate was 34 percent compared to 41 percent in the prior year due primarily to a lower share of earnings in higher tax jurisdictions. Sales-based and all other taxes and duties of $52.5 billion in 2015 decreased $12.4 billion as a result of lower sales realizations.

**2014**

Income, sales-based and all other taxes and duties totaled $82.9 billion in 2014, a decrease of $8.4 billion or 9 percent from 2013. Income tax expense, both current and deferred, was $18.0 billion, $6.2 billion lower than 2013, as a result of a lower effective tax rate. The effective tax rate was 41 percent compared to 48 percent in the prior year due primarily to impacts related to the Corporation's asset management program and favorable U.S. deferred tax items. Sales-based and all other taxes and duties of $64.9 billion in 2014 decreased $2.1 billion.

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**ENVIRONMENTAL MATTERS**

**Environmental Expenditures**

| | 2015 | 2014 |
|---|---|---|
| | *(millions of dollars)* | |
| Capital expenditures | 1,869 | 2,666 |
| Other expenditures | 3,777 | 3,522 |
| Total | 5,646 | 6,188 |

**App. 76**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**ENVIRONMENTAL MATTERS**

**Environmental Expenditures**

|  | 2015 | 2014 |
|---|---|---|
|  | *(millions of dollars)* | |
| Capital expenditures | 1,869 | 2,666 |
| Other expenditures | 3,777 | 3,522 |
| Total | 5,646 | 6,188 |

Throughout ExxonMobil's businesses, new and ongoing measures are taken to prevent and minimize the impact of our operations on air, water and ground. These include a significant investment in refining infrastructure and technology to manufacture clean fuels, as well as projects to monitor and reduce nitrogen oxide, sulfur oxide and greenhouse gas emissions, and expenditures for asset retirement obligations. Using definitions and guidelines established by the American Petroleum Institute, ExxonMobil's 2015 worldwide environmental expenditures for all such preventative and remediation steps, including ExxonMobil's share of equity company expenditures, were $5.6 billion, of which $3.8 billion were included in expenses with the remainder in capital expenditures. The total cost for such activities is expected to decrease to approximately $5 billion in 2016 and 2017, mainly reflecting lower project activity in Canada. Capital expenditures are expected to account for approximately 30 percent of the total.

**Environmental Liabilities**

The Corporation accrues environmental liabilities when it is probable that obligations have been incurred and the amounts can be reasonably estimated. This policy applies to assets or businesses currently owned or previously disposed. ExxonMobil has accrued liabilities for probable environmental remediation obligations at various sites, including multiparty sites where the U.S. Environmental Protection Agency has identified ExxonMobil as one of the potentially responsible parties. The involvement of other financially responsible companies at these multiparty sites could mitigate ExxonMobil's actual joint and several liability exposure. At present, no individual site is expected to have losses material to ExxonMobil's operations or financial condition. Consolidated company provisions made in 2015 for environmental liabilities were $371 million ($780 million in 2014) and the balance sheet reflects accumulated liabilities of $837 million as of December 31, 2015, and $1,066 million as of December 31, 2014.

**MARKET RISKS, INFLATION AND OTHER UNCERTAINTIES**

| **Worldwide Average Realizations** *(1)* | 2015 | 2014 | 2013 |
|---|---|---|---|
| Crude oil and NGL ($/barrel) | 44.77 | 87.42 | 97.48 |
| Natural gas ($/kcf) | 2.95 | 4.68 | 4.60 |

*(1) Consolidated subsidiaries.*

Crude oil, natural gas, petroleum product and chemical prices have fluctuated in response to changing market forces. The impacts of these price fluctuations on earnings from Upstream, Downstream and Chemical operations have varied. In the Upstream, a $1 per barrel change in the weighted-average realized price of oil would have approximately a $375 million annual after-tax effect on Upstream consolidated plus equity company earnings. Similarly, a $0.10 per kcf change in the worldwide average gas realization would have approximately a $150 million annual after-tax effect on Upstream consolidated plus equity company earnings. For any given period, the extent of actual benefit or detriment will be dependent on the price movements of individual types of crude oil, taxes and other government take impacts, price adjustment lags in long-term gas contracts, and crude and gas production volumes. Accordingly, changes in benchmark prices for crude oil and natural gas only provide broad indicators of changes in the earnings experienced in any particular period.

In the very competitive downstream and chemical environments, earnings are primarily determined by margin capture rather than absolute price levels of products sold. Refining margins are a function of the difference between what a refiner pays for its raw materials (primarily crude oil) and the market prices for the range of products produced. These prices in turn depend on global and regional supply/demand balances, inventory levels, refinery operations, import/export balances and weather.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. About

**App. 77**

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. About 35 percent of the Corporation's intersegment sales represent Upstream production sold to the Downstream. Other intersegment sales include those between refineries and chemical plants related to raw materials, feedstocks and finished products.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of all of its investments over a broad range of prices. The Corporation's assessment is that its operations will continue to be successful over the long term in a variety of market conditions. This is the outcome of disciplined investment and asset management programs.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives. The result is an efficient capital base, and the Corporation has seldom had to write down the carrying value of assets, even during periods of low commodity prices.

### Risk Management

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in interest rates, currency rates and commodity prices. As a result, the Corporation makes limited use of derivative instruments to mitigate the impact of such changes. With respect to derivatives activities, the Corporation believes that there are no material market or credit risks to the Corporation's financial position, results of operations or liquidity as a result of the derivatives described in Note 13. The Corporation does not engage in speculative derivative activities or derivative trading activities nor does it use derivatives with leveraged features. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. The impacts of fluctuations in exchange rates on ExxonMobil's geographically and functionally diverse operations are varied and often offsetting in amount. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's limited use of the currency exchange contracts are not material.

### Inflation and Other Uncertainties

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Beginning several years ago, an extended period of increased demand for certain services and materials resulted in higher operating and capital costs. More recently, multiple market changes, including general commodity price decreases, lower oil prices and reduced upstream industry activity, have contributed to lower prices for oilfield services and materials. The Corporation works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS

### RECENTLY ISSUED ACCOUNTING STANDARDS

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018.

"Sales and Other Operating Revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings.

The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

### CRITICAL ACCOUNTING ESTIMATES

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP)

**App. 78**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**RECENTLY ISSUED ACCOUNTING STANDARDS**

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018.

"Sales and Other Operating Revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings.

The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

**CRITICAL ACCOUNTING ESTIMATES**

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

**Oil and Gas Reserves**

Evaluations of oil and gas reserves are important to the effective management of upstream assets. They are an integral part of investment decisions about oil and gas properties such as whether development should proceed. Oil and gas reserve quantities are also used as the basis to calculate unit-of-production depreciation rates and to evaluate impairment.

Oil and gas reserves include both proved and unproved reserves. Proved oil and gas reserves are those quantities of oil and gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible. Unproved reserves are those with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Reserves Technical Oversight group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and gas price levels.

Proved reserves can be further subdivided into developed and undeveloped reserves. The percentage of proved developed reserves was 73 percent of total proved reserves at year-end 2015 (including both consolidated and equity company reserves), and has been over 60 percent for the last ten years.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in prices and year-end costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment/facility capacity.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved reserves or proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative such as the straight-line method is used. The volumes produced and asset cost are known and, while proved reserves have a high probability of recoverability they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves, Prices and Margins on Testing for Impairment.** The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable through future operations or disposition. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets for this assessment.

**App. 79**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved reserves or proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative such as the straight-line method is used. The volumes produced and asset cost are known and, while proved reserves have a high probability of recoverability they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves, Prices and Margins on Testing for Impairment.** The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable through future operations or disposition. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets for this assessment.

Potential trigger events for impairment evaluation include:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses and other profitability reviews assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting impairment tests. The markets for crude oil, natural gas and petroleum products have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.

An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

In light of continued weakness in the upstream industry environment in late 2015, the Corporation undertook an effort to assess its major long-lived assets most at risk for potential impairment. The results of this assessment confirm the absence of a trigger event and indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets. The assessment reflects crude and natural gas prices that are generally consistent with the long-term price forecasts published by third-party industry experts. Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future. Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for impairment. Due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate a range of potential future impairments related to the Corporation's long-lived assets.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the

57

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. Future prices used for any impairment tests will vary from the ones used in the supplemental oil and gas disclosure and could be lower or higher for any given year.

**Inventories**

Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). If crude oil, natural gas, petroleum product and chemical product prices continue in the range seen in early 2016, the Corporation could be subject to a lower of cost or market inventory valuation adjustment.

**App. 80**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. Future prices used for any impairment tests will vary from the ones used in the supplemental oil and gas disclosure and could be lower or higher for any given year.

### Inventories

Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). If crude oil, natural gas, petroleum product and chemical product prices continue in the range seen in early 2016, the Corporation could be subject to a lower of cost or market inventory valuation adjustment.

### Asset Retirement Obligations

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

### Suspended Exploratory Well Costs

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

### Consolidations

The Consolidated Financial Statements include the accounts of those subsidiaries that the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in the underlying net assets of other significant entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties, who also have an equity interest in these companies, are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its share of all assets and liabilities in these partially-owned companies rather than only its interest in net equity. This method of accounting for investments in partially-owned companies is not permitted by U.S. GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by U.S. GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

58

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

### Pension Benefits

The Corporation and its affiliates sponsor about 100 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because tax conventions and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2015 was

**App. 81**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Pension Benefits**

The Corporation and its affiliates sponsor about 100 defined benefit (pension) plans in over 40 countries. The Pension and Other Postretirement Benefits footnote (Note 17) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund because tax conventions and regulatory practices do not encourage advance funding. Book reserves are established for these plans. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

For funded plans, including those in the U.S., pension obligations are financed in advance through segregated assets or insurance arrangements. These plans are managed in compliance with the requirements of governmental authorities and meet or exceed required funding levels as measured by relevant actuarial and government standards at the mandated measurement dates. In determining liabilities and required contributions, these standards often require approaches and assumptions that differ from those used for accounting purposes.

The Corporation will continue to make contributions to these funded plans as necessary. All defined-benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

Pension accounting requires explicit assumptions regarding, among others, the long-term expected earnings rate on fund assets, the discount rate for the benefit obligations and the long-term rate for future salary increases. Pension assumptions are reviewed annually by outside actuaries and senior management. These assumptions are adjusted as appropriate to reflect changes in market rates and outlook. The long-term expected earnings rate on U.S. pension plan assets in 2015 was 7.00 percent. The 10-year and 20-year actual returns on U.S. pension plan assets were 5 percent and 8 percent, respectively. The Corporation establishes the long-term expected rate of return by developing a forward-looking, long-term return assumption for each pension fund asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class. A worldwide reduction of 0.5 percent in the long-term rate of return on assets would increase annual pension expense by approximately $150 million before tax.

Differences between actual returns on fund assets and the long-term expected return are not recognized in pension expense in the year that the difference occurs. Such differences are deferred, along with other actuarial gains and losses, and are amortized into pension expense over the expected remaining service life of employees.

**Litigation Contingencies**

A variety of claims have been made against the Corporation and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The status of significant claims is summarized in Note 16.

The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable, and the amount can be reasonably estimated. These amounts are not reduced by amounts that may be recovered under insurance or claims against third parties, but undiscounted receivables from insurers or other third parties may be accrued separately. The Corporation revises such accruals in light of new information. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our litigation contingency disclosures, "significant" includes material matters as well as other items which management believes should be disclosed.

Management judgment is required related to contingent liabilities and the outcome of litigation because both are difficult to predict. However, the Corporation has been successful in defending litigation in the past. Payments have not had a material adverse effect on operations or financial condition. In the Corporation's experience, large claims often do not result in large awards. Large awards are often reversed or substantially reduced as a result of appeal or settlement.

59

---

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Tax Contingencies**

The Corporation is subject to income taxation in many jurisdictions around the world. Significant management judgment is required in the accounting for income tax contingencies and tax disputes because the outcomes are often difficult to predict.

The benefits of uncertain tax positions that the Corporation has taken or expects to take in its income tax returns are recognized in the financial statements if management concludes that it is more likely than not that the position will be sustained with the tax authorities. For a position that is likely to be sustained, the benefit recognized in the financial statements is measured at the largest amount that is greater than 50 percent likely of being realized. A reserve is established for the difference between a position taken or expected to be taken in an income tax return and the amount recognized in the financial statements. The Corporation's unrecognized tax benefits and a description of open tax years are summarized in Note 19.

**Foreign Currency Translation**

The method of translating the foreign currency financial statements of the Corporation's international subsidiaries into U.S. dollars is prescribed by GAAP. Under these principles, it is necessary to select the functional currency of these subsidiaries. The functional currency is the currency of the primary economic environment in which the subsidiary operates. Management selects the functional currency after evaluating this economic environment.

**App. 82**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**Tax Contingencies**

The Corporation is subject to income taxation in many jurisdictions around the world. Significant management judgment is required in the accounting for income tax contingencies and tax disputes because the outcomes are often difficult to predict.

The benefits of uncertain tax positions that the Corporation has taken or expects to take in its income tax returns are recognized in the financial statements if management concludes that it is more likely than not that the position will be sustained with the tax authorities. For a position that is likely to be sustained, the benefit recognized in the financial statements is measured at the largest amount that is greater than 50 percent likely of being realized. A reserve is established for the difference between a position taken or expected to be taken in an income tax return and the amount recognized in the financial statements. The Corporation's unrecognized tax benefits and a description of open tax years are summarized in Note 19.

**Foreign Currency Translation**

The method of translating the foreign currency financial statements of the Corporation's international subsidiaries into U.S. dollars is prescribed by GAAP. Under these principles, it is necessary to select the functional currency of these subsidiaries. The functional currency is the currency of the primary economic environment in which the subsidiary operates. Management selects the functional currency after evaluating this economic environment.

Factors considered by management when determining the functional currency for a subsidiary include the currency used for cash flows related to individual assets and liabilities; the responsiveness of sales prices to changes in exchange rates; the history of inflation in the country; whether sales are into local markets or exported; the currency used to acquire raw materials, labor, services and supplies; sources of financing; and significance of intercompany transactions.

**MANAGEMENT'S REPORT ON INTERNAL CONTROL OVER FINANCIAL REPORTING**

Management, including the Corporation's Chief Executive Officer, Principal Financial Officer, and Principal Accounting Officer, is responsible for establishing and maintaining adequate internal control over the Corporation's financial reporting. Management conducted an evaluation of the effectiveness of internal control over financial reporting based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission. Based on this evaluation, management concluded that Exxon Mobil Corporation's internal control over financial reporting was effective as of December 31, 2015.

PricewaterhouseCoopers LLP, an independent registered public accounting firm, audited the effectiveness of the Corporation's internal control over financial reporting as of December 31, 2015, as stated in their report included in the Financial Section of this report.

Rex W. Tillerson
Chief Executive Officer

Andrew P. Swiger
Senior Vice President
(Principal Financial Officer)

David S. Rosenthal
Vice President and Controller
(Principal Accounting Officer)

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**

**App. 83**

**REPORT OF INDEPENDENT REGISTERED PUBLIC ACCOUNTING FIRM**



To the Shareholders of Exxon Mobil Corporation:

In our opinion, the accompanying Consolidated Balance Sheets and the related Consolidated Statements of Income, Comprehensive Income, Changes in Equity, and Cash Flows present fairly, in all material respects, the financial position of Exxon Mobil Corporation and its subsidiaries at December 31, 2015 and 2014, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2015 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2015, based on criteria established in *Internal Control – Integrated Framework (2013)* issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Corporation's management is responsible for these financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting. Our responsibility is to express opinions on these financial statements and on the Corporation's internal control over financial reporting based on our integrated audits. We conducted our audits in accordance with the standards of the Public Company Accounting Oversight Board (United States). Those standards require that we plan and perform the audits to obtain reasonable assurance about whether the financial statements are free of material misstatement and whether effective internal control over financial reporting was maintained in all material respects. Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation. Our audit of internal control over financial reporting included obtaining an understanding of internal control over financial reporting, assessing the risk that a material weakness exists, and testing and evaluating the design and operating effectiveness of internal control based on the assessed risk. Our audits also included performing such other procedures as we considered necessary in the circumstances. We believe that our audits provide a reasonable basis for our opinions.

A company's internal control over financial reporting is a process designed to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles. A company's internal control over financial reporting includes those policies and procedures that (i) pertain to the maintenance of records that, in reasonable detail, accurately and fairly reflect the transactions and dispositions of the assets of the company; (ii) provide reasonable assurance that transactions are recorded as necessary to permit preparation of financial statements in accordance with generally accepted accounting principles, and that receipts and expenditures of the company are being made only in accordance with authorizations of management and directors of the company; and (iii) provide reasonable assurance regarding prevention or timely detection of unauthorized acquisition, use, or disposition of the company's assets that could have a material effect on the financial statements.

Because of its inherent limitations, internal control over financial reporting may not prevent or detect misstatements. Also, projections of any evaluation of effectiveness to future periods are subject to the risk that controls may become inadequate because of changes in conditions, or that the degree of compliance with the policies or procedures may deteriorate.

/s/ PricewaterhouseCoopers LLP

Dallas, Texas
February 24, 2016

62

---

**CONSOLIDATED STATEMENT OF INCOME**

| | Note Reference Number | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Revenues and other income | | | | |
| Sales and other operating revenue *(1)* | | 259,488 | 394,105 | 420,836 |
| Income from equity affiliates | 7 | 7,644 | 13,323 | 13,927 |
| Other income | | 1,750 | 4,511 | 3,492 |
| Total revenues and other income | | 268,882 | 411,939 | 438,255 |
| Costs and other deductions | | | | |
| Crude oil and product purchases | | 130,003 | 225,972 | 244,156 |
| Production and manufacturing expenses | | 35,587 | 40,859 | 40,525 |
| Selling, general and administrative expenses | | 11,501 | 12,598 | 12,877 |
| Depreciation and depletion | | 18,048 | 17,297 | 17,182 |
| Exploration expenses, including dry holes | | 1,523 | 1,669 | 1,976 |
| Interest expense | | 311 | 286 | 9 |

**App. 84**

**CONSOLIDATED STATEMENT OF INCOME**

| | Note Reference Number | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Revenues and other income | | | | |
| Sales and other operating revenue *(1)* | | 259,488 | 394,105 | 420,836 |
| Income from equity affiliates | 7 | 7,644 | 13,323 | 13,927 |
| Other income | | 1,750 | 4,511 | 3,492 |
| Total revenues and other income | | 268,882 | 411,939 | 438,255 |
| Costs and other deductions | | | | |
| Crude oil and product purchases | | 130,003 | 225,972 | 244,156 |
| Production and manufacturing expenses | | 35,587 | 40,859 | 40,525 |
| Selling, general and administrative expenses | | 11,501 | 12,598 | 12,877 |
| Depreciation and depletion | | 18,048 | 17,297 | 17,182 |
| Exploration expenses, including dry holes | | 1,523 | 1,669 | 1,976 |
| Interest expense | | 311 | 286 | 9 |
| Sales-based taxes *(1)* | 19 | 22,678 | 29,342 | 30,589 |
| Other taxes and duties | 19 | 27,265 | 32,286 | 33,230 |
| Total costs and other deductions | | 246,916 | 360,309 | 380,544 |
| Income before income taxes | | 21,966 | 51,630 | 57,711 |
| Income taxes | 19 | 5,415 | 18,015 | 24,263 |
| Net income including noncontrolling interests | | 16,551 | 33,615 | 33,448 |
| Net income attributable to noncontrolling interests | | 401 | 1,095 | 868 |
| Net income attributable to ExxonMobil | | 16,150 | 32,520 | 32,580 |
| | | | | |
| Earnings per common share *(dollars)* | 12 | 3.85 | 7.60 | 7.37 |
| | | | | |
| Earnings per common share - assuming dilution *(dollars)* | 12 | 3.85 | 7.60 | 7.37 |

*(1)   Sales and other operating revenue includes sales-based taxes of $22,678 million for 2015, $29,342 million for 2014 and $30,589 million for 2013.*

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

**CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Net income including noncontrolling interests | 16,551 | 33,615 | 33,448 |
| Other comprehensive income (net of income taxes) | | | |
| Foreign exchange translation adjustment | (9,303) | (5,847) | (3,620) |
| Adjustment for foreign exchange translation (gain)/loss included in net income | (14) | 152 | (23) |
| Postretirement benefits reserves adjustment (excluding amortization) | 2,358 | (4,262) | 3,174 |
| Amortization and settlement of postretirement benefits reserves adjustment included in net periodic benefit costs | 1,448 | 1,111 | 1,820 |
| Unrealized change in fair value of stock investments | 33 | (63) | - |
| Realized (gain)/loss from stock investments included in net income | 27 | 3 | - |
| Total other comprehensive income | (5,451) | (8,906) | 1,351 |
| Comprehensive income including noncontrolling interests | 11,100 | 24,709 | 34,799 |
| Comprehensive income attributable to noncontrolling interests | (496) | 421 | 760 |
| Comprehensive income attributable to ExxonMobil | 11,596 | 24,288 | 34,039 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

**App. 85**

**CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

| | 2015 | 2014 | 2013 |
|---|---:|---:|---:|
| | *(millions of dollars)* | | |
| Net income including noncontrolling interests | 16,551 | 33,615 | 33,448 |
| Other comprehensive income (net of income taxes) | | | |
|     Foreign exchange translation adjustment | (9,303) | (5,847) | (3,620) |
|     Adjustment for foreign exchange translation (gain)/loss included in net income | (14) | 152 | (23) |
|     Postretirement benefits reserves adjustment (excluding amortization) | 2,358 | (4,262) | 3,174 |
|     Amortization and settlement of postretirement benefits reserves adjustment included in net periodic benefit costs | 1,448 | 1,111 | 1,820 |
|     Unrealized change in fair value of stock investments | 33 | (63) | - |
|     Realized (gain)/loss from stock investments included in net income | 27 | 3 | - |
|         Total other comprehensive income | (5,451) | (8,906) | 1,351 |
| Comprehensive income including noncontrolling interests | 11,100 | 24,709 | 34,799 |
|     Comprehensive income attributable to noncontrolling interests | (496) | 421 | 760 |
| Comprehensive income attributable to ExxonMobil | 11,596 | 24,288 | 34,039 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

64

**CONSOLIDATED BALANCE SHEET**

| | Note Reference Number | Dec. 31 2015 | Dec. 31 2014 |
|---|:---:|---:|---:|
| | | *(millions of dollars)* | |
| Assets | | | |
|   Current assets | | | |
|     Cash and cash equivalents | | 3,705 | 4,616 |
|     Cash and cash equivalents - restricted | | - | 42 |
|     Notes and accounts receivable, less estimated doubtful amounts | 6 | 19,875 | 28,009 |
|     Inventories | | | |
|       Crude oil, products and merchandise | 3 | 12,037 | 12,384 |
|       Materials and supplies | | 4,208 | 4,294 |
|     Other current assets | | 2,798 | 3,565 |
|       Total current assets | | 42,623 | 52,910 |
|   Investments, advances and long-term receivables | 8 | 34,245 | 35,239 |
|   Property, plant and equipment, at cost, less accumulated depreciation and depletion | 9 | 251,605 | 252,668 |
|   Other assets, including intangibles, net | | 8,285 | 8,676 |
|     Total assets | | 336,758 | 349,493 |
| Liabilities | | | |
|   Current liabilities | | | |
|     Notes and loans payable | 6 | 18,762 | 17,468 |
|     Accounts payable and accrued liabilities | 6 | 32,412 | 42,227 |
|     Income taxes payable | | 2,802 | 4,938 |
|       Total current liabilities | | 53,976 | 64,633 |
|   Long-term debt | 14 | 19,925 | 11,653 |
|   Postretirement benefits reserves | 17 | 22,647 | 25,802 |
|   Deferred income tax liabilities | 19 | 36,818 | 39,230 |
|   Long-term obligations to equity companies | | 5,417 | 5,325 |
|   Other long-term obligations | | 21,165 | 21,786 |
|     Total liabilities | | 159,948 | 168,429 |
| Commitments and contingencies | 16 | | |

**App. 86**

**CONSOLIDATED BALANCE SHEET**

| | Note Reference Number | Dec. 31 2015 | Dec. 31 2014 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| Assets | | | |
| Current assets | | | |
| Cash and cash equivalents | | 3,705 | 4,616 |
| Cash and cash equivalents - restricted | | - | 42 |
| Notes and accounts receivable, less estimated doubtful amounts | 6 | 19,875 | 28,009 |
| Inventories | | | |
| Crude oil, products and merchandise | 3 | 12,037 | 12,384 |
| Materials and supplies | | 4,208 | 4,294 |
| Other current assets | | 2,798 | 3,565 |
| Total current assets | | 42,623 | 52,910 |
| Investments, advances and long-term receivables | 8 | 34,245 | 35,239 |
| Property, plant and equipment, at cost, less accumulated depreciation and depletion | 9 | 251,605 | 252,668 |
| Other assets, including intangibles, net | | 8,285 | 8,676 |
| Total assets | | 336,758 | 349,493 |
| | | | |
| Liabilities | | | |
| Current liabilities | | | |
| Notes and loans payable | 6 | 18,762 | 17,468 |
| Accounts payable and accrued liabilities | 6 | 32,412 | 42,227 |
| Income taxes payable | | 2,802 | 4,938 |
| Total current liabilities | | 53,976 | 64,633 |
| Long-term debt | 14 | 19,925 | 11,653 |
| Postretirement benefits reserves | 17 | 22,647 | 25,802 |
| Deferred income tax liabilities | 19 | 36,818 | 39,230 |
| Long-term obligations to equity companies | | 5,417 | 5,325 |
| Other long-term obligations | | 21,165 | 21,786 |
| Total liabilities | | 159,948 | 168,429 |
| | | | |
| Commitments and contingencies | 16 | | |
| | | | |
| Equity | | | |
| Common stock without par value | | | |
| (9,000 million shares authorized, 8,019 million shares issued) | | 11,612 | 10,792 |
| Earnings reinvested | | 412,444 | 408,384 |
| Accumulated other comprehensive income | | (23,511) | (18,957) |
| Common stock held in treasury | | | |
| (3,863 million shares in 2015 and 3,818 million shares in 2014) | | (229,734) | (225,820) |
| ExxonMobil share of equity | | 170,811 | 174,399 |
| Noncontrolling interests | | 5,999 | 6,665 |
| Total equity | | 176,810 | 181,064 |
| Total liabilities and equity | | 336,758 | 349,493 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

65

---

**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Note Reference Number | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Cash flows from operating activities | | | | |
| Net income including noncontrolling interests | | 16,551 | 33,615 | 33,448 |
| Adjustments for noncash transactions | | | | |

**App. 87**

**CONSOLIDATED STATEMENT OF CASH FLOWS**

| | Note Reference Number | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Cash flows from operating activities | | | | |
| Net income including noncontrolling interests | | 16,551 | 33,615 | 33,448 |
| Adjustments for noncash transactions | | | | |
| Depreciation and depletion | | 18,048 | 17,297 | 17,182 |
| Deferred income tax charges/(credits) | | (1,832) | 1,540 | 754 |
| Postretirement benefits expense in excess of/(less than) net payments | | 2,153 | 524 | 2,291 |
| Other long-term obligation provisions in excess of/(less than) payments | | (380) | 1,404 | (2,566) |
| Dividends received greater than/(less than) equity in current earnings of equity companies | | (691) | (358) | 3 |
| Changes in operational working capital, excluding cash and debt | | | | |
| Reduction/(increase)   - Notes and accounts receivable | | 4,692 | 3,118 | (305) |
| - Inventories | | (379) | (1,343) | (1,812) |
| - Other current assets | | 45 | (68) | (105) |
| Increase/(reduction)   - Accounts and other payables | | (7,471) | (6,639) | (2,498) |
| Net (gain) on asset sales | 5 | (226) | (3,151) | (1,828) |
| All other items - net | 5 | (166) | (823) | 350 |
| Net cash provided by operating activities | | 30,344 | 45,116 | 44,914 |
| | | | | |
| Cash flows from investing activities | | | | |
| Additions to property, plant and equipment | 5 | (26,490) | (32,952) | (33,669) |
| Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments | 5 | 2,389 | 4,035 | 2,707 |
| Decrease/(increase) in restricted cash and cash equivalents | | 42 | 227 | 72 |
| Additional investments and advances | | (607) | (1,631) | (4,435) |
| Collection of advances | | 842 | 3,346 | 1,124 |
| Net cash used in investing activities | | (23,824) | (26,975) | (34,201) |
| | | | | |
| Cash flows from financing activities | | | | |
| Additions to long-term debt | 5 | 8,028 | 5,731 | 345 |
| Reductions in long-term debt | | (26) | (69) | (13) |
| Additions to short-term debt | | - | - | 16 |
| Reductions in short-term debt | | (506) | (745) | (756) |
| Additions/(reductions) in commercial paper, and debt with three months or less maturity | 5 | 1,759 | 2,049 | 12,012 |
| Cash dividends to ExxonMobil shareholders | | (12,090) | (11,568) | (10,875) |
| Cash dividends to noncontrolling interests | | (170) | (248) | (304) |
| Changes in noncontrolling interests | | - | - | (1) |
| Tax benefits related to stock-based awards | | 2 | 115 | 48 |
| Common stock acquired | | (4,039) | (13,183) | (15,998) |
| Common stock sold | | 5 | 30 | 50 |
| Net cash used in financing activities | | (7,037) | (17,888) | (15,476) |
| Effects of exchange rate changes on cash | | (394) | (281) | (175) |
| Increase/(decrease) in cash and cash equivalents | | (911) | (28) | (4,938) |
| Cash and cash equivalents at beginning of year | | 4,616 | 4,644 | 9,582 |
| Cash and cash equivalents at end of year | | 3,705 | 4,616 | 4,644 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

66

**CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

**ExxonMobil Share of Equity**

**App. 88**

**CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

| | Common Stock | Earnings Reinvested | Accumulated Other Comprehensive Income | Common Stock Held in Treasury | ExxonMobil Share of Equity | Non-controlling Interests | Total Equity |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| Balance as of December 31, 2012 | 9,653 | 365,727 | (12,184) | (197,333) | 165,863 | 5,797 | 171,660 |
| Amortization of stock-based awards | 761 | - | - | - | 761 | - | 761 |
| Tax benefits related to stock-based awards | 162 | - | - | - | 162 | - | 162 |
| Other | (499) | - | - | - | (499) | 240 | (259) |
| Net income for the year | - | 32,580 | - | - | 32,580 | 868 | 33,448 |
| Dividends - common shares | - | (10,875) | - | - | (10,875) | (304) | (11,179) |
| Other comprehensive income | - | - | 1,459 | - | 1,459 | (108) | 1,351 |
| Acquisitions, at cost | - | - | - | (15,998) | (15,998) | (1) | (15,999) |
| Dispositions | - | - | - | 550 | 550 | - | 550 |
| Balance as of December 31, 2013 | 10,077 | 387,432 | (10,725) | (212,781) | 174,003 | 6,492 | 180,495 |
| Amortization of stock-based awards | 780 | - | - | - | 780 | - | 780 |
| Tax benefits related to stock-based awards | 49 | - | - | - | 49 | - | 49 |
| Other | (114) | - | - | - | (114) | - | (114) |
| Net income for the year | - | 32,520 | - | - | 32,520 | 1,095 | 33,615 |
| Dividends - common shares | - | (11,568) | - | - | (11,568) | (248) | (11,816) |
| Other comprehensive income | - | - | (8,232) | - | (8,232) | (674) | (8,906) |
| Acquisitions, at cost | - | - | - | (13,183) | (13,183) | - | (13,183) |
| Dispositions | - | - | - | 144 | 144 | - | 144 |
| Balance as of December 31, 2014 | 10,792 | 408,384 | (18,957) | (225,820) | 174,399 | 6,665 | 181,064 |
| Amortization of stock-based awards | 828 | - | - | - | 828 | - | 828 |
| Tax benefits related to stock-based awards | 116 | - | - | - | 116 | - | 116 |
| Other | (124) | - | - | - | (124) | - | (124) |
| Net income for the year | - | 16,150 | - | - | 16,150 | 401 | 16,551 |
| Dividends - common shares | - | (12,090) | - | - | (12,090) | (170) | (12,260) |
| Other comprehensive income | - | - | (4,554) | - | (4,554) | (897) | (5,451) |
| Acquisitions, at cost | - | - | - | (4,039) | (4,039) | - | (4,039) |
| Dispositions | - | - | - | 125 | 125 | - | 125 |
| Balance as of December 31, 2015 | 11,612 | 412,444 | (23,511) | (229,734) | 170,811 | 5,999 | 176,810 |

| Common Stock Share Activity | Issued | Held in Treasury | Outstanding |
|---|---|---|---|
| | | *(millions of shares)* | |
| Balance as of December 31, 2012 | 8,019 | (3,517) | 4,502 |
| Acquisitions | - | (177) | (177) |
| Dispositions | - | 10 | 10 |
| Balance as of December 31, 2013 | 8,019 | (3,684) | 4,335 |
| Acquisitions | - | (136) | (136) |
| Dispositions | - | 2 | 2 |
| Balance as of December 31, 2014 | 8,019 | (3,818) | 4,201 |
| Acquisitions | - | (48) | (48) |
| Dispositions | - | 3 | 3 |
| Balance as of December 31, 2015 | 8,019 | (3,863) | 4,156 |

*The information in the Notes to Consolidated Financial Statements is an integral part of these statements.*

67

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The accompanying consolidated financial statements and the supporting and supplemental material are the responsibility of the management of Exxon Mobil Corporation.

The Corporation's principal business is energy, involving the worldwide exploration, production, transportation and sale of crude oil and natural gas (Upstream) and

**App. 89**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The accompanying consolidated financial statements and the supporting and supplemental material are the responsibility of the management of Exxon Mobil Corporation.

The Corporation's principal business is energy, involving the worldwide exploration, production, transportation and sale of crude oil and natural gas (Upstream) and the manufacture, transportation and sale of petroleum products (Downstream). The Corporation is also a major worldwide manufacturer and marketer of petrochemicals (Chemical).

The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. Actual results could differ from these estimates. Prior years' data has been reclassified in certain cases to conform to the 2015 presentation basis.

**1. Summary of Accounting Policies**

**Principles of Consolidation.** The Consolidated Financial Statements include the accounts of subsidiaries the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses.

Amounts representing the Corporation's interest in entities that it does not control, but over which it exercises significant influence, are included in "Investments, advances and long-term receivables." The Corporation's share of the net income of these companies is included in the Consolidated Statement of Income caption "Income from equity affiliates."

Majority ownership is normally the indicator of control that is the basis on which subsidiaries are consolidated. However, certain factors may indicate that a majority-owned investment is not controlled and therefore should be accounted for using the equity method of accounting. These factors occur where the minority shareholders are granted by law or by contract substantive participating rights. These include the right to approve operating policies, expense budgets, financing and investment plans, and management compensation and succession plans.

The Corporation's share of the cumulative foreign exchange translation adjustment for equity method investments is reported in Accumulated Other Comprehensive Income.

Evidence of loss in value that might indicate impairment of investments in companies accounted for on the equity method is assessed to determine if such evidence represents a loss in value of the Corporation's investment that is other than temporary. Examples of key indicators include a history of operating losses, negative earnings and cash flow outlook, significant downward revisions to oil and gas reserves, and the financial condition and prospects for the investee's business segment or geographic region. If evidence of an other than temporary loss in fair value below carrying amount is determined, an impairment is recognized. In the absence of market prices for the investment, discounted cash flows are used to assess fair value.

**Revenue Recognition.** The Corporation generally sells crude oil, natural gas and petroleum and chemical products under short-term agreements at prevailing market prices. In some cases (e.g., natural gas), products may be sold under long-term agreements, with periodic price adjustments. Revenues are recognized when the products are delivered, which occurs when the customer has taken title and has assumed the risks and rewards of ownership, prices are fixed or determinable and collectibility is reasonably assured.

Revenues from the production of natural gas properties in which the Corporation has an interest with other producers are recognized on the basis of the Corporation's net working interest. Differences between actual production and net working interest volumes are not significant.

Purchases and sales of inventory with the same counterparty that are entered into in contemplation of one another are combined and recorded as exchanges measured at the book value of the item sold.

**Sales-Based Taxes.** The Corporation reports sales, excise and value-added taxes on sales transactions on a gross basis in the Consolidated Statement of Income (included in both revenues and costs).

**Derivative Instruments.** The Corporation makes limited use of derivative instruments. The Corporation does not engage in speculative derivative activities or derivative trading activities, nor does it use derivatives with leveraged features. When the Corporation does enter into derivative transactions, it is to offset exposures associated with interest rates, foreign currency exchange rates and hydrocarbon prices that arise from existing assets, liabilities and forecasted transactions.

The gains and losses resulting from changes in the fair value of derivatives are recorded in income. In some cases, the Corporation designates derivatives as fair value hedges, in which case the gains and losses are offset in income by the gains and losses arising from changes in the fair value of the underlying hedged item.

**Fair Value.** Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants. Hierarchy Levels 1, 2 and 3 are terms for the priority of inputs to valuation techniques used to measure fair value. Hierarchy Level 1 inputs are quoted prices in active markets for identical assets or liabilities. Hierarchy

68

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Level 2 inputs are inputs other than quoted prices included within Level 1 that are directly or indirectly observable for the asset or liability. Hierarchy Level 3 inputs are inputs that are not observable in the market.

**Inventories.** Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). Inventory costs include expenditures and other charges (including depreciation) directly and indirectly incurred in bringing the inventory to its existing condition and location. Selling expenses and general and administrative expenses are reported as period costs and excluded from inventory cost. Inventories of materials and supplies are valued at cost or less.

**Property, Plant and Equipment.** Depreciation, depletion and amortization, based on cost less estimated salvage value of the asset, are primarily determined under either the unit-of-production method or the straight-line method, which is based on estimated asset service life taking obsolescence into consideration. Maintenance

**App. 90**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

Level 2 inputs are inputs other than quoted prices included within Level 1 that are directly or indirectly observable for the asset or liability. Hierarchy Level 3 inputs are inputs that are not observable in the market.

**Inventories.** Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). Inventory costs include expenditures and other charges (including depreciation) directly and indirectly incurred in bringing the inventory to its existing condition and location. Selling expenses and general and administrative expenses are reported as period costs and excluded from inventory cost. Inventories of materials and supplies are valued at cost or less.

**Property, Plant and Equipment.** Depreciation, depletion and amortization, based on cost less estimated salvage value of the asset, are primarily determined under either the unit-of-production method or the straight-line method, which is based on estimated asset service life taking obsolescence into consideration. Maintenance and repairs, including planned major maintenance, are expensed as incurred. Major renewals and improvements are capitalized and the assets replaced are retired.

The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. Exploratory well costs are carried as an asset when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. Other exploratory expenditures, including geophysical costs and annual lease rentals, are expensed as incurred. Development costs, including costs of productive wells and development dry holes, are capitalized.

Acquisition costs of proved properties are amortized using a unit-of-production method, computed on the basis of total proved oil and gas reserves. Capitalized exploratory drilling and development costs associated with productive depletable extractive properties are amortized using unit-of-production rates based on the amount of proved developed reserves of oil, gas and other minerals that are estimated to be recoverable from existing facilities using current operating methods. Under the unit-of-production method, oil and gas volumes are considered produced once they have been measured through meters at custody transfer or sales transaction points at the outlet valve on the lease or field storage tank. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative such as the straight-line method is used.

Production involves lifting the oil and gas to the surface and gathering, treating, field processing and field storage of the oil and gas. The production function normally terminates at the outlet valve on the lease or field production storage tank. Production costs are those incurred to operate and maintain the Corporation's wells and related equipment and facilities and are expensed as incurred. They become part of the cost of oil and gas produced. These costs, sometimes referred to as lifting costs, include such items as labor costs to operate the wells and related equipment; repair and maintenance costs on the wells and equipment; materials, supplies and energy costs required to operate the wells and related equipment; and administrative expenses related to the production activity.

The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable through future operations or disposition. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets for this assessment.

Potential trigger events for impairment evaluation include:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses and other profitability reviews assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand.

69

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.

An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

**App. 91**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.

An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Gains on sales of proved and unproved properties are only recognized when there is neither uncertainty about the recovery of costs applicable to any interest retained nor any substantial obligation for future performance by the Corporation.

Losses on properties sold are recognized when incurred or when the properties are held for sale and the fair value of the properties is less than the carrying value.

Interest costs incurred to finance expenditures during the construction phase of multiyear projects are capitalized as part of the historical cost of acquiring the constructed assets. The project construction phase commences with the development of the detailed engineering design and ends when the constructed assets are ready for their intended use. Capitalized interest costs are included in property, plant and equipment and are depreciated over the service life of the related assets.

**Asset Retirement Obligations and Environmental Liabilities.** The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. The costs associated with these liabilities are capitalized as part of the related assets and depreciated. Over time, the liabilities are accreted for the change in their present value.

Liabilities for environmental costs are recorded when it is probable that obligations have been incurred and the amounts can be reasonably estimated. These liabilities are not reduced by possible recoveries from third parties and projected cash expenditures are not discounted.

**Foreign Currency Translation.** The Corporation selects the functional reporting currency for its international subsidiaries based on the currency of the primary economic environment in which each subsidiary operates.

Downstream and Chemical operations primarily use the local currency. However, the U.S. dollar is used in countries with a history of high inflation (primarily in Latin America) and Singapore, which predominantly sells into the U.S. dollar export market. Upstream operations which are relatively self-contained and integrated within a particular country, such as Canada, the United Kingdom, Norway and continental Europe, use the local currency. Some Upstream operations, primarily in Asia and Africa, use the U.S. dollar because they predominantly sell crude and natural gas production into U.S. dollar-denominated markets.

For all operations, gains or losses from remeasuring foreign currency transactions into the functional currency are included in income.

**Stock-Based Payments.** The Corporation awards stock-based compensation to employees in the form of restricted stock and restricted stock units. Compensation expense is measured by the price of the stock at the date of grant and is recognized in income over the requisite service period.

70

---

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**2. Accounting Changes**

The Corporation did not adopt authoritative guidance in 2015 that had a material impact on the Corporation's financial statements.

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018.

"Sales and Other Operating Revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings.

The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

**3. Miscellaneous Financial Information**

Research and development expenses totaled $1,008 million in 2015, $971 million in 2014 and $1,044 million in 2013.

Net income included before-tax aggregate foreign exchange transaction losses of $119 million and $225 million in 2015 and 2014, respectively, and gains of $155 million in 2013.

In 2015, 2014 and 2013, net income included a loss of $186 million, and gains of $187 million and $282 million, respectively, attributable to the combined effects of LIFO inventory accumulations and drawdowns. The aggregate replacement cost of inventories was estimated to exceed their LIFO carrying values by $4.5 billion and $10.6 billion at December 31, 2015, and 2014, respectively.

Crude oil, products and merchandise as of year-end 2015 and 2014 consist of the following:

**App. 92**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**2. Accounting Changes**

The Corporation did not adopt authoritative guidance in 2015 that had a material impact on the Corporation's financial statements.

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018.

"Sales and Other Operating Revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings.

The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

**3. Miscellaneous Financial Information**

Research and development expenses totaled $1,008 million in 2015, $971 million in 2014 and $1,044 million in 2013.

Net income included before-tax aggregate foreign exchange transaction losses of $119 million and $225 million in 2015 and 2014, respectively, and gains of $155 million in 2013.

In 2015, 2014 and 2013, net income included a loss of $186 million, and gains of $187 million and $282 million, respectively, attributable to the combined effects of LIFO inventory accumulations and drawdowns. The aggregate replacement cost of inventories was estimated to exceed their LIFO carrying values by $4.5 billion and $10.6 billion at December 31, 2015, and 2014, respectively.

Crude oil, products and merchandise as of year-end 2015 and 2014 consist of the following:

|  | 2015 | 2014 |
|---|---|---|
|  | *(billions of dollars)* | |
| Crude oil | 4.2 | 4.6 |
| Petroleum products | 4.1 | 4.1 |
| Chemical products | 2.7 | 2.9 |
| Gas/other | 1.0 | 0.8 |
| Total | 12.0 | 12.4 |

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**4. Other Comprehensive Income Information**

| ExxonMobil Share of Accumulated Other Comprehensive Income | Cumulative Foreign Exchange Translation Adjustment | Post-retirement Benefits Reserves Adjustment | Unrealized Change in Stock Investments | Total |
|---|---|---|---|---|
|  | *(millions of dollars)* | | | |
| Balance as of December 31, 2012 | 2,410 | (14,594) | - | (12,184) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (3,233) | 2,963 | - | (270) |
| Amounts reclassified from accumulated other comprehensive income | (23) | 1,752 | - | 1,729 |
| Total change in accumulated other comprehensive income | (3,256) | 4,715 | - | 1,459 |
| Balance as of December 31, 2013 | (846) | (9,879) | - | (10,725) |
| Balance as of December 31, 2013 | (846) | (9,879) | - | (10,725) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (5,258) | (4,132) | (63) | (9,453) |
| Amounts reclassified from accumulated other comprehensive income | 152 | 1,066 | 3 | 1,221 |
| Total change in accumulated other comprehensive income | (5,106) | (3,066) | (60) | (8,232) |
| Balance as of December 31, 2014 | (5,952) | (12,945) | (60) | (18,957) |
| Balance as of December 31, 2014 | (5,952) | (12,945) | (60) | (18,957) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (8,204) | 2,202 | 33 | (5,969) |
| Amounts reclassified from accumulated other | | | | |

**App. 93**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

4.    Other Comprehensive Income Information

| ExxonMobil Share of Accumulated Other Comprehensive Income | Cumulative Foreign Exchange Translation Adjustment | Post-retirement Benefits Reserves Adjustment | Unrealized Change in Stock Investments | Total |
|---|---|---|---|---|
| | *(millions of dollars)* | | | |
| Balance as of December 31, 2012 | 2,410 | (14,594) | - | (12,184) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (3,233) | 2,963 | - | (270) |
| Amounts reclassified from accumulated other comprehensive income | (23) | 1,752 | - | 1,729 |
| Total change in accumulated other comprehensive income | (3,256) | 4,715 | - | 1,459 |
| Balance as of December 31, 2013 | (846) | (9,879) | - | (10,725) |
| | | | | |
| Balance as of December 31, 2013 | (846) | (9,879) | - | (10,725) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (5,258) | (4,132) | (63) | (9,453) |
| Amounts reclassified from accumulated other comprehensive income | 152 | 1,066 | 3 | 1,221 |
| Total change in accumulated other comprehensive income | (5,106) | (3,066) | (60) | (8,232) |
| Balance as of December 31, 2014 | (5,952) | (12,945) | (60) | (18,957) |
| | | | | |
| Balance as of December 31, 2014 | (5,952) | (12,945) | (60) | (18,957) |
| Current period change excluding amounts reclassified from accumulated other comprehensive income | (8,204) | 2,202 | 33 | (5,969) |
| Amounts reclassified from accumulated other comprehensive income | (14) | 1,402 | 27 | 1,415 |
| Total change in accumulated other comprehensive income | (8,218) | 3,604 | 60 | (4,554) |
| Balance as of December 31, 2015 | (14,170) | (9,341) | - | (23,511) |

| Amounts Reclassified Out of Accumulated Other Comprehensive Income - Before-tax Income/(Expense) | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Foreign exchange translation gain/(loss) included in net income (Statement of Income line: Other income) | 14 | (152) | 23 |
| Amortization and settlement of postretirement benefits reserves adjustment included in net periodic benefit costs *(1)* | (2,066) | (1,571) | (2,616) |
| Realized change in fair value of stock investments included in net income (Statement of Income line: Other income) | (42) | (5) | - |

(1)    These accumulated other comprehensive income components are included in the computation of net periodic pension cost. (See Note 17 – Pension and Other Postretirement Benefits for additional details.)

| Income Tax (Expense)/Credit For Components of Other Comprehensive Income | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Foreign exchange translation adjustment | 170 | 292 | 218 |
| Postretirement benefits reserves adjustment (excluding amortization) | (1,192) | 2,009 | (1,540) |
| Amortization and settlement of postretirement benefits reserves adjustment included in net periodic benefit costs | (618) | (460) | (796) |
| Unrealized change in fair value of stock investments | (17) | 34 | - |
| Realized change in fair value of stock investments included in net income | (15) | (2) | - |
| Total | (1,672) | 1,873 | (2,118) |

72

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

5. Cash Flow Information

**App. 94**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**5. Cash Flow Information**

The Consolidated Statement of Cash Flows provides information about changes in cash and cash equivalents. Highly liquid investments with maturities of three months or less when acquired are classified as cash equivalents.

For 2015, the "Net (gain) on asset sales" on the Consolidated Statement of Cash Flows includes before-tax amounts from the sale of service stations in Europe, the sale of Upstream properties in the U.S., the sale of ExxonMobil's interests in Chemical and Refining joint ventures, and the pending sale of the Torrance refinery. For 2014, the amount includes before-tax gains from the sale of Hong Kong power operations, additional proceeds related to the 2013 sale of a partial interest in Iraq, the sale of Downstream affiliates in the Caribbean and the sale or exchange of Upstream properties in the U.S., Canada, and Malaysia. For 2013, the amount includes before-tax gains from the sale of a partial interest in Iraq, the sale of Downstream affiliates in the Caribbean and the sale of service stations. These net gains are reported in "Other income" on the Consolidated Statement of Income.

In 2015, the "Additions/(reductions) in commercial paper, and debt with three months or less maturity" on the Consolidated Statement of Cash Flows includes a net $358 million addition of commercial paper with maturity over three months. The gross amount issued was $8.1 billion, while the gross amount repaid was $7.7 billion.

In 2015, ExxonMobil completed an asset exchange that resulted in value received of approximately $500 million including $100 million in cash. The non-cash portion was not included in the "Sales of subsidiaries, investments, and property, plant and equipment" or the "All other items-net" lines on the Statement of Cash Flows. Capital leases of approximately $1 billion were not included in the "Additions to long-term debt" or "Additions to property, plant and equipment" lines on the Statement of Cash Flows.

In 2014, ExxonMobil completed asset exchanges, primarily non-cash transactions, of approximately $1.2 billion. This amount is not included in the "Sales of subsidiaries, investments, and property, plant and equipment" or the "Additions to property, plant and equipment" lines on the Statement of Cash Flows.

|  | 2015 | 2014 | 2013 |
|---|---|---|---|
|  | *(millions of dollars)* | | |
| Cash payments for interest | 586 | 380 | 426 |
| Cash payments for income taxes | 7,269 | 18,085 | 25,066 |

**6. Additional Working Capital Information**

|  | Dec. 31 2015 | Dec. 31 2014 |
|---|---|---|
|  | *(millions of dollars)* | |
| Notes and accounts receivable | | |
| Trade, less reserves of $107 million and $113 million | 13,243 | 18,541 |
| Other, less reserves of $4 million and $48 million | 6,632 | 9,468 |
| Total | 19,875 | 28,009 |
| Notes and loans payable | | |
| Bank loans | 231 | 473 |
| Commercial paper | 17,973 | 16,225 |
| Long-term debt due within one year | 558 | 770 |
| Total | 18,762 | 17,468 |
| Accounts payable and accrued liabilities | | |
| Trade payables | 18,074 | 25,286 |
| Payables to equity companies | 4,639 | 6,589 |
| Accrued taxes other than income taxes | 2,937 | 3,290 |
| Other | 6,762 | 7,062 |
| Total | 32,412 | 42,227 |

The Corporation has short-term committed lines of credit of $6.0 billion which were unused as of December 31, 2015. These lines are available for general corporate purposes.

The weighted-average interest rate on short-term borrowings outstanding was 0.4 percent and 0.3 percent at December 31, 2015, and 2014, respectively.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**7. Equity Company Information**

The summarized financial information below includes amounts related to certain less-than-majority-owned companies and majority-owned subsidiaries where minority shareholders possess the right to participate in significant management decisions (see Note 1). These companies are primarily engaged in oil and gas exploration and production, and natural gas marketing in North America; natural gas exploration, production and distribution, and downstream operations in Europe;

**App. 95**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**7. Equity Company Information**

The summarized financial information below includes amounts related to certain less-than-majority-owned companies and majority-owned subsidiaries where minority shareholders possess the right to participate in significant management decisions (see Note 1). These companies are primarily engaged in oil and gas exploration and production, and natural gas marketing in North America; natural gas exploration, production and distribution, and downstream operations in Europe; and exploration, production, liquefied natural gas (LNG) operations, refining operations, petrochemical manufacturing, and fuel sales in Asia. Also included are several refining, petrochemical manufacturing, and marketing ventures.

The Corporation's ownership in these ventures is in the form of shares in corporate joint ventures as well as interests in partnerships. Differences between the company's carrying value of an equity investment and its underlying equity in the net assets of the affiliate are assigned to the extent practicable to specific assets and liabilities based on the company's analysis of the factors giving rise to the difference. The amortization of this difference, as appropriate, is included in "income from equity affiliates."

The share of total equity company revenues from sales to ExxonMobil consolidated companies was 15 percent, 14 percent and 13 percent in the years 2015, 2014 and 2013, respectively.

In 2013 and 2014, the Corporation and Rosneft established various entities to conduct exploration and research activities. Periods of disproportionate funding will result in the Corporation recognizing, during the early phases of the projects, an investment that is larger than its equity share in these entities. These joint ventures are considered Variable Interest Entities. However, since the Corporation is not the primary beneficiary of these entities, the joint ventures are reported as equity companies. In 2014, the European Union and United States imposed sanctions relating to the Russian energy sector. With respect to the foregoing, each joint venture continues to comply with all applicable laws, rules and regulations. The Corporation's maximum before-tax exposure to loss from these joint ventures as of December 31, 2015, is $1.0 billion.

| Equity Company Financial Summary | 2015 | | 2014 | | 2013 | |
|---|---|---|---|---|---|---|
| | Total | ExxonMobil Share | Total | ExxonMobil Share | Total | ExxonMobil Share |
| | *(millions of dollars)* | | | | | |
| Total revenues | 111,866 | 34,297 | 183,708 | 55,855 | 236,161 | 68,084 |
| Income before income taxes | 36,379 | 10,670 | 65,549 | 19,014 | 69,454 | 19,999 |
| Income taxes | 11,048 | 3,019 | 20,520 | 5,684 | 21,618 | 6,069 |
| Income from equity affiliates | 25,331 | 7,651 | 45,029 | 13,330 | 47,836 | 13,930 |
| Current assets | 32,879 | 11,244 | 49,905 | 16,802 | 62,398 | 19,545 |
| Long-term assets | 109,684 | 32,878 | 110,754 | 33,619 | 116,450 | 35,695 |
| Total assets | 142,563 | 44,122 | 160,659 | 50,421 | 178,848 | 55,240 |
| Current liabilities | 22,947 | 6,738 | 37,333 | 11,472 | 54,550 | 15,243 |
| Long-term liabilities | 60,388 | 17,165 | 66,231 | 19,470 | 68,857 | 20,873 |
| Net assets | 59,228 | 20,219 | 57,095 | 19,479 | 55,441 | 19,124 |

74

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

A list of significant equity companies as of December 31, 2015, together with the Corporation's percentage ownership interest, is detailed below:

| | Percentage Ownership Interest |
|---|---|
| **Upstream** | |
| Aera Energy LLC | 48 |
| BEB Erdgas und Erdoel GmbH & Co. KG | 50 |
| Cameroon Oil Transportation Company S.A. | 41 |
| Cross Timbers Energy, LLC | 50 |
| Golden Pass LNG Terminal LLC | 18 |
| Karmorneftegaz Holding SARL | 33 |
| Marine Well Containment Company LLC | 10 |
| Nederlandse Aardolie Maatschappij B.V. | 50 |
| Qatar Liquefied Gas Company Limited | 10 |
| Qatar Liquefied Gas Company Limited (2) | 24 |
| Ras Laffan Liquefied Natural Gas Company Limited | 25 |
| Ras Laffan Liquefied Natural Gas Company Limited (II) | 31 |
| Ras Laffan Liquefied Natural Gas Company Limited (3) | 30 |
| South Hook LNG Terminal Company Limited | 24 |
| Tengizchevroil, LLP | 25 |
| Terminale GNL Adriatico S.r.l. | 71 |

**App. 96**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

A list of significant equity companies as of December 31, 2015, together with the Corporation's percentage ownership interest, is detailed below:

| | Percentage Ownership Interest |
|---|---|
| **Upstream** | |
| Aera Energy LLC | 48 |
| BEB Erdgas und Erdoel GmbH & Co. KG | 50 |
| Cameroon Oil Transportation Company S.A. | 41 |
| Cross Timbers Energy, LLC | 50 |
| Golden Pass LNG Terminal LLC | 18 |
| Karmorneftegaz Holding SARL | 33 |
| Marine Well Containment Company LLC | 10 |
| Nederlandse Aardolie Maatschappij B.V. | 50 |
| Qatar Liquefied Gas Company Limited | 10 |
| Qatar Liquefied Gas Company Limited (2) | 24 |
| Ras Laffan Liquefied Natural Gas Company Limited | 25 |
| Ras Laffan Liquefied Natural Gas Company Limited (II) | 31 |
| Ras Laffan Liquefied Natural Gas Company Limited (3) | 30 |
| South Hook LNG Terminal Company Limited | 24 |
| Tengizchevroil, LLP | 25 |
| Terminale GNL Adriatico S.r.l. | 71 |
| | |
| **Downstream** | |
| Fujian Refining & Petrochemical Co. Ltd. | 25 |
| Saudi Aramco Mobil Refinery Company Ltd. | 50 |
| | |
| **Chemical** | |
| Al-Jubail Petrochemical Company | 50 |
| Infineum Holdings B.V. | 50 |
| Infineum Italia s.r.l. | 50 |
| Infineum USA L.P. | 50 |
| Saudi Yanbu Petrochemical Co. | 50 |

## 8. Investments, Advances and Long-Term Receivables

| | Dec. 31, 2015 | Dec. 31, 2014 |
|---|---|---|
| | *(millions of dollars)* | |
| Companies carried at equity in underlying assets | | |
| Investments | 20,337 | 20,017 |
| Advances | 9,110 | 9,818 |
| Total equity company investments and advances | 29,447 | 29,835 |
| Companies carried at cost or less and stock investments carried at fair value | 274 | 526 |
| Long-term receivables and miscellaneous investments at cost or less, net of reserves | | |
| of $3,040 million and $2,662 million | 4,524 | 4,878 |
| Total | 34,245 | 35,239 |

75

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 9. Property, Plant and Equipment and Asset Retirement Obligations

| Property, Plant and Equipment | December 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|
| | Cost | Net | Cost | Net |
| | *(millions of dollars)* | | | |
| Upstream | 347,821 | 203,822 | 347,170 | 205,308 |
| Downstream | 50,742 | 21,330 | 53,327 | 22,639 |
| Chemical | 32,481 | 16,247 | 30,717 | 14,918 |
| Other | 16,293 | 10,206 | 15,575 | 9,803 |
| Total | 447,337 | 251,605 | 446,789 | 252,668 |

In the Upstream segment, depreciation is generally on a unit-of-production basis, so depreciable life will vary by field. In the Downstream segment, investments in

**App. 97**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**9. Property, Plant and Equipment and Asset Retirement Obligations**

| Property, Plant and Equipment | December 31, 2015 | | December 31, 2014 | |
|---|---|---|---|---|
| | Cost | Net | Cost | Net |
| | (millions of dollars) | | | |
| Upstream | 347,821 | 203,822 | 347,170 | 205,308 |
| Downstream | 50,742 | 21,330 | 53,327 | 22,639 |
| Chemical | 32,481 | 16,247 | 30,717 | 14,918 |
| Other | 16,293 | 10,206 | 15,575 | 9,803 |
| Total | 447,337 | 251,605 | 446,789 | 252,668 |

In the Upstream segment, depreciation is generally on a unit-of-production basis, so depreciable life will vary by field. In the Downstream segment, investments in refinery and lubes basestock manufacturing facilities are generally depreciated on a straight-line basis over a 25-year life and service station buildings and fixed improvements over a 20-year life. In the Chemical segment, investments in process equipment are generally depreciated on a straight-line basis over a 20-year life.

The Corporation periodically reviews the estimated asset service life of its property, plant and equipment. Effective January 1, 2016, the Corporation revised the estimated asset service life of its investments in process equipment in the Chemical segment to 25 years. This revision will not have a material impact on the Corporation's financial statements.

Accumulated depreciation and depletion totaled $195,732 million at the end of 2015 and $194,121 million at the end of 2014. Interest capitalized in 2015, 2014 and 2013 was $482 million, $344 million and $309 million, respectively.

**Asset Retirement Obligations**

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations incurred in the current period were Level 3 fair value measurements. The costs associated with these liabilities are capitalized as part of the related assets and depreciated as the reserves are produced. Over time, the liabilities are accreted for the change in their present value.

Asset retirement obligations for downstream and chemical facilities generally become firm at the time the facilities are permanently shut down and dismantled. These obligations may include the costs of asset disposal and additional soil remediation. However, these sites have indeterminate lives based on plans for continued operations and as such, the fair value of the conditional legal obligations cannot be measured, since it is impossible to estimate the future settlement dates of such obligations.

The following table summarizes the activity in the liability for asset retirement obligations:

| | 2015 | 2014 |
|---|---|---|
| | (millions of dollars) | |
| Beginning balance | 13,424 | 12,988 |
| Accretion expense and other provisions | 775 | 871 |
| Reduction due to property sales | (208) | (151) |
| Payments made | (928) | (724) |
| Liabilities incurred | 283 | 122 |
| Foreign currency translation | (931) | (908) |
| Revisions | 1,289 | 1,226 |
| Ending balance | 13,704 | 13,424 |

76

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**10. Accounting for Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

The following two tables provide details of the changes in the balance of suspended exploratory well costs as well as an aging summary of those costs.

Change in capitalized suspended exploratory well costs:

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | (millions of dollars) | | |
| Balance beginning at January 1 | 3,587 | 2,707 | 2,679 |

**App. 98**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**10. Accounting for Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

The following two tables provide details of the changes in the balance of suspended exploratory well costs as well as an aging summary of those costs.

Change in capitalized suspended exploratory well costs:

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Balance beginning at January 1 | 3,587 | 2,707 | 2,679 |
| Additions pending the determination of proved reserves | 847 | 1,095 | 293 |
| Charged to expense | (5) | (28) | (52) |
| Reclassifications to wells, facilities and equipment based on the determination of proved reserves | (43) | (160) | (107) |
| Divestments/Other | (14) | (27) | (106) |
| Ending balance at December 31 | 4,372 | 3,587 | 2,707 |
| Ending balance attributed to equity companies included above | 696 | 645 | 13 |

Period end capitalized suspended exploratory well costs:

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Capitalized for a period of one year or less | 847 | 1,095 | 293 |
| Capitalized for a period of between one and five years | 2,386 | 1,659 | 1,705 |
| Capitalized for a period of between five and ten years | 826 | 544 | 470 |
| Capitalized for a period of greater than ten years | 313 | 289 | 239 |
| Capitalized for a period greater than one year - subtotal | 3,525 | 2,492 | 2,414 |
| Total | 4,372 | 3,587 | 2,707 |

Exploration activity often involves drilling multiple wells, over a number of years, to fully evaluate a project. The table below provides a breakdown of the number of projects with suspended exploratory well costs which had their first capitalized well drilled in the preceding 12 months and those that have had exploratory well costs capitalized for a period greater than 12 months, which includes the Rosneft joint venture exploration activity (refer to the relevant portion of Note 7).

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| Number of projects with first capitalized well drilled in the preceding 12 months | 4 | 8 | 8 |
| Number of projects that have exploratory well costs capitalized for a period of greater than 12 months | 55 | 53 | 50 |
| Total | 59 | 61 | 58 |

Of the 55 projects that have exploratory well costs capitalized for a period greater than 12 months as of December 31, 2015, 18 projects have drilling in the preceding 12 months or exploratory activity either planned in the next two years or subject to sanctions. The remaining 37 projects are those with completed exploratory activity progressing toward development.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The table below provides additional detail for those 37 projects, which total $1,154 million.

| Country/Project | Dec. 31, 2015 | Years Wells Drilled | Comment |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Angola | | | |
| - Kaombo Split Hub Phase 2 | 20 | 2005 - 2006 | Evaluating development plan to tie into planned production facilities. |
| - Perpetua-Zinia-Acacia | 15 | 2008 - 2009 | Oil field near Pazflor development, awaiting capacity in existing/planned infrastructure. |
| Australia | | | |
| - East Pilchard | 7 | 2001 | Gas field near Kipper/Tuna development, awaiting capacity in existing/planned infrastructure. |
| - SE Longtom | 11 | 2010 | Gas field near Tuna development, awaiting capacity in existing/planned infrastructure. |

**App. 99**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The table below provides additional detail for those 37 projects, which total $1,154 million.

| Country/Project | Dec. 31, 2015 | Years Wells Drilled | Comment |
|---|---|---|---|
| | | | *(millions of dollars)* |
| Angola | | | |
| - Kaombo Split Hub Phase 2 | 20 | 2005 - 2006 | Evaluating development plan to tie into planned production facilities. |
| - Perpetua-Zinia-Acacia | 15 | 2008 - 2009 | Oil field near Pazflor development, awaiting capacity in existing/planned infrastructure. |
| Australia | | | |
| - East Pilchard | 7 | 2001 | Gas field near Kipper/Tuna development, awaiting capacity in existing/planned infrastructure. |
| - SE Longtom | 11 | 2010 | Gas field near Tuna development, awaiting capacity in existing/planned infrastructure. |
| - SE Remora | 34 | 2010 | Gas field near Marlin development, awaiting capacity in existing/planned infrastructure. |
| Canada | | | |
| - Horn River | 241 | 2009 - 2012 | Evaluating development alternatives to tie into planned infrastructure. |
| Indonesia | | | |
| - Alas Tua West | 16 | 2010 | Evaluating development plan to tie into planned production facilities. |
| - Cepu Gas | 29 | 2008 - 2011 | Development activity under way, while continuing commercial discussions with the government. |
| - Kedung Keris | 11 | 2011 | Evaluating development plan to tie into planned production facilities. |
| - Natuna | 118 | 1981 - 1983 | Development activity under way, while continuing discussions with the government on contract terms pursuant to executed Heads of Agreement. |
| Kazakhstan | | | |
| - Kairan | 53 | 2004 - 2007 | Evaluating commercialization and field development alternatives, while continuing discussions with the government regarding the development plan. |
| - Kalamkas | 18 | 2006 - 2009 | Evaluating development alternatives, while continuing discussions with the government regarding development plan. |
| Malaysia | | | |
| - Bindu | 2 | 1995 | Awaiting capacity in existing/planned infrastructure. |
| Nigeria | | | |
| - Bolia | 15 | 2002 - 2006 | Evaluating development plan, while continuing discussions with the government regarding regional hub strategy. |
| - Bosi | 79 | 2002 - 2006 | Development activity under way, while continuing discussions with the government regarding development plan. |
| - Bosi Central | 16 | 2006 | Development activity under way, while continuing discussions with the government regarding development plan. |
| - Erha Northeast | 26 | 2008 | Evaluating development plan for tieback to existing production facilities. |
| - Pegi | 32 | 2009 | Awaiting capacity in existing/planned infrastructure. |
| - Satellite Field Development Phase 2 | 12 | 2013 | Evaluating development plan to tie into planned production facilities. |
| - Other (4 projects) | 14 | 2002 | Evaluating and pursuing development of several additional discoveries. |
| Norway | | | |
| - Gamma | 13 | 2008 - 2009 | Evaluating development plan for tieback to existing production facilities. |
| - Lavrans | 15 | 1995 - 1999 | Evaluating development plan, awaiting capacity in existing Kristin production facility. |
| - Other (7 projects) | 25 | 2008 - 2014 | Evaluating development plans, including potential for tieback to existing production facilities. |
| Papua New Guinea | | | |
| - Juha | 28 | 2007 | Progressing development plans to tie into existing LNG facilities. |
| Republic of Congo | | | |
| - Mer Tres Profonde Sud | 56 | 2000 - 2007 | Evaluating development alternatives, while continuing discussions with the government regarding development plan. |
| United Kingdom | | | |
| - Phyllis | 8 | 2004 | Evaluating development plan for tieback to existing production facilities. |
| United States | | | |
| - Hadrian North | 209 | 2010 - 2013 | Evaluating development plan to tie into existing production facilities. |
| - Tip Top | 31 | 2009 | Evaluating development concept and requisite facility upgrades. |
| Total 2015 (37 projects) | 1,154 | | |

78

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**11. Leased Facilities**

**App. 100**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 11. Leased Facilities

At December 31, 2015, the Corporation and its consolidated subsidiaries held noncancelable operating charters and leases covering drilling equipment, tankers, service stations and other properties with minimum undiscounted lease commitments totaling $4,877 million as indicated in the table. Estimated related rental income from noncancelable subleases is $32 million.

| | Lease Payments Under Minimum Commitments | | | Related Sublease Rental Income |
|---|---|---|---|---|
| | Drilling Rigs and Related Equipment | Other | Total | |
| | (millions of dollars) | | | |
| 2016 | 827 | 826 | 1,653 | 7 |
| 2017 | 408 | 595 | 1,003 | 6 |
| 2018 | 134 | 421 | 555 | 2 |
| 2019 | 89 | 255 | 344 | 2 |
| 2020 | 77 | 188 | 265 | 2 |
| 2021 and beyond | 86 | 971 | 1,057 | 13 |
| Total | 1,621 | 3,256 | 4,877 | 32 |

Net rental cost under both cancelable and noncancelable operating leases incurred during 2015, 2014 and 2013 were as follows:

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | (millions of dollars) | | |
| Rental cost | | | |
| Drilling rigs and related equipment | 1,853 | 1,763 | 1,424 |
| Other | 2,120 | 2,314 | 2,417 |
| Total | 3,973 | 4,077 | 3,841 |
| Less sublease rental income | 44 | 52 | 44 |
| Net rental cost | 3,929 | 4,025 | 3,797 |

## 12. Earnings Per Share

| | 2015 | 2014 | 2013 |
|---|---|---|---|
| **Earnings per common share** | | | |
| Net income attributable to ExxonMobil (millions of dollars) | 16,150 | 32,520 | 32,580 |
| Weighted average number of common shares outstanding (millions of shares) | 4,196 | 4,282 | 4,419 |
| Earnings per common share (dollars) (1) | 3.85 | 7.60 | 7.37 |
| Dividends paid per common share (dollars) | 2.88 | 2.70 | 2.46 |

(1)  The earnings per common share and earnings per common share assuming dilution are the same in each period shown.

79

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

## 13. Financial Instruments and Derivatives

**Financial Instruments.** The fair value of financial instruments is determined by reference to observable market data and other valuation techniques as appropriate. The only category of financial instruments where the difference between fair value and recorded book value is notable is long-term debt. The estimated fair value of total long-term debt, excluding capitalized lease obligations, was $18.9 billion and $11.7 billion at December 31, 2015, and 2014, respectively, as compared to recorded book values of $18.7 billion and $11.3 billion at December 31, 2015, and 2014, respectively. The increase in the estimated fair value and book value of long-term debt reflects the Corporation's issuance of $8.0 billion of long-term debt in the first quarter of 2015.

The fair value of long-term debt by hierarchy level at December 31, 2015, is: Level 1 $18,584 million; Level 2 $208 million; and Level 3 $62 million.

**Derivative Instruments.** The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and

**App. 101**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**13. Financial Instruments and Derivatives**

**Financial Instruments.** The fair value of financial instruments is determined by reference to observable market data and other valuation techniques as appropriate. The only category of financial instruments where the difference between fair value and recorded book value is notable is long-term debt. The estimated fair value of total long-term debt, excluding capitalized lease obligations, was $18.9 billion and $11.7 billion at December 31, 2015, and 2014, respectively, as compared to recorded book values of $18.7 billion and $11.3 billion at December 31, 2015, and 2014, respectively. The increase in the estimated fair value and book value of long-term debt reflects the Corporation's issuance of $8.0 billion of long-term debt in the first quarter of 2015.

The fair value of long-term debt by hierarchy level at December 31, 2015, is: Level 1 $18,584 million; Level 2 $208 million; and Level 3 $62 million.

**Derivative Instruments.** The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in interest rates, currency rates and commodity prices. As a result, the Corporation makes limited use of derivatives to mitigate the impact of such changes. The Corporation does not engage in speculative derivative activities or derivative trading activities nor does it use derivatives with leveraged features. When the Corporation does enter into derivative transactions, it is to offset exposures associated with interest rates, foreign currency exchange rates and hydrocarbon prices that arise from existing assets, liabilities and forecasted transactions.

The estimated fair value of derivative instruments outstanding and recorded on the balance sheet was a net asset of $21 million at year-end 2015 and a net asset of $75 million at year-end 2014. Assets and liabilities associated with derivatives are usually recorded either in "Other current assets" or "Accounts payable and accrued liabilities."

The Corporation's fair value measurement of its derivative instruments use either Level 1 or Level 2 inputs.

The Corporation recognized a before-tax gain or (loss) related to derivative instruments of $39 million, $110 million and $(7) million during 2015, 2014 and 2013, respectively. Income statement effects associated with derivatives are usually recorded either in "Sales and other operating revenue" or "Crude oil and product purchases."

The Corporation believes there are no material market or credit risks to the Corporation's financial position, results of operations or liquidity as a result of the derivative activities described above.

80

---

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**14. Long-Term Debt**

At December 31, 2015, long-term debt consisted of $19,217 million due in U.S. dollars and $708 million representing the U.S. dollar equivalent at year-end exchange rates of amounts payable in foreign currencies. These amounts exclude that portion of long-term debt, totaling $558 million, which matures within one year and is included in current liabilities. The increase in the book value of long-term debt reflects the Corporation's issuance of $8.0 billion of long-term debt in the first quarter of 2015. The amounts of long-term debt, including capitalized lease obligations, maturing in each of the four years after December 31, 2016, in millions of dollars, are: 2017 – $2,959; 2018 – $2,967; 2019 – $2,374; and 2020 – $1,602. At December 31, 2015, the Corporation's unused long-term credit lines were $0.4 billion.

Summarized long-term debt at year-end 2015 and 2014 are shown in the table below:

|  | 2015 | 2014 |
|---|---|---|
|  | *(millions of dollars)* | |
| Exxon Mobil Corporation |  |  |
| 0.921% notes due 2017 | 1,500 | 1,500 |
| Floating-rate notes due 2017 *(1)* | 750 | 750 |
| Floating-rate notes due 2018 *(2)* | 500 | - |
| 1.305% notes due 2018 | 1,600 | - |
| 1.819% notes due 2019 | 1,750 | 1,750 |
| Floating-rate notes due 2019 *(3)* | 500 | 500 |
| 1.912% notes due 2020 | 1,500 | - |
| 2.397% notes due 2022 | 1,150 | - |
| Floating-rate notes due 2022 *(4)* | 500 | - |
| 3.176% notes due 2024 | 1,000 | 1,000 |
| 2.709% notes due 2025 | 1,750 | - |
| 3.567% notes due 2045 | 1,000 | - |
|  |  |  |
| XTO Energy Inc. *(5)* |  |  |
| 5.650% senior notes due 2016 | - | 207 |
| 6.250% senior notes due 2017 | 465 | 477 |
| 5.500% senior notes due 2018 | 377 | 383 |
| 6.500% senior notes due 2018 | 463 | 474 |
| 6.100% senior notes due 2036 | 198 | 199 |
| 6.750% senior notes due 2037 | 307 | 309 |
| 6.375% senior notes due 2038 | 235 | 236 |

**App. 102**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**14. Long-Term Debt**

At December 31, 2015, long-term debt consisted of $19,217 million due in U.S. dollars and $708 million representing the U.S. dollar equivalent at year-end exchange rates of amounts payable in foreign currencies. These amounts exclude that portion of long-term debt, totaling $558 million, which matures within one year and is included in current liabilities. The increase in the book value of long-term debt reflects the Corporation's issuance of $8.0 billion of long-term debt in the first quarter of 2015. The amounts of long-term debt, including capitalized lease obligations, maturing in each of the four years after December 31, 2016, in millions of dollars, are: 2017 – $2,959; 2018 – $2,967; 2019 – $2,374; and 2020 – $1,602. At December 31, 2015, the Corporation's unused long-term credit lines were $0.4 billion.

Summarized long-term debt at year-end 2015 and 2014 are shown in the table below:

|  | 2015 | 2014 |
|---|---|---|
|  | *(millions of dollars)* | |
| Exxon Mobil Corporation | | |
| 0.921% notes due 2017 | 1,500 | 1,500 |
| Floating-rate notes due 2017 *(1)* | 750 | 750 |
| Floating-rate notes due 2018 *(2)* | 500 | - |
| 1.305% notes due 2018 | 1,600 | - |
| 1.819% notes due 2019 | 1,750 | 1,750 |
| Floating-rate notes due 2019 *(3)* | 500 | 500 |
| 1.912% notes due 2020 | 1,500 | - |
| 2.397% notes due 2022 | 1,150 | - |
| Floating-rate notes due 2022 *(4)* | 500 | - |
| 3.176% notes due 2024 | 1,000 | 1,000 |
| 2.709% notes due 2025 | 1,750 | - |
| 3.567% notes due 2045 | 1,000 | - |
| | | |
| XTO Energy Inc. *(5)* | | |
| 5.650% senior notes due 2016 | - | 207 |
| 6.250% senior notes due 2017 | 465 | 477 |
| 5.500% senior notes due 2018 | 377 | 383 |
| 6.500% senior notes due 2018 | 463 | 474 |
| 6.100% senior notes due 2036 | 198 | 199 |
| 6.750% senior notes due 2037 | 307 | 309 |
| 6.375% senior notes due 2038 | 235 | 236 |
| | | |
| Mobil Producing Nigeria Unlimited *(6)* | | |
| Variable notes due 2016-2019 | 101 | 399 |
| | | |
| Esso (Thailand) Public Company Ltd. *(7)* | | |
| Variable notes due 2016-2020 | 83 | 121 |
| | | |
| Mobil Corporation | | |
| 8.625% debentures due 2021 | 249 | 249 |
| | | |
| Industrial revenue bonds due 2017-2051 *(8)* | 2,611 | 2,611 |
| Other U.S. dollar obligations *(9)* | 97 | 104 |
| Other foreign currency obligations | 1 | 9 |
| Capitalized lease obligations *(10)* | 1,238 | 375 |
| Total long-term debt | 19,925 | 11,653 |

(1)  *Average effective interest rate of 0.3% in 2015 and 0.3% in 2014.*
(2)  *Average effective interest rate of 0.4% in 2015.*
(3)  *Average effective interest rate of 0.5% in 2015 and 0.4% in 2014.*
(4)  *Average effective interest rate of 0.7% in 2015.*
(5)  *Includes premiums of $179 million in 2015 and $219 million in 2014.*
(6)  *Average effective interest rate of 4.6% in 2015 and 4.5% in 2014.*
(7)  *Average effective interest rate of 2.1% in 2015 and 2.4% in 2014.*
(8)  *Average effective interest rate of 0.02% in 2015 and 0.03% in 2014.*
(9)  *Average effective interest rate of 3.8% in 2015 and 4.2% in 2014.*
(10) *Average imputed interest rate of 9.2% in 2015 and 7.0% in 2014.*

**App. 103**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**15. Incentive Program**

The 2003 Incentive Program provides for grants of stock options, stock appreciation rights (SARs), restricted stock and other forms of award. Awards may be granted to eligible employees of the Corporation and those affiliates at least 50 percent owned. Outstanding awards are subject to certain forfeiture provisions contained in the program or award instrument. Options and SARs may be granted at prices not less than 100 percent of market value on the date of grant and have a maximum life of 10 years. The maximum number of shares of stock that may be issued under the 2003 Incentive Program is 220 million. Awards that are forfeited, expire or are settled in cash, do not count against this maximum limit. The 2003 Incentive Program does not have a specified term. New awards may be made until the available shares are depleted, unless the Board terminates the plan early. At the end of 2015, remaining shares available for award under the 2003 Incentive Program were 100 million.

**Restricted Stock and Restricted Stock Units.** Awards totaling 9,681 thousand, 9,775 thousand, and 9,729 thousand of restricted (nonvested) common stock units were granted in 2015, 2014 and 2013, respectively. Compensation expense for these awards is based on the price of the stock at the date of grant and is recognized in income over the requisite service period. Shares for these awards are issued to employees from treasury stock. The units that are settled in cash are recorded as liabilities and their changes in fair value are recognized over the vesting period. During the applicable restricted periods, the shares and units may not be sold or transferred and are subject to forfeiture. The majority of the awards have graded vesting periods, with 50 percent of the shares and units in each award vesting after three years and the remaining 50 percent vesting after seven years. Awards granted to a small number of senior executives have vesting periods of five years for 50 percent of the award and of 10 years or retirement, whichever occurs later, for the remaining 50 percent of the award.

The Corporation has purchased shares in the open market and through negotiated transactions to offset shares issued in conjunction with benefit plans and programs. Purchases may be discontinued at any time without prior notice.

The following tables summarize information about restricted stock and restricted stock units for the year ended December 31, 2015.

|  | 2015 | |
|---|---|---|
| **Restricted stock and units outstanding** | **Shares** | **Weighted Average Grant-Date Fair Value per Share** |
|  | *(thousands)* | *(dollars)* |
| Issued and outstanding at January 1 | 44,439 | 81.45 |
| 2014 award issued in 2015 | 9,758 | 95.20 |
| Vested | (9,945) | 79.86 |
| Forfeited | (189) | 82.26 |
| Issued and outstanding at December 31 | 44,063 | 84.85 |

| **Value of restricted stock and units** | **2015** | **2014** | **2013** |
|---|---|---|---|
| Grant price *(dollars)* | 81.27 | 95.20 | 94.47 |
| Value at date of grant: | *(millions of dollars)* | | |
| Restricted stock and units settled in stock | 727 | 858 | 843 |
| Units settled in cash | 60 | 73 | 76 |
| Total value | 787 | 931 | 919 |

As of December 31, 2015, there was $2,222 million of unrecognized compensation cost related to the nonvested restricted awards. This cost is expected to be recognized over a weighted-average period of 4.5 years. The compensation cost charged against income for the restricted stock and restricted stock units was $855 million, $831 million and $854 million for 2015, 2014 and 2013, respectively. The income tax benefit recognized in income related to this compensation expense was $78 million, $76 million and $78 million for the same periods, respectively. The fair value of shares and units vested in 2015, 2014 and 2013 was $808 million, $946 million and $1,040 million, respectively. Cash payments of $64 million, $73 million and $67 million for vested restricted stock units settled in cash were made in 2015, 2014 and 2013, respectively.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**16. Litigation and Other Contingencies**

**Litigation.** A variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable and the amount can be reasonably estimated. If a range of amounts can be reasonably estimated and no amount within the range is a better estimate than any other amount, then the minimum of the range is accrued. The Corporation does not record liabilities when the likelihood that the liability has been incurred is probable but the amount cannot be reasonably estimated or when the liability is believed to be only reasonably possible or remote. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our contingency disclosures, "significant" includes material matters as well as other matters which management believes should be disclosed. ExxonMobil will continue to defend itself vigorously in these matters. Based on a consideration of all relevant facts and circumstances, the Corporation does not believe the ultimate outcome of any currently pending lawsuit against ExxonMobil will have a material adverse effect upon the Corporation's operations, financial condition, or financial statements taken as a

**App. 104**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**16. Litigation and Other Contingencies**

**Litigation.** A variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable and the amount can be reasonably estimated. If a range of amounts can be reasonably estimated and no amount within the range is a better estimate than any other amount, then the minimum of the range is accrued. The Corporation does not record liabilities when the likelihood that the liability has been incurred is probable but the amount cannot be reasonably estimated or when the liability is believed to be only reasonably possible or remote. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our contingency disclosures, "significant" includes material matters as well as other matters which management believes should be disclosed. ExxonMobil will continue to defend itself vigorously in these matters. Based on a consideration of all relevant facts and circumstances, the Corporation does not believe the ultimate outcome of any currently pending lawsuit against ExxonMobil will have a material adverse effect upon the Corporation's operations, financial condition, or financial statements taken as a whole.

**Other Contingencies.** The Corporation and certain of its consolidated subsidiaries were contingently liable at December 31, 2015, for guarantees relating to notes, loans and performance under contracts. Where guarantees for environmental remediation and other similar matters do not include a stated cap, the amounts reflect management's estimate of the maximum potential exposure.

| | Dec. 31, 2015 | | |
| | Equity Company Obligations *(1)* | Other Third-Party Obligations | Total |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Guarantees | | | |
| Debt-related | 98 | 35 | 133 |
| Other | 2,539 | 4,553 | 7,092 |
| Total | 2,637 | 4,588 | 7,225 |

*(1) ExxonMobil share.*

Additionally, the Corporation and its affiliates have numerous long-term sales and purchase commitments in their various business activities, all of which are expected to be fulfilled with no adverse consequences material to the Corporation's operations or financial condition. Unconditional purchase obligations as defined by accounting standards are those long-term commitments that are noncancelable or cancelable only under certain conditions, and that third parties have used to secure financing for the facilities that will provide the contracted goods or services.

| | Payments Due by Period | | | |
| | 2016 | 2017-2020 | 2021 and Beyond | Total |
|---|---|---|---|---|
| | *(millions of dollars)* | | | |
| Unconditional purchase obligations *(1)* | 133 | 493 | 310 | 936 |

(1)  *Undiscounted obligations of $936 million mainly pertain to pipeline throughput agreements and include $411 million of obligations to equity companies. The present value of these commitments, which excludes imputed interest of $144 million, totaled $792 million.*

83

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

In accordance with a nationalization decree issued by Venezuela's president in February 2007, by May 1, 2007, a subsidiary of the Venezuelan National Oil Company (PdVSA) assumed the operatorship of the Cerro Negro Heavy Oil Project. This Project had been operated and owned by ExxonMobil affiliates holding a 41.67 percent ownership interest in the Project. The decree also required conversion of the Cerro Negro Project into a "mixed enterprise" and an increase in PdVSA's or one of its affiliate's ownership interest in the Project, with the stipulation that if ExxonMobil refused to accept the terms for the formation of the mixed enterprise within a specified period of time, the government would "directly assume the activities" carried out by the joint venture. ExxonMobil refused to accede to the terms proffered by the government, and on June 27, 2007, the government expropriated ExxonMobil's 41.67 percent interest in the Cerro Negro Project.

On September 6, 2007, affiliates of ExxonMobil filed a Request for Arbitration with the International Centre for Settlement of Investment Disputes (ICSID). The ICSID Tribunal issued a decision on June 10, 2010, finding that it had jurisdiction to proceed on the basis of the Netherlands-Venezuela Bilateral Investment Treaty. On October 9, 2014, the ICSID Tribunal issued its final award finding in favor of the ExxonMobil affiliates and awarding $1.6 billion as of the date of expropriation, June 27, 2007, and interest from that date at 3.25% compounded annually until the date of payment in full. The Tribunal also noted that one of the Cerro Negro Project agreements provides a mechanism to prevent double recovery between the ICSID award and all or part of an earlier award of $908 million to an ExxonMobil affiliate, Mobil Cerro Negro, Ltd., against PdVSA and a PdVSA affiliate, PdVSA CN, in an arbitration under the rules of the International Chamber of Commerce.

On June 12, 2015, the Tribunal rejected in its entirety Venezuela's October 23, 2014, application to revise the ICSID award. The Tribunal also lifted the associated stay of enforcement that had been entered upon the filing of the application to revise.

Still pending is Venezuela's February 2, 2015, application to ICSID seeking annulment of the ICSID award. That application alleges that, in issuing the ICSID

**App. 105**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

In accordance with a nationalization decree issued by Venezuela's president in February 2007, by May 1, 2007, a subsidiary of the Venezuelan National Oil Company (PdVSA) assumed the operatorship of the Cerro Negro Heavy Oil Project. This Project had been operated and owned by ExxonMobil affiliates holding a 41.67 percent ownership interest in the Project. The decree also required conversion of the Cerro Negro Project into a "mixed enterprise" and an increase in PdVSA's or one of its affiliate's ownership interest in the Project, with the stipulation that if ExxonMobil refused to accept the terms for the formation of the mixed enterprise within a specified period of time, the government would "directly assume the activities" carried out by the joint venture. ExxonMobil refused to accede to the terms proffered by the government, and on June 27, 2007, the government expropriated ExxonMobil's 41.67 percent interest in the Cerro Negro Project.

On September 6, 2007, affiliates of ExxonMobil filed a Request for Arbitration with the International Centre for Settlement of Investment Disputes (ICSID). The ICSID Tribunal issued a decision on June 10, 2010, finding that it had jurisdiction to proceed on the basis of the Netherlands-Venezuela Bilateral Investment Treaty. On October 9, 2014, the ICSID Tribunal issued its final award finding in favor of the ExxonMobil affiliates and awarding $1.6 billion as of the date of expropriation, June 27, 2007, and interest from that date at 3.25% compounded annually until the date of payment in full. The Tribunal also noted that one of the Cerro Negro Project agreements provides a mechanism to prevent double recovery between the ICSID award and all or part of an earlier award of $908 million to an ExxonMobil affiliate, Mobil Cerro Negro, Ltd., against PdVSA and a PdVSA affiliate, PdVSA CN, in an arbitration under the rules of the International Chamber of Commerce.

On June 12, 2015, the Tribunal rejected in its entirety Venezuela's October 23, 2014, application to revise the ICSID award. The Tribunal also lifted the associated stay of enforcement that had been entered upon the filing of the application to revise.

Still pending is Venezuela's February 2, 2015, application to ICSID seeking annulment of the ICSID award. That application alleges that, in issuing the ICSID award, the Tribunal exceeded its powers, failed to state reasons on which the ICSID award was based, and departed from a fundamental rule of procedure. A separate stay of the ICSID award was entered following the filing of the annulment application. On July 7, 2015, the ICSID Committee considering the annulment application heard arguments from the parties on whether to lift the stay of the award associated with that application. On July 28, 2015, the Committee issued an order that would lift the stay of enforcement unless, within 30 days, Venezuela delivered a commitment to pay the award if the application to annul is denied. On September 17, 2015, the Committee ruled that Venezuela had complied with the requirement to submit a written commitment to pay the award and so left the stay of enforcement in place. A hearing on Venezuela's application for annulment, previously scheduled for January 25-27, 2016, has been rescheduled for March 8-9, 2016.

The United States District Court for the Southern District of New York entered judgment on the ICSID award on October 10, 2014. Motions filed by Venezuela to vacate that judgment on procedural grounds and to modify the judgment by reducing the rate of interest to be paid on the ICSID award from the entry of the court's judgment, until the date of payment, were denied on February 13, 2015, and March 4, 2015, respectively. On March 9, 2015, Venezuela filed a notice of appeal of the court's actions on the two motions. Oral arguments on this appeal were held before the United States Court of Appeals for the Second Circuit on January 7, 2016.

The District Court's judgment on the ICSID award is currently stayed until such time as ICSID's stay of the award entered following Venezuela's filing of its application to annul has been lifted. The net impact of these matters on the Corporation's consolidated financial results cannot be reasonably estimated. Regardless, the Corporation does not expect the resolution to have a material effect upon the Corporation's operations or financial condition.

An affiliate of ExxonMobil is one of the Contractors under a Production Sharing Contract (PSC) with the Nigerian National Petroleum Corporation (NNPC) covering the Erha block located in the offshore waters of Nigeria. ExxonMobil's affiliate is the operator of the block and owns a 56.25 percent interest under the PSC. The Contractors are in dispute with NNPC regarding NNPC's lifting of crude oil in excess of its entitlement under the terms of the PSC. In accordance with the terms of the PSC, the Contractors initiated arbitration in Abuja, Nigeria, under the Nigerian Arbitration and Conciliation Act. On October 24, 2011, a three-member arbitral Tribunal issued an award upholding the Contractors' position in all material respects and awarding damages to the Contractors jointly in an amount of approximately $1.8 billion plus $234 million in accrued interest. The Contractors petitioned a Nigerian federal court for enforcement of the award, and NNPC petitioned the same court to have the award set aside. On May 22, 2012, the court set aside the award. The Contractors appealed that judgment to the Court of Appeal, Abuja Judicial Division. In June 2013, the Contractors filed a lawsuit against NNPC in the Nigerian federal high court in order to preserve their ability to seek enforcement of the PSC in the courts if necessary. In October 2014, the Contractors filed suit in the United States District Court for the Southern District of New York to enforce, if necessary, the arbitration award against NNPC assets residing within that jurisdiction. NNPC has moved to dismiss the lawsuit. Proceedings in the Southern District of New York are currently stayed. At this time, the net impact of this matter on the Corporation's consolidated financial results cannot be reasonably estimated. However, regardless of the outcome of enforcement proceedings, the Corporation does not expect the proceedings to have a material effect upon the Corporation's operations or financial condition.

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**17. Pension and Other Postretirement Benefits**

The benefit obligations and plan assets associated with the Corporation's principal benefit plans are measured on December 31.

| | Pension Benefits | | | | Other Postretirement Benefits | |
| | U.S. | | Non-U.S. | | | |
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
|---|---|---|---|---|---|---|
| | *(percent)* | | | | | |
| Weighted-average assumptions used to determine benefit obligations at December 31 | | | | | | |
| Discount rate | 4.25 | 4.00 | 3.60 | 3.10 | 4.25 | 4.00 |
| Long-term rate of compensation increase | 5.75 | 5.75 | 4.80 | 5.30 | 5.75 | 5.75 |

*(millions of dollars)*

Change in benefit obligation

**App. 106**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**17. Pension and Other Postretirement Benefits**

The benefit obligations and plan assets associated with the Corporation's principal benefit plans are measured on December 31.

| | Pension Benefits | | | | Other Postretirement Benefits | |
| | U.S. | | Non-U.S. | | | |
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
|---|---|---|---|---|---|---|
| | *(percent)* | | | | | |
| Weighted-average assumptions used to determine benefit obligations at December 31 | | | | | | |
| Discount rate | 4.25 | 4.00 | 3.60 | 3.10 | 4.25 | 4.00 |
| Long-term rate of compensation increase | 5.75 | 5.75 | 4.80 | 5.30 | 5.75 | 5.75 |
| | *(millions of dollars)* | | | | | |
| Change in benefit obligation | | | | | | |
| Benefit obligation at January 1 | 20,529 | 17,304 | 30,047 | 27,357 | 9,436 | 7,868 |
| Service cost | 864 | 677 | 689 | 590 | 170 | 140 |
| Interest cost | 785 | 807 | 850 | 1,138 | 346 | 383 |
| Actuarial loss/(gain) | (545) | 3,192 | (1,517) | 4,929 | (617) | 1,522 |
| Benefits paid *(1) (2)* | (2,050) | (1,427) | (1,287) | (1,366) | (482) | (525) |
| Foreign exchange rate changes | - | - | (3,242) | (2,540) | (106) | (48) |
| Amendments, divestments and other | - | (24) | (423) | (61) | (465) | 96 |
| Benefit obligation at December 31 | 19,583 | 20,529 | 25,117 | 30,047 | 8,282 | 9,436 |
| Accumulated benefit obligation at December 31 | 15,666 | 16,385 | 22,362 | 26,318 | - | - |

(1)  *Benefit payments for funded and unfunded plans.*

(2)  *For 2015 and 2014, other postretirement benefits paid are net of $15 million and $21 million of Medicare subsidy receipts, respectively.*

For selection of the discount rate for U.S. plans, several sources of information are considered, including interest rate market indicators and the discount rate determined by use of a yield curve based on high-quality, noncallable bonds with cash flows that match estimated outflows for benefit payments. For major non-U.S. plans, the discount rate is determined by using bond portfolios with an average maturity approximating that of the liabilities or spot yield curves, both of which are constructed using high-quality, local-currency-denominated bonds.

The measurement of the accumulated postretirement benefit obligation assumes a health care cost trend rate of 4.5 percent in 2017 and subsequent years. A one-percentage-point increase in the health care cost trend rate would increase service and interest cost by $88 million and the postretirement benefit obligation by $963 million. A one-percentage-point decrease in the health care cost trend rate would decrease service and interest cost by $66 million and the postretirement benefit obligation by $764 million.

| | Pension Benefits | | | | Other Postretirement Benefits | |
| | U.S. | | Non-U.S. | | | |
| | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
|---|---|---|---|---|---|---|
| | *(millions of dollars)* | | | | | |
| Change in plan assets | | | | | | |
| Fair value at January 1 | 12,915 | 11,190 | 20,095 | 19,283 | 468 | 620 |
| Actual return on plan assets | (307) | 1,497 | 918 | 3,153 | - | 41 |
| Foreign exchange rate changes | - | - | (2,109) | (1,738) | - | - |
| Company contribution | - | 1,476 | 515 | 554 | 42 | 31 |
| Benefits paid *(1)* | (1,623) | (1,248) | (890) | (912) | (96) | (224) |
| Other | - | - | (112) | (245) | - | - |
| Fair value at December 31 | 10,985 | 12,915 | 18,417 | 20,095 | 414 | 468 |

(1)  *Benefit payments for funded plans.*

85

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The funding levels of all qualified pension plans are in compliance with standards set by applicable law or regulation. As shown in the table below, certain smaller U.S. pension plans and a number of non-U.S. pension plans are not funded because local tax conventions and regulatory practices do not encourage funding of these plans. All defined benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

**App. 107**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The funding levels of all qualified pension plans are in compliance with standards set by applicable law or regulation. As shown in the table below, certain smaller U.S. pension plans and a number of non-U.S. pension plans are not funded because local tax conventions and regulatory practices do not encourage funding of these plans. All defined benefit pension obligations, regardless of the funding status of the underlying plans, are fully supported by the financial strength of the Corporation or the respective sponsoring affiliate.

|  | Pension Benefits | | | |
|  | U.S. | | Non-U.S. | |
|  | 2015 | 2014 | 2015 | 2014 |
|  | *(millions of dollars)* | | | |
| Assets in excess of/(less than) benefit obligation | | | | |
| Balance at December 31 | | | | |
| Funded plans | (5,782) | (4,590) | (588) | (2,113) |
| Unfunded plans | (2,816) | (3,024) | (6,112) | (7,839) |
| Total | (8,598) | (7,614) | (6,700) | (9,952) |

The authoritative guidance for defined benefit pension and other postretirement plans requires an employer to recognize the overfunded or underfunded status of a defined benefit postretirement plan as an asset or liability in its statement of financial position and to recognize changes in that funded status in the year in which the changes occur through other comprehensive income.

|  | Pension Benefits | | | | Other Postretirement Benefits | |
|  | U.S. | | Non-U.S. | | | |
|  | 2015 | 2014 | 2015 | 2014 | 2015 | 2014 |
|  | *(millions of dollars)* | | | | | |
| Assets in excess of/(less than) benefit obligation | | | | | | |
| Balance at December 31 *(1)* | (8,598) | (7,614) | (6,700) | (9,952) | (7,868) | (8,968) |
| Amounts recorded in the consolidated balance sheet consist of: | | | | | | |
| Other assets | - | - | 454 | 302 | - | - |
| Current liabilities | (311) | (340) | (299) | (325) | (363) | (369) |
| Postretirement benefits reserves | (8,287) | (7,274) | (6,855) | (9,929) | (7,505) | (8,599) |
| Total recorded | (8,598) | (7,614) | (6,700) | (9,952) | (7,868) | (8,968) |
| Amounts recorded in accumulated other comprehensive income consist of: | | | | | | |
| Net actuarial loss/(gain) | 6,138 | 6,589 | 6,413 | 9,642 | 2,171 | 2,997 |
| Prior service cost | 21 | 27 | (83) | 429 | (460) | 51 |
| Total recorded in accumulated other comprehensive income | 6,159 | 6,616 | 6,330 | 10,071 | 1,711 | 3,048 |

(1)    *Fair value of assets less benefit obligation shown on the preceding page.*

---

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The long-term expected rate of return on funded assets shown below is established for each benefit plan by developing a forward-looking, long-term return assumption for each asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class.

|  | Pension Benefits | | | | | | Other Postretirement Benefits | | |
|  | U.S. | | | Non-U.S. | | | | | |
|  | 2015 | 2014 | 2013 | 2015 | 2014 | 2013 | 2015 | 2014 | 2013 |
| Weighted-average assumptions used to determine net periodic benefit cost for years ended December 31 | | | | *(percent)* | | | | | |
| Discount rate | 4.00 | 5.00 | 4.00 | 3.10 | 4.30 | 3.80 | 4.00 | 5.00 | 4.00 |
| Long-term rate of return on funded assets | 7.00 | 7.25 | 7.25 | 5.90 | 6.30 | 6.40 | 7.00 | 7.25 | 7.25 |
| Long-term rate of compensation increase | 5.75 | 5.75 | 5.75 | 5.30 | 5.40 | 5.50 | 5.75 | 5.75 | 5.75 |

**App. 108**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The long-term expected rate of return on funded assets shown below is established for each benefit plan by developing a forward-looking, long-term return assumption for each asset class, taking into account factors such as the expected real return for the specific asset class and inflation. A single, long-term rate of return is then calculated as the weighted average of the target asset allocation percentages and the long-term return assumption for each asset class.

| | Pension Benefits | | | | | | Other Postretirement Benefits | | |
| | U.S. | | | Non-U.S. | | | | | |
| | 2015 | 2014 | 2013 | 2015 | 2014 | 2013 | 2015 | 2014 | 2013 |
|---|---|---|---|---|---|---|---|---|---|
| Weighted-average assumptions used to determine net periodic benefit cost for years ended December 31 | | | | *(percent)* | | | | | |
| Discount rate | 4.00 | 5.00 | 4.00 | 3.10 | 4.30 | 3.80 | 4.00 | 5.00 | 4.00 |
| Long-term rate of return on funded assets | 7.00 | 7.25 | 7.25 | 5.90 | 6.30 | 6.40 | 7.00 | 7.25 | 7.25 |
| Long-term rate of compensation increase | 5.75 | 5.75 | 5.75 | 5.30 | 5.40 | 5.50 | 5.75 | 5.75 | 5.75 |
| Components of net periodic benefit cost | | | | *(millions of dollars)* | | | | | |
| Service cost | 864 | 677 | 801 | 689 | 590 | 697 | 170 | 140 | 176 |
| Interest cost | 785 | 807 | 749 | 850 | 1,138 | 1,076 | 346 | 383 | 352 |
| Expected return on plan assets | (830) | (799) | (835) | (1,094) | (1,193) | (1,128) | (28) | (37) | (41) |
| Amortization of actuarial loss/(gain) | 544 | 409 | 646 | 730 | 628 | 852 | 206 | 116 | 228 |
| Amortization of prior service cost | 6 | 8 | 7 | 87 | 120 | 117 | (24) | 14 | 21 |
| Net pension enhancement and curtailment/settlement cost | 499 | 276 | 723 | 22 | - | 22 | - | - | - |
| Net periodic benefit cost | 1,868 | 1,378 | 2,091 | 1,284 | 1,283 | 1,636 | 670 | 616 | 736 |
| Changes in amounts recorded in accumulated other comprehensive income: | | | | | | | | | |
| Net actuarial loss/(gain) | 592 | 2,494 | (1,302) | (1,375) | 2,969 | (1,938) | (589) | 1,518 | (1,290) |
| Amortization of actuarial (loss)/gain | (1,043) | (685) | (1,369) | (752) | (628) | (874) | (206) | (116) | (228) |
| Prior service cost/(credit) | - | (25) | - | (401) | (70) | 30 | (535) | - | - |
| Amortization of prior service (cost)/credit | (6) | (8) | (7) | (87) | (120) | (117) | 24 | (14) | (21) |
| Foreign exchange rate changes | - | - | - | (1,126) | (688) | (155) | (31) | (8) | (10) |
| Total recorded in other comprehensive income | (457) | 1,776 | (2,678) | (3,741) | 1,463 | (3,054) | (1,337) | 1,380 | (1,549) |
| Total recorded in net periodic benefit cost and other comprehensive income, before tax | 1,411 | 3,154 | (587) | (2,457) | 2,746 | (1,418) | (667) | 1,996 | (813) |

Costs for defined contribution plans were $405 million, $393 million and $392 million in 2015, 2014 and 2013, respectively.

87

---

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

A summary of the change in accumulated other comprehensive income is shown in the table below:

| | Total Pension and Other Postretirement Benefits | | |
| | 2015 | 2014 | 2013 |
|---|---|---|---|
| | | *(millions of dollars)* | |
| (Charge)/credit to other comprehensive income, before tax | | | |
| U.S. pension | 457 | (1,776) | 2,678 |
| Non-U.S. pension | 3,741 | (1,463) | 3,054 |
| Other postretirement benefits | 1,337 | (1,380) | 1,549 |
| Total (charge)/credit to other comprehensive income, before tax | 5,535 | (4,619) | 7,281 |
| (Charge)/credit to income tax (see Note 4) | (1,810) | 1,549 | (2,336) |
| (Charge)/credit to investment in equity companies | 81 | (81) | 49 |
| (Charge)/credit to other comprehensive income including noncontrolling interests, after tax | 3,806 | (3,151) | 4,994 |
| Charge/(credit) to equity of noncontrolling interests | (202) | 85 | (279) |
| (Charge)/credit to other comprehensive income attributable to ExxonMobil | 3,604 | (3,066) | 4,715 |

**App. 109**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

A summary of the change in accumulated other comprehensive income is shown in the table below:

| | Total Pension and Other Postretirement Benefits | | |
| --- | --- | --- | --- |
| | 2015 | 2014 | 2013 |
| | (millions of dollars) | | |
| (Charge)/credit to other comprehensive income, before tax | | | |
| U.S. pension | 457 | (1,776) | 2,678 |
| Non-U.S. pension | 3,741 | (1,463) | 3,054 |
| Other postretirement benefits | 1,337 | (1,380) | 1,549 |
| Total (charge)/credit to other comprehensive income, before tax | 5,535 | (4,619) | 7,281 |
| (Charge)/credit to income tax (see Note 4) | (1,810) | 1,549 | (2,336) |
| (Charge)/credit to investment in equity companies | 81 | (81) | 49 |
| (Charge)/credit to other comprehensive income including noncontrolling interests, after tax | 3,806 | (3,151) | 4,994 |
| Charge/(credit) to equity of noncontrolling interests | (202) | 85 | (279) |
| (Charge)/credit to other comprehensive income attributable to ExxonMobil | 3,604 | (3,066) | 4,715 |

The Corporation's investment strategy for benefit plan assets reflects a long-term view, a careful assessment of the risks inherent in various asset classes and broad diversification to reduce the risk of the portfolio. The benefit plan assets are primarily invested in passive equity and fixed income index funds to diversify risk while minimizing costs. The equity funds hold ExxonMobil stock only to the extent necessary to replicate the relevant equity index. The fixed income funds are largely invested in high-quality corporate and government debt securities.

Studies are periodically conducted to establish the preferred target asset allocation percentages. The target asset allocation for the U.S. benefit plans and the major non-U.S. plans is 40 percent equity securities and 60 percent debt securities. The equity targets for the U.S. and non-U.S. plans include an allocation to private equity partnerships that primarily focus on early-stage venture capital of 5 percent and 3 percent, respectively.

The fair value measurement levels are accounting terms that refer to different methods of valuing assets. The terms do not represent the relative risk or credit quality of an investment.

88

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The 2015 fair value of the benefit plan assets, including the level within the fair value hierarchy, is shown in the tables below:

| | U.S. Pension | | | | Non-U.S. Pension | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Fair Value Measurement at December 31, 2015, Using: | | | | Fair Value Measurement at December 31, 2015, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 | Total |
| | (millions of dollars) | | | | | | | |
| Asset category: | | | | | | | | |
| Equity securities | | | | | | | | |
| U.S. | - | 1,992 *(1)* | - | 1,992 | - | 3,179 *(1)* | - | 3,179 |
| Non-U.S. | - | 1,775 *(1)* | - | 1,775 | 179 *(2)* | 3,429 *(1)* | - | 3,608 |
| Private equity | - | - | 595 *(3)* | 595 | - | - | 581 *(3)* | 581 |
| Debt securities | | | | | | | | |
| Corporate | - | 4,161 *(4)* | - | 4,161 | - | 2,561 *(4)* | - | 2,561 |
| Government | - | 2,394 *(4)* | - | 2,394 | 243 *(5)* | 8,125 *(4)* | - | 8,368 |
| Asset-backed | - | 3 *(4)* | - | 3 | - | 71 *(4)* | - | 71 |
| Real estate funds | - | - | - | - | - | - | - | - |
| Cash | - | 50 *(6)* | - | 50 | 11 | 12 *(7)* | - | 23 |
| Total at fair value | - | 10,375 | 595 | 10,970 | 433 | 17,377 | 581 | 18,391 |
| Insurance contracts at contract value | | | | 15 | | | | 26 |
| Total plan assets | | | | 10,985 | | | | 18,417 |

*(1)  For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.*

*(2)  For non-U.S. equity securities held in separate accounts, fair value is based on observable quoted prices on active exchanges.*

*(3)  For private equity, fair value is generally established by using revenue or earnings multiples or other relevant market data including Initial Public Offerings.*

**App. 110**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The 2015 fair value of the benefit plan assets, including the level within the fair value hierarchy, is shown in the tables below:

| | U.S. Pension | | | | Non-U.S. Pension | | | |
| | Fair Value Measurement at December 31, 2015, Using: | | | | Fair Value Measurement at December 31, 2015, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 | Total |
| | | | | *(millions of dollars)* | | | | |
| Asset category: | | | | | | | | |
| Equity securities | | | | | | | | |
| U.S. | - | 1,992 *(1)* | - | 1,992 | - | 3,179 *(1)* | - | 3,179 |
| Non-U.S. | - | 1,775 *(1)* | - | 1,775 | 179 *(2)* | 3,429 *(1)* | - | 3,608 |
| Private equity | - | - | 595 *(3)* | 595 | - | - | 581 *(3)* | 581 |
| Debt securities | | | | | | | | |
| Corporate | - | 4,161 *(4)* | - | 4,161 | - | 2,561 *(4)* | - | 2,561 |
| Government | - | 2,394 *(4)* | - | 2,394 | 243 *(5)* | 8,125 *(4)* | - | 8,368 |
| Asset-backed | - | 3 *(4)* | - | 3 | - | 71 *(4)* | - | 71 |
| Real estate funds | - | - | - | - | - | - | - | - |
| Cash | - | 50 *(6)* | - | 50 | 11 | 12 *(7)* | - | 23 |
| Total at fair value | - | 10,375 | 595 | 10,970 | 433 | 17,377 | 581 | 18,391 |
| Insurance contracts at contract value | | | | 15 | | | | 26 |
| Total plan assets | | | | 10,985 | | | | 18,417 |

*(1)  For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.*

*(2)  For non-U.S. equity securities held in separate accounts, fair value is based on observable quoted prices on active exchanges.*

*(3)  For private equity, fair value is generally established by using revenue or earnings multiples or other relevant market data including Initial Public Offerings.*

*(4)  For corporate, government and asset-backed debt securities, fair value is based on observable inputs of comparable market transactions.*

*(5)  For corporate and government debt securities that are traded on active exchanges, fair value is based on observable quoted prices.*

*(6)  For cash balances held in the form of short-term fund units that are redeemable at the measurement date, the fair value is treated as a Level 2 input.*

*(7)  For cash balances that are subject to withdrawal penalties or other adjustments, the fair value is treated as a Level 2 input.*

89

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

| | Other Postretirement | | | |
| | Fair Value Measurement at December 31, 2015, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total |
| | | *(millions of dollars)* | | |
| Asset category: | | | | |
| Equity securities | | | | |
| U.S. | - | 96 *(1)* | - | 96 |
| Non-U.S. | - | 67 *(1)* | - | 67 |
| Private equity | - | - | - | - |
| Debt securities | | | | |
| Corporate | - | 79 *(2)* | - | 79 |
| Government | - | 170 *(2)* | - | 170 |
| Asset-backed | - | 1 *(2)* | - | 1 |
| Cash | - | 1 | - | 1 |
| Total at fair value | - | 414 | - | 414 |

*(1)  For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.*

*(2)  For corporate, government and asset-backed debt securities, fair value is based on observable inputs of comparable market transactions.*

**App. 111**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | | Other Postretirement | | |
| | | Fair Value Measurement at December 31, 2015, Using: | | |
| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Asset category: | | | | |
| Equity securities | | | | |
| U.S. | - | 96 *(1)* | - | 96 |
| Non-U.S. | - | 67 *(1)* | - | 67 |
| Private equity | - | - | - | - |
| Debt securities | | | | |
| Corporate | - | 79 *(2)* | - | 79 |
| Government | - | 170 *(2)* | - | 170 |
| Asset-backed | - | 1 *(2)* | - | 1 |
| Cash | - | 1 | - | 1 |
| Total at fair value | - | 414 | - | 414 |

(1)  For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.

(2)  For corporate, government and asset-backed debt securities, fair value is based on observable inputs of comparable market transactions.

The change in the fair value in 2015 of Level 3 assets that use significant unobservable inputs to measure fair value is shown in the table below:

| | 2015 | | | |
| | Pension | | | Other Postretirement |
| | U.S. | Non-U.S. | | |
| | Private Equity | Private Equity | Real Estate | Private Equity |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Fair value at January 1 | 562 | 535 | 57 | 2 |
| Net realized gains/(losses) | 1 | 26 | (5) | - |
| Net unrealized gains/(losses) | 106 | 64 | - | - |
| Net purchases/(sales) | (74) | (44) | (52) | (2) |
| Fair value at December 31 | 595 | 581 | - | - |

90

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

The 2014 fair value of the benefit plan assets, including the level within the fair value hierarchy, is shown in the tables below:

| | U.S. Pension | | | | Non-U.S. Pension | | | |
| | Fair Value Measurement at December 31, 2014, Using: | | | | Fair Value Measurement at December 31, 2014, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | | |
| Asset category: | | | | | | | | |
| Equity securities | | | | | | | | |
| U.S. | - | 2,331 *(1)* | - | 2,331 | - | 3,284 *(1)* | - | 3,284 |
| Non-U.S. | - | 2,144 *(1)* | - | 2,144 | 229 *(2)* | 3,776 *(1)* | - | 4,005 |
| Private equity | - | - | 562 *(3)* | 562 | - | - | 535 *(3)* | 535 |
| Debt securities | | | | | | | | |
| Corporate | - | 4,841 *(4)* | - | 4,841 | - | 2,686 *(4)* | - | 2,686 |
| Government | - | 2,890 *(4)* | - | 2,890 | 249 *(5)* | 9,050 *(4)* | - | 9,299 |
| Asset-backed | - | 5 *(4)* | - | 5 | - | 146 *(4)* | - | 146 |

**App. 112**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

The 2014 fair value of the benefit plan assets, including the level within the fair value hierarchy, is shown in the tables below:

| | U.S. Pension | | | | Non-U.S. Pension | | | |
| | Fair Value Measurement at December 31, 2014, Using: | | | | Fair Value Measurement at December 31, 2014, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total | Level 1 | Level 2 | Level 3 | Total |
| | | | | *(millions of dollars)* | | | | |
| Asset category: | | | | | | | | |
| Equity securities | | | | | | | | |
| U.S. | - | 2,331 *(1)* | - | 2,331 | - | 3,284 *(1)* | - | 3,284 |
| Non-U.S. | - | 2,144 *(1)* | - | 2,144 | 229 *(2)* | 3,776 *(1)* | - | 4,005 |
| Private equity | - | - | 562 *(3)* | 562 | - | - | 535 *(3)* | 535 |
| Debt securities | | | | | | | | |
| Corporate | - | 4,841 *(4)* | - | 4,841 | - | 2,686 *(4)* | - | 2,686 |
| Government | - | 2,890 *(4)* | - | 2,890 | 249 *(5)* | 9,050 *(4)* | - | 9,299 |
| Asset-backed | - | 5 *(4)* | - | 5 | - | 146 *(4)* | - | 146 |
| Real estate funds | - | - | - | - | - | - | 57 *(6)* | 57 |
| Cash | - | 131 *(7)* | - | 131 | 25 | 31 *(8)* | - | 56 |
| Total at fair value | - | 12,342 | 562 | 12,904 | 503 | 18,973 | 592 | 20,068 |
| Insurance contracts at contract value | | | | 11 | | | | 27 |
| Total plan assets | | | | 12,915 | | | | 20,095 |

(1) For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.

(2) For non-U.S. equity securities held in separate accounts, fair value is based on observable quoted prices on active exchanges.

(3) For private equity, fair value is generally established by using revenue or earnings multiples or other relevant market data including Initial Public Offerings.

(4) For corporate, government and asset-backed debt securities, fair value is based on observable inputs of comparable market transactions.

(5) For corporate and government debt securities that are traded on active exchanges, fair value is based on observable quoted prices.

(6) For real estate funds, fair value is based on appraised values developed using comparable market transactions.

(7) For cash balances held in the form of short-term fund units that are redeemable at the measurement date, the fair value is treated as a Level 2 input.

(8) For cash balances that are subject to withdrawal penalties or other adjustments, the fair value is treated as a Level 2 input.

91

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

| | Other Postretirement | | | |
| | Fair Value Measurement at December 31, 2014, Using: | | | |
| | Level 1 | Level 2 | Level 3 | Total |
| | | *(millions of dollars)* | | |
| Asset category: | | | | |
| Equity securities | | | | |
| U.S. | - | 106 *(1)* | - | 106 |
| Non-U.S. | - | 75 *(1)* | - | 75 |
| Private equity | - | - | 2 *(2)* | 2 |
| Debt securities | | | | |
| Corporate | - | 103 *(3)* | - | 103 |
| Government | - | 171 *(3)* | - | 171 |
| Asset-backed | - | 9 *(3)* | - | 9 |
| Cash | - | 2 | - | 2 |
| Total at fair value | - | 466 | 2 | 468 |

(1) For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input.

**App. 113**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

| | | Other Postretirement Fair Value Measurement at December 31, 2014, Using: | | |
| | Level 1 | Level 2 | Level 3 | Total |
|---|---|---|---|---|
| | | *(millions of dollars)* | | |
| Asset category: | | | | |
| Equity securities | | | | |
| U.S. | - | 106 *(1)* | - | 106 |
| Non-U.S. | - | 75 *(1)* | - | 75 |
| Private equity | - | - | 2 *(2)* | 2 |
| Debt securities | | | | |
| Corporate | - | 103 *(3)* | - | 103 |
| Government | - | 171 *(3)* | - | 171 |
| Asset-backed | - | 9 *(3)* | - | 9 |
| Cash | - | 2 | - | 2 |
| Total at fair value | - | 466 | 2 | 468 |

(1)  For U.S. and non-U.S. equity securities held in the form of fund units that are redeemable at the measurement date, the unit value is treated as a Level 2 input. The fair value of the securities owned by the funds is based on observable quoted prices on active exchanges, which are Level 1 inputs.

(2)  For private equity, fair value is generally established by using revenue or earnings multiples or other relevant market data including Initial Public Offerings.

(3)  For corporate, government and asset-backed debt securities, fair value is based on observable inputs of comparable market transactions.

The change in the fair value in 2014 of Level 3 assets that use significant unobservable inputs to measure fair value is shown in the table below:

| | 2014 | | | |
| | Pension | | | Other Postretirement |
| | U.S. | Non-U.S. | | |
| | Private Equity | Private Equity | Real Estate | Private Equity |
|---|---|---|---|---|
| | *(millions of dollars)* | | | |
| Fair value at January 1 | 523 | 502 | 136 | 9 |
| Net realized gains/(losses) | 2 | 23 | (17) | - |
| Net unrealized gains/(losses) | 89 | 31 | 8 | - |
| Net purchases/(sales) | (52) | (21) | (70) | (7) |
| Fair value at December 31 | 562 | 535 | 57 | 2 |

92

---

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

A summary of pension plans with an accumulated benefit obligation in excess of plan assets is shown in the table below:

| | Pension Benefits | | | |
| | U.S. | | Non-U.S. | |
| | 2015 | 2014 | 2015 | 2014 |
|---|---|---|---|---|
| | *(millions of dollars)* | | | |
| For <u>funded</u> pension plans with an accumulated benefit obligation in excess of plan assets: | | | | |
| Projected benefit obligation | 16,767 | 17,505 | 1,827 | 5,031 |
| Accumulated benefit obligation | 13,913 | 14,493 | 1,373 | 4,590 |
| Fair value of plan assets | 10,985 | 12,915 | 1,299 | 3,890 |
| For <u>unfunded</u> pension plans: | | | | |
| Projected benefit obligation | 2,816 | 3,024 | 6,112 | 7,839 |
| Accumulated benefit obligation | 1,753 | 1,892 | 5,290 | 6,573 |

| | Pension Benefits | Other Postretirement |

**App. 114**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

A summary of pension plans with an accumulated benefit obligation in excess of plan assets is shown in the table below:

| | Pension Benefits | | | |
| | U.S. | | Non-U.S. | |
| | 2015 | 2014 | 2015 | 2014 |
| | (millions of dollars) | | | |
| For <u>funded</u> pension plans with an accumulated benefit obligation in excess of plan assets: | | | | |
| Projected benefit obligation | 16,767 | 17,505 | 1,827 | 5,031 |
| Accumulated benefit obligation | 13,913 | 14,493 | 1,373 | 4,590 |
| Fair value of plan assets | 10,985 | 12,915 | 1,299 | 3,890 |
| For <u>unfunded</u> pension plans: | | | | |
| Projected benefit obligation | 2,816 | 3,024 | 6,112 | 7,839 |
| Accumulated benefit obligation | 1,753 | 1,892 | 5,290 | 6,573 |

| | Pension Benefits | | Other Postretirement Benefits |
| | U.S. | Non-U.S. | |
| | (millions of dollars) | | |
| Estimated 2016 amortization from accumulated other comprehensive income: | | | |
| Net actuarial loss/(gain) *(1)* | 930 | 543 | 152 |
| Prior service cost *(2)* | 6 | 55 | (30) |

*(1)  The Corporation amortizes the net balance of actuarial losses/(gains) as a component of net periodic benefit cost over the average remaining service period of active plan participants.*

*(2)  The Corporation amortizes prior service cost on a straight-line basis as permitted under authoritative guidance for defined benefit pension and other postretirement benefit plans.*

| | Pension Benefits | | Other Postretirement Benefits | |
| | U.S. | Non-U.S. | Gross | Medicare Subsidy Receipt |
| | (millions of dollars) | | | |
| Contributions expected in 2016 | 2,000 | 525 | - | - |
| Benefit payments expected in: | | | | |
| 2016 | 1,548 | 1,145 | 457 | 24 |
| 2017 | 1,491 | 1,128 | 470 | 25 |
| 2018 | 1,411 | 1,178 | 481 | 26 |
| 2019 | 1,382 | 1,193 | 490 | 28 |
| 2020 | 1,342 | 1,227 | 497 | 29 |
| 2021 - 2025 | 6,594 | 6,359 | 2,518 | 170 |

## 18. Disclosures about Segments and Related Information

The Upstream, Downstream and Chemical functions best define the operating segments of the business that are reported separately. The factors used to identify these reportable segments are based on the nature of the operations that are undertaken by each segment. The Upstream segment is organized and operates to explore for and produce crude oil and natural gas. The Downstream segment is organized and operates to manufacture and sell petroleum products. The Chemical segment is organized and operates to manufacture and sell petrochemicals. These segments are broadly understood across the petroleum and petrochemical industries.

These functions have been defined as the operating segments of the Corporation because they are the segments (1) that engage in business activities from which revenues are earned and expenses are incurred; (2) whose operating results are regularly reviewed by the Corporation's chief operating decision maker to make decisions about resources to be allocated to the segment and to assess its performance; and (3) for which discrete financial information is available.

Earnings after income tax include transfers at estimated market prices.

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

In corporate and financing activities, interest revenue relates to interest earned on cash deposits and marketable securities. Interest expense includes non-debt-related interest expense of $100 million and $129 million in 2015 and 2014, respectively. For 2013, non-debt-related interest expense was a net credit of $123 million, primarily reflecting the effect of credits from the favorable resolution of prior year tax positions.

Corporate

**App. 115**

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

In corporate and financing activities, interest revenue relates to interest earned on cash deposits and marketable securities. Interest expense includes non-debt-related interest expense of $100 million and $129 million in 2015 and 2014, respectively. For 2013, non-debt-related interest expense was a net credit of $123 million, primarily reflecting the effect of credits from the favorable resolution of prior year tax positions.

| | Upstream | | Downstream | | Chemical | | Corporate and Financing | Corporate Total |
|---|---|---|---|---|---|---|---|---|
| | U.S. | Non-U.S. | U.S. | Non-U.S. | U.S. | Non-U.S. | | |
| | *(millions of dollars)* | | | | | | | |
| **As of December 31, 2015** | | | | | | | | |
| Earnings after income tax | (1,079) | 8,180 | 1,901 | 4,656 | 2,386 | 2,032 | (1,926) | 16,150 |
| Earnings of equity companies included above | 226 | 5,831 | 170 | 444 | 144 | 1,235 | (406) | 7,644 |
| Sales and other operating revenue *(1)* | 8,241 | 15,812 | 73,063 | 134,230 | 10,880 | 17,254 | 8 | 259,488 |
| Intersegment revenue | 4,344 | 20,839 | 12,440 | 22,166 | 7,442 | 5,168 | 274 | - |
| Depreciation and depletion expense | 5,301 | 9,227 | 664 | 1,003 | 375 | 654 | 824 | 18,048 |
| Interest revenue | - | - | - | - | - | - | 46 | 46 |
| Interest expense | 26 | 27 | 8 | 4 | - | 1 | 245 | 311 |
| Income taxes | (879) | 4,703 | 866 | 1,325 | 646 | 633 | (1,879) | 5,415 |
| Additions to property, plant and equipment | 6,915 | 14,561 | 916 | 1,477 | 1,865 | 629 | 1,112 | 27,475 |
| Investments in equity companies | 5,160 | 10,980 | 95 | 1,179 | 125 | 3,025 | (227) | 20,337 |
| Total assets | 93,648 | 155,316 | 16,498 | 29,808 | 10,174 | 18,236 | 13,078 | 336,758 |
| | | | | | | | | |
| **As of December 31, 2014** | | | | | | | | |
| Earnings after income tax | 5,197 | 22,351 | 1,618 | 1,427 | 2,804 | 1,511 | (2,388) | 32,520 |
| Earnings of equity companies included above | 1,235 | 10,859 | 29 | 82 | 186 | 1,377 | (445) | 13,323 |
| Sales and other operating revenue *(1)* | 14,826 | 22,336 | 118,771 | 199,976 | 15,115 | 23,063 | 18 | 394,105 |
| Intersegment revenue | 7,723 | 38,846 | 17,281 | 44,231 | 10,117 | 8,098 | 274 | - |
| Depreciation and depletion expense | 5,139 | 8,523 | 654 | 1,228 | 370 | 645 | 738 | 17,297 |
| Interest revenue | - | - | - | - | - | - | 75 | 75 |
| Interest expense | 40 | 17 | 6 | 4 | - | - | 219 | 286 |
| Income taxes | 1,300 | 15,165 | 610 | 968 | 1,032 | 358 | (1,418) | 18,015 |
| Additions to property, plant and equipment | 9,098 | 19,225 | 1,050 | 1,356 | 1,564 | 564 | 1,399 | 34,256 |
| Investments in equity companies | 5,089 | 10,877 | 69 | 1,006 | 258 | 3,026 | (308) | 20,017 |
| Total assets | 92,555 | 161,033 | 18,371 | 33,299 | 8,798 | 18,449 | 16,988 | 349,493 |
| | | | | | | | | |
| **As of December 31, 2013** | | | | | | | | |
| Earnings after income tax | 4,191 | 22,650 | 2,199 | 1,250 | 2,755 | 1,073 | (1,538) | 32,580 |
| Earnings of equity companies included above | 1,576 | 11,627 | (460) | 22 | 189 | 1,422 | (449) | 13,927 |
| Sales and other operating revenue *(1)* | 13,712 | 25,349 | 123,802 | 218,904 | 15,295 | 23,753 | 21 | 420,836 |
| Intersegment revenue | 8,343 | 45,761 | 20,781 | 52,624 | 11,993 | 8,232 | 285 | - |
| Depreciation and depletion expense | 5,170 | 8,277 | 633 | 1,390 | 378 | 632 | 702 | 17,182 |
| Interest revenue | - | - | - | - | - | - | 87 | 87 |
| Interest expense | 30 | 26 | 7 | 8 | 1 | - | (63) | 9 |
| Income taxes | 2,197 | 21,554 | 721 | 481 | 989 | 363 | (2,042) | 24,263 |
| Additions to property, plant and equipment | 7,480 | 26,075 | 616 | 1,072 | 840 | 272 | 1,386 | 37,741 |
| Investments in equity companies | 4,975 | 9,740 | 62 | 1,749 | 217 | 3,103 | (227) | 19,619 |
| Total assets | 88,698 | 157,465 | 19,261 | 40,661 | 7,816 | 19,659 | 13,248 | 346,808 |

(1) *Sales and other operating revenue includes sales-based taxes of $22,678 million for 2015, $29,342 million for 2014 and $30,589 million for 2013. See Note 1, Summary of Accounting Policies.*

## NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Geographic**

| **Sales and other operating revenue** *(1)* | **2015** | **2014** | **2013** |
|---|---|---|---|
| | *(millions of dollars)* | | |
| United States | 92,184 | 148,713 | 152,820 |
| Non-U.S. | 167,304 | 245,392 | 268,016 |
| Total | 259,488 | 394,105 | 420,836 |

**App. 116**

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**Geographic**

| Sales and other operating revenue (1) | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| United States | 92,184 | 148,713 | 152,820 |
| Non-U.S. | 167,304 | 245,392 | 268,016 |
| Total | 259,488 | 394,105 | 420,836 |
| | | | |
| Significant non-U.S. revenue sources include: | | | |
| United Kingdom | 23,651 | 31,346 | 34,061 |
| Canada | 22,876 | 36,072 | 35,924 |
| Italy | 13,795 | 18,880 | 19,273 |
| Belgium | 13,154 | 20,953 | 20,973 |
| France | 11,808 | 17,639 | 18,444 |
| Singapore | 10,790 | 15,407 | 15,623 |
| Germany | 10,045 | 14,816 | 15,701 |

(1) Sales and other operating revenue includes sales-based taxes of $22,678 million for 2015, $29,342 million for 2014 and $30,589 million for 2013. See Note 1, Summary of Accounting Policies.

| Long-lived assets | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| United States | 107,039 | 104,000 | 98,271 |
| Non-U.S. | 144,566 | 148,668 | 145,379 |
| Total | 251,605 | 252,668 | 243,650 |
| | | | |
| Significant non-U.S. long-lived assets include: | | | |
| Canada | 39,775 | 43,858 | 41,522 |
| Australia | 15,894 | 15,328 | 14,258 |
| Nigeria | 12,222 | 12,265 | 12,343 |
| Kazakhstan | 9,705 | 9,138 | 8,530 |
| Singapore | 9,681 | 9,620 | 9,570 |
| Angola | 8,777 | 9,057 | 8,262 |
| Papua New Guinea | 5,985 | 6,099 | 5,768 |

**NOTES TO CONSOLIDATED FINANCIAL STATEMENTS**

**19. Income, Sales-Based and Other Taxes**

| | 2015 | | | 2014 | | | 2013 | | |
|---|---|---|---|---|---|---|---|---|---|
| | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total |
| | *(millions of dollars)* | | | | | | | | |
| Income tax expense | | | | | | | | | |
| Federal and non-U.S. | | | | | | | | | |
| Current | - | 7,126 | 7,126 | 1,456 | 14,755 | 16,211 | 1,073 | 22,115 | 23,188 |
| Deferred - net | (1,166) | (571) | (1,737) | 900 | 1,398 | 2,298 | (116) | 757 | 641 |
| U.S. tax on non-U.S. operations | 38 | - | 38 | 5 | - | 5 | 37 | - | 37 |
| Total federal and non-U.S. | (1,128) | 6,555 | 5,427 | 2,361 | 16,153 | 18,514 | 994 | 22,872 | 23,866 |
| State (1) | (12) | - | (12) | (499) | - | (499) | 397 | - | 397 |
| Total income tax expense | (1,140) | 6,555 | 5,415 | 1,862 | 16,153 | 18,015 | 1,391 | 22,872 | 24,263 |
| Sales-based taxes | 6,402 | 16,276 | 22,678 | 6,310 | 23,032 | 29,342 | 5,992 | 24,597 | 30,589 |
| All other taxes and duties | | | | | | | | | |
| Other taxes and duties | 162 | 27,103 | 27,265 | 378 | 31,908 | 32,286 | 955 | 32,275 | 33,230 |
| Included in production and manufacturing expenses | 1,157 | 828 | 1,985 | 1,454 | 1,179 | 2,633 | 1,318 | 1,182 | 2,500 |
| Included in SG&A expenses | 150 | 390 | 540 | 155 | 441 | 596 | 150 | 516 | 666 |
| Total other taxes and duties | 1,469 | 28,321 | 29,790 | 1,987 | 33,528 | 35,515 | 2,423 | 33,973 | 36,396 |
| Total | 6,731 | 51,152 | 57,883 | 10,159 | 72,713 | 82,872 | 9,806 | 81,442 | 91,248 |

**App. 117**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**19. Income, Sales-Based and Other Taxes**

| | 2015 | | | 2014 | | | 2013 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total | U.S. | Non-U.S. | Total |
| | | | | | *(millions of dollars)* | | | | |
| Income tax expense | | | | | | | | | |
| Federal and non-U.S. | | | | | | | | | |
| Current | - | 7,126 | 7,126 | 1,456 | 14,755 | 16,211 | 1,073 | 22,115 | 23,188 |
| Deferred - net | (1,166) | (571) | (1,737) | 900 | 1,398 | 2,298 | (116) | 757 | 641 |
| U.S. tax on non-U.S. operations | 38 | - | 38 | 5 | - | 5 | 37 | - | 37 |
| Total federal and non-U.S. | (1,128) | 6,555 | 5,427 | 2,361 | 16,153 | 18,514 | 994 | 22,872 | 23,866 |
| State *(1)* | (12) | - | (12) | (499) | - | (499) | 397 | - | 397 |
| Total income tax expense | (1,140) | 6,555 | 5,415 | 1,862 | 16,153 | 18,015 | 1,391 | 22,872 | 24,263 |
| Sales-based taxes | 6,402 | 16,276 | 22,678 | 6,310 | 23,032 | 29,342 | 5,992 | 24,597 | 30,589 |
| All other taxes and duties | | | | | | | | | |
| Other taxes and duties | 162 | 27,103 | 27,265 | 378 | 31,908 | 32,286 | 955 | 32,275 | 33,230 |
| Included in production and manufacturing expenses | 1,157 | 828 | 1,985 | 1,454 | 1,179 | 2,633 | 1,318 | 1,182 | 2,500 |
| Included in SG&A expenses | 150 | 390 | 540 | 155 | 441 | 596 | 150 | 516 | 666 |
| Total other taxes and duties | 1,469 | 28,321 | 29,790 | 1,987 | 33,528 | 35,515 | 2,423 | 33,973 | 36,396 |
| Total | 6,731 | 51,152 | 57,883 | 10,159 | 72,713 | 82,872 | 9,806 | 81,442 | 91,248 |

(1)  In 2014, state taxes included a favorable adjustment of deferred taxes of approximately $830 million.

All other taxes and duties include taxes reported in production and manufacturing and selling, general and administrative (SG&A) expenses. The above provisions for deferred income taxes include a net charge of $177 million in 2015 and net credits of $40 million in 2014 and $310 million in 2013 for the effect of changes in tax laws and rates.

The reconciliation between income tax expense and a theoretical U.S. tax computed by applying a rate of 35 percent for 2015, 2014 and 2013 is as follows:

| | 2015 | 2014 | 2013 |
| --- | --- | --- | --- |
| | | *(millions of dollars)* | |
| Income before income taxes | | | |
| United States | 147 | 9,080 | 9,746 |
| Non-U.S. | 21,819 | 42,550 | 47,965 |
| Total | 21,966 | 51,630 | 57,711 |
| Theoretical tax | 7,688 | 18,071 | 20,199 |
| Effect of equity method of accounting | (2,675) | (4,663) | (4,874) |
| Non-U.S. taxes in excess of theoretical U.S. tax | 1,415 | 5,442 | 10,528 |
| U.S. tax on non-U.S. operations | 38 | 5 | 37 |
| State taxes, net of federal tax benefit | (8) | (324) | 258 |
| Other | (1,043) | (516) | (1,885) |
| Total income tax expense | 5,415 | 18,015 | 24,263 |
| | | | |
| Effective tax rate calculation | | | |
| Income taxes | 5,415 | 18,015 | 24,263 |
| ExxonMobil share of equity company income taxes | 3,011 | 5,678 | 6,061 |
| Total income taxes | 8,426 | 23,693 | 30,324 |
| Net income including noncontrolling interests | 16,551 | 33,615 | 33,448 |
| Total income before taxes | 24,977 | 57,308 | 63,772 |
| | | | |
| Effective income tax rate | 34% | 41% | 48% |

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Deferred income taxes reflect the impact of temporary differences between the amount of assets and liabilities recognized for financial reporting purposes and such amounts recognized for tax purposes.

Deferred tax liabilities/(assets) are comprised of the following at December 31:

| | 2015 | 2014 |
| --- | --- | --- |

**App. 118**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

Deferred income taxes reflect the impact of temporary differences between the amount of assets and liabilities recognized for financial reporting purposes and such amounts recognized for tax purposes.

Deferred tax liabilities/(assets) are comprised of the following at December 31:

| Tax effects of temporary differences for: | 2015 | 2014 |
|---|---|---|
| | *(millions of dollars)* | |
| Property, plant and equipment | 49,409 | 51,643 |
| Other liabilities | 4,613 | 4,359 |
|     Total deferred tax liabilities | 54,022 | 56,002 |
| | | |
| Pension and other postretirement benefits | (6,286) | (8,140) |
| Asset retirement obligations | (6,277) | (6,162) |
| Tax loss carryforwards | (4,983) | (4,099) |
| Other assets | (5,592) | (6,446) |
|     Total deferred tax assets | (23,138) | (24,847) |
| | | |
| Asset valuation allowances | 1,730 | 2,570 |
|     Net deferred tax liabilities | 32,614 | 33,725 |

In 2015, asset valuation allowances of $1,730 million decreased by $840 million and included net provisions of $681 million and effects of foreign currency translation of $159 million.

Deferred income tax (assets) and liabilities are included in the balance sheet as shown below. Deferred income tax (assets) and liabilities are classified as current or long term consistent with the classification of the related temporary difference – separately by tax jurisdiction.

| Balance sheet classification | 2015 | 2014 |
|---|---|---|
| | *(millions of dollars)* | |
| Other current assets | (1,329) | (2,001) |
| Other assets, including intangibles, net | (3,421) | (3,955) |
| Accounts payable and accrued liabilities | 546 | 451 |
| Deferred income tax liabilities | 36,818 | 39,230 |
|     Net deferred tax liabilities | 32,614 | 33,725 |

The Corporation had $51 billion of indefinitely reinvested, undistributed earnings from subsidiary companies outside the U.S. that were retained to fund prior and future capital project expenditures. Deferred taxes have not been recorded for potential future tax obligations as these earnings are expected to be indefinitely reinvested for the foreseeable future. As of December 31, 2015, it is not practical to estimate the unrecognized deferred tax liability associated with these earnings given the future availability of foreign tax credits and uncertainties about the timing of potential remittances.

97

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Unrecognized Tax Benefits.** The Corporation is subject to income taxation in many jurisdictions around the world. Unrecognized tax benefits reflect the difference between positions taken or expected to be taken on income tax returns and the amounts recognized in the financial statements. The following table summarizes the movement in unrecognized tax benefits:

| Gross unrecognized tax benefits | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Balance at January 1 | 8,986 | 7,838 | 7,663 |
|     Additions based on current year's tax positions | 903 | 1,454 | 1,460 |
|     Additions for prior years' tax positions | 496 | 448 | 464 |
|     Reductions for prior years' tax positions | (190) | (532) | (249) |
|     Reductions due to lapse of the statute of limitations | (4) | (117) | (588) |
|     Settlements with tax authorities | (725) | (43) | (849) |
|     Foreign exchange effects/other | (70) | (62) | (63) |
| Balance at December 31 | 9,396 | 8,986 | 7,838 |

The gross unrecognized tax benefit balances shown above are predominantly related to tax positions that would reduce the Corporation's effective tax rate if the

**App. 119**

NOTES TO CONSOLIDATED FINANCIAL STATEMENTS

**Unrecognized Tax Benefits.** The Corporation is subject to income taxation in many jurisdictions around the world. Unrecognized tax benefits reflect the difference between positions taken or expected to be taken on income tax returns and the amounts recognized in the financial statements. The following table summarizes the movement in unrecognized tax benefits:

| Gross unrecognized tax benefits | 2015 | 2014 | 2013 |
|---|---|---|---|
| | *(millions of dollars)* | | |
| Balance at January 1 | 8,986 | 7,838 | 7,663 |
| Additions based on current year's tax positions | 903 | 1,454 | 1,460 |
| Additions for prior years' tax positions | 496 | 448 | 464 |
| Reductions for prior years' tax positions | (190) | (532) | (249) |
| Reductions due to lapse of the statute of limitations | (4) | (117) | (588) |
| Settlements with tax authorities | (725) | (43) | (849) |
| Foreign exchange effects/other | (70) | (62) | (63) |
| Balance at December 31 | 9,396 | 8,986 | 7,838 |

The gross unrecognized tax benefit balances shown above are predominantly related to tax positions that would reduce the Corporation's effective tax rate if the positions are favorably resolved. Unfavorable resolution of these tax positions generally would not increase the effective tax rate. The 2015, 2014 and 2013 changes in unrecognized tax benefits did not have a material effect on the Corporation's net income.

Resolution of these tax positions through negotiations with the relevant tax authorities or through litigation will take many years to complete. It is difficult to predict the timing of resolution for tax positions since such timing is not entirely within the control of the Corporation. In the United States, the Corporation has various U.S. federal income tax positions at issue with the Internal Revenue Service for tax years 2006-2011. Unfavorable resolution of these issues would not have a materially adverse effect on the Corporation's net income or liquidity. The Internal Revenue Service has not completed its audit of tax years after 2011.

It is reasonably possible that the total amount of unrecognized tax benefits could increase by up to 20 percent in the next 12 months, with no material impact on the Corporation's net income.

The following table summarizes the tax years that remain subject to examination by major tax jurisdiction:

| Country of Operation | Open Tax Years |
|---|---|
| Abu Dhabi | 2012 - 2015 |
| Angola | 2009 - 2015 |
| Australia | 2005, 2008 - 2015 |
| Canada | 2008 - 2015 |
| Equatorial Guinea | 2007 - 2015 |
| Malaysia | 2009 - 2015 |
| Nigeria | 2005 - 2015 |
| Norway | 2007 - 2015 |
| Qatar | 2009 - 2015 |
| Russia | 2012 - 2015 |
| United Kingdom | 2011 - 2015 |
| United States | 2006 - 2015 |

The Corporation classifies interest on income tax-related balances as interest expense or interest income and classifies tax-related penalties as operating expense.

The Corporation incurred $39 million and $42 million in interest expense on income tax reserves in 2015 and 2014, respectively. For 2013, the Corporation's net interest expense was a credit of $207 million, reflecting the effect of credits from the favorable resolution of prior year tax positions. The related interest payable balances were $223 million and $205 million at December 31, 2015, and 2014, respectively.

**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION AND PRODUCTION ACTIVITIES** (unaudited)

The results of operations for producing activities shown below do not include earnings from other activities that ExxonMobil includes in the Upstream function, such as oil and gas transportation operations, LNG liquefaction and transportation operations, coal and power operations, technical service agreements, other nonoperating activities and adjustments for noncontrolling interests. These excluded amounts for both consolidated and equity companies totaled $831 million in 2015, $3,223 million in 2014, and $886 million in 2013. Oil sands mining operations are included in the results of operations in accordance with Securities and Exchange Commission and Financial Accounting Standards Board rules.

**Canada/**

**App. 120**

**SUPPLEMENTAL INFORMATION ON OIL AND GAS EXPLORATION AND PRODUCTION ACTIVITIES** (unaudited)

The results of operations for producing activities shown below do not include earnings from other activities that ExxonMobil includes in the Upstream function, such as oil and gas transportation operations, LNG liquefaction and transportation operations, coal and power operations, technical service agreements, other nonoperating activities and adjustments for noncontrolling interests. These excluded amounts for both consolidated and equity companies totaled $831 million in 2015, $3,223 million in 2014, and $886 million in 2013. Oil sands mining operations are included in the results of operations in accordance with Securities and Exchange Commission and Financial Accounting Standards Board rules.

| Results of Operations | United States | Canada/ South America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| 2015 - Revenue | | | | | | | |
| Sales to third parties | 4,830 | 1,756 | 3,933 | 1,275 | 2,651 | 1,408 | 15,853 |
| Transfers | 2,557 | 2,858 | 2,024 | 8,135 | 4,490 | 608 | 20,672 |
| | 7,387 | 4,614 | 5,957 | 9,410 | 7,141 | 2,016 | 36,525 |
| Production costs excluding taxes | 4,252 | 3,690 | 2,232 | 1,993 | 1,562 | 527 | 14,256 |
| Exploration expenses | 182 | 473 | 187 | 319 | 254 | 108 | 1,523 |
| Depreciation and depletion | 5,054 | 1,315 | 1,641 | 3,874 | 1,569 | 392 | 13,845 |
| Taxes other than income | 630 | 111 | 200 | 734 | 706 | 171 | 2,552 |
| Related income tax | (976) | (79) | 807 | 1,556 | 2,117 | 238 | 3,663 |
| Results of producing activities for consolidated subsidiaries | (1,755) | (896) | 890 | 934 | 933 | 580 | 686 |
| | | | | | | | |
| **Equity Companies** | | | | | | | |
| 2015 - Revenue | | | | | | | |
| Sales to third parties | 608 | - | 2,723 | - | 11,174 | - | 14,505 |
| Transfers | 459 | - | 31 | - | 379 | - | 869 |
| | 1,067 | - | 2,754 | - | 11,553 | - | 15,374 |
| Production costs excluding taxes | 554 | - | 565 | - | 422 | - | 1,541 |
| Exploration expenses | 12 | - | 21 | - | 18 | - | 51 |
| Depreciation and depletion | 271 | - | 146 | - | 457 | - | 874 |
| Taxes other than income | 47 | - | 1,258 | - | 3,197 | - | 4,502 |
| Related income tax | - | - | 263 | - | 2,559 | - | 2,822 |
| Results of producing activities for equity companies | 183 | - | 501 | - | 4,900 | - | 5,584 |
| | | | | | | | |
| Total results of operations | (1,572) | (896) | 1,391 | 934 | 5,833 | 580 | 6,270 |

99

| Results of Operations | United States | Canada/ South America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| 2014 - Revenue | | | | | | | |
| Sales to third parties | 9,453 | 2,841 | 4,608 | 1,943 | 4,383 | 1,374 | 24,602 |
| Transfers | 5,554 | 5,417 | 5,206 | 14,884 | 7,534 | 1,553 | 40,148 |
| | 15,007 | 8,258 | 9,814 | 16,827 | 11,917 | 2,927 | 64,750 |
| Production costs excluding taxes | 4,637 | 4,251 | 3,117 | 2,248 | 1,568 | 583 | 16,404 |
| Exploration expenses | 231 | 363 | 274 | 427 | 287 | 87 | 1,669 |
| Depreciation and depletion | 4,877 | 1,193 | 1,929 | 3,387 | 1,242 | 454 | 13,082 |
| Taxes other than income | 1,116 | 160 | 412 | 1,539 | 1,542 | 399 | 5,168 |
| Related income tax | 1,208 | 524 | 2,954 | 5,515 | 4,882 | 435 | 15,518 |
| Results of producing activities for consolidated subsidiaries | 2,938 | 1,767 | 1,128 | 3,711 | 2,396 | 969 | 12,909 |
| | | | | | | | |
| **Equity Companies** | | | | | | | |
| 2014 - Revenue | | | | | | | |
| Sales to third parties | 1,239 | - | 4,923 | - | 20,028 | - | 26,190 |
| Transfers | 924 | - | 63 | - | 685 | - | 1,672 |
| | 2,163 | - | 4,986 | - | 20,713 | - | 27,862 |
| Production costs excluding taxes | 620 | - | 602 | - | 548 | - | 1,770 |
| Exploration expenses | 61 | - | 22 | - | 219 | - | 302 |

**App. 121**

| Results of Operations | United States | Canada/ South America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| 2014 - Revenue | | | | | | | |
| Sales to third parties | 9,453 | 2,841 | 4,608 | 1,943 | 4,383 | 1,374 | 24,602 |
| Transfers | 5,554 | 5,417 | 5,206 | 14,884 | 7,534 | 1,553 | 40,148 |
| | 15,007 | 8,258 | 9,814 | 16,827 | 11,917 | 2,927 | 64,750 |
| Production costs excluding taxes | 4,637 | 4,251 | 3,117 | 2,248 | 1,568 | 583 | 16,404 |
| Exploration expenses | 231 | 363 | 274 | 427 | 287 | 87 | 1,669 |
| Depreciation and depletion | 4,877 | 1,193 | 1,929 | 3,387 | 1,242 | 454 | 13,082 |
| Taxes other than income | 1,116 | 160 | 412 | 1,539 | 1,542 | 399 | 5,168 |
| Related income tax | 1,208 | 524 | 2,954 | 5,515 | 4,882 | 435 | 15,518 |
| Results of producing activities for consolidated subsidiaries | 2,938 | 1,767 | 1,128 | 3,711 | 2,396 | 969 | 12,909 |
| **Equity Companies** | | | | | | | |
| 2014 - Revenue | | | | | | | |
| Sales to third parties | 1,239 | - | 4,923 | - | 20,028 | - | 26,190 |
| Transfers | 924 | - | 63 | - | 685 | - | 1,672 |
| | 2,163 | - | 4,986 | - | 20,713 | - | 27,862 |
| Production costs excluding taxes | 620 | - | 602 | - | 548 | - | 1,770 |
| Exploration expenses | 61 | - | 22 | - | 219 | - | 302 |
| Depreciation and depletion | 253 | - | 195 | - | 383 | - | 831 |
| Taxes other than income | 57 | - | 2,650 | - | 5,184 | - | 7,891 |
| Related income tax | - | - | 553 | - | 5,099 | - | 5,652 |
| Results of producing activities for equity companies | 1,172 | - | 964 | - | 9,280 | - | 11,416 |
| Total results of operations | 4,110 | 1,767 | 2,092 | 3,711 | 11,676 | 969 | 24,325 |
| **Consolidated Subsidiaries** | | | | | | | |
| 2013 - Revenue | | | | | | | |
| Sales to third parties | 8,371 | 2,252 | 5,649 | 3,079 | 5,427 | 730 | 25,508 |
| Transfers | 6,505 | 5,666 | 5,654 | 15,738 | 8,936 | 1,405 | 43,904 |
| | 14,876 | 7,918 | 11,303 | 18,817 | 14,363 | 2,135 | 69,412 |
| Production costs excluding taxes | 4,191 | 3,965 | 2,859 | 2,396 | 1,763 | 654 | 15,828 |
| Exploration expenses | 394 | 386 | 245 | 288 | 571 | 92 | 1,976 |
| Depreciation and depletion | 4,926 | 989 | 1,881 | 3,269 | 1,680 | 334 | 13,079 |
| Taxes other than income | 1,566 | 94 | 474 | 1,583 | 1,794 | 427 | 5,938 |
| Related income tax | 1,788 | 542 | 4,124 | 6,841 | 5,709 | 202 | 19,206 |
| Results of producing activities for consolidated subsidiaries | 2,011 | 1,942 | 1,720 | 4,440 | 2,846 | 426 | 13,385 |
| **Equity Companies** | | | | | | | |
| 2013 - Revenue | | | | | | | |
| Sales to third parties | 1,320 | - | 6,768 | - | 21,463 | - | 29,551 |
| Transfers | 1,034 | - | 64 | - | 6,091 | - | 7,189 |
| | 2,354 | - | 6,832 | - | 27,554 | - | 36,740 |
| Production costs excluding taxes | 551 | - | 459 | - | 660 | - | 1,670 |
| Exploration expenses | 19 | - | 15 | - | 426 | - | 460 |
| Depreciation and depletion | 207 | - | 169 | - | 955 | - | 1,331 |
| Taxes other than income | 51 | - | 3,992 | - | 7,352 | - | 11,395 |
| Related income tax | - | - | 832 | - | 8,482 | - | 9,314 |
| Results of producing activities for equity companies | 1,526 | - | 1,365 | - | 9,679 | - | 12,570 |
| Total results of operations | 3,537 | 1,942 | 3,085 | 4,440 | 12,525 | 426 | 25,955 |

100

**Oil and Gas Exploration and Production Costs**

The amounts shown for net capitalized costs of consolidated subsidiaries are $14,685 million less at year-end 2015 and $12,856 million less at year-end 2014 than the amounts reported as investments in property, plant and equipment for the Upstream in Note 9. This is due to the exclusion from capitalized costs of certain transportation and research assets and assets relating to LNG operations. Assets related to oil sands and oil shale mining operations are included in the capitalized

**App. 122**

**Oil and Gas Exploration and Production Costs**

The amounts shown for net capitalized costs of consolidated subsidiaries are $14,685 million less at year-end 2015 and $12,856 million less at year-end 2014 than the amounts reported as investments in property, plant and equipment for the Upstream in Note 9. This is due to the exclusion from capitalized costs of certain transportation and research assets and assets relating to LNG operations. Assets related to oil sands and oil shale mining operations are included in the capitalized costs in accordance with Financial Accounting Standards Board rules.

| Capitalized Costs | | United States | Canada/ South America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| As of December 31, 2015 | | | | | | | | |
| Property (acreage) costs | - Proved | 15,989 | 2,202 | 143 | 873 | 1,648 | 741 | 21,596 |
| | - Unproved | 23,071 | 4,014 | 44 | 367 | 409 | 116 | 28,021 |
| Total property costs | | 39,060 | 6,216 | 187 | 1,240 | 2,057 | 857 | 49,617 |
| Producing assets | | 84,270 | 38,108 | 36,262 | 49,621 | 32,359 | 9,414 | 250,034 |
| Incomplete construction | | 6,980 | 5,708 | 1,928 | 4,395 | 8,620 | 4,564 | 32,195 |
| Total capitalized costs | | 130,310 | 50,032 | 38,377 | 55,256 | 43,036 | 14,835 | 331,846 |
| Accumulated depreciation and depletion | | 46,864 | 13,873 | 29,747 | 31,579 | 16,073 | 4,573 | 142,709 |
| Net capitalized costs for consolidated subsidiaries | | 83,446 | 36,159 | 8,630 | 23,677 | 26,963 | 10,262 | 189,137 |
| | | | | | | | | |
| **Equity Companies** | | | | | | | | |
| As of December 31, 2015 | | | | | | | | |
| Property (acreage) costs | - Proved | 78 | - | 4 | - | - | - | 82 |
| | - Unproved | 14 | - | - | - | 59 | - | 73 |
| Total property costs | | 92 | - | 4 | - | 59 | - | 155 |
| Producing assets | | 6,181 | - | 5,089 | - | 8,563 | - | 19,833 |
| Incomplete construction | | 194 | - | 77 | - | 3,727 | - | 3,998 |
| Total capitalized costs | | 6,467 | - | 5,170 | - | 12,349 | - | 23,986 |
| Accumulated depreciation and depletion | | 2,122 | - | 3,916 | - | 5,563 | - | 11,601 |
| Net capitalized costs for equity companies | | 4,345 | - | 1,254 | - | 6,786 | - | 12,385 |
| | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| As of December 31, 2014 | | | | | | | | |
| Property (acreage) costs | - Proved | 14,664 | 2,598 | 161 | 876 | 1,660 | 808 | 20,767 |
| | - Unproved | 24,062 | 4,824 | 74 | 615 | 601 | 136 | 30,312 |
| Total property costs | | 38,726 | 7,422 | 235 | 1,491 | 2,261 | 944 | 51,079 |
| Producing assets | | 79,138 | 32,635 | 39,996 | 44,700 | 30,219 | 10,051 | 236,739 |
| Incomplete construction | | 7,051 | 15,344 | 2,114 | 6,075 | 10,163 | 4,621 | 45,368 |
| Total capitalized costs | | 124,915 | 55,401 | 42,345 | 52,266 | 42,643 | 15,616 | 333,186 |
| Accumulated depreciation and depletion | | 43,031 | 15,197 | 32,608 | 27,995 | 17,273 | 4,630 | 140,734 |
| Net capitalized costs for consolidated subsidiaries | | 81,884 | 40,204 | 9,737 | 24,271 | 25,370 | 10,986 | 192,452 |
| | | | | | | | | |
| **Equity Companies** | | | | | | | | |
| As of December 31, 2014 | | | | | | | | |
| Property (acreage) costs | - Proved | 78 | - | 4 | - | - | - | 82 |
| | - Unproved | 35 | - | - | - | 59 | - | 94 |
| Total property costs | | 113 | - | 4 | - | 59 | - | 176 |
| Producing assets | | 5,538 | - | 5,309 | - | 8,500 | - | 19,347 |
| Incomplete construction | | 473 | - | 251 | - | 2,972 | - | 3,696 |
| Total capitalized costs | | 6,124 | - | 5,564 | - | 11,531 | - | 23,219 |
| Accumulated depreciation and depletion | | 1,872 | - | 4,205 | - | 5,095 | - | 11,172 |
| Net capitalized costs for equity companies | | 4,252 | - | 1,359 | - | 6,436 | - | 12,047 |

101

**Oil and Gas Exploration and Production Costs (continued)**

The amounts reported as costs incurred include both capitalized costs and costs charged to expense during the year. Costs incurred also include new asset retirement obligations established in the current year, as well as increases or decreases to the asset retirement obligation resulting from changes in cost estimates or abandonment date. Total consolidated costs incurred in 2015 were $21,887 million, down $7,228 million from 2014, due primarily to lower development costs and property acquisition costs. In 2014 costs were $29,115 million, down $4,508 million from 2013, due primarily to lower property acquisition costs and development costs. Total equity company costs incurred in 2015 were $1,464 million, down $1,213 million from 2014, due primarily to exploration costs.

Canada/

**App. 123**

**Oil and Gas Exploration and Production Costs (continued)**

The amounts reported as costs incurred include both capitalized costs and costs charged to expense during the year. Costs incurred also include new asset retirement obligations established in the current year, as well as increases or decreases to the asset retirement obligation resulting from changes in cost estimates or abandonment date. Total consolidated costs incurred in 2015 were $21,887 million, down $7,228 million from 2014, due primarily to lower development costs and property acquisition costs. In 2014 costs were $29,115 million, down $4,508 million from 2013, due primarily to lower property acquisition costs and development costs. Total equity company costs incurred in 2015 were $1,464 million, down $1,213 million from 2014, due primarily to exploration costs.

| Costs Incurred in Property Acquisitions, Exploration and Development Activities | | United States | Canada/ South America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | | |
| **During 2015** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| Property acquisition costs | - Proved | 6 | - | - | - | 31 | - | 37 |
| | - Unproved | 305 | 39 | - | 93 | 1 | 2 | 440 |
| Exploration costs | | 195 | 621 | 411 | 425 | 405 | 157 | 2,214 |
| Development costs | | 6,774 | 3,764 | 1,439 | 3,149 | 3,068 | 1,002 | 19,196 |
| Total costs incurred for consolidated subsidiaries | | 7,280 | 4,424 | 1,850 | 3,667 | 3,505 | 1,161 | 21,887 |
| | | | | | | | | |
| **Equity Companies** | | | | | | | | |
| Property acquisition costs | - Proved | - | - | - | - | - | - | - |
| | - Unproved | - | - | - | - | - | - | - |
| Exploration costs | | 9 | - | 41 | - | (19) | - | 31 |
| Development costs | | 411 | - | 143 | - | 879 | - | 1,433 |
| Total costs incurred for equity companies | | 420 | - | 184 | - | 860 | - | 1,464 |
| | | | | | | | | |
| **During 2014** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| Property acquisition costs | - Proved | 80 | - | - | - | 41 | - | 121 |
| | - Unproved | 1,253 | 3 | 19 | 34 | - | - | 1,309 |
| Exploration costs | | 319 | 453 | 458 | 628 | 467 | 121 | 2,446 |
| Development costs | | 7,540 | 6,877 | 1,390 | 4,255 | 3,321 | 1,856 | 25,239 |
| Total costs incurred for consolidated subsidiaries | | 9,192 | 7,333 | 1,867 | 4,917 | 3,829 | 1,977 | 29,115 |
| | | | | | | | | |
| **Equity Companies** | | | | | | | | |
| Property acquisition costs | - Proved | - | - | - | - | - | - | - |
| | - Unproved | - | - | - | - | 42 | - | 42 |
| Exploration costs | | 17 | - | 45 | - | 964 | - | 1,026 |
| Development costs | | 490 | - | 233 | - | 886 | - | 1,609 |
| Total costs incurred for equity companies | | 507 | - | 278 | - | 1,892 | - | 2,677 |
| | | | | | | | | |
| **During 2013** | | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | | |
| Property acquisition costs | - Proved | 93 | 67 | - | - | 47 | - | 207 |
| | - Unproved | 533 | 4,270 | - | 153 | - | 4 | 4,960 |
| Exploration costs | | 557 | 485 | 277 | 361 | 598 | 111 | 2,389 |
| Development costs | | 6,919 | 8,527 | 2,117 | 3,278 | 3,493 | 1,733 | 26,067 |
| Total costs incurred for consolidated subsidiaries | | 8,102 | 13,349 | 2,394 | 3,792 | 4,138 | 1,848 | 33,623 |
| | | | | | | | | |
| **Equity Companies** | | | | | | | | |
| Property acquisition costs | - Proved | 2 | - | - | - | - | - | 2 |
| | - Unproved | - | - | - | - | 17 | - | 17 |
| Exploration costs | | 60 | - | 29 | - | 494 | - | 583 |
| Development costs | | 720 | - | 192 | - | 828 | - | 1,740 |
| Total costs incurred for equity companies | | 782 | - | 221 | - | 1,339 | - | 2,342 |

**Oil and Gas Reserves**

The following information describes changes during the years and balances of proved oil and gas reserves at year-end 2013, 2014, and 2015.

The definitions used are in accordance with the Securities and Exchange Commission's Rule 4-10 (a) of Regulation S-X.

Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible – from a given date forward, from known reservoirs, and under existing economic conditions, operating methods and government

**App. 124**

**Oil and Gas Reserves**

The following information describes changes during the years and balances of proved oil and gas reserves at year-end 2013, 2014, and 2015.

The definitions used are in accordance with the Securities and Exchange Commission's Rule 4-10 (a) of Regulation S-X.

Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible – from a given date forward, from known reservoirs, and under existing economic conditions, operating methods and government regulations – prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain. In some cases, substantial new investments in additional wells and related facilities will be required to recover these proved reserves.

In accordance with the Securities and Exchange Commission's (SEC) rules, the year-end reserves volumes as well as the reserves change categories shown in the following tables were calculated using average prices during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period. These reserves quantities are also used in calculating unit-of-production depreciation rates and in calculating the standardized measure of discounted net cash flow.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in average prices and year-end costs that are used in the estimation of reserves. This category can also include significant changes in either development strategy or production equipment/facility capacity.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

Proved reserves include 100 percent of each majority-owned affiliate's participation in proved reserves and ExxonMobil's ownership percentage of the proved reserves of equity companies, but exclude royalties and quantities due others. Gas reserves exclude the gaseous equivalent of liquids expected to be removed from the gas on leases, at field facilities and at gas processing plants. These liquids are included in net proved reserves of crude oil and natural gas liquids.

In the proved reserves tables, consolidated reserves and equity company reserves are reported separately. However, the Corporation does not view equity company reserves any differently than those from consolidated companies.

Reserves reported under production sharing and other nonconcessionary agreements are based on the economic interest as defined by the specific fiscal terms in the agreement. The production and reserves that we report for these types of arrangements typically vary inversely with oil and gas price changes. As oil and gas prices increase, the cash flow and value received by the company increase; however, the production volumes and reserves required to achieve this value will typically be lower because of the higher prices. When prices decrease, the opposite effect generally occurs. The percentage of total liquids and natural gas proved reserves (consolidated subsidiaries plus equity companies) at year-end 2015 that were associated with production sharing contract arrangements was 10 percent of liquids, 10 percent of natural gas and 10 percent on an oil-equivalent basis (gas converted to oil-equivalent at 6 billion cubic feet = 1 million barrels).

Net proved developed reserves are those volumes that are expected to be recovered through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well. Net proved undeveloped reserves are those volumes that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.

Crude oil and natural gas liquids and natural gas production quantities shown are the net volumes withdrawn from ExxonMobil's oil and gas reserves. The natural gas quantities differ from the quantities of gas delivered for sale by the producing function as reported in the Operating Summary due to volumes consumed or flared and inventory changes.

The changes between 2014 year-end proved reserves and 2015 year-end proved reserves primarily reflect extensions and purchases in the United States and Asia, and revisions in the United States and Canada. Due to low natural gas prices during 2015, the Corporation reclassified approximately 4,800 billion cubic feet of natural gas reserves in the United States which no longer meet the SEC definition of proved reserves.

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves**

| | | | Crude Oil | | | | | Natural Gas Liquids *(1)* | Bitumen | Synthetic Oil | |
| | United States | Canada/ S. Amer. | Europe | Africa | Asia | Australia/ Oceania | Total | Worldwide | Canada/ S. Amer. | Canada/ S. Amer. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *(millions of barrels)* | | | | | |
| Net proved developed and undeveloped reserves of consolidated subsidiaries | | | | | | | | | | | |
| January 1, 2013 | 1,905 | 270 | 289 | 1,293 | 1,604 | 163 | 5,524 | 1,031 | 3,560 | 599 | 10,714 |
| Revisions | 21 | 20 | 13 | 13 | 411 | 3 | 481 | (1) | 124 | 4 | 608 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | 15 | 15 | - | - | - | - | 30 | 27 | - | - | 57 |
| Sales | (18) | - | - | - | - | - | (18) | (6) | - | - | (24) |
| Extensions/discoveries | 188 | - | - | 52 | 262 | - | 502 | 39 | - | - | 541 |

**App. 125**

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves**

| | | | Crude Oil | | | | | Natural Gas Liquids (1) | Bitumen | Synthetic Oil | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | United States | Canada/ S. Amer. | Europe | Africa | Asia | Australia/ Oceania | Total | Worldwide | Canada/ S. Amer. | Canada/ S. Amer. | Total |
| | | | | | | *(millions of barrels)* | | | | | | |
| Net proved developed and undeveloped reserves of consolidated subsidiaries | | | | | | | | | | | |
| January 1, 2013 | 1,905 | 270 | 289 | 1,293 | 1,604 | 163 | 5,524 | 1,031 | 3,560 | 599 | 10,714 |
| Revisions | 21 | 20 | 13 | 13 | 411 | 3 | 481 | (1) | 124 | 4 | 608 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | 15 | 15 | - | - | - | - | 30 | 27 | - | - | 57 |
| Sales | (18) | - | - | - | - | - | (18) | (6) | - | - | (24) |
| Extensions/discoveries | 188 | - | - | 52 | 262 | - | 502 | 39 | - | - | 541 |
| Production | (103) | (21) | (57) | (165) | (114) | (11) | (471) | (67) | (54) | (24) | (616) |
| December 31, 2013 | 2,008 | 284 | 245 | 1,193 | 2,163 | 155 | 6,048 | 1,023 | 3,630 | 579 | 11,280 |
| Proportional interest in proved reserves of equity companies | | | | | | | | | | | |
| January 1, 2013 | 340 | - | 28 | - | 1,260 | - | 1,628 | 474 | - | - | 2,102 |
| Revisions | 12 | - | 2 | - | 21 | - | 35 | 8 | - | - | 43 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - | - | - | - |
| Production | (22) | - | (2) | - | (136) | - | (160) | (26) | - | - | (186) |
| December 31, 2013 | 330 | - | 28 | - | 1,145 | - | 1,503 | 456 | - | - | 1,959 |
| Total liquids proved reserves at December 31, 2013 | 2,338 | 284 | 273 | 1,193 | 3,308 | 155 | 7,551 | 1,479 | 3,630 | 579 | 13,239 |
| Net proved developed and undeveloped reserves of consolidated subsidiaries | | | | | | | | | | | |
| January 1, 2014 | 2,008 | 284 | 245 | 1,193 | 2,163 | 155 | 6,048 | 1,023 | 3,630 | 579 | 11,280 |
| Revisions | 37 | 23 | 9 | 42 | 42 | - | 153 | 59 | 669 | (23) | 858 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | 42 | - | - | - | - | - | 42 | 11 | - | - | 53 |
| Sales | (24) | (11) | - | - | (1) | - | (36) | (14) | - | - | (50) |
| Extensions/discoveries | 156 | 5 | - | 38 | 35 | - | 234 | 79 | - | - | 313 |
| Production | (111) | (19) | (55) | (171) | (107) | (14) | (477) | (66) | (66) | (22) | (631) |
| December 31, 2014 | 2,108 | 282 | 199 | 1,102 | 2,132 | 141 | 5,964 | 1,092 | 4,233 | 534 | 11,823 |
| Proportional interest in proved reserves of equity companies | | | | | | | | | | | |
| January 1, 2014 | 330 | - | 28 | - | 1,145 | - | 1,503 | 456 | - | - | 1,959 |
| Revisions | 19 | - | 1 | - | 41 | - | 61 | 5 | - | - | 66 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | 1 | - | - | - | - | - | 1 | - | - | - | 1 |
| Sales | - | - | - | - | - | - | - | - | - | - | - |
| Extensions/discoveries | 1 | - | - | - | - | - | 1 | - | - | - | 1 |
| Production | (23) | - | (2) | - | (86) | - | (111) | (26) | - | - | (137) |
| December 31, 2014 | 328 | - | 27 | - | 1,100 | - | 1,455 | 435 | - | - | 1,890 |
| Total liquids proved reserves at December 31, 2014 | 2,436 | 282 | 226 | 1,102 | 3,232 | 141 | 7,419 | 1,527 | 4,233 | 534 | 13,713 |

*(See footnote on next page)*

104

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves (continued)**

| | | | Crude Oil | | | | | Natural Gas Liquids (1) | Bitumen | Synthetic Oil | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | United States | Canada/ S. Amer. | Europe | Africa | Asia | Australia/ Oceania | Total | Worldwide | Canada/ S. Amer. | Canada/ S. Amer. | Total |
| | | | | | | *(millions of barrels)* | | | | | | |
| Net proved developed and | | | | | | | | | | | |

**App. 126**

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves (continued)**

| | Crude Oil | | | | | | | Natural Gas Liquids (1) | Bitumen | Synthetic Oil | |
| | United States | Canada/ S. Amer. | Europe | Africa | Asia | Australia/ Oceania | Total | Worldwide | Canada/ S. Amer. | Canada/ S. Amer. | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(millions of barrels)* | | | | |
| Net proved developed and undeveloped reserves of consolidated subsidiaries | | | | | | | | | | | |
| January 1, 2015 | 2,108 | 282 | 199 | 1,102 | 2,132 | 141 | 5,964 | 1,092 | 4,233 | 534 | 11,823 |
| Revisions | (150) | (10) | 46 | 48 | 123 | (4) | 53 | (95) | 433 | 68 | 459 |
| Improved recovery | - | - | 2 | - | - | - | 2 | - | - | - | 2 |
| Purchases | 161 | 3 | 1 | - | - | - | 165 | 46 | - | - | 211 |
| Sales | (9) | - | (1) | - | (2) | - | (12) | (1) | - | - | (13) |
| Extensions/discoveries | 387 | 2 | - | - | 698 | - | 1,087 | 101 | - | - | 1,188 |
| Production | (119) | (17) | (63) | (187) | (126) | (12) | (524) | (65) | (106) | (21) | (716) |
| December 31, 2015 | 2,378 | 260 | 184 | 963 | 2,825 | 125 | 6,735 | 1,078 | 4,560 | 581 | 12,954 |
| | | | | | | | | | | | |
| Proportional interest in proved reserves of equity companies | | | | | | | | | | | |
| January 1, 2015 | 328 | - | 27 | - | 1,100 | - | 1,455 | 435 | - | - | 1,890 |
| Revisions | (52) | - | (1) | - | 65 | - | 12 | 5 | - | - | 17 |
| Improved recovery | - | - | - | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - | - | - | - |
| Production | (22) | - | (1) | - | (88) | - | (111) | (26) | - | - | (137) |
| December 31, 2015 | 254 | - | 25 | - | 1,077 | - | 1,356 | 414 | - | - | 1,770 |
| Total liquids proved reserves at December 31, 2015 | 2,632 | 260 | 209 | 963 | 3,902 | 125 | 8,091 | 1,492 | 4,560 | 581 | 14,724 |

(1) Includes total proved reserves attributable to Imperial Oil Limited of 11 million barrels in 2013, 8 million barrels in 2014 and 7 million barrels in 2015, as well as proved developed reserves of 9 million barrels in 2013, 5 million barrels in 2014 and 4 million barrels in 2015, and in addition, proved undeveloped reserves of 2 million barrels in 2013, 3 million barrels in 2014 and 3 million in 2015, in which there is a 30.4 percent noncontrolling interest.

105

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves (continued)**

| | Crude Oil and Natural Gas Liquids | | | | | | | Bitumen | Synthetic Oil | |
| | United States | Canada/ South Amer. (1) | Europe | Africa | Asia | Australia/ Oceania | Total | Canada/ South Amer. (2) | Canada/ South Amer. (3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(millions of barrels)* | | | |
| Proved developed reserves, as of December 31, 2013 | | | | | | | | | | |
| Consolidated subsidiaries | 1,469 | 126 | 249 | 945 | 1,663 | 105 | 4,557 | 1,810 | 579 | 6,946 |
| Equity companies | 268 | - | 27 | - | 1,292 | - | 1,587 | - | - | 1,587 |
| | | | | | | | | | | |
| Proved undeveloped reserves, as of December 31, 2013 | | | | | | | | | | |
| Consolidated subsidiaries | 1,068 | 177 | 51 | 449 | 638 | 131 | 2,514 | 1,820 | - | 4,334 |
| Equity companies | 77 | - | 1 | - | 294 | - | 372 | - | - | 372 |
| Total liquids proved reserves at December 31, 2013 | 2,882 | 303 | 328 | 1,394 | 3,887 | 236 | 9,030 | 3,630 | 579 | 13,239 |
| | | | | | | | | | | |
| Proved developed reserves, as of December 31, 2014 | | | | | | | | | | |
| Consolidated subsidiaries | 1,502 | 111 | 205 | 894 | 1,615 | 112 | 4,439 | 2,122 | 534 | 7,095 |
| Equity companies | 269 | - | 26 | - | 1,188 | - | 1,483 | - | - | 1,483 |
| | | | | | | | | | | |
| Proved undeveloped reserves, as of December 31, 2014 | | | | | | | | | | |
| Consolidated subsidiaries | 1,234 | 190 | 42 | 401 | 651 | 99 | 2,617 | 2,111 | - | 4,728 |

**App. 127**

**Crude Oil, Natural Gas Liquids, Bitumen and Synthetic Oil Proved Reserves (continued)**

| | Crude Oil and Natural Gas Liquids | | | | | | | Bitumen | Synthetic Oil | |
| | United States | Canada/ South Amer. (1) | Europe | Africa | Asia | Australia/ Oceania | Total | Canada/ South Amer. (2) | Canada/ South Amer. (3) | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | *(millions of barrels)* | | | | | | |
| **Proved developed reserves, as of December 31, 2013** | | | | | | | | | | |
| Consolidated subsidiaries | 1,469 | 126 | 249 | 945 | 1,663 | 105 | 4,557 | 1,810 | 579 | 6,946 |
| Equity companies | 268 | - | 27 | - | 1,292 | - | 1,587 | - | - | 1,587 |
| | | | | | | | | | | |
| **Proved undeveloped reserves, as of December 31, 2013** | | | | | | | | | | |
| Consolidated subsidiaries | 1,068 | 177 | 51 | 449 | 638 | 131 | 2,514 | 1,820 | - | 4,334 |
| Equity companies | 77 | - | 1 | - | 294 | - | 372 | - | - | 372 |
| **Total liquids proved reserves at December 31, 2013** | 2,882 | 303 | 328 | 1,394 | 3,887 | 236 | 9,030 | 3,630 | 579 | 13,239 |
| | | | | | | | | | | |
| **Proved developed reserves, as of December 31, 2014** | | | | | | | | | | |
| Consolidated subsidiaries | 1,502 | 111 | 205 | 894 | 1,615 | 112 | 4,439 | 2,122 | 534 | 7,095 |
| Equity companies | 269 | - | 26 | - | 1,188 | - | 1,483 | - | - | 1,483 |
| | | | | | | | | | | |
| **Proved undeveloped reserves, as of December 31, 2014** | | | | | | | | | | |
| Consolidated subsidiaries | 1,234 | 190 | 42 | 401 | 651 | 99 | 2,617 | 2,111 | - | 4,728 |
| Equity companies | 75 | - | 1 | - | 331 | - | 407 | - | - | 407 |
| **Total liquids proved reserves at December 31, 2014** | 3,080 | 301 | 274 | 1,295 | 3,785 | 211 | 8,946 | 4,233 | 534 | 13,713 |
| | | | | | | | | | | |
| **Proved developed reserves, as of December 31, 2015** | | | | | | | | | | |
| Consolidated subsidiaries | 1,427 | 101 | 192 | 900 | 1,707 | 107 | 4,434 | 4,108 | 581 | 9,123 |
| Equity companies | 228 | - | 25 | - | 1,151 | - | 1,404 | - | - | 1,404 |
| | | | | | | | | | | |
| **Proved undeveloped reserves, as of December 31, 2015** | | | | | | | | | | |
| Consolidated subsidiaries | 1,619 | 174 | 34 | 230 | 1,239 | 83 | 3,379 | 452 | - | 3,831 |
| Equity companies | 39 | - | - | - | 327 | - | 366 | - | - | 366 |
| **Total liquids proved reserves at December 31, 2015** | 3,313 | 275 | 251 | 1,130 | 4,424 | 190 | 9,583 (4) | 4,560 | 581 | 14,724 |

(1) Includes total proved reserves attributable to Imperial Oil Limited of 62 million barrels in 2013, 46 million barrels in 2014 and 34 million barrels in 2015, as well as proved developed reserves of 55 million barrels in 2013, 36 million barrels in 2014 and 23 million barrels in 2015, and in addition, proved undeveloped reserves of 7 million barrels in 2013, 10 million barrels in 2014 and 11 million barrels in 2015, in which there is a 30.4 percent noncontrolling interest.

(2) Includes total proved reserves attributable to Imperial Oil Limited of 2,867 million barrels in 2013, 3,274 million barrels in 2014 and 3,515 million barrels in 2015, as well as proved developed reserves of 1,417 million barrels in 2013, 1,635 million barrels in 2014 and 3,063 million barrels in 2015, and in addition, proved undeveloped reserves of 1,450 million barrels in 2013, 1,639 million barrels in 2014 and 452 million barrels in 2015, in which there is a 30.4 percent noncontrolling interest.

(3) Includes total proved reserves attributable to Imperial Oil Limited of 579 million barrels in 2013, 534 million barrels in 2014 and 581 million barrels in 2015, as well as proved developed reserves of 579 million barrels in 2013, 534 million barrels in 2014 and 581 million barrels in 2015, in which there is a 30.4 percent noncontrolling interest.

(4) See previous pages for natural gas liquids proved reserves attributable to consolidated subsidiaries and equity companies. For additional information on natural gas liquids proved reserves see Item 2. Properties in ExxonMobil's 2015 Form 10-K.

106

**Natural Gas and Oil-Equivalent Proved Reserves**

| | Natural Gas | | | | | | | Oil-Equivalent Total All Products (2) |
| | United States | Canada/ South Amer. (1) | Europe | Africa | Asia | Australia/ Oceania | Total | |
|---|---|---|---|---|---|---|---|---|
| | | | | *(billions of cubic feet)* | | | | *(millions of oil-equivalent barrels)* |
| Net proved developed and undeveloped reserves of consolidated subsidiaries | | | | | | | | |

**App. 128**

**Natural Gas and Oil-Equivalent Proved Reserves**

| | United States | Canada/ South Amer. *(1)* | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products *(2)* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(billions of cubic feet)* | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2013 | 26,215 | 925 | 3,249 | 929 | 5,845 | 7,568 | 44,731 | 18,169 |
| Revisions | 79 | (56) | 61 | (22) | 364 | 86 | 512 | 693 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 153 | 522 | - | - | - | - | 675 | 170 |
| Sales | (106) | (8) | - | - | - | - | (114) | (43) |
| Extensions/discoveries | 1,083 | 2 | - | - | 14 | - | 1,099 | 724 |
| Production | (1,404) | (150) | (500) | (40) | (489) | (139) | (2,722) | (1,069) |
| December 31, 2013 | 26,020 | 1,235 | 2,810 | 867 | 5,734 | 7,515 | 44,181 | 18,644 |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2013 | 155 | - | 9,535 | - | 19,670 | - | 29,360 | 6,995 |
| Revisions | 135 | - | 58 | - | 9 | - | 202 | 77 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | 1 | - | 8 | - | - | - | 9 | 2 |
| Production | (10) | - | (717) | - | (1,165) | - | (1,892) | (502) |
| December 31, 2013 | 281 | - | 8,884 | - | 18,514 | - | 27,679 | 6,572 |
| Total proved reserves at December 31, 2013 | 26,301 | 1,235 | 11,694 | 867 | 24,248 | 7,515 | 71,860 | 25,216 |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2014 | 26,020 | 1,235 | 2,810 | 867 | 5,734 | 7,515 | 44,181 | 18,644 |
| Revisions | 49 | 80 | 49 | (21) | 173 | (38) | 292 | 906 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 60 | - | - | - | - | - | 60 | 63 |
| Sales | (314) | (48) | - | - | (3) | - | (365) | (111) |
| Extensions/discoveries | 1,518 | 91 | - | 7 | 4 | - | 1,620 | 583 |
| Production | (1,346) | (132) | (476) | (42) | (448) | (201) | (2,645) | (1,072) |
| December 31, 2014 | 25,987 | 1,226 | 2,383 | 811 | 5,460 | 7,276 | 43,143 | 19,013 |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2014 | 281 | - | 8,884 | - | 18,514 | - | 27,679 | 6,572 |
| Revisions | 5 | - | 117 | - | 110 | - | 232 | 105 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | - | - | - | - | - | - | - | 1 |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | 1 | - | - | - | - | - | 1 | 1 |
| Production | (15) | - | (583) | - | (1,119) | - | (1,717) | (423) |
| December 31, 2014 | 272 | - | 8,418 | - | 17,505 | - | 26,195 | 6,256 |
| Total proved reserves at December 31, 2014 | 26,259 | 1,226 | 10,801 | 811 | 22,965 | 7,276 | 69,338 | 25,269 |

*(See footnotes on next page)*

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ South Amer. *(1)* | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products *(2)* |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | *(billions of cubic feet)* | *(millions of oil-equivalent barrels)* |

**App. 129**

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ South Amer. (1) | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | *(billions of cubic feet)* | | | | *(millions of oil-equivalent barrels)* |
| **Net proved developed and undeveloped reserves of consolidated subsidiaries** | | | | | | | | |
| January 1, 2015 | 25,987 | 1,226 | 2,383 | 811 | 5,460 | 7,276 | 43,143 | 19,013 |
| Revisions | (6,693) | (45) | 63 | 25 | 303 | 23 | (6,324) | (595) |
| Improved recovery | - | - | - | - | - | - | - | 2 |
| Purchases | 182 | 29 | - | - | - | - | 211 | 246 |
| Sales | (9) | (5) | (56) | - | (89) | - | (159) | (39) |
| Extensions/discoveries | 1,167 | 34 | - | - | 102 | - | 1,303 | 1,405 |
| Production | (1,254) | (112) | (434) | (43) | (447) | (258) | (2,548) | (1,140) |
| December 31, 2015 | 19,380 | 1,127 | 1,956 | 793 | 5,329 | 7,041 | 35,626 | 18,892 |
| **Proportional interest in proved reserves of equity companies** | | | | | | | | |
| January 1, 2015 | 272 | - | 8,418 | - | 17,505 | - | 26,195 | 6,256 |
| Revisions | (38) | - | (83) | - | 86 | - | (35) | 11 |
| Improved recovery | - | - | - | - | - | - | - | - |
| Purchases | 1 | - | - | - | - | - | 1 | - |
| Sales | - | - | - | - | - | - | - | - |
| Extensions/discoveries | - | - | - | - | - | - | - | - |
| Production | (15) | - | (432) | - | (1,130) | - | (1,577) | (400) |
| December 31, 2015 | 220 | - | 7,903 | - | 16,461 | - | 24,584 | 5,867 |
| Total proved reserves at December 31, 2015 | 19,600 | 1,127 | 9,859 | 793 | 21,790 | 7,041 | 60,210 | 24,759 |

(1) Includes total proved reserves attributable to Imperial Oil Limited of 678 billion cubic feet in 2013, 627 billion cubic feet in 2014 and 583 billion cubic feet in 2015, as well as proved developed reserves of 368 billion cubic feet in 2013, 300 billion cubic feet in 2014 and 283 billion cubic feet in 2015, and in addition, proved undeveloped reserves of 310 billion cubic feet in 2013, 327 billion cubic feet in 2014 and 300 billion cubic feet in 2015, in which there is a 30.4 percent noncontrolling interest.

(2) Natural gas is converted to oil-equivalent basis at six million cubic feet per one thousand barrels.

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ South Amer. (1) | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products (2) |
|---|---|---|---|---|---|---|---|---|
| | | | | *(billions of cubic feet)* | | | | *(millions of oil-equivalent barrels)* |
| **Proved developed reserves, as of December 31, 2013** | | | | | | | | |
| Consolidated subsidiaries | 14,655 | 664 | 2,189 | 779 | 5,241 | 969 | 24,497 | 11,029 |
| Equity companies | 197 | - | 6,852 | - | 17,288 | - | 24,337 | 5,643 |
| **Proved undeveloped reserves, as of December 31, 2013** | | | | | | | | |
| Consolidated subsidiaries | 11,365 | 571 | 621 | 88 | 493 | 6,546 | 19,684 | 7,615 |
| Equity companies | 84 | - | 2,032 | - | 1,226 | - | 3,342 | 929 |
| Total proved reserves at December 31, 2013 | 26,301 | 1,235 | 11,694 | 867 | 24,248 | 7,515 | 71,860 | 25,216 |
| **Proved developed reserves, as of December 31, 2014** | | | | | | | | |
| Consolidated subsidiaries | 14,169 | 615 | 1,870 | 764 | 5,031 | 2,179 | 24,628 | 11,199 |
| Equity companies | 194 | - | 6,484 | - | 16,305 | - | 22,983 | 5,314 |

Proved undeveloped reserves, as of

**App. 130**

**Natural Gas and Oil-Equivalent Proved Reserves (continued)**

| | United States | Canada/ South Amer. *(1)* | Europe | Africa | Asia | Australia/ Oceania | Total | Oil-Equivalent Total All Products *(2)* |
|---|---|---|---|---|---|---|---|---|
| | | | *(billions of cubic feet)* | | | | | *(millions of oil-equivalent barrels)* |
| Proved developed reserves, as of December 31, 2013 | | | | | | | | |
| Consolidated subsidiaries | 14,655 | 664 | 2,189 | 779 | 5,241 | 969 | 24,497 | 11,029 |
| Equity companies | 197 | - | 6,852 | - | 17,288 | - | 24,337 | 5,643 |
| Proved undeveloped reserves, as of December 31, 2013 | | | | | | | | |
| Consolidated subsidiaries | 11,365 | 571 | 621 | 88 | 493 | 6,546 | 19,684 | 7,615 |
| Equity companies | 84 | - | 2,032 | - | 1,226 | - | 3,342 | 929 |
| Total proved reserves at December 31, 2013 | 26,301 | 1,235 | 11,694 | 867 | 24,248 | 7,515 | 71,860 | 25,216 |
| Proved developed reserves, as of December 31, 2014 | | | | | | | | |
| Consolidated subsidiaries | 14,169 | 615 | 1,870 | 764 | 5,031 | 2,179 | 24,628 | 11,199 |
| Equity companies | 194 | - | 6,484 | - | 16,305 | - | 22,983 | 5,314 |
| Proved undeveloped reserves, as of December 31, 2014 | | | | | | | | |
| Consolidated subsidiaries | 11,818 | 611 | 513 | 47 | 429 | 5,097 | 18,515 | 7,814 |
| Equity companies | 78 | - | 1,934 | - | 1,200 | - | 3,212 | 942 |
| Total proved reserves at December 31, 2014 | 26,259 | 1,226 | 10,801 | 811 | 22,965 | 7,276 | 69,338 | 25,269 |
| Proved developed reserves, as of December 31, 2015 | | | | | | | | |
| Consolidated subsidiaries | 13,353 | 552 | 1,593 | 750 | 4,917 | 1,962 | 23,127 | 12,977 |
| Equity companies | 156 | - | 6,146 | - | 15,233 | - | 21,535 | 4,993 |
| Proved undeveloped reserves, as of December 31, 2015 | | | | | | | | |
| Consolidated subsidiaries | 6,027 | 575 | 363 | 43 | 412 | 5,079 | 12,499 | 5,915 |
| Equity companies | 64 | - | 1,757 | - | 1,228 | - | 3,049 | 874 |
| Total proved reserves at December 31, 2015 | 19,600 | 1,127 | 9,859 | 793 | 21,790 | 7,041 | 60,210 | 24,759 |

*(See footnotes on previous page)*

109

---

**Standardized Measure of Discounted Future Cash Flows**

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| Standardized Measure of Discounted Future Cash Flows | United States | Canada/ South America *(1)* | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| Consolidated Subsidiaries | | | | | | | |
| As of December 31, 2013 | | | | | | | |
| Future cash inflows from sales of oil and gas | 276,051 | 293,377 | 58,235 | 146,407 | 245,482 | 87,808 | 1,107,360 |

**App. 131**

**Standardized Measure of Discounted Future Cash Flows**

As required by the Financial Accounting Standards Board, the standardized measure of discounted future net cash flows is computed by applying first-day-of-the-month average prices, year-end costs and legislated tax rates and a discount factor of 10 percent to net proved reserves. The standardized measure includes costs for future dismantlement, abandonment and rehabilitation obligations. The Corporation believes the standardized measure does not provide a reliable estimate of the Corporation's expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its proved oil and gas reserves. The standardized measure is prepared on the basis of certain prescribed assumptions including first-day-of-the-month average prices, which represent discrete points in time and therefore may cause significant variability in cash flows from year to year as prices change.

| Standardized Measure of Discounted Future Cash Flows | United States | Canada/ South America (1) | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | |
| Consolidated Subsidiaries | | | | | | | |
| As of December 31, 2013 | | | | | | | |
| Future cash inflows from sales of oil and gas | 276,051 | 293,377 | 58,235 | 146,407 | 245,482 | 87,808 | 1,107,360 |
| Future production costs | 113,571 | 106,884 | 18,053 | 30,960 | 57,328 | 22,507 | 349,303 |
| Future development costs | 40,702 | 43,102 | 15,215 | 14,300 | 10,666 | 10,191 | 134,176 |
| Future income tax expenses | 50,144 | 31,901 | 17,186 | 53,766 | 117,989 | 16,953 | 287,939 |
| Future net cash flows | 71,634 | 111,490 | 7,781 | 47,381 | 59,499 | 38,157 | 335,942 |
| Effect of discounting net cash flows at 10% | 42,336 | 78,700 | 1,278 | 18,406 | 34,878 | 21,266 | 196,864 |
| Discounted future net cash flows | 29,298 | 32,790 | 6,503 | 28,975 | 24,621 | 16,891 | 139,078 |
| | | | | | | | |
| Equity Companies | | | | | | | |
| As of December 31, 2013 | | | | | | | |
| Future cash inflows from sales of oil and gas | 34,957 | - | 82,539 | - | 324,666 | - | 442,162 |
| Future production costs | 8,231 | - | 60,518 | - | 107,656 | - | 176,405 |
| Future development costs | 3,675 | - | 2,994 | - | 8,756 | - | 15,425 |
| Future income tax expenses | - | - | 7,237 | - | 70,887 | - | 78,124 |
| Future net cash flows | 23,051 | - | 11,790 | - | 137,367 | - | 172,208 |
| Effect of discounting net cash flows at 10% | 12,994 | - | 5,549 | - | 72,798 | - | 91,341 |
| Discounted future net cash flows | 10,057 | - | 6,241 | - | 64,569 | - | 80,867 |
| | | | | | | | |
| Total consolidated and equity interests in standardized measure of discounted future net cash flows | 39,355 | 32,790 | 12,744 | 28,975 | 89,190 | 16,891 | 219,945 |

(1)  Includes discounted future net cash flows attributable to Imperial Oil Limited of $25,160 million in 2013, in which there is a 30.4 percent noncontrolling interest.

110

| Standardized Measure of Discounted Future Cash Flows (continued) | United States | Canada/ South America (1) | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | | *(millions of dollars)* | | | |
| Consolidated Subsidiaries | | | | | | | |
| As of December 31, 2014 | | | | | | | |
| Future cash inflows from sales of oil and gas | 283,767 | 354,223 | 42,882 | 125,125 | 224,885 | 78,365 | 1,109,247 |
| Future production costs | 116,929 | 140,368 | 14,358 | 27,917 | 57,562 | 20,467 | 377,601 |
| Future development costs | 42,276 | 48,525 | 13,000 | 14,603 | 12,591 | 8,956 | 139,951 |
| Future income tax expenses | 49,807 | 36,787 | 10,651 | 44,977 | 102,581 | 15,050 | 259,853 |
| Future net cash flows | 74,755 | 128,543 | 4,873 | 37,628 | 52,151 | 33,892 | 331,842 |
| Effect of discounting net cash flows at 10% | 44,101 | 87,799 | (52) | 13,831 | 30,173 | 17,326 | 193,178 |
| Discounted future net cash flows | 30,654 | 40,744 | 4,925 | 23,797 | 21,978 | 16,566 | 138,664 |
| | | | | | | | |
| Equity Companies | | | | | | | |
| As of December 31, 2014 | | | | | | | |
| Future cash inflows from sales of oil and gas | 31,924 | - | 71,031 | - | 286,124 | - | 389,079 |
| Future production costs | 8,895 | - | 50,826 | - | 99,193 | - | 158,914 |
| Future development costs | 3,386 | - | 2,761 | - | 11,260 | - | 17,407 |
| Future income tax expenses | - | - | 6,374 | - | 59,409 | - | 65,783 |
| Future net cash flows | 19,643 | - | 11,070 | - | 116,262 | - | 146,975 |

**App. 132**

| Standardized Measure of Discounted Future Cash Flows (continued) | United States | Canada/ South America (1) | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| | | | *(millions of dollars)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2014 | | | | | | | |
| Future cash inflows from sales of oil and gas | 283,767 | 354,223 | 42,882 | 125,125 | 224,885 | 78,365 | 1,109,247 |
| Future production costs | 116,929 | 140,368 | 14,358 | 27,917 | 57,562 | 20,467 | 377,601 |
| Future development costs | 42,276 | 48,525 | 13,000 | 14,603 | 12,591 | 8,956 | 139,951 |
| Future income tax expenses | 49,807 | 36,787 | 10,651 | 44,977 | 102,581 | 15,050 | 259,853 |
| Future net cash flows | 74,755 | 128,543 | 4,873 | 37,628 | 52,151 | 33,892 | 331,842 |
| Effect of discounting net cash flows at 10% | 44,101 | 87,799 | (52) | 13,831 | 30,173 | 17,326 | 193,178 |
| Discounted future net cash flows | 30,654 | 40,744 | 4,925 | 23,797 | 21,978 | 16,566 | 138,664 |
| **Equity Companies** | | | | | | | |
| As of December 31, 2014 | | | | | | | |
| Future cash inflows from sales of oil and gas | 31,924 | - | 71,031 | - | 286,124 | - | 389,079 |
| Future production costs | 8,895 | - | 50,826 | - | 99,193 | - | 158,914 |
| Future development costs | 3,386 | - | 2,761 | - | 11,260 | - | 17,407 |
| Future income tax expenses | - | - | 6,374 | - | 59,409 | - | 65,783 |
| Future net cash flows | 19,643 | - | 11,070 | - | 116,262 | - | 146,975 |
| Effect of discounting net cash flows at 10% | 10,970 | - | 5,534 | - | 61,550 | - | 78,054 |
| Discounted future net cash flows | 8,673 | - | 5,536 | - | 54,712 | - | 68,921 |
| **Total consolidated and equity interests in standardized measure of discounted future net cash flows** | 39,327 | 40,744 | 10,461 | 23,797 | 76,690 | 16,566 | 207,585 |
| **Consolidated Subsidiaries** | | | | | | | |
| As of December 31, 2015 | | | | | | | |
| Future cash inflows from sales of oil and gas | 144,910 | 176,452 | 23,330 | 57,702 | 156,378 | 29,535 | 588,307 |
| Future production costs | 82,678 | 115,285 | 8,735 | 17,114 | 50,745 | 8,889 | 283,446 |
| Future development costs | 35,016 | 36,923 | 11,332 | 11,170 | 15,371 | 8,237 | 118,049 |
| Future income tax expenses | 5,950 | 3,042 | 1,780 | 14,018 | 62,353 | 5,012 | 92,155 |
| Future net cash flows | 21,266 | 21,202 | 1,483 | 15,400 | 27,909 | 7,397 | 94,657 |
| Effect of discounting net cash flows at 10% | 13,336 | 13,415 | (945) | 5,226 | 17,396 | 3,454 | 51,882 |
| Discounted future net cash flows | 7,930 | 7,787 | 2,428 | 10,174 | 10,513 | 3,943 | 42,775 |
| **Equity Companies** | | | | | | | |
| As of December 31, 2015 | | | | | | | |
| Future cash inflows from sales of oil and gas | 13,065 | - | 49,061 | - | 143,692 | - | 205,818 |
| Future production costs | 6,137 | - | 35,409 | - | 57,080 | - | 98,626 |
| Future development costs | 2,903 | - | 2,190 | - | 12,796 | - | 17,889 |
| Future income tax expenses | - | - | 4,027 | - | 24,855 | - | 28,882 |
| Future net cash flows | 4,025 | - | 7,435 | - | 48,961 | - | 60,421 |
| Effect of discounting net cash flows at 10% | 1,936 | - | 4,287 | - | 26,171 | - | 32,394 |
| Discounted future net cash flows | 2,089 | - | 3,148 | - | 22,790 | - | 28,027 |
| **Total consolidated and equity interests in standardized measure of discounted future net cash flows** | 10,019 | 7,787 | 5,576 | 10,174 | 33,303 | 3,943 | 70,802 |

(1)  Includes discounted future net cash flows attributable to Imperial Oil Limited of $30,189 million in 2014 and $5,607 million in 2015, in which there is a 30.4 percent noncontrolling interest.

111

**Change in Standardized Measure of Discounted Future Net Cash Flows Relating to Proved Oil and Gas Reserves**

| Consolidated and Equity Interests | 2013 | | |
|---|---|---|---|
| | Consolidated | Share of Equity Method | Total Consolidated and Equity |

**App. 133**

**Change in Standardized Measure of Discounted Future Net Cash Flows Relating to Proved Oil and Gas Reserves**

**Consolidated and Equity Interests**

| | 2013 | | |
| --- | --- | --- | --- |
| | Consolidated Subsidiaries | Share of Equity Method Investees | Total Consolidated and Equity Interests |
| | *(millions of dollars)* | | |
| Discounted future net cash flows as of December 31, 2012 | 137,549 | 87,238 | 224,787 |
| Value of reserves added during the year due to extensions, discoveries, improved recovery and net purchases less related costs | 11,928 | 48 | 11,976 |
| Changes in value of previous-year reserves due to: | | | |
| Sales and transfers of oil and gas produced during the year, net of production (lifting) costs | (48,742) | (23,757) | (72,499) |
| Development costs incurred during the year | 24,821 | 1,389 | 26,210 |
| Net change in prices, lifting and development costs | (32,423) | (5,296) | (37,719) |
| Revisions of previous reserves estimates | 24,353 | 4,960 | 29,313 |
| Accretion of discount | 20,596 | 9,830 | 30,426 |
| Net change in income taxes | 996 | 6,455 | 7,451 |
| Total change in the standardized measure during the year | 1,529 | (6,371) | (4,842) |
| Discounted future net cash flows as of December 31, 2013 | 139,078 | 80,867 | 219,945 |

**Consolidated and Equity Interests**

| | 2014 | | |
| --- | --- | --- | --- |
| | Consolidated Subsidiaries | Share of Equity Method Investees | Total Consolidated and Equity Interests |
| | *(millions of dollars)* | | |
| Discounted future net cash flows as of December 31, 2013 | 139,078 | 80,867 | 219,945 |
| Value of reserves added during the year due to extensions, discoveries, improved recovery and net purchases less related costs | 3,497 | 94 | 3,591 |
| Changes in value of previous-year reserves due to: | | | |
| Sales and transfers of oil and gas produced during the year, net of production (lifting) costs | (44,446) | (18,366) | (62,812) |
| Development costs incurred during the year | 24,189 | 1,453 | 25,642 |
| Net change in prices, lifting and development costs | (50,672) | (13,165) | (63,837) |
| Revisions of previous reserves estimates | 35,072 | 3,298 | 38,370 |
| Accretion of discount | 20,098 | 8,987 | 29,085 |
| Net change in income taxes | 11,848 | 5,753 | 17,601 |
| Total change in the standardized measure during the year | (414) | (11,946) | (12,360) |
| Discounted future net cash flows as of December 31, 2014 | 138,664 | 68,921 | 207,585 |

112

**Change in Standardized Measure of Discounted Future Net Cash Flows Relating to Proved Oil and Gas Reserves**

**Consolidated and Equity Interests (continued)**

| | 2015 | | |
| --- | --- | --- | --- |
| | Consolidated Subsidiaries | Share of Equity Method Investees | Total Consolidated and Equity Interests |
| | *(millions of dollars)* | | |
| Discounted future net cash flows as of December 31, 2014 | 138,664 | 68,921 | 207,585 |

**App. 134**

**Change in Standardized Measure of Discounted Future Net Cash Flows Relating to Proved Oil and Gas Reserves**

| Consolidated and Equity Interests (continued) | 2015 | | |
|---|---|---|---|
| | Consolidated Subsidiaries | Share of Equity Method Investees | Total Consolidated and Equity Interests |
| | *(millions of dollars)* | | |
| Discounted future net cash flows as of December 31, 2014 | 138,664 | 68,921 | 207,585 |
| Value of reserves added during the year due to extensions, discoveries, improved recovery and net purchases less related costs | 5,678 | - | 5,678 |
| Changes in value of previous-year reserves due to: | | | |
| Sales and transfers of oil and gas produced during the year, net of production (lifting) costs | (20,694) | (9,492) | (30,186) |
| Development costs incurred during the year | 18,359 | 1,198 | 19,557 |
| Net change in prices, lifting and development costs | (203,224) | (57,478) | (260,702) |
| Revisions of previous reserves estimates | 6,888 | (134) | 6,754 |
| Accretion of discount | 17,828 | 7,257 | 25,085 |
| Net change in income taxes | 79,276 | 17,755 | 97,031 |
| Total change in the standardized measure during the year | (95,889) | (40,894) | (136,783) |
| Discounted future net cash flows as of December 31, 2015 | 42,775 | 28,027 | 70,802 |

113

**OPERATING SUMMARY (unaudited)**

| | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| Production of crude oil, natural gas liquids, bitumen and synthetic oil | | | | | |
| Net production | *(thousands of barrels daily)* | | | | |
| United States | 476 | 454 | 431 | 418 | 423 |
| Canada/South America | 402 | 301 | 280 | 251 | 252 |
| Europe | 204 | 184 | 190 | 207 | 270 |
| Africa | 529 | 489 | 469 | 487 | 508 |
| Asia | 684 | 624 | 784 | 772 | 808 |
| Australia/Oceania | 50 | 59 | 48 | 50 | 51 |
| Worldwide | 2,345 | 2,111 | 2,202 | 2,185 | 2,312 |
| Natural gas production available for sale | | | | | |
| Net production | *(millions of cubic feet daily)* | | | | |
| United States | 3,147 | 3,404 | 3,545 | 3,822 | 3,917 |
| Canada/South America | 261 | 310 | 354 | 362 | 412 |
| Europe | 2,286 | 2,816 | 3,251 | 3,220 | 3,448 |
| Africa | 5 | 4 | 6 | 17 | 7 |
| Asia | 4,139 | 4,099 | 4,329 | 4,538 | 5,047 |
| Australia/Oceania | 677 | 512 | 351 | 363 | 331 |
| Worldwide | 10,515 | 11,145 | 11,836 | 12,322 | 13,162 |
| | *(thousands of oil-equivalent barrels daily)* | | | | |
| Oil-equivalent production *(1)* | 4,097 | 3,969 | 4,175 | 4,239 | 4,506 |
| Refinery throughput | *(thousands of barrels daily)* | | | | |
| United States | 1,709 | 1,809 | 1,819 | 1,816 | 1,784 |
| Canada | 386 | 394 | 426 | 435 | 430 |
| Europe | 1,496 | 1,454 | 1,400 | 1,504 | 1,528 |
| Asia Pacific | 647 | 628 | 779 | 998 | 1,180 |
| Other Non-U.S. | 194 | 191 | 161 | 261 | 292 |
| Worldwide | 4,432 | 4,476 | 4,585 | 5,014 | 5,214 |
| Petroleum product sales *(2)* | | | | | |
| United States | 2,521 | 2,655 | 2,609 | 2,569 | 2,530 |
| Canada | 488 | 496 | 464 | 453 | 455 |
| Europe | 1,542 | 1,555 | 1,497 | 1,571 | 1,596 |

**App. 135**

**OPERATING SUMMARY (unaudited)**

| | 2015 | 2014 | 2013 | 2012 | 2011 |
|---|---|---|---|---|---|
| Production of crude oil, natural gas liquids, bitumen and synthetic oil | | | | | |
| Net production | *(thousands of barrels daily)* | | | | |
| United States | 476 | 454 | 431 | 418 | 423 |
| Canada/South America | 402 | 301 | 280 | 251 | 252 |
| Europe | 204 | 184 | 190 | 207 | 270 |
| Africa | 529 | 489 | 469 | 487 | 508 |
| Asia | 684 | 624 | 784 | 772 | 808 |
| Australia/Oceania | 50 | 59 | 48 | 50 | 51 |
| Worldwide | 2,345 | 2,111 | 2,202 | 2,185 | 2,312 |
| | | | | | |
| Natural gas production available for sale | | | | | |
| Net production | *(millions of cubic feet daily)* | | | | |
| United States | 3,147 | 3,404 | 3,545 | 3,822 | 3,917 |
| Canada/South America | 261 | 310 | 354 | 362 | 412 |
| Europe | 2,286 | 2,816 | 3,251 | 3,220 | 3,448 |
| Africa | 5 | 4 | 6 | 17 | 7 |
| Asia | 4,139 | 4,099 | 4,329 | 4,538 | 5,047 |
| Australia/Oceania | 677 | 512 | 351 | 363 | 331 |
| Worldwide | 10,515 | 11,145 | 11,836 | 12,322 | 13,162 |
| | | | | | |
| | *(thousands of oil-equivalent barrels daily)* | | | | |
| Oil-equivalent production *(1)* | 4,097 | 3,969 | 4,175 | 4,239 | 4,506 |
| | | | | | |
| Refinery throughput | *(thousands of barrels daily)* | | | | |
| United States | 1,709 | 1,809 | 1,819 | 1,816 | 1,784 |
| Canada | 386 | 394 | 426 | 435 | 430 |
| Europe | 1,496 | 1,454 | 1,400 | 1,504 | 1,528 |
| Asia Pacific | 647 | 628 | 779 | 998 | 1,180 |
| Other Non-U.S. | 194 | 191 | 161 | 261 | 292 |
| Worldwide | 4,432 | 4,476 | 4,585 | 5,014 | 5,214 |
| Petroleum product sales *(2)* | | | | | |
| United States | 2,521 | 2,655 | 2,609 | 2,569 | 2,530 |
| Canada | 488 | 496 | 464 | 453 | 455 |
| Europe | 1,542 | 1,555 | 1,497 | 1,571 | 1,596 |
| Asia Pacific and other Eastern Hemisphere | 1,124 | 1,085 | 1,206 | 1,381 | 1,556 |
| Latin America | 79 | 84 | 111 | 200 | 276 |
| Worldwide | 5,754 | 5,875 | 5,887 | 6,174 | 6,413 |
| Gasoline, naphthas | 2,363 | 2,452 | 2,418 | 2,489 | 2,541 |
| Heating oils, kerosene, diesel oils | 1,924 | 1,912 | 1,838 | 1,947 | 2,019 |
| Aviation fuels | 413 | 423 | 462 | 473 | 492 |
| Heavy fuels | 377 | 390 | 431 | 515 | 588 |
| Specialty petroleum products | 677 | 698 | 738 | 750 | 773 |
| Worldwide | 5,754 | 5,875 | 5,887 | 6,174 | 6,413 |
| | | | | | |
| Chemical prime product sales *(2)(3)* | *(thousands of metric tons)* | | | | |
| United States | 9,664 | 9,528 | 9,679 | 9,381 | 9,250 |
| Non-U.S. | 15,049 | 14,707 | 14,384 | 14,776 | 15,756 |
| Worldwide | 24,713 | 24,235 | 24,063 | 24,157 | 25,006 |

*Operating statistics include 100 percent of operations of majority-owned subsidiaries; for other companies, crude production, gas, petroleum product and chemical prime product sales include ExxonMobil's ownership percentage and refining throughput includes quantities processed for ExxonMobil. Net production excludes royalties and quantities due others when produced, whether payment is made in kind or cash.*

(1)  *Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.*

(2)  *Petroleum product and chemical prime product sales data reported net of purchases/sales contracts with the same counterparty.*

(3)  *Prime product sales are total product sales excluding carbon black oil and sulfur. Prime product sales include ExxonMobil's share of equity company volumes and finished-product transfers to the Downstream.*

114

**App. 136**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EXXON MOBIL CORPORATION

By:        /s/   REX W. TILLERSON
(Rex W. Tillerson,
Chairman of the Board)

Dated February 24, 2016

**POWER OF ATTORNEY**

Each person whose signature appears below constitutes and appoints Randall M. Ebner, Stephen A. Littleton and Jeffrey S. Lynn and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated and on February 24, 2016.

| | |
|---|---|
| /s/   REX W. TILLERSON<br>(Rex W. Tillerson) | Chairman of the Board<br>(Principal Executive Officer) |
| /s/   MICHAEL J. BOSKIN<br>(Michael J. Boskin) | Director |
| /s/   PETER BRABECK-LETMATHE<br>(Peter Brabeck-Letmathe) | Director |
| /s/   URSULA M. BURNS<br>(Ursula M. Burns) | Director |
| /s/   LARRY R. FAULKNER<br>(Larry R. Faulkner) | Director |

115

| | |
|---|---|
| /s/   JAY S. FISHMAN<br>(Jay S. Fishman) | Director |
| /s/   HENRIETTA H. FORE | Director |

**App. 137**

| /s/   JAY S. FISHMAN | Director |
|---|---|
| (Jay S. Fishman) | |

| /s/   HENRIETTA H. FORE | Director |
|---|---|
| (Henrietta H. Fore) | |

| /s/   KENNETH C. FRAZIER | Director |
|---|---|
| (Kenneth C. Frazier) | |

| /s/   DOUGLAS R. OBERHELMAN | Director |
|---|---|
| (Douglas R. Oberhelman) | |

| /s/   SAMUEL J. PALMISANO | Director |
|---|---|
| (Samuel J. Palmisano) | |

| /s/   STEVEN S REINEMUND | Director |
|---|---|
| (Steven S Reinemund) | |

| /s/   WILLIAM C. WELDON | Director |
|---|---|
| (William C. Weldon) | |

| /s/   DARREN W. WOODS | Director |
|---|---|
| (Darren W. Woods) | |

| /s/   ANDREW P. SWIGER | Senior Vice President (Principal Financial Officer) |
|---|---|
| (Andrew P. Swiger) | |

| /s/   DAVID S. ROSENTHAL | Vice President and Controller (Principal Accounting Officer) |
|---|---|
| (David S. Rosenthal) | |

116

---

**INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| 3(i) | Restated Certificate of Incorporation, as restated November 30, 1999, and as further amended effective June 20, 2001. |
| 3(ii) | By-Laws, as revised to April 27, 2011. |
| 10(iii)(a.1) | 2003 Incentive Program, as approved by shareholders May 28, 2003 (incorporated by reference to Exhibit 10(iii)(a.1) to the Registrant's Annual Report on Form 10-K for 2012).* |
| 10(iii)(a.2) | Extended Provisions for Restricted Stock Agreements (incorporated by reference to Exhibit 99.2 to the Registrant's Report on Form 8-K of November 28, 2012).* |
| 10(iii)(a.3) | Extended Provisions for Restricted Stock Unit Agreements – Settlement in Shares.* |
| 10(iii)(a.4) | Standard Provisions for Restricted Stock Unit Agreements – Settlement in Cash (incorporated by reference to Exhibit 10(iii)(a.4) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(b.1) | Short Term Incentive Program, as amended (incorporated by reference to Exhibit 10(iii)(b.1) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(b.2) | Earnings Bonus Unit instrument.* |
| 10(iii)(c.1) | ExxonMobil Supplemental Savings Plan (incorporated by reference to Exhibit 10(iii)(c.1) to the Registrant's Annual Report on Form 10-K for |

**App. 138**

**INDEX TO EXHIBITS**

| Exhibit | Description |
|---|---|
| 3(i) | Restated Certificate of Incorporation, as restated November 30, 1999, and as further amended effective June 20, 2001. |
| 3(ii) | By-Laws, as revised to April 27, 2011. |
| 10(iii)(a.1) | 2003 Incentive Program, as approved by shareholders May 28, 2003 (incorporated by reference to Exhibit 10(iii)(a.1) to the Registrant's Annual Report on Form 10-K for 2012).* |
| 10(iii)(a.2) | Extended Provisions for Restricted Stock Agreements (incorporated by reference to Exhibit 99.2 to the Registrant's Report on Form 8-K of November 28, 2012).* |
| 10(iii)(a.3) | Extended Provisions for Restricted Stock Unit Agreements – Settlement in Shares.* |
| 10(iii)(a.4) | Standard Provisions for Restricted Stock Unit Agreements – Settlement in Cash (incorporated by reference to Exhibit 10(iii)(a.4) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(b.1) | Short Term Incentive Program, as amended (incorporated by reference to Exhibit 10(iii)(b.1) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(b.2) | Earnings Bonus Unit instrument.* |
| 10(iii)(c.1) | ExxonMobil Supplemental Savings Plan (incorporated by reference to Exhibit 10(iii)(c.1) to the Registrant's Annual Report on Form 10-K for 2014).* |
| 10(iii)(c.2) | ExxonMobil Supplemental Pension Plan (incorporated by reference to Exhibit 10(iii)(c.2) to the Registrant's Annual Report on Form 10-K for 2014).* |
| 10(iii)(c.3) | ExxonMobil Additional Payments Plan (incorporated by reference to Exhibit 10(iii)(c.3) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(d) | ExxonMobil Executive Life Insurance and Death Benefit Plan (incorporated by reference to Exhibit 10(iii)(d) to the Registrant's Annual Report on Form 10-K for 2011).* |
| 10(iii)(f.1) | 2004 Non-Employee Director Restricted Stock Plan (incorporated by reference to Exhibit 10(iii)(f.1) to the Registrant's Annual Report on Form 10-K for 2013).* |
| 10(iii)(f.2) | Standing resolution for non-employee director restricted grants dated September 26, 2007 (incorporated by reference to Exhibit 10(iii)(f.2) to the Registrant's Quarterly Report on Form 10-Q for the quarter ended September 30, 2012).* |
| 10(iii)(f.3) | Form of restricted stock grant letter for non-employee directors (incorporated by reference to Exhibit 10(iii)(f.3) to the Registrant's Annual Report on Form 10-K for 2014).* |
| 10(iii)(f.4) | Standing resolution for non-employee director cash fees dated October 26, 2011.* |
| 12 | Computation of ratio of earnings to fixed charges. |
| 14 | Code of Ethics and Business Conduct (incorporated by reference to Exhibit 14 to the Registrant's Annual Report on Form 10-K for 2013). |
| 21 | Subsidiaries of the registrant. |
| 23 | Consent of PricewaterhouseCoopers LLP, Independent Registered Public Accounting Firm. |
| 31.1 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Chief Executive Officer. |
| 31.2 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Financial Officer. |
| 31.3 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Accounting Officer. |

117

**INDEX TO EXHIBITS – (continued)**

| Exhibit | Description |
|---|---|
| 32.1 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Chief Executive Officer. |
| 32.2 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Financial Officer. |
| 32.3 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Accounting Officer. |
| 101 | Interactive data files. |

**App. 139**

**INDEX TO EXHIBITS – (continued)**

| Exhibit | Description |
|---|---|
| 32.1 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Chief Executive Officer. |
| 32.2 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Financial Officer. |
| 32.3 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Accounting Officer. |
| 101 | Interactive data files. |

\* Compensatory plan or arrangement required to be identified pursuant to Item 15(a)(3) of this Annual Report on Form 10-K.

The registrant has not filed with this report copies of the instruments defining the rights of holders of long-term debt of the registrant and its subsidiaries for which consolidated or unconsolidated financial statements are required to be filed. The registrant agrees to furnish a copy of any such instrument to the Securities and Exchange Commission upon request.

118

**App. 140**

# Exhibit 3

*News Release*

**EXHIBIT 99.1**

ExxonMobil

**Exxon Mobil Corporation**
5959 Las Colinas Boulevard
Irving, TX 75039
972 444 1107 Telephone
972 444 1138 Facsimile

FOR IMMEDIATE RELEASE
FRIDAY, OCTOBER 28, 2016

### ExxonMobil Earns $2.7 Billion in Third Quarter of 2016

- Cash generation supported by integrated portfolio
- Continued focus on business fundamentals and strategic investments
- Chemical and Downstream results reflect diverse product portfolio, integrated manufacturing sites

| | Third Quarter | | | Nine Months | | |
|---|---|---|---|---|---|---|
| | **2016** | 2015 | % | **2016** | 2015 | % |
| **Earnings Summary** | | | | | | |
| *(Dollars in millions, except per share data)* | | | | | | |
| Earnings | **2,650** | 4,240 | -38 | **6,160** | 13,370 | -54 |
| Earnings Per Common Share | | | | | | |
| Assuming Dilution | **0.63** | 1.01 | -38 | **1.47** | 3.18 | -54 |
| Capital and Exploration | | | | | | |
| Expenditures | **4,190** | 7,670 | -45 | **14,475** | 23,635 | -39 |

IRVING, Texas – October 28, 2016 – Exxon Mobil Corporation today announced estimated third quarter 2016 earnings of $2.7 billion, or $0.63 per diluted share, compared with $4.2 billion a year earlier. Results reflect lower refining margins and commodity prices.

"ExxonMobil's integrated business continues to deliver solid results," said Rex W. Tillerson, chairman and chief executive officer. "While the operating environment remains challenging, the company continues to focus on capturing efficiencies, advancing strategic investments, and creating long-term shareholder value."

During the quarter, Upstream earnings were $620 million. Volumes for the quarter declined 3 percent to 3.8 million oil-equivalent barrels per day compared with a year ago, due to unplanned downtime, primarily in Nigeria, and field decline partially offset by increased production from recent project start-ups.

Third quarter Chemical earnings of $1.2 billion, comparable with prior year results, reflect higher maintenance costs, partially offset by increased specialty product sales. Downstream earnings declined to $1.2 billion primarily due to weaker refining margins.

During the quarter, capital and exploration expenses were reduced by 45 percent to $4.2 billion.

The corporation distributed $3.1 billion in dividends to shareholders in the third quarter.

**Third Quarter 2016 Highlights**

**App. 141**

**Third Quarter 2016 Highlights**

- Earnings of $2.7 billion decreased $1.6 billion, or 38 percent, from the third quarter of 2015.

- Earnings per share assuming dilution were $0.63.

- Cash flow from operations and asset sales was $6.3 billion, including proceeds associated with asset sales of $1 billion.

- Capital and exploration expenditures were $4.2 billion, down 45 percent from the third quarter of 2015.

- Oil-equivalent production was 3.8 million oil-equivalent barrels per day, with liquids down 5.1 percent and natural gas up 0.8 percent.

- The corporation distributed $3.1 billion in dividends to shareholders.

- Dividends per share of $0.75 increased 2.7 percent compared with the third quarter of 2015.

- ExxonMobil and InterOil Corporation announced an agreed transaction worth more than $2.5 billion, under which ExxonMobil will acquire all of the outstanding shares of InterOil. The acquisition will give ExxonMobil access to InterOil's resource base, which includes interests in six licenses in Papua New Guinea covering about four million acres. The transaction is pending the outcome of a shareholder appeal of the court decision approving the transaction.

- ExxonMobil Kazakhstan Ventures Inc., a 25 percent shareholder in Tengizchevroil LLP, has approved the final investment decision for the Future Growth and Wellhead Pressure Management Project as part of the next expansion phase of the Tengiz oil field.

- In Guyana, the Liza-3 appraisal well was successfully completed in October, confirming a world-class resource discovery in excess of 1 billion oil-equivalent barrels. Also in October, the Owowo-3 exploration well, located offshore Nigeria, confirmed a discovery of 500 million to 1 billion barrels of oil.

- ExxonMobil announced plans to increase production of ultra-low sulfur fuels at the Beaumont, Texas, refinery by approximately 40,000 barrels per day. The new unit will use proprietary technology to remove sulfur while minimizing octane loss, and will ensure gasoline meets the latest environmental standards.

- The company announced plans to expand its specialty elastomers plant in Newport, Wales.  The project is expected to be completed in late 2017 and will result in a 25 percent increase in global capacity to manufacture Santoprene thermoplastic vulcanizate, high-performance elastomers used for automotive, industrial and consumer applications.

- ExxonMobil and Saudi Basic Industries Corporation (SABIC) are considering the potential development of a jointly owned petrochemical complex on the U.S. Gulf Coast. The project would include a steam cracker and derivative units, and would be located in Texas or Louisiana near natural gas feedstock.  A final investment decision will be made upon completion of necessary studies.

- During the quarter, the company announced new developments in its relationships with the Georgia Institute of Technology, Princeton University and the University of Texas at Austin to pursue technologies to help meet growing energy demand while reducing environmental impacts and the risk of climate change.

- 2 -

**Third Quarter 2016 vs. Third Quarter 2015**

Upstream earnings were $620 million in the third quarter of 2016, down $738 million from the third quarter of 2015. Lower liquids and gas realizations decreased earnings by $880 million, while volume and mix effects increased earnings by $80 million. All other items, including lower expenses partly offset by unfavorable foreign exchange effects, increased earnings by $60 million.

On an oil-equivalent basis, production was down compared  with the third quarter of 2015. Liquids production totaled 2.2 million barrels per day, down 120,000 barrels per day. Higher downtime, mainly in Nigeria, and field decline were partly offset by project

**App. 142**

**Third Quarter 2016 vs. Third Quarter 2015**

Upstream earnings were $620 million in the third quarter of 2016, down $738 million from the third quarter of 2015. Lower liquids and gas realizations decreased earnings by $880 million, while volume and mix effects increased earnings by $80 million. All other items, including lower expenses partly offset by unfavorable foreign exchange effects, increased earnings by $60 million.

On an oil-equivalent basis, production was down compared  with the third quarter of 2015. Liquids production totaled 2.2 million barrels per day, down 120,000 barrels per day. Higher downtime, mainly in Nigeria, and field decline were partly offset by project start-ups. Natural gas production was 9.6 billion cubic feet per day, up 77 million cubic feet per day from 2015 as project start-ups more than offset field decline and divestment impacts.

U.S. Upstream earnings declined $35 million from the third quarter of 2015 to a loss of $477 million in the third quarter of 2016. Non-U.S. Upstream earnings were $1.1 billion, down $703 million from the prior year.

Downstream earnings were $1.2 billion, down $804 million from the third quarter of 2015. Weaker margins, mainly in refining, decreased earnings by $1.6 billion while favorable volume and mix effects increased earnings by $170 million. All other items increased earnings by $580 million, including lower maintenance expenses and gains from divestments in Canada. Petroleum product sales of 5.6 million barrels per day were 203,000 barrels per day lower than the prior year mainly due to divestment of the Torrance, California, and Chalmette, Louisiana, refineries.

Earnings from the U.S. Downstream were $225 million, down $262 million from the third quarter of 2015. Non-U.S. Downstream earnings of $1 billion were $542 million lower than prior year.

Chemical earnings of $1.2 billion were $56 million lower than the third quarter of 2015. Margins decreased earnings by $10 million. Volume and mix effects increased earnings by $20 million. All other items decreased earnings by $70 million due primarily to higher maintenance expenses. Third quarter prime product sales of 6.1 million metric tons were 51,000 metric tons higher than the prior year's third quarter.

U.S. Chemical earnings of $434 million were $92 million lower than the third quarter of 2015. Non-U.S. Chemical earnings of $737 million were $36 million higher than prior year.

Corporate and financing expenses were $370 million for the third quarter of 2016, compared to $378 million in the third quarter of 2015.


**First Nine Months 2016 Highlights**

- Earnings of $6.2 billion decreased 54 percent from $13.4 billion in 2015.

- Earnings per share assuming dilution were $1.47.

- Cash flow from operations and asset sales was $16.9 billion, including proceeds associated with asset sales of $2.2 billion.

- Capital and exploration expenditures were $14.5 billion, down 39 percent from 2015.

- 3 -

- Oil-equivalent production was essentially unchanged at 4 million oil-equivalent barrels per day, with liquids up 2.6 percent and natural gas down 4.4 percent.

- The corporation distributed $9.3 billion in dividends to shareholders.

**First Nine Months 2016 vs. First Nine Months 2015**

Upstream earnings were $838 million, down $5.4 billion from the first nine months of 2015. Lower realizations decreased earnings by $5.8 billion. Favorable volume and mix effects increased earnings by $130 million. All other items increased earnings by

**App. 143**

- Oil-equivalent production was essentially unchanged at 4 million oil-equivalent barrels per day, with liquids up 2.6 percent and natural gas down 4.4 percent.

- The corporation distributed $9.3 billion in dividends to shareholders.

**First Nine Months 2016 vs. First Nine Months 2015**

Upstream earnings were $838 million, down $5.4 billion from the first nine months of 2015. Lower realizations decreased earnings by $5.8 billion. Favorable volume and mix effects increased earnings by $130 million. All other items increased earnings by $260 million, primarily due to lower expenses partly offset by the absence of asset management gains.

On an oil-equivalent basis, production of 4 million barrels per day was essentially flat compared to the same period in 2015. Liquids production of 2.4 million barrels per day increased 59,000 barrels per day, with project start-ups partly offset by field decline, the Canadian wildfires, and downtime mainly in Nigeria. Natural gas production of 10 billion cubic feet per day decreased 458 million cubic feet per day from 2015 as regulatory restrictions in the Netherlands, field decline and divestment impacts were partly offset by project start-ups.

U.S. Upstream earnings declined $1.3 billion from 2015 to a loss of $1.8 billion in 2016. Earnings outside the U.S. were $2.7 billion, down $4.1 billion from the prior year.

Downstream earnings of $3 billion decreased $2.2 billion from 2015. Weaker refining margins decreased earnings by $3.3 billion, while volume and mix effects increased earnings by $330 million. All other items increased earnings by $680 million, mainly reflecting lower maintenance expense and gains from divestments. Petroleum product sales of 5.5 million barrels per day were 306,000 barrels per day lower than 2015 mainly due to divestment of the Torrance and Chalmette refineries.

U.S. Downstream earnings were $824 million, a decrease of $642 million from 2015. Non-U.S. Downstream earnings were $2.1 billion, down $1.6 billion from the prior year.

Chemical earnings of $3.7 billion increased $288 million from 2015. Stronger margins increased earnings by $440 million. Favorable volume and mix effects increased earnings by $130 million. All other items decreased earnings by $280 million, including the absence of asset management gains in the U.S. partly offset by lower expenses. Prime product sales of 18.6 million metric tons were up 387,000 metric tons from 2015.

U.S. Chemical earnings were $1.5 billion, down $342 million from the first nine months of 2015 reflecting the absence of asset management gains. Non-U.S. Chemical earnings of $2.2 billion were $630 million higher than prior year.

Corporate and financing expenses were $1.4 billion in 2016, compared to $1.5 billion in 2015.

During the first nine months of 2016, Exxon Mobil Corporation purchased 9 million shares of its common stock for the treasury at a gross cost of $727 million. These shares were acquired to offset dilution in conjunction with the company's benefit plans and programs. The corporation will continue to acquire shares to offset dilution in conjunction with its benefit plans and programs, but does not currently plan on making purchases to reduce shares outstanding.

- 4 -

**Forward-looking Statements**

As disclosed in ExxonMobil's 2015 Form 10-K, low crude oil and natural gas prices can impact the corporation's reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude prices have been significantly affected by the very low prices experienced during the first quarter of 2016, but have recovered considerably since that time.  If the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these average prices persist, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a

**App. 144**

**Forward-looking Statements**

As disclosed in ExxonMobil's 2015 Form 10-K, low crude oil and natural gas prices can impact the corporation's reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude prices have been significantly affected by the very low prices experienced during the first quarter of 2016, but have recovered considerably since that time. If the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these average prices persist, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect the de-booking of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

In light of continued weakness in the upstream industry environment during 2016, and as part of its annual planning and budgeting process which is currently in progress, the corporation will perform an assessment of its major long-lived assets, similar to the exercise undertaken in late 2015, including North America natural gas assets and certain other assets across the remainder of its operations. The assessment will reflect crude and natural gas price outlooks consistent with those that management uses to evaluate investment opportunities and generally consistent with the long-term price forecasts published by third-party industry and government experts. Development of future undiscounted cash flow estimates requires significant management judgment, particularly in cases where an asset's life is expected to extend decades into the future. An asset group would be impaired if its estimated undiscounted cash flows were less than the asset's carrying value, and impairment would be measured by the amount by which the carrying value exceeds fair value. The corporation will complete its asset recoverability assessment and analyze the conclusions of that assessment in connection with the preparation and review of the corporation's year-end financial statements for inclusion in its 2016 Form 10-K. Until these activities are complete, it is not practicable to reasonably estimate the existence or range of potential future impairments related to the corporation's long-lived assets.

- 5 -

*ExxonMobil will discuss financial and operating results and other matters during a webcast at 8:30 a.m. Central Time on October 28, 2016. To listen to the event or access an archived replay, please visit www.exxonmobil.com.*

*Cautionary Statement*

*Statements relating to future plans, projections, events or conditions are forward-looking statements. Actual financial and operating results, including project plans, costs, timing, and capacities; capital and exploration expenditures; asset carrying values; reported reserves; resource recoveries; and share purchase levels, could differ materially due to factors including: changes in oil or gas prices or other market or economic conditions affecting the oil and gas industry, including the scope and duration of economic recessions; the outcome of exploration and development efforts; changes in law or government regulation, including tax and environmental requirements; the impact of fiscal and commercial terms; changes in technical or operating conditions; and other factors discussed under the heading "Factors Affecting Future Results" in the "Investors" section of our website and in Item 1A of ExxonMobil's 2015 Form 10-K. Closing of pending acquisitions is also subject to satisfaction of the conditions precedent provided in the applicable agreement. We assume no duty to update these statements as of any future date.*

*Frequently Used Terms*

*This press release includes cash flow from operations and asset sales, which is a non-GAAP financial measure. Because of the regular nature of our asset management and divestment program, we believe it is useful for investors to consider proceeds associated with the sales of subsidiaries, property, plant and equipment, and sales and returns of investments together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities. A reconciliation to net cash provided by operating activities is shown in Attachment II. References to quantities of oil or natural gas may include amounts that we believe will ultimately be produced, but that are not yet classified as "proved reserves" under SEC definitions. Further information on ExxonMobil's frequently used financial and operating measures and other terms including "prime product sales" is contained under the heading "Frequently Used Terms" available through the "Investors" section of our website at exxonmobil.com.*

**App. 145**

***ExxonMobil will discuss financial and operating results and other matters during a webcast at 8:30 a.m. Central Time on October 28, 2016. To listen to the event or access an archived replay, please visit www.exxonmobil.com.***

*Cautionary Statement*

*Statements relating to future plans, projections, events or conditions are forward-looking statements. Actual financial and operating results, including project plans, costs, timing, and capacities; capital and exploration expenditures; asset carrying values; reported reserves; resource recoveries; and share purchase levels, could differ materially due to factors including: changes in oil or gas prices or other market or economic conditions affecting the oil and gas industry, including the scope and duration of economic recessions; the outcome of exploration and development efforts; changes in law or government regulation, including tax and environmental requirements; the impact of fiscal and commercial terms; changes in technical or operating conditions; and other factors discussed under the heading "Factors Affecting Future Results" in the "Investors" section of our website and in Item 1A of ExxonMobil's 2015 Form 10-K. Closing of pending acquisitions is also subject to satisfaction of the conditions precedent provided in the applicable agreement. We assume no duty to update these statements as of any future date.*

*Frequently Used Terms*

*This press release includes cash flow from operations and asset sales, which is a non-GAAP financial measure. Because of the regular nature of our asset management and divestment program, we believe it is useful for investors to consider proceeds associated with the sales of subsidiaries, property, plant and equipment, and sales and returns of investments together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities. A reconciliation to net cash provided by operating activities is shown in Attachment II. References to quantities of oil or natural gas may include amounts that we believe will ultimately be produced, but that are not yet classified as "proved reserves" under SEC definitions. Further information on ExxonMobil's frequently used financial and operating measures and other terms including "prime product sales" is contained under the heading "Frequently Used Terms" available through the "Investors" section of our website at exxonmobil.com.*

*Reference to Earnings*

*References to corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and Financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

*The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.  Santoprene is a registered trademark of Exxon Mobil Corporation.*

*Exxon Mobil Corporation has numerous affiliates, many with names that include ExxonMobil, Exxon, Mobil, Esso, and XTO. For convenience and simplicity, those terms and terms such as Corporation, company, our, we, and its are sometimes used as abbreviated references to specific affiliates or affiliate groups. Similarly, ExxonMobil has business relationships with thousands of customers, suppliers, governments, and others. For convenience and simplicity, words such as venture, joint venture, partnership, co-venturer, and partner are used to indicate business and other relationships involving common activities and interests, and those words may not indicate precise legal relationships.*

- 6 -

### Estimated Key Financial and Operating Data

**Attachment I**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars, unless noted)

|  | Third Quarter | | Nine Months | |
| --- | --- | --- | --- | --- |
|  | **2016** | 2015 | **2016** | 2015 |
| **Earnings / Earnings Per Share** | | | | |
| Total revenues and other income | **58,677** | 67,344 | **165,078** | 209,075 |
| Total costs and other deductions | **55,451** | 61,595 | **157,726** | 189,737 |
| Income before income taxes | **3,226** | 5,749 | **7,352** | 19,338 |

**App. 146**

*Estimated Key Financial and Operating Data*

**Attachment I**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars, unless noted)

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **Earnings / Earnings Per Share** | | | | |
| Total revenues and other income | **58,677** | 67,344 | **165,078** | 209,075 |
| Total costs and other deductions | **55,451** | 61,595 | **157,726** | 189,737 |
| Income before income taxes | **3,226** | 5,749 | **7,352** | 19,338 |
| Income taxes | **337** | 1,365 | **1,001** | 5,617 |
| Net income including noncontrolling interests | **2,889** | 4,384 | **6,351** | 13,721 |
| Net income attributable to noncontrolling interests | **239** | 144 | **191** | 351 |
| Net income attributable to ExxonMobil (U.S. GAAP) | **2,650** | 4,240 | **6,160** | 13,370 |
| | | | | |
| Earnings per common share (dollars) | **0.63** | 1.01 | **1.47** | 3.18 |
| | | | | |
| Earnings per common share | | | | |
| - assuming dilution (dollars) | **0.63** | 1.01 | **1.47** | 3.18 |
| | | | | |
| **Other Financial Data** | | | | |
| | | | | |
| Dividends on common stock | | | | |
| Total | **3,133** | 3,060 | **9,320** | 9,036 |
| Per common share (dollars) | **0.75** | 0.73 | **2.23** | 2.15 |
| | | | | |
| Millions of common shares outstanding | | | | |
| At September 30 | | | **4,147** | 4,163 |
| Average - assuming dilution | **4,178** | 4,190 | **4,178** | 4,201 |
| | | | | |
| ExxonMobil share of equity at September 30 | | | **170,597** | 170,723 |
| ExxonMobil share of capital employed at September 30 | | | **218,993** | 207,303 |
| | | | | |
| Income taxes | **337** | 1,365 | **1,001** | 5,617 |
| Sales-based taxes | **5,437** | 5,813 | **15,687** | 17,308 |
| All other taxes | **7,054** | 7,585 | **21,076** | 22,454 |
| Total taxes | **12,828** | 14,763 | **37,764** | 45,379 |
| | | | | |
| ExxonMobil share of income taxes of equity companies | **391** | 686 | **1,256** | 2,402 |

- 7 -

**Attachment II**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars)

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|

**App. 147**

**Attachment II**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars)

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **Earnings (U.S. GAAP)** | | | | |
| Upstream | | | | |
| United States | **(477)** | (442) | **(1,823)** | (541) |
| Non-U.S. | **1,097** | 1,800 | **2,661** | 6,785 |
| Downstream | | | | |
| United States | **225** | 487 | **824** | 1,466 |
| Non-U.S. | **1,004** | 1,546 | **2,136** | 3,740 |
| Chemical | | | | |
| United States | **434** | 526 | **1,524** | 1,866 |
| Non-U.S. | **737** | 701 | **2,219** | 1,589 |
| Corporate and financing | **(370)** | (378) | **(1,381)** | (1,535) |
| Net income attributable to ExxonMobil | **2,650** | 4,240 | **6,160** | 13,370 |

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| **Cash flow from operations and asset sales** (billions of dollars) | | | | |
| Net cash provided by operating activities (U.S. GAAP) | **5.3** | 9.2 | **14.7** | 26.0 |
| Proceeds associated with asset sales | **1.0** | 0.5 | **2.2** | 1.6 |
| Cash flow from operations and asset sales | **6.3** | 9.7 | **16.9** | 27.6 |

- 8 -

**Attachment III**

**Exxon Mobil Corporation**
**Third Quarter 2016**

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Net production of crude oil, natural gas liquids, bitumen and synthetic oil, thousand barrels per day (kbd) | | | | |
| United States | **484** | 468 | **493** | 470 |
| Canada / South America | **437** | 425 | **424** | 386 |
| Europe | **189** | 197 | **203** | 198 |
| Africa | **388** | 531 | **482** | 524 |
| Asia | **651** | 651 | **700** | 671 |
| Australia / Oceania | **62** | 59 | **57** | 51 |
| Worldwide | **2,211** | 2,331 | **2,359** | 2,300 |
| Natural gas production available for sale, million cubic feet per day (mcfd) | | | | |
| United States | **3,058** | 3,094 | **3,105** | 3,155 |
| Canada / South America | **220** | 229 | **244** | 267 |
| Europe | **1,650** | 1,495 | **2,057** | 2,213 |
| Africa | **13** | 7 | **7** | 6 |
| Asia | **3,662** | 3,910 | **3,758** | 4,151 |
| Australia / Oceania | **998** | 789 | **856** | 693 |
| Worldwide | **9,601** | 9,524 | **10,027** | 10,485 |

**App. 148**

**Attachment III**

**Exxon Mobil Corporation**
**Third Quarter 2016**

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Net production of crude oil, natural gas liquids, bitumen and synthetic oil, thousand barrels per day (kbd) | | | | |
| United States | **484** | 468 | **493** | 470 |
| Canada / South America | **437** | 425 | **424** | 386 |
| Europe | **189** | 197 | **203** | 198 |
| Africa | **388** | 531 | **482** | 524 |
| Asia | **651** | 651 | **700** | 671 |
| Australia / Oceania | **62** | 59 | **57** | 51 |
| Worldwide | **2,211** | 2,331 | **2,359** | 2,300 |
| | | | | |
| Natural gas production available for sale, million cubic feet per day (mcfd) | | | | |
| United States | **3,058** | 3,094 | **3,105** | 3,155 |
| Canada / South America | **220** | 229 | **244** | 267 |
| Europe | **1,650** | 1,495 | **2,057** | 2,213 |
| Africa | **13** | 7 | **7** | 6 |
| Asia | **3,662** | 3,910 | **3,758** | 4,151 |
| Australia / Oceania | **998** | 789 | **856** | 693 |
| Worldwide | **9,601** | 9,524 | **10,027** | 10,485 |
| | | | | |
| Oil-equivalent production (koebd)[1] | **3,811** | 3,918 | **4,030** | 4,047 |

[1] Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.

- 9 -

**Attachment IV**

**Exxon Mobil Corporation**
**Third Quarter 2016**

| | Third Quarter | | Nine Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Refinery throughput (kbd) | | | | |
| United States | **1,604** | 1,681 | **1,587** | 1,730 |
| Canada | **406** | 391 | **350** | 385 |
| Europe | **1,476** | 1,504 | **1,403** | 1,501 |
| Asia Pacific | **677** | 687 | **708** | 636 |
| Other | **202** | 194 | **187** | 192 |
| Worldwide | **4,365** | 4,457 | **4,235** | 4,444 |
| | | | | |
| Petroleum product sales (kbd) | | | | |
| United States | **2,327** | 2,509 | **2,258** | 2,556 |
| Canada | **511** | 501 | **489** | 493 |
| Europe | **1,553** | 1,549 | **1,514** | 1,547 |
| Asia Pacific | **721** | 781 | **749** | 741 |
| Other | **473** | 448 | **463** | 442 |
| Worldwide | **5,585** | 5,788 | **5,473** | 5,779 |

**App. 149**

**Attachment IV**

**Exxon Mobil Corporation**
**Third Quarter 2016**

|  | Third Quarter | | Nine Months | |
| --- | --- | --- | --- | --- |
|  | 2016 | 2015 | 2016 | 2015 |
| Refinery throughput (kbd) | | | | |
| United States | 1,604 | 1,681 | 1,587 | 1,730 |
| Canada | 406 | 391 | 350 | 385 |
| Europe | 1,476 | 1,504 | 1,403 | 1,501 |
| Asia Pacific | 677 | 687 | 708 | 636 |
| Other | 202 | 194 | 187 | 192 |
| Worldwide | 4,365 | 4,457 | 4,235 | 4,444 |
| | | | | |
| Petroleum product sales (kbd) | | | | |
| United States | 2,327 | 2,509 | 2,258 | 2,556 |
| Canada | 511 | 501 | 489 | 493 |
| Europe | 1,553 | 1,549 | 1,514 | 1,547 |
| Asia Pacific | 721 | 781 | 749 | 741 |
| Other | 473 | 448 | 463 | 442 |
| Worldwide | 5,585 | 5,788 | 5,473 | 5,779 |
| | | | | |
| Gasolines, naphthas | 2,298 | 2,382 | 2,258 | 2,374 |
| Heating oils, kerosene, diesel | 1,810 | 1,908 | 1,754 | 1,925 |
| Aviation fuels | 421 | 433 | 403 | 416 |
| Heavy fuels | 358 | 372 | 370 | 380 |
| Specialty products | 698 | 693 | 688 | 684 |
| Worldwide | 5,585 | 5,788 | 5,473 | 5,779 |
| | | | | |
| Chemical prime product sales, thousand metric tons (kt) | | | | |
| United States | 2,320 | 2,377 | 7,167 | 7,099 |
| Non-U.S. | 3,813 | 3,705 | 11,449 | 11,130 |
| Worldwide | 6,133 | 6,082 | 18,616 | 18,229 |

- 10 -

---

**Attachment V**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars)

|  | Third Quarter | | Nine Months | |
| --- | --- | --- | --- | --- |
|  | 2016 | 2015 | 2016 | 2015 |
| **Capital and Exploration Expenditures** | | | | |
| Upstream | | | | |
| United States | 712 | 1,992 | 2,701 | 6,207 |
| Non-U.S. | 2,360 | 4,382 | 8,269 | 13,330 |
| Total | 3,072 | 6,374 | 10,970 | 19,537 |
| Downstream | | | | |
| United States | 192 | 242 | 608 | 803 |
| Non-U.S. | 397 | 344 | 1,151 | 1,031 |
| Total | 589 | 586 | 1,759 | 1,834 |

**App. 150**

**Attachment V**

**Exxon Mobil Corporation**
**Third Quarter 2016**
(millions of dollars)

| | Third Quarter | | Nine Months | |
| --- | --- | --- | --- | --- |
| | **2016** | 2015 | **2016** | 2015 |
| **Capital and Exploration Expenditures** | | | | |
| Upstream | | | | |
| United States | **712** | 1,992 | **2,701** | 6,207 |
| Non-U.S. | **2,360** | 4,382 | **8,269** | 13,330 |
| Total | **3,072** | 6,374 | **10,970** | 19,537 |
| Downstream | | | | |
| United States | **192** | 242 | **608** | 803 |
| Non-U.S. | **397** | 344 | **1,151** | 1,031 |
| Total | **589** | 586 | **1,759** | 1,834 |
| Chemical | | | | |
| United States | **359** | 452 | **1,148** | 1,452 |
| Non-U.S. | **144** | 217 | **529** | 699 |
| Total | **503** | 669 | **1,677** | 2,151 |
| Other | **26** | 41 | **69** | 113 |
| Worldwide | **4,190** | 7,670 | **14,475** | 23,635 |
| Exploration expenses charged to income included above | | | | |
| Consolidated affiliates | | | | |
| United States | **35** | 45 | **178** | 122 |
| Non-U.S. | **291** | 278 | **946** | 881 |
| Equity companies - ExxonMobil share | | | | |
| United States | **-** | - | **-** | 3 |
| Non-U.S. | **6** | 2 | **1** | 33 |
| Worldwide | **332** | 325 | **1,125** | 1,039 |

- 11 -

**Attachment VI**

**Exxon Mobil Corporation**
**Earnings**

| | $ Millions | $ Per Common Share[1] |
| --- | --- | --- |
| **2012** | | |
| First Quarter | 9,450 | 2.00 |
| Second Quarter | 15,910 | 3.41 |
| Third Quarter | 9,570 | 2.09 |
| Fourth Quarter | 9,950 | 2.20 |
| Year | 44,880 | 9.70 |
| **2013** | | |
| First Quarter | 9,500 | 2.12 |

**App. 151**

**Attachment VI**

**Exxon Mobil Corporation
Earnings**

|  | $ Millions | $ Per Common Share[1] |
|---|---|---|
| **2012** | | |
| First Quarter | 9,450 | 2.00 |
| Second Quarter | 15,910 | 3.41 |
| Third Quarter | 9,570 | 2.09 |
| Fourth Quarter | 9,950 | 2.20 |
| Year | 44,880 | 9.70 |
| **2013** | | |
| First Quarter | 9,500 | 2.12 |
| Second Quarter | 6,860 | 1.55 |
| Third Quarter | 7,870 | 1.79 |
| Fourth Quarter | 8,350 | 1.91 |
| Year | 32,580 | 7.37 |
| **2014** | | |
| First Quarter | 9,100 | 2.10 |
| Second Quarter | 8,780 | 2.05 |
| Third Quarter | 8,070 | 1.89 |
| Fourth Quarter | 6,570 | 1.56 |
| Year | 32,520 | 7.60 |
| **2015** | | |
| First Quarter | 4,940 | 1.17 |
| Second Quarter | 4,190 | 1.00 |
| Third Quarter | 4,240 | 1.01 |
| Fourth Quarter | 2,780 | 0.67 |
| Year | 16,150 | 3.85 |
| **2016** | | |
| First Quarter | 1,810 | 0.43 |
| Second Quarter | 1,700 | 0.41 |
| Third Quarter | 2,650 | 0.63 |

[1] Computed using the average number of shares outstanding during each period.

- 12 -

**App. 152**

# Exhibit 4

🌐 **sec.gov**/Archives/edgar/data/34088/000003408816000097/xom10q3q2016.htm

**UNITED STATES**

**SECURITIES AND EXCHANGE COMMISSION**

**Washington, D.C. 20549**

**FORM 10-Q**

☑ **QUARTERLY REPORT PURSUANT TO SECTION 13 OR 15(d) OF**

**THE SECURITIES EXCHANGE ACT OF 1934**

For the quarterly period ended September 30, 2016

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**

**THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____to_____

Commission File Number 1-2256

**EXXON MOBIL CORPORATION**

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
| --- | --- |
| (State or other jurisdiction of | (I.R.S. Employer |
| incorporation or organization) | Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**

(Address of principal executive offices) (Zip Code)

**(972) 444-1000**

(Registrant's telephone number, including area code)

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.  Yes ☑   No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files).   Yes ☑   No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company.  See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer    ☑    Accelerated filer        ☐

Non-accelerated filer     ☐    Smaller reporting company   ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act).  Yes ☐   No ☑

Indicate the number of shares outstanding of each of the issuer's classes of common stock, as of the latest practicable date.

| Class | Outstanding as of September 30, 2016 |
|---|---|
| Common stock, without par value | 4,146,693,326 |

**EXXON MOBIL CORPORATION**

**FORM 10-Q**

**FOR THE QUARTERLY PERIOD ENDED SEPTEMBER 30, 2016**

**TABLE OF CONTENTS**

9/6/24, 3:06 PM     sec.gov/Archives/edgar/data/34088/000003408816000097/xom10q3q2016.htm

Case 3:16-cv-03111-K  Document 233  Filed 02/21/25  Page 166 of 578  PageID 8219

**PART I.  FINANCIAL INFORMATION**

**Item 1.  Financial Statements**

Condensed Consolidated Statement of Income  3

Three and nine months ended September 30, 2016 and 2015

Condensed Consolidated Statement of Comprehensive Income  4

Three and nine months ended September 30, 2016 and 2015

Condensed Consolidated Balance Sheet  5

As of September 30, 2016 and December 31, 2015

Condensed Consolidated Statement of Cash Flows  6

Nine months ended September 30, 2016 and 2015

Condensed Consolidated Statement of Changes in Equity  7

Nine months ended September 30, 2016 and 2015

Notes to Condensed Consolidated Financial Statements  8

**Item 2.  Management's Discussion and Analysis of Financial  15**

    **Condition and Results of Operations**

**Item 3.  Quantitative and Qualitative Disclosures About Market Risk  23**

**Item 4.  Controls and Procedures  23**

**App. 155**

**PART II.  OTHER INFORMATION**

| Item 1. | Legal Proceedings | 24 |
|---|---|---|
| Item 2. | Unregistered Sales of Equity Securities and Use of Proceeds | 25 |
| Item 6. | Exhibits | 25 |
| Signature | | 26 |
| Index to Exhibits | | 27 |

2

**PART I.  FINANCIAL INFORMATION**

**Item 1.  Financial Statements**

**EXXON MOBIL CORPORATION**

**CONDENSED CONSOLIDATED STATEMENT OF INCOME**

*(millions of dollars)*

| | Three Months Ended | Nine Months Ended |
|---|---|---|
| | September 30, | September 30, |

| | 2016 | 2015 | 2016 | 2015 |
|---|---|---|---|---|
| Revenues and other income | | | | |
| Sales and other operating revenue *(1)* | 56,767 | 65,679 | 160,232 | 201,797 |
| Income from equity affiliates | 1,103 | 1,783 | 3,478 | 6,125 |
| Other income | 807 | (118) | 1,368 | 1,153 |
| Total revenues and other income | 58,677 | 67,344 | 165,078 | 209,075 |
| Costs and other deductions | | | | |
| Crude oil and product purchases | 28,035 | 32,276 | 75,872 | 102,286 |
| Production and manufacturing expenses | 7,709 | 8,614 | 23,346 | 26,579 |
| Selling, general and administrative expenses | 2,736 | 2,967 | 7,975 | 8,511 |
| Depreciation and depletion | 4,605 | 4,542 | 14,191 | 13,293 |
| Exploration expenses, including dry holes | 327 | 324 | 1,127 | 1,005 |
| Interest expense | 106 | 78 | 258 | 251 |
| Sales-based taxes *(1)* | 5,437 | 5,813 | 15,687 | 17,308 |
| Other taxes and duties | 6,496 | 6,981 | 19,270 | 20,504 |
| Total costs and other deductions | 55,451 | 61,595 | 157,726 | 189,737 |
| Income before income taxes | 3,226 | 5,749 | 7,352 | 19,338 |
| Income taxes | 337 | 1,365 | 1,001 | 5,617 |
| Net income including noncontrolling interests | 2,889 | 4,384 | 6,351 | 13,721 |
| Net income attributable to noncontrolling interests | 239 | 144 | 191 | 351 |
| Net income attributable to ExxonMobil | 2,650 | 4,240 | 6,160 | 13,370 |
| | | | | |
| Earnings per common share *(dollars)* | 0.63 | 1.01 | 1.47 | 3.18 |

| | | | | |
|---|---|---|---|---|
| Earnings per common share - assuming dilution *(dollars)* | 0.63 | 1.01 | 1.47 | 3.18 |
| Dividends per common share *(dollars)* | 0.75 | 0.73 | 2.23 | 2.15 |
| *(1) Sales-based taxes included in sales and other* | | | | |
| *operating revenue* | *5,437* | *5,813* | *15,687* | *17,308* |

*The information in the Notes to Condensed Consolidated Financial Statements is an integral part of these statements.*

3

**EXXON MOBIL CORPORATION**

**CONDENSED CONSOLIDATED STATEMENT OF COMPREHENSIVE INCOME**

*(millions of dollars)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| | September 30, | | September 30, | |
| | **2016** | **2015** | **2016** | **2015** |
| Net income including noncontrolling interests | 2,889 | 4,384 | 6,351 | 13,721 |
| Other comprehensive income (net of income taxes) | | | | |
| Foreign exchange translation adjustment | (107) | (4,023) | 2,506 | (8,379) |

**App. 158**

| | | | | |
|---|---|---|---|---|
| Postretirement benefits reserves adjustment | | | | |
| (excluding amortization) | 34 | 484 | 25 | 1,111 |
| Amortization and settlement of postretirement benefits reserves | | | | |
| adjustment included in net periodic benefit costs | 278 | 367 | 859 | 1,075 |
| Unrealized change in fair value of stock investments | - | 7 | - | 26 |
| Realized (gain)/loss from stock investments included in | | | | |
| net income | - | 3 | - | 15 |
| Total other comprehensive income | 205 | (3,162) | 3,390 | (6,152) |
| Comprehensive income including noncontrolling interests | 3,094 | 1,222 | 9,741 | 7,569 |
| Comprehensive income attributable to | | | | |
| noncontrolling interests | 166 | (175) | 536 | (422) |
| Comprehensive income attributable to ExxonMobil | 2,928 | 1,397 | 9,205 | 7,991 |

*The information in the Notes to Condensed Consolidated Financial Statements is an integral part of these statements.*

4

**EXXON MOBIL CORPORATION**

**CONDENSED CONSOLIDATED BALANCE SHEET**

*(millions of dollars)*

| | Sept. 30, | Dec. 31, |
|---|---|---|
| | **2016** | **2015** |
| Assets | | |
| Current assets | | |

**App. 159**

| | | |
|---|---|---|
| Cash and cash equivalents | 5,093 | 3,705 |
| Notes and accounts receivable – net | 20,388 | 19,875 |
| Inventories | | |
| Crude oil, products and merchandise | 10,981 | 12,037 |
| Materials and supplies | 4,361 | 4,208 |
| Other current assets | 2,122 | 2,798 |
| Total current assets | 42,945 | 42,623 |
| Investments, advances and long-term receivables | 35,553 | 34,245 |
| Property, plant and equipment – net | 251,923 | 251,605 |
| Other assets, including intangibles – net | 8,965 | 8,285 |
| Total assets | 339,386 | 336,758 |
| | | |
| Liabilities | | |
| Current liabilities | | |
| Notes and loans payable | 17,239 | 18,762 |
| Accounts payable and accrued liabilities | 30,027 | 32,412 |
| Income taxes payable | 2,755 | 2,802 |
| Total current liabilities | 50,021 | 53,976 |
| Long-term debt | 28,916 | 19,925 |
| Postretirement benefits reserves | 21,019 | 22,647 |
| Deferred income tax liabilities | 34,857 | 36,818 |
| Long-term obligations to equity companies | 5,340 | 5,417 |
| Other long-term obligations | 22,223 | 21,165 |
| Total liabilities | 162,376 | 159,948 |

**App. 160**

Commitments and contingencies (Note 3)

Equity

Common stock without par value

| | | |
|---|---|---|
| (9,000 million shares authorized, 8,019 million shares issued) | 12,228 | 11,612 |
| Earnings reinvested | 409,284 | 412,444 |
| Accumulated other comprehensive income | (20,466) | (23,511) |
| Common stock held in treasury | | |
| (3,872 million shares at September 30, 2016 and | | |
| 3,863 million shares at December 31, 2015) | (230,449) | (229,734) |
| ExxonMobil share of equity | 170,597 | 170,811 |
| Noncontrolling interests | 6,413 | 5,999 |
| Total equity | 177,010 | 176,810 |
| Total liabilities and equity | 339,386 | 336,758 |

*The information in the Notes to Condensed Consolidated Financial Statements is an integral part of these statements.*

5

**EXXON MOBIL CORPORATION**

**CONDENSED CONSOLIDATED STATEMENT OF CASH FLOWS**

*(millions of dollars)*

**Nine Months Ended**

|  | September 30, | |
|  | 2016 | 2015 |
| --- | --- | --- |
| Cash flows from operating activities | | |
| Net income including noncontrolling interests | 6,351 | 13,721 |
| Depreciation and depletion | 14,191 | 13,293 |
| Changes in operational working capital, excluding cash and debt | (2,386) | (1,037) |
| All other items – net | (3,470) | (13) |
| Net cash provided by operating activities | 14,686 | 25,964 |
| | | |
| Cash flows from investing activities | | |
| Additions to property, plant and equipment | (12,276) | (20,354) |
| Proceeds associated with sales of subsidiaries, property, plant and | | |
| equipment, and sales and returns of investments | 2,182 | 1,604 |
| Additional investments and advances | (1,398) | (412) |
| Other investing activities – net | 761 | 662 |
| Net cash used in investing activities | (10,731) | (18,500) |
| | | |
| Cash flows from financing activities | | |
| Additions to long-term debt | 11,964 | 8,028 |
| Reductions in long-term debt | - | (18) |
| Additions/(reductions) in short-term debt – net | (286) | (475) |
| Additions/(reductions) in commercial paper, and debt with three | | |
| months or less maturity *(1)* | (4,062) | (2,537) |
| Cash dividends to ExxonMobil shareholders | (9,320) | (9,036) |

**App. 162** 40/39

| | | |
|---|---|---|
| Cash dividends to noncontrolling interests | (122) | (127) |
| Common stock acquired | (727) | (3,285) |
| Common stock sold | 6 | - |
| Net cash used in financing activities | (2,547) | (7,450) |
| Effects of exchange rate changes on cash | (20) | (334) |
| Increase/(decrease) in cash and cash equivalents | 1,388 | (320) |
| Cash and cash equivalents at beginning of period | 3,705 | 4,616 |
| Cash and cash equivalents at end of period | 5,093 | 4,296 |
| | | |
| Supplemental Disclosures | | |
| Income taxes paid | 3,049 | 5,594 |
| Cash interest paid | 709 | 459 |

**2015 Non-Cash Transactions**

An asset exchange resulted in value received of approximately $500 million including $100 million in cash. The non-cash portion was not included in the "Proceeds associated with sales of subsidiaries, property, plant and equipment, and sales and returns of investments" or the "All other items-net" lines on the Statement of Cash Flows. Capital leases of approximately $800 million were not included in "Additions to long-term debt" or "Additions to property, plant and equipment" lines on the Statement of Cash Flows.

*(1) Includes a net addition of commercial paper with a maturity of over three months of $1.0 billion in 2016 and $2.8 billion in 2015. The gross amount of commercial paper with a maturity of over three months issued was $2.9 billion in 2016 and $7.7 billion in 2015, while the gross amount repaid was $1.9 billion in 2016 and $4.9 billion in 2015.*

*The information in the Notes to Condensed Consolidated Financial Statements is an integral part of these statements.*

6

**EXXON MOBIL CORPORATION**

**CONDENSED CONSOLIDATED STATEMENT OF CHANGES IN EQUITY**

*(millions of dollars)*

**App. 163**

| | | | ExxonMobil Share of Equity | | | | |
|---|---|---|---|---|---|---|---|
| | | | | Accumulated | | | |
| | | | Other | Common | | | |
| | | | Compre- | Stock | ExxonMobil | Non- | |
| | Common | Earnings | hensive | Held in | Share of | controlling | Total |
| | Stock | Reinvested | Income | Treasury | Equity | Interests | Equity |
| Balance as of December 31, 2014 | 10,792 | 408,384 | (18,957) | (225,820) | 174,399 | 6,665 | 181,064 |
| Amortization of stock-based awards | 647 | - | - | - | 647 | - | 647 |
| Tax benefits related to stock-based | | | | | | | |
| awards | 9 | - | - | - | 9 | - | 9 |
| Other | (5) | - | - | - | (5) | - | (5) |
| Net income for the period | - | 13,370 | - | - | 13,370 | 351 | 13,721 |
| Dividends – common shares | - | (9,036) | - | - | (9,036) | (127) | (9,163) |
| Other comprehensive income | - | - | (5,379) | - | (5,379) | (773) | (6,152) |
| Acquisitions, at cost | - | - | - | (3,285) | (3,285) | - | (3,285) |
| Dispositions | - | - | - | 3 | 3 | - | 3 |
| Balance as of September 30, 2015 | 11,443 | 412,718 | (24,336) | (229,102) | 170,723 | 6,116 | 176,839 |
| Balance as of December 31, 2015 | 11,612 | 412,444 | (23,511) | (229,734) | 170,811 | 5,999 | 176,810 |
| Amortization of stock-based awards | 612 | - | - | - | 612 | - | 612 |
| Tax benefits related to stock-based | | | | | | | |

**App. 164**

Case 3:16-cv-03111-K    Document 233    Filed 02/21/25    Page 176 of 578    PageID 8229

| | | | | | | |
|---|---|---|---|---|---|---|
| awards | 11 | - | - | - | 11 | - | 11 |
| Other | (7) | - | - | - | (7) | - | (7) |
| Net income for the period | - | 6,160 | - | - | 6,160 | 191 | 6,351 |
| Dividends – common shares | - | (9,320) | - | - | (9,320) | (122) | (9,442) |
| Other comprehensive income | - | - | 3,045 | - | 3,045 | 345 | 3,390 |
| Acquisitions, at cost | - | - | - | (727) | (727) | - | (727) |
| Dispositions | - | - | - | 12 | 12 | - | 12 |
| Balance as of September 30, 2016 | 12,228 | 409,284 | (20,466) | (230,449) | 170,597 | 6,413 | 177,010 |

| | **Nine Months Ended September 30, 2016** | | | | **Nine Months Ended September 30, 2015** | | |
|---|---|---|---|---|---|---|---|
| | **Held in** | | | | **Held in** | | |
| **Common Stock Share Activity** | **Issued** | **Treasury** | **Outstanding** | | **Issued** | **Treasury** | **Outstanding** |
| | *(millions of shares)* | | | | *(millions of shares)* | | |
| Balance as of December 31 | 8,019 | (3,863) | 4,156 | | 8,019 | (3,818) | 4,201 |
| Acquisitions | - | (9) | (9) | | - | (38) | (38) |
| Dispositions | - | - | - | | - | - | - |
| Balance as of September 30 | 8,019 | (3,872) | 4,147 | | 8,019 | (3,856) | 4,163 |

*The information in the Notes to Condensed Consolidated Financial Statements is an integral part of these statements.*

7

**EXXON MOBIL CORPORATION**

**App. 165**   13/39

**NOTES TO CONDENSED CONSOLIDATED FINANCIAL STATEMENTS**

1.     **Basis of Financial Statement Preparation**

These unaudited condensed consolidated financial statements should be read in the context of the consolidated financial statements and notes thereto filed with the Securities and Exchange Commission in the Corporation's 2015 Annual Report on Form 10-K. In the opinion of the Corporation, the information furnished herein reflects all known accruals and adjustments necessary for a fair statement of the results for the periods reported herein. All such adjustments are of a normal recurring nature. Prior data has been reclassified in certain cases to conform to the current presentation basis.

The Corporation's exploration and production activities are accounted for under the "successful efforts" method.

2.     **Recently Issued Accounting Standards**

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018. "Sales and other operating revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings.  The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

In February 2016, the Financial Accounting Standards Board issued a new standard, *Leases*. The standard requires all leases with an initial term greater than one year be recorded on the balance sheet as an asset and a lease liability. The standard is required to be adopted beginning January 1, 2019. ExxonMobil is evaluating the standard and its effect on the Corporation's financial statements.

Effective September 30, 2016, the Corporation early adopted Accounting Standard Update no. 2015-17 *Income Taxes (Topic 740): Balance Sheet Classification of Deferred Taxes* on a prospective basis. This update eliminates the requirement to classify deferred tax assets and liabilities as current and noncurrent, and instead requires all deferred tax assets and liabilities to be classified as noncurrent. The balance sheet classification of deferred income tax is shown below.

|  | Sept. 30, | Dec. 31, |
|---|---|---|
|  | 2016 | 2015 |
|  | (millions of dollars) | |
| Balance sheet classification: deferred tax (assets)/liabilities |  |  |
| Other current assets | - | (1,329) |
| Other assets, including intangibles - net | (4,334) | (3,421) |

**App. 166**

| | | |
|---|---|---|
| Accounts payable and accrued liabilities | - | 546 |
| Deferred income tax liabilities | 34,857 | 36,818 |
| Net deferred tax liabilities | 30,523 | 32,614 |
| | | 8 |

3.    **Litigation and Other Contingencies**

**Litigation**

A variety of claims have been made against ExxonMobil and certain of its consolidated subsidiaries in a number of pending lawsuits. Management has regular litigation reviews, including updates from corporate and outside counsel, to assess the need for accounting recognition or disclosure of these contingencies. The Corporation accrues an undiscounted liability for those contingencies where the incurrence of a loss is probable and the amount can be reasonably estimated. If a range of amounts can be reasonably estimated and no amount within the range is a better estimate than any other amount, then the minimum of the range is accrued. The Corporation does not record liabilities when the likelihood that the liability has been incurred is probable but the amount cannot be reasonably estimated or when the liability is believed to be only reasonably possible or remote. For contingencies where an unfavorable outcome is reasonably possible and which are significant, the Corporation discloses the nature of the contingency and, where feasible, an estimate of the possible loss. For purposes of our contingency disclosures, "significant" includes material matters as well as other matters which management believes should be disclosed. ExxonMobil will continue to defend itself vigorously in these matters. Based on a consideration of all relevant facts and circumstances, the Corporation does not believe the ultimate outcome of any currently pending lawsuit against ExxonMobil will have a material adverse effect upon the Corporation's operations, financial condition, or financial statements taken as a whole.

**Other Contingencies**

The Corporation and certain of its consolidated subsidiaries were contingently liable at September 30, 2016, for guarantees relating to notes, loans and performance under contracts. Where guarantees for environmental remediation and other similar matters do not include a stated cap, the amounts reflect management's estimate of the maximum potential exposure. These guarantees are not reasonably likely to have a material effect on the Corporation's financial condition, changes in financial condition, revenues or expenses, results of operations, liquidity, capital expenditures or capital resources.

**As of September 30, 2016**

| Equity | Other | |
|---|---|---|
| Company | Third Party | |
| Obligations *(1)* | Obligations | Total |
| *(millions of dollars)* | | |
| Guarantees | | |

| Debt-related | 126 | 35 | 161 |
|---|---|---|---|
| Other | 2,418 | 4,208 | 6,626 |
| Total | 2,544 | 4,243 | 6,787 |

*(1) ExxonMobil share*

Additionally, the Corporation and its affiliates have numerous long-term sales and purchase commitments in their various business activities, all of which are expected to be fulfilled with no adverse consequences material to the Corporation's operations or financial condition. The Corporation's outstanding unconditional purchase obligations at September 30, 2016, were similar to those at the prior year-end period. Unconditional purchase obligations as defined by accounting standards are those long-term commitments that are noncancelable or cancelable only under certain conditions, and that third parties have used to secure financing for the facilities that will provide the contracted goods or services.

The operations and earnings of the Corporation and its affiliates throughout the world have been, and may in the future be, affected from time to time in varying degree by political developments and laws and regulations, such as forced divestiture of assets; restrictions on production, imports and exports; price controls; tax increases and retroactive tax claims; expropriation of property; cancellation of contract rights and environmental regulations. Both the likelihood of such occurrences and their overall effect upon the Corporation vary greatly from country to country and are not predictable.

In accordance with a nationalization decree issued by Venezuela's president in February 2007, by May 1, 2007, a subsidiary of the Venezuelan National Oil Company (PdVSA) assumed the operatorship of the Cerro Negro Heavy Oil Project. This Project had been operated and owned by ExxonMobil affiliates holding a 41.67 percent ownership interest in the Project. The decree also required conversion of the Cerro Negro Project into a "mixed enterprise" and an increase in PdVSA's or one of its affiliate's ownership interest in the Project, with the stipulation that if ExxonMobil refused to accept the terms for the formation of the mixed enterprise within a specified period of time, the government would "directly assume the activities" carried out by the joint

9

venture. ExxonMobil refused to accede to the terms proffered by the government, and on June 27, 2007, the government expropriated ExxonMobil's 41.67 percent interest in the Cerro Negro Project.

On September 6, 2007, affiliates of ExxonMobil filed a Request for Arbitration with the International Centre for Settlement of Investment Disputes (ICSID). The ICSID Tribunal issued a decision on June 10, 2010, finding that it had jurisdiction to proceed on the basis of the Netherlands-Venezuela Bilateral Investment Treaty. On October 9, 2014, the ICSID Tribunal issued its final award finding in favor of the ExxonMobil affiliates and awarding $1.6 billion as of the date of expropriation, June 27, 2007, and interest from that date at 3.25% compounded annually until the date of payment in full. The Tribunal also noted that one of the Cerro Negro Project agreements provides a mechanism to prevent double recovery between the ICSID award and all or part of an earlier award of $908 million to an ExxonMobil affiliate, Mobil Cerro Negro, Ltd., against PdVSA and a PdVSA affiliate, PdVSA CN, in an arbitration under the rules of the International Chamber of Commerce.

On June 12, 2015, the Tribunal rejected in its entirety Venezuela's October 23, 2014, application to revise the ICSID award. The Tribunal also lifted the associated stay of enforcement that had been entered upon the filing of the application to revise.

**App. 168**

Still pending is Venezuela's February 2, 2015, application to ICSID seeking annulment of the ICSID award. That application alleges that, in issuing the ICSID award, the Tribunal exceeded its powers, failed to state reasons on which the ICSID award was based, and departed from a fundamental rule of procedure. A separate stay of the ICSID award was entered following the filing of the annulment application. On July 7, 2015, the ICSID Committee considering the annulment application heard arguments from the parties on whether to lift the stay of the award associated with that application. On July 28, 2015, the Committee issued an order that would lift the stay of enforcement unless, within 30 days, Venezuela delivered a commitment to pay the award if the application to annul is denied. On September 17, 2015, the Committee ruled that Venezuela had complied with the requirement to submit a written commitment to pay the award and so left the stay of enforcement in place. A hearing on Venezuela's application for annulment was held March 8-9, 2016.

The United States District Court for the Southern District of New York entered judgment on the ICSID award on October 10, 2014. Motions filed by Venezuela to vacate that judgment on procedural grounds and to modify the judgment by reducing the rate of interest to be paid on the ICSID award from the entry of the court's judgment, until the date of payment, were denied on February 13, 2015, and March 4, 2015, respectively. On March 9, 2015, Venezuela filed a notice of appeal of the court's actions on the two motions. Oral arguments on this appeal were held before the United States Court of Appeals for the Second Circuit on January 7, 2016.

The District Court's judgment on the ICSID award is currently stayed until such time as ICSID's stay of the award entered following Venezuela's filing of its application to annul has been lifted. The net impact of these matters on the Corporation's consolidated financial results cannot be reasonably estimated. Regardless, the Corporation does not expect the resolution to have a material effect upon the Corporation's operations or financial condition.

An affiliate of ExxonMobil is one of the Contractors under a Production Sharing Contract (PSC) with the Nigerian National Petroleum Corporation (NNPC) covering the Erha block located in the offshore waters of Nigeria. ExxonMobil's affiliate is the operator of the block and owns a 56.25 percent interest under the PSC. The Contractors are in dispute with NNPC regarding NNPC's lifting of crude oil in excess of its entitlement under the terms of the PSC. In accordance with the terms of the PSC, the Contractors initiated arbitration in Abuja, Nigeria, under the Nigerian Arbitration and Conciliation Act. On October 24, 2011, a three-member arbitral Tribunal issued an award upholding the Contractors' position in all material respects and awarding damages to the Contractors jointly in an amount of approximately $1.8 billion plus $234 million in accrued interest. The Contractors petitioned a Nigerian federal court for enforcement of the award, and NNPC petitioned the same court to have the award set aside. On May 22, 2012, the court set aside the award. The Contractors appealed that judgment to the Court of Appeal, Abuja Judicial Division. On July 22, 2016, the Court of Appeal upheld the decision of the lower court setting aside the award. On October 21, 2016, the Contractors appealed the decision to the Supreme Court of Nigeria. In June 2013, the Contractors filed a lawsuit against NNPC in the Nigerian federal high court in order to preserve their ability to seek enforcement of the PSC in the courts if necessary. In October 2014, the Contractors filed suit in the United States District Court for the Southern District of New York to enforce, if necessary, the arbitration award against NNPC assets residing within that jurisdiction. NNPC has moved to dismiss the lawsuit. The stay in the proceedings in the Southern District of New York has been lifted. At this time, the net impact of this matter on the Corporation's consolidated financial results cannot be reasonably estimated. However, regardless of the outcome of enforcement proceedings, the Corporation does not expect the proceedings to have a material effect upon the Corporation's operations or financial condition.

10

4.    **Other Comprehensive Income Information**

| | Cumulative | Post- | Unrealized | |
|---|---|---|---|---|
| | Foreign | retirement | Change in | |
| | Exchange | Benefits | Stock | |
| **ExxonMobil Share of Accumulated Other** | Translation | Reserves | | |
| **Comprehensive Income** | Adjustment | Adjustment | Investments | Total |

**App. 169**

| | (millions of dollars) | | | |
|---|---|---|---|---|
| Balance as of December 31, 2014 | (5,952) | (12,945) | (60) | (18,957) |
| Current period change excluding amounts reclassified | | | | |
| from accumulated other comprehensive income | (7,497) | 1,036 | 26 | (6,435) |
| Amounts reclassified from accumulated other | | | | |
| comprehensive income | - | 1,041 | 15 | 1,056 |
| Total change in accumulated other comprehensive income | (7,497) | 2,077 | 41 | (5,379) |
| Balance as of September 30, 2015 | (13,449) | (10,868) | (19) | (24,336) |
| Balance as of December 31, 2015 | (14,170) | (9,341) | - | (23,511) |
| Current period change excluding amounts reclassified | | | | |
| from accumulated other comprehensive income | 2,189 | 23 | - | 2,212 |
| Amounts reclassified from accumulated other | | | | |
| comprehensive income | - | 833 | - | 833 |
| Total change in accumulated other comprehensive income | 2,189 | 856 | - | 3,045 |
| Balance as of September 30, 2016 | (11,981) | (8,485) | - | (20,466) |

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| **Amounts Reclassified Out of Accumulated Other** | **September 30,** | | **September 30,** | |
| **Comprehensive Income - Before-tax Income/(Expense)** | **2016** | **2015** | **2016** | **2015** |
| | (millions of dollars) | | | |
| Amortization and settlement of postretirement benefits reserves | | | | |

**App. 170** 18/39

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| adjustment included in net periodic benefit costs *(1)* | (415) | (534) | (1,248) | (1,552) |
| Realized change in fair value of stock investments included in | | | | |
| net income (Statement of Income line: Other income) | - | (5) | - | (23) |

*(1) These accumulated other comprehensive income components are included in the computation of net periodic pension cost. (See Note 6 – Pension and Other Postretirement Benefits for additional details.)*

| | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
| **Income Tax (Expense)/Credit For** | **September 30,** | | **September 30,** | |
| **Components of Other Comprehensive Income** | **2016** | **2015** | **2016** | **2015** |
| | *(millions of dollars)* | | | |
| Foreign exchange translation adjustment | (9) | 82 | (6) | 147 |
| Postretirement benefits reserves adjustment | | | | |
| (excluding amortization) | (11) | (225) | 20 | (527) |
| Amortization and settlement of postretirement benefits reserves | | | | |
| adjustment included in net periodic benefit costs | (137) | (167) | (389) | (477) |
| Unrealized change in fair value of stock investments | - | (3) | - | (14) |
| Realized change in fair value of stock investments | | | | |
| included in net income | - | (2) | - | (8) |
| Total | (157) | (315) | (375) | (879) |

11

5.    **Earnings Per Share**

| | Three Months Ended | Nine Months Ended |
|---|---|---|

**App. 171**

|  | September 30, | | September 30, | |
|---|---|---|---|---|
|  | 2016 | 2015 | 2016 | 2015 |
| **Earnings per common share** | | | | |
| Net income attributable to ExxonMobil *(millions of dollars)* | 2,650 | 4,240 | 6,160 | 13,370 |
| Weighted average number of common shares | | | | |
| outstanding *(millions of shares)* | 4,178 | 4,190 | 4,178 | 4,201 |
| Earnings per common share *(dollars) (1)* | 0.63 | 1.01 | 1.47 | 3.18 |

*(1) The calculation of earnings per common share and earnings per common share – assuming dilution are the same in each period shown.*

**6.    Pension and Other Postretirement Benefits**

|  | Three Months Ended | | Nine Months Ended | |
|---|---|---|---|---|
|  | September 30, | | September 30, | |
|  | 2016 | 2015 | 2016 | 2015 |
|  | *(millions of dollars)* | | | |
| **Components of net benefit cost** | | | | |
| Pension Benefits - U.S. | | | | |
| Service cost | 200 | 231 | 606 | 625 |
| Interest cost | 198 | 196 | 594 | 589 |
| Expected return on plan assets | (182) | (208) | (545) | (622) |

**App. 172**

| | | | | |
|---|---|---|---|---|
| Amortization of actuarial loss/(gain) and prior service cost | 124 | 137 | 373 | 411 |
| Net pension enhancement and curtailment/settlement cost | 111 | 117 | 333 | 351 |
| Net benefit cost | 451 | 473 | 1,361 | 1,354 |

| Pension Benefits - Non-U.S. | | | | |
|---|---|---|---|---|
| Service cost | 131 | 170 | 430 | 518 |
| Interest cost | 206 | 206 | 636 | 636 |
| Expected return on plan assets | (227) | (268) | (701) | (819) |
| Amortization of actuarial loss/(gain) and prior service cost | 151 | 198 | 452 | 617 |
| Net pension enhancement and curtailment/settlement cost | - | 24 | - | 24 |
| Net benefit cost | 261 | 330 | 817 | 976 |

| Other Postretirement Benefits | | | | |
|---|---|---|---|---|
| Service cost | 38 | 42 | 115 | 127 |
| Interest cost | 85 | 86 | 258 | 259 |
| Expected return on plan assets | (6) | (7) | (18) | (21) |
| Amortization of actuarial loss/(gain) and prior service cost | 29 | 46 | 90 | 137 |
| Net benefit cost | 146 | 167 | 445 | 502 |

12

**7.    Financial Instruments**

The fair value of financial instruments is determined by reference to observable market data and other valuation techniques as appropriate. The only category of financial instruments where the difference between fair value and recorded book value is notable is long-term debt. The estimated fair value of total long-term debt, excluding capitalized lease obligations, was $28,834 million at September 30, 2016, and $18,854 million at December 31, 2015, as compared to recorded book values of $27,687 million at September 30, 2016, and $18,687 million at December 31, 2015. The increase in the estimated fair value and book value of long-term debt reflects the Corporation's issuance of $12.0 billion of long-term debt in the first quarter of 2016. The $12.0 billion of long-term debt is comprised of $750 million of floating-rate notes due in 2018, $250 million of floating-rate notes due in 2019, $1,000 million of 1.439% notes due in 2018, $1,250 million of 1.708% notes due in 2019, $2,500 million of 2.222% notes due in 2021, $1,250 million of 2.726% notes due in 2023, $2,500 million of 3.043% notes due in 2026 and $2,500 million of 4.114% notes due in 2046.

The fair value of long-term debt by hierarchy level at September 30, 2016, is: Level 1 $28,722 million; Level 2 $106 million; and Level 3 $6 million. Level 1 represents quoted prices in active markets. Level 2 includes debt whose fair value is based upon a publicly available index. Level 3 involves using internal data augmented by relevant market indicators if available.

**8.    Disclosures about Segments and Related Information**

|  | Three Months Ended | | Nine Months Ended | |
| --- | --- | --- | --- | --- |
|  | September 30, | | September 30, | |
|  | 2016 | 2015 | 2016 | 2015 |
| **Earnings After Income Tax** | (millions of dollars) | | | |
| Upstream | | | | |
| United States | (477) | (442) | (1,823) | (541) |
| Non-U.S. | 1,097 | 1,800 | 2,661 | 6,785 |
| Downstream | | | | |
| United States | 225 | 487 | 824 | 1,466 |
| Non-U.S. | 1,004 | 1,546 | 2,136 | 3,740 |
| Chemical | | | | |
| United States | 434 | 526 | 1,524 | 1,866 |
| Non-U.S. | 737 | 701 | 2,219 | 1,589 |
| All other | (370) | (378) | (1,381) | (1,535) |
| Corporate total | 2,650 | 4,240 | 6,160 | 13,370 |

**Sales and Other Operating Revenue** *(1)*

| | | | | |
|---|---|---|---|---|
| Upstream | | | | |
| United States | 2,152 | 2,115 | 5,373 | 6,471 |
| Non-U.S. | 3,177 | 3,760 | 9,371 | 12,268 |
| Downstream | | | | |
| United States | 14,930 | 18,737 | 40,981 | 57,920 |
| Non-U.S. | 29,969 | 34,033 | 85,135 | 103,691 |
| Chemical | | | | |
| United States | 2,474 | 2,718 | 7,377 | 8,298 |
| Non-U.S. | 4,049 | 4,314 | 11,970 | 13,143 |
| All other | 16 | 2 | 25 | 6 |
| Corporate total | 56,767 | 65,679 | 160,232 | 201,797 |

*(1)   Includes sales-based taxes*

**Intersegment Revenue**

| | | | | |
|---|---|---|---|---|
| Upstream | | | | |
| United States | 875 | 982 | 2,598 | 3,386 |
| Non-U.S. | 4,401 | 5,266 | 12,843 | 16,209 |
| Downstream | | | | |
| United States | 2,775 | 3,075 | 8,057 | 9,700 |
| Non-U.S. | 4,903 | 5,424 | 13,514 | 17,224 |
| Chemical | | | | |

**App. 175**

| | | | | |
|---|---|---|---|---|
| United States | 1,615 | 1,858 | 4,805 | 5,765 |
| Non-U.S. | 1,043 | 1,380 | 3,073 | 4,063 |
| All other | 60 | 74 | 174 | 212 |

13

## 9. Accounting for Suspended Exploratory Well Costs

For the category of exploratory well costs at year-end 2015 that were suspended more than one year, a total of $111 million was expensed in the first nine months of 2016.

## 10. Acquisition of InterOil Corporation

On July 21, 2016, the Corporation entered into an agreement to acquire InterOil Corporation (IOC) for more than $2.5 billion. IOC is an exploration and production business with focus in Papua New Guinea. Consideration includes $2.1 billion of Exxon Mobil Corporation shares, a Contingent Resource Payment (CRP) and cash. The CRP provides IOC shareholders approximately $7.07 per share in cash for each incremental certified Trillion Cubic Feet Equivalent (TCFE) of resources above 6.2 up to 10.0. IOC's assets include a receivable related to the same resource base for volumes in excess of 3.5 TCFE at amounts ranging from $0.24 - $0.40 per thousand cubic feet equivalent. Closing is pending the outcome of an appeal by an IOC shareholder of the Yukon Supreme Court decision approving the transaction.

14

**EXXON MOBIL CORPORATION**

Item 2.     **Management's Discussion and Analysis of Financial Condition and Results of Operations**

**FUNCTIONAL EARNINGS SUMMARY**

| | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
| **Earnings (U.S. GAAP)** | **2016** | **2015** | **2016** | **2015** |
| | *(millions of dollars)* | | | |
| Upstream | | | | |

**App. 176**

| | | | | |
|---|---|---|---|---|
| United States | (477) | (442) | (1,823) | (541) |
| Non-U.S. | 1,097 | 1,800 | 2,661 | 6,785 |
| Downstream | | | | |
| United States | 225 | 487 | 824 | 1,466 |
| Non-U.S. | 1,004 | 1,546 | 2,136 | 3,740 |
| Chemical | | | | |
| United States | 434 | 526 | 1,524 | 1,866 |
| Non-U.S. | 737 | 701 | 2,219 | 1,589 |
| Corporate and financing | (370) | (378) | (1,381) | (1,535) |
| Net income attributable to ExxonMobil (U.S. GAAP) | 2,650 | 4,240 | 6,160 | 13,370 |
| Earnings per common share *(dollars)* | 0.63 | 1.01 | 1.47 | 3.18 |
| Earnings per common share - assuming dilution *(dollars)* | 0.63 | 1.01 | 1.47 | 3.18 |

*References in this discussion to corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and Financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

**REVIEW OF THIRD QUARTER 2016 RESULTS**

ExxonMobil's third quarter 2016 earnings were $2.7 billion, or $0.63 per diluted share, compared with $4.2 billion a year earlier. Results reflect lower refining margins and commodity prices.

ExxonMobil's integrated business continues to deliver solid results. While the operating environment remains challenging, the company continues to focus on capturing efficiencies, advancing strategic investments, and creating long-term shareholder value.



Earnings in the first nine months of 2016 were $6.2 billion, down $7.2 billion, or 54 percent, from 2015.

Earnings per share assuming dilution were $1.47.

Capital and exploration expenditures were $14.5 billion, down 39 percent from 2015.

Oil-equivalent production was essentially unchanged at 4 million oil-equivalent barrels per day, with liquids up 2.6 percent and natural gas down 4.4 percent.

The corporation distributed $9.3 billion in dividends to shareholders.

15

| | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
| | 2016 | 2015 | 2016 | 2015 |
| | *(millions of dollars)* | | | |
| **Upstream earnings** | | | | |
| United States | (477) | (442) | (1,823) | (541) |
| Non-U.S. | 1,097 | 1,800 | 2,661 | 6,785 |
| Total | 620 | 1,358 | 838 | 6,244 |

Upstream earnings were $620 million in the third quarter of 2016, down $738 million from the third quarter of 2015. Lower liquids and gas realizations decreased earnings by $880 million, while volume and mix effects increased earnings by $80 million. All other items, including lower expenses partly offset by unfavorable foreign exchange effects, increased earnings by $60 million.

On an oil-equivalent basis, production was down compared with the third quarter of 2015. Liquids production totaled 2.2 million barrels per day, down 120,000 barrels per day. Higher downtime, mainly in Nigeria, and field decline were partly offset by project start-ups. Natural gas production was 9.6 billion cubic feet per day, up 77 million cubic feet per day from 2015 as project start-ups more than offset field decline and divestment impacts.

U.S. Upstream earnings declined $35 million from the third quarter of 2015 to a loss of $477 million in the third quarter of 2016. Non-U.S. Upstream earnings were $1,097 million, down $703 million from the prior year.



**App. 178**

Upstream earnings were $838 million, down $5,406 million from the first nine months of 2015. Lower realizations decreased earnings by $5.8 billion. Favorable volume and mix effects increased earnings by $130 million. All other items increased earnings by $260 million, primarily due to lower expenses partly offset by the absence of asset management gains.

On an oil-equivalent basis, production of 4 million barrels per day was essentially flat compared to the same period in 2015. Liquids production of 2.4 million barrels per day increased 59,000 barrels per day, with project start-ups partly offset by field decline, the Canadian wildfires, and downtime mainly in Nigeria. Natural gas production of 10 billion cubic feet per day decreased 458 million cubic feet per day from 2015 as regulatory restrictions in the Netherlands, field decline and divestment impacts were partly offset by project start-ups.

U.S. Upstream earnings declined $1,282 million from 2015 to a loss of $1,823 million in 2016. Earnings outside the U.S. were $2,661 million, down $4,124 million from the prior year.

16

| | Third Quarter | First Nine Months |
|---|---|---|
| **Upstream additional information** | *(thousands of barrels daily)* | |
| **Volumes reconciliation** (Oil-equivalent production)*(1)* | | |
| 2015 | 3,918 | 4,047 |
| Entitlements - Net Interest | 12 | 7 |
| Entitlements - Price / Spend / Other | (41) | 1 |
| Quotas | - | - |
| Divestments | (32) | (37) |
| Growth / Other | (46) | 12 |
| 2016 | 3,811 | 4,030 |

*(1) Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.*

Listed below are descriptions of ExxonMobil's volumes reconciliation factors which are provided to facilitate understanding of the terms.

*Entitlements - Net Interest* are changes to ExxonMobil's share of production volumes caused by non-operational changes to volume-determining factors. These factors consist of net interest changes specified in Production Sharing Contracts (PSCs) which typically occur when cumulative investment returns or production volumes achieve defined thresholds, changes in equity upon achieving pay-out in partner investment carry situations, equity redeterminations as specified in venture agreements, or as a result of the termination or expiry of a concession. Once a net interest change has occurred, it typically will not be reversed by subsequent events, such as lower crude oil prices.

*Entitlements - Price, Spend and Other* are changes to ExxonMobil's share of production volumes resulting from temporary changes to non-operational volume-determining factors. These factors include changes in oil and gas prices or spending levels from one period to another. According to the terms of contractual arrangements or government royalty regimes, price or spending variability can increase or decrease royalty burdens and/or volumes attributable to ExxonMobil. For example, at higher prices, fewer barrels are required for ExxonMobil to recover its costs. These effects generally vary from period to period with field spending patterns or market prices for oil and natural gas. Such factors can also include other temporary changes in net interest as dictated by specific provisions in production agreements.

*Quotas* are changes in ExxonMobil's allowable production arising from production constraints imposed by countries which are members of the Organization of the Petroleum Exporting Countries (OPEC). Volumes reported in this category would have been readily producible in the absence of the quota.

*Divestments* are reductions in ExxonMobil's production arising from commercial arrangements to fully or partially reduce equity in a field or asset in exchange for financial or other economic consideration.

*Growth and Other* factors comprise all other operational and non-operational factors not covered by the above definitions that may affect volumes attributable to ExxonMobil. Such factors include, but are not limited to, production enhancements from project and work program activities, acquisitions including additions from asset exchanges, downtime, market demand, natural field decline, and any fiscal or commercial terms that do not affect entitlements.

17

|  | Third Quarter | | First Nine Months | |
| --- | --- | --- | --- | --- |
|  | **2016** | **2015** | **2016** | **2015** |
|  | *(millions of dollars)* | | | |
| **Downstream earnings** | | | | |
| United States | 225 | 487 | 824 | 1,466 |
| Non-U.S. | 1,004 | 1,546 | 2,136 | 3,740 |
| Total | 1,229 | 2,033 | 2,960 | 5,206 |

Downstream earnings were $1,229 million, down $804 million from the third quarter of 2015. Weaker margins, mainly in refining, decreased earnings by $1.6 billion while favorable volume and mix effects increased earnings by $170 million. All other items increased earnings by $580 million, including lower maintenance expenses and gains from divestments in Canada. Petroleum product sales of 5.6 million barrels per day were 203,000 barrels per day lower than the prior year mainly due to divestment of the Torrance, California, and Chalmette, Louisiana, refineries.

Earnings from the U.S. Downstream were $225 million, down $262 million from the third quarter of 2015. Non-U.S. Downstream earnings of $1,004 million were $542 million lower than prior year.

**App. 180**



Downstream earnings of $2,960 million in the first nine months of the year decreased $2,246 million from 2015. Weaker refining margins decreased earnings by $3.3 billion, while volume and mix effects increased earnings by $330 million. All other items increased earnings by $680 million, mainly reflecting lower maintenance expense and gains from divestments. Petroleum product sales of 5.5 million barrels per day were 306,000 barrels per day lower than 2015 mainly due to divestment of the Torrance and Chalmette refineries.

U.S. Downstream earnings were $824 million, a decrease of $642 million from 2015. Non-U.S. Downstream earnings were $2,136 million, down $1,604 million from the prior year.

|  | Third Quarter | | First Nine Months | |
|  | 2016 | 2015 | 2016 | 2015 |
|  | (millions of dollars) | | | |
| **Chemical earnings** | | | | |
| United States | 434 | 526 | 1,524 | 1,866 |
| Non-U.S. | 737 | 701 | 2,219 | 1,589 |
| Total | 1,171 | 1,227 | 3,743 | 3,455 |

Chemical earnings of $1,171 million were $56 million lower than the third quarter of 2015. Margins decreased earnings by $10 million. Volume and mix effects increased earnings by $20 million. All other items decreased earnings by $70 million due primarily to higher maintenance expenses. Third quarter prime product sales of 6.1 million metric tons were 51,000 metric tons higher than the prior year's third quarter.

U.S. Chemical earnings of $434 million were $92 million lower than the third quarter of 2015. Non-U.S. Chemical earnings of $737 million were $36 million higher than prior year.



Chemical earnings of $3,743 million in the first nine months of the year increased $288 million from 2015. Stronger margins increased earnings by $440 million. Favorable volume and mix effects increased earnings by $130 million. All other items decreased earnings by $280 million, including the absence of asset management gains in the U.S. partly offset by lower expenses. Prime product sales of 18.6 million metric tons were up 387,000 metric tons from 2015.

U.S. Chemical earnings were $1,524 million, down $342 million from the first nine months of 2015 reflecting the absence of asset management gains. Non-U.S. Chemical earnings of $2,219 million were $630 million higher than prior year.

18

| | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
| | 2016 | 2015 | 2016 | 2015 |
| | *(millions of dollars)* | | | |
| **Corporate and financing earnings** | (370) | (378) | (1,381) | (1,535) |

Corporate and financing expenses were $370 million for the third quarter of 2016, compared to $378 million in the third quarter of 2015.



Corporate and financing expenses were $1,381 million in the first nine months of 2016, compared to $1,535 million in 2015.

19

**LIQUIDITY AND CAPITAL RESOURCES**

| | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
| | 2016 | 2015 | 2016 | 2015 |
| | *(millions of dollars)* | | | |
| Net cash provided by/(used in) | | | | |
| Operating activities | | | 14,686 | 25,964 |
| Investing activities | | | (10,731) | (18,500) |
| Financing activities | | | (2,547) | (7,450) |

**App. 182**

| | | | | |
|---|---|---|---|---|
| Effect of exchange rate changes | | | (20) | (334) |
| Increase/(decrease) in cash and cash equivalents | | | 1,388 | (320) |
| Cash and cash equivalents (at end of period) | | | 5,093 | 4,296 |
| Cash flow from operations and asset sales | | | | |
| Net cash provided by operating activities (U.S. GAAP) | 5,355 | 9,174 | 14,686 | 25,964 |
| Proceeds associated with sales of subsidiaries, property, | | | | |
| plant & equipment, and sales and returns of investments | 976 | 491 | 2,182 | 1,604 |
| Cash flow from operations and asset sales | 6,331 | 9,665 | 16,868 | 27,568 |

*Because of the ongoing nature of our asset management and divestment program, we believe it is useful for investors to consider proceeds associated with asset sales together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities, including shareholder distributions.*

Cash flow from operations and asset sales in the third quarter of 2016 was $6.3 billion, including asset sales of $1.0 billion, a decrease of $3.3 billion from the comparable 2015 period primarily due to lower earnings.

Cash provided by operating activities totaled $14.7 billion for the first nine months of 2016, $11.3 billion lower than 2015. The major source of funds was net income including noncontrolling interests of $6.4 billion, a decrease of $7.4 billion from the prior year period. The adjustment for the noncash provision of $14.2 billion for depreciation and depletion increased by $0.9 billion. Changes in operational working capital decreased cash flows by $2.4 billion in 2016 and $1.0 billion in 2015. All other items net decreased cash flows by $3.5 billion in 2016 and had no impact on cash in 2015. For additional details, see the Condensed Consolidated Statement of Cash Flows on page 6.

Investing activities for the first nine months of 2016 used net cash of $10.7 billion, a decrease of $7.8 billion compared to the prior year. Spending for additions to property, plant and equipment of $12.3 billion was $8.1 billion lower than 2015. Proceeds from asset sales of $2.2 billion increased $0.6 billion. Additional investment and advances were $1.4 billion, an increase of $1.0 billion.

Cash flow from operations and asset sales in the first nine months of 2016 was $16.9 billion, including asset sales of $2.2 billion, and decreased $10.7 billion from the comparable 2015 period primarily due to lower earnings.

During the first quarter of 2016, the Corporation issued $12.0 billion of long-term debt and used part of the proceeds to reduce short-term debt. Net cash used by financing activities was $2.5 billion in the first nine months of 2016, $4.9 billion lower than 2015 reflecting the 2016 debt issuance and a lower level of purchases of shares of ExxonMobil stock in 2016.

**App. 183**

During the first nine months of 2016, Exxon Mobil Corporation purchased 9 million shares of its common stock for the treasury at a gross cost of $0.7 billion. These purchases were made to acquire shares in conjunction with the company's benefit plans and programs. Shares outstanding decreased from 4,156 million at year-end to 4,147 million at the end of the third quarter 2016. Purchases may be made in both the open market and through negotiated transactions, and may be increased, decreased or discontinued at any time without prior notice.

The Corporation distributed to shareholders a total of $9.3 billion in the first nine months of 2016 through dividends. This included $3.1 billion for the third quarter of 2016.

Total cash and cash equivalents of $5.1 billion at the end of the third quarter of 2016 compared to $4.3 billion at the end of the third quarter of 2015.

20

Total debt of $46.2 billion compared to $38.7 billion at year-end 2015. The Corporation's debt to total capital ratio was 20.7 percent at the end of the third quarter of 2016 compared to 18.0 percent at year-end 2015.

The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt.

The Corporation, as part of its ongoing asset management program, continues to evaluate its mix of assets for potential upgrade. Because of the ongoing nature of this program, dispositions will continue to be made from time to time which will result in either gains or losses. Additionally, the Corporation continues to evaluate opportunities to enhance its business portfolio through acquisitions of assets or companies, and enters into such transactions from time to time. Key criteria for evaluating acquisitions include potential for future growth and attractive current valuations. Acquisitions may be made with cash, shares of the Corporation's common stock, or both.

Litigation and other contingencies are discussed in Note 3 to the unaudited condensed consolidated financial statements.

**TAXES**

|  | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
|  | 2016 | 2015 | 2016 | 2015 |
|  | *(millions of dollars)* | | | |
| Income taxes | 337 | 1,365 | 1,001 | 5,617 |
| *Effective income tax rate* | 20 % | 32 % | 26 % | 37 % |

| | | | | |
|---|---|---|---|---|
| Sales-based taxes | 5,437 | 5,813 | 15,687 | 17,308 |
| All other taxes and duties | 7,054 | 7,585 | 21,076 | 22,454 |
| Total | 12,828 | 14,763 | 37,764 | 45,379 |

Income, sales-based and all other taxes and duties totaled $12.8 billion for the third quarter of 2016, a decrease of $1.9 billion from 2015. Income tax expense decreased by $1.0 billion to $0.3 billion reflecting lower pre-tax income. The effective income tax rate was 20 percent compared to 32 percent in the prior year period due to a higher share of earnings in lower tax jurisdictions. Sales-based taxes and all other taxes and duties decreased by $0.9 billion to $12.5 billion as a result of lower sales realizations.



Income, sales-based and all other taxes and duties totaled $37.8 billion for the first nine months of 2016, a decrease of $7.6 billion from 2015. Income tax expense decreased by $4.6 billion to $1.0 billion reflecting lower earnings. The effective income tax rate was 26 percent compared to 37 percent in the prior year period due to a higher share of earnings in lower tax jurisdictions. Sales-based and all other taxes decreased by $3.0 billion to $36.8 billion as a result of lower sales realizations.

In the United States, the Corporation has various U.S. federal income tax positions at issue with the Internal Revenue Service (IRS) for tax years 2006-2011. The IRS has asserted penalties for all years associated with several of those positions. The Corporation has not recognized the penalties as an expense because, in the Corporation's judgment, the IRS should not be able to sustain the penalties under applicable law. The Corporation has filed a refund suit for tax years 2006-2009 in a U.S. federal district court with respect to the positions at issue for those years. Unfavorable resolution of all positions at issue with the IRS for 2006-2011 would not have a materially adverse effect on the Corporation's net income or liquidity. The IRS has not completed its audit of tax years after 2011.

21

**CAPITAL AND EXPLORATION EXPENDITURES**

| | Third Quarter | | First Nine Months | |
|---|---|---|---|---|
| | **2016** | **2015** | **2016** | **2015** |
| | *(millions of dollars)* | | | |
| Upstream (including exploration expenses) | 3,072 | 6,374 | 10,970 | 19,537 |
| Downstream | 589 | 586 | 1,759 | 1,834 |

**App. 185**

| | | | | |
|---|---|---|---|---|
| Chemical | 503 | 669 | 1,677 | 2,151 |
| Other | 26 | 41 | 69 | 113 |
| Total | 4,190 | 7,670 | 14,475 | 23,635 |

Capital and exploration expenditures in the third quarter of 2016 were $4.2 billion, down 45 percent from the third quarter of 2015.



Capital and exploration expenditures in the first nine months of 2016 were $14.5 billion, down 39 percent from the first nine months of 2015 due primarily to lower major project spending. Given continuing efficiencies, market capture, and project selectivity, the Corporation anticipates a 2016 investment level between $20 and $21 billion.

In 2014, the European Union and United States imposed sanctions relating to the Russian energy sector. ExxonMobil continues to comply with all sanctions and regulatory licenses applicable to its affiliates' investments in the Russian Federation.

**RECENTLY ISSUED ACCOUNTING STANDARDS**

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018. "Sales and other operating revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings. The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements.

In February 2016, the Financial Accounting Standards Board issued a new standard, *Leases*. The standard requires all leases with an initial term greater than one year be recorded on the balance sheet as an asset and a lease liability. The standard is required to be adopted beginning January 1, 2019. ExxonMobil is evaluating the standard and its effect on the Corporation's financial statements.

**CRITICAL ACCOUNTING ESTIMATES**

As disclosed in ExxonMobil's 2015 Form 10-K, low crude oil and natural gas prices can impact the Corporation's reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude prices have been significantly affected by the very low prices experienced during the first quarter of 2016, but have recovered considerably since that time. If the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these average prices persist, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect the de-booking of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

22

In light of continued weakness in the upstream industry environment during 2016, and as part of its annual planning and budgeting process which is currently in progress, the Corporation will perform an assessment of its major long-lived assets, similar to the exercise undertaken in late 2015, including North America natural gas assets and certain other assets across the remainder of its operations. The assessment will reflect crude and natural gas price outlooks consistent with those that management uses to evaluate investment opportunities and generally consistent with the long-term price forecasts published by third-party industry and government experts. Development of future undiscounted cash flow estimates requires significant management judgment, particularly in cases where an asset's life is expected to extend decades into the future. An asset group would be impaired if its estimated undiscounted cash flows were less than the asset's carrying value, and impairment would be measured by the amount by which the carrying value exceeds fair value. The Corporation will complete its asset recoverability assessment and analyze the conclusions of that assessment in connection with the preparation and review of the Corporation's year-end financial statements for inclusion in its 2016 Form 10-K. Until these activities are complete, it is not practicable to reasonably estimate the existence or range of potential future impairments related to the Corporation's long-lived assets.

**FORWARD-LOOKING STATEMENTS**

Statements relating to future plans, projections, events or conditions are forward-looking statements. Actual financial and operating results, including project plans, costs, timing, and capacities; capital and exploration expenditures; asset carrying values; reported reserves; resource recoveries; and share purchase levels, could differ materially due to factors including: changes in oil or gas prices or other market or economic conditions affecting the oil and gas industry, including the scope and duration of economic recessions; the outcome of exploration and development efforts; changes in law or government regulation, including tax and environmental requirements; the impact of fiscal and commercial terms; changes in technical or operating conditions; and other factors discussed under the heading "Factors Affecting Future Results" in the "Investors" section of our website and in Item 1A of ExxonMobil's 2015 Form 10-K. Closing of pending acquisitions is also subject to satisfaction of the conditions precedent provided in the applicable agreement. We assume no duty to update these statements as of any future date.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Item 3.  Quantitative and Qualitative Disclosures About Market Risk**

Information about market risks for the nine months ended September 30, 2016, does not differ materially from that discussed under Item 7A of the registrant's Annual Report on Form 10-K for 2015.

**Item 4.  Controls and Procedures**

As indicated in the certifications in Exhibit 31 of this report, the Corporation's Chief Executive Officer, Principal Financial Officer and Principal Accounting Officer have evaluated the Corporation's disclosure controls and procedures as of September 30, 2016. Based on that evaluation, these officers have concluded that the Corporation's disclosure controls and procedures are effective in ensuring that information required to be disclosed by the Corporation in the reports that it files or submits under the Securities Exchange Act of 1934, as amended, is accumulated and communicated to them in a manner that allows for timely decisions regarding required disclosures and are effective in ensuring that such information is recorded, processed, summarized and reported within the time periods specified in the Securities and Exchange Commission's rules and forms. There were no changes during the Corporation's last fiscal quarter that materially affected, or are reasonably likely to materially affect, the Corporation's internal control over financial reporting.

23

**App. 187**

**PART II.  OTHER INFORMATION**

**Item 1.  Legal Proceedings**

Regarding the criminal charges filed against XTO Energy Inc. (XTO) by the Pennsylvania Attorney General's Office pertaining to XTO's Marquardt Well Site in Penn Township, Pennsylvania, reported most recently in the Corporation's Form 10-Q for the first quarter of 2015, on August 3, 2016, the Lycoming County District Court entered an order approving an Accelerated Rehabilitative Disposition (ARD) settlement of the case. Consistent with the settlement, XTO contributed $100,000 to the Susquehanna Greenway Partnership for a project in the Lycoming County area, agreed to comply with the existing Environmental Protection Agency (EPA) consent decree, and paid a civil penalty of $300,000 to the Pennsylvania Department of Environmental Protection resolving all civil penalty claims. The ARD term expires two years from the date of the court's order or upon satisfaction of the EPA consent decree, whichever is sooner. Upon successful completion of the ARD, all criminal charges will be dismissed and the record will be expunged.

Refer to the relevant portions of Note 3 of this Quarterly Report on Form 10-Q for further information on legal proceedings.

24

**Item 2.  Unregistered Sales of Equity Securities and Use of Proceeds**

**Recent Sales of Unregistered Securities**

On July 21, 2016, the Corporation entered into an Arrangement Agreement to acquire all of the issued and outstanding common stock of InterOil Corporation (IOC) in exchange for consideration including shares of Exxon Mobil Corporation common stock having a value at the time of closing of $45 for each IOC share. The value of the Corporation's common stock for this purpose will be determined based on the Corporation's volume-weighted average trading price over a 10-day period ending on the second trading date immediately preceding the closing date. As of the date of this filing the transaction has not closed, but had the transaction closed on September 30, 2016, the number of shares of common stock of the Corporation issuable in connection with the transaction would have been approximately 24.7 million. With respect to the shares of common stock to be issued in connection with the transaction, the Corporation is relying on the exemption from registration provided by Section 3(a)(10) of the Securities Act of 1933 in light of the approval of the Plan of Arrangement by the Supreme Court of Yukon, Canada. See "Acquisition of InterOil Corporation" on page 14 for more information regarding the transaction.

**Issuer Purchase of Equity Securities for Quarter Ended September 30, 2016**

|   |   | Total Number of | Maximum Number |
|---|---|---|---|
|   |   | Shares Purchased | of Shares that May |
| Total Number | Average | as Part of Publicly | Yet Be Purchased |

**App. 188**

| Period | of Shares<br>Purchased | Price Paid<br>per Share | Announced Plans<br>or Programs | Under the Plans or<br>Programs |
|--------|------------------------|-------------------------|--------------------------------|--------------------------------|
| July 2016 | - | | - | |
| August 2016 | - | | - | |
| September 2016 | - | | - | |
| Total | - | | - | (See Note 1) |

During the third quarter, the Corporation did not purchase any shares of its common stock for the treasury.

Note 1 - On August 1, 2000, the Corporation announced its intention to resume purchases of shares of its common stock for the treasury both to offset shares issued in conjunction with company benefit plans and programs and to gradually reduce the number of shares outstanding. The announcement did not specify an amount or expiration date. The Corporation has continued to purchase shares since this announcement and to report purchased volumes in its quarterly earnings releases. In its earnings release dated February 2, 2016, the Corporation stated it will continue to acquire shares to offset dilution in conjunction with benefit plans and programs, but had suspended making purchases to reduce shares outstanding effective beginning the first quarter of 2016.

**Item 6.  Exhibits**

| Exhibit | Description |
|---------|-------------|
| 3(ii) | By-laws, as revised to October 26, 2016 (incorporated by reference to Exhibit 3(ii) to the Registrant's Current Report on Form 8-K filed on November 1, 2016). |
| 31.1 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Chief Executive Officer. |
| 31.2 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Financial Officer. |
| 31.3 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Accounting Officer. |
| 32.1 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Chief Executive Officer. |
| 32.2 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Financial Officer. |
| 32.3 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Accounting Officer. |

| 101 | Interactive Data Files. |

25

## EXXON MOBIL CORPORATION

### SIGNATURE

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

**EXXON MOBIL CORPORATION**

| Date: November 2, 2016 | By: | /s/ DAVID S. ROSENTHAL |
|---|---|---|
| | | David S. Rosenthal |
| | | Vice President, Controller and |
| | | Principal Accounting Officer |

26

### INDEX TO EXHIBITS

| Exhibit | Description |
|---|---|

| 3(ii) | By-laws, as revised to October 26, 2016 (incorporated by reference to Exhibit 3(ii) to the Registrant's Current Report on Form 8-K filed on November 1, 2016). |
| 31.1 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Chief Executive Officer. |
| 31.2 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Financial Officer. |
| 31.3 | Certification (pursuant to Securities Exchange Act Rule 13a-14(a)) by Principal Accounting Officer. |
| 32.1 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Chief Executive Officer. |
| 32.2 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Financial Officer. |
| 32.3 | Section 1350 Certification (pursuant to Sarbanes-Oxley Section 906) by Principal Accounting Officer. |
| 101 | Interactive Data Files. |

27

**App. 191**

# Exhibit 5

**Table of Contents**

**Index to Financial Statements**

2007

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

## FORM 10-K

☒ ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
For the fiscal year ended December 31, 2007

or

☐ TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF
THE SECURITIES EXCHANGE ACT OF 1934
For the transition period from to
Commission File Number 1-2256

# EXXON MOBIL CORPORATION
(Exact name of registrant as specified in its charter)

| NEW JERSEY | 13-5409005 |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298
(Address of principal executive offices) (Zip Code)
(972) 444-1000
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Name of Each Exchange on Which Registered** |
|---|---|
| **Common Stock, without par value (5,350,027,205 shares outstanding at January 31, 2008)** | **New York Stock Exchange** |
| **Registered securities guaranteed by Registrant:** | |
| **SeaRiver Maritime Financial Holdings, Inc.** | |
| **Twenty-Five Year Debt Securities due October 1, 2011** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ✓ No _

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes _ No ✓

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ✓ No _

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. _

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ✓ Accelerated filer _
Non-accelerated filer _ Smaller reporting company _

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes _ No ✓

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 29, 2007, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $83.88 on the New York Stock Exchange composite tape, was in excess of $465 billion.

**Documents Incorporated by Reference:**
**Proxy Statement for the 2008 Annual Meeting of Shareholders (Part III)**

# App. 192

**Table of Contents**

**Index to Financial Statements**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**CRITICAL ACCOUNTING POLICIES**

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The following summary provides further information about the critical accounting policies and the judgments that are made by the Corporation in the application of those policies.

**Oil and Gas Reserves**

Evaluations of oil and gas reserves are important to the effective management of Upstream assets. They are integral to making investment decisions about oil and gas properties such as whether development should proceed or enhanced recovery methods should be undertaken. Oil and gas reserve quantities are also used as the basis for calculating unit-of-production depreciation rates and for evaluating impairment. Oil and gas reserves include both proved and unproved reserves. Proved reserves are the estimated quantities of crude oil, natural gas and natural gas liquids that geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known reservoirs under existing economic and operating conditions; i.e., prices and costs as of the date the estimate is made. Unproved reserves are those with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that are more likely to be recovered than not.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals (assisted by a central reserves group with significant technical experience), culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation.

Key features of the reserves estimation process include:

- rigorous peer-reviewed technical evaluations and analysis of well and field performance information (such as flow rates and reservoir pressure declines) and

- a requirement that management make significant funding commitments toward the development of the reserves prior to reporting as proved.

Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and gas price levels.

Proved reserves can be further subdivided into developed and undeveloped reserves. The percentage of proved developed reserves has remained relatively stable over the past five years at over 60 percent of total proved reserves (including both consolidated and equity company reserves), indicating that proved reserves are consistently moved from undeveloped to developed status. Over time, these undeveloped reserves will be reclassified to the developed category as new wells are drilled, existing wells are recompleted and/or facilities to collect and deliver the production from existing and future wells are installed. Major development projects typically take two to four years from the time of recording proved reserves to the start of production from these reserves.

The year-end reserves volumes as well as the reserves change categories shown in the proved reserves tables are calculated using December 31 prices and costs. These reserves quantities are also used in calculating unit-of-production depreciation rates and in calculating the standardized measure of discounted net cash flow. We understand that the use of December 31 prices and costs is intended to provide a point in time measure to calculate reserves and to enhance comparability between companies.

Regulations preclude the Corporation from showing in this document the reserves that are calculated in a manner that is consistent with the basis that the Corporation uses to make its investment decisions. The use of year-end prices for reserves estimation introduces short-term price volatility into the process, since annual adjustments are required based on prices occurring on a single day. The Corporation believes that this approach is inconsistent with the long-term nature of the upstream business where production from individual projects often spans multiple decades. The use of prices from a single date is not relevant to the investment decisions made by the Corporation and annual variations in reserves based on such year-end prices are not of consequence in how the business is actually managed.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in year-end prices and costs that are used in the determination of reserves. This category can also include changes associated with the performance of improved recovery projects and significant changes in either development strategy or production equipment/facility capacity.

The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis with certain exploratory expenditures and exploratory dry holes being expensed as incurred. Costs of productive wells and development dry holes are capitalized and amortized on the unit-of-production method. The Corporation uses this accounting policy instead of the "full cost" method because it provides a more timely accounting of the success or failure of the Corporation's exploration and production activities. If the full cost method were used, all costs would be capitalized and depreciated on a country-by-country basis. The capitalized costs would be subject to an impairment test by country. The full cost method would tend to delay the expense recognition of unsuccessful projects.

44

**App. 193**

**Table of Contents**

**Index to Financial Statements**

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. The volumes produced and asset cost are known and, while proved developed reserves have a high probability of recoverability, they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves and Prices on Testing for Impairment.** Proved oil and gas properties held and used by the Corporation are reviewed for impairment whenever events or circumstances indicate that the carrying amounts may not be recoverable. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets.

The Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In general, analyses are based on proved reserves. Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the impairment evaluation. An asset would be impaired if the undiscounted cash flows were less than its carrying value. Impairments are measured by the amount by which the carrying value exceeds its fair value.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses monitor the performance of assets against corporate objectives. They also assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable. In addition to estimating oil and gas reserve volumes in conducting these analyses, it is also necessary to estimate future oil and gas prices. Trigger events for impairment evaluation include a significant decrease in current and projected prices or reserve volumes, an accumulation of project costs significantly in excess of the amount originally expected, and historical and current operating losses.

In general, the Corporation does not view temporarily low oil and gas prices as a trigger event for conducting the impairment tests. The markets for crude oil and natural gas have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term and these cannot be accurately predicted. Accordingly, any impairment tests that the Corporation performs make use of the Corporation's price assumptions developed in the annual planning and budgeting process for the crude oil and natural gas markets, petroleum products and chemicals. These are the same price assumptions that are used for capital investment decisions. Volumes are based on individual field production profiles, which are updated annually. Cash flow estimates for impairment testing exclude the use of derivative instruments.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. The standardized measure of discounted future cash flows is based on the year-end price applied for all future years, as required under Statement of Financial Accounting Standards No. 69 (FAS 69), "Disclosure about Oil and Gas Producing Activities." Future prices used for any impairment tests will vary from the one used in the FAS 69 disclosure and could be lower or higher for any given year.

**Suspended Exploratory Well Costs**

The Corporation carries as an asset exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. Assessing whether a project has made sufficient progress is a subjective area and requires careful consideration of the relevant facts and circumstances. The facts and circumstances that support continued capitalization of suspended wells as of year-end 2007 are disclosed in note 9 to the financial statements.

45

**App. 194**

**Table of Contents**

**Index to Financial Statements**

## SIGNATURES

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EXXON MOBIL CORPORATION

By:    /s/ REX W. TILLERSON

(Rex W. Tillerson,
Chairman of the Board)

Dated February 28, 2008

---

## POWER OF ATTORNEY

Each person whose signature appears below constitutes and appoints William M. Colton, Richard E. Gutman and David S. Rosenthal, and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

---

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| /s/ REX W. TILLERSON | Chairman of the Board (Principal Executive Officer) | February 28, 2008 |
|---|---|---|
| (Rex W. Tillerson) | | |
| /s/ MICHAEL J. BOSKIN | Director | February 28, 2008 |
| (Michael J. Boskin) | | |
| /s/ LARRY R. FAULKNER | Director | February 28, 2008 |
| (Larry R. Faulkner) | | |

91

**App. 195**

**Table of Contents**

**Index to Financial Statements**

| /s/ WILLIAM W. GEORGE | Director | February 28, 2008 |
|---|---|---|
| (William W. George) | | |

| /s/ JAMES R. HOUGHTON | Director | February 28, 2008 |
|---|---|---|
| (James R. Houghton) | | |

| /s/ WILLIAM R. HOWELL | Director | February 28, 2008 |
|---|---|---|
| (William R. Howell) | | |

| /s/ REATHA CLARK KING | Director | February 28, 2008 |
|---|---|---|
| (Reatha Clark King) | | |

| /s/ PHILIP E. LIPPINCOTT | Director | February 28, 2008 |
|---|---|---|
| (Philip E. Lippincott) | | |

| /s/ MARILYN CARLSON NELSON | Director | February 28, 2008 |
|---|---|---|
| (Marilyn Carlson Nelson) | | |

| /s/ SAMUEL J. PALMISANO | Director | February 28, 2008 |
|---|---|---|
| (Samuel J. Palmisano) | | |

| /s/ STEVEN S REINEMUND | Director | February 28, 2008 |
|---|---|---|
| (Steven S Reinemund) | | |

| /s/ WALTER V. SHIPLEY | Director | February 28, 2008 |
|---|---|---|
| (Walter V. Shipley) | | |

| /s/ J. STEPHEN SIMON | Director | February 28, 2008 |
|---|---|---|
| (J. Stephen Simon) | | |

| /s/ DONALD D. HUMPHREYS | Treasurer (Principal Financial Officer) | February 28, 2008 |
|---|---|---|
| (Donald D. Humphreys) | | |

| /s/ PATRICK T. MULVA | Controller (Principal Accounting Officer) | February 28, 2008 |
|---|---|---|
| (Patrick T. Mulva) | | |

92

**App. 196**

# Exhibit 6

**Table of Contents**

**Index to Financial Statements**

**2011**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

## FORM 10-K

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2011

**or**

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from to

Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification Number)** |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 444-1000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,713,220,567 shares outstanding at January 31, 2012)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer ☐

Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2011, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $81.38 on the New York Stock Exchange composite tape, was in excess of $395 billion.

**Documents Incorporated by Reference:**
**Proxy Statement for the 2012 Annual Meeting of Shareholders (Part III)**

**App. 197**

**Table of Contents**

**Index to Financial Statements**

**B. Production Prices and Production Costs**

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2011** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | $ 90.65 | $ 97.10 | $102.20 | $109.69 | $ 98.79 | $ 96.28 | $100.79 |
| Natural gas, per thousand cubic feet | 3.45 | 3.29 | 9.32 | 2.83 | 3.37 | 3.98 | 4.65 |
| Bitumen, per barrel | – | 64.65 | – | – | – | – | 64.65 |
| Synthetic oil, per barrel | – | 102.80 | – | – | – | – | 102.80 |
| Average production costs, per oil-equivalent barrel - total | 11.14 | 23.58 | 13.58 | 14.04 | 6.58 | 12.85 | 12.33 |
| Average production costs, per barrel - bitumen | – | 19.80 | – | – | – | – | 19.80 |
| Average production costs, per barrel - synthetic oil | – | 47.68 | – | – | – | – | 47.68 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 104.44 | – | 103.23 | – | 100.14 | – | 100.74 |
| Natural gas, per thousand cubic feet | 5.08 | – | 8.61 | – | 7.78 | – | 8.08 |
| Average production costs, per oil-equivalent barrel - total | 19.96 | – | 2.92 | – | 1.09 | – | 2.45 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 92.80 | 97.10 | 102.22 | 109.69 | 99.50 | 96.28 | 100.78 |
| Natural gas, per thousand cubic feet | 3.45 | 3.29 | 8.96 | 2.83 | 6.14 | 3.98 | 5.93 |
| Bitumen, per barrel | – | 64.65 | – | – | – | – | 64.65 |
| Synthetic oil, per barrel | – | 102.80 | – | – | – | – | 102.80 |
| Average production costs, per oil-equivalent barrel - total | 11.68 | 23.58 | 9.85 | 14.04 | 3.41 | 12.85 | 9.45 |
| Average production costs, per barrel - bitumen | – | 19.80 | – | – | – | – | 19.80 |
| Average production costs, per barrel - synthetic oil | – | 47.68 | – | – | – | – | 47.68 |
| **During 2010** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | $ 70.22 | $ 69.92 | $ 73.37 | $ 78.08 | $ 72.96 | $ 68.91 | $ 74.04 |
| Natural gas, per thousand cubic feet | 3.92 | 3.41 | 6.44 | 2.15 | 3.19 | 3.31 | 4.31 |
| Bitumen, per barrel | – | 56.61 | – | – | – | – | 56.61 |
| Synthetic oil, per barrel | – | 78.42 | – | – | – | – | 78.42 |
| Average production costs, per oil-equivalent barrel - total | 9.92 | 20.07 | 11.62 | 9.63 | 5.65 | 11.20 | 10.54 |
| Average production costs, per barrel - bitumen | – | 17.81 | – | – | – | – | 17.81 |
| Average production costs, per barrel - synthetic oil | – | 42.79 | – | – | – | – | 42.79 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 74.70 | – | 74.14 | – | 72.67 | – | 72.98 |
| Natural gas, per thousand cubic feet | 8.30 | – | 6.91 | – | 5.42 | – | 6.02 |
| Average production costs, per oil-equivalent barrel - total | 19.11 | – | 2.41 | – | 0.98 | – | 2.31 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 70.98 | 69.92 | 73.38 | 78.08 | 72.80 | 68.91 | 73.81 |
| Natural gas, per thousand cubic feet | 3.92 | 3.41 | 6.68 | 2.15 | 4.56 | 3.31 | 5.00 |
| Bitumen, per barrel | – | 56.61 | – | – | – | – | 56.61 |
| Synthetic oil, per barrel | – | 78.42 | – | – | – | – | 78.42 |
| Average production costs, per oil-equivalent barrel - total | 10.67 | 20.07 | 8.46 | 9.63 | 2.91 | 11.20 | 8.14 |
| Average production costs, per barrel - bitumen | – | 17.81 | – | – | – | – | 17.81 |
| Average production costs, per barrel - synthetic oil | – | 42.79 | – | – | – | – | 42.79 |

**App. 198**

**Table of Contents**

**Index to Financial Statements**

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2009** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | $ 53.43 | $   54.07 | $ 56.88 | $60.10 | $60.38 | $   54.84 | $57.86 |
| Natural gas, per thousand cubic feet | 3.10 | 3.19 | 5.61 | 1.70 | 3.07 | 2.97 | 4.00 |
| Bitumen, per barrel | – | 45.22 | – | – | – | – | 45.22 |
| Synthetic oil, per barrel | – | 61.26 | – | – | – | – | 61.26 |
| Average production costs, per oil-equivalent barrel - total | 11.80 | 17.75 | 10.19 | 8.07 | 6.55 | 8.98 | 10.25 |
| Average production costs, per barrel - bitumen | – | 14.77 | – | – | – | – | 14.77 |
| Average production costs, per barrel - synthetic oil | – | 37.47 | – | – | – | – | 37.47 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 56.54 | – | 58.20 | – | 56.12 | – | 56.22 |
| Natural gas, per thousand cubic feet | 5.75 | – | 8.20 | – | 3.79 | – | 5.81 |
| Average production costs, per oil-equivalent barrel - total | 18.07 | – | 2.48 | – | 1.07 | – | 2.72 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil and NGL, per barrel | 54.02 | 54.07 | 56.89 | 60.10 | 58.18 | 54.84 | 57.56 |
| Natural gas, per thousand cubic feet | 3.10 | 3.19 | 6.74 | 1.70 | 3.48 | 2.97 | 4.69 |
| Bitumen, per barrel | – | 45.22 | – | – | – | – | 45.22 |
| Synthetic oil, per barrel | – | 61.26 | – | – | – | – | 61.26 |
| Average production costs, per oil-equivalent barrel - total | 12.57 | 17.75 | 8.06 | 8.07 | 3.53 | 8.98 | 8.36 |
| Average production costs, per barrel - bitumen | – | 14.77 | – | – | – | – | 14.77 |
| Average production costs, per barrel - synthetic oil | – | 37.47 | – | – | – | – | 37.47 |

Average production prices have been calculated by using sales quantities from the Corporation's own production as the divisor. Average production costs have been computed by using net production quantities for the divisor. The volumes of crude oil and natural gas liquids (NGL) production used for this computation are shown in the oil and gas production table in section 3.A. The volumes of natural gas used in the calculation are the production volumes of natural gas available for sale and are also shown in section 3.A. The natural gas available for sale volumes are different from those shown in the reserves table in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report due to volumes consumed or flared. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

10

**App. 199**

Table of Contents

Index to Financial Statements

**Inflation and Other Uncertainties**

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Increased demand for certain services and materials has resulted in higher operating and capital costs in recent years. The Corporation works to counter upward pressure on costs through its economies of scale in global procurement and its efficient project management practices.

**CRITICAL ACCOUNTING ESTIMATES**

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

**Oil and Gas Reserves**

Evaluations of oil and gas reserves are important to the effective management of Upstream assets. They are integral to making investment decisions about oil and gas properties such as whether development should proceed. Oil and gas reserve quantities are also used as the basis for calculating unit-of-production depreciation rates and for evaluating impairment.

Oil and gas reserves include both proved and unproved reserves. Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible. Unproved reserves are those with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that are more likely to be recovered than not.

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Reserves Technical Oversight group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and gas price levels.

Proved reserves can be further subdivided into developed and undeveloped reserves. The percentage of proved developed reserves was 65 percent of total proved reserves at year-end 2011 (including both consolidated and equity company reserves), and has been over 60 percent for the last five years, indicating that proved reserves are consistently moved from undeveloped to developed status.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in prices and costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment/facility capacity.

The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis with certain exploratory expenditures and exploratory dry holes being expensed as incurred. Costs of productive wells and development dry holes are capitalized and amortized on the unit-of-production method.

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. The volumes produced and asset cost are known and, while proved developed reserves have a high probability of recoverability, they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves and Prices on Testing for Impairment.** Proved oil and gas properties held and used by the Corporation are reviewed for impairment whenever events or circumstances indicate that the carrying amounts may not be recoverable. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets.

The Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In general, analyses are based on proved reserves. Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the impairment evaluation. An asset would be impaired if the undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds the asset's fair value.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the

51

**App. 200**

Table of Contents

Index to Financial Statements

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable. In addition to estimating oil and gas reserve volumes in conducting these analyses, it is also necessary to estimate future oil and gas prices. Trigger events for impairment evaluation include a significant decrease in current and projected reserve volumes, an accumulation of project costs significantly in excess of the amount originally expected, and historical and forecast operating losses.

In general, the Corporation does not view temporarily low oil and gas prices as a trigger event for conducting the impairment tests. The markets for crude oil and natural gas have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

Accordingly, any impairment tests that the Corporation performs make use of the Corporation's price assumptions developed in the annual planning and budgeting process for the crude oil and natural gas markets, petroleum products and chemicals. These are the same price assumptions that are used for capital investment decisions. Volumes are based on field production profiles, which are updated annually. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. Future prices used for any impairment tests will vary from the ones used in the supplemental oil and gas disclosure and could be lower or higher for any given year.

**Asset Retirement Obligations (ARO)**

The Corporation incurs retirement obligations for certain assets at the time they are installed. The fair value of these obligations are recorded as liabilities on a discounted basis. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an ARO; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. AROs are disclosed in Note 8 to the financial statements.

**Suspended Exploratory Well Costs**

The Corporation carries as an asset exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells as of year-end 2011 are disclosed in Note 9 to the financial statements.

**Consolidations**

The Consolidated Financial Statements include the accounts of those subsidiaries that the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets and liabilities. Amounts representing the Corporation's percentage interest in the underlying net assets of other significant entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties who also have an equity interest in these companies are either independent third parties or host governments that share in the business results according to their percentage ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an alternative accounting method that would require each investor to consolidate its percentage share of all assets and liabilities in these partially owned companies rather than only its percentage in the net equity. This method of accounting for investments in partially owned companies is not permitted by GAAP except where the investments are in the direct ownership of a share of upstream assets and liabilities. However, for purposes of calculating return on average capital employed, which is not covered by GAAP standards, the Corporation includes its share of debt of these partially-owned companies in the determination of average capital employed.

**Pension Benefits**

The Corporation and its affiliates sponsor over 100 defined benefit (pension) plans in about 50 countries. Pension and Other Postretirement Benefits (Note 16) provides details on pension obligations, fund assets and pension expense.

Some of these plans (primarily non-U.S.) provide pension benefits that are paid directly by their sponsoring affiliates out of corporate cash flow rather than a separate pension fund. Book reserves are established for these plans because tax conventions and regulatory practices do not encourage advance funding. The portion of the pension cost attributable to employee service is expensed as services are rendered. The portion attributable to the increase in pension obligations due to the passage of time is expensed over the term of the obligations, which ends when all benefits are paid. The primary difference in pension expense for unfunded versus funded plans is that pension expense for funded plans also includes a credit for the expected long-term return on fund assets.

**App. 201**

**Table of Contents**

**Index to Financial Statements**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EXXON MOBIL CORPORATION

By:          /s/ REX W. TILLERSON

(Rex W. Tillerson,
Chairman of the Board)

Dated February 24, 2012

**POWER OF ATTORNEY**

Each person whose signature appears below constitutes and appoints Randall M. Ebner, Leonard M. Fox and Catherine C. Shae and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated and on February 24, 2012.

| | |
|---|---|
| /s/ REX W. TILLERSON | Chairman of the Board |
| (Rex W. Tillerson) | (Principal Executive Officer) |
| | |
| /s/ MICHAEL J. BOSKIN | Director |
| (Michael J. Boskin) | |
| | |
| /s/ PETER BRABECK-LETMATHE | Director |
| (Peter Brabeck-Letmathe) | |
| | |
| /s/ LARRY R. FAULKNER | Director |
| (Larry R. Faulkner) | |
| | |
| /s/ JAY S. FISHMAN | Director |
| (Jay S. Fishman) | |
| | |
| /s/ KENNETH C. FRAZIER | Director |
| (Kenneth C. Frazier) | |
| | |
| /s/ WILLIAM W. GEORGE | Director |
| (William W. George) | |

109

**App. 202**

**Table of Contents**

**Index to Financial Statements**

| | |
|---|---|
| /s/ MARILYN CARLSON NELSON | Director |
| (Marilyn Carlson Nelson) | |
| | |
| /s/ SAMUEL J. PALMISANO | Director |
| (Samuel J. Palmisano) | |
| | |
| /s/ STEVEN S REINEMUND | Director |
| (Steven S Reinemund) | |
| | |
| /s/ EDWARD E. WHITACRE, JR. | Director |
| (Edward E. Whitacre, Jr.) | |
| | |
| /s/ DONALD D. HUMPHREYS | Senior Vice President |
| (Donald D. Humphreys) | (Principal Financial Officer) |
| | |
| /s/ PATRICK T. MULVA | Controller |
| (Patrick T. Mulva) | (Principal Accounting Officer) |

110

**App. 203**

# Exhibit 7

**2014**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the fiscal year ended December 31, 2014

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**
For the transition period from to
Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 444-1000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,194,690,266 shares outstanding at January 31, 2015)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer ☐

Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2014, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $100.68 on the New York Stock Exchange composite tape, was in excess of $429 billion.

**Documents Incorporated by Reference: Proxy Statement for the 2015 Annual Meeting of Shareholders (Part III)**

**App. 204**

## B. Production Prices and Production Costs

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2014** | | | *(dollars per unit)* | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 84.00 | 86.46 | 96.43 | 97.46 | 95.27 | 95.56 | 93.21 |
| NGL, per barrel | 39.70 | 51.86 | 53.68 | 65.21 | 40.81 | 56.77 | 47.07 |
| Natural gas, per thousand cubic feet | 3.61 | 3.96 | 8.18 | 2.61 | 3.71 | 5.87 | 4.68 |
| Bitumen, per barrel | - | 62.68 | - | - | - | - | 62.68 |
| Synthetic oil, per barrel | - | 89.76 | - | - | - | - | 89.76 |
| Average production costs, per oil-equivalent barrel - total | 13.35 | 33.03 | 22.29 | 12.58 | 8.64 | 11.05 | 15.94 |
| Average production costs, per barrel - bitumen | - | 32.66 | - | - | - | - | 32.66 |
| Average production costs, per barrel - synthetic oil | - | 55.32 | - | - | - | - | 55.32 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 91.24 | - | 88.68 | - | 93.42 | - | 92.89 |
| NGL, per barrel | 38.77 | - | - | - | 65.31 | - | 64.41 |
| Natural gas, per thousand cubic feet | 4.54 | - | 8.28 | - | 10.00 | - | 9.38 |
| Average production costs, per oil-equivalent barrel - total | 24.34 | - | 6.10 | - | 1.85 | - | 4.22 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 85.23 | 86.46 | 96.17 | 97.46 | 94.44 | 95.56 | 93.15 |
| NGL, per barrel | 39.68 | 51.86 | 53.68 | 65.21 | 58.52 | 56.77 | 51.84 |
| Natural gas, per thousand cubic feet | 3.62 | 3.96 | 8.23 | 2.61 | 8.36 | 5.87 | 6.64 |
| Bitumen, per barrel | - | 62.68 | - | - | - | - | 62.68 |
| Synthetic oil, per barrel | - | 89.76 | - | - | - | - | 89.76 |
| Average production costs, per oil-equivalent barrel - total | 14.10 | 33.03 | 15.59 | 12.58 | 4.44 | 11.05 | 12.55 |
| Average production costs, per barrel - bitumen | - | 32.66 | - | - | - | - | 32.66 |
| Average production costs, per barrel - synthetic oil | - | 55.32 | - | - | - | - | 55.32 |
| **During 2013** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 93.56 | 98.91 | 106.75 | 108.73 | 106.18 | 107.92 | 104.13 |
| NGL, per barrel | 44.30 | 44.96 | 65.36 | 75.24 | 40.83 | 59.55 | 51.12 |
| Natural gas, per thousand cubic feet | 2.99 | 2.80 | 10.07 | 2.79 | 4.10 | 4.20 | 4.60 |
| Bitumen, per barrel | - | 59.63 | - | - | - | - | 59.63 |
| Synthetic oil, per barrel | - | 93.96 | - | - | - | - | 93.96 |
| Average production costs, per oil-equivalent barrel - total | 12.02 | 32.02 | 19.57 | 13.95 | 8.95 | 16.81 | 15.42 |
| Average production costs, per barrel - bitumen | - | 34.30 | - | - | - | - | 34.30 |
| Average production costs, per barrel - synthetic oil | - | 50.94 | - | - | - | - | 50.94 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 102.24 | - | 99.26 | - | 103.96 | - | 103.66 |
| NGL, per barrel | 42.02 | - | - | - | 70.90 | - | 69.96 |
| Natural gas, per thousand cubic feet | 4.37 | - | 9.28 | - | 10.19 | - | 9.82 |
| Average production costs, per oil-equivalent barrel - total | 22.77 | - | 3.79 | - | 1.87 | - | 3.36 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 95.11 | 98.91 | 106.49 | 108.73 | 104.98 | 107.92 | 104.01 |
| NGL, per barrel | 44.24 | 44.96 | 65.36 | 75.24 | 61.64 | 59.55 | 56.26 |
| Natural gas, per thousand cubic feet | 3.00 | 2.80 | 9.59 | 2.79 | 8.53 | 4.20 | 6.86 |
| Bitumen, per barrel | - | 59.63 | - | - | - | - | 59.63 |
| Synthetic oil, per barrel | - | 93.96 | - | - | - | - | 93.96 |
| Average production costs, per oil-equivalent barrel - total | 12.72 | 32.02 | 12.42 | 13.95 | 4.41 | 16.81 | 11.48 |
| Average production costs, per barrel - bitumen | - | 34.30 | - | - | - | - | 34.30 |
| Average production costs, per barrel - synthetic oil | - | 50.94 | - | - | - | - | 50.94 |

9

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2012** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 94.71 | 98.67 | 110.91 | 111.19 | 109.95 | 112.12 | 107.05 |
| NGL, per barrel | 50.32 | 57.84 | 68.08 | 76.63 | 43.65 | 56.85 | 54.71 |
| Natural gas, per thousand cubic feet | 2.15 | 1.98 | 8.92 | 2.77 | 3.91 | 4.39 | 3.90 |
| Bitumen, per barrel | - | 58.91 | - | - | - | - | 58.91 |
| Synthetic oil, per barrel | - | 92.77 | - | - | - | - | 92.77 |
| Average production costs, per oil-equivalent barrel - total | 11.14 | 26.94 | 15.06 | 13.35 | 7.27 | 12.11 | 13.02 |
| Average production costs, per barrel - bitumen | - | 23.71 | - | - | - | - | 23.71 |
| Average production costs, per barrel - synthetic oil | - | 47.45 | - | - | - | - | 47.45 |
| **Equity Companies** | | | | | | | |
| &sbsp; Average production prices | | | | | | | |
| Crude oil, per barrel | 105.02 | - | 104.59 | - | 106.59 | - | 106.33 |
| NGL, per barrel | 58.38 | - | - | - | 75.24 | - | 74.87 |
| Natural gas, per thousand cubic feet | 3.22 | - | 9.66 | - | 9.38 | - | 9.48 |
| Average production costs, per oil-equivalent barrel - total | 20.15 | - | 3.36 | - | 1.43 | - | 2.80 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 96.60 | 98.67 | 110.74 | 111.19 | 108.22 | 112.12 | 106.88 |
| NGL, per barrel | 50.46 | 57.84 | 68.08 | 76.63 | 62.61 | 56.85 | 59.74 |
| Natural gas, per thousand cubic feet | 2.15 | 1.98 | 9.33 | 2.77 | 7.64 | 4.39 | 6.11 |
| Bitumen, per barrel | - | 58.91 | - | - | - | - | 58.91 |
| Synthetic oil, per barrel | - | 92.77 | - | - | - | - | 92.77 |
| Average production costs, per oil-equivalent barrel - total | 11.68 | 26.94 | 10.34 | 13.35 | 3.74 | 12.11 | 9.91 |
| Average production costs, per barrel - bitumen | - | 23.71 | - | - | - | - | 23.71 |
| Average production costs, per barrel - synthetic oil | - | 47.45 | - | - | - | - | 47.45 |

Average production prices have been calculated by using sales quantities from the Corporation's own production as the divisor. Average production costs have been computed by using net production quantities for the divisor. The volumes of crude oil and natural gas liquids (NGL) production used for this computation are shown in the oil and gas production table in section 3.A. The volumes of natural gas used in the calculation are the production volumes of natural gas available for sale and are also shown in section 3.A. The natural gas available for sale volumes are different from those shown in the reserves table in the "Oil and Gas Reserves" part of the "Supplemental Information on Oil and Gas Exploration and Production Activities" portion of the Financial Section of this report due to volumes consumed or flared. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels.

**App. 206**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**RECENTLY ISSUED ACCOUNTING STANDARDS**

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2017. ExxonMobil is evaluating the standard and its effect on the Corporation's financial statements.

**CRITICAL ACCOUNTING ESTIMATES**

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

**Oil and Gas Reserves**

Evaluations of oil and gas reserves are important to the effective management of upstream assets. They are an integral part of investment decisions about oil and gas properties such as whether development should proceed. Oil and gas reserve quantities are also used as the basis to calculate unit-of-production depreciation rates and to evaluate impairment.

Oil and gas reserves include both proved and unproved reserves. Proved oil and gas reserves are those quantities of oil and gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible. Unproved reserves are those with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that are more likely to be recovered than not.

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Reserves Technical Oversight group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and gas price levels.

Proved reserves can be further subdivided into developed and undeveloped reserves. The percentage of proved developed reserves was 65 percent of total proved reserves at year-end 2014 (including both consolidated and equity company reserves), and has been over 60 percent for the last ten years, indicating that proved reserves are consistently moved from undeveloped to developed status.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in prices and year-end costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment/facility capacity.

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved reserves or proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. The volumes produced and asset cost are known and, while proved reserves have a high probability of recoverability, they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves and Prices on Testing for Impairment.** Proved oil and gas properties held and used by the Corporation are reviewed for impairment whenever events or circumstances indicate that the carrying amounts may not be recoverable. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets.

The Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Impairment analyses are generally based on proved reserves. Where probable reserves exist, an appropriately risk-

56

**App. 207**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

adjusted amount of these reserves may be included in the impairment evaluation. An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable. In addition to estimating oil and gas reserve volumes in conducting these analyses, it is also necessary to estimate future oil and gas prices. Potential trigger events for impairment evaluation include a significant decrease in current and projected reserve volumes, an accumulation of project costs significantly in excess of the amount originally expected, and current period operating losses combined with a history and forecast of operating or cash flow losses.

In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil and natural gas have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

Accordingly, any impairment tests that the Corporation performs make use of the Corporation's price assumptions developed in the annual planning and budgeting process for the crude oil and natural gas markets, petroleum products and chemicals. These are the same price assumptions that are used for capital investment decisions. Volumes are based on field production profiles, which are updated annually. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. Future prices used for any impairment tests will vary from the ones used in the supplemental oil and gas disclosure and could be lower or higher for any given year.

**Asset Retirement Obligations**

The Corporation incurs retirement obligations for certain assets. The fair values of these obligations are recorded as liabilities on a discounted basis, which is typically at the time the assets are installed. In the estimation of fair value, the Corporation uses assumptions and judgments regarding such factors as the existence of a legal obligation for an asset retirement obligation; technical assessments of the assets; estimated amounts and timing of settlements; discount rates; and inflation rates. Asset retirement obligations are disclosed in Note 9 to the financial statements.

**Suspended Exploratory Well Costs**

The Corporation continues capitalization of exploratory well costs when the well has found a sufficient quantity of reserves to justify its completion as a producing well and the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. The facts and circumstances that support continued capitalization of suspended wells at year-end are disclosed in Note 10 to the financial statements.

**Consolidations**

The Consolidated Financial Statements include the accounts of those subsidiaries that the Corporation controls. They also include the Corporation's share of the undivided interest in certain upstream assets, liabilities, revenues and expenses. Amounts representing the Corporation's interest in the underlying net assets of other significant entities that it does not control, but over which it exercises significant influence, are accounted for using the equity method of accounting.

Investments in companies that are partially owned by the Corporation are integral to the Corporation's operations. In some cases they serve to balance worldwide risks, and in others they provide the only available means of entry into a particular market or area of interest. The other parties who also have an equity interest in these companies are either independent third parties or host governments that share in the business results according to their ownership. The Corporation does not invest in these companies in order to remove liabilities from its balance sheet. In fact, the Corporation has long been on record supporting an

57

**App. 208**

**SIGNATURES**

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

EXXON MOBIL CORPORATION

By:  _____    /s/ REX W. TILLERSON
                        (Rex W. Tillerson,
                        Chairman of the Board)

Dated February 25, 2015

**POWER OF ATTORNEY**

Each person whose signature appears below constitutes and appoints Randall M. Ebner, Leonard M. Fox and Catherine C. Shae and each of them, his or her true and lawful attorneys-in-fact and agents, with full power of substitution and resubstitution, for him or her and in his or her name, place and stead, in any and all capacities, to sign any and all amendments to this Annual Report on Form 10-K, and to file the same, with all exhibits thereto, and other documents in connection therewith, with the Securities and Exchange Commission, granting unto said attorneys-in-fact and agents, and each of them, full power and authority to do and perform each and every act and thing requisite and necessary to be done, as fully to all intents and purposes as he or she might or could do in person, hereby ratifying and confirming all that said attorneys-in-fact and agents or any of them, or their or his or her substitute or substitutes, may lawfully do or cause to be done by virtue hereof.

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities indicated and on February 25, 2015.

| | |
|---|---|
| /s/ REX W. TILLERSON | Chairman of the Board |
| (Rex W. Tillerson) | (Principal Executive Officer) |
| /s/ MICHAEL J. BOSKIN | Director |
| (Michael J. Boskin) | |
| /s/ PETER BRABECK-LETMATHE | Director |
| (Peter Brabeck-Letmathe) | |
| /s/ URSULA M. BURNS | Director |
| (Ursula M. Burns) | |
| /s/ LARRY R. FAULKNER | Director |
| (Larry R. Faulkner) | |

113

**App. 209**

| | |
|---|---|
| /s/ JAY S. FISHMAN | Director |
| (Jay S. Fishman) | |
| /s/ HENRIETTA H. FORE | Director |
| (Henrietta H. Fore) | |
| /s/ KENNETH C. FRAZIER | Director |
| (Kenneth C. Frazier) | |
| /s/ WILLIAM W. GEORGE | Director |
| (William W. George) | |
| /s/ SAMUEL J. PALMISANO | Director |
| (Samuel J. Palmisano) | |
| /s/ STEVEN S REINEMUND | Director |
| (Steven S Reinemund) | |
| /s/ WILLIAM C. WELDON | Director |
| (William C. Weldon) | |
| /s/ ANDREW P. SWIGER | Senior Vice President (Principal Financial Officer) |
| (Andrew P. Swiger) | |
| /s/ DAVID S. ROSENTHAL | Vice President and Controller (Principal Accounting Officer) |
| (David S. Rosenthal) | |

114

**App. 210**

# Exhibit 8

**2016**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**WASHINGTON, D.C. 20549**

**FORM 10-K**

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2016

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF**
**THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from to

Commission File Number 1-2256

# EXXON MOBIL CORPORATION

(Exact name of registrant as specified in its charter)

| **NEW JERSEY** | **13-5409005** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification Number) |

**5959 LAS COLINAS BOULEVARD, IRVING, TEXAS 75039-2298**
(Address of principal executive offices) (Zip Code)

**(972) 444-1000**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, without par value (4,146,513,819 shares outstanding at January 31, 2017)** | **New York Stock Exchange** |

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☑ No ☐

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☑ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Web site, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☑ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer," and "smaller reporting company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☑ Accelerated filer ☐

Non-accelerated filer ☐ Smaller reporting company ☐

Indicate by check mark whether the registrant is a shell company (as defined by Rule 12b-2 of the Act). Yes ☐ No ☑

The aggregate market value of the voting stock held by non-affiliates of the registrant on June 30, 2016, the last business day of the registrant's most recently completed second fiscal quarter, based on the closing price on that date of $93.74 on the New York Stock Exchange composite tape, was in excess of $388 billion.

**Documents Incorporated by Reference: Proxy Statement for the 2017 Annual Meeting of Shareholders (Part III)**

**App. 211**

## ITEM 2. PROPERTIES

**Information with regard to oil and gas producing activities follows:**

**1. Disclosure of Reserves**

**A. Summary of Oil and Gas Reserves at Year-End 2016**

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. As a result of very low prices during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Otherwise, no major discovery or other favorable or adverse event has occurred since December 31, 2016, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Basis |
|---|---|---|---|---|---|---|
| | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(million bbls)* | *(billion cubic ft)* | *(million bbls)* |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,013 | 304 | - | - | 11,927 | 3,305 |
| Canada/South America *(1)* | 79 | 8 | 436 | 564 | 478 | 1,167 |
| Europe | 146 | 29 | - | - | 1,473 | 420 |
| Africa | 679 | 157 | - | - | 728 | 957 |
| Asia | 1,733 | 125 | - | - | 4,532 | 2,614 |
| Australia/Oceania | 74 | 31 | - | - | 3,071 | 616 |
| Total Consolidated | 3,724 | 654 | 436 | 564 | 22,209 | 9,079 |
| **Equity Companies** | | | | | | |
| United States | 205 | 5 | - | - | 144 | 233 |
| Europe | 11 | - | - | - | 5,804 | 979 |
| Asia | 784 | 330 | - | - | 14,067 | 3,459 |
| Total Equity Company | 1,000 | 335 | - | - | 20,015 | 4,671 |
| Total Developed | 4,724 | 989 | 436 | 564 | 42,224 | 13,750 |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,168 | 458 | - | - | 5,859 | 2,603 |
| Canada/South America *(1)* | 162 | 7 | 265 | - | 462 | 511 |
| Europe | 27 | 4 | - | - | 186 | 62 |
| Africa | 165 | 4 | - | - | 43 | 176 |
| Asia | 1,025 | - | - | - | 389 | 1,089 |
| Australia/Oceania | 47 | 27 | - | - | 4,286 | 789 |
| Total Consolidated | 2,594 | 500 | 265 | - | 11,225 | 5,230 |
| **Equity Companies** | | | | | | |
| United States | 31 | 5 | - | - | 67 | 47 |
| Europe | 6 | - | - | - | 1,820 | 309 |
| Asia | 399 | 44 | - | - | 1,167 | 638 |
| Total Equity Company | 436 | 49 | - | - | 3,054 | 994 |
| Total Undeveloped | 3,030 | 549 | 265 | - | 14,279 | 6,224 |
| **Total Proved Reserves** | 7,754 | 1,538 | 701 | 564 | 56,503 | 19,974 |

*(1) South America includes proved developed reserves of 29 billion cubic feet of natural gas.*

5

**App. 212**

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressures. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in projections of long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of low prices which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects.

As noted above, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualify as proved reserves mainly due to the acceleration of the projected end-of-field-life. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect the downward revision of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

**B. Technologies Used in Establishing Proved Reserves Additions in 2016**

Additions to ExxonMobil's proved reserves in 2016 were based on estimates generated through the integration of available and appropriate geological, engineering and production data, utilizing well-established technologies that have been demonstrated in the field to yield repeatable and consistent results.

Data used in these integrated assessments included information obtained directly from the subsurface via wellbores, such as well logs, reservoir core samples, fluid samples, static and dynamic pressure information, production test data, and surveillance and performance information. The data utilized also included subsurface information obtained through indirect measurements including high-quality 3-D and 4-D seismic data, calibrated with available well control information. The tools used to interpret the data included proprietary seismic processing software, proprietary reservoir modeling and simulation software, and commercially available data analysis packages.

In some circumstances, where appropriate analog reservoirs were available, reservoir parameters from these analogs were used to increase the quality of and confidence in the reserves estimates.

**C. Qualifications of Reserves Technical Oversight Group and Internal Controls over Proved Reserves**

ExxonMobil has a dedicated Global Reserves group that provides technical oversight and is separate from the operating organization. Primary responsibilities of this group include oversight of the reserves estimation process for compliance with Securities and Exchange Commission (SEC) rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves. This group also maintains the official company reserves estimates for ExxonMobil's proved reserves of crude and natural gas liquids, bitumen, synthetic oil and natural gas. In addition, the group provides training to personnel involved in the reserves estimation and reporting process within ExxonMobil and its affiliates. The Manager of the Global Reserves group has more than 25 years of experience in reservoir engineering and reserves assessment and has a degree in Engineering. He is an active member of the Society of Petroleum Engineers (SPE). The group is staffed with individuals that have an average of more than 20 years of technical experience in the petroleum industry, including expertise in the classification and categorization of reserves under the SEC guidelines. This group includes individuals who hold advanced degrees in either Engineering or Geology. Several members of the group hold professional registrations in their field of expertise, and a member currently serves on the SPE Oil and Gas Reserves Committee.

**App. 213**

The Global Reserves group maintains a central database containing the official company reserves estimates. Appropriate controls, including limitations on database access and update capabilities, are in place to ensure data integrity within this central database. An annual review of the system's controls is performed by internal audit. Key components of the reserves estimation process include technical evaluations and analysis of well and field performance and a rigorous peer review. No changes may be made to the reserves estimates in the central database, including additions of any new initial reserves estimates or subsequent revisions, unless these changes have been thoroughly reviewed and evaluated by duly authorized personnel within the operating organization. In addition, changes to reserves estimates that exceed certain thresholds require further review and approval of the appropriate level of management within the operating organization before the changes may be made in the central database. Endorsement by the Global Reserves group for all proved reserves changes is a mandatory component of this review process. After all changes are made, reviews are held with senior management for final endorsement.

### 2. Proved Undeveloped Reserves

At year-end 2016, approximately 6.2 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 31 percent of the 20 GOEB reported in proved reserves. This compares to the 6.8 GOEB of proved undeveloped reserves reported at the end of 2015. During the year, ExxonMobil conducted development activities in over 100 fields that resulted in the transfer of approximately 1 GOEB from proved undeveloped to proved developed reserves by year-end. The largest transfers were related to the Gorgon LNG project start-up and drilling activity at Upper Zakum, Tengiz and in the United States. During 2016, extensions, primarily in the United States, resulted in an addition of approximately 0.4 GOEB of proved undeveloped reserves.

Overall, investments of $10.1 billion were made by the Corporation during 2016 to progress the development of reported proved undeveloped reserves, including $9.3 billion for oil and gas producing activities and an additional $0.8 billion for other non-oil and gas producing activities such as the construction of support infrastructure and other related facilities. These investments represented 70 percent of the $14.5 billion in total reported Upstream capital and exploration expenditures. Investments made by the Corporation to develop quantities which no longer meet the SEC definition of proved reserves due to 2016 average prices are included in the $14.5 billion of Upstream capital expenditures reported above but are excluded from amounts related to progressing the development of proved undeveloped reserves.

One of ExxonMobil's requirements for reporting proved reserves is that management has made significant funding commitments toward the development of the reserves. ExxonMobil has a disciplined investment strategy and many major fields require long lead-time in order to be developed. Development projects typically take several years from the time of recording proved undeveloped reserves to the start of production. However, the development time for large and complex projects can exceed five years. Proved undeveloped reserves in Australia, the United States, Kazakhstan, the Netherlands, Qatar, and Nigeria have remained undeveloped for five years or more primarily due to constraints on the capacity of infrastructure, the pace of co-venturer/government funding, as well as the time required to complete development for very large projects. The Corporation is reasonably certain that these proved reserves will be produced; however, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals, and significant changes in long-term oil and natural gas price levels. Of the proved undeveloped reserves that have been reported for five or more years, over 80 percent are contained in the aforementioned countries. The largest of these is related to LNG/Gas projects in Australia, where construction of the Gorgon LNG project is in the final phases. In Kazakhstan, the proved undeveloped reserves are related to the remainder of the initial development of the offshore Kashagan field which is included in the North Caspian Production Sharing Agreement and the Tengizchevroil joint venture which includes a production license in the Tengiz - Korolev field complex. The Tengizchevroil joint venture is producing, and proved undeveloped reserves will continue to move to proved developed as approved development phases progress. In the Netherlands, the Groningen gas field has proved undeveloped reserves related to installation of future stages of compression. These reserves will move to proved developed when the additional stages of compression are installed to maintain field delivery pressure.

7

**App. 214**

**3. Oil and Gas Production, Production Prices and Production Costs**

**A. Oil and Gas Production**

The table below summarizes production by final product sold and by geographic area for the last three years.

| | 2016 | | 2015 | | 2014 | |
|---|---|---|---|---|---|---|
| | *(thousands of barrels daily)* | | | | | |
| **Crude oil and natural gas liquids production** | Crude Oil | NGL | Crude Oil | NGL | Crude Oil | NGL |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 347 | 87 | 326 | 86 | 304 | 85 |
| Canada/South America | 53 | 6 | 47 | 8 | 52 | 9 |
| Europe | 171 | 31 | 173 | 28 | 151 | 28 |
| Africa | 459 | 15 | 511 | 18 | 469 | 20 |
| Asia | 383 | 27 | 346 | 29 | 293 | 26 |
| Australia/Oceania | 37 | 19 | 33 | 17 | 39 | 20 |
| Total Consolidated Subsidiaries | 1,450 | 185 | 1,436 | 186 | 1,308 | 188 |
| **Equity Companies** | | | | | | |
| United States | 58 | 2 | 61 | 3 | 63 | 2 |
| Europe | 2 | - | 3 | - | 5 | - |
| Asia | 232 | 65 | 241 | 68 | 236 | 69 |
| Total Equity Companies | 292 | 67 | 305 | 71 | 304 | 71 |
| **Total crude oil and natural gas liquids production** | 1,742 | 252 | 1,741 | 257 | 1,612 | 259 |
| **Bitumen production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/South America | 304 | | 289 | | 180 | |
| **Synthetic oil production** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| Canada/South America | 67 | | 58 | | 60 | |
| **Total liquids production** | 2,365 | | 2,345 | | 2,111 | |
| | *(millions of cubic feet daily)* | | | | | |
| **Natural gas production available for sale** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 3,052 | | 3,116 | | 3,374 | |
| Canada/South America *(1)* | 239 | | 261 | | 310 | |
| Europe | 1,093 | | 1,110 | | 1,226 | |
| Africa | 7 | | 5 | | 4 | |
| Asia | 927 | | 1,080 | | 1,067 | |
| Australia/Oceania | 887 | | 677 | | 512 | |
| Total Consolidated Subsidiaries | 6,205 | | 6,249 | | 6,493 | |
| **Equity Companies** | | | | | | |
| United States | 26 | | 31 | | 30 | |
| Europe | 1,080 | | 1,176 | | 1,590 | |
| Asia | 2,816 | | 3,059 | | 3,032 | |
| Total Equity Companies | 3,922 | | 4,266 | | 4,652 | |
| **Total natural gas production available for sale** | 10,127 | | 10,515 | | 11,145 | |
| | *(thousands of oil-equivalent barrels daily)* | | | | | |
| **Oil-equivalent production** | 4,053 | | 4,097 | | 3,969 | |

*(1) South America includes natural gas production available for sale for 2016, 2015 and 2014 of 22 million, 21 million, and 21 million cubic feet daily, respectively.*

8

**App. 215**

## B. Production Prices and Production Costs

The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years.

| | United States | Canada/ S. America | Europe | Africa | Asia | Australia/ Oceania | Total |
|---|---|---|---|---|---|---|---|
| **During 2016** | | | | *(dollars per unit)* | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 36.47 | 39.50 | 40.57 | 42.59 | 41.89 | 43.33 | 40.59 |
| NGL, per barrel | 16.16 | 18.91 | 22.17 | 26.78 | 17.12 | 23.95 | 18.99 |
| Natural gas, per thousand cubic feet | 1.43 | 1.71 | 4.26 | 1.14 | 1.56 | 3.46 | 2.25 |
| Bitumen, per barrel | - | 19.30 | - | - | - | - | 19.30 |
| Synthetic oil, per barrel | - | 43.03 | - | - | - | - | 43.03 |
| Average production costs, per oil-equivalent barrel - total | 10.41 | 21.16 | 12.78 | 12.75 | 6.44 | 7.12 | 11.79 |
| Average production costs, per barrel - bitumen | - | 18.25 | - | - | - | - | 18.25 |
| Average production costs, per barrel - synthetic oil | - | 33.64 | - | - | - | - | 33.64 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 38.44 | - | 36.13 | - | 39.69 | - | 39.41 |
| NGL, per barrel | 14.85 | - | - | - | 25.21 | - | 24.87 |
| Natural gas, per thousand cubic feet | 2.03 | - | 4.19 | - | 3.59 | - | 3.75 |
| Average production costs, per oil-equivalent barrel - total | 22.26 | - | 7.92 | - | 1.80 | - | 4.21 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 36.75 | 39.50 | 40.51 | 42.59 | 41.06 | 43.33 | 40.39 |
| NGL, per barrel | 16.13 | 18.91 | 22.17 | 26.78 | 22.85 | 23.95 | 20.56 |
| Natural gas, per thousand cubic feet | 1.44 | 1.71 | 4.22 | 1.14 | 3.09 | 3.46 | 2.83 |
| Bitumen, per barrel | - | 19.30 | - | - | - | - | 19.30 |
| Synthetic oil, per barrel | - | 43.03 | - | - | - | - | 43.03 |
| Average production costs, per oil-equivalent barrel - total | 11.18 | 21.16 | 11.21 | 12.75 | 3.77 | 7.12 | 9.89 |
| Average production costs, per barrel - bitumen | - | 18.25 | - | - | - | - | 18.25 |
| Average production costs, per barrel - synthetic oil | - | 33.64 | - | - | - | - | 33.64 |
| **During 2015** | | | | | | | |
| **Consolidated Subsidiaries** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 41.87 | 44.30 | 49.04 | 51.01 | 48.30 | 49.56 | 47.75 |
| NGL, per barrel | 16.96 | 21.91 | 27.50 | 33.41 | 21.14 | 29.75 | 22.16 |
| Natural gas, per thousand cubic feet | 1.65 | 1.78 | 6.47 | 1.57 | 2.02 | 5.13 | 2.95 |
| Bitumen, per barrel | - | 25.07 | - | - | - | - | 25.07 |
| Synthetic oil, per barrel | - | 48.15 | - | - | - | - | 48.15 |
| Average production costs, per oil-equivalent barrel - total | 12.50 | 22.68 | 15.86 | 10.31 | 7.71 | 8.86 | 12.97 |
| Average production costs, per barrel - bitumen | - | 19.20 | - | - | - | - | 19.20 |
| Average production costs, per barrel - synthetic oil | - | 41.83 | - | - | - | - | 41.83 |
| **Equity Companies** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 46.34 | - | 46.05 | - | 48.44 | - | 47.99 |
| NGL, per barrel | 15.37 | - | - | - | 32.36 | - | 31.75 |
| Natural gas, per thousand cubic feet | 2.05 | - | 6.27 | - | 5.83 | - | 5.92 |
| Average production costs, per oil-equivalent barrel - total | 22.15 | - | 7.75 | - | 1.41 | - | 3.89 |
| **Total** | | | | | | | |
| Average production prices | | | | | | | |
| Crude oil, per barrel | 42.58 | 44.30 | 48.97 | 51.01 | 48.36 | 49.56 | 47.79 |
| NGL, per barrel | 16.92 | 21.91 | 27.50 | 33.41 | 28.94 | 29.75 | 24.77 |
| Natural gas, per thousand cubic feet | 1.65 | 1.78 | 6.37 | 1.57 | 4.84 | 5.13 | 4.16 |
| Bitumen, per barrel | - | 25.07 | - | - | - | - | 25.07 |
| Synthetic oil, per barrel | - | 48.15 | - | - | - | - | 48.15 |
| Average production costs, per oil-equivalent barrel - total | 13.16 | 22.68 | 13.09 | 10.31 | 3.96 | 8.86 | 10.56 |
| Average production costs, per barrel - bitumen | - | 19.20 | - | - | - | - | 19.20 |
| Average production costs, per barrel - synthetic oil | - | 41.83 | - | - | - | - | 41.83 |

9

**App. 216**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

**RECENTLY ISSUED ACCOUNTING STANDARDS**

In May 2014, the Financial Accounting Standards Board issued a new standard, *Revenue from Contracts with Customers*. The standard establishes a single revenue recognition model for all contracts with customers, eliminates industry specific requirements, and expands disclosure requirements. The standard is required to be adopted beginning January 1, 2018. "Sales and Other Operating Revenue" on the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. When the Corporation adopts the standard, revenue will exclude sales-based taxes collected on behalf of third parties. This change in reporting will not impact earnings. The Corporation expects to adopt the standard using the Modified Retrospective method, under which prior years' results are not restated, but supplemental information on the impact of the new standard is provided for 2018 results. The Corporation continues to evaluate other areas of the standard, which are not expected to have a material effect on the Corporation's financial statements.

In February 2016, the Financial Accounting Standards Board issued a new standard, *Leases*. The standard requires that all leases with an initial term greater than one year be recorded on the balance sheet as a lease asset and a lease liability. The standard is required to be adopted beginning January 1, 2019, with early adoption permitted. ExxonMobil is evaluating the standard and its effect on the Corporation's financial statements and plans to adopt it in 2019.

**CRITICAL ACCOUNTING ESTIMATES**

The Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities. The Corporation's accounting policies are summarized in Note 1.

**Oil and Natural Gas Reserves**

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines, among other factors. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Global Reserves Group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Oil and natural gas reserves include both proved and unproved reserves.

- Proved oil and natural gas reserves are determined in accordance with Securities and Exchange Commission (SEC) requirements. Proved reserves are those quantities of oil and natural gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic and operating conditions and government regulations. Proved reserves are determined using the average of first-of-month oil and natural gas prices during the reporting year.

  Proved reserves can be further subdivided into developed and undeveloped reserves. Proved developed reserves include amounts which are expected to be recovered through existing wells with existing equipment and operating methods. Proved undeveloped reserves include amounts expected to be recovered from new wells on undrilled proved acreage or from existing wells where a relatively major expenditure is required for completion. Proved undeveloped reserves are recognized only if a development plan has been adopted indicating that the reserves are scheduled to be drilled within five years, unless specific circumstances support a longer period of time.

  The percentage of proved developed reserves was 69 percent of total proved reserves at year-end 2016 (including both consolidated and equity company reserves), a reduction from 73 percent in 2015, and has been over 60 percent for the last ten years. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and natural gas prices.

- Unproved reserves are quantities of oil and natural gas with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that, together with proved reserves, are as likely as not to be recovered.

Revisions in previously estimated volumes of proved reserves for existing fields can occur due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in the

57

**App. 217**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

average of first-of-month oil and natural gas prices and / or costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment and facility capacity.

As a result of very low prices during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl, in Canada. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualify as proved reserves mainly due to the acceleration of the projected end-of-field-life. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect the downward revision of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

Supplemental information regarding oil and natural gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements.

**Unit-of-Production Depreciation**

Oil and natural gas reserve quantities are used as the basis to calculate unit-of-production depreciation rates for most upstream assets. Depreciation is calculated by taking the ratio of asset cost to total proved reserves or proved developed reserves applied to actual production. The volumes produced and asset cost are known, while proved reserves are based on estimates that are subject to some variability.

In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, an alternative method is used. The straight-line method is used in limited situations where the expected life of the asset does not reasonably correlate with that of the underlying reserves. For example, certain assets used in the production of oil and natural gas have a shorter life than the reserves, and as such, the Corporation uses straight-line depreciation to ensure the asset is fully depreciated by the end of its useful life.

To the extent that proved reserves for a property are entirely de-booked and that property continues to produce, assets will be depreciated using a unit-of-production method based on reserves determined at the most recent SEC price which results in a quantity of proved reserves greater than zero, appropriately adjusted for production and technical changes. The effect of this approach on the Corporation's 2017 depreciation expense versus 2016 is anticipated to be immaterial.

**Impairment**

The Corporation tests assets or groups of assets for recoverability whenever events or circumstances indicate that the carrying amounts may not be recoverable. Among the events or changes in circumstances which could indicate that the carrying value of an asset or asset group may not be recoverable are the following:

- a significant decrease in the market price of a long-lived asset;
- a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- an accumulation of project costs significantly in excess of the amount originally expected;
- a current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses and other profitability reviews assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as an indication of impairment. Management does not believe that lower prices are sustainable if energy is to be delivered with supply security to meet global demand over the long term. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and

58

**App. 218**

**MANAGEMENT'S DISCUSSION AND ANALYSIS OF FINANCIAL CONDITION AND RESULTS OF OPERATIONS**

production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses. In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows.

When the industry experiences a prolonged and deep reduction in commodity prices, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction in the mid-point of its long-term oil, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events and changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets.

In the Upstream, the standardized measure of discounted cash flows included in the Supplemental Information on Oil and Gas Exploration and Production Activities is required to use prices based on the average of first-of-month prices. These prices represent discrete points in time and could be higher or lower than the Corporation's long-term price assumptions which are used for impairment assessments. The Corporation believes the standardized measure does not provide a reliable estimate of the expected future cash flows to be obtained from the development and production of its oil and gas properties or of the value of its oil and gas reserves and therefore does not consider it relevant in determining whether events or changes in circumstances indicate the need for an impairment assessment.

If events or circumstances indicate that the carrying value may not be recoverable, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. In performing this assessment, assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets. Cash flows used in recoverability assessments are based on the Corporation's assumptions which are developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. These evaluations make use of the Corporation's assumptions of future crude oil and natural gas commodity prices, refining and chemical margins, volumes, costs, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

An asset group is impaired if its undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exists for the asset group, or discounted cash flows using a discount rate commensurate with the risk. Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Continued weakness in the upstream industry environment during 2016, continued weak financial results for several assets in North America, and a reduction in the mid-point of the ranges of the Corporation's long-term oil and natural gas prices developed as part of its annual planning and budgeting cycle led the Corporation to conclude that the facts and circumstances supported performing an impairment assessment of certain long-lived assets, notably North America natural gas assets and certain other assets across the remainder of its Upstream operations. The assessment reflected long-term crude and natural gas prices which are consistent with the mid-point of the ranges that management uses to evaluate investment opportunities and which are in the range of long-term price forecasts published by third-party industry experts and government agencies. This assessment indicated that the vast majority of asset groups have future undiscounted cash flow estimates exceeding carrying values. However, the carrying values for certain asset groups in the United States exceeded the estimated cash flows. As a result, the Corporation's fourth quarter 2016 results include an after-tax charge of $2 billion to reduce the carrying value of those assets to fair value. The asset groups subject to this impairment charge are primarily dry gas operations in the Rocky Mountains region of the United States with large undeveloped acreage positions.

The assessment of fair values required the use of Level 3 inputs. The principal parameters used to establish fair values included estimates of both proved and unproved reserves, future commodity prices which were consistent with the average of third-party industry experts and government agencies, drilling and development costs, discount rates ranging from 5.5 percent to 8 percent depending on the characteristics of the asset group, and comparable market transactions. Due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate the existence or range of any potential future impairment charges related to the Corporation's long-lived assets.

| | |
|---|---|
| /s/ URSULA M. BURNS | Director |
| (Ursula M. Burns) | |
| /s/ LARRY R. FAULKNER | Director |
| (Larry R. Faulkner) | |
| /s/ HENRIETTA H. FORE | Director |
| (Henrietta H. Fore) | |
| /s/ KENNETH C. FRAZIER | Director |
| (Kenneth C. Frazier) | |
| /s/ DOUGLAS R. OBERHELMAN | Director |
| (Douglas R. Oberhelman) | |
| /s/ SAMUEL J. PALMISANO | Director |
| (Samuel J. Palmisano) | |
| /s/ STEVEN S REINEMUND | Director |
| (Steven S Reinemund) | |
| /s/ WILLIAM C. WELDON | Director |
| (William C. Weldon) | |
| /s/ ANDREW P. SWIGER | Senior Vice President (Principal Financial Officer) |
| (Andrew P. Swiger) | |
| /s/ DAVID S. ROSENTHAL | Vice President and Controller (Principal Accounting Officer) |
| (David S. Rosenthal) | |

121

**App. 220**

# Exhibit 9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,                §

Individually and on               §

Behalf of All Others              §

Similarly Situated,               §

   Plaintiff,                     §

Vs.                               § CIVIL ACTION NO.:

EXXON MOBIL CORPORATION,          § 3:16-cv-03111-K

et al.,                           §

   Defendants.                    §

_____

C O N F I D E N T I A L

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

ORAL AND VIDEOTAPED DEPOSITION OF ANDREW P. SWIGER, produced as a witness at the instance of the Plaintiff, and duly sworn, was taken in the above-styled and numbered cause on the 4th day of December, 2024, from 9:00 a.m. to 4:10 p.m., before Daniel J. Skur, Notary Public and Certified Shorthand Reporter in and for the State of Texas, taken at the offices of Haynes and Boone, LLP, 2801 N. Harwood Street, Suite 2300, Dallas, Texas.

Job No. 6957082

PAGES 1 - 258

Page 1

A P P E A R A N C E S

FOR THE PLAINTIFF:

Scott H. Saham, Esq.

Sam S. Sheldon, Esq.

Erika Oliver, Esq.

ROBBINS GELLER RUDMAN & DOWD LLP

655 West Broadway, Suite 1900

San Diego, California 92101

619-231-1058

scotts@rgrdlaw.com

ssheldon@rgrdlaw.com

eoliver@rgrdlaw.com

FOR THE DEFENDANTS:

Daniel J. Toal, Esq.

Lyuba Shamailova, Esq.

Samuel Kleiner, Esq.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K Street, NW

Washington, D.C. 20006-1047

202-223-7440

dtoal@paulweiss.com

lshamailova@paulweiss.com

skleiner@paulweiss.com

ALSO PRESENT:

Patrice Childress, Exxon In-House Counsel

Joe Willis, Videographer

Page 2

I N D E X

ANDREW P. SWIGER

Examination by Mr. Saham................ 10

PREVIOUSLY MARKED EXHIBITS

ANDREW P. SWIGER

4th day of December, 2024

| Number | Description | Page |
|---|---|---|
| Exhibit 12 | January 2016 Email String Regarding December 2015 Cold Lake and Kearl Market Prices Bates No. EMC_RAMIREZ 0000 33450 through 000033451 | 106 |
| Exhibit 21 | January 2016 PowerPoint, Americas F&O-Delivering the Plan Bates No. EMC_SEC 100064589 through 100064646 | 131 |
| Exhibit 27 | ExxonMobil 2015 Corporate Plan Data Guide Bates No. EMC_RAM 000040426 through 00004052 | 232 |
| Exhibit 58 | ExxonMobil 2016 Corporate Plan Data Guide Bates No. EMC_RAM 001074733 through 001074758 | 246 |

Page 3

PREVIOUSLY MARKED EXHIBITS

| Number | Description | Page |
|---|---|---|
| Exhibit 65 | Assessment of Potential Impairment Triggers Bates No. EMC_SEC 100004182 through 100004259 | 43 |
| Exhibit 66 | Exxon Mobil Corporation 2015 Form 10-K Bates No. EMC_RAMIREZ 000115801 through 000115920 | 132 |
| Exhibit 67 | December 2015 PowerPoint, Americas F&O-Delivering the Plan Bates No. EMC_SEC 100009968 through 100010025 | 140 |
| Exhibit 71 | 8/21/Email String Regarding PROP: Price Assumptions Bates No. EMC_RAMIREZ 000000301 through 000000303, 6 pages | 151 |
| Exhibit 117 | 10/25/2015 Strawbridge Email to Swiger and Others Regarding PROP: 10/26 Kearl Reserves Update Pro Forma and Review Package Bates No. EMC_RAMIREZ 000056281 through 000056283, 11 pages | 81 |
| Exhibit 121 | 4/27/2015 Tsocanos Email to Taylor and Others Regarding Liquidity Measures Bates No. SPGI_0000206_0001 through SPGI_0000208_0007 | 220 |
| Exhibit 123 | 2/22/2016 Document Regarding Project Eagle Bates No. 8 pages | 188 |

Page 4

PREVIOUSLY MARKED EXHIBITS

| Number | Description | Page |
|---|---|---|
| Exhibit 133 | 6/19/2015 Email String Regarding PROP: 2015 Corporate Plan Guidance and Opportunity Case Update Bates No. EMC_RAM 001670531 through 001670554 | 148 |
| Exhibit 208 | 3/23/2016 Document Containing Handwritten Notes Bates No. SPGI_0000037_0001 through 0000037_0013 | 213 |

MARKED DURING SWIGER DEPOSITION

| Number | Description | Page |
|---|---|---|
| Exhibit 211 | 8/21/2015 Gates Email to Albers and Others Regarding Upstream Earnings Review Pro Forma/Review Deck, Bates No. EMC_RAM 001594274 through 001594294 | 17 |
| Exhibit 212 | 8/22/2015 Cochrane Email to Albers and Others Regarding PROP: Bitumen Differentials Bates No. EMC_RAMIREZ 000029326 through 000029329, 6 pages | 56 |
| Exhibit 213 | 8/27/2015 PowerPoint Regarding W. Canada Diluent Supply Strategy Bates No. EMC_RAMIREZ 00031065 through 00031079 | 68 |
| Exhibit 214 | 11/12/2015 Kemp Email to Luettgen Regarding PROP: Upstream MC Presentation For Tariff Tomorrow Part 1 of 2 Bates No. EMC 003192502 With Native Document Bates No. EMC_RAM_NYAG 003402219, 28 pages | 76 |

Page 5

2 (Pages 2 - 5)

DEPOSITION EXHIBITS
ANDREW P. SWIGER

Number          Description          Page

Exhibit 215  1/16/2016 Bowen Email to Albers    95
and Others Regarding PROP:  Final
Handouts, Thursday, November 17
UEM/FRMs (For iPad Viewing)
Bates No. EMC_RAMIREZ
000144205 through 000144257

Exhibit 216  1/22/2016 Gates Email to Albers   120
and Others Regarding PROP:
Upstream Earnings Review-Pro
Forma/Review Deck
Bates No. EMC_RAMIREZ
000009292 through 000009321

Exhibit 217  2/22/2016 Agenda For Upstream    126
Chairman's Briefing
Bates No. EMC 003545166
through 003545215

Exhibit 218  9/14/2015 Smith Email to Cohen   164
and Others Regarding
PROP:  2015 Corporate Plan
Price Bases and Opportunity
Evaluation Guidance
Bates No. EMC_RAMIREZ
000000634 through 000000650

Exhibit 219  October 2015 Email String    167
Regarding NYMEX Expiration
Bates No. EMC_RAMIREZ
000031570 through 000031571

Page 6

DEPOSITION EXHIBITS

Number          Description          Page

Exhibit 225  Exxon Mobil Corporation Form    193
10-Q For the Quarterly Period
Ended 3/31/2016, 80 pages

Exhibit 226  4/29/2016 Societe Generale    211
Cross Asset Research Regarding
ExxonMobil, 5 pages

Exhibit 227  1/31/2017 Exxon Mobil    224
Corporation Form 8-K, 21 pages

Exhibit 228  Native Document March 28, 2016,    228
2016 Plan Gas Business
Environment Draft
Bates No. EMC 004132830, 38 pages

Exhibit 229  Native Document, February 2016    236
PwC Regarding Upstream Long-Lived
Asset Impairment Assessment
Bates No. PRAM0082899, 62 pages

Exhibit 230  5/6/2016 Email String Regarding    249
PROP:  Gas Price
Charts-Third-Party Comparison
Updates
Bates No. EMC_RAMIREZ 000042991
through 000042993, 5 pages

Page 8

DEPOSITION EXHIBITS

Number          Description          Page

Exhibit 220  10/6/2015 Swiger Email to Cotton  170
Regarding Price Bases For Plan
Out Years, Bates No. EMC_RAMIREZ
000001802

Exhibit 221  10/14/2015 Hamid Email to King    175
and Others Regarding 2015
Upstream CE Plan
Review-Presentations
Bates No. EMC_SEC 100038477
through 100038618

Exhibit 222  February 2016 Email String    179
Regarding PROP:  Operating
Costs-Competitor Analysis
Bates No. EMC_RAM 001592731
through 001592733

Exhibit 223  Initial Disclosures of    187
Defendants Exxon Mobil
Corporation, Rex W. Tillerson,
Andrew P. Swiger,
Jeffrey D. Woodbury, and
David S. Rosenthal, 6 pages

Exhibit 224  Exxon Mobil Corporation    191
Form 8-K 4/29/2016, 18 pages

Page 7

PROCEEDINGS

VIDEOGRAPHER:  Good morning.  We're going on the record at 9:00 a.m. on December the 4th, 2024.

Please note microphones are sensitive and may pick up whispering and private conversations.

Please mute your phones at this time.

This is the video-recorded deposition of Andrew Swiger taken in the matter of Pedro Ramirez, Jr., et al., versus ExxonMobil Corporation, et al., filed in the United States District Court for the Northern District of Texas in Dallas, Case Number 3:16-cv-03111-K.

The location of the deposition is 2801 North Harwood Street, Dallas, Texas.

My name is Joe Willis, representing Veritext.  I'm the videographer.  The court reporter is Dan Skur from the firm Veritext.

I'm not related to any party in this action, nor am I financially interested in the outcome.

If there are objections to proceeding, please state them at the time of your appearance.

Will Counsel and all present, including

Page 9

3 (Pages 6 - 9)

**App. 223**

CONFIDENTIAL

remotely, state your appearance and affiliation for the record, beginning with the noticing attorney.

MR. SAHAM: Scott Saham for the plaintiffs.

MR. SHELDON: Sam Sheldon for the plaintiffs.

MS. OLIVER: Erika Oliver for the plaintiffs.

MR. TOAL: Dan Toal with Paul Weiss, for the defendants.

MS. SHAMAILOVA: Lyuba Shamailova of Paul Weiss for the defendants.

MR. KLEINER: Sam Kleiner, Paul Weiss, for the defendants.

MS. CHILDRESS: Patrice Childress, in-house with ExxonMobil.

VIDEOGRAPHER: Will the court reporter please swear in the witness, and we may begin.

ANDREW P. SWIGER, having been duly cautioned and sworn to tell the truth, the whole truth and nothing but the truth, testified as follows:

(9:00 a.m.)

EXAMINATION

BY MR. SAHAM:

Page 10

Q. Good morning, Mr. Swiger.

A. Good morning.

Q. Could you please state your name and address for the record?

A. My name is Andrew Porter Swiger. I live at ████████████████████████ .

Q. And is there any reason, medical or otherwise, you can't give full and complete testimony today?

A. There is no reason.

Q. Okay. And just briefly, what's your educational background?

A. I graduated from the Colorado School of Mines in Golden, Colorado, as a petroleum engineer in 1978.

Q. Okay. And did you start working for Exxon shortly after that?

A. I joined Mobil in 1978, which merged with Exxon in December 1999, became ExxonMobil.

Q. Okay. And what was your job at the time of the merger?

A. I had been a general manager for Mobil Oil Canada's operations, the president and general manager for Mobil Oil Canada at the time of the merger.

Page 11

Q. Okay. And were there any tar sands under -- under development at that point in time?

A. Not by Mobil Oil, no.

Q. Okay. And when -- once you started with Exxon, what was your job there?

A. I was a assistant to Management Committee -- committee member Harry Longwell.

Q. Okay. And what did it mean to the assistant to the manager?

A. An advisor, really, is what the job was. It was to work with him, to facilitate interaction with the various functional companies in the ExxonMobil organization.

Q. Okay. There was an individual named -- whose last name was Genetti. Do you remember him?

A. Dominic Genetti, yes.

Q. Yeah. And did he have that job for Mr. Tillerson?

A. He had that job for me.

Q. Oh, he did for you. Okay. And -- and could you just -- generally could you describe what that job entails?

A. The job entails, as I said, liaison with the functional companies, various operating companies in ExxonMobil system; to understand what

Page 12

they're trying to do and to think about the progression of decisions up to the Management Committee level.

Q. Okay. And does that person interact regularly -- being your assistant need to interact regularly with you?

A. Yes.

Q. And did Mr. -- and -- and for most of this deposition, we're going to be talking about the 2015 time frame.

A. Yes.

Q. Do you recall who held that position for Mr. Tillerson in the 2015, '16 time frame?

A. I do not.

Q. Okay. But Mr. Genetti worked for you at that time?

A. He worked as my advisor, yes.

Q. Okay. And just briefly, the position you held in 2015 was the principal financial officer?

A. I was a senior vice president, member of the Management Committee and the principal financial officer.

Q. And at what point in time did you assume those roles?

Page 13

4 (Pages 10 - 13)

**App. 224**

operating division of ExxonMobil.

Q. And -- and did XTO house a lot of natural gas operations in the United States?

A. It housed a lot of natural gas operations that were unconventional, not the conventional operations, and -- and unconventional oil as well.

Q. What do you mean by "unconventional"?

A. Unconventional oil and unconventional gas are produced from tight reservoirs that require horizontal drilling and hydraulic fracturing to stimulate production from those type reservoirs.

Q. And -- and, then, does that financially differ from what you refer to as "conventional" oil or gas?

A. There are many, many varieties of conventional oil and gas.

Q. But "unconventional" is a distinction because it involves horizontal drilling and hydraulic fracking?

A. Generally speaking, yes.

Q. Okay. And XTO, which housed those unconventional oil and gas operations for the first half of 2015 or 2015 year-to-date through July, lost $718 million; is that correct?

Page 42

A. That is correct.

Q. And that was reported to you and Mr. Albers in August of 2015, correct?

A. Yes.

Q. Okay. You can set Exhibit 211 aside.

And I'm going to show you what's previously -- well, before we do that, do you know what the term "black notebook" is that was referred to in this report?

A. I do not.

Q. I'm going to show you what's previously been referred to as exhibit -- or what's been previously marked as Exhibit 65 in this case.

(Exhibit 65 introduced.)

BY MR. SAHAM:

Q. Could you please take a look at Exhibit 65?

And this is the "Assessment of Potential Impairment Triggers" that -- and if you look at the -- just to help you get through the document, if you look at page 7, it's signed by Mr. Rosenthal --

A. Uh-huh.

Q. -- on February 10th, 2016.

And on page 6, at the bottom, it says:

Page 43

Reviews were held with successively senior levels of management, culminating in a review with the Corporation's Chairman and CEO in the fourth quarter.

My question is, before we get into this document: Would this Assessment of Potential Impairment Triggers, Exhibit 65, have been shared with you prior to being shared with Mr. Tillerson?

MR. TOAL: Objection to the form of the question.

You're asking about this particular document?

MR. SAHAM: Yeah, I'm asking about Exhibit 65.

BY MR. SAHAM:

Q. Would you have received Exhibit 65 -- would you have seen the -- it's referred to as "a review."

Would this review have been conducted with you -- you know, I'll strike all that because I'm babbling.

I just asked you: Would you have received Exhibit 65?

A. Let me take a look at it.

Q. Okay. Great.

Page 44

(Witness reviews document.)

MR. SAHAM: And, Dan, if he wants to take a really long time with the documents, we will just go off the record. I'm not sure how much time -- how much time are you contemplating looking at the documents? You can have as much as you want. I just --

THE WITNESS: I don't know because I'm just starting on --

MR. SAHAM: Okay. Let's go off the record while Mr. Swiger is reviewing the document.

VIDEOGRAPHER: We're off the record at 9:39.

(Witness reviews document.)

VIDEOGRAPHER: We're back on the record at 9:46.

BY MR. SAHAM:

Q. Mr. Swiger, would you have received Exhibit 25 -- or I'm sorry, Exhibit 65?

A. I do not recognize the paper up front. I do recognize the decks kind of back.

Q. So the decks that are attached as exhibits to Exhibit 65, for example -- I'll just refer to the one I was going to refer you to and give you the Bates number so we're all talking

Page 45

12 (Pages 42 - 45)

CONFIDENTIAL

about the same thing.

So if we turn to the last three -- or last three Bates numbers, EMC_RAM 065 -- and that says: Appendix C - 2015 Upstream Recoverability Review, North America x-XTO. See attached. Reviewed with PwC December, 2015.

Would you have seen this deck, exhibit -- or I'm sorry, Appendix C to Exhibit 65?

A. Yes, I would have seen this.

Q. Okay. And how would it have -- would it have come to your attention, Appendix C to Exhibit 65?

A. It would have come to my attention as part of a normal course of business involved in year-end reviews. In this year, we chose, for a variety of reasons, to undertake this Upstream Asset recover -- Asset Recoverability Review; therefore, it was included in the semi-year-end review materials.

Q. And who would have participated in the review?

A. Well, David Rosenthal would have been there; Mark Albers would have been there, my colleague on the Management Committee; probably a variety -- some people from corporate planning and

Page 46

probably some people from controllers. I couldn't give you specific names.

Q. And would ultimately this information be shared with Mr. Tillerson as well?

A. Yes.

Q. And looking at Appendix C, the Asset Recoverability Review, if you turn to Slide 5, it's labeled "Profitability History - Upstream Producing Assets."

A. Uh-huh.

Q. And for 1Q15, Canada West had Production Operating Earnings of negative 117 million, correct?

A. That's correct.

Q. And that Canada West housed Kearl, correct?

A. Yes, it does.

Q. Okay. And then XTO - United States, at the bottom, for 1Q15 lost 363 million in operating earnings during the first quarter of '15, correct?

A. It was a period of very low prices, so yes, correct.

Q. And what do you mean by "very low prices"?

A. On an historic basis, the prices in the

Page 47

following third quarter of 2014 through 2016 were historically low on a cyclic basis from what we see in the industry.

Q. And Henry Hub natural gas prices were so low the company was losing money on average for every MMBtu sold to the market?

MR. TOAL: Object to the form.

A. They -- that -- that's -- that's way too broad a characterization.

BY MR. SAHAM:

Q. Okay. But -- but at the low prices -- say, $2 an MMBtu -- that wasn't a profitable product, natural gas, at this point in time, correct?

A. At the prices experienced in the first quarter 2015, XTO, which includes both natural gas and crude oil, lost book earnings.

Q. And for the first quarter, that was a negative 363 million in operating earnings, correct?

A. That's correct.

Q. And for the first half of 2015, XTO's operator -- operating earnings was negative 630 million, correct?

A. That is correct.

Page 48

Q. And that was reported to you as part of this review at year-end 2015?

A. Yes.

Q. Okay. And if we turn to Slide 10 -- so we're still in Exhibit 65, Appendix C -- there's a break-out of Canada -- Canada West, June Year-to-Date 2015 Profitability, correct?

A. Yes.

Q. And Kearl is one of the items broken out, correct?

A. Yes.

Q. And Kearl is producing, on average, 110 KOEBD, correct?

A. Uh-huh, yes.

Q. And the cash profit from Kearl is negative 162 million for the first half of 2015, correct?

A. As I explained earlier, Kearl was affected by start-up costs associated with the bringing of the KEP project online, and these are reflected in the results.

Q. But as a result, for whatever reason, whether it's development costs or other, Kearl's cash profit was negative 162 million for the first half of 2015, correct?

Page 49

13 (Pages 46 - 49)

CONFIDENTIAL

Q. And according to Exhibit 212, the approximate cost -- and I'll just take the last month listed there, June 2015, the approximate transportation cost is in the -- I would say -- I'm just eyeballing it -- $6 range, correct?

A. Hard for me to say.

Q. But -- but certainly greater than $5?

A. It appears to be greater than $5, certainly well less than 10.

Q. And -- and that -- those are Exxon's costs, correct?

A. I do not --

MR. TOAL: Object to the form --

A. -- know.

MR. TOAL: -- of the question, lack of foundation.

BY MR. SAHAM:

Q. Well, Exxon wouldn't have any ability to, as you testified, understand other people's cost, correct?

MR. TOAL: Object to the form of the question.

A. That's correct, we wouldn't know what other people's costs were. We would know what they paid at Edmonton. We could surmise what their

Page 94

costs might be.

BY MR. SAHAM:

Q. Well, let me show you this. This may be a helpful way to continue this discussion. Let me show you what we're marking -- and you can keep those documents open because we're not done with them.

A. Okay.

Q. I'm showing you what we're marking as Exhibit 215.

(Deposition Exhibit 215 marked.)

BY MR. SAHAM:

Q. Could you please take a look at Exhibit 215 --

MR. SAHAM: -- which, for the record, bears Bates Nos. EMC_RAMIREZ 000144205 through 257.

And let's go off the record so Mr. Swiger can review the document.

THE WITNESS: Thank you.

VIDEOGRAPHER: We're off the record at 12 -- excuse me, 11:12.

(Witness reviews document.)

VIDEOGRAPHER: We're back on the record at 11:15.

BY MR. SAHAM:

Page 95

Q. Mr. Swiger, what is Exhibit 215?

A. "Canada Heavy Oil - Pricing Update."

Q. And this is an update you had received on or about November 16th, 2016, correct?

A. That appears to be the case, yes.

Q. And you had received it in the ordinary scope of your employment as a Management Committee member?

A. Yes.

Q. And who is Donna Bowen?

A. Donna Bowen was a secretary to -- I can't -- she was -- she was an executive assistant, a secretary for one of the -- one of the people in the upstream.

Q. And --

A. I don't recall who.

Q. But she worked in the corporate strategic planning group, according to her title?

A. Oh, perhaps that's where she was a secretary, yeah.

Q. And what's "Corporate Strategic Planning"?

A. Corporate Strategic Planning is the -- as its name suggests, it sits at the corporation level based in, at that time, Irving, and it

Page 96

coordinates all the plans, functional companies. It develops the assumptions. It coordinates the development of the assumptions used in the plan and provides another -- other services, including energy outlook and other components that have public exposure.

Q. And the November 17 Canada Heavy Oil Pricing Update was delivered to you on or about November 17th, 2016?

A. Yes.

Q. Okay. And if you would turn to --

A. It was at an upstream endorsement and functional review meeting, presumably in Houston.

Yes, it looks like it was in Houston.

Q. And would you have attended that in person or via teleconference?

A. In person.

Q. Okay. And could you turn to last three Bates numbers 241, "Pricing Comparison."

Are you with me?

A. I am.

Q. And this is comparing the "Kearl SEC Pricing 2016 Basis" with the "Kearl Actual Average Realizations 2016," correct?

A. Yes.

Page 97

25 (Pages 94 - 97)

App. 227

Q.   And it gives each month -- or the first ten months of 2016, and then it also has the total for 2015, correct?

A.   I see that.

Q.   And for 2015, if you look at Transportation, the price used for SEC purposes was a dollar 32, correct?

A.   Correct.

Q.   And the actual average realization Transportation price used was $5.88, correct?

A.   I'm sorry.  You lost me.  Where --

Q.   Well, the bottom -- the bottom chart is Kearl Actual Average Realizations.  For 2015 Transportation, it says negative $5.88, correct?

A.   I think -- I think that was putting it on a 2016 basis.  That's the point of this table.

Q.   Okay.  But for 2015 -- and we'll talk about the months in 2016 in a second.

For 2015, there was a difference between the transportation cost used for SEC Pricing and the Actual transportation cost, correct?

A.   No:  I think you're misinterpreting the table.  The upper portion of the table shows the Kearl SEC Pricing as, was, and so forth, including 2015; whereas you'll see the transportation, there

Page 98

---

the Gulf Coast.

So this table on page 6 really puts the 2016 numbers for -- puts the 2016 basis into that 2015 column so we can compare what it would have been like in 2015 with what's happening in 2016.

BY MR. SAHAM:

Q.   If you'll look back at Exhibit 212, which you still have open in front of you --

A.   Uh-huh.

Q.   -- you agreed with me that the actual transportation costs, when you include the costs beyond Edmonton, was in the 5- or $6 range, correct?

A.   In this exhibit, it is, yes.

Q.   And that would be consistent with the price that's shown under 2015 of $5.88 for transportation, correct?

A.   That appears to be correct.

Q.   And then if you look at the months for 2016, both for the actual price and the SEC price, none of those are at 5.88.  The highest one, the -- well, there's only one above 5.88.  In June, it's $5.96.  The rest are in the 3s and 4s and low 5s, the rest of the months, correct?

A.   Correct.

Page 100

---

is a dollar 32.  That's the approximate cost of moving it down the Woodland Pipeline from Fort McMurray, or the Kearl plant gate, to Edmonton.  Okay?

Go down to the next table down there.  That's looking at average realizations for 2016 and putting the 2015 on the basis in which crude was being sold in 2016, which -- probably a mix of things.

I note -- if I can take you to page number 2 in this exhibit.

MR. SAHAM:  Could one of you guys go make three copies of this?  We need it.

Or, like, not make copies but get it printed somehow because it's not in the box.

A.   To further answer your question, I'd like you to move to page number 2.  This is the first page in the deck there.  And it quite clearly shows in 2015, the sales were in Canada, ultimately clearing at Hardisty just downstream of Edmonton.

The second dot says:  2016 results reflect expansion into the U.S. market post-KEP start-up.

And that's illustrated in the one on the right where you're actually starting to clear at

Page 99

---

Q.   Okay.  So the 5.88 appears to be referring to, as it says, the "actual" transportation cost for 2015, which was in that 5- to $6 range, correct?

MR. TOAL:  Object to the form, asked and answered.

A.   As I said, I think what this shows is that in 2015, the bulk of the sales were made in Edmonton.  In 2016, it started expanding -- it would appear fairly rapidly -- down south of the border, causing the transportation cost to go up from a dollar 32 in 2015 to a year-to-date of 4.88.

BY MR. SAHAM:

Q.   Well, if -- if you could bear with me and turn back to Exhibit 2014 -- Exhibit 214, I'm sorry.

Not that one.

A.   It's going to take me a minute to find it.

Q.   It's the November Management Committee -- November 12th Management Committee.

A.   Yes.  I have it.

Q.   And you turn about -- unfortunately, there's no page numbers, but we were looking at the Kearl Spotlight towards the end.

Page 101

26 (Pages 98 - 101)

**App. 228**

CONFIDENTIAL

company's Form 10-Q for the first quarter of 2016.

A. Uh-huh.

Q. And this is a document as principal financial officer you would have signed?

A. That is correct, yes.

Q. And if we turn to page 5 of the document: Con- -- Condensed Consolidated Statement of Cash Flows. Are you with me? So the 5 --

A. Yes. Got --

Q. The number 5 is at the bottom of the --

(Simultaneous conversation.)

A. Got it. Got it. I've got it.

BY MR. SAHAM:

Q. -- page. But this is typically part of the company's 10-Q filing, the Condensed Consolidated Statement of Cash Flows?

A. Right.

Q. And this indicates that the cash flows from financing activities, there was an addition to long-term debt of 11.9 billion that occurred during the first quarter, correct?

A. That's the bond offering, yes.

Q. And it was approximately a $12 billion bond offering?

A. Well -- yes.

Page 194

Q. And that was the largest bond offering Exxon had ever done?

A. To my knowledge. I -- I was not an Exxon employee until 2019 -- or 1999.

Q. But --

A. Pretty sure it was, but...

Q. Okay. And it indicates cash dividends to ExxonMobil shareholders during the first quarter totaled slightly more than 3 billion?

A. Uh-huh.

Q. And then the cash and cash equivalents at the end of the quarter were 4.8 billion, correct?

A. Correct.

Q. Would you agree with me without the bond offering, everything else being equal, there would have been a $7 billion cash deficit that would need to be made up by other borrowing, had the company not done the $12 billion bond offering?

MR. TOAL: Objection to form.

A. There are many ways to manage cash in the corporation. You could pull a number of different levers to deal with it. The point of the bond offering was to build up cash for use in managing in what was a temporary low-price

Page 195

environment.

We want to continue to pay a growing dividend to our shareholders, but to do that, we also have to invest in the business. As you noted earlier, when we talked about one of those business environment comments, investing during the low-price environment is usually a good move to do. You get better deals on drilling rigs and that sort of stuff there.

Now, I think it's fair to also say that -- let's see -- borrowing in this environment when interest rates were so low, all -- everybody would recall the interest rate environment before recent times, also a good use of shareholder money and capacity. We were able to borrow at the rates we were able to borrow at in the middle of the last decade, and deploy them into opportunities, particularly in the Upstream, that generate double-digit returns is the kind of things our shareholders wants u- -- want us to do in order to be able to pay growing and reliable dividends in the future.

BY MR. SAHAM:

Q. Okay. But you -- you said one of the reasons for the bond offering was because you were

Page 196

in a low-price environment --

(Simultaneous conversation.)

A. A temporary low-price environment, yes. We're managing cash through the bottom of the cycle.

BY MR. SAHAM:

Q. Yeah. And in that low -- temporary low-price environment, one of the reasons for the bond offering was you wanted to be able to continue to pay an increasing dividend, correct?

A. It's a package -- it's a -- it's a package deal. You have to invest, you want to pay a dividend, you need to take care of business generally.

Q. But --

A. Low price environments are -- are challenging. High price environments would deliver more share -- more cash to the shareholders through things like buybacks.

Q. Why was it important to continue paying an increasing dividend?

A. Well, it's important to our shareholders. We have a long history of doing that, and we have a very high retail shareholder base. Those people count on us for dividends.

Page 197

50 (Pages 194 - 197)

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**App. 229**

CONFIDENTIAL

It's the reasons they're investors in the company in many cases, perhaps not all cases and so forth.

They would like to see -- they would like to be invested in a company that pays a reliable and growing dividend. But to do that, we have to keep making the business better, and we have to keep investing in the business.

So when you get into a low-price environment, a temporary low-price environment, this bottom of the cycle, as it happens, oftentimes you have to borrow to manage cash through that environment. ExxonMobil, historically, before the pandemic, operated with very low levels of cash on hand because that cash is just dead money to the shareholders. In a low -- low-interest price environment, that money is not earning the kind of return it can earn if it's deployed to investent -- investments or given back to the shareholders through buybacks.

So you get into the low-price environment with a limited cash cushion, one of the levers you pull is to go out and borrow to get you through that temporary low-price environment so you can continue investing, and you continue paying that dividend that you've been paying for

Page 198

40-something years consistently.

Q. So it was important to continue paying the dividend in first quarter '16, correct?

A. Yes.

Q. And without significant borrowing in that quarter, the company would not have been able to pay the dividend?

MR. TOAL: Objection to the form.

A. I can't -- that -- that's speculation. I would have to go back and immerse myself in the data a ton and see what other levers we would have been able to pull.

BY MR. SAHAM:

Q. Okay. Well, just looking at the cash on hand, you started the quarter at 3 billion 7, correct?

A. Let's see --

MR. TOAL: Which page are you on?

A. Where are you at?

BY MR. SAHAM:

Q. Oh, we're still at the page 5, the Condensed Consolidated Statement of Cash Flows of Exhibit 225, the 1Q 10-Q for '16.

A. Okay. So you're talking about the three months ended on 2015 or 2016?

Page 199

Q. Well, I'm saying it -- you started 2015 with 3.7 in cash, billion. It says: Cash and caf- -- equ- -- cash equivalents at beginning of period.

That would be January 1st, 2016, correct?

A. Yes, that's right. Yes.

Q. So -- so you started first quarter with 3.7 billion, correct?

A. Uh-huh. Yep.

Q. And you ended with 4.8 billion. Roughly a billion more, correct?

A. That's correct, yes.

Q. And during that period, there was a cash influx from the bond offering of almost 12 billion, correct?

A. That's correct.

Q. And without that influx or some other borrowing, you wouldn't have enough cash to pay the 3 billion in dividends that are referenced in this --

A. There -- there --

(Simultaneous conversation.)

MR. TOAL: Object to the form of the question.

Page 200

A. That -- that --

MR. TOAL: Mischaracterizes the prior testimony.

A. That's -- that's speculating about one possible way to do it. There are many other levers that could be pulled. We could sell inventory. We could sell assets, variety of different ways to raise money.

BY MR. SAHAM:

Q. But the lever that was pulled to continuing paying the increasing dividend in 1Q '16 was the bond offering, correct?

A. With a low -- with a -- with a low-price environment in mind and the need to continue investing, that was a -- a decision around cash management, yes.

Q. And you --

A. But it was not the only decision we could have made.

Q. Got it. And you said that it was a favorable borrowing conditions in this period --

A. It was.

(Simultaneous conversation.)

BY MR. SAHAM:

Q. -- of 2016.

Page 201

51 (Pages 198 - 201)

Q.   And also today, did you -- did you meet with your lawyers in preparation for today's deposition?
A.   I did.
Q.   For how long did you meet with them?
A.   I met yesterday for about eight hours.
Q.   Okay.  Did you have any other meetings or calls?
A.   Yes.  We met the Tuesday before for two hours by call, by tele -- by Zoom call.
Q.   Any other meetings?
A.   No.
Q.   And who was present in the in-person meeting?
A.   The team across the table from you.
Q.   Anybody else?
A.   No.
MR. SAHAM:  I think we're pretty much done, but why don't we just take a quick break to make sure.
VIDEOGRAPHER:  We're off the record? Are we off the record then?
MR. SAHAM:  Yes.
VIDEOGRAPHER:  We're off the record at 3:54.

Page 254

(Recess held.)
VIDEOGRAPHER:  We're back on the record at 4:10.
MR. SAHAM:  Subject to any necessary redirect, we don't have any further questions.
MR. TOAL:  We don't have any questions. We designate the transcript confidential.
MR. SAHAM:  Okay.  Thank you very much for your time, Mr. Swiger.
THE WITNESS:  Thank you.
VIDEOGRAPHER:  This concludes the deposition, 4:10 p.m.
(Deposition concluded at 4:10 p.m.)

Page 255

REPORTER'S CERTIFICATION

I, DANIEL J. SKUR, CSR and Notary Public in and for the State of Texas, hereby certify that the witness was duly sworn and that this transcript is a true record of the testimony given by the witness;
That pursuant to Rule 30 of the Federal Rules of Civil Procedure, signature of the witness was not reserved by the witness or other party before the conclusion of the deposition;
I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken.  Further, I am not a relative or employee of any attorney of record in this cause, nor am I financially or otherwise interested in the outcome of the action.
Subscribed and sworn to by me this day, the 17th day of December, 2024.

Daniel J. Skur, CSR
Notary Public, State of Texas
My Commission Expires 7/7/2026

Page 256

Scott H. Saham, Esq.
scotts@rgrdlaw.com
                    December 17, 2024
RE: Ramirez v. Exxon Mobil Corporation, Et Al.
12/4/2024, Andrew P. Swiger, (#6957082).
The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:
__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.
__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.
__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.
__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 257

65 (Pages 254 - 257)

App. 231

# Exhibit 10

CONFIDENTIAL  - BEN B. TSOCANOS
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION
CIVIL ACTION NO. 3:16-cv-03111-K

PEDRO RAMIREZ, JR.,          :
Individually and on          :
Behalf of All Others         :
Similarly Situated,          :
        Plaintiff,           :
                             :
            v.               :
                             :
EXXON MOBIL CORPORATION,     :
et al.,                      :
        Defendant.           :
------------------------- x

VIDEOTAPE DEPOSITION OF:
BEN B. TSOCANOS
NEW YORK, NEW YORK
TUESDAY, JANUARY 14, 2025

REPORTED BY:
SILVIA P. WAGE, CCR, CRR, RPR
JOB NO.  7008942

Page 1

**App. 232**

CONFIDENTIAL

**Page 2**

CONFIDENTIAL - BEN B. TSOCANOS

JANUARY 14, 2025

9:08 A.M.

Videotape deposition of BEN B. TSOCANOS, held at the offices of ROBBINS GELLER RUDMAN & DOWD LLP, 420 Lexington Avenue, Suite 1832, New York, New York, pursuant to agreement before SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter, Registered Professional Reporter, and Notary Public for the States of New Jersey, New York and Pennsylvania.

**Page 3**

CONFIDENTIAL - BEN B. TSOCANOS

APPEARANCES:

ROBBINS GELLER RUDMAN & DOWD LLP
Attorneys for Plaintiffs
655 West Broadway, Unit 1900
San Diego, California 92101
(619) 231-1058
Jonahg@rgrdlaw.com
SPolychron@rgrdlaw.com
JOetting@rgrdlaw.com
BY: JONAH GOLDSTEIN, ESQ.
BY: SARA BIERL POLYCHRON, ESQ. (ZOOM)
BY: JUSTIN OETTING ESQ. (ZOOM)

PAUL WEISS RIFKIND, WHARTON & GARRISON
Attorneys for Defendants
1285 Sixth Avenue
New York, New York 10019
(212) 373-3000
ASoloway@paulweiss.com
Dthompson@paulweiss.com
Skleiner@paulweiss.com
Dceasar@paulweiss.com
BY: AUDRA SOLOWAY, ESQ.
BY: DAPHNE THOMPSON, ESQ.
BY: SAMUEL KLEINER, ESQ.
BY: DAVID CEASAR, ESQ (ZOOM)

S&P GLOBAL RATINGS
Attorneys for Deponent
55 Water Street
New York New York 10041
Alexandra.kushner@spglobal.com
BY: ALEXANDRA KUSHNER, ESQ.

ALSO PRESENT:

JOE RAGUSO
VIDEOGRAPHER

**Page 4**

CONFIDENTIAL - BEN B. TSOCANOS

INDEX

PAGE

WITNESS: BEN B. TSOCANOS

EXAMINATION BY MR. GOLDSTEIN        12
EXAMINATION BY MS. SOLOWAY        160
EXAMINATION BY MR. GOLDSTEIN        273
EXAMINATION BY MS. SOLOWAY        283

EXHIBITS

NO.        DESCRIPTION        PAGE

Exhibit 275   Amended Subpoena to   15
      Testify at a
      Deposition in a
      Civil Matter
Exhibit 276   S&P Global Ratings   22
      "Guide to Credit
      Rating Essentials
      What are Credit
      Ratings and How do
      They Work?"
Exhibit 277   e-mail and        79
      attachment
      SPGI-0000220_0001
      and
      SPGI-0000221_0001
      to
      SPGI-0000221_0003
      marked Confidential
Exhibit 278   e-mail and        85
      attachment
      SPGI-0000276_0001
      and
      SPGI-0000277_0001
      to
      SPGI-0000277_0007
      marked Confidential
Exhibit 279   8/22/19 handwritten  85
      notes
      SPGI-0000104_0001
      to
      SPGI-0000104_0004
      marked Confidential

**Page 5**

CONFIDENTIAL - BEN B. TSOCANOS

EXHIBITS

NO.        DESCRIPTION        PAGE
Exhibit 280   e-mail        95
      SPGI-0000295_0001
      marked Confidential
Exhibit 281   e-mail and        102
      attachment
      SPGI-0000321_0001
      and
      SPGI-0000322_0001
      to
      SPGI-0000322_0011
      marked Confidential
Exhibit 282   e-mail and        104
      attachment
      SPGI-0000323_0001
      and
      SPGI-0000324_0001
      to
      SPGI-0000324_0007
      marked Confidential
Exhibit 283   RatingsDirect Exxon  105
      Mobil Corp
      SPGI-0000113_0001
      to
      SPGI-0000113_0008
      marked Confidential
Exhibit 284   e-mail and        107
      attachment
      SPGI-0000330_0001
      to
      SPGI-0000330_0002
      and
      SPGI-0000331_0001
      marked Confidential
Exhibit 285   e-mail and        117
      attachment
      SPGI-0000391_0001
      and
      SPGI-0000392_0001
      to
      SPGI-0000392_0002
      marked Confidential

2 (Pages 2 - 5)

CONFIDENTIAL - BEN B. TSOCANOS
EXHIBITS
NO.    DESCRIPTION    PAGE
Exhibit 286   e-mail notification   120
of delivery failure
SPGI-0000355_0001
SPGI-0000355_0002
marked Confidential
Exhibit 287   e-mail string and   121
attachment
SPGI-0000356_0001
to
SPGI-0000356_0002
and
SPGI-0000357_0001
to
SPGI-0000357_0003
marked Confidential
Exhibit 288   e-mail string   124
SPGI-0000358_0001
to
SPGI-0000358_0004
marked Confidential
Exhibit 289   RatingsDirect Exxon   125
Mobil Corp's New
Senior Unsecured
Notes Rated 'AAA'
SPGI-0000112_0001
to
SPGI-0000112_0003
marked Confidential
Exhibit 290   document with Bates   141
SPGI-0000047_0001 &
SPGI-0000047_0002
marked Confidential
Exhibit 291   e-mail string and   154
attachment
SPGI-0000396_0001
and
SPGI-0000397_0001
marked Confidential

Page 6

CONFIDENTIAL - BEN B. TSOCANOS
EXHIBITS
NO.    DESCRIPTION    PAGE
Exhibit 297   12/31/15 Exxon   229
Mobil Corporation
Form 10-K
Exhibit 298   12/31/16 Exxon   233
Mobil Corporation
Form 10-K
Exhibit 299   12/28/16 Exxon   255
Mobil news release
Exhibit 300   RatingsDirect "Key   262
Credit Factors for
the Oil and Gas
Exploration and
Production
Industry"

PREVIOUSLY MARKED EXHIBITS

NO.    DESCRIPTIONPAGE

Exhibit 121   SPGI-0000206_0001   63
to
SPGI-0000206_0002 &
SPGI-0000207_0001
to
SPGI-0000207_0007
marked Confidential
Exhibit 201   SPGI-0000096_0001   151
and
SPGI-0000096_0002
marked Confidential
Exhibit 202   EMC_RAMIREZ   147
000041824 to
EMC_RAMIREZ
000041834 marked
Confidential
Exhibit 208   SPGI-0000037_0001   128
to
SPGI-0000037_0013
marked Confidential

Page 8

CONFIDENTIAL - BEN B. TSOCANOS
EXHIBITS
NO.    DESCRIPTION    PAGE
Exhibit 292   RatingsDirect Exxon   156
Mobil Corp.
Corporate Credit
Rating Lowered to
'AA+' from 'AAA';
Outlook Stable
SPGI-0000111_0001
to
SPGI-0000111_0009
marked Confidential
Exhibit 293   RatingsDirect   164
"Credit Profile
Downgrades Increase
in 2015 With
Increasing M&A
Activity and Higher
Leverage"
Exhibit 294   RatingsDirect   164
"Credit Profile
Credit Quality
Remains High
Despite Global
Uncertainty"
Exhibit 295   handwritten notes   193
SPGI-0000006_0001
to
SPGI-0000006_0006
marked Confidential
Exhibit 296   RatingsDirect   208
"Actions Taken on
20 US Investment
Grade Exploration
and Production
Companies After S&P
Revises Price
Assumptions"
EMC_RAMIREZ
000010885 to
EMC_RAMIREZ
000010894 marked
Confidential

Page 7

CONFIDENTIAL - BEN B. TSOCANOS
- - -
DEPOSITION SUPPORT INDEX
- - -

Direction to Witness Not to Answer
Page Line

Request for Production of Documents
Page Line

Stipulations
Page Line

285   18

Question Marked
Page Line

Reservation
Page Line

285   21

Motion to Strike
Page Line

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

CONFIDENTIAL - BEN B. TSOCANOS

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:08 a.m. EST on Tuesday, January 14, 2025.

Please note that microphones are sensitive and may pick up whispering and private conversation.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is Media Unit 1 of the video recorded deposition of Ben Tsocanos being taken by Counsel here in the matter of Pedro Ramirez, Jr., versus Exxon Mobil Corporation, et al., filed in the United States District Court for the Northern District of Texas, Dallas Division, Civil Action No. 3:16-CV-03111-K.

This deposition is being held at Robbins Geller LLP.

My name is Joe Raguso with Veritext. I am the Videographer.

Page 10

CONFIDENTIAL - BEN B. TSOCANOS

The Court Reporter is Silvia Wage, also, with Veritext.

I am not authorized to administer an oath. I am not related to any party in this action. Nor am I financially interested in it the outcome.

Counsel in the room will state an appearance and affiliation for the record, after which the Court Reporter will swear in the witness.

MR. GOLDSTEIN: Sure. You've got Jonah Goldstein, Robbins Geller Rudman & Dowd, on behalf of Lead Plaintiff and the Class.

MS. SOLOWAY: Audra Soloway from Paul Weiss on behalf of the Defendants.

MS. THOMPSON: Daphne Thompson from Paul Weiss on behalf of Defendants.

MR. KLEINER: Sam Kleiner from Paul Weiss on behalf of the Defendants.

Page 11

CONFIDENTIAL - BEN B. TSOCANOS

MS. KUSHNER: Alexandra Kushner from S&P Global on behalf of Ben Tsocanos and S&P Global.

THE STENOGRAPHER: Sir, if you can please raise your right hand so I can administer the oath.

BEN B. TSOCANOS, S&P Global Ratings, 55 Water Street, New York, New York 10041, after having been duly sworn, was examined and testified as follows:

THE STENOGRAPHER: Thank you. You may proceed.

MR. GOLDSTEIN: Great.

EXAMINATION BY MR. GOLDSTEIN:

Q. Mr. Tsocanos, good morning, sir, or Chocanos (phonetic).

A. Good morning, yup.

Q. Have you ever been deposed before?

A. No.

Q. Alright. First, can we just get your business address, please?

A. 55 Water Street, New York,

Page 12

CONFIDENTIAL - BEN B. TSOCANOS

New York.

Q. Alright. And have you had an opportunity to confer with your Counsel to get kind of the ground rules of a deposition?

A. Yes.

Q. Would you like me to explain them to you, or do you feel you have a pretty good grasp of kind of how the process goes today?

A. I think I can proceed.

Q. Okay, great.

The only thing I would say to you is if you need a break, just ask for a break.

A. Okay.

Q. And if you want to confer with Counsel, that's fine. Just it can't occur until -- while there is a question pending.

A. Right. Okay, yeah.

Q. But if you need a break to confer with Counsel, I'll provide you that.

Page 13

4 (Pages 10 - 13)

CONFIDENTIAL - BEN B. TSOCANOS

objection.  12:06:01

A.  Sometimes, yeah.  12:06:01

Q.  And it may be, again, that 12:06:03 holding all other variables equal, the 12:06:04 size of the offering may impact whether 12:06:07 an issuer is able to obtain in terms of 12:06:10 borrowing costs, correct?  12:06:13

A.  I think that's true, yeah.  12:06:14

Q.  And it also may be that any 12:06:16 given moment in time the market may be 12:06:18 interested in, you know, other attributes 12:06:20 of a particular issuer that might make 12:06:25 that issuer even more or less attractive 12:06:27 to borrowers, correct?  12:06:29

MR. GOLDSTEIN:  Object to 12:06:31 form.  12:06:32

Q.  Excuse me, to investors, 12:06:32 correct?  12:06:35

MR. GOLDSTEIN:  Same 12:06:36 objection.  12:06:38

Q.  Let me rephrase the question.  12:06:39

A.  Okay.  12:06:40

Q.  I'll withdraw the question.  12:06:51 I think we're good.  12:06:52

Page 178

CONFIDENTIAL - BEN B. TSOCANOS

A.  Okay.  12:06:53

Q.  Okay.  I want to direct your 12:06:55 attention back to the time period when 12:06:58 Exxon was put on a negative outlook.  12:07:03 Do you recall that you were asked 12:07:04 some questions about that?  12:07:06

A.  Yes.  12:07:07

Q.  Okay.  And just again, what 12:07:09 is a negative outlook?  12:07:10

A.  Negative outlook indicates 12:07:13 that we believe there's, at least, a one 12:07:14 in three chance of a rating downgrade 12:07:17 over the next 12 to 18 months.  12:07:21

Q.  So, when S&P puts a company 12:07:24 on a negative outlook, it's communicating 12:07:27 to the market that risk that there will 12:07:30 be a downgrade?  12:07:32

A.  Right.  12:07:33

Q.  Okay.  Can you pull out 12:07:34 Exhibit 283, which was marked earlier? 12:07:37 It's the October 6, 2015 report.  12:07:40

A.  One minute.  12:08:10

Q.  No problem.  12:08:11

A.  Okay, got it.  12:08:18

Page 179

CONFIDENTIAL - BEN B. TSOCANOS

Q.  Thank you.  12:08:19 283, okay, great.  12:08:20 So you were shown this report 12:08:21 earlier.  12:08:23 Do you recognize it?  12:08:24

A.  Yes.  12:08:24

Q.  What is it?  12:08:24

A.  It is an update credit 12:08:26 analysis.  12:08:31

Q.  And is this a report that was 12:08:32 issued by S&P in the regular course of 12:08:34 its business?  12:08:36

A.  Yes.  12:08:37

Q.  And I take it you have 12:08:37 personal knowledge of why S&P changed the 12:08:39 outlook to negative?  12:08:41

A.  Yes.  12:08:42

Q.  Okay.  I just want to direct 12:08:42 your attention to some information or 12:08:44 explanation at the deposit of Page 3.  12:08:47 Can you just take a moment to read 12:08:49 that paragraph?  12:08:51

A.  Okay.  12:08:52

Q.  Underneath where it says, 12:08:52

Page 180

CONFIDENTIAL - BEN B. TSOCANOS

"outlook negative."  12:08:54

A.  Okay.  12:09:16

Q.  Okay.  So I just want to try 12:09:16 to get at what the concern is.  12:09:19

A.  Uh-huh.  12:09:21

Q.  In ordinary English that 12:09:21 jurors will understand, what is the 12:09:24 concern that S&P is raising with respect 12:09:26 to coverage of debt.  And so I'm, in 12:09:30 particular, looking at that second 12:09:33 sentence there.  12:09:35 Again, just trying to put it in 12:09:36 plain old English.  12:09:38

A.  Right.  12:09:39

Q.  What is the S&P's focused on?  12:09:40

A.  Well, one of the key credit 12:09:43 metrics that we look at is the level of 12:09:46 cash flow coverage of debt.  And we look 12:09:49 at a number of different definitions of 12:09:53 cash flow.  So one of which is operating 12:09:57 cash flow subtracting investment and 12:09:59 dividends.  12:10:04

Q.  Alright.  And, again, just to 12:10:04 really reduce this to incredibly simple 12:10:07

Page 181

46 (Pages 178 - 181)

CONFIDENTIAL  - BEN B. TSOCANOS

terms.

A. Yeah.

Q. Exxon has a bunch of cash coming in, correct?

MR. GOLDSTEIN: Objection to the form.

Q. Is that right?

A. The company generates cash flow, yes, right.

Q. Okay. And that cash flow is generated by Exxon's business, correct?

MR. GOLDSTEIN: Object to form.

A. By selling oil and gas and refined products right.

Q. Okay. And then Exxon also has certain obligations, correct?

A. Right.

Q. And what are those types of obligations?

A. Interest on its debt, eventually repayment of that debt. The dividend is an optional obligation. I think those are the -- and reinvestment

Page 182

CONFIDENTIAL  - BEN B. TSOCANOS

in the business are the main ones.

Q. Right. And that's sometimes referred to as capital expenditures?

A. Right.

Q. And would it -- is it correct that as an oil and gas company Exxon has to make choices about how to use the cash that it has available?

MR. GOLDSTEIN: Object to form.

A. Yes.

Q. Okay. And so, just again, the focus of this paragraph for S&P was -- I don't want to put words in your mouth, but what I understand this to mean is that S&P is looking at how much of a cash cushion Exxon has; is that generally right?

MR. GOLDSTEIN: Object to form.

A. I would say that we were -- that the point was that there's less cushion in the credit metrics, meaning, that the credit metrics need to improve

Page 183

CONFIDENTIAL  - BEN B. TSOCANOS

on our forecasted basis in order to maintain the rating --

Q. Okay.

A. -- in order to retain the rating.

Q. Okay. And one way that S&P would have viewed the credit metrics to improve would have been if Exxon took steps to sort of create that additional cushion on its balance sheet, correct?

A. Yes.

Q. And some of those steps would include, for example, cutting its spending; is that right?

A. Yes.

Q. Cutting capital expenditures?

A. Right.

Q. It could have generated cash by selling assets, correct?

A. Yes.

Q. Okay. That would change its cash position?

A. Uh-huh.

Q. It could also issue less debt

Page 184

CONFIDENTIAL  - BEN B. TSOCANOS

correct?

A. Well, I'm not sure I agree with that, because, I mean, that wouldn't necessarily -- they -- they would have needed to pay down debt. I would put it that way, yeah.

Q. Fair enough.

So, with respect to projections, though, one way that a company can decrease its overall future projected debt obligation would be to just issue less debt, correct, in the future?

MR. GOLDSTEIN: Object to form.

A. Yes, they would have to -- yes.

Q. Okay. They could -- another way that Exxon could increase its coverage of debt would be to pay a lower dividend, correct?

A. Yes.

Q. And another one would be that they could discontinue using cash to repurchase shares, correct?

Page 185

47 (Pages 182 - 185)

**App. 237**

CONFIDENTIAL - BEN B. TSOCANOS

A. Yes. 12:12:59

Q. I don't think we've talked 12:13:00 about care repurchase yet today. 12:13:01

But do you know what a "share 12:13:04 repurchase" is? 12:13:05

A. Yes. 12:13:05

Q. What's a "share repurchase 12:13:06 program"? 12:13:07

A. That's when a company buys 12:13:07 its stock from the open market from 12:13:10 investors that currently hold their 12:13:15 stock. 12:13:16

Q. So it's one way a company 12:13:16 might be using its cash, correct? 12:13:19

A. Correct. 12:13:21

Q. And if you were currently 12:13:22 doing that and you discontinued doing 12:13:22 that, that's one way to hold more cash on 12:13:23 your balance sheet, correct? 12:13:26

A. Yes. 12:13:27

Q. Okay. Turning to the other 12:13:28 side of this equation, we were just 12:13:34 talking about things that Exxon or an oil 12:13:36 company like Exxon could do to increase 12:13:38

Page 186

CONFIDENTIAL - BEN B. TSOCANOS

the cash on its balance sheet. 12:13:40

We also had the issue of how much 12:13:42 cash it's generating through sales of 12:13:45 oil, correct? 12:13:47

A. Right. 12:13:47

Q. So I want to spend a minute 12:13:47 -- and you can put this document to the 12:13:50 side -- talking about what's happening in 12:13:51 the market right now with oil prices. 12:13:54

A. Uh-huh. 12:14:00

Q. I assume you followed this 12:14:00 closely at the time. 12:14:02

A. Yes. 12:14:02

Q. Okay. Do you have a 12:14:03 recollection of what's going on with oil 12:14:03 prices during this time period? 12:14:06

A. My memory -- recollection is 12:14:08 that this rating action, the negative 12:14:11 outlook followed a revision of our oil 12:14:14 and gas price assumptions, which in part 12:14:18 reflected lower market prices for oil and 12:14:21 gas. 12:14:26

Q. Okay. Are you able to -- I 12:14:26 know -- we can give you some documents. 12:14:27

Page 187

CONFIDENTIAL - BEN B. TSOCANOS

But are you label able to elaborate 12:14:29 at all on how S&P's thinking about oil 12:14:31 and gas prices changed over the 2015, 12:14:34 2016 time period? 12:14:36

A. We lowered our price 12:14:38 assumptions because, essentially, the 12:14:41 supply and demand dynamic's had change 12:14:43 such that we expected oil prices to be 12:14:47 lower in you know in the next couple of 12:14:49 years. 12:14:52

Q. And how did the change in 12:14:52 S&P's internal assumptions about oil and 12:14:54 gas prices impact your thinking about 12:14:58 Exxon's credit rating? 12:15:00

A. Our oil price assumption was 12:15:02 a key input into our forecast of cash 12:15:04 flow into the company. So we were 12:15:08 lowering our forecasted cash flow, our 12:15:10 expectation of how much cash we expected 12:15:12 the company to be generating over the 12:15:13 next two years. 12:15:15

Q. Okay. I'm going to have you 12:15:16 -- so can you dig out of your pile -- 12:15:21

A. Uh-huh. 12:15:23

Page 188

CONFIDENTIAL - BEN B. TSOCANOS

Q. -- Exhibits 284, 87 and 88? 12:15:23

They're the documents that relate 12:15:27 to that exchange between you and Exxon 12:15:29 about the October 2015 negative outlook. 12:15:32

A. 284? 12:15:39

Q. 287 and 288. 12:15:40

A. Okay. 12:16:00

Q. Okay. So you don't 12:16:01 necessarily need to read these documents, 12:16:02 but you'll have them handy, if you need 12:16:04 to refresh your recollection. 12:16:06

What, to your recollection -- so 12:16:08 let's, actually, take a step back. 12:16:09

Plaintiff's Counsel asked you 12:16:11 questions about this exchange and the 12:16:14 fact that Exxon disagreed with S&P's 12:16:19 analysis. 12:16:21

Do you recall that? 12:16:21

A. Yes. 12:16:22

Q. Okay. What to your 12:16:22 recollection was the crux of the 12:16:24 disagreement where Exxon and S&P just 12:16:27 disagreed? 12:16:31

A. Basically, the company 12:16:33

Page 189

48 (Pages 186 - 189)

CONFIDENTIAL

CONFIDENTIAL - BEN B. TSOCANOS

based on 2016 information?

A. Right.

Q. Okay. And the 2015 calculation is based on 2015 information?

A. Right.

Q. Okay. Have you ever learned since this 10-K was issued for the 2015 proved reserve numbers that the 2015 proved reserves calculations were actually performed incorrectly?

MR. GOLDSTEIN: Object to form.

A. No.

Q. Okay. The language that I just read out loud, this one that says, "When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves," how would

Page 242

CONFIDENTIAL - BEN B. TSOCANOS

you describe that language?

A. How would I...

I would say that it's putting the reserve calculation in context, providing context.

Q. Is it a warning? Would you describe it as a warning?

MR. GOLDSTEIN: Object to form. He's not a legal expert.

MS. SOLOWAY: Well, "warning" is an English word.

MR. GOLDSTEIN: (INAUDIBLE.)

Is it a warning --

THE STENOGRAPHER: I can't hear you, sir. I'm sorry.

MR. GOLDSTEIN: You can ask him if it's a warning based on his experience at S&P, but it's too broad.

Q. Is it a warning based on your experience at S&P?

A. I don't know that I would use that term.

I mean, I think that it's giving a

Page 243

CONFIDENTIAL - BEN B. TSOCANOS

possible outcome based on a certain set of circumstances.

Q. And is this kind of language the kind of language that you in 2015 and 2016 would see in every public disclosure of every oil and gas company?

MR. GOLDSTEIN: Object to form.

A. Probably, yeah.

Q. And why is that?

A. Because all -- well, I think, it would certainly be -- any company that had reserves that were particularly sensitive to oil prices would likely include something similar.

Q. Okay. And this is Exxon communicating that it has reserves that are particularly sensitive to oil prices?

A. I think so, yeah.

Q. Okay. And would you agree with me that this is a persuasive warning?

MR. GOLDSTEIN: Object to form.

Page 244

CONFIDENTIAL - BEN B. TSOCANOS

A. Yeah, this is -- this is a precautionary language I would put it. I would say.

Q. Okay. Would you describe this as boilerplate?

A. This is a little different than what is -- from what we see every other year I would say.

Q. So fair to say it's not boilerplate?

A. Yeah, right.

Q. And when you say, it's "a little different from what we see every year," do you mean just with Exxon, specifically, or across the industry or both, I guess?

A. Yeah, both.

Q. And why is that?

A. I think prices moved more drastically during this period than what we had seen in -- for several years prior.

Q. Okay. And so, to your view, this warning was intended to communicate that there was a more severe downward

Page 245

62 (Pages 242 - 245)

**App. 239**

CONFIDENTIAL - BEN B. TSOCANOS

movement in prices than we had previously 13:39:30 seen? 13:39:32

MR. GOLDSTEIN: Object to 13:39:32 form. 13:39:32

A. I think, yeah, that's 13:39:33 reasonable. 13:39:34

Q. Okay. I want to just have 13:39:34 you flip back to a document that the 13:39:46 Plaintiff showed you. It's Exhibit 121. 13:39:47 It looks like this. (Indicating.) 13:39:49

A. Okay. 13:39:52

I'm sorry. What was the number? 13:40:05

Q. It's marked as Exhibit 121. 13:40:07

MR. GOLDSTEIN: It's the 13:40:11 first exhibit that I showed you. 13:40:11

Q. It looks like this. 13:40:13 (Indicating.) It's early on in the pile. 13:40:14

A. Okay. 13:40:18

Here we go -- nope. 13:40:26

Ah, okay. 13:40:31

Q. Okay. You recall being shown 13:40:33 this document earlier? 13:40:36

A. Yes. 13:40:37

Q. Okay. Can you turn to this 13:40:38

Page 246

CONFIDENTIAL - BEN B. TSOCANOS

page, Page 4? 13:40:39

A. Yeah. 13:40:41

Q. You were asked earlier 13:40:46 whether reserves are considered as part 13:40:47 of S&P's rating factors for Exxon. 13:40:49 Do you recall that? 13:40:52

A. Yes. 13:40:52

Q. And one measure of reserves 13:40:52 is proved reserves, correct? 13:40:55

A. Yes. 13:40:56

Q. There are other ways to 13:40:56 measure reserves, correct? 13:40:58

A. Yeah. 13:40:59

Q. Okay. I think you testified 13:40:59 earlier that among other things in the 13:41:01 scale, scope and diversity, S&P would 13:41:04 consider proved reserves, correct? 13:41:08

A. Right. 13:41:10

Q. You recall we just looked at 13:41:11 a document that gave the scope of Exxon's 13:41:13 proved reserves in the 2015 time period? 13:41:15

A. Yes. 13:41:17

Q. And we, also, looked at a 13:41:18 document that gave the scope of Exxon's 13:41:19

Page 247

CONFIDENTIAL - BEN B. TSOCANOS

proved reserves in the 2016 time period? 13:41:21

A. Right. 13:41:23

Q. And the proved reserves were 13:41:24 between, approximately, 20 billion and 25 13:41:27 billion during that time period, correct? 13:41:30

A. Right. 13:41:32

MR. GOLDSTEIN: Which time 13:41:32 period? 13:41:33

MS. SOLOWAY: The 2015 and 13:41:34 2016 time period. 13:41:36

Q. Have I got that right? 13:41:36

A. Yup. 13:41:37

Q. Okay. This grid that S&P 13:41:39 used as guidance for its credit rating, 13:41:44 did that require S&P to take any credit 13:41:46 action for a change from, approximately, 13:41:49 25 billion to 20 billion in proved -- 13:41:51 billion barrels equivalent in proved 13:41:56 reserves? 13:41:57

A. No. 13:41:57

Q. And why is that? 13:41:58

A. The rating action was 13:42:01 primarily driven by financial concerns. 13:42:02 Their reserves were still well within our 13:42:06

Page 248

CONFIDENTIAL - BEN B. TSOCANOS

expectations for the rating. 13:42:10

Q. So the ratings -- the ratings 13:42:11 were not impacted -- ultimately, when 13:42:13 Exxon releases its proved reserves for 13:42:15 2016, Exxon's rating is not impacted by 13:42:18 that, correct? 13:42:22

MR. GOLDSTEIN: Object to 13:42:22 form. 13:42:23

A. It was not affected by the 13:42:23 reserves. That was not our primary 13:42:25 concern at the time. 13:42:27

Q. Okay. And, again, going back 13:42:27 to this idea that there is some, like, 13:42:29 threshold number, for this category, 13:42:31 scale, scope, diversity, there was no 13:42:34 threshold number that you ever 13:42:38 communicated to Exxon that they needed to 13:42:39 meet in order to maintain their AAA 13:42:41 rating? 13:42:44

A. That's true. 13:42:44

Q. If you could go back to the 13:43:07 10-K for a minute. 13:43:11

A. Which one? 13:43:13

Q. I'm sorry, the 2015 10-K. 13:43:13

Page 249

63 (Pages 246 - 249)

CONFIDENTIAL - BEN B. TSOCANOS

CERTIFICATE OF REPORTER

I, SILVIA P. WAGE, CSR, CRR, RPR, herby certify that the witness in the foregoing deposition was by me duly sworn to tell the whole truth, nothing but the truth; said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated. The testimony of said witness was thereafter reduced to typewriting by computer under my direction and supervision. Before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in _____ the event of this _____ related _____ eto.

1/16/2

Page 286

---

DECLARATION

I hereby declare I am the deponent in the within matter; that I have read the foregoing transcript and know the contents thereof; and I declare that the same is true of my knowledge except as to the matters which are therein stated upon my information or belief, and as to those matters, I believe them to be true.

I declare under the penalties of perjury under the laws of the United States that the foregoing is true and correct.

This declaration is executed this _____ day of _____, 20___, at _____, _____.


_____
        BEN B. TSOCANOS

Page 287

---

ALEXANDRA KUSHNER, ESQ.

Alexandra.kushner@spglobal.com

                January 16, 2025

RE: Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al.

1/14/2025, Ben Tsocanos, (#7008942).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 288

---

_X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 289

---

73 (Pages 286 - 289)

# Exhibit 11

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,                    )
Individually and on Behalf of    )
All Others Similarly Situated,   )
                                       )
          Plaintiff,             )
                                       )
          v.                     ) Civil Action No.
                                 ) 3:16-CV-03111-K
EXXON MOBIL CORPORATION, REX W. )
TILLERSON, ANDREW P. SWIGER,     )
JEFFREY J. WOODBURY, and         )
DAVID S. ROSENTHAL,              )
                                       )
          Defendants.            )
_____  )


VIDEO-RECORDED DEPOSITION OF D. PAUL REGAN


Wednesday, January 29, 2025
San Francisco, California


Stenographically Reported By:
Hanna Kim, CLR, CSR No. 13083

**App. 242**

Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR.,                )
Individually and on Behalf of   )
All Others Similarly Situated,   )
                                 )
        Plaintiff,          )
                                 )
        v.                  ) Civil Action No.
                            ) 3:16-CV-03111-K
EXXON MOBIL CORPORATION, REX W. )
TILLERSON, ANDREW P. SWIGER,    )
JEFFREY J. WOODBURY, and        )
DAVID S. ROSENTHAL,             )
                                 )
        Defendants.         )
_____ )

Video-recorded deposition of D. PAUL REGAN, taken on behalf of the Defendants, at the law offices of Paul Weiss Rifkind Wharton & Garrison, LLP, located at 535 Mission Street, 25th Floor, San Francisco, California 94105, on Wednesday, January 29, 2025, before Hanna Kim, CLR, Certified Shorthand Reporter, No. 13083.

Page 3

APPEARANCES OF COUNSEL:

For Plaintiffs:

ROBBINS GELLER RUDMAN & DOWD LLP
BY:  SCOTT H. SAHAM, ESQ.
BY:  SAM SHELDON, ESQ.
BY:  SPENCER BURKHOLZ, ESQ.
BY:  SARA B. POLYCHRON, ESQ. (Via Zoom)
BY:  JUSTIN GARY OETTING, ESQ. (Via Zoom)
655 West Broadway, Suite 1900
San Diego, California 92101
619.231.1058
ssaham@rgrdlaw.com
ssheldon@rgrdlaw.com
sburkholz@rgrdlaw.com
spolychron@rgrdlaw.com
joetting@rgrdlaw.com

Page 4

APPEARANCES OF COUNSEL:  (CONTINUED)

For Defendants:

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
BY:  DANIEL TOAL, ESQ.
BY:  LYUBA SHAMAILOVA, ESQ.
BY:  ELIZABETH HUH, ESQ.  (Via Zoom)
1285 Avenue of the Americas
New York, New York 10019-6064
212.373.3869
dtoal@paulweiss.com
lshamailova@paulweiss.com
ehuh@paulweiss.com

Also Present:

HEATHER JENNETTE, Forensic Accountant, Robbins Geller Rudman & Dowd
DANIEL BOLIA, Exxon Mobil
STEPHANIE HANSEN (Via Zoom)
P. LONG (Via Zoom)
VINNY BEZERRA, Video Operator

Page 5

INDEX OF EXAMINATION

WITNESS:  D. PAUL REGAN

EXAMINATION                          PAGE
    BY MR. TOAL:                      13

2 (Pages 2 - 5)

Page 10

INDEX OF EXHIBITS  (CONTINUED)

REGAN DEPOSITION EXHIBITS                PAGE

Exhibit 20    "America's F&O - Delivering        196
    the Plan," "December 2015";
    Bates nos. EMC_RAM_SEC
    000009968 through EMC_RAM_SEC
    000010025

Exhibit 21    "Commission Guidance Regarding    210
    Management's Discussion and
    Analysis of Financial
    Condition and Results of
    Operations" from Federal
    Register 17 CFR Parts 211,
    231, and 241; 10 pages

Exhibit 22    Document entitled "Assessment     237
    of Potential Impairment
    Triggers"; EMC_RAM 000000001
    through EMC_RAM 000000079

Exhibit 23    "35 Subsequent Measurement"; 8    247
    pages

--o0o--

Page 11

San Francisco, California

Wednesday, January 29, 2025

9:10 a.m., Pacific Standard Time

--o0o--

THE VIDEOGRAPHER:  Good morning.  We are going on the record at 9:10 a.m., on January 29th of 2025.

Please note that the microphones are sensitive and may pick up whispering and private conversations.                    09:10:18

Please mute your phones at this time.

Audio and video recording will continue to take place unless all parties agree to go off the record.

This is the Media Unit 1 of the        09:10:26 video-recorded deposition of D. Paul Regan, taken by counsel for Defendant, in the matter of Pedro Ramirez, Jr., versus Exxon Mobil Corporation, et al., filed in the United States District Court, Northern District of Texas; Case Number:    09:10:47 3:16-cv-03111-K.

The location of the deposition is 535 Mission Street, 25th Floor, San Francisco, California.

My name is Vinny Bezerra, representing    09:11:08

Page 12

Veritext Legal Solutions, and I am the videographer.

I am not authorized to administer an oath. I am not related to any party in this action, nor am I financially interested in the outcome.

If there are any objections to proceeding,   09:11:31 please state them at the time of your appearance.

Counsel and all present have been noted for the record.

Will the court reporter please introduce yourself and administer the oath to the witness.      09:11:39

THE COURT REPORTER:  Good morning.  This is Hanna Kim, Certified Shorthand Reporter, License Number 13083.

I'm going to administer the oath to the witness.

///
///
///
///
///
///
///
///
///
///

Page 13

D. PAUL REGAN,
    having been duly administered an oath,
    was examined and testified as follows:

EXAMINATION

BY MR. TOAL:

Q.  Good morning, Mr. Regan.

A.  Good morning, Mr. Toal.

Q.  Mr. Regan, are you aware of any reason you wouldn't be able to testify truthfully today?        09:12:13

A.  No.

Q.  Let me mark for you as Regan Exhibit 1 a copy of the opening expert report that you submitted in this case on October 10th, 2024.

(Regan Deposition Exhibit 1 was marked for   09:12:44 identification.)

BY MR. TOAL:

Q.  Mr. Regan, do you recognize this as the report that you submitted in this case?

A.  Yes.                          09:12:54

Q.  And is that your signature on page 136?

A.  Yes.

Q.  Okay.

MR. TOAL:  I'm going to mark as Regan Exhibit 2 a copy of the reply report that you        09:13:15

4 (Pages 10 - 13)

Page 14

submitted in this case on January 10th, 2025.

(Regan Deposition Exhibit 2 was marked for identification.)

BY MR. TOAL:

Q. Mr. Regan, do you recognize that as your reply report in this case?

A. Yes.

Q. Okay. And is your signature -- does it appear on page 99?

A. Yes.

Q. Have you reviewed either of these reports since you submitted them?

A. Yes.

Q. Approximately how many times?

A. I would recall reading Exhibit 1 from start to finish at least twice. Exhibit 2, at least once. And certain sections many times.

Q. And how recently did you review your opening report?

A. Well, the second read of the opening report was last week.

Q. And how recently have you reviewed your reply report?

A. Also last week.

Q. Is everything in your opening report and

Page 15

your reply report accurate to the best of your knowledge?

A. In the re-reading and then referencing into the documents, there were a few items which I wanted to correct --

Q. And --

A. -- or change.

Q. -- what -- what items would you like to correct?

MR. SAHAM: Dan -- Dan, there -- we have an errata, if you want me to go get it, in the other room or do that at a break.

BY MR. TOAL:

Q. Well, can you tell me, based on your recollection, which -- which points you want to correct?

A. Yes, I have it in front of me.

Q. Okay. Why don't you go ahead and tell me.

A. This is with respect to the Exhibit 1. On -- in Paragraph 28, Footnote 17 and 18, it presently reads page 10. And, as updated, it should read page 6.

Paragraph 29, Footnote 20, reads -- that uses the words "all Kearl." [As read] It should be, "Yes, largely Kearl." [As read]

Page 16

Paragraph 43, Footnote --

Q. Mr. Regan, let me stop you briefly.

Are these all on -- on the -- are -- are these all typographical errors that you're correcting?

A. I think they all could be characterized that way, yes.

Q. Are there any substantive points in your report that you wanted to correct?

A. I don't believe they are substantive.

Q. Okay.

A. They don't change my opinions.

Q. Okay. So do you stand by the opinions in both -- both reports?

A. I do.

Q. Are you offering any opinions in this matter beyond those that are set forth in your reports?

A. I don't think so at this time. However, I know that discovery is continuing. Additional depositions will be taken.

And it could be that the -- the deposition testimony or the exhibits might cause me to supplement what I have written in Exhibit 1 or 2.

Q. But as you sit here today, you don't have

Page 17

any plan to offer any opinions beyond those that are set forth in your reports; correct?

A. That's correct.

Q. Ha- -- have you been asked to do any additional work in this case?

A. No.

Q. Mr. Regan, what do you consider to be your area of expertise?

A. Generally accepted accounting principles, which I'll call GAAP; generally accepted auditing standards, which I'll call GAAS. Those are the areas that I consider my expertise.

Q. Do you consider yourself an expert in the area of oil and gas accounting?

A. I don't -- I've never claimed to be an expert in a particular niche; however, I've worked on a number of GAAS -- GAAP/GAAS issues that involved oil and gas.

And I believe I understand and am -- have expertise in GAAP and GAAS as it relates to oil and gas companies.

Q. And when you say you never claimed to be an expert in a particular niche, do you consider oil and gas accounting to be a niche?

A. Yes, it's a segment of the -- the GAAP and

5 (Pages 14 - 17)

Page 18

GAAS world.

Q. What prior experience do you have regarding oil and gas accounting?

A. I've testified in a number of instances where oil and gas accounting was at issue. I've testified in a number of -- of those circumstances.

I've also owned a working interest in a number of -- or in an oil and gas operation, which aqua- -- acquainted me with the industry.

Q. How many cases have you testified in where oil and gas account- -- oil -- oil and gas accounting was at issue?

A. (Indicating.)

As I sit here now, I can recall four that I can recall the name of the cases.

I expect that there are more, but I don't have a present recollection of the names.

Q. Okay. If any additional ones come to mind, you can -- you can let me know later in the deposition.

A. Fine.

Q. What are the four that you recall?

A. Enron, Anadarko, Alta Mesa, Elk Grove. And I believe there were one or two more. One involved an oil and gas company where the field in

Page 19

question was in Southern California and another that was in deep water, Gulf of Mexico.

Q. And what was the subject of your testimony in Enron?

A. It focused on a number of -- of SPEs, special purpose entities, the accounting for those entities.

There was also certain contracts that involved the transfer of -- of oil from one party to another -- or multiple parties.

Those were the principal areas.

Q. Did your testimony in any of these matters that you've just described involve determining proved reserves for oil and gas assets?

A. My recollection is the Anadarko case involved proved reserves. And Alta Mesa may have as well.

Q. And what was the issue as to proved reserves in Anadarko?

A. Whether they were overstated and improperly accounted for.

Q. And did you offer an opinion related to proved reserves?

A. Not the proved reserves themselves in terms of measuring their quantities, but whether or

Page 20

not the process form -- for determining proved reserves was flawed.

Q. And what opinion did you offer?

A. That the proved reserves were substantially overstated.

Q. And what was the nature of the opinion you offered in Alta Mesa?

A. That the forecasted revenues and expenses relating to proved reserves were materially overstated and were not properly accounted for and presented in the financial statements.

Q. Did you offer an opinion in Alta Mesa about whether assets qualified as proved reserves?

A. Well, I didn't make a determination of the quantities of proved reserves, but I offered an opinion with respect to the fact that they were overstated and impaired and should have been written off.

Q. So as to the oil and gas cases that you described, did any of them involve disclosures related to impairments of oil and gas assets?

It sounds like you're saying that was one of the opinions you offered in Alta Mesa; is that correct?

A. That's -- that's my recollection, yes.

Page 21

Q. Did any of the others re- -- relate to disclosures concerning impairment of oil and gas assets?

A. My recollection, the Elk -- in the Elk case -- E-L-K -- my opinions were similar, that the balance sheet was overstated in terms of measuring proved reserves.

Q. Did -- did you offer an opinion in the Elk Grove case about whether assets were impaired?

A. Well, I think that was the consequence of the -- as a result of the overstatement, there was an impairment.

Q. In Elk Grove, did you go through the elements of the -- the tests under ASC 360?

A. That would be a -- a -- a part of my analysis.

Q. Have you ever worked for an oil and gas company?

A. No. I'm -- my career has been in -- as -- in public accounting.

Q. Have you ever provided auditing services to an oil and gas company?

A. In connection with one of the items that I -- one of the engagements that I can't remember the name of, I reviewed the audit and had comments

6 (Pages 18 - 21)

Page 70

SEC regulations that prescribe how the SEC price is to be determined?

A. Yes.

Q. And that's sometimes referred to as the SEC price; correct?                    10:56:43

A. Yes.

Q. And if you go to page 135, at the top of that page, there's a definition of "economically producible"; correct?

A. Yes.                    10:57:05

Q. And it says, "The term economically producible, as it relates to a resource, means a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation. The value of the products that generate    10:57:18 revenue shall be determined at the terminal point of oil and gas producing activities as defined in paragraph (a)(16) of this section."

Correct?

A. Yes.                    10:57:33

Q. So how does the concept of economically producible factor into whether an asset qualifies as an SEC proved reserve?

A. Well, as it -- you just read, it relates to a resource which generates revenue that exceeds    10:58:07

Page 71

or is reasonably expected to exceed the costs of the operation.

Q. So it doesn't have to be the case that it's currently economically producible if it's reasonably expected to be economically producible;    10:58:23 correct?

MR. SAHAM: Objection to form.

THE WITNESS: Well, when making the calculation of economic producibility, Exxon and other oil and gas companies and -- and also there's    10:59:05 further discussion of economic producibility and constraints as to how you change actual costs, if you can change actual costs, because of some expectation in the future. But how this is operationalized and how it was operationalized at    10:59:30 Exxon is to look at the costs which generate those revenues.

So in the instance of 2015, you've got revenues and prices that are as of the first of the month of each month within 2015. And it needs to    10:59:55 identify those costs of operations that relate to that revenue stream.

BY MR. TOAL:

Q. Where does the rule say that?

MR. SAHAM: And, Dan, we've been going    11:00:19

Page 72

about an hour, so whenever it's a good breaking point.

THE WITNESS: (Witness reviews.)

If you look at page 32 of my report, Paragraph 75, I -- in Paragraph B at the top, I'm    11:00:59 largely restating what we've been discussing.

C is a further discussion of the 12-month period prior to the ending date of the period covered by the report.

And in Paragraph 75, and also on the    11:01:48 following page [verbatim], 76, I presented En- -- Enron's -- or Exxon's, excuse me, operationalization of the calculation of proved reserves, which I think is a discussion of the calculation.

You'll notice there it's -- underneath    11:02:19 economically producible, it addresses existing economic conditions. And it indicates that "operating costs, production methods, recovery techniques, transportation and marketing arrangements, ownership and/or entitlement items and    11:02:36 regulatory requirements that are extant on the" -- "on the effective date of the estimate. An anticipated change in conditions must have reasonable certainty of occurrence." [As read]

I think the discussion of the -- of the    11:02:54

Page 73

SEC pricing rules, there's a further discussion on my Paragraph 76, a similar chart.

I further discuss it in Paragraph 77.

And I'm looking at GAAP ASC 932-360-25-15, which also addresses this issue.                    11:03:39

BY MR. TOAL:

Q. So --

A. Also, the testimony of Mr. Rosenthal, as seen in Paragraph 78, where he stated you use your current costs -- your current actual cost.    11:03:53

I think that my understanding is that there's some vagueness as to cost of operation. And that's reflected on page 32 at the bottom of the chart, which it's -- indicates is "not defined by the SEC, but excludes depreciation, so assessed to    11:04:21 represent Direct Cash Operating Costs." [As read]

And when I see Exxon operationalizing the SEC definition, they look to -- and Mr. Rosenthal, the principal accounting officer of the company, he emphasizes that you look to the actual costs    11:04:52 associated with the realization of those selling prices that are included in the calculation.

Q. Well, what it says in the presentation that you excerpted in Paragraph 75 is that you look at existing economic conditions that are extant on    11:05:10

19 (Pages 70 - 73)

Page 74

the effective date of the estimate; right?

A. Yes. And it's op- -- that language is operationalized by Exxon as actual costs associated with the revenue calculation.

MR. SAHAM: Dan, is it good time for a break? We've been going for like an hour and 20.

MR. TOAL: Yes, almost.

BY MR. TOAL:

Q. Sir, are you offering an opinion based on the SEC regulations or how Exxon Mobil operationalized them?

A. My calculation is guided by 932 -- ASC 932, the SEC regulations, and the testimony and operationalization of that -- of -- of those documents as corrected by Exxon in 2016.

Q. Now, we looked at the language that talks about economically producible shall be determined at the terminal point of oil and gas producing activities; correct?

A. Correct.

Q. And do you agree that's an accurate statement?

A. I agree that it's -- that it's an accurate quote from -- from the document.

Q. And for an asset like Kearl, what was the

Page 75

terminal point --

MR. SAHAM: Objection to form.

BY MR. TOAL:

Q. -- of oil and gas producing activities?

A. Well, what Exxon determined is for bitumen, the operationalizing of this language was the point at which it realized the -- the revenue -- the sales and the revenue per unit.

So if it -- if it shipped product that was realized in the Gulf Coast or somewhere else in the United States, it determined what that revenue was and what the costs were to transport, to use diluent, and to consider quality factors, actual costs associated with that realized revenue.

Q. Okay.

MR. TOAL: Why don't we go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 2. We are off the record at 11:08 a.m.

(Short recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 3. We are back on record at 11:26 a.m.

BY MR. TOAL:

Q. Mr. Regan, let me ask you to take a look at page 136 of Regan Exhibit 8. And there's a

Page 76

paragraph with the title "Instruction 1 to paragraph (a)(16)(i)."

Do you see that?

A. I do.

Q. And there it says, "The oil and gas production function shall be regarded as ending at a 'terminal point,' which is the outlet valve on the lease or field storage tank. If unusual physical or operational circumstances exist, it may be appropriate to regard the terminal point for the production function as:

"a. The first point at which oil, gas, or gas liquids, natural or synthetic, are delivered to a main pipeline, a common carrier, a refinery, or a marine terminal." [As read]

Do you see that language?

A. I do.

Q. So for an asset like Kearl, where would the outlet valve be for purposes of determining SEC proved reserves?

A. Well, I think you need to look at the transactions involving the realization which generates the selling price. And --

THE COURT REPORTER: Generates the what price?

Page 77

THE WITNESS: The selling price.

And in that instance you look at both a and b.

And in b you -- it indicates that you look to the natural resources delivered to a purchaser.

And if that purchaser -- when -- when you -- when you realize the sale to that purchaser, as Mr. Swiger indicated in his testimony that I cite on page 23, you look at the actual transportation costs.

It's further discussed on page 24.

So what -- what Exxon did in its determination of realization of price, it would be a mixture of a and b.

And in b, you need to consider the actual costs for -- of the diluent, of the quality adjustments, and the transportation that is involved.

And that's what Exxon did when they operationalized this paragraph.

BY MR. TOAL:

Q. So, Mr. Regan, b refers to "the case of natural resources that are intended to be upgraded into synthetic oil or gas" [as read]; correct?

A. Yes.

20 (Pages 74 - 77)

Page 78

Q. And do you know what synthetic oil is?

A. I'm not familiar with the -- the definition of synthetic oil.

Q. Okay. So you don't know if Kearl involved upgrading to synthetic oil; correct?   11:29:40

A. That's not something I looked into, but it -- in the determination of the selling price realization, what Exxon did was to look to the actual costs of delivering the product in order to realize that selling price.   11:30:07

And I assume that's an operationalization of subparagraph b on page 136.

Q. Do you know for any bitumen produced from Kearl what the first point was at which the bitumen was delivered to a main pipeline or common carrier?   11:30:24

A. That's not something I determined. I utilized what Exxon determined based on its business records.

Q. Well, do --

A. I think it --   11:30:46

Q. -- were Exxon Mobil's business records calculated on an SEC proved reserve basis?

A. Well, if you look at the testimony of the CFO, Mr. Swiger, his answer in the -- Paragraph 45 is "you have to understand, the transportation cost   11:31:05

Page 79

doesn't vary based on SEC or the actual basis. You use actual transportation costs." [As read]

Q. Actual transportation costs to the first point at which bitumen was delivered to a main pipeline or common carrier under the SEC rules; right?   11:31:23

MR. SAHAM: Objection to form.

THE WITNESS: No. I -- I think Exxon delivered Kearl product to railcars, pipelines, a -- a variety of -- of methods of delivering product in order to realize the selling price that was used in its SEC calculation.   11:31:44

BY MR. TOAL:

Q. Do you know for Kearl bitumen delivered in 2015 where the initial sale took place?   11:32:00

A. I think it --

MR. SAHAM: Objection to form.

THE WITNESS: -- it depends on the transaction. There are -- there were many transactions. Some were delivered -- or realized by delivering product to Edmonton, and some were realized by delivering to a number of other points in the United States.   11:32:13

BY MR. TOAL:

Q. Do you -- do you know if the product was   11:32:34

Page 80

sold before it was delivered into the United States?

A. I -- I -- I expect that some was, yeah, some product.

Q. Do you know as a matter of fact?

A. Well, I didn't go up and watch it happen,   11:32:48 and I haven't seen freight records or delivery records.

Q. So --

A. I'm -- I'm -- I'm looking at the documents which were cited in my report, which bear upon the   11:32:59 realization of the aver- -- of the average price within the SEC calculation.

Q. For purposes of your analysis, did you try to determine for sales that took place in 2015 where the initial sale was made?   11:33:24

A. My recollection is that there were a number of documents that are cited in my report which discuss the point at which purchasers of product which drove the purchase price occurred in 2015, as well as 2016.   11:33:55

And it varied. Some doc- -- some documents estimated it -- it ten- -- tended to be in percentages -- so what percentage of the sales were to purchasers in the United States, what percentage was -- that were delivered to Edmonton.   11:34:16

Page 81

Q. Do you know if those numbers were calculated based on where an initial sale took place as opposed to an ultimate sale to another party?

MR. SAHAM: Objection to form and foundation.   11:34:29

THE WITNESS: I looked at the characterization of the sales within the documents itself.

BY MR. TOAL:

Q. And beyond whatever's reflected in the   11:34:38 documents, you have no basis for knowing where the initial sale of product from Kearl took place in 2015; correct?

MR. SAHAM: Objection to form and foundation.   11:34:50

THE WITNESS: I rely on the documents and the testimony that I've cited.

BY MR. TOAL:

Q. And so your information about where an initial sale took place from Kearl of its bitumen in   11:35:01 2015 is based entirely on documents that you've referenced in your reports or testimony you've referenced in your reports; correct?

A. Yes. I have no -- I have no other resources to -- to rely on.   11:35:21

21 (Pages 78 - 81)

Page 82

THE COURT REPORTER: Your pen is making noise.

Thank you.

THE WITNESS: Oh, really? Hmm. Hmm.

BY MR. TOAL:                                    11:35:33

Q. And for purpose of your analysis on SEC proved reserves, you didn't make any determination of where the first point was at which oil, gas, or gas liquids, natural or synthetic, were delivered to a main pipeline, a common carrier, a refinery, or a    11:35:53 marine terminal; correct?

MR. SAHAM: Objection to form and foundation and misstates prior testimony.

THE WITNESS: I looked to Exxon documents which operationalized the SEC rules.                    11:36:09

BY MR. TOAL:

Q. So did you make a determination somewhere of the first point at which oil, gas, or gas liquids were delivered to a main pipeline, common carrier, refinery, or marine terminal?                    11:36:30

MR. SAHAM: Same objection.

THE WITNESS: That's not a determination that I made. I've made -- you know, my comments and my reports are based upon Exxon's operationalization on SEC pricing of how they realized that selling --    11:36:50

Page 83

the selling prices that they use in their documents.

BY MR. TOAL:

Q. So do the SEC regulations provide any further explanation or guidance about how companies are supposed to calculate the SEC price for its    11:37:11 assets when assessing proved reserves beyond what we've reviewed?

A. There -- there may have been others. I may have mentioned them in my report. I don't have that -- those in mind as we speak.                    11:37:41

Q. So as you sit here today, you can't identify any other regulation or SEC guidance regarding how companies are supposed to calculate SEC price for proved reserve purposes; correct?

A. Well, you might remind me because I've --    11:37:59 I've seen a lot of documents that discuss SEC pricing over the last several years, and I -- I don't have them characterized in my head as to what specific guidance exists.

Q. So if you think of any others, you can let    11:38:29 me know.

But as you sit here today, you -- you can't think of any others beyond the ones we've just reviewed; correct?

A. Well, it -- you know, it -- it could well    11:38:40

Page 84

be that there are some -- there's been some iss- -- SEC guidance that was issued on this subject. It could be that it's referred to in my report. But I don't have it in mind as we speak.

Q. Do the SEC regulations allow companies,    11:39:00 when calculating proved reserves, to use realized sale prices beyond the terminal point of oil and gas producing activities?

A. Well, I think on Paragraph [verbatim] 136, the sentence preceding a and b states, "If unusual    11:39:48 physical or operational circumstances exist, it may be appropriate to regard the terminal point for the production function as:"

Q. So that's just how you defined the terminal point in that situation --                    11:40:10

A. Right --

Q. -- correct?

A. -- which I think is relevant to your question.

And then, in particular, b touches on    11:40:17 circumstances which may be beyond the terminal point.

Q. For natural resources intended to be upgraded into synthetic oil or gas; right?

A. Right.                                    11:40:31

Page 85

Q. And you don't know if bitumen qualifies as natural resources intended to be upgraded into synthetic oil or gas; right?

A. That's -- that's a determination that I -- I don't make.                                    11:40:57

Q. So if you turn back to page 135 and the definition of "Economically producible," it talks about the "resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of operation [as read]; right?                    11:41:26

A. Yes.

Q. So in calculating SEC proved reserves, you not only have to calculate an SEC price, you have to estimate the costs of operation; correct?

A. Yes.                                    11:41:42

Q. And do the SEC regulations define the costs of operations?

A. Well, as we -- as we talked about earlier, the testimony in the case indicates that actual costs are those which are -- are to be used in the    11:42:15 determination of the SEC price, particularly with respect to quality adjustments, transportation, and diluent.

Q. So let me -- let me stop you.

I want to focus you on the SEC                    11:42:32

22 (Pages 82 - 85)

Page 106

Imperial or Exxon, were considering the need for a change. And that consideration, as I recall, began sometime in 2015.

Q. Did the model that was used to calculate the SEC price change in 2015?        12:17:58

A. No. And that's been made clear in my report.

Q. That model, do you have any basis for believing that pricing model changed between 2009 and 2015?        12:18:17

A. No. And it's because my expectation is that the -- the realization of -- of the price was consistently shipments to Edmonton, and it wasn't until 2015 that there began to be substantial product where the realization was through purchasers   12:18:46 in the United States.

Q. But in answer to my question, you don't have any basis for believing that pricing model for Kearl changed at any point during that period of 2009 to 2015; correct?        12:19:01

A. Not to determine the numbers that are included in the 10(K).

Q. And do you have an understanding that the pricing model at Kearl was the pricing model that had been used at Cold Lake to determine bitumen        12:19:16

Page 107

prices for SEC proved reserve purposes?

A. As I sit here, I don't have a recollection that I -- I have the pricing model at Kearl -- at Cold Lake. I may have documents that show that pricing model. Because that's -- oftentimes the        12:19:43 document has the pricing model at Kearl on one page and on Cold Lake another page.

Q. So do you know whether the -- do you know how the pricing model at Kearl was developed?

A. I need to have my recollection refreshed    12:20:37 to see the calculation at Cold Lake. Cold Lake has not been a focus of my report.

Q. Okay. Let me show you a document that we'll mark as Regan Exhibit 11.

(Regan Deposition Exhibit 11 was marked        12:20:56 for identification.)

BY MR. TOAL:

Q. So this is an e-mail, the most recent e-mail is from Bill Strawbridge to Beth Casteel dated October 21, 2015.        12:21:10

Mr. Regan, my question is whether you recognize this as a document that you reviewed in connection with your reply report?

A. I believe I've cited this document in my report.        12:22:03

Page 108

Q. Okay. And you see on the second page, there's an e-mail from Beth Casteel to Bill Strawbridge dated October 21st, 2015, at 7:44 a.m.?

A. Yes, at the bottom of the second page.

Q. Right.        12:22:27

And the first bullet point there in Ms. Casteel's e-mail says, "SEC rules call for valuing reserves at the plant gate, i.e. any profit or loss downstream of the gate excluded from the positive cash flow test."        12:22:41

You see that language?

A. I do.

Q. And do you agree with that understanding of what the SEC rules call for when valuing reserves?        12:22:51

A. Well, that language is taken from a portion of the SEC rules.

Q. So do you agree that's an accurate understanding of what the SEC rules call for when valuing reserves?        12:23:06

A. Well, I think it's incomplete.

Q. And what -- what part do you think is --

A. Well, it --

(Simultaneous speaking.)

THE COURT REPORTER: I'm sorry, one        12:23:18

Page 109

second.

THE WITNESS: -- it doesn't quite --

THE COURT REPORTER: One second. I didn't get the full question.

BY MR. TOAL:        12:23:19

Q. So what part do you think is incomplete? What's missing?

A. The discussion in Paragraph B, on page -- I think it was 136.

Q. Related to synthetic oil?        12:23:33

A. Yes.

Q. Do you agree that under the SEC rules, you're required to exclude any profit or loss downstream of the gate under the positive cash flow test?        12:23:46

MR. SAHAM: Ob- -- objection to form.

THE WITNESS: I'm not sure what she's referring to here. In the -- in the operationalization of the price of product sold by Kearl in the United States, what Exxon is using is        12:24:29 the amount it realized from the purchaser, which is consistent with their calculation.

And if there's any realization subsequent to the purchaser, that would be excluded from the calculation.        12:24:49

28 (Pages 106 - 109)

Page 110

BY MR. TOAL:

Q. And so, if Imperial sold bitumen to Exxon Mobil Oil Corporation at Edmonton for a certain price, and Exxon Mobil Oil Corporation subsequently sold that at a 20 percent premium, do the SEC rules require you to use the price obtained at Edmonton or the eventual sale from Exxon Mobil Oil Corporation?

MR. SAHAM: Objection. Form. Foundation. Incomplete hypothetical.

THE WITNESS: What I've used in my calculation is the methodology and the calculations which Exxon made of the amount of money that it realized on the sale of bitumen, whether it be in Canada or in the United States.

And in Exxon's calculation of the amount of the SEC price, was what it realized from the purchaser of those products.

BY MR. TOAL:

Q. So my question is about what the SEC rules require.

A. Well, I -- I'm accepting that Exxon has interpreted the underlying transaction and identified the actual am- -- amount realized, less the actual cost of transportation, diluent, and quality factors, which resulted from the sale of its

Page 111

product, whether it be in Canada or in the United States.

Q. So I -- I'm not asking about your view of what Exxon's interpretation is. I'm asking about what the SEC rules require in that situation.

Are you able to answer that question?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: I'm --

MR. SAHAM: Misstates prior testimony. Argumentative.

THE WITNESS: What I have done in my report and in my analysis is to look at determinations that Exxon made of the real- -- the realization that it received and the determinations that it made of its realization net of cost of diluent, trans- -- actual cost of diluent, transportation and quality differentials.

I haven't dug into how Exxon interpreted the various complexities of the SEC pricing. I'm looking at how they operationalized the SEC pricing once they considered that there were sales in the United States and that those sales constituted a meaningful amount.

BY MR. TOAL:

Q. I'll move to strike as nonresponsive.

Page 112

My question, Mr. Regan, is not about Exxon Mobil's interpretation. It's about your understanding of the SEC rules in that situation.

Do the SEC rules require that you use the price obtained from the sale in Edmonton or the subsequent sale by Exxon Mobil Oil Corporation at a 20 percent premium?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: That's not a determination that I made in the preparation of my reports. My reports clearly state that I'm correcting for the shortfalls in the 2015 calculation, and the correction is to adopt the operationalization of this -- this complex calculation, taking the documents and the calculations that Exxon used to correct for the shortfall in its 2015 calculations.

BY MR. TOAL:

Q. Do you agree that the SEC regulations don't permit companies to take into account profit or loss downstream of prices obtained at the gate of the facility?

A. That's a -- a refinement that I've not made. I -- my calculations in my reports are based upon Exxon's correction of its shortfall in the calculations that it made, which were incorporated

Page 113

in the 2015 10(K).

Q. So you were asked to --

A. And -- and I -- I assumed that Exxon's corrections was an appropriate -- appropriate operationalization of the SEC pricing rules.

Q. So you haven't been asked to express an opinion on what the SEC rules themselves require with regard to SEC pricing; correct?

A. Well, there's some elements that I've included in my report that -- for example, you take the amount realized on the first day of each month, and you take an unweighted average to get an average price that you identify actual costs associated with that revenue.

But in terms of the complexities associated with determining the amount realized, that's something I've relied on Exxon to have provided me in their own documents and calculations.

Q. And you weren't asked to express an opinion on what price you use in the situation we described; correct?

A. Correct.

MR. SAHAM: Dan, if you're moving on to something else, is it a good time for a break; do you think?

29 (Pages 110 - 113)

Page 114

MR. TOAL: In just a moment.

BY MR. TOAL:

Q. All right.

If you look at the third page of this e-mail -- do you understand, by the way, the bullet points in this e-mail we've been reading from to be Ms. Casteel's comments, and then Mr. Strawbridge above that says, "Beth, comments below"?

So do you understand this to be Mr. Strawbridge responding to points that Ms. Casteel raised to the bullet points?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: How I operationalize this e-mail, where he says, "Beth, comments below," when I go below, Ms. Casteel makes bullet points. And I'm assuming Mr. Strawbridge, his comment starts with the word, "True - SEC pre-" -- pre -- "prescriptive on this." Is that my -- interpreting it the same way as you are?

BY MR. TOAL:

Q. That's the way I interpreted it, too.

A. Right.

Q. So that'd be Mr. Strawbridge responding that Ms. Casteel's summary is "True - the SEC

Page 115

prescriptive on this 'The value of the product that generates revenue shall be determined at the terminal point of oil and gas producing activities. The oil and gas production function shall be regarded as ending at a 'terminal point,' which is the out-" -- "'outlet valve on the lease or field storage tank.'" [As read]

You agree with that as a [verbatim] accurate summary of the SEC regulations; right?

A. Well, I think Mr. Strawbridge is quoting from a portion of the SEC regulations.

Q. And -- and you -- you agree with the substance of what he communicated there; right?

A. Well, I agree that he's quoting a document. You know, but -- you know, it -- what Exxon later determined, as you move in time, is that the -- the realized pricing of product shipped into the United States to purchasers in the United States in -- needed to include refinements, which it later made, and that the calc- -- the calculations that were made in 2015 were -- were -- had shortfalls.

And the shortfalls relate, in part, to -- to pricing the product only to products shipped to Edmonton -- assuming that all products were sold to Edmonton, when, in fact, much of it was shipped to

Page 116

purchasers in the United States. And that was a shortfall. And I don't think -- Mr. Strawbridge is not -- he's not focusing on that. And no matter -- he -- he was -- he was resistant to accepting that until later in 2016.

Q. So you actually don't know in 2015 what the first point of sale was for any of the bitumen that was shipped; do you?

MR. SAHAM: Objection. Form.

THE WITNESS: I have to rely on -- on -- on that based upon the Exxon documents that I've already reviewed. And I don't know that it -- it gives me that degree of specificity.

BY MR. TOAL:

Q. Now, do you see in the third to last paragraph in this e-mail on the third page, it says, "It is important to remember that this WTI-bitumen differential process was developed several decades back for Cold Lake (and similar for Syncrude), and has been used for Kearl pricing since 2008."

Do you see that?

A. I do see that.

Q. Do you have any basis to dispute the accuracy of that statement?

A. No. I think that's consistent with what

Page 117

I've seen.

Q. And does this refresh your recollection that the pricing model that was used at Kearl was adapted from the pricing model that had been used historically at Cold Lake?

MR. SAHAM: I'm sorry.

THE WITNESS: Yeah, I've read this before. So, yes.

MR. TOAL: All right.

We can go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 3. We are off the record at 12:37 p.m.

(Lunch recess taken.)

THE VIDEOGRAPHER: This is the beginning of Media Number 4. We are back on record at 1:26 p.m.

BY MR. TOAL:

Q. Mr. Regan, I'm going to show you a document that is entitled "SEC Price," "How SEC Price is Documented and Distributed," as Bates Number EMC Ramirez '161 [as read]. And we'll mark this as Regan Exhibit 12.

(Regan Deposition Exhibit 12 was marked for identification.)

BY MR. TOAL:

30 (Pages 114 - 117)

Page 182

BY MR. TOAL:

Q.  So it says, "When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves"?

A.  Yes.

Q.  Okay.  So --

A.  I think that's mentioned also in -- elsewhere in the 10(K).

Q.  So Exxon Mobil was alerting the market to the fact that the prices seen in late 2015 and early 2016 could require a de-booking of its oil sands assets; right?

A.  That's what this statement is saying.  Of course my report is saying that, when calculated, correcting for the shortfalls that were identified in 2016, they already needed to be de-booked.

So there's a significant difference between the context of my report and this statement.

Q.  Are -- are you offering any opinion in this case about the adequacy of the disclosure

Page 183

regarding the potential need to de-book in 2016 the -- the Kearl proved reserves?

A.  Well, they were de-booked in 2016.

Q.  So are -- are you offering an opinion about the adequacy of the disclosure made in this 2015 10(K) about the potential need to de-book at the end of 2016?

A.  Well, I think the -- the natural consequence of my -- both of my reports are -- are saying that had the calculation that was made in 2015 been cured of its shortfalls, the de-booking would have occurred in 2015.

And then of course that makes moot this -- this statement.  Because what this is -- what my report is basically saying is that this statement is misleading because it should have been de-booked at -- at year end.

Q.  So -- so assume you're -- you're wrong about whether the Kearl proved reserves should have been de-booked in 2015, are you offering an opinion about the adequacy of the disclosure that Exxon Mobil actually made in the 2015 10(K) about the potential that Kearl proved reserves would have to be de-booked at the end of 2016?

A.  Well, I addressed that on -- in my

Page 184

original report on the first page, page 1, at the bottom of page 1 and continuing on to page 2, "In the absence of a de-booking of the Kearl proved reserves," and I explain the additional disclosure which was needed in -- as it turns out, in -- in both the -- the MD&A and in the footnotes to the financial statements.

Just like in 2016, it was mentioned in both the MD&A and in the footnotes to the financial statements.

And then on page 2, I get into some of the specificity which was called for if you didn't de-book, such as the reoccurring [verbatim] losses "'reasonably likely' to have a material negative effect on the Company's Upstream" [as read] --

THE COURT REPORTER:  Sorry, you're reading too fast.  If you can go slowly if you're reading into the record, please.

THE WITNESS:  "Kearl's reoccurring losses did and were 'reasonably likely' to have a material negative effect on the Company's Upstream earnings and profitability;" [As read]

Then there's Item 2 and 3.  And then an explanation of why those were necessary and further discussion in Section Roman IV.B. of this report.

Page 185

I also noticed that Mr. Abington says in his report at Paragraph 157, that ASC, which is a part of the PCAOB, requires transparent reporting of potential risks that could impact a company's financial position.  And these kinds of disclosures that are described in 1, 2, and 3 would help the reader to understand what those risks are.

BY MR. TOAL:

Q.  So only with respect to the issue of the likelihood or the potential for having to de-book the Kearl proved reserves at the end of 2016, are you offering any opinion that the language we just read in the 2015 10(K) was an inadequate disclosure?

MR. SAHAM:  Objection.  Asked and answered.

THE WITNESS:  It seems very complex because when you say "only," certainly my first opinion is that it should have been de-booked at 12/31/15, which means you wouldn't say what-- you wouldn't state what was said about it might need to be de-booked in 2016.

Then in the second opinion addresses, well, if you didn't de-book, what additional disclosure needed to be made.

And those additional disclosures that are

47 (Pages 182 - 185)

**App. 254**

Page 186

described on page 2 are significantly more than the language that we've just read with respect to the potential de-booking that's included in the 10(K).

BY MR. TOAL:

Q. So at the time Exxon Mobil's 2015 10(K) 15:42:26 came out, that was February of 2016; correct?

A. I think it's February 24, 2016.

Q. So with respect to SEC pricing data for 2016, it only had two -- two first of month data points; correct? 15:42:47

A. Correct.

Q. And so, ten first of month pricing data points still to come; right?

A. Ten more to come. And at the time that the de-booking was determined, the prices were 15:43:01 actually higher than what -- what was in place in January and February of 2016.

Q. So Exxon couldn't have known, as of February 2016, whether it would need to de-book its Kearl proved reserves at the end of 2016 or not; 15:43:18 right?

MR. SAHAM: Objection. Form. Foundation. Misstates prior testimony.

THE WITNESS: Well, if Exxon's calculations of -- let me see if I can't focus on -- 15:43:33

Page 187

on a chart, which would be helpful here.

Here we go.

BY MR. TOAL:

Q. I'll -- I'll withdraw the question just in the interest of time. 15:44:30

Now, in estimating Kearl's SEC proved reserves in 2015, do you agree that Imperial Oil with oversight from Exxon Mobil's Global Reserves Group performed an exercise to try and determine an SEC price for the first day of the month of every 15:44:49 month in 2015?

A. Yes.

Q. And Imperial Oil then calculated an unweighted average of those 12 SEC prices to arrive at a final end-of-year SEC price for Kearl in 2015; 15:45:04 correct?

A. Yes.

Q. And Imperial oil also estimated a unit lifting cost for the Kearl operation that was to be used for purposes of Kearl's SEC proved reserves for 15:45:19 2015; right?

A. Yes.

Q. And those -- that SEC price was then compared to those unit lifting costs in an analysis that was presented to senior management; right? 15:45:36

Page 188

A. Yes. We've seen those in exhibits we've discussed today.

Q. And based on that analysis, Exxon Mobil and Imperial Oil concluded in 2015 that Kearl passed the SEC's cash flow test; right? 15:45:54

MR. SAHAM: Objection to form.

THE WITNESS: Based upon certain documents that you've shown me. But as I indicated, there are documents and discussions in addition to those that you've shown me that indicate that it didn't pass, 15:46:14 if the U.S. sales and the resulting diluent, transportation costs and quality spread were properly considered.

BY MR. TOAL:

Q. And Mr. Strawbridge told Exxon Mobil's 15:46:37 senior management that Kearl clearly passed the cash flow test for the SEC proved reserves; right?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: The speaking notes that are 15:46:50 a part of Exhibit 15 contain that language.

BY MR. TOAL:

Q. And you're aware that in 2016, Imperial Oil with oversight from Exxon Mobil's Global Reserves Group performed a separate exercise to 15:47:18

Page 189

determine whether Kearl passed the SEC cash flow test in 2016; right?

A. Yes.

Q. And as part of that process, Imperial went through the same process of calculating an SEC price 15:47:38 for the first month of every month in 2016; right?

A. Yes.

Q. And it then calculated an unweighted arithmetic average of those SEC prices; right?

A. Yes. 15:47:55

Q. And it calculated a unit lifting cost for Kearl in 2016; correct?

A. Yes.

Q. And it then compared the SEC final price to the unit lifting cost for Kearl; correct? 15:48:09

A. Yes.

Q. And based on that analysis in 2016, Exxon Mobil determined that Kearl did not qualify as a proved reserve; correct?

A. It did. Yes. 15:48:26

Q. And Exxon Mobil disclosed that in its 2016 10(K); right?

A. Yes. It's disclosed in the MD&A, as well as the notes to the financial statements.

Q. Now, to your knowledge, has Exxon Mobil 15:48:41

48 (Pages 186 - 189)

Page 190

ever publicly stated that its 2015 SEC proved reserves estimates for Kearl were incorrect?

A. Exxon is an entity to the SEC or --

Q. Are you aware of any public statement by Exxon Mobil saying that its 2015 proved reserve analysis for Kearl was incorrect?

A. I'm not fa- -- I'm not aware of that.

Q. Are you aware of the SEC telling Exxon Mobil that it thought Exxon Mobil's proved reserve determinations for Kearl for 2015 were incorrect?

A. I'm not aware of a document that says that.

Q. And to your knowledge, the SEC has never required Exxon Mobil to issue a restatement in connection with its disclosures related to Kearl's 2015 SEC proved reserves; correct?

A. Correct.

Q. Are you aware of any public report or statement claiming that Exxon Mobil's de-booking of Kearl after 2016 demonstrated that those reserves should have been de-booked at year end 2015?

A. No.

Q. And you'd agree that the fact that certain reserves are de-booked in 2016, doesn't suggest that they should have been de-booked in 2015; right?

Page 191

A. Well, the fact that they de-booked --

THE COURT REPORTER: Your microphone, sir.

THE WITNESS: They de-booked the reserves in 2016 based upon realized prices that were higher than wh- -- what were in place in -- at the time of filing the 2015 report, that's an indication of -- as if prices got better in the latter part of 2016, why weren't they de-booked when the prices were worse in the first two months of 2016.

BY MR. TOAL:

Q. The -- the mere fact that proved reserves for an asset are de-booked in 2016, that doesn't mean those same assets should have been de-booked the prior year; correct?

MR. SAHAM: Objection. Asked and answered.

THE WITNESS: That fact alone does not argue for that result. However, there is the pricing contradiction that I just described.

BY MR. TOAL:

Q. Now, the 2015 proved reserves analysis used price and cost information from 2015; correct?

A. Yes.

Q. And the 2016 proved reserve analysis used price and cost information from 2016; correct?

Page 192

A. Yes.

Q. And assets that are de-booked in one year can be rebooked in subsequent years; correct?

A. They can.

Q. And are you aware that Kearl was rebooked after 2016?

A. I -- I think I've heard that, but I -- that's not something I relied on in my report. So I didn't drill into a document to determine that. That's just -- that's not relevant to my report.

Q. So with the disclosure we looked at in Exxon Mobil's 2015 10(K), that essentially told the market that based on prices in late 2015 and early 2016, Exxon Mobil's cost of production for its Canadian oil sands assets was lower -- I'm sorry, was higher than those prices in late 2015 and early 2016; right?

MR. SAHAM: Objection to form.

THE WITNESS: You're talking about the language on page 6 of --

BY MR. TOAL:

Q. That's right.

A. Okay.

MR. SAHAM: Did -- did you say the 2016 10(K) or the 2015 10(K)?

Page 193

MR. TOAL: The 2015 10(K).

MR. SAHAM: Same objection.

THE WITNESS: Well, it says, "When crude oil and natural gas prices are in the range seen in late 2015 and early 2016, for an extended period of time, it could temporarily not qualify as proved reserves." [As read] So there's a couple of hedges built into that statement.

And it's not saying that if prices seen in 2015 and if you took effect to the January 1st and February 1st, 2016, prices, it would have been de-booked. It doesn't -- it doesn't say that because there's a hedge, take for an ex- -- for an extended period of time. And it says could temporarily not qualify.

BY MR. TOAL:

Q. So there -- there's no equivalent warning in Exxon Mobil's 2014 10(K); is there?

MR. SAHAM: Form. Foundation.

THE WITNESS: No. Because this warning is the result of the reduced pricing in 2015 and '16. The pricing in 2014 was -- was -- was higher, as seen in page 91 of my original report.

BY MR. TOAL:

Q. And was it understood by the market that

49 (Pages 190 - 193)

Page 194

oil sands assets at the time were among the highest cost of production for oil assets?

MR. SAHAM: Objection. Form. Foundation. Calls for speculation.

THE WITNESS: That's consistent with my expectation reading the analyst comments.

BY MR. TOAL:

Q. Let me ask you to turn to page 60 of your opening report.

A. Page 60?

Q. Yeah.

A. Okay.

Q. So in Paragraph 124, you state that Kearl experienced "cumulative recurring losses since January 1, 2015," that you say "resulted in net operating losses during each consecutive quarter in the 2015 fiscal year." [As read]

Correct?

A. Yes.

Q. And how are you defining "net operating losses" here?

A. I believe that's the caption on the financial statement itself.

Q. And what does -- what does it include?

And just so the record's clear, are you

Page 195

referring to a document referenced in Footnote 174 in your report?

A. Yes.

Q. And what's the Bates number of the document you're referencing?

A. There -- there's two Bates numbers.

Q. What's the bottom one?

A. The bottom one?

EMC_RAM_SEC, five zeros, 9566. [As read]

And I'm looking at March 2015. And it shows for Kearl, net revenue of 166 million, cash Opex, 338 million. Noncash Opex of 92 million. A negative federal income tax of 70 million. For a year-to-date operating loss of $147,000 -- $147 million.

Q. So that is including noncash Opex; correct?

A. It's got noncash Opex of $92 million. And then it's offset by negative federal income taxes of $70 million.

Q. And then where you're reading from had a net revenue of 166 million and cash Opex of 138 million; correct?

A. Cash Opex was 338 million.

Q. 338 million.

Page 196

A. So if you just had net revenue of 166 less catch Opex of 338 million, you can subtract from 338 million 166 million, and you'd have a very large loss at that level.

Q. So "net operating losses" here is defined to include noncash Opex; correct?

A. Yeah. So for the first quarter, it's a negative 147 million. That is after noncash Opex of 92 and a negative federal income tax, which is 70, so the net of those is $22 million.

Q. So just to be clear, the term you're using, "net operating losses," includes noncash operating expenses; correct?

A. I'm using -- the -- the line is described on the report as year-to-date operating segment earnings. Operating segment earnings.

Q. Let me ask you to take a look at a document that's previously been marked as Exhibit 67. It's titled "America's F&O - Delivering the Plan. December 2015."

(Regan Deposition Exhibit 20 was marked for identification.)

BY MR. TOAL:

Q. Is this a document you're familiar with?

A. Yes.

Page 197

Q. Okay. Let me direct your attention to the page that has the Bates Number EMC_RAM_SEC '9 -- '9988.

A. Got it.

Q. Okay. And so, this -- this is a table of profitability for Kearl West IOL.

Do you see that?

A. Yes.

MR. SAHAM: Can -- Canada West/IOL, you mean?

THE WITNESS: Canada West/IOL.

BY MR. TOAL:

Q. I'm sorry, Canada West/IOL.

And there's a column for Kearl.

Do you see that?

A. I do.

Q. And the bottom -- bottom of the table shows 2015 year-to-date numbers; correct?

A. Yes.

Q. And is this similar to the chart that you were just looking at?

A. Yes.

Q. Okay. So -- and this is a chart that you cite for the proposition that in 2015, Kearl was losing $7.34 per barrel; right?

50 (Pages 194 - 197)

Page 198

A. Yes. It's calculated on this sheet and -- and the row says, "Operating Unit Earnings," and it's defined in a parentheses "(dollars/OEB)." [As read]

Q. Okay. Do you know what "OEB" stands for?

A. Equivalent -- oil equivalent barrels.

Q. All right.

And do you see toward the top of this table, there's a line that says "Realizations - U.S. dollar per barrel"? [As read]

A. Yes.

Q. And that number is 24.27; right?

A. Yes.

Q. And then if you go further down, there is a row for "Cash Opex, dollar/OEB." [As read]

Do you see that?

A. Yes.

Q. And that number is $24.16; right?

A. Yes.

Q. All right.

So does that mean that Kearl in 2015 was cash flow positive?

A. On -- on this schedule, re- -- comparing those two lines, it would indicate that the realization was $0.11 more than the cash Opex.

Page 199

Q. And --

A. So to the extent that -- if -- if you just make that comparison, yes.

Q. And then the operating unit earnings of negative $7.34 includes things like noncash Opex; right?

A. It includes noncash Opex. It includes a tax -- federal income tax benefit of $151 million.

Q. And what would noncash Opex consist of?

A. Any allocations which did not accost, which did not involve expenditure of cash. It might --

Q. It would include depreciation?

A. -- might -- usually, that's one of the bigger items.

Q. Now, if you could turn to page 51 of your opening report.

A. Yes.

Q. So you write in Paragraph 112, "Exxon failed to properly disclose certain known trends and uncertainties related to its Kearl Upstream operations, including Kearl's recurring lack of profitability."

Do you see that language?

A. I do.

Page 200

Q. And then in Paragraph 113, you say, "These trends and uncertainties required disclosure under Item 303."

Do you see that?

A. Yes.

Q. And then if you go to page 81 of your opening report.

A. I have it.

Q. So in Paragraph 162, you say, "Exxon's disclosure of known trends and uncertainties regarding the recurring and expanding lack of profitability of its Upstream Canadian Kearl bitumen operations and its potential negative impact to disclosed proved reserves was necessary to comply with the SEC's MD&A financial related reporting rules which required the Company to disclose: (i) 'known trends or uncertainties that have had or that the registrant re" -- "reasonably expects will have a favorable or unfavorable impact on net sales or revenues or income from operations,' and (ii) information necessary to understand results of operations, including disclosure of 'material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results

Page 201

or future financial condition.'" [As read]

Do you see that language?

A. Yes.

Q. So with respect to Kearl, what reported financial information would not necessarily be indicative of future operating results?

A. Well, if you go back to page 2, what the reader is seeing in the 10(K) is on page 9, that there is a gross margin of, I think it's $5.87 on bitumen in Canada. And what I describe on page 2 are the -- is the information that was consistently reported to management and consistently in -- in management's understanding that there were reoccurring losses, that there were operating losses, consistently contrasted with Cold Lake.

And if you look at the -- page 9, the bitumen, you would -- you would not know that the -- the operations of Kearl, which is 80 percent of the bitumen operations in terms of the quantities of the reserves, you would have an expectation that -- that there was a -- a significant margin. And the company was consistently seeing that that margin resided, not within Kearl, but within Cold Lake. But the reader didn't -- wasn't informed of that.

Q. So, let's take a look at --

51 (Pages 198 - 201)

Page 202

A. And then --

Q. I just want to make sure we're talking about the same thing.

So if you look at Exhibit 9, that's the 2015 10(K). You have that in front of you?    16:12:07

A. Yeah, I can get it 'cause it's here somewhere. I'm sorry. It makes noise for you?

Yeah, I've got it. Hang on.

Q. All right.

So I think you were referring to a table    16:12:29 at page 9; correct?

A. Yes.

Q. All right.

So this is entitled "Production Prices and Production Costs"; correct?    16:12:41

A. Yes.

Q. And -- and so, it reflects a bitumen price per barrel for Canada/South America of $25.07; correct?

A. Yes.    16:12:57

Q. And right under "Production Prices and Production Costs," it says, "The table below summarizes average production prices and average production costs by geographic area and by product type for the last three years"; right? Do you see    16:13:11

Page 203

that language?

A. At the top of the page underneath Item B?

Q. Yeah. It says, "The table below summarizes average production prices" --

A. Right.    16:13:25

Q. -- "and average production costs by geographic area."

A. Right.

Q. Okay. And then it says average production costs per barrel for bitumen $19.20; correct?    16:13:34

A. Yes.

Q. Okay. How are -- are the numbers in this chart presented on a cash flow basis?

A. It's a calculation of average production prices. I suspect that's not done on a cash basis    16:13:57 but on an accrual basis based upon the realization of what was billed for product shipped, which may not be equal to its cash flow.

Q. And for costs or costs presented on a cash flow basis?    16:14:17

A. I would expect it's the cash, the costs of production, as identified by Exxon, probably on an accrual basis. And I don't know what costs were included or not included.

Q. Are -- are there SEC rules prescribing how    16:14:34

Page 204

these numbers should be presented?

A. I don't think they get into whether it's an accrual basis or a cash basis.

Q. So it sounds like from your testimony, you don't know the basis on which these numbers were    16:14:53 presented; correct?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: Well, the critical point is that what -- what I'm addressing in my report is that this is a combination of Cold Lake and Kearl.    16:15:04 And it gives the reader the impression that there's about $6 of margin. And the reader is not informed of an important indicator that the vast majority of bitumen is in Kearl, and that particular product within Kearl is actually experiencing a loss.    16:15:34

And so, there needs to be a -- in terms of MD&A and -- and footnotes to the financial statements, footnotes to this schedule, which provides an important piece of information that is focused on by management and has been a focus of    16:15:56 management and viewed in the eyes of management significantly during 2015. The reader does -- is -- is, I think, misled in thinking that there's a margin with respect to Kearl. And that's not the case.    16:16:20

Page 205

BY MR. TOAL:

Q. So we just reviewed the F&O chart where you -- you agreed that the numbers for Kearl indicated Kearl was cash flow positive; correct?

MR. SAHAM: Objection. Form. Foundation.    16:16:31 Assumes facts not in evidence.

BY MR. TOAL:

Q. I think you're looking for America's F&O report.

A. I have it. Year-to-date operating    16:16:57 earnings, negative 304 million. Segment earnings are negative 580 million. The Capex, $24.16, which is $0.11 less than the realized price. Certainly not $5.

Q. Well, the -- the chart on page 9 says it's    16:17:36 presenting average production prices; correct?

A. Yeah, in this chart in -- in Exhibit -- is it 20? In Exhibit 20, is average --

Q. I'm sorry, I'm asking about the chart on -- in the 10(K) on page 9.    16:18:06

A. Right.

Q. That refers to production prices and production costs.

A. Right.

Q. That says it's -- it's summarizing average    16:18:13

52 (Pages 202 - 205)

Page 206

production prices and average production cost by geographic area and product type; right?

A. Correct.

Q. So this chart is saying on average, bitumen assets in Canada and South America have approximately a $5 plus margin; right?    16:18:25

A. That's what it's saying. And the profitability analysis in the F&O report is indicating that cash in versus cash out leaves an $0.11 margin for Kearl --    16:18:58

Q. Well --

A. -- which is the overwhelming amount of product and revenue. And it's not experiencing a $5 margin.

Q. Are you aware of any SEC regulation that requires oil and gas companies to break out the profitability of assets by field?    16:19:14

A. Well, there -- there are certain SEC regulations that require an analysis and a presentation based upon revenue, when revenue is tracked by field.    16:19:42

However, in -- in this discussion, what I'm focusing on more in the -- is -- is that management has reports and is -- in the eyes of management, they've been seeing that Kearl is not    16:20:06

Page 207

experiencing a margin of $5. And the -- the -- the experience that Kearl is massively different than the experience at Cold Lake.

Cold Lake had segment earnings of $336 -- $336 million. Kearl had a negative $580 million.    16:20:34
They're dramatically different, and to mush them together to conceal that Kearl is a troubled asset, I -- I -- it's why I say what I said on page 2 of my report.

Q. Have you looked at Exxon's prior 10(K)s in the -- the chart on production prices and production costs?    16:20:56

A. Well, the prior -- there's a 2014 here. But 2014, Kearl is not as dominant as it was in 2015.    16:21:22

Q. Is -- is this the same way that Exxon Mobil presented production prices and production costs in 2014, 2013, 2012?

A. It's the same way, but facts and circumstances have changed dramatically in 2015.    16:21:37

Q. Okay. We can -- we can come back to that, but I want to get back to your report.

So the -- we read some language at Paragraphs 112, 113, and 162 of your opening report which concerns the requirements of Item 303; right?    16:21:54

Page 208

MR. SAHAM: What -- what page did you say? I'm sorry.

MR. TOAL: Paragraphs 112, 113, and 162.

THE WITNESS: Yes.

BY MR. TOAL:    16:22:13

Q. Okay. Do you base your opinion that Exxon Mobil should have disclosed Kearl's supposed operating losses on any other regulation other than Item 303?

A. Well, I -- I think that when Exxon    16:22:23
disclosed in 2016, it disclosed the de-booking and the experience of Kearl in both the footnotes to the financial statements and in the MD&A.

And I expect the footnotes to the financial statements come -- portion arise in part    16:23:09
from 932 -- ASC 932 and ASC 275 where they're talk- -- address risks and uncertainties that are important for the reader to understand. Risks and uncertainties associated with the Kearl operations.

Q. Do you offer any opinion in this case on what ASC 275 required in terms of disclosure?    16:23:41

A. 275 requires disclosure of significant risks and uncertainties particularly with respect to accounting estimates or in addition to accounting estimates that could have a -- a material impact on    16:24:10

Page 209

the financial position of the company.

Q. Have you offered any opinion in your expert reports regarding ASC 275?

A. No, it's -- it's consistent with -- with the MD&A disclosures that are described in my    16:24:30
report. And I noted that Mr. Abington identified ASC 275. I think he has a good point, so I've added that.

Q. And where do you reference ASC 275?

A. It -- it's not in my report.    16:24:53

Q. Is it in your --

A. But I've --

Q. -- reply report?

A. -- I've -- I've read his reply report.

My -- my reply report is discussing where    16:25:01
I think he has misled or is incorrect.

It happens that he makes a statement with respect to ASC 275 that I agree with.

Q. Do you -- do you reference ASC 275 in either your opening or your reply reports?    16:25:22

A. I don't think so.

Q. All right.

I'm going to show you a document we'll mark as Regan Exhibit --

MS. SHAMAILOVA: 20.    16:25:59

53 (Pages 206 - 209)

Page 210

MR. TOAL: 20.

THE COURT REPORTER: 21.

MS. SHAMAILOVA: 21.

MR. TOAL: 21.

This is the -- from the Federal Register    16:26:08 17 CFR Parts 211, 231, and 241. And it's entitled "Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operation." [As read]

(Regan Deposition Exhibit 21 was marked    16:26:27 for identification.)

THE WITNESS: Thank you.

BY MR. TOAL:

Q. Is this a document you're familiar with?

A. Yes.    16:26:49

Q. Did you review this document when preparing your reply report?

A. I don't know. I would have to look at the footnotes and the text to see if it's referred to in the reply report.    16:27:19

Q. All right.

Do you see under "SUMMARY" in the left column on the first page it says, "The Commission is publishing interpretive guidance regarding the disclosure commonly known as Management's Discussion    16:27:31

Page 211

and Analysis of Financial Condition and Results of Operations, or MD&A"? [As read]

A. Yes.

Q. All right.

If you turn to page 75063, if you go down    16:27:48 to the middle column under the heading B, "Sources and Uses of Cash," do you see in the second half of that first paragraph it says, "MD&A should focus on the primary drivers of and other material factors necessary to an understanding of the company's cash    16:28:24 flows and the indicative value of historical cash flows"?

Do you see that language?

A. I do.

Q. Okay. And the -- the MD&A is supposed to    16:28:40 reflect management's view of the company; correct?

A. Yes. It's looking at the company through the eyes of management, and it's providing textual -- a textual discussion of what resides within the financial statements.    16:29:00

Q. And is it your view that Exxon Mobil considered Kearl to be a primary driver for cash flows in its upstream segment as of 2015?

A. I would think it was material to Exxon's operations. We talk about materiality in my -- I    16:29:21

Page 212

think it's in -- I know it's in my original report. I don't know if it's in my reply report because Mr. Abington didn't discuss materiality.

Q. Can you answer my question?

The question is whether you're expressing    16:29:38 an opinion that Exxon Mobil management in 2015 considered Kearl to be a primary driver for cash flows in its upstream segment?

A. Based on the characteristics of Kearl and    16:30:00 its performance and the analysis that was done by management on a reoccurring basis through the F&O reports, I think that what I've seen is consistent with their view that it is a primary driver.

Q. What percentage of upstream cash flows did Kearl account for in 2015?    16:30:20

A. I haven't made that calculation. This is under the caption "Sources and Uses of Cash." But I haven't made that calculation. I'd need to make that calculation.

Q. When we looked at Exxon Mobil's 10(K) for    16:30:42 2015 in the chart on page 9, what regulation governs the presentation of those numbers?

MR. SAHAM: Objection. Asked and answered.

THE WITNESS: Well, from a -- an    16:31:29

Page 213

accounting perspective, the presentation of other financial information that accompanies the finan- -- audited financial statement should be reviewed for fairness and reasonableness by auditors and accountants.    16:32:10

This is not a part of the MD&A, but when there is a presentation of the kind of information that is seen on page 9, it should not mislead readers, and it should be consistent with the financial information that's include- --    16:32:35 incorporated in the financial statements.

BY MR. TOAL:

Q. Are you familiar with Regulation S-K?

A. S-K, yes.

Q. And what does Regulation S-K cover?    16:32:46

A. It covers the financial reporting by a public entity.

Q. And are -- are you familiar with the fact that Regulation S-K provides that disclosure shall be made by geographical area and for each country    16:33:05 and field that contains 15 percent or more of the registrant's total proved reserves expressed on an oil equivalent barrel's basis unless prohibited by the country in which the reserves are located?

A. I'm -- I'm familiar with that language,    16:33:23

54 (Pages 210 - 213)

Page 214

and I think I quote it in my report.

The reserve -- reserves at Kearl round up to 15 percent. How do they get -- there's a -- an -- an argument that Kearl should be presented.

But when -- when you combine two disparate operations into one number, where one represents a $500 million loss and the other rep- -- rep- -- is a three hun- -- more than a $300 million profit, it results in a mis- -- in a -- in a presentation which is misleading to the reader.

Q. Kearl accounted for less than 15 percent of Exxon Mobil's proved reserves as of 2015; correct?

A. Oh, let's see.

I don't have my calculator with me, but --

Q. Well, take a look at --

A. Page 5?

Q. -- take a look at page 36 of your opening report.

Do you see in Footnote 114 you calculated that Kearl accounted for 14.54 percent?

A. Right, which rounds to 15.

Q. Is there anything in the rule about rounding?

A. Pardon me?

Page 215

Q. Is there anything in the rule about rounding?

A. Well, 14.5, if you were to measure it in -- in a percentage without decimals, it's 15 percent.

Q. Well, the rule talks about a field that contains 15 percent or more.

A. Yeah.

Q. So you read that to say that you should round up from 14.5?

A. Well, when you calculate a number and it's 14.5 and you present it as a percentage without a decimal, it becomes 15.

Q. So is that your understanding of the rule, that you round up?

A. That's a legal question. I'm -- I'm not an attorney and I don't have --

Q. It's an accounting question.

A. I think from an accounting per- -- perspective, you look at it more from the importance in the eyes of management, the distinction in performance of -- of Kearl's operations, and it's performing significantly different than Cold Lake.

And when you lump them together, you are concealing significant information about a material

Page 216

resource --

Q. Have you --

A. -- and operation. I mean, they're -- management was consistently asked about Kearl. Management consistently focused on Kearl. People wanted to know how -- what -- what -- is Kearl profitable. The answers were always evasive and vague.

Q. Did Ex- -- did Exxon Mobil ever say that Kearl was profitable at that time?

A. I think it used words which resulted in the -- in the question of not knowing whether there were profits or if there were losses. And if there were losses, were they significant.

Q. Do you -- are you aware of any statement by Exxon Mobil in 2015 saying that Kearl was profitable?

A. I've seen statements which somebody could interpret that statement as indicating that there were profits within Kearl.

Q. Are you aware that the SEC considered requiring disclosure at the field level and decided against it?

A. In this instance?

Q. In -- in terms of promulgating its rule

Page 217

on -- in Regulation S-K.

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: I -- I don't have a reco- -- recollection of that discussion. I -- I've seen other SEC discussions where they do address if, at the field level, there's a separate accounting and separate performance, it would sometimes be necessary to include that within the provisions that they're discussing.

I'm -- I'm aware of the 15 percent item that you mentioned. This is -- this is equal to 15 percent.

BY MR. TOAL:

Q. 14.5 percent is equal to 15 percent in your view?

A. If you were to -- if you were to have a 14.54 percent and you were to show it as a [verbatim] integer, it would be 15.

Q. Did -- as part of your work on this matter, did you analyze the disclosures of other major oil and gas companies to see if any of them disclose profitability at the field level?

A. No, but you did see that I identified the overwhelming amount of de-bookings that were occurring. And I -- you have to be careful be- --

55 (Pages 214 - 217)

Page 218

or -- because, you know, for example, Chevron, Anadarko, and Enron Oil and Gas, they had massive write-offs in 2015.

Others that were based on reporting out of FASB on an IFRS basis had impairments and write-offs   16:39:53 in 2015.

Now they're -- they're -- IFRS rules are different, so I don't -- I didn't mention those in the report.

But the overwhelming amount of disclosure    16:40:09 with respect to de-bookings or impairments, which is a step further than de-booking, they were occurring in 2015, not 2016.

Q. When you're talking about Chevron --

A. And -- and Chevron -- or, excuse me, Exxon   16:40:30 continu- -- continually was concerned about the SEC waiting for requirements of de-booking in speeches and articles, and there were discussions at the Exxon management level about we -- we've got to -- we have to be mindful of the SEC's expectations.    16:40:58

Q. When you're talking about Chevron and Anadarko and Enron Oil and Gas, you're talking about impairments, not de-booking of proved reserves; right?

A. Right. But impairments is a step further   16:41:11

Page 219

than de-booking.

Q. So the analysis under U.S. GAAP for impairments is governed by ASC 360; right?

A. Yes. And in an oil and gas enterprise, it's 932-360, which marries ASC 360.        16:41:33

Q. And ASC 360 sets out a three-part test for evaluating impairments; correct?

A. Yes.

Q. And in the first step you need to assess whether there's reason to believe that the carrying   16:41:58 value of an asset may not be recoverable; correct?

A. Yes.

Q. And that's referred to as an impairment trigger?

A. Yes.                                      16:42:08

Q. And then in the second step, if you have an impairment trigger, then you have to see if the undiscounted cash flows from that asset exceed the carrying value for the asset; correct?

A. Correct.                                  16:42:21

MR. SAHAM: Hey, Dan, if we're moving into impairment, is this a good time for a break?

MR. TOAL: Before I get to Step 3? Are you kidding me?

MR. SAHAM: We'll do Step 3. We'll let   16:42:31

Page 220

you -- I don't want to -- I don't want to steal your thunder, so...

BY MR. TOAL:

Q. Okay. And then if the undiscounted cash flows are less than the carrying value, then you        16:42:36 have to assess the fair market value of the asset and write the carrying value down to the fair market value of the asset; correct?

A. Correct.

MR. TOAL: Okay. We can go off the       16:42:47 record.

THE VIDEOGRAPHER: This is the end of Media Number 5. We are off the record at 4:43 p.m.

(Short recess taken.)

THE VIDEOGRAPHER: This is the beginning     16:52:23 of Media Number 6. We are back on record at 4:52 p.m.

BY MR. TOAL:

Q. Mr. Regan, in your report you identify a number of other oil and gas companies that took        16:52:42 impairments in 2015; correct?

A. Yes.

Q. And the majority of those followed different accounting rules, either IFRS or full cost accounting; correct?                               16:52:59

Page 221

A. What page are you on?

Q. Well, I'm trying to move this along.

But if -- I think you testified earlier that the only other successful efforts -- accounting companies that took impairments in 2014 or 2015 were   16:53:13 Chevron, Anadarko, and Enron Oil and Gas; correct?

A. Correct. Yeah. The -- the other were -- used IFRS, which has a -- a lower bar to trigger impairment.

Q. As -- as does full cost accounting;        16:53:35 correct?

A. Yes.

Q. Now, even for companies that used the same method of accounting, like successful efforts, the fact that one company takes an impairment of certain   16:53:57 of its assets doesn't mean that other companies necessarily need to impair their assets; correct?

A. Correct.

Q. And with respect to impairment, there were four Rocky Mountain dry gas assets that Exxon Mobil    16:54:12 ended up impairing in 2016; correct?

A. Yes.

Q. And in your analysis, your analysis essentially is that those assets should have been impaired at the end of 2015; correct?                16:54:29

56 (Pages 218 - 221)

Page 250

putting together forecasts, as indicated in my original report and my reply report.

Q. Does Exxon Mobil say NYMEX strip prices should be used to put together forecasts for long-lived assets?                    17:41:17

A. Well, what -- I'd have to do a -- a word search for Exxon's comments and assessment of NYMEX. But my recollection in the 2015 data guide, it -- it complements and speaks highly of NYMEX. And you can use it for a period of time, and then you have to    17:41:46 use an inflator, because after -- after approximately five years, they don't -- they recommend an inflator rather than NYMEX.

Q. Do you know what percentage of the production at the three Rocky Mountain dry gas    17:42:03 assets you analyzed in your report was to be produced beyond 2020?

A. I haven't made that calculation. But it's -- it's something that resides within the spreadsheet, and it could be done.        17:42:26

Q. Would it surprise you to learn that for a -- Uintah's asset, about 94 percent of the production was to take place after 2020?

A. No. 'Cause the periods in those forecasts are long, and -- and much of -- much of the -- in --  17:42:47

Page 251

in the calculations that -- that were made by Exxon, they accelerated the pace of the increase in the price of gas so that the production -- and then -- then they increased it by significantly more than inflation so that revenue would be very much    17:43:23 benefited by those assumptions.

Q. Have you analyzed the extent to which natural gas prices track the rate of overall inflation?

A. Well, you could see that in my analysis,    17:43:41 out of the compound annual growth rate assumed in the Exxon calculations versus the compound annual growth rate from the various years, I don't think it was keeping up with inflation. It was -- it was significantly below inflation.             17:44:13

Q. And there are years where natural --

A. It was a -- it was a negative.

Q. And there are years where natural gas prices increased significantly more than the overall rate of inflation; correct?              17:44:28

A. Maybe one year.

Q. Only one year in the history of natural gas prices has that happened?

A. No. I'm looking at -- at the -- the chart that goes back approximately ten years.        17:44:37

Page 252

Q. Is it your -- is it your opinion --

A. There was -- if you look at page 91, Paragraph 182, that's a persistent decline, a significant decline. That is not keeping up with inflation --                          17:44:59

Q. Do --

A. -- from -- from 2014 to 2016. And if you look at -- at 1- -- at 185, well, you -- you might have beat inflation in 2007.

Q. Do past prices for natural gas predict    17:45:17 future prices for natural gas?

A. Well, I think in most instances when you read the documents that relate to somebody trying to predict, they typically say past prices are not an -- not an -- not an indicator of what future    17:45:39 prices will be. But they're an important indicator.

Q. That's your -- that's your opinion as an accountant?

A. An opinion as to somebody that has prepared a lot of forecasts of various commodities    17:45:57 and products and services.

Q. Is it your opinion that Exxon Mobil, notwithstanding its use of opportunity case prices to evaluate investments, could have decided to use projections based on NYMEX strip prices plus an    17:46:19

Page 253

inflation escalator to conduct its impairment analysis?

A. That it could have decided to do that?

Q. Yeah. Would that have been permissible under the rules in your view?            17:46:36

A. Yes.

Q. And would it also be permissible under the rules, in your view, for Exxon Mobil to use the actual projections it used to evaluate investment opportunities?                          17:46:44

A. Let me -- with -- to evaluate investment opportunities?

Q. Yes.

A. I think it -- it's something that they would -- they could have considered if they chose    17:47:00 to.

Q. And that would have been permissible under the rules; correct?

A. Yes.

MR. TOAL: All right.              17:47:16

Why don't we go off the record.

THE VIDEOGRAPHER: This is the end of Media Number 6. We are off the record at 5:47 p.m.

(Off the record.)

THE VIDEOGRAPHER: This is beginning of    17:51:06

64 (Pages 250 - 253)

Page 254

Media Number 7. We are back on record at 5:51 p.m.

BY MR. TOAL:

Q. Mr. Regan, you understand that PwC audited Exxon Mobil's impairment analysis for 2015; correct?

A. Yes. It was included in their audit 17:51:22 procedures.

Q. And PwC produced an extensive memo documenting its review and its analysis; correct?

A. Yes.

Q. And you're aware that PWC concluded in 17:51:35 that in the analysis that we agree with the determination that there are no assets for which a material impairment should be recorded and that a trigger event has not occurred; correct?

A. Yes, that was the conclusion. However, it 17:51:54 did accept the prices that were used in the company plan and in the -- and -- and you can -- that was -- that's the key difference between, you know, the work that I've done and the analysis that I've done and what Exxon did and what PwC was reviewing. It 17:52:14 accepted the company's pricing plan.

Q. And --

A. And you'll see consistent criticism within the PCAOB inspection reports, criticizing Pricewaterhouse of accepting that kind of an 17:52:31

Page 255

assumption in other impairment analysis of oil and gas companies, which may include Exxon, but it doesn't identify the companies.

Q. And PwC confirmed that Exxon Mobil was using prices for its projected natural gas prices 17:52:48 that were reasonable in relation to those that were used to evaluate investment opportunities; right?

MR. SAHAM: Objection. Form. Foundation.

THE WITNESS: It -- it didn't assess the reasonableness. It accepted them. 17:53:03

BY MR. TOAL:

Q. And it determined they were using the same projected natural gas prices that it used to evaluate investment opportunities; right?

A. That's my recollection. It made that 17:53:14 determination, but it did not assess that in comparison to other available information and do an analysis of the reasonableness of the pricing used in the projections.

Q. Now, you say in your report that auditing 17:53:29 standards established by the PCAOB recognized that an audit- -- auditor's unqualified opinion does not provide absolute assurance that financial statements are free of material misstatement; correct?

A. Correct. 17:53:46

Page 256

Q. But the auditing standards do establish that an auditor's unqualified opinion provides reasonable assurance that financial statements are free of material misstatements; right?

A. Yes. The financial statements taken as a 17:54:00 whole, not as to piecemeal components of those financial statements. The opinion is on the financial statements as a whole.

Q. And to the best of your knowledge, Pricewaterhouse has never withdrawn its unqualified 17:54:16 opinion with respect to Exxon Mobil's 2015 financials; correct?

A. Correct.

MR. TOAL: I have nothing further.

THE WITNESS: All righty. 17:54:29

THE COURT REPORTER: Off the record?

MR. TOAL: Off the record.

THE VIDEOGRAPHER: We are off the record at 5:54 p.m. This concludes today's testimony given by D. Paul Regan. The total number of media used 17:54:40 was seven and will be retained by Veritext Legal Solutions.

(Off the video record.)

THE COURT REPORTER: Counsel? Scott, would you like a rough? 17:55:23

Page 257

MR. SAHAM: Yes. Just whatever you send them.

THE COURT REPORTER: On the final, too?

MR. SAHAM: Yes.

(Proceedings concluded, 5:55 p.m., on January 29, 2025.)

65 (Pages 254 - 257)

Page 258

CERTIFICATE OF REPORTER

I, Hanna Kim, a Certified Shorthand Reporter, do hereby certify:

That prior to being examined, the witness in the foregoing proceedings was by me duly sworn to testify to the truth, the whole truth, and nothing but the truth;

That said proceedings were taken before me at the time and place therein set forth and were taken down by me in shorthand and thereafter transcribed into typewriting under my direction and supervision;

I further certify that I am neither counsel for, nor related to, any party to said proceedings, not in anywise interested in the outcome thereof.

Further, that if the foregoing pertains to the original transcript of a deposition in a federal case, before completion of the proceedings, review of the transcript [ ] was [ ] was not requested.

In witness whereof, I have hereunto subscribe

Dated: 1

Hanna Kim
CLR, CSR No. 13083

Page 259

Scott H. Saham, Esq.
scotts@rgrdlaw.com
January 31, 2025
RE:   Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
1/29/2025, D. Paul Regan (#7102054)

The above-referenced transcript is available for review.

Within the applicable timeframe, the witness should read the testimony to verify its accuracy. If there are any changes, the witness should note those with the reason, on the attached Errata Sheet.

The witness should sign the Acknowledgment of Deponent and Errata and return to the deposing attorney.

Copies should be sent to all counsel, and to Veritext at cs-ny@veritext.com

Return completed errata within 30 days from receipt of testimony.

If the witness fails to do so within the time allotted, the transcript may be used as if signed.

Yours,
Veritext Legal Solutions

Page 260

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
D. Paul Regan (#7102054)

E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____
PAGE_____ LINE_____ CHANGE_____
_____
REASON_____

_____  _____

D. Paul Regan                    Date

Page 261

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al
D. Paul Regan (#7102054)

ACKNOWLEDGEMENT OF DEPONENT

I, D. Paul Regan, do hereby declare that I have read the foregoing transcript, I have made any corrections, additions, or changes I deemed necessary as noted above to be appended hereto, and that the same is a true, correct and complete transcript of the testimony given by me.

_____  _____

D. Paul Regan                    Date

*If notary is required

SUBSCRIBED AND SWORN TO BEFORE ME THIS
_____ DAY OF _____, 20___.

_____

NOTARY PUBLIC

66 (Pages 258 - 261)

# Exhibit 12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,　　　　)
Individually and on　　　　)
Behalf of All Others　　　　)　Civil Action No.
Similarly Situated,　　　　)　3:16-cv-03111-K
　　　　　　　　　　　　　　　　　　)
　　　　　Plaintiff,　　　　　)
　　　　　　　　　　　　　　　　　　)
VS.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
EXXON MOBIL　　　　　　　　　　)
CORPORATION, et al.,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　Defendants.　　　　　)


ORAL AND VIDEOTAPED DEPOSITION

OF

DAVID ROSENTHAL

NOVEMBER 13, 2024

Page 1

**App. 267**

ORAL AND VIDEOTAPED DEPOSITION OF DAVID ROSENTHAL, produced as a witness at the instance of the Plaintiff and duly sworn, was taken in the above-styled and numbered cause on November 13, 2024, from 9:04 a.m. to 4:27 p.m., before KATERI A. FLOT-DAVIS, CSR, CRR, in and for the State of Texas, reported by machine shorthand, at the offices of Haynes & Boone, LLP, 1790 Hughes Landing Blvd., Ste. 500, The Woodlands, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record herein.

Page 2

INDEX

PAGE

Appearances............................   3

WITNESS:  DAVID ROSENTHAL

    Examination by Mr. Saham.............   10
    Examination by Mr. Toal..............  293

    Signature and Changes...................  296
    Reporter's Certificate..................  298

Page 4

A P P E A R A N C E S

FOR THE PLAINTIFF:
SCOTT H. SAHAM, ESQ.
CHRISTOPHER YURCEK, ESQ.
JONAH H. GOLDSTEIN, ESQ.
SAM SHELDON, ESQ.
NATHAN LINDELL, ESQ.
Robbins Geller Rudman & Dowd LLP
655 West Broadway
Ste. 1900
San Diego, California 92101
scotts@rgrdlaw.com
cyurcek@rgrdlaw.com
jonahg@rgrdlaw.com
ssheldon@rgrdlaw.com
nlindell@rgrdlaw.com


FOR THE DEFENDANTS:

DANIEL J. TOAL, ESQ.
THEODORE WELLS, JR., ESQ.
LYUBA SHAMAILOVA, ESQ.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-0064
dtoal@paulweiss.com
twells@paulweiss.com
lshamailova@paulweiss.com


Also Present:

Patrice Childress, In-house Counsel, Exxon Mobil Corporation
Dan Lapeyrouse, Videographer

Page 3

EXHIBITS

NO.        DESCRIPTION        PAGE

Exhibit 115  Email string from Luis A.
             Grajales to Beth E.
             Casteel, dated May 12,
             2015,
             Bates Stamped
             EMC RAM 001593537..........   14

Exhibit 116  Transcript of Proceedings
             People of the State of
             New York v. Exxon Mobil
             Corporation, dated
             October 24, 2019,
             Bates Stamped
             EMC RAM 000159063..........   21

Exhibit 117  Email from William N.
             Strawbridge to Andrew P.
             Swiger, et al., dated
             10/25/2015,
             Bates Stamped
             EMC RAMIREZ 000056281......   62

Exhibit 118  2015 P&B Production Unit
             Senior Management Reviews
             Americas, Tuesday
             August 25th................   69

Exhibit 119  ExxonMobil Imperial
             Canada Heavy Oil Pricing
             Update, November 17, 2016
             Bates Stamped
             EMC RAMIREZ 000023330......  106

Page 5

2 (Pages 2 - 5)

**App. 268**

NO.      DESCRIPTION      PAGE

Exhibit 120  ExxonMobil Upstream Financial & Operating Highlights Review December 2015, Bates Stamped EMC RAMIREZ 000009294...... 150

Exhibit 121  Email string from Ben Toscanos to Namisa A. Taylor, dated 4/27/2015, Bates Stamped SPGI-00002060001........... 162

Exhibit 122  Email string from Tom Stygares to Jared B. Crumm, et al., dated 2/22/2016, Bates Stamped EMC RAMIREZ 000157193...... 167

Exhibit 123  Project Eagle Business Due Diligence Outline, Bates Stamped PRAM0709112................ 175

Exhibit 124  Table of Contents Filed Pursuant to Rule 424(b)(2), SEC File No. 333-194609............. 179

Page 6

NO.      DESCRIPTION      PAGE

Exhibit 130  Email from William M. Colton to Thomas M. Walters, et al., dated 10/14/2015, Bates Stamped EMC RAMIREZ 000002186...... 230

Exhibit 131  ExxonMobil 2014 Corporate Plan Dataguide, Bates Stamped EMC RAM 001747213.......... 232

Exhibit 132  Petroleum Academy, Advanced Upstream Accounting documents, Bates Stamped PRAM0051019................ 256

Exhibit 133  Email string from Steve J. Briggs to Irene C. Chang, dated June 19, 2015, Bates Stamped EMC RAM 001670531.......... 260

Page 8

NO.      DESCRIPTION      PAGE

Exhibit 125  Exxon Mobil Corporation Form 8-K, Bates Stamped EMC RAM 001649431.......... 184

Exhibit 126  Email string from David S. Rosenthal to Wendi J. Powell, dated 11/21/2016 Bates Stamped EMC RAMIREZ 000071487...... 194

Exhibit 127  Email string from Wendi J. Powell to Robert N. Schleckser, dated 11/28/2016, Bates Stamped EMC RAMIREZ 000071820...... 200

Exhibit 128  Email string from Robert A. Luettgen to David S. Rosenthal, dated March 25, 2014, Bates Stamped EMC RAMIREZ 000115954...... 203

Exhibit 129  Deposition Transcript of David Rosenthal, dated April 11, 2019, Bates Stamped EMC RAMIREZ 000114258...... 207

Page 7

PROCEEDINGS

THE VIDEOGRAPHER:  We're on the record.

Today is November the 13th, 2024. The time is approximately 9:04.

This is Video 1 of David S. Rosenthal.

Will counsel please identify themselves and the parties they represent.

MR. SAHAM:  Scott Saham for the plaintiff.

MR. YURCEK:  Chris Yurcek for the plaintiff.

MR. GOLDSTEIN:  Jonah Goldstein for the plaintiff.

MR. SHELDON:  Sam Sheldon for the plaintiff.

MR. LINDELL:  Nathan Lindell for the plaintiff.

MR. TOAL:  Dan Toal, Paul Weiss, for the defendants.

MS. SHAMAILOVA:  Lyuba Shamailova, Paul Weiss, for the defendants.

Page 9

3 (Pages 6 - 9)

MR. WELLS: Ted Wells, Paul Weiss, for the defendants.

MS. CHILDRESS: And Patrice Childress, in-house counsel for Exxon Mobil.

THE VIDEOGRAPHER: Thank you. Will the reporter swear in the witness.

(Witness sworn.)

DAVID ROSENTHAL, having been first duly sworn, testified as follows:

EXAMINATION

BY MR. SAHAM:

Q. Good morning, Mr. Rosenthal.

A. Good morning.

Q. Could you please state your name and address for the record.

A. David Rosenthal, and my address is ███████████████████████.

Q. And is there any reason, medical or otherwise, you can't provide full and complete testimony today?

A. No.

Page 10

Q. And when did you first start working at Exxon?

A. I -- I joined the company in August of 1979.

Q. Okay. And you retired in 2021; is that correct?

A. I retired in June of 2021, yes.

Q. And when did you become the controller of the company?

A. September 2014.

Q. Okay. And then did you serve in that role until 2021 when you retired?

A. I served in that role until March of 2021, and then I was on a special project from then until June, when I retired.

Q. Okay. And what does it mean to be on a special project?

A. Just was on a project doing some strategic studies for the corporation.

Q. Okay. And have you been employed subsequent to your departure from Exxon?

Page 11

A. No, I have not.

Q. Okay. Just enjoying your retirement?

A. Yes.

Q. Okay. And the -- the key timeframe for this case is going to be pretty much 2015; and if we're going to stray from that time period, I'll let you know. But you were controller then, correct?

A. Yes, I was.

Q. And who did you report to?

A. I reported to Andy Swiger.

Q. And what was his title?

A. Andy was my contact executive on the Management Committee and he was the principal financial officer of the corporation.

Q. Okay. And how many people were on the Management Committee?

A. Four.

Q. Okay. And Mr. Tillerson was one of those?

Page 12

A. Yes.

Q. And who else?

A. So Mr. Tillerson, Mr. Swiger, Mr. Jack Williams, and -- it's embarrassing. It's one other person whose name is just escaping me at the moment.

Q. Okay. And -- and who reported to you directly?

A. In my organization I had a number of people. I had the assistant controller of the corporation. I had the general auditor of the corporation.

I had the vice president of Upstream Business Services, vice president of Downstream Business Services, vice president of Chemicals Business Services.

The vice president of Corporate Financial Services reported to me.

And that's most of the organization.

Q. Okay. And in 2015, do you recall the names of the people who filled those roles?

A. Yes.

Page 13

4 (Pages 10 - 13)

**App. 270**

investor relations.

At this particular time in March of 2014, I -- I don't recall exactly who that person was.

Q. And who did you report to in this job?

A. Rex Tillerson.

Q. In -- in this job at investor -- when you were head of investor relations, did you have any interaction with the credit rating agencies in that capacity?

A. No, I did not.

Q. It was always treasury who dealt with that function?

A. Yes.

Q. How about with analysts, like investment analysts?

A. Yes. That was one of my major responsibilities.

Q. Okay.

And to the extent Moody's would publish an investor report, would you interact with them in that capacity?

A. Moody's, no.

Q. That would always be treasury?

Page 206

A. Yes.

Q. Okay.

And you -- you sent this email in the ordinary scope of your employment as vice president of investor relations.

A. Yes, I did.

Q. Okay.

MR. SAHAM: I want to show you what I'm marking as Exhibit 129.

(Exhibit No. 129 Marked.)

MR. SAHAM: Can you take a look at Exhibit 129.

THE WITNESS: (Witness reviewing exhibit.)

Q. (BY MR. SAHAM) And you recall before that New York AG trial, your deposition was taken by the New York Attorney General?

A. Yes, I do.

Q. And that occurred in April of 2019.

A. (No Audible Response.)

Q. That's what the transcript says.

A. Yes, that's what the transcript says.

Q. Okay.

And you testified truthfully and

Page 207

accurately that day?

A. Yes, I did.

Q. Okay.

And if you would turn your attention to Page 168 of your deposition transcript, at Line 11. And just read along with me.

A. I'm sorry. What page?

Q. Page 168 up at the top --

(Simultaneous speaking.)

A. Yeah.

Q. -- Line 11.

A. 168.

Q. You were asked by the New York Attorney General:

"And then with respect to any impairment decisions that you're approving, if that's the right word, does your immediate supervisor also review and approve any impairment decisions?"

Your answer was:

"Yes."

And then you were asked:

"Okay.

"And is that -- who is that?"

Page 208

And your answer was:

"That would be Andy Swiger."

And then you went on and answered:

"And it would also be reviewed with the Management Committee, because those impacts would flow to earnings."

That testimony that I just read to you, that was truthful and accurate when you provided it?

A. Yes.

Q. Okay.

And then on the next page, Page 169 of Exhibit 129, starting at Page 12, you were asked:

"Okay.

"And how about -- would Mr. Tillerson at that time have any approval or oversight of this -- these decisions?"

Your answer was:

"Yes. We reviewed these with him as well, with him directly, separately from the Management Committee -- no, as part of the -- as part of the Management Committee, yes."

That testimony is truthful and

Page 209

53 (Pages 206 - 209)

**App. 271**

accurate?

A. Yes.

Q. And as we sit here today, when you were controller, if there was a decision to be made about impairment, that would be reviewed with Mr. Swiger and Mr. Tillerson and the Management Committee, correct?

A. Yes.

Q. Okay.

MR. SAHAM: I want to show you what's previously been marked as Exhibit 54.

(Exhibit No. 54 Previously Marked.)

Could you please take a look at Exhibit 54.

THE WITNESS: (Witness reviewing exhibit.)

Q. (BY MR. SAHAM) And this is an email from Joe Horn to Len Fox.

And, again, Len Fox had Littleton's job before Littleton?

Assistant controller?

A. Yes.

Q. Okay.

And what about Sandra Melocik?

Page 210

Who's she?

A. Sandy Melocik was in our accounting policy group. She was one of our accounting policy analysts.

Q. And on January 19th, 2015, Mr. Horn writes: "DSR" --

And those are your initials?

A. Yes.

Q. (Continuing) -- "mentioned that RWT" --

And that's Tillerson?

A. Yes.

Q. (Continuing) -- "suggested Page 6 read: 'Management believes the recent reduction in oil gas prices is'" -- and then they crossed out the word -- "temporary" -- and continued -- "'part of the normal commodity price cycle and does not constitute a triggering event.'"

Do you recall that you had discussions with Mr. Tillerson about removing the word "temporary" with respect to low gas prices in early 2015?

A. I do not recall having that conversation.

Page 211

Q. But we did discuss earlier that you believed, in 2015, gas prices were low.

(Pause.)

MR. TOAL: Objection --

(Simultaneous speaking.)

Q. (BY MR. SAHAM) Oil and --

MR. TOAL: -- to form.

Q. (BY MR. SAHAM) -- gas prices, I think we said.

MR. TOAL: Objection to form. Mischaracterizes the prior testimony.

MR. SAHAM: Why don't -- let me ask that differently.

THE WITNESS: Sure.

Q. (BY MR. SAHAM) I think you said earlier that, 2015, you believed it was a low-price environment.

A. I believe I said it was a low-price environment.

Q. Okay.

And here, what's being crossed out in Exhibit 54 is the word "temporary."

Sitting here today, do you -- would you describe the low-price environment in 2015 as being temporary or not temporary?

Page 212

A. I -- I don't recall what judgment I made of it at the time --

(Simultaneous speaking.)

Q. Does this --

A. -- in terms of history of the prices and where we were at.

Q. And do you have any recollection of this word "temporary" being stricken from an SEC filing?

A. I do not recall that.

Q. All right.

MR. SAHAM: I want to show you what's previously been marked as Exhibit 62.

(Exhibit No. 62 Previously Marked.)

MR. SAHAM: Could you please take a look at Exhibit 62.

Oh, could I grab one of those back? Just one.

I'll give it right back in a second.

THE WITNESS: (Witness reviewing exhibit.)

MR. SAHAM: Sorry about that.

MR. TOAL: No problem.

Page 213

54 (Pages 210 - 213)

A. I do not know that.

Q. And do you know how these prices are calculated?

A. I do not know the specific calculation of these numbers.

Q. And who -- who would know how these prices are calculated?

A. Powell Fancher.

MR. TOAL: No further questions.

THE COURT REPORTER: Is it Fancher? Fancher?

THE WITNESS: F-a-n-c-h-e-r.

THE COURT REPORTER: Thank you.

MR. SAHAM: Yeah. We don't have any further questions at this time, either.

THE VIDEOGRAPHER: This is now the end of Video 6 of David S. Rosenthal. Off the record. The time is 4:27.

(Off the videographer's record.)

THE COURT REPORTER: Mr. Toal, read and sign?

MR. TOAL: Yes, please. And we would like a copy and a rough draft.

Page 294

THE COURT REPORTER: Thank you.

MR. SAHAM: A rough draft.

THE COURT REPORTER: Thank you.

(Deposition Concluded.)

Page 295

I, DAVID ROSENTHAL, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____
DAVID ROSENTHAL

Before me, _____, on this day personally appeared DAVID ROSENTHAL, known to me (or proved to me under oath or through _____) (description of identity card or other document) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that they executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, _____.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF _____
COMMISSION EXPIRES: _____

Page 296

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ,JR.,        )
Individually and on        )
Behalf of All Others      ) Civil Action No.
Similarly Situated,       ) 3:16-cv-03111-K
                          )
    Plaintiff,     )
                   )
VS.                )
                   )
EXXON MOBIL            )
CORPORATION, et al.,     )
                      )
    Defendants.     )

REPORTER'S CERTIFICATION

DEPOSITION
OF
DAVID ROSENTHAL

NOVEMBER 13, 2024

I, Kateri A. Flot-Davis, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, DAVID ROSENTHAL, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

There was a request for examination and signature of the witness to the deposition

Page 297

75 (Pages 294 - 297)

transcript. The original transcript was sent for review on _____ to the witness or to the attorney for the witness for examination, signature and return to me by _____;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Certified to by me this 26th of November, 2024.

Kateri A. Flot-Davis

Kateri A. Flot-Davis
Texas CSR No. 8462
Expiration Date: 09-30-26

Page 298

_x_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 300

DANIEL J. TOAL, ESQ.

dtoal@paulweiss.com

                    November 26, 2024

RE: Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al.

11/13/2024, David S. Rosenthal, (#6923290).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, notating the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 299

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al.

David S. Rosenthal (#6923290)

          E R R A T A  S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____  _____

(David S. Rosenthal)          Date

Page 301

76 (Pages 298 - 301)

**App. 274**

# Exhibit 13

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,              )

Individually and on Behalf)

of All Others Similarly    )

Situated,                        )

     Plaintiff,              )

vs.                              )Civil Action No.

EXXON MOBIL CORPORATION,   )3:16-cv-03111-K

et al.,                          )CLASS ACTION

     Defendants.             )

_____)

     ORAL VIDEOTAPED DEPOSITION OF JOSEPH M. HORNE, produced as a witness at the instance of the Plaintiffs and duly sworn, was taken in the above-styled and numbered cause on the 17th day of September, 2024, from 9:01 a.m. to 3:46 p.m., before Vickie G. Hildebrandt, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the offices of Haynes and Boone, LLP, 1790 Hughes Landing, Suite 500, The Woodlands, Texas.

JOB No. 6805557

PAGES 1 - 212

Page 1

**App. 275**

APPEARANCES

FOR PLAINTIFFS:
Scott H. Saham, Esq.
Sam S. Sheldon, Esq.
Nathan R. Lindell, Esq. (via Zoom)
Sara B. Polychron, Esq.  (via Zoom)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California  92101
Telephone: 619.231.1058
E-mail: scotts@rgrdlaw.com
        sshelton@rgrdlaw.com
        nlindell@rgrdlaw.com
        spolychron@rgrdlaw.com

FOR DEFENDANTS:
Daniel J. Toal, Esq.
Lyuba Shamailova, Esq.
PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, New York  10019
Telephone: 212.373.3000
E-mail: dtoal@paulweiss.com
        lshamailova@paulweiss.com

ALSO PRESENT:
Dennis Beard, Videographer
Chris Yurcek, CPA, CFF
Patrice Childress, In-House Counsel for ExxonMobil
Heather Jennette  (via Zoom)

Page 2

INDEX

PAGE

JOSEPH M. HORNE
Examination by Mr. Saham .........................6


EXHIBITS
EXHIBIT          DESCRIPTION          PAGE

Exhibit 3   (Previously marked)  EMC_RAM          54
      001593539-001593606 - Upstream
      Financial Issues Review Agenda
      and Slide Decks
Exhibit 26  (Previously marked)          170
      EMC_RAMIREZ 000000121-000000124
      - July 30, 2015 E-mail from
      Kurt Otte to Multiple
      Recipients with Attachments
Exhibit 27  (Previously Marked)  EMC_RAM          67
      000040426-000040452 - ExxonMobil
      2015 Corporate Plan Data Guide
Exhibit 29  (Previously marked)  EMC_RAM          173
      001670847-001670861 - 2016 Plan
      Gas Business Environment
Exhibit 33  (Previously marked) EMC_RAM          159
      000579687-000579701 - E-mail
      Exchange with Attachments
Exhibit 51  Metadata Printout          11
Exhibit 52  EMC_RAM 000001878-000002248 -      31
      Deposition of Joseph Horne,
      August 17, 2017

Page 3

Exhibit 53  EMC_RAM 000987954-000987972 -      39
      E-mails with Attached Slide Deck
Exhibit 54  EMC_SEC 100022412 - January 19,      41
      2015 E-mail from Joseph Horne
      to Len Fox, CC Sandra Melocik
Exhibit 55  EMC_RAM_SEC 000098587-000098      59
      639 - Slide Decks
Exhibit 56  EMC_RAM 000986963-00098964 -      63
      E-mail Exchange
Exhibit 57  EMC_RAM 000000533 - Company      64
      Plan Prices
Exhibit 58  EMC_RAM 001074733-001074758 -      69
      ExxonMobil 2016 Corporate Plan
      Data Guide
Exhibit 59  EMC_RAM 000988662 - Potential      74
      Impact of Low Upstream Prices
Exhibit 60  EMC_SEC 100021364 through      83
      100021373 - Handwritten Notes
Exhibit 61  EMC_RAM 000987178 through      85
      000987183  - E-mail Exchange
Exhibit 62  EMC_RAM _SEC 0000021593 -      91
      Impairment Talking Points
Exhibit 63  EMC_RAM 000986618-00096627 -      95
      10-K Disclosure Review
Exhibit 64  EMC_SEC 100023053 - January 28,      103
      2016 E-mail from Joseph Horne
      to Sandra Melocik
Exhibit 65  EMC_SEC 100004181-100004259 -      104
      Assessment of Potential
      Impairment Triggers
Exhibit 66  EMC_RAMIREZ 000115801-000115920      116
      - ExxonMobil 2015 10K

Page 4

Exhibit 67  EMC_SEC 100009968-100010025 -      122
      Americas F&O - Delivering the
      Plan Report
Exhibit 68  EMC_RAM 001602456-001602514 -      127
      February 10, 2017 E-mail with
      Attached Board Review of 20-16
      ExxonMobil Form 10-K
Exhibit 69  EMC_RAMIREZ 000030836-000030843      132
      - E-mail Exchange with Attachments
Exhibit 70  EMC_RAMIREZ 000021185-000021186      141
      - E-mail Exchange with Attachments
Exhibit 71  EMC_RAMIREZ 000000301-000000303      148
      - E-mail Exchange with Attachments
Exhibit 72  EMC_RAMIREZ 000000499-000000500      156
      - September 4, 2015 E-mail from
      Joseph Horne to Beth Casteel,
      cc Stephen Littleton with
      Attachments
Exhibit 73  EMC_RAM 000983370-000983372 -      179
      E-mail Exchange
Exhibit 74  EMC_RAM 0009874034-000987097 -      190
      E-mail Exchange with Attachments
Exhibit 75  EMC_SEC 100027621-100027860 -      185
      Identifying Events and Circumstances
      for Impairment Assessments
Exhibit 76  EMC_SEC 100075822-100075824 -      193
      E-mail Exchange
Exhibit 77  EMC_RAM 000987260-000987261 -      201
      E-mail Exchange
Exhibit 78  EMC_RAM 000987200-000987201 -      203
      E-mail Exchange

Page 5

2 (Pages 2 - 5)

THE VIDEOGRAPHER: This is the beginning of file number 1 in the deposition of Joe Horne. The time is 9:01 and we're on the record.

Would the court reporter please swear the witness.

JOSEPH M. HORNE, having been first duly sworn, testified as follows:

EXAMINATION

Q. (BY MR. SAHAM) Good morning, Mr. Horne.

A. Morning.

Q. Can you please state your name and address for the record?

A. Yes. Joseph Michael Horne, ███████ ███████████████████.

Q. And is there any reason, medical or otherwise, you can't provide full and complete testimony today?

A. No.

Q. And what's your educational background, just very generally, college?

A. Okay. I went to Texas A&M undergrad. Got a Bachelor of Science in applied mathematical sciences and then went to Dartmouth College and got an MBA.

Q. And do you have any certifications like in accounting or anything of that nature?

A. No.

Page 6

Q. And any other education beyond the MBA?

A. No.

Q. And when did you start working at Exxon?

A. June of 1988.

Q. And fast-forwarding up to the 2015, 2016 frame, we'll mainly be talking about that today, what was your position at Exxon in the 2015, 2016 time frame?

A. I was the corporation's accounting policy manager.

Q. And what were your responsibilities in that role?

A. In general, we spent a good deal of our time in a group, had several direct reports, looking at unusual transactions, large transactions, supporting the issuance of the 10-Q and the 10-K.

I was involved in SOX controls, Sarbanes-Oxley controls. To the extent we had projects, potential acquisitions, I was involved in that, again, ongoing, potentially large accounting and financial reporting issues, me and/or my group, we'd get involved in that.

Q. And was there a -- when say large transactions, was there a numerical threshold that it would have to be, you know, some certain level before you'd get involved?

Page 7

A. Not necessarily. Me or my group took questions that spanned a wide range of potential impacts. You know, I -- things that were just a couple million dollars or a few million dollars, typically people wouldn't bother us with it unless it was -- you know, we happened to be available and someone we knew wanted to talk to us.

Q. And when you said you had several direct reports, who were they in the 2015, '16 time frame, to the extent you recall?

A. Yeah, I'll amend the previous response to say that there were a couple of accounting -- new accounting policy standards that my group was responsible for implementing during that time period.

Q. Do you recall which ones?

A. Yes, the revenue recognition standard and the leases standard.

Q. And who -- who were your direct reports in that time frame?

A. Gosh.

Q. If you remember.

A. Sandy Melocik, Mark Parton, Lisa Myer, Kirby -- Kirby Ellis, Phil Kass, K-A-S-S, and Jim Chang, I think both of them were reporting to me at that time. One -- one handled the lease standard,

Page 8

one handled the revenue recognition standard. For a while, they overlapped.

Q. Okay. And who did you report to?

A. During '15 and '16, I believe it was Stephen Littleton.

Q. And what was his job?

A. He was the assistant controller of the corporation.

Q. And who did he report to?

A. He reported to David Rosenthal.

Q. And with respect to your work with the 10-Ks and 10-Qs, who in your team was involved with that?

A. Really all of us were.

Q. And then did you have a particular group of people you would interact with with respect to the 10-Ks as opposed to just going up through Mr. Littleton or would it still generally -- your work go up through Mr. Littleton?

A. I -- I don't know how to answer that question. It was -- and the reason is because it was more of a group effort. It's -- it wasn't where everything I did was reviewed by Stephen Littleton.

Q. Sometimes you'd maybe interact with Mr. Rosenthal directly?

A. Yes.

Page 9

3 (Pages 6 - 9)

A.   Could you ask that question again?

MR. SAHAM:  Could you read it back?

(The record was read as requested.)

MR. TOAL:  Object to the form.

A.   I still don't understand the question.

Q.   What I'm asking, you said that auditors and regulators could second-guess our judgment.  I'm asking is one of the entities or auditors that could potentially second-guess judgment if a trigger was found, are one of those entities PwC?

A.   PwC is -- scrutinizes our judgment in a number of areas and we have to defend what we did and explain why we're in compliance with U.S. GAAP.  That's our job.

Q.   And that's why you used the word "defense," because you had to defend the failure to find a trigger to PwC.

MR. TOAL:  Object to the form.

A.   That's not how I would characterize it.

Q.   And as far as regulators, one of the regulators who could second-guess your judgment would be the SEC, correct?

A.   That's their job, to second-guess our judgment.

Q.   Okay.  And you drafted this E-mail in the

Page 90

ordinary scope of your employment at Exxon, correct?

A.   Yes.

Q.   I want to show you what we're marking as Exhibit 62.

MR. TOAL:  Before you go there, we've been going --

MR. SAHAM:  Sure.  Sure.

MR. TOAL:  -- a little over an hour.  Good time for a break?

MR. SAHAM:  Yeah, we really -- one more document of this section, if you want to do it, and it's short and then we can take a break --

MR. TOAL:  Sure.

MR. SAHAM:  -- if that's okay.  Five minutes tops.

(Exhibit Number 62 marked.)

Q.   (BY MR. SAHAM) I'm showing you what I'm marking as Exhibit 62 which, for the record, is a one-page document with Bates number EMC_RAM_SEC 0000021593 dated May 12th, 2015.  The file name is Impairment Talking Points and you were the custodian of the document.

Does this appear to be another set of talking points that you and your team drafted regarding impairment?

Page 91

A.   I'm still looking at it.  Give me one moment, please.

Okay.

Q.   All right.  Is --

MR. SAHAM:  Well, could you read back my question?

(The record was read as requested.)

A.   Yes.

Q.   Okay.  And then the first thing you and your team write under Impairment Talking Points is, quote, Lower company plan price assumptions over 2015 through '17 period could be viewed by PwC or the SEC as an impairment trigger, correct?

A.   Yes.

Q.   And then under that, you write, Impairment standard references significant decrease in market value of an asset group as one potential trigger, correct?

A.   Correct.

Q.   And then if you go -- go down a little bit, there's a dash, and you write, Assessment of decreased market value due to low price environment would need to consider commensurate reduction in drill and operating costs, correct?

A.   Yes.

Q.   What's that mean?

Page 92

A.   That means that prices are only one element of an assessment.  You have to look at, among other things, what does it cost to produce, what does it cost to drill, have industry costs decreased.  You can -- we see situations where industry costs decrease significantly from period to period or -- or go up from period to period and you can't just look at prices.

Q.   Okay.  And if you go down four -- to the fourth bullet point, it says, If unsuccessful in defending trigger position, plan to conduct impairment assessment utilizing updated cash flow model, correct?

A.   Yes.

Q.   Again, this is referring to defending trigger position with PwC.  Is that what you're talking about?  Who would you be defending the trigger position with other than PwC?

A.   I think in this context, I'm talking about, excuse me, PwC.

Q.   Okay.  So if -- you're saying if you're not successful in convincing PwC that there's not a trigger, then you'd have to conduct an impairment assessment utilizing updated cash flow model?

A.   I missed part of the last part of that.  Could you say it again?

Page 93

24 (Pages 90 - 93)

Q. Well, if you're unsuccessful in defending the trigger position, that there's no trigger with PwC, then you'd have to conduct an impairment assessment utilizing updated cash flow model. That's what you wrote.

A. That's what I wrote, yeah.

Q. Okay. And then you write, Updated model would need to include latest cost and drilling plan assumptions that align with long-term price deck, correct?

A. Let me -- I'm sorry. I'm going to revise my previous answer because I would -- I don't know that I wrote this. This appears to be something that my group would have been involved in. I'm not certain that I wrote this.

Q. But you -- but you indicate that you need to use the latest price assumptions, correct?

A. The -- the page indicates that.

Q. And you'd agree, it would be appropriate to use the latest price assumptions as opposed to stale price assumptions?

A. Anytime we do any sort of impairment assessment or asset recoverability work, we're going to use the most recently approved prices.

Q. And if you drop down to the bottom dash, it says, If impairment is indicated, measurement of loss

Page 94

should utilize market prices for similar assets or DCF using strip prices, correct?

A. That's what that says.

Q. Okay.

A. That's kind of an abbreviation. There's many other factors when establishing fair value.

Q. And you understand that the NYMEX Henry Hub prices are a strip price; is that accurate?

A. Yes.

MR. SAHAM: All right. We can take a break now.

THE VIDEOGRAPHER: 11:40. We're off the record.

(Recess taken.)

THE VIDEOGRAPHER: This is the beginning of file number 5 to the deposition of Joe Horne. The time is 11:56. We're on the record.

(Exhibit Number 63 marked.)

Q. (BY MR. SAHAM) Mr. Horne, I'm showing you what we've marked as Exhibit 63 and for the record, Exhibit 63 bears Bates numbers EMC_RAM 000986618 through 627. The date is January 27th, 2016 and the file name is 2015 10-K Potential Enhancements RWT-DSR Review January 27 Morning.docx, and the author of the document is Sandra Melocik but it's -- indicates in

Page 95

the metadata that you were the last to edit the document, and before we get into the substance, is this another document that your team drafted for Mr. Rosenthal to review with Mr. Tillerson?

A. Yes.

Q. And who is Sandra Melocik?

A. She was a senior adviser reporting to me at that time.

Q. And what were her responsibilities, if you recall?

A. Sandy was a contact for our downstream operations accounting policy issues. She got involved in a number of special projects, whether they be acquisitions or divestments. She had previous experience at the SEC and at the Big Four and so was involved in many our financial reporting considerations and public filings.

Q. So she previously worked for the SEC?

A. Yes.

Q. Do you know what her job at the SEC was?

A. No.

Q. Then looking at the first page, substantive page of the document, it's labeled, 10-K Disclosure Review; is that accurate?

A. Yes.

Page 96

Q. And this appear to be like notes that Mr. Rosenthal would use when briefing Mr. Tillerson about the 10-K disclosure?

A. Yes.

Q. And the first sentence says, Price environment throughout 2015/16 has generated substantial financial and general media attention, unprecedented SEC scrutiny of oil and gas companies, correct?

A. Yes.

Q. So Mr. Rosenthal was going to mention that potentially to Mr. Tillerson in the 10-K disclosure review?

MR. TOAL: Object to the form.

A. I don't know what he was going to -- exactly what he was going to use. In fact, I can't really recall if this was a presentation or -- or the notes for -- for David.

Q. But -- but you thought that was an important item to note first, that there was unprecedented SEC scrutiny as a result of the low price environment, correct?

A. As a result of the price environment, there was unprecedented SEC scrutiny of oil and gas, yeah, I think that's -- that's what it says there.

Q. Okay. And then there's a bullet point under

Page 97

25 (Pages 94 - 97)

**App. 279**

that and it says, SEC staff comments at spring and fall API meetings.

Is this attempt to summarize in five points -- or is this -- I'm sorry. Let me ask that again.

Is this an attempt to summarize comments that the SEC had made at the API fall meeting that you believe Mr. Rosenthal should discuss with Mr. Tillerson?

A. I -- I don't know that we necessarily said -- were thinking that he needed to discuss it with Rex but it was good background for David.

Q. Okay. And it states, Significant reporting obligations related to reserves, impairments and liquidity in a low price environment.

That's the first thing it says?

A. Yes.

Q. And you're indicating that the 2015 price environment is characterized by low prices, correct?

MR. TOAL: Object to the form.

A. We were at a low point in the cycle in 2015 and 2016 and I think we thought of that as a low price environment.

Q. Okay. And you note further, SEC believes sentiment has changed regarding duration of industry

Page 98

downturn, correct?

A. Yes.

Q. So are you communicating that the SEC no longer believes that this downturn is temporary, they believed the duration may be extended?

MR. TOAL: Object to the form.

A. I -- we were attempting to paraphrase what we heard the SEC say during those meetings.

Q. And you wrote, SEC believes sentiment has changed regarding duration of industry downturn, correct?

A. Did I write that -- or it was written on the page. I'm not sure I wrote that.

Q. And then the next thing written, MD&A. What's the MD&A?

A. Management discussion and analysis.

Q. And that's a section of a 10-K or 10-Q?

A. Yes.

Q. And it states, or you state, your team states, MD&A must place prior year results in context of business environment and discuss trends, uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date. If negative financial or reserve event disclosed in future, SEC looks to prior filings for foreshadowing disclosure of matters or

Page 99

trends that could have been reasonably anticipated.

That's the next item you wrote, correct?

A. Yes.

Q. And you're communicating that it appears the SEC wants a quantitative discussion, if possible, of certain business items such as change in reserves, lack of change in reserves, impairment, lack of impairment if -- well, strike that.

Is it fair to say that the SEC, if there was not going to be an impairment at Exxon or not going to be a reserve breakdown at Exxon, that the SEC was looking to have a quantitative MD&A disclosure to explain why not?

MR. TOAL: Object to the form.

A. What we do is read what the SEC requirements are and do the best we can to comply with those. We're passing along further color commentary, if you will, about what we heard at the spring and fall API meetings.

Q. And one of the things you heard is that the SEC wanted a quantitative discussion of trends and uncertainties in the MD&A?

MR. TOAL: Object to the form, mischaracterizes the document.

Page 100

A. I think you're rewording what that says.

Q. But this is what you noted, MD&A must place prior years' results in context of business environment and discuss trends and uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date.

That's what you wrote, correct?

MR. TOAL: Objection, asked and answered.

A. That's what I wrote.

Q. And this document was created by you and your team in the ordinary scope of your employment for Mr. Rosenthal to use in his review with Mr. Tillerson, correct?

A. Yes.

Q. And if you turn to the next page, slide 2, the fourth bullet point, you're noting that there's been no SEC comment letter since 2013 and that you anticipate an SEC letter in 2016.

What's an SEC comment letter?

A. A SEC comment letter is a periodic review or a correspondence from the SEC asking questions about typically a 10-Q or a 10-K.

Q. And in the first point under that, you write, Status as one of few, if not only, major industry

Page 101

26 (Pages 98 - 101)

**App. 280**

players without major reserves debook, especially Canadian oil sands draws attention.

Q. That's what you wrote?

A. That's what's written there.

Q. And it's written for Mr. Rosenthal to utilize with Mr. Tillerson in his 10-K review, correct?

A. Yes.

Q. If you turn to the next page, it goes through theme, section and potential enhancement considerations. What's being communicated here?

MR. TOAL: Object to the form of the question.

A. Could you ask the question again?

Q. Well, what's being communicated in this part of the document with the gray boxes, what is this?

A. I don't recall the gray versus -- is there another color?

Q. Well, the boxes --

A. Versus white?

Q. Yeah. I mean, we're here on page 3 after the sort of --

A. Okay.

Q. -- large, you know, bullet points. Then we have these gray boxes. What are these?

A. In the course of creating the 10-Q and the

Page 102

10-K, we -- we identify areas where we want to enhance disclosure or maybe include required disclosure and focus on those areas that are different from prior publications to highlight them.

Q. And the first three themes are low price environment, correct?

A. Yes.

Q. And then if you go over to considerations on the far right, the first box says, More directly articulate the risk EM faces in the current price environment, correct?

A. Yes.

Q. So that seems to be listing as a disclosure theme below price environment?

MR. TOAL: Object to the form.

A. This -- could you ask the question again?

Q. Is one of the themes being communicated here in this document about potential disclosures in the 10-K the fact that Exxon is in a low price environment?

A. Yes.

Q. I want to show you what we're marking as Exhibit 64.

(Exhibit Number 64 marked.)

Q. (BY MR. SAHAM) Could you please take a look at Exhibit 64?

Page 103

And this is an E-mail you sent to Sandra Melocik on January 28th, 2016 and it says, Here's the latest RWT/DSR review pack as well as the draft of the white paper which I passed along to DSR. Now the RWT and DSR, that would be Tillerson and Rosenthal?

A. Yes.

Q. And what's the white paper?

A. The white paper was a document we put together to create documentation on the asset recoverability review, in particular, that we did in the fourth quarter of 2015 as well as address how we comply with ASC 360 on the various elements described therein as it relates to impairment assessment throughout the year.

Q. And would there be various appendices or exhibits attached to the white paper?

A. I can't remember if the 2015 white paper had attachments.

Q. Okay. I want to show you what I'm marking as Plaintiffs' Exhibit 65.

(Exhibit Number 65 marked.)

Q. (BY MR. SAHAM) Could you please take a look at Plaintiffs' Exhibit 65 which, for the record, bears Bates numbers EMC_RAM, a bunch of zeros, 1

Page 104

through 79, and I'd ask you before you get into this document, do you generally recognize this document?

A. Yes. You said something about 79. I was confused about that.

Q. Oh, that's the last page.

A. That's the last page?

Q. Yeah. I just wanted -- it's a 79-page document, Exhibit 65. The first -- the first Bates number is number 1 and then the last Bates number --

A. Gotcha.

Q. -- is 79. And what -- what is Exhibit 65?

A. Exhibit 65 -- Exhibit 65 is the 2015 impairment white paper.

Q. Okay. And who would receive it or would it be reviewed with?

A. Who would receive it?

Q. Well -- make that simpler. Would Mr. Tillerson receive this white paper?

A. Not to my knowledge.

Q. Would Mr. Rosenthal receive this white paper?

A. Yes.

Q. Okay. And who else, other than Mr. Rosenthal, are you aware of that would receive the white paper?

Page 105

27 (Pages 102 - 105)

or not you read exactly what I wrote, but...

Q. Well, you wrote, In addition to the industry conditions affected both XOM and HGT. You wrote that on March 3rd, 2016, correct?

A. Yes, as well as the four subsequent bullet points.

Q. And in response, Ms. Allen sent you an E-mail that same day approximately 22 minutes later, correct?

A. Yes.

Q. And she wrote in the last sentence of her E-mail, quote, Will run that by you once we get a strawman, correct?

A. In reference to the short deck she was preparing.

Q. But she wrote the words, Will run that by you once we get a strawman, right?

A. She wrote the words, yeah, immediately after the sentence about the short deck.

Q. And you received that E-mail in the ordinary course of your employment at Exxon, correct?

A. I did.

MR. SAHAM: Why don't we take a short break. That may facilitate the quicker resolution of the day.

THE VIDEOGRAPHER: It's 3:39. We're

Page 206

off the record.

(Recess taken.)

THE VIDEOGRAPHER: This is the beginning of file number 8 to the deposition of Joe Horne. The time is 3:46. We're on the record.

MR. SAHAM: Mr. Horne, thank you for your time today. We don't have any further questions.

MR. TOAL: No questions for me.

THE VIDEOGRAPHER: 3:46. We're off the record.

(Proceedings concluded at 3:46 p.m.)

Page 207

REPORTER'S CERTIFICATE
ORAL VIDEOTAPED DEPOSITION OF JOSEPH M. HORNE
September 17, 2024

I, Vickie G. Hildebrandt, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the witness, JOSEPH M. HORNE, was duly sworn and that the transcript of the deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

__X__ was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript. If returned, the attached Changes and Signature Pages contain any change and the reason therefor:

_____ was not requested by the deponent or a party before the completion of the deposition.

Page 208

I further certify that I am neither counsel for, related to, nor employed by any of the parties in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of this action.

Certified to by me on this 30th day of September, 2024.

Vickie G. Hildebrandt, CSR
Texas CSR 1363
Expiration: 06/30/26

Page 209

53 (Pages 206 - 209)

**App. 282**

# Exhibit 14

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

Case No. 3:16-cv-3111-K

----------------------------------------

PEDRO RAMIREZ, JR., Individually and

On Behalf of All Others Similarly Situated

    Plaintiff,

vs.

EXXON MOBIL CORPORATION, REX W.

TILLERSON, ANDREW P. SWIGER,

JEFFREY J. WOODBURY, and DAVID S.

ROSENTHAL,

    Defendants.

----------------------------------------

-- CONFIDENTIAL UNDER THE PROTECTIVE ORDER --

VIDEO DEPOSITION OF MARY JANE MATTS

April 4, 2019

Cleveland, Ohio

Reported by: Anne Vosburgh, CSR, RPR, CRR

Job No: 156763

**App. 283**

Page 2

-oOo-

On April 4, 2019, commencing at approximately 10:20 a.m., the deposition of MARY JANE MATTS was held at the offices of Foundry Partners, 1660 West 2nd Street, Suite 910, Cleveland, Ohio, before and stenographically reported by Anne Vosburgh, Certified Shorthand Reporter No. 6804, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public.

Page 3

APPEARANCES:

Attorney for the Witness:
    DAVID LITTLETON
    1909 K Street Northwest
    Washington, DC 20006
    By: Matthew Swendiman, Esq.

Attorneys for Plaintiffs:
    ROBBINS GELLER RUDMAN & DOWD
    655 West Broadway
    San Diego, CA 92101
    By: Scott Saham, Esq.
        Erika Oliver, Esq.

Attorneys for Defendants Exxon Mobil Corporation,
Andrew P. Swiger, Jeffrey J. Woodbury
and David S. Rosenthal:
    PAUL WEISS RIFKIND WHARTON & GARRISON
    2001 K Street Northwest
    Washington, DC 20006
    By: Justin Anderson, Esq.
        James Hwang, Esq.

Page 4

APPEARANCES: (Continued)

Attorneys for Defendant Rex W. Tillerson:
    SQUIRE PATTON BOGGS
    2000 McKinney Avenue
    Dallas, TX 75201
    By: Brian Gillett, Esq.

ALSO PRESENT:
    Shaden Yousef Newton, Esq., Exxon Mobil
    Tobias Smith, Videographer

Page 5

INDEX

WITNESS: MARY JANE MATTS
    ---------- EXAMINATIONS ----------

Examination by Mr. Anderson          10
Examination by Mr. Saham             294
Re-Examination by Mr. Anderson       313

---------- DEFENDANTS EXHIBITS ----------
NUMBER          DESCRIPTION              PAGE
Exhibit 12   A Presentation for Dobbs    33
             Group at Graystone
             Consulting: Micah Weiland,
             Bates FOUNDRY_RAM00000211 to
             FOUNDRY_RAM00000228
Exhibit 13   Greater Pennsylvania       120
             Carpenters' Pension Fund,
             March 1, 2014, beginning
             Bates XOM_GPCPF0000001

2

**App. 284**

Page 6

(Exhibits, continued.)

Exhibit 14   Master Transaction Summary,    151
             March 1, 2014 to January 31,
             2017, Bates
             FOUNDRY_RAM00000066

Exhibit 15   Performance Valuation, June    159
             30, 2014, Bates
             FOUNDRY_RAM00000067 through
             00000076

Exhibit 16   Performance Valuation, April   173
             16, 2015, Bates
             FOUNDRY_RAM00000104 through
             00000113

Exhibit 17   Account Performance            177
             Valuation, July 13, 2015,
             Bates FOUNDRY_RAM00000114
             through 00000124

Exhibit 18   MJ Matts notes, May 12,        206
             2016, Bates
             FOUNDRY_RAM00000247

Exhibit 19   MJ Matts notes, June 17,       220
             2016, Bates
             FOUNDRY_RAM00000248

Exhibit 20   MJ Notes, June 27, 2016,       226
             Bates FOUNDRY_RAM00000250

Page 7

(Exhibits, continued.)

Exhibit 21   Large Cap Value, Foundry       236
             Partners, Second Quarter
             2016, Bates
             FOUNDRY_RAM00000017 through
             00000018

Exhibit 22   MJ Notes, July 28, 2016,       241
             Bates FOUNDRY_RAM00000251

Exhibit 23   MJ Matts notes, September      246
             20, 2016, Bates
             FOUNDRY_RAM00000249

Exhibit 24   Form 8-K, Exxon Mobil Corp,    258
             July 29, 2016

Exhibit 25   MJ Matts notes, July 28,       269
             2017, Bates
             FOUNDRY_RAM00000252

Exhibit 26   MJ Matts notes, January 25,    287
             2017 (no Bates)

Exhibit 27   Morgan Stanley, 3Q16: Missed   298
             and Likely Impaired

Exhibit 28   8-K, January 31, 2017          301

Exhibit 29   Walls Fargo report, 9/20/16    309
             (Exhibits attached.)

Page 8

M.J. Matts
Cleveland, Michigan
April 4, 2019, 10:20 a.m.
---------------
PROCEEDINGS
---------------

THE VIDEOGRAPHER:  This begins the videotaped deposition of Mary Jane Matts in the matter of Pedro Ramirez, Jr., individually and on behalf of all others similarly situated, versus Exxon Mobil Corporation, et al., in the United States District Court for the Northern District of Texas, Dallas Division, Case Number 3:16-cv-3111-K.

This deposition is being held at 1660 West 2nd Street, Cleveland, Ohio, Suite 910, on April 4th, 2019, at approximately 10:20 a.m.

My name is Tobias Smith from TSG Reporting, and I am the legal video specialist.  The court reporter is Anne Vosburgh in association with TSG Reporting.

Will counsel please introduce

Page 9

M.J. Matts

yourselves.

MR. ANDERSON:  My name is Justin Anderson.  I'm from Paul, Weiss, Rifkind, Wharton & Garrison.  I represent Exxon Mobil, Jeffrey Woodbury, Andrew Swiger, and David Rosenthal.

MR. HWANG:  James Hwang from Paul Weiss, representing the same defendants.

MS. NEWTON:  Shaden Newton for the Exxon Mobil defendants.

MR. GILLETT:  Brian Gillett with Squire Patton Boggs representing Rex Tillerson.

MR. SAHAM:  Scott Saham for the plaintiff.

MS. OLIVER:  Erica Oliver for the plaintiff.

MR. SWENDIMAN:  My name is Matthew Swendiman and I represent Foundry Partners.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness,

3

**App. 285**

Page 10

M.J. Matts

and we can proceed.

MARY JANE MATTS,
having been called as a witness, was duly sworn to testify to the truth by an authorized notary public and testified as follows.

---

EXAMINATION

BY MR. ANDERSON:

Q. Good morning, Ms. Matts.

A. Good morning.

Q. My name is Justin Anderson. I'm with the law firm of Paul Weiss. I represent Exxon Mobil and David Rosenthal, Jeffrey Woodbury, and Andrew Swiger in this action.

A. Okay.

Q. I'm going to be asking some questions today. Plaintiff's counsel may have some questions for you later on.

Would you please state your name and your address for the record.

A. Yes. My name is Mary Jane Matts,

Page 11

M.J. Matts

M-a-t-t-s, and my home address is ███████████████████████

Q. Have you ever previously testified in a deposition?

A. I have not.

Q. What about in court, like at a hearing or trial?

A. I have not.

Q. So since this is your first time testifying, just a few ground rules --

A. Yes.

Q. -- that will make today hopefully go smoothly and quickly.

The first is that I'm going to be asking you questions, and so it's important that you understand the questions I'm asking you before you answer.

If you don't understand a question I'm asking you, please let me know, and I'll try to ask it a different way so it's easier for you to answer.

But if you do answer, then I'm going to assume that you understood my

Page 12

M.J. Matts

question and we'll just proceed from there. I might ask follow-up questions.

Does that make sense?

A. Yes.

Q. The other thing is that we have a court reporter today who is making a transcript of this deposition. And so that means it's really important for us not to speak over each other. So when I'm asking a question, even if you think you know where I'm going, where the question is going to end, please just let me finish and then you can provide your answer.

And likewise, I won't interrupt you -- or I'll try not to interrupt you, even if I think I know where you're going, and that way we can have a nice clean record, okay?

A. Okay.

Q. The other thing that's important is that, since we are making a transcript, that when you answer my questions, you speak and not, you know, nod your head or use gestures to answer, okay?

Page 13

M.J. Matts

A. Okay.

Q. All right. Is there any reason that you're not able to give complete and truthful testimony today?

A. No.

Q. Do you feel good?

A. Yes.

Q. And, you know, the other thing is during the deposition, if there ever comes a time where it occurs to you that maybe you need to give a little more information about an answer you gave earlier, you need to correct something that you said, please just let me know during the deposition so that if there is more information that, you know, answers the question, you let us know while we're here together today.

Can you do that?

A. Yes.

Q. You're represented by counsel?

A. Yes.

Q. What is your counsel's name?

A. It's Matthew Swendiman.

Q. And how did it come that you

4

**App. 286**

Page 134

M.J. Matts

A. I don't know.

Q. Could temporarily low energy prices cause a proved reserve to be debooked?

MR. SAHAM: Objection, form, foundation.

THE WITNESS: I would think so, but, again, it's not an area of my expertise and I couldn't cite the rules on that accounting and how that's handled.

But if it's based on a trailing 12-month, which is my sense of it, I assume that that could cause a debooking.

BY MR. ANDERSON:

Q. Okay. If an energy company debooked proved reserves, all things else being held equal -- all other things being held equal, what influence would that have on your decision to purchase or sell a security?

A. Well, it would influence the Wall Street analysts that cover a company, I

Page 135

M.J. Matts

believe, to change their forward-looking earnings estimates, I would think.

I would think that's part of the calculation that they're doing to come up with what will future earnings be.

And, you know, to the extent that they cut their earnings estimates, a lot of what we talked about would flow through to our process.

Q. What is your -- oh, I'm sorry. Did you have more to say?

A. I was just going to add, you know, depending on the significance of it. You know, if it's a very minor change, I highly doubt that it would influence estimates and that it would flow through.

But if it matters to the street, if it matters to the Wall Street analysts, it matters to me. They're cutting earning estimates or recommendations, it impacts me.

Q. What's the connection between the debooking of a reserve and future earnings?

A. Well, those reserves are future production. That future production is

Page 136

M.J. Matts

future earnings. So that's my -- my simple view of it.

If you think you have this much in reserves, and now you have this much, then future production goals are maybe unlikely to be met; maybe you have to do an acquisition to somehow replenish those preserves. That's what I believe to be the connection.

Q. If a reserve is debooked, do you understand that to mean that it won't be produced?

A. I think that would be the assumption, but... you know, it would depend, to me, how the Wall Street analyst interprets that, because I'm, you know, on the receiving end of the consensus view and the views from the individual analysts.

So I wouldn't personally go to my earnings model and make adjustments. That's not what we do.

Q. Okay. And what understanding have you developed over the years around whether a proved reserve, once it's debooked, can

Page 137

M.J. Matts

continue to be developed by an energy company?

A. I don't have, you know, a ton of experience thinking that through. I'm sharing with you what I believe to be the -- my basic understanding of proved reserves and the impact on future production, and what happens when you make that accounting change to reduce that.

Q. Okay. Do you know whether the energy companies -- do you know whether energy companies during the class period debooked proved reserves?

A. I believe that many did, and I get that from reading analysts' reports, specifically about Exxon, saying Exxon is the one that has it. Exxon has not done this, but many others have. And that has come up certainly in reading through the complaint here and in, you know, refreshing my memory about this -- the class period.

Q. During the class period, did you make any decisions about whether to invest in or sell any stock based on the debooking

**App. 287**

Page 138

M.J. Matts

of proved preserves?

A. Specifically tied to that, no, although one of the sales, as you saw likely in my notes on Exxon, referenced the issue that the New York attorney general was looking at the accounting on how -- the reserve accounting and was questioning it.

And so that -- at least I was aware that that was an issue with Exxon on that date.

Q. Were you aware of any other energy companies that were being investigated for --

A. I was not and am not.

Q. All right. I'll just remind you to let me finish and then -- it just makes for a better record.

Do you know how oil and gas companies account for risks associated with climate change?

MR. SAHAM: Objection, form and foundation. Calls for speculation.

THE WITNESS: It's not an area of expertise for me. And no, I don't have

Page 139

M.J. Matts

much to add on the topic, but...

BY MR. ANDERSON:

Q. So are you saying that you don't know how oil and gas companies account for risks associated with climate change?

A. I think that would be fair. I'm not able to articulate, you know, a methodology that they might use.

I can speculate about it and have some thoughts about it. I'm sure they look at very long-term trends and commodity prices and long-term supply and demand forecasts and, you know, some estimates of what it's going to cost to be a producer of energy in the future, but I am not studied in that area.

Q. Okay. And I definitely don't want you to speculate about what energy companies do.

All I'm asking is during the class period, when you were looking at energy companies, did you inform yourself about how they take into account risks associated with climate change?

Page 140

M.J. Matts

MR. SAHAM: Objection, form, foundation, asked and answered.

THE WITNESS: Specifically, no. In some general way, I'm sure that it, you know, was part of the general information that I was exposed to, reading, consuming.

BY MR. ANDERSON:

Q. Well, was it a factor that mattered to you as an investor when deciding whether to invest in an energy company?

A. What mattered to me was the, you know, kind of assessment of the normal earning power of the company. And so those very long-term projections, yeah.

You know, I'm in receipt of these analysts' reports where the analyst is forecasting the normalized earnings power and, you know, putting a long-term growth rate on that certainly has to include some of those long-range secular trends, certainly.

But specifically, did I have a component in my growth rate or not have a

Page 141

M.J. Matts

component in my growth rate, that would be putting too fine a point on it.

Q. And did it matter to you how energy companies were taking into account risks associated with climate change?

A. Did it matter?

This is the way I answered the other question. If it mattered to the 15 or 17 research analysts whose reports I was consuming, then it mattered to me and it made its way into my work.

It's a long-range factor. You know, our time horizon is considered long. To the extent that, you know, the forecast period would include charges or costs associated with climate change, as you said, it would have been factored into their estimates and their recommendations.

Q. Was it factored in?

A. I assume that it was in the -- in their reports. And we can go through them and -- but I didn't write those research reports. I consumed them.

Q. And I'm asking about your

36

**App. 288**

Page 218

M.J. Matts

team that's got my interests, my clients' interests.

MR. SAHAM: Justin, is this a decent breaking point for the bathroom?

MR. ANDERSON: Sure. Of course.

THE WITNESS: Yeah.

MR. ANDERSON: Let's go off the record.

THE VIDEOGRAPHER: The time is 3:33 p.m. We are off the record.

(Recess taken from 3:33 p.m. to 3:44 p.m.)

THE VIDEOGRAPHER: The time is 3:44 p.m. We are on the record.

BY MR. ANDERSON:

Q. All right. Ms. Matts, I have one more question about Exhibit 18, which is the notes that accompanied the May 2016 purchase of Exxon Mobil.

Do you see at the bottom of the page, there is an indication that the trade price was $89.15 and the number of shares traded was 611 shares?

A. Yes.

Page 219

M.J. Matts

Q. What's that referring to?

A. That's the trade that the model portfolio or the paper portfolio did.

Q. And so the 11,150 shares that were purchased for the fund correspond with the model portfolio?

A. Proportionately to the size of that account, yes.

Q. Do we need to take a break?

A. No. I was just going to calculate the price per share. I thought that was going to be your next question.

Q. No. It was just the discrepancy between the numbers on Exhibit 18 and the numbers on Exhibit 14.

A. Okay.

Q. But the numbers on Exhibit 18 pertain to the model portfolio, and Exhibit 14 pertains to the funds portfolio; is that correct?

A. That's correct.

Q. So if we return to Defense 14, the next transaction in Exxon Mobil stock is the purchase on June 17th of 2,700 shares.

Page 220

M.J. Matts

Do you see that entry?

A. I do.

MR. ANDERSON: And what I would like to do is mark as an exhibit, which will be Defense 19, the notes that correspond with that transaction.

(MJ Matts notes, June 17, 2016, Bates FOUNDRY_RAM00000248, marked as Exhibit 19.)

MR. SAHAM: If you want, I have a complete set with the Bates numbers that I was going to mark, if you would rather use that one; it has all six of them. It might save time.

MR. ANDERSON: I would.

MR. SWENDIMAN: I'm glad to --

MR. ANDERSON: Let's go off the record for a moment.

MR. SAHAM: Only if it saves time.

THE VIDEOGRAPHER: The time is 3:46 p.m. We are off the record.

(Recess taken from 3:46 p.m. to 3:49 p.m.)

THE VIDEOGRAPHER: The time

Page 221

M.J. Matts

is 3:49 p.m. We are on the record.

MR. ANDERSON: So I would like to put on the record that Exhibit 18, Defense 18, is a document that has the Bates Number FOUNDRY_RAM00000247.

And Defense 19, which was just introduced, is a document with the Bates Number FOUNDRY_RAM00000248.

BY MR. ANDERSON:

Q. And Ms. Matts, I would like to ask you if you recognize Defense 19.

A. Yes.

Q. What is Defense 19?

A. So, again, it's my internal research note about the trade in Exxon, which was a buy, the trade date being June 17th, 2016.

Q. Okay. And that's the buy of 2,700 shares for the fund?

A. Yes, for the fund.

Q. And in your note explaining the trade, you wrote: "Tiptoeing closer to equal WT." What does that mean?

A. Moving closer in a small increment

56

**App. 289**

Page 222

M.J. Matts

to an equal weight for energy.

Q. Why did you elect to move closer to an equal weight for energy in June of 2016?

A. Again, it's a function of the process and the ranks and scores of all the stocks under coverage, and how those roll up to industry and sector weights.

And in this case, timeliness had seriously improved from where it was at some prior point, and now it looks like an equal weight might be warranted.

Q. And do you remember what was driving timeliness? Was it analysts' reports?

A. It was either earnings estimates, revenue estimates, cash flow estimates, or predicted surprise on all of those, or changes in analysts' recommendations. It could have been that insider trading piece as well, but...

Q. Do you have a recollection of what it was?

A. I don't. But I know Exxon in

Page 223

M.J. Matts

particular had a very high StarMine ARM. And Exxon being such a large weight kind of controls the movements in the integrated oil industry and in the energy sector overall.

Q. Do you recall if the insider trading was a relevant factor for Exxon?

A. I looked back at that just in preparation for this meeting, and it didn't look like it was a big plus or minus. It didn't look like there was any significant information contained there.

Q. So for timeliness at least with respect to Exxon, it's generally the StarMine ARM that's an important indicator?

A. Yes. If there's an InsiderScore, that's a third of our score, and it was average, it wasn't like very positive or very negative, as I looked back.

So then, by definition, it was the ARM, the StarMine piece of that timeliness score that was causing me to see a serious mend, which meant an improvement in timeliness.

Q. Now, at the time that you made

Page 224

M.J. Matts

this purchase in June of 2016, what impact, if any, did the Attorneys General investigation have on your decision?

A. I don't recall. That's nothing I made a note of, and I can't specifically remember reading about it or --

Q. Okay. And what about Exxon Mobil's bond rating? Does that influence at all the way you viewed Exxon Mobil stock?

A. Not much.

Q. Why not?

A. The bond rating itself is a result of a review of the financials and the volatility and the expectations. And we're doing that through our own means.

So kind of contemporaneously assessing the financial stability and condition. And we don't wait for or rely on the bond rating to determine how risky the stock is or how -- what the quality of the balance sheet is. They're usually happening kind of contemporaneously.

Q. Do you know whether Exxon Mobil's

Page 225

M.J. Matts

bond rating was downgraded by any of the ratings agencies during the class period?

A. I know that now. And I don't recall knowing that at the time, but I can't tell you for sure I didn't. I didn't make a note about it. So I will have to say I don't know --

Q. Okay.

A. -- during the time period.

Q. And how do you know about it now?

A. I believe it was in the -- in the material.

Q. In the complaint that's been filed?

A. Yes.

Q. You don't have any recollection about Exxon's bond rating being lowered in April of 2016?

A. I don't have that recollection, but that doesn't mean I didn't know it or didn't care. It just -- I can't prove to you that that was on my radar and how that was incorporated.

Q. But in any event, the Foundry

**App. 290**

Page 274

M.J. Matts

A. It doesn't mention it. But to the extent it's causing the price to go down or the earnings estimates and the recommendations to be revised downward, it's in the sauce. But in my note, it doesn't reference it.

Q. So did it cause the price to go down or the earnings estimates and recommendations to be revised downward?

A. I don't know.

Q. And what about when the company reported its results for the fourth quarter and the full year of 2017 and it announced that it would debook the Kearl proved reserves? Do you have a recollection of that?

A. I don't. I'm out of the stock at that point and I got, you know, hundreds of other companies reporting. I don't recall that. It doesn't mean I didn't, you know, take note of it.

Q. I'm sorry. I misspoke. I should have said the fourth quarter and full year of 2016.

Page 275

M.J. Matts

A. Oh, okay.

MR. SAHAM: So why don't you ask the question again?

MR. ANDERSON: That's a good thought, Scott.

MR. SAHAM: And I guess I would move to strike that question and answer since it's got the wrong date.

MR. ANDERSON: Okay.

MR. SAHAM: Or I would object to non-foundational --

MR. ANDERSON: You can move to strike and object or whatever you want to put on the record. All right. I'll ask another question.

BY MR. ANDERSON:

Q. In January of 2017, Exxon Mobil reported its results for the fourth quarter of 2016 and for the full year of 2016.

Do you have a recollection of it disclosing at that time that it was debooking reserves at Kearl?

A. I don't have a recollection from that time. It doesn't mean I didn't read

Page 276

M.J. Matts

it, didn't hear it.

Q. And it's not mentioned anywhere in this note about the decision to sell stock in July of 2017?

A. The decision to -- no. It is not mentioned in this top line.

Q. In --

A. In July 28, 2017.

Q. In Defense 25.

A. 252? Is it 252?

Q. Yes.

A. It is not mentioned in this note.

Q. Okay. And also at -- in the January 2017 disclosure about the results for 2016, Exxon Mobil disclosed that it would -- that it had impaired certain assets.

Do you recall that disclosure at the time it was made in January of 2017?

A. At the time it was made, no, I can't say that I do.

Q. And that also is not reported in your notes that are marked as Defense 25?

A. It is not reported in that note.

Page 277

M.J. Matts

Q. One question about Defense 25. Do you see that there is this section about midway on the page called "Event History"?

A. Yes.

Q. And it says that on the 14th of June, 2018, you edited this note.

A. Yes.

Q. Can you explain why you edited it?

A. Sure. It shows that it was originally published on, you know, July 28, '17, at 10:48 by me, and then edited, as you said, on June 14, 2018, strangely. And it shows you what fields changed, what values changed. And I had -- in the old values, in order to get the note written on the day, just before I had the actual basis points and the trade price -- put a slug in there of 100, 100, 100, knowing that I would come back the next day and fill in the actual information once I had it back from trading, and failed to do that.

Q. Okay.

A. And then I saw it was hundreds, and I came back and edited it properly.

**App. 291**

Page 278

M.J. Matts

Q.   What caused you to edit it on June 14th, 2018?

A.   I must have caught it. I must have been looking at a trade log or something and said, "What's all these hundreds? Those are not the right numbers, obviously."

Q.   Did anyone bring it to your attention?

A.   No. It's all me, for me, for the most part. Nobody else.

Q.   Just specifically for this entry, did anyone bring to your attention that you had put $100 -- or 100 placeholders in for the --

A.   No. I must have been running something for myself -- sorry to interrupt you -- and --

Q.   Did you correct it in connection with this litigation?

A.   Oh, no, sir. Is that -- no. I didn't know anything about this until January of 2019. So I deny that.

Q.   Just a few months ago?

Page 279

M.J. Matts

A.   Yes. So this was June of '18 when I was probably pulling together a trade log or something and saw this, my error. A lot of times I do that. You have to put something in the field to get the IRN to enter. It won't let you go through if you don't.

And sometimes it's before I've gotten the report back from trading that tells me specifically how many shares and the price that I got. And so I usually come right back, and here I obviously failed to do that for -- on a timely basis.

Q.   Okay. The other question I have is that on July 26th of 2017, that's the date the fund filed its amended complaint against Exxon Mobil.

Did you know that the fund had sued Exxon Mobil two days before you --

A.   I didn't.

Q.   -- sold all of the holdings in Exxon Mobil?

A.   I did not.

Q.   Did anyone from the fund contact

Page 280

M.J. Matts

you and suggest that you sell off the holdings in Exxon Mobil?

A.   Oh, they did not.

Q.   Anyone at Graystone?

A.   No.

Q.   Any lawyers contact you?

A.   Absolutely not.

Q.   The decision to sell Exxon Mobil stock on July 28th, 2017, had absolutely nothing to do with this litigation?

A.   Absolutely nothing to do with it.

Q.   Did Foundry ever conclude that Exxon Mobil committed securities fraud?

MR. SAHAM:  Objection, foundation, calls for speculation.

THE WITNESS:  No.

BY MR. ANDERSON:

Q.   Did Foundry ever advise the fund that Exxon Mobil engaged in securities fraud?

MR. SAHAM:  Same objections.

THE WITNESS:  No. That sounds a lot like a question we had earlier, but, no. I'm happy to answer.

Page 281

M.J. Matts

BY MR. ANDERSON:

Q.   Did you ever recommend to the fund that it sue Exxon Mobil for securities fraud?

A.   I did not.

MR. SAHAM:  Objection, form, foundation. Calls for a legal conclusion.

BY MR. ANDERSON:

Q.   So let's let Scott do his objection and then your answer so that it's easier on Anne.

A.   I realized that too late.

Q.   Did the fund ever instruct Foundry at any point in time to sell its holdings in Exxon and not to buy any more Exxon because it felt like it had been defrauded?

A.   Absolutely not.

Q.   And would you expect the fund to have done that if it actually felt like it had been defrauded?

MR. SAHAM:  Objection, calls for speculation.

THE WITNESS:  I don't know how

71

**App. 292**

M.J. Matts

from all the others that we're paging through because it says "Analysis of sales and earnings." That's kind of the topic. Previously the ones we were looking at said "LCV model portfolio trade." And then the ones that change assumptions say "change in estimates, recommendations, targets."

This is the one out of the batch that is an analysis of sales and earnings.

Q. And did you have any other analysis of sales or earnings for Exxon Mobil during the class period?

A. I did not.

Q. Why would you prepare a note and classify it as an analysis of sales/earnings?

A. There was a -- there was an earnings miss and I saw an interesting report that I wanted to memorialize with a note in case I needed to go back and refresh my memory on what was happening. And this is a cut and paste.

Again, this is ISI -- Evercore ISI Research, Doug Terreson, and there may be a

M.J. Matts

link to the actual report. Sometimes I did that. Usually not back in '16, I didn't; I just cut and pasted to the front page, their front page.

Q. Okay. And this is not associated with a change in the estimates, recommendation, or targets, the fact that Exxon Mobil missed its 2Q earnings in 2016?

A. It might end up being -- you know, it might end up being related. It does not tie out to, on that day, a change in the assumptions.

Q. There's no indication in the notes that you've provided us that the second quarter of 2016 earnings miss correlated with a change to the estimates, recommendations, or targets in your model?

A. That is correct, not on that date.

Q. And likewise, we don't need to review each of the pages in here, but none of the notes that you've provided to us indicate that the October 2016 announcement by Exxon Mobil that it would likely debook reserves and need to conduct an asset

M.J. Matts

recoverability review at the end of the year -- none of that correlates with any -- well, first of all, none of that is reflected in any of these notes, correct?

A. That is correct.

Q. And then last on this, none of these notes indicate or reflect that in January of 2017, Exxon Mobil disclosed to the public that it would debook proved reserves at Kearl or impair certain assets?

MR. SAHAM: Objection, form, foundation.

THE WITNESS: There is no note tied to that.

BY MR. ANDERSON:

Q. You mentioned Doug Terreson, who was at Evercore ISI, as one of the key -- I should say as one of the leading analysts that you looked to in the energy sector; is that right?

A. That is correct.

Q. And you had mentioned that there were about a dozen or 15 others?

A. Yes.

M.J. Matts

Q. Who were they, to the best of your recollection? Who were the key analysts that you rely on?

A. I would have to go back to my notes. The analysts' names in some cases aren't as memorable to me as the firms, and we've talked about many of the firms, but Bank of America, Merrill Lynch, Wells Fargo, UBS, Raymond James does some work in the area, Jefferies, Sanford Bernstein -- but I won't be able to produce the analysts' names unless we take a break or you allow me to go run back to my desk, because that I don't have committed to memory.

Q. Are there any of them that you remember the way you remembered Doug Terreson's name?

A. Not so much. There's a Sam Margolin, and I can't remember what firm he's with.

Q. Sam Margolin?

A. Right. If I see the names, I'll remember them. But one of the reasons I mentioned that he's one of the top analysts,

**App. 293**

Page 314

M.J. Matts

track of that issue.

But if there's been a disclosure from the company about that or is that just alleged in the suit? I'm sorry. I'm --

Q.  As you sit here today, do you know these things that Mr. Saham was referring to as facts? Do you know that Exxon was not using the carbon proxy costs that it publicly claimed to be using in the assessment of the profitability of its assets?

A.  I don't think I do know that.

Q.  And do you know now that Exxon essentially kept two sets of books with respect to carbon costs?

A.  No.

MR. ANDERSON: Okay. That's all I have.

MR. SAHAM: I don't have anything further.

MR. ANDERSON: Thank you very much.

MR. SAHAM: Yeah. Thank you very much, Ms. Matts, for your time.

Page 315

M.J. Matts

MR. ANDERSON: We should go off the record.

THE VIDEOGRAPHER: The time is 6:05 p.m. We are off the record.

(Pause in proceedings.)

THE VIDEOGRAPHER: The time is 6:05 p.m. We are back on the record.

MR. SWENDIMAN: On behalf of Foundry Partners and Ms. Matts, I would like to designate this entire deposition and its record confidential under the protective order.

MR. ANDERSON: Thank you. And we can go off the record.

THE VIDEOGRAPHER: The time is 6:05 p.m. We are off the record.

(Time noted: 6:05 p.m.)

_____

Mary Jane Matts

Page 316

M.J. Matts

C E R T I F I C A T E

I, ANNE E. VOSBURGH, Certified Shorthand Reporter, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public, hereby certify:

That MARY JANE MATTS was duly sworn by me, an authorized Notary Public, and that this deposition is a true and correct record of the testimony given by such witness to the best of my knowledge and ability.

I further certify that I am not related to any of the parties to this action and that I am in no way interested in the outcome of this matter.

In witness whereof, I have hereunto set my hand this day, April 5, 2019.

_____

Anne E. Vosburgh, CSR-6804, RPR, CRR

Page 317

E R R A T A

Case: PEDRO RAMIREZ, JR. et al.
    vs. EXXON MOBILE, et al.

Date of Deposition:  April 4, 2019

Deponent:  Mary Jane Matts

Page/Line  Now Reads   Should Read   Reason

____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____
____/____  _____  _____  _____

_____

Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

THIS _____ DAY OF _____, 20__.

_____.  _____

(Notary Public)   (Commission expiration date)

**App. 294**

# Exhibit 15

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

PEDRO RAMIREZ, JR.,                 *

INDIVIDUALLY AND ON BEHALF  *

OF ALL OTHERS SIMILARLY     *

SITUATED                    *

                            *

VS.                         *   NO.

                            *   3:16-CV-03111-K

EXXON MOBIL CORPORATION ,   *

ET AL                       *

         ------------------------------

                  CONFIDENTIAL

            CORRECTED TRANSCRIPT OF

          ORAL AND VIDEOTAPED DEPOSITION OF

                 REX W. TILLERSON

                 DECEMBER 6, 2024

         ------------------------------

          ANSWERS AND DEPOSITION OF REX W.

TILLERSON, a witness produced at the instance of the Plaintiffs, taken in the above styled and numbered cause, on the 6th day of December, 2024 from 9:024 a.m. to 2:33 p.m., before Gail Spurgeon, a Certified Court Reporter in and for the State of Texas, at the offices of Haynes & Boone, 2801 N. Harwood Street, Suite 2300, City of Dallas, County of Dallas, and State of Texas, pursuant to the Federal Rules of Civil Procedure.

Page 1

**App. 295**

A P P E A R A N C E S

MR. SCOTT H. SAHAM
MR. SAM SHELDON
MR. SPENCER A. BURKHOLZ
Robbins Geller Rudman & Dowd
655 West Broadway
Suite 1900
San Diego CA 92101
scotts@rgrdlaw.com
ssheldon@rgrdlaw.com
spencerb@rgrdlaw.com
    APPEARING FOR THE PLAINTIFFS

MR. DANIEL J. TOAL
MS. LYUBA SHAMAILOVA
Paul Weiss Rifkind Wharton & Garrison
1285 Avenue of the Americas
New York NY 10019
dtoal@paulweiss.com
lshamailova@paulweiss.com
    APPEARING FOR THE DEFENDANTS

D. PATRICK LONG
Squire Patton Boggs
2200 Ross Avenue
Suite 1400
Dallas TX 75201
patrick.long@quirepb.com
    APPEARING FOR THE WITNESS

ALSO PRESENT:
    Patrice, Childress
    Joe Willis, Videographer

Page 2

INDEX
                                          PAGE
Appearances.................................................. 2
Changes and Signature.................................... 156
Reporter's Certificate.................................... 158

REX W. TILLERSON

    EXAMINATION BY MR. SAHAM.............................. 7
    EXAMINATION BY MR. TOAL.............................151
    EXAMINATION BY MR. SAHAM............................153
    EXAMINATION BY MR. TOAL.............................153
    EXAMINATION BY MR. SAHAM............................154

        EXHIBITS

EXHIBITS    DESCRIPTION                PAGE

Exhibit  19  1/26/16................................... 62
Exhibit  21  January 2016 .............................. 59
        Americas F&O - Delivering the Plan
Exhibit  27  ExxonMobil 2015 Corporate Plan............. 105
Exhibit  51  XTO Asset Recovery Review with PwC ........ 116
        11/11/15 Opening Talking Points for APS /
        RWT Previews
Exhibit  59  DSR RWT Low Price Environment Impairment .. 101
        Considerations Talking Points doc.x.
Exhibit  63  2015 10-K Potential Enhancements RWT DSR .. 65
        Review January 27 morning..x
Exhibit  65  Assessment of Potential Impairment ........ 26
        Triggers
Exhibit  66  2015 Form 10-K ............................ 81
Exhibit  117  Kearl Proved Reserves 2015 SEC Outlook .... 12
Exhibit  214  Management Committee Presentations for .... 35
        Tomorrow

Page 3

Exhibit  227  1/31/17 Form 8-K ......................... 108
Exhibit  231  EMC Ramirez 000037071 - 084 ...............  43
Exhibit  232  PRAM0347243 - 246 ........................  89
Exhibit  233  EMC002821554 - 1557 .......................  91
Exhibit  235  8/31/15 Exxon's Tillerson Sees Old ........ 113
        Patterns in Downturn
Exhibit  236  EMC_RAMIREZ 000157380 ..................... 118
Exhibit  237  EMC_RAMIREZ 000036905 ..................... 129
Exhibit  238  EMC_RAMIREZ 000005148 ..................... 134
Exhibit  239  EMC_RAM 000039607 - 680 ................... 137
Exhibit  240  12/2/15 15CP Upstream Board Review Script . 138
Exhibit  249  4/29/16 Morningstar Analyst Report ........147

Page 4

P R O C E E D I N G S

THE VIDEOGRAPHER: Good morning. We're going on the record 9:04 a.m. on December the 6th. Please note that microphones are sensitive and may pick up whispering and private conversations. Please mute your phones at this time.

This is the video-recorded deposition of Rex Tillerson taken in the matter of Pedro Ramirez, Jr., and all those similarly situated, versus ExxonMobil Corporation, et al., filed in the United States District Court for the Northern District of Texas, Dallas. The case number is 3:16-cv-03111-K. The location of the deposition is 2801 North Harwood Street, Suite 2300, Dallas, Texas.

My name is Joe Willis, representing Veritext. I'm the videographer, and the court reporter is Gail Spurgeon from Veritext. I'm not related to any party in this

09:06
09:06
09:06
09:06
09:06

Page 5

2 (Pages 2 - 5)

action, nor am I interested in the outcome. If there are objections to proceeding, please state them at the time of your appearance.

Will counsel and all present, including remotely, state your appearance and affiliation for the record, beginning with the noticing attorney.

MR. SAHAM: Scott Saham for the plaintiffs.

MR. SHELDON: Sam Sheldon for the plaintiffs.

MR. BURKHOLZ: Spence Burkholz, plaintiffs.

MR. TOAL: Dan Toal, Paul Weiss, representing defendants.

MR. LONG: Pat Long, Squire Patton Boggs, representing Mr. Tillerson.

MS. SHAMAILOVA: Lyuba Shamailova, Paul Weiss, representing defendants.

MS. CHILDRESS: Patrice Childress, in-house with ExxonMobil.

Page 6

THE VIDEOGRAPHER: Will the court reporter please swear in the witness and we may begin.

REX W. TILLERSON, having been first duly sworn, testified as follows:

EXAMINATION

BY MR. SAHAM:

Q. Good morning, Mr. Tillerson.

A. Good morning.

Q. Could you please state your name and address for the record?

A. Rex Tillerson, ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮.

Q. And is there any reason, medical or otherwise, why you cannot provide full and complete testimony today?

A. No.

Q. And could you state briefly your educational background?

A. The highest level of education that I have is a Bachelor's of Science degree in Civil Engineering.

Q. And where was that obtained?

A. University of Texas at Austin.

Page 7

Q. And when did you graduate?

A. 1975.

Q. And when did you start working at Exxon?

A. 1975.

Q. Okay. And what was your initial position?

A. Associate production engineer.

Q. And you worked at Exxon up until the beginning of 2017?

A. That's correct.

Q. And at any point in time before you -- when did you become CEO and chairman?

A. January of 2006.

Q. Okay. Anytime between '75 and 2006, were you out in the Alberta tar sands?

A. Only to visit. I never was assigned to work there.

Q. Okay. Were you ever assigned to work on the Kearl project or the Cold Lake project?

A. Not directly.

Q. And immediately before becoming CEO -- you said in 2006?

A. Correct.

Q. -- what was your position then?

Page 8

A. President of the corporation.

Q. Okay. And how long were you the president?

A. Two years.

Q. Okay. And how about before that, what was your job right before that?

A. I was senior vice president of the corporation.

Q. And did you have specific responsibilities as senior vice president?

A. I had part of the responsibilities for the upstream, which included the development company, and I think at that time I had the production company as well, and maybe the research company. I would have to go back and look.

Q. And is that similar to the role Mr. Swiger played on the management committee when you were CEO?

A. I think his portfolio may have been a little different, but same level in terms as a senior vice president, a member of management committee.

Q. Okay. And were you ever principal financial officer like he was?

Page 9

3 (Pages 6 - 9)

CONFIDENTIAL

A. I don't know.

Q. Okay. And when you say -- who were the customers that were buying the bitumen from Exxon?

MR. TOAL: Object to form; lack of foundation.

A. I don't know precisely who they were.

Q. (BY MR. SAHAM) Okay. Who would know that?

A. The supply department would have known. They were responsible for placing the crude.

Q. Okay. And who would know where they took custody of that crude?

A. The supply department would know.

Q. And who was in charge of the supply department in 2015?

A. I don't recall.

Q. Which of the management committee members who were charged with running particular parts of the business would that fall under, the supply department?

A. At that time, I'm not sure I can remember who would have -- who supply would have reported to.

Page 22

Q. But one of the management committee members would have responsibility for that?

A. Supply was a department. It was in refining and supply. And so whoever had responsibility for refining and supply would have been that person, but I don't remember who that was.

Q. Okay. And if you turn to the last slide of Exhibit 117, it says Kearl bitumen sales options, and one side is Canada and one side is the United States, correct?

A. Correct.

Q. And then down at the bottom there is a box under US -- where it says US sales, and the last bullet point said excluded from SEC price, correct?

A. Yes.

Q. So it appears that sales to the US are being excluded from the SEC price, according to this document, correct?

A. That's what it says.

Q. You can put Exhibit 117 aside.

Do you recall who your -- did you have an administrative assistant in addition to an executive assistant?

Page 23

A. Yes.

Q. And do you recall who that was in 2015?

A. Nancy Gober.

Q. Okay. And then you had two email addresses: One that was Rex Tillerson and one that was Wayne Tracker?

A. Correct.

Q. And what was the differentiation between those two emails?

A. Well, the -- you're referring to, I believe, the rex.w.tillerson@exxonmobil.com email and the wayne.tracker@gmail.com. The rex.w.tillerson email was publicly available and was the one I used for most of my career, but as I became CEO, various groups would bomb my email address, load it up with, you know, 2 or 3,000 emails, which then would lock up my system, and I couldn't read communications from within the company. So we set up wayne.tracker so that people inside the company could communicate with me, and particularly my direct reports, so if they had something they needed to send me, I didn't have to go searching through 2 or 3,000 emails to find it. So it was really -- that was

Page 24

-- that was the purpose for setting that up.

Q. So direct reports would know to email you on wayne.tracker?

A. And as well as a few other folks within the corporation knew to send things to that, that needed -- you know, that I needed to see right away. As I said, it just became kind of -- my rex.w.tillerson became so cumbersome, it was almost of no use to me any longer.

Q. And who were your direct reports in 2015 and '16?

A. Well, management committee members at that time, so -- and, again, I would have to think about who was still there in '15, because those changed over time as well.

Q. But management committee members?

A. Yeah, management committee. But presidents of the companies would have had access to that email, probably some of the senior vice presidents of the companies would have. It was not an email we were keeping secret within the company because it was -- that's how people -- I wanted people to be able to communicate with me in a more efficient fashion.

Page 25

7 (Pages 22 - 25)

**App. 298**

CONFIDENTIAL

Q. Okay. I want to show you what's previously been marked as Plaintiffs' Exhibit 65.

(Exhibit No. 65 introduced.)

Q. (BY MR. SAHAM) Please take a look at Exhibit 65.

MR. SAHAM: And we can go off the record while Mr. Tillerson is reviewing the document.

THE VIDEOGRAPHER: We're off the record at 9:27.

(Recess 9:27 a.m. to 9:29 a.m.)

Q. (BY MR. SAHAM) Mr. Tillerson, could you turn to page 6 of Exhibit 65, which is the assessment of potential impairment triggers. And at page 7, that's Mr. Rosenthal, the controller's signature, correct, on that very next page?

A. It certainly appears to be.

Q. And he signed it on February 10th, 2016, correct?

A. That's what it says.

Q. And on the prior page, the last paragraph, Mr. Rosenthal writes, "Reviews were held with successively senior levels of

Page 26

management culminating in a review with the corporation's chairman/CEO in the fourth quarter."

Is it your general recollection that there would have been a review with you regarding impairment issues at the end of 2015?

A. Yes.

Q. Okay. And if you turn to what's called Appendix C, which starts on the last three Bates numbers, there are little numbers at the bottom of the document that help us maneuver through. I want you to turn to 065. And it's labeled "Appendix C 2015 Upstream Recoverability Review North America x-XTO."

A. Okay.

Q. Now, would this review have culminated with like Mr. Rosenthal says in the beginning of the document?

A. Well, I was -- yeah, there wasn't anyone else above me to review it with, so if that's the nature of the question.

Q. Yeah. I'm just saying, you would have had access and this would have been presented to you, correct?

A. In all likelihood. I don't recall

Page 27

the specific document, so -- but...

Q. But -- but you would not be taking issue with the statement by Mr. Rosenthal at the front that he did a review with you --

A. No.

Q. -- in the fourth quarter?

A. No, I do not.

Q. Okay. And this -- this deck, which is labeled "Upstream Asset Recoverability Review November 2015," is the type of deck you would expect Mr. Rosenthal to review with you to cover these issues, correct?

MR. TOAL: Well, wait --

A. Well, let me --

MR. TOAL: -- I don't think he's had a chance to review the document.

A. Let me take a look at it.

Q. (BY MR. SAHAM) And then specifically -- feel free to look through it, but I am going to ask you about slides number -- slides numbers 5 and 10. But please just, you know, page through it to see if this seems to be the review that Mr. Rosenthal conducted with you during the fourth quarter of 2015.

Page 28

MR. TOAL: Well, there are two decks attached to -- attached to this, so there's Exhibit B --

MR. SAHAM: Well, we're talking about it -- we're talking about Appendix C, as we just said.

THE VIDEOGRAPHER: Do we need to go off the record?

MR. SAHAM: Not yet. We're not talking about Appendix B. We're talking about Appendix C.

MR. TOAL: Well, I think your question misrepresents the --

MR. SAHAM: That's a different question, though. I'm just asking Appendix C, which was what you're looking at, does this appear to be what Mr. Rosenthal would have reviewed with you at year-end 2015?

MR. TOAL: I object to the form of the question. It mischaracterizes the document. Mr. Tillerson, why don't you take a look through the entire

Page 29

8 (Pages 26 - 29)

CONFIDENTIAL

document before you respond to the question.

MR. SAHAM: Okay. And we can go off the record while you do that.                      09:34

THE VIDEOGRAPHER: We're off the record at 9:34.

(Recess 9:34 a.m. to 9:40 a.m.)

Q   (BY MR. SAHAM) Mr. Tillerson, I believe you testified earlier that there would    09:40 have been a recoverability review that would have been conducted with you at year-end, correct?

A.   Well, sometime towards the end of the year, yes.                      09:40

Q.   Okay. And does Appendix C appear to be the slides for that review upstream asset recoverability review at last three Bates numbers 066?

A.   Yes.                      09:41

Q.   Okay. And those slides would have been presented to you by Mr. Rosenthal, correct?

A.   In all likelihood, yes.

Q.   Okay. And if we turn to Slide No. 5 of Appendix C to Exhibit 65, or of Exhibit 65,    09:41

Page 30

the slide is titled, "Profitability History Upstream Producing Assets," correct?

A.   Yes.

Q.   And it shows that the only two assets that are in the negative for 1Q15 are Canada    09:41 West, which lost $117 million, correct?

A.   That seems to be what it says, yes.

Q.   And then it also indicates that XTO United States lost $383 million during 1Q15, correct?                      09:41

A.   Yes, that's what it says.

Q.   And what was XTO United States?

A.   Well, XTO was a company that we merged with that had pretty broad holdings in a lot of the -- the -- what I'll call the    09:42 unconventional oil and gas space, so, again, had a number of holdings around the -- around the US.

Q.   Including substantial natural or dry gas assets in the US?                      09:42

A.   Yes.

Q.   And XTO, it's being reported to you in this slide that XTO United States lost 630 million during the first half of '15?

A.   Yes.                      09:42

Page 31

Q.   And then if we go to Slide No. 10, Slide No. 10 is indicating to you or reporting to you Canada West June year-to-date 2015 profitability, correct?

A.   Correct.                      09:42

Q.   And then it breaks out Canada West by major producing fields, correct?

A.   Yes.

Q.   And it notes Kearl as one of those major fields, correct?                      09:43

A.   Yes.

Q.   And it indicates to you that KOEBD -- that's units of production, correct?

A.   Yes.

Q.   And it indicates that Kearl was    09:43 producing 110 KOEBD on average?

A.   Yes.

Q.   And that's 110 million barrels per day?

A.   A hundred --                      09:43

MR. TOAL: Objection, form.

A.   110,000.

Q   (BY MR. SAHAM) Okay.

A.   Oil equivalent barrels per day.    09:43

Page 32

Q.   110,000 oil equivalent --

A.   Oil equivalent barrels per day.

Q.   Okay. And then it indicates the cash profit as a negative 162 million for that first six months of '15?                      09:43

A.   Yes.

Q.   And then it indicates the cash profit per barrel as negative $8.11 per barrel?

A.   Yes.

Q.   So you being informed that for the    09:43 first half of 2015, every barrel of bitumen being produced at Kearl was losing $8.11 a barrel, correct?

MR. TOAL: Object to the form of the question.                      09:44

A.   Yes. As of June 2015, correct.

Q   (BY MR. SAHAM) Okay. And then it indicates the book profit and breaks out by major producing fields and indicates that the book profit at Kearl was negative $187 million    09:44 for the first six months of 2015, correct?

MR. TOAL: Object to the form.

A.   Correct.

Q   (BY MR. SAHAM) And then it breaks    09:44

Page 33

9 (Pages 30 - 33)

**App. 300**

CONFIDENTIAL

Q. Okay. And under, "SEC staff comments at spring and fall API meeting," Mr. Rosenthal writes as his first bullet point or plus point, "Significant reporting obligations related to reserve impairments and liquidity in a low price environment," correct?

A. Correct.

Q. Would you agree that late 2015, early 2016, oil and gas companies were in a low price environment?

A. I think that's what the record shows.

Q. And then the next bullet point states, "SEC believes," quote, "'sentiment has changed,'" close quote, "regarding duration of industry downturn," correct?

A. That's what it says.

Q. And that's what Mr. Rosenthal was communicating to you, correct?

A. Yes.

Q. And then the next bullet point states, "MD&A must place prior year results in context of business environment and discuss trends, uncertainties, and reasonably possible outcomes quantitatively if possible as of filing date," correct?

Page 70

A. That's what it says.

Q. And what does "quantitatively" mean?

A. Well, it means you try to quantify what the effect might be. So you're going to calculate in whether you're going to talk about quantification in terms of reserve impacts or in terms of financial impacts, that you attempt -- you make an attempt to at least size that so people can get a sense of what the risk is.

Q. And then the next bullet point states, "If negative financial or reserve event disclosed in future SEC looks to prior filings for foreshadowing disclosure of matters or trends that could have been reasonably anticipated," that's what it communicates, correct?

A. Yes.

Q. And what are trends?

A. Well, it could be price trends, it could be cost trends, it could be a number of -- a number of factors that would affect how one would assess quantitatively or even non-quantitatively how something might perform in the future.

Q. And then the next bullet states, "If

Page 71

higher future price outlook prevented impairments, then must disclose assumptions," correct?

A. Correct.

Q. And what's an impairment?

A. That's when the calculated value of a property and depending on which accounting rules you're required to make the calculation, you calculate the value of -- the future value of the property and weigh that against what you have on your books, essentially. And if -- called the carrying cost often. If that number is larger than what's on the books, then it has the prospects for future profitability. If it's less, then you take an impairment charge to recognize that difference.

Q. And one of the ways you can do that is by doing a -- say a 30-year cash flow analysis?

MR. TOAL: Object to the form, lack of foundation.

A. Well, you generally -- I think regulation dictates how you are to do the calculation. My recollection is typically it's a -- it's a life of the asset calculation. So

Page 72

it could be five years if it's a short-lifed asset. It could be 50 years if it's a long-lifed asset. It's whatever the regulation requires.

Q. (BY MR. SAHAM) Okay. And -- but you're going to do a cash flow analysis to attempt to determine what the cash flows are going to be in the future, correct?

A. Yes.

Q. And one of the important assumptions in doing such a cash flow analysis are the prices to use in the future, correct?

A. That is correct.

Q. And this is communicating to you -- Mr. Rosenthal is communicating to you in this deck if higher future price outlook prevented impairments -- so that would mean that the outlook in the future made an impairment unnecessary; is that fair?

A. Yes.

Q. -- then you have to disclose the assumptions involved, correct?

A. Well, again, I would -- I'm not sure what that exactly means. What my interpretation would be, you're going to disclose what the SEC

Page 73

19 (Pages 70 - 73)

**App. 301**

CONFIDENTIAL

requires you to disclose. The SEC requires a certain disclosure. We're going to make that disclosure.

Q. Okay. But you would agree that one of the key assumptions for such a future cash flow analysis would be the future prices that you're going to sell the oil and gas at?

A. Yes.

Q. Could you please turn to the next page of Exhibit 63?

A. Uh-huh.

Q. And I'm looking at specifically the fourth bullet point, where it says, "No SEC comment letter since 2013. Anticipate SEC letter in 2016."

What's a SEC comment letter?

A. The SEC will send a comment letter out once you file your 10-K. If they have questions about the 10-K, it could be questions around a disclosure that they want to ask whether in their view things have been fully disclosed in accordance with their requirements. They may ask what kind of analysis you did around some element of disclosure.

So it's -- it's the regulator's

Page 74

opportunity to take a look at your 10-K. And if they have questions, they'll send those out in a comment letter, and then we have to respond to the comment letter.

Q. Okay. And directly under that bullet point it states, "Status as one of few, if not only, major industry players without major reserves debook (especially Canadian oil sands) draws attention."

What's a reserves debook?

A. You have -- so you booked crude reserves, developed crude reserves, undeveloped. So if the conditions are such, according to the way the SEC has you calculate it, that you don't meet that test, then reserves come off the books. They don't come off forever. They come off that year.

Q. Okay. And Mr. Rosenthal is communicating to you here that Exxon is either one of, if not the only, major industry player without a reserve debook in the oil sands of Canada, correct?

A. That's what it says.

Q. And you were aware or were monitoring competitor impairments and competitor debookings

Page 75

as -- as chairman of Exxon, correct?

A. I wasn't monitoring it closely because I don't know what the basis -- what basis they use when they make their decisions. So other than its relevance I think as Mr. Rosenthal was kind of positioning a context, beyond that, I didn't try to figure out why they were doing what they were doing.

Q. But you wanted to know if, say, Chevron took a big impairment charge?

A. It would be in the papers. I would read about it.

Q. Okay. So you would be informed?

A. I would be informed in all likelihood.

Q. And then the next bullet point states, "Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers."

That's what Mr. Rosenthal wrote to you?

A. Yes.

Page 76

Q. And what's an impairment trigger?

A. Well, as -- as indicated, when conditions change such that the view is over the long-term of that asset, it's going to fail the coverage carrying cost, then there has been a triggering event. That could be any number of things. It could be a contractual change, it could be a tax law change, it could be, you know, some operational change, something has failed, something blew up.

Q. Okay. Could --

A. So --

Q. Could it be a stepdown in the company's long-term price outlook?

MR. TOAL: Object to the form, lack of foundation.

A. We never considered pricing as triggering events because prices are so volatile in this industry, that as long as the pricing basis we were using was compliant with what the SEC required, which is the same pricing basis we were making business decisions on and investment decisions on, then pricing is not necessarily a trigger.

Q. (BY MR. SAHAM) Well, my question is

Page 77

20 (Pages 74 - 77)

You know, we're making no money. It's all in the red."

Do you see that?

A. I do.

Q. And does that make sense, that at $2.50 per MMBTU for natural gas in the United States that the cost would exceed the price?

MR. TOAL: Object to the form of the question.

A. Well, for something that we're talking about that happened 14 or 15 years ago, I would have to go back and look at a lot of context for the business climate at that time to be able to answer that.

Q. (BY MR. SAHAM) And one thing you could do to look at the prices, like, those were reported, Henry Hub prices, we could go back and look at historical prices; is that fair?

A. I suppose.

Q. Okay. Well, I'm saying if the prices were $2.50 in 2012, that's a knowable fact?

A. Yeah, you can look back and see what prices were on a date --

Q. Okay.

Page 98

A. -- correct.

Q. And then at the time in 2012 you had access to Exxon's cost structure for natural gas, correct?

A. Yes, I would have had that.

Q. And -- and what you appear to be saying, quote, "And what I can tell you is the cost to supply is not $2.50. We are all losing our shirts today. You know, we're making no money. It's all in the red."

That appears to be an indication that in 2012 you were telling Mr. Murray that at a $2.50 price, Exxon is losing its shirt on natural gas, correct?

A. Again, without going back and looking at the context at the time, I think, as I read that, what we were trying to convey is in order to maintain a stable supply for the future, it was going to take more than $2.50 to do that, that in order to continue to invest, because we're in the depletion business. So you drill a well, you produce it, it depletes. You got to drill another one. But $2.50 was not -- in 2012, in the cost structure that the industry was dealing with in 2012, that was not

Page 99

sustainable.

Q. Okay. And do you also recall -- he indicated that XTO was bought in 2009, correct?

A. I don't remember the exact timing, but I'm -- again, you can look it up.

Q. Okay. Do you recall when you bought XTO that prices for natural gas were significantly above $2.50?

A. Yes.

Q. Okay. And in 2008, they reached in the $8 range, correct?

A. Again, prices go up and they go down.

Q. But when you were doing the due diligence to spend $30 billion of shareholder money to buy XTO, gas prices were quite a bit higher?

A. They were.

Q. And certainly higher than they were in 2015 and 2016?

A. Yes.

MR. SAHAM: Okay. You can put Exhibit 234 aside.

MR. TOAL: Is it a good time for a break?

MR. SAHAM: Sure, sure.

Page 100

Go off the record.

THE VIDEOGRAPHER: We're off the record at 11:37.

(Recess 11:37 to 12:41 p.m.)

(Exhibit No. 59 introduced.)

Q. (BY MR. SAHAM) I'm showing you what was previously marked as Exhibit 59. And then, again, this is one with the metadata page on top you might want to look at. And it indicates that the file name of the document is "DSR RWT Low Price Environment Impairment Considerations Talking Points doc.x."

Mr. Tillerson, does this appear to be another one of those briefing documents where Mr. Rosenthal would bring you up to speed on corporate issues?

A. I really -- I really can't tell just from looking at it.

Q. Okay. But in any event, the file name DSR is Mr. Rosenthal's initials, correct?

A. I believe so.

Q. And RWT are your initials?

A. Yes.

Q. And the heading of the document is "Potential Impact of Low Upstream Prices,"

Page 101

26 (Pages 98 - 101)

correct?

A. Correct.

Q. And then it talks about impairment accounting standards?

A. Yes.

Q. And the second bullet point says, "Step 1. Is there a trigger?" And you described what a trigger was earlier?

A. Yes.

Q. And it says, "Temporary low prices not a trigger but a step change in internal price outlook could be construed as one," correct?

A. That's what it says.

Q. So do you agree that a step change in internal price outlook could be a trigger?

A. Could be.

Q. Okay. Would a drop of 20 percent -- or strike that.

Could a drop in the company's long-term price deck of over 20 percent be construed as a trigger?

MR. TOAL: Object to the form of the question, lack of foundation, and calls for

Page 102

speculation.

A. Not necessarily.

Q (BY MR. SAHAM) Well, you say not necessarily, but could it be considered a trigger?

MR. TOAL: Same objections.

A. Well, could. Anything is -- I guess is possible, so if it's a could respond you're looking for, it could.

Q (BY MR. SAHAM) Well, I guess you would agree with me --

A. But -- but what's relevant is the absolute.

Q. What do you mean by "the absolute"?

A. If I -- if I drop from $100 a barrel to $80 a barrel, that's -- that's 20 percent. That's not likely to create much angst for anybody.

Q. Okay. What about dropping for natural gas in the US, Henry Hub, what about dropping from $5 to $4?

MR. TOAL: Object to the form of the question, lack of foundation, calls for speculation.

Page 103

A. Yeah, not necessarily. It depends on the asset itself in terms of what's its cost structure, does it have contracts that are locking in certain conditions. I mean, there could be any number of other factors that would render that not necessarily that big of an impact.

Q (BY MR. SAHAM) Okay. Well, I guess you're with me if there was 100 percent drop in price, that could be considered a trigger?

A. If you get nothing for it, yes.

Q. Okay. And even like a 90 percent drop, like using your example if it went from 100 to 10?

A. I guess we could --

MR. TOAL: Object to the form of the question, lack of foundation.

A. I guess we can walk around this little dance in all kinds of increments, and my answer is not going to change because price alone isn't necessarily going to cause that to happen.

Q (BY MR. SAHAM) Okay. Well, when Mr. Rosenthal writes to you, "A step change in

Page 104

internal price outlook could be construed as a trigger," do you disagree with that?

A. No, I don't disagree with it. Could be construed.

Q. So you would agree that a step change in the internal price outlook could be construed as a trigger?

A. That's what it says.

Q. And you agree that's accurate?

A. I don't take exception to it.

Q. Fair enough. Let's take a look at what's previously been marked as Plaintiffs' Exhibit 27.

(Exhibit No. 27 introduced.)

Q (BY MR. SAHAM) And before I -- I show you the document, you know what the dataguide is at Exxon, right?

A. I recall, yes.

Q. What is it?

A. Well, it's -- it provides guidance to the various business units in the corporation as to certain assumptions, certain conditions that they should take into consideration when they're developing their plans, and then it provides a template for them to input certain data that

Page 105

27 (Pages 102 - 105)

CONFIDENTIAL

more favorable than a A or a BBB. It's not real evident that the -- because there were only three AAAs that there was lot of difference in terms how the market priced or took into consideration risk in offerings between AAA, AA, AA+, just because there are so few AAAs. The market certainly has an appetite for debt. And so it can't satisfy that with only the AAAs. And so --

Q. Were you --

A. -- and so to try to quantify or say definitively that pricing would have been different is really hard to say. And you would only know that by going out and testing the market with two of the -- two identical offerings, one with a AAA and one with a AA+ to know if there was a difference or not.

Q. (BY MR. SAHAM) But a reduction wouldn't improve the borrowing cost?

A. It wouldn't hurt it. I mean, not a small reduction. If you drop from AAA to A, it would increase your cost of borrowing without -- I think without much debate. But a move from AAA to AA+, I'm not sure it made a huge impact.

Q. But it could affect -- you wouldn't

Page 122

agree -- you wouldn't be -- let me ask this hypothetically.

Would you be surprised if there was a reduction in some number of basis points in the favorability of an interest rate between a AAA and a AA+?

MR. TOAL: Object to the form of the question, lack of foundation, calls for speculation.

A. I think I've -- I think I've answered that already. Whatever difference there might be likely de minimus. Because of the size of the credit markets and their appetite for credit, they have to go to AA -- they're going to go to the next best, okay, because they can't get everything they want from the three AAAs. So it's a very large market. There's a lot of appetite. So they go to the next best thing, AA+.

Do they -- how do they rate that, how do they discount it? Hard to say without going out and actually, as I said, testing two identicals to know. So there's really -- it's really an unknowable because the market's going to -- it's going to price it on the day. You

Page 123

know, what's the environment overall, not just for this company. What's the environment overall for credit risks. There are so many factors that go into how that's -- how that's determined. I think to just say that one factor suddenly changes everything, I do not agree with that.

Q. (BY MR. SAHAM) All I'm really saying, and much, much simpler, I'm just saying everything else being equal on a particular day, having a lower credit rating could increase the amount of interest you have to pay on a bond offering, correct?

MR. TOAL: Object to the form of the question, lack of foundation, calls for speculation, and it's been asked and answered.

A. I can give you the same answer. If you're talking about AAA to A or BBB, I wouldn't dispute that with you. But if you're talking about a modest change in that rating, I don't know. I mean, that is -- you're just asking me to speculate. And as I've answered, you wouldn't know until you're out there on the day of.

Page 124

Q. (BY MR. SAHAM) Would you rather go into the bond market with an AAA credit rating or a AA+?

A. It makes no difference to me. I would rather -- I would rather use my credit capacity to manage the corporation in a way that benefits the shareholder to the maximum. That's what I would rather do. I want to be -- I want to have the best capital structure to let me carry out our objectives.

Q. Have you done any sort of formal study looking at super major oil and gas companies and the difference in interest rate between AAA bond offerings and AA+ bond offerings?

A. I have not.

Q. Do you know if Royal Dutch Shell or BP had bond offerings in the similar time frame of March 2016, in that time frame, with a AA+?

A. I don't recall. I mean, again, we're talking eight years ago. I don't remember.

Q. Would Mr. Schleckser have had access to that information?

A. Most likely.

Q. And you would still -- and I believe

Page 125

32 (Pages 122 - 125)

App. 305

CONFIDENTIAL

you testified this -- that you agree that a AAA rating is important to the business model?

A. Well, I think Mr. Schleckser describes it well, that, you know, when you're one of only three AAAs, it's a bit of a badge of honor. What monetary value it actually carries, as we've now been round and round the Rosemary bush on, is -- calls for speculation. But the loss of the AAA had no impact on our business or our business relationships.

Q. Have you ever heard the term "dividend aristocrat"?

A. No.

Q. And can you look back at Exhibit 227, the January 31st 8K we were looking at a few documents back.

A. This one, 227?

Q. Yes.

A. Okay.

Q. And if you look at Exhibit 227, under "Full Year 2016 Highlights" -- I believe it's on page 3 or 4, depending on whether you look at the bottom page or top page. "Full Year 2016 Highlights."

A. Okay.

Page 126

Q. And the first highlight under "Full Year 2016 Highlights," says, quote, "Earnings of 7.8 billion decreased 51 percent from 16.2 billion in 2015. Excluding an impairment charge of 2 billion, earnings were 9.9 billion, a decrease of 6.3 billion from the prior year."

Do you see that?

A. Yes.

Q. And then if you go down to the last bullet point, it states that, "The corporation distributed 12.5 billion in dividends to shareholders during 2016," correct?

A. Correct.

Q. So during 2016, the company distributed almost $5 billion more in dividends than it took in in earnings, correct?

A. Correct. But those are two different things. What matters is cash. Earnings -- earnings is not the -- I think I understand the point you're trying to make, but the fact that earnings could be down, you have to look at the cash available on hand.

Q. But oftentimes dividends are really paid from -- not always, but they're often a surplus. You've paid all the bills and that's

Page 127

the money left over to go to shareholders, correct?

A. Not necessarily --

MR. TOAL: Object to the form of the question.

A. Yeah, not necessarily. Again, that's back to how you want to manage your overall capital and financial structure to benefit the shareholder to the maximum. You have a lot of ways you can do that. And so you can fund things a number of different ways. You can fund them out of cash, you can fund them with asset sales and generate cash, you can fund them from borrowing, going to the markets and borrowing. If you can borrow -- let's say if you can borrow money at -- I'm just picking a number -- 5 percent and you can invest it in opportunities that are going to generate 15 percent return, why wouldn't you do that?

So -- and that's -- now, you would have to talk to more people -- others who are more expert at talking about leverage in large corporations than I am. But in simple terms, you have a lot of -- you have a lot of leverage you can pull to manage your cash and financial

Page 128

structure.

Q. (BY MR. SAHAM) All I'm getting at is the company, in 2016, paid more in dividends than it accrued in earnings, correct?

A. I just don't understand why -- why are you asking? That's not a question, it's a statement. But you got a question in there somewhere?

Q. Well, my question to you: Is it correct that ExxonMobil Corporation paid out approximately $5 billion more in dividends that it earned in earnings during the year 2016?

A. That is a correct statement.

Q. You can set aside Exhibit 227.

I want to show you what I'm marking as Plaintiffs' Exhibit 237.

(Exhibit No. 237 introduced.)

Q. (BY MR. SAHAM) Please take a look at Exhibit 237.

MR. SAHAM: And, Dan, the Bates number is shaved off on there due to my poor copying. But I'll tell you what the Bates number is so you can write it in. It's EMC_RAMIREZ 000036905. And that's

Page 129

33 (Pages 126 - 129)

**App. 306**

CONFIDENTIAL

Exhibit 237.

A. Is this a single page?

Q. (BY MR. SAHAM) Single page.

A. Okay. I thought maybe I was missing something.

Q. And we can just go through it together. This is from someone named Kristen White, who is -- appears to be administrative assistant, sending a meeting invite on February 11th to a group of folks, including yourself; is that correct?

A. It looks like it, yes.

Q. And the subject is "Debt Offering with RWT," correct?

A. Yes.

Q. And the meeting is scheduled to occur between 9:30 and 10:00 p.m. on February 11th, 2016?

A. Yeah, that's what it says.

Q. And yourself, Mr. Schleckser, Robert Lynn, Jeff Taylor, Namisa O'Neill, and Meg E. Nesselrotte [sic] are all listed?

MR. TOAL: I think you're mixing the wrong first name with the last name.

Page 130

MR. SAHAM: Oh, okay. Let me try it again.

Q (BY MR. SAHAM) Lynn, Robert -- I think I got Andrew Schleckser -- no, no. I'm really screwing this up. It's -- let me strike that.

The required attendees were yourself, Mr. Swiger, and Mr. Schleckser, and then I'm going to list some other people -- is that correct so far?

A. Yes.

Q. Okay. And then also Mr. Lynn, Mr. Taylor, Ms. O'Neill, and Ms. Nesselrotte were all required attendees?

A. That's what it says.

Q. And the topic of the meeting is the debt offering?

A. That's what it says.

Q. And do you recall that there was a large bond offering that basically was completed by Exxon on March 2nd, 2016?

A. I don't remember the particulars, but yes, I think we were in the bond market.

Q. Okay. And what was your role with respect to the bond offering?

Page 131

A. Well, they needed my approval to proceed.

Q. So it couldn't have happened without your approval?

A. That's right.

Q. And you would have attended this meeting, correct?

A. I assume so. It's -- I don't remember having a meeting at 9:30 to 10:00 at night, but that's what it says.

Q. Okay. And do you recall that there were, like, bankers who performed as underwriters for the bond offering?

A. Yes.

Q. And what's an underwriter?

A. Well, that's how you place the bond in the market. They will -- they will write up the placement documents, they help with the pricing of the bonds, and they place it into the market to be taken up.

Q. And do they also do something called due diligence?

A. Yes.

Q. And what's due diligence?

A. Well, they look at the

Page 132

representations that the issuer has made in the issuing documents and confirm that those are all accurate and nothing has been mis-portrayed or omitted. You know, if there is omissions of information that should be in the document, you know, they'll come back and question that those be added. That would be their due diligence.

Q. And they would ask certain questions in that process?

A. In all likelihood, yes.

Q. I want to show you --

A. I never dealt directly with them, so...

Q. Whose job was it to deal directly with them?

A. The treasurer's.

Q. Okay. So that would be Mr. Schleckser?

A. Yeah, and his organization.

Q. Did you -- did you ever meet with the underwriters directly?

A. Not that I recall.

Q. Did you participate in reviewing or endorsing responses to the underwriters' questions?

Page 133

34 (Pages 130 - 133)

CONFIDENTIAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR.,         *
INDIVIDUALLY AND ON BEHALF  *
OF ALL OTHERS SIMILARLY     *
SITUATED                    *
                            *
VS.              * NO.
                 * 3:16-CV-03111-K
EXXON MOBIL CORPORATION,    *
ET AL            *

REPORTER'S CERTIFICATION
DEPOSITION OF REX W. TILLERSON
DECEMBER 6, 2024

I, GAIL SPURGEON, Certified Shorthand Reporter in and for the State of Texas, hereby certify to the following:

That the foregoing deposition of REX W. TILLERSON was reported by me stenographically at the time and place indicated, said witness having been placed under oath by me, and that the transcript is a true record of the testimony given by the witness;

I further certify that the signature of the deponent:

X  was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript.  If returned, the attached Changes and Signature Page contains any changes and the reasons therefor;

_____  was not requested by the deponent or a party before the completion of the deposition;

I further certify that the amount of time used on the record:

SCOTT H. SAHAM 2:57
DANIEL J. TOAL 0:02

Page 158

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken, and further that I am not financially or otherwise interested in the outcome of the action.

Given under my hand this the 20th day of December, 2024.

GAIL SPURGEON
Texas CSR 1718
Expires: 11/30/26
Firm No. 571
Veritext Legal Solutions
300 Throckmorton Street
Suite 1600
Fort Worth, Texas  76102
817.336.3042

Page 159

41 (Pages 158 - 159)

App. 308

# Exhibit 16

UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR.,            § Civil Action No.
Individually and on Behalf  § 3:16-cv-03111-K
of All Others Similarly      §
Situated,                     §
                              §
            Plaintiff,        §
                              §
v.                            §
                              §
EXXON MOBIL CORPORATION,      §
et al.,                       §
                              §
            Defendants.       §

_____

ORAL AND VIDEOTAPED DEPOSITION OF

ROBERT N. SCHLECKSER

December 3, 2024

_____

ORAL AND VIDEOTAPED DEPOSITION OF ROBERT N. SCHLECKSER, produced as a witness at the instance of the Plaintiffs, and duly sworn, taken in the above-styled and numbered cause on December 3, 2024, from 9:15 a.m. to 1:54 p.m., before Joseph D. Hendrick, Certified Shorthand Reporter in and for the State of Texas, reported by machine shorthand, at the offices of Haynes and Boone, LLP, 2801 N. Harwood Street, Suite 2300, Dallas, Texas, pursuant to Notice and the Federal Rules of Civil Procedure and any provisions stated on the record or attached hereto.
Job No. 6932704

Page 1

**App. 309**

A P P E A R A N C E S

FOR THE PLAINTIFF AND THE CLASS:

Erika Oliver
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
(619) 744-2617
eoliver@rgrdlaw.com
Sam Sheldon
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA 92101
ssheldon@rgrdlaw.com

FOR THE DEFENDANT:

Audra Soloway
PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3000
ASoloway@paulweiss.com
Martin M. McSherry
PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-2413
mmcsherry@paulweiss.com

ALSO PRESENT:

Daniel Foley
THE VIDEOGRAPHER:
Joe Willis

Page 2

INDEX

Appearances ................................... 2
ROBERT N. SCHLECKSER
    EXAMINATION BY MS. OLIVER ................ 8
Signature and Changes .........................135
Reporter's Certification ......................137

EXHIBITS

NO.        DESCRIPTION               PAGE

EXHIBIT 192  CONFIDENTIAL            34
    EMC_RAMIREZ 000029459-9461

    10/1/2015 email from Namisa
    Taylor to Robert N. Schleckser
    and others; Subject: RE: S&P

EXHIBIT 193  CONFIDENTIAL            43
    SPGI-0000398 0001-0002
    March 14, 2022, correspondence
    from Ronald M. Barone to Julio
    E. Thmacas; RE: Surveillance
    Subscription Contract

EXHIBIT 194  HIGHLY CONFIDENTIAL        51
    EMC_RAMIREZ 000029287-9294
    8/4/2015 EMAIL FROM Robert N.
    Schleckser to Andrew P. Swiger;
    Subject: FW: Moody's published
    report

EXHIBIT 195  CONFIDENTIAL            57
    EMC_RAMIREZ 000132273-2280
    10/5/2015 email from Robert N.
    Schleckser to Andrew P. Swiger
    and others; Subject: FW:
    Moody's Report

Page 3

EXHIBIT 196  CONFIDENTIAL            61
    SPGI-0000006_0001-0006

    April 30, 2015 Management
    Meeting Notes

EXHIBIT 197  CONFIDENTIAL            71
    EMC_RAMIREZ 00029531-9533

    10/2/2015 email from Alfred Y.
    Harper to Beth Casteel and
    others; Subject: FW: Pending
    S&P Update on ExxonMobil/Energy
    Sector Credit Ratings

EXHIBIT 198  CONFIDENTIAL            77
    EMC_RAMIREZ 00156909-6912
    11/20/2015 email from Namisa A.
    Taylor to Ben Tsocanos;
    Subject: RE: Analytical Errors
    Behind EM Outlook Change -
    Confidential - For S&P Internal
    Use Only

EXHIBIT 199  CONFIDENTIAL            80
    EMC_RAMIREZ 000036113-6115
    2/2/2016 email from Robert N.
    Schleckser to Namisa A. Taylor;
    Subject: FW: Pending Rating
    Agency Actions

EXHIBIT 200  CONFIDENTIAL            83
    EMC_RAMIREZ 000007796-7802
    1/13/2016 email from Namisa A.
    Taylor to Robert N. Schleckser;
    Subject: S&P revises price deck

EXHIBIT 201  CONFIDENTIAL            87
    SPGI-0000096_0001-0002

    1/27/16 Management Meeting
    Notes

Page 4

EXHIBIT 202  CONFIDENTIAL            89
    EMC_RAMIREZ 000041824-1834

    4/26/2016 email from Robert N.
    Schlecker to Andrew P. Swiger
    and others; Subject: FW: Rating
    release

EXHIBIT 203  CONFIDENTIAL            95
    EMC_RAMIREA 000037804-7823

    3/11/2016 email from Alykhan Z.
    Lalani to Robert N. Schleckser
    and others; Subject: $12BN Bond
    Transaction Review

EXHIBIT 204  CONFIDENTIAL            99
    EMC_RAMIREZ 000034078-4084

    1/18/2016 email from Namisa A.
    Taylor to Beth Lawrence and
    others; Subject:
    Confidentiality Agreement

EXHIBIT 205  CONFIDENTIAL            101
    EMC_RAMIREZ 000037374-7376

    2/25/2016 email from Wayne
    Tracker to Robert N.
    Schleckser; Subject: Re:
    Confidential: Moody's Draft
    Press Release for your review

EXHIBIT 206  CONFIDENTIAL            103
    EMC_RAMIREZ 000037522-7525
    3/1/2016 email from Kristen E.
    White to Daniel E. Lyons and
    others; Subject: PROP:
    ExxonMobil Debt Securities
    Offering

EXHIBIT 207  CONFIDENTIAL            107
    EMC_RAMIREZ 000157230-7236

    2/25/2016 email from Namisa A.
    Taylor to Robert N. Schleckser;
    Subject: Business Due Diligence

Page 5

2 (Pages 2 - 5)

EXHIBIT 208  CONFIDENTIAL            112
        SPGI_0000037_0001-0013

        3/23/16 Handwritten notes

EXHIBIT 209  Confidential / FOIL Treatment    117
        Requested by ExxonMobil Corp.
        Pursuant to Pub. Officers Law
        Section 82(2)
        EMC_RAM_NYAG 003619225-9253

        November 30, 2016 PowerPoint
        Deck: ExxonMobil 2016
        Corporate Plan Summary, W.M.
        Colton/ R.N. Schleckser
EXHIBIT 210  CONFIDENTIAL            120
        EMC_RAMIREZ 000157380

        3/24/2016 email from Robert N.
        Schleckser to Rex W. Tillerson;
        Subject: Senior Meeting with
        S&P on March 23

        PREVIOUSLY MARKED EXHIBITS

EXHIBIT 121  CONFIDENTIAL            60
        SPGI-0000206_0001-0007

        4/26/2015 email from Ben
        Tsocanos to Namisa A. Taylor;
        Subject: RE: Liquidity
        measures
EXHIBIT 126  CONFIDENTIAL            127
        EMC_RAMIREZ 000071487-1489

        11/21/2016 email from David
        S. Rosenthal to Wendi J.
        Powell; Subject: RE:
        Confidential: Moody's Draft
        Research for your review

Page 6

MR. SHELDON:  Sam Sheldon with Robbins Geller on behalf of the Plaintiff and the Class.

MS. SOLOWAY:  Audra Soloway from Paul Weiss for Defendants.

MR. McSHERRY:  Martin McSherry of Paul Weiss for Defendants.

MR. FOLEY:  Daniel Foley, ExxonMobil Corporation, for Defendants.

THE VIDEOGRAPHER:  Will the court reporter please swear in the witness and we may begin.

THE REPORTER:  Would you raise your right hand, please.

THE WITNESS:  (Complied)

THE REPORTER:  Do you swear or affirm that the testimony you are about to give in this case will be the truth, the whole truth, and nothing but the truth?

THE WITNESS:  I do.

ROBERT N. SCHLECKSER

having been duly sworn, testified as follows:

EXAMINATION

BY MS. OLIVER:

Q.   Good morning, sir.

A.   Good morning.

Q.   My name is Erika Oliver.  And like I said,

Page 8

THE VIDEOGRAPHER:  Good morning.  We're going on the record at 9:15 a.m. on December the 3rd.  Please note the microphones are sensitive and may pick up whispering and private conversations.  Please mute your phones at this time.  This is the video-recorded deposition of Robert Schleckser taken by the counsel for the plaintiff in the matter of Pedro Ramirez, Junior, et al. versus ExxonMobil Corporation, et al., filed in the United States District Court for the Northern District of Texas, Dallas Division.  Case docket is 3:16-cv-03111-K.

The location of the deposition is 2801 North Harwood Street in Dallas, Texas.  My name is Joe Willis, representing Veritext; I'm the videographer.  The court reporter is Joseph David Hendrick from the firm Veritext.  I'm not related to any party in this case, nor am I financially interested in the outcome.  If there are objections to proceeding please state them at the time of your appearance.

Will counsel and all present, including remotely, state your appearance and affiliation for the record beginning with the noticing attorney.

MS. OLIVER:  Erika Oliver from Robbins Geller Rudman & Dowd on behalf of Plaintiff and the Class.

Page 7

I'm an attorney representing the Plaintiff and the class in this case.  Before we get started, I just wanted to take a moment to thank you very much for your time.

Can you please state your full name and spell it for the record?

A.   Robert N. Schleckser.  Last name is S-C-H-L-E-C-K-S-E-R.

Q.   And you go by Bob as well?

A.   I go by Bob.

Q.   And what is your home address?

A.   In the -- ███████████████
████████████████████████ .

Q.   And do you have a -- any residence here in Dallas?

A.   Not in Dallas, no.

Q.   Do you have residences at -- in other places in Texas?

A.   We have -- not in Texas, no.

Q.   And before we go -- well, no.  Strike that.

Have you been deposed before related to your employment at Exxon?

A.   No, I have not.

Q.   Have you been deposed ever?

A.   No, I have not.

Page 9

3 (Pages 6 - 9)

we've -- we've talked about S&P. And S&P, or some company that is now part of S&P, has been rating Exxon's credit since at least the -- the '30s; is that right?

A.    I believe so based on what we read, yes.

Q.    And in 2015 and 2016, S&P was still conducting its ratings analysis of Exxon's credit, correct?

A.    That is correct.

Q.    And, you know, doing the ratings analysis was a service that S&P provided to Exxon for a fee; is that right?

A.    We paid the fee for that. The -- yes, you could argue it was a service to the bondholders. But yes, it -- it -- we were required to hire them to -- to issue debt hat.

Q.    And what required you to hire S&P?

A.    Just mar- -- the market expectation that you would have a credit rating on your debt offering.

Q.    And there was just a -- an -- an agreement between Exxon and S&P that S&P would be providing this service?

MS. SOLOWAY:  Objection.

A.    We had engaged S&P and Moody's both to provide credit ratings on our debt offerings.

Page 42

BY MS. OLIVER:

Q.    And so S&P had a process for -- for monitoring Exxon's credit and -- and updating the credit as needed, right?

MS. SOLOWAY:  Objection.

A.    They'd have to answer to whether they had a process or not.

BY MS. OLIVER:

Q.    And based off of your experience with them -- well, you know, strike that. I think this will be easier if I just introduce the next exhibit.

So we're going to mark Exhibit 193.

(Marked Plaintiff's Ex. 193)

MS. OLIVER:  And so for the record, Exhibit 193 is a document that was produced by S&P bearing the Bates range SPGI-0000398_0001 through 0002.

BY MS. OLIVER:

Q.    Just take a moment to review the document, sir. My questions will primarily be about paragraph 4 on that first page.

A.    Okay.

Q.    Do you recognize this document, sir?

A.    (No response.)

Q.    Do you recognize this document?

A.    No.

Page 43

Q.    Have you ever seen a surveillance subscription contract between S&P and Exxon?

A.    No.

Q.    Do you know -- well, strike that.

But going to the second page, this document is signed for Exxon by Daniel Dollo. That's D-O-L-L-O.

Do you know who that is?

A.    Yes.

Q.    And it says here, at the time of this document he was the manager of financial planning and analysis. Is that part of the -- the capital markets group in the treasurers organization?

A.    Between this time and the time you're talking about, the structures of the group changed. The role in this regard was inherited by that capital markets group.

Q.    And in '15 and '16, was Mr. Dollo -- am I saying that right?

A.    "Dollo."

Q.    -- was Mr. Dollo still with Exxon?

A.    I don't recall.

Q.    Okay. So turning back to the first page of this document. In paragraph 4, the first sentence of it says that, "Standard & Poor's expects to meet on a regular basis with representatives of your

Page 44

organization's management and to receive all information relevant to rating and surveillance of that rating including information on material changes to information previously supplied to us."

Do you see that, sir?

A.    I do.

Q.    And so did Exxon provide, you know, information relevant to its credit rating to S&P in 2015 and '16?

A.    We met with them. We gave them information, some based on their questions and some based on information we thought was relevant to provide.

Q.    And typically, did S&P get information relevant to Exxon's credit rating through Exxon's publicly filed, like, SEC filings; for example, the, you know, reporting of financial results?

MS. SOLOWAY:  Objection to form.

A.    I can't speak to how they assembled their information. I would be surprised if they didn't.

BY MS. OLIVER:

Q.    And in '15 and '16, you said it was the capital markets group that was responsible for interacting with the credit agencies, right?

A.    Yes. And they coordinated those

Page 45

12 (Pages 42 - 45)

interactions.

Q. And would the capital markets group, you know, provide information regularly to the ratings agencies?

A. We had scheduled meetings with them which were for information exchange. If S&P had a question they wanted some perspective on, they would contact that group. And that would happen at some frequency.

Q. And I know you referenced periodic updates at some point earlier today. In the '15 and '16 time frame, was that an annual update?

MS. SOLOWAY: Objection, form.

A. I can't remember exactly when we had specific meetings with them, but I know we had meetings with them in that time frame.

BY MS. OLIVER:

Q. And were there meeting at S&P's request?

A. Generally, yes.

Q. And so information relevant to rating and surveillance of that rating, what types of information do you think is relevant to Exxon's credit rating?

MS. SOLOWAY: Objection, form.

A. That's really hard to answer, and it -- it's really for them to say.

BY MS. OLIVER:

Page 46

Q. Do you have any understanding as to how the ratings agencies, what types of information the ratings agencies considered in rating Exxon's debt -- or, excuse me, providing Exxon's credit ratings?

A. We had an understanding of some of the basic metrics that they would use. But how they chose to use them and how they drew judgments from them, I can't speak to.

Q. And what were the basic metrics?

A. There was a range of them. They include leverage financial metrics, scale metrics, their view of financial governance metrics. It was -- it was a range of subjective and quantitative. That's what they shared. But again, we don't know how they deployed those.

Q. When you say "scale metrics," what are -- what do you mean by that?

A. Size of the organization, the size of our asset base.

Q. And for leverage financial metrics, what -- what does that refer to?

A. It'd typically be the relationship between debt and equity on our balance sheet and how our -- our cash flow related to our debt balances.

Q. And "financial governance metrics," what

Page 47

did you mean by that?

A. They had a view of our philosophy of -- of financing the organization.

Q. And for periodic updates, these are meetings that you would attend?

A. Some.

Q. And which -- well, when you say "some," are those like the more important meetings?

MS. SOLOWAY: Objection.

A. The full annual update, I would tend to sit in on. But there were meetings with them I would not, that the group would just handle themselves.

BY MS. OLIVER:

Q. And for full annual updates, were there presentations or slide decks that Exxon would prepare for those meetings?

A. Typically, yes.

Q. And typically, what would be included in those?

A. It would be responsive to the questions that they had asked us, as well as general update on the corporate --

Q. So in advance --

A. -- projects that are --

Q. I'm sorry.

Page 48

MS. SOLOWAY: I think we're -- we're making -- we're making the court reporter's life difficult.

MS. OLIVER: Yes.

MS. SOLOWAY: Let her -- let her finish, and then give me a chance to object, and then...

Okay. Sorry. Erika, go ahead.

BY MS. OLIVER:

Q. I think we were talking about presentations that Exxon would prepare in advance of these meetings. And you said that the information that's contained in those updates would be responsive to questions that S&P posed.

Is that fair?

A. That would be part of the package, yes.

Q. And did S&P routinely have questions in advance of the annual updates?

A. Frequently, yes.

Q. You can set Exhibit 193 aside.

For those annual updates, would S&P also have presentations or slide decks?

A. I don't recall, frankly. At least once I know they gave us a picture of their -- their process as part of it. But I don't recall when or what meeting. I don't know that it was typical.

Q. And so -- so what you said is that at least

Page 49

13 (Pages 46 - 49)

**App. 313**

analysts that would include the two rating agency lead analysts, typically in New York City, and go through an update on the -- broad update on the company.

BY MS. OLIVER:

Q.   And does that analyst meeting typically occur before or after the release of fiscal year financial results?

A.   It would typically be after.

MS. OLIVER:  Okay.  You can put this aside.

BY MS. OLIVER:

Q.   And so as part of S&P's review of -- of Exxon's credit rating after putting it on negative CreditWatch, did you have conversations with S&P?

A.   I believe we did.

Q.   And so between being put on negative CreditWatch and the credit rating being downgraded in April of '16, what were the purpose of, you know, conversations with S&P?

MS. SOLOWAY:  Objection.  Lacks foundation.  And form.

A.   I'm not sure how to answer the question.

BY MS. OLIVER:

Q.   You would have been involved with conversations with S&P at this time; is that right?

A.   I was involved in some of them; not all of

Page 86

them, yes.

Q.   You know, the -- the prospect of a negative ratings action by S&P was an important -- an important thing at that time, right?

A.   It was certainly something we were very interested in, yes.

MS. OLIVER:  Okay.  I'm going to introduce Exhibit 201.

(Marked Plaintiff's Ex. 201)

MS. OLIVER:  And for the record, 201 is a document produced by S&P with the Bates range of SPGI-0000096_0001 through 2.

A.   Okay.

BY MS. OLIVER:

Q.   And, sir, have you seen this document before?

A.   No.

Q.   Any reason to doubt that there was a phone call with S&P on January 27, 2016?

A.   I have no reason to doubt it.

Q.   Do you recall that phone call?

A.   Not specifically, no.  I'm sorry.

Q.   Do you see at the top of this note there's a list of attendees?  The first name on there is Jeff Lynn, correct?

Page 87

A.   That's correct.

Q.   And underneath that is Bob.  And that's you?

A.   I -- yes, it would have been me.

Q.   And underneath that is Ean.  Do you know who Ean is?

A.   Ean Nesselrotte is an analyst in the capital markets group.

Q.   And if you look down to -- it's like one of the last things that's written here, it says "Asset Write-offs?"

Do you see that?

A.   I do.

Q.   Okay.  It says "Not much" following that, right?

A.   I believe that's what it says.  It's hard to read.

Q.   Yep.  If we turn the page to the -- the next note - I think this is another analyst's note from the same meeting -do you see that it's referring to same January 27th date in the top left corner?

A.   Yes, I see it.

Q.   And it lists your name as an attendee of this phone call on January 27, 2016, right?

A.   Yes.  I assume it's the same phone call,

Page 88

right.

Q.   Yeah.  And there are a couple of -- of bullet points here.  And the last two bullet points are, "No asset write-offs expected.  No material write-offs."

Do you see that?

A.   I see that.

Q.   And there -- I mean, no reason to doubt that Exxon would have told S&P that at this -- at this call?

MS. SOLOWAY:  Objection, form.

A.   I -- I don't recall the specifics of the dialogue.

BY MS. OLIVER:

Q.   But -- so you don't recall -- you just don't recall, right?

A.   No, I do not recall those statements being made.  That's just...

MS. OLIVER:  Okay.  You can set this aside.  And let me introduce Exhibit 202.

(Marked Plaintiff's Ex. 202)

MS. SOLOWAY:  We'll do one more document and then take a break.

MS. OLIVER:  Yeah.  This -- it'll be a perfect time --

Page 89

23 (Pages 86 - 89)

**App. 314**

MS. SOLOWAY: Yeah.

MS. OLIVER: -- for a break right after that. Thank you so much.

And then for the record, Exhibit 202 is a document produced by Exxon with the Bates range EMC_RAMIREZ 000041824 through 1834.

THE WITNESS: Okay.

BY MS. OLIVER:

Q. Okay. Okay. And the top email in this email chain, sir, is an email that you sent to a couple of individuals including Andrew Swiger, Rex Tillerson, Jeff Woodbury and David Rosenthal on April 26, 2016. Correct?

A. Correct.

Q. At that time, you were Exxon's treasurer, right?

A. That is correct.

Q. And you sent this email in the ordinary course of your employment as treasurer of Exxon?

A. I did.

Q. And -- and what you're doing here is forwarding to this group S&P's write-up on a ratings action, right?

A. That's correct.

Q. And at this time, S&P lowered Exxon's

Page 90

credit rating from AAA to AA+; is that right?

A. That's correct.

Q. And -- and when you got this email -- well, strike that.

You -- you received the write-up from Wendi Powell, if you look further down in the chain. And --

A. I see that.

Q. And Wendi Powell at that time was the head of capital markets?

A. I believe she had replaced Namisa at that point in time.

Q. And so the same day that you got this from Ms. Powell, you forwarded it on to, you know, the senior execs of Exxon, right?

A. That's correct.

Q. It was important to keep them updated on this credit ratings action?

MS. SOLOWAY: Objection to form.

A. Again, it was a public document and something they should be aware of.

BY MS. OLIVER:

Q. Sir, are you familiar with Exxon's, you know, proved reservation at Kearl Lake?

A. What do you mean by "familiar with"?

Q. Just generally.

Page 91

A. I'm aware of them.

Q. Okay. And, you know, we've looked at a lot of, you know, notes and -- and emails from before S&P downgraded Exxon's credit rating, right. And during that time period - "that time period" being late 2015 through early 2016 - Exxon didn't disclose to S&P that its reserves of Canadian bitumen at Kearl Lake didn't qualify as proved reserves, right?

MS. SOLOWAY: Objection to form.

A. Say that again?

BY MS. OLIVER:

Q. Sure. So during late 2015 through early 2016, to your knowledge, Exxon did not disclose to S&P that its reserves of Canadian bitumen at Kearl did not qualify as proved reserves, correct?

MS. SOLOWAY: Objection.

A. No, we would have had no reason to.

BY MS. OLIVER:

Q. And what do you mean by, "We would have" -- "We would have had no reason to"?

A. There was nothing that we would have been communicated to -- to tell them.

Q. And according to S&P's notes, what was told to them was that there were no asset write-offs, right?

MS. SOLOWAY: Objection.

Page 92

A. That's what the note said. Again, I don't recall the conversation.

BY MS. OLIVER:

Q. So during that time -- that same time period. To your knowledge, Exxon did not disclose to S&P that Kearl Lake was losing money in '15?

MS. SOLOWAY: Objection.

A. I don't recall anything specific to that regard, no.

MS. OLIVER: Okay. We can set that aside. And, yeah, I think this is a good place to break.

MS. SOLOWAY: Sure.

THE VIDEOGRAPHER: We're off the record at 11:34.

(Break from 11:34 a.m. until 12:33 p.m.)

THE VIDEOGRAPHER: Back on the record. 12:33.

BY MS. OLIVER:

Q. Good afternoon. So, this morning we spent a lot of time looking through emails that you had authored and sent to senior management at Exxon. And when you were sending emails to senior management, it was important to you that you were conveying accurate information, right?

MS. SOLOWAY: Sorry. Objection. Go ahead.

Page 93

24 (Pages 90 - 93)

A. Certainly.

BY MS. OLIVER:

Q. And we also saw emails that Ms. Taylor sent you. Did you consider Ms. Taylor a pretty dependable employee?

A. Yes.

Q. And when she would send you emails, you expected that those emails were accurate, right?

MS. SOLOWAY: Objection.

A. I'll stand by the first comment: She was a dependable employee.

BY MS. OLIVER:

Q. And for Ms. Powell, she was a dependable employee as well?

A. Yes.

Q. So I want to talk about the debt offering that Exxon did at the beginning -- the beginning of 2016.

Do you remember that?

A. I do.

Q. And it was a -- a pretty big offering, right?

MS. SOLOWAY: Objection.

A. It -- it was what they call market scale or -- or -- yes, it was -- it was large by most standards.

Page 94

BY MS. OLIVER:

Q. Okay. And it was actually the largest energy deal in history at that point at least, right?

MS. SOLOWAY: Objection.

A. I don't recall. It may have been.

BY MS. OLIVER:

Q. Okay.

MS. OLIVER: Let me just introduce Exhibit 203.

(Marked Plaintiff's Ex. 203)

MS. OLIVER: For the record, Exhibit 203 is a document produced by Exxon, bearing a Bates EMC_RAMIREZ 00037804 through 7823. And so please take a moment to review it. But I'll be asking about Slide 4 of the slide deck.

A. Okay.

BY MS. OLIVER:

Q. Looking at the first page of this document, this is an email that you received from an employee at J.P.Morgan on March 11, 2016. Is that correct?

A. That is correct.

Q. At that time you were Exxon's treasurer, correct?

A. Yes, I was.

Q. And you would have received this email in

Page 95

the ordinary course of your employment at Exxon?

MS. SOLOWAY: Objection. Go ahead.

A. I -- yes, we received it from the J.P.Morgan team had -- who had helped under -- underwrite the bond offering.

BY MS. OLIVER:

Q. And you testified previously that you were involved with the issuance of debt securities if they were long-term debt, correct?

A. Correct.

Q. And were you involved with the issuance of the March 2016 debt offering?

A. Yes.

Q. And there's no other reason that you would have received this email from J.P.Morgan but for your job at Exxon as treasurer, correct?

MS. SOLOWAY: Objection to form.

A. Yes. This was a memo from the team who was helping us issue the debt as a summary of the -- the offering after the fact.

BY MS. OLIVER:

Q. And you wouldn't have received this but for having been involved in the debt offering, correct?

A. Well, we were the client.

Q. Okay. But --

Page 96

A. So, it was a summary from the underwriter back to the client.

Q. Okay. So, you wouldn't have received this but for being an employee at Exxon, then, correct?

A. Being -- yes, being an employee being involved in the debt deal.

Q. And if you can turn to page 4 of the slide deck. Bates number 7810.

A. Eight one zero?

Q. That's correct. It's a bar chart.

A. Okay.

Q. Do you see this -- this slide says, "Record deal size." It says, "ExxonMobil priced the largest energy deal in history." And then looking at the bar on the left, that reflects the deal that Exxon did in February-March of 2016, right?

MS. SOLOWAY: Objection.

A. I -- I see the chart and what it says, yes.

BY MS. OLIVER:

Q. And the deal that Exxon did in -- I'm going to call it March of '16?

A. What's that?

Q. I'm going to call it March of '16 because that's what I've been going with, but I'm -- I'm referring to the $12 billion offering.

Page 97

25 (Pages 94 - 97)

A.    I understand.

Q.    And that's what is reflected on this chart?

A.    Yes.

Q.    Okay.  You -- you can put that aside.

And, sir, you testified earlier that you were involved with the issuance of debt securities, and that involvement generally included one issue, debt security is the size of the issuance, selection of underwriters, and, you know, making sure everything was in order to go forward with the issuance.

Do you recall that?

A.    The organization underneath me would ensure all -- I -- I did not do all of those things, but my organization did in readiness for the bond offering.

Q.    And that would have been the capital markets group in -- in treasurers for long-term debt?

A.    They coordinated it, but we had assistance from other parts of the organization as well.

Q.    With respect to the March 2016 debt offering, would Ms. Taylor have been the person who was kind of heading up the issuance?

A.    I believe it was.  I know Namisa and Wendi switched jobs at some point in the process, but I don't remember exactly when.

Q.    So it would have been the person who filled

Page 98

that role?

A.    That role, yes.

Q.    And you were also involved in the March 2016 debt offering; is that right?

A.    I was.

Q.    Now, in terms of getting the process started for issuing the March 2016 bond offering, when did that process start?

A.    It would have been late 2015 when we would have begun to develop our strategy as to what and when we might want to issue term debt.

Q.    And -- and one of the things that you would have to do for the bond offering, obviously, is pick the -- the banks that would underwrite -- that would underwrite the offering, right?

A.    That's correct.

Q.    And do you recall when those banks were selected?

A.    I don't know when we did the underwriting selection of that particular issue, no.

MS. OLIVER:  I am going to introduce Exhibit 204.

(Marked Plaintiff's Ex. 204)

MS. OLIVER:  And for the record, Exhibit 204 is a document produced by Exxon with a

Page 99

Bates range EMC_RAMIREZ 000034078 through 4084.

THE WITNESS:  Okay.

BY MS. OLIVER:

Q.    Okay.  And -- so Exhibit 204 is an email that Ms. Taylor sent to Beth Lawrence at J.P.Morgan on January 18, 2016.

Do you see that, sir?

A.    I see that.

Q.    And she's attaching a draft confidentiality agreement; that's correct?

A.    That's what this says, yes.

Q.    And would this be an -- a confidentiality agreement relating to the issuance of the offering that occurred in March 2016?

A.    Yes, it would.

Q.    And if you can just turn to the page with the Bates number 4083.  And, sir, do you see that you're the signer of the confidentiality agreement, or it's in your name?

A.    I see that.

Q.    And would you have had input into putting these agreements together?

A.    The -- the structure of the confidentiality agreement would have been drafted by our law organization for our use.

Page 100

Q.    And would these confidentiality agreements have been sent to banks around the time that you were selecting the underwriters for --

A.    Yes, before we would begin the discussion with potential underwriters.

Q.    Okay.  You can set that aside.  Thank you.

So, at the point in time of the offering, Exxon still had a AAA credit rating; is that correct?

A.    That is correct.

MS. OLIVER:  I am going to introduce Exhibit 205.

(Marked Plaintiff's Ex. 205)

MS. OLIVER:  And for the record, Exhibit 205 is a document produced by Exxon bearing a Bates range EMC_RAMIREZ 000037374 through 7376.

THE WITNESS:  Okay.

BY MS. OLIVER:

Q.    Okay.  Okay.  And at the bottom of the first page, do you see that it's an email from Ms. Taylor to you cc'ing Ean Nesselrotte, Lisa Bork, Scott Silvestri and Alan Jeffers?

A.    I see that.

Q.    And who is Lisa Bork?

A.    She's in our security -- our law group and corporation.

Page 101

26 (Pages 98 - 101)

Q.    And Ms. Taylor is just letting you know about a press release that Moody's was going to be releasing later that day affirming Exxon's AAA credit rating, right?

A.    Yes, with a review for downgrade.

Q.    And then you forward that email -- if we go one up, you forward that email on February 25th, 2016, at 1:29 p.m.

Do you see that, sir?

A.    (Nods head up and down.)

Q.    And then at that time you were the treasurer of Exxon, correct?

A.    I was.

Q.    And you sent this email as part of ordinary -- the ordinary course of your employment?

A.    In the normal course, yes.

Q.    And it's addressed to Rex, Andy and Darren. Rex being Rex Tillerson, correct?

A.    Correct.

Q.    And Andy is Andy Swiger?

A.    Correct.

Q.    And Darren is Darren Woods?

A.    Correct.

Q.    And you're letting them know about the -- the Moody's action, right?

Page 102

A.    Yes.

Q.    And you write, "At this point, we are fairly certain that we will remain AAA with either Negative Outlook (Moody's) or watch (S&P) going into Monday's debt offering."

Correct?

A.    That's what that says, yes.

Q.    And you're just letting the CEO and your boss know that Exxon's credit rating is probably going to be AAA going into the debt offering, right?

A.    That's the intent of the letter, yes.

MS. OLIVER:  Okay.  You can set that aside. I'm going to introduce Exhibit 206.

(Marked Plaintiff's Ex. 206)

MS. OLIVER:  And for the record, Exhibit 206 is a document produced by Exxon bearing the Bates range EMC_RAMIREZ 000037522 through 7525.

A.    Okay.

BY MS. OLIVER:

Q.    This is an email that Kristen White sends to a large group of individuals, including, you know, Andrew Swiger, Rex Tillerson.  Correct?

A.    That's correct.

Q.    And who is Kristen White?

A.    She was an administrative assistant.

Page 103

Q.    And did you -- is she your administrative assistant?

A.    I can't remember if she was in our office at the time or in the corporate office.  She went from one to the other.  I don't remember where she was at this particular point.

Q.    And then in her email, she sends -- she says she's sending this on your behalf.

Do you see that?

A.    That's correct.

Q.    And she would have had your authority to send this out before sending it out?

A.    Yes.

Q.    Okay.  And is this just announcing the placement of the $12 billion debt offering?

MS. SOLOWAY:  Objection to form.

A.    Ask the question again?  I'm sorry.

BY MS. OLIVER:

Q.    Is this email informing the recipients of the email about the placement of the $12 billion debt offering?

A.    Yes, it is.

Q.    And below the bullet points, the first sentence says, "These spreads are the lowest for an energy issuer and reflect the strength of our balance

Page 104

sheet."  Correct?

A.    That's what that says, yes.

Q.    And -- and that means that Exxon was able to borrow the $12 billion at the lowest spreads for an energy issuer; is that right?

MS. SOLOWAY:  Objection.

A.    When you say "the lowest," within a time window - obviously, spreads change over time - but versus the activity that was going on at the time, yes, this would -- this would've been more attractive than we expect other rates in energy to do.

BY MS. OLIVER:

Q.    Okay.  And the rates at which, you know, Exxon could borrow money, like those rates are impacted by a number of factors, right?

A.    Yes.

Q.    And -- and one of the factors is Exxon's credit rating; is that right?

MS. SOLOWAY:  Objection, form.

A.    It is a factor.

BY MS. OLIVER:

Q.    Right.  So -- so there are many factors but credit rating is one factor that can impact the rates at which Exxon can borrow money, right?

A.    It can, recognizing that many bond

Page 105

27 (Pages 102 - 105)

**App. 318**

investors will do their own analysis and not rely on their rating agencies for their support for their purchase.

Q. Well, if -- so, if Exxon had a lower credit rating at the time of the offering, would -- that could have impacted the interest rates at which Exxon borrowed money, right?

MS. SOLOWAY: Objection to form.

A. I don't think there's any way of us knowing.

BY MS. OLIVER:

Q. Well, as a general rule, the more creditworthy an issuer is, the lower the interest rate that the issuer would typically have to pay to attract investors; is that right?

A. In general that would be true. The difference between us as a AAA and a AA+, I'm not sure it would be measurable.

Q. But in general, it's true that the more creditworthy an issuer is, the lower the interest rate the issuer would typically have to pay to attract investors, right, as a general rule?

MS. SOLOWAY: Objection. Asked and answered.

A. I -- I would stick with what I said, that I

Page 106

don't think there'd be a meaningful or measurable difference between us issuing as a AAA or us issuing as a AA+. So, with one notch, it would really be up to the investors.

BY MS. OLIVER:

Q. Is that something that you had measured at the time?

A. Couldn't really measure it. We didn't -- we don't have the hypothetical alternative.

Q. Is it something that you looked at, though, at the time?

A. There would have been no way to look at it.

Q. But did you look at it?

A. No.

Q. And one of the steps in getting the debt issuance to market is that the underwriters perform due diligence, right?

A. I think that was part of their role, yes.

Q. And were you involved in the due diligence process?

A. I was involved in it, yes.

MS. OLIVER: So I'm going to introduce Exhibit 207.

(Marked Deposition Ex. 207)

MS. OLIVER: And for the record,

Page 107

Exhibit 207 is a document produced by Exxon bearing the Bates range EMC_RAMIREZ 000157230 through 7236.

BY MS. OLIVER:

Q. And please feel to review any parts of it, sir. I'm going to be focused on page 7234.

A. To be clear, the only part of this we produced was the cover note. The document that's attached was not an ExxonMobil document.

Q. Okay, we can talk about that.

A. It was created by the underwriters.

Q. Okay. Sorry. Oh, were you done reviewing it, though, sir?

A. Yes.

Q. Okay. And so Exhibit 207 is an email that Ms. Taylor sent to yourself, along with a couple of other folks, attaching the due diligence -- the due diligence responses, correct?

A. Correct.

Q. Okay. And this is an email that you received on February 25th, 2016, correct?

A. Yes.

Q. At that time, you were Exxon's treasurer; is that right?

A. Yes.

Q. And you received this from someone who

Page 108

reported to you in the ordinary course of your job at Exxon?

A. That's correct.

Q. And so you said that the attached due diligence outline is one that J.P.Morgan put together, or the banks, the banks put together?

A. The underwriters did. I don't recall which of them --

Q. Okay.

A. -- owned the draft.

Q. But -- so, this outline reflects questions that the underwriters were posing to Exxon; is that right?

A. Yes.

Q. And then this version of the outline also includes responses to those questions, correct?

A. That's correct.

Q. And are those Exxon's responses to the questions?

A. Yes, they are.

Q. So, if we look at the page ending in 7234, Item Number 15. And Item 15 says, "In addition to the information provided, in your public filings please discuss any material 'write-downs' or impairments that are currently being deliberated or are probable because

Page 109

28 (Pages 106 - 109)

**App. 319**

of announced or apparent political, regulatory and economic changes, if any."

And the response from Exxon to that question was, "We do not have any material information beyond what has been publicly disclosed." And then there is a note to look at the recently filed 10-K.

A.   I see that.

Q.   And so Exxon response was that besides for anything that was disclosed in the 10-K, Exxon did not have any material information beyond what was publicly disclosed, correct?

A.   That's what that says, yes.

Q.   And who would have put together the responses on Exxon's behalf?

A.   Would have been produced -- someone within the -- the -- the group of due diligence folks, which would've included controllers, our folks, et cetera. Law.  I don't know who wrote that specific comment.

Q.   And would there have been input from -- from the business segments?

A.   No, very unlikely.  Depending on -- it could be a question they asked.  But in that case, I would say no.

Q.   So in addition to your folks, controllers, and law, can you think of any other organization within

Page 110

Exxon who would have had input in the responses to the due diligence outline?

A.   To this outline, no.

Q.   Okay.  You can set that aside.

And so earlier today we kind of touched on the dividends.  And you said that the person with ultimate authority over -- over the dividends is the CEO in conjunction with the board of directors; is that right?

A.   If we're talking about the decision on what the dividend will be, yes.

Q.   And are you making a distinction there -- or what -- what's the distinction there, or the clarification?

A.   No, I just want to make sure that we're talking about the -- the decision on the -- for the dividend of that quarter would be made by the chairman in conjunction with the board.

Q.   And paying shareholder dividends was important to Exxon, right?

MS. SOLOWAY:  Objection to form.

A.   Rephrase the question again, please?

BY MS. OLIVER:

Q.   Well, paying shareholder dividends was important to Exxon?

Page 111

MS. SOLOWAY:  Same objection.

A.   We were aware that a large portion of our investor base valued the dividend.

MS. OLIVER:  I'm going to introduce Exhibit 208.

(Marked Plaintiff's Ex. 208)

MS. OLIVER:  And for the record, Exhibit 208 is a document produced by S&P bearing the Bates range SPGI-0000037_0001 through 13.  And feel free to look through the document, sir.  But I'm going to focus on the first three pages and the fifth page.

A.   Okay.

BY MS. OLIVER:

Q.   Sir, so this -- you know, I can represent this is a document that was produced by S&P that looks like a compilation of -- of notes relating to a meeting with Exxon on March 23rd, 2016.

Do you recall that meeting?

A.   I do.

Q.   And what do you recall about that meeting?

A.   It was a meeting that we held with S&P after they had put negative watch to discuss their views of the potential for -- for a rating effect.

Q.   And was this an in-person meeting?

A.   Yes, it was.

Page 112

Q.   And was this a meeting that S&P had requested?

A.   I don't recall if we did or they did.

Q.   And you attended that meeting, correct?

A.   I did.

Q.   And did Mr. Swiger attend that meeting as well?

A.   Yes, he did.

Q.   And who on Exxon's side primarily spoke?

A.   I don't recall exactly who ran it.  It -- it was likely Andy or I doing most of the talking.

Q.   And then if we look at this first page. So, in addition to you and Mr. Swiger, Jeff Lynn attended?

A.   Yes, he did.

Q.   And Namisa also attended?

A.   Yes, she did.

Q.   And Wendi Holmes was there as well?

A.   It was Wendi Powell.

Q.   Wendi Powell.  Was this right around the time that they were --

A.   Overlapping is my guess.

Q.   And the last person on this list is Ean Nesselrotte?

A.   Ean Nesselrotte, yes.

Page 113

29 (Pages 110 - 113)

you.

THE VIDEOGRAPHER:  That completes the deposition, then, at 1:54.

(Deposition concluded at 1:54 p.m.)

-o0o-

Page 134

---

I, ROBERT N. SCHLECKSER, have read the foregoing deposition and hereby affix my signature that same is true and correct, except as noted above.

_____
ROBERT N. SCHLECKSER

STATE OF _____)

COUNTY OF _____)

Before me _____ on this day personally appeared ROBERT N. SCHLECKSER, known to me (or proved to me on the oath of _____ or through _____ (description of identity card or other document)) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he executed the same for the purposes and consideration therein expressed.

Given under my hand and seal of office this _____ day of _____, _____.

_____
Notary Public in and for the
State of _____

Page 136

---

CHANGES AND SIGNATURE

WITNESS: ROBERT N. SCHLECKSER

DATE: December 3, 2024

Page/Line   Change              Reason

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Page 135

---

REPORTER'S CERTIFICATION

DEPOSITION OF ROBERT N. SCHLECKSER

December 3, 2024

I, Joseph D. Hendrick, Notary Public and Certified Shorthand Reporter in the State of Texas, hereby certify to the following:

That the Witness, ROBERT N. SCHLECKSER, was duly sworn by the officer and that the transcript of the oral deposition is a true record of the testimony given by the witness;

I further certify that pursuant to FRCP Rule 30(f)(1) that the signature of the deponent:

X    was requested by the deponent or a party before the completion of the deposition and is to be returned within 30 days from date of receipt of the transcript;

_____ was not requested by the deponent or a party before the completion of the deposition;

I further certify that I am neither counsel for, related to, nor employed by any of the parties or attorneys in the action in which this proceeding was taken;

Further, I am not a relative or employee of any attorney of record, nor am I financially or

Page 137

35 (Pages 134 - 137)

**App. 321**

otherwise interested in the outcome of the action.

Subscribed and sworn to on this date: December 16, 2024.



Joseph D. Hendrick, CSR #947
Expiration Date: 04/30/2025
Notary Comm. Exp. 02/13/27
Veritext Legal Solutions
Firm Registration No. 571
300 Throckmorton Street, Ste. 1600
Fort Worth, TX 76102
Telephone (800) 336-4000

ATTORNEY TIMES:
Erika Oliver - 03:27:47
Sam Sheldon - 00:00:00
Audra Soloway - 00:00:00
Martin M. McSherry - 00:00:00

Page 138

Veritext Legal Solutions
Calendar-CA@veritext.com 866-299-5127

**App. 322**

# Exhibit 17

Page 1

VOLUME: I
PAGES: 1 to 324
EXHIBITS:  1 to 7

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

Civil Action No. 3:16-CV-03111-K

PEDRO RAMIREZ, JR.,                )
INDIVIDUALLY AND ON BEHALF         )
OF ALL OTHERS SIMILARLY            )
SITUATED,                          )
              Plaintiffs,          )
                                   )
vs.                                )
                                   )
EXXON MOBIL CORPORATION,           )
ET AL,                             )
              Defendants.          )

VIDEOTAPED DEPOSITION OF STEVEN P. FEINSTEIN, Ph.D., called as a witness on behalf of the Defendants, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Jeanette N. Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, at the Offices of WilmerHale, LLP, 60 State Street, Boston, Massachusetts, on Wednesday, January 22, 2025, commencing at 9:17 a.m.

**App. 323**

Page 2

APPEARANCES:

ROBBINS GELLER RUDMAN & DOWD, LLP
By: Scott H. Saham, Esq.
By: Spencer Burkholz, Esq.
By: T. Alex B. Folkerth, Esq.
655 West Broadway
San Diego, CA 92101
For the Plaintiffs.
Ssaham@rgrdlaw.com
Sburkholz@rgrdlaw.com
Afolkerth@rgrdlaw.com

PAUL WEISS RIFKIND WHARTON & GARRISON
By: Audra J. Soloway, Esq.
By: Emily Miller, Esq.
1285 Avenue of the Americas
New York, NY 10019
For the Defendants.
Asoloway@paulweiss.com
Emiller@paulweiss.com

Bob Giannini, Videographer.

ALSO PRESENT VIA ZOOM:

Patrice Childress
David Ceasar

Page 3

I N D E X
Testimony of:          Direct   Cross
Steven P. Feinstein, Ph.D.
(by Ms. Soloway)          5

E X H I B I T S

No.          Description          Page

Exhibit 1   10/11/24 Report on
            Loss Causation and Damages
            of Steven P. Feinstein,
            Ph.D.          10

Exhibit 2   1/10/25 Reply Report
            of Steven P. Feinstein,
            Ph.D.          35

Exhibit 3   ExxonMobil 2015
            Form 10-K.          57

Exhibit 4   12/10/24 Expert
            Report of Allen
            Ferrell, Ph.D.          174

Exhibit 5   12/21/18 Expert
            Report of Frank C.
            Torchio.          217

Exhibit 6   Annual Coupon
            document.          264

Exhibit 7   12/10/24 Expert
            Report of Anthony
            Saunders, Ph.D.          276

Page 4

P R O C E E D I N G S

VIDEOGRAPHER:  Good morning.  We are on the record.  This is the videographer speaking, Bob Giannini.  I'm with the court reporter, Jeanette Maracas with Veritext Legal Solutions.  Today is January 22nd, 2025, the time is 9:17 a.m.  We are here at WilmerHale located in Boston, Massachusetts, to take the video deposition of Steven Feinstein in the matter of Pedro Ramirez, Jr. versus ExxonMobil Corporation, et al.

Will counsel introduce themselves for the record.

MR. SAHAM:  Scott Saham for the plaintiffs.

MR. FOLKERTH:  Alex Folkerth for the plaintiffs.

MR. BURKHOLZ:  Spencer Burkholz for the plaintiffs.

MS. SOLOWAY:  Good morning.  Audra Soloway from Paul Weiss for the defendants.

MS. MILLER:  Emily Miller for the defendants.

VIDEOGRAPHER:  Patrice Childress and David Caesar are online.  Will the court

Page 5

reporter please swear in the witness.

STEVEN P. FEINSTEIN, Ph.D.

A witness called for examination by counsel for the Defendants, having been first duly sworn, was examined and testified as follows:

DIRECT EXAMINATION
BY MS. SOLOWAY:

Q.  Good morning Dr. Feinstein.  How are you?

A.  Good, thank you.

Q.  Is there anything that would prevent you from giving truthful testimony today?

A.  No.

Q.  Let's just start with some background information.  What do you consider your primary area of professional expertise?

A.  Finance, finance, financial economics, econometrics, statistics and then numerous sub-areas within those fields.

Q.  Are you a lawyer?

A.  No.

Q.  Do you have any formal legal training?

A.  No.

Q.  Are you offering legal opinions in this matter?

2 (Pages 2 - 5)

Page 66

A. Some number that would have indicated a different spread. The answer is yes, to the extent that, as it's relevant for financial analytic purposes and for calculating loss causation and damages, some number that would then produce a spread that wasn't positive showing a profit. It should have been a number that somehow indicated that Kearl was not profitable.

Q. But sitting here today, you can't tell me what 19.20 should have been, correct?

A. That's correct, and I explained that what matters is the spread, not the number.

Q. And sitting here today, you can't tell me what 25.07 should have been, correct?

A. I can give the same answer I gave before. I can tell you that it should have been some number that, together with the number they gave for cost, would indicate to the market or inform the market that Kearl wasn't profitable.

Q. I think you've just walked me through the two Kearl theories, right? One is the proved reserves on Page 5 we looked at together,

Page 67

correct? And the other is this table on Page 9 that we just looked at together. Is there anything else about Kearl, to your understanding, that plaintiffs alleged was misrepresented in this case?

A. There's a lot of color you can add to those two misrepresentations. It's relevant that -- if you're asking are there more misrepresentations or affirmative misrepresentations, no. Are there more omissions? Probably. Kearl represented a large portion of the company's reserves and the allegation is that these numbers concealed that this field, this operation, these assets that the company had previously presented as their future were not profitable.

Q. So I'm not asking this in an abstract way. I'm asking this in a concrete way. We've looked at two tables together and you've explained to me your understanding of plaintiffs' theory for why they're false or misleading. Is there anything else that, to your understanding, plaintiffs allege about Kearl was false or misleading in the

Page 68

2015 10-K?

A. I think we hit the highlights.

Q. Okay. You mentioned omissions a moment ago. Do you have an understanding that plaintiffs' theory is that there was some information that was required to be provided but wasn't provided?

MR. SAHAM: Objection to form.

A. I did see that. There's somewhere it's alleged that -- I also know it as a financial analyst that there are ways that the company could have informed the marketplace about the lack of profitability and need for de-booking at Kearl, so the fact that the company didn't do that would suggest that there were omissions.

Every single day during the class period before the market knew that Kearl had to be de-booked the market was kept in the dark about lack of profitability at Kearl.

Q. Does part of your damages analysis in this case include that type of omission that you just referenced?

A. Well, I recognize that the misrepresentations

Page 69

were not corrected until the de-booking, and I explained that I take the calculated artificial inflation caused by the misrepresentations back to the start of the class period. Clearly that's premised on that misrepresentation, that things that could have been said to correct the misrepresentations were omitted and not said throughout the entire class period until the October 2016 corrective disclosure.

Q. Do you have particular dates in mind on which you believe those omissions happened?

A. There's a legal definition of "omission" and then there's a lay person or a financial, an analyst definition of "omission." My analysis tells me that the market was kept in the dark about the lack of profitability at Kearl for several months. So on every single one of those days the company omitted, this is not in a legal sense of the word, but at least in the vernacular or financial analytics sense of the word, the company omitted informing the market about the true profitability and lack thereof and the need for de-booking at Kearl.

18 (Pages 66 - 69)

Page 70

Q. You understand that to be part of plaintiffs' fraud theory in this case?

A. That the market was not informed until the October 28th disclosure, yes.

Q. The omissions that you just referenced, do you understand that to be part of plaintiffs' theory?

MR. SAHAM: Objection to form.

A. I did explain that omission as a legal definition so I'm not answering with respect to a legal definition of omission, but financial analysts did point out when they did learn the truth that facts had been omitted and misrepresented and they were misinformed.

Q. Financial analysts pointed that out?

A. At the end of the class period, that's right.

Q. They said "we were misinformed"?

A. Yes.

Q. In those words, "we were misinformed"?

A. Not in those words, but that's what they wrote.

Q. Which financial analysts are you referring to?

A. It's in my report. Let me find it. It's

Page 71

here.

Q. I'll wait for you to find it. I'd very much like to see which analyst said that.

(Pause)

A. I'm pretty sure it was Raymond James. Here it is.

(Pause)

A. I know it's here.

Q. Why don't we do this. You can spend time looking on your next break, and if you're able to find it, you'll let me know. Let's move on.

I want to go back to your understanding of the plaintiffs' theory. You just walked me through your understanding of the plaintiffs' theory on Kearl, correct?

A. Wait a minute. Actually, just give me one more minute. I remember more about it. He pointed out that -- I think it was more of a comment about the impairments. He said that we were told that the company doesn't take impairments and now they're taking an impairment.

Q. We're not talking about impairments now, are we? So you're not aware of any analyst

Page 72

who said that about Kearl, correct?

MR. SAHAM: Objection to form.

A. I'd have to think about it.

Q. You can think about it and we'll move on. Going back to Kearl, sir.

A. Yes.

Q. You just walked me through your understanding of the plaintiffs' theory about Kearl, correct?

A. My understanding of plaintiffs' allegations with respect to Kearl, that's right.

Q. And when were the alleged corrective disclosures that you focus on in your report with respect to Kearl?

A. October 28th, October 28th, 2016 when the company announced that they were going to de-book Kearl in its entirety.

Q. Do you have an understanding about whether, when the company made that announcement, they said that they were going to de-book Kearl, they were saying that they were going to de-book it for 2016 or for 2015?

A. Well, they were pretty clear that it would show up in the 2016 accounting, but the market learned from that that Kearl -- the

Page 73

company was clear that based on conditions as they were at the time of that announcement which was in 2016, costs were above price. They said that in order for them not to de-book, they would have to see a rebound in prices, so that informed the market that at current prices and current market conditions, Kearl was not profitable.

Q. Did the company ever communicate that it should have de-booked Kearl for full year 2015?

MR. SAHAM: Objection to form.

A. Well, I mean, they're fighting this case, right? They hired you to fight the case. I mean, no, they haven't admitted to that. I think that's one of the contentious issues in this case that the company is saying no and plaintiffs are saying yes, that they should have de-booked Kearl for 2015.

Q. So I'm not talking about what is being discussed in this case. I'm asking about public disclosures. When, if ever, did Exxon communicate that as of year end 2015, Kearl should not have been included within its proved reserves?

19 (Pages 70 - 73)

Page 74

A. They didn't. That's why there's a lawsuit.

Q. Sir, I want to make sure you're understanding the question. Are you with me?

A. Yeah.

Q. Okay. We looked at this Form 10-K together, correct?

A. Right.

Q. We looked at table, the table on Page 5 together, correct?

A. Right.

Q. We looked at the total number of proved reserves in the bottom right-hand corner of that table, correct?

A. We looked at Page 5 and Page 9, yes.

Q. My question for you is, Exxon disclosed in the 10-K that the total proved reserves as of the end of 2015 was this 24,759 billion number, correct, Page 5?

A. Where were you reading the 25 number from?

Q. Bottom right-hand corner, 24,759. Do you see that?

A. Yes, but it's the bitumen column that is more at issue here.

Q. I'm focusing on the first theory you articulated which had to do with total

Page 75

proved reserves. Are you with me? You said Kearl should have been booked in its entirety earlier. Do you remember that?

A. Of course, but maybe we're not on the same page. The page is 5, Page 5, and the column is the bitumen column.

Q. What number are you looking at, sir?

A. 4,108 for Canada and South America bitumen. To the best of my knowledge, there's no bitumen in South America, so that's Canada. The bottom of that number is 4,560 and plaintiffs are alleging these numbers are false and misleading and should have been different.

Q. Okay. My question for you is when, if ever, has Exxon disclosed that those numbers as of the end of 2015 should not have included the Kearl assets?

A. That's the problem. They didn't ever fess up to that. Plaintiffs are saying that they should have. Maybe they'll do it today, but they didn't yet and they didn't then and plaintiffs are alleging they should have.

Q. Okay. And the corrective disclosure in October, are you with me?

Page 76

A. Yes.

Q. The corrective disclosure, you said that that was the first time that the public found out that Exxon may de-book the 3.6 billion barrels from Kearl, correct?

MR. SAHAM: Objection to form, vague.

A. If I'm understanding your question correctly, I would say yes.

Q. Okay. And that disclosure concerned proved reserves for full year 2016, correct?

A. That disclosure informed the market of what the company was likely to do for its accounting for the 2016 10-K, and plaintiffs are alleging they should have done that a year earlier.

Q. Did Exxon ever make a disclosure akin to the one that they made for 2016 about the 3.6 for 2015?

A. You don't think I answered that question already?

Q. I just want to make sure we're understanding each other. They did not, correct?

A. Exxon has not yet and did not ever admit to what plaintiffs are alleging that Kearl

Page 77

should have been de-booked in its entirety as of, for the year 2015.

Q. And, in fact --

A. And that's why it was unknown to the marketplace until the announcement in October 2016 that Kearl was not profitable.

Q. Now we're combining two theories, right? Now we're on the second theory?

A. No, no. The profitability of Kearl is, either of these misrepresentations, if they had been corrected, could have informed the marketplace about the truth of Kearl, but because neither of them had been corrected until October of 2016, the market was misinformed by these alleged misrepresentations and omissions.

Q. Okay.

A. There's two identified sets of misrepresentations, but what was concealed by them is the same thing, the lack of profitability at Kearl.

Q. Okay. So I want to take a step back here. Companies, public companies in the United States file annual reports on Form 10-K, correct?

20 (Pages 74 - 77)

**App. 327**

Page 90

Q. Okay. Did Exxon ever disclose that the impairment analysis it had conducted for full year 2015 was incorrect in any way?

MR. SAHAM: Objection to form.

A. They haven't admitted to the allegations, as far as I know.

Q. Is there any public disclosure -- even putting aside whether they've made admissions, is there any public disclosure that you're aware of that has revealed that the 2015 impairment analysis was improperly reported?

A. One moment.

(Pause)

MS. SOLOWAY: I'll just put on the record the witness is taking a pause to read from the document.

A. Okay. So can I hear your question again? I think the answer is on Page 40, but let me review it.

Q. Page 40 of what?

A. Let me hear the question again, please.

MS. SOLOWAY: Madam Court Reporter, could you please do that?

(Question read)

Page 91

A. Well, I mean, Barclays analysts reported with these words.

Q. What page? Tell me where you're reading, please.

A. Page 40, Paragraph 95, the second block quote.

Q. Of your report?

A. Yes.

Q. Just let me get there. I'm not asking you to read your report out loud. I'm capable of reading it myself. Just give me a minute.

MR. SAHAM: Do you still want him to answer that question?

MS. SOLOWAY: Hang on. I just want to get there.

Q. I'm at Paragraph 95 of your report. And could you just direct me to where you're looking on the page?

A. The bolded words in the middle, there's bolded at the top, the bottom and the middle. It's the middle bolded words.

Q. Okay. And where in those bolded words does it indicate that the impairment of the natural gas assets in the Rockies was effective as of year end 2015?

Page 92

A. Well, it says here that investors were surprised especially because of the company's unchanged stance on impairments previously.

Q. Where are you looking?

A. Where I told you.

Q. Can you read the words out loud.

A. "Impairments and reserves. Investors were likely at least somewhat surprised by the $2 billion asset impairment especially considering ExxonMobil's prior unchanged stance on impairments as of the third quarter 2016 earnings update following the launch of the SEC's probe."

Q. So this refers back to a third quarter update, does it not?

A. Right.

Q. When was that?

A. That was in October.

Q. This says third quarter 2016.

A. Right. October 2016 would have been the third quarter earnings update.

Q. I'm sorry. I wasn't following what you were saying. I'm asking whether there's any public disclosure that you're aware of that recognizes that as of the year

Page 93

end 2015, Exxon's impairment analysis was inaccurate or otherwise improperly reported?

A. You used the word "any." The fact that this analyst is pointing out that people are surprised because impairments weren't taken sooner and there was indications that there was no, the company represented there was no need to take impairments sooner, that's an indication that investors understood that impairments should have been taken sooner.

Q. Can you point to anyone who recognized that impairments should have been taken as early as the year end 2015 in particular?

A. No. Plaintiffs are alleging that and plaintiffs have their expert accountant concurring.

Q. Other than plaintiffs, can you identify anyone who you're aware of who publicly stated that the impairment of the Rocky Mountain Dry Gas assets for 2016 somehow means that the 2015 impairment analysis was incorrect?

MR. SAHAM: Objection to form.

A. If we just cabin or confine my answer to

24 (Pages 90 - 93)

Page 94

address exactly the words of the question you asked, I think implicit in analyst commentary, there's surprise which is an indication that there was some suspicion that impairment should have been taken sooner, but I didn't see anything that direct, the way you phrased it.

Q. Nothing specifically linking back to 2015?

A. Oh, no, it all links back to the past, but I don't want to say there's nothing linking back to 2015. That's not correct at all. It all links back to the past. There's surprise that -- people were not expecting impairment especially of a major asset like Rocky Mountain Dry Gas. That also implies that they feel they may have, they should have been informed sooner.

Q. Okay. I'm just, again, going back to core principles here. Can you identify any analyst or other public disclosure who concluded that the impairment of the Rocky Mountain Dry Gas assets in 2016 means that the 2015 impairment analysis was inaccurate in some way?

MR. SAHAM: Objection to form.

Page 95

A. I think I answered that question. I hear what you're trying to establish with your question, but I think it's misleading.

When investors and analysts say they were surprised by a disclosure, that is an indication that they feel that they were previously misinformed or uninformed, and so that's an indication that there should have been better disclosure sooner.

Q. But sometimes when the market is surprised, there's no indication that it should have been disclosed sonner, correct? Let me rephrase the question.

It's not always true that just because the market is surprised, that that means that something should have been disclosed earlier, correct?

A. I would agree that that's true except in this particular case, this quote on Page 40 of my report says that the reason for the surprise is what the company had told people sooner.

Q. Okay. I want to ask you a question about -- and you can turn to Paragraph 162 of your report.

Page 96

A. Paragraph 162?

Q. Mm-hmm.

A. I'm there.

Q. Okay. In your Paragraph 162 you reference the number $2.63, correct?

MR. SAHAM: Objection.

Q. I misread that. Withdraw that question. Apologies.

In that paragraph, at the end you reference the number $2.39. Do you see that?

A. I do.

Q. What does $2.39 represent?

A. That's the amount of the decline in the stock price that was caused by the disclosure of the Kearl, the Kearl de-booking and everything it implied.

Q. Is there any portion of that $2.39 that you attribute to issues relating to the Rocky Mountain Dry Gas impairment issue?

A. No.

Q. So that number, $2.39, is entirely Kearl, in your view?

A. Yes.

Q. And if I draw your attention to Paragraph 166 of your report.

Page 97

A. Yes.

Q. You reference $1.05 in that paragraph?

A. I do.

Q. What does $1.05 represent?

A. That's the decline caused -- decline in the ExxonMobil stock price caused by the disclosure of the impairment of just those Rocky Mountain Dry Gas assets that plaintiffs are alleging should have been impaired earlier.

Q. Okay. Is there any part of the $1.05 that you ascribe to anything Kearl-related?

A. No.

Can we take a break?

Q. Of course, absolutely.

VIDEOGRAPHER: The time is 11:35. We're off the record.

(Break taken)

VIDEOGRAPHER: The time is 11:56. We're back on the record.

BY MS. SOLOWAY:

Q. So I wanted to just go back to the table on Page 9, Exhibit 3 of the 10-K. Let me know when you're there.

A. Okay.

25 (Pages 94 - 97)

Page 98

Q. When we spoke earlier, I think you used the word "categories" to describe the two theories about Kearl. You said there's one category that relates to this profitability issue and then we also talked about the proved reserves issue. Do you remember that?

MR. SAHAM: Objection to form.

A. I don't think I said it exactly that way. Both misrepresentations misinformed the market about the same thing.

Q. Which is?

A. That Kearl wasn't profitable.

Q. With respect to this table, you mentioned the spread between the 19.20 and the 25.07. Do you remember that?

A. Yes.

Q. Do you know what regulations govern the presentation of these numbers?

A. No.

Q. Do you know whether CAPEX is included in the calculation of these numbers?

A. I think they're not, but I'm not an accountant. I'm not sure.

Q. What about depreciation?

Page 99

A. Same thing.

Q. Not sure?

A. No, I'm pretty sure it's not. They're not in there. It's -- well, price is an index price minus certain costs and those costs do not include depreciation in CAPEX, so those numbers would not be in here.

Q. So is this a cash flow analysis, then?

A. This is a mandated analysis on per-barrel profitability, basically, cost of producing versus the price the company would receive with some adjustments and some structure how those numbers are calculated.

Q. Mandated by whom?

A. I think it's the SEC.

Q. Have you personally looked into how these numbers were calculated?

A. No.

Q. Are you offering an opinion as part of your expert report that they were calculated inaccurately?

A. You asked me exactly that question before. I'm not offering an accounting opinion, but I am expressing that I do know how the numbers and presentation like this would

Page 100

be received and interpreted by financial analysts, equity analysts, valuation experts, and I understand that there is an accounting expert who has concluded the numbers were wrong.

Q. So if you assume -- I just want to make sure. So you're assuming that the plaintiffs are able to prove through other evidence including their accounting expert that these numbers are wrong? You assume that for purposes of causation and damages?

MR. SAHAM: Objection to form.

A. That they were misleading. I believe their allegation is they were false and misleading, but yeah, I think that's their allegation. These numbers are, constitute a false and misleading affirmative statement.

Q. And how much, if any, of your damages calculation for Kearl do you attribute to these particular numbers in the table at Page 9 being false or misleading?

A. Well, the truth about Kearl could have been disclosed in a number of different ways, so the fact -- because any disclosure would have informed the market about the

Page 101

truth, a variety of disclosures could have informed the market about the truth so it's $2.39 per share.

Q. Is there any subset of the $2.39 per share that you attribute to the alleged misleading nature of the spread between the 19.20 and the 25.07?

MR. SAHAM: Objection to form.

A. I'm accepting as an assumption that it's proved that these numbers are, in fact, false and misleading, or false, rather, and I'm accepting that the truth about Kearl was different from what's represented by these numbers. I didn't go and visit Kearl myself so I'm accepting that the condition was different than what was represented by these numbers, and my conclusion is that because of these numbers, the market was not expecting the de-booking and that if the de-booking had occurred earlier as plaintiffs are alleging it should have occurred, the stock price would have fallen $2.39 then when the market learned the truth about Kearl not being profitable.

Q. If the court were to hold that the

26 (Pages 98 - 101)

Page 102

information presented in Table 9 is accurate and wasn't required to be presented in any different way, would that change your damages calculation for Kearl, the 2.39?

MR. SAHAM: Objection to form, calls for a legal conclusion.

A. Well, not really because, as I just explained, the damages occur because the market was misled about the lack of profitability of Kearl. If the court decides that this document didn't have to be any different, the proved reserves document according to plaintiffs could have also disclosed that same truth. That's on Page 5.

Q. So just to be clear, you don't have a breakdown of that $2.39 as between the alleged misstatements on Page 9 and, for example, the alleged misstatements on Page 5 of the Form 10-K?

A. The way I would express it is both alleged misstatements and all the omissions fortified the concealment of the true condition of Kearl, and had either of them been more perspicuous or transparent or informative or had there been another document that could

Page 103

have informed the marketplace of that important fact, the inflation would have come out of the stock price on the day of that disclosure rather than when it did.

Q. So I just want to make sure we're totally clear on this. I want you to imagine a situation where at summary judgment the court looks at the table on Page 9 of the 2015 Form 10-K and says, this information was presented in accordance with all SEC rules and GAAP and is not false or misleading. So that argument drops out of the case. Are you with me?

A. I understand.

Q. Okay. What is the damages number that you would propose to present to the jury in that situation for Kearl-related liability?

A. So if the court says that this document did not have to be the document to expose the truth, there's another document that should have and could have, the damages would be the same.

Q. Are you aware of any public disclosure either by Exxon or any other public commentary from anyone else that discloses

Page 104

that with respect to the 2015 10-K that contained this $19.20 and this $25.07, that these numbers were incorrectly calculated?

A. I didn't do research into that area. I mean, as I said in my report, I relied on the assumption that plaintiffs would prove their factual allegations which is that the truth was other than what these numbers portray.

Q. Dr. Feinstein, you are a causation expert in this case, correct?

A. I assess loss causation, I assess that the alleged misrepresentations and omissions caused investor losses, and part of that analysis said that I would assume the factual allegations, not the liability, but the factual allegations, plaintiffs' factual allegations.

Q. Isn't it also the job of a causation expert to review public disclosures to determine when or if the truth has been revealed?

A. I did that. I did not see the truth revealed about Kearl being unprofitable elsewhere to the extent that was disclosed by a de-booking of the entire property.

Page 105

Q. So you didn't find any corrective disclosure with respect to the chart on Page 9 of the reported average production cost per barrel for bitumen; you didn't find anything public that corrected that, correct?

MR. SAHAM: Objection to form, misstates prior testimony.

A. Yeah, it's the spread between the cost and the price that is what's misleading. And I never said that either the cost by itself was wrong or that the price by itself was wrong. I did say that the spread between the two of them is what's alleged to be false and misleading, and then my financial expertise comes into play, that would cause a financial analyst to not know that Kearl was not profitable, a major important property of the company.

Q. When did the public learn that the spread between the 19.20 and the 25.07 was misleading, as you just described it?

A. They learned that the -- the conditions that they were led to believe were the case by these numbers and others, they revised their understanding of those conditions

27 (Pages 102 - 105)

Page 106

once there was the de-booking.

Q. And that was in the October 2016 alleged corrective disclosure?

A. Yes.

Q. And you agree with me that that disclosure was for information current as of 2016, correct?

MR. SAHAM: Objection to form, asked and answered.

A. It informed the market that at least as of that date, Kearl was not profitable. Plaintiffs are alleging that same disclosure could have been made for earlier dates.

Q. But did that disclosure, the one in October of 2016, disclose to the market that Kearl had not been profitable in 2015 as of the end of the year?

MR. SAHAM: Objection, asked and answered.

A. I think there's an inference. One can infer that operations are supposed to be getting more efficient, not less efficient. Oil prices did rebound somewhat, so I think one can infer from the facts that disclosure probably could have been made earlier, but

Page 107

I didn't see any -- as I sit here, I don't recall commentary that specifically said that they should have been told sooner.

Q. So sitting here today, you can't point to any analyst or any other market commentary that made the inference that the information provided in October of 2016 was also true as of the end of 2015?

MR. SAHAM: Objection to form.

A. That's what plaintiffs are saying they're going to prove. That's the assumption I relied upon for calculating damages. I didn't see analysts explicitly saying that, but I did see analysts saying oil prices have recovered somewhat, the company said they'll be getting more efficient at Kearl, not less efficient.

Q. Again, I'm asking a very particular question which is whether you can identify any analyst or other market commentary that drew the inference you just referenced that the profitability of Kearl that you say was revealed in October of 2016 was also true as at the end of 2015?

MR. SAHAM: Objection to form.

Page 108

A. What changed was the market's understanding of the conditions at Kearl. Before the disclosure, they didn't know it was not profitable. After the disclosure, they do know it was not profitable. That's what changed. I didn't see any analyst saying that we think -- I didn't see analysts that said that Kearl changed or Kearl didn't change; I didn't see that. I said that what changed was their understanding of conditions at Kearl. That's what changed.

Q. Just take a look at Paragraph 64 of your report. Let me know when you're there.

A. Okay.

Q. Are you offering the opinion in this case based on the documents you cite in Paragraph 64 that Kearl was not profitable?

A. That's not an independent opinion of mine. I'm assuming that actual allegation, but I cite to support that, would support that factual allegation.

Q. But you're not actually offering an expert opinion that you -- for example, you haven't gone and analyzed all the relevant documents to whether Kearl was profitable and draw a

Page 109

conclusion?

A. Well, I mean, if the numbers, if that spread was supposed to be negative and it was reported as positive but if the correct spread would have reported as negative, I know as a financial analyst to interpret that as lack of profitability, and that's how analysts would, other analysts should and would interpret it the same way. It's not like any financial analyst is necessarily going to -- some do, that's true. We rely on the numbers that are produced from the company, me and financial analysts in general.

Q. I'm asking a very narrow question which is whether you yourself are offering the opinion based on the documents you looked at that Kearl was not profitable?

A. I don't think it's a fair way to ask the question. I didn't calculate -- I'm not an accountant, I didn't do the accounting numbers. I am offering the opinion that if I and any other financial analyst seeing negative numbers there would conclude that Kearl was not profitable would independently

28 (Pages 106 - 109)

Page 318

investors.

Q. Is it your position that Exxon was going bankrupt?

A. No. That's why I would call it a desperate act. To dig into the balance sheet and sell assets in order to pay a dividend, that's something that companies going bankrupt would do. It's not something you would expect Exxon to do. What they did do, apparently, is borrow money to pay the dividend.

Q. Okay. What is a dividend?

A. I answered that just a few questions ago. A dividend is a cash payment to equity investors, usually a percentage of earned income.

Q. Is a dividend one way that a company shares value from its operations with its shareholders?

A. Well, they pay out earned income on a pro-rata basis to investors prorated by how much equity each investor owns.

Q. So yes, it's one way that shareholders can get value from their investment in Exxon stock, correct?

A. Yes, or a realized value.

Page 319

Q. And another one is share buybacks, correct?

A. Yes.

Q. How do share buybacks give value to Exxon shareholders?

A. Well, people who owned the equity receive cash from the company similarly on a prorated basis commensurate with how much of the equity they previously owned.

Q. And are you -- have you looked into whether Exxon engaged in share buybacks?

A. No.

MS. SOLOWAY: I'm going to take just five minutes to make sure I have no more questions and come back.

MR. SAHAM: Okay.

VIDEOGRAPHER: The time is 6:05. We're off the record.

(Break taken)

VIDEOGRAPHER: The time is 6:10. We're back on the record.

MS. SOLOWAY: Dr. Feinstein, we have no further questions at this time. Thank you for your time. All set?

MR. SAHAM: Yeah, we're done.

VIDEOGRAPHER: The time is 6:10.

Page 320

We're off the record.

(Whereupon the deposition was concluded at 6:10 p.m.)

Page 321

COMMONWEALTH OF MASSACHUSETTS)
SUFFOLK, SS. )

I, Jeanette Maracas, Registered Professional Reporter and Notary Public in and for the Commonwealth of Massachusetts, do hereby certify that there came before me on the 22nd day of January, 2025, at 9:17 a.m., the person hereinbefore named, who was by me duly sworn to testify to the truth and nothing but the truth of his knowledge touching and concerning the matters in controversy in this cause; that he was thereupon examined upon his oath, and his examination reduced to typewriting under my direction; and that the deposition is a true record of the testimony given by the witness.

I further certify that I am neither attorney or counsel for, nor related to or employed by, any attorney or counsel employed by the parties hereto or financially interested in the action.

In witness whereof, I have hereunto set my hand this 29th day of January, 2025.

Notary Public
My commission expires 7/29/27

81 (Pages 318 - 321)

# Exhibit 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR., |
Individually and on |
Behalf of All Others |Civil Action No. 3:16-cv-03111-K
Similarly Situated, |
|
    Plaintiff, |
|
vs. |
|
EXXON MOBIL |
CORPORATION, et al., |
|
    Defendants. |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
ORAL AND VIDEOTAPED DEPOSITION OF
WILLIAM STRAWBRIDGE
OCTOBER 16, 2024
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

        ORAL AND VIDEOTAPED DEPOSITION of WILLIAM STRAWBRIDGE, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on October 16, 2024, from 9:00 a.m. to 5:44 p.m., before Mendy A. Schneider, CSR, RPR, in and for the State of Texas, recorded by machine shorthand, at the offices of HAYNES AND BOONE, 1790 Hughes Landing, Suite 500, The Woodlands, Texas, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto; that the deposition shall be read and signed.
SD 6923204

Page 1

**App. 334**

A P P E A R A N C E S

FOR THE PLAINTIFF:

NATE LINDELL
SARA BIERL POLYCHRON (Remote)
ROBBINS GELLER RUDMAN & DOWD LLP
655 West Broadway, Suite 1900
San Diego, California 92101
619.231.1058
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com

FOR THE DEFENDANTS:

DANIEL TOAL
LYUBA SHAMAILOVA
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064
212.373.3869
dtoal@paulweiss.com
lshamailova@paulweiss.com

ALSO PRESENT:
DAN LAPEYROUSE, The Videographer
CHRIS YURCEK, Forensic Accountant
PATRICE CHILDRESS, In-House Counsel ExxonMobil
ELIZABETH HUH, Litigation Associate Paul Weiss

Page 2

EXHIBIT INDEX (CONTINUED)        PAGE
STRAWBRIDGE EXHIBIT 89          209
    E-mail and attachment

STRAWBRIDGE EXHIBIT 90          231
    E-mail
BANNISTER EXHIBIT 36           233
    E-mail

PRESTIPINO EXHIBIT 7           235
    E-mail Chain
STRAWBRIDGE EXHIBIT 91          239
    Meeting invitation

STRAWBRIDGE EXHIBIT 92          249
    E-mail
STRAWBRIDGE EXHIBIT 93          262
    E-mail

STRAWBRIDGE EXHIBIT 94          265
    E-mail
STRAWBRIDGE EXHIBIT 95          277
    E-mail

BANNISTER EXHIBIT 45           283
    E-mail Chain
STRAWBRIDGE EXHIBIT 96          298
    E-mail

STRAWBRIDGE EXHIBIT 97          298
    Letter

(REPORTER'S NOTE: All quotations from exhibits are reflected in the manner in which they were read into the record and do not necessarily denote an exact quote from the document.)

Page 4

EXAMINATION INDEX
WITNESS: WILLIAM STRAWBRIDGE

EXAMINATION                    PAGE
    BY MR. LINDELL              5
    BY MR. TOAL               300


        EXHIBIT INDEX
                  PAGE
PRESTIPINO EXHIBIT 3           50
    Upstream Financial Issues Review Agenda
STRAWBRIDGE EXHIBIT 79          84
    E-mail

STRAWBRIDGE EXHIBIT 80          91
    E-mail Chain
STRAWBRIDGE EXHIBIT 81         105
    E-mail

STRAWBRIDGE EXHIBIT 82         122
    E-mail Chain
STRAWBRIDGE EXHIBIT 83         130
    E-mail Chain

STRAWBRIDGE EXHIBIT 84         140
    E-mail chain with attachment
STRAWBRIDGE EXHIBIT 85         153
    E-mail Chain

STRAWBRIDGE EXHIBIT 86         160
    E-mail Chain
STRAWBRIDGE EXHIBIT 87         186
    E-mail and attachment

STRAWBRIDGE EXHIBIT 88         198
    E-mail

Page 3

THE VIDEOGRAPHER:  We are now on the record.  Today is October 16, 2024.  The time is approximately 9:00 a.m.

This is Video 1 of William Strawbridge.

Will counsel please identify themselves and the parties they represent.

MR. LINDELL:  Nathan Lindell from Robbins Geller Rudman & Dowd on behalf of the plaintiffs and the class.

MR. YURCEK:  Chris Yurcek from Robbins Geller Rudman & Dowd in San Diego.

MR. TOAL:  Dan Toal of Paul Weiss on behalf of ExxonMobil.

MS. SHAMAILOVA:  Lyuba Shamailova of Paul Weiss on behalf of ExxonMobil.  And my colleague, Elizabeth Huh is on the line also with Paul Weiss.

MS. CHILDRESS:  Patrice Childress.  I'm in-house with ExxonMobil.

THE VIDEOGRAPHER:  Thank you.  Will the reporter please swear in the witness.

WILLIAM STRAWBRIDGE, having been first duly sworn, testified as follows:

E X A M I N A T I O N
BY MR. LINDELL:

Q.  All right.  Good morning, Mr. Strawbridge.

Page 5

2 (Pages 2 - 5)

**Page 6**

My name is Nathan Lindell.

A. Good morning.

Q. Before we begin, I do just want to thank you for your time today and for testifying honestly and to the best of your ability.          09:01AM

A. Okay.

Q. Would you please state your full name for the record.

A. William Norman Strawbridge.

Q. And what is your current home address?          09:01AM

A. ██████████████████.

Q. And have you been deposed before?

A. I have been deposed, not associated with this, but I have been deposed previously, yes.

Q. And approximately how many times have you          09:01AM been deposed?

A. Probably a half dozen times.

Q. And did all of those previous depositions have to do with your employment by ExxonMobil?

A. They have not all been with Exxon, no.          09:01AM Majority have been.

Q. Okay. So how many times have you been deposed in connection with your employment at -- at ExxonMobil?

A. Five times.          09:01AM

**Page 7**

Q. Okay. And what was the nature of those cases in which you were deposed?

A. Some were of a technical nature. Some were personnel related within the company.

Q. And when was the first time you were deposed          09:02AM related to your employment at ExxonMobil?

A. Early 1980s.

Q. And when was the most recent time you were deposed in connection with your employment at ExxonMobil?          09:02AM

A. Probably twenty- -- 2005, maybe.

Q. And what was the nature of that case?

A. It was technical by nature. I don't really -- I'm trying to recall that case. I don't remember the specifics behind it, but it -- I was          09:02AM testifying on a technical nature. I can't recall the specifics behind it, yeah.

Q. Okay. Were any of the previous cases in which you were deposed related to Exxon's Kearl operation?          09:03AM

A. No.

Q. Okay. Before we go any further, even though you have obviously been deposed before, I'd like to go over the ground rules for today --

A. Sure.          09:03AM

**Page 8**

Q. -- just to make sure we're all on the same page.

So the first thing that you do need to be aware of is that the court reporter seated to your right is going to be keeping a record of everything          09:03AM that's said here today.

A. Uh-huh.

Q. And in order for her to get a clean record, it's very important that we do not speak over one another and that you answer each of my questions with          09:03AM an audible response.

Does that make sense?

A. Okay.

Q. That sounds easy in theory, but as we go along you may find it's not -- it's not quite as easy          09:03AM to do in practice.

You may be tempted to answer my question as soon as you think you know what I'm about to say, but I'd ask for the court reporter's sake that you please try your best to wait until you're sure that          09:03AM I'm done with my question.

I will do my best to wait until I'm sure that you're done with your answer before asking my next question.

Does that make sense?          09:03AM

**Page 9**

A. Yes.

Q. Okay. Also, throughout the day today, your counsel may be making some objections to some of my questions. But notwithstanding those objections, you are required to answer each of my questions to the          09:04AM best of your ability unless your counsel specifically directs not to answer a question.

Does that make sense?

A. I understand.

Q. Okay. And although it is proper for your          09:04AM counsel to make certain objections during today's deposition, it is not proper for them to seek clarification on your behalf.

So if you do not understand one of my questions, or if you need additional clarification, I          09:04AM would ask that you please ask me to repeat or clarify the question because if you do answer the question, I will assume you understood the question as asked.

Does that make sense?

A. Understand.          09:04AM

Q. Okay. It is also very important for you to understand that your testimony here is given under oath. And even though we are not in a courtroom today, your testimony is given the same force and effect as if it were, and it is also subject to the          09:04AM

3 (Pages 6 - 9)

penalty of perjury.

Do you understand that?

A. I understand.

Q. Okay. And, lastly, if at any point today you do need a break, please free to let me know and I'll do my best to accommodate that.

You will be required to answer any pending questions before we go on a break. And it's possible I may ask to finish a certain line of questioning, but I will do the best I can to accommodate your request.

Does that sound okay?

A. Understand.

Q. Okay. Are you currently taking any medication that could affect your memory or otherwise impair your ability to testify truthfully and honestly today?

A. No.

Q. Okay. Is there any other reason why you would be prevented from giving complete and accurate testimony today?

A. Not that I'm aware of.

Q. Okay. Did you do anything to prepare for today's deposition?

A. I had a meeting with counsel yesterday.

Page 10

Q. Okay. And who was at that meeting?

A. Same people that are in this room here.

Q. Okay. And approximately how long did you meet for yesterday?

A. Six hours.

Q. And was anyone besides the attorneys that are present here at that meeting with you yesterday?

A. There was one additional attorney.

Q. Okay. And do you recall that attorney's name?

A. No.

Q. Okay. And aside from that meeting you had yesterday for six hours, did you meet with counsel at all any other times in preparation for today's deposition?

A. I had. We had a two-hour phone call the day prior -- or I guess it was actually last week, a two-hour phone call.

Q. Any other meetings with counsel in preparation for this deposition besides the meeting --

A. No.

Q. -- yesterday and the two-hour phone call last week?

A. No.

Q. Okay. And was the meeting yesterday in

Page 11

person?

A. Yes, it was.

Q. And is it your understanding that the attorneys you met with yesterday are representing you as your attorneys in this case?

A. Representing me?

Q. Yes.

A. I -- I guess so.

Q. Okay.

A. I hadn't thought about them representing me, yes.

Q. Did you review any documents during the meetings that you had with your attorneys in preparation for this deposition?

A. Yes, I did.

Q. Approximately how many documents did you review in total during those two meetings?

A. Twenty documents.

Q. And did any of those documents refresh your recollection as to the issues or facts contained in those documents?

A. I -- yeah, most of them were from a period of ten years ago, so, yes, they did refresh memory.

Q. Okay. And what specific memories were you reminded of while reviewing those documents?

Page 12

A. That's a rather broad question. I'm not quite sure how to respond to that.

Q. Okay. Can you recall any specific memories that you were reminded of when you were reviewing documents during those meetings?

A. Several of the materials were packages of presentations and meetings that I had participated in.

Q. And -- and what specific meetings are you referring to in those documents that refreshed your recollection?

A. I mean, one particular was a meeting that I had with the -- the management committee of -- of Exxon that was one of the documents, one I had participated in and drafted the material for it.

Q. And when was that meeting?

A. It would have been in 2015 October.

Q. And what was the subject of that meeting?

A. Reserves. Corporate reserves.

Q. Any specific reserves in particular?

A. It was broad but there was a focus on Kearl in that meeting.

Q. Okay. And who was present in that meeting that you recalled?

A. Well, it was members of the Exxon management committee.

Page 13

4 (Pages 10 - 13)

**App. 337**

Q. Okay.

A. So not all of the management committee but representatives from there.

Q. Okay. And did you write down any notes during your meetings with counsel?          09:09AM

A. No.

Q. Did you write down any notes during the course of your preparation for today's deposition?

A. No.

Q. Setting aside the meetings you had with          09:09AM counsel to prepare for this deposition, have you discussed today's deposition with anyone else?

A. No.

Q. And have you discussed this lawsuit with anyone other than your attorneys?          09:09AM

A. No.

Q. Have you reviewed any of the testimony given by other deponents in this case?

A. No.

Q. Have you discussed any of the testimony given   09:09AM by other deponents in this case?

A. No.

Q. Have you reviewed any of the legal documents filed in this case?

A. No.          09:10AM

Page 14

Q. Are you aware of who the defendants are in this case?

A. No.

Q. You're aware that you are not a defendant, correct?          09:10AM

A. I assumed I was not.

Q. Okay. And who is paying your legal fees in connection with this case?

A. I have no --

MR. TOAL: Object to the form of the          09:10AM question.

A. I'm -- I have no idea. I'm not being paid so, I don't know.

Q. (BY MR. LINDELL) Are you paying any of your own legal fees in this case?          09:10AM

A. I have no legal fees. I don't --

MR. TOAL: Object to the form of the question.

A. I have no legal fees. I don't --

Q. (BY MR. LINDELL) Do you -- is it your understanding that the attorneys that are representing   09:10AM you here today are representing you for free?

A. I have no idea.

Q. Okay. But you're not paying any of your attorneys that are here representing you today, correct?          09:11AM

Page 15

A. I am paying nobody anything, correct.

Q. Okay. Okay. Mr. Strawbridge, have you received any degrees from any colleges or universities?

A. Yes.          09:11AM

Q. Okay. What degrees have you received?

A. I have a bachelor of science in civil engineering, University of Tennessee.

Q. And when did you receive that degree?

A. 1979.          09:11AM

Q. Okay. And aside from that -- excuse me -- degree from the University of Tennessee, have you received any other degrees?

A. I have not.

Q. So no graduate degrees?          09:11AM

A. No.

Q. Okay. And aside from your civil engineering degree from University of Tennessee, have you received any specialized training, licenses, or certifications?

A. No, not really.          09:11AM

Q. And have you ever been named as a party in a civil lawsuit?

A. Not that I'm aware of.

Q. Okay. And have you ever been arrested for a crime?          09:12AM

Page 16

A. No.

Q. Okay. Mr. Strawbridge, when did you first begin working at ExxonMobil?

A. 1979.

Q. So straight out of college?          09:12AM

A. Correct.

Q. And what was your title at that time?

A. Associate project engineer.

Q. Okay. And at some point you were promoted to global reserves manager, correct?          09:12AM

A. Correct.

Q. Now, when exactly was that?

A. 2010.

Q. And what were your specific job responsibilities as global reserves manager?          09:12AM

A. I managed the global reserves organization which had approximately 12 people in it.

And the organization, the global reserves group, had responsibility to manage and steward the reserves and resource base for the          09:13AM corporation.

Q. Okay. And so were you the head of the global reserves group at that time?

A. Yes.

Q. And that group was responsible for all of the   09:13AM

Page 17

5 (Pages 14 - 17)

**App. 338**

reserves within the company; is that right?

A. That is correct. While responsible, we were -- we tracked, recorded, and stewarded those resources and reserves for the corporation, correct.

Q. And that would include any reserves related to Exxon's Kearl operation, correct?  09:13AM

A. That is correct.

Q. And it would also include any reserves related -- associated with Exxon's XTO assets; is that right?  09:14AM

A. That is correct.

Q. And who did you report to when you were first promoted to global reserves manager in 2010?

A. I reported to the vice president of production geoscience.  09:14AM

Q. And what was his or her name?

A. Pam Darwin.

Q. And did the identity of the person who you reported to as global reserves manager change at any point during your tenure?  09:14AM

A. Pam was replaced by -- I cannot recall his name. Sorry. I believe during my tenure Pam would have been in that position for about three years and then her successor for about two years. It will come to me. I haven't said his name in a while but yeah.  09:15AM

Page 18

So that --

Q. That's okay.

A. Someone else for about two years, yes.

Q. Okay. And then who replaced the unknown person that replaced Pam?  09:15AM

A. Then I -- there was a reorganization. I then reported in to the engineering vice president. And that was Gerry Gabriel for a relatively short period of time, yes.

Q. Do you recall approximately when you started reporting to Gerry Gabriel?  09:15AM

A. I -- 2015 possibly, yeah.

Q. And did you report to Gerry Gabriel for the remainder of your time as global reserves manager?

A. Yes. Yes, I did.  09:15AM

Q. So during your time as global reserves manager, you had three individuals you reported to; is that correct?

A. That -- that is correct, right.

Q. Okay. And when you were first named global reserves manager in 2010, did -- I'm sorry. Let me strike that.  09:16AM

You testified that there were about 12 people in your global reserves group; is that right?

A. Yes, that's about right.  09:16AM

Page 19

Q. And did the composition of that group change over the course of your time as global reserves manager?

A. I mean, individuals came and went. The composition of the group stayed -- I mean, the numbers the disciplines within that group stayed pretty consistent.  09:16AM

Q. Okay. I'd like to focus on the last three or so years that you were global reserves manager --

A. Okay.  09:16AM

Q. -- around 2014 and on.

A. Okay.

Q. Which specific individuals reported to you during that time period?

A. Oh, wow.  09:16AM

Q. To the best of your recollection?

A. To the best of my recollection. Okay.

I had Elliott Young. He was sort of a senior member of the group. He'd spent most of his career within reserves.  09:17AM

Art Champine, also a senior individual had been in reserves group the entirety of my tenure plus some many years before that.

Cam Frederickson.

Dave Becker.  09:17AM

Page 20

Kirsten Bannister.

Elizabeth Hay.

I know I'm forgetting a few.

I did not review my organizational chart beforehand.  09:17AM

And then I had four technicians. And then there's I think another two or three whose names aren't coming to me right now.

And then I had three or four technicians that did a lot of our data tracking and data entry into the system.  09:18AM

Q. Okay. I want to go back to what you said when you first described the global reserves group.

You testified that the global reserves group had responsibility to manage and steward the reserves and resource base for the corporation, correct?  09:18AM

A. Correct.

Q. Can you explain to me what that means?

A. What does that mean?  09:18AM

Q. Yeah.

A. Yeah. I guess from a perspective of managing and stewarding, we managed the database that contained all of the reserves and resource for the corporation.

So it's a single control database and we  09:18AM

Page 21

6 (Pages 18 - 21)

managed that.

So any changes that were made to the -- to the database had to come through our organization.

We were the only ones that had access and could make changes. So that was a control aspect of it.

We also, then, had a responsibility to ensure -- our organization did not do independent technical assessments of reserves and resources. That was the responsibility of the individual producing units.

We did have a role in ensuring that as those producing units conducted those assessments that they were done consistently across the organization and -- and compliant with rules and regulations as they applied to their respective area.

And then we also had responsibility of reporting up through the corporation changes that were going to be proposed to make to that reserve or resource base over the course of the year.

Q. Okay. I just want to follow up on a couple of those --

A. Sure.

Q. -- points there.

So you mentioned a database that

Page 22

contained all the reserves and resources for the corporation, correct?

A. Uh-huh.

Q. Did that database have a name?

A. We called it Phoenix, right.

Q. And did Exxon also have a database by the name of DataFlex?

A. That -- there is a database called DataFlex. It's a controllers' database. I am not that familiar with it. It was not a repository for reserves information, though.

Q. Okay. Let's see.

And then you also mentioned that your group had a responsibility to ensure that the individual produce units conducted assessments that were consistent across the organization, correct?

A. Correct.

Q. And -- and how exactly did your group carry out that responsibility?

What did you to ensure that the producing units --

A. Right.

Q. -- were conducting their assessments consistently?

A. So annually we would visit each one of the

Page 23

producing units and conduct a -- sort of call it a training session or a reserves review session where we would go through definitions of reserves and -- and methodology rules reporting requirements.

We would do that generally in the first quarter of every year for each one of the producing organizations and sort of set the plan, then, for the coming year as to what activities were going to be conducted.

That -- that was our method to ensure that each one of the producing units heard a consistent message on how to go about conducting reserves assessments.

Then as individual producing units would conduct those reserve assessments, we were often a resource to assist them, answer questions as they conducted resources, particularly definitional issues of -- of how you apply, you know, SEC rules or regulations or -- or company reserve definitions.

And then when assessments were completed, if they were to result in a change to the resource base from the prior year, any changes that were proposed would have to come to our organization.

We would review them, again, to ensure consistency with rules/regulations. And then from

Page 24

there, they would proceed up through a formal endorsement process.

Q. So -- so your group had to have an understanding of the rules and regulations applying to all of Exxon's reserves, correct?

A. That is correct.

Q. And then you also had an under -- had to -- your group was also required to have an understanding of the methods employed to conduct the assessments to measure and quantify all of Exxon's reserves, correct?

A. Yes.

Q. And one of those assets we talked about earlier was the Kearl operation in Canada, correct?

A. Correct.

Q. And so what specifically was your group's interaction with the Kearl producing unit, as you referred to it?

A. Yeah. So as -- as it relates to -- to Kearl, Kearl being a Canadian asset, it was stewarded by Imperial Oil, or our Canadian affiliate.

So that organization was responsible for doing reserve assessments for Kearl. And within the producing unit, they would work -- Kearl was -- is a somewhat complex reservoir in that it was a mining operation, so little atypical from a general

Page 25

7 (Pages 22 - 25)

subsurface reserve, which has drill wells.

And -- and -- and most reserves are defined more as a subsurface reservoir versus a mining project. So from that standpoint, Kearl had some unique attributes.

So the expertise, you know, in assessing the volume of bitumen that's going to come from a mining operation, that really resided with the producing units.

They -- they -- you know, it's unique. Exxon doesn't have operations like that anywhere else in the world, so it is unique to -- to the Calgary office.

So they would provide the -- all the technical assessment of -- of reserves and resources associated with the property.

We would overlap with them, particularly as -- as it came to definitional issues, you know, some of the economic considerations, some of the criteria that might impact things like field life and -- and considerations like that.

So we would collaborate with them in some regards as it relates to -- to definitions.

But, again, the technical assessment of those reserves and resource was responsibility of the

Page 26

producing units.

Q. But in order to make sure they were doing -- conducting their assessments consistently and appropriately, you had to have an understanding of what they were specifically doing, correct?

A. We definitely had to understand the methodologies that they were using.

You know, we would apply sort of our -- our judgment to make sure that it sounded and looked to us reasonable and -- and consistent with how we might do it in -- in other producing affiliates.

Q. And during your tenure at Exxon, did you ever communicate directly with Rex Tillerson?

A. I presented review material to Rex Tillerson on several occasions, yes.

Q. Approximately how many times would you say you presented review material to Rex Tillerson?

A. Generally once or twice a year.

Q. Okay. And what about specifically in the year 2015, approximately how many times did you present review material to Mr. Tillerson during that time frame?

A. I believe either two or three.

Q. And what was the nature of those presentations that you made to Mr. Tillerson in 2015?

Page 27

A. So early in the year, probably in the month of February, I would have presented to Mr. Tillerson the proposed changes to the 2014 reserve and resource database, seeking his endorsement and -- and approval for that consistent with our delegation of authority guidelines which required his -- his sign-off.

That would have been for 2014 proposed changes.

I believe we had a review sort of middle of the year that was sort of a -- a -- an update on where we thought reserves might -- reserve changes for the year might -- might be occurring.

We did have a specific review as it relates to Kearl due to several factors that were influencing the Kearl reserves during calendar year 2015.

Part of that was the -- the price environment in 2015.

Part of that was the change in nature of the operations.

In 2015, there were several expansion projects coming online. So the production, the nature of the production was changing that year and all of that had an impact on the reserves.

And so we had a review ahead of our

Page 28

year-end review to give him an update in part because Kearl was a large resource to -- to the corporation. So we had that review.

And then we would have had a final review, which actually would have taken place early in 2016, again, with the results of 2015.

Q. So I want to talk about a couple of those meetings that you mentioned there.

So you mentioned one in the middle of 2015, correct?

A. Right.

Q. Do you recall the month when that was?

A. I'm recalling two different meetings.

And I -- I cannot honestly remember which one was with Mr. Tillerson. I know -- I believe there was an October meeting and there may have been a May meeting as well.

And I'm not quite sure if -- if those were both with Mr. Tillerson or not.

Q. Okay. And for those meetings, were there -- was it a group of people that met or were they just individual meetings with you and Mr. Tillerson?

A. No. I have never individually met with Mr. Tillerson. It would have always been in the capacity of a management committee type of meeting.

Page 29

8 (Pages 26 - 29)

So it would have been several board -- or management committee members there.

Q. And do you recall the names of any of the other individuals from the management committee that would have been there?

A. Andy Swiger would have been there.

Jack Williamson [verbatim] would have been there.

There would have been functional representation from law and controllers there.

Q. Would David Rosenthal have been there?

A. Probably.

Q. Okay. And in the first meeting you mentioned, the one in the middle of 2015, was Kearl a subject that was discussed there?

A. I'm sure it was, yes.

Q. Okay. And specifically was Kearl's reserve proved -- sorry, let me rephrase that.

Was Kearl's proved reserve status topic at that first meeting in the middle of 2015?

A. There was a discussion of how the events in 2015 could impact the Kearl reserves, so it was -- it was a bit of a -- no decision to be made at -- at that point in time. There was no recommendation.

I should say it was more of an

Page 30

informational item to provide, you know, as we've gone through part of the year, how might the changes we've seen so far in that year impact the Kearl reserves.

Q. And was that topic that you just described, was that discussed at both the mid-year 2015 meeting and the October 2015 meeting?

A. In -- in some capacity, I -- I believe that is correct, yes.

Q. And during those two meetings in mid-2015 and October 2015, was Kearl's net income or operating revenue discussed at any point?

A. Not that I'm aware of, no.

Q. And during those meetings in two-thousand- -- middle of 2015 and October 2015, were materials distributed or referenced during those meetings?

A. There was a review package that I prepared for those meetings, yes.

Q. And was that distributed to all the participants in the meeting?

A. Yes, it would have been.

Q. And were -- were those materials e-mailed to participants either before or after the meeting?

A. I'm not aware. I did not e-mail that material to those participants. I would have provided it to them in the meeting. Now, it -- I'll just leave

Page 31

it at that. I did not e-mail that to them.

Q. Okay. But you would have handed out materials --

A. I would have handed out --

Q. -- to everybody --

A. Right.

Q. Again, just a reminder we can't talk over each other. I understand it's difficult, but just for her sake.

And during those meetings, did Mr. Tillerson ask any questions?

A. I have no specific recollection of any questions, but I would expect he probably did.

Q. Okay. So was he pretty active in those type of meetings, pretty engaged?

A. I -- I would say he was engaged.

Q. All right. So do you recall him speaking at any point?

A. I'm quite confident that he spoke during those meetings. I have no specific recollection of anything he might have said, though.

Q. What about Mr. Swiger and Mr. Rosenthal, do you recall whether they asked any questions during those meetings?

A. I -- again, I have no specific recollection

Page 32

of any questions they asked or memories of those questions.

Q. During your tenure at Exxon, did you ever participate in any meetings with Mr. Tillerson where Exxon's XTO operations were discussed?

A. The annual reserves review that I would conduct with Mr. Tillerson and members of the management committee in February, all of those discussions contained some element of XTO reserve.

Q. Do you recall specifically whether any of those meetings concerned XTO's Rocky Mountain dry gas operations?

A. In -- in the context of all of the XTO reserves, I'm sure it was a subset. I don't specifically recall those being broken out separately.

Q. And what specifically do you recall being discussed in any meetings that you participated in with Mr. Tillerson regarding the XTO operations?

A. The -- I really don't recall anything specific about the XTO. I will say that in our meetings, I brought with me to those meetings an XTO representative who actually presented the XTO component of those reviews.

So while I was there it was part of my presentation there was an XTO gentleman that actually

Page 33

9 (Pages 30 - 33)

**App. 342**

behalf this deposition is taken, nor in the regular employ of this attorney; and I certify that I am not interested in the cause, nor of kin or counsel to either of the parties.

That the amount of time used by each party at the deposition is as follows:

MR. TOAL - 00:03:45

MR. LINDELL - 06:42:20

GIVEN UNDER MY HAND AND SEAL OF OFFICE, on this, the 21st of October 2024.

*mendy Schneider*

MENDY A. SCHNEIDER, CSR, RPR

Certification No.: 7761

Expiration Date: 1-31-2025

Page 306

LYUBA SHAMAILOVA

lshamailova@paulweiss.com

OCTOBER 21, 2024

RE: Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al.

10/16/2024, William Strawbridge, (#6923204).

The above-referenced transcript has been completed by Veritext Legal Solutions and review of the transcript is being handled as follows:

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Contact Veritext to schedule a time to review the original transcript at a Veritext office.

__ Per CA State Code (CCP 2025.520 (a)-(e)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, noting the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Code of Civil Procedure. Contact Veritext when the sealed original is required.

__ Waiving the CA Code of Civil Procedure per Stipulation of Counsel - Original transcript to be released for signature as determined at the deposition.

__ Signature Waived – Reading & Signature was waived at the time of the deposition.

Page 307

_X_ Federal R&S Requested (FRCP 30(e)(1)(B)) – Locked .PDF Transcript - The witness should review the transcript and make any necessary corrections on the errata pages included below, noting the page and line number of the corrections. The witness should then sign and date the errata and penalty of perjury pages and return the completed pages to all appearing counsel within the period of time determined at the deposition or provided by the Federal Rules.

__ Federal R&S Not Requested - Reading & Signature was not requested before the completion of the deposition.

Page 308

Ramirez, Jr., Pedro v. Exxon Mobil Corporation, Et Al.

William Strawbridge (#6923204)

E R R A T A   S H E E T

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

PAGE_____ LINE_____ CHANGE_____

_____

REASON_____

_____   _____

(William Strawbridge)          Date

Page 309

78 (Pages 306 - 309)

**App. 343**

# Exhibit 19

Privileged and Confidential
Prepared in conjunction with counsel

## Assessment of Potential Impairment Triggers

ExxonMobil employs a variety of business and financial processes to monitor for potential impairment triggers as required under ASC 360.

**ASC 360 potential impairment triggers**

Significant decrease in the market price of a long-lived asset

No readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. Our annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks.   The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. Instead, the key process EM employs to monitor for a trigger under this ASC 360 criterion is our ongoing asset management program that periodically exposes long-term assets to external bids. To the extent third party bids for a major asset shed sufficient light on the "market price" for that asset, or other similar assets, we would evaluate whether an impairment trigger had occurred. The Watchlist process (see description in Appendix A) facilitates efficient and timely communication of such situations. Recent examples include the Torrance refinery in 2015, and Argentina upstream assets in 2010, both of which triggered assessments and write-downs after management evaluated the bids.

Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition

The Watchlist process and annual Plan process are the key controls that alert management to potential impairment triggers in this category. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to future operational changes are highlighted. In addition, the annual Plan process results in a near-term operational outlook for each of our major long-term assets. To the extent significant adverse changes are highlighted, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values. Recent examples include Main Pass 133 shut-in, re-evaluation of investments in Nigeria QIT and Alaska pipeline, and the conversion of the Dartmouth refinery to a terminal.

1

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

**App. 344**

EMC_RAM 000004781
EMC_RAM 000000001

Privileged and Confidential
Prepared in conjunction with counsel

<u>Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator</u>

Similar to what was described above, the Watchlist process and annual Plan process are key controls that alert management to potential impairment triggers in this category.  In addition, the monthly F&O process also serve the same purpose. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to changes in laws, regulations, or the business climate are highlighted.  In addition, the annual Plan process can bring to light changes in operating plans driven by such factors.  Monthly F&O reviews not only cover cost and earnings metrics, but they also cover volume, safety, and other operational indicators, which can highlight adverse changes that have recently occurred, or have the potential to occur in the future.  To the extent significant adverse changes have occurred and are expected to cause a sustained negative impact, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values.  Examples include the establishment of price caps for Argentina gas in 2008 which resulted in a write-down of assets and the initial denial of the suspension of operations for Julia, where EM ultimately prevailed in court.

<u>An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset</u>

The capital budget process has long required management approval of certain overruns that exceed 10% of the amounts previously approved.  For major long-term assets under construction, the approval transmittal for an overrun provides updated project economics, including the expected undiscounted future cash flows (Absolute Value Profit or AVP).  Cases of overruns involving Kearl, Kashagan, and Gorgon/Jansz were subject to these contemporaneous updates of project economics which indicated that the AVP for each was still in the billions of dollars, including the effect of the overrun.  This  confirms that undiscounted cash flows remained well in excess of carrying value, and no impairment trigger had occurred.

<u>Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset</u>

The monthly Financial & Operating review process provides key metrics regarding the performance of major long-lived assets. Analysis and review of earnings, volumes, prices, costs, and margins occurs with management at the local, regional, functional headquarters, and corporate headquarters level.  This process

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

**App. 345**

EMC_RAM 000004482
EMC_RAM 000000002

Privileged and Confidential
Prepared in conjunction with counsel

promotes the ongoing cycle of planning, executing, monitoring, and improving that is a hallmark of EM's approach to managing long-term assets. This process also provides early warning signals of any weakening performance that assists management in prioritizing the highest areas for potential improvement. The Plan process integrates past and current long-lived asset performance data with a detailed plan consistent with senior management's broad guidance on strategies, prices, margins, and spending levels. Both the monthly F&O process and the annual Plan process provide insights to management that assist in determining whether an impairment trigger has occurred.

In the event that both the monthly F&O process and annual Plan process are inconclusive regarding the potential for continuing losses, EM undertakes periodic ad hoc analyses of certain long-lived assets which can be characterized as an extension of the annual Plan process. These further analyses assist management in determining whether an impairment trigger has occurred. One example is the annual review of refinery cash flow generation and asset carrying values over the preceding ten years (approximately a full business cycle based on historical experience) and cash flow projections into the future. Another example is periodic reviews of major upstream producing assets which are built on plans and assumptions consistent with the annual Plan. In both cases, the assessment of long-term future cash flows based on Plan parameters can be a determining factor regarding the existence of an impairment trigger. In 2013, following such a review of Downstream assets, the Corporation impaired its investment in the Chalmette refinery joint venture.

Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life

The Watchlist process and the annual Plan process are key processes that could alert management to potential impairment triggers in this area. The Watchlist process is designed to capture and communicate information regarding sales or disposals of long-lived assets well in advance. To the extent that management has endorsed a plan of action, careful consideration is given to whether a long-lived asset is either impaired or should otherwise be written down to its expected sales price. The annual Plan process, which involves creating a detailed outlook for major long-lived assets, is an early indicator of potential changes in the status of those assets, and often feeds into the Watchlist process.

Summary:
The Corporation has strong controls and processes that assist management in monitoring the performance of its long-term assets. These controls and processes, which include both backward-looking and forward-looking analyses, are a critical component of EM's management approach. Their ongoing operation assists management in its determination of whether the Corporation's long-lived assets have been subject to an impairment trigger.

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

Privileged and Confidential
Prepared in conjunction with counsel

**Assessment of potential impairment triggers in 2015**

The following documents management's assessment of potential triggers in 2015:

<u>Significant decrease in the market price of a long-lived asset</u>
As noted above, no readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. As noted above, the annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks. Based on its historical perspective and in light of the "Outlook for Energy", management believes that recent weakness in oil and gas prices is characteristic of commodity price cycles.

Sales of major long-lived assets might shed light into whether or not an impairment trigger has occurred. While the Corporation in total realized a net gain on the sum of its sales of long-lived assets in 2015, certain assets were sold at a loss. However, the sales price of these assets was affected by one or more asset-specific circumstances that tended to dampen the bids by outside parties, and cannot be viewed as indicative of broader, significant declines in the market values of similar classes of long-lived assets. As examples, the loss on the sale of Cook Inlet properties was in large part due to the challenging geographic operating environment, the age of the assets, regulatory considerations, and the relatively short remaining life. The loss on sale of certain Indonesia assets was in large part due to uncertainty regarding future abandonment liability and considerations involving the government. In the Downstream, the loss recognized for the prospective sale of the Torrance Refinery was related in large part to the restrictive California regulatory environment and the geographic location of the refinery in a populated area. Management did not view that any of the situations were indicative of the potential impairment of similar assets and concluded no other indicators of a significant decrease in the market prices of long-lived assets occurred.

<u>Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition</u>

4

App. 347

EMC_RAM 000000484
EMC_RAM 000000004

Privileged and Confidential
Prepared in conjunction with counsel

The Watchlist captured a few situations where potential adverse changes to the operation of long-lived assets could occur. In each case, management either wrote down the asset carrying value (suspension of production at the Popeye field) or the situation remains on the Watchlist pending more definitive future events or management decisions (Alaska pipeline investment and Nigeria QIT project costs).

<u>Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator</u>

The Watchlist captured a few situations where adverse changes in legal factors or the business climate could potentially occur. Of those that occurred in 2015, none of them, individually, had a material impact on the Corporation's net income or on the expected future cash flows of the related long-lived assets. Though not technically covered by ASC 360, the Corporation's approach surrounding inventory management and assessment is reflective of the robust processes and controls related to asset stewardship. In Libya, for example, management determined in 2015 that certain drilling equipment inventory no longer met the criteria for continued recognition on the balance sheet and the remaining book value was written off. More broadly, management periodically reviews physical inventories to assess for items that are surplus, obsolete, or whose book values are otherwise significantly above market value, and then adjusts those values as appropriate.

<u>An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset</u>

Certain projects under development were subject to management's approval of supplemental costs in 2015. The largest were Kearl and Gorgon/Jansz in 2015, while Kashagan was supplemented in 2014. Updated project economics and AVP metrics were provided as part of the project supplement endorsement process and reviewed with management. In each case, the future undiscounted cash flow remained well in excess of the current carrying value, even at the low-end of the Corporation's long-term price outlook.

<u>Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset</u>

The decline in Upstream oil and gas prices that began in mid-2014 continued through 2015. But 2015 also saw the sharp rebound of Downstream and Chemical margins from 2014, which supports the Corporation's long-standing contention that temporarily low prices or margins are not a trigger event for conducting impairment tests. The Energy Outlook described earlier provides a degree of assurance to management that recent weakness in oil and gas prices is characteristic of a commodity price cycle that will ultimately stabilize and reverse course.

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_RAM 000000085

EMC_RAM 000000005

Privileged and Confidential
Prepared in conjunction with counsel

The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective. Country-by-country results through the third quarter indicated that almost all countries were continuing to generate positive book earnings. However, Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis. In light of that situation, and the continued weakness in industry conditions, management performed a detailed analysis as part of an extension of the annual Plan process. This analysis was designed to assess the potential for future losses in order to determine whether year-to-date losses in these geographies were likely to continue and an impairment trigger had occurred.

This in-depth review was focused on those areas contributing to the year-to-date earnings loss – XTO (see Appendix B) and certain major assets in Canada and U.S. Production (see Appendix C). Based on its assessment of the geographic integration of operating areas, the Corporation's volume and capex planning and budgeting process, and the level at which largely identifiable revenue and costs could be forecasted, management performed a multi-decade projection of future cash flows (see attached Appendices B and C). Management's cash flow projections were based on the Company Plan's middle case of the Opportunity Case prices, and future operating expense and capital spending plans applied to the resource base as determined by the Corporation's technical staff. The Company Plan Opportunity Case prices are the outcome of a rigorous, annual process to assess the worldwide, long-term supply and demand balance for energy sources. The Corporation uses these price outlooks in assessing long-term investment opportunities and they are consistent, or even conservative, when compared to the long-term price forecasts published by several reputable industry groups such as WoodMac, EIA, IEA, IHS-CERA, and PIRA. Management's long-term inflation assumption of 2.5% is generally aligned with third parties such as Moody's, IHS, and Oxford Economics which are between 2% and 2.5%. Finally, management determined as reasonable the number of rigs required to carry out the full development plan for these assets, and assessed that the Corporation's future cash needs for their development and operation could be satisfied by ongoing operating cash flows and ready access to credit markets.

Reviews were held with successively senior levels of management, culminating in a review with the Corporation's Chairman/CEO in the fourth quarter. The results of that assessment indicated that future cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts for EM's major Canadian and U.S. Upstream assets in total. In addition, no individual asset group was found to have undiscounted future cash flows less than its respective carrying value. Based on those results, management concluded no indication of continuing losses is likely, the carrying value of Upstream long-lived assets was recoverable, and no impairment trigger had occurred.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

App. 349
EMC_RAM 000000186
EMC_RAM 000000006

Privileged and Confidential
Prepared in conjunction with counsel

<u>Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life</u>

The Watchlist captured a few situations where long-lived assets could be sold or otherwise disposed of significantly before the end of their previously estimated lives. The Corporation's asset management activity has a long history of generating net gains to income. In those cases where a potential for a future loss on sale exists, management does not assess the future disposal as likely until definitive terms have been reached and management approval has occurred. In such cases, either an assessment of the appropriate carrying value of the long-lived asset is performed (Torrance Refinery) or the potential for a loss on sale was deemed unlikely or immaterial to the Corporation's financial statements.

_____    2/10/16

David S. Rosenthal – Vice President and Controller    Date

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_RAM 000004787
EMC_RAM 000000007

**App. 350**

Privileged and Confidential
Prepared in conjunction with counsel

Appendix A – Watchlist
Process

REPORTS MANUAL

| BULLETIN 1172 | Earnings Watchlist Reporting – Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 1 1 2014 | | PAGE 1 |

### INTRODUCTION

ExxonMobil maintains a Watchlist of potential earnings items that are unusual or non-recurring in nature. The Watchlist plays a key role in ExxonMobil's monitoring of the business as identified in the SOX 404 Review of Monitoring and Policy Activities, and is primarily used to

- Monitor issues and inform management of potential earnings impacts in advance of occurrence.
- Identify issues that could require a financial reserve

Under most circumstances, new items should be added to the Watchlist at least one month prior to the anticipated earnings impact, but should be added as soon as practical. Determination of whether and when items should be added to or deleted from the Watchlist requires judgment by Business Line Controller's and representatives from other service functions, and should be based on information available at the time the Watchlist is compiled each month, considering the nature and potential significance of the issues

### GENERAL REPORTING REQUIREMENTS

The Watchlist is compiled monthly at a Business Line level with an executive level summary of each issue communicated to Corporate Controller's. Each Business Line Controller's organization should develop Business Line specific process guidelines for Watchlist collection and functional management reviews. Business Line level guidelines/processes should include input from key Service Line (e.g. - Tax, Law, Treasurer's) and Business Line (e.g - Operations, Asset Management, Planning) contacts to ensure accuracy and completeness. Some examples of Watchlist items include:

- Tax Legislation, Royalty and Other Disputes
- Tax Effecting, Uplift and Worthless Security Deductions
- Provision/Restoration of Accrued Contingent Liabilities
- Litigation/Claims/Settlements
- Asset Management Items
- Bad Debt Losses
- Financing Issues
- Restructuring/Severance Programs
- Accounting Adjustments

The list noted above is not all-inclusive. Business Line Controller's discretion is required to consider the nature, significance, relevance and sensitivities of issues before adding items to or deleting items from the Watchlist.

Items should be reported to Corporate Controller's if they meet a +/- $10M after-tax earnings threshold.

Specific items deemed "sensitive" by the Law, Tax or Treasurer's Departments can be excluded from the Watchlist, but should be verbally communicated to Corporate Controller's if a +/- $10M potential earnings impact within the next six months exists.

ISSUED BY EXXON MOBIL CORPORATION

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_RAM 000004188
EMC_RAM 000000008

**App. 351**

Privileged and Confidential
Prepared in conjunction with counsel

## Appendix A – Watchlist
## Process

REPORTS MANUAL

| BULLETIN  117 | Earnings Watchlist Reporting - Corporate | REPORT 8050 |
|---|---|---|
| EFFECTIVE 1 1 2014 | | PAGE 2 |

### OTHER REPORTING GUIDANCE

**Litigation:** Law conducts quarterly reviews of litigation matters with Controller's representatives from all Business Lines. During these reviews, Controller's obtain guidance from Law to determine if any new litigation items should be on the Watchlist, considering the possibility of a –/- $10M earnings impact and the sensitivity of the items. Controller's should also discuss any litigation items that are currently on the Watchlist with Law, to ensure alignment on whether the issues should be on the list and descriptions of the issues. Processes should also exist to ensure that sudden or unanticipated changes to litigation items are timely communicated to Controller's. Litigation matters with an anticipated earnings impact greater than –/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Law).

**Tax:** Business Line Controller's should have established processes to ensure applicable Tax Department representatives periodically review the Watchlist and offer guidance on potential tax items. Three broad categories of tax issues and recommended handling are noted below:

Potential Changes to Existing Laws should generally be added to the Watchlist when announcement of potential changes have a high likelihood of approval and if the potential impact is likely to exceed –/- $10M

Tax Litigation / Claims should follow the general guidance for Litigation items noted above. Financial reserves for tax litigation or claims should be added to the watchlist prior to the month they are booked. After the reserve for a tax litigation or tax reserve issue that has been tracked on the Watchlist has been booked, the item can be removed from the Watchlist. The settlement/payment status of the reserve should be monitored. If it becomes apparent that the settlement/payment will be for an amount that differs from the reserve by +/- $10M (after-tax), the issue should be added to the Watchlist again. Items with an anticipated earnings impact greater than +/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Tax)

Tax Adjustments (current or prior year) should be added to the Watchlist when the earnings impact can be reasonably estimated, and is expected within the next six months (exceeding –/- $10M). Routine Upstream tax true-ups due to revisions of estimated prices or cost recoveries (potentially exceeding –/- $10M) can be added to the Watchlist at the discretion of Business Line Controller's.

(Note: Information utilized by Controller's to update the U.S. tax reserve on the Watchlist is provided separately by Tax Department personnel.)

**Treasurer's:** Business Line Controller's processes should ensure financing or other Treasurer's activities that will likely result in earnings impacts of +/- $10M are appropriately reflected on the Watchlist

ISSUED BY EXXON MOBIL CORPORATION

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_RAM 000004489
EMC_RAM 000000009

**App.352**

Privileged and Confidential
Prepared in conjunction with counsel

Appendix A – Watchlist
Process

REPORTS MANUAL

| BULLETIN  1172 | Earnings Watchlist Reporting - Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 11/2014 | | PAGE 3 |

### REQUIRED DATA ELEMENTS

For each watchlist item, the following information should be provided to Corporate Controller's.

- Date added to the Watchlist.
- Estimated earnings impact or range.
  - To-Be-Determined (TBD) is acceptable in limited situations.
  - If the earnings impact falls below the +/-$10M threshold, then in the first month add "This item has fallen below the Corporate watchlist threshold and will be removed next month." The item is then removed from the Corporate watchlist in the following month.
- Estimated timing of earnings recognition (Mo/Yr, Qtr/Yr, Year or Year+)
  - All watchlist items must contain a best estimate of event timing. In order to reasonably estimate the watchlist event timing, it is necessary to understand what action or event will "trigger" the recording of an earnings impact.
  - If the triggering event is more likely than not (>50% chance) to occur in a specific period (month, quarter or current year), report the timing as the specific period (i.e. May 2014).
  - If there is less than 50% likelihood that the triggering event will occur in a specific period (month, quarter or current year), but occurrence is a possibility in the current year, report the timing as current year+ (i.e. 2014+)
  - If there is low or no possibility that the triggering event will occur in the current year, report the timing as next year+, or whatever quarter / year when probable, if known.
- Executive summary (key information without undefined acronyms or abbreviations).
  - Summaries should be clear and concise
  - Summaries should identify both the triggering event and the rationale for timing to assist the reader in understanding how the item will unfold (i.e. The earnings impact will be recorded in 4Q 2014 following management approval of the proposed settlement.)

Completed items should be noted in the month of resolution and deleted the following month. In some cases, previously deleted items may be added back to the Watchlist.

### FREQUENCY AND DUE DATES

Business Line Controller's organizations should compile and review functional watchlists during the period weekday 1 through weekday 5 each month and submit Business Line level summaries to Corporate Controller's by close of business on weekday 6.

ISSUED BY EXXON MOBIL CORPORATION

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

**App 353**

EMC_PEP 100004790
EMC_RAM 000000010

Privileged and Confidential
Prepared in conjunction with counsel

Appendix B – 2015 XTO Asset
Recoverability Review

See attached

Reviewed with R.W.Tillerson October 29,
2015

Reviewed with PwC November 11, 2015

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

**App. 354**

EMC_SEP 109004791
EMC_RAM 000000011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



*Proprietary*

November 2015

# XTO Asset Recoverability Review

Energy lives here·

EMC_SEC 100004192
EMC_RAM 000000012

**App. 355**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Agenda

- Energy Outlook                          Bill Colton

- Price Bases                             Bill Colton

- XTO Business Update                     Randy Cleveland

- Accounting Standards                    Steve Abrahams

- Asset Carrying Value                    Steve Abrahams

- Unproved Acreage Assessment             Steve Abrahams

- Wrap-Up                                 David Rosenthal

**ExxonMobil**

Proprietary    2

EMC_SEC 100004193
EMC_RAM 00000013

**App. 356**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004194
EMC_RAM 000000014

# Energy Outlook

ExxonMobil

Proprietary   3

**App. 357**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Energy Outlook Themes

- Energy is fundamental to our standards of living

- The scale of the energy industry is huge and growing

- The Non OECD leads in GDP growth and living standard improvements

- Economics and policies impact fuel mix

- Fossil fuels dominate through 2050

- Natural gas demand grows more than any other energy source

- Global trade is critical to meet demand

- Technology has the highest potential and greatest uncertainty

**ExxonMobil**

Proprietary    4

EMC_SEC 100004195
EMC_RAM 00000015

**App. 358**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Global Economy Rebalances



EMC_SEC 100004196
EMC_RAM 000000016

**Ex**x**onMobil**

Proprietary     5

**App. 359**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 100004197
EMC_RAM 000000017

**App. 360**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Sector Demand



**Energy Demand by Sector**

MBDOE

EMC_SEC 10004198
EMC_RAM 000000018

**Ex**x**onMobil**

Proprietary        7

**App. 361**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Power Generation Fuel Choices



**2030 Startup – United States**
2015 cents/kWh

EMC_SEC 100004199
EMC_RAM 000000019

**App. 362**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Global Demand

**2050 By Fuel**
MBDOE



Average Growth / Yr.
2010 - 2050

0.7%

0.6% — Oil
1.2% — Gas
-0.2% — Coal
2.0% — Nuclear
0.2% — Biomass
4.9% — Solar / Wind / Biofuels
1.3% — Hydro / Geo

2010

**ExxonMobil**

Proprietary    9

EMC_SEC 100004200
EMC_RAM 000000020

**App. 363**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004201
EMC_RAM 000000021

# Liquids Production



**By Region**
MBDOE

**By Type**
MBDOE

ExxonMobil

Proprietary    10

**App. 364**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004202
EMC_RAM 00000022



# Liquids Future Cost of Supply

**App. 365**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



# Third Party Crude Price Outlooks

EMC_SEC 100004203
EMC_RAM 00000023

**App. 366**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004204
EMC_RAM 00000024

# Natural Gas Demand and Supply



**Natural Gas Demand by Sector**
BCFD

**By Production Type**
BCFD

**ExxonMobil**

Proprietary    13

**App. 367**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004205
EMC_RAM 00000025



**App. 368**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004206
EMC_RAM 00000026

# U.S. Natural Gas Future Cost of Supply



ExxonMobil

Proprietary    15

**App. 369**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION HIGHLY CONFIDENTIAL

EMC_SEC 10004207
EMC_RAM 00000027

# Third Party Henry Hub Price Outlooks



$2015/MBTU

EIA

Wood Mackenzie

PIRA

IHS-CERA

$4/MBTU (2015$)
Mid-point of Opportunity
Evaluation Cases

**ExxonMobil**

Proprietary    16

**App. 370**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases

ExxonMobil

Proprietary    17

EMC_SEC 10004208
EMC_RAM 00000028

**App. 371**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Guidance

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast…corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes.
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities.

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

**ExxonMobil**

EMC_SEC 10004209
EMC_RAM 00000029

**App. 372**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases



**Brent Crude – Nominal $/BBL**

**Henry Hub Gas – Nominal $/MBTU**

Legend:
- Actuals
- 12' Financial
- 13' Financial
- 14' Financial
- 15' Financial
- 2+ Yr Analysis
- Opportunity Cases

Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

**ExxonMobil**

Proprietary    19

EMC_SEC 100004210
EMC_RAM 000000030

**App. 373**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# XTO Business Update

ExxonMobil

EMC_SEC 100004211
EMC_RAM 000000031

20

**App. 374**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Merger Objectives

- Provide material, high-quality addition to resource base
  - 45 TCFE addition to resource base at < $1/KCFE
  - Significant upside and material positions in several unconventional resource types
  - Large, low-risk drilling inventory with flexibility to respond quickly to changes in business environment

- Establish premier global unconventional resource company
  - Experienced and talented workforce; top-tier operator across multiple play types
  - Foundation for future growth and scale with quality bolt-on acquisitions and global unconventional pursuits

- Combination of EM and XTO will enhance resource and shareholder value
  - Proven capabilities to develop resource types leveraging full value chain integration
  - Opportunity to further enhance financial and operating performance and diversify portfolio
  - Financial strength to grow competitive advantage through business cycles
  - Deliver competitive advantage combining resource development and technology
  - Combine best of cultures and strengths

**Ex**x**onMobil**

Proprietary    21

EMC_SEC 100004212
EMC_RAM 00000032

**App. 375**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION HIGHLY CONFIDENTIAL

# Post-Merger Highlights

- Significant growth in quality XTO portfolio from 45 ➜ 139 TCFE
  - Consolidated large portion of EM U.S. L48 assets into XTO portfolio
  - Executed multiple quality acquisitions further enhancing value
  - Increased drilling inventory to over 50k wells

- Delivering value as industry-leading unconventional resource developer
  - Increased production in XTO: 85 ➜ ~260 KBD liquids; 2.4 ➜ ~2.7 BCFD gas
  - Maintained position as low cost and efficient operator
  - Extended operations to Canada and Argentina; supporting assessment of global unconventional opportunities

- Positioned for the future
  - Improving well performance & reducing cost through technology & operating practices
  - Capturing market savings and operating efficiencies in low-price environment
  - Utilizing ExxonMobil technology & financial strength to retain and grow low-cost resource base
  - Developing organization capability and capacity for future growth

**ExxonMobil**

Proprietary    22

EMC_SEC 10004213
EMC_RAM 00000033

**App. 376**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# XTO Organization



- 8 operating Divisions
  - 14 States
  - Canada
  - Argentina
- 100+ field offices
- ~5,000 employees
- ~11 Million acres
- 30k+ op. wells
- Multiple processing facilities

**ExxonMobil**

Proprietary    23

EMC_SEC 100004214
EMC_RAM 00000034

**App. 377**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Quality Portfolio



Source: Wood Mackenzie

**ExxonMobil**

Proprietary    24

**App. 378**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Model

- Industry-leading expertise in all elements of the value chain
- Regional field organizations with central/global support



**Exploration**  **Land and Drilling**  **Completion**  **Development**  **Infrastructure**  **Marketing**

Support from EM URC &
Global Technical Experts

Support to International
Unconventional Opportunities

**ExxonMobil**

Proprietary    25

EMC_SEC 100004216
EMC_RAM 00000036

**App. 379**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Value Chain Integration



Western Canada

Bakken

Joliet

Permian

U.S. Gulf Coast

━━━ Pipeline
------- Rail

- Investments positioned to optimize Upstream and Downstream returns

- Flexibility to process advantaged feedstocks

- Capturing uplift from ethane and other NGLs

**ExxonMobil**

Proprietary    26

EMC_SEC 100004217
EMC_RAM 00000037

**App. 380**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Enhancing Quality Portfolio





EMC_SEC 100004218
EMC_RAM 00000038

**ExxonMobil**

Proprietary    27

**App. 381**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 10004219
EMC_RAM 00000039

# Resource Development



**App. 382**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Efficiency Capture





EMC_SEC 100004220
EMC_RAM 000000040

**ExxonMobil**

Proprietary 29

**App. 383**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Productivity Enhancement

### Completion Optimization - Haynesville



Rate, KCF per 1,000 feet

# Frac Stages
Quad
Double
Single

Time (days on production)



Cost per stage

EMC_SEC 100004221
EMC_RAM 000000041

ExxonMobil

Proprietary     30

**App. 384**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Industry Leader in Development Cost



**3-year Average E&D Costs**

$/boe

Companies: Anadarko, Apache, Chesapeake, Devon, EOG, Hess, Marathon, Occidental

**Permian Drilling Rig Day Rate**

$K

**ExxonMobil**

Proprietary    31

EMC_SEC 100004222
EMC_RAM 000000042

**App. 385**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Industry Leader in Operating Cost



EMC_SEC 100004223
EMC_RAM 00000043

**ExxonMobil**

Proprietary    32

**App. 386**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



# Leveraging Technology

EMC_SEC 100004224
EMC_RAM 00000044

**App. 387**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION

HIGHLY CONFIDENTIAL



# Highgrading Resource Base

EMC_SEC 10000004225
EMC_RAM 000000045

**ExxonMobil**

Proprietary    34

**App. 388**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Delivering Value



- +15% gas, +200% liquids production since merger
- Utilizing portfolio flexibility to grow profitable volumes
  - Rig allocation: 25% liquids focus (1Q 2011), 90% liquids focus (current)
- Significant resource base underpins future growth opportunity

**ExxonMobil**

Proprietary     35

EMC_SEC 100004226
EMC_RAM 00000046

**App. 389**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION HIGHLY CONFIDENTIAL

# Our Journey So Far…

| XTO Improvements | June 2010 | | Current |
|---|---|---|---|
| **Workforce LTIR** (lost time incidents/200k hrs) | ~0.5 | 70% improvement | ~0.14 |
| **Operating Divisions** | 5 | +60% | 8 |
| **Employees** | 3,300 | +50% | ~5,000 |
| **Resource** (GOEB) | 8 | +200% | 23 |
| **Acreage** (Million) | 5 | +110% | 11 |
| **Gas Production** (MCFD) | ~2,375 | +15% | ~2,700 |
| **Liquids Production** (KBD) | 85 | +200% | ~260 |

**ExxonMobil**

Proprietary    36

EMC_SEC 10004227
EMC_RAM 000000047

**App. 390**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Significant Competitive Advantage

- Organizational capability

- Significant/diverse resource base

- Industry leadership

- Value chain integration

- Technology







**ExxonMobil**

Proprietary    37

EMC_SEC 100004228
EMC_RAM 00000048

**App. 391**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Accounting Standards

ExxonMobil

EMC_SEC 10004229
EMC_RAM 00000049

38

**App. 392**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

*Proprietary*

# Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets

  - Step 1: Determination of a Triggering Event: An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2: If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3: If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

- Unproved properties require periodic tests to determine potential impairment

  - Significant unproved properties should be individually assessed

  - Where EM assesses individual properties, calculation considers chance of success & remaining lease term

  - When not practical to assess property-by-property, standard prescribes assessment as a group

  - Where groups of property are amortized, calculation considers lease terms of the properties, average holding periods, and historical experience of successful and unsuccessful leases

**ExxonMobil**

*Proprietary*    39

EMC_SEC 10000004230
EMC_RAM 000000050

**App. 393**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Asset Carrying Value

**ExxonMobil**

EMC_SEC 100004231
EMC_RAM 000000051

40

**App. 394**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Methodology

- Undiscounted pre-tax cash flows estimated to confirm remaining value > net book value
  - Fields assumed shut in once cash opex permanently exceeds revenues
  - Shallow production continues to produce (even if cash negative) until ~50% of deep rights drilled

- Analysis conducted using inputs and tools consistent with XTO plan process
  - Technical assumptions from reservoir engineering and operating divisions
  - Plan models and trending assumptions consistent for past three years
  - Additional granularity for Non-Op and Gathering Subs typically planned at total level

- Results initially calculated by Operating Division
  - Consistent with plan development and operating stewardship (Volumes, Capex)
  - Lowest operating level with fully identifiable field revenue & cost forecasts (e.g. Ship or Pay)
  - Extended the analysis to the field level, similar to the 2012 and 2014 assessments

- Commodity price basis consistent with Company Plan
  - Realized prices include historical discount for location and quality differentials
  - Processing & transportation costs and midstream revenues included per historical trends
  - Unused portion of Ship or Pay obligations included by Operating Division

ExxonMobil

Proprietary    41

EMC_SEC 100004232
EMC_RAM 00000052

**App. 395**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Key Assumptions

- Risked resource base, well inventory and type curves provided by technical team
  - Well recoveries reduced over time representing move to tier-two acreage

- Capex spend profile aligned with preliminary XTO plan basis
  - ~60% of 50k operated well inventory drilled within 30 years
  - Includes four years of D&C cost efficiencies (offset inflation), consistent with XTO plan
  - Facilities and midstream investment allocated as % of D&C spending

- Cash opex assumptions consistent with XTO plan basis
  - Base opex split into fixed and variable components; unit rate increases as volumes decline
  - Additional opex added for new wells based on technical team assessment
  - Declining plays find efficiencies to offset non-SWB/OH inflation, consistent with historical performance
  - Includes overheads allocated to wells (e.g. COPAS), but not G&A held at headquarters level

- Non-Op forecasts consistent with XTO plan; include similar trending as Op plays

- Multiple layers of conservatism embedded in results; items excluded from analysis:
  - ~40% of economic well inventory and extensions of existing resource base (e.g. additional horizons)
  - Step-change D&C cost reductions from switching to full development / pad drilling in gas plays
  - Value of flexibility to accelerate / decelerate activity & shift resource types in response to market conditions

ExxonMobil

Proprietary    42

EMC_SEC 10004233
EMC_RAM 00000053

**App. 396**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Results

| Division | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Appalachia | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| Eastern | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Fort Worth | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Midcontinent | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Permian | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Canada | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Total | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

| Division | Results through 2055 ($G) | | |
|---|---|---|---|
| | NCF | Book Value | Delta |
| Appalachia | 18.6 | 8.2 | 10.3 |
| Eastern | 34.6 | 13.9 | 20.7 |
| Fort Worth | 20.5 | 11.0 | 9.5 |
| Midcontinent | 29.2 | 9.6 | 19.6 |
| Permian | 69.6 | 8.1 | 61.5 |
| Western | 55.0 | 12.4 | 42.7 |
| Canada | 19.8 | 4.6 | 15.2 |
| Total | 247.3 | 67.7 | 179.6 |

- **Undiscounted cash flow exceeds NBV in all divisions**
  - Book value includes proved and unproved acreage

- **Discretionary gas drilling begins in 2019**
  - Strong economics will attract capital within EM Upstream portfolio
  - Flexibility to accelerate / defer drilling as market conditions warrant

- **Drilling through 2045 for purposes of this analysis**
  - Remaining economic well inventory adds safety margin to results
  - NCF tested through field life (~2075 max.) and through 2055

**ExxonMobil**

EMC_SEC 100004234
EMC_RAM 000000054

**App. 397**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Detailed Results

| | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| **Canada** | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Montney | 53.8 | (13.8) | (18.0) | 21.9 | 3.7 | 18.2 | 1,149 | 1,722 | 67% | 4.8 | 6.9 | 69% |
| Duvernay | 8.7 | (3.2) | (3.2) | 2.3 | 0.9 | 1.4 | 333 | 515 | 65% | 1.0 | 1.1 | 90% |
| **Appalachia** | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| **Eastern** | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Freestone | 43.6 | (18.5) | (17.5) | 7.6 | 5.1 | 2.5 | 3,361 | 4,002 | 84% | 6.1 | 7.9 | 77% |
| Haynesville | 52.4 | (13.2) | (16.8) | 22.5 | 6.8 | 15.7 | 1,111 | 3,202 | 35% | 8.4 | 12.9 | 65% |
| East Texas | 21.5 | (11.1) | (3.2) | 7.2 | 1.5 | 5.7 | 2,003 | 3,465 | 58% | 1.7 | 3.3 | 51% |
| Cotton Valley | 1.2 | (0.6) | (0.0) | 0.6 | 0.3 | 0.3 | 4 | 4 | 100% | 0.2 | 0.2 | 100% |
| Central LA | 0.5 | (0.2) | (0.0) | 0.2 | 0.2 | 0.0 | 60 | 60 | 100% | 0.0 | 0.0 | 100% |
| **Fort Worth** | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Barnett | 47.6 | (21.6) | (11.2) | 14.7 | 10.1 | 4.6 | 2,816 | 2,973 | 95% | 8.0 | 8.3 | 97% |
| South Texas | 32.1 | (9.3) | (9.0) | 13.8 | 0.8 | 12.9 | 858 | 1,103 | 78% | 3.9 | 4.1 | 95% |
| **Midcontinent** | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Fayetteville | 26.7 | (9.1) | (9.5) | 8.1 | 4.6 | 3.5 | 1,941 | 3,196 | 61% | 5.2 | 7.9 | 65% |
| Woodford | 71.3 | (18.6) | (27.8) | 24.8 | 4.5 | 20.4 | 2,793 | 4,573 | 61% | 9.9 | 13.6 | 73% |
| Arkoma Other | 1.0 | (0.7) | 0.0 | 0.4 | 0.3 | 0.1 | 0 | 14 | 0% | 0.3 | 0.3 | 94% |
| Anadarko | 1.0 | (0.6) | 0.0 | 0.4 | 0.2 | 0.2 | 0 | 232 | 0% | 0.1 | 0.2 | 66% |
| **Permian** | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Permian | 136.4 | (43.7) | (24.5) | 68.3 | 8.0 | 60.3 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| San Juan CO2 | 1.7 | (0.4) | 0.0 | 1.3 | 0.1 | 1.2 | | | | | | |
| **Western** | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Bakken | 77.1 | (19.2) | (18.2) | 39.7 | 6.8 | 32.9 | 2,159 | 2,246 | 96% | 6.2 | 6.4 | 97% |
| Uintah | 13.9 | (5.2) | (5.0) | 3.7 | 1.9 | 1.8 | 682 | 1,011 | 67% | 2.2 | 2.5 | 86% |
| Piceance | 97.1 | (33.5) | (41.0) | 22.5 | 1.9 | 20.6 | 4,680 | 11,708 | 40% | 10.5 | 26.0 | 40% |
| San Juan | 4.6 | (2.5) | (0.7) | 1.4 | 0.6 | 0.8 | 137 | 633 | 22% | 1.0 | 1.3 | 80% |
| Green River | 1.3 | (0.8) | 0.0 | 0.5 | 0.3 | 0.2 | 0 | 0 | 0% | 0.2 | 0.2 | 100% |
| Raton | 8.6 | (2.8) | (3.7) | 2.0 | 0.9 | 1.2 | 612 | 675 | 91% | 1.3 | 1.4 | 90% |
| **Total** | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

* Ship or Pay included in Division totals, but not in DDA pools

** San Juan CO2 DDA pool assets primarily comprised of McElmo Dome and other non-operated properties (lead XTO contact in Permian division)

ExxonMobil

EMC_SEC 100004235
EMC_RAM 000000055

**App. 398**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Unproved Acreage Assessment

**ExxonMobil**

EMC_SEC 10004236
EMC_RAM 00000056

45

**App. 399**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Key Considerations

- ~90% of U.S. acreage and ~60% of Canada acreage is held-by-production (HBP)
  - Significant unproved book value on down-spacing or infill drilling
  - Flexible long-term development plan to realize value from high-quality, low-cost resource base

- Remaining acreage is non-producing
  - Lease term typically 3-5 years with option to extend with production or additional payment
  - Reservoir and Land departments continually monitor upcoming lease expirations to determine appropriate action
  - Annual capex budget allocates funds for lease extension payments and drilling to hold leases

- 2011-15: $1-2G p.a. transfer from unproved to proved assets based on ~$4G p.a. D&C capex

**ExxonMobil**

Proprietary    46

EMC_SEC 100004237
EMC_RAM 00000057

**App. 400**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Amortization Methodology

$$\text{Annual Amortization} = \frac{\text{Net Value} \times \text{Risk \%}}{\text{Average Years to Drill}}$$

- Amortization intended to cover potential relinquishment or non-development of unproved acreage
  - Amortization updated annually
  - Historically, cumulative amortization has been higher than relinquishments
  - Current accumulated reserve balance of $426M

- Calculated at DDA pool level with development plan inputs from technical team
  - Current view of planned drill wells and average recovery per well consistent with annual reserves review
  - Volumes from development program compared with unproved resource base to determine risk % (min. 10%)
  - Years to drill based on development plans (20 year cap)

**ExxonMobil**

Proprietary    47

EMC_SEC 100004238
EMC_RAM 000000058

**App. 401**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Unproved Balance Progression



**U.S. Unproved Balance ($G)**

| | Merger | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 Outlook |
|---|---|---|---|---|---|---|---|
| | 22.4 | 23.3 | 24.1 | 24.3 | 22.3 | 22.5 | 21.7 |
| Cum. Transfer to Proved: | | 0.1 | 2.2 | 3.4 | 5.5 | 6.4 | 7.3 |
| Cum. Amortization: | | 0.2 | 0.4 | 0.6 | 0.8 | 0.9 | 1.0 |

Legend: Transfers from EM, Net acquisitions, Original balance

- Unproved balance ↓35%+ since merger (excl. net acquisitions) driven by transfers to PUD
- Acquisitions represent high quality, low-cost resource in major unconventional plays
  - Permian, Bakken, Haynesville, Marcellus, Oklahoma
- Amortization methodology appropriate given high HBP % and future development plans
  - Cumulative amortization exceeds total relinquished acreage
- Since the merger, U.S. resource base +185% while the unproved value is down $700M

**ExxonMobil**

Proprietary    48

EMC_SEC 100004239
EMC_RAM 000000059

**App. 402**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Wrap-Up

**ExxonMobil**

EMC_SEC 100004240
EMC_RAM 000000060

49

**App. 403**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Summary

- EM uses a robust / thorough process for near-term operating and long-term investment plans
  - Energy Outlook underpins assessment of multi-decade investments
  - Understanding of future energy supply / demand is critical
  - Company Plan reflects input from affiliates that culminates in review and alignment with senior management

- XTO results delivering on the expectations of the merger
  - Significant progress on core fundamentals of safety, OIMS and controls
  - Rapid growth and diversification of resource base and production, continuous improvement in capital and operating cost efficiencies and well productivity
  - Dynamic, entrepreneurial organization utilizing best technology / operating practices

- High quality, low-cost, diverse resource base for long-term development
  - Majority HBP acreage, remainder with planned capex to hold/extend leases
  - Flexibility to accelerate / defer activity as conditions warrant
  - No indication that producing property or unproved acreage is impaired

ExxonMobil

Proprietary    50

EMC_SEC 100004241
EMC_RAM 00000061

**App. 404**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Appendix

EMC_SEC 100004242
EMC_RAM 00000062

ExxonMobil

Proprietary    51

**App. 405**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases

|  | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
|  | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

ExxonMobil

Proprietary     52

EMC_SEC 100004243
EMC_RAM 00000063

**App. 406**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# XTO Book Value & Cash Flow

- Book value includes:
  - Proved properties: Acquisition and Development balances plus Asset Retirement Costs
  - Gathering subsidiaries
  - Work in Progress
  - Unproved

- Revenue includes:
  - Product realizations, including historical discounts for location/quality (% based)
  - Processing/transportation costs and midstream revenue per historical trends ($/kcfe, inflated)
  - Unused portion of Ship or Pay obligations included by Operating Division

- Cash opex includes:
  - Field opex, including overheads charged to wells (e.g. COPAS)
  - Well work
  - Energy
  - Product/Property taxes

- Capex includes:
  - Drilling and Completion cost for new wells
  - Other Program (facilities, midstream, capital workovers, buildings/IT, rentals, seismic)

**ExxonMobil**

Proprietary    53

EMC_SEC 100004244
EMC_RAM 00000064

**App. 407**

Privileged and Confidential
Prepared in conjunction with counsel

Appendix C – 2015 Upstream
Recoverability Review
North America x-XTO

See attached

Reviewed with
PwC December, 2015

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004245
EMC_RAM 000000065

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



*Proprietary*



November 2015

# Upstream Asset Recoverability Review

Energy lives here

EMC_SEC 100004246
EMC_RAM 00000066

App. 409

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets

  - Step 1:  Determination of a Triggering Event:  An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2:  If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3:  If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

**ExxonMobil**

*Proprietary*

2

EMC_SEC 100004247
EMC_RAM 00000067

**App. 410**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Business Guidance - Planning and Budgeting

- Impairment tests as well as adhoc studies used to support asset recoverability, incorporate the Corporation's price assumptions developed in the annual planning and budgeting process

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast...corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

**ExxonMobil**                                          *Proprietary*                                          3

EMC_SEC 100004248
EMC_RAM 00000068

**App. 411**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# 2015 Asset Recoverability Review

- Reviewed performance of Upstream producing assets across the globe at a country level

  - Used book profit after tax for 1H 2015 to identify candidates for further analysis

  - Countries with a book losses after tax were selected for profitability studies

- All Upstream producing countries, individually generated book profits after tax for 1H 2015 except for the U.S.

  - U.S. book loss after tax for 1H 2015 $(258)M, driven by XTO

  - Canada country profits after tax for 1H 2015 were +$52M, however Canada West for 1H 2015 recorded a book losses after tax of $(42)M

- Upstream producing assets within both the U.S. and Canada selected for further analysis:

  - U.S. - XTO

  - U.S. - U.S. Production

  - Canada West - Kearl

- Conclusion: No indication that assets are impaired

**ExxonMobil**                                    *Proprietary*                                    4

EMC_SEC 100004249
EMC_RAM 00000069

**App. 412**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Profitability History – Upstream Producing Assets

## Production Operating Earnings

| ($M) | Quarterly History | | | | | Annual History | | |
|---|---|---|---|---|---|---|---|---|
| | 1H'15 | 2Q15 | 1Q15 | 4Q14 | 3Q14 | 2014 | 2013 | 2012 |
| ANGOLA | 358 | 193 | 165 | 275 | 415 | 1,610 | 1,606 | 1,784 |
| AUSTRALIA | 74 | 46 | 28 | 72 | 181 | 435 | 449 | 633 |
| AZERBAIJAN | 23 | 18 | 5 | 3 | 72 | 200 | 316 | 377 |
| CANADA - EAST | 94 | 25 | 69 | 107 | 97 | 591 | 695 | 1,907 |
| CANADA - WEST | (42) | 75 | (117) | 179 | 372 | 1,145 | 1,113 | |
| CHAD | 19 | 12 | 7 | 33 | 53 | 211 | 305 | 439 |
| EQUATORIAL GUINEA | 65 | 45 | 20 | 53 | 145 | 454 | 565 | 612 |
| GERMANY | 124 | 48 | 76 | 98 | 88 | 405 | 503 | 585 |
| INDONESIA | 58 | 39 | 19 | 3 | 47 | 222 | 300 | 381 |
| IRAQ | 39 | 18 | 21 | 14 | (2) | 17 | 60 | 60 |
| KAZAKHSTAN | 426 | 200 | 226 | 294 | 537 | 1,942 | 2,103 | 1,923 |
| MALAYSIA | 176 | 97 | 79 | 130 | 150 | 620 | 862 | 876 |
| NETHERLANDS | 370 | 57 | 313 | 318 | 207 | 1,204 | 1,586 | 1,581 |
| NIGERIA | 392 | 221 | 171 | 297 | 542 | 1,876 | 2,218 | 2,681 |
| NORWAY | 294 | 151 | 143 | 239 | 258 | 1,163 | 1,420 | 1,599 |
| PAPUA NEW GUINEA | 328 | 110 | 218 | 269 | 214 | 558 | 43 | 61 |
| QATAR | 2,570 | 1,224 | 1,346 | 1,580 | 1,949 | 8,111 | 8,478 | 8,580 |
| RUSSIA | 157 | 83 | 74 | 149 | 180 | 869 | 909 | 1,013 |
| U.K. | 101 | 54 | 47 | 1 | (11) | 44 | 158 | 254 |
| UNITED ARAB EMIRATES | 111 | 61 | 50 | 113 | 84 | 343 | 290 | 90 |
| UNITED STATES | 372 | 224 | 148 | 373 | 639 | 2,663 | 3,313 | 3,673 |
| XTO - UNITED STATES | (630) | (247) | (383) | 82 | 371 | 1,400 | 711 | (228) |
| REST OF WORLD | (10) | (26) | 16 | (18) | 30 | 80 | 151 | 198 |
| TOTAL | 5,469 | 2,728 | 2,741 | 4,664 | 6,618 | 26,163 | 28,154 | 29,079 |

EMC_SEC 100004250
EMC_RAM 000000070

ExxonMobil                    *Proprietary*                                    5

**App. 413**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

XTO - Profitability Study

# XTO

# Detailed Review under Separate Cover

**ExxonMobil**                    *Proprietary*

EMC_SEC 100004251
EMC_RAM 000000071

6

**App. 414**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## U.S. Production - Profitability Study

# U.S. Production

ExxonMobil

*Proprietary*

EMC_SEC 10000004252
EMC_RAM 00000072

**App. 415**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# U.S. Production – June YTD 2015 Profitability

## Major Producing U.S. Fields - June 2015 YTD

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G | Mix Gas % |
|---|---|---|---|---|---|---|---|
| LaBarge | 21 | 125 | 37.23 | 97 | 29.03 | 1.3 | 36% |
| Ursa | 9 | 8 | 4.87 | 35 | 21.63 | 0.4 | 4% |
| Hadrian South | 11 | 31 | 15.51 | 29 | 14.77 | 0.4 | 87% |
| SYU | 21 | (59) | (15.54) | (82) | (21.53) | 1.9 | 9% |
| Mobile Bay | 20 | 24 | 6.57 | (21) | (5.77) | 1.3 | 78% |
| Thunderhorse | 16 | (19) | (6.47) | (4) | (1.37) | 1.2 | 3% |
| Total | 98 | 110 | | 55 | | 6.5 | |
| Other EMOP + OBO | 46 | 183 | | (23) | | | |
| Total USP | 144 | 293 | | 33 | | | |

- SYU book losses not representative of the asset's performance
  - Field temporarily idled in June 2015 due to shut-in of third party pipeline that carries SYU products to market. Planned to restart in 2Q 2018

- Mobile Bay as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $1,284M are $4M greater than carrying value of $1,280M
  - Strong stewardship focus with continuous action to improve performance, including cost optimization initiatives

- Thunderhorse losses not representative of the asset's performance
  - Planned 45 day turnaround in 2Q15 and major non-recurring capex in 2015. Asset book positive in Jul., Aug., Sep.

ExxonMobil                                    *Proprietary*                                    8

EMC_SEC 100004253
EMC_RAM 00000073

**App. 416**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Canada West - Profitability Study

## Canada West

ExxonMobil                                    *Proprietary*

EMC_SEC 100004254
EMC_RAM 00000074

9

**App. 417**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Canada West – June YTD 2015 Profitability

## Major Producing Canada West Fields - June 2015 YTD

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G |
|---|---|---|---|---|---|---|
| Cold Lake | 140 | 290 | 11.45 | 270 | 10.65 | 3.5 |
| Norman Wells | 10 | 24 | 13.34 | 17 | 9.47 | 0.2 |
| Kearl | 110 | (162) | (8.11) | (187) | (9.37) | 18.3 |
| Syncrude | 57 | 12 | 1.17 | (21) | (2.00) | 4.4 |
| Other Minor Fields | 30 | 51 | 9.24 | (16) | (2.91) | n/a |
| Total Canada West | 347 | 216 | | 64 | | |

- Kearl as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $71G are $53G greater than carrying value of $18G


- Syncrude book losses not representative of the asset's performance
  - Mine in planned turnaround during April and May
  - Mine returns to profitable results in July and August

ExxonMobil                                 *Proprietary*

EMC_SEC 100004255
EMC_RAM 00000075

**App. 418**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Supplemental Material

**ExxonMobil**

*Proprietary*

EMC_SEC 10004256
EMC_RAM 00000076

**App. 419**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

**ExxonMobil**                    *Proprietary*                    12

EMC_SEC 100004257
EMC_RAM 00000077

**App. 420**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION

HIGHLY CONFIDENTIAL

# Price Bases

| | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

ExxonMobil                                   *Proprietary*                                   13

EMC_SEC 100004258
EMC_RAM 00000078

**App. 421**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# ExxonMobil Upstream Assets – Recoverability

- ExxonMobil has sustained an efficient Upstream capital base over several decades with assets not being carried in excess of their recoverable amount due to well established processes, including
  - Disciplined investment approach
  - Strong stewardship focus on achieving operational excellence which ensures prompt corrective action by management, including cost and volume optimization initiatives
  - Aggressive asset management program, including ad hoc studies of fields at the low end of the profitability seriatim, that has resulted in a long track record of profitable divestments

- Impairments and circumstances triggering impairment have been rare:
  - Significant decrease in market values of an asset group
  - Significant change in the utilization of an asset
  - Adverse legal factors
  - Significant construction cost overruns
  - History of operating and cash flow losses with similar forecasts for the future

- Adhoc studies incorporating the Corporation's price assumptions developed in the annual planning and budgeting process are used to support asset recoverability

**ExxonMobil**

*Proprietary*

14

EMC_SEC 100004259
EMC_RAM 00000079

**App. 422**

# Exhibit 20

**From:** Melocik, Sandra G
**Sent:** Wednesday, January 27, 2016 2:30 AM
**To:** Horne, Joseph M
**Subject:** 2015 10-K Potential Enhancements RWT - DSR Review with SGM pages
**Attachments:** 2015 10-K Potential Enhancements RWT - DSR Review with SGM pages.docx

The latest version – I revised the format so that there was more space allocated to the revisions.

**App. 423**

CONFIDENTIAL

EMC_RAM 000987142

# Exhibit 21

CONFIDENTIAL

**ExxonMobil**



May 7, 2015

# Upstream Assets Recoverability Discussion

Energy lives here™

Dallas Follow-Up:  Prepare for adhoc study, revert with proposal in May

EMC_RAM 001592975

**App. 424**

CONFIDENTIAL

# ExxonMobil Upstream Assets – Recoverability

- ExxonMobil has sustained an efficient Upstream capital base over several decades with assets not being carried in excess of their recoverable amount due to well established processes, including
  - Disciplined investment approach
    + Projects tested against a price range ($40/B - $120/B) to ensure they remain robust through business cycle
  - Strong stewardship focus on achieving operational excellence which ensures prompt corrective action by management, including cost and volume optimization initiatives
  - Aggressive asset management program, including ad hoc studies of fields at the low end of the profitability seriatim, that has resulted in a long track record of profitable divestments

Likely a challenge to maintain this position

- ExxonMobil's position on Upstream asset grouping for impairment analysis is at a country level

- Impairments and circumstances triggering impairment have been rare:
  - Significant decrease in market values of an asset group
  - Significant change in the utilization of an asset
  - Adverse legal factors
  - Significant construction cost overruns
  - History of operating and cash flow losses with similar forecasts for the future

- Recoverability of ExxonMobil's assets have received heightened scrutiny from both the SEC and PwC in recent years with low price environment
  - ExxonMobil does not view temporarily low prices as a trigger for conducting impairment testing
  - Adhoc studies and the Corporation's view of long-term price have been used as basis to successfully support recoverability

Temporarily: Management's judgment, look to Plan pricing
Low: Know it when see it

**Ex💠onMobil**

2

EMC_RAM 001592976

**App. 425**

# Recoverability of Upstream Assets – Adhoc Reviews

- In 2012, carrying value of U.S. natural gas assets confirmed as recoverable with temporary low prices
  - Adhoc study of most significant U.S. gas fields used as reasonable proxy for overall U.S. gas profitability for 1H12
  - Confirmed positive cash and book profit on a group basis. No impairment trigger
  - Additionally, performed undiscounted cash flow analysis for 5 out of 24 fields with 1H'12 book loss
  - Cash flows in excess of book value. No further impairment analysis
  - Data provided to PwC and no concerns with rationale or conclusions

    CF: 140M*, BV: 29M
    *120M a $1 off Plan price

- In 2013, the SEC requested an explanation as to why ExxonMobil did not believe that low U.S. natural gas prices were a 'triggering event'
  - SEC referenced comments made by ExxonMobil – "making no money on U.S…due to low prices"
  - ExxonMobil's response focused on the fact that prices should be considered over the longer term
    - Prices will continue to be driven by the fundamentals of market supply and demand
    - Long-term price views more stable and meaningful for future cash flows / market value
  - SEC accepted explanation with no further requests

- For year-end 2013, PwC requested a similar review to that conducted in 2012 on natural gas assets in the U.S.
  - No such review performed. Reiterated adhoc nature of profitability analysis
  - Demonstrated economic conditions more favorable overall when compared to 2012
  - PwC agreed with conclusion, but did request information on Company Plan process

**ExxonMobil**

3

CONFIDENTIAL

EMC_RAM 001592977

**App. 426**

CONFIDENTIAL

# Recoverability of Upstream Assets – Adhoc Reviews

- In 2014, PwC again requested a review of natural gas field profitability
  - Adhoc study of most significant U.S. and Canada gas fields used as reasonable proxy for overall North America
  - Confirmed positive cash and book profit on a group basis.  No impairment trigger
  - Additionally, performed undiscounted cash flow analysis for 1 out of 28 fields with 1H'14 book loss
  - Cash flows in excess of book value.  No further impairment analysis          Piceance:  CF 8B, BV 6B
  - PwC expressed no concerns with rationale or conclusions

- In 2015, PwC requested further analysis to confirm recoverability of assets in current low crude price environment
  - Reiterated XOM's view that temporarily low prices not deemed a trigger for conducting impairment testing
    - Long-term price views more stable and meaningful for future cash flows / market value
    - Current price environment has not changed our view of longer term market fundamentals or pricing assumptions
  - PwC requested meeting with Corporate Planning to discuss basis for XOM's long-term prices   80/B Brent & 4-6/gas
  - PwC expressed no concerns with recoverability of assets in current low crude price environment

- PwC likely to revisit with finalization of 2015 Plan prices

- Consider plans for further adhoc profitability studies pending finalization of 2015 Plan prices

ExxonMobil

4

EMC_RAM 001592978

**App. 427**

CONFIDENTIAL

# Profitability History of Production Assets

**Production Operating Earnings** Excls OEEs, Production/XTO only

| ($M) | Quarterly History | | | Annual History | | |
|---|---|---|---|---|---|---|
| | 1Q15 | 4Q14 | 3Q14 | 2014 | 2013 | 2012 |
| ANGOLA | 165 | 275 | 415 | 1,610 | 1,606 | 1,784 |
| AUSTRALIA | 28 | 72 | 181 | 435 | 449 | 633 |
| AZERBAIJAN | 5 | 3 | 72 | 200 | 316 | 377 |
| CANADA | (48) | 286 | 469 | 1,736 | 1,808 | 1,907 |
| CHAD | 7 | 33 | 53 | 211 | 305 | 439 |
| EQUATORIAL GUINEA | 20 | 53 | 145 | 454 | 565 | 612 |
| GERMANY | 76 | 98 | 88 | 405 | 503 | 585 |
| INDONESIA | 19 | 3 | 47 | 222 | 300 | 381 |
| IRAQ | 21 | 14 | (2) | 17 | 60 | 60 |
| KAZAKHSTAN | 226 | 294 | 537 | 1,942 | 2,103 | 1,923 |
| MALAYSIA | 79 | 130 | 150 | 620 | 862 | 876 |
| NETHERLANDS | 313 | 318 | 207 | 1,204 | 1,586 | 1,581 |
| NIGERIA | 171 | 297 | 542 | 1,876 | 2,218 | 2,681 |
| NORWAY | 143 | 239 | 258 | 1,163 | 1,420 | 1,599 |
| PAPUA NEW GUINEA | 218 | 269 | 214 | 558 | 43 | 61 |
| QATAR | 1,346 | 1,580 | 1,949 | 8,111 | 8,478 | 8,580 |
| RUSSIA | 74 | 149 | 180 | 869 | 909 | 1,013 |
| U.K. | 47 | 1 | (11) | 44 | 158 | 254 |
| UNITED ARAB EMIRATES | 50 | 113 | 84 | 343 | 290 | 90 |
| UNITED STATES | 148 | 373 | 639 | 2,663 | 3,313 | 3,673 |
| XTO - UNITED STATES | (383) | 82 | 371 | 1,400 | 711 | (228) |
| REST OF WORLD | 16 | (18) | 30 | 80 | 151 | 198 |
| **TOTAL** | 2,741 | 4,664 | 6,618 | 26,163 | 28,154 | 29,079 |

*Excludes Other Earnings Events*

**ExxonMobil**

EMC_RAM 001592979

5

**App. 428**

CONFIDENTIAL

# 2015 PwC Discussion

Key Principles Shared with PwC in 1Q 2015 Asset Recoverability Discussion

EMC_RAM 001592980

**ExxonMobil**

6

**App. 429**

CONFIDENTIAL

# Recoverability of Upstream Assets – PwC Summary

- Current crude price not deemed a trigger for testing of recoverability of ExxonMobil's assets

- No single event or combination of events has occurred that has changed our view that the current carrying value of ExxonMobil's hydrocarbon asset groups continues to be recoverable

- Life span of hydrocarbon assets measured in decades
  - Long-term price views more stable and meaningful for future cash flows / market value

- Markets for crude oil and natural gas have a history of significant price volatility
  - Despite occasional significant drops, prices over the long term continue to be driven by supply and demand

- ExxonMobil has a proven track record of weathering adverse economic conditions
  - ExxonMobil has sustained an efficient Upstream capital base over several decades

- Upstream impairments have been rare due to the effective execution of 3 well established practices
  - Disciplined investment approach
    + Projects tested against a price range ($40/B - $120/B) to ensure they remain robust through business cycle
  - Strong stewardship focus on achieving operational excellence which ensures prompt corrective action by management, including cost and volume optimization initiatives
  - Aggressive asset management program that has resulted in a long track record of profitable divestments

- Given long-term nature of the business, price assumptions used in annual planning and budgeting process are based on long-term market fundamentals
  - Current price environment has not changed our view of longer term market fundamentals or pricing assumptions

**ExonMobil**

EMC_RAM 001592981

**App. 430**

CONFIDENTIAL

# Historical Data



EMC_RAM 001592982

**ExxonMobil**

8

**App. 431**

CONFIDENTIAL

# Recoverability of Upstream Assets

PwC Summary - Support for Recoverability of Upstream Assets

EMC_RAM 00159983

ExxonMobil

9

**App. 432**

CONFIDENTIAL

# Recoverability of Upstream Assets

- Current crude price not deemed to be a trigger for testing of recoverability of ExxonMobil's assets

- Markets for crude oil and natural gas have a history of significant price volatility
  - Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand
  - On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments
  - OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth

- ExxonMobil does not view temporarily low prices as a trigger for conducting impairment testing

- An asset impairment is required when changes in circumstances indicate the carrying amount of a long-term asset may not be recoverable.  These circumstances include:
  - Significant decrease in market values of an asset group
  - Significant change in the utilization of an asset
  - Adverse legal factors
  - Significant construction cost overruns
  - History of operating or cash flow losses with similar forecasts for the future

- No single event or combination of events has occurred to change our view that the carrying value of ExxonMobil's hydrocarbon asset groups continues to be recoverable

ExxonMobil

EMC_RAM 001592984

10

**App. 433**

# Recoverability of Upstream Assets

- ExxonMobil's Upstream asset groups <u>have not</u> been subject to a significant decrease in market value

  - Life span of assets measured in decades

    + Value of assets predominately based on long term view of future commodity prices and production costs

    + Near term prices subject to fluctuation

    + Long-term price views more stable and meaningful for future cash flows and determining market value

- Assets <u>have not</u> undergone a significant adverse change in the extent or manner in which they are used or in their physical condition

  - Long-term production / development plans remain unchanged

- Assets <u>have not</u> undergone a significant adverse change in legal environment or action by a regulator

- Assets <u>have not</u> experienced an accumulation of project costs significantly in excess of the amount originally expected

- Assets <u>have not</u> and are not expected to results in current period operating losses, and do not have a history and forecast of operating or cash flow losses

**ExxonMobil**

11

**App. 434**

# Recoverability of Upstream Assets

- ExxonMobil has a proven track record of weathering adverse economic conditions

- ExxonMobil has sustained an efficient Upstream capital base over several decades

- Upstream impairments have been rare due to the effective execution of 3 well established practices
  - Disciplined investment approach
  - Strong stewardship focus on achieving operational excellence
  - Aggressive asset management program

- The key aspects of ExxonMobil's disciplined investment approach include:
  - Testing of project economics against a range of price scenarios ($40/B - $120/B)
    + ensures project economics remain robust throughout business cycle
    + recognizes historic oil and gas price volatility
  - Formal reappraisal to ensure projects effectively implemented and benefits delivered

- Rigorous stewardship of operations on a variety of operating and financial parameters ensures underperforming assets are identified early for corrective action by management
  - Improve reservoir performance through well bore enhancements, work-overs, debottleneck projects
  - Optimize operating cost through various initiatives including – "Changing the Way We Work", "Fit-for-Purpose"

- Assets that continue to underperform or approach end of field life included in asset management program
  - Annual screening of portfolio identifies potential production units/fields for divestment
  - Long track record of profitable Upstream asset divestments

**ExxonMobil**

12

**App. 435**

# Consideration of Plan Price

- ExxonMobil develops long-term price assumptions for use in annual planning and budgeting processes

- In this context, temporary means any changes in current or near term prices that do not result in a significant change to these long-term price assumptions, which the Corporation uses for capital investment decisions

- We rigorously assess the fundamentals of worldwide energy markets by region each year, seeking to identify long-term trends important to our business

- We base our internal planning and decision making on these assessments

- In our business where values are measured over decades, our focus is appropriately weighted more toward long-term market fundamentals than short term volatility considerations

- The current low price crude environment does not result in significant changes to these longer term market fundamentals or pricing assumptions

**ExxonMobil**

13

**App. 436**

CONFIDENTIAL

EMC_RAM 001592987

# Exhibit 22

PAGE 5-8 – IMPAIRMENT CONSIDERATIONS

Given the current price environment, impairment was an area of focus and effort for us this year and will likely continue to be so in 2016. We've been discussing this with management and with you throughout the year as prices have trended lower. Rather than just cover what is on the slides which were provided to you in advance, I wanted to have a conversation about what management did and what we considered as it relates to the impact of the current price environment on the recoverability of long-lived assets, in particular in the Upstream segment.

***Let's start with GAAP***

- An assessment for impairment is required whenever events or changes in circumstances indicate that the carrying amount of a long-lived asset may not be recoverable through either future operations or disposition. In commodity industries like oil and gas, movements in price are an important factor as they are one of the factors over which companies have the least control.

- The six conditions listed on slide 5 are the conditions in Accounting Standards Codification (ASC) 360 (Property, Plant & Equipment) which should be considered when determining whether an impairment trigger exists.

- If an impairment trigger is identified to exist, an assessment using undiscounted future cash flows must be performed. If the total undiscounted future cash flows of an asset are less than the carrying value of the asset, an impairment exists. In the event of an impairment, the discounted cash flows of the asset are compared to the carrying value to determine the extent of the write-down.

- This is the methodology required in the US for companies following the successful efforts method of accounting and it allows greater management latitude and judgment than permitted under the full cost method or under international financial reporting standards.

***So what did Management do in response to the current environment?***

- In general, the Corporation does not view temporarily low oil or gas prices or refinery or chemical margins as a trigger event for conducting impairment tests. For reference, crude oil prices were above $100 in June 2014 but are currently less than $30. Natural gas prices exceeded $4.50 in June 2014 but are presently close to $2.50. **Management believes the recent reduction in oil and gas prices is part of the commodity price cycle and does not constitute a triggering event.**

- Another key consideration, though not on its own an indicator of a trigger event, is whether Management makes changes to its investment plans or the planned price utilized in evaluating investment. In 2015 Management updated its plan price deck which resulted in lower plan prices for both crude and natural gas.

- As a result of the low price environment, the decrease in the Corporation's plan price deck, and certain locations which are generating losses, Management performed a deep dive analysis on Upstream assets to determine whether an impairment trigger exists. This analysis consisted of:

EMC_RAM 001602547

**App. 437**

CONFIDENTIAL

- Reviewing results of operations on a country-by-country basis to determine whether there are any countries where the Corporation is generating losses.  On a country-by-country basis globally thru September 30, all countries were generating positive GAAP earnings with the exception of Canada West / IOL and US Upstream (specifically US Production and XTO).

- On the basis of the above global profitability analysis, management performed an in-depth review of the losses in Canada, US Production and XTO to understand what was driving these losses (including whether any one-time earnings events were contributing).  After normalising earnings for one-time earnings events, the only remaining assets which still operated at a loss were XTO and Mobile Bay.

- For XTO and Mobile Bay, management performed a review of projected future cash flows to determine if an impairment trigger is present.  At the XTO level, this involved analysis of the undiscounted future cash flows on a play-by-play basis.  For each play (e.g., Woodford, Barnett, etc), Management utilised financial modelling, taking into consideration plan prices, future opex and capex, and the existing resource base to project undiscounted future cash flows.

- The Corporation's analysis supported the conclusion that the Upstream assets were recoverable and **no trigger had occurred.**

- Details regarding results of the XTO cash flow analysis included:

  - Coverage of $67.7 billion in book value of assets and

  - Total "headroom" across all plays was ~$219 billion

  - The forecast assumed drilling 59% of well inventory (~31k wells drilled) and producing 68% of the resource base (~139 tcfe)

  - Both proved and unproved reserves were included in the analysis

  - Of note was the fact that no play was underwater, all had an excess of future undiscounted cash flows greater than carrying value

***Key considerations and judgments made by management included***

- Making an assessment when events or changes in circumstances (i.e., trigger events) indicate that the carrying value of an asset may not be recoverable from its undiscounted cash flows;

  - Management has SOX key controls in place to review for trigger events at multiple levels in the organization.  The conditions management reviews for are largely consistent with the six conditions listed on the page five.

- Management must also determine the appropriate asset (or group of assets) to which the impairment test should be applied;

  - Generally the appropriate level at which to perform the impairment test is the lowest level of identifiable cash flows that are largely independent of other assets / groups of assets

EMC_RAM 001602548

**App. 438**

- When performing a trigger review, Management generally starts at a level above what is the likely CGU. This initial review is in consideration of how Management analyzes the business and stewards results at a Corporate level.

- Management must also develop estimates of future cash flows from the asset.

  - Estimates of future cash flows can serve two purposes: 1) as a tool for determining whether a trigger exists, and 2) as a means to determining the existence and extent of an impairment.

  - A number of assumptions go into projecting future cash flows, including price, costs / expense, and available reserves.

- On the topic of prices, management has a robust annual process, led by the Corporate Planning Group, to assess the market for supply and demand for oil and gas and refined products. This annual assessment ultimately culminates in the Corporation's Outlook for Energy, but is also the underpinning of the criteria by which Management judge the performance of assets. Using the Corporation's view of supply and demand globally, the Corporate Planning Group develops the Company Plan Prices. These are the prices which are used in making investment decisions (both for new investment and continued investment in existing projects). Additionally, these are the prices used in projecting future cash flows to determine whether a change in market prices is an impairment trigger.

- As a result of this process, ExxonMobil plan prices were updated in 2015 which included decreases to the near-term projections and a $1.10 decrease in the long-term view of the price of natural gas.

- ExxonMobil's plan prices are generally consistent with price projections prepared expert external parties, such as IEA or EIA. ExxonMobil's prices are reasonable and consistent with the industry's long-term view.

  - Note that ExxonMobil's price deck only includes prices to 2020. In the cash flow models which were prepared by management to review for impairment triggers, a 2.5% inflation factor is applied from 2021 and beyond into perpetuity. Therefore, critical to the long-term recoverability of the Corporation's assets is an assumption that either by supply and demand changes, or general inflation, prices will rise in the future.

### Additional considerations by PwC

- ExxonMobil has a robust, process-oriented and controls-focused approach to reviewing for potential impairment trigger. We've focused on testing Management's controls, validating assumptions used in cash flow models and ensuring that the most risky areas were given the greatest focus.

- Our testing approach included specifically:

  - Understanding and testing the mathematical flow and accuracy of management's spreadsheets and models used in projecting future cash flows

**App. 439**

- Verifying resource base / reserves numbers used via reports from relevant reserves data and systems

- Considering access to cash / capital for ability to achieve estimated CAPEX

- Validating OPEX assumptions by comparing to historical actual costs and analyzing expected trends in future costs

- Testing management's key controls at multiple levels within the Corporation regarding evaluation of potential impairment triggers

- ExxonMobil's projections of future cash flow also include an assumption for future capex for the work required to be carried out to develop and exploit the reserve base. The ability of the Corporation to generate positive operating cash flow thru its integrated portfolio is a key aspect of ensuring that these capex assumptions are feasible.

- Additionally, the Corporation's AAA credit rating and low debt ratio support the ability to access the debt markets (via bond issuances or commercial paper) if needed to ensure sufficient cash flow for project development. These factors demonstrate an ability by ExxonMobil to continue to invest throughout the commodity price cycle and to wait out a price downturn.

### *Going forward into 2016*

- This is an area we will be watching closely in 2016. If prices remain low or continue to fall, this could result in further losses, may warrant greater scrutiny.

**App. 440**

# Exhibit 23

PROPRIETARY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

# Americas F&O – Delivering the Plan

## December 2015

EMC_SEC 100009968
EMC_RAM_SEC 00000968



App. 441

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

## *Americas Region*          *December 2015*

|  | Page |
|---|---|
| Americas Production Highlights | 3 |
| Scorecard | 4 |
| Canada East | 5 - 13 |
| IOL / Canada West | 14 - 22 |
| US Production | 23 - 32 |
| Aera | 33 - 36 |
| Alaska / Transportation | 37 - 44 |
| South America | 45 - 46 |
| Americas Rollup | 47 - 58 |

EMC_SEC 100009969
EMC_RAM_SEC 00009969

2

**App. 442**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

EMC_SEC 100009970
EMC_RAM_SEC 000009970

*Proprietary*

## Americas Production Highlights          *December 2015*

| | Month | | Fourth Quarter | | Full Year | |
| --- | --- | --- | --- | --- | --- | --- |
| | Dec | vs Nov | 2015 | vs 2014 | 2015 | vs 2014 |
| **Operating Earnings ($M)** | | | | | | |
| - U.S. | (19) | +29 | (84) | -456 | 254 | -2,409 |
| - Non-U.S. (Canada / South America) | (11) | +60 | (87) | -358 | (45) | -1,730 |
| | (30) | +88 | (171) | -814 | 209 | -4,139 |
| **Segment Earnings ($M)** | | | | | | |
| - U.S. | (18) | +26 | (78) | -1,189 | 501 | -2,891 |
| - Non-U.S. (Canada / South America) | (39) | +49 | (121) | -666 | (315) | -2,585 |
| | (57) | +75 | (199) | -1,855 | 186 | -5,475 |
| **Volumes** | | | | | | |
| **Net Liquids Production (kbd)** | | | | | | |
| - U.S. | 234 | +2 | 232 | -10 | 228 | -10 |
| - Canada / South America | 487 | +54 | 447 | +140 | 398 | +99 |
| | 721 | +56 | 680 | +130 | 626 | +89 |
| **Net Liquids Sales (kbd)** | | | | | | |
| - U.S. | 234 | +2 | 232 | -8 | 228 | -11 |
| - Canada / South America | 491 | +93 | 442 | +142 | 392 | +98 |
| | 725 | +95 | 674 | +134 | 620 | +87 |
| **Natural Gas Available for Sale (mcfd)** | | | | | | |
| - U.S. | 485 | +30 | 469 | +103 | 432 | +62 |
| - Canada / South America | 178 | +9 | 168 | -86 | 187 | -73 |
| | 663 | +39 | 637 | +17 | 619 | -11 |
| **Average Realizations** | | | | | | |
| **U.S.** | | | | | | |
| - Crude ($/b) | 27.11 | -6.16 | 32.12 | -28.52 | 43.05 | -44.02 |
| - Natural Gas ($/kcf) | 2.27 | +0.09 | 2.31 | -1.82 | 2.72 | -1.88 |
| **Non-U.S. (Canada/S. America)** | | | | | | |
| - Crude ($/b) | 22.89 | -0.83 | 25.73 | -31.57 | 33.36 | -40.47 |
| - Natural Gas ($/kcf) | 1.60 | +0.08 | 1.60 | 8.53 | 2.23 | -2.21 |
| **Estimated Operating Cash Generation* ($M)** | | | | | | |
| - U.S. | (45) | (32) | (26) | | 388 | |
| - Canada | 40 | +39 | 108 | | 721 | |
| | (5) | +7 | 82 | | 1,109 | |

* Estimated Operating Cash Genergation = Operating Earnings + Non Cash Opex - Capex- Abex.
To be finalized as part of year-end financial statement process.

**Exxon Mobil 4Q'15 Press Release -  February 2, 2016**

3

**App. 443**

# Americas Region Scorecard/Stewardship Indicator

**December 2015**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION

CONFIDENTIAL

EMC_SEC 100009971

EMC_RAM_SEC 000009971

|  | 2014 FY ACT | 2015 FY | 2015 vs. STWD | 2015 FY STWD | USP 2015 YTD | USP vs. STWD | Alaska/Trans. 2015 YTD | vs. STWD | Aera 2015 YTD | vs. STWD | CAW/IOL 2015 YTD | vs. STWD | CAE 2015 YTD | vs. STWD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Financials** | | | | | | | | | | | | | | |
| - Earnings - US$M | 5,661 | 186 | -2453 | 2,639 | 49 | -646 | 302 | -502 | 146 | -321 | -359 | -721 | 75 | -278 |
| **Volumes** | | | | | | | | | | | | | | |
| - Net Liquids Production - KBD | 537 | 626 | +8 | 619 | 77 | -16 | 92 | +3 | 59 | +1 | 367 | +24 | 31 | -5 |
| - Net Gas Available for Sale - MCFD | 630 | 619 | +1 | 619 | 427 | -29 | 6 | +1 | 0 | 0 | 127 | +22 | 59 | +6 |
| - Total Net Production - KOEBD | 642 | 729 | +8 | 722 | 148 | -21 | 93 | +3 | 59 | +1 | 388 | +28 | 41 | -4 |
| **Volume Loss - %** | | | | | | | | | | | | | | |
| - Scheduled Volume Loss | 6.6 | 5.8 | -1.9 | 7.7 | 8.4 | -3.8 | 11.9 | -0.5 | 0.0 | 0.0 | 3.5 | -2.3 | 13.7 | +2.7 |
| - Unscheduled Volume Loss | 6.8 | 6.1 | +1.4 | 4.7 | 6.6 | -0.3 | 4.1 | -0.4 | 2.3 | +0.1 | 7.3 | +2.8 | 6.8 | +2.3 |
| - Total Volume Loss | 13.3 | 11.9 | -0.4 | 12.4 | 15.0 | -4.1 | 16.0 | -0.9 | 2.3 | +0.1 | 10.8 | +0.4 | 20.3 | +4.8 |
| **Opex - US$M*** | | | | | | | | | | | | | | |
| - Cash | 7,171 | 6,079 | -600 | 7,566 | 1,131 | -146 | 1,060 | -59 | 500 | -36 | 3,133 | -372 | 225 | +8 |
| - Non-Cash | 2,704 | 3,076 | -21 | 3,337 | 1,096 | +36 | 197 | -2 | 281 | +13 | 1,211 | -31 | 273 | -23 |
| - Total | 9,875 | 9,155 | -621 | 10,902 | 2,227 | -110 | 1,257 | -61 | 780 | -23 | 4,344 | -404 | 498 | -15 |
| **Unit Opex** | | | | | | | | | | | | | | |
| - Cash | 30.62 | 22.84 | -2.11 | 28.71 | 20.92 | +0.43 | 31.13 | -3.09 | 23.39 | -1.80 | 22.10 | -4.37 | 15.02 | +2.65 |
| - Non-Cash | 11.55 | 11.55 | -0.20 | 12.66 | 20.26 | +3.08 | 5.78 | -0.30 | 13.14 | +0.57 | 8.54 | -1.00 | 18.22 | +0.22 |
| - Total | 42.17 | 34.39 | -2.31 | 41.37 | 41.18 | +3.51 | 36.91 | -3.39 | 36.54 | -1.23 | 30.64 | -5.37 | 33.24 | +2.87 |
| **Capital - US$M, As Spent** | 2,545 | 1,767 | -688 | 2,455 | 484 | -293 | 312 | -26 | 332 | -16 | 554 | -293 | 80 | -62 |

*Actuals are "As Spent" and not price/forex adj
 Delta vs. Stwd is "ex price/forex"*

| | 2015 FY US$M | | | | | |
|---|---|---|---|---|---|---|
| Area | Capex | vs STWD | OPEX | vs STWD Pr/Fx Adj | Earnings | vs STWD |
| Colombia | | | 11.2 | -15.1 | -11.0 | +6.5 |
| Venezuela | | | 11.4 | +7.2 | 0.3 | +5.2 |
| MWCC | 5.7 | +1.8 | 17.7 | -10.6 | -7.7 | +10.7 |
| Argentina | | | 9.7 | +9.7 | -9.7 | -9.7 |

**App. 444**

PROPRIETARY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

# Americas F&O
# Canada East



EMC_SEC 10000972
EMC_RAM_SEC 00000972

App. 445

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*Canada East*
# Volume Loss

*Proprietary*
## *December 2015*



**Liquids**

| | Scheduled, % | Unscheduled, % | Total Loss, % |
|---|---|---|---|
| PY | 6.5 | 8.3 | 14.8 |
| Nov | 12.0 | 9.1 | 20.8 |
| Dec | 4.4 | 3.8 | 8.1 |
| YTD | 13.7 | 6.8 | 20.3 |
| YTD STWD | 11.0 | 4.5 | 15.5 |

| | TVL (KOEBD) | | |
|---|---|---|---|
| | YTD ACT | YTD STWD | Drivers |
| **SDT** | 4.0 | 3.7 | Hibernia shutdown |
| **UDT** | 1.5 | 1.5 | Main power generator 'B' and gas compressor repairs in May |
| **IEU** | 0.5 | 0.0 | Water injection pump 'A' offline and B-16 4z shut-in for coalescer & OIW troubleshooting |

EMC_SEC 10000009973
EMC_RAM_SEC 00000009973

6

**App. 446**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

*Canada East*
# Liquids Performance

*Proprietary*
## *December 2015*



EMNI KBD    2015 Liquids

YTD vs. STWD
HSE (-3)
Terra Nova (-1)
Sable (-1)
Hibernia (0)

Legend: Stewardship | Actual | ▲ Forward Est. | ---- 2014

FY STWD 36

| Dec | Actual | 53 | Drivers |
|---|---|---|---|
| Base /Other | | -16 | Absence of favourable royalty credit from HSE interim reset (-8) |
| WP / NFW | | -1 | WP rolled to base |
| Projects | | -2 | |

| Jan | Estimate | 34 | Total Month vs. Month = -19 / -1 vs. STWD (35) |
|---|---|---|---|
| Base /Other | | -1 | |
| WP / NFW | | 0 | |
| Projects | | +1 | Supported production from HSE injector WIGG1-2 |
| Feb | Estimate | 34 | Total Month vs. Month = 0 / +2 vs. STWD (32) |

| | MvM | VARIANCE DRIVERS | | YTD | VARIANCE DRIVERS |
|---|---|---|---|---|---|
| Nov | 33 | Total Actuals: Base (28), WP/NFW (1), Project (4) | STWD | 36 | Total Stwd: Base (29), WP/NFW (2), Project (5) |
| Base Performance | 0 | | | +2 | Hibernia (+2) |
| Downtime | +5 | Absence of ramp-up from Hibernia production turnaround (+5) | | -1 | Hibernia production turnaround |
| WP / NFW | 0 | | | -3 | Terra Nova PG2 sidetrack rolled to base (-2), Hibernia (-1) |
| Projects | +1 | | | -4 | HSE delays (-4) |
| Ext. Impacts | +13 | Favorable royalty credit for HSE interim equity reset (+8) | | +2 | Favourable royalty credit for HSE interim equity reset (+1), price (+1) |
| Other | +1 | | | -1 | |
| Dec | 53 | Total Month vs. Month = +20 (+12 vs STWD) / Total Actuals: Base (46), WP/NFW (1), Project (6) | ACTUAL | 31 | Total YTD vs. STWD = -5 / Total Actuals: Base (30), WP/NFW (0), Project (1) |

EMC_SEC 100009974
EMC_RAM_SEC 00000974

7

**App. 447**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009975
EMC_RAM_SEC 00000975

*Canada East*
## Gas Performance

*Proprietary*
## *December 2015*



**EMNI MCFD**                    **2015 Gas**

YTD vs. STWD
Sable (+6)

FY STWD 53

Legend: Stewardship — Actual — Forward Est. ▲ — 2014

| Dec | Actual | 68 | Drivers |
|---|---|---|---|
| Base /Other | | -10 | Higher downtime due to weather |
| WP / NFW | | 0 | |
| Projects | | 0 | |

| Jan | Estimate | 58 | Total Month vs. Month = -10 +6 vs. STWD (52) |
|---|---|---|---|
| Base /Other | | -1 | |
| WP / NFW | | 0 | |
| Projects | | 0 | |

| Feb | Estimate | 57 | Total Month vs. Month = -1 +7 vs. STWD (50) |
|---|---|---|---|

| | MvM | VARIANCE DRIVERS | | YTD | VARIANCE DRIVERS |
|---|---|---|---|---|---|
| Nov | 59 | Total Actuals: Base (59), WP/NFW (0), Project (0) | STWD | 53 | Total Stwd: Base (53), WP/NFW (0), Project (0) |
| Base Performance | 0 | | | 0 | |
| Downtime | 0 | | | 0 | |
| WP / NFW | 0 | | | 0 | |
| Projects | 0 | | | 0 | |
| Ext. Impacts | +1 | | | +5 | |
| Other | +8 | Reinstatement of Goldboro heat exchanger (+8) | | +1 | |
| Dec | 68 | Total Month vs. Month = +9 (+19 vs STWD) Total Actuals: Base (68), WP/NFW (0), Project (0) | ACTUAL | 59 | Total YTD vs. STWD = +6 Total Actuals: Base (59), WP/NFW (0), Project (0) |

8

**App. 448**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*Canada East*
# Operating Expenses – versus Plan



| Unit Opex ($/OEB) | |
|---|---|
| | **YTD (as spent)** |
| Cash | 15.02 |
| Non-Cash | 18.22 |
| **Total** | **33.24** |
| | |
| | **vs. Plan (ex. Pr/Fx)** |
| Cash | 2.65 |
| Non-Cash | 0.22 |
| **Total** | **2.87** |

| | YTD as Spent | STWD 592 | -15 vs. Plan (ex. Price/Forex) | | | | | | Commentary |
|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | Field | Well Work | Energy | CAF | Production Taxes | Other | |
| Hibernia/HSE | 107 | +13 | +2 | +5 | +0 | +7 | -0 | -1 | Wellwork: B-16 25 and B-16 50 AIV repairs CAF: Absence of R&D recovery |
| Sable | 66 | -0 | -3 | +0 | +0 | +3 | +0 | +0 | |
| Terra Nova | 44 | -3 | -3 | +0 | +0 | +0 | +0 | +0 | |
| Hebron | 8 | -2 | +0 | +0 | +0 | -2 | +0 | +0 | |
| | 225 | +8 | -4 | +5 | +0 | +8 | -0 | -1 | |
| **Non-Cash** | | | Volumes | Rate | Other | | | | |
| Hibernia/HSE | 75 | -32 | -12 | -21 | +1 | | | | Delayed timing of HSE capex adds (drill well timing) |
| Sable | 170 | +15 | -19 | +0 | +34 | | | | Rate: Minimum reporting asset. Actual proved developed reserves to YE2018 (EOFL) vs YE 2016 in plan (rate impact). Other: Maritimes and Northeast pipeline obligation OEE (34M) |
| Terra Nova | 28 | -6 | -6 | +0 | +0 | | | | |
| Hebron | 0 | +0 | +0 | +0 | +0 | | | | |
| | 273 | -23 | -37 | -21 | +35 | | | | |
| **OPEX ex PR/FX** | | 577 | | | | | | | |
| **Price** | | +0 | | | | | | | |
| **Forex** | | -79 | | | | | | | |
| **YTD ACTUAL** | 498 | 498 | Cash 225; Non-Cash 273 | | | | | | |

EMC_SEC 100009976
EMC_RAM_SEC 00000976

9

**App. 449**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*Canada East*
# Capex

*Proprietary*
## *December 2015*





| | YTD ACT | YTD STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | 19 | 25 | **-6** | Drill well timing offset by drilling material purchase requirements |
| **Pgm Oth:** | 42 | 85 | **-43** | Drill well timing |
| **Projects:** | 31 | 32 | **-1** | Unit BNA installation campaign efficiencies |
| **Forex:** | -12 | | -12 | |
| **As Spent:** | 80 | 142 | **-62** | |

| | FY OL | FY STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | 19 | 25 | **-6** | Drill well timing offset by drilling material purchase requirements |
| **Pgm Oth:** | 42 | 85 | **-43** | Drill well timing and drilling material purchase requirements offset by HSE interim reset |
| **Projects:** | 31 | 32 | **-1** | Unit BNA installation campaign efficiencies |
| **Forex:** | -12 | | -12 | |
| **Total:** | 80 | 142 | **-62** | |

EMC_SEC 100009977
EMC_RAM_SEC 00000997

10

**App. 450**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*Canada East*

## 225 Inventory – EMOP (Gross $M)

*Proprietary*

**December 2015**

| PU | Asset | 2014 YE ($M, USD, Gross) | | | YTD Dec ($M, USD, Gross) | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | Production Material | Well Material | Total | Production Material | Well Material | Total | |
| Canada East | Hibernia/HSE | 21 | 0 | 21 | 23 | 0 | 23 | • EMWI YTD Dec:  $8M<br>• Items are expensed at time of purchase |
| | Sable | 9 | 1 | 10 | 9.6 | 0 | 9.6 | • EMWI YTD Dec: $5M |
| | HSE Drilling | 0 | 2 | 2 | 0 | 10 | 10 | • EMWI YTD Dec: $3M |
| | Hibernia Drilling | 0 | 10 | 10 | 0 | 19 | 19 | • EMWI YTD Dec: $6M |
| | **Total Canada East** | **30** | **13** | **43** | **33** | **29** | **62** | **\*all numbers are forex adjusted as of Jan 1, 2016** |

**Activities to Manage Inventory Flat to Down:**

• Hibernia/HSE: Minimal growth due to remaining materials from 2015 shutdown to be consumed in 2016.

• Hibernia/HSE Drilling: Expect minimal new purchases 1Q2016 thru 1Q2018 (based on most recent outlook).

• 2015 Sable surplus write-off $450K USD completed at 2015 YE.

• 2016-2017 Hebron: Disciplined process in place to evaluate project material transfers to Production.


**Major Planned Purchases/Drilling/Transfers:**

• Hibernia/HSE Drilling: Transfer planned for $14M USD of existing Material on Hold (MOH) plus $1M USD incoming materials (existing orders) to 225 account.

• Hebron: 225 operating spares start-up 3Q2016; Production ~$26M USD and Drilling ~$56M USD between 2016-2017.

EMC_SEC 100009978
EMC_RAM_SEC 00000978

11

**App. 451**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Canada East**
# Profitability

*Proprietary*
## *December 2015*

*Asset Level realizations reflect sales realizations*

| December 2015 | Hibernia/HSE | Sable | Terra Nova | Hebron | Total |
|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 42 | 3 | 8 | 0 | 53 |
| Net Gas Production (mcfd) | 0 | 68 | 0 | 0 | 68 |
| **Net KOEBD** | **42** | **14** | **8** | **0** | **64** |
| Realizations (US$/BBL) / (US$/KCF) | $42.43 | $5.66 / $1.38 | $36.33 | $0.00 | 40.52 / $1.38 |
| Margin $M | $63.5 | $4.0 | $12.9 | $0.0 | $80.4 |
| Cash OPEX $M | $10.8 | $6.9 | $5.0 | $1.4 | $24.1 |
| Non-Cash OPEX $M | $5.8 | $11.4 | $1.9 | $0.0 | $19.1 |
| Federal Income Taxes $M | $12.9 | -$3.8 | $1.6 | -$0.4 | $10.3 |
| **Operating Earnings $M** (as spent) | **$34.0** | **-$10.5** | **$4.4** | **-$1.0** | **$26.9** |
| Other Earnings Events $M | $0.1 | $0.0 | $0.0 | $0.0 | $0.1 |
| **Segment Earnings $M** (as spent) | **$34.1** | **-$10.5** | **$4.4** | **-$1.0** | **$27.0** |
| Cash Opex ($/OEB) | $7.38 | $14.63 | $19.09 | $0.00 | $12.11 |
| Non-Cash Opex ($/OEB) | $4.32 | $26.39 | $7.61 | $0.00 | $9.60 |
| Total Unit Opex ($/OEB) | $11.70 | $41.02 | $26.70 | $0.00 | $21.71 |
| Operating Earnings ($/OEB) (based on sales) | $22.01 | -$26.80 | $8.68 | $0.00 | $11.03 |
| ***CAPEX*** | $8.4 | $0.0 | -$0.2 | $0.5 | $8.7 |
| ***ABEX*** | $0.4 | $0.5 | $0.0 | $0.0 | $0.9 |
| ***Est. Op Cash Gen (Op. Earnings + Non-Cash - Capex - Abex)*** | $31.0 | $0.4 | $6.5 | -$1.5 | $36.4 |

| 2015 YTD | Hibernia/HSE | Sable | Terra Nova | Hebron | Total |
|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 23 | 2 | 5 | 0 | 31 |
| Net Gas Production (mcfd) | 0 | 59 | 0 | 0 | 59 |
| **Net KOEBD** | **23** | **12** | **5** | **0** | **41** |
| Realizations (US$/BBL) / (US$/KCF) | $53.44 | $27.47 / $1.12 | $49.57 | $0.00 | 52.36 / $1.12 |
| Margin $M | $480.0 | $47.9 | $103.1 | $0.0 | $631.0 |
| Cash OPEX $M | $106.9 | $65.9 | $44.2 | $7.8 | $224.8 |
| Non-Cash OPEX $M | $75.0 | $135.7 | $28.0 | $0.0 | $238.7 |
| Federal Income Taxes $M | $77.6 | -$40.0 | $8.5 | -$2.1 | $44.0 |
| **YTD Operating Earnings $M** (as spent) | **$220.5** | **-$113.7** | **$22.4** | **-$5.7** | **$123.5** |
| Other Earnings Events $M | -$15.3 | -$19.6 | -$1.3 | -$12.4 | -$48.6 |
| **Segment YTD Earnings $M** (as spent) | **$205.2** | **-$133.3** | **$21.1** | **-$18.1** | **$74.9** |
| Cash Opex ($/OEB) | $11.08 | $13.17 | $20.90 | $0.00 | $15.02 |
| Non-Cash Opex ($/OEB) | $8.68 | $30.22 | $14.18 | $0.00 | $15.95 |
| Total Unit Opex ($/OEB) | $19.76 | $43.39 | $35.08 | $0.00 | $30.97 |
| Operating Earnings ($/OEB) (based on sales) | $26.58 | -$25.31 | $10.74 | $0.00 | $8.30 |
| ***CAPEX*** | $72.5 | $0.0 | $6.6 | $0.6 | $79.7 |
| ***ABEX*** | $2.0 | $5.3 | $0.1 | $0.0 | $7.4 |
| ***Est. Op Cash Gen (Op. Earnings + Non-Cash - Capex - Abex)*** | $221.0 | $16.7 | $43.7 | -$6.3 | $275.1 |

12

EMC_SEC 100009979
EMC_RAM_SEC 00000 9979

**App. 452**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

**Canada East**
# Earnings – Year-to-Date

*Proprietary*
***December 2015***



| vs. STWD | | VARIANCE DRIVERS |
|---|---|---|
| **STWD** | 353 | |
| Price | -206 | Lower liquids (-164M), Gas realizations (-42M) |
| Volume | -20 | **Liquids (-44M)**: Lower Hibernia/HSE and TN sales partially offset by volume related opex<br>**Gas (+24M)**: Volume related opex and favourable energy costs |
| Opex | 8 | Primarily due to HSE depreciation |
| Forex | -24 | |
| OEE | -34 | AB Corporate Tax Rate Increase (-21M), Maritimes Pipeline Backstop (-17M), Kometik Asset Disposal (+5M) |
| Other | -2 | |
| **ACTUAL** | 75 | **Total YTD vs. STWD  (-$278)** |

EMC_SEC 100009980
EMC_RAM_SEC 00000980

13

**App. 453**

PROPRIETARY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

EMC_SEC 100009981
EMC_RAM_SEC 00009981

# Americas F&O
# IOL / Canada West



14
**App. 454**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Canada West / IOL** *Proprietary*

# Volume Loss

**December 2015**

| | Month Actual | Month Stwd | Δ | Drivers |
|---|---|---|---|---|
| Cold Lake | 7.8 | 6.6 | 1.2 | |
| Syncrude | 24.6 | 4.5 | 20.1 | UDT: Primarily Coker 8-2 mid-cycle decoke (+18) and transformer failure (+5) partially offset by stewardship UDT (-5) |
| Kearl | 1.9 | 9.0 | -7.1 | |

| | YTD Actual | YTD Stwd | Δ | Drivers |
|---|---|---|---|---|
| Cold Lake | 7.3 | 7.2 | 0.2 | |
| Syncrude | 22.2 | 11.8 | 10.5 | Amine line incident, Olympus Turnaround extension, unplanned hydroprocessing outages, Sulphur Plant 12-4 power trip/compressor damage and Coker 8-2 mid-cycle decoke |
| Kearl | 5.4 | 16.2 | -10.8 | |



**Total** ▲ Stewardship

| | 2014 | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled % | 5.7% | 1.5% | 1.5% | 3.5% | 5.8% |
| ■ Unscheduled % | 8.2% | 6.3% | 8.3% | 7.3% | 4.5% |
| Total Loss % | 13.9% | 7.8% | 9.8% | 10.8% | 10.4% |



**Cold Lake**

| | 2014 | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled % | 4.2% | 3.3% | 3.5% | 2.9% | 3.2% |
| ■ Unscheduled % | 2.3% | 1.5% | 1.6% | 2.2% | 1.6% |
| Total Loss % | 6.5% | 4.8% | 5.1% | 5.0% | 4.8% |



**Syncrude**

| | 2014 | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled % | 8.1% | 0.9% | 0.0% | 8.9% | 7.8% |
| ■ Unscheduled % | 17.7% | 8.8% | 30.4% | 18.8% | 6.3% |
| Total Loss % | 25.2% | 9.7% | 30.4% | 27.7% | 14.2% |



**Kearl**

| | 2014 | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled % | 0.0% | 0.0% | 0.0% | 0.1% | 8.1% |
| ■ Unscheduled % | 0.0% | 9.8% | 1.6% | 5.5% | 7.2% |
| Total Loss % | 0.0% | 9.8% | 1.6% | 5.6% | 15.2% |

EMC_SEC 100009982
EMC_RAM_SEC 00000 9982

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009983
EMC_RAM_SEC 00000983

*Canada West / IOL*
## Liquids Performance/ Forward Estimate

*Proprietary*
## December 2015



| YTD vs STWD | |
|---|---|
| Kearl | 38 |
| Conventional | 2 |
| Cold Lake | -3 |
| Syncrude | -13 |

FY STWD 343

| December | 434 | Drivers |
|---|---|---|
| Base / Other | +4 | Syncrude Coker 8-2 mid-cycle decoke completion in January (+12) partially offset by absence of Cold Lake low er royalties (-8) |
| WP / NFW | 0 | |
| Projects | -29 | Kearl K1 SRU plant solvent piping repairs (-47) partially offset by Kearl mine dow ntime (+12) and Nabiye cycle timing (+6) |
| January | 409 | |
| Base / Other | -2 | Cold Lake cycle timing |
| WP / NFW | 0 | |
| Projects | +17 | Kearl recovery from SRU plant solvent piping repairs (+37) partially offset by K1 and K2 crusher/OPP/HT line PMs (-17) and Nabiye cycle timing (-3) |
| February | 424 | |

| | MvM | VARIANCE DRIVERS | | YTD | | VARIANCE DRIVERS |
|---|---|---|---|---|---|---|
| November | 400 | Total Actuals: Base (209), WP/NFW (1), Proj (190) | STWD | 343 | | Total Stwd: Base (204), WP/NFW (1), Project (138) |
| Base Perf. | 0 | | | +4 | | Cold Lake w ell performance (+4) |
| Downtime | -8 | Syncrude primarily Coker 8-2 mid-cycle decoke (-18); Kearl primarily absence of prior month failed natural gas pressure transmitter and froth pump VFD trip (+9) | | 0 | | Kearl primarily plant scheduled dow ntime completed during crusher outage and low er UDT (+11), Syncrude primarily Amine Line incident, Olympus Turnaround extension, and other unplanned hydroprocessing outages (-11) |
| WP / NFW | 0 | | | 0 | | |
| Projects | +26 | Recovery from K2 crusher discharge conveyor belt slip, crusher/OPP/HT line PM and boiler tube repairs partially offset by current month K2 mine dow ntime (+23); Nabiye (+3) | | +12 | | K2 early start up (+35) partially offset by K1 mine dow ntime (-11); Nabiye delayed start up (-7) and reservoir performance (-5) |
| Ext. Impacts | +22 | Cold Lake - Primarily due to low er pricing (+18), Minimum reporting (+3) | | +8 | | Cold Lake (+6); Kearl (+3) Syncrude (-2) - Fixed royalty |
| Other | -6 | Syncrude inventory impacts (-4); Cold Lake cycle timing (-2) | | 0 | | |
| December | 434 | Total Month vs. Month = +34, (-9 vs STWD) Total Actuals: Base (205), WP/NFW (1), Project (228) | ACTUAL | 367 | | Total YTD vs. STWD = +24 Total Actuals: Base (202), WP/NFW (0), Project (165) |

## App. 456

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009984
EMC_RAM_SEC 00009984

*Canada West / IOL*
## Gas Performance/ Forward Estimate

*Proprietary*
## December 2015



EMNI MCFD

| YTD vs STWD |
| --- |
| Conventional  +22 |

Legend: Stewardship ◆ — Forward Est. ▲ — Actual ● — 2014 - - - -

| FY STWD | 105 |

| December | 110 | Drivers |
|---|---|---|
| Base / Other | 0 | |
| WP / NFW | 0 | |
| Projects | 0 | |
| **January** | **110** | |
| Base / Other | +4 | |
| WP / NFW | 0 | |
| Projects | 0 | |
| **February** | **114** | |

| | MvM | VARIANCE DRIVERS | | YTD | | VARIANCE DRIVERS |
|---|---|---|---|---|---|---|
| **November** | **110** | Total Actuals: Base (110), WP/NFW (0), Proj (0) | **STWD** | **105** | | Total Stwd: Base (105), WP/NFW (0), Project (0) |
| Base Perf. | 0 | | | 0 | | |
| Downtime | 0 | | | 0 | | |
| WP / NFW | 0 | | | 0 | | |
| Projects | 0 | | | 0 | | |
| Ext. Impacts | -6 | | | 0 | | |
| Other | +6 | | | +22 | | Delayed asset monetization |
| **December** | **110** | Total Month vs. Month = 0, (+54 vs STWD)<br>Total Actuals: Base (110), WP/NFW (0), Project (0) | **ACTUAL** | **127** | | Total YTD vs. STWD = +22<br>Total Actuals: Base (127), WP/NFW (0), Project (0) |

17
**App. 457**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

## Canada West / IOL
## Operating Expenses – versus Plan

Proprietary
### December 2015



| Unit Opex ($/OEB) | |
|---|---|
| | **YTD (as spent)** |
| Cash | 22.10 |
| Non-Cash | 8.54 |
| **Total** | **30.64** |
| | |
| | **vs. Plan (ex pr/fx)** |
| Cash | -4.37 |
| Non-Cash | -1.00 |
| **Total** | **-5.37** |

| | YTD as Spent | STWD 5,722 | -404 vs. Plan (ex. Price/Forex) | | | | | | Commentary |
|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | Field | Well Work | Energy | CAF | Taxes | Other | |
| Kearl | 1297 | -177 | -182 | +0 | +17 | -9 | +0 | -3 | Cash conservation (-351), partially offset by increased variable opex (K2 early S/U, K1 vols) (+95) and other pressures (+79) |
| Cold Lake | 711 | -27 | -8 | +4 | -15 | +3 | -10 | -1 | Energy/taxes due to Nabiye delayed start-up and cash conservation offset by boilers, Nabiye transfer scope |
| Syncrude | 879 | -179 | -177 | +0 | -8 | +0 | +6 | +0 | Primarily cash conservation (-177 including price/scope reductions) |
| Min Reporting | 246 | +11 | +7 | +0 | +0 | +4 | +0 | +0 | Delayed asset monetization, offset by cash conservation |
| | 3133 | -372 | -360 | +4 | -6 | -2 | -4 | -4 | |
| **Non-Cash** | | | Volumes | Rate | Other | | | | |
| Kearl | 521 | +31 | +44 | -13 | +0 | | | | Volumes: K2 early start-up, Rate: non-service pension |
| Cold Lake | 231 | -72 | -23 | -26 | -23 | | | | Rate: Lower Cold Lake investment and higher proved developed reserves Volume: Nabiye delayed start-up, Other: accretion (extension of field life) |
| Syncrude | 202 | -39 | -28 | -10 | -1 | | | | Volumes: Lower reliability, Rate: Lower Investment |
| Min Reporting | 257 | +49 | +49 | +0 | +0 | | | | Reduction in end of field life for min reporting assets, delayed asset monetization |
| | 1211 | -31 | +42 | -49 | -24 | | | | |
| **OPEX ex PR/FX** | | 5,318 | | | | | | | |
| **Price** | | -204 | | | | | | | |
| **Forex** | | -770 | | | | | | | |
| **YTD ACTUAL** | 4,344 | 4,344 | Cash 3,133; Non-Cash 1,211 | | | | | | |

EMC_SEC 100009985 EMC_RAM_SEC 00000009985

18

**App. 458**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009986
EMC_RAM_SEC 00000986

**Canada West / IOL** *Proprietary*

# Capex

## December 2015





| | YTD ACT | YTD STWD | Delta | Comments |
|---|---|---|---|---|
| Drilling: | 88 | 81 | +7 | Cold Lake addition of December casing purchases/rig commitment costs and carry over of U05 infills into 2015 and additional sidetracks at H17/H22 pads (+17M) Offset by Tight Oil billing reconciliation (-5M) and Conv. OBO (-5M) |
| Pgm Oth: | 295 | 369 | -74 | Cold Lake acceleration of OV/seismic and N09/H17 pad development spend from 2016 into 2015 (+5M) Kearl cash conservation (-48M) Syncrude cash conservation (-30M) Tight Oil Rosneft Billing reconciliation (-1M) |
| Projects: | 255 | 397 | -142 | Syncrude cash conservation (-126M) Kearl primarily cash conservation offset by faster CODA work pace (-16M) |
| Forex: | -84 | -84 | | |
| As Spent: | 554 | 847 | -293 | |

| | FY Outlook | FY STWD | Delta | Comments |
|---|---|---|---|---|
| Drilling: | 88 | 81 | +7 | |
| Pgm Oth: | 295 | 369 | -74 | |
| Projects: | 255 | 397 | -142 | |
| Forex: | -84 | -84 | | |
| Total: | 554 | 847 | -293 | |

**App. 459**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

## Canada West / IOL
*Proprietary*
# 225 Inventory – EMOP (Gross $M)
# December 2015

| PU | Asset | 2014 YE ($M, USD, Gross) | | | YTD Dec ($M, USD, Gross) | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | Production Material | Well Material | Total | Production Material | Well Material | Total | |
| Canada West / IOL | Kearl | 111 | 0 | 111 | 152 | 0 | 152 | Comprised mainly of tires ($27M), pipe ($13M), mining equip. ($18M), valves ($16M), pumps ($17M), spools ($14M) |
| | Drilling West | 0 | 3 | 3 | 0 | 0.5 | 0.5 | |
| | Cold Lake | 4 | 0 | 4 | 5 | 0 | 5 | |
| | **Total Canada West / IOL** | **115** | **3** | **118** | **157** | **0.5** | **157.5** | **\*all numbers are forex adjusted as of Jan 1, 2016** |

**Activities to Manage Inventory Flat to Down:**

•Kearl growth to support production ramp up (KEP, KFTT, KDeOx projects); expect stabilization in 2016.

•Disciplined process in place for 2016 Kearl annual reviews.

•Cold Lake addition of Nabiye plant; minimal growth expected based on interchangeability with existing plants.

**Major Planned Purchases/Drilling/Transfers:**

•Kearl planned 225 growth $15-25M USD purchase in early 2016 (comprised mainly of valves, carbon steel pipe, CCO spools, vacuum skids, expansion barrels).

•2016 Drilling West planned ~$6M USD transfer of pipe from supplier that has future use (Hallmark commitment agreement, commitments made prior to decision to suspend drilling operations at Cold Lake).

EMC_SEC 100009987
EMC_RAM_SEC 00000987

20
**App. 460**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Canada West / IOL**
## Profitability

*Proprietary*
## December 2015

| December 2015 | Cold Lake | Syncrude | Kearl | Minimum Reporting | Total |
|---|---|---|---|---|---|
| Net Liquids Production (KBD) | 146 | 56 | 211 | 21 | 434 |
| Net Gas Production (MCFD) | 0 | 0 | 0 | 110 | 110 |
| **Net KOEBD** | **146** | **56** | **211** | **39** | **452** |
| Realizations - (US$/BBL) | 11.27 | 38.27 | 11.52 | 24.36 | 22.18 |
| Realizations - (US$/KCF) | 0.00 | 0.00 | 0.00 | 1.85 | 1.85 |
| Net Revenue $M | 71 | 68 | 105 | 23 | 268 |
| Cash OPEX $M | 52 | 71 | 121 | 19 | 262 |
| Non-Cash OPEX $M | 18 | 19 | 54 | 22 | 112 |
| Income Taxes $M | -1 | -6 | -26 | -5 | -37 |
| **Operating Earnings $M (EMWI)\*** | **2** | **-11** | **-31** | **-10** | **-50** |
| Other Earnings Events $M (EMWI)\* | 3 | 0 | -20 | 0 | -17 |
| **Segment Earnings $M (EMWI)\*** | **5** | **-11** | **-51** | **-10** | **-67** |
| **Segment Earnings $M (100%)** | 7 | -16 | -68 | -13 | -90 |
| Cash Opex ($/OEB) | 11.43 | 40.65 | 18.53 | 15.23 | 18.70 |
| Non-Cash Opex ($/OEB) | 3.91 | 10.84 | 8.19 | 18.35 | 8.02 |
| Total Unit Opex ($/OEB) | 15.34 | 51.49 | 26.72 | 33.58 | 26.72 |
| Operating Unit Earnings ($/OEB) | 0.51 | -9.00 | -6.64 | -10.46 | -4.97 |
| *CAPEX* | 20 | 3 | 11 | 1 | 35 |
| ABEX | 0 | 0 | 0 | 4 | 4 |
| *Est. Op Cash Gen (Op. Earnings + Non-Cash Opex − Capex − ABEX)* | 0 | 0 | -1 | 5 | 4 |

\* All balances include IOL minority interest, except where identified (Operating Earnings $M (EMWI), Segment Earnings $M (EMWI)).

| 2015 YTD | Cold Lake | Syncrude | Kearl | Minimum Reporting | Total |
|---|---|---|---|---|---|
| Net Liquids Production (KBD) | 139 | 58 | 149 | 21 | 367 |
| Net Gas Production (MCFD) | 0 | 0 | 0 | 127 | 127 |
| **Net KOEBD** | **139** | **58** | **149** | **42** | **388** |
| Realizations - (US$/BBL) | 27.62 | 48.15 | 24.27 | 32.31 | 34.08 |
| Realizations - (US$/KCF) | 0.00 | 0.00 | 0.00 | 2.21 | 2.21 |
| Net Revenue $M | 1451 | 1046 | 1286 | 337 | 4120 |
| Cash OPEX $M | 711 | 879 | 1316 | 246 | 3152 |
| Non-Cash OPEX $M | 231 | 202 | 521 | 257 | 1211 |
| Income Taxes $M | 135 | -9 | -151 | -50 | -75 |
| **YTD Operating Earnings $M (EMWI)\*** | **260** | **-18** | **-304** | **-86** | **-148** |
| Other Earnings Events $M (EMWI)\* | -27 | -35 | -136 | -14 | -211 |
| **YTD Segment Earnings $M (EMWI) \*** | **234** | **-53** | **-440** | **-100** | **-359** |
| **Segment Earnings $M (100%)** | 336 | -76 | -580 | -136 | -456 |
| Cash Opex ($/OEB) | 13.97 | 41.47 | 24.16 | 16.07 | 22.28 |
| Non-Cash Opex ($/OEB) | 4.54 | 9.54 | 9.57 | 16.78 | 8.60 |
| Total Unit Opex ($/OEB) | 18.52 | 51.01 | 33.73 | 32.85 | 30.88 |
| Operating Unit Earnings ($/OEB) | 7.35 | -1.22 | -7.34 | -7.54 | -1.19 |
| *CAPEX* | 167 | 85 | 298 | 4 | 554 |
| ABEX | 3 | 9 | 0 | 31 | 43 |
| *Est. Op Cash Gen (Op. Earnings + Non-Cash Opex − Capex − ABEX)* | 434 | 83 | -177 | 105 | 446 |

\* All balances include IOL minority interest, except where identified (Operating Earnings $M (EMWI), Segment Earnings $M (EMWI)).

EMC_SEC 100009988
EMC_RAM_SEC 00000998

21

**App. 461**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009989
EMC_RAM_SEC 00000989

*Canada West / IOL*    *Proprietary*
# Earnings – Year-to-Date    **December 2015**



**Earnings vs Plan, $M**



| | vs. STWD | VARIANCE DRIVERS |
|---|---|---|
| **STWD** | **362** | |
| **Price** | **-1040** | Lower liquids realizations (-1015M), Lower gas realizations (-25M) |
| **Volume** | **108** | Kearl (+172M), Minimum reporting (+42M), Syncrude (-118M), Cold Lake (-11M), Other (+23M) |
| **Opex** | **224** | Kearl (+116M), Syncrude (+93M), Cold Lake (+30M), Minimum reporting (-15M) |
| **Forex** | **220** | Actual Forex rate lower than Plan rate |
| **OEE** | **-211** | AB Corporate Tax Change (-199M), LIFO P/L Impact (-17M), Alaska Gas Pipeline Write-off (-11M), Kearl Property Tax (+11M) |
| **Other** | **-22** | |
| **ACTUAL** | **-359** | Total YTD vs. STWD  (-721) |

22

**App. 462**

PROPRIETARY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009990
EMC_RAM_SEC 00009990

# Americas F&O
# US Production



App. 463

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**USP**
**Volume Loss**

Proprietary
**December  2015**

### Total



| Scheduled, % | | 3.3 | 2.7 | 1.6 | 8.4 | 12.2 |
|---|---|---|---|---|---|---|
| Unscheduled, % | | 9.0 | 3.1 | 3.1 | 6.6 | 6.9 |
| Total Loss, % | | 12.2 | 5.8 | 4.7 | 15.0 | 19.1 |

| | TVL (KOEBD) | | |
|---|---|---|---|
| | **YTD ACT** | **YTD STWD** | **Drivers (YTD vs. STWD)** |
| **SDT** | 6.9 | 12.5 | EMOP (-1.6): SYU (-1.1) vol. loss to IEP (AAPL); LB (-0.4) absence of TAR; MB (-0.1) OBO (-4.0): TH TAR reduction (-2.9), higher TH base (+1.3), TH Other (-1.8), Shorter Ursa TAR (-0.2), Ursa Other (-0.4) |
| **UDT** | 4.5 | 7.0 | EMOP(+0.8): SYU (+0.8) POPCO RX failure, AAPL Leak OBO (-3.3): TH (-2.5), Ursa (-0.8) |
| **IEU** | 1.0 | 0.0 | OBO (+1.0): TH 777#6 S/I for high skin (+0.7), Ursa curtailment due to low water injection (+0.3) |

### Liquids



| Scheduled, % | | 4.3 | 4.3 | 2.0 | 13.2 | 16.9 |
|---|---|---|---|---|---|---|
| Unscheduled, % | | 12.1 | 5.2 | 2.2 | 7.8 | 8.7 |
| Total Loss, % | | 16.2 | 9.4 | 4.1 | 20.7 | 25.6 |

### Gas



| Scheduled, % | | 2.1 | 1.4 | 1.3 | 3.4 | 5.4 |
|---|---|---|---|---|---|---|
| Unscheduled, % | | 4.8 | 1.5 | 3.9 | 5.4 | 4.2 |
| Total Loss, % | | 6.9 | 2.9 | 5.2 | 8.7 | 9.6 |

EMC_SEC 100009991
EMC_RAM_SEC 000009991

24

**App. 464**

USP

**Liquids Performance**

Proprietary

**December 2015**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

**YTD vs. STWD**

SYU (-14.8)
Mobile Bay (-1.2)
Hadrian South (-0.5)
EMOP Other (+2.1)
US OBO L48 (-1.7)

**2015 LIQUIDS**

Legend: Stewardship — Actual — 2014 — ▲ Forward Est.

FY STWD    93

| Dec Act. | 71 | Drivers |
|---|---|---|
| Base / Other | +5 | EMOP (+5): All other (+5) <br> OBO (0): Llano (+2), All other (-2) |
| WP / NFW | -1 | OBO (-1): TH 776#6 XP1 (+1), WP roll to base (-2) |
| Projects | -2 | OBO (-2): Lucius |
| Jan Est. | 73 | EMOP: 15kbd, OBO L48: 58kbd <br> Total Month vs. Month = +2 <br> -2 vs. STWD (75) |
| Base / Other | 0 | |
| WP / NFW | +2 | OBO (+2): TH 821#2 online |
| Projects | 0 | |
| Feb Est. | 75 | EMOP: 15kbd, OBO L48: 60kbd <br> Total Month vs. Month = +2 <br> +0 vs. STWD (75) |

| | MvM | VARIANCE DRIVERS | | YTD | VARIANCE DRIVERS |
|---|---|---|---|---|---|
| Nov | 70 | Total Actuals: Base (50), WP/NFW (2), Proj (18) | STWD | 93 | Total STWD: Base (66), WP/NFW (5), Proj (22) |
| Base Perf. | -2 | OBO L48 (-2): TH | | +2 | EMOP (+2): SYU <br> OBO L48 (0): |
| Downtime | +2 | OBO L48 (+2): TH/Ursa | | +7 | EMOP (+1): <br> OBO L48 (+6): TH (+5), Ursa (+1) |
| WP / NFW (ex. downtime) | +1 | OBO L48 (+1): | | -4 | EMOP (-3): SYU <br> OBO L48 (-1): |
| Projects (ex. downtime) | 0 | | | -7 | EMOP (-1): SYU <br> OBO L48 (-6): Lucius Start-Up Performance and Timing |
| Ext. Impacts | 0 | | | +1 | |
| - Price/Ent | 0 | | | +1 | Net Profit Interest/Retained Royalty Interest Fields |
| - Quota | 0 | | | 0 | |
| Other | 0 | EMOP (-3): <br> OBO L48 (+3): | | -15 | EMOP (-13): SYU P/L outage (-14) <br> OBO L48 (-2): Min Reporting |
| Dec | 71 | EMOP: -3 kbd, OBO L48: +4 kbd <br> Total Month vs. Month = +1 (-39 vs STWD) <br> Total Actuals: Base (50), WP/NFW (3), Proj (18) | ACTUAL | 77 | EMOP: -14 kbd, OBO L48: -2 kbd <br> Total YTD vs. STWD = -16 <br> Total Actuals: Base (61), WP/NFW (1), Proj (15) |

EMC_SEC 100009992 <br> EMC_RAM_SEC 00000992

25

**App. 465**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**USP**

# Gas Performance

## December 2015



**2015 GAS**

**YTD vs. STWD**

SYU (-11.1)
Mobile Bay (+1.8)
LaBarge (+1.9)
Hadrian South (-33.1)
EMOP Other (+12.3)
US OBO L48 (-0.8)

FY STWD 456

Legend: Stewardship — Actual — 2014 — ▲ Forward Est.

| Dec Act. | 480 | Drivers |
|---|---|---|
| Base / Other | +8 | EMOP (-3): MB (+8), LB (-2), All other (-9)<br>OBO (+11): Llano (+5), All other (+6) |
| WP / NFW | -1 | OBO (-1): TH 776#6 XP1 (+1), WP roll to base (-2) |
| Projects | -21 | EMOP (-19): Hadrian South<br>OBO (-2): Lucius |
| Jan Est. | 466 | EMOP: 372mcfd, OBO L48: 94mcfd<br>Total Month vs. Month = -14<br>+12 vs. STWD (454) |
| Base / Other | +2 | EMOP (+2): MB<br>OBO (+1): Llano |
| WP / NFW | +1 | OBO (+1): TH 821#2 online |
| Projects | +3 | EMOP (+3): Hadrian South |
| Feb Est. | 473 | EMOP: 377mcfd, OBO L48: 96mcfd<br>Total Month vs. Month = +7<br>+25 vs. STWD (448) |

| | MvM | VARIANCE DRIVERS | | YTD | VARIANCE DRIVERS |
|---|---|---|---|---|---|
| **Nov 451** | | Total Actuals: Base (298), WP/NFW (3), Proj (150) | **STWD 456** | | Total STWD: Base (306), WP/NFW (7), Proj (143) |
| Base Perf. | +2 | EMOP (+4): MB<br>OBO L48 (-2): | | +18 | EMOP (+19): SYU (+14), MB (+4)<br>OBO L48 (-1): |
| Downtime | -5 | EMOP (-7): MB<br>OBO L48 (+2): | | +3 | EMOP (0):<br>OBO L48 (+3): |
| WP / NFW<br>(ex. downtime) | +1 | OBO L48 (+1): | | -6 | EMOP (-5): LaBarge (-3), Mobile Bay (-2)<br>OBO L48 (-1): |
| Projects<br>(ex. downtime) | 0 | | | -31 | EMOP (-33): Hadrian South Start-Up Delay<br>OBO (+2): Lucius |
| Ext. Impacts | 0 | | | 0 | |
| - Price/Ent | 0 | | | 0 | |
| - Quota | 0 | | | 0 | |
| Other | +31 | EMOP (+20): Estimate Finalization (+13), PPAs (+8)<br>OBO L48 (+11): Estimate Finalization (+5), PPAs (+7) | | -13 | EMOP (-9): SYU P/L outage (-22), Min Reporting (+3), Cost Netting (+10)<br>OBO L48 (-4): Min Reporting (-3) |
| **Dec 480** | | EMOP: +17 mcfd, OBO L48: +12 mcfd<br>Total Month vs. Month = +29 (+15 vs STWD)<br>Total Actuals: Base (327), WP/NFW (3), Proj (150) | **ACTUAL 427** | | EMOP: -28 mcfd, OBO L48: -1 mcfd<br>Total YTD vs. STWD = -29<br>Total Actuals: Base (314), WP/NFW (1), Proj (112) |

EMC_SEC 100009993
EMC_RAM_SEC 00000993

26

**App. 466**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**USP** — Proprietary

## Operating Expenses - versus Plan
### December 2015



| Unit Opex ($ / OEB) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **YTD (as spent)** | | | | | | | |
| | OBO L48 | EMOP | Total USP | Total USP ex Asset Mgmt/ Legal | Total USP ex SYU shut-in | Total USP ex TH Non Cash | Total USP ex AM, Legal, SYU, and TH Non Cash |
| Cash | 9.54 | 30.43 | 20.92 | 20.01 | 18.77 | 20.92 | 17.94 |
| Non-Cash | 24.39 | 16.81 | 20.26 | 20.24 | 18.18 | 19.51 | 17.45 |
| Total | 33.93 | 47.24 | 41.18 | 40.25 | 36.96 | 40.43 | 35.38 |
| **vs. Plan (ex Pr/Fx)** | | | | | | | |
| | OBO L48 | EMOP | Total USP | Total USP ex Asset Mgmt/ Legal | Total USP ex SYU shut-in | Total USP ex TH Non Cash | Total USP ex AM, Legal, SYU, and TH Non Cash |
| Cash | -3.91 | +5.07 | +0.43 | -0.50 | -1.83 | +0.43 | -2.67 |
| Non-Cash | +5.34 | +0.93 | +3.08 | +3.06 | +1.01 | +2.33 | +0.27 |
| Total | +1.43 | +6.00 | +3.51 | +2.56 | -0.82 | +2.76 | -2.40 |

| | Spent | STWD 2,375 | -110 vs. Plan (ex. Price/Forex)  Cash 1,317; Non-Cash 1,058 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Cash** | | | Field | Well Work | Energy | CAF | Production Taxes | Legal | Other | |
| SYU | 258 | -33 | -30 | +1 | -4 | +0 | -0 | +0 | +0 | Field Op (-30M): Driven by Hondo Conduit and lower base |
| Mobile Bay | 88 | +5 | +6 | -2 | -0 | +1 | -0 | +0 | +0 | Field Op (+6M): driven by NCG Pipeline Replacement; Well Work (-2M): 77-3 work over |
| LaBarge Deep | 124 | -4 | +3 | -1 | -10 | -0 | +3 | +0 | +0 | Field Op (+3M) increased AFE spend driven by lower energy expense; Energy (-10M): Co-gen turbine/Purchased power optimization; Taxes (+3M): driven by increased Ad Val  partially offset by Wyoming Tax Settlement |
| Hadrian South | 23 | -13 | -12 | -0 | -0 | -0 | +0 | +0 | +0 | Field Op (-12M): Delayed start up |
| Julia | 4 | -2 | -1 | +0 | +0 | -1 | +0 | +0 | +0 | Field Op (-1M): JSM Host fees lower than planned |
| EMOP Min Reporting | 398 | +10 | +17 | +0 | +1 | -42 | -3 | +37 | -0 | Field Op (+17M): Driven by STX Asset Management +15M, Mica write down +9M, Min Reporting -7M; Legal (+37M): Louisana Legacy OEE, Guillory, Manuel, Hammet,  NORM Pollard, NORM Lester, Sarpy, Dupont, McDonald, Chauvin, NORM General, NORM Hickman, Gray, Wright, McCall, NORM Workers and EM Corp Asbestos Credit; CAF (-42M): Indirect -41M, Direct -1M |
| Thunder Horse | 95 | -59 | -2 | -55 | -0 | -3 | +0 | +0 | -0 | Wellwork (-55M): 776 #5 workover; 822 #10 intervention |
| URSA | 20 | -1 | +4 | -5 | +0 | +0 | +0 | +0 | +0 | Wellwork (-5M): Driven by activity deferrals |
| Lucius | -1 | -24 | -14 | +0 | -10 | -1 | +0 | +0 | -0 | Field Op (-14M): Delayed start up; Energy (-10M) |
| OBO Min Reporting | 122 | -25 | -22 | -0 | -0 | -2 | -0 | +0 | +0 | Field Op (-23M): Driven by lower JIB's: Llano -7M, Genesis -3M, Ram -3M, St. Malo -1M, Other L48 -9M |
| | 1131 | -146 | -51 | -61 | -24 | -47 | -0 | +37 | -0 | |
| **Non-Cash** | | | Volumes | Rate | Other | | | | | |
| SYU | 82 | -62 | -55 | -7 | +0 | | | | | Volumes (-55M): Temporary shut-in; Rate (-7M): Driven by deferral of drilling |
| Mobile Bay | 87 | -11 | -7 | -8 | +4 | | | | | Volume (-7M);  Rate (-8M): driven by reserves |
| LaBarge Deep | 49 | -4 | +1 | -5 | -0 | | | | | Volume (+1M); Rate (-5M): driven by reserves |
| Hadrian South | 68 | -13 | -24 | +11 | +0 | | | | | Volumes (-24M): driven by delayed start up; Rate (+11M): driven by reserves |
| EMOP Min Reporting | 209 | +7 | +23 | -0 | -16 | | | | | Volumes (+23M): Mainly driven by Lena; Other (-13M): South Diana ARO adjustment |
| Thunder Horse | 174 | +42 | +45 | -3 | -0 | | | | | Volumes (+45M): TAR efficiency; Rate (-3M): Driven by investment |
| URSA | 45 | -1 | +2 | -3 | -0 | | | | | |
| Lucius | 176 | -15 | -52 | +37 | -0 | | | | | Volumes (-52M): Delayed start up; Rate (+37M): Driven by reserves |
| OBO Min Reporting | 205 | +93 | +70 | +0 | +24 | | | | | Volumes (+70): Llano, Ram, Popeye; Other (+24M): Popeye |
| | 1096 | +36 | +2 | +22 | +12 | | | | | |
| **OPEX ex PR/FX** | | 2266 | | | | | | | | |
| **Price** | | -39 | | | | | | | | |
| **YTD Actual** | 2227 | 2,227 | Cash 1,131; Non-Cash 1,096 | | | | | | | |

EMC_SEC 100009994
EMC_RAM_SEC 00000994

27

**App. 467**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**USP**
**Capex ($M)**

Proprietary
**December 2015**





| | YTD ACT | YTD STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | **278** | **391** | **-113** | |
| EMOP | 31 | 81 | -50 | SYU |
| OBO L48 | 247 | 310 | -63 | Ram (-$23M) (cancellations -$25M, A7 +$3M, A11 +$1M); Genesis (-$18M) (A-7ST deferral); Thunder Horse (-$15M) (776 #6 -$7M, 821 #2 -$7M, Dev Drilling -$17M, 777 #9 +$16M); Ursa (-$7M) (P-7ST -$14M, A-12ST deferral -$3M, P-8 +$10M) |
| **Pgm Oth:** | **109** | **203** | **-94** | |
| EMOP | 38 | 65 | -27 | SYU (-$15M) (facilities -$11M; recompletes -$4M); LaBarge (-$11M) (recompletes -$9M; facilities -$2M); High Level (-$13M); GA 209 B7 (+$15M) |
| OBO L48 | 71 | 138 | -67 | Ursa (-$34M) (supplementary recovery -$24M, A-5 recomplete -$5M, seismic -$5M); Thunder Horse facilities (-$28M); St Malo (-$5M) |
| **Projects:** | **97** | **183** | **-86** | |
| EMOP | 2 | 0 | +2 | GA-209 Water Handling Expansion |
| OBO L48 | 95 | 183 | -88 | Thunder Horse Water Injection (-$63M); Thunder Horse South Expansion (-$40M); Thunder Horse Infill (+$12M); Ursa Third Flowline carry-in (+$3M) |
| **As Spent:** | **484** | **777** | **-293** | |

| | FY Outlook | FY STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | **278** | **391** | **-112** | |
| EMOP | 31 | 81 | -50 | SYU |
| OBO L48 | 247 | 310 | -63 | Ram (-$23M); Genesis (-$18M); Thunder Horse (-$15M); Ursa (-$7M) |
| **Pgm Oth:** | **109** | **203** | **-94** | |
| EMOP | 38 | 65 | -27 | SYU (-$15M); LaBarge (-$11M); High Level (-$13M); GA 209 (+$15M) |
| OBO L48 | 71 | 138 | -67 | Ursa (-$34M); Thunder Horse (-$28M); St Malo (-$5M) |
| **Projects:** | **97** | **183** | **-86** | |
| EMOP | 2 | 0 | +2 | GA-209 |
| OBO L48 | 95 | 183 | -88 | Thunder Horse (-$91M); Ursa (+$3M) |
| **Total:** | **484** | **777** | **-293** | |

EMC_SEC 100009995
EMC_RAM_SEC 00009995

**App. 468**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

*Proprietary*

**USP**
## 225 Inventory – EMOP (Gross $M)

**December 2015**

| PU | Asset | 2014 YE ($M) | | | YTD Dec (M$) | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | Production Material | Well Material | Total | Production Material | Well Material | Total | |
| USP | WW/Proj | 57.8 | 104.0 | 161.9 | 69.4 | 116.6 | 186.0 | • EMWI YTD : $185.5M |
| | SYU | 15.1 | 3.1 | 18.2 | 16.3 | 4.0 | 20.3 | • EMWI YTD : $19.2M |
| | LaBarge | 20.0 | | 20.0 | 20.9 | | 20.9 | • EMWI YTD : $19.3M |
| | GOM | 5.3 | | 5.3 | 2.1 | | 2.1 | • EMWI YTD : $2.1M |
| | Mobile Bay | 2.5 | | 2.5 | 3.2 | | 3.2 | • EMWI YTD : $3.3M |
| | **Total USP** | **100.8** | **107.1** | **207.9** | **111.9** | **120.6** | **232.5** | |

## Activities to Manage Inventory Flat to Down:

• Process in place to evaluate material transfers within/between Production/Projects.

• 2015 LaBarge surplus write-off $408K USD.

• 2015 SYU surplus write-off $230K USD.

• LB AGI – will pull ~$7.5M from 225 in mid-2016

## Major Planned Purchases/Drilling/Transfers:

• Expect minimal new purchases.

• ~$25M in previous Julia purchases have yet to be received into 225.

• Potential transfer of 13-3/8 casing ($1M book value) to Hebron unlikely to happen – new material is inexpensive, would require transfer price of $0 to keep Hebron partners whole.

• Potential transfer from PNG to Julia for 16" casing (~$1M market value) being evaluated.

EMC_SEC 100009996
EMC_RAM_SEC 00000996

29

**App. 469**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100009997
EMC_RAM_SEC 00000997

**EMOP**                                                                 Proprietary
**Profitability**                                                        **December 2015**

*Asset Level realizations reflect sales realizations*
*Cash OPEX includes an estimated allocation of USP CAF costs*
*Segment Earnings ex legal represents legal settlements / reserves, not legal CAF allocations*

## Month

| Month | SYU | LaBarge | Mobile Bay | GOM | Hadrian South | ILA / STX / Other | Total EMOP |
|---|---|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 0.0 | 0.5 | 0.0 | 8.5 | 1.2 | 0.1 | 10 |
| Net Gas Production (mcfd) | 0.0 | 126.9 | 121.7 | 11.9 | 131.9 | 1.0 | 394 |
| **Net KOEBD** | **0** | **22** | **20** | **10** | **23** | **0** | **76** |
| Realizations (US$/BBL) / (US$/KCF) | N/A | $23.46 / $2.46 | N/A / $2.27 | $34.18 / $2.14 | $34.69 / $2.18 | N/A | $30.61 / $2.33 |
| Margin $M | $0 | $32 | $10 | $10 | $4 | -$2 | $54 |
| Cash OPEX $M | $24 | $21 | $10 | $10 | $4 | $2 | $72 |
| Non-Cash OPEX $M | $3 | $0 | $6 | -$9 | $12 | $1 | $13 |
| Int Exp / Other / Income Taxes $M | -$9 | -$4 | -$2 | $4 | -$4 | -$1 | -$15 |
| **December Operating Earnings $M (as spent)** | **-$18** | **$14** | **-$5** | **$5** | **-$9** | **-$3** | **-$16** |
| Other Earnings Events $M | $0 | $0 | $0 | $0 | $0 | $11 | $11 |
| **Total December Segment Earnings $M (as spent)** | **-$18** | **$14** | **-$5** | **$5** | **-$9** | **$8** | **-$4** |
| ***Total December Segment Earnings $M (as spent) ex Legal*** | ***-$18*** | ***$14*** | ***-$5*** | ***$5*** | ***-$9*** | ***$20*** | ***$8*** |
| Cash Opex ($/OEB) *Ex OEEs* | N/A | $31.88 | $16.31 | $31.37 | $6.22 | N/A | $30.89 |
| Non-Cash Opex ($/OEB) | N/A | -$0.42 | $9.40 | -$27.17 | $17.22 | N/A | $5.42 |
| Total Unit Opex ($/OEB) | N/A | $31.46 | $25.71 | $4.20 | $23.43 | N/A | $36.31 |
| Earnings ($/OEB) *Including OEEs* | N/A | $21.53 | -$7.62 | $15.31 | -$12.42 | N/A | -$1.88 |
| Earnings ($/OEB) *Excluding OEEs* | N/A | $21.53 | -$7.62 | $15.31 | -$12.42 | N/A | -$6.66 |
| ***CAPEX*** | -$3 | $1 | $0 | $0 | $0 | $1 | $0 |
| ***ABEX*** | $2 | $0 | $0 | $21 | $0 | $0 | $23 |
| ***Est Op Cash Gen (Operating Earnings + Non-Cash-CAPEX-ABEX)*** | -$14 | $13 | $1 | -$25 | $3 | -$4 | -$26 |

## 2015 YTD

| 2015 YTD | SYU | LaBarge | Mobile Bay | GOM | Hadrian South | ILA / STX / Other | Total EMOP |
|---|---|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 9.0 | 0.7 | 4.2 | 9.1 | 0.8 | 0.9 | 25 |
| Net Gas Production (mcfd) | 8.9 | 122.5 | 99.0 | 10.5 | 95.8 | (0.8) | 336 |
| **Net KOEBD** | **10** | **21** | **21** | **11** | **17** | **1** | **81** |
| Realizations (US$/BBL) / (US$/KCF) | $33.74 / $3.20 | $38.00 / $2.81 | $11.43 / $2.96 | $46.37 / $2.74 | $45.92 / $2.62 | N/A | $40.71 / $2.71 |
| Margin $M | $123 | $397 | $138 | $164 | $53 | $2 | $876 |
| Cash OPEX $M | $348 | $193 | $139 | $112 | $31 | $53 | $877 |
| Non-Cash OPEX $M | $84 | $62 | $89 | $177 | $69 | $14 | $495 |
| Int Exp / Other / Income Taxes $M | -$110 | -$49 | -$33 | -$48 | -$18 | -$24 | -$283 |
| **YTD Operating Earnings $M (as spent)** | **-$200** | **$191** | **-$57** | **-$78** | **-$29** | **-$41** | **-$213** |
| Other Earnings Events $M | $0 | $0 | $0 | $0 | $0 | $210 | $210 |
| **Total YTD Segment Earnings $M (as spent)** | **-$200** | **$191** | **-$57** | **-$78** | **-$29** | **$169** | **-$3** |
| ***Total YTD Segment Earnings $M (as spent) ex Legal*** | ***-$200*** | ***$191*** | ***-$57*** | ***-$78*** | ***-$29*** | ***$194*** | ***$21*** |
| Cash Opex ($/OEB) *Ex OEEs* | $91.17 | $25.00 | $18.46 | $28.36 | $5.12 | $198.60 | $39.67 |
| Non-Cash Opex ($/OEB) | $22.06 | $8.04 | $11.77 | $44.72 | $11.18 | $53.44 | $22.39 |
| Total Unit Opex ($/OEB) | $113.23 | $33.04 | $30.23 | $73.08 | $16.30 | $252.04 | $62.05 |
| Earnings ($/OEB) *Including OEEs* | -$52.24 | $24.82 | -$7.52 | -$19.78 | -$4.75 | $632.32 | -$0.15 |
| Earnings ($/OEB) *Excluding OEEs* | -$52.24 | $24.82 | -$7.52 | -$19.78 | -$4.75 | -$152.08 | -$9.65 |
| ***CAPEX*** | $44 | $8 | $0 | $17 | $0 | $3 | $72 |
| ***ABEX*** | $1 | $1 | $9 | $179 | $0 | $0 | $189 |
| ***Est Op Cash Gen (Operating Earnings + Non-Cash-CAPEX-ABEX)*** | -$161 | $245 | $23 | -$96 | $39 | -$29 | $21 |

**App. 470**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**OBO/USP** <span>Proprietary</span>

**Profitability** <span>December 2015</span>

*Asset Level realizations reflect sales realizations*

*Cash OPEX includes an estimated allocation of USP CAF costs*

*Segment Earnings ex legal represents legal settlements / reserves, not legal CAF allocations*

| Month | Thunder Horse | Lucius | Ursa | Other L48 | Total OBO | Total USP |
|---|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 21.5 | 17.0 | 11.6 | 10.3 | 60 | 71 |
| Net Gas Production (mcfd) | 10.8 | 11.4 | 12.6 | 51.9 | 87 | 480 |
| **Net KOEBD** | **23** | **19** | **14** | **19** | **75** | **151** |
| Realizations (US$/BBL) / (US$/KCF) | $40.47 / $1.92 | $35.68 / $2.40 | $28.96 / $2.15 | $35.06 / $2.01 | $36.08 / $2.08 | $35.67 / $2.28 |
| Margin $M | $26 | $16 | $10 | $15 | $67 | $122 |
| Cash OPEX $M | $12 | $0 | $3 | $9 | $24 | $96 |
| Non-Cash OPEX $M | $16 | $23 | $4 | $13 | $55 | $68 |
| Int Exp / Other / Income Taxes $M | -$1 | -$3 | $1 | -$5 | -$7 | -$23 |
| **December Operating Earnings $M (as spent)** | **-$1** | **-$4** | **$3** | **-$3** | **-$5** | **-$20** |
| Other Earnings Events $M | $0 | $0 | $0 | $0 | $0 | $11 |
| **Total December Segment Earnings $M (as spent)** | **-$1** | **-$4** | **$3** | **-$3** | **-$5** | **-$9** |
| ***Total December Segment Earnings $M (as spent) ex Legal*** | ***-$1*** | ***-$4*** | ***$3*** | ***-$3*** | ***-$5*** | ***$3*** |
| Cash Opex ($/OEB) *Ex OEEs* | $16.89 | -$0.14 | $6.22 | $15.75 | $10.35 | $20.62 |
| Non-Cash Opex ($/OEB) | $21.75 | $39.21 | $8.92 | $21.99 | $23.87 | $14.56 |
| Total Unit Opex ($/OEB) | $38.64 | $39.07 | $15.14 | $37.74 | $34.22 | $35.18 |
| Earnings ($/OEB) *Including OEEs* | -$1.86 | -$6.59 | $7.44 | -$4.61 | -$2.05 | -$1.93 |
| Earnings ($/OEB) *Excluding OEEs* | -$1.86 | -$6.59 | $7.44 | -$4.61 | -$2.05 | -$4.35 |
| ***CAPEX*** | $31 | $2 | $3 | $5 | $41 | $41 |
| ***ABEX*** | $0 | $0 | $0 | $2 | $2 | $25 |
| ***Est Op Cash Gen (Operating Earnings + Non-Cash-CAPEX-ABEX)*** | -$17 | $17 | $4 | $4 | $8 | -$18 |

| 2015 YTD | Thunder Horse | Lucius | Ursa | Other L48 | Total OBO | Total USP |
|---|---|---|---|---|---|---|
| Net Liquids Production (kbd) | 18.8 | 14.3 | 8.8 | 10.4 | 52 | 77 |
| Net Gas Production (mcfd) | 9.7 | 10.7 | 9.2 | 61.3 | 91 | 427 |
| **Net KOEBD** | **20** | **16** | **10** | **21** | **67** | **148** |
| Realizations (US$/BBL) / (US$/KCF) | $50.63 / $2.71 | $45.81 / $2.75 | $44.75 / $2.04 | $49.46 / $2.65 | $46.83 / $2.61 | $45.14 / $2.69 |
| Margin $M | $335 | $208 | $139 | $238 | $921 | $1,797 |
| Cash OPEX $M | $105 | $5 | $29 | $96 | $235 | $1,112 |
| Non-Cash OPEX $M | $174 | $176 | $45 | $205 | $601 | $1,096 |
| Int Exp / Other / Income Taxes $M | $19 | $9 | $22 | -$24 | $27 | -$256 |
| **YTD Operating Earnings $M (as spent)** | **$37** | **$18** | **$44** | **-$40** | **$59** | **-$154** |
| Other Earnings Events $M | $0 | $0 | $0 | **-$7** | -$7 | $203 |
| **Total YTD Segment Earnings $M (as spent)** | **$37** | **$18** | **$44** | **-$46** | **$52** | **$49** |
| ***Total YTD Segment Earnings $M (as spent) ex Legal*** | ***$37*** | ***$18*** | ***$44*** | ***-$46*** | ***$52*** | ***$74*** |
| Cash Opex ($/OEB) *Ex OEEs* | $14.08 | $0.88 | $7.56 | $12.80 | $9.54 | $20.52 |
| Non-Cash Opex ($/OEB) | $23.43 | $30.02 | $11.76 | $27.30 | $24.39 | $20.22 |
| Total Unit Opex ($/OEB) | $37.51 | $30.91 | $19.32 | $40.11 | $33.93 | $40.74 |
| Earnings ($/OEB) *Including OEEs* | $5.02 | $3.00 | $11.57 | -$6.18 | $2.13 | $0.90 |
| Earnings ($/OEB) *Excluding OEEs* | $5.02 | $3.00 | $11.57 | -$5.29 | $2.40 | -$2.85 |
| ***CAPEX*** | $276 | $7 | $90 | $39 | $412 | $484 |
| ***ABEX*** | $35 | $0 | $0 | $30 | $66 | $255 |
| ***Est Op Cash Gen (Operating Earnings + Non-Cash-CAPEX-ABEX)*** | -$99 | $187 | -$1 | $96 | $182 | $203 |

EMC_SEC 100009998
EMC_RAM_SEC 00000998

**App. 471**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*USP*
**Proprietary**

## Earnings - YTD vs. STWD

**December 2015**



Earnings vs. Plan, $M

| | vs. STWD | VARIANCE DRIVERS |
|---|---|---|
| **STWD** | **695** | |
| **Price** | **-723** | **EMOP (-361):** Realizations C&C -$27.34 (-197); NGLs -$9.22 (-18); Gas -$1.84 (-156); Other (+10) <br> **OBO L48 (-362):** Realizations C&C -$26.01 (-307); NGLs -$10.00 (-8); Gas -$1.90 (-41);Other (-6) |
| **Volume** | **-205** | **EMOP (-124):** Sales Vols -15 Kbd (-126); -29 MCFD (-18); Other (+20) mainly Min Reporting non-cash partly offset by GOM transportation <br> **OBO L48 (-81):** Sales Vols -2 Kbd (-27); -1 MCFD (0); Other (-54) mainly Thunder Horse and Min Reporting non-cash and GOM transportation |
| **Opex** | **+78** | **EMOP (+49):** Cash (+36) mainly driven by lower field and CAF, Non-cash (+13) mainly driven by Mobile Bay and SYU reserve changes and S. Diana ARO decrease <br> **OBO L48 (+29):** Cash (+64) driven by lower Thunder Horse well work and min reporting field, Non-cash (-35) mainly driven by Lucius and Popeye |
| **Forex** | **+0** | |
| **OEE** | **+156** | **EMOP (+184):** mainly driven by Project Giant (+132), Hill ASC 450 Release (+25) , State Deferred Tax True-Up (+21) Santa Fe Ranch divestment (+16), and other (+2) partly offset by Louisiana Legacy Settlement (-12) <br> **OBO (-28):** mainly driven by Asset Management (-21) and 2014 Federal Tax True-Up (-7) |
| **Other** | **+48** | **EMOP (+47):** mainly favorable effective tax rate differences (+44); Non Hydrocarbon margin: CO2 (-7), HE (+11), Sulphur (0) <br> **OBO L48 (+1):** mainly effective tax rate differences |
| **ACTUAL** | **49** | **Total YTD vs. STWD  (-$646)** |

EMC_SEC 100009999
EMC_RAM_SEC 00009999

PROPRIETARY

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

# Americas F&O
# Aera



EMC_SEC 100010000
EMC_RAM_SEC 000010000

33

**App. 473**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100010001
EMC_RAM_SEC 000010001

# Aera

## 2015 Stewardship Summary

Proprietary

**December 2015**

| | 2014 ACT | Aera 2015 YTD | Δ vs STWD | 2015 FY STWD | Comments |
|---|---|---|---|---|---|
| **Volumes** | | | | | |
| Net Liquids Production - KBD | 60 | 59 | +1 | 58 | |
| Net Gas Available for Sale - MCFD | 0 | 0 | 0 | 0 | |
| Net Oil Equivalent Volume - KOEBD | 60 | 59 | +1 | 58 | |
| **Downtime - %** | | | | | Downtime is not reported as part of the monthly F&O due to lag in reporting from Aera |
| **Opex - $M USD,  vs. Stwd Pr/Fx Adj** | | | | | Production Tax -13; Energy -13; Dry Hole -1; CAF -4; Field Ops -2; Exploration -2 |
| Cash | 634 | 500 | -36 | 573 | Site Restoration +20; Acreage retirement +5; Ventura CO2 write-down +3; Volume +1; UOP -15 |
| Non-Cash | 262 | 281 | +13 | 267 | |
| Total | 895 | 780 | -23 | 840 | |
| **Unit Opex -   vs. Stwd Pr/Fx Adj** | | | | | |
| Cash | 28.85 | 23.39 | -1.80 | 26.92 | |
| Non-Cash | 11.92 | 13.14 | +0.57 | 12.57 | |
| Total | 40.77 | 36.54 | -1.23 | 39.49 | |
| **Capex - $M** | 399 | 332 | -16 | 348 | |
| Drilling | 195 | 209 | -19 | 228 | Producer drilling |
| Other Program | 195 | 120 | 0 | 120 | |
| Project | 9 | 3 | +3 | 0 | Belridge Water Softening Plant carry-in |
| **Financials** | | | | | |
| Earnings - $M | 731 | 146 | -321 | 467 | Primarily C&C Realizations:  -$27.08/bbl (-375) |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Aera**
**Monthly Financial Results**

*Proprietary*
**December 2015**

### Earnings vs Plan ($M)



### Capex ($M)

| | STWD | YEO | Delta |
|---|---|---|---|
| Drilling | 228 | 209 | -19 |
| Oth Prg | 120 | 120 | +0 |
| Project | 0 | 3 | +3 |
| **Total** | **348** | **332** | **-16** |



### Opex ($M)



### Liquids (kBD)



EMC_SEC 100010002
EMC_RAM_SEC 000010002

35

**App. 475**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

# Aera
## Profitability

*Proprietary*

**December 2015**

| AERA | Nov | Dec | YTD |
|---|---|---|---|
| Net Liquids Production (kbd) | 58 | 59 | 59 |
| Net Gas Production (mcfd) | 0 | 0 | 0 |
| **Net KOEBD** | 58 | 59 | 59 |
| | | | |
| Realizations C&C (US$/BBL) / GAS (US$/KCF) | $39.12 / - | $34.13 / - | $46.92 / - |
| | | | |
| Margin $M | 71 | 58 | 1,006 |
| Cash OPEX $M | 39 | 49 | 500 |
| Non-Cash OPEX $M | 26 | 18 | 281 |
| Int Exp / Income Taxes $M | 2 | -5 | 82 |
| **Current Month Operating Earnings $M (as spent)** | 4 | -4 | 143 |
| Other Earnings Events $M (AFIT) | 3 | 0 | 3 |
| **Total Segment Earnings $M (as spent)** | 7 | -4 | 146 |
| | | | |
| Cash Opex ($/OEB) | 22.16 | 26.90 | 23.39 |
| Non-Cash Opex ($/OEB) | 15.35 | 9.73 | 13.14 |
| Total Unit Opex ($/OEB) | 37.51 | 36.63 | 36.54 |
| Segment Earnings ($/OEB) | 3.91 | -1.91 | 6.79 |
| | | | |
| *CAPEX $M* | 26 | 30 | 332 |
| *ABEX $M* | 3 | 3 | 35 |
| *Est. Op Cash Gen (Op. Earnings + Non-Cash – Capex – Abex)* | 1 | -19 | 57 |

EMC_SEC 100010003
EMC_RAM_SEC 00001003

**App. 476**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

PROPRIETARY

# Americas F&O
# Alaska / Transportation



EMC_SEC 100010004
EMC_RAM_SEC 00010004

37

**App. 477**

**Proprietary**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

## Alaska Monthly Volumes Summary
# *Volumes Deferrals*

### *December 2015*



**Total**

| | 2014 ACT | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled, % | 14.4 | 5.7 | 6.6 | 11.9 | 12.4 |
| Unscheduled, % | 4.2 | 1.4 | 2.8 | 4.1 | 4.5 |
| Total Deferred, % | 18.6 | 7.1 | 9.4 | 16.0 | 16.9 |

**Total (KOEBD)**

| YTD ACT | YTD STWD | Delta | Drivers |
|---|---|---|---|
| 17 | 17 | - | SDT (0): Higher Other SDT (-0)<br><br>UVL (0): Higher Other UDT (-0) |

*Negative values favorable, Positive values un-favorable*

**Liquids**

| | 2014 ACT | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled, % | 14.4 | 5.7 | 6.6 | 11.9 | 12.4 |
| Unscheduled, % | 4.2 | 1.4 | 2.8 | 4.1 | 4.5 |
| Total Deferred, % | 18.6 | 7.1 | 9.4 | 16.0 | 16.9 |

**Gas**

| | 2014 ACT | Nov | Dec | YTD | YTD STWD |
|---|---|---|---|---|---|
| Scheduled, % | 0 | 0 | 0 | 0 | 0 |
| Unscheduled, % | 0 | 0 | 0 | 0 | 0 |
| Total Deferred, % | 0 | 0 | 0 | 0 | 0 |

EMC_SEC 100010005
EMC_RAM_SEC 000010005

**App. 478**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100010006
EMC_RAM_SEC 000010006

**Alaska Monthly Volumes Summary**　　　　　　　　　　　　　　　　　　　　**Proprietary**
**Liquids Performance**　　　　　　　　　　　　　　　　　　　　　　　　　　**December 2015**



| Jan Est 106kbd | +2 | vs Dec (+7 vs STWD) |
| Base | +9 | SDT (+3): Lower Other SDT (+3) |
| | | 2015 Drilling Program Rolled to Base (+7) |
| | | Absence of prior month true-up (-1) |
| WP | -7 | 2015 Drilling Program Rolled to Base (-7) |
| Feb Est 103kbd | -3 | vs Jan (+5 vs STWD) |
| Base | -3 | SDT (-2): Higher Other SDT (-2) |
| | | Capacity (-1): Field Performance (-1) |
| WP | - | |
| Prj | - | |

| MvM | | VARIANCE DRIVERS | | YTD | | VARIANCE DRIVERS |
|---|---|---|---|---|---|---|
| Nov 15 | 104 | Total Actuals: Base (96), WP (7), Proj (1) | STWD | 89 | | Total STWD: Base (84), WP (4), Proj (1) |
| Base Perf. | +2 | AK (+2) | Cooler Ambient Temperatures 7F November to -10F December (+2) | +4 | AK (+4) | Base Performance (+4) |
| Downtime | -3 | AK (-3) | SDT (-1): Higher Other SDT (-1) | - | | |
| | | | UDT (-2): Higher Other UDT (-2) | | | |
| WP / NFW (ex. downtime) | +1 | AK (+1) | Drilling Performance (+1) | - | | |
| Projects (ex. downtime) | - | | | -1 | AK (-1) | Project Performance (-1) |
| Ext. Impacts | - | | | - | | |
| - Demand | - | | | - | | |
| Other | - | | | - | | |
| Dec 15 | 104 | Total Month vs. Month = 0 (+10 vs STWD) Total Actuals: Base (96), WP (7), Prj (1) | ACT | 92 | | Total YTD vs. STWD = +3 Total STWD: Base (88), WP (3), Prj (1) |

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

*Alaska & Transportation*                                                                                              *Proprietary*

## Operating Expenses - versus Plan ($M)                                                   *December 2015 F&O*



### Unit Opex ($/OEB)

**YTD (As Spent)**

|          | AK    | AK incl Trans |
|----------|-------|---------------|
| Cash     | 24.09 | 31.13         |
| Non-Cash | 4.10  | 5.78          |
| **Total**| **28.20** | **36.91** |

**vs. Plan (ex price/forex)**

|          | AK    | AK incl Trans |
|----------|-------|---------------|
| Cash     | -0.55 | -3.09         |
| Non-Cash | -0.11 | -0.30         |
| **Total**| **-0.67** | **-3.39** |

**STWD**

| YTD As Spent | 1,322 | -61 vs. Plan (ex. Price/Forex) | | | | | | Commentary |
|---|---|---|---|---|---|---|---|---|

| Cash | | | Field | Well Work | Energy | CAF | Production Taxes | Other | |
|------|---|---|-------|-----------|--------|-----|------------------|-------|---|
| Alaska | 818 | -19 | -0 | -22 | -3 | -1 | +6 | +0 | **Wellwork** driven by Prudhoe Bay activity (-22); **CAF** driven by Prudhoe Bay JV Bills (+17) offset by Point Thomson Operations Readiness support (-9), Mutualized Research (-5), Support Services (-4) **Prod Tax** higher PBU ad val (+6) |
| Transportation | 242 | -40 | +0 | +0 | -16 | +0 | +0 | -25 | **SRM:** Lower Oil Spill Response due to timing and allocation percentage (-9); Lower fuel volumes due to transitions/efficiency (-7); Absence of Kodiak day charter (-5) Port charges (-2), <br><br> **PL**: Lower PTEP startup expenses (-7) and higher TAPS pooling credit (-5), TAPS Ad Val Tax (-3) |
| | 1,060 | -59 | -0 | -22 | -18 | -1 | +6 | -24 | |

| Non-Cash | | | Volumes | Rate | Other | | | |
|----------|---|---|---------|------|-------|---|---|---|
| Alaska | 139 | -4 | +1 | -7 | +2 | | | Driven by PBU investment |
| Transportation | 58 | +2 | +0 | +0 | +2 | | | Driven by Eagle Bay timing |
| | 197 | -2 | +1 | -7 | +4 | | | |

| Opex ex PR/FX | 1,261 | |
|---------------|-------|---|
| Price | -5 | |
| **YTD ACTUAL** | **1,257** | **1,257** | Cash 1060;  Non-Cash 197 |

EMC_SEC 100010007
EMC_RAM_SEC 000010007

**App. 480**

40

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Alaska & Transportation**
## Capex ($M)





| | YTD ACT | YTD STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | **171** | **178** | **-7** | |
| Alaska | 171 | 178 | -7 | Producer Drilling |
| | | | | |
| **Pgm Oth:** | **97** | **64** | **+34** | |
| Alaska | 76 | 64 | +13 | Supplemental Recovery +15; N. Prudhoe Area Seismic +2; Tert Injectants -2; Other -2 |
| Trans | 21 | 0 | +21 | TAPS Programs |
| | | | | |
| **Projects:** | **44** | **97** | **-53** | |
| Alaska | 19 | 45 | -26 | BP project execution capacity -26 |
| Trans | 24 | 52 | -28 | TAPS Minor Projects -37, Seariver New Build +8 |
| | | | | |
| **As Spent:** | **312** | **338** | **-26** | |

| | FY Outlook | FY STWD | Delta | Comments |
|---|---|---|---|---|
| **Drilling:** | **171** | **178** | **-7** | |
| Alaska | 171 | 178 | -7 | |
| | | | | |
| **Pgm Oth:** | **97** | **64** | **+34** | |
| Alaska | 76 | 64 | +13 | |
| Trans | 21 | 0 | +21 | Re-bucket Minor Projects |
| | | | | |
| **Projects:** | **44** | **97** | **-53** | |
| Alaska | 19 | 45 | -26 | |
| Trans | 24 | 52 | -28 | |
| | | | | |
| **Total:** | **312** | **338** | **-26** | |

EMC_SEC 100010008
EMC_RAM_SEC 00010008

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

# Alaska

# 225 Inventory - EMOP (Gross $M)

December 2015

*Proprietary*

| PU | Asset | 2014 YE ($M) | | | YTD Dec (M$) | | | Comments |
|---|---|---|---|---|---|---|---|---|
| | | Production Material | Well Material | Total | Production Material | Well Material | Total | |
| Alaska | **Total Alaska** | | | 4 | 11.5 | 0 | 11.5 | • $7.2M EM Net<br>• Reduction from $60M Gross in November related to drilling |

## Activities to Manage Inventory Flat to Down:

- Dec balance includes Point Thomson materials related to ongoing PT17 drilling activity ~$9M

- Operating inventory and spares ~$2.5M

## Major Planned Purchases/Drilling/Transfers:

- PT17 activity to be completed 2Q16

- Finalize operating inventory and spares ~$1M

**Ex⊠onMobil**

**App. 482**

EMC_SEC 100010009
EMC_RAM_SEC 00010009

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

| December 2015 | Alaska | Transportation | Total |
|---|---|---|---|
| Net Liquids Production (kbd) | 104 | | 104 |
| Net Gas Production (mcfd) | 4 | | 4 |
| **Net KOEBD** | 105 | | 105 |
| | | | |
| Current Month Realization (Provisional) | $21.90 | | $21.90 |
| | | | |
| Current Month Margin $M | 71 | -18 | 52 |
| Price Finalization of prior months | 26 | | 26 |
| Cash OPEX $M | 54 | 20 | 74 |
| Non-Cash OPEX $M | 8 | 5 | 13 |
| Int Exp / Income Taxes $M | 3 | -16 | (13) |
| **Current Month Operating Earnings $M (as spent)** | 31 | -27 | 4 |
| Other Earnings Events $M (AFIT) | -10 | 0 | (10) |
| **Total Current Month Segment Earnings $M (as spent)** | 21 | -27 | -6 |
| | | | |
| Cash Opex ($/OEB) | 16.77 | | 22.84 |
| Non-Cash Opex ($/OEB) | 2.56 | | 4.07 |
| Total Unit Opex ($/OEB) | 19.32 | | 26.91 |
| Segment Earnings ($/OEB) | 6.47 | | -1.97 |
| | | | |
| *CAPEX $M* | 20 | 4 | 24 |
| *ABEX $M* | 0 | 0 | (0) |
| *Est Operating Cash Generation* (Operating Earnings + Non-Cash – Capex - Abex) | 18 | -26 | (8) |
| | | | |
| **Alaska Severance Tax amount subtracted from margin | -14 | | -14 |

| 2015 YTD | Alaska | Transportation | Total |
|---|---|---|---|
| Net Liquids Production (kbd) | 92 | | 92 |
| Net Gas Production (mcfd) | 6 | | 6 |
| **Net KOEBD** | 93 | | 93 |
| Realizations (including Price Finalization) C&C (US$/BBL) / GAS (US$/KCF) | $38.51/$1 | | $38.51/$1 |
| | | | |
| Margin $M | 1,285 | 382 | 1,667 |
| Cash OPEX $M (excluding OEE) | 818 | 242 | 1,060 |
| Non-Cash OPEX $M | 139 | 58 | 197 |
| Int Exp / Income Taxes $M | 117 | 32 | 149 |
| **YTD Operating Earnings $M (as spent)** | 211 | 51 | 262 |
| Other Earnings Events (OEE) $M | -3 | 43 | 40 |
| **Total YTD Segment Earnings $M (as spent)** | 208 | 94 | 302 |
| | | | |
| Cash Opex ($/OEB) (excluding OEE) | 24.09 | | 31.22 |
| Non-Cash Opex ($/OEB) | 4.10 | | 5.80 |
| Total Unit Opex ($/OEB) | 28.20 | | 37.02 |
| Segment Earnings ($/OEB) | 6.13 | | 8.90 |
| *Memo:Taxes ($/OEB) incl Alaska Severance Tax* | *6.30* | | |
| | | | |
| *CAPEX $M* | 266 | 46 | 312 |
| *ABEX $M* | 16 | 3 | 19 |
| *Est Operating Cash Generation* (Operating Earnings + Non-Cash – Capex - Abex) | 68 | 60 | 128 |
| | | | |
| **Alaska Severance Tax amount subtracted from margin* | -97 | | |

EMC_SEC 100010010
EMC_RAM_SEC 000010010

**App. 483**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Alaska & Transportation**
## Earnings - YTD vs. STWD

**December 2015**



Earnings vs Plan, $M

| STWD | 804 | VARIANCE DRIVERS |
|---|---|---|
| Price | -406 | C&C Realizations: Alaska $-29.19/bbl (-601.2M) ; Alaska Severance Taxes (+180.8M) ; Transportation (+14M) |
| Volume | -5 | Alaska Sales Volume 3 KBD (+51M) ; Transportation Volumes (-56M) |
| Opex | 26 | Alaska (+7M) Transportation (+20M) |
| Forex | 0 | |
| OEE | 24 | Project Giant sale of King Ranch Gas Plant and associated pipelines (+17M); Sierra sale (+10M); FIT true-up (+7M); AK TAPS tariff-sev. tax reserve (-10M) |
| Other | -140 | Loss of tax credits due to Minimum tax threshold for Alaska Severance Taxes |
| ACTUAL | 302 | Total YTD vs. STWD  (-502) |

EMC_SEC 100010011
EMC_RAM_SEC 000010011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

PROPRIETARY

# Americas F&O
# South America



EMC_SEC 100010012
EMC_RAM_SEC 00001 0012

45

**App. 485**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

EMC_SEC 100010013
EMC_RAM_SEC 00010013

ExxonMobil Proprietary

Other - Opex As Spent

December 2015



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

PROPRIETARY

# Americas F&O
# Americas Rollup



EMC_SEC 100010014
EMC_RAM_SEC 000010014

47

**App. 487**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Americas**
**Earnings - WATCHLIST**

*Proprietary*
*December 2015*

| POTENTIAL 1H 2016 SENSITIVITIES | EST. EARNINGS IMPACT ($M AT) | DESCRIPTION |
|---|---|---|
| **CAN: Legal Entity Simplification Project** | +$15M | Initial restructuring of IOL and EM Canada ownership structure with potential to reduce Upstream deferred tax liability and provide an earnings benefit.<br>Trigger: Implementation of the restructuring |
| **\*CAN: South Grant Lands** | +$40M | Proposed sale of South Grant Lands - close expected March 1, 2016<br>Trigger: Sale close and receipt of proceeds |
| **US: Alaska TAPS - Tariff Cost Recovery** | TBD | In November 2015, FERC denied tariff recovery by TAPS owners for some Strategic Reconfiguration (SR) upgrade project costs and ad val tax payments. TAPS owners deciding whether to appeal. TAPS owners, including EM Pipeline Co, must refund the tariffs to the shippers, including EM Alaska Production Inc, in 2016. Tariff refund could increase EMAPI severance tax and royalty liability. Established a $10.4M reserve for SR costs for years ruled on by FERC (2009-2010) in Dec. Later years pending further negotiations between Owners and Shippers.<br>Trigger: Establish reserve |
| **US: Alaska TAPS Property Tax Assessments** | +$6M | TAPS Owners and three municipalities protested the State of Alaska's property tax valuation methodology on the pipeline. EM paid $129M AT under protest associated with 2010-2015 TAPS property taxes. In December, TAPS owners reached a tentative agreement with the municipalities to drop all appeals for a refund of amounts paid under protest through 2015 in exchange for the municipalities agreeing to a fixed value for the pipeline for property tax purposes through 2020. The agreement is currently pending approval by each of the TAPS owners and the municipalities. If approved, +$6M AT earnings from release of a reserve established for potential taxes in excess of amounts paid.<br>Trigger: Approval of the proposal by the owners and municipalities |
| **US: King Ranch Gas Plant Tank Permits** | +$13M | As part of the King Ranch Gas Plant divestment, a $13M AT reserve was booked for potential new storage tanks that if required, would be paid for by EM. The Texas Commission on Environmental Quality (TCEQ) is expected to decide in the first half of 2016 whether to issue permits for existing storage tanks or require new tanks be installed If the TCEQ grants permits for all existing storage tanks, the $13M AT reserve will be released to earnings.<br>Trigger: Decision by the TCEQ |

\* Item is expected to be reported on Production F&O

EMC_SEC 100010015
EMC_RAM_SEC 000010015

48

**App. 488**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

**Americas**
**Earnings - WATCHLIST**

**Proprietary**
**December 2015**

| OTHER POTENTIAL 2016 SENSITIVITIES > $10M | EST. EARNINGS IMPACT ($M AT) | DESCRIPTION |
|---|---|---|
| CAN: Mackenzie Pipeline | Up to -$146M | US $146M AT (EMNI) of costs associated with the pipeline and gathering system for the Mackenzie Gas Pipeline Project have been capitalized. The project is intended to bring gas to market from the Mackenzie River Delta area of Northern Canada. IOL obtained an extension of the pipeline's Certificate of Public Convenience and Necessity to September 2016. Failure to secure a longer extension will require a review of the capitalized costs.<br>Trigger: Decision by Government not to extend the pipeline certificate |
| CAN: Alleged Infringement of Right of First Refusal | Up to -$45M | Northrock Resources has sued ExxonMobil Canada Energy (EMCE) and others claiming infringement of a right of first refusal on certain Saskatchewan Petroleum & Natural Gas rights, formerly owned by EMCE. Northrock began legal action in January 2006 and trial was completed in October 2015. Decision expected within 12 months.<br>Trigger: Outcome of court decision and potential appeals |
| CAN: Kearl Property Tax Assessment | Up to +$22M | EM/IOL disputing Wood Buffalo Municipality property tax assessments on Kearl asset for 2014 and 2015. IOL/EMC completed the 2014 hearing before the Composite Assessment Review Board (CARB) in March 2015 and received a partial refund of $11M AT in October 2015. An appeal was filed for the 2014 denied claims in November 2015 ($10M) but resolution not anticipated until 2016. CARB hearing for 2015 ($12M) expected in 2016.<br>Trigger: Conclusion of appeal process |
| CAN: Newfoundland R&D Requirements | Up to +$13M | EM initiated arbitration under NAFTA regarding Newfoundland requirement for minimum R&D and training in the province. Tribunal issued final award of $6M net of royalty and tax, but in May 2015, the Federal Government filed a 'setting aside application' in the Ontario court to challenge the NAFTA ruling. A hearing is scheduled for **January 28, 2016** which will delay resolution of payment until at least mid-2016. EM issued a Notice of Second Claim for the 2012-2014 period with estimated value of $4M-$7M net of royalty and tax.<br>Trigger: Receipt of payment |
| CAN: Newfoundland Royalty Insurance Redetermination | Up to -$17M | The Province of Newfoundland rejected the deduction of owner specific insurance costs claimed as eligible cost for royalty purposes for the period 2002 - 2007 (Phase I). The Hibernia owners filed a Notice of Arbitration in October 2013 and in December 2015, a favorable decision was issued, removing $63M AT of exposure. Phase II arbitration for years 2008 - 2015 will now proceed.<br>Trigger: Final decision after any appeals |
| CAN: Sable Royalty Audit | Up to -$45M | Nova Scotia DOE challenged deductibility of the unutilized portion of EM's firm service and backstop commitments of the gas pipeline for royalty purposes for years 1995 - 2009. A hearing on the merits began in January 2016.<br>Trigger: Arbitration decision |
| US: Potential Abandonment of Main Pass 133 | Up to -$33M | Petro Ventures Inc. (PVI), operator of US GOM Main Pass 133 (EMWI 22%), shut-in the field due to lack of funds to continue operations. Risk that PVI will be unable to meet its abandonment obligations. Monitoring PVI compliance with abandonment requirements to assess probability that the liability could revert to EM. Potential for a reserve of up to $33M AT.<br>Trigger: Noncompliance by PVI |
| US: Matagorda Island Potential Abandonment | TBD | In 2005, EM sold its interest in Matagorda Island 665. Interest ultimately acquired by Matagorda Island Gas Operations LLC (MIGO). MIGO filed for bankruptcy in September 2014. U.S. Dept. of Interior sent letter to EM on January 8, 2016 instructing EM to take over decommissioning / abandonment responsibilities for certain leases held by MIGO. Evaluating next steps and potential financial exposure.<br>Trigger: Assessment as to whether financial exposure is probable and estimable. |
| US: Site Restoration Update - Zinc (Phase 2) | Up to +$30M | A request to abandon Zinc without a Phase 2 removal of sub-sea templates was submitted to BSEE in April 2015. If not required, non-cash earnings help from write-down of ARO balance.<br>Trigger: BSEE decision |

**\*** Item is expected to be reported on Production F&O

49

**App. 489**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

*Proprietary*

## Potential ARO Exposure on Divested/Other Assets

*December 2015*

### Divested Assets

| Buyer | Asset Sale | EM Est EOFL | Closing Date | Credit Rating | ARO Estimate ($M) | Security ($M) | Reserve BT ($M) | Regulator Letter Date | Regulator Letter Issued To | Financial Assurance Requested ($M) |
|---|---|---|---|---|---|---|---|---|---|---|
| Apache | Eugene Island Block 330 | TBD | Jun 2010 | Baa1 | N/A | - | - | BOEM, May 18 2015 | Fieldwood Energy | 14.1 |
| Energy XXI | Eastern GOM Properties | 2025 | Dec 2010 | CCC+ / Caa3 | 450 | 225 | 0 | | | |
| Arena Energy | WGOM Eugene Island | 2020 | Jun 2011 | Unrated | 52 | 37 | 15 | | | |
| Headington Oil | South Texas I | 2025 | Nov 2012 | Unrated | 14 | 0 | 14 | | | |
| Whistler Energy | Green Canyon 18/60 | 2018 | Jul 2013 | Unrated | 99 | 60 | 39 | BOEM, May 20 & Jun 2 2015 | Whistler Energy | 0.035 |
| LINN Energy | Hill Property | 2055 | Nov 2014 | Caa1 | 42 | 2 | 0 | | | |
| MIGO (previously Paloma) | Matagorda Island 665 | PayGo | 2005 | | TBD | 0.4 | - | BOEM, Jan 6 2016 | EM | |

### Other Assets

| Company / Operator | Asset | EM Est EOFL | ARO Estimate (Gross $M) | ARO Estimate (EMNI $M) | ARO Book Liability ($M) | Comment |
|---|---|---|---|---|---|---|
| Petro Ventures | Main Pass 133 | PayGo | 54 | 12 | 2.4 | Petro Ventures (PVI) notified EM it shut-in MP133 due to unprofitable operations; PVI does not appear to be bonded for its abandonment liabilities |

- Ongoing effort to monitor financial strength of buyers of other EM divested assets
- MIGO filed for bankruptcy in Sep'2014. EM notified in Jan 2016 to assume abandonment obligations, discussions on-going
- Energy XXI credit rating downgraded in Oct 2015, abandonment re-determination and legal discussions on-going
- Whistler Energy abandonment redetermination est. ~$56M under review
- Released $40M BT ($25M AT) reserve for Hill Property. Assessment concluded not probable that ARO would revert to EM

50

EMC_SEC 100010017
EMC_RAM_SEC 000010017

**App. 490**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

ExxonMobil Proprietary

Other - Opex As Spent

December 2015



EMC_SEC 100010018
EMC_RAM_SEC 000010018

51

**App. 491**

FOIA CONFIDENTIAL
CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION

*Canada West / IOL*    *Proprietary*
# Kearl & Syncrude Profitability    **December 2015**

## Realizations ($/bbl)

| | 2014 14' Avg. | 2015 Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WTI | 93 | 47 | 51 | 48 | 54 | 59 | 60 | 51 | 43 | 45 | 46 | 43 | 37 |
| WCS | 74 | 30 | 37 | 35 | 40 | 48 | 52 | 43 | 29 | 27 | 33 | 28 | 23 |
| Kearl Actual | 60 | 21 | 23 | 22 | 30 | 34 | 42 | 35 | 21 | 19 | 24 | 16 | 12 |
| Syncrude Actual | 90 | 44 | 47 | 44 | 55 | 62 | 63 | 53 | 42 | 40 | 46 | 43 | 38 |

## Kearl Profitability

| | 2014 14' Avg. | 2015 Jan | Feb | Mar | Apr | May | Jun[2] | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Production (KBD) (before royalty, including NCI) | 72 | 81 | 112 | 93 | 92 | 145 | 153 | 198 | 217 | 127 | 214 | 181 | 214 |
| Production (KBD) (before royalty, ex-NCI) | 66 | 63 | 87 | 73 | 72 | 113 | 120 | 154 | 169 | 100 | 168 | 142 | 168 |
| Unit Opex ($/boe) (before royalty, including NCI)[7] | 69 | 57 | 44 | 52 | 47 | 28 | 37 | 24 | 24 | 45 | 24 | 33 | 27 |
| Unit cash opex ($/boe) (before royalty, including NCI)[7] | 52 | 44 | 35 | 40 | 35 | 19 | 27 | 17 | 16 | 31 | 17 | 22 | 18 |
| Unit non cash ($/boe) (before royalty, including NCI)[7] | 17 | 12 | 9 | 11 | 12 | 8 | 10 | 7 | 8 | 14 | 7 | 11 | 8 |
| Unit earnings ($/boe) (before royalty, including NCI)[7] | (16) | -26 | -18 | -23 | -15 | 2 | -31 | 5 | -2 | -22 | -1 | -13 | -11 |
| Memo: Cash from Ops ($M)[3] | (409) | -50 | -41 | -46 | -19 | 37 | 54 | 73 | 28 | -49 | 29 | -32 | -16 |
| Memo: Est. Op Cash Gen ($M)[4] | (2,683) | -165 | -193 | -235 | -175 | -112 | -72 | -63 | -60 | -108 | -60 | -97 | -81 |

## Syncrude Profitability

| | 2014 14' Avg. | 2015 Jan | Feb | Mar | Apr[1] | May[1] | Jun[2] | Jul | Aug | Sept | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Production (KBD) (after royalty, ex-NCI) | 60 | 48 | 50 | 48 | 23 | 19 | 53 | 56 | 52 | 12 | 36 | 53 | 39 |
| Unit Opex ($/boe) (after royalty, including NCI) | 62 | 44 | 45 | 41 | 136 | 118 | 38 | 36 | 36 | 173 | 47 | 34 | 51 |
| Unit earnings ($/boe) (after royalty, including NCI) | 20 | -1 | 1 | 3 | -52 | -33 | 17 | 13 | 7 | -83 | 1 | 6 | -9 |
| Memo: Cash from Ops ($M)[5] | 795 | 15 | 22 | 26 | -46 | -26 | 63 | 63 | 44 | -37 | 12 | 35 | -3 |
| Memo: Est. Op Cash Gen ($M)[6] | 524 | 5 | 15 | 19 | -64 | -27 | 54 | 54 | 39 | -42 | 5 | 31 | -6 |

Notes:

[1] April and May 2015 were planned Syncrude turnaround months; rates reduced and opex increased

[2] June 2015 earnings reflect OEE (corporate tax increase)

[3] Jan - Sept: (Margin - Cash Opex) excluding NCI; Oct - Dec: (Margin - Cash Opex) including NCI

[4] Jan-Aug: (Margin - Cash Opex - Prod & Dev Capex) excluding NCI; Sept: (Op Earnings + Non Cash Opex - Prod & Dev Capex - Abex) excluding NCI; Oct-Dec: (Op Earnings + Non Cash Opex - Prod & Dev Capex - Abex) including NCI

[5] Margin - Cash Opex including NCI

[6] Margin - Cash Opex - Prod Capex including NCI

[7] Includes Development Opex

EMC_SEC 100010019
EMC_RAM_SEC 00001019

**App. 492**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

## Aera
## Operating Expenses - versus Plan ($M)

*Proprietary*

**December 2015**



| Unit Opex ($/OEB) | |
|---|---|
| | YTD (As Spent) |
| Cash | 23.39 |
| Non-Cash | 13.14 |
| **Total** | **36.54** |
| | |
| **vs. Plan (ex price/forex)** | |
| Cash | -1.80 |
| Non-Cash | +0.57 |
| **Total** | **-1.23** |

Legend: Cash, Non-Cash, Prior Year, STWD

|  | YTD As Spent | STWD 840 | -23 vs. Plan (ex. Price / Forex) | | | | | | Commentary |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  | Field | Well Work | Energy | CAF | Production Taxes | Other |  |
| **Cash** | 500 | -36 | -2 | +0 | -13 | -4 | -13 | -3 | Other: Exploration -2, Dry Hole -1 |
|  |  |  | Volumes | Rate | Other | | | | |
| **Non-Cash** | 281 | +13 | +1 | -13 | +25 | | | | Rate: UOP -15; Ventura CO2 write-down +3<br>Other: Site Restoration +20; Acreage surrender +5 |
| **Opex ex PR/FX** |  | 817 | | | | | | | |
| **Price** |  | -37 | | | | | | | Purchased Fuel -30; CIFO -7 |
| **YTD Actual** | 780 | 780 | | | | | | | |

EMC_SEC 100010020
EMC_RAM_SEC 000010020

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**Aera**
*Proprietary*
**Earnings - YTD vs. STWD**
**December 2015**



Earnings vs Plan, $M

| vs. STWD | | |
|---|---|---|
| **STWD** | **467** | **VARIANCE DRIVERS** |
| Price | -351 | C&C Realizations:   -$27.08/bbl (-375); Fuel Purchases (+24) |
| Volume | +11 | Energy Volumes (+8); C&C Volumes (+3) |
| Opex | +7 | Cash (+13) driven by advalorem taxes and CAF; Non-Cash (-6) |
| Forex | 0 | |
| OEE | +3 | 2014 Federal Income Tax true-up received in Nov (+3) |
| Other | +9 | Favorable effective tax rate differences (+9) |
| **ACTUAL** | **146** | **Total YTD vs. STWD  (-321M)** |

EMC_SEC 100010021
EMC_RAM_SEC 000010021

54
**App. 494**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 100010022
EMC_RAM_SEC 00010022

**Total Americas**
## 225 Inventory

*Proprietary*

## December 2015

| PU | Asset | 2014 YE ($M) | | | YTD Dec (M$) | | | YE vs. YE 2014 | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | Production Material | Well Material | Total | Production Material | Well Material | Total | Delta | |
| Canada East | Hibernia/HSE | 21 | 0 | 21 | 23 | 0 | 23 | +2 | |
| | Sable | 9 | 1 | 10 | 10 | 0 | 10 | 0 | |
| | HSE Drilling | 0 | 2 | 2 | 0 | 10 | 10 | +8 | |
| | Hibernia Drilling | 0 | 10 | 10 | 0 | 19 | 19 | +9 | |
| | **Total Canada East** | **30** | **13** | **43** | **33** | **29** | **62** | **+19** | |
| Canada West / IOL | Kearl | 111 | 0 | 111 | 152 | 0 | 152 | +41 | |
| | Drilling West | 0 | 3 | 3 | 0 | 1 | 1 | -2 | |
| | Cold Lake | 4 | 0 | 4 | 5 | 0 | 5 | +1 | |
| | **Total Canada West / IOL** | **115** | **3** | **118** | **157** | **1** | **158** | **+40** | Kearl – Comprised mainly of tires ($27M), pipe ($13M), mining equip ($18M), valves ($16M), pumps ($17M), spools ($14M) |
| USP | WW/Proj | 58 | 104 | 162 | 69 | 117 | 186 | +24 | |
| | SYU | 15 | 3 | 18 | 16 | 4 | 20 | +2 | |
| | LaBarge | 20 | 0 | 20 | 21 | 0 | 21 | +1 | |
| | GOM | 5 | 0 | 5 | 2 | 0 | 2 | -3 | |
| | MB | 3 | 0 | 3 | 3 | 0 | 3 | 0 | |
| | **Total USP** | **101** | **107** | **208** | **112** | **121** | **233** | **+24** | |
| Alaska | **Total Alaska** | **0** | **4** | **4** | **12** | **0** | **12** | **+12** | Pt Thomson |
| Americas | **Total Americas** | **246** | **127** | **373** | **314** | **151** | **465** | **+95** | |

55

**App. 495**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**ExxonMobil Production Company**

## Summary by Region - Americas

*December, 2015*

### Volumes Summary

| | Liquids (KBD) | | | | | | Gas (MCFD) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Dec ACT | vs. Nov | vs. FVE | Dec YTD | vs. STWD | ex. Ent. | Dec ACT | vs. Nov | vs. FVE | Dec YTD | vs. STWD | ex. Ent. |
| United States | 234 | +2 | -3 | 228 | -12 | -13 | 485 | +30 | -4 | 432 | -28 | -28 |
| Canada | 487 | +54 | +38 | 398 | +20 | +10 | 178 | +9 | 0 | 187 | +29 | +24 |

### Expenses Summary    All "vs. STWD" on an Ex. Price/Fx basis

$M

| | Total Opex | | Total Cash | | Total Non-Cash | | Cash vs. Plan Detail | | | | | | Non-Cash vs. Plan Detail | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | YTD | vs. STWD | YTD | vs. STWD | YTD | vs. STWD | Field | Well Work | Energy | CAF | Prod. Tax | Other | NC Vol | NC Rate | NC Other |
| United States | 4281 | -204 | 2699 | -245 | 1582 | +40 | -20 | -83 | -55 | -52 | -7 | -28 | +1 | +1 | +38 |
| Canada | 4841 | -418 | 3358 | -364 | 1483 | -54 | -364 | +9 | -6 | +6 | -5 | -4 | +4 | -70 | +12 |
| Argentina | 10 | +10 | 10 | +10 | 0 | 0 | +10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Venezuela | 12 | +7 | 12 | +7 | 0 | 0 | +7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Colombia | 11 | -15 | 1 | -8 | 11 | -7 | -9 | 0 | 0 | +1 | 0 | 0 | -7 | 0 | 0 |

### Earnings Summary

$M

| | YTD | | vs. STWD | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Dec | vs. STWD | Price Gas | Price Liq | ex. Price | Vol Gas | Vol Liq | Opex | Other |
| United States | 490 | -1457 | -194 | -1286 | +23 | -12 | -187 | +118 | +103 |
| Canada | -284 | -998 | -66 | -1180 | +248 | +38 | +49 | +231 | -71 |
| Argentina | -10 | -10 | 0 | 0 | -10 | 0 | 0 | -10 | 0 |
| Venezuela | 0 | +5 | 0 | 0 | +5 | 0 | 0 | +1 | +4 |
| Colombia | -11 | +6 | 0 | 0 | +6 | 0 | +7 | +8 | -9 |

EMC_SEC 100010023
EMC_RAM_SEC 00010023

Proprietary

**App. 496**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

EMC_SEC_100010024 EMC_RAM_SEC_00010024

*ExxonMobil Production Company*                                                                                    Proprietary

## Americas Opex / Earnings / Volumes Summary                                                    *December 2015*

| | | Liquids (KBD) | | | | | | Gas (MCFD) | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | CM ACT | vs. PM | vs. FVE | CM YTD | vs. STWD | Commentary | CM ACT | vs. PM | vs. FVE | CM YTD | vs. STWD | Commentary |
| AMERICAS VOLUMES | United States | 234 | 2 | -3 | 228 | -12 | Primarily SYU -15 | 485 | 30 | -4 | 432 | -28 | Primarily Hadrian South -33 |
| | Canada | 487 | 54 | 38 | 398 | 20 | Primarily Kearl +38; partially offset by Syncrude -13 | 178 | 9 | 0 | 187 | 29 | Primarily CAW Conventional Assets +22 |
| | TOTAL | 721 | 56 | 35 | 626 | 8 | | 663 | 39 | -4 | 619 | 1 | |

| All figures in $M | | Total Opex | | Total Cash | | Total Non-Cash | | Cash | | | | | | Non-Cash | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Country | YTD | Vs. Plan * | YTD | Vs. Plan * | YTD | Vs. Plan * | Field | Well Work | Energy | CAF | Prod. Tax | Other | NC Volume | NC Rate | NC Other |
| AMERICAS OPEX | United States | 4281 | -204 | 2699 | -245 | 1582 | 40 | -20 | -83 | -55 | -52 | -7 | -28 | 1 | 1 | 38 |
| | Canada | 4841 | -418 | 3358 | -364 | 1483 | -54 | -364 | 9 | -6 | 6 | -5 | -4 | 4 | -70 | 12 |
| | Argentina | 10 | 10 | 10 | 10 | 0 | 0 | 10 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Venezuela | 12 | 7 | 12 | 7 | 0 | 0 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| | Colombia | 11 | -15 | 1 | -8 | 11 | -7 | -9 | 0 | 0 | 1 | 0 | 0 | -7 | 0 | 0 |
| | TOTAL | 9155 | -621 | 6080 | -600 | 3076 | -21 | -376 | -74 | -61 | -45 | -12 | -32 | -2 | -69 | 50 |

| | | CURR MO YTD | vs. STWD | PRICE GAS | PRICE LIQ | vs. STWD ex Price | VOL GAS | VOL LIQ | OPEX | OTHER |
|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAS EARNINGS | United States | 490 | -1457 | -194 | -1286 | 23 | -12 | -187 | 116 | 103 |
| | Canada | -284 | -998 | -66 | -1180 | 248 | 38 | 49 | 231 | -71 |
| | Argentina | -10 | -10 | 0 | 0 | -10 | 0 | 0 | -10 | 0 |
| | Venezuela | 0 | 5 | 0 | 0 | 5 | 0 | 0 | 1 | 4 |
| | Colombia | -11 | 6 | 0 | 0 | 6 | 0 | 7 | 8 | -9 |
| | TOTAL | 185 | -2453 | -260 | -2466 | 272 | 26 | -131 | 348 | 27 |

**OPEX: -621 vs. Stewardship**
- Cash: -600 vs. Stewardship
  - United States -245
    - **Field -20** primarily SYU -30
    - **Well Work -83** primarily TH -55 and Prudhoe Bay -22
    - **Energy -55** primarily Alaska Transportation -16, Aera -13, Lucius -10 and LaBarge -10
    - **CAF -52** primarily Indirect Support Services -27 (mainly Law and EMIT) and Indirect Technical -21
    - **Other -28** primarily Alaska Transportation -25
  - Canada -364 vs. Stewardship
    - **Field -364** primarily Kearl -182 and Syncrude -177
- Non-Cash: -21 vs. Stewardship
  - United States +40 vs. Stewardship
    - **Other +38** primarily Aera +25 (Site Restoration)
  - Canada -54 vs. Stewardship
    - **Rate -70** Cold Lake -26, Hibernia -21, Kearl -13 and Syncrude -10
    - **Other +12** primarily Sable +34 (M&NE Pipeline); partially offset by Cold Lake -23

**Earnings: -2,453 vs. Stewardship**
- United States: -1,457 vs. Stewardship
  - **Price -1,480** (USP -723, AK -406, Aera -351); **Volumes -199** (USP -205, AK -5, Aera +11) **Opex +118** (USP +78, AK +26, Aera +7, MWCC +7); **Other +103** (USP +204, Aera +12, MWCC +3, AK -116) [Other primarily driven by King Ranch Divestment +148, effective tax rate differences at USP and Aera +54, Hill ARO reserve release +25, State/Federal Tax True-up +24, Santa Fe Ranch +16; partially offset by lower tax credits for Alaska Severance Taxes -140 and asset management -21]
- Canada: -998 vs. Stewardship
  - **Price -1,246** (CAW -1040, CAE -206); **Volumes +87** (CAW +108 [primarily Kearl +172, Min Rptg +42, Syncrude -118], CAE -20); **Opex +231** (CAW +224 [primarily Kearl +116, Syncrude +93, Cold Lake +30], CAE +8); **Other -71** (CAE -58, CAW -13) [Other driven primarily by AB Corp Tax Change -220, Maritimes Pipeline Backstop -17 and LIFO P/L impact -17; partially offset by Forex +196]

**App. 497**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
FOIA CONFIDENTIAL
CONFIDENTIAL

ExxonMobil Production Company                                                                 Proprietary
**Americas 2015 OPEX Targets**                                                          ***December 2015***

Canada East

| $M | PU Target vs. STWD | YTD Savings | Delta | Comments |
|---|---|---|---|---|
| STWD | 252 | | | |
| Asset Management | | | - | |
| EMOP Market Capture | (3) | (2) | 1 | |
| Selectivity | | | - | |
| Deferral | | (9) | (9) | Dual injector recompletion deferral (OPEX scope), Hebron staffing, machinery overhauls |
| EMOP Efficiency | | (7) | (7) | Efficient execution, minimum kit |
| EMOP Other | | | - | |
| OBO Other | 9 | 6 | (3) | Hibernia (OBO) - Underspent AIV repair |
| Total | 6 | (12) | (18) | |
| PU Target | 258 | | | |

Canada West / IOL

| $M | PU Target vs. STWD | YTD Savings | Delta | Comments |
|---|---|---|---|---|
| STWD | 4,283 | | | |
| Asset Management | 45 | 1 | (44) | |
| EMOP Market Capture | (30) | (27) | 3 | Kearl (-23), CL (-4) |
| Selectivity | | (100) | (100) | Kearl (-100) |
| Deferral | (75) | (80) | (5) | Syncrude (-66), Nabiye (-14) |
| EMOP Efficiency | (40) | (71) | (31) | Kearl (-71) |
| EMOP Other | (35) | 16 | 51 | KID (-212), KEP/Cogen (+194), CL (+20), Conv (+14) |
| OBO Other | (110) | (136) | (26) | Syncrude (-131), Conv (-5) |
| Total | (245) | (397) | (152) | |
| PU Target | 4,038 | | | |

USP

| $M | PU Target vs. STWD | YTD Savings | Delta | Comments |
|---|---|---|---|---|
| STWD | 1,317 | | | |
| Asset Management | 10 | 10 | - | KRGP |
| EMOP Market Capture | (12) | (15) | (3) | |
| Selectivity | | | - | |
| Deferral | | (12) | (12) | |
| EMOP Efficiency | | | - | |
| EMOP Other | 10 | (83) | (93) | SYU rampdown, EMDC S/U delays, CAF savings |
| OBO Other | | (55) | (55) | TH WW underrun, other factors |
| Total | 8 | (155) | (163) | |
| PU Target | 1,325 | | | |

Alaska

| $M | PU Target vs. STWD | YTD Savings | Delta | Comments |
|---|---|---|---|---|
| STWD | 839 | | | |
| Asset Management | | | - | |
| EMOP Market Capture | | | - | |
| Selectivity | | | - | |
| Deferral | | | - | |
| EMOP Efficiency | | (2) | (2) | Pt Thomson ops readiness |
| EMOP Other | | | - | |
| OBO Other | (17) | (15) | 2 | Wellwork activty lower in 1H2015 |
| Total | (17) | (17) | - | |
| PU Target | 822 | | | |

Aera

| $M | PU Target vs. STWD | YTD Savings | Delta | Comments |
|---|---|---|---|---|
| STWD | 573 | | | |
| Asset Management | | - | - | |
| EMOP Market Capture | | | | |
| Selectivity | | | | |
| Deferral | | | | |
| EMOP Efficiency | | | | |
| EMOP Other | | | | |
| OBO Other | (23) | (36) | (13) | Fuel volumes (-13); Dry hole cost avoidance (-1); Adj Prop Tax Assessment accrual (-12); CAF efficiencies (-8); Market Capture (-1); Prop Tax Refund (-1) |
| Total | (23) | (36) | (13) | |
| PU Target | 550 | | | |

58

EMC_SEC 100010025
EMC_RAM_SEC 000010025

**App. 498**

# Exhibit 24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

Proprietary

# XTO Asset Recovery Review with PwC 11/11/15
## Opening Talking Points for APS / RWT previews

### Why we are here…

- Current pricing environment has put significant focus on asset values in the O&G sector;  as you know, US GAAP requires an impairment review when a "trigger event" occurs

- When 10-K's are issued for 2015, we will likely be one of the few companies in our industry that will NOT have taken an impairment write-down – Chevron noted in their 2Q 10-Q an impairment due to revision to long-term crude price outlook

- PwC's regulator is the PCAOB (Public Company Accounting Oversight Board) -  on record mentioning oil prices and impairments as one of the key risks their audit firm inspectors will review

- PwC's National Office is very sensitive to any areas the PCAOB chooses to emphasize – dictating auditing and documentation approach to all the individual engagement teams – and expects a robust impairment review

- SEC has placed increased focus on how companies have disclosed the impacts of depressed commodity prices

- Likely that SEC's next round of comments to EM could focus on impairments and disclosures related to low prices

- *[be prepared to answer the question:  So has a trigger event occurred?  Answer:  By virtue of the reduction in EM's long-term US natural gas price outlook, would be difficult to argue to SEC that one has NOT occurred]*

- Imperative that we put together a detailed, integrated, and robust narrative explaining why EM is different than all the other companies that report Upstream impairments

### How the meeting will unfold…

- Because of the importance of topic to PwC and to us, we needed to put together a deck addressing not only the "math" behind our assertion that assets are not impaired, but also supporting our view of long-term energy demand and prices – meeting set up with PwC on Nov 11 to review this deck with them

- Since EM views on impairment are supported, in large part, by resilient asset base and resourceful workforce, important to spend time with PwC documenting evolution and continuous improvement of XTO's operations since merger

- Bill will flip you through a selection of slides from Energy Outlook that help support our long-term price outlook, and Randy will flip through a section documenting tremendous progress on operating metrics at XTO since merger

- Next Steve will review results of carrying value assessment in some detail, then I'll wrap up with a few final thoughts

**ExxonMobil**

1

EMC_SEC 100021986
EMC_RAM_SEC 00021986

**App. 499**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

# XTO Asset Recovery Review with PwC 11/11/15
# Backup Points for APS / RWT previews

Proprietary

## PCAOB on record focusing on oil prices / impairments…

- October 2015 PCAOB Staff Inspection Brief informed stakeholders that a key selection factor for 2015 inspections is "the recent fluctuation in oil prices and its varying effects on the financial reporting risks of different industries… Specific areas of focus include impairment and valuation risks…"

## PwC National Office very sensitive to PCAOB focus areas…

- The areas that PwC has indicated will be elevated to SOX Key Controls this year are right out of the PCAOB's public statements on focus areas for 2015:
  - Indefinitely invested foreign earnings
  - Related party transactions (new auditing standard issued by PCAOB)
  - Unproved acreage amortization (valuation risks due to low oil prices)
  - Business combinations / valuation

## SEC has placed increased focus on reporting / disclosures…

- At API's Fall Accounting Committee meeting, SEC representative, who is lead accountant for oil / gas company reviews, and heavily involved in comment letters, spoke at length about expectations for public companies in the sector:
  - Impairment considerations – prices staying "low" generally longer than was widely thought several months ago
  - For impairment tests, need for realistic / defendable view of prices, considering current and past levels
  - Grouping of cash flows for testing – have objected to continuous geology as being sole factor for grouping
  - If something NOT impaired due to expectations of higher prices, expect MD&A to address those assumptions

**ExxonMobil**

EMC_SEC 100021987
EMC_RAM_SEC 00021987

2

**App. 500**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

Proprietary

# XTO Asset Recovery Review with PwC 11/11/15
# Closing Talking Points for APS / RWT previews

## EM uses….

- Objective was not only to show results of asset recovery work, but also to demonstrate how those results are an outcome of a highly disciplined planning and review process that forms the basis for both our near-term and long-term plans

- As we've shown you, like any successful business enterprise, we start with an assessment of what the customer needs and how / when those products will be supplied – Energy Outlook is the foundation of our long-term planning process

- That Energy Outlook, and the energy supply and demand insights that result from it, informs the way we evaluate long-term opportunities and is consistent with the range of long-term prices we used in the XTO Asset Assessment

- Planning process reflects involvement and alignment from the grassroots level of the organization to senior management, both for near-term and long-term plans

- While we're currently in a challenging environment, we have the asset base, the technical expertise, the people, the financial flexibility, and the track record of continuous improvement to deliver on our plans.   While this is true across the Corporation, let me just recap how this played out over the last few years since the XTO merger…

## XTO Results…

- As Randy alluded to, substantial progress on all our key operating parameters since the merger, including safety, operations integrity, and controls

- Not only has the footprint expanded significantly, but we continue to generate improvements in costs and productivity

- Expect to continue to leverage the culture as well as XTO's technical and operating expertise to find and develop additional opportunities in the future

EMC_SEC 100021988
EMC_RAM_SEC 00021988

**ExxonMobil**

3

**App. 501**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

# XTO Asset Recovery Review with PwC 11/11/15
# Closing Talking Points for APS / RWT previews (cont)

Proprietary

High quality…

- And finally, to circle back to the reason we're here, we've shown that the XTO resource base is high quality, low-cost, and will produce for decades to come

- We've got plans in place to maintain the vast acreage position, whether through continued production or selective drilling to hold leases

- When you combine that resource base with EM's financial strength, we have the ability to vary our pace and areas of development focus as conditions dictate

- Now to wrap up, based on the assets, the expertise, and the people, along with the assessment that Steve walked you through, we're confident the future cash flows from these resources will far exceed the carrying value

EMC_SEC 100021989
EMC_RAM_SEC 00021989

**ExxonMobil**

4

**App. 502**

# Exhibit 25

**From:** Horne, Joseph M
**Sent:** Tuesday, December 08, 2015 9:43 PM
**To:** Kestle, Stephen J; Parsons, Jim E; Bradbury, Sid M; Melocik, Sandra G; Oussedik, Richard
**CC:** Littleton, Stephen A
**Subject:** Potential 10-K Enhancements
**Attachments:** 2015 YE 10-K Impairment Price Environment Reserves.docx

**SysUserProp:**  88334F2CCA0D8E51C8530404366F9B82

Here's a first stab at capturing the locations of potential enhancements to this year's 10-K.  Please take a quick look and provide any feedback.   We'll plan to show something along these lines to DSR on Friday.  While I want to make sure I didn't miss any major themes or areas we want to consider for changes, don't get too invested in word-smithing…. We'll have time following the holidays to consider various permutations of the language for those areas where changes will be made.
Thanks.


*Joe M. Horne*
*Accounting Policy Manager*
*Exxon Mobil Corporation*
*972.444.1257*
*Fax 972.444.1270*
*joseph.m.horne@exxonmobil.com*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEP 000023551
EMC_RAM_SEC 000023551

# Exhibit 26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

| 2 | Risk Factors – Supply and Demand | Low Price Environment | At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition, proved reserves, and the amount spent to develop oil and natural gas reserves"** | SMB |
|---|---|---|---|---|

# Potential 10-K Enhancement Considerations

- Low Price Environment

- Volume Effects related to changing fiscal terms

- Clarifying the effect on earnings / cash flows of certain risks

EMC_SEC_100023552
EMC_RAM_SEC_000023552

**App. 504**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

| Page | Section | Theme | Potential Enhancement | Owner |
|------|---------|-------|----------------------|-------|
| 3 | Risk Factors – Regulatory and Litigation risks | Volumes | Change first bullet point to read "**changes to fiscal or commercial terms,** increases in taxes,…" | SMB |
| 6 | Disclosure of Reserves | Low Price Environment | *Add something along the lines of "**When oil and gas prices are low, it is possible that, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."*" | JPF |
| 6 | Disclosure of Reserves | Volumes | Validate statement "…production capacity to grow over the coming years…" | JPF |
| 41 | MD&A Forward-Looking Statements | Earnings | Change second sentence to "Actual **future financial and operating** results…" | RDO |
| 41 | MD&A Forward-Looking Statements | Volumes | Change "…the outcome of commercial negotiations…" to **"…the impact of fiscal and commercial terms…"** | RDO |
| 41 | MD&A Overview | Earnings | Consider weaving in a mention of the benefits of the company's integrated model that tends to dampen large swings in earnings or cash flows | RDO |
| 42 / 43 | MD&A - Business Environment and Risk Assessment - Upstream | Low Price Environment | Consider mentioning "challenging environment" as was included in Downstream section in 2014 10-K, or otherwise expanding discussion of low prices in last paragraph | WJP |

EMC_SEC 100023553
EMC_RAM_SEC 000023553

App. 505

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

| Page | Section | Theme | Potential Enhancement | Owner |
|---|---|---|---|---|
| 43 | MD&A - Business Environment and Risk Assessment - Upstream | Volumes | Ensure volume capacity commentary matches that on page 6 | WJP |
| 43 | MD&A - Business Environment and Risk Assessment – Downstream | Low Price Environment | Revise commentary related to "challenging environment" that was included in 2014 10-K | WJP |
| 48 | MD&A – Liquidity and Capital Resources | Low Price Environment | Consider changing the second sentence in the third paragraph to "**Despite current low prices,** internally generated funds are expected to cover…". | JS |
| 48 | MD&A – Liquidity and Capital Resources | Earnings | Consider changing the next to last paragraph as follows: "However, these volume increases, **and the associated cash flows,** are subject to a variety of risks, including…".  Remove the next-to-last sentence in the paragraph "The Corporation's cash flows are also highly dependent on crude oil and natural gas prices." | JS |
| 55 | MD&A - Inflation and Other Uncertainties | Low Price Environment | Consider changing the discussion of inflation (especially in reference to "…higher operating and capital costs in recent years.") to reference low price environment leading to deflation / lower service costs in some areas of business. | MQP |
| 56 | MD&A – Critical Accounting Estimates – Oil and Gas Reserves | Low Price Environment | Following the last paragraph, insert language along the lines of the following:  *"**When oil and gas prices are low, it is possible that, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves.  Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves**"* | SGM |

3

EMC_SEC_100023554
EMC_RAM_SEC_000023554

**App. 506**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

| Page | Section | Theme | Potential Enhancement | Owner |
|------|---------|-------|----------------------|-------|
| | | | attributable to ExxonMobil.  We do not expect any *temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.*" | |
| 57 | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment | Low Price Environment | In second full paragraph, mention something about also necessary to estimate industry service costs, which tend to track prices in broad terms. | SGM |
| 57 | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment | Low Price Environment | In second full paragraph, mention that a significant reduction in the Corporation's long-term price outlook(s) is also an impairment trigger. | SGM |
| 101 | Supplemental Information on O&G E&P Activities – Oil and Gas Reserves | Low Price Environment | Consider inserting, perhaps before the paragraph beginning "In the proved reserves tables,…" something along the lines of the following:  *"When oil and gas prices are low, it is possible that, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves.  Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil.  We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.*" | JPF |

EMC_SEC 100023555
EMC_RAM_SEC 000023555

**App. 507**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION CONFIDENTIAL

| Page | Section | Theme | Potential Enhancement | Owner |
|------|---------|-------|-----------------------|-------|
|      |         |       |                       |       |
|      |         |       |                       |       |
|      |         |       |                       |       |
|      |         |       |                       |       |
|      |         |       |                       |       |
|      |         |       |                       |       |
|      |         |       |                       |       |

EMC_SEC 100023556
EMC_RAM_SEC 000023556

**App. 508**

# Exhibit 27

<u>License to Operate</u>
- SOX Key Controls
  - Have worked with PwC over the last several months to remove 35 controls from the list of "Key Controls" (~430 SOX Key Controls remain)
  - EM will continue performing those controls, however PwC will no longer review their operation and effectiveness for purposes of their assessment of internal controls over financial reporting
  - The removed controls can be categorized as
    - No longer significant on a consolidated basis (e.g. derivatives, incentive compensation stock options)
    - Duplicate with other controls (e.g. monthly earnings letter and related reviews: risks already covered through other financial reporting controls; tax planning meetings: items already covered through watchlist process)
  - Currently finalizing 4 additions to the list of SOX key controls (unproved acreage investment, indefinitely reinvested foreign earnings, transactions with related parties, accounting for business combinations)
- Servers Hacked at Business Wire (BW) and other Press Release Service Providers (i.e. PR Newswire Assoc. and  Marketwired)
  - BW releases EM's earnings and other press releases to the public
  - U.S. Justice Dept and SEC authorities identified ring of Ukrainian hackers that accessed service provider databases and traded on pre-release information, netting over $30M in profits
  - BW confirmed that an internal investigation showed none of its press release were compromised and that none of its clients were mentioned in any of the filings.

<u>Financial Reporting</u>
- Torrance Sale
  - Loss on sale of PP&E and ESP repair accrual generate $330M loss in 3Q
  - Loss on sale of LIFO inventory (~$170M)
    - Normal approach is to reflect inventory P / (L) at CIC – however, unaware of any significant previous divestment situations with inventory LIFO loss
    - If estimated LIFO loss reflected in 3Q, could be used as precedent-setting
    - True-up required at CIC and could be significant, depending on prices, product mix and final YE 2015 LIFO layers
- CPC Loan
  - Allowance was previously established to cover disproportionate funding of Government's project share
  - Step increase in revenues related to 2014 expansion facilitated first repayment of shareholder debt in April 2015. Further repayments scheduled for ~Sept 30th and 2Q16, as favorable developments increase probability of repayment.
  - C&F financial impact of +$90M with release of reserve targeted for Sept, 2015
- MTBE – AIG Settlement
  - Claim settlement signed between EM and AIG on August 25th. Payment to be received by EM within 30 days.
  - August earnings impact of $46M ($81.5M AIG payment, less attorney and expert fees of $6.5M-$7M, reduced by income tax effects)

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000024843
EMC_RAM_SEC 000024843

- Will be booked in D/S as opex credit
- New Hampshire MTBE Exposure
    - April 2013 unfavorable verdict against EM included $236M (BT) judgment with $57M (BT) interest to-date… for total potential damages of $293M BT ($190M AT)
    - Expect N.H. Supreme Court opinion regarding EM appeal in next few weeks; in case appeal fails, likelihood of U.S. Supreme Court hearing the case is low
    - $50M AT has been reserved to-date by EM for U.S. MTBE claims.  However, several other MTBE-related cases remain.
- NAM Earthquake Provision
    - NAM booked $43M EMNI AT provision in June 2015 for strengthening existing buildings and new construction without EM agreement/endorsement, on top of actual damage claims
    - EM protested and reversed the accrual for EM reporting purposes since it was unclear whether the liability existed yet
    - Controllers meeting with NAM planned for early September to resolve issue
- NJ Environmental Settlement
    - NJ judge approved $225M settlement between EM and State of NJ on 8/25
    - EM previously reserved $200M BT in 2014 and additional $25M BT in 1Q15
- Italy Retail
    - Potential impairment review trigger in 2015
    - Historically group all non-refining assets to assess potential trigger and 10 year earnings history in Italy is positive for the group.
    - PwC may argue that separate retail view would be more appropriate because the grouping should be at the lowest level with independent, identifiable cash flows.
    - Three SPA signings are planned in 4Q 2015 and should each result in losses, an impairment trigger. Retail has also lost money in Italy since 2009. Ten year historic cash flow is positive, although 5 year cash flow is negative.
    - Retail discounted cash flow may be negative, even at $60/B crude case
- TG Share sale
    - Sale of remaining shares would generate book loss equivalent to the after-tax difference between the current price (in USD) and the book cost in USD
    - Estimated cash generation of $260M and an earnings loss of $13M if all remaining shares (~26 million) are sold in a single negotiated transaction.
    - If shares continue through regular smaller transactions, it is likely that around 15 million shares will be sold through year-end, resulting in cash proceeds of ~$150M and a book loss of ~$10m

Disclosure/Other Issues
- Chemical Asset Useful Lives
    - Recent alignment work identified a difference in the number of years assumed as the 'useful life' for ~40% of Chemical asset types – with Refining using a 25-year useful life and Chemical a 20-year useful life.
    - Estimation of useful life, considering technology, deterioration and usage, support aligning to the Refining 25-year useful life.
    - Implementation will be effective January 2016 and reduce annual deprecation by ~$200M AFIT

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**App. 510**

EMC_SEC 000024844
EMC_RAM_SEC 000024844

- North American Upstream Profitability
  - Field models being updated based on assumptions for 2015$ real prices of $80 Brent and $4 HH in long term
  - Awaiting direction on pace of return to those long-term real prices
- Kearl Reserves
  - SEC pricing is based on 1st on month actuals.  With an estimated Sept 1 price, our YTD Kearl bitumen price is $31.5/bbl.
  - Reserves de-booking would likely start at around ~$31/bbl (assumes only sustaining EMPC capex). The $31/bbl value is based on 2015 estimated final costs as well as 2018+ stable costs.
  - If potential for significant debook remains, need to consider signaling that risk in the 3Q 10-Q MD&A – SEC has indicated, unofficially, that such disclosures are expected, since 11 of 12 months for pricing will be known at 3Q 10-Q filing
  - Disclosure could be reasonably generic and point to SEC reserves rules resulting in a potential debook in certain areas (oil sands, NA natural gas) with increases in other areas (PSC's), but that EM's long-term development, drilling, and production plans remain largely unaffected by short-term market fluctuations.
- Beaumont Idled Assets in Press Release
  - Press articles indicated EM decided to shutdown BM lubes production by 2Q16
  - Although there was no press release, supplier notification talking points incorrectly stated there was a `decision to shut down operations. However, management decision was temporarily idle the unit, a distinction that is particularly relevant to financial reporting treatment.
  - PG&A was informed of significance of using appropriate "idling" language and was requested to share Q&A's for similar future issues with Dallas Controllers.
  - BAR unit head on the BM team did not identify problem with Q&A language
  - Similar project to idle lubes unit at Strathcona is also underway
- Final Darren Woods 10-K Walk-through on Monday, August 31st

Backup Only
- Overall Domestic Loss (ODL) - Tax Item
  - Tax has indicated that the US Tax return could have a taxable loss ("ODL")
  - Situation has not occurred since at least the 1990's
  - Preliminary assessment is that the current 10-K disclosure of U.S. current taxes for 2015 would NOT necessarily show a negative number – an ODL will effectively generate a tax-loss carryforward and associated DTA, which will be reported as "Deferred Taxes" for purposes of the US tax expense disclosure in the 10-K

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEP 100024845
EMC_RAM_SEC 000024845

# Exhibit 28

CONFIRMATION:  January 23, 2016

## Potential 2015 Form 10-K Changes / Updates with RWT and APS

### January 29, 2016

### 9:00 a.m. – 10:00 a.m.

### Room 8

## A T T E N D E E   L I S T

| REVIEW | ATTENDEES |
|---|---|
| 10-K Changes / Updates | Rex Tillerson |
| | Andy Swiger |
| | David Rosenthal, Presenter |
| | Randy Ebner |
| | Jim Parsons |

**Materials will be distributed at the meeting.**

CONTACT:    Phyllis Leahy, ext. 1201
David Rosenthal's executive administrative assistant

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**App. 512**

EMC_RAM_SEC 000108206
EMC_RAM_SEC 000108206

# Exhibit 29

## ITEM 1A.      RISK FACTORS

ExxonMobil's financial and operating results are subject to a variety of risks inherent in the global oil, gas, and petrochemical businesses. Many of these risk factors are not within the Company's control and could adversely affect our business, our financial and operating results or our financial condition. These risk factors include:

### Supply and Demand

The oil, gas, and petrochemical businesses are fundamentally commodity businesses. This means ExxonMobil's operations and earnings may be significantly affected by changes in oil, gas and petrochemical prices and by changes in margins on refined products. Oil, gas, petrochemical and product prices and margins in turn depend on local, regional and global events or conditions that affect supply and demand for the relevant commodity. Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves.

**Economic conditions.** The demand for energy and petrochemicals correlates closely with general economic growth rates. The occurrence of recessions or other periods of low or negative economic growth will typically have a direct adverse impact on our results. Other factors that affect general economic conditions in the world or in a major region, such as changes in population growth rates, periods of civil unrest, government austerity programs, or currency exchange rate fluctuations, can also impact the demand for energy and petrochemicals. Sovereign debt downgrades, defaults, inability to access debt markets due to credit or legal constraints, liquidity crises, the breakup or restructuring of fiscal, monetary, or political systems such as the European Union, and other events or conditions that impair the functioning of financial markets and institutions also pose risks to ExxonMobil, including risks to the safety of our financial assets and to the ability of our partners and customers to fulfill their commitments to ExxonMobil.

**Other demand-related factors.** Other factors that may affect the demand for oil, gas and petrochemicals, and therefore impact our results, include technological improvements in energy efficiency; seasonal weather patterns, which affect the demand for energy associated with heating and cooling; increased competitiveness of alternative energy sources that have so far generally not been competitive with oil and gas without the benefit of government subsidies or mandates; and changes in technology or consumer preferences that alter fuel choices, such as toward alternative fueled vehicles.

**Other supply-related factors.** Commodity prices and margins also vary depending on a number of factors affecting supply. For example, increased supply from the development of new oil and gas supply sources and technologies to enhance recovery from existing sources tend to reduce commodity prices to the extent such supply increases are not offset by commensurate growth in demand. Similarly, increases in industry refining or petrochemical manufacturing capacity tend to reduce margins on the affected products. World oil, gas, and petrochemical supply levels can also be affected by factors that reduce available supplies, such as adherence by member countries to OPEC production quotas and the occurrence of wars, hostile actions, natural disasters, disruptions in competitors' operations, or unexpected unavailability of distribution channels that may disrupt supplies. Technological change can also alter the relative costs for competitors to find, produce, and refine oil and gas and to manufacture petrochemicals.

**Other market factors.** ExxonMobil's business results are also exposed to potential negative impacts due to changes in interest rates, inflation, currency exchange rates, and other local or regional market conditions. We generally do not use financial instruments to hedge market exposures.

### Government and Political Factors

ExxonMobil's results can be adversely affected by political or regulatory developments affecting our operations.

**Access limitations.** A number of countries limit access to their oil and gas resources, or may place resources off-limits from development altogether. Restrictions on foreign investment in the oil and gas sector tend to increase in times of high commodity prices, when national governments may have less need of outside sources of private capital. Many countries also restrict the import or export of certain products based on point of origin.

**Restrictions on doing business.** ExxonMobil is subject to laws and sanctions imposed by the U.S. or by other jurisdictions where we do business that may prohibit ExxonMobil or certain of its affiliates from doing business in certain countries, or restricting the kind of business that may be conducted. Such restrictions may provide a competitive advantage to competitors who may not be subject to comparable restrictions.

**Lack of legal certainty.** Some countries in which we do business lack well-developed legal systems, or have not yet adopted clear regulatory frameworks for oil and gas development. Lack of legal certainty exposes our operations to increased risk of adverse or unpredictable actions by government officials, and also makes it more difficult for us to enforce our contracts. In some cases these risks can be partially offset by agreements to arbitrate disputes in an international forum, but the adequacy of this remedy may still depend on the local legal system to enforce an award.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108216
EMC_RAM_SEC 000108216

*3*

**Regulatory and litigation risks.** Even in countries with well-developed legal systems where ExxonMobil does business, we remain exposed to changes in law (including changes that result from international treaties and accords) that could adversely affect our results, such as:

- increases in taxes or government royalty rates (including retroactive claims);
- price controls;
- changes in environmental regulations or other laws that increase our cost of compliance or reduce or delay available business opportunities (including changes in laws related to offshore drilling operations, water use, or hydraulic fracturing);
- adoption of regulations mandating the use of alternative fuels or uncompetitive fuel components;
- adoption of government payment transparency regulations that could require us to disclose competitively sensitive commercial information, or that could cause us to violate the non-disclosure laws of other countries; and
- government actions to cancel contracts, re-denominate the official currency, renounce or default on obligations, renegotiate terms unilaterally, or expropriate assets.

Legal remedies available to compensate us for expropriation or other takings may be inadequate.

We also may be adversely affected by the outcome of litigation, especially in countries such as the United States in which very large and unpredictable punitive damage awards may occur, or by government enforcement proceedings alleging non-compliance with applicable laws or regulations.

**Security concerns.** Successful operation of particular facilities or projects may be disrupted by civil unrest, acts of sabotage or terrorism, and other local security concerns. Such concerns may require us to incur greater costs for security or to shut down operations for a period of time.

**Climate change and greenhouse gas restrictions.** Due to concern over the risk of climate change, a number of countries have adopted, or are considering the adoption of, regulatory frameworks to reduce greenhouse gas emissions. These include adoption of cap and trade regimes, carbon taxes, restrictive permitting, increased efficiency standards, and incentives or mandates for renewable energy. These requirements could make our products more expensive, lengthen project implementation times, and reduce demand for hydrocarbons, as well as shift hydrocarbon demand toward relatively lower-carbon sources such as natural gas. Current and pending greenhouse gas regulations may also increase our compliance costs, such as for monitoring or sequestering emissions.

**Government sponsorship of alternative energy.** Many governments are providing tax advantages and other subsidies to support alternative energy sources or are mandating the use of specific fuels or technologies. Governments are also promoting research into new technologies to reduce the cost and increase the scalability of alternative energy sources. We are conducting our own research efforts into alternative energy, such as through sponsorship of the Global Climate and Energy Project at Stanford University and research into liquid products from algae and biomass that can be further converted to transportation fuels. Our future results may depend in part on the success of our research efforts and on our ability to adapt and apply the strengths of our current business model to providing the energy products of the future in a cost-competitive manner. See "Management Effectiveness" below.

## Management Effectiveness

In addition to external economic and political factors, our future business results also depend on our ability to manage successfully those factors that are at least in part within our control. The extent to which we manage these factors will impact our performance relative to competition. For projects in which we are not the operator, we depend on the management effectiveness of one or more co-venturers whom we do not control.

**Exploration and development program.** Our ability to maintain and grow our oil and gas production depends on the success of our exploration and development efforts. Among other factors, we must continuously improve our ability to identify the most promising resource prospects and apply our project management expertise to bring discovered resources on line on schedule and within budget.

**Project management.** The success of ExxonMobil's Upstream, Downstream, and Chemical businesses depends on complex, long-term, capital intensive projects. These projects in turn require a high degree of project management expertise to maximize efficiency. Specific factors that can affect the performance of major projects include our ability to: negotiate successfully with joint venturers, partners, governments, suppliers, customers, or others; model and optimize reservoir performance; develop markets for project outputs, whether through long-term contracts or the development of effective spot markets; manage changes in operating conditions and costs, including costs of third party equipment or services such as drilling rigs and shipping; prevent, to the extent possible, and respond effectively to unforeseen technical difficulties that could delay project startup or cause unscheduled project downtime; and influence the performance of project operators where ExxonMobil does not perform that role.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**App. 514**

EMC_RAM_SEC 000108217
EMC_RAM_SEC 000108217

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

**Operational efficiency.** An important component of ExxonMobil's competitive performance, especially given the commodity-based nature of many of our businesses, is our ability to operate efficiently, including our ability to manage expenses and improve production yields on an ongoing basis. This requires continuous management focus, including technology improvements, cost control, productivity enhancements, regular reappraisal of our asset portfolio, and the recruitment, development and retention of high caliber employees.

**Research and development.** To maintain our competitive position, especially in light of the technological nature of our businesses and the need for continuous efficiency improvement, ExxonMobil's research and development organizations must be successful and able to adapt to a changing market and policy environment.

**Safety, business controls, and environmental risk management.** Our results depend on management's ability to minimize the inherent risks of oil, gas, and petrochemical operations, to control effectively our business activities and to minimize the potential for human error. We apply rigorous management systems and continuous focus to workplace safety and to avoiding spills or other adverse environmental events. For example, we work to minimize spills through a combined program of effective operations integrity management, ongoing upgrades, key equipment replacements, and comprehensive inspection and surveillance. Similarly, we are implementing cost-effective new technologies and adopting new operating practices to reduce air emissions, not only in response to government requirements but also to address community priorities. We also maintain a disciplined framework of internal controls and apply a controls management system for monitoring compliance with this framework. Substantial liabilities and other adverse impacts could result if our management systems and controls do not function as intended. The ability to insure against such risks is limited by the capacity of the applicable insurance markets, which may not be sufficient.

Business risks also include the risk of cybersecurity breaches. If our systems for protecting against cybersecurity risks prove not to be sufficient, ExxonMobil could be adversely affected such as by having its business systems compromised, its proprietary information altered, lost or stolen, or its business operations disrupted.

**Preparedness.** Our operations may be disrupted by severe weather events, natural disasters, human error, and similar events. For example, hurricanes may damage our offshore production facilities or coastal refining and petrochemical plants in vulnerable areas. Our ability to mitigate the adverse impacts of these events depends in part upon the effectiveness of our rigorous disaster preparedness and response planning, as well as business continuity planning.

Projections, estimates and descriptions of ExxonMobil's plans and objectives included or incorporated in Items 1, 1A, 2, 7 and 7A of this report are forward-looking statements. Actual future results, including project completion dates, production rates, capital expenditures, costs and business plans could differ materially due to, among other things, the factors discussed above and elsewhere in this report.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108218
EMC_RAM_SEC 000108218

## ITEM 2.     PROPERTIES

**Information with regard to oil and gas producing activities follows:**

### 1. Disclosure of Reserves

### A. Summary of Oil and Gas Reserves at Year-End 2015

The table below summarizes the oil-equivalent proved reserves in each geographic area and by product type for consolidated subsidiaries and equity companies. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels. The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Otherwise, no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves as of that date.

| | Crude Oil | Natural Gas Liquids | Bitumen | Synthetic Oil | Natural Gas | Oil-Equivalent Basis |
|---|---|---|---|---|---|---|
| | (million bbls) | (million bbls) | (million bbls) | (million bbls) | (billion cubic ft) | (million bbls) |
| **Proved Reserves** | | | | | | |
| **Developed** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,155 | 271 | - | - | 13,352 | 3,652 |
| Canada/South America (1) | 91 | 9 | 4,108 | 581 | 552 | 4,882 |
| Europe | 158 | 34 | - | - | 1,594 | 458 |
| Africa | 738 | 162 | - | - | 751 | 1,025 |
| Asia | 1,585 | 122 | - | - | 4,917 | 2,526 |
| Australia/Oceania | 73 | 34 | - | - | 1,962 | 434 |
| Total Consolidated | 3,800 | 632 | 4,108 | 581 | 23,128 | 12,977 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 221 | 7 | - | - | 156 | 254 |
| Europe | 25 | - | - | - | 6,146 | 1,049 |
| Asia | 802 | 349 | - | - | 15,233 | 3,690 |
| Total Equity Company | 1,048 | 356 | - | - | 21,535 | 4,993 |
| Total Developed | 4,848 | 988 | 4,108 | 581 | 44,663 | 17,970 |
| | | | | | | |
| **Undeveloped** | | | | | | |
| **Consolidated Subsidiaries** | | | | | | |
| United States | 1,223 | 397 | - | - | 6,027 | 2,624 |
| Canada/South America (1) | 168 | 6 | 452 | - | 576 | 722 |
| Europe | 26 | 8 | - | - | 363 | 95 |
| Africa | 225 | 5 | - | - | 43 | 237 |
| Asia | 1,239 | - | - | - | 412 | 1,308 |
| Australia/Oceania | 51 | 31 | - | - | 5,079 | 929 |
| Total Consolidated | 2,932 | 447 | 452 | - | 12,500 | 5,915 |
| | | | | | | |
| **Equity Companies** | | | | | | |
| United States | 33 | 6 | - | - | 64 | 50 |
| Europe | - | - | - | - | 1,757 | 293 |
| Asia | 275 | 52 | - | - | 1,228 | 531 |
| Total Equity Company | 308 | 58 | - | - | 3,049 | 874 |
| Total Undeveloped | 3,240 | 505 | 452 | - | 15,549 | 6,789 |
| **Total Proved Reserves** | 8,088 | 1,493 | 4,560 | 581 | 60,212 | 24,759 |

*(1)  South America includes proved developed reserves of 0.2 million barrels of crude oil and natural gas liquids and 39 billion cubic feet of natural gas and proved undeveloped reserves of 7 billion cubic feet of natural gas.*

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108219
EMC_RAM_SEC 000108219

In the preceding reserves information, consolidated subsidiary and equity company reserves are reported separately. However, the Corporation operates its business with the same view of equity company reserves as it has for reserves from consolidated subsidiaries.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups, operational outages, reservoir performance, performance of enhanced oil recovery projects, regulatory changes, the impact of fiscal and commercial terms, asset sales, weather events, price effects on production sharing contracts, economic considerations in a low-price environment, and other factors described in Item 1A. Risk Factors.

The estimation of proved reserves, which is based on the requirement of reasonable certainty, is an ongoing process based on rigorous technical evaluations, commercial and market assessments and detailed analysis of well and reservoir information such as flow rates and reservoir pressure declines. Furthermore, the Corporation only records proved reserves for projects which have received significant funding commitments by management made toward the development of the reserves. Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in projections of long-term oil and natural gas price levels.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

**FORWARD-LOOKING STATEMENTS**

Statements in this discussion regarding expectations, plans and future events or conditions are forward-looking statements. Actual future financial and operating results, including demand growth and energy source mix; capacity increases; production growth and mix; rates of field decline; financing sources; the resolution of contingencies and uncertain tax positions; environmental and capital expenditures; could differ materially depending on a number of factors, such as changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products; outcome of commercial negotiations; the impact of fiscal and commercial terms; political or regulatory events, and other factors discussed herein and in Item 1A. Risk Factors.

The term "project" as used in this report can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**App. 518**

EMC_SEC 000108221
EMC_RAM_SEC 000108221

**BUSINESS ENVIRONMENT AND RISK ASSESSMENT**

**Upstream**

ExxonMobil continues to maintain a diverse portfolio of exploration and development opportunities, which enables the Corporation to be selective, maximizing shareholder value and mitigating political and technical risks. ExxonMobil's fundamental Upstream business strategies guide our global exploration, development, production, and gas and power marketing activities. These strategies include capturing material and accretive opportunities to continually high-grade the resource portfolio, exercising a disciplined approach to investing and cost management, developing and applying high-impact technologies, pursuing productivity and efficiency gains, growing profitable oil and gas production, and capitalizing on growing natural gas and power markets. These strategies are underpinned by a relentless focus on operational excellence, commitment to innovative technologies, development of our employees, and investment in the communities within which we operate.

As future development projects and drilling activities bring new production online, the Corporation expects a shift in the geographic mix and in the type of opportunities from which volumes are produced. Oil equivalent production from North America is expected to increase over the next several years based on current capital activity plans, contributing over a third of total production. Further, the proportion of our global production from resource types utilizing specialized technologies such as arctic, deepwater, and unconventional drilling and production systems, as well as LNG, is also expected to grow, becoming a slight majority of production in the next few years. We do not anticipate that the expected change in the geographic mix of production volumes, and in the types of opportunities from which volumes will be produced, will have a material impact on the nature and the extent of the risks disclosed in Item 1A. Risk Factors, or result in a material change in our level of unit operating expenses.

The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups, operational outages, reservoir performance, performance of enhanced oil recovery projects, regulatory changes, the impact of fiscal and commercial terms, asset sales, weather events, price effects on production sharing contracts, economic considerations in a low-price environment, and other factors described in Item 1A. Risk Factors. Enhanced oil recovery projects extract hydrocarbons from reservoirs in excess of that which may be produced through primary recovery, i.e., through pressure depletion or natural aquifer support. They include the injection of water, gases or chemicals into a reservoir to produce hydrocarbons otherwise unobtainable.

The upstream industry environment has been challenged throughout 2015 with abundant crude oil and natural gas supply causing commodity prices to decrease to levels not seen since 2003. However, current market conditions are not necessarily indicative of future conditions. The markets for crude oil and natural gas have a history of significant price volatility. ExxonMobil believes prices over the long term will continue to be driven by market supply and demand, with the demand side largely being a function of global economic growth. To manage the risks associated with price, ExxonMobil evaluates annual plans and all investments across a wide range of price scenarios. The Corporation's assessment is that its operations will exhibit strong performance over the long term. This is the outcome of disciplined investment, cost management, asset enhancement programs, and application of advanced technologies.

**Downstream**

ExxonMobil's Downstream is a large, diversified business with refining, logistics, and marketing complexes around the world. The Corporation has a presence in mature markets in North America and Europe, as well as in the growing Asia Pacific region. ExxonMobil's fundamental Downstream business strategies competitively position the company across a range of market conditions. These strategies include targeting best-in-class operations in all aspects of the business, maximizing value from advanced technologies, capitalizing on integration across ExxonMobil businesses, selectively investing for resilient, advantaged returns, operating efficiently and effectively, and providing quality, valued and differentiated products and services to customers.

ExxonMobil's operating results, as noted in Item 2. Properties, reflect 23 refineries, located in 14 countries, with distillation capacity of 5.0 million barrels per day and lubricant basestock manufacturing capacity of XX thousand barrels per day. ExxonMobil's fuels and lubes marketing businesses have significant global reach, with multiple channels to market serving a diverse customer base. Our portfolio of world-renowned brands includes *Exxon, Mobil, Esso* and *Mobil 1*.

The downstream industry environment ~~remains challenging. Demand weakness and overcapacity in the refining sector will continue to increase competitive pressure.~~improved in 2015. Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific. Refineries in North America continue to benefit from lower raw material and energy costs due to the abundant supply of crude oil and natural gas. In the near term, we see variability in refining margins, with some regions seeing weaker margins as new capacity additions are expected to outpace growth in global demand.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108222
EMC_RAM_SEC 000108222

**MARKET RISKS, INFLATION AND OTHER UNCERTAINTIES**

| Worldwide Average Realizations (1) | 2015 | 2014 | 2013 |
|---|---|---|---|
| Crude oil and NGL ($/barrel) | | 87.42 | 97.48 |
| Natural gas ($/kcf) | | 4.68 | 4.60 |

*(1) Consolidated subsidiaries.*

Crude oil, natural gas, petroleum product and chemical prices have fluctuated in response to changing market forces. The impacts of these price fluctuations on earnings from Upstream, Downstream and Chemical operations have varied. In the Upstream, a $1 per barrel change in the weighted-average realized price of oil would have approximately a $375 million annual after-tax effect on Upstream consolidated plus equity company earnings. Similarly, a $0.10 per kcf change in the worldwide average gas realization would have approximately a $150 million annual after-tax effect on Upstream consolidated plus equity company earnings. For any given period, the extent of actual benefit or detriment will be dependent on the price movements of individual types of crude oil, taxes and other government take impacts, price adjustment lags in long-term gas contracts, and crude and gas production volumes. Accordingly, changes in benchmark prices for crude oil and natural gas only provide broad indicators of changes in the earnings experienced in any particular period.

In the very competitive downstream and chemical environments, earnings are primarily determined by margin capture rather than absolute price levels of products sold. Refining margins are a function of the difference between what a refiner pays for its raw materials (primarily crude oil) and the market prices for the range of products produced. These prices in turn depend on global and regional supply/demand balances, inventory levels, refinery operations, import/export balances and weather.

The global energy markets can give rise to extended periods in which market conditions are adverse to one or more of the Corporation's businesses. Such conditions, along with the capital-intensive nature of the industry and very long lead times associated with many of our projects, underscore the importance of maintaining a strong financial position. Management views the Corporation's financial strength as a competitive advantage.

In general, segment results are not dependent on the ability to sell and/or purchase products to/from other segments. Instead, where such sales take place, they are the result of efficiencies and competitive advantages of integrated refinery/chemical complexes. Additionally, intersegment sales are at market-based prices. The products bought and sold between segments can also be acquired in worldwide markets that have substantial liquidity, capacity and transportation capabilities. About 35 percent of the Corporation's intersegment sales represent Upstream production sold to the Downstream. Other intersegment sales include those between refineries and chemical plants related to raw materials, feedstocks and finished products.

Although price levels of crude oil and natural gas may rise or fall significantly over the short to medium term due to political events, OPEC actions and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of all of its investments over a broad range of future prices. The Corporation's assessment is that its operations will continue to be successful over the long term in a variety of market conditions. This is the outcome of disciplined investment and asset management programs.

The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives. The result is an efficient capital base, and the Corporation has seldom had to write down the carrying value of assets, even during periods of low commodity prices.

**Risk Management**

The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in interest rates, currency rates and commodity prices. As a result, the Corporation makes limited use of derivative instruments to mitigate the impact of such changes. With respect to derivatives activities, the Corporation believes that there are no material market or credit risks to the Corporation's financial position, results of operations or liquidity as a result of the derivatives described in Note 13. The Corporation does not engage in speculative derivative activities or derivative trading activities nor does it use derivatives with leveraged features. Credit risk associated with the Corporation's derivative position is mitigated by several factors, including the use of derivative clearing exchanges and the quality of and financial limits placed on derivative counterparties. The Corporation maintains a system of controls that includes the authorization, reporting and monitoring of derivative activity.

The Corporation is exposed to changes in interest rates, primarily on its short-term debt and the portion of long-term debt that carries floating interest rates. The impact of a 100-basis-point change in interest rates affecting the Corporation's debt would not be material to earnings, cash flow or fair value. The Corporation has access to significant capacity of long-term and short-term liquidity. Internally generated funds are expected to cover the majority of financial requirements, supplemented by long-term and short-term debt. Some joint-venture partners are dependent on the credit markets, and their funding ability may impact the development pace of joint-venture projects.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108223
EMC_RAM_SEC 000108223

The Corporation conducts business in many foreign currencies and is subject to exchange rate risk on cash flows related to sales, expenses, financing and investment transactions. The impacts of fluctuations in exchange rates on ExxonMobil's geographically and functionally diverse operations are varied and often offsetting in amount. The Corporation makes limited use of currency exchange contracts to mitigate the impact of changes in currency values, and exposures related to the Corporation's limited use of the currency exchange contracts are not material.

**Inflation and Other Uncertainties [in the process of being updated]**

The general rate of inflation in many major countries of operation has remained moderate over the past few years, and the associated impact on non-energy costs has generally been mitigated by cost reductions from efficiency and productivity improvements. Increased demand for certain services and materials has resulted in higher operating and capital costs in recent years. The Corporation works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_REP 100108224
EMC_RAM_SEC 000108224

## CRITICAL ACCOUNTING ESTIMATES

### Oil and Gas Reserves

Evaluations of oil and gas reserves are important to the effective management of upstream assets. They are an integral part of investment decisions about oil and gas properties such as whether development should proceed. Oil and gas reserve quantities are also used as the basis to calculate unit-of-production depreciation rates and to evaluate impairment.

Oil and gas reserves include both proved and unproved reserves. Proved oil and gas reserves are those quantities of oil and gas which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible. Unproved reserves are those with less than reasonable certainty of recoverability and include probable reserves. Probable reserves are reserves that are more likely to be recovered than not.

The estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Reserves Technical Oversight group which has significant technical experience, culminating in reviews with and approval by senior management. Notably, the Corporation does not use specific quantitative reserve targets to determine compensation. Key features of the reserve estimation process are covered in Disclosure of Reserves in Item 2.

Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in long-term oil and gas price levels.

Proved reserves can be further subdivided into developed and undeveloped reserves. The percentage of proved developed reserves was XX percent of total proved reserves at year-end 2015 (including both consolidated and equity company reserves), and has been over XX percent for the last ten years, indicating that proved reserves are consistently moved from undeveloped to developed status.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in prices and year-end costs that are used in the estimation of reserves. Revisions can also result from significant changes in development strategy or production equipment/facility capacity.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

**Impact of Oil and Gas Reserves on Depreciation.** The calculation of unit-of-production depreciation is a critical accounting estimate that measures the depreciation of upstream assets. It is the ratio of actual volumes produced to total proved reserves or proved developed reserves (those proved reserves recoverable through existing wells with existing equipment and operating methods), applied to the asset cost. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used. The volumes produced and asset cost are known and, while proved reserves have a high probability of recoverability, they are based on estimates that are subject to some variability. While the revisions the Corporation has made in the past are an indicator of variability, they have had a very small impact on the unit-of-production rates because they have been small compared to the large reserves base.

**Impact of Oil and Gas Reserves, Prices and Margins on Testing for Impairment.** The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable through future operations or disposition. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets for this assessment.

Potential trigger events for impairment evaluation include:

- A significant decrease in the market price of a long-lived asset;
- A significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- A significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- An accumulation of project costs significantly in excess of the amount originally expected;
- A current-period operating loss combined with a history and forecast of operating or cash flow losses; and

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108225
EMC_RAM_SEC 000108225



- A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses and other profitability reviews assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

If there is a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.

In light of continued weakness in oil and gas prices in late 2015, the Corporation undertook an effort to assess the recoverability of its major long-lived assets most at risk for potential impairment. The results of this assessment indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets. The assessment reflects crude and natural gas prices that are generally consistent with the long-term price forecasts published by third-party industry experts. Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future. Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for impairment. Due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate a range of potential future impairments related to the Corporation's long-lived assets.

An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Supplemental information regarding oil and gas results of operations, capitalized costs and reserves is provided following the notes to consolidated financial statements. Future prices used for any impairment tests will vary from the ones used in the supplemental oil and gas disclosure and could be lower or higher for any given year.

### Inventories

Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO). If crude oil, natural gas, petroleum product and chemical product prices continue in the range seen in 2016, the Corporation could be subject to a lower of cost or market inventory valuation adjustment.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_REP 100100226
EMC_RAM_SEC 000108226

**App.523**

**1. Summary of Accounting Policies**

**Property, Plant and Equipment.** Depreciation, depletion and amortization, based on cost less estimated salvage value of the asset, are primarily determined under either the unit-of-production method or the straight-line method, which is based on estimated asset service life taking obsolescence into consideration. Maintenance and repairs, including planned major maintenance, are expensed as incurred. Major renewals and improvements are capitalized and the assets replaced are retired.

The Corporation uses the "successful efforts" method to account for its exploration and production activities. Under this method, costs are accumulated on a field-by-field basis. Costs incurred to purchase, lease, or otherwise acquire a property (whether unproved or proved) are capitalized when incurred. Exploratory well costs are carried as an asset when the well has found a sufficient quantity of reserves to justify its completion as a producing well and where the Corporation is making sufficient progress assessing the reserves and the economic and operating viability of the project. Exploratory well costs not meeting these criteria are charged to expense. Other exploratory expenditures, including geophysical costs and annual lease rentals, are expensed as incurred. Development costs, including costs of productive wells and development dry holes, are capitalized.

Acquisition costs of proved properties are amortized using a unit-of-production method, computed on the basis of total proved oil and gas reserves. Capitalized exploratory drilling and development costs associated with productive depletable extractive properties are amortized using unit-of-production rates based on the amount of proved developed reserves of oil, gas and other minerals that are estimated to be recoverable from existing facilities using current operating methods. Under the unit-of-production method, oil and gas volumes are considered produced once they have been measured through meters at custody transfer or sales transaction points at the outlet valve on the lease or field storage tank. In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used.

Production involves lifting the oil and gas to the surface and gathering, treating, field processing and field storage of the oil and gas. The production function normally terminates at the outlet valve on the lease or field production storage tank. Production costs are those incurred to operate and maintain the Corporation's wells and related equipment and facilities and are expensed as incurred. They become part of the cost of oil and gas produced. These costs, sometimes referred to as lifting costs, include such items as labor costs to operate the wells and related equipment; repair and maintenance costs on the wells and equipment; materials, supplies and energy costs required to operate the wells and related equipment; and administrative expenses related to the production activity.

The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable through future operations or disposition. Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets for this assessment.

Potential trigger events for impairment evaluation include:

- A significant decrease in the market price of a long-lived asset;
- A significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
- A significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
- An accumulation of project costs significantly in excess of the amount originally expected;
- A current-period operating loss combined with a history and forecast of operating or cash flow losses; and
- A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life

The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses and other profitability reviews assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.

In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.

If there is a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles. These evaluations make use of the Corporation's price, margin, volume, and cost

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_SEC 000108227
EMC_RAM_SEC 000108227

68-69

<u>assumptions</u> developed in the annual planning and budgeting process, and <u>are consistent with the criteria management uses to evaluate investment opportunities.</u> Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.

An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Cash flow estimates for impairment testing exclude the effects of derivative instruments.

Significant unproved properties are assessed for impairment individually, and valuation allowances against the capitalized costs are recorded based on the estimated economic chance of success and the length of time that the Corporation expects to hold the properties. Properties that are not individually significant are aggregated by groups and amortized based on development risk and average holding period.

Gains on sales of proved and unproved properties are only recognized when there is neither uncertainty about the recovery of costs applicable to any interest retained nor any substantial obligation for future performance by the Corporation.

Losses on properties sold are recognized when incurred or when the properties are held for sale and the fair value of the properties is less than the carrying value.

Interest costs incurred to finance expenditures during the construction phase of multiyear projects are capitalized as part of the historical cost of acquiring the constructed assets. The project construction phase commences with the development of the detailed engineering design and ends when the constructed assets are ready for their intended use. Capitalized interest costs are included in property, plant and equipment and are depreciated over the service life of the related assets.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

**App. 525**

EMC_REP 000108228
EMC_RAM_SEC 000108228

**Oil and Gas Reserves**

The following information describes changes during the years and balances of proved oil and gas reserves at year-end 2013, 2014, and 2015.

The definitions used are in accordance with the Securities and Exchange Commission's Rule 4-10 (a) of Regulation S-X.

Proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible – from a given date forward, from known reservoirs, and under existing economic conditions, operating methods and government regulations – prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain. In some cases, substantial new investments in additional wells and related facilities will be required to recover these proved reserves.

In accordance with the Securities and Exchange Commission's rules, the year-end reserves volumes as well as the reserves change categories shown in the following tables were calculated using average prices during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period. These reserves quantities are also used in calculating unit-of-production depreciation rates and in calculating the standardized measure of discounted net cash flow.

Revisions can include upward or downward changes in previously estimated volumes of proved reserves for existing fields due to the evaluation or re-evaluation of (1) already available geologic, reservoir or production data, (2) new geologic, reservoir or production data or (3) changes in average prices and year-end costs that are used in the estimation of reserves. This category can also include significant changes in either development strategy or production equipment/facility capacity.

When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.

Proved reserves include 100 percent of each majority-owned affiliate's participation in proved reserves and ExxonMobil's ownership percentage of the proved reserves of equity companies, but exclude royalties and quantities due others. Gas reserves exclude the gaseous equivalent of liquids expected to be removed from the gas on leases, at field facilities and at gas processing plants. These liquids are included in net proved reserves of crude oil and natural gas liquids.

In the proved reserves tables, consolidated reserves and equity company reserves are reported separately. However, the Corporation does not view equity company reserves any differently than those from consolidated companies.

Reserves reported under production sharing and other nonconcessionary agreements are based on the economic interest as defined by the specific fiscal terms in the agreement. The production and reserves that we report for these types of arrangements typically vary inversely with oil and gas price changes. As oil and gas prices increase, the cash flow and value received by the company increase; however, the production volumes and reserves required to achieve this value will typically be lower because of the higher prices. When prices decrease, the opposite effect generally occurs. The percentage of total liquids and natural gas proved reserves (consolidated subsidiaries plus equity companies) at year-end 2015 that were associated with production sharing contract arrangements was xx percent of liquids, x percent of natural gas and xx percent on an oil-equivalent basis (gas converted to oil-equivalent at 6 billion cubic feet = 1 million barrels).

Net proved developed reserves are those volumes that are expected to be recovered through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well. Net proved undeveloped reserves are those volumes that are expected to be recovered from new wells on undrilled acreage, or from existing wells where a relatively major expenditure is required for recompletion.

Crude oil and natural gas liquids and natural gas production quantities shown are the net volumes withdrawn from ExxonMobil's oil and gas reserves. The natural gas quantities differ from the quantities of gas delivered for sale by the producing function as reported in the Operating Summary due to volumes consumed or flared and inventory changes.

The changes, between 2014 year-end proved reserves and 2015 year-end proved reserves, primarily reflect the revisions, extensions and discoveries in xxx and the xxx.

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
CONFIDENTIAL

EMC_RAM_SEC 000108229
EMC_RAM_SEC 000108229

# Exhibit 30

ExxonMobil PROPRIETARY

# SEC Price

## How SEC Price is Documented and Distributed



**Stacy L Richardson**

**8/5/2015**

**App. 527**

CONFIDENTIAL

EMC_RAMIREZ 000000161

ExxonMobil PROPRIETARY

# Introduction

Reserves are a major portion of the SEC 10K reporting requirement for the Corporation. The Year End Reserves process is an important auditable process consisting of both Company Reserves and SEC Reserves. This document records the SEC Price documentation and distribution.

Company Reserves are based on the ExxonMobil cost basis and Company Plan prices. SEC Reserves for external reserves reporting are based on the SEC prescribed cost and price basis. SEC Rules state the unweighted 12-month average of the 1st day of the month prices (i.e. "SEC Price") should be used to determine Reserves for SEC reporting. ExxonMobil maintains this SEC Price rigorously to ensure compliance with the SEC and accurate reporting of Reserves.

The Global Reserves Group (GRG) coordinates the Year End SEC Reserves Evaluation. This includes documenting and distributing the SEC Price.

# I. Process

GRG coordinates the monthly price exercise with input from Refining & Supply (R&S), Crude Oil Supply & Marketing (COSM) and Gas & Power Marketing (GPM). Every month the first-of-the-month prices are recorded and distributed to the Upstream SEC Price contacts. R&S provides the crude prices, GPM provides the natural gas and NGL prices, and COSM provides the bitumen prices. GRG posts the [ HYPERLINK "http://ishareteam4.na.xom.com/sites/EMPC0724/YrEndSEC/YearEndSECPrice" ]. Affiliate teams apply a premium (or netback) to the marker price to determine a first-of-the-month field price; affiliate controllers then enter the field price into Dataflex. Annually, GRG completes a QC against the hydrocarbon price file and the Dataflex record used for the Year End SEC Reserves Evaluation.

Please consult Appendix 1 for the process flow diagram and Appendix 2 for a copy of the hydrocarbon price file.

# II. Documentation

### Crude

Every month Refining & Supply (currently Rick Adams) provides a excel file containing the first-of-the month crude prices.

The first-of-the-month crude prices are pulled from the TM1 database that stores commercial pricing data. The commercial pricing basis is industry publications (such as Platts, Argus, OPIS (Oil Pricing Information Service), etc.) and R&S Commercial group assessments. Platts is the overwhelming source for crude, while OPIS sources the products (purity C2, C3, iC4, etc.) The R&S Commercial group assesses differentials weekly and applies these differentials against the marker prices to arrive at the field price. The source for all prices tracked is noted in Column D labeled "Basis" in the monthly tab. Differentials and assumptions are also noted.

Note on exceptions … The Japan Crude Cocktail (JCC) is published by the government and is 2 months arears. Rick provides an estimate at the first-of-the months and later adjusts with actuals. Sable Island Condensate includes the Poten fright cost (cell M63) provided by an

**App. 528**

CONFIDENTIAL

EMC_RAMIREZ 000000162

ExxonMobil PROPRIETARY

outside source. Qatar Plant Condensate includes a premium (cell M103) supplied by the regional advisor.

R&S resets the master excel file annually for the next calendar year.

## Bitumen

Every month, Crude Oil Supply & Marketing (currently Mercedes Foussats), provides the Canadian bitumen prices for Kearl, Cold Lake, Syncrude and Mixed Sweet Blend. Please see the [ HYPERLINK "How%20SEC%20Price%20is%20Documented%20and%20Distributed_Bitumen.msg" ] for a detailed process description.

The Canadian bitumen prices utilize the West Texas Intermediate (WTI) NYMEX marker price. Field costs at plant gate prices are determined by deducting quality and diluent differentials and transportation tariffs from the WTI NYMEX marker.

Quality differentials represent the market discount for product quality. Syncrude and MSW currently use a blended NGX and Net Energy (provided by traders) to determine the quality differential. Cold Lake steps the differential from WTI to Western Canadian Select (WCS), WCS to Cold Lake Blend (CLB). Kearl applies a volume-weighted average of third party domestic sales to determine the quality differential.

As both the Cold Lake and Kearl operations mix diluent into the product stream, the diluent cost is removed. The diluent differential includes the diluent cost, ratio and shrinkage.

Finally, transportation tariffs are incorporated to back-up the pricing point from the market (Hardisty or Edmonton) to the plant gate price.

Please see [ HYPERLINK "Kearl%20Pricing_sources-calculations.pdf" ] for the detailed Kearl bitumen pricing calculations.

## Natural Gas & NGL

Every month, Gas & Power Marketing (currently Rita Hadnagy, Budapest Business Support Center) provides the gas and NGL first-of-the-month price for US, Canada and Europe markets. Please see [ HYPERLINK "How%20SEC%20Price%20is%20Documented%20and%20Distributed_Gas-NGL.msg" ] for a detailed process description.

The first-of-the-month prices are sourced through a MarketView query. (MarketView is an online aggregate of industry specific market data.) The posted daily index for the first day of the month is used for SEC price. Gas references Platts Gas Daily (GD) while NGLs reference OPIS Daily Report.

A monthly index price is also pulled for internal earning assessments. Gas monthly index reference Platts Inside FERC (IF), and NGL monthly references the monthly average of OPIS Daily prices.

The index selection is based upon discussion with the business line on the index point that most accurately reflects the majority of the sale gas. Index reviews should be conducted annually.

Please consult Appendix 3-5 for examples on individual product documentation.

**App. 529**

CONFIDENTIAL                                                                    EMC_RAMIREZ 000000163

ExxonMobil PROPRIETARY

## III. Distribution

GRG coordinates the collection and distribution of the SEC first-of-the-month price. The individual product SEC prices are supplied by R&S, COSM and GPM as described [ HYPERLINK \l "_II.__Documentation" ]. The SEC prices are distributed monthly to the Upstream SEC price contacts (primarily controllers, planners and reservoir engineers) via the [ HYPERLINK "http://ishareteam4.na.xom.com/sites/EMPC0724/YrEndSEC/default.aspx" ]. This excel file is the source of SEC price for Dataflex input and SEC Reserves Evaluation.

Please consult [ HYPERLINK "Process%20for%20Reserves%20Technician%20Assistance%20with%20Monthly%20 Hydrocarbon%20Price%20Posting.docx" ] for additional commentary.

## IV. Quality Control

Dataflex is the controlled repository for the first-of-the-month SEC price. To ensure quality and accuracy of the first-of-the-month SEC prices as recorded in Dataflex, GRG:

- Maintains rigorous documentation of the first-of-the-month price requests, submissions and final values
- Retains documentation and tracks changes that will need to be made to Dataflex prior to YE evaluation
- Works with Houston Controllers to complete any adjustment needed to true-up Dataflex entries to be consistent with external records

**App. 530**

CONFIDENTIAL                                                      EMC_RAMIREZ 000000164

ExxonMobil PROPRIETARY

# Appendix 1

## Process Flow Diagram Example



CONFIDENTIAL

**App. 531**

EMC_RAMIREZ 000000165

ExxonMobil PROPRIETARY

# Appendix 2

# Hydrocarbon Price File

(Located on [ HYPERLINK
"http://ishareteam4.na.xom.com/sites/EMPC0724/YrEndSEC/default.aspx" ])

| ESTIMATE OF 2015 PRICES FOR RESERVES VALUATION | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Crude | 2015 Price | Units | January | February | March | April | May | June | July | August | September | October | November | December |
| Dated Brent (BFOE) | 56.96 | $/B | 54.98 | 47.86 | 61.93 | 55.57 | 64.39 | 62.89 | 61.67 | | | | | |
| **Europe** | | | | | | | | | | | | | | |
| Asgard Blend, CIF NWE | 57.79 | $/B | 55.28 | 48.26 | 63.34 | 56.67 | 65.39 | 63.19 | 61.57 | | | | | |
| Balder, CIF NWE | 57.83 | $/B | 55.85 | 48.73 | 62.86 | 56.44 | 65.26 | 63.76 | 62.54 | | | | | |
| Beryl – delivered NWE (Rotterdam) | 57.79 | $/B | 56.18 | 48.46 | 62.74 | 56.97 | 64.59 | 63.14 | 61.42 | | | | | |
| Beryl – estimated FOB Platform | 56.46 | $/B | 54.87 | 47.15 | 61.43 | 55.66 | 63.28 | 61.83 | 60.11 | | | | | |
| Grane | 54.11 | $/B | 51.18 | 44.61 | 60.04 | 52.57 | 62.14 | 60.39 | 57.17 | | | | | |
| Gullfaks Blend | 59.32 | $/B | 57.48 | 49.76 | 64.89 | 58.27 | 66.19 | 64.39 | 63.17 | | | | | |
| Jotun, CIF NWE | 57.51 | $/B | 55.53 | 48.41 | 62.54 | 56.12 | 64.94 | 63.44 | 62.22 | | | | | |
| Ormen Lange | 55.90 | $/B | 53.18 | 46.86 | 60.49 | 54.57 | 64.39 | 62.89 | 61.67 | | | | | |
| Oseberg | 57.73 | $/B | 56.12 | 48.25 | 63.39 | 56.29 | 64.61 | 62.97 | 61.81 | | | | | |
| Sleipner Condensate (Gudrun Blend) | 54.11 | $/B | 50.98 | 44.36 | 59.99 | 53.07 | 62.14 | 60.64 | 58.17 | | | | | |
| Statfjord | 56.98 | $/B | 55.22 | 47.94 | 62.28 | 55.71 | 63.78 | 62.13 | 61.12 | | | | | |
| **Products** | | | | | | | | | | | | | | |
| LSFO (1%S) – NWE (FOB Cargo) | 292.85 | $/mt | 260.25 | 250.25 | 319.50 | 296.50 | 337.75 | 331.75 | 318.00 | | | | | |
| LSFO (1%S) – Med (FOB Cargo) | 300.75 | $/mt | 268.00 | 259.25 | 329.00 | 304.50 | 343.00 | 339.25 | 325.50 | | | | | |
| **Futures** | | | | | | | | | | | | | | |
| Gasoil IPE | 548.87 | $/mt | 532.38 | 485.08 | 580.38 | 540.00 | 606.50 | 597.04 | 582.33 | | | | | |
| **US** | | | | | | | | | | | | | | |
| ANS USW | 58.07 | $/B | 55.44 | 49.74 | 55.52 | 55.41 | 64.23 | 65.18 | 61.48 | | | | | |
| Hawkins | 47.57 | $/B | 48.15 | 39.56 | 46.60 | 45.96 | 57.58 | 58.56 | 52.13 | | | | | |
| Kern River (San Joaquin Valley) | 44.81 | $/B | 46.76 | 39.24 | 42.19 | 41.32 | 54.55 | 56.91 | 55.63 | | | | | |
| LLS | 58.59 | $/B | 55.15 | 50.36 | 58.20 | 55.91 | 65.33 | 65.16 | 59.93 | | | | | |
| Thunder Horse | 55.03 | $/B | 52.85 | 48.86 | 54.55 | 54.71 | 64.18 | 63.06 | 55.88 | | | | | |
| MARS | 53.38 | $/B | 51.20 | 46.51 | 52.75 | 53.06 | 63.38 | 61.81 | 55.63 | | | | | |
| Poseidon | 52.62 | $/B | 50.45 | 45.91 | 51.80 | 52.31 | 62.63 | 61.01 | 54.88 | | | | | |
| SGC | 52.37 | $/B | 49.85 | 45.81 | 51.75 | 52.26 | 62.18 | 62.51 | 57.08 | | | | | |
| WTI – Cash (Platts 1st month) | 51.81 | $/B | 53.05 | 47.71 | 49.30 | 49.71 | 59.28 | 60.26 | 56.93 | | | | | |
| WTI – NYMEX (1st month) | 52.10 | $/B | 53.27 | 48.24 | 49.76 | 50.09 | 59.15 | 60.20 | 56.96 | | | | | |
| WTS | 50.98 | $/B | 49.25 | 46.56 | 49.05 | 50.36 | 59.68 | 61.61 | 57.78 | | | | | |
| **US – NGL's** | | | | | | | | | | | | | | |
| Purity C2 (Mt. Belvieu Non-TET) | 18.68 | c/gal | 19.25 | 18.31 | 20.94 | 16.56 | 18.31 | 18.50 | 19.00 | | | | | |
| C3 (Mt. Belvieu Non-TET) | 52.46 | c/gal | 45.88 | 48.81 | 61.38 | 52.25 | 54.00 | 41.88 | 33.13 | | | | | |
| iC4 (Mt. Belvieu Non-TET) | 67.90 | c/gal | 66.50 | 68.31 | 74.63 | 63.94 | 66.13 | 61.00 | 55.69 | | | | | |
| nC4 (Mt. Belvieu Non-TET) | 68.16 | c/gal | 66.25 | 69.75 | 74.75 | 63.94 | 66.13 | 59.25 | 55.75 | | | | | |
| Natural Gasoline (Mt. Belvieu Non-TE | 113.35 | c/gal | 96.13 | 97.75 | 122.63 | 118.00 | 132.25 | 127.25 | 118.75 | | | | | |
| Purity C2 (Napoleonville) | 17.68 | c/gal | 18.25 | 17.31 | 19.94 | 15.56 | 17.31 | 17.50 | 18.00 | | | | | |
| C3 (Napoleonville) | 50.21 | c/gal | 43.63 | 46.56 | 59.13 | 50.00 | 51.75 | 39.63 | 36.88 | | | | | |
| iC4 (Napoleonville) | 78.90 | c/gal | 77.50 | 79.31 | 85.63 | 74.94 | 77.13 | 72.00 | 66.69 | | | | | |
| nC4 (Napoleonville) | 70.66 | c/gal | 75.25 | 78.75 | 79.25 | 58.94 | 61.13 | 54.25 | 50.75 | | | | | |
| Natural Gasoline (Napoleonville) | 117.50 | c/gal | 99.38 | 101.00 | 125.88 | 123.50 | 137.75 | 132.75 | 124.25 | | | | | |
| C3 (Bushton) | 47.41 | c/gal | 42.00 | 44.00 | 57.19 | 46.38 | 47.50 | 37.63 | 33.25 | | | | | |
| **E. Canada** | | | | | | | | | | | | | | |
| Hibernia | 57.31 | $/B | 55.08 | 48.06 | 62.64 | 55.97 | 64.79 | 63.44 | 61.67 | | | | | |
| Sable Island Condensate (delivered U | 52.61 | $/B | 51.05 | 45.71 | 47.30 | 54.71 | 64.28 | 65.26 | 61.93 | | | | | |

2015 – Calcs   Jan   Feb   Mar   Apr   May   Jun   Jul   US GAS   EUR GAS   Canada Gas

**App. 532**

CONFIDENTIAL    EMC_RAMIREZ 000000166

ExxonMobil PROPRIETARY

## Appendix 3

## Crude

| | | | ESTIMATE OF BEGINNING-OF-MONTH PRICES |
|---|---|---|---|
| **Crude** | **July 1 Price** | **Units** | **Basis** |
| Dated Brent (BFOE) | 61.67 | $/B | Platts - July 1 |
| *Europe* | | | |
| Asgard Blend, CIF NWE | 61.57 | $/B | R&S Commercial assessment for July 1 (Brent - $0.1/B) |
| Balder, CIF NWE | 62.54 | $/B | R&S Commercial assessment for July 1 (Brent + $0.87/B) |
| Beryl - delivered NWE (Rotterdam) | 61.42 | $/B | R&S Commercial assessment for July 1 (Brent - $0.25/B) |
| Beryl - estimated FOB Platform | 60.11 | $/B | Freight/Insurance estimate from R&S Commercial at $1.31/B |
| Grane | 57.17 | $/B | R&S Commercial assessment for July 1 (Brent - $4.5/B) |
| Gullfaks Blend | 63.17 | $/B | R&S Commercial assessment for July 1 (Brent + $1.5/B) |
| Jotun, CIF NWE | 62.22 | $/B | R&S Commercial assessment for July 1 (Brent + $0.55/B) |
| Ormen Lange | 61.67 | $/B | R&S Commercial assessment for July 1 (Brent + $0.00001/B) |
| Oseberg | 61.81 | $/B | Platts Differential vs Brent - July 1 (Brent + $0.14/B) |
| Gudrun Blend | 58.17 | $/B | R&S Commercial assessment for July 1 (Brent - $3.5/B) |
| Statfjord | 61.12 | $/B | Platts Differential vs Brent - July 1 (Brent - $0.55/B) |
| *Products* | | | |
| LSFO (1%S) - NWE (FOB Cargo) | 318.00 | $/mt | |
| LSFO (1%S) - Med (FOB Cargo) | 325.50 | $/mt | |
| *Futures* | | | |
| Gasoil IPE | 582.33 | $/mt | Average IPE Gasoil Futures assessments for AUG 15 through JAN 16 |
| *US* | | | |
| ANS USW | 61.48 | $/B | Platts - July 1 |
| Argus Sour Crude Index (ASCI) | 55.76 | $/B | Argus - July 1 |
| Hawkins | 52.13 | $/B | R&S Commercial assessment for July 1 (WTI - $4.8/B) |
| Kern River (San Joaquin Valley) | 55.63 | $/B | Platts - July 1 |
| LLS | 59.93 | $/B | Platts - July 1 (1st month) |
| Thunder Horse | 55.88 | $/B | Platts - July 1 |
| MARS | 55.63 | $/B | Platts - July 1 |
| Poseidon | 54.88 | $/B | Platts - July 1 |
| SGC | 57.08 | $/B | Platts - July 1 |
| WTI - Cash (Platts 1st month) | 56.93 | $/B | Platts - July 1 (1st month) |
| WTI - NYMEX (1st month) | 56.96 | $/B | NYMEX - July 1 (1st month) |
| WTS | 57.78 | $/B | Platts - July 1 (1st month) |
| *US - NGL's* | | | |
| Purity C2 (Mt. Belvieu Non-TET) | 19.00 | c/gal | OPIS - July 1 |
| C3 (Mt. Belvieu Non-TET) | 39.13 | c/gal | OPIS - July 1 |
| iC4 (Mt. Belvieu Non-TET) | 55.69 | c/gal | OPIS - July 1 |
| nC4 (Mt. Belvieu Non-TET) | 55.75 | c/gal | OPIS - July 1 |
| Natural Gasoline (Mt. Belvieu Non-TET) | 118.75 | c/gal | OPIS - July 1 |
| Purity C2 (Napoleonville) | 18.00 | c/gal | OPIS - July 1 |
| C3 (Napoleonville) | 36.88 | c/gal | OPIS - July 1 |
| iC4 (Napoleonville) | 66.69 | c/gal | OPIS - July 1 |
| nC4 (Napoleonville) | 50.75 | c/gal | OPIS - July 1 |
| Natural Gasoline (Napoleonville) | 124.25 | c/gal | OPIS - July 1 |

**App. 533**

CONFIDENTIAL

EMC_RAMIREZ 000000167

ExxonMobil PROPRIETARY

# Appendix 4

# Bitumen

| Input Data | 1-Jan-15 | 1-Feb-15 | 1-Mar-15 | 1-Apr-15 | 1-May-15 | 1-Jun-15 | 1-Jul-15 | 1-Aug-15 | 1-Sep-15 | 1-Oct-15 | 1-Nov-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pricing Analyst | | | | | | | | | | | |
| WTI USD/Bbl | $53.27 | $48.24 | $49.76 | $50.09 | $59.15 | $60.26 | | | | | |
| Exchange Rate $1 USD = CAD | 1.1891 | 1.2717 | 1.2508 | 1.2612 | 1.2192 | 1.2550 | | | | | |
| M3 to BBL Conversion | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 |
| MSW Blended Diff to WTI USD/Bbl | ($6.97) | ($7.13) | ($6.26) | ($4.93) | ($2.82) | ($0.83) | | | | | |
| C5 Blended Diff to WTI USD/Bbl | ($4.86) | ($4.24) | $0.09 | $0.58 | $1.54 | ($2.22) | | | | | |
| Syncrude Blended Diff to WTI USD/Bbl | ($3.16) | ($3.43) | ($3.33) | $6.67 | $3.43 | $3.63 | | | | | |
| WCS Blended Diff to WTI USD/Bbl | ($16.90) | ($14.20) | ($13.08) | ($14.37) | ($11.67) | ($8.54) | | | | | |
| CLB Diff to WTI USD/Bbl | ($19.11) | ($15.87) | ($14.21) | ($16.79) | ($12.98) | ($9.24) | | | | | |
| Kearl Diff to WTI USD/Bbl | ($18.88) | ($16.08) | ($14.87) | ($16.23) | ($13.38) | ($9.60) | | | | | |
| Enbridge Transportation Condensate charge to CLPL CAD/M3 | $1.82 | $1.82 | $1.62 | $2.58 | $2.58 | $2.56 | | | | | |
| Cold lake volumes m3 | 829,262.1 | 855,595.0 | 594,808.8 | 863,331.2 | 818,879.0 | 859,864.1 | | | | | |
| Syncrude Blend volumes m3 | | | | | | | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! | #DIV/0! |
| Syncrude Trim Blend Ratio for Cold Lake % | | | | | | | | | | | |
| C5 Diluent Ratio for Cold Lake % | 0.2559 | 0.2654 | 0.2643 | 0.2773 | 0.2507 | 0.2419 | | | | | |
| Syncrude Tariff CAD/m3 | $2.75 | $3.11 | $3.92 | $1.86 | $2.07 | $5.29 | | | | | |
| CLB Transportation CAD/M3 | $4.18 | $4.16 | $2.85 | $3.65 | $3.51 | $3.39 | | | | | |
| Cold lake Diluent Shrinkage % | 0.0380 | 0.0380 | 0.0380 | 0.0380 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 |
| Kearl Transportation CAD/Bbl (Hardisty to Ft McMurray, Bitumen | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 | $1.90 |
| Kearl Transportation CAD/Bbl (Edmonton to Hardisty, Blend) | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 | $0.29 |
| Kearl Diluent Shrinkage % | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 | 0.0360 |
| C5 Diluent Ratio for Kearl % | 0.2560 | 0.2630 | 0.2540 | 0.2630 | 0.2540 | 0.2490 | | | | | |

Prepared By: Mercedes Foussats

**General comments as to how we are calculating our prices.**
All crude, condensate, and diluent starting points are done by Starting with front month WTI for the first business day of the month. If first of the month is a weekend use the prior business values, plus the market differential for the various products, priced at either Edmonton or Hardisty which is where the market differential is based for each of the products.
This is the same basis we have for the majority of our Crude Oil Marketing contracts.

**Sweet Crude** – there is no additional adjustments required, Edmonton is the location we are pricing at.

Condensate – there is no additional adjustments required, Edmonton is the location we are pricing at.

**Syncrude Blend** – is further adjusted to move the crude back from Edmonton market price to a Fort McMurray price.
Comes from Syncrude F&D – synfactors tab, from Myron Spilchak
(Note replaced with F&D actual effective start of Dec and retroactively adjusted for the whole year Using a month per month number Oct being used for the last three as this will now be two month back in reporting due to the timing of when the report come out)

**Kearl Bitumen** – As we are starting with a Kearl Blend price in Edmonton this base price is further adjusted by removing out the cost for Diluent and Diluent Shrinkage ratio values as supplied by Kearl group.
As well this crude is required to be moved back from Edmonton market price to a Fort McMurray price. Using a flat value for the year as supplied by the Kearl group. This value is considered a bitumen tariff, so it is handled slightly different than CLB.
* Differential valued first market point at Edmonton, including the Hardisty transportation cost back to Edmonton (only estimate, not intend to be the fair market value of the actual crude —> not to include Kearl sales in the US)

**Cold Lake Bitumen** – As we are starting with a Cold Lake Blend price in Hardisty this base price is to be moved back from Hardisty market price to a Cold Lake price. It is further adjusted by moving out the cost for Diluent and Diluent Shrinkage ratio values as supplied by Cold Lake group. The tariff for 2010, will be a flat rate for the year as supplied by the Cold Lake group.
This rate is updated at the end of the year to an average monthly value from the F&D's to account for as much actual cost booked in our accounts
(Note replaced with F&D actual effective start of Dec and retroactively adjusted for the whole year Using a month per month number Oct being used for the last three as this will now be two month back in reporting due to the timing of when the report come out)

Starting October Syncrude no longer is being used as trim blend for cold lake at hardsity, they are using condensate

**App. 534**

CONFIDENTIAL

EMC_RAMIREZ 000000168

ExxonMobil PROPRIETARY

## Appendix 5

## Natural Gas & NGL

### Natural Gas Prices

#### GD Day 1 Prices for SEC Reporting

| Gas Day 1 - $/mmbtu | 1-Jan-15 | 1-Feb-15 | 1-Mar-15 | 1-Apr-15 | 1-May-15 | 1-Jun-15 | 1-Jul-15 | 1-Aug-15 | 1-Sep-15 | 1-Oct-15 | 1-Nov-15 | 1-Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GD ANR LA | 2.925 | 2.860 | 2.755 | 2.570 | 2.480 | 2.555 | 2.695 | | | | | |
| GD FGT z3 | 3.010 | 2.690 | 2.820 | 2.620 | 2.545 | 2.750 | 2.770 | | | | | |
| GD HH | 2.995 | 2.675 | 2.770 | 2.625 | 2.565 | 2.650 | 2.775 | | | | | |
| GD HSC | 2.925 | 2.520 | 2.635 | 2.615 | 2.515 | 2.590 | 2.785 | | | | | |
| GD Kern River, Opal | 3.135 | 2.250 | 2.510 | 2.300 | 2.390 | 2.400 | 2.690 | | | | | |
| GD NWPL, Wyo Pool | 3.070 | 2.250 | 2.475 | 2.245 | 2.325 | 2.375 | 2.635 | | | | | |
| GD SoCal | 3.185 | 2.455 | 2.620 | 2.450 | 2.515 | 2.560 | 3.020 | | | | | |
| GD Transco z2 | 2.950 | 2.615 | 2.745 | 2.600 | 2.520 | 2.590 | 2.720 | | | | | |
| GD Transco z3 | 3.000 | 2.670 | 2.825 | 2.625 | 2.540 | 2.605 | 2.750 | | | | | |
| GD TETCO ELA | 2.900 | 2.645 | 2.700 | 2.585 | 2.520 | 2.545 | 2.715 | | | | | |

#### Monthly Prices for Realization Estimates

| Month Avg- $/mmbtu | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IF ANR LA | 4.190 | 3.110 | 2.810 | 2.860 | 2.520 | 2.450 | 2.770 | 2.720 | | | | | |
| IF FGT z3 | 4.310 | 3.200 | 2.900 | 2.930 | 2.610 | 2.580 | 2.850 | 2.840 | | | | | |
| IF HH | 4.300 | 3.190 | 2.870 | 2.900 | 2.610 | 2.530 | 2.820 | 2.770 | | | | | |
| IF HSC | 4.270 | 3.040 | 2.810 | 2.740 | 2.610 | 2.490 | 2.790 | 2.780 | | | | | |
| IF Kern River, Opal | 4.330 | 3.120 | 2.680 | 2.650 | 2.330 | 2.260 | 2.630 | 2.670 | | | | | |
| IF NWPL, Rocky Mts | 4.280 | 3.090 | 2.650 | 2.620 | 2.300 | 2.240 | 2.600 | 2.620 | | | | | |
| IF SoCal | 4.520 | 3.270 | 2.780 | 2.770 | 2.600 | 2.410 | 2.740 | 2.930 | | | | | |
| IF Transco z2 | | 3.140 | 2.850 | 2.680 | 2.550 | 2.490 | 2.800 | 2.780 | | | | | |
| IF Transco z3 | 4.310 | 3.170 | 2.870 | 2.680 | 2.570 | 2.490 | 2.800 | 2.780 | | | | | |
| IF TETCO ELA | 4.190 | 3.150 | 2.810 | 2.840 | 2.490 | 2.420 | 2.740 | 2.700 | | | | | |

### LPG / NGL Prices

#### LPGs Day 1 for SEC Reporting

| Effective Day 1 - cpg | 1-Jan-15 | 1-Feb-15 | 1-Mar-15 | 1-Apr-15 | 1-May-15 | 1-Jun-15 | 1-Jul-15 | 1-Aug-15 | 1-Sep-15 | 1-Oct-15 | 1-Nov-15 | 1-Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MtB Purity Ethane | 19.250 | 18.313 | 20.938 | 18.563 | 18.313 | 18.500 | 19.000 | | | | | |
| MtB Non-TET Propane | 45.875 | 48.813 | 61.375 | 52.250 | 54.000 | 41.875 | 39.125 | | | | | |
| MtB Non-TET Isobutane | 66.500 | 68.313 | 74.625 | 63.938 | 66.125 | 61.000 | 55.688 | | | | | |
| MtB Non-TET Normal Butane | 66.250 | 69.750 | 74.750 | 63.938 | 66.125 | 59.250 | 55.750 | | | | | |
| MtB Non-TET Nat Gas | 96.125 | 97.750 | 122.625 | 118.000 | 132.250 | 127.250 | 118.750 | | | | | |
| Napoleonville Purity Ethane | 18.250 | 17.313 | 19.938 | 15.563 | 17.313 | 17.500 | 18.000 | | | | | |
| Napoleonville Propane | 43.625 | 46.563 | 59.125 | 50.000 | 51.750 | 39.625 | 36.875 | | | | | |
| Napoleonville Isobutane | 77.500 | 79.313 | 85.625 | 74.938 | 77.125 | 72.000 | 66.688 | | | | | |
| Napoleonville Normal Butane | 75.250 | 78.750 | 79.250 | 58.938 | 61.125 | 54.250 | 50.750 | | | | | |
| Napoleonville Nat Gas | 99.375 | 101.000 | 125.875 | 123.500 | 137.750 | 132.750 | 124.250 | | | | | |

#### Monthly Prices for Realization Estimates

| Month Avg - cpg | Dec-14 | Jan-15 | Feb-15 | Mar-15 | Apr-15 | May-15 | Jun-15 | Jul-15 | Aug-15 | Sep-15 | Oct-15 | Nov-15 | Dec-15 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MtB Purity Ethane | 17.588 | 19.381 | 18.490 | 18.344 | 17.122 | 18.103 | 18.864 | | | | | | |
| MtB Non-TET Propane | 54.642 | 47.750 | 57.194 | 54.395 | 54.583 | 45.572 | 36.494 | | | | | | |
| MtB Non-TET Isobutane | 74.000 | 69.013 | 69.753 | 65.639 | 66.071 | 60.016 | 52.852 | | | | | | |
| MtB Non-TET Normal Butane | 74.355 | 69.034 | 70.141 | 65.639 | 65.711 | 59.225 | 52.426 | | | | | | |
| MtB Non-TET Nat Gas | 115.571 | 93.741 | 116.278 | 118.622 | 126.595 | 128.134 | 122.804 | | | | | | |
| Napoleonville Purity Ethane | 16.588 | 18.381 | 17.490 | 17.344 | 16.122 | 18.103 | 17.864 | | | | | | |
| Napoleonville Propane | 52.392 | 45.500 | 54.344 | 52.145 | 52.333 | 43.322 | 34.244 | | | | | | |
| Napoleonville Isobutane | 85.000 | 80.013 | 80.753 | 76.426 | 77.071 | 71.016 | 63.852 | | | | | | |
| Napoleonville Normal Butane | 83.355 | 78.034 | 78.905 | 61.583 | 60.711 | 54.225 | 47.426 | | | | | | |
| Napoleonville Nat Gas | 118.821 | 96.991 | 119.526 | 122.179 | 132.095 | 133.634 | 128.304 | | | | | | |

**App. 535**

CONFIDENTIAL

EMC_RAMIREZ 000000169

# Exhibit 31

**2015**

**Kearl Bitumen Crude Oil Pricing for Security and Exchange Reserves Calculation**

| | 1-Jan-15 | 1-Feb-15 | 1-Mar-15 | 1-Apr-15 | 1-May-15 | 1-Jun-15 | 1-Jul-15 | 1-Aug-15 | 1-Sep-15 | 1-Oct-15 | 1-Nov-15 | 1-Dec-15 | YTD Average |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kearl Blend Price** | | | | | | | | | | | | | |
| WTI Nymex - **US$/bbl** | $53.27 | $48.24 | $49.76 | $50.09 | $59.15 | $60.20 | $56.96 | $47.12 | $45.41 | $44.74 | $46.59 | $41.85 | $50.28 |
| WTI Nymex - **CAD$/bbl** | $61.80 | $61.35 | $62.24 | $63.17 | $72.12 | $75.55 | $71.05 | $61.48 | $59.85 | $59.24 | $60.95 | $55.80 | $63.72 |
| Quality differential - **US$/bbl** @ Edmonton | -$18.88 | -$16.06 | -$14.67 | -$16.28 | -$13.39 | -$9.60 | -$9.21 | -$16.03 | -$20.98 | -$15.55 | -$17.18 | -$16.65 | -$15.37 |
| Sub total **US$/bbl** | $34.39 | $32.18 | $35.09 | $33.81 | $45.76 | $50.60 | $47.75 | $31.09 | $24.43 | $29.19 | $29.41 | $25.20 | $34.91 |
| Exchange (C$/US$) | 1.1601 | 1.2717 | 1.2508 | 1.2612 | 1.2192 | 1.2550 | 1.2474 | 1.3047 | 1.3179 | 1.3242 | 1.3083 | 1.3333 | 1.2712 |
| Kearl Blend Price at Edmonton - **CAD/bbl** | $39.90 | $40.92 | $43.89 | $42.64 | $55.79 | $63.50 | $59.56 | $40.56 | $32.20 | $38.65 | $38.48 | $33.60 | $44.14 |
| Conversion **Bbl to m3** | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 |
| Kearl Blend Price at **Edmonton - CAD/M3** (Before Diluent pulled out & Transportation back to Fort McMurray) | $250.94 | $257.40 | $276.06 | $268.19 | $350.91 | $399.42 | $374.64 | $255.13 | $202.51 | $243.12 | $242.01 | $211.33 | $277.64 |
| **Diluent Cost** | | | | | | | | | | | | | |
| WTI Basis | $53.27 | $48.24 | $49.76 | $50.09 | $59.15 | $60.20 | $56.96 | $47.12 | $45.41 | $44.74 | $46.59 | $41.85 | $50.28 |
| Quality Differential to WTI **USD/Bbl** @ Edmonton | -$4.89 | -$4.24 | $0.09 | $0.68 | $1.54 | -$2.22 | -$4.35 | -$1.36 | -$0.96 | -$0.54 | -$1.12 | $0.13 | -$1.44 |
| Diluent cost - WTI Basis **CAD/bbl** | $56.13 | $55.95 | $62.35 | $64.03 | $73.99 | $72.76 | $65.63 | $59.70 | $58.58 | $58.53 | $59.49 | $55.97 | $61.93 |
| Diluent cost - WTI Basis **CAD/M3** | $353.02 | $351.95 | $392.18 | $402.74 | $465.40 | $457.68 | $412.77 | $375.52 | $368.46 | $368.14 | $374.17 | $352.05 | $389.51 |
| **Diluent Ratio** | | | | | | | | | | | | | |
| C5 Diluent Ratio | 0.2560 | 0.2630 | 0.2540 | 0.2530 | 0.2540 | 0.2400 | 0.2370 | 0.2250 | 0.2230 | 0.2320 | 0.2452 | 0.2600 | 0.2452 |
| Kearl **Bitumen** Price at Edmonton - **CAD/M3** (After Diluent only removed) | $215.81 | $223.66 | $236.53 | $222.62 | $311.93 | $381.03 | $362.80 | $220.18 | $154.88 | $205.36 | $199.08 | $161.89 | $241.31 |
| **Transportation CAD/M3** | | | | | | | | | | | | | |
| from Edm to Hardisty 0.29 cad/b (Blend) adjust to Bitumen | $1.36 | $1.34 | $1.36 | $1.36 | $1.36 | $1.39 | $1.39 | $1.41 | $1.42 | $1.40 | $1.38 | $1.35 | $1.38 |
| from Hardisty to Fort McMurray (Bitumen) 1.9 cad/b | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 |
| **Bitumen Transportation from Edm to Fort McMMurray - CAD/M3** | -$10.59 | -$10.61 | -$10.59 | -$10.59 | -$10.59 | -$10.56 | -$10.56 | -$10.54 | -$10.53 | -$10.55 | -$10.57 | -$10.60 | -$10.57 |
| **Kearl Bitumen @ Fort McMurray CAD / M3** (After Diluent & Diluent shrinkage removed) | **$202.58** | **$210.22** | **$223.07** | **$209.35** | **$297.56** | **$366.18** | **$348.23** | **$207.37** | **$142.76** | **$192.60** | **$186.21** | **$149.27** | **$227.95** |
| **Kearl Bitumen @ Fort McMurray CAD / bbl** | **$32.21** | **$33.42** | **$35.47** | **$33.28** | **$47.31** | **$58.22** | **$55.36** | **$32.97** | **$22.70** | **$30.62** | **$29.61** | **$23.73** | **$36.24** |
| **Kearl Bitumen @ Fort McMurray** USD / bbl | $27.76 | $26.28 | $28.35 | $26.39 | $38.80 | $46.39 | $44.38 | $25.27 | $17.22 | $23.12 | $22.63 | $17.80 | $28.70 |

**Prepared By: Pablo Tiphaine**

I:\CONTRACT_ADMIN\Canada Contract Admin and Pricing\Pricing\PRICING ANALYST\SEC reports & Guidlines\2015\Reserves Pricing 2015

**App. 536**

# Exhibit 32

Message

| | |
|---|---|
| **From:** | Strawbridge, William N [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WILLIAM.N.STRAWBRIDGE] |
| **Sent:** | 2/8/2016 8:15:13 PM |
| **To:** | Genetti, Dominic [dominic.genetti@exxonmobil.com]; Hamid, Taher N [taher.n.hamid@exxonmobil.com] |
| **CC:** | Champine, Arthur L [arthur.l.champine@exxonmobil.com]; Richardson, Stacy L [stacy.l.richardson@exxonmobil.com]; Frederick, Kenneth A [kenneth.a.frederick@exxonmobil.com] |
| **Subject:** | FW: 2015 Reserves - Chairman no exception |
| **Attachments:** | 2015 Reserves Tumble.pdf |

Thanks Dominic. Audit looking for this to close-out review.

Bill Strawbridge
Global Reserves Manager
22777 Springwood Village Parkway
Spring, TX 77389
N1.4A.528
832-624-6966
281-415-6445 (cell)
William.n.strawbridge@exxonmobil.com
MySite



---

**From:** Genetti, Dominic
**Sent:** Monday, February 08, 2016 2:10 PM
**To:** Strawbridge, William N
**Cc:** Hamid, Taher N
**Subject:** 2015 Reserves - Chairman no exception

Bill, pls find attached the presentation and notes used with the Chairman to discuss the proposed reserve changes for 2015.

I can confirmed that the Chairman took no exceptions to the proposal as presented.

Thanks again for all the work and help from you and your group.

Dominic Genetti
Senior Upstream Advisor
Exxon Mobil Corporation
5959 Las Colinas Blvd., Irving, Texas 75039-2298
(972) 444-1985 office
(469) 507-9124 mobile

**App. 537**

CONFIDENTIAL

EMC_RAMIREZ 000012278

# Exhibit 33

June 16, 2015



# ExxonMobil Announces Kearl Expansion Project Starts Production Ahead of Schedule

- Total Kearl production capacity increases to 220,000 barrels a day
- Capital-efficient project applies lessons from initial Kearl development
- Expansion project production ultimately expected to reach 110,000 barrels per day

IRVING, Texas--(BUSINESS WIRE)-- Exxon Mobil Corporation (NYSE:XOM) today announced that production at its Kearl oil sands expansion project in Alberta, Canada, started ahead of schedule and is expected to double overall capacity to 220,000 barrels of bitumen a day.

The expansion project is ultimately expected to reach 110,000 barrels per day. Kearl will access approximately 4.6 billion barrels of resource for more than 40 years.

"The ahead-of-schedule startup of the Kearl expansion demonstrates ExxonMobil's project management expertise and highlights our ability to safely and successfully execute complex projects," said Neil Duffin, president of ExxonMobil Development Company. "The improved understanding gained from the initial Kearl development phase was applied to the expansion project to produce this outstanding result."

The expansion project consists of three additional trains that use proprietary paraffinic froth treatment technology to produce bitumen. The process reduces energy requirements and environmental impacts by not requiring an on-site upgrader, which avoided a multi-billion dollar capital investment and associated operating expenses. Energy needs are further reduced through the installation of energy-saving cogeneration facilities.

The project produces blended bitumen with about the same lifecycle greenhouse gas emissions as the average crude oil refined in the United States. Other environmental innovations include on-site water storage to reduce water use, progressive land and tailings reclamation, and a state-of-the-art waterfowl deterrent system.

"Kearl's bitumen was first processed in ExxonMobil refineries to help the company fully understand its properties before introducing it to the market," Duffin said. "It is now processed in more than 25 refineries around the world."

ExxonMobil expects to increase its global production volumes this year by 2 percent to 4.1 million oil-equivalent barrels per day, driven by 7 percent liquids growth. The volume increase is supported by the ramp up of several projects completed in 2014 and the expected startup of seven major developments in 2015, including the Kearl expansion, Hadrian South in the Gulf of Mexico, Banyu Urip in Indonesia and deepwater expansion projects at Erha in Nigeria and Kizomba in Angola.

The Kearl project is located about 75 kilometers northeast of Fort McMurray, Alberta, and is operated by Imperial Oil Limited, an ExxonMobil affiliate.

CAUTIONARY STATEMENT: Statements of future events or conditions in this release are forward-looking statements. Actual future results, including project plans, schedules, costs, capacities, and ultimate recoveries could differ materially due to changes in market conditions affecting the oil and gas industry or long-term oil and gas price levels; political or regulatory developments; reservoir performance; timely completion of development projects; technical or operating factors; the outcome of future commercial negotiations; and other factors. The term "project" as used in this release does not necessarily have the same meaning as under any government payment transparency reporting rules.

**About ExxonMobil**

ExxonMobil, the largest publicly traded international oil and gas company, uses technology and innovation to help meet the world's growing energy needs. ExxonMobil holds an industry-leading inventory of resources and is one of the world's largest integrated refiners, marketers of petroleum products and chemical manufacturers. For more information, visit www.exxonmobil.com or follow us on Twitter www.twitter.com/exxonmobil.

**App. 538**