# Exhibit 34

ExxonMobil

January 25, 2016

# 2015 Proved Reserves Changes

## Chairman's Review

Energy lives here



PROPRIETARY

**App. 539**

CONFIDENTIAL

EMC_RAMIREZ 000012280

<u>~33 minutes (3600) words at 110 WPM)</u>

## <u>Slide 1 – Title slide</u>

- This morning Ty and I...with support from Bill, will review the proposed 2015 Proved Reserve and Resource Changes.  I will kick off with the Proved Reserve changes.

- Similar to the last few years.....we'll review a summary of the changes, review all proposed changes over 10 million barrels, and take a deeper look at Upper Zakum, XTO and Kearl revisions before rounding off with SEC price adjustments and some historic trends. We have also included a slide at the end to look ahead through 2021 on how we see the reserve picture going forward.

- Overall the story you are going to hear today is well aligned with what you saw during P&B so there should not be any surprises in the overall numbers. Unlike last year, however,...there is a significant adjustment due to the SEC pricing basis.

- Now, turning the page…. **[TURN]**

- Process wise we have not made any changes in last year...process is well established and we continue to demonstrate strong controls through the satisfactory internal and PWC audits.  Additionally, there were no reserves related issues raised by the SEC on our 10K filing.

**App. 540**

CONFIDENTIAL                                                                EMC_RAMIREZ 000012281

# 2015 Proved Reserves Change Summary



- Proposed 2015 Proved Reserve adds of 1.0 GOEB SEC basis, replacing 67% of production

- Reduced work programs/CAPEX and SEC pricing effects prevented achieving 22nd consecutive year of >100% replacement

- 1.9 GBO liquid adds, grows 24.8 GBOE reserves from 55% to 59% liquids

- Migrated 3 GOEB to Proved Developed, 195% of Production, increasing PD to 73% of Proved

| (MOEB) | 2014 Actual | 2015 Plan | 2015 Proposed |
|---|---|---|---|
| Abu Dhabi UZ | 0 | 480 | 698 |
| XTO | 563 | 815 | 382 |
| Kearl | 815 | 149 | 166 |
| Other | 225 | 300 | 48 |
| ======= | ===== | ===== | ===== |
| Total | 1,603 | 1,744 | 1,294 |
| SEC Basis | 1,543 | 1,744 | 1,030 |
| Production | 1,477 | 1,503 | 1,540 |
| SEC RR% | 104% | 116% | 67% |

ExonMobil

PROPRIETARY

2

CONFIDENTIAL

**App. 541**

EMC_RAMIREZ 000012282

## Slide 2 – 2015 Proved Reserves Change Summary

- For 2015 we propose to add 1 billion oil equivalent barrels on an SEC basis (1.3 GOEB at plan prices), replacing 67% of production.

- Reduced work program activity and SEC pricing effects resulted in lower reserve adds versus stewardship and prevented achieving the 22nd consecutive year of greater than 100% reserves replacement. (STWD 1.74 and 116% incl. sales; 1.77 GOEB or 118% replacement ex sales;).

- Reserve Adds are dominated by Upper Zakum, XTO, and Kearl....we'll discuss these in more detail later.

- Including SEC pricing impacts, liquids additions are 1.9 billion barrels while gas reserves are reduced by about 900 million equivalent barrels, increasing liquids content of the 24.8 billion barrel reserve base from 55 to 59%.

- As a reference after XTO came into the reserve base in 2010 we were at 47%. [55% in 2014, 53% in 2013, 51% in 2012 and 49% in 2011]

- (The 67% replacement ratio reflects a 222% [162% 2014] liquids replacement ratio and -141% [42% 2014] gas replacement ratio).

- The proposal also migrates 3 billion equivalent barrels to Proved Developed or 195% of production, increasing Proved Developed to 73% of Proved (YE 2014 67%).

**App. 542**

CONFIDENTIAL                    EMC_RAMIREZ 000012283

# 2015 Proved Reserves Change Summary



- Proposed 2015 Proved Reserve adds of 1.0 GOEB SEC basis, replacing 67% of production

- Reduced work programs/CAPEX and SEC pricing effects prevented achieving 22nd consecutive year of >100% replacement

- 1.9 GBO liquid adds, grows 24.8 GBOE reserves from 55% to 59% liquids

- Migrated 3 GOEB to Proved Developed, 195% of Production, increasing PD to 73% of Proved

| (MOEB) | 2014 Actual | 2015 Plan | 2015 Proposed |
|---|---|---|---|
| Abu Dhabi UZ | 0 | 480 | 698 |
| XTO | 563 | 815 | 382 |
| Kearl | 815 | 149 | 166 |
| Other | 225 | 300 | 48 |
| ======= | ===== | ===== | ===== |
| Total | 1,603 | 1,744 | 1,294 |
| SEC Basis | 1,543 | 1,744 | 1,030 |
| Production | 1,477 | 1,503 | 1,540 |
| SEC RR% | 104% | 116% | 67% |

ExxonMobil

PROPRIETARY

2

**App. 543**

CONFIDENTIAL

EMC_RAMIREZ 000012284

- Table shows what is being proposed....on a company plan price basis the add is nearly 1.3 billion barrels or 84% replacement. The SEC price adjustment reduces the add by 264 million, resulting in an SEC prices basis of just over 1 billion equivalent barrels. For comparison, you can see the 2014 actuals in the 1st column, and the stewardship basis in the 2nd column.

- Now looking at the key drivers in the third column, starting at the top of the table, **for Upper Zakum** we propose to add 698 million barrels associated with sustaining 750 KBD rate through 2041 (+218 MB vs STWD 750 plan was 480, plan was to take additional adds 2016-18 to full duration out to 2041 based on technical and commercial confidence.). **For XTO** we are proposing a 382 million add reflecting inclusion of an additional half year of drilling activity....to 5 years, but below plan due to lower drilling activity. [-434 vs STWD driven by lower activity (-11G Capex)]. **For Kearl**.......we propose adding 166 million barrels related to a higher recovery factor (77% 2015 actual vs 74% used in 2014; LS funding 74% and ML 80%; +17 vs STWD). I will cover these key additions in more detail on subsequent pages. **All other changes** add up to 48 million equivalent barrels and in a couple pages we will review all the changes above 10 million barrels.

**App. 544**

CONFIDENTIAL      EMC_RAMIREZ 000012285

# 2015 Proved Reserves Change Summary



- Proposed 2015 Proved Reserve adds of 1.0 GOEB SEC basis, replacing 67% of production

- Reduced work programs/CAPEX and SEC pricing effects prevented achieving 22nd consecutive year of >100% replacement

- 1.9 GBO liquid adds, grows 24.8 GBOE reserves from 55% to 59% liquids

- Migrated 3 GOEB to Proved Developed, 195% of Production, increasing PD to 73% of Proved

| (MOEB) | 2014 Actual | 2015 Plan | 2015 Proposed |
|---|---|---|---|
| Abu Dhabi UZ | 0 | 480 | 698 |
| XTO | 563 | 815 | 382 |
| Kearl | 815 | 149 | 166 |
| Other | 225 | 300 | 48 |
| ======= | ===== | ===== | ===== |
| Total | 1,603 | 1,744 | 1,294 |
| SEC Basis | 1,543 | 1,744 | 1,030 |
| Production | 1,477 | 1,503 | 1,540 |
| SEC RR% | 104% | 116% | 67% |

ExxonMobil

PROPRIETARY

2

CONFIDENTIAL

**App. 545**

EMC_RAMIREZ 000012286

- The SEC price adjustment is 264 million barrels due to the large difference between the long term plan price outlook and the 2015 SEC price basis (plan prices ramp to $80/bbl Brent real by 2020 compared to 2015 SEC of $54/bbl Brent flat nominal).  I'll came back on this in more detail.....this brings us to the total of 1030 million equivalent barrels and with production levels for 2015 at 1540 MOEB (856 MB liquid; 684 MOEB gas) it gives us the 67% replacement (ex divestments this would be 69%) **[TURN – bridge from YE 2014 to YE 2015]**

**App. 546**

CONFIDENTIAL                                                                    EMC_RAMIREZ 000012287

# 2015 Proved Reserves Bridge





Figure: Waterfall chart titled "2015 Proved Reserves Bridge." Y-axis labeled "GOEB" ranging from 23.0 to 25.5. Bars and values left to right: 2014 SEC Reserves 25.3; 2014 Price Impact 0.1; YE 2014 Company Reserves 25.3; 2015 Production 1.5; Upper Zakum 0.7; XTO 0.4; Kearl 0.2; Other 0.05; YE 2015 Company Reserves 25.0; 2015 Price Impact 0.4; 2015 SEC Reserves 24.6. Dashed reference line at "2014 SEC 25.3."

CONFIDENTIAL

PROPRIETARY

3

**App. 547**

EMC_RAMIREZ 000012288

**Slide 3 – 2015 Proved Reserves Bridge**

- This chart bridges between the 2014 SEC reserves to our SEC proposal for 2015. It includes the Price impacts, Production, and Additions we will discuss today.

- Starting at the far left we reported 25.3 billion barrels on an SEC basis for YE 2014. The 2014 price impact converting back to company plan reserves was +64 million barrels giving us a company reserve basis that still rounds 25.3 billion barrels....so that's our starting point for 2015.  2015 production reduced reserves 1.5 billion barrels. Then you see the proposed adds for Upper Zakum, XTO, and Kearl….as well as an aggregate of all the other revisions.

- This all gives us Year End reserves on a company basis of 25.0 billion. The SEC price effect from company plan is about 300 million (336 actual – 72 2014 Impact =264 million SEC 14 to SEC 15)....resulting in an SEC basis of 24.8 billion.

- We will review the details of the elements in blue on the chart and the SEC price impact over the next few slides, starting with revisions greater the 10 million barrels in more detail on the next page.

**App. 548**

CONFIDENTIAL                                                                                          EMC_RAMIREZ 000012289

# Proposed 2015 Proved Reserves Changes



| Category | Field/Project | Proved Change MOEB | Comments |
|---|---|---|---|
| Purchases | XTO | 231 | XTO Endeavor 215, XTO Yoho 9, US San Juan 4 |
| Sales | Aceh | (17) | Sale to Pertamina |
| | Other | (22) | XTO Alaska -9, UK Sean -5, Norway Sleipner -6 |
| Revisions | Upper Zakum | 698 | Sustain 750 KBD production rate through 2041 license period |
| | XTO | 170 | Migration to 5-year drilling outlook, offset by lower CAPEX |
| | Kearl | 166 | Performance, increase RF from 74% to 77% |
| | Usan | 23 | Performance |
| | Balder | 20 | Performance and funding of Phase III drillwells |
| | Dalia | 13 | Performance and funding of Ph2A drilling program |
| | West Qurna | 12 | Annual Cost Recovery |
| | Sakhalin Odoptu | 11 | Performance |
| | Norman Wells | (11) | Reduced EOFL from 2026 to 2020 |
| | Tabu | (12) | Low gas demand delays timing of Gas Cap Blowdown |
| | AERA, South Belridge | (20) | Reduced drilling outlook |
| | SYU | (28) | Reduced drilling outlook |
| | Prudhoe Bay | (46) | Lower future fuel gas outlook |
| | Nigeria JV | (95) | Align with CP15 drilling and project Plan timeline |
| Funded Projects | Besar | 10 | Full Funding |
| Price / Entitlement | Syncrude | (13) | Higher royalty rate, increased from 9% to 11% |
| | Cold Lake | (21) | Higher royalty rate, increased from 16% to 18% |
| | SEC Price | (264) | Kearl 187, Prudhoe Bay -220, XTO -481 |
| Other Changes | -10 to +10 MOEB | 225 | 265 increase (+335), 140 decrease (-110), 10 yr average 220 MOEB |

| | | | |
|---|---|---|---|
| | **TOTAL** | **1,030** | SEC Basis |
| | **Production** | 1,540 | |
| | **Replacement** | **67%** | |

ExxonMobil

PROPRIETARY

4

**App. 549**

EMC_RAMIREZ 000012290

## Slide 4 – Proposed 2015 Proved Reserve Changes

• The table shows the proposed changes greater than 10 million barrels versus 2014 on a company plan basis, across various categories, and at the bottom of the table we apply the price effect to arrive at the SEC reserve basis.

• Beginning at the top, the 231 million barrels added from **acquisitions** are all associated with XTO commercial activity, largely driven by acquiring additional acreage and drilling rights from Endeavor in the Permian adding 215 million barrels (13k acres stacked Wolfcamp/Spaberry pay filling in empty "blocks" to enable longer laterals; 26k acres additional Spraberry drilling rights where we already have Wolfcamp through farm-in). Additionally we had the Yoho purchase in Canada (EMUV Celtic Bolt-on), and picked up additional acreage in the San Juan Basin (New Mexico; picked up from multiple operator to fill in checker-board blocks; coal bed methane).

• The most significant **divestment** was the sale of Aceh assets in Indonesia to Pertamina resulting in a 17 million barrel reduction. All other divestments combined take off an additional 22 million barrels driven by the XTO Cook Inlet sale in Alaska, the sale of our interest in the Sean Complex in the U.K. Southern North Sea (Shell Operated...used to be gas storage...then regular domestic sales....now largely depleted), and the partial divestment of Sleipner in Norway (30% to 15% EMWI; to LOTUS E&P).

• Moving down to major revisions, by far the largest changes are in Upper Zakum, XTO, and Kearl.

**App. 550**

CONFIDENTIAL                                                      EMC_RAMIREZ 000012291

# Proposed 2015 Proved Reserves Changes



| Category | Field/Project | Proved Change MOEB | Comments |
|---|---|---|---|
| Purchases | XTO | 231 | XTO Endeavor 215, XTO Yoho 9, US San Juan 4 |
| Sales | Aceh | (17) | Sale to Pertamina |
| | Other | (22) | XTO Alaska -9, UK Sean -5, Norway Sleipner -6 |
| Revisions | Upper Zakum | 698 | Sustain 750 KBD production rate through 2041 license period |
| | XTO | 170 | Migration to 5-year drilling outlook, offset by lower CAPEX |
| | Kearl | 166 | Performance, increase RF from 74% to 77% |
| | Usan | 23 | Performance |
| | Balder | 20 | Performance and funding of Phase III drillwells |
| | Dalia | 13 | Performance and funding of Ph2A drilling program |
| | West Qurna | 12 | Annual Cost Recovery |
| | Sakhalin Odoptu | 11 | Performance |
| | Norman Wells | (11) | Reduced EOFL from 2026 to 2020 |
| | Tabu | (12) | Low gas demand delays timing of Gas Cap Blowdown |
| | AERA, South Belridge | (20) | Reduced drilling outlook |
| | SYU | (28) | Reduced drilling outlook |
| | Prudhoe Bay | (46) | Lower future fuel gas outlook |
| | Nigeria JV | (95) | Align with CP15 drilling and project Plan timeline |
| Funded Projects | Besar | 10 | Full Funding |
| Price / Entitlement | Syncrude | (13) | Higher royalty rate, increased from 9% to 11% |
| | Cold Lake | (21) | Higher royalty rate, increased from 16% to 18% |
| | SEC Price | (264) | Kearl 187, Prudhoe Bay -220, XTO -481 |
| Other Changes | -10 to +10 MOEB | 225 | 265 increase (+335), 140 decrease (-110), 10 yr average 220 MOEB |

| | | | |
|---|---|---|---|
| | **TOTAL** | **1,030** | SEC Basis |
| | **Production** | 1,540 | |
| | **Replacement** | **67%** | |

ExxonMobil

PROPRIETARY

4

**App. 551**

EMC_RAMIREZ 000012292

- I'll discuss these in more detail later, but briefly, 698 million barrels are added to **Upper Zakum** proved reserves associated with high confidence in sustaining 750 KBD through 2041.

- For **XTO** we propose to add 170 million related to migrating to a 5 year drilling outlook from a 4.5 year outlook. This is offset by lower drilling activity (+500 for normal +1 year; +250M from new half year; -580 lower activity)

- In 2015, **Kearl** averaged 77% bitumen recovery. The YE 2014 reserve basis was 74%. We propose increasing the basis to 77% recovery, which adds 166 million barrels. (Improvements in mine and plant combined; 3 steps: mining 0.95, plant extraction 0.9, & froth treatment 0.9; Funding basis 80%....have seen that for periods, but avg 77%)

- Now for a few comments about other significant revisions. Almost all the positive changes are due to better performance.

- **Usan** performance is almost doubled, adding 23 million (Nigeria; current reserves 19 MOEB; seeing better pressure support from aquifer and injection wells....better connectivity; this is now captured in reservoir model),

- **Balder** performance of base and recent drillwells results in a 20 million barrel add (all proved developed)

- **Dalia** performance and funding of Phase 2A wells add 13 million barrels (50/50 performance and Phase 2A; Shell operated Block 17)

- Each year we book an additional year worth of reserves associated with cost recovery at **West Qurna**, which resulted in an 'add' of 12 million barrels this year.

CONFIDENTIAL

**App. 552**

EMC_RAMIREZ 000012293

# Proposed 2015 Proved Reserves Changes



| Category | Field/Project | Proved Change MOEB | Comments |
|---|---|---|---|
| Purchases | XTO | 231 | XTO Endeavor 215, XTO Yoho 9, US San Juan 4 |
| Sales | Aceh | (17) | Sale to Pertamina |
| | Other | (22) | XTO Alaska -9, UK Sean -5, Norway Sleipner -6 |
| Revisions | Upper Zakum | 698 | Sustain 750 KBD production rate through 2041 license period |
| | XTO | 170 | Migration to 5-year drilling outlook, offset by lower CAPEX |
| | Kearl | 166 | Performance, increase RF from 74% to 77% |
| | Usan | 23 | Performance |
| | Balder | 20 | Performance and funding of Phase III drillwells |
| | Dalia | 13 | Performance and funding of Ph2A drilling program |
| | West Qurna | 12 | Annual Cost Recovery |
| | Sakhalin Odoptu | 11 | Performance |
| | Norman Wells | (11) | Reduced EOFL from 2026 to 2020 |
| | Tabu | (12) | Low gas demand delays timing of Gas Cap Blowdown |
| | AERA, South Belridge | (20) | Reduced drilling outlook |
| | SYU | (28) | Reduced drilling outlook |
| | Prudhoe Bay | (46) | Lower future fuel gas outlook |
| | Nigeria JV | (95) | Align with CP15 drilling and project Plan timeline |
| Funded Projects | Besar | 10 | Full Funding |
| Price / Entitlement | Syncrude | (13) | Higher royalty rate, increased from 9% to 11% |
| | Cold Lake | (21) | Higher royalty rate, increased from 16% to 18% |
| | SEC Price | (264) | Kearl 187, Prudhoe Bay -220, XTO -481 |
| Other Changes | -10 to +10 MOEB | 225 | 265 increase (+335), 140 decrease (-110), 10 yr average 220 MOEB |

| | | | |
|---|---|---|---|
| | **TOTAL** | **1,030** | SEC Basis |
| | **Production** | 1,540 | |
| | **Replacement** | **67%** | |

ExxonMobil

PROPRIETARY

4

**App. 553**

CONFIDENTIAL

EMC_RAMIREZ 000012294

- The last performance add it **Sakhalin** where first stage production is expected to exceed current proved reserves by 11 million barrels (all related to 1st Stage base performance; have been watching for a while and now have confidence to move all 1st Stage probable reserves to Proved Developed)

- Now for the downward revisions…..**Norman Wells** end of field life moved up to 2020 from 2026, reducing reserves 11 million barrels (Fuel gas runs out in 2020 and project to bring in fuel is uneconomic; higher cost the previously expected)

- There is a reduction of 12 million equivalent barrels due to lower gas demand in Malaysia, resulting in some of the currently booked **Tabu** gas cap reserves being pushed out beyond the license expiry in 2028. (Proved reserves on books associated with future gas cap blow-down, gas sales have been delayed beyond license expiry of 2028 due to lower gas demand….no need in Malaysia till later.)

- Drilling activity at **Aera** is reducing from 10 to 6 rigs, resulting in a reduction of 20 million barrels (currently running 10 rigs; change is all UND; Shell reluctant to reduce but appear to be willing)

- At **SYU**, the proposal includes a proved developed add associated with better base performance; however this is offset by lower future drilling activity resulting in overall reduction of 28 million (+22M Dev for performance; -50 UND due to lower drilling; no drilling till 2019, then ends in 2026. Wells drilled after 2026 not economic due to approaching end of field life; with changes Total Proved 184M and 30M PUD left).

**App. 554**

CONFIDENTIAL      EMC_RAMIREZ 000012295

# Proposed 2015 Proved Reserves Changes



| Category | Field/Project | Proved Change MOEB | Comments |
|---|---|---|---|
| Purchases | XTO | 231 | XTO Endeavor 215, XTO Yoho 9, US San Juan 4 |
| Sales | Aceh | (17) | Sale to Pertamina |
| | Other | (22) | XTO Alaska -9, UK Sean -5, Norway Sleipner -6 |
| Revisions | Upper Zakum | 698 | Sustain 750 KBD production rate through 2041 license period |
| | XTO | 170 | Migration to 5-year drilling outlook, offset by lower CAPEX |
| | Kearl | 166 | Performance, increase RF from 74% to 77% |
| | Usan | 23 | Performance |
| | Balder | 20 | Performance and funding of Phase III drillwells |
| | Dalia | 13 | Performance and funding of Ph2A drilling program |
| | West Qurna | 12 | Annual Cost Recovery |
| | Sakhalin Odoptu | 11 | Performance |
| | Norman Wells | (11) | Reduced EOFL from 2026 to 2020 |
| | Tabu | (12) | Low gas demand delays timing of Gas Cap Blowdown |
| | AERA, South Belridge | (20) | Reduced drilling outlook |
| | SYU | (28) | Reduced drilling outlook |
| | Prudhoe Bay | (46) | Lower future fuel gas outlook |
| | Nigeria JV | (95) | Align with CP15 drilling and project Plan timeline |
| Funded Projects | Besar | 10 | Full Funding |
| Price / Entitlement | Syncrude | (13) | Higher royalty rate, increased from 9% to 11% |
| | Cold Lake | (21) | Higher royalty rate, increased from 16% to 18% |
| | SEC Price | (264) | Kearl 187, Prudhoe Bay -220, XTO -481 |
| Other Changes | -10 to +10 MOEB | 225 | 265 increase (+335), 140 decrease (-110), 10 yr average 220 MOEB |

| | | | |
|---|---|---|---|
| | **TOTAL** | **1,030** | SEC Basis |
| | **Production** | 1,540 | |
| | **Replacement** | **67%** | |

**ExxonMobil**

PROPRIETARY

4

**App. 555**

CONFIDENTIAL

EMC_RAMIREZ 000012296

- The outlook for fuel gas requirements as **Prudhoe Bay** reaches end of field life has been reduced, resulting in reduction of 46 million equivalent barrels. For context, total booked fuel gas reserves are 530 Million equivalent barrels, so this is less than a 10% reduction (current reserve base 450 MCFD Flat; new forecast gradually decreases to 375 as EOFL approaches in 2060; fuel gas reserves will be booked to contingent gas resource).

- The last negative revision we have is a re-classification of **95** million barrels of **Nigeria JV** undeveloped reserves to probable. This ~50% reduction in remaining undeveloped reserves aligns with 2015 Company Plan drilling and Project activity. (Reduces PUD from 184 to 96 MOEB. JV drilling resumes in 2018 and there are not sufficient projects in plan. Etim and Ubit drilling not in five year plan; Asabo and Emiang require projects not in plan. FYI: ~300 MBOE was also moved from Probable to Contingent or out of resource base as not likely to be developed)

- The only addition associated with project funding is the Malaysia OBO project, **Besar**….adding 10 million barrels.  [Funded 1Q2015; 50% EMWI; Operator PBSB (Petronas Carigali; gas project to meet Malaysia gas demand]

- In the last category we show the price and entitlement related changes.

- **Syncrude** and **Cold Lake** both have a reduction associated with higher royalty rates resulting in 13 and 21 million barrel reductions, respectively. The Opex outlooks were reduced relative to 2014, increasing the profitability at the plan prices and resulting in a higher royalty rate (not related to proposed Alberta Tax Increase).

**App. 556**

CONFIDENTIAL                    EMC_RAMIREZ 000012297

# Proposed 2015 Proved Reserves Changes



| Category | Field/Project | Proved Change MOEB | Comments |
|---|---|---|---|
| Purchases | XTO | 231 | XTO Endeavor 215, XTO Yoho 9, US San Juan 4 |
| Sales | Aceh | (17) | Sale to Pertamina |
| | Other | (22) | XTO Alaska -9, UK Sean -5, Norway Sleipner -6 |
| Revisions | Upper Zakum | 698 | Sustain 750 KBD production rate through 2041 license period |
| | XTO | 170 | Migration to 5-year drilling outlook, offset by lower CAPEX |
| | Kearl | 166 | Performance, increase RF from 74% to 77% |
| | Usan | 23 | Performance |
| | Balder | 20 | Performance and funding of Phase III drillwells |
| | Dalia | 13 | Performance and funding of Ph2A drilling program |
| | West Qurna | 12 | Annual Cost Recovery |
| | Sakhalin Odoptu | 11 | Performance |
| | Norman Wells | (11) | Reduced EOFL from 2026 to 2020 |
| | Tabu | (12) | Low gas demand delays timing of Gas Cap Blowdown |
| | AERA, South Belridge | (20) | Reduced drilling outlook |
| | SYU | (28) | Reduced drilling outlook |
| | Prudhoe Bay | (46) | Lower future fuel gas outlook |
| | Nigeria JV | (95) | Align with CP15 drilling and project Plan timeline |
| Funded Projects | Besar | 10 | Full Funding |
| Price / Entitlement | Syncrude | (13) | Higher royalty rate, increased from 9% to 11% |
| | Cold Lake | (21) | Higher royalty rate, increased from 16% to 18% |
| | SEC Price | (264) | Kearl 187, Prudhoe Bay -220, XTO -481 |
| Other Changes | -10 to +10 MOEB | 225 | 265 increase (+335), 140 decrease (-110), 10 yr average 220 MOEB |

| | | | |
|---|---|---|---|
| **TOTAL** | **1,030** | SEC Basis |
| **Production** | 1,540 | |
| **Replacement** | **67%** | |

ExxonMobil

PROPRIETARY

4

**App. 557**

CONFIDENTIAL

EMC_RAMIREZ 000012298

- The **SEC price** basis reduces reserves 264 million equivalent barrels. There are lots of plusses and minuses and we have a full page to cover SEC price impacts, but the big hitters are Kearl which is up 187 million barrels due to reduced royalty; Prudhoe Bay is down 220 due to accelerated end of field life (2050 vs 2068), and XTO is down 481 due to a combination of shorter economic well life and undeveloped reserves that are not economic to drill.

- All other changes of less than 10 million barrels adds up to a net add of 225 million barrels, a little less than 1% of the proved reserve base, which is consistent with the level of adds we have seen in prior years and demonstrates healthy overall growth of proved reserves across our assets, whilst downward revisions are brought forward as appropriate…..265 increases and 140 decreases. (2014 was +94; has ranged from 2 to 250 historically; typically within 1% of 25 MOEB)

- All in, the proposed changes add one billion thirty million equivalent barrels on the SEC basis, or 67% reserves replacement.

- Over the next 3 slides we have a deeper dive on Upper Zakum, XTO, and Kearl. **[TURN]**

**App. 558**

CONFIDENTIAL   EMC_RAMIREZ 000012299

# Upper Zakum 2015 Proved Reserves





- 2013 reserve add of 713 MOEB for 750 Project funding and 15-year license extension
  - EMDC project to build 750 KBD capacity
  - EMPC program drilling to sustain plateau, future reserve add

- 2015 proposal to migrate 698 MOEB to sustain 750 KBD rate through 2041 license period
  - Commercial certainty via 750 agreement & CP15 program drilling capex
  - Technical certainty via modeling of high confidence reservoirs and wellbore integrity activities/studies

- 2016 plan to migrate 873 MOEB with commitment to 1 MBD Project and 10-year license extension
  - High confidence volumes positioned as Probable Reserves
  - 2016 appraisal drilling to provide additional certainty

- Future reserves adds with reservoir appraisal/ performance and sustainment project definition

ExxonMobil

PROPRIETARY

5

**App. 559**

CONFIDENTIAL

EMC_RAMIREZ 000012300

## Slide 5 – Upper Zakum

- The chart in the upper left corner illustrates current Upper Zakum proved reserves and potential future adds, timing of the adds are shown on the lower chart. Starting in the lower left corner of the chart in light gray are the 650 MOEB associated with the prior 2026 license expiry.

- The next layer in gray, moving up and to the right, are the 713 MOEB added in 2013 associated with the funding of the Upper Zakum 750 Project and the 15 year extension which included the EMDC project and drilling to achieve the 750 KBD Capacity. Future EMPC drilling to sustain the 750 KBD plateau was left as a future reserve add.

- The blue wedge is the proposed 698 MOEB 2015 reserve add and are the reserves associated with sustaining 750 KBD through the 2041 license period. At this stage, both commercial and technical certainty criteria are met. Commercial certainty has been met through the 750 agreement and the capex designated to achieve and sustain 750 KBD is in the 2015 Company Plan. Reservoir modeling of high confidence reservoirs, and wellbore integrity activity and studies has yielded high technical confidence (Following completed as of YE 2015: Empower modeling by EM secondees; fully appraised reservoirs; well bore integrity studies; positive experience mitigating well bore corrosion; new better well designs).

**App. 560**

CONFIDENTIAL                                                  EMC_RAMIREZ 000012301

# Upper Zakum 2015 Proved Reserves





- 2013 reserve add of 713 MOEB for 750 Project funding and 15-year license extension
  - EMDC project to build 750 KBD capacity
  - EMPC program drilling to sustain plateau, future reserve add

- 2015 proposal to migrate 698 MOEB to sustain 750 KBD rate through 2041 license period
  - Commercial certainty via 750 agreement & CP15 program drilling capex
  - Technical certainty via modeling of high confidence reservoirs and wellbore integrity activities/studies

- 2016 plan to migrate 873 MOEB with commitment to 1 MBD Project and 10-year license extension
  - High confidence volumes positioned as Probable Reserves
  - 2016 appraisal drilling to provide additional certainty

- Future reserves adds with reservoir appraisal/ performance and sustainment project definition

CONFIDENTIAL

App. 561

EMC_RAMIREZ 000012302

- Now moving to the two green wedges. The 873 MOEB in the darker green area is a reserve add planned for 2016 associated with a commitment to the 1 MBD Project and an additional 10 year license extension. These reserves are associated with high confidence volumes that are currently on the books as probable reserves. We expect 2016 appraisal drilling to provide additional certainty.

- The last lighter green wedge represents future reserve adds associated with additional reservoir appraisal and 1 million barrel per day project definition.

**App. 562**

CONFIDENTIAL                                                         EMC_RAMIREZ 000012303

# XTO 2015 Proved Reserves





## Summary

- 382 MOEB adds, reserves grow 3% to 4.9 GOEB, 4.4 SEC
- Increased PUD basis to 5 year drilling outlook, lower CAPEX partially offset by cost efficiencies
- Continue portfolio migration to liquids, 42% of total, 50% SEC

## 2015 Company Reserve Changes

### *Drilling Program:   +289 MOEB*

- Permian                +299 MOEB
- Marcellus/Utica        -110 MOEB
- Others                 +100 MOEB

### *Economic & Technical Revisions:  -128 MOEB*

- Lower Henry Hub pricing -111 MOEB

### *Acquisitions/Sales:   +221 MOEB*

- Endeavor Permian +215 MOEB

## 2015 SEC Reserves

- Henry Hub 40% & WTI 45% lower than 2014 SEC pricing
- -345 MOEB PD reduction for uneconomic production
- -462 MOEB PUD reduction in gas plays, particularly Appalachia & Fayetteville
- 257 MOEB liquid PUD adds for reallocation of gas CAPEX
- SEC reserves decline from 4.7 to 4.4 GOEB

**ExonMobil**

PROPRIETARY

6

**App. 563**

CONFIDENTIAL

EMC_RAMIREZ 000012304

## Slide 6 – XTO

- Now for a deeper dive into the XTO changes.

- The bar charts on the left show the proposed XTO reserves changes on a Company basis at the top and on an SEC basis at the bottom.

- But starting with a quick summary, we are proposing to add 382 million barrels which grows the XTO proved reserves to 4.9 billion on a Company basis. On an SEC price basis, the reserves actual decline to 4.4 billion barrels.

- There are a couple offsetting drivers for the Company reserve revisions: We always add a year of drilling activity for the year just completed, but this year, by increasing the proved undeveloped basis to 5 years of drilling from 4.5 years we actually add 1 and a half years of activity. The extra half year of activity results in an additional 250 MOEB for a total add of about 750 MOEB for the one and a half years of drilling.

- However, lower drilling Capex compared to the 2014 plan (-12G), partially offset by cost efficiencies (10-20%) , reduces reserves by about 370 MOEB. (-370 MOEB: -~720M lower Capex, +350M efficiencies) The net impact is a 382 MOEB add on plan prices.

**App. 564**

CONFIDENTIAL

EMC_RAMIREZ 000012305

# XTO 2015 Proved Reserves



XTO Company Reserves



XTO 2015 SEC Reserves

## Summary

- 382 MOEB adds, reserves grow 3% to 4.9 GOEB, 4.4 SEC
- Increased PUD basis to 5 year drilling outlook, lower CAPEX partially offset by cost efficiencies
- Continue portfolio migration to liquids, 42% of total, 50% SEC

## 2015 Company Reserve Changes

### Drilling Program:   +289 MOEB

- Permian              +299 MOEB
- Marcellus/Utica      -110 MOEB
- Others               +100 MOEB

## Economic & Technical Revisions:  -128 MOEB

- Lower Henry Hub pricing -111 MOEB

## Acquisitions/Sales:   +221 MOEB

- Endeavor Permian +215 MOEB

## 2015 SEC Reserves

- Henry Hub 40% & WTI 45% lower than 2014 SEC pricing
- -345 MOEB PD reduction for uneconomic production
- -462 MOEB PUD reduction in gas plays, particularly Appalachia & Fayetteville
- 257 MOEB liquid PUD adds for reallocation of gas CAPEX
- SEC reserves decline from 4.7 to 4.4 GOEB

ExonMobil

PROPRIETARY

6

**App. 565**

CONFIDENTIAL

EMC_RAMIREZ 000012306

- The migration to higher liquids reserves continues: 42% on a company basis and 50% on and SEC basis. You can see the trend in the green bars on both bar charts back to YE 2013 (15% at 2010 merger).

- Now stepping through the XTO Company reserve changes on the upper left hand chart, starting from the YE 2014 bar with reserves of 4.8 billion barrels….2015 production was 261 MOEB (86 MB, 176 MOEB).

- Then, the changes are classified into three buckets, **revisions** of -313 MOEB driven by less gas development and early well end of life due to lower gas prices, **extensions** add 473 MOEB driven by liquids play drilling, and **acquisitions/divestments** add 221 MOEB associated with the previously discussed XTO commercial activity taking Company XTO reserves to 4.9 billion barrels. Now I'll take you through the details shown in the text to the right. (the revisions are shown in red)

- **Drilling Program** activities result in a 289 MOEB add, including the extra half year……going out five years, but offset by lower activity versus 2014 (less XTO $13.5G Capex; $12G less drilling Capex 2016 to 2021). Broken down by play, we are adding 299 MOEB in the **Permian; Marcellus and Utica** Undeveloped Reserves have been revised lower by 110 MOEB consistent with the shift to liquids drilling activity, and we are adding 100 MOEB for all **other** plays driven by Bakken, Woodford, and Ardmore drilling.

  (note that other includes both positive extensions and negative revisions that net to 100 MOEB)

**App. 566**

CONFIDENTIAL                                    EMC_RAMIREZ 000012307

# XTO 2015 Proved Reserves





## Summary
- 382 MOEB adds, reserves grow 3% to 4.9 GOEB, 4.4 SEC
- Increased PUD basis to 5 year drilling outlook, lower CAPEX partially offset by cost efficiencies
- Continue portfolio migration to liquids, 42% of total, 50% SEC

## 2015 Company Reserve Changes
### Drilling Program:   +289 MOEB
- Permian                +299 MOEB
- Marcellus/Utica        -110 MOEB
- Others                 +100 MOEB

### Economic & Technical Revisions: -128 MOEB
- Lower Henry Hub pricing -111 MOEB

### Acquisitions/Sales:   +221 MOEB
- Endeavor Permian +215 MOEB

## 2015 SEC Reserves
- Henry Hub 40% & WTI 45% lower than 2014 SEC pricing
- -345 MOEB PD reduction for uneconomic production
- -462 MOEB PUD reduction in gas plays, particularly Appalachia & Fayetteville
- 257 MOEB liquid PUD adds for reallocation of gas CAPEX
- SEC reserves decline from 4.7 to 4.4 GOEB

ExxonMobil

PROPRIETARY

6

**App. 567**

CONFIDENTIAL

EMC_RAMIREZ 000012308

- Moving to **Economic & Technical Revisions**, proved developed gas reserves are revised lower by 128 MOEB primarily due to early economic end of life for gas wells driven by lower plan on plan Henry Hub prices (~$1/MBTU, 5.20 to 4.00 $2015 bais (not driven by near-term pricing)).

- Finally, a 221 MOEB add is included for acquisitions and trades driven by Endeavor Permian commercial activity. This takes proved XTO reserves to 4.9 GOEB on a Company basis.

- Moving now to the SEC reserves Chart on the bottom, taking the 2nd bar or YE 2015 Company Reserves as the starting point….

- Henry Hub SEC pricing is 40% lower ($4.35 to $2.59) and WTI SEC pricing is 45% lower (Brent $101 to $54) than 2014 SEC pricing. And this has three impacts on reserves:

- First, **proved developed** reserves are reduced 345 MOEB due to uneconomic production…..the acceleration of end of economic life for wells.

- Second, some gas plays, particularly Appalachia and Fayetteville, become uneconomic to develop , resulting in a 462 MOEB reduction in **gas proved undeveloped**. (this change is exacerbated by the low gas net backs due to high transportation cost, Appalachia $1.35 and Fayetteville $0.85 cost, because those costs must be carried forward)

**App. 568**

CONFIDENTIAL

EMC_RAMIREZ 000012309

# XTO 2015 Proved Reserves



*XTO Company Reserves*



*XTO 2015 SEC Reserves*

## Summary

- 382 MOEB adds, reserves grow 3% to 4.9 GOEB, 4.4 SEC
- Increased PUD basis to 5 year drilling outlook, lower CAPEX partially offset by cost efficiencies
- Continue portfolio migration to liquids, 42% of total, 50% SEC

## 2015 Company Reserve Changes

### *Drilling Program:   +289 MOEB*

- Permian                    +299 MOEB
- Marcellus/Utica        -110 MOEB
- Others                       +100 MOEB

### *Economic & Technical Revisions:  -128 MOEB*

- Lower Henry Hub pricing -111 MOEB

### *Acquisitions/Sales:   +221 MOEB*

- Endeavor Permian +215 MOEB

## 2015 SEC Reserves

- Henry Hub 40% & WTI 45% lower than 2014 SEC pricing
- -345 MOEB PD reduction for uneconomic production
- -462 MOEB PUD reduction in gas plays, particularly Appalachia & Fayetteville
- 257 MOEB liquid PUD adds for reallocation of gas CAPEX
- SEC reserves decline from 4.7 to 4.4 GOEB

**Ex⟨onMobil**

PROPRIETARY

6

**App. 569**

CONFIDENTIAL

EMC_RAMIREZ 000012310

- Third, the reduced gas development activity is offset by re-allocating all of the CAPEX that would have gone to uneconomic gas development to economic liquids plays during the 5 year window, adding 257 MOEB to **liquids proved undeveloped**.

- As a result, 2015 SEC reserves decrease 550 MOEB from the 2015 Company reserves, which is about 300 MOEB lower than 2014 SEC reserves, or 4.4 MOEB.

CONFIDENTIAL

**App. 570**

EMC_RAMIREZ 000012311

# Kearl 2015 Proved Reserves





**Kearl Proved Reserve Changes**



**15CP Unit Lifting Cost**
**Cash Opex + Sustaining Capex - CAF**

## 2015 Outlook

- 166 MBO for performance based RF increase 74% - 77%
- 187 MBO for SEC price lower royalty 7% to 2%

## 2016+ Plan

- Increase recovery to ML 80%
- Addition of TV:BIP 12 to 14 opportunities

## 2015 SEC Net Cash Flow Test

1. **2015 Annual Average**
   - Annual price and unit costs
   - Price ~$2/bbl > costs

2. **2015 2H – K1/K2 Operating**
   - Annual price and 2H15 unit costs
   - Price ~$7/bbl > costs

3. **2018 Future Stable K1/K2 Ops**
   - 2015 price and long-term unit costs
   - Price ~$3/bbl > costs

**Ex**x**onMobil**

PROPRIETARY

7

**App. 571**

CONFIDENTIAL

EMC_RAMIREZ 000012312

## Slide 7 – Kearl

- Regarding Kearl, I'll discuss the proposed revision for 2015 and then talk about where Kearl stands versus the SEC net cash flow test.

- The Bar Chart on the upper left shows the historical and planned Kearl Reserves additions. The Blue bars are on the Company basis and the red box at 2015 is the SEC pricing revision.

- Based on 2015 demonstrated performance we propose adding 166 million barrels related to increasing the recovery factor from 74% to 77% (prior year performance was <74%, funding basis was 80%, change driven by getting up learning curve post start-up). This is consistent with the 2014 Company Plan.

- At the SEC pricing basis, the royalty reduces to 2% from 7% (over the full producing life; 2014 & 2015 CP 11%), which results in an additional 187 million barrels on the SEC basis (1% - 9% b/f payout; 25 to 40% after payout over range $55 to $120 WTI)

- With these adds, Kearl SEC reserves increase to 3.6 billion barrels.

- The hashed bars 2016+ represent future potential reserve adds associated with achieving the most likely recovery factor of 80% (2016 & 2018) and addition of lower ore quality opportunities (2016 to 2018; TV:BIP12 to 14 or total volume to bitumen in place)

App. 572

CONFIDENTIAL                EMC_RAMIREZ 000012313

# Kearl 2015 Proved Reserves





## 2015 Outlook

- 166 MBO for performance based RF increase 74% - 77%
- 187 MBO for SEC price lower royalty 7% to 2%

## 2016+ Plan

- Increase recovery to ML 80%
- Addition of TV:BIP 12 to 14 opportunities

## 2015 SEC Net Cash Flow Test

1. **2015 Annual Average**
   - Annual price and unit costs
   - Price ~$2/bbl > costs

2. **2015 2H – K1/K2 Operating**
   - Annual price and 2H15 unit costs
   - Price ~$7/bbl > costs

3. **2018 Future Stable K1/K2 Ops**
   - 2015 price and long-term unit costs
   - Price ~$3/bbl > costs

E**x**onMobil

PROPRIETARY

7

**App. 573**

CONFIDENTIAL

EMC_RAMIREZ 000012314

- The chart on the bottom left shows 2015 CP unit lifting cost, defined as cash opex plus sustaining capex less CAF (our interpretation of SEC operating cost), compared to the 2015 Kearl SEC price for bitumen of $28.7/bbl shown by the dashed line. The actual average for 2015 was $26.5/bbl, more than $2 less than SEC price. More encouraging is the dashed blue line which shows the average unit lifting cost for just the 2nd half of 2015, after the expansion project was online….at $21.3/bbl or a gap of more than $7/bbl vs SEC. Then you can see the unit cost forecast increases with sustaining Capex, but stays below the SEC price.

- So, Kearl clearly meets the net cash flow test required by SEC.

- Obviously, 2016 will be a challenge. Kearl netback price was $13.29 on January 1st 2016

- Now we'll talk more about SEC price impact on the next page

**App. 574**

CONFIDENTIAL                                                      EMC_RAMIREZ 000012315

# 2015 SEC Price Impact



## SEC Price 2015 vs 2014

- -264 **MOEB** total SEC price impact

## Analysis

- SEC pricing based on 12 month average

- Brent – 46% lower ($54 vs $101)
  - ➢ Increased PSC entitlements, **+265 MOEB**
  - ➢ Shorter economic EOFL, **-413 MOEB**

- Bitumen – 55% lower ($29 vs $64)
  - ➢ Lower Canadian royalty rate, **+365 MOEB**

- Henry Hub – 40% lower ($2.59 vs $4.35)
  - ➢ Shortens XTO economic EOFL and Appalachian PUDs uneconomic, **-481 MOEB**

**ExxonMobil**

PROPRIETARY

8

**App. 575**

CONFIDENTIAL

EMC_RAMIREZ 000012316

**Slide 8 – 2014 SEC Price Impact.**

- As mentioned earlier the net effect of price impacts reduces Company reserves by 264 million barrels.

- As you know, SEC pricing is based on the average of the first day of each calendar month for the year. The chart shows historical SEC pricing since 2009 on a single BTU equivalent chart. The left axis is liquids. The right axis is gas. Green is the Brent marker. Blue is Kearl bitumen (Cold is slightly higher). And red is Henry Hub.  You can see the significant drop in SEC price from 2014 to 2015 for all three markers. (2009 was the first year the new basis was used instead of the last day of the year)

- The Brent SEC price for 2015 is $54, down 46% from 2014 which was $101/bbl. This has two offsetting impacts on liquids reserves. PSC entitlements increase reserves by 265 million barrels (driven by Tengiz +80, Qatar AKG +37, Angola +28, Malaysia +21, Indonesia +12, Nigeria deepwater +10). The is more than offset by shorter economic end of field life impacts which reduce reserves by 413 million barrels (Prudhoe Bay - 220, Aera -47, SYU -36, Nigeria JV -22, Hebron -20).

**App. 576**

CONFIDENTIAL                                                                                   EMC_RAMIREZ 000012317

# 2015 SEC Price Impact



## SEC Price 2015 vs 2014

- -264 **MOEB** total SEC price impact

## Analysis

- SEC pricing based on 12 month average

- Brent – 46% lower ($54 vs $101)
    - Increased PSC entitlements, **+265 MOEB**
    - Shorter economic EOFL, **-413 MOEB**

- Bitumen – 55% lower ($29 vs $64)
    - Lower Canadian royalty rate, **+365 MOEB**

- Henry Hub – 40% lower ($2.59 vs $4.35)
    - Shortens XTO economic EOFL and Appalachian PUDs uneconomic, **-481 MOEB**

ExxonMobil

PROPRIETARY

8

CONFIDENTIAL

EMC_RAMIREZ 000012318

App. 577

- Bitumen price is down 55% from $64/bbl in 2014 to $29/bbl. Because 2015 production met SEC net cash flow test, there are no end of field life impacts.  In fact, proved reserves actually increase 365 million barrels due to Canadian Royalty rates (Kearl (187) 7% to 2%, Cold Lake (98) 22% to 10%, Syncrude (81) 14% to 2%)

- Henry Hub declined 40% to $2.59/MBTU which reduces reserves by 481 million equivalent barrels due to shorter XTO economic well lives and reduced economic viable of Appalachian development as previously discussed (Henry Hub is used as a proxy for XTO SEC. WTI reduction included as well.)

- Next we have two charts that provide a historical perspective on our proved reserves additions.

**App. 578**

CONFIDENTIAL                                                                                    EMC_RAMIREZ 000012319

# Liquid & Gas Proved Reserve Additions



## SEC Liquids - MB



| | '11 | '12 | '13 | '14 | '15 |
|---|---|---|---|---|---|
| Pvd R/P | 14.5 | 16.0 | 16.5 | 17.9 | 17.3 |
| Liq. % Total | 49 | 51 | 53 | 54 | 59 |

## SEC Gas - TCF



| | '11 | '12 | '13 | '14 | '15 |
|---|---|---|---|---|---|
| | 14.9 | 15.4 | 15.6 | 15.9 | 14.6 |

| Replacement Ratio - % | | | |
|---|---|---|---|
| | Liquids | Gas | Total |
| 2015 | 219 | (121) | 67 |
| 5-Year | 175 | 19 | 99 |
| 10-Year | 141 | 84 | 115 |

ExxonMobil

PROPRIETARY

9

CONFIDENTIAL

**App. 579**

EMC_RAMIREZ 000012320

## Slide 9 – Liquid and Gas Proved Reserve Additions

- First looking at the liquid and gas revisions. The chart shows historical and 2015 proposed adds with the bars, overlaid with the actual production indicated with the solid lines.

- Liquids adds in 2015 are about 1.9 billion barrels driven by the UZ add on top, Kearl performance, then XTO drilling program, and finally with the "other" in solid at the bottom (driven by Cold Lake and Syncrude increased Royalty +~200). With these adds we replaced 219% of our liquids production as noted in the table at the bottom.

- The liquids Reserves to Production ratio declined slightly to 17.3 years (declined because relative production increase was higher than relative reserves increase on 25 GOEB) and liquids now total 59% (highest since the merger) of the total reserves (2014 R/P was up dissproportionately as we left Adco..high production but no reserves on the books).

- Moving to gas, XTO dominates the changes as discussed earlier due shorter well economic life and uneconomic undeveloped reserves. Proved gas reserves declined about 840 MOEB (5 TCF), resulting in a replacement ratio of negative 123% of the production. Gas R;P declines to <15 years.

- In the table at the bottom, you can see that the overall replacement ratio is 67%. The 5 year average is 99% and the 10 year average is 115%.

- Turning to slide 10, we will look at the Proved Developed and Undeveloped history. **[TURN]**

**App. 580**

CONFIDENTIAL                                                                    EMC_RAMIREZ 000012321

# Proved Developed & Undeveloped Reserves



**SEC Proved Developed and Undeveloped**

| | | | | |
|---|---|---|---|---|
| 65% Dev | 61% Dev | 66% Dev | 65% Dev | 73% Dev |

| | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|
| YE Proved, GOEB | 24.9 | 25.2 | 25.2 | 25.3 | 24.8 |
| YE Dev, GOEB | 16.1 | 15.3 | 16.7 | 16.5 | 18.0 |

ExxonMobil

PROPRIETARY

10

CONFIDENTIAL

**App. 581**

EMC_RAMIREZ 000012322

## Slide 10 – Proved Developed and Undeveloped Reserves

- To orient you...orange bars show Proved developed reserves 2011 through 2015 and yellow shows proved undeveloped (all on an SEC Basis).

- Last year 65% of the reserves were developed and 35% undeveloped. With no adds the developed bar should drop by production indicated with the dotted line which would be the new starting point for 2015.  We then show the adds for 2015 on top in the light orange. The key migrations are Kearl with 1.7 billion start-up of the expansion project (1.4), performance, and royalty changes, Labarge with a 300 million shift from undeveloped to developed based on expected ability of existing wells and facilities to produce through EoFL of 2105, Prudhoe Bay add of 200 million associated with migrating existing fuel gas capacity from undeveloped to developed, and XTO with 200 million associated with 2015 drilling activity.

- Developed reserves increase significantly to 73%. (higher than competitors: Shell 69%, BP 56%, CVX 55%; Total 50%)

- In the yellow bar for 2015 you can see we add 698 million barrels to undeveloped reserves for future Upper Zakum drilling to maintain 750 KBD through 2041.

- That concludes looking at 2015 reserves. To round off we wanted to provide a longer term outlook on proved reserves.  **[TURN]**

**App. 582**

CONFIDENTIAL

EMC_RAMIREZ 000012323

# Proved Reserves Plan Outlook





- Plan challenged to achieve reserves replacement through 2022
- Changes from CP14 – XTO lower CAPEX, SAGD and Alaska LNG funding
- UZ & SAGD key near-term opportunities

PROPRIETARY

CONFIDENTIAL

**App. 583**

EMC_RAMIREZ 000012324

**Slide 11 – Proved Reserves Plan Outlook**

- This page gives you a view of the reserve adds, represented by the bars, in the 2015 Company Plan versus annual production, shown by the blue line. The plan achieves full reserve replacement in 2016 and 2017, but falls short 2018 through 2021.

- You can see that XTO (green), Kearl (Yellow), and Upper Zakum (beige) continue to be big reserve add drivers in the coming years. High confidence reserves associated with Upper Zakum 1 MBD and 10 year extension are added in 2016 (873 MOEB). , with smaller adds subsequent years as confidence increases. In 2017, there is a large add planned for SAGD associated with Aspen funding (blue).

- Scarborough and Gorgon Expansion fundings add reserves in 2019-2020 as shown in light green.

- The triangles indicate the reserves adds planned in the 2014 Company plan, red is the total and green is what was planned for just XTO. The slower pace of XTO unconventional development is the largest driver reducing reserve adds compared to the 2014 Company Plan (XTO drilling $12G lower 2016 – 2021). Timing changes for SAGD funding and LNG projects also impact reserve adds versus last year's plan. (2014 had two 45 KBD SAGD projects in 2016 & 2018 and a Cold Lake expansion in 2019 vs one large long time horizon project in 2015; Alaska LNG which funded in 2019 is replaced by Scarborough and Gorgon Expansion in 2019/20 but have less overall resource)

- 2016-2020 Upstream Capex is $40G lower than 2015 CP

- That concludes the Proved reserves section. For reference, the back up includes the 2015 10-K Proved Reserves Change table, Historical Liquids/Gas Replacement charts, and the 2014 and 2014 Company Plan prices bases. END

**App. 584**

CONFIDENTIAL                                                    EMC_RAMIREZ 000012325



# Back-up

PROPRIETARY

ExxonMobil

12

**App. 585**

CONFIDENTIAL

EMC_RAMIREZ 000012326

# 2015 Proved Reserves Changes - SEC Basis



|  | ExxonMobil 2015 EMNI | | | | | | |
| Category | C&C MB | Ngl MB | Nat Gas GCF | Total MOEB | 2014 MOEB | 2013 MOEB | 5-Yr Avg MOEB |
|---|---|---|---|---|---|---|---|
| *Prior Year-end Reserves - SEC Basis* | *12,171* | *1,541* | *69,338* | *25,269* | *25,216* | *25,164* | *25,077* |
| Prior Year-end Reserves - Company Basis | 12,148 | 1,555 | 69,829 | 25,341 | 25,224 | 25,113 | 25,200 |
| | | | | | | | |
| Additions: Company Basis | 1,305 | 109 | (722) | 1,294 | 1,612 | 1,681 | 1,598 |
| | | | | | | | |
| Production | 762 | 91 | 4,125 | 1,540 | (1,494) | (1,571) | (1,580) |
| | | | | | | | |
| Current Year-end Reserves - Company Basis | 12,691 | 1,574 | 64,982 | 25,095 | 25,341 | 25,224 | 25,218 |
| Current Year Replacement % - Company Basis | 171% | 120% | -18% | 84% | 108% | 107% | 101% |
| | | | | | | | |
| Additions: SEC Basis | | | | | | | |
| - *Revisions 10-K* | 567 | (91) | (6,382) | (588) | 1,005 | 757 | 360 |
| - Purchases | 165 | 46 | 214 | 247 | 64 | 173 | 168 |
| - Sales | (13) | (1) | (159) | (40) | (115) | (45) | (98) |
| - Improved Recovery | 2 | 0 | 0 | 2 | 0 | 0 | 5 |
| - Extensions/Discoveries | 1,087 | 101 | 1,323 | 1,409 | 594 | 739 | 1,134 |
| **Additions: SEC Basis** | **1,809** | **56** | **(5,003)** | **1,030** | 1,548 | 1,622 | 1,570 |
| | | | | | | | |
| *Current Year-end Reserves - SEC Basis* | *13,218* | *1,507* | *60,209* | *24,759* | *25,269* | *25,216* | *25,067* |
| *Current Year Replacement % - SEC Basis* | *237%* | *61%* | *-121%* | *67%* | *104%* | *103%* | *99%* |

**ExxonMobil**

PROPRIETARY

13

**App. 586**

CONFIDENTIAL

EMC_RAMIREZ 000012327

# Historical Liquids/Gas Replacement





**SEC Liquids - MB**

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liq Rem% | 52.0% | 52.5% | 54.4% | 55.6% | 56.7% | 56.9% | 57.6% | 58.5% | 53.7% | 50.2% | 50.7% | 49.3% | 52.2% | 50.7% | 47.1% | 49.0% | 50.9% | 52.5% | 54.3% | 59.5% |
| Liq R/P | 11.7 | 11.8 | 12.7 | 13.0 | 13.1 | 13.4 | 14.0 | 14.1 | 12.5 | 12.2 | 11.9 | 11.6 | 13.7 | 13.4 | 13.2 | 14.5 | 16.0 | 16.5 | 17.9 | 17.3 |



**SEC Gas - GCF**

| | 1996 | 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gas REM % | 48.0% | 47.5% | 45.6% | 44.4% | 43.3% | 43.1% | 42.4% | 41.5% | 46.3% | 49.8% | 49.3% | 50.7% | 47.8% | 49.3% | 52.9% | 51.0% | 49.1% | 47.5% | 45.7% | 40.5% |
| Gas R/P | 13.6 | 13.9 | 14.1 | 13.7 | 13.4 | 13.5 | 13.2 | 13.5 | 15.3 | 17.9 | 18.1 | 18.2 | 18.1 | 18.4 | 16.6 | 14.9 | 15.4 | 15.6 | 15.9 | 14.6 |

ExxonMobil

PROPRIETARY

14

CONFIDENTIAL

**App. 587**

EMC_RAMIREZ 000012328

# Price Basis





**App. 588**

CONFIDENTIAL    EMC_RAMIREZ 000012329

PROPRIETARY

# Exhibit 35

Message

---

**From:**          Prestipino, Vincent L [/o=ExxonMobil/ou=Exchange Administrative Group
                   (FYDIBOHF23SPDLT)/cn=Recipients/cn=vincent.l.prestipino1]
**on behalf of**   Prestipino, Vincent L [/o=exxonmobil/ou=exchange administrative group
                   (fydibohf23spdlt)/cn=recipients/cn=vincent.l.prestipino1]
**Sent:**          10/21/2015 10:21:55 PM
**To:**            Horne, Joseph M [joseph.m.horne@exxonmobil.com]
**Subject:**       FW: kearl Meeting with RWT
**Attachments:**   Kearl 2015 SEC Reserves Oct 16 FRM - Final (BEC Notes).pdf


Joe: fyi, highlights from the Kearl reserves review with the Contact Executives below.  Review with RWT is scheduled for Oct. 26.  Let me know if you have any questions

**Vincent L. Prestipino**
Americas - Upstream Controller

**Exxon Mobil Corporation**
22777 Springwoods Village Parkway
N3.5B.551
Spring, Texas 77389


1-832-624-7448 Office
1-703-304-7476 Mobile / Cell

---

**From:** Norwood, David L
**Sent:** Wednesday, October 21, 2015 4:28 PM
**To:** Prestipino, Vincent L
**Subject:** FW: kearl Meeting with RWT


fyi

---

**From:** Casteel, Beth E
**Sent:** Friday, October 16, 2015 3:20 PM
**To:** Rosenthal, David S
**Cc:** Littleton, Stephen A
**Subject:** FW: kearl Meeting with RWT


Hi David, Completed the Kearl SEC reserves review today with the CE's (see attached deck).  Spoke with APS beforehand and observed that the Reserves group may need to add a bit more info to the deck for the 26th review (30 mins, likely prior to lunch).  He plans to reflect on it over the weekend and provide additional guidance on content along with attendees.  FYI ... after the review, he commented that he wasn't sure Andy Madden was needed ... I reminded him that I had understood that was one of RWT's specific requests ...

Most of the discussion focused on operating costs, both the inclusion of sustaining capex and exclusion of CAF.  The SEC definition is quite broad (not specifically tied to SMOG) and EM has a long history of:
- including recurring capex as it is needed to maintain operations and
- excluding CAF on the basis that it generally is in support of a broader group of assets

In IOL's case, we actually do have an estimate of the more direct portion of CAF and it is about $1 or the $3/B unit CAF cost.  You'll see from the analysis that if we were compelled to make a change to our long standing process to specifically include CAF, there is sufficient headroom to do.

**App. 589**

CONFIDENTIAL                                                                              EMC_RAMIREZ 000030836

Lastly, you'll see a reference to Total's plans to reclassify proved reserves to probable for the Kaombo project in Angola on the basis that money forward cash flows are negative. This is driven by the large remaining capex spend (project funded last year, we added 36 MBOE PUDs). We are taking a different approach and looking at future cash flows recognizing that much of the remaining capex is already "committed" via cancellation penalties and thus more analogous to sunk costs. We believe Total's plan is driven in part to support their commercial negotiations for improved fiscal terms and that they expect to add the proved reserves back in 2016 once the capex has been spent and money forward cash flow is positive.

Happy to discuss, b

---

**From:** Strawbridge, William N
**Sent:** Friday, October 16, 2015 1:28 PM
**To:** Hamid, Taher N
**Cc:** Casteel, Beth E
**Subject:** RE: kearl Meeting with RWT

Thanks Ty, I stand by ready

Bill Strawbridge
Global Reserves Manager
22777 Springwood Village Parkway
Spring, TX 77389
N1.4A.528
832-624-6966
281-415-6445 (cell)
William.n.strawbridge@exxonmobil.com
MySite



---

**From:** Hamid, Taher N
**Sent:** Friday, October 16, 2015 1:10 PM
**To:** Strawbridge, William N
**Subject:** kearl Meeting with RWT

Bill,
FYI....i've asked for 30 minutes before lunch on Oct. 26....Andy will work the attendees next week. Just giving you a heads to have the morning of the 26th open in case they want you to be there. thanks

Taher Hamid
Senior Upstream Advisor
Exxon Mobil Corporation
5959 Las Colinas Blvd., Irving, Texas 75039-2298
O: (972) 444-1983; C: (832) 526-8419; F: (972) 444-1989

**App. 590**

CONFIDENTIAL

EMC_RAMIREZ 000030837

# Exhibit 36

| From: | Strawbridge, William N [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WILLIAM.N.STRAWBRIDGE] |
|---|---|
| Sent: | 10/21/2015 11:03:37 PM |
| To: | Casteel, Beth E [beth.e.casteel@exxonmobil.com] |
| Subject: | RE: PROP:RE: Kearl Reserves - Pricing Basis |

Beth, saw you just called. I'm in the office if you want to talk tonight or we can connect tomorrow.

I just finished talking to R&S and have a more complete understanding of their Kearl pricing process, particularly as it relates to US sales. As you noted, US sales are excluded from the process, only Edmonton 3P sales are used. Historically the US sales have been a small percent of Kearl sales, but with the ramp-up of KEP production and the start of the rail loading, this share of sales has grown and could grow into 2016. R&S are going to study the potential impact to SEC pricing by including these US sales and we are meeting again later this year to see if we need to modify the process for 2016 forward.

Here is initial pass at simplified cost chart with table that Andy requested. I still have some work to clean-up the table a bit, but overall numbers look good. Comments welcome





Bill Strawbridge
Global Reserves Manager
22777 Springwood Village Parkway
Spring, TX 77389
N1.4A.528
832-624-6966
281-415-6445 (cell)
William.n.strawbridge@exxonmobil.com
MySite

**App. 591**

CONFIDENTIAL

EMC_RAMIREZ 000030844



**From:** Casteel, Beth E
**Sent:** Wednesday, October 21, 2015 12:34 PM
**To:** Strawbridge, William N
**Subject:** RE: PROP:RE: Kearl Reserves - Pricing Basis

Hazards of visiting Irving …. Ran into Andy this morning.  He's trying to work out in his head how R&S determines the netback, particularly for a single day ugh … getting the chart clear on what's happening but simple is going to be the trick.  Will give you a shout on my next break.  PS I'm staying off the 3rd floor !!

**From:** Strawbridge, William N
**Sent:** Wednesday, October 21, 2015 8:51 AM
**To:** Casteel, Beth E
**Subject:** PROP:RE: Kearl Reserves - Pricing Basis

Beth, comments below

Bill Strawbridge
Global Reserves Manager
22777 Springwood Village Parkway
Spring, TX 77389
N1.4A.528
832-624-6966
281-415-6445 (cell)
William.n.strawbridge@exxonmobil.com
MySite



**From:** Casteel, Beth E
**Sent:** Wednesday, October 21, 2015 7:44 AM
**To:** Strawbridge, William N
**Subject:** Kearl Reserves - Pricing Basis

Hi Bill, Been thinking about our conversation yesterday … see if I have this right:

- SEC rules call for valuing reserves at the plant gate, i.e. any profit or loss downstream of the gate excluded from the positive cash flow test

True – SEC prescriptive on this "The value of the product that generate revenue shall be determined as the terminal point of oil & gas producing activities.  The oil & gas production function shall be regarded as ending at a "terminal point", which is the outlet valve on the lease or field storage tank."

**App. 592**

CONFIDENTIAL

EMC_RAMIREZ 000030845

- Kearl netback price is determined by R&S and is based on U/S sales to R&S (incl to refineries in Canada, Midwest, Gulf Coast) less deducts for transportation, diluent and quality differentials

For 1st on month price determination, R&S assess all the contracts for Kearl in the preceding month that are in effect for the following month (for Nov 1, October contracts for November sales) to establish a market/quality differential from WTI. These contracts are for custody transfer at Edmonton or Hardisty. These contracts are for dilbit and a diluent differential is also calculated by R&S to establish a bitumen price. The diluent differential is the cost of blending diluent with bitumen to make it transportable and includes such factors as diluent cost, amount (less in summer, more in winter), operating costs, etc. The final step is to take these Edmonton (or Hardisty) price and adjust back to Fort McMurray (Kearl terminal point) via a transportation differential. The 3 differentials from WTI supplied by R&S are transportation to Edmonton, diluent cost, and dilbit quality/market

- SEC likes to see realizations expressed in terms of recognized markers

True – for liquids, Brent and WTI are the generally quoted markers. For all of our SEC analysis, we document the basis for prices used vs these markers.

- To-date described the Kearl realization in terms of WTI-Edmonton (liquid market, basis for Canadian sales which historically represented majority of Kearl sales); transportation and quality differentials for U.S. sales not depicted on the chart

Correct, historical practice has been to describe Kearl realization in terms of Edmonton (or Hardisty) contracts. I am meeting with R&S today to discuss how US sales have been/will be handled for SEC price determination. I'll let you know what I find out and if there is any issue with US sales

It is important to remember that this WTI-bitumen differential process was developed several decades back for Cold Lake (and similar for Syncrude), and has been used for Kearl pricing since 2008.

Any thoughts on how best to portray in the package ? Rosenthal agreed to be a guinea pig when we had something to look at before we share further with APS. Thanks, b

I was planning to use the existing package and just describe each of the differentials as above, but if we need to proactively address the US sales issue we could develop a back-up chart, although I'm not quite sure I fully understand how the US sales will be addressed in the future. I'll explore this further with R&S today

**App. 593**

CONFIDENTIAL                                                                                                    EMC_RAMIREZ 000030846

# Exhibit 37

ExxonMobil

# Kearl Proved Reserves

## 2015 SEC Outlook

October 26, 2015

Energy lives here™



PROPRIETARY

App. 594



# SEC Proved Reserves Reporting Conditions

## SEC Proved Reserves

"Those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be *economically producible* - from a given date forward, from known reservoirs, and *under existing economic conditions*, operating methods, and government regulations."

## Economically Producible

"A resource which generates revenue that exceeds, or is reasonably expected to exceed, the *costs of the operation*.  The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities."

## Existing Economic Conditions

"*Product prices*, operating costs, production methods, recovery techniques, transportation and marketing arrangements, ownership and/or entitlement terms and regulatory requirements that are extant on the effective date of the estimate. An anticipated change in conditions must have reasonable certainty of occurrence…"

## Product Prices

"The average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalation based upon future conditions."

## Costs of the Operation

Not defined by the SEC, but excludes depreciation, so assessed to represent Direct Cash Operating Costs



PROPRIETARY

**App. 595**

# SEC Reserves and Pricing Impact









Note: YTD (Jan – Oct)

## Background

- SEC reserve adjustments taken to Company Reserves at YE

- SEC pricing adjustments usually related to economic end-of-field life or entitlement changes

- 2004 Cold Lake reclassified ~500 MBO due to low YE bitumen prices ($8/bbl) and high fuel gas price ($7.5/kcf)

## 2015 Outlook

- Overall balanced impact across Upstream

- Positive impact
  - + 250 MOEB lower Canadian royalty
  - + 75 MOEB PSC entitlement increase

- Negative impact:
  - − 210 MOEB XTO EOFL reductions
  - − 90 MOEB tax/royalty EOFL reduction

- Properties challenged to demonstrate positive cash flow
  - + AB32 Kaombo (36 MOEB) – Total planning to reclassify
  - + Kearl – 3.3 GBO

PROPRIETARY



**App. 596**

# Kearl 2015 SEC Pricing


Global Reserves
Collaboration · Consistency · Co...



2015 Kearl Bitumen Pricing chart

## Pricing Basis

- SEC pricing process for Kearl modeled after Cold Lake

- WTI marker price

- Quality/Market differential from 3P Edmonton trades for Kearl Blend

- Diluent cost to convert Kearl Blend to Bitumen

- Transportation costs from Edmonton to Fort McMurray

## 2015

- YTD $30.4/bbl, range $17 - $46

- Oct 1 $23.3/bbl

- AAO $29.2 – WTI futures, Oct differentials held flat

**ExxonMobil**

PROPRIETARY

**App. 597**





15CP Unit Lifting Cost
Cash Opex + Sustaining Capex - CAF

| Unit Lifting Costs ($US/bbl 2015$) | | | | |
|---|---|---|---|---|
| | 2015 | 2016 | 2017 | 2018 |
| Total Costs | 28.5 | 22.3 | 24.6 | 25.5 |
| Sustain Capex | 5.8 | 3.6 | 3.2 | 4.5 |
| Cash Opex | 22.7 | 18.7 | 21.4 | 21.0 |
| O&M | 14.1 | 12.1 | 14.5 | 13.6 |
| Energy/L&I/Taxes | 8.6 | 6.5 | 6.8 | 7.4 |
| *Memo: Direct CAF* | *1.6* | *1.3* | *1.2* | *1.2* |

## SEC Positive Cash Flow Test

- Proved Reserves = Revenues > Costs
- Costs are direct cash operating costs + sustaining CAPEX, excluding CAF

### 1. 2015 Annual Average

- Annual price and unit costs
- Historical approach
- Outlook - price ~$1/bbl > costs

### 2. 2015 2H – K1/K2 Operating

- Annual price and 2H15 unit costs
- Initial data of long-term ops.
- Outlook - price ~$6/bbl > costs

### 3. 2018 Future Stable K1/K2 Ops

- 2015 price and 2018 unit costs
- Representative of long-term ops.
- Outlook – price ~$4/bbl > costs

**ExxonMobil**

PROPRIETARY

**App. 598**



# Backup



**App. 599**

# Kearl SEC Bitumen Pricing Process



## Kearl Bitumen SEC Pricing Process
## Oct 2015 Example (US $/BBL)

| WTI Marker | Differentials | | | Bitumen |
|---|---|---|---|---|
| | **Market/Quality** | **Diluent** | **Transportation** | |
| **44.74** | **-15.42** | **-4.76** | **-1.27** | **23.29** |
| • Oct 1 Nymex Actual Price | • Third Party Contracts at Edmonton Market <br> – Excludes Inter-Company Sales <br> – Excludes US Sales <br><br> • Volume Weighted Sept Trades for Oct Delivery <br><br> • Contracts Define Kearl Blend - WTI Differential <br><br> • Consistent with Cold Lake SEC Pricing Process | • Costs to Create Kearl Blend From Bitumen | • Cost to Ship Kearl Blend from Fort McMurry to Edmonton Market | • SEC Oct 1 Price |

**ExxonMobil**

PROPRIETARY

**App. 600**

# Kearl Value Chain – Bitumen Sales Options



```
                          Kearl

        Canada                              US

Edmonton                         Edmonton
 • Contract market point          • Inter-company sale (EMOC)
 • WTI marker price               • WTI marker price
 • Differential - WCS             • Differential - WCS

Third Party      Inter-Company   US Sales
 • SEC Price      • Excluded from  • EMOC to EM D/S on 3P sales
   basis            SEC Price      • WTI marker price
                   basis          • Differential - Negotiated
                                  • Excluded from SEC Price
```

PROPRIETARY

**App. 601**

# Exhibit 38

**CONFIRMATION:**     10/21/15; 10/23/15

**Monday, October 26, 2015**

**1:30 – 2:00 p.m.**

Room 8

| **REVIEW** | **ATTENDEES** |
|---|---|
| **Kearl Reserves Update** | Rex Tillerson |
| | Andy Swiger |
| | Mark Albers |
| | Jack Williams |
| | Andy Madden |
| | David Rosenthal |
| | Ben Soraci |
| | Bill Strawbridge (Presenter) |
| | Hugh Thompson |
| | Tom Walters |

**Meeting materials to be distributed at the meeting.**

**CONTACT:**  Kathi Burner, 972-444-1963, Assistant to Andy Swiger

**App. 602**

HIGHLY CONFIDENTIAL     EMC_RAMIREZ 000031083

# Exhibit 39

Message

| | |
|---|---|
| **From:** | Taylor, Namisa A [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=NAMISA.A.TAYLOR] |
| **Sent:** | 1/18/2016 5:30:04 PM |
| **To:** | Lawrence, Beth <BETH.LAWRENCE@jpmorgan.com> (BETH.LAWRENCE@jpmorgan.com) [BETH.LAWRENCE@jpmorgan.com]; Lalani, Alykhan Z (alykhan.z.lalani@jpmorgan.com) [alykhan.z.lalani@jpmorgan.com] |
| **CC:** | Nesselrotte, Ean [ean.nesselrotte@exxonmobil.com] |
| **Subject:** | Confidentiality Agreement |
| **Attachments:** | JPM_Confidentiality_Agreement.doc |

Beth/Alykhan,

Attached please find a copy of a confidentiality agreement to facilitate discussions on a potential transaction.

Please let me know if you have any proposed changes to the attached. We will plan to have Bob sign and send back to you for your signature; we can schedule a short call after to discuss the upcoming transaction.


Regards,


Namisa A. Taylor

Manager, Planning & Financial Markets

ExxonMobil Corporation

Irving, TX 75039

Office: 972-444-1510

BB: 703-639-7379


**App. 603**

CONFIDENTIAL                                                 EMC_RAMIREZ 000034078

# Exhibit 40

Message

---

| | |
|---|---|
| **From:** | White, Kristen E [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=KRISTEN.E.WHITE] |
| **Sent:** | 3/1/2016 12:06:15 AM |
| **To:** | Lyons, Daniel E [daniel.e.lyons@exxonmobil.com]; Casteel, Beth E [beth.e.casteel@exxonmobil.com]; Fox, Len M [len.m.fox@exxonmobil.com]; Chapman, Neil A [neil.a.chapman@exxonmobil.com]; Cleveland, Randy J [randy.j.cleveland@xtoenergy.com]; Corson, Brad W [brad.w.corson@exxonmobil.com]; Duffin, Neil W [neil.w.duffin@exxonmobil.com]; Franklin, Rob S [rob.s.franklin@exxonmobil.com]; Greenlee, Stephen M [stephen.m.greenlee@exxonmobil.com]; Kelly, Alan J [alan.j.kelly@exxonmobil.com]; Milton, Bryan W [bryan.w.milton@exxonmobil.com]; Ortwein, Sara N [sara.n.ortwein@exxonmobil.com]; Walters, Thomas R [thomas.r.walters@exxonmobil.com]; Wascom, Jerry [jerry.wascom@exxonmobil.com]; Wojnar, Theodore J [theodore.j.wojnar@exxonmobil.com]; Balagia, Jack [jack.balagia@exxonmobil.com]; Colton, William M [william.m.colton@exxonmobil.com]; Farrant, Malcolm A [malcolm.farrant@exxonmobil.com]; Lachenmyer, Lynne M [lynne.m.lachenmyer@exxonmobil.com]; McCarron, Suzanne M [suzanne.m.mccarron@exxonmobil.com]; Rosenthal, David S [david.s.rosenthal@exxonmobil.com]; Spellings, Jaime [jaime.spellings@exxonmobil.com]; Woodbury, Jeffrey J [jeff.j.woodbury@exxonmobil.com]; Albers, Mark W Mgmtcom [mark.w.albers@exxonmobil.com]; Dolan, Michael J [michael.j.dolan@exxonmobil.com]; ONeill, Meg E [meg.e.oneill@exxonmobil.com]; Swiger, Andrew P [andrew.p.swiger@exxonmobil.com]; Tillerson, Rex W [rex.w.tillerson@exxonmobil.com]; Williams, Jack P [jack.p.williams@exxonmobil.com]; Woods, Darren W [darren.w.woods@exxonmobil.com] |
| **CC:** | Harper, Alfred Y [alfred.y.harper@exxonmobil.com]; Lynn, Jeff S [jeff.s.lynn@exxonmobil.com]; Comer, Hugh M [hugh.m.comer@exxonmobil.com]; Dollo, Daniel L [daniel.l.dollo@exxonmobil.com]; Nielsen, Bruce T [bruce.t.nielsen@exxonmobil.com]; Ryan, Geoffrey J [geoffrey.j.ryan@exxonmobil.com]; Taylor, Namisa A [namisa.a.taylor@exxonmobil.com]; Bork, Lisa K [lisa.k.bork@exxonmobil.com]; Partin, Mark Q [mark.q.partin@exxonmobil.com] |
| **Subject:** | PROP: ExxonMobil Debt Securities Offering |
| **Attachments:** | Media response post-pricing.docx |

### On behalf of R. N. Schleckser:

To:     Business Line Presidents
        Corporate Department Heads


Further to my note this morning, we successfully placed $12.0 billion in 2, 3, 5, 7, 10 and 30 year notes in the market today at attractive spreads relative to their benchmarks – as follows:

- $750M of 2yr floating rate notes at 3 month Libor + 60 bps
- $1,000M of 2yr fixed rate notes at 1.439% (65 bps above the 2yr Treasury)
- $250M of 3yr floating rate notes at 3 month Libor + 78 bps
- $1,250M of 3yr fixed rate notes at 1.708% (80 bps above the 3yr Treasury)
- $2,500M of 5yr fixed rate notes at 2.222% (100 bps above the 5yr Treasury)
- $1,250M of 7yr fixed rate notes at 2.726% (120 bps above the 7yr Treasury)
- $2,500M of 10yr fixed rate notes at 3.043% (130 bps above the 10yr Treasury)
- $2,500M of 30yr fixed rate notes at 4.114% (150 bps above the 30yr Treasury)

These spreads are the lowest for an energy issuer and reflect the strength of our balance sheet.  Please note that until a term sheet is fully distributed (likely by Tuesday morning), we will need to continue to refrain from making public comments on the placement.  To the extent you are asked about this issuance by outside contacts after today, an approved response statement is attached for your reference (or you can obviously refer them to us).  Happy to discuss any questions you might have on the deal.

– Bob

## App. 604

CONFIDENTIAL                                    EMC_RAMIREZ 000037522

**From:** Kearns, Elise A **On Behalf Of** Schleckser, Robert N
**Sent:** Monday, February 29, 2016 10:03 AM
**To:** Lyons, Daniel E <daniel.e.lyons@exxonmobil.com>; Casteel, Beth E <beth.e.casteel@exxonmobil.com>; Fox, Len M <len.m.fox@exxonmobil.com>; Chapman, Neil A <neil.a.chapman@exxonmobil.com>; Cleveland, Randy J <Randy.J.Cleveland@xtoenergy.com>; Corson, Brad W <brad.w.corson@exxonmobil.com>; Duffin, Neil W <neil.w.duffin@exxonmobil.com>; Franklin, Rob S <rob.s.franklin@exxonmobil.com>; Greenlee, Stephen M <stephen.m.greenlee@exxonmobil.com>; Kelly, Alan J <alan.j.kelly@exxonmobil.com>; Milton, Bryan W <bryan.w.milton@exxonmobil.com>; Ortwein, Sara N <sara.n.ortwein@exxonmobil.com>; Walters, Thomas R <thomas.r.walters@exxonmobil.com>; Wascom, Jerry <jerry.wascom@exxonmobil.com>; Wojnar, Theodore J <theodore.j.wojnar@exxonmobil.com>; Balagia, Jack <jack.balagia@exxonmobil.com>; Colton, William M <william.m.colton@exxonmobil.com>; Farrant, Malcolm A <malcolm.farrant@exxonmobil.com>; Lachenmyer, Lynne M <lynne.m.lachenmyer@exxonmobil.com>; McCarron, Suzanne M <suzanne.m.mccarron@exxonmobil.com>; Rosenthal, David S <david.s.rosenthal@exxonmobil.com>; Spellings, Jaime <jaime.spellings@exxonmobil.com>; Woodbury, Jeffrey J <jeff.j.woodbury@exxonmobil.com>; Albers, Mark W Mgmtcom <mark.w.albers@exxonmobil.com>; Dolan, Michael J <michael.j.dolan@exxonmobil.com>; ONeill, Meg E <meg.e.oneill@exxonmobil.com>; Swiger, Andrew P <andrew.p.swiger@exxonmobil.com>; Tillerson, Rex W <rex.w.tillerson@exxonmobil.com>; Williams, Jack P <jack.p.williams@exxonmobil.com>; Woods, Darren W <darren.w.woods@exxonmobil.com>
**Cc:** Harper, Alfred Y <alfred.y.harper@exxonmobil.com>; Lynn, Jeff S <jeff.s.lynn@exxonmobil.com>; Comer, Hugh M <hugh.m.comer@exxonmobil.com>; Dollo, Daniel L <daniel.l.dollo@exxonmobil.com>; Nielsen, Bruce T <bruce.t.nielsen@exxonmobil.com>; 'Ryan, Geoffrey J (geoffrey.j.ryan@exxonmobil.com)' <geoffrey.j.ryan@exxonmobil.com>; Taylor, Namisa A <namisa.a.taylor@exxonmobil.com>; Bork, Lisa K <lisa.k.bork@exxonmobil.com>; Partin, Mark Q <mark.q.partin@exxonmobil.com>
**Subject:** ExxonMobil Debt Securities Offering

To:       Business Line Presidents
          Corporate Department Heads


Earlier today, Treasurer's, with the support of Citibank, J.P. Morgan and Bank of America Merrill Lynch as Lead Arrangers, announced an offering of U.S. term-debt securities by Exxon Mobil Corporation.  The offering is targeting $8-12 billion of debt, comprised of a mix of floating- and fixed-rate notes across a range of maturities between 2 and 30 years.  The proceeds from the offering will be available for general corporate purposes, including the refinancing of a portion of our commercial paper program.

This offering follows the corporation's $13.5 billion in U.S. term-debt issuances in the last 2 years.  Over the course of the day, we will work with our bank advisors to efficiently price the transaction, with final closing expected three days later.

As we go to market, S&P and Moody's rating agencies have confirmed our AAA/Aaa rating for the debt securities, although we remain on Credit Watch with S&P and as of last Thursday, Moody's changed our outlook from Stable to Negative given the current energy market conditions.


*Note: Prior to pricing and completion of investor allocations of the potential debt offering, U.S. securities laws prohibit the company from making any comments about the offering. Media or investor queries about a potential debt offering or change in capital structure prior to pricing and completion of allocations should be limited to: "It's our practice to not comment on future financing plans." Treasurer's and/or Law will advise when pricing and allocations are completed.   Further details, including an approved response statement, will be distributed once the market terms of the offering have been established.  Please contact Treasurer's with any questions regarding the transaction.*

**App. 605**

CONFIDENTIAL                                                                                    EMC_RAMIREZ 000037523

Bob Schleckser

Vice President and Treasurer

ExxonMobil Corporation

972-444-1550

**App. 606**

CONFIDENTIAL

EMC_RAMIREZ 000037524

# Exhibit 41

Document Produced in Native Format

**App. 607**

CONFIDENTIAL    EMC_RAMIREZ 000041972



April, 2016

# IOL Overview
**Info for Rich Ducharme**

Proprietary

**App. 608**



App. 609

# Net Cash Gen Neutral Challenge*

| Assets – Break Even Realization | Plan Basis US$/bbl | Proven Perf. US$/bbl | Current Outlook US$/bbl |
|---|---|---|---|
| Kearl | $25 - 27 | $22 | $19 - 22** |
| Cold Lake | $13 - 15 | $13 | $10 - 12** |
| Syncrude (Synthetic Blend) | $40 - 42 | $34 | $30 - 34 |

\* NCG inclusive of Sustaining Capex and Opex
\*\* WTI vs Bitumen spread ~ $21-27

Imperial │ 2016 │ 3

**App. 610**





RMK Sept 23 Transcript:

I've commented earlier on our big three assets, Cold Lake, Syncrude, Kearl. I will talk about each of these assets in the next section and then I'll continue looking beyond that, to talk about our in situ portfolio, our gas business and then some more comments on research.

And let me start out with Cold Lake.

**App. 612**

# Cold Lake

## A world-class in situ operation
- Best-in-class operational performance

**Cyclic steam stimulation │ 100% Imperial owned │ 1st production in 1985**



**1.7B bbls**
2P reserves[1]

**170 kbd**
average production[1]

✔ Large, high quality bitumen resource

✔ Highly efficient operation

✔ Significant, long-term growth potential

[1] IMO share, before royalties

Imperial │ 2016 │ 6

RMK Sept 23 Transcript:

Cold Lake, it's hard to put it in any other way than it's a world-class asset. When you look at its performance, its potential, it's quite impressive, cyclic steam, it's 100% Imperial asset. We've been on production now for 30 years.

We have 2P reserves of 1.8 billion. We've produced a bit more than a billion so this is an asset that hasn't hit the halfway mark yet. Current production on the order of about 170,000 barrels a day.

**App. 613**



RMK Transcript:

Performance, a chart by Peters & Co. Ltd. Here's an assessment of industry reliability with Cold Lake at the top of the chart. It's where they have historically been. You don't just achieve reliability naturally. It is hard work. We take a very systematic approach. It starts with our design standardization, replication of equipment, the level of surveillance that you bring to equipment, whether that's your surface facilities or your wellbores, a very proactive long-term approach to preventative maintenance. At Cold Lake, with approaching 5,000 wellbores, your wellwork productivity when you have something go offline, you have those spare parts, how quick are you able to respond, how quick can you restore production, and last but not least, is the overall work force capabilities and training.

So, we're very proud of our experience at Cold Lake, for example, and it is what we strive to achieve in all of our assets.

Cost structure. This is work done by Mike at First Energy and it stacks up cash operating cost, Canadian dollars, 2014, Imperial's Cold Lake versus its peers. We manage our assets for the lifecycle which starts with operational integrity over that cycle. Reliability on the previous chart is a key component to your cost structure. We've invested in cogeneration capacity to further reduce energy costs, technical innovations, which I'll highlight here later on Cold Lake, and here again, the workforce discipline to manage cost proactively. These estimates, looking at company publications, we've tied back to it. And we would – they had to do a little estimating of what's in and what's out. We would say our cost structure here is

**App. 614**

a little bit lower than that, probably about that same position but to the tune of a dollar or two lower than what's shown on the chart here.

**App. 615**

# Syncrude

## A pioneer in oil sands mining

- Strategic asset with improvement potential

**Mining with upgrader │ 25% Imperial owned │ 1st production in 1978**



### 1.1B bbls
2P reserves[1]

### 67 kbd
5-year average production[1]

✔ Synthetic crude production

✔ Competitive performance

✔ Intense improvement focus

[1] IMO share, before royalties

Imperial │ 2016 │ 8

Syncrude. I commented earlier how it's a true pioneer. When you look back at Syncrude, I was there a week before last. You look at the number of firsts that Syncrude has brought. The use of hydro-transport lines, the large truck and shovel technology, Syncrude is a real innovator and has been for several decades now in oil sands mining. Of course, we have an upgrader here. We have 2P reserves, our 25% share, of more than 1 billion barrels. For the last five years or so we've averaged about 70,000 barrels a day, our share. It's a synthetic crude that gets a value, a price in the market comparable to WTI.

**App. 616**



So how's it performing? Well, competitively, but significant room for improvement. And our focus which are coming out here in a moment, on reliability and cost structure. If you look at -- this is some other work by FirstEnergy. If you look at percent of capacity over the last five years, Syncrude is in there, in kind of a second place around 80%. We believe that with the operation we have, improvements we're focused on, that something on the order of a 90% utilization is achievable and sustainable and that's what all the efforts are aimed at achieving.

## Syncrude: Focus Areas

### Improving resilience in low price environment

2010-2014 production loss, %



- Turnaround planning and execution
  - Mid-cycle de-coking
- EM / IOL best practice implementation
- Leadership development, workforce competency

Cash cost distribution, %



- $1.5 billion[1] cost reduction achieved in 2015
- Significant progress on workforce efficiency
  - Employees down 16% from peak
  - Contractors down 36% year-on-year

[1]100%, IMO share 25%

Imperial │ 2016 │ 10

RMK Sept 23 Transcript:

If we look at these focus areas, I want to start first with the reliability. If you look back over the last five years, and look at the operational upsets that Syncrude has experienced, you can see more than 75% of them are one way or another associated with the upgrading, the cokers and the downstream aspect of the facility.

Our efforts, we're looking at our turnaround planning and execution to achieve the targeted run life for the three cokers. We're now planning a mid-cycle lancing or decoking process, a mini turnaround, we're looking long and hard and engaging with ExxonMobil and its refineries around the world to bring the best practices for maintenance reliability, energy efficiency, operating the various components we have, and we have a workforce that's undergoing a demographics change with retirements and a much younger workforce so all the efforts on leadership development in workforce competency. We fully wrapped Syncrude's internal training programs now into Imperial's and ExxonMobil's, both as a technical practitioner as well as the management and leadership development.

From a cost standpoint, similar to what I described earlier for Imperial overall. Coming into the year, we looked at the evolving business environment and Syncrude's competitive position and it was visibly evident to all of us, we needed to take a lot of cost out of the system. We established a target of $1.1 billion dollars in cash for the year 2015. Through the first eight months, we've achieved $800 million of that reduction. There's a combination of cash operating costs as well as some capital costs in that, but the bulk of

**App. 618**

10

that is on the cash operating costs. A big part of it is bringing about a higher level of workforce efficiency. And two fun facts for you, if we take employee count over the last few years, we're down about 15% from our peak and more relevant, we're down 28% year-on-year on our contractor count. Now, we've come off some sustaining investments at Syncrude, which have wrapped up here recently, and now it is all about bringing about a greater productivity and efficiency to the kit we have, reducing cost and improving reliability.

Syncrude is now at a stage and you've seen this in Canadian Oil Sands publications, Syncrude is net cash gen positive including sustaining capex in a less than $50 a barrel WTI world. And now we want to continue to further improve upon that.

**App. 619**



## Kearl

### Next generation oil sands mining
- Establishing new performance standards

**Mining without upgrader │ 71% Imperial owned │ 1st production in 2013**

**3.2B bbls** **220 kbd**
2P reserves[1]     gross production[2]

✔ Large, high-quality bitumen resource

✔ Proprietary froth treatment

✔ Environmental improvements

✔ Competitive cost structure

[1] IMO share, before royalties
[2] Total IMO+XOM production, before royalties

Imperial │ 2016 │ 11

RMK Sept 23 Transcript:

Kearl. Next generation oil sands mining. When I say next generation, of course what I mean, it's an oil sands mine without an upgrader. Through technology and innovation, we've been able to bring. Imperial at 71% of Kearl, ExxonMobil has the other 29%. We started the first phase in 2013 and it's look-alike phase here earlier this year.

Large resource, proprietary technology, environmental improvements and a competitive cost structure and I'll talk about each of these.

**App. 620**

11



RMK Sept 23 Transcript:

Operationally, how are we doing? We announced an early start-up. We started up five months ahead of schedule on the second phase. You've seen the first and the second quarter data. The second quarter was about 130,000 barrels a day through the third quarter, through the first two months of it, we've averaged about 200,000 barrels a day. And I'll comment more on the official ramp up of the expansion project here in a moment but we have largely resolved the operational issues with the initial development.

I've described those in the past, there were no fatal flaws in there. They were more nuisances, valves and filters and the like, we've worked through that. Because of the sequencing of the initial development and the expansion, everything we learned on the initial development, we were able to take and apply to the expansion so we didn't go through those same teething pains on the expansion. Hence, the five months ahead of schedule.
And as we have conveyed in the past, we're achieving very significant unit cost efficiencies because part of that initial development had the common infrastructure in systems for both projects that are now shared with a much greater denominator, more barrels.

Cost structure. The strategy is to sustain the Kearl projects at their capacity and drive the efficiency. Target, less than C$30 a barrel, is what we're striving for.

We're going to get there through reliability in the plant, productivity in the mine, critically

**App. 621**

looking at maintenance. Now that we have some two years, more than two years of operation of the initial development, we have a sense for the various pieces of equipment - when you need to go in and intervene and you conduct preventative maintenance, we'll be applying that on the expansion.

Workforce capabilities, we hired externally for many of our operators and personnel at Kearl because it was a new business for us in mining. Now, we're training and developing those folks consistent with the expectations and capabilities that we strive for. Contractual improvements, we have a lot of contracts on the construction side, now we're bringing those to the operations side, looking at how we can bring about cost reduction efficiency and then minimizing the overall cash spend consistent on my earlier comments on sustaining capex.

**App. 622**

12



RMK Sept 23 Transcript:

For those, just a refresher on the technology, we are applying a paraffinic froth treatment technology at Kearl. What this does is it knocks out the heaviest part of the hydrocarbon molecules, the asphaltenes, and allows the bitumen then to be diluted and shipped through a pipeline, whereas the other mines must upgrade it on site to produce a synthetic crude to allow it to be shipped through the pipeline.
So what this has done is allowed us to avoid that upgrader investment which, for the scale of something like Kearl, would've been well in excess of $10 billion.

So it was tens of millions of dollars, many men and women over many years developing the technology that we tested in the lab, and then scaled up to the Kearl project. What it does from an environmental and social responsibility standpoint, this is work that's done by HIS CERA - a wells to wheels, or truck and shovel to wheels analysis. The greenhouse gas footprint through the entire process, Kearl is similar to the average crude refined in the US today.

You can see how that compares to the synthetic crude oil mining or California heavy oil steam. It takes a significant -- it greatly reduces the greenhouse gas footprint of an oil sands mining operation and as I said earlier, it is a one and only of its kind.

Some other things I want to comment a little bit more on some of the environmental aspects. From a greenhouse gas intensity perspective, I showed where Kearl stacks up very

**App. 623**

favorably in North America, but steam projects and synthetic crude mining projects are on the further end. Some other technologies, we're looking at liquids addition to steam could enhance recovery which would have a 25% reduction in greenhouse gas intensity versus (mature well) cyclic steam.

We're adding cogen to all our facilities that brings about a 40% reduction versus coal-fired power generation, and SA-SAGD that I'll talk about here next, has a 25% reduction in greenhouse gas intensity versus the conventional SAGD. So yes, we look at our research and development as enhancing overall business performance but what it also does, in many, many cases is enhances or reduces our environmental impact.

**App. 624**



RMK Sept 23 Transcript:

So let's look at our resource base. Some 19 billion barrels that are under leases we control, this is the company's share to support long-term growth. On the far left, about 4 billion barrels of that is our proved reserves that you see externally reported. Probable shown on top of that another nearly two and then the large contingent resource that is in various stages of evaluation brings you to the grand total.

Looking at it it's heavily - you can see the third bar, it's heavily liquids and within that liquids it's split roughly evenly further in our in situ opportunities versus mining. Where we are in the far right, we're progressing or evaluating opportunities that have 3.5 billion to 4 billion barrels of potential.

And to give you a sense, our 4 billion barrels of crude reserves at our capacity here as we ramp up Kearl and Nabiye, that provides us a reserve to production life of some 25 years. That is a very long life asset base with 4 billion barrels of crude reserves. We're progressing and looking at technical work on almost another 4 billion barrels so to give you a sense for the long term growth potential of the company with this resource base. I think the most kind of exciting part of that opportunity inventory right now deals with future in situ growth opportunities.

**App. 625**

14

# In Situ Growth Opportunities

### 300+ kbd production potential, development planning ongoing



| | |
|---|---|
| **Resource potential** | ~5 billion barrels bitumen[1]<br>Top-tier quality |
| **Enabling technology** | SA-SAGD |
| **Potential scope** | 7+ phases, 55-75 kbd per phase |
| **Estimated cost** | ~$2 billion per phase |
| **Plans & progress** | Acreage evaluation, facility design<br>Aspen application in 2013, 2015 update<br>Cold Lake expansion application 2016 |
| **First production** | As early as 2020 |

[1] IMO share, before royalties, Resource potential consists of 0.8 billion bbls 2P Reserves, 1.7 billion bbls Contingent Resources Development Pending and 2.9 billion bbls Contingent Resources On Hold

Imperial │ 2016 │ 15

RMK Sept 23 Transcript:

And in that resource base that 19 billion barrels, there's nearly 5 billion barrels of in situ opportunity in that. We think it is top tier quality. Our belief always has been on the sub surface to get the highest quality resource. You start from that and then you make it better. It's very difficult, you start with a foot in the ditch if you have a low quality resource. The enabling technology, SAGD, increasingly the solvent-assisted SAGD, we now see somewhere seven or more phases, 55,000 to 75,000 barrels a day per phase.

This is bigger on a per phase basis than we've talked about the past. Comment more on that in a minute, somewhere in the order of about $2 billion per phase. We've started the regulatory process. Aspen, 100% IOL asset in the far north. We submitted that application December of 2013. We'll be submitting amendments to it here and we're looking for a regulatory approval perhaps some time in 2016.

Midzaghe, I commented on earlier how we submitted the project summary earlier this year to the Alberta Energy Regulator. Aspen is clearly in the lead here and depending on conditions, quality, a few things, market factors, cost, we could have first production at Aspen as early as 2020. But it's important to note, no final investment decision has been made at this point in time.

I want to comment on SA-SAGD. So this is adding solvent to the SAGD process. We've looked at this and we have tested in a lab and a pilot and you get incremental recovery and

**App. 626**

15

about a 30% production uplift with the application of solvent-assisted SAGD over conventional SAGD. And that's with the same amount of steam. A 30% uplift. That is huge. So our application at Midzaghe, our project summary and then our further evaluation at Aspen will be based on SA-SAGD technologies.

**App. 627**



## Cold Lake Operations

### Internal Overview



# Heavy oil resource

- These three oil sands areas in Alberta contain 1.7 trillion bbls



**App. 630**

18



## Cold Lake quick facts

**2014**

| | |
|---|---|
| Bitumen production | 146.3 kbd (~160) |
| Active Wells | ~ 4,500 |
| Gas consumption | 206 Mscf/d |
| Electricity generation | 170 MW (x 2 w/ Nabiye) |
| Rigs: Drilling / Service / Corod | 2 / 22 / 8 |
| Workforce | ~ 1,600 |
| | |
| EAT | ~$1,300M CAD |
| | |
| Unit Cost (US$/b) | |
| Cash (ex energy) | 11.33 |
| Energy | 6.80 |
| Non cash | 4.34 |
| Total | 22.47 |
| | |
| Lease area (mi$^2$) | 300 |
| Total Resource | 4 GOEB NAR |
| Proved + Probable | 1.5 GOEB NI |
| CUM Prod. To YE 13 | >1.2 Gbbl NBR |
| End of Field Life | > 2060 |

**App. 631**

19

## Clearwater reservoir description



**Average Clearwater Reservoir Properties**

| | |
|---|---|
| Porosity | 32% |
| Permeability | 1.5 Darcies |
| Bitumen Wt % | 10.5% |
| Bitumen Saturation | 70% |
| Net Pay | 30-100 ft |
| Bitumen API Gravity | 10.2 |
| Bitumen Viscosity | 100,000 cp @ 13 $^0$C (8 cp @ 200 $^0$C) |



## Recovery process overview

**Cyclic Steam Stimulation: CSS**

- High pressure, high rate with multiple recovery mechanisms
  - o compaction drive
  - o solution gas drive
  - o gravity drainage
- Cycle length increases over the life of the well/pad

**App. 633**

21

## Pad design

**Original Pad Design**

- 20 wells drilled from single surface location
- 4 acre spacing





**Current Pad Design**

- Mix of deviated and horizontal wells on 8 acre spacing
- Pad drains 7 times the area of original pad (Up to nearly 10x now)
- Reduces development costs in thinner resource
- Nabiye initial development reduced by 13 pads

Imperial



16 Deviated wells

8 Horizontal wells

Drainage area of original Cold Lake Pad design

220 m

8 acre spacing

~1000 m

7 equivalent bottom hole locations

**App. 634**

22

## Cold Lake depletion strategy

- Cold Lake steam strategy based on full utilization of steam generation capacity to maximize return on infrastructure investment
- Typical depletion plan:
  - o Stage 1: CSS (~45% Recovery Factor)
  - o Stage 2: Injector Only Infills (~55% Recovery Factor)
    - Horizontal infill wells direct steam to bypassed areas of reservoir
    - Cyclic, high volume injection to establish connection between injector and producers
  - o Stage 3: Steamflood (65%+ Recovery Factor)
    - Infill wells converted to continuous steam injection
    - Low pressure steady state operation – lower cost
    - Extends pad steam demand by 5 to 10 years, thus delaying new pad development
- LASER recovery process to be used where it is not economic to drill infill wells
- New pads added to utilize excess steam capacity at each site as it becomes available
- New pads selected based on resource quality assessments and proximity to infrastructure



**Stage 1 – Cyclic Steam Stimulation**

**Stage 2/3 – Injector Only Infills and Steamflood**

Cold bitumen

Heated region (depletion)

**Typical Pad Injection/Production Profile**

**App. 635**

23

# Pad development strategy (existing plants)

**Near Term Work Program**

- Infill Drilling on 4 acre and 8 acre pads
  - o Increases recovery while maintaining constant steam demand
  - o Future trial for horizontal injector producer (HIP) wells at Mahkeses planned for 2016
- New Pads
  - o Maskwa (D40), South Mahkeses (T19) and Mahihkan North (H80) to maintain full steam plant utilization

**Long Term Plan**

- Development plan with CSS/Infills fully utilizes steam plant capacity until 2030+
  - o New areas (blue ovals) will build inventory for future CSS pad development
  - o Seismic and coring activity aligned with development programs
- Progress Grand Rapids SAGD development
- Progress new technologies to develop challenged resource
  - o Lean/thin resource: Cyclic Solvent Process (CSP)
  - o Top gas/bottom water: SA-SAGD







App. 636

24



**App. 637**

25

## Surface facilities overview



**Key Processes**

- Conventional separation of bitumen, water, gas
- Sulfur recovery at two plants; ongoing district sulfur management
- Water treatment is complex; water quality surveillance and management critical to boiler integrity
- 600,000 bbl per day of ~70% quality steam generated in four plants
- Highly integrated system balancing steam generation with makeup water supply (brackish and fresh) and water disposal

**Keys to Maintaining and Growing**

- Providing more produced and treated water interconnectivity is key to maximizing district production management and produced water recycle
- Timely facility renewals necessary to maintain current reliability performance
- Understanding of various facilities constraints (fluid, gas, sulfur, temp, etc.) to actively pursue debottlenecking opportunities

Imperial

**App. 638**

26



App. 639



# Future development opportunities

- Large resource base, significant growth opportunities

- Work program: pads + infills

- Nabiye steam in 2014

- Grand Rapids phase 1 development

- LASER staged commercial trials underway

- Additional recovery opportunities under evaluation

Update volumes chart



- Norman Wells is a conventional oil field, under waterflood, located in the Northwest Territories and producing about 12 kbd.

- It's location and it's history make it a unique and fascinating asset, which I will describe in more detail…

**App. 641**



- Isolated, northern location
- 85 miles south of the Arctic Circle
- 850 miles northwest of Edmonton, Alberta
- Town of just over 700 people, on the northeast bank of the Mackenzie River, which is the largest river in Canada
- Town exists solely because of the Imperial Oil field; it was not a village or trading post before that time
- We have essentially been the only large industrial presence ever in the region
- All of our operations staff live full time in Norman Wells (60 people, Imperial owns 50 homes)
- Seasonally limited supply access (river barge, ice road, daily air service)
- The only way for oil to get to market is via Enbridge pipeline (shown on map)
- No gas pipeline; used in our operation, sold to Town for nearly 40 years as sole heat source for Town, contract ended in 2014, excess to flare
- Our turbine generators provide the electricity to run our operation and the Town
- The Federal Government has a 1/3 share in the asset
- We are located in the Sahtu region, which has a settled Land Claim Agreement dating back to 1993
    - SSI (Sahtu Secretariat Incorporated) steward and implement agreement
    - Includes representatives of individual Land Corporations, representing various communities
    - Ethel Blondin Andrew – SSI Chair, former Member of Parliament
    - Great disappointment to the Sahtu that they did not get the governments 1/3 equity interest in the land claim.

**App. 642**

- Chapter 9, Norman Wells Proven Area; Chapter 10 Royalties to Sahtu

**App. 643**



- The oil field has been on production since the 20s, at that time only seasonally
- A small expansion occurred in the 40s due to oil supply concerns to Alaska during WWII
  - The American military constructed a pipeline from Norman Wells in a Whitehorse refinery; operated for only 1 year
  - At this time, a confidential agreement was reached between Imperial and the Canadian Federal government, referred to as the "Proven Area Agreement", resulting in the Canadian government taking at 1/3 share in the Norman Wells oil field
- Our major expansion occurred in the early 1980s when we built 6 artificial islands in the Mackenzie river and initiated a waterflood; pipeline to Alberta was also built at that time
  - Production peaked at about 34 kbd in the early 1990s

**App. 644**

## Asset overview



- Norman Wells reservoir is primarily located under the Mackenzie river, with wells and facilities located on natural  (top right) and artificial (bottom centre) islands, as well as on mainland.
- The Mackenzie river is about 3 miles wide at Norman Wells
- The central processing facility is located on mainland  (top left)

**App. 645**



Operating logistics for this asset are more complicated and costly than for regular on shore operations

**Summer – Marine**
- Barge and crew boat (Imperial owned)
- Captain and deckhand contract currently subcontracted to the Norman Wells Land Corporation
- Barge reaching end of life; regulatory commitment to replace in 2017
- Late June to mid-October

**Winter - Ice road**
- Ruble cleared and ice flooded in December and January until ice is thick enough for heavy equipment to access the islands

**Fall/Spring – Aviation**
- Islands are accessed by helicopter during break-up (approximately 7 weeks) and winter freeze-up (approximately 9 weeks)
- Average total flights per day are 6 or 7
- Helicopters contractor owned and operated

**App. 646**



## Spring break up

- During break-up in May, ice & water flows over low elevation locations (Goose, Bear & Mainland)

- Anything on surface swept away with tremendous force

- All wells in these locations are in bunkers below the surface, which protect the wellhead and flowlines from impact with ice

- Access limited to these locations for >2 weeks while ice melts

Imperial │ 2016 │ 34

- During break-up in May, ice & water flows over low elevation locations (Goose, Bear & Mainland)

- Anything on surface will be swept away with tremendous force

- All wells in these locations are in bunkers below the surface, which protect the wellhead and flowlines from impact with ice

- Access is limited to these locations for >2 weeks while ice melts

**App. 647**

34

## Field overview

- ~330 active wells (166 producers, 165 injectors)
- Producers ~ 50% gas lift, 40% rod pump and 10% ESP
- 5 spot waterflood on 6.7 ha (16 acre spacing)
- Current prod rates: Oil ~ 11 kbd , NGL ~1.5 kbd, Water ~50 kbd

**Norman Wells NBR Oil Reserves at year end 2013**

|  | km3 | Mbbl | Cum RF | End Year |
|---|---|---|---|---|
| OOIP | 110107 | 692.6 |  |  |
| Cum Prod | 43555 | 269.9 | 40% |  |
| Proved | 5764 | 36.3 | 44% | 2025 |
| PB | 2047 | 12.9 | 46% | 2030 |
| Contingent | 2704 | 17.0 | 49% |  |



Imperial │ 2016 │ 35

BACKGROUND INFO

- Kee Scarp Formation, carbonate reef, 335 m to 625 m, average net pay 100 m, porosity 3-18%, average 8%, matrix perm range 0.5 to 20 mD, average ~2mD, oil gravity 38.5 API, reservoir temp ~25oC

- Source and seal Canol Formation, up to 6.7% TOC

- Updip stratigraphic pinch out of reef

**App. 648**



**App. 649**



# Conventional High Level

**Portfolio**

- 14.3 KOEBD in six assets in Alberta and British Columbia
- 58% crude focused
- 2014 NCF 149 M$, EAT -23 M$ (Horn River D&D)
- Cash flow positive @ December prices except Horn River, January all locations cash positive
- Safety - 1 Recordable in 2014 – Cardium Tight Oil Development – Completions

**Strategies**

- All assets classified as Minimum Reporting assets
- Execute the full year in which "Nobody get's hurt"
- Identify cost reduction strategies focusing on minimum scope, efficient execution, and essential work
- Target increased opex for economic cash generating volume opportunities - Subsurface, pipelines
- Align opex strategies with near term monetization maximum valuation and/or long term operating strategies

**Tactics**

- Enhanced safety execution through LPO's, risk recognition, & quality front line supervision
- Work with procurement driving cost reductions for service providers
- Conduct cross functional asset specific cost reduction workshops
- Shutdown HRP focusing on near term earnings & long term strategy for Horn River infrastructure
- Drive minimum & "fit for purpose" scope for major expenditures - overhauls, risk items, shutdowns
- Consolidated focus on strategies to advance economic subsurface opportunities

Imperial │ 2016 │ 38

**App. 651**

## Horn River Overview

**External**

- High quality shale gas resource - Basin potential >100TCF EUR
- Challenged development - gas prices, no liquids, transportation differentials, remote
  - infrastructure maturity
    - 300 MCFD production – declining & reduced activity
- 10+ WCLNG projects - BC Govt a strong advocate
- Disadvantaged cost of supply ($4.50 to $5.00 / Mbtu)
- First Nations active, ENGO's less so

**Imperial (50%) & EMC (50%)**

- 340k acres acquired between 2007 and 2010
- 24 exploration wells - 224k acres extended to secondary term ($650 M Investment Combined – Land & Wells)
- Planned 2015 FFD update - developable resource ~11 TCF, ~1 GCFD plateau production (13% DCFR, $10/OEB AVP real)
  - Positive vector but not currently competitive in EMEC portfolio
- Secondary to Celtic / Montney as WCLNG supply source



**EMOP Infrastructure - First production – August 2012**

- 8 horizontal, dehydration plant/compression - 40 MCFD
- 58 km all season road, 30 km 12" pipeline
- 7 person camp
- Direct Staff – 9

**OBO**

- Enbridge Cabin Creek Plant ~2.7% Interest – Mothballed
- Encana 24" Gas Gathering Pipeline  ~5% Interest

Imperial │ 2016 │ 39

**App. 652**

# Horn River Pilot Overview

**Pilot Objectives - Require ~6 – 12 producing months after starting decline**

- Demonstrate well productivity / recovery
- Provide confidence in ability to reach FFD D&C cost assumptions
- Assess well spacing
- Understanding fracture geometry and effectiveness
- Obtain early production information required for Full Field Development decisions
- Update Well Performance & Well Spacing Model (using data acquired in Objectives 1,3 and 4)

**Performance**

- Safety/Process Safety/Spills – 0 (0 RI Since Start-up)
- Volumes OE - 4.5 kbbl/d

**2015 Plan**

- Pilot Shutdown – May 2015
- Post S/D Data Acquisition – Sept 2015
- Facilities Decommissioned – YE 2015

**Focus Areas**

- 3rd Party Processing Fees – firm contract commitments
- Wellbore & facility decommissioning – remote site, availability, cost
- Long term asset strategy relative to pilot infrastructure

Imperial │ 2016 │ 40

**App. 653**

40

# Exhibit 42

Message

___

| | |
|---|---|
| **From:** | Littleton, Stephen A [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=STEPHEN.A.LITTLETON] |
| **Sent:** | 8/16/2016 12:27:25 PM |
| **To:** | Casteel, Beth E [beth.e.casteel@exxonmobil.com] |
| **Subject:** | RE: DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11) |

Thanks Beth. We will likely need a 1 pager on Kearl (i.e. YTD realizations, ROY needed realizations to cover costs, etc) for David review with RWT. We have mentioned the need to Luis. The below is not surprising and I am glad we added the foreshadowing in the 10K. However, one topic David will have with RWT is additional disclosure for the 3rd quarter Q. Joe is working on some language we will likely use during the September meeting.

Stephen A. Littleton
Assistant Controller

**Exxon Mobil Corporation**
5959 Las Colinas Boulevard
Irving, Texas  75039

972-444-1271 Office
832-859-6958 Personal Mobile
832-707-0129 IPhone

___

**From:** Casteel, Beth E
**Sent:** Monday, August 15, 2016 6:52 PM
**To:** Rosenthal, David S <david.s.rosenthal@exxonmobil.com>
**Cc:** Littleton, Stephen A <stephen.a.littleton@exxonmobil.com>
**Subject:** FW: DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11)

David, See DLN's email for key messages from a recent review w Tom on Kearl. He plans to share it with the CE's later this week and I'll attend. Will get you a copy of the deck. Thanks, b

___

**From:** Norwood, David L
**Sent:** Friday, August 12, 2016 2:35 PM
**To:** Casteel, Beth E <beth.e.casteel@exxonmobil.com>
**Cc:** Felice, Charles S <charles.s.felice@exxonmobil.com>; Harper, Alfred Y <alfred.y.harper@exxonmobil.com>
**Subject:** RE: DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11)

Beth, I attended the TRW review yesterday. Key messages were:

- Tremendous progress achieved on cost savings
- Reserve de-book almost inevitable
- Depreciation method still under discussion
- Continued operations result in best outcome relative to shut-down scenarios at current prices
- Cost containment alone will not be enough to address profitability concerns; will need price help and / or volume growth

Tom was aligned with the recommendations, and they plan to use the same deck in the FRM on Aug. 18.

___

**From:** Casteel, Beth E
**Sent:** Wednesday, August 10, 2016 1:16 PM

**App. 654**

CONFIDENTIAL                                                                                          EMC_RAMIREZ 000052323

**To:** Norwood, David L <david.l.norwood@exxonmobil.com>
**Cc:** Felice, Charles S <charles.s.felice@exxonmobil.com>; Harper, Alfred Y <alfred.y.harper@exxonmobil.com>
**Subject:** RE: DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11)

Thanks David.  Are you planning to attend the TRW review ?  One of us should also sit in on the FRM.  Thx, b

---

**From:** Norwood, David L
**Sent:** Wednesday, August 10, 2016 11:51 AM
**To:** Casteel, Beth E <beth.e.casteel@exxonmobil.com>; Harper, Alfred Y <alfred.y.harper@exxonmobil.com>; Felice, Charles S <charles.s.felice@exxonmobil.com>
**Subject:** FW: DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11)

Attached is a draft Kearl update deck planned for FRM review on August 18.

---

**From:** Prestipino, Vincent L
**Sent:** Monday, August 08, 2016 8:22 PM
**To:** Norwood, David L <david.l.norwood@exxonmobil.com>
**Subject:** DRAFT Kearl FRM Pack - August 18 (TRW review Aug. 11)

David: attached is a draft of the Kearl deck planned to be reviewed at the next FRM (August 18).  A review of the draft is scheduled with TRW on August 11.

The deck is an update to that which was reviewed with JPW earlier this year and includes:

- Cash conservation efforts
- SEC Reserves test scenarios
- Operating Scenarios
- Profitability optimization

Glad to discuss


**Vincent L. Prestipino**
Americas - Upstream Controller

**Exxon Mobil Corporation**
22777 Springwoods Village Parkway
N3.5B.551
Spring, Texas 77389

1-832-624-7448 Office
1-703-304-7476 Mobile / Cell


**App. 655**

CONFIDENTIAL                                                    EMC_RAMIREZ 000052324

# Exhibit 43

Assets ⤵

# 360 Property, Plant, and Equipment
## 360 Property, Plant, and Equipment
### 10 Overall

## 00 Status

> ⓘ **General Note:**The Status Section identifies changes to this Subtopic resulting from Accounting Standards Updates. The Section provides references to the affected Codification content and links to the related Accounting Standards Updates. Nonsubstantive changes for items such as editorial, link and similar corrections are included separately in Maintenance Updates.

## Status

**360-10-00-1**    The following table identifies the changes made to this Subtopic.

| Paragraph | Action | Accounting Standards Update | Date |
|---|---|---|---|
| Business | Amended | Accounting Standards Update No. 2017-01 | 01/05/2017 |
| Business | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Collections | Added | Accounting Standards Update No. 2019-03 | 03/21/2019 |
| Contract | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Customer | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |
| Disposal Group | Amended | Accounting Standards Update No. 2014-08 | 04/10/2014 |
| Lease | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lease Term | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessee | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Lessor | Added | Accounting Standards Update No. 2016-02 | 02/25/2016 |
| Net Realizable Value | Added | Accounting Standards Update No. 2015-11 | 07/22/2015 |
| Nonprofit Activity | Added | Accounting Standards Update No. 2014-09 | 05/28/2014 |

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**App. 656**

Case 3:16-cv-03111-K     Document 233-1     Filed 02/21/25     Page 129 of 490     PageID 8760

Assets  →  360 Property, Plant, and Equipment  →  10 Overall  ⤵

# 35 Subsequent Measurement

> ⓘ **General Note:** The Subsequent Measurement Section provides guidance on an entity's subsequent measurement and subsequent recognition of an item. Situations that may result in subsequent changes to carrying amount include impairment, credit losses, fair value adjustments, depreciation and amortization, and so forth.

## General

**360-10-35-1**     This Subsection addresses depreciation of property, plant, and equipment and the post acquisition accounting for an interest in the residual value of a leased asset.

## > Depreciation

**360-10-35-2**     This guidance addresses the concept of depreciation accounting and the various factors to consider in selecting the related periods and methods to be used in such accounting.

**360-10-35-3**     Depreciation expense in financial statements for an asset shall be determined based on the asset's useful life.

**360-10-35-4**     The cost of a productive facility is one of the costs of the services it renders during its useful economic life. Generally accepted accounting principles (GAAP) require that this cost be spread over the expected useful life of the facility in such a way as to allocate it as equitably as possible to the periods during which services are obtained from the use of the facility. This procedure is known as depreciation accounting, a system of accounting which aims to distribute the cost or other basic value of tangible capital assets, less salvage (if any), over the estimated useful life of the unit (which may be a group of assets) in a systematic and rational manner. It is a process of allocation, not of valuation.

**360-10-35-5**     See paragraph 360-10-35-20 for a discussion of depreciation of a new cost basis after recognition of an impairment loss.

**360-10-35-6**     See paragraph 360-10-35-43 for a discussion of cessation of depreciation on long-lived assets classified as held for sale.

## · > Declining Balance Method

**360-10-35-7**     The declining-balance method is an example of one of the methods that meet the requirements of being systematic and rational. If the expected productivity of the asset or ability of the asset to generate revenue is relatively greater during the earlier years of its life, or maintenance charges tend to increase during later years, the declining-balance method may provide the most satisfactory allocation

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**App. 657**

Case 3:16-cv-03111-K   Document 233-1   Filed 02/21/25   Page 130 of 490   PageID 8761

of cost. That conclusion also applies to other methods, including the sum-of-the-years'-digits method, that produce substantially similar results.

### · > Loss or Damage Experience as a Factor in Estimating Depreciable Lives

**360-10-35-8**    In practice, experience regarding loss or damage to depreciable assets is in some cases one of the factors considered in estimating the depreciable lives of a group of depreciable assets, along with such other factors as wear and tear, obsolescence, and maintenance and replacement policies.

### · > Unacceptable Depreciation Methods

**360-10-35-9**    If the number of years specified by the Accelerated Cost Recovery System of the Internal Revenue Service (IRS) for recovery deductions for an asset does not fall within a reasonable range of the asset's useful life, the recovery deductions shall not be used as depreciation expense for financial reporting.

**360-10-35-10**    Annuity methods of depreciation are not acceptable for entities in general.

### · > Accounting Changes

**360-10-35-11**    See paragraphs 250-10-45-17 through 45-20 for guidance on the accounting and presentation of changes in methods of depreciation.

**360-10-35-12**    Paragraph not used.

## > Adjusting the Residual Value in Leased Assets by a Third Party

**360-10-35-13**    The following paragraph provides guidance on how an entity acquiring an interest in the residual value of a leased asset shall account for that asset during the lease term.

**360-10-35-14**    An entity acquiring an interest in the residual value of any leased asset, irrespective of the classification of the related lease by the lessor, shall not recognize increases to the asset's estimated value over the remaining term of the related lease, and the asset shall be reported at no more than its acquisition cost until sale or disposition. If it is subsequently determined that the fair value of the residual value of a leased asset has declined below the carrying amount of the acquired interest and that decline is other than temporary, the asset shall be written down to fair value, and the amount of the write-down shall be recognized as a loss. That fair value becomes the asset's new carrying amount, and the asset shall not be increased for any subsequent increase in its fair value before its sale or disposition.

## Impairment or Disposal of Long-Lived Assets

**360-10-35-15**    There are unique requirements of accounting for the impairment or disposal of long-lived assets to be held and used or to be disposed of. Although this guidance deals with matters which may lead to the ultimate disposition of assets, it is included in this Subsection because it describes the measurement and classification of assets to be held and used and assets held for disposal before actual disposition and derecognition. See the Impairment or Disposal of Long-Lived Assets Subsection of Section 360-10-40 for a discussion of assets or asset groups for which disposition has taken place in an exchange or distribution to owners.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**App. 658**

## > Long-Lived Assets Classified as Held and Used

**360-10-35-16**   This guidance addresses how long-lived assets or asset groups that are intended to be held and used in an entity's business shall be reviewed for impairment.

### · > Measurement of an Impairment Loss

**360-10-35-17**   An impairment loss shall be recognized only if the carrying amount of a long-lived asset (asset group) is not recoverable and exceeds its fair value. The carrying amount of a long-lived asset (asset group) is not recoverable if it exceeds the sum of the undiscounted cash flows expected to result from the use and eventual disposition of the asset (asset group). That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.

#### · · > Assets Subject to Asset Retirement Obligations

**360-10-35-18**   In applying the provisions of this Subtopic, the carrying amount of the asset being tested for impairment shall include amounts of capitalized asset retirement costs. Estimated future cash flows related to the liability for an asset retirement obligation that has been recognized in the financial statements shall be excluded from both of the following:

a.  The undiscounted cash flows used to test the asset for recoverability

b. The discounted cash flows used to measure the asset's fair value.

**360-10-35-19**   If the fair value of the asset is based on a quoted market price and that price considers the costs that will be incurred in retiring that asset, the quoted market price shall be increased by the fair value of the asset retirement obligation for purposes of measuring impairment.

### · > Adjusted Carrying Amount Becomes New Cost Basis

**360-10-35-20**   If an impairment loss is recognized, the adjusted carrying amount of a long-lived asset shall be its new cost basis. For a depreciable long-lived asset, the new cost basis shall be depreciated (amortized) over the remaining useful life of that asset. Restoration of a previously recognized impairment loss is prohibited.

### · > When to Test a Long-Lived Asset for Recoverability

**360-10-35-21**   A long-lived asset (asset group) shall be tested for recoverability whenever events or changes in circumstances indicate that its carrying amount may not be recoverable. The following are examples of such events or changes in circumstances:

a. A significant decrease in the market price of a long-lived asset (asset group)

b. A significant adverse change in the extent or manner in which a long-lived asset (asset group) is being used or in its physical condition

c. A significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset (asset group), including an adverse action or assessment by a regulator

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

**App. 659**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 132 of 490    PageID 8763

d. An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset (asset group)

e. A current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group)

f. A current expectation that, more likely than not, a long-lived asset (asset group) will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. The term *more likely than not* refers to a level of likelihood that is more than 50 percent.

**360-10-35-22**     When a long-lived asset (asset group) is tested for recoverability, it also may be necessary to review depreciation estimates and method as required by Topic 250 or the amortization period as required by Topic 350. Paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 address the accounting for changes in estimates, including changes in the method of depreciation, amortization, and depletion. Paragraphs 350-30-35-1 through 35-5 address the determination of the useful life of an intangible asset. Any revision to the remaining useful life of a long-lived asset resulting from that review also shall be considered in developing estimates of future cash flows used to test the asset (asset group) for recoverability (see paragraphs 360-10-35-31 through 35-32). However, any change in the accounting method for the asset resulting from that review shall be made only after applying this Subtopic.

## · > Grouping Long-Lived Assets Classified as Held and Used

**360-10-35-23**     For purposes of recognition and measurement of an impairment loss, a long-lived asset or assets shall be grouped with other assets and liabilities at the lowest level for which identifiable cash flows are largely independent of the cash flows of other assets and liabilities. However, an impairment loss, if any, that results from applying this Subtopic shall reduce only the carrying amount of a long-lived asset or assets of the group in accordance with paragraph 360-10-35-28.

**360-10-35-24**     In limited circumstances, a long-lived asset (for example, a corporate headquarters facility) may not have identifiable cash flows that are largely independent of the cash flows of other assets and liabilities and of other asset groups. In those circumstances, the asset group for that long-lived asset shall include all assets and liabilities of the entity.

**360-10-35-25**     In limited circumstances, an asset group will include all assets and liabilities of the entity. For example, the cost of operating assets such as corporate headquarters or centralized research facilities may be funded by revenue-producing activities at lower levels of the entity. Accordingly, in limited circumstances, the lowest level of identifiable cash flows that are largely independent of other asset groups may be the entity level. See Example 4 (paragraph 360-10-55-35).

## · · > Effect of Goodwill when Grouping

**360-10-35-26**     Goodwill shall be included in an asset group to be tested for impairment under this Subtopic only if the asset group is or includes a reporting unit. Goodwill shall not be included in a lower-level asset group that includes only part of a reporting unit. Estimates of future cash flows used to test that lower-level asset group for recoverability shall not be adjusted for the effect of excluding goodwill from the group. The term *reporting unit* is defined in Topic 350 as the same level as or one level below an operating segment. That Topic requires that goodwill be tested for impairment at the reporting unit level.

**360-10-35-27**     Other than goodwill, the carrying amounts of any assets (such as accounts receivable and inventory) and liabilities (such as accounts payable, long-term debt, and asset retirement obligations) not covered by this Subtopic that are included in an asset group shall be adjusted in accordance with other

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Case 3:16-cv-03111-K     Document 233-1     Filed 02/21/25     Page 133 of 490     PageID 8764

applicable generally accepted accounting principles (GAAP) before testing the asset group for recoverability. Paragraph 350-20-35-31 requires that goodwill be tested for impairment only after the carrying amounts of the other assets of the reporting unit, including the long-lived assets covered by this Subtopic, have been tested for impairment under other applicable accounting guidance.

### · > Allocating Impairment Losses to an Asset Group

**360-10-35-28**  An impairment loss for an asset group shall reduce only the carrying amounts of a long-lived asset or assets of the group. The loss shall be allocated to the long-lived assets of the group on a pro rata basis using the relative carrying amounts of those assets, except that the loss allocated to an individual long-lived asset of the group shall not reduce the carrying amount of that asset below its fair value whenever that fair value is determinable without undue cost and effort. See Example 1 (paragraph 360-10-55-20) for an illustration of this guidance.

### · > Estimates of Future Cash Flows Used to Test a Long-Lived Asset for Recoverability

**360-10-35-29**  Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall include only the future cash flows (cash inflows less associated cash outflows) that are directly associated with and that are expected to arise as a direct result of the use and eventual disposition of the asset (asset group). Those estimates shall exclude interest charges that will be recognized as an expense when incurred.

**360-10-35-30**  Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and shall consider all available evidence. The assumptions used in developing those estimates shall be reasonable in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others. However, if alternative courses of action to recover the carrying amount of a long-lived asset (asset group) are under consideration or if a range is estimated for the amount of possible future cash flows associated with the likely course of action, the likelihood of those possible outcomes shall be considered. A probability-weighted approach may be useful in considering the likelihood of those possible outcomes. See Example 2 (paragraph 360-10-55-23) for an illustration of this guidance.

**360-10-35-31**  Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall be made for the remaining useful life of the asset (asset group) to the entity. The remaining useful life of an asset group shall be based on the remaining useful life of the primary asset of the group. For purposes of this Subtopic, the primary asset is the principal long-lived tangible asset being depreciated or intangible asset being amortized that is the most significant component asset from which the asset group derives its cash-flow-generating capacity. The primary asset of an asset group therefore cannot be land or an intangible asset not being amortized.

**360-10-35-32**  Factors that an entity generally shall consider in determining whether a long-lived asset is the primary asset of an asset group include the following:

a. Whether other assets of the group would have been acquired by the entity without the asset

b. The level of investment that would be required to replace the asset

c. The remaining useful life of the asset relative to other assets of the group. If the primary asset is not the asset of the group with the longest remaining useful life, estimates of future cash flows for the group shall assume the sale of the group at the end of the remaining useful life of the primary asset.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 134 of 490    PageID 8765

**360-10-35-33**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is in use, including a long-lived asset (asset group) for which development is substantially complete, shall be based on the existing service potential of the asset (asset group) at the date it is tested. The service potential of a long-lived asset (asset group) encompasses its remaining useful life, cash-flow-generating capacity, and for tangible assets, physical output capacity. Those estimates shall include cash flows associated with future expenditures necessary to maintain the existing service potential of a long-lived asset (asset group), including those that replace the service potential of component parts of a long-lived asset (for example, the roof of a building) and component assets other than the primary asset of an asset group. Those estimates shall exclude cash flows associated with future capital expenditures that would increase the service potential of a long-lived asset (asset group).

**360-10-35-34**    Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) that is under development shall be based on the expected service potential of the asset (group) when development is substantially complete. Those estimates shall include cash flows associated with all future expenditures necessary to develop a long-lived asset (asset group), including interest payments that will be capitalized as part of the cost of the asset (asset group). Subtopic 835-20 requires the capitalization period to end when the asset is substantially complete and ready for its intended use.

**360-10-35-35**    If a long-lived asset that is under development is part of an asset group that is in use, estimates of future cash flows used to test the recoverability of that group shall include the cash flows associated with future expenditures necessary to maintain the existing service potential of the group (see paragraph 360-10-35-33) as well as the cash flows associated with all future expenditures necessary to substantially complete the asset that is under development (see the preceding paragraph). See Example 3 (paragraph 360-10-55-33). See also paragraphs 360-10-55-7 through 55-18 for considerations of site restoration and environmental exit costs.

· > Fair Value

**360-10-35-36**    For long-lived assets (asset groups) that have uncertainties both in timing and amount, an expected present value technique will often be the appropriate technique with which to estimate fair value.

## > Long-Lived Assets Classified as Held for Sale

**360-10-35-37**    This guidance addresses the accounting for expected disposal losses for long-lived assets and asset groups that are classified as held for sale but have not yet been sold. See paragraphs 360-10-45-9 through 45-11 for the initial criteria to be met for classification as held for sale.

· > Measurement of Expected Disposal Loss or Gain

**360-10-35-38**    Costs to sell are the incremental direct costs to transact a sale, that is, the costs that result directly from and are essential to a sale transaction and that would not have been incurred by the entity had the decision to sell not been made. Those costs include broker commissions, legal and title transfer fees, and closing costs that must be incurred before legal title can be transferred. Those costs exclude expected future losses associated with the operations of a long-lived asset (disposal group) while it is classified as held for sale. Expected future operating losses that marketplace participants would not similarly consider in their estimates of the fair value less cost to sell of a long-lived asset (disposal group) classified as held for sale shall not be indirectly recognized as part of an expected loss on the sale by reducing the carrying amount of the asset (disposal group) to an amount less than its current

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 135 of 490    PageID 8766

fair value less cost to sell. If the sale is expected to occur beyond one year as permitted in limited situations by paragraph 360-10-45-11 , the cost to sell shall be discounted.

360-10-35-39    The carrying amounts of any assets that are not covered by this Subtopic, including goodwill, that are included in a disposal group classified as held for sale shall be adjusted in accordance with other applicable GAAP prior to measuring the fair value less cost to sell of the disposal group. Paragraphs 350-20-40-1 through 40-7 provide guidance for allocating goodwill to a lower-level asset group to be disposed of that is part of a reporting unit and that constitutes a business. Goodwill is not included in a lower-level asset group to be disposed of that is part of a reporting unit if it does not constitute a business.

360-10-35-40    A loss shall be recognized for any initial or subsequent write-down to fair value less cost to sell. A gain shall be recognized for any subsequent increase in fair value less cost to sell, but not in excess of the cumulative loss previously recognized (for a write-down to fair value less cost to sell). The loss or gain shall adjust only the carrying amount of a long-lived asset, whether classified as held for sale individually or as part of a disposal group.

360-10-35-41    See paragraphs 310-20-35-12D and 310-20-40-12 for guidance related to determination of cost basis for foreclosed assets under Subtopic 310-20 and the measurement of cumulative losses previously recognized under paragraph 360-10-35-40.

360-10-35-42    See paragraphs 830-30-45-13 through 45-15 for guidance regarding the application of Topic 830 to an investment being evaluated for impairment that will be disposed of.

## · > Accounting While Held for Sale

360-10-35-43    A long-lived asset (disposal group) classified as held for sale shall be measured at the lower of its carrying amount or fair value less cost to sell. If the asset (disposal group) is newly acquired, the carrying amount of the asset (disposal group) shall be established based on its fair value less cost to sell at the acquisition date. A long-lived asset shall not be depreciated (amortized) while it is classified as held for sale. Interest and other expenses attributable to the liabilities of a disposal group classified as held for sale shall continue to be accrued.

## · > Changes to a Plan of Sale

360-10-35-44    If circumstances arise that previously were considered unlikely and, as a result, an entity decides not to sell a long-lived asset (disposal group) previously classified as held for sale, the asset (disposal group) shall be reclassified as held and used. A long-lived asset that is reclassified shall be measured individually at the lower of the following:

a. Its carrying amount before the asset (disposal group) was classified as held for sale, adjusted for any depreciation (amortization) expense that would have been recognized had the asset (disposal group) been continuously classified as held and used

b. Its fair value at the date of the subsequent decision not to sell.

360-10-35-45    If an entity removes an individual asset or liability from a disposal group previously classified as held for sale, the remaining assets and liabilities of the disposal group to be sold shall continue to be measured as a group only if the criteria in paragraph 360-10-45-9 through 45-11 are met. Otherwise, the remaining long-lived assets of the group shall be measured individually at the lower of their carrying amounts or fair values less cost to sell at that date.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 136 of 490    PageID 8767

## > Long-Lived Assets to Be Disposed of Other than by Sale

**360-10-35-46**  This guidance addresses the accounting for impairment of long-lived assets and asset groups that are intended to be disposed of by abandonment.

### · > Long-Lived Assets to Be Abandoned

**360-10-35-47**  For purposes of this Subtopic, a long-lived asset to be abandoned is disposed of when it ceases to be used. If an entity commits to a plan to abandon a long-lived asset before the end of its previously estimated useful life, depreciation estimates shall be revised in accordance with paragraphs 250-10-45-17 through 45-20 and 250-10-50-4 to reflect the use of the asset over its shortened useful life (see paragraph 360-10-35-22).

**360-10-35-48**  Because the continued use of a long-lived asset demonstrates the presence of service potential, only in unusual situations would the fair value of a long-lived asset to be abandoned be zero while it is being used. When a long-lived asset ceases to be used, the carrying amount of the asset should equal its salvage value, if any. The salvage value of the asset shall not be reduced to an amount less than zero.

### · > Long-Lived Asset Temporarily Idled

**360-10-35-49**  A long-lived asset that has been temporarily idled shall not be accounted for as if abandoned.

Copyright © 2025 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

# Exhibit 44

| **From:** | Horne, Joseph M [/O=EXXONMOBIL/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JOSEPH.M.HORNE1] |
|---|---|
| **Sent:** | 1/5/2016 4:24:51 PM |
| **To:** | Babcock, Beverley A [beverley.a.babcock@exxonmobil.com] |
| **Subject:** | 10-K Considerations |
| **Attachments:** | 2015 YE 10-K Impairment Price Environment Reserves for IOL Consideration.docx |

.... As discussed, this was reviewed with DSR – no final decisions have been made on any aspects of this.

*Joe M. Horne*
*Accounting Policy Manager*
*Exxon Mobil Corporation*
*972.444.1257*
*Fax 972.444.1270*
*joseph.m.horne@exxonmobil.com*

**App. 665**

CONFIDENTIAL                                                          EMC_RAMIREZ 000132807

# 10-K Disclosure Review

## Background

- SEC placing increased focus on how companies have disclosed the impacts of, and responses to, the price environment
- PwC study indicates particular SEC staff interest in impacts on liquidity, capital resources, and results of operations
- Staff requesting companies to disclose impacts if prices do not increase
- Significant focus on both qualitative AND quantitative impacts

## Potential Enhancement Considerations

- Low Price Environment

- Volume Effects related to changing fiscal terms

- Clarifying the effect on earnings / cash flows of certain risks

- Positioning to implement any potential SEC comment letter resolutions on a prospective basis, as opposed to amending a past filing

Attorney-Client Privilege

**App. 666**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A

Key Areas for Potential Disclosure Revision – Price Environment / Volumes

| Page | Section | Theme | Potential Enhancement | Considerations |
|------|---------|-------|----------------------|----------------|
| 2 | Risk Factors – Supply and Demand | Low Price Environment | At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition, proved reserves, and the amount spent to develop oil and natural gas reserves"** | More directly articulates the risk EM faces in the current price environment |
| 6 | Disclosure of Reserves | Low Price Environment | *Add something along the lines of*<br><br>*Option 1 (Specific):* ***"When oil and gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America, could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."***<br><br>*Option 2 (Generic):* ***"When oil and gas prices are in the range seen in late 2015 for an*** | Addresses need to adequately "foreshadow" material events that could reasonably occur. Inclusion in the 10-K, using option 1, might eliminate the need to signal in 3Q'16 a potential material debook if prices stay at current levels. SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |

[ PAGE  \\* MERGEFORMAT ]

Attorney-Client Privilege

**App. 667**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A.001

| Page | Section | Theme | Potential Enhancement | Considerations |
|---|---|---|---|---|
| | | | *extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover.  In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.”* | |
| 41 | MD&A Forward-Looking Statements | Volumes | Change “…the outcome of commercial negotiations…” to **“…the impact of fiscal and commercial terms…”** | More directly indicates that fiscal terms can have “built-in” effects on volumes |
| 42 / 43 | MD&A - Business Environment and Risk Assessment - Upstream | Low Price Environment | Consider mentioning “challenging environment” as was included in Downstream section in 2014 10-K, or otherwise expanding discussion of low prices in last paragraph | Update disclosures to address changes in US, DS, and Chem business environments since last year’s 10-K |
| 43 | MD&A - Business Environment and Risk Assessment – Downstream | Low Price Environment | Revise commentary related to “challenging environment” that was included in 2014 10-K | Update disclosures to address changes in US, DS, and Chem business environments since last year’s 10-K |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 668**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A.002

| Page | Section | Theme | Potential Enhancement | Considerations |
|---|---|---|---|---|
| 56 | MD&A – Critical Accounting Estimates – Oil and Gas Reserves | Low Price Environment | Following the last paragraph, insert language along the lines of the following:<br><br>Option 1 (Specific): **"When oil and gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."**<br><br>Option 2 (Generic): **"When oil and gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved** | Addresses need to adequately "foreshadow" material events that could reasonably occur. SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 669**

CONFIDENTIAL                                                      EMC_RAMIREZ 000132808-A.003

| Page | Section | Theme | Potential Enhancement | Considerations |
|---|---|---|---|---|
| | | | *reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover.  In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil.  We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."* | |
| 57 | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment | Low Price Environment | Consider mentioning that EM undertook a review of major Upstream assets and concluded all will recover their respective book values. | High focus area for SEC.  Additional language in this area might be viewed as a positive by the SEC and could pre-empt more extensive and invasive requests. |
| 101 | Supplemental Information on O&G E&P Activities – Oil and Gas Reserves | Low Price Environment | Consider inserting, perhaps before the paragraph beginning "In the proved reserves tables,…" something along the lines of the following:<br><br>*Option 1 (Specific):* **"When oil and gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves.  Amounts required to be de-booked** | Addresses need to adequately "foreshadow" material events that could reasonably occur.  SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 670**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A.004

| Page | Section | Theme | Potential Enhancement | Considerations |
|------|---------|-------|----------------------|----------------|
| | | | *as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."*<br><br>*Option 2 (Generic):* ***"When oil and gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."*** | |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 671**

CONFIDENTIAL                                                                EMC_RAMIREZ 000132808-A.005

| Page | Section | Theme | Potential Enhancement | Considerations |
|------|---------|-------|-----------------------|----------------|
|      |         |       |                       |                |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 672**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A.006

Other Disclosures to Enhance Clarity

| Page | Section | Theme | Potential Enhancement | Considerations |
|---|---|---|---|---|
| 41 | MD&A Forward-Looking Statements | Earnings | Change second sentence to "Actual **future financial and operating** results..." | More directly articulates the effect low prices could have |
| 41 | MD&A Overview | Earnings | After first sentence in second paragraph, insert something along the lines of **"The company's integrated business model, with substantial investments in upstream, downstream, and chemical businesses, can produce strong results in a variety of industry conditions."** | Includes in the 10-K a key theme that otherwise appears to not be mentioned |
| 48 | MD&A – Liquidity and Capital Resources | Low Price Environment | Consider changing the second sentence in the third paragraph to "**Despite current low prices,** internally generated funds are expected to cover…". | Refreshes disclosure to better articulate effect of current price environment and provides reassurance regarding EM's financial strength. |
| 55 | MD&A - Inflation and Other Uncertainties | Low Price Environment | Consider changing the discussion of inflation (especially in reference to "…higher operating and capital costs in recent years.") to reference low price environment leading to deflation / lower service costs in some areas of business. | Refreshes disclosure to better articulate effect of current price environment |
| 57 | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment | Low Price Environment | In second full paragraph, mention something about also necessary to estimate industry service costs, which tend to track prices in broad terms. | Refreshes disclosure to better articulate effect of current price environment. Provides insight regarding mitigating factors in a low-price environment. |
| | | | | |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 673**

EMC_RAMIREZ 000132808-A.007

| Page | Section | Theme | Potential Enhancement | Considerations |
|------|---------|-------|----------------------|----------------|
|      |         |       |                      |                |
|      |         |       |                      |                |

[ PAGE  \* MERGEFORMAT ]

Attorney-Client Privilege

**App. 674**

CONFIDENTIAL

EMC_RAMIREZ 000132808-A.008

# Exhibit 45

Message
_____

**From:**        prestipino, vincent l [prestipino, vincent l]
**Sent:**        10/20/2016 3:45:38 PM
**Subject:**     XOM 3Q'16 10-Q Disclosures - Potential YE Reserves Debook
**Attachments:** 3Q 10Q Disclosure Considerations ver 13_without back-up.pdf; Heavy Oil SEC Pricing Model Sep 30.pptx


Tom: Dallas Controller's are proposing to include commentary on potential year-end reserve debooks in ExxonMobil's 3Q'16 Form 10-Q (financial statements) which will be filed with the SEC on Nov. 2.  Attached is a draft of the deck that David Rosenthal plans to cover with RWT later this afternoon, which includes the proposed commentary.

**Case for Action**
- Despite the fact the reserves debook will not occur until year-end, SEC regulations requires management to discuss potential material scenarios that could occur in the near term, post the date of the financial statements (Sep. 30, 2016) and include a quantitative disclosure if reasonably available.

- Kearl represents approximately 15% of ExxonMobil's total proved reserves (as reported in the 2015 10-K: 24.8 MOEB) and accordingly may be considered material

- With October YTD SEC price for Kearl:  ~$16.5/ bbl; and preliminary full year 2016 outlook for unit lifting cost in $21 / bbl range, this would suggest that it is likely that we would need to debook Kearl proved reserves

- Would require bitumen realization to be ~45 USD/bbl in Nov & Dec to breakeven (~20 USD/bbl higher than Oct 1 bitumen realization of ~24.5 USD/bbl)

SEC Pricing Methodology – Proposed Update
- With a change in underlying market participants for Kearl bitumen post KEP start-up, that is an expansion to the U.S. gulf coast, we are proposing to update our methodology for calculating the Kearl SEC price.
- At year-end 2015 we assumed local <u>Alberta market only </u>for determining differentials (historically most heavy oil volumes custody transfer locally)
- In 2016 we propose to
- Pricing principles remain unchanged; proposed methodology better reflects post KEP start-up market access and is more closely aligned with approach for calculation of externally reported bitumen realizations
- *Old price would have required realization to be ~30 USD/bbl in Nov & Dec to breakeven    (3 USD/bbl higher than Oct 1 bitumen realization of 26.46 USD/bbl) (not shown)*


**Vincent L. Prestipino**
Americas - Upstream Controller

**Exxon Mobil Corporation**
22777 Springwoods Village Parkway
N3.5B.551
Spring, Texas 77389

1-832-624-7448 Office
1-703-304-7476 Mobile / Cell

**App. 675**

CONFIDENTIAL                                                            EMC_RAMIREZ 000142568

# Exhibit 46

Message

_____

| | |
|---|---|
| **From:** | Horne, Joseph M [joseph.m.horne@exxonmobil.com] |
| **Sent:** | 1/28/2016 1:32:07 AM |
| **To:** | Littleton, Stephen A [stephen.a.littleton@exxonmobil.com] |
| **CC:** | Melocik, Sandra G [sandra.g.melocik@exxonmobil.com] |
| **Subject:** | notes for DSR |
| **Attachments:** | 2015 10-K Potential Enhancements RWT - DSR Review talking points.docx |

I've taken a stab at creating some potential talking points / backup for DSR as shown in BLUE.   Let me know if you can think of any other major items… thanks.


*Joe M. Horne*
*Accounting Policy Manager*
*Exxon Mobil Corporation*
*972.444.1257*
*Fax 972.444.1270*
*joseph.m.horne@exxonmobil.com*


**App. 676**

CONFIDENTIAL                                                    EMC_RAMIREZ 000167597

# 10-K Disclosure Review

Price environment throughout 2015/16 has generated substantial financial and general media attention – significant SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  + *Representatives of the Office of Chief Acct and CorpFin attend portion of the API Accounting Subcommittee meetings with other "Controller's" types from large O&G companies*
  + *Invited to share with API their observations related to reviews of O&G companies' SEC filings*
  + *Supervisor of industry group in CorpFin that writes comment letters is often in attendance, and is especially specific regarding what types of disclosure / lack of disclosure they look for*

- PwC compilation of recent SEC comments to oil & gas companies confirms emphasis
  + *PwC periodically publishes a compilation of recent SEC comments and PwC's analysis and observations related to certain industries*
  + *This particular one was published in October 2015 and covers letters between Sept '14 and Aug '15*

- Recent public comments by senior SEC officials and others
  + *SEC comments on extended "back and forth" was made at the December Fin Execs Int'l Committee on Corp Reporting conference in December*
  + *SEC comments on Enforcement's valuation and impairment issues interest were made at the FEI's annual Conference in December by SEC's Chief Accountant in Division of Enforcement*

**App. 677**

CONFIDENTIAL                 EMC_RAMIREZ 000167590

# 10-K Disclosure Review

## Implications of price environment and SEC focus for industry / ExxonMobil

- Low commodity prices and continued downgrade of industry credit ratings raise expectations that even the largest companies are at risk *(Moody' placed 120 issuers in O&G on "review" status. S&P has downgraded many O&G companies + Alaska)*

- Widespread, material impairments among competitors leaves impression that ExxonMobil is an outlier

- No SEC comment letter since 2013; anticipate SEC letter in 2016 *(SEC required to "review" us at least every three years. No requirement to send us a letter. So in theory they could have reviewed us in 2014/15 and NOT sent a letter – but this is unlikely)*

- Business and financial reporting environments suggest careful re-consideration of certain 10-K disclosures is appropriate *(SEC is on record stating that when a company reflects an unusual earnings or other disclosure event in a filing that could have been reasonably anticipated, they review prior filings to see if the company had made any mention of that possible event)*

⟹ + Should reduce risk SEC will require amendment of 10-K; higher likelihood that changes, if any, can be addressed in future filings *(Many SEC comments start out with the phrase "Please revise your disclosure to …" which requires an amended, refiled document. This is the type of situation we need to avoid.)*

Attorney-Client Privilege                    [ PAGE  \* MERGEFORMAT ]

**App. 678**

CONFIDENTIAL                                        EMC_RAMIREZ 000167591

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 2 | Low Price Environment | <u>Risk Factors – Supply and Demand</u><br>At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves."** | More directly articulates the risk EM faces in the current price environment |
| 5 | Low Price Environment | <u>Properties – Disclosure of Reserves – Summary of Oil and Gas Reserves</u><br>Insert the following in the middle of the introductory paragraph, after "…12-month period.": **"When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Otherwise,"** no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves <u>as of that date</u>". | Signal that early 2016 prices, if sustained, could impact reserves (i.e., Kearl) and could be viewed as an "adverse event". |
| 6 / 43 | Low Price Environment - Volumes | <u>Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream</u><br>**The Corporation anticipates several projects will come online over the next few years providing additional production capacity.** However, actual volumes will vary from year to year due to the timing of individual project start-ups, the pace of capital spending, operational outages, reservoir performance, performance of enhanced oil recovery projects, regulatory changes, the impact of fiscal and commercial terms, asset sales, weather events, price effects on production sharing contracts, **economic considerations in a low-price environment,** and other factors described in Item 1A. Risk Factors. | Recognize impact of capital spending levels and the low price environment on future production. |

**App. 679**

CONFIDENTIAL                                                                 EMC_RAMIREZ 000167592

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves /  MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves<br> Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur.  In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time.  *(continued low prices could make it abundantly clear, say by mid-year, that a debook of reserves for YE 2016 is very likely – could require further 10-Q disclosure)* |
| 41 | Earnings | MD&A Forward-Looking Statements<br>Change second sentence to "Actual future **financial and operating** results..." | More directly articulates the potential effect of low prices |
| 42/43 | Low Price Environment | MD&A - Business Environment and Risk Assessment – Upstream and Downstream<br>Update disclosures as follows:<br><br>Upstream - **"The upstream industry environment has been challenged throughout 2015 with abundant crude oil and natural gas supply causing commodity prices to decrease to levels not seen since 2003.  However, current market conditions are not necessarily indicative of future conditions."**<br><br>Downstream – "The downstream industry environment **improved in 2015.  Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific.  Refineries in North America continue to benefit from lower raw material and energy costs due to the abundant supply of crude oil and natural gas."** | Update disclosures to address changes in Upstream and Downstream business environments since last year's 10-K.  No change required for Chemical. |

Attorney-Client Privilege                    [ PAGE   \* MERGEFORMAT ]

**App. 680**

CONFIDENTIAL                                                                EMC_RAMIREZ 000167593

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 55 | Low Price Environment | **MD&A – Market Risk, Inflation and Other Uncertainties**<br>Update language "The Corporation's assessment is that its operations will continue to be successful **over the long term** in a variety of market conditions. This is the outcome of disciplined investment and asset management programs". | Clarifies that the Corporation's assessment is a long-term view |
| 55 | Low Price Environment | **MD&A - Inflation and Other Uncertainties**<br>Refresh the discussion of inflation (especially in relation to "…higher operating and capital costs in recent years…") to reference low price environment leading to deflation / lower service costs in some areas of business. | Refreshes disclosure to better articulate effect of current price environment |
| 56-57/68 | Low Price Environment | **MD&A – Critical Accounting Estimates – Impact of Oil and Gas Reserves on Depreciation / Note 1 – Summary of Accounting Policies**<br>Added the following language **"In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used".** *(need this in 10-K so we DON'T have to make a highly visible update to our 10-Q in order to clarify our Accounting Policy, in the event we have to implement straight-line amortization for certain producing properties)* | Enhances disclosure to foreshadow EM's approach in the event that proved reserves for a major property are debooked due to SEC price-related rules. |
| 56-57/68 | Low Price Environment | **MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment / Note 1 – Summary of Accounting Policies**<br>**Reword/Revise as follows:**<br><br>**The Corporation performs impairment assessments** whenever events or circumstances indicate that the carrying amounts **of its long-lived assets (or groups of assets)** may not be recoverable **through future operations or disposition.** Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets **for this assessment.**<br><br>Potential trigger events for impairment evaluation include:<br>• **A significant decrease in the market price of a long-lived asset;**<br>• **A significant adverse change in the extent or manner in which an asset is being used or in its physical condition including** a significant decrease in current and projected reserve volumes; | High focus area for SEC. Broaden discussion to cover Downstream and Chemical.<br><br>Additional language in this area might be viewed as a positive by the SEC and could pre-empt more extensive comments and requests.<br><br>Refreshes disclosure to better articulate effect of current price environment. Provides insight regarding |

Attorney-Client Privilege

[ PAGE   \* MERGEFORMAT ]

**App. 681**

CONFIDENTIAL

EMC_RAMIREZ 000167594

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | • **A significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;**<br>• An accumulation of project costs significantly in excess of the amount originally expected;<br>• A current-period operating losses combined with a history and forecast of operating or cash flow losses; and<br>• **A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life**<br><br>The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses **and other profitability reviews** assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.<br><br>In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.<br><br>**If there is a trigger event,** the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed **using estimates for future** crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field **and facility** production profiles. These evaluations make use of the Corporation's price, **margin, volume, and cost assumptions** developed in the annual planning and budgeting process, and **are consistent with the criteria management uses to evaluate** | mitigating factors in a low-price environment.<br><br>*(key drivers for changing include*<br><br>*better alignment with requirements of the impairment standard;*<br><br>*emphasizing that assumptions are consistent with annual Plan, and apply to Downstream and Chemical as well;*<br><br>*providing evidence that we take the impairment Standard seriously and undertook significant incremental effort in 2015;*<br><br>*anticipating that the SEC will be highly focused on impairment in their review of our 10-K, and expects additional color regarding assumptions and foreshadowing;*<br><br>*Note that the last paragraph, describing our 2015 evaluation work, follows very closely to the themes PwC articulated in the BAC discussion.)* |

**App. 682**

CONFIDENTIAL                                                                                    EMC_RAMIREZ 000167595

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| | | **investment opportunities**.  Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.<br><br>[The following paragraph is only included in MD&A]<br><br>**In light of continued weakness in oil and gas prices in late 2015, the Corporation undertook an effort to assess the recoverability of its major long-lived assets most at risk for potential impairment. The results of this assessment indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets. The assessment reflects crude oil and natural gas prices that are generally consistent with the long-term price forecasts published by third-party industry experts. Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future. Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for impairment.  Due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate a range of potential future impairments related to the Corporation's long-lived assets.** | |
| 57 | Lower of Cost or Market | MD&A – Critical Accounting Estimates – Inventory<br>Add a new section titled "**Inventories**" as follows:<br>**Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO).  If crude oil, natural gas, petroleum product and chemical product prices continue in the range seen in early 2016, the Corporation could be subject to a lower of cost or market inventory valuation adjustment.** | Highlight the potential for a LCM write-down in MD&A with forward looking information. *(address SEC's requirement to foreshadow)* |
| 69 | Lower of Cost or Market | Note 3 – Miscellaneous Financial Information<br>Add language regarding the potential for a LCM write-down, "**If crude oil, natural gas, petroleum product and chemical product prices continue to decline, the Corporation could be subject to a lower of cost or market inventory valuation adjustment.**" *(in Notes, we should avoid forward-looking statements or expectations)* | Highlight the potential for a LCM write-down excluding forward looking information. |

Attorney-Client Privilege                    [ PAGE  \* MERGEFORMAT ]

**App. 683**

CONFIDENTIAL                                    EMC_RAMIREZ 000167596

# Exhibit 47

Nathan R. Lindell
nlindell@rgrdlaw.com

October 19, 2023

<u>VIA EMAIL</u>

Daniel Toal
Paul, Weiss, Rifkind, Wharton
  & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064
dtoal@paulweiss.com

> Re:    *Ramirez v. Exxon Mobil Corp., et al.*,
>          No. 3:16-cv-3111-K (N.D. Tex.)

Dear Dan:

I write on behalf of Lead Plaintiff Greater Pennsylvania Carpenters Pension Fund ("Plaintiff") to follow up on our October 13, 2023 call regarding Lead Plaintiff's First Request for Production of Documents to Defendants (the "Requests") and Defendants' responses and objections thereto (the "R&Os").

## I.    GENERAL MATTERS

### A.    Defendants' Previous Production

Defendants have objected to every Request as "overly broad, unduly burdensome, and not proportional to the needs of the case" on the basis of their previous production of documents in this case pursuant to Paragraph 4 of the Class Certification Scheduling Order entered by the Court on September 17, 2018 (ECF 71). *See, e.g.*, R&Os at 10.  As explained during the call, in order for Plaintiff to assess the legitimacy of these objections and pursue discovery of relevant materials that were not previously searched for and/or produced in this case, it is imperative for Plaintiff to have full transparency into the scope of Defendants' document production to date.  Accordingly, we requested that Defendants provide us a detailed description of: (i) the scope of productions made by Exxon to the Office of the New York Attorney General ("NYAG") and the U.S. Securities and Exchange Commission ("SEC") (the "Government Productions"); and (ii) the manner by which Exxon determined which subset of documents from the Government Productions would be produced in this case.  During our call, you agreed to do so.  Further to that agreement, we request that Defendants promptly provide the following information:

1.    With regard to the Government Productions: (i) all custodians whose files were searched; (ii) any specific search terms applied to such custodians' files; (iii) the date

**App. 684**

ranges for which any such search terms were applied; (iv) a description of any other methods used by Exxon to locate documents to be included in the Government Productions; (v) a description of any responsiveness, privilege, or other filters that were applied by Exxon to the documents gathered by the above processes prior to making the Government Productions; and (vi) the total number of documents and pages produced to the NYAG and SEC, respectively; and

2. With regard to the subset of documents from the Government Productions that were produced in this case: (i) any specific search terms that were applied to the Government Productions; (ii) whether such search terms were applied to the entirety of the Government Productions or some subset thereof (*e.g.*, specific custodians, date ranges, or any other limitations); (iii) a description of any other methods used by Exxon to identify documents from the Government Productions to be produced in this case; and (iv) a description of any responsiveness, privilege, or other filters that were applied by Exxon to the documents gathered by the above processes prior to producing documents in this case.

**B.    Approach to Further Productions in This Case**

On the call, we proposed that the parties work collaboratively to agree upon search terms to be run across the files of an agreed set of relevant custodians in order to identify documents responsive to the Requests, which can then easily be de-duped against Defendants' previous production. You agreed to consider any such proposals. A proposed set of search terms and custodians is set forth in the attached Exhibit A, and further explained herein. We are, of course, willing to meet and confer regarding these search parameters and will consider making any appropriate changes that may be warranted by the information Defendants provide in response to the requests set forth in §I.A., *supra*.

**C.    Kearl Claims**

As explained on the call, several of Defendants' R&Os (*see, e.g.*, Responses to Request Nos. 2, 3, 9, 19, and 20) are based on the false premise – consistent with Defendants' erroneous assertion in the parties' October 4, 2023 Joint Report Regarding Case Schedule – that Plaintiff's claims regarding the Kearl operation are limited to an allegation "that ExxonMobil should have de-booked its proved reserves at Kearl as of year-end 2015, rather than the following year." ECF 179 at 9. This mischaracterizes Plaintiff's claims in two ways. First, it ignores entirely Plaintiff's claim that Exxon's 2015 Form 10-K materially misled investors by concealing that Exxon's Canadian bitumen operations – and specifically, Kearl – were suffering significant losses, which was a point of emphasis during the June 7, 2022 class certification hearing. *See* ECF 36 ("Complaint"), ¶¶342-346; ECF 62 ("MTD Order") at 22-25; ECF 178 ("Certification Order") at 8; *see also, e.g.*, ECF 176 (June 7, 2022 Hearing Tr.) at 30-35, 37, 71-72, 170; EMC_RAM 000000001 at EMC_RAM 000000075. Thus,

**App. 685**

contrary to Defendants' R&Os, any discovery related to the profitability of Kearl, specifically, or the Canadian bitumen operations, generally, is plainly relevant to Plaintiff's claims.  Second, Plaintiff does not allege that Exxon "should have de-booked its proved reserves at Kearl as of year-end 2015"; but rather, that Defendants materially misled investors by concealing the virtual certainty that Kearl's proved reserves would need to be de-booked "at year-end 2016."  *See, e.g.*, Complaint, ¶¶285-286; MTD Order at 25-29; Certification Order at 9-10.  As such, any discovery regarding Exxon's analysis or understanding of Kearl's proved reserve status or any of the factors related to that status is also relevant to Plaintiff's claims.

### D.    Relevant Time Period

As discussed on the call, Plaintiff proposes the following compromise regarding the relevant time period for the Requests: March 1, 2015 through March 31, 2017, except for (i) any documents and communications concerning or related to any recoverability and/or impairment-related analyses regarding the RMDG assets, for which the relevant time period shall be October 1, 2014 through March 31, 2017, and (ii) any Requests for which a specific relevant time period is set forth in the Request, for which such period shall serve as the relevant time period.  As explained during the call, the basis for Plaintiff's proposed start date of March 1, 2015 comes from documents confirming that Exxon was analyzing and discussing operating losses at Kearl at least as early as the first half of 2015.  *See, e.g.*, EMC_RAM_000000001; EMC_RAM_001592970.

## II.    SPECIFIC REQUESTS

### A.    Request Nos. 1, 3, and 17

As explained on the call, any documents responsive to these Requests are relevant to Plaintiff's claims regarding the Kearl operation.  In an effort to narrow the scope of these Requests and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.1 of the attached Exhibit A and are responsive to these Requests.

### B.    Request Nos. 2, 9, 13, 14, 16, 19, and 20

As explained on the call, any documents responsive to these Requests are relevant to Plaintiff's claims to the extent they relate to either the Kearl operation or Exxon's RMDG assets.  In an effort to narrow the scope of these Requests and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §§A.1 or A.2 of the attached Exhibit A and are responsive to these Requests.

**App. 686**

### C.    Request Nos. 4 and 18

As explained on the call, any documents responsive to these Requests are relevant to Plaintiff's claims regarding Exxon's RMDG assets.  In an effort to narrow the scope of these Requests and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.2 of the attached Exhibit A and are responsive to these Requests.

### D.    Request No. 5

Plaintiff is willing to limit this Request to documents and communications concerning or related to natural gas pricing.  As such, Plaintiff requests that Defendants produce any non-privileged documents that hit on any of the search terms set forth in §A.3 of the attached Exhibit A and are responsive to this Request.

### E.    Request No. 6

As explained on the call, any documents responsive to this Request are relevant to Plaintiff's claims.  In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.4 of the attached Exhibit A and are responsive to this Request.

### F.    Request No. 7

As explained on the call, any documents responsive to this Request are relevant to Defendants' scienter.  *See, e.g.*, Complaint, ¶¶195-214, 393-398; MTD Order at 32-33.  In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.5 of the attached Exhibit A and are responsive to this Request.

### G.    Request No. 8

As stated on the call, Plaintiff is willing to defer further discussion regarding this Request until after we receive Defendants' response to Interrogatory No. 21 in Lead Plaintiff's First Set of Interrogatories to Defendants.

**App. 687**

**H.      Request Nos. 10 and 15**

As explained on the call, any documents responsive to these Requests are relevant to the extent they relate to the issues underlying Plaintiff's claims.  In an effort to narrow the scope of these Requests and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §§A.1, A.2, or A.6 of the attached Exhibit A and are responsive to these Requests.

**I.      Request Nos. 11 and 12**

In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.7 of the attached Exhibit A and are responsive to this Request.

**J.      Request No. 21**

In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.8 of the attached Exhibit A and are responsive to this Request.

**K.      Request Nos. 22 and 26**

In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in Exhibit A and are responsive to these Requests.

**L.      Request No. 24**

Documents responsive to this Request are relevant to Defendants' scienter and potential bias. In an effort to narrow the scope of this Request and reduce Defendants' purported burden in producing responsive documents, Plaintiff proposes that Defendants limit their production to any non-privileged documents that hit on any of the search terms set forth in §A.9 of the attached Exhibit A and are responsive to this Request.

**App. 688**

**M.    Request No. 27**

As stated on the call, Plaintiff is willing to forego this Request if Defendants confirm that their custodial searches in this case will include all accessible text messaging accounts and email accounts for the applicable custodians.

**N.    Request No. 28**

As stated on the call, Plaintiff is willing to limit this Request to the current or most recent resume or curriculum vitae for each document custodian in this case, to the extent such materials can be located through a reasonable search by Defendants.

**O.    Request No. 31**

As stated on the call, Plaintiff is willing to limit this Request to documents sufficient to identify the organizational structure and reporting lines throughout the relevant time period of March 1, 2015 through March 31, 2017 for Exxon's senior management, accounting department, and any departments responsible for activities related to the Kearl operation or Exxon's RMDG assets.

**P.    Request No. 32**

As stated on the call, Plaintiff is willing to limit this Request to documents sufficient to identify Exxon's document and ESI retention, preservation, and/or destruction policies in place from January 1, 2015 to the present, while expressly reserving Plaintiff's right to seek additional documents and communications responsive to this Request at a later date.

Regards,

NATHAN R. LINDELL

NRL:llf

Attachment

**App. 689**

**Exhibit A**
**Plaintiff's Proposed Search Terms and Custodians**
**October 19, 2023**

**Search Terms**

**A.1    Relevant Time Period:** March 1, 2015 through March 31, 2017

Kearl* or KRL or KEP or KFTT or KID or KMDB or KPG or KPTT or KDeOx or KPDB or KTDE or bitumen or "oil sands" or "tar sands" or Alberta or (Canada w/2 West*) or WCMP or Imperial or IOL

**A.2    Relevant Time Period:** October 1, 2014 through March 31, 2017

"Green River" or "Powder River" or Unita* or Uinta* or Piceance or "San Juan" or Raton or XTO or (Rocky* w/10 (ng or gas))

**A.3    Relevant Time Period:** October 1, 2014 through March 31, 2017

"Henry Hub"

("HH" or gas*) w/20 (pric* or forward or curve or futur* or strip* or spot or differential* or realization* or spread* or benchmark* or breakeven or "break even" or bridge or assumption* or budget* or deck* or forecast* or guide* or plan or project* or model* or outlook or "financial case" or "opportunity case" or real or nom* or MBTU or MMBTU)

(NYMEX or "New York Mercantile Exchange" or "Capital IQ" or "CME Group" or IEA or "International Energy Agency" or EIA or "Energy Information Administration" or IHS or CERA or "Cambridge Energy Research Associates" or FGA or "Facts Global Energy" or PIRA or "Petroleum Industry Research Associates" or (Wood w/1 Mac*) or WoodMac* or AECO or "Alberta Energy Company") w/20 (gas or ng))

**A.4    Relevant Time Period:** January 1, 2014 through March 31, 2017

(competit* or peer* or industry or ultra or vanguard or breitburn or anadarko or APC or eog or shell or total or bp or eni or chevron or phillips or statoil or suncor or connacher or pengrowth or harvest or athabasca or sunshine or baytex or blackpearl or teck or CNOOC or petrochina or devon or murphy) w/100 (impair* or (stress w/3 test*) or reserve* or trigger* or watchlist* or profitab* or unprofitab* or recoverab* or unrecoverab* or writedown* or writeoff* or (writ* w/2 (down* or off*)) or "negative revision" or (revis* w/3 down*) or (book w/3 loss*))

**App. 690**

**A.5    Relevant Time Period:** March 1, 2015 through March 31, 2017

((bond or debt) w/5 offer*) and ((AAA or credit or Moody* or "S&P" or (Standard w/2 Poor*) or Fitch*) w/5 (rating* or downgrad* or risk))

(((bond or debt) w/5 offer*) or ((AAA or credit or Moody* or "S&P" or (Standard w/2 Poor*) or Fitch*) w/5 (rating* or downgrad* or risk))) and (impair* or reserve* or writedown* or writeoff* or (writ* w/2 (down* or off*)) or "negative revision" or (revis* w/3 down*) or (book w/3 loss*) or debook* or "de-book")

((bond or debt) w/5 offer*) and (dividend* or buyback*)


**A.6    Relevant Time Period:** March 1, 2015 through March 31, 2017

(polic* or practice* or procedure* or process* or method* or system* or guid*) w/20 (impair* or reserve* or writedown* or writeoff* or (writ* w/2 (down* or off*)) or "negative revision" or (revis* w/3 down*) or (book w/3 loss*) or debook* or "de-book")


**A.7    Relevant Time Period:** March 1, 2015 through March 31, 2017

(Canad* or bitumen or sands or Kearl* or KRL or KEP or KFTT or KID or KMDB or KPG or KPTT or KDeOx or KPDB or KTDE or Alberta or (Canada w/2 West*) or WCMP) w/20 (grp* or group*)

((SEC or Reg or "S-X" or SX) w/5 "1204") and (Canad* or bitumen or sands or Kearl* or KRL or KEP or KFTT or KID or KMDB or KPG or KPTT or KDeOx or KPDB or KTDE or Alberta or (Canada w/2 West*) or WCMP)

(Canad* or bitumen or sands or Kearl* or KRL or KEP or KFTT or KID or KMDB or KPG or KPTT or KDeOx or KPDB or KTDE or Alberta or (Canada w/2 West*) or WCMP) and ((report* or disclose) w/20 (price* or cost*))


**A.8    Relevant Time Period:** October 21, 2016 through January 31, 2017

stock w/20 (decline* or down or change or decrease* or drop* or fell or fall or crash* or plummet*)


**A.9    Relevant Time Period:** March 1, 2015 through March 31, 2017

(Rex or Tillerson* or RT or RWT or Swiger* or APS or Woodbury or JJW or Rosenthal or DSR) w/20 (compensat* or salar* or bonus* or severance or terminat* or parachute or award*)

**App. 691**

**Applicable Custodians**

1.      Albers, Mark W.

2.      Avery, Susan K.

3.      Bagley, Donald S.

4.      Bannister, Kirsten M.

5.      Becker, David G.

6.      Bradbury, Sidney M.

7.      Braly, Angela F.

8.      Briggs, Steve J.

9.      Burns, Ursula M.

10.     Byron, Scott E.

11.     Carlson, Edwin D.

12.     Casteel, Beth E.

13.     Cebula, Scott

14.     Champine, Arthur L.

15.     Chang, Irene C.

16.     Cleveland, Randy J.

17.     Colton, William M.

18.     Comer, Hugh M.

19.     Contreras, Wally

20.     Cornish, Lucie M.

21.     Cornish, Ron

22.     Crawford, Jody

23.     Crawford, Millie

24.     Cuevas, Flor M.

**App. 692**

25. Davidson, Carolyn L.

26. Deal, Michael M.

27. Dingmore, Lindsey

28. Dobson, Monte K.

29. Dolan, Michael J.

30. DuCharme, Richard I.

31. Edwards, Brant D.

32. Ellsworth, John D.

33. Fancher, James Powell

34. Fisk, Norma

35. Frazier, Kenneth C.

36. Frederick, Kenneth A.

37. Gadgil, Abhijit G.

38. Genetti, Dominic B.

39. Greenwood, Paul

40. Hamid, Taher N.

41. Hay, Elizabeth A.

42. Hibbert, Jennifer

43. Horne, Joseph M.

44. Humphreys, Donald D.

45. Hunsaker, James K.

46. Hutton, Nina

47. Iwanika, Jason D.

48. Izzarelli, Toni M.

49. Jeffers, Alan T.

**App. 693**

50.     Kandarian, Steven A.

51.     Kemp, Simon Stephen

52.     Kestle, Stephen J.

53.     Krishna, Paul P.

54.     Kruger, Richard (Rich) M.

55.     Linderman, John T.

56.     Littleton, Stephen A .

57.     Luckasavitch, Richard J.

58.     Luettgen, Robert A.

59.     Massey, Jim R.

60.     Mizan, Tahmid I.

61.     Monahan, Tom

62.     Nauman, Scott A .

63.     Nielsen, Bruce T.

64.     Norwood, David L.

65.     Oberhelman, Douglas R.

66.     O'Connor, James

67.     Palmisano, Samuel J.

68.     Perkins, D. Samuel

69.     Perkins, Terry

70.     Pinhey, Scott

71.     Porche, Wil J.

72.     Pratt, Karen

73.     Prestipino, Vincent L.

74.     Rapaka, Raj

**App. 694**

75.   Reinemund, Steven S.

76.   Richardson, Stacy L.

77.   Roberts, Patricia L.

78.   Robertson, Sherlone L.

79.   Rosenthal, David S.

80.   Shah, Prateek

81.   Shores, Mark M.

82.   Sokul, Stanley S.

83.   Strawbridge, William N.

84.   Swan, Susan

85.   Swiger, Andrew P.

86.   Tanaka, Paul L.

87.   Tillerson, Rex W.

88.   Tinsley, Brian D.

89.   Trelenberg, Pete W.

90.   Vela, Marcos

91.   Walker, Patricia E. "Patty"

92.   Weldon, William C.

93.   Williams, Jack P.

94.   Wilson, Douglas J.

95.   Winn, Lisa

96.   Wong, Mathew J.

97.   Woodbury, Jeffrey J.

98.   Woods, Darren W.

**App. 695**

# Exhibit 48

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 173 of 490    PageID 8804

## MOODY'S
### INVESTORS SERVICE

## RATING METHODOLOGY

# Global Integrated Oil & Gas Industry

**Table of Contents:**

| | |
|---|---|
| SUMMARY | 1 |
| ABOUT THE RATED UNIVERSE | 3 |
| ABOUT THIS RATING METHODOLOGY | 5 |
| DISCUSSION OF THE GRID FACTORS | 7 |
| ASSUMPTIONS AND LIMITATIONS, AND RATING CONSIDERATIONS THAT ARE NOT COVERED IN THE GRID | 16 |
| OTHER RATING CONSIDERATIONS | 18 |
| CONCLUSION: SUMMARY OF THE GRID-INDICATED RATING OUTCOMES | 20 |
| APPENDIX A: GLOBAL INTEGRATED OIL AND GAS METHODOLOGY FACTOR GRID | 21 |
| APPENDIX B: GLOBAL INTEGRATED OIL AND GAS INDUSTRY GRID OUTCOMES | 24 |
| APPENDIX C: OBSERVATIONS AND OUTLIERS FOR GRID MAPPING | 26 |
| APPENDIX D: INTEGRATED OIL AND GAS INDUSTRY OVERVIEW | 27 |

**Analyst Contacts:**

| | |
|---|---|
| NEW YORK | +1.212.553.1653 |
| Thomas Coleman | +1.212.553.0365 |
| *Senior Vice President* | |
| thomas.coleman@moodys.com | |
| Steven Wood | +1.212.553.0591 |
| *Managing Director - Corporate Finance* | |
| steven.wood@moodys.com | |
| MOSCOW | +7.495.228.6060 |
| Julia Pribytkova | +7.495.228.6071 |
| *Vice President-Senior Analyst* | |
| julia.pribytkova@moodys.com | |

*» contacts continued on the last page*

## Summary

This rating methodology explains Moody's approach to assessing credit risk for companies in the global integrated oil and gas industry. This document is intended to provide general guidance that helps companies, investors, and other interested market participants understand how qualitative and quantitative risk characteristics are likely to affect rating outcomes for companies in the integrated oil and gas industry. This document does not include an exhaustive treatment of all factors that are reflected in Moody's ratings but should enable the reader to understand the qualitative considerations and financial information and ratios that are usually most important for ratings in this sector.

This rating methodology replaces[1] the Global Integrated Oil & Gas Industry Methodology published in November 2009. While reflecting many of the same core principles as the 2009 methodology, this updated document incorporates refinements in our analysis that better reflect key credit fundamentals of the industry. No rating changes will result from publication of this rating methodology.

This report includes a detailed rating grid and illustrative examples that compare the mapping of twenty-six rated companies against the factors in the grid. The grid provides a reference tool that can be used to approximate in most cases credit profiles within the integrated oil and gas industry. The grid provides summarized guidance for the factors that are generally most important in assigning ratings to companies in the integrated oil and gas industry. However, the grid is only a summary and does not include every rating consideration.

The weights shown for each factor in the grid represent an approximation of their importance for rating decisions but actual importance may vary substantially. In addition, the illustrative mapping examples in this document use historical results while ratings are based on our forward-looking expectations. Our ratings in this sector also consider how performance of integrated oil and gas producers can fluctuate over the commodity cycle. As a result, the grid-indicated rating is not expected to match the actual rating of each company in most cases.

This methodology is no longer in effect. For information on rating methodologies currently in use by Moody's Investors Service, visit www.moodys.com/methodologies

---

[1]    This update may not be effective in some jurisdictions until certain requirements are met.

**App. 696**

The grid contains five factors that are important in our assessments for ratings in the integrated oil and gas sector:

1. Scale

2. Business Position

3. Profitability and Returns

4. Financial Policy

5. Leverage and Coverage

Some of these factors also encompass a number of sub-factors. Since an issuer's scoring on a particular grid factor or sub-factor often will not match its overall rating, in Appendix C we include a discussion of some of the grid "outliers" – companies whose grid-indicated rating for a specific sub-factor differs significantly from the actual rating – in order to provide additional insights.

This rating methodology is not intended to be an exhaustive discussion of all factors that our analysts consider in assigning ratings in this sector. We note that our analysis for ratings in this sector covers factors that are common across all industries such as ownership, management, liquidity, corporate legal structure, governance and country related risks which are not explained in detail in this document, as well as factors that can be meaningful on a company-specific basis. Our ratings consider these and other qualitative considerations that do not lend themselves to a transparent presentation in a grid format. The grid used for this methodology reflects a decision to avoid greater complexity that would result in grid-indicated ratings that map more closely to actual ratings in favor of a simpler and more transparent presentation.

Highlights of this report include:

» An overview of the rated universe

» A summary of the rating methodology

» A description of factors that drive credit quality

» Comments on the rating methodology assumptions and limitations, including a discussion of rating considerations that are not included in the grid

The appendices show the complete rating grid (Appendix A), a table that illustrates the application of the methodology grid to the covered issuers (Appendix B), explanatory comments on some of the more significant differences between the grid-implied rating and our actual rating (Appendix C), and a brief industry overview (Appendix D).

This methodology describes the analytical framework used in determining credit ratings. In some instances our analysis is also guided by additional publications which describe our approach for analytical considerations that are not specific to any single sector. Examples of such considerations include but are not limited to the assignment of short-term ratings, the relative ranking of different classes of debt and hybrid securities, how sovereign credit quality affects non-sovereign issuers, and the assessment of credit support from other entities. Documents that describe our approach to such cross-sector methodological considerations can be found here.

For research publications that reference Credit Ratings, please see the ratings tab on the issuer/entity page on www.moodys.com for the most updated Credit Rating Action information and rating history.

**App. 697**

## About the Rated Universe

This methodology is applicable to companies that have integrated oil and gas operations ranging from upstream (exploration and production) to downstream (refining and marketing), and in some cases midstream (pipelines and transportation, including LNG and oil shipping) and chemicals. Moody's rates 26 integrated oil and gas companies globally, representing approximately $440 billion in rated debt.

The rated universe of companies is currently comprised of (1) the large majors and super-majors, which are typically rated in the Aaa, Aa and A rating categories; (2) smaller and/or more aggressively leveraged players with some regional concentration, whose ratings commonly fall into the A and Baa rating categories; and (3) national oil companies or other regionally concentrated companies, often with significant scale and political position, but with ratings primarily driven by geopolitical or sovereign-linked factors. While the average rating (or BCA in the case of GRI) for the peer group is Baa1 (based on the senior unsecured rating or CFR for most issuers, and the BCA for Government Related Issuers), this in large part reflects the distorting effect of the national oil companies and other companies in developing markets, whose ratings are constrained by various sovereign-related factors.



App. **698**

The following table illustrates the current distribution of ratings in the integrated oil and gas industry.

EXHIBIT 1

**Global Integrated Oil and Gas Industry[2]**

| Company Name | Rating | Outlook | BCA | Domicile |
|---|---|---|---|---|
| Bashneft | Ba2 | Stable | - | Russia |
| BG Energy Holdings | A2 | Negative | - | U.K. |
| BP p.l.c. | A2 | Stable | - | U.K. |
| Chevron Corporation | Aa1 | Stable | - | U.S. |
| China National Petroleum Corporation | Aa3 | Stable | a1 | China |
| China Petrochemical Corporation | Aa3 | Stable | baa1 | China |
| Ecopetrol S.A. | Baa2 | Stable | baa3 | Colombia |
| ENI S.p.A. | A3 | Negative | a3 | Italy |
| Exxon Mobil Corporation | Aaa | Stable | - | U.S. |
| KazMunayGas NC JSC | Baa3 | Positive | ba2 | Kazakhstan |
| OAO LUKOIL | Baa2 | Stable | - | Russia |
| OJSC Oil Company Rosneft | Baa1 | RUR-Down | ba1 | Russia |
| OJSC Gazprom. | Baa1 | RUR-Down | baa1 | Russia |
| OMV AG | A3 | Stable | baa2 | Austria |
| Pertamina (Persero) (P.T.) | Baa3 | Stable | baa3 | Indonesia |
| Petroleo Brasileiro S.A. - PETROBRAS | Baa1 | Negative | baa2 | Brazil |
| Petroleos de Venezuela S.A. | Caa1 | Negative | caa1 | Venezuela |
| Petroleos Mexicanos | Baa1 | RUR-Up | ba1 | Mexico |
| Petroliam Nasional Berhad | A1 | Stable | a1 | Malaysia |
| PTT Public Company Limited | Baa1 | Stable | baa2 | Thailand |
| Repsol S.A. | Baa3 | Stable | - | Spain |
| Royal Dutch Shell plc | Aa1 | Stable | - | Netherlands |
| State Oil Company of the Azerbaijan Republic | Ba1 | Stable | ba3 | Azerbaijan |
| Statoil ASA | Aa2 | Stable | "a" category | Norway |
| Tatneft OAO | Baa3 | Stable | baa3 | Russia |
| TOTAL S.A. | Aa1 | Negative | - | France |

Ratings and outlooks are as of April 29, 2014

---

[2] In general, the rating utilized for comparison to the grid-implied rating is the Corporate Family Rating (CFR) for speculative-grade issuers and the senior unsecured rating for investment-grade issuers. For issuers that benefit from rating uplift from parental support, government ownership or other institutional support, we consider the underlying credit strength or baseline credit assessment for comparison to the grid-indicated rating. For an explanation of baseline credit assessment please refer to Moody's Rating Methodology entitled "Government-Related Issuers: Methodology Update", published in July 2010. Individual debt instrument ratings also factor in decisions on notching for seniority level and collateral. Related documents that provide additional insight in this area are the rating methodologies "Loss Given Default for Speculative Grade Non-Financial Companies in the U.S., Canada and EMEA", published June 2009, and "Updated Summary Guidance for Notching Bonds, Preferred Stocks and Hybrid Securities of Corporate Issuers", published February 2007.

**App. 699**

## About This Rating Methodology

This report explains the rating methodology for integrated oil and gas companies in seven sections, which are summarized as follows:

### 1. Identification and Discussion of the Grid Factors

The grid in this rating methodology contains five factors that represent some of the key analytical considerations for assigning ratings. These five broad factors are further broken down into ten sub-factors. For each of these factors and sub-factors, we assign a weight in the grid that reflects the relative importance that usually applies for issuers in this sector.

EXHIBIT 2

**Global Integrated Oil and Gas Industry**

| Broad Rating Factors | Factor Weighting | Rating Sub-Factor | Sub-Factor Weighting |
|---|---|---|---|
| Scale | 25% | Average Daily Production (mboe/day) | 10% |
| | | Proved Reserves (mmboe) | 10% |
| | | Crude Distillation Capacity (mbbls/day) | 5% |
| Business Position | 20% | Business Position | 20% |
| Profitability and Returns | 10% | EBIT/Average Book Capitalisation | 5% |
| | | Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% |
| Financial Policy | 20% | Financial Policy | 20% |
| Leverage and Coverage | 25% | EBIT / Interest Expense | 7.5% |
| | | Retained Cash Flow / Net Debt | 10% |
| | | Debt / Book Capitalization | 7.5% |
| **Total** | **100%** | **Total** | **100%** |

### 2. Measurement or Estimation of Factors in the Grid

We explain our general approach for scoring each grid factor and show the weights used in the grid. We also provide a rationale for why each of these grid components is meaningful as a credit indicator. The information used in assessing the sub-factors is generally found in or calculated from information in company financial statements, derived from other observations or estimated by Moody's analysts.

Our ratings are forward-looking and reflect our expectations for future financial and operating performance. However, historical results are helpful in understanding patterns and trends of a company's performance as well as for peer comparisons. We utilize historical data (in most cases, the last twelve months of reported results) in this document to illustrate the application of the rating grid.

In most cases, the illustrative examples in this document use historic financial data from a recent 12 month period. However, the factors in the grid can be assessed using various time periods. For example, rating committees may find it analytically useful to examine both historic and expected future performance for periods of several years or more.

All of the quantitative credit metrics incorporate Moody's standard adjustments to income statement, cash flow statement and balance sheet amounts for various items that may relate to restructuring,

**App. 700**

impairment, off-balance sheet accounts, receivable securitization programs, under-funded pension obligations, and recurring operating leases.

For definitions of Moody's most common ratio terms please see Moody's Basic Definitions for Credit Statistics, User's Guide (June 2011, document #78480). For a description of Moody's standard adjustments, please see Moody's Approach to Global Standard Adjustments in the Analysis of Financial Statements for Non-Financial Corporations December 2010 (128137). These documents can be found at www.moodys.com under the Research and Ratings directory.

## 3. Mapping Grid Factors to the Rating Categories

After estimating or calculating each sub-factor, the outcomes for each of the sub-factors are mapped to a broad Moody's rating category (Aaa, Aa, A, Baa, Ba, B, Caa, or Ca).

## 4. Mapping Issuers to the Grid and Discussion of Grid Outliers

In Appendix B, we provide a table showing how each company maps to grid-indicated ratings for each rating sub-factor and factor. We highlight companies whose grid-indicated performance on a specific sub-factor is two or more broad rating categories higher or lower than its actual rating and discuss the general reasons for such positive and negative outliers for a particular sub-factor.

For issuers that benefit from rating uplift from parental support, government ownership or other institutional support, we consider the underlying credit strength or baseline credit assessment for comparison to the grid-indicated rating.

## 5. Assumptions and Limitations and Rating Considerations Not Included in the Grid

This section discusses limitations in the use of the grid to map against actual ratings, some of the additional factors that are not included in the grid but can be important in determining ratings, and limitations and assumptions that pertain to the overall rating methodology.

## 6. Determining the Overall Grid-Indicated Rating

To determine the overall grid-indicated rating, we convert each of the sub-factor ratings into a numeric value based upon the scale below.

EXHIBIT 3

**Numeric Rating Value**

| Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|-----|----|----|-----|----|----|-----|-----|
| 1 | 3 | 6 | 9 | 12 | 15 | 18 | 20 |

The numerical score for each sub-factor is multiplied by the weight for that sub-factor with the results then summed to produce a composite weighted-factor score. The composite weighted factor score is then mapped back to an alphanumeric rating based on the ranges in the table below.

**App. 701**

EXHIBIT 4

**Mapping of Total Factor Scores**

| Grid-Indicated Rating | Aggregate Weighted Total Factor Score |
|---|---|
| Aaa | x < 1.5 |
| Aa1 | 1.5 ≤ x < 2.5 |
| Aa2 | 2.5 ≤ x < 3.5 |
| Aa3 | 3.5 ≤ x < 4.5 |
| A1 | 4.5 ≤ x < 5.5 |
| A2 | 5.5 ≤ x < 6.5 |
| A3 | 6.5 ≤ x < 7.5 |
| Baa1 | 7.5 ≤ x < 8.5 |
| Baa2 | 8.5 ≤ x < 9.5 |
| Baa3 | 9.5 ≤ x < 10.5 |
| Ba1 | 10.5 ≤ x < 11.5 |
| Ba2 | 11.5 ≤ x < 12.5 |
| Ba3 | 12.5 ≤ x < 13.5 |
| B1 | 13.5 ≤ x < 14.5 |
| B2 | 14.5 ≤ x < 15.5 |
| B3 | 15.5 ≤ x < 16.5 |
| Caa1 | 16.5 ≤ x < 17.5 |
| Caa2 | 17.5 ≤ x < 18.5 |
| Caa3 | 18.5 ≤ x < 19.5 |
| Ca | x ≥ 19.5 |

For example, an issuer with a composite weighted factor score of 11.7 would have a Ba2 grid-indicated rating. We used a similar procedure to derive the grid indicated ratings shown in the illustrative examples.

## 7. Appendices

The Appendices provide illustrative examples of grid-indicated ratings based on historical financial information and also provide additional commentary and insights on our view of credit risks in this industry.

## Discussion of the Grid Factors

The grid for integrated oil and gas companies focuses on five broad factors:

1. Scale

2. Business Position

3. Profitability and Returns

4. Financial Policy

5. Leverage and Coverage

App. **702**

MOODY'S INVESTORS SERVICE                                                                                      CORPORATES

### Factor 1: Scale (25% Weight)

#### Why it Matters

Scale is a very important rating factor. Larger integrated oil and gas companies benefit from greater asset diversification, financial resources and liquidity, and economies of scale. They can withstand shocks or downturns better than smaller firms. Size also tends to strongly correlate with other positive characteristics such as operating success, longevity, and diversification, whether it is geographic, by commodity, by price realizations, etc.

#### How We Assess it For the Grid

Scale is measured (estimated in the case of forward-looking expectations) using proved reserves, average daily production and total crude distillation capacity.

*Proved Reserves*

Proved reserves represent a store of current and future value that can be quantified and compared among companies. For credit purposes, we rely only on proved reserves, which is consistent with industry lending practices and conservatism in evaluating debt protection (as opposed to equity valuation, which focuses on upside growth potential). Proved reserves are estimated by petroleum engineers who are either company employees or external reserve engineers. They come from known reservoirs and can be produced with "reasonable certainty" under current pricing and technological operating assumptions. For financial reporting, reserve estimates are generally prepared annually and disclosed as supplements to the financial statements.

*Average Daily Production*

Production is the source of current cash flow and, in contrast to reserves, can be measured very accurately via regular reporting of revenues and volumes in the financial statements. Assessing a company's production and sources of projected growth is essential to judging credit risk. As with reserves, large production is a distinguishing characteristic for the integrated companies.  They typically have a mature and diversified base of stable cash generating fields that underpins drilling programs and capital investment. Companies can project production out three to five years with some degree of visibility based on current development projects and identified discoveries.

*Crude Distillation Capacity*

Crude distillation capacity is a good proxy for the scale of the overall downstream operations.  Most integrated companies also have sizable retail marketing operations that are closely integrated with their refining systems. While crude distillation capacity is not a guarantee of acceptable returns in an industry that is susceptible to excess capacity, size is critically important since it typically implies economies of scale in a business with high fixed costs, and provides opportunities to leverage critical mass to benefit from supply synergies. Scale also tends to imply diversification for companies with a number of large refineries and an extensive chain of retail outlets. Conversely, other measures such as market share, while sometimes useful, may not adequately reflect a company's bargaining clout in highly commoditized markets.

**App. 703**

FACTOR 1
**Scale (25%)**

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Average Daily Production (mboe/day) | 10% | ≥2,750 | 1,100 – 2,750 | 550 – 1,100 | 140 - 550 | 55 - 140 | 20 - 55 | 10 - 20 | <10 |
| Proved Reserves (mmboe) | 10% | ≥10,000 | 5,000 - 10,000 | 2,000 -5,000 | 500 - 2,000 | 100 - 500 | 30 - 100 | 10 - 30 | <10 |
| Crude Distillation Capacity (mbbls/day) | 5% | ≥3,000 | 2,000 - 3,000 | 1,000 - 2,000 | 500 - 1,000 | 250 - 500 | 50 - 250 | 25 - 50 | <25 |

A table that illustrates grid mapping results for Factor 1 is included in Appendix B. A discussion of outliers for companies in the sample is included in Appendix C.

### Factor 2: Business Position (20% Weight)

#### Why it Matters

The Business Position factor is an indicator of the capacity of an integrated oil and gas company to generate large, recurrent and diversified streams of operating cash flow in order to support the execution of complex, capital intensive projects and sustain its business model in the long term.

In considering the business position of an integrated oil and gas company, Moody's focuses on the size and diversity of its hydrocarbon resource base, the breadth and depth of its project execution capabilities and technological know-how, and the degree of its integration along the oil and gas value chain.

#### How We Assess it For the Grid

*Size and Diversity of Hydrocarbon Base*

To assess the strength of the hydrocarbon resource base of an integrated oil and gas company, Moody's considers a range of factors characterising its oil and gas upstream asset portfolio. While proved reserves constitute the most reliable indicator of a company's cash generating capacity in the near to intermediate term, other commercial reserves that have yet to be proven as well as contingent resources provide a useful pointer for the company's ability to access resources and replenish proved reserves, which will underpin its production profile in the longer term. Also, while unproven reserves and contingent resources typically consume as opposed to generate cash, they constitute a store of value and source of additional financial flexibility for the company, which can be realised through the monetisation of assets at different stages of the life of a project.

It is also important to consider the geological make-up and geographical diversity of the company's asset base. The large integrated companies tend to operate in more geographic areas and geologic basins, providing significant protection from a range of industry conditions such as lower commodity prices, downstream margin squeezes, unexpected internal or political disruptions to operations, quality or basis (location) differentials that affect realized prices, rising oil field service or other cost inputs, and so on.

*Project Execution Capabilities*

As conventional oil basins are becoming depleted, integrated oil and gas companies have, in recent years, undertaken increasingly complex upstream projects as well as ventured into new oil frontiers and more hostile operating environments.

However, operating in the harsh arctic environment or deep- and ultra deepwater of the US Gulf of Mexico, West Africa and Brazil's offshore pre-salt oilfields, presents integrated oil and gas companies with some significant technical challenges and entails higher execution risks. Also, the development of unconventional resources such as oil sands and integrated gas projects are typically highly capital intensive, have long lead times and require considerable upfront investment.

In this context, considerable technological expertise and extensive project management skills are required to execute these highly complex projects in a safely manner as well as deliver the costly projects on time and budget in order to achieve the attractive economic returns underpinned by the large size and commercial materiality of the oilfields under development. In more mature hydrocarbon provinces such as the North Sea or Western Siberia, the ability of operators to apply the latest enhanced oil-recovery techniques can also help extend the production profile of existing oilfields and significantly improved recovery rates.

*Integration Along the Oil and Gas Chain*

We view favourably operating profiles, which display a high degree of integration along the oil and gas chain. This helps companies not only capture additional value for their stakeholders, but also diversify their sources of earnings and mitigate the inherent exposure of their upstream activities to oil and gas price volatility.

The global liquefied natural gas (LNG) market has been expanding rapidly on the back of rising demand from developing economies in Asia and Latin America, and environmental policies calling for less power generation from oil, coal, and nuclear energy in favour of "cleaner" energy like natural gas.

Integrated oil and gas companies, which hold strong positions in the LNG market and can demonstrate the technological expertise and financial wherewithal to bring to market the vast quantities of stranded natural gas located in regions such as the Middle East, Australia and East Africa, are best placed to further capitalise on the continuing growth of this segment.

While integrated gas projects are highly capital intensive and have long lead times, they typically enjoy longer plateau production profiles than more traditional E&P developments. They generate utility-like returns and offer above-average earnings and cash flow visibility.

Furthermore, companies, which own the entire value chain, including the production, liquefaction, shipping and regasification, can arbitrage wide price differentials among the principal LNG markets in Asia, Europe, and the Americas. Such vertical integration allows them to take the lowest-cost supply to the highest-price market. They can also take advantage of their market intelligence—a competitive edge in a business that produces limited pricing information, with transactions conducted under private contracts.

While we view refining activities per se as carrying high business risk given the volatility affecting refining margins, on an integrated basis, downstream activities provide balance that is supportive to an integrated petroleum company's business risk profile. Downstream activities provide diversification and, to some degree, a hedge against crude oil price movements; economies of scales; and the opportunity to capture the complete value chain and incremental profit margin via integration of upstream production with downstream refining, distribution and marketing. Therefore, the scale and efficiency of refining and marketing assets as well as strong oil product brand recognition are significant considerations for our credit assessment of integrated oil companies.

FACTOR 2

**Business Position (20%)**

| | Factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Business Position | 20% | Extremely large and diversified hydrocarbon resource base; superior upstream project execution capabilities underpinned by technological leadership; extensive integration along the oil and gas value chain supported by a global LNG portfolio, highly efficient/world-scale refineries and leading marketing positions worldwide. | Very large and diversified hydrocarbon resource base; very strong upstream project execution capabilities underpinned by technological leadership; very strong integration along the oil and gas value chain supported by a very large LNG portfolio, highly efficient/large refineries and leading marketing positions in several regions. | Large and diversified hydrocarbon resource base; strong upstream project execution capabilities underpinned by technological leadership; strong integration along the oil and gas value chain supported by a sizeable LNG portfolio, efficient/large refineries and leading regional marketing positions. | Sizeable hydrocarbon resource base albeit with some geographic/ technological concentration; good project execution capabilities; material integration along the oil and gas value chain supported by LNG and/or refining activities and meaningful marketing positions in select group of countries. | Moderate hydrocarbon resource base with limited geographic/ technological diversification; moderate project execution capabilities with limited operator responsibilities; some degree of integration along the oil and gas value chain with a small number of mid-sized refineries and a meaningful retail position in a single national market. | Small hydrocarbon resource base lacking geographic/ technological diversification; limited project execution capabilities with no meaningful operator responsibilities; limited degree of integration along the oil and gas value chain with interests mainly in sub-scale refineries and weak marketing position. | Very small hydrocarbon resource base concentrated in single region/ technology; weak project execution capabilities with no operator responsibilities; very limited degree of integration along the oil and gas value chain. | Very small hydrocarbon resource base concentrated in single region/ technology and largely non-producing assets; very weak project execution capabilities and very limited degree of integration along the oil and gas value chain. |

A table that illustrates grid mapping results for Factor 2 is included in Appendix B. A discussion of outliers for companies in the sample is included in Appendix C.

### Factor 3: Profitability and Returns (10% weight)

#### Why it Matters

Profitability and return measures are key both to management and to investors in the petroleum industry, which is fundamentally a commodity business. No single company controls the price for the crude oil and natural gas it sells or, for that matter, the margins on its refined products. To achieve competitive returns, a company has to maintain a lean cost structure and control both its cash operating and capital costs, while optimizing the capital invested. The petroleum industry is also highly capital-intensive, so strong returns are critical to attracting low-cost debt and equity capital. While many of the integrated companies have the cash flow and the financial wherewithal to fund capital spending internally, they frequently need to rely on external debt and equity capital, particularly to finance larger acquisitions and mergers.

#### How We Assess it For The Grid

*EBIT/Average Book Capitalisation:*

Earnings before interest and taxes (EBIT) /Average Book Capitalisation is a consolidated return measure earned on all of a company's sources of capital. EBIT (the numerator) is measured over a one-year period. Book capitalization (the denominator) includes total debt plus book equity, minority

**App. 706**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 184 of 490    PageID 8815

interests and deferred taxes. Book capitalization is an average of the current and prior year to attempt to reflect flow items that change the balance sheet during the year.

*Downstream EBIT/Total Throughput Barrels:*

Downstream EBIT is measured against throughput volume (note: we do not use refining-only EBIT because this is not publicly reported by companies in our rated universe on a consistent basis. Downstream EBIT encompasses contributions from refining and chemicals manufacturing, supply and trading as well as retail and marketing. This however excludes contributions from gas and power businesses). Both numerator and denominator are measured over a one-year period.

FACTOR 3
**Profitability and Returns (10%)**

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| EBIT/Average Book Capitalisation | 5% | ≥25% | 20% - 25% | 15% - 20% | 10% - 15% | 5% - 10% | 3% - 5% | 0% - 3% | <0% |
| Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% | ≥$15 | $9- $15 | $6 - $9 | $3 - $6 | $2 - $3 | $1 - $2 | $0 - $1 | <$0 |

A table that illustrates grid mapping results for Factor 3 is included in Appendix B. A discussion of outliers for companies in the sample is included in Appendix C.

## Factor 4: Financial Policy (20% Weight)

### Why it Matters

Management and board tolerance for financial risk is a rating determinant as it directly affects debt levels, credit quality, and the risk of adverse changes in financing and capital structure.

Our assessment of financial policies includes the perceived tolerance of a company's governing board and management for financial risk and the future direction for the company's capital structure. Considerations include a company's public commitments in this area, its track record for adhering to commitments, and our views on the ability for the company to achieve its targets.

Financial risk tolerance serves as a guidepost to investment and capital allocation. An expectation that management will be committed to sustaining an improved credit profile is often necessary to support an upgrade. For example, we may not upgrade a company that has built flexibility within its rating category if we believe the company will use that flexibility to fund investment projects, a strategic acquisition, cash distribution to shareholders, spin-off or other leveraging transactions. Conversely, a company's credit rating may be better able to withstand a moderate leveraging event if management places a high priority on returning credit metrics to pre-transaction levels and historically has consistently demonstrated the commitment to do so.

### How We Assess it For The Grid

*Financial Policy*

Moody's assesses the issuer's desired capital structure or targeted credit profile, history of prior actions and adherence to its commitments. Attention is paid to management's operating performance and use of cash flow through different phases of investment and commodity cycles. Also of interest is the way in which management responds to key events, such as changes in the credit markets and liquidity environment, legal actions, competitive challenges, and regulatory pressures.

App. 707

Management's appetite for M&A activity is assessed, with a focus on the type of transactions (i.e. core competency or new business) and funding decisions, including willingness to issue equity or sell assets in the event of large acquisitions. Frequency and materiality of acquisitions and previous financing choices are evaluated.  A history of debt-financed or credit-transforming acquisitions will generally result in a lower score for this factor.

We also consider a company and its owners' past record of balancing shareholder returns and debt holders' interests.  A track record of favoring shareholder returns at the expense of debt holders is likely to be viewed negatively in scoring this factor.

We consider these factors in the context of the inherent volatility of commodity prices and downstream margins affecting operating cash flow generation as well as the relatively high capital intensity of oil and gas activities. Integrated oil and gas companies typically undertake large investments in complex upstream and downstream projects, which are characterised by significant execution risk and long lead times resulting in a large proportion of capital being tied up in non-cash producing assets under construction.

FACTOR 4
**Financial Policy (20%)**

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Financial Policy | 20% | Expected to have: extremely conservative financial policies; very stable metrics; public commitment to very strong credit profile over the long term. | Expected to have: very stable and conservative financial policies; stable metrics; minimal event risk that would cause a rating transition; public commitment to strong credit profile over the long term. | Expected to have: predictable financial policies that preserve creditor interests. Although modest event risk exists, the effect on leverage is small and temporary; strong commitment to a solid credit profile. | Expected to have: financial policies that balance the interest of creditors and shareholders; some risk that debt funded acquisitions or shareholder distributions could lead to a weaker credit profile. | Expected to have: financial policies that tend to favor shareholders over creditors; above average financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes. | Expected to have: financial policies that favor shareholders over creditors; high financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes. | Expected to have: financial policies that create elevated risk of debt restructuring in varied economic environments. | Expected to have: financial policies that create elevated risk of debt restructuring even in healthy economic environments. |

A table that illustrates grid mapping results for Factor 4 is included in Appendix B. A discussion of outliers for companies in the sample is included in Appendix C.

### Factor 5: Leverage and Coverage (25% Weight)

#### Why it Matters

Leverage and coverage measures are indicators of a company's financial flexibility and long term viability. Financial flexibility is critical to integrated oil and gas companies to be able to undertake large investments in complex upstream and downstream projects, which require the continuing funding of substantial capital commitments through periods of heightened commodity price and downstream margin volatility, as well as entail significant execution risk.

The factor is comprised of three sub-factors:

*Interest Coverage*

**Earnings before interest and taxes (EBIT) /Interest Expense** is used to as an indicator for a company's ability to pay interest and other fixed charges from its operating performance.

*Cash Flow*

**Retained Cash Flow / Net Debt** is an indicator of a company's ability to repay principal on its outstanding debt. It is a measure or estimate for cash flow generation before working capital movements and after dividends in relation to outstanding debt less cash.

*Capital Structure*

**Total Debt to Capital** is an indicator for how much of the company's capital structure is composed of debt and debt like obligations.

Some of the financial ratios used in this methodology are presented on a gross debt basis and some others on a net debt basis (i.e. gross debt less cash and cash equivalents). In fact, Moody's takes both measures into consideration.  Many of the integrated oil companies carry large cash balances, some arising from free cash generation and managed in tandem capital need and shareholder returns. Other companies, as in Europe, tend to hold considerable liquidity rather than rely on bank lines. In addition, many European companies with large US dollar-denominated assets and revenues prefer to fund in foreign currency to hedge foreign currency exposures, despite having surplus local currency cash.  In such cases, Moody's will also consider net debt.

## How We Assess It For The Grid

»    EBIT / Interest Expense:

The illustrative mapping examples in this document show EBIT divided by interest expense.

»    RCF / Net Debt:

The illustrative mapping examples in this document show funds from operations less dividends divided by net debt.

»    Total Debt /Capitalization:

The illustrative mapping examples in this document show debt divided by book capitalisation (inclusive of minority interest and deferred income taxes).

**App. 709**

FACTOR 5

## Leverage and Coverage (25%)

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| EBIT/Interest Expense | 7.5% | ≥20x | 12x - 20x | 7x - 12x | 4x - 7x | 2x - 4x | 1x - 2x | 0.5x - 1x | <0.5x |
| RCF/Net Debt | 10.0% | ≥60% | 40% - 60% | 30% - 40% | 20% - 30% | 10% - 20% | 5% - 10% | 2% - 5% | <2% |
| Debt/Capitalization | 7.5% | <25% | 25% - 35% | 35% - 45% | 45% - 55% | 55% - 65% | 65% - 75% | 75% - 85% | ≥85% |

A table that illustrates grid mapping results for Factor 5 is included in Appendix B. A discussion of outliers for companies in the sample is included in Appendix C.

### Factor 6: Constraints related to Government's Policy Goals

#### Why it Matters

Oil and natural gas companies are distinctive in the role they play as very large dependable cash flow generators for governments in both low and high commodity price environments. This is particularly true in some emerging countries where a number of oil companies irrespective of whether they are state- or privately-owned are the primary generators of fiscal revenues and hard currency for the governments of the countries in which they are domiciled and hold the bulk of the national hydrocarbon resources.

Some of these companies, and in particular the flagship state-owned national oil companies of resource-rich countries, tend to score very highly on most grid factors due to their enormous oil and gas reserves, low geological risk and finding costs, or low financial leverage. However, they are often regarded by their governments as a major source of employment and advancement. They are called upon to play a key role in providing social services or carrying out government social policies and subsidies for key products such as gasoline or heating oil. From a financial standpoint, they are compelled to pay out large portions of their cash flow via royalties, dividends, special taxes, and direct contributions to government development funds. This is often to the detriment of their ability to reinvest internally and preserve their financial flexibility. In many instances, governments do not have any ready alternatives to heavy dependence on the oil and gas sector, since the economy is not sufficiently diversified, or tax collections from the non-oil sector are limited.

To capture some of the considerations that arise from the unique role of the petroleum sector in some countries, we include an additional rating factor "Constraints Related to Government's Policy Goals," which focuses on the likelihood that a government may take action to the detriment of the company's credit standing (either in its capacity as main shareholder and/or tax collector) in order to fulfil certain policy objectives.

This factor is not weighted, but is applied as a notching down of the grid-indicated outcome generated by Factors 1-5. While all companies are scored under Factor 6, the result is no down notching for a majority of the currently rated companies. However, there is a substantial impact on the grid-indicated rating for state-owned companies that are key sources of funding for government activities and/or which are directed to spend on social policies that do not directly support the company's business activities.

More than half of the rated companies in this sector have no down notching for Factor 6, including some companies that are government owned. Such companies may provide significant royalties, income or petroleum taxes but are not differentially singled out and do not dominate the government's tax revenues. Their fiscal contributions are limited to royalties, income and certain petroleum taxes,

**App. 710**

and are subject to an established and transparent fiscal regime that rarely changes and is consistently applied. Their contributions are generally not critical for government revenues, as is the case within a large diversified economy.

At the other end of the spectrum are national oil companies such as PDVSA, which currently has a Factor 6 downward adjustment of nine notches, while PEMEX currently has a downward adjustment of four notches, and Rosneft and Gazprom, which are both adjusted down by five notches. In these cases, the government depends on the state oil company for a large share (PEMEX, Gazprom, Rosneft) or almost all of its fiscal revenues (PDVSA) to fund its budget and social spending programs. The companies are also called on to advance social programs and services outside the oil sector.

## How We Assess it For The Grid

FACTOR 6

**Constraints related to Government's Policy Goals**

| Sub-Factor | Zero to Three Notch Adjustment | Four to Six Notch Adjustment | Seven to Nine Notch Adjustment |
|---|---|---|---|
| Constraints related to Government's Policy Goals | » Government has limited powers to influence the company's corporate governance, strategy and financial policies where the state maintains a controlling stake, minority shareholders' rights are strongly protected<br><br>» Legal framework and tax regime of the company's country of domicile are stable and predictable<br><br>» Government policy goals do not conflict with the pursuit of business and financial objectives primarily focused on shareholder value creation - even though, in the case of a resource-rich country, government policies seek to ensure that approach to developing national oil and gas resources reflects public interest considerations<br><br>» Significant share of international assets/revenues derived from outside of the country of domicile. | » Government maintains a controlling stake in the company and has powers to influence the company's corporate governance, strategy and financial policies<br><br>» Legal framework and tax regime of the company's country of domicile are subject to periodic adjustment giving rise a certain degree of unpredictability<br><br>» Company and oil & gas sector as a whole materially contribute to government's tax receipts and country's export revenues<br><br>» Government's primary objective is to promote the development of the country's oil and gas resources and/or ensure its security of energy supply. Public interest considerations are paramount, even though compatible with maintenance of sound financial standing by company. | » As 100%- or controlling owner, state has wide powers to influence company's corporate governance, strategy and financial policies; no effective protection of minority shareholders' rights<br><br>» Legal framework and tax regime of the company's country of domicile lack stability and are highly unpredictable<br><br>» Company and oil & gas sector as a whole contribute most of government's tax receipts and country's export revenues<br><br>» Primary objective of state-shareholder is to maximise revenues raised from company (and the country's oil sector at large) in order to fund government's social policies and boost country's employment, with little consideration given to company's financial standing. |

## Assumptions and Limitations, and Rating Considerations That Are Not Covered in the Grid

The rating methodology grid results from a decision to favor simplicity that enhances transparency and to avoid greater complexity that would enable the grid to map more closely to actual ratings. Accordingly, the five rating factors in the grid do not constitute an exhaustive treatment of all the considerations that are important for ratings of companies in the integrated oil and gas industry. In addition, our ratings incorporate expectations for future performance, while the financial information that is used to illustrate the mapping in the grid in this document is mainly historical. In some cases, our expectations for future performance may be informed by confidential information that we can't disclose. In other cases, we estimate future results based upon past performance, industry trends, competitor actions or other factors. In either case, predicting the future is subject to the risk of substantial inaccuracy.

App. 711

MOODY'S INVESTORS SERVICE                                                                                    CORPORATES

Assumptions that may cause our forward-looking expectations to be incorrect include unanticipated changes in any of the following factors: the macroeconomic environment and general financial market conditions, industry competition, disruptive technology, regulatory and legal actions.

Key rating assumptions that apply in this sector include our view that sovereign credit risk is strongly correlated with that of other domestic issuers, that legal priority of claim affects average recovery on different classes of debt sufficiently to generally warrant differences in ratings for different debt classes of the same issuer, and the assumption that access to liquidity is a strong driver of credit risk.

In choosing metrics for this rating methodology grid, we did not explicitly include certain important factors that are common to all companies in any industry such as the quality and experience of management, assessments of corporate governance and the quality of financial reporting and information disclosure. The assessment of these factors can be highly subjective and variable over time. Therefore ranking these factors by rating category in a grid would in some cases suggest too much precision in the relative ranking of particular issuers against all other issuers that are rated in various industry sectors.

We also did not include certain factors that did not lend themselves to a simple grid presentation. For example, given the predominant concentration of value in exploration and production, we examine full-cycle costs when assessing an integrated oil company's upstream cost structure and capital efficiency. We calculate or estimate the full-cycle ratio, which links cash operating costs to the ongoing capital invested in replacing reserves, showing the cash margin generated for each dollar invested over a cycle in the finding and development (F&D) effort. Put another way, the full-cycle ratio measures the cash-on-cash return produced by each barrel, or how much cash a company generates in excess of its cost of replacing reserves. The leveraged full-cycle ratio can provide additional insights when analyzed at different points in the industry commodity price cycle. However, grid criteria for the full-cycle ratio would need to be quite complicated to adjust for the large shifts in the cost structure of this industry over time, which are related to the volatility of hydrocarbon prices in addition to other factors. So we have not included the full-cycle ratio in the grid but find it quite useful in comparing a company's capital efficiency relative to peers over a common period of time.

Ratings may include additional factors that are difficult to quantify or that have a meaningful effect in differentiating credit quality only in some cases, but not all. Such factors include regulatory and litigation risk as well as changes in end use demand. While these are important considerations, it is not possible to precisely express these in the rating methodology grid without making the grid excessively complex and significantly less transparent. Ratings may also reflect circumstances in which the weighting of a particular factor will be substantially different from the weighting suggested by the grid.

This variation in weighting rating considerations can also apply to factors that we choose not to represent in the grid. For example, liquidity is a consideration frequently critical to ratings and which may not, in other circumstances, have a substantial impact in discriminating between two issuers with a similar credit profile. As an example of the limitations, ratings can be heavily affected by extremely weak liquidity that magnifies default risk. However two identical companies might be rated the same if their only differentiating feature is that one has a good liquidity position while the other has an extremely good liquidity position.

**App. 712**

## Other Rating Considerations

Moody's considers other factors in addition to those discussed in this report, but in most cases understanding the framework presented herein will enable a good approximation of our view on the credit quality of companies in the global integrated oil and gas industry. Moody's considers additional factors, including future operating and financial performance that may deviate from historic performance, the quality of management, corporate governance, financial controls, liquidity management, event risk and seasonality. The analysis of these factors remains an integral part of our rating process.

### Management Strategy

The quality of management is an important factor supporting a company's credit strength. Assessing the execution of business plans over time can be helpful in assessing management's business strategies, policies, and philosophies and evaluates management performance relative to performance of competitors and our projections. A record of consistency provides Moody's with insight into management's likely future performance in stressed situations and can be an indicator of management's tendency to depart significantly from its stated plans and guidelines.

### Corporate Governance

Among the areas of focus in corporate governance are audit committee financial expertise, the incentives created by executive compensation packages, related party transactions, interactions with outside auditors, and ownership structure.

### Investment and Acquisition Strategy

In our credit assessment we take into consideration management's investment strategy, as well as the size of the investment required to build new capacity relative to the company existing cash flows. Investment strategy is benchmarked with other companies that have a similar capital intensity in the rated universe to further verify its consistency.

Acquisitions can strengthen an integrated oil and gas company's business. Our assessment of a company's tolerance for acquisitions at a given rating level takes into consideration management's risk appetite (including the likelihood of further acquisitions over the medium term) share buy-back activity, the company's commitment to specific leverage targets, and the volatility of the underlying businesses, as well as that of the business acquired. Ratings can often hold after acquisitions even if leverage temporarily climbs above normally acceptable ranges. However, this depends on the strategic fit, pro-forma capitalization/leverage following an acquisition and our confidence that credit metrics will be restored in a relatively short time frame.

### Financial Controls

Moody's relies on the accuracy of audited financial statements to assign and monitor ratings. Such accuracy is only possible when companies have sufficient internal controls, including centralized operations and the proper tone at the top and consistency in accounting policies and procedures.

Weaknesses in the overall financial reporting processes, financial statement restatements or delays in regulatory filings can be indications of a potential breakdown in internal controls.

**App. 713**

MOODY'S INVESTORS SERVICE

### Liquidity Management

Liquidity is a critical rating factor for all integrated oil companies. Liquidity can be particularly important for non-investment grade companies where issuers typically have less operating and financial flexibility. Moody's forms an opinion on likely near-term liquidity requirements from both a cash source and cash use aspect. We may also examine bank covenants and compliance cushions to assess whether the company is likely to require covenant relief in the event of an industry downturn or an issuer specific decline in performance.

### Event Risk

We also recognize the possibility that an unexpected event could cause a sudden and sharp decline in an issuer's fundamental creditworthiness. Typical special events include mergers and acquisitions, asset sales, spin-offs, capital restructuring programs, litigation and shareholder distributions.



App. 714

### Conclusion: Summary of the Grid-Indicated Rating Outcomes

The illustrative mapping examples result in the following comparison of grid-indicated outcomes to ratings (see Appendix B for details):

» 10 companies map to their rating;

» 10 companies have a grid-indicated rating that is one alpha-numeric notch from their rating;

» 6 companies have a grid-indicated rating that is two alpha-numeric notches from their rating.



App. **715**

MOODY'S INVESTORS SERVICE

## Appendix A: Global Integrated Oil and Gas Methodology Factor Grid

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| **Factor 1: Scale (25%)** | | | | | | | | | |
| Average Daily Production (Mboe/d) | 10% | ≥2,750 | 1,100-2,750 | 550-1,100 | 140-550 | 55-140 | 20-55 | 10-20 | < 10 |
| Proved Reserves (Million boe) | 10% | ≥10,000 | 5,000-10,000 | 2,000-5,000 | 500-2,000 | 100-500 | 30-100 | 10-30 | < 10 |
| Total Crude Distillation Capacity (Mbbl/d) | 5% | ≥ 3,000 | 2,000-3,000 | 1,000-2,000 | 500-1,000 | 250-500 | 50-250 | 25-50 | < 25 |
| **Factor 2: Business Position (20%)** | | | | | | | | | |
| Business Position | 20% | Extremely large and diversified hydrocarbon resource base; superior upstream project execution capabilities underpinned by technological leadership; extensive integration along the oil and gas value chain supported by a global LNG portfolio, highly efficient/world-scale refineries and leading marketing positions worldwide. | Very large and diversified hydrocarbon resource base; very strong upstream project execution capabilities underpinned by technological leadership; very strong integration along the oil and gas value chain supported by a very large LNG portfolio, highly efficient/large refineries and leading marketing positions in several regions. | Large and diversified hydrocarbon resource base; strong upstream project execution capabilities underpinned by technological leadership; strong integration along the oil and gas value chain supported by a sizeable LNG portfolio, efficient/large refineries and leading regional marketing positions. | Sizeable hydrocarbon resource base albeit with some geographic/ technological concentration; good project execution capabilities; material integration along the oil and gas value chain supported by LNG and/or refining activities and meaningful marketing positions in select group of countries. | Moderate hydrocarbon resource base with limited geographic/ technological diversification; moderate project execution capabilities with limited operatorship responsibilities; some degree of integration along the oil and gas value chain with a small number of mid-sized refineries and a meaningful retail position in a single national market. | Small hydrocarbon resource base lacking geographic/ technological diversification; limited project execution capabilities with no meaningful operatorship responsibilities; limited degree of integration along the oil and gas value chain with interests mainly in sub-scale refineries and weak marketing position. | Very small hydrocarbon resource base concentrated in single region/ technology; weak project execution capabilities with no operatorship responsibilities; very limited degree of integration along the oil and gas value chain. | Very small hydrocarbon resource base concentrated in single region/ technology and largely non-producing assets; very weak project execution capabilities and very limited degree of integration along the oil and gas value chain. |
| **Factor 3: Profitability and Returns (10%)** | | | | | | | | | |
| EBIT/Average Book Capitalisation | 5% | ≥25% | 20%-25% | 15%-20% | 10%-15% | 5%-10% | 3%-5% | 0%-3% | < 0% |
| Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% | ≥ $15 | $9 - $15 | $6 - $9 | $3 - $6 | $2 - $3 | $1 - $2 | $0 - $1 | < $0 |

App. 716

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| **Factor 4: Financial Policy (20%)** | | | | | | | | | |
| Financial Policy | 20% | Expected to have extremely conservative financial policies; very stable metrics; public commitment to very strong credit profile over the long term | Expected to have very stable and conservative financial policies; stable metrics; minimal event risk that would cause a rating transition; public commitment to strong credit profile over the long term | Expected to have predictable financial policies that preserve creditor interests. Although modest event risk exists, the effect on leverage is likely to be small and temporary; strong commitment to a solid credit profile | Expected to have financial policies that balance the interest of creditors and shareholders; some risk that debt funded acquisitions or shareholder distributions could lead to a weaker credit profile | Expected to have financial policies that tend to favor shareholders over creditors; above average financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes | Expected to have financial policies that favor shareholders over creditors; high financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes | Expected to have financial policies that create elevated risk of debt restructuring in varied economic environments | Expected to have financial policies that create elevated risk of debt restructuring even in healthy economic environments |
| **Factor 5: Leverage and Coverage (25%)** | | | | | | | | | |
| EBIT/Interest Expense | 7.5% | ≥20x | 12x-20x | 7x-12x | 4x-7x | 2x-4x | 1x-2x | 0.5x-1x | <0.5x |
| Retained Cash Flow/Net Debt | 10.0% | ≥ 60% | 40%-60% | 30%-40% | 20%-30% | 10%-20% | 5%-10% | 2%-5% | < 2% |
| Total Debt/Capital | 7.5% | <25% | 25%-35% | 35%-45% | 45%-55% | 55%-65% | 65%-75% | 75%-85% | ≥ 85% |

App. 717

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| **Factor 6: Constraints Related to Government's Policy Goals** | | Zero to Three Notch Adjustment | | | Four to Six Notch Adjustment | | | Seven to Nine Notch Adjustment | |
| Constraints Related to Government's Policy Goals | | » Government has limited powers to influence the company's corporate governance, strategy and financial policies - where the state maintains a controlling stake, minority shareholders' rights are strongly protected<br><br>» Legal framework and tax regime of the company's country of domicile are stable and predictable<br><br>» Government policy goals do not conflict with the pursuit of business and financial objectives primarily focused on shareholder value creation - even though, in the case of a resource-rich country, government policies seek to ensure that approach to developing national oil and gas resources reflects public interest considerations<br><br>» Significant share of international assets/revenues derived from outside of the country of domicile | | | » Government maintains a controlling stake in the company and has powers to influence the company's corporate governance, strategy and financial policies<br><br>» Legal framework and tax regime of the company's country of domicile are subject to periodic tweaking giving rise a certain degree of unpredictability<br><br>» Company and oil & gas sector as a whole materially contribute to government's tax receipts and country's export revenues<br><br>» Government's primary objective is to promote the development of the country's oil and gas resources and/or ensure its security of energy supply. Public interest considerations are paramount, even though compatible with maintenance of sound financial standing by company | | | » As 100%- or controlling owner, state has wide powers to influence company's corporate governance, strategy and financial policies; no effective protection of minority shareholders' rights<br><br>» Legal framework and tax regime of the company's country of domicile lack stability and are highly unpredictable<br><br>» Company and oil & gas sector as a whole contribute most of government's tax receipts and country's export revenues<br><br>» Primary objective of state-shareholder is to maximise revenues raised from company (and the country's oil sector at large) in order to fund government's social policies and boost country's employment, with little consideration given to company's financial standing |

App. 718

## Appendix B: Global Integrated Oil and Gas Industry Grid Outcomes

In the table below positive or negative "outliers" for a given sub-factor are defined as issuers whose grid sub-factor score is at least two broad rating categories higher or lower than a company's rating (e.g. a B-rated company whose rating on a specific sub-factor is in the Baa-rating category is flagged as a positive outlier for that sub-factor). Green is used to denote a positive outlier, whose grid-indicated performance for a sub-factor is two or more broad rating categories higher than Moody's rating. Red is used to denote a negative outlier, whose grid-indicated performance for a sub-factor is two or more broad rating categories lower than Moody's rating.

| | Company | Moody's Rating | Baseline Credit Assessment | Outlook | Grid-Indicated Rating (Factors 1-5) | Grid-Indicated Rating (Factors 1-6) | Scale — Average Daily Production (Mboe/d) | Scale — Proved Reserves (Million boe) | Scale — Total Crude Distillation Capacity (Mbbl/d) | Business Position | Profitability and Returns — EBIT/Average Book Capitalisation | Profitability and Returns — Downstream EBIT/Total throughputs barrels ($/bbl) | Financial Policy | Leverage and Coverage — EBIT / Interest Expense | Leverage and Coverage — Retained Cash Flow / Net Debt | Leverage and Coverage — Total Debt / Capital | Constraints Related to Government's Policy Goals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bashneft | Ba2 | - | Stable | A3 | Ba1 | Baa | A | Ba | A | A | Baa | Baa | A | Aa | Aa | 4 |
| 2 | BG Energy Holdings Ltd | A2 | - | Negative | A2 | A2 | A | A | Baa | A | Baa | A | A | A | Aa | A | 0 |
| 3 | BP p.l.c. | A2 | - | Stable | Aa3 | Aa3 | Aaa | Aaa | A | Aa | Baa | A | Aa | A | Baa | A | 0 |
| 4 | Chevron Corporation | Aa1 | - | Stable | Aa1 | Aa1 | Aa | Aaa | A | Aaa | Aaa | Aa | Aaa | Aaa | Aaa | Aaa | 0 |
| 5 | China National Petroleum Corporation* | Aa3 | a1 | Stable | A1 | A1 | Aaa | Aaa | Aaa | Aa | Ba | Ca | Baa | A | Aaa | Aa | 0 |
| 6 | China Petrochemical Corporation* | Aa3 | baa1 | Stable | A3 | A3 | Aa | Aa | Aaa | A | Ba | Ba | Baa | Baa | A | A | 0 |
| 7 | Ecopetrol S.A.* | Baa2 | baa3 | Stable | A3 | Baa1 | A | Baa | Ba | Baa | Aaa | Ca | A | Aaa | Aaa | Aa | 1 |
| 8 | ENI S.p.A.* | A3 | a3 | Negative | A1 | A1 | Aa | Aa | Baa | A | Aa | Ca | A | Aa | Aa | Aa | 0 |
| 9 | Exxon Mobil Corporation | Aaa | - | Stable | Aaa | Aaa | Aaa | Aaa | Aaa | Aaa | Aaa | Aa | Aaa | Aaa | Aaa | Aaa | 0 |
| 10 | KazMunayGas NC JSC* | Baa3 | ba2 | Positive | Baa1 | Ba3 | Baa | A | Ba | Baa | Baa | Baa | Baa | Baa | Aa | A | 5 |
| 11 | OAO LUKOIL | Baa2 | - | Stable | Aa2 | A3 | Aa | Aaa | A | Aa | A | Aa | Aa | Aaa | Aaa | Aaa | 4 |
| 12 | OJSC Company Rosneft* | Baa1 | ba1 | RUR - Down | Aa3 | Baa2 | Aa | Aaa | A | Aa | Baa | Baa | A | Aa | Aa | Aa | 5 |
| 13 | OJSC Gazprom* | Baa1 | baa1 | RUR - Down | Aa2 | Baa1 | Aaa | Aaa | Aaa | A | Aa | A | Aa | Aa | Aaa | Aaa | 5 |
| 14 | OMV AG* | A3 | baa2 | Stable | A3 | A3 | Baa | Baa | Ba | Baa | Baa | Baa | A | A | Aa | Aa | 0 |
| 15 | Pertamina (Persero) (P.T.)* | Baa3 | baa3 | Stable | Baa2 | Ba1 | Baa | A | A | Baa | A | Caa | Ba | A | A | A | 2 |
| 16 | Petroleo Brasileiro S.A. - PETROBRAS* | Baa1 | baa2 | Negative | A3 | Baa3 | Aa | Aaa | Aa | A | Ba | Ca | Baa | Ba | Baa | A | 3 |
| 17 | Petroleos de Venezuela SA* | Caa1 | caa1 | Negative | Baa1 | Caa1 | Aaa | Aaa | Aa | Ba | Aaa | Ca | B | A | Aa | A | 9 |
| 18 | Petroleos Mexicanos* | Baa1 | ba1 | RUR - Up | Baa1 | Ba2 | Aaa | Aaa | A | Baa | Aaa | Ca | Baa | Aa | B | Ca | 4 |

App. 719

| | Company | Moody's Rating | Baseline Credit Assessment | Outlook | Grid-Indicated Rating (Factors 1-5) | Grid-Indicated Rating (Factors 1-6) | Scale | | | Business Position | Profitability and Returns | | Financial Policy | Leverage and Coverage | | | Constraints Related to Government's Policy Goals |
| | | | | | | | Average Daily Production (Mboe/d) | Proved Reserves (Million boe) | Total Crude Distillation Capacity (Mbbl/d) | | EBIT/Average Book Capitalisation | Downstream EBIT/Total throughputs barrels ($/bbl) | | EBIT / Interest Expense | Retained Cash Flow / Net Debt | Total Debt / Capital | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19 | Petroliam Nasional Berhad* | A1 | a1 | Stable | Aa3 | Aa3 | Aa | Aa | Baa | A | Aa | Aaa | A | Aaa | Aaa | Aaa | 0 |
| 20 | PTT Public Company Limited* | Baa1 | baa2 | Stable | Baa1 | Baa1 | Baa | Baa | Baa | Baa | A | Baa | Baa | A | Aa | A | 0 |
| 21 | Repsol S.A. | Baa3 | - | Stable | Baa2 | Baa2 | Baa | Baa | Baa | Baa | Ba | Baa | Baa | Ba | Ba | A | 0 |
| 22 | Royal Dutch Shell Plc | Aa1 | - | Stable | Aa1 | Aa1 | Aaa | Aaa | Aaa | Aaa | A | A | Aa | Aa | Aaa | Aa | 0 |
| 23 | State Oil Company of the Azerbaijan Republic* | Ba1 | ba3 | Stable | Baa1 | Ba3 | Baa | A | B | Ba | A | Ba | Baa | Aa | Aaa | Aa | 5 |
| 24 | Statoil ASA* | Aa2 | "a" category | Stable | A1 | A1 | Aa | Aa | Ba | A | Aaa | A | A | Aa | Aaa | A | 0 |
| 25 | Tatneft OAO* | Baa3 | baa3 | Stable | A1 | Baa3 | Baa | Aa | B | A | A | Baa | | Aa | Aaa | Aaa | Aaa | 5 |
| 26 | TOTAL S.A. | Aa1 | - | Negative | Aa2 | Aa2 | Aa | Aaa | Aa | Aa | A | Baa | Aa | Aaa | Aaa | Aa | 0 |

\*   denotes Government-Related Issuer (GRI)

The ratings shown in this table are current as of the date of publication. The quantitative measures used in the mapping are from the 12 months ending December 2012.



App. 720

MOODY'S INVESTORS SERVICE

## Appendix C: Observations and Outliers for Grid Mapping

Below, we comment on the main differences between the actual ratings (or BCAs in the case of GRIs) assigned to the companies falling within the scope of the Global Integrated Oil & Gas rating methodology and the ratings indicated for each factor.

**Scale**: China National Petroleum Corporation (CNPC), China Petrochemical Corporation (Sinopec), Lukoil, Rosneft, Gazprom, Petrobras, Petroleos de Venezuela (PDVSA) and Petroleos Mexicanos (Pemex) are all positive outliers for Scale. This reflects: 1) the considerable hydrocarbon reserves held by these leading national oil companies and their sizeable production profiles; and 2) with the exception of CNPC and Sinopec, the multi-notch negative impact of the government's policy goals on their overall credit standing and ratings (or BCAs in the case of GRIs).

**Business Position**: The Business Position for Bashneft, Lukoil, Rosneft, Gazprom and PDVSA maps two or more rating categories higher than the actual rating (or BCA in the case of GRIs). This however exclusively results from the multi-notch negative impact of the constraints related to government's policy goals on their actual rating (or BCA in the case of GRIs).

**Profitability and Returns**: Eni and Total are negative outliers on Profitability and Returns reflecting the challenging operating environment prevailing within the European refining sector to which both companies' downstream business is particularly exposed. While PDVSA maps two rating categories higher on this factor than its actual BCA, the discrepancy is the result of the multi-notch downward impact of constraints related to government's policy goals.

**Financial Policies**: Lukoil, Rosneft and Gazprom are positive outliers for this factor. Their actual ratings (or BCA in the case of GRIs) reflect the multi-notch downward impact of the constraints related to government's policy goals.

**Leverage and Coverage**: The large number of positive outliers for this factor reflects the fact that the mapping examples are based on 2012 financial results, which benefited from the buoyant price environment prevailing in the international oil markets during the period. However, in the case of Rosneft, Gazprom and PDVSA, the positive gap relative to their BCAs reflects the multi-notch downward impact of the constraints related to the government's policy goals.

**App. 721**

MOODY'S INVESTORS SERVICE    CORPORATES

## Appendix D: Integrated Oil and Gas Industry Overview

The integrated oil and gas industry encompasses the full range of activities from exploration for reserves through refining and product marketing. The "upstream," involves exploration, development and production of oil, natural gas and natural gas liquids. Along the integrated chain, the companies put their oil and gas production through the downstream, which involves refining, distribution, wholesale and retail marketing of refined products, petrochemical manufacturing, and energy marketing and trading. Many of the companies also engage in "midstream" businesses such as natural gas gathering, processing of natural gas liquids, pipeline transportation, and storage.

The industry has high barriers to entry in terms of capital, technological and drilling expertise, and required international skills. The major integrated companies are long-established players, and, in an industry characterized by mergers and consolidations over the last two decades, the only significant new players have been national oil companies, who are able to parlay a country's resources into joint ventures with experienced explorers and developers. The national oil companies have become savvy participants as well as head-to-head competitors in both the upstream and downstream.

The oil and gas industry is exposed to commodity price risk.  Crude oil and refined products are commodities priced and traded in US dollars on a global basis.  Producers and refiners are "price takers" due to conditions of oversupply, lack of OPEC discipline, and industry competition. Consequently, economies of scale and cost competitiveness are critical to profitability. Natural gas, in contrast, is more regionalized in its production (except in liquefied form) and sales patterns and market penetration are limited by pipeline access and physical proximity. The industry is also highly cyclical, following global and regional patterns of economic growth and product demand. In rating companies in this sector, we strive to a significant degree to look through these industry cycles. As a result, at some points in the cycle the ratings of integrated oil companies as a group may have a substantial imbalance above or below their grid-indicated ratings.

In general, the upstream operations have the greatest store of value and highest returns, with cash flow and earnings primarily exposed to commodity price swings and a continuing need to re-invest substantial amounts to replace depleting reserves. A company must spend consistently and successfully over a long-period of time to replace and grow its production base.  Otherwise, its reserves and market value will dwindle and the company will eventually liquidate.

The downstream is also a capital intensive, high volume and revenue generating business but is a lower return segment, subject to thin margins, volatile price swings on crude inventories, chronic refining overcapacity and competitive pressures that rarely support high prices at the pump for very long. However, as the industry periodically emerges from elevated spending cycles, the downstream can generate sizable cash flows, as was the case in 2006-2008. The retail part of the business includes service stations networks and, increasingly, convenience stores and fast food outlets.

Public scrutiny of the downstream is intense on both the pricing and environmental fronts, with refining and marketing the source of most of the industry's costliest environmental problems. Environmental regulation is also subject to change, and the mandated spending cycles the industry faces are crucial to staying in business but rarely make any capital return.  For these reasons, most downstream participants, large and small, have restructured to reduce capital employed or to joint-venture these operations.

**App. 722**

Case 3:16-cv-03111-K     Document 233-1     Filed 02/21/25     Page 200 of 490     PageID 8831

The credit ratings assigned in this sector are primarily determined by this credit rating methodology. Certain broad methodological considerations (described in one or more secondary or cross-sector credit rating methodologies) may also be relevant to the determination of credit ratings of issuers and instruments in this sector. Potentially related secondary and cross-sector credit rating methodologies can be found here.

For data summarizing the historical robustness and predictive power of credit ratings assigned using this credit rating methodology, see link.



**App. 723**

*» contacts continued from page 1*

**Analyst Contacts:**

| | |
|---|---|
| **HONG KONG** | +852.3551.3077 |

Chenyi Lu            +852.3758.1363
*Vice President-Senior Analyst*
chenyi.lu@moodys.com

| | |
|---|---|
| **BEIJING** | +86.10.6319.6500 |

Kai Hu            +86.10.6319.6560
*Vice President-Senior Credit Officer*
kai.hu@moodys.com

| | |
|---|---|
| **SINGAPORE** | +65.6398.8308 |

Vikas Halan            +65.6398.8337
*Vice President-Senior Analyst*
vikas.halan@moodys.com

| | |
|---|---|
| **LONDON** | +44.20.7772.5454 |

Francois Lauras          +44.20.7772.5397
*Vice President - Senior Credit Officer*
francois.lauras@moodys.com

| | |
|---|---|
| **DUBAI** | +971.4.401.9536 |

David Staples          +971.4.237.9562
*Managing Director – Corporate Finance*
david.staples@moodys.com

Report Number: 161078

**Author**
Francois Lauras

**Production Associate**
Masaki Shiomi

© 2014 Moody's Investors Service, Inc. and/or its licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

**CREDIT RATINGS ISSUED BY MOODY'S INVESTORS SERVICE, INC. ("MIS") AND ITS AFFILIATES ARE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND CREDIT RATINGS AND RESEARCH PUBLICATIONS PUBLISHED BY MOODY'S ("MOODY'S PUBLICATIONS") MAY INCLUDE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL, FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS AND MOODY'S OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. CREDIT RATINGS AND MOODY'S PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. NEITHER CREDIT RATINGS NOR MOODY'S PUBLICATIONS COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS AND PUBLISHES MOODY'S PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.**

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process. Under no circumstances shall MOODY'S have any liability to any person or entity for (a) any loss or damage in whole or in part caused by, resulting from, or relating to, any error (negligent or otherwise) or other circumstance or contingency within or outside the control of MOODY'S or any of its directors, officers, employees or agents in connection with the procurement, collection, compilation, analysis, interpretation, communication, publication or delivery of any such information, or (b) any direct, indirect, special, consequential, compensatory or incidental damages whatsoever (including without limitation, lost profits), even if MOODY'S is advised in advance of the possibility of such damages, resulting from the use of or inability to use, any such information. The ratings, financial reporting analysis, projections, and other observations, if any, constituting part of the information contained herein are, and must be construed solely as, statements of opinion and not statements of fact or recommendations to purchase, sell or hold any securities. Each user of the information contained herein must make its own study and evaluation of each security it may consider purchasing, holding or selling.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

MIS, a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MIS have, prior to assignment of any rating, agreed to pay to MIS for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Shareholder Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

For Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001. MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail clients. It would be dangerous for retail clients to make any investment decision based on MOODY'S credit rating. If in doubt you should contact your financial or other professional adviser.



**Moody's**
**INVESTORS SERVICE**

App. 724

# Exhibit 49

**MOODY'S INVESTORS SERVICE**

This methodology is no longer in effect.  For information on rating methodologies currently in use by Moody's Investors Service, visit www.moodys.com/methodologies

## RATING METHODOLOGY

# Global Integrated Oil & Gas Industry

This rating methodology replaces "Global Integrated Oil & Gas Industry" last revised on April 30, 2014. We have updated some outdated links and removed certain issuer-specific information.

**Table of Contents:**

| | |
|---|---|
| SUMMARY | 1 |
| ABOUT THE RATED UNIVERSE | 3 |
| ABOUT THIS RATING METHODOLOGY | 4 |
| DISCUSSION OF THE GRID FACTORS | 6 |
| ASSUMPTIONS AND LIMITATIONS, AND RATING CONSIDERATIONS THAT ARE NOT COVERED IN THE GRID | 15 |
| OTHER RATING CONSIDERATIONS | 17 |
| APPENDIX A: GLOBAL INTEGRATED OIL AND GAS METHODOLOGY FACTOR GRID | 19 |
| APPENDIX B: INTEGRATED OIL AND GAS INDUSTRY OVERVIEW | 21 |
| MOODY'S RELATED RESEARCH | 22 |

**Analyst Contacts:**

| | |
|---|---|
| NEW YORK | +1.212.553.1653 |

Steven Wood  +1.212.553.0591
*Managing Director - Corporate Finance*
steven.wood@moodys.com

Pete Speer  +1 212 553.4565
*Senior Vice President*
peter.speer@moodys.com

| | |
|---|---|
| LONDON | +44.207.772.5454 |

Elena Nadtotchi  +44 .207.772.5380
*Vice President - Senior Credit Officer*
elena.nadtotchi@moodys.com

| | |
|---|---|
| MOSCOW | +7.495.228.6060 |

Denis Perevezentsev  +7.495.228.6064
*Vice President-Senior Credit Officer*
denis.perevezentsev@moodys.com

*» contacts continued on the last page*

## Summary

This rating methodology explains Moody's approach to assessing credit risk for companies in the global integrated oil and gas industry. This document is intended to provide general guidance that helps companies, investors, and other interested market participants understand how qualitative and quantitative risk characteristics are likely to affect rating outcomes for companies in the integrated oil and gas industry. This document does not include an exhaustive treatment of all factors that are reflected in Moody's ratings but should enable the reader to understand the qualitative considerations and financial information and ratios that are usually most important for ratings in this sector.[1]

This report includes a detailed rating grid which provides a reference tool that can be used to approximate credit profiles within the integrated oil and gas industry in most cases. The grid provides summarized guidance for the factors that are generally most important in assigning ratings to companies in the integrated oil and gas industry. However, the grid is only a summary and does not include every rating consideration.

The weights shown for each factor in the grid represent an approximation of their importance for rating decisions but actual importance may vary substantially.  Our ratings in this sector also consider how performance of integrated oil and gas producers can fluctuate over the commodity cycle. As a result, the grid-indicated rating is not expected to match the actual rating of each company in each case.

---

[1] This update may not be effective for some regulatory jurisdictions until certain requirements are met, such as local language translation.

**App. 725**

The grid contains five factors that are important in our assessments for ratings in the integrated oil and gas sector:

1.  Scale

2.  Business Position

3.  Profitability and Returns

4.  Financial Policy

5.  Leverage and Coverage

Some of these factors also encompass a number of sub-factors. An issuer's scoring on a particular grid factor or sub-factor often would not necessarily match its overall rating.

This rating methodology is not intended to be an exhaustive discussion of all factors that our analysts consider in assigning ratings in this sector. We note that our analysis for ratings in this sector covers factors that are common across all industries such as ownership, management, liquidity, corporate legal structure, governance and country related risks which are not explained in detail in this document, as well as factors that can be meaningful on a company-specific basis. Our ratings consider these and other qualitative considerations that do not lend themselves to a transparent presentation in a grid format. The grid used for this methodology reflects a decision to avoid greater complexity that would result in grid-indicated ratings that map more closely to actual ratings in favor of a simpler and more transparent presentation.

Highlights of this report include:

»   A summary of the rating methodology

»   A description of factors that drive credit quality

»   Comments on the rating methodology assumptions and limitations, including a discussion of rating considerations that are not included in the grid

The appendices show the complete rating grid (Appendix A) and a brief industry overview (Appendix B).[2]

This methodology describes the analytical framework used in determining credit ratings. In some instances our analysis is also guided by additional publications which describe our approach for analytical considerations that are not specific to any single sector. Examples of such considerations include but are not limited to the assignment of short-term ratings, the relative ranking of different classes of debt and hybrid securities, how sovereign credit quality affects non-sovereign issuers, and the assessment of credit support from other entities. Documents that describe our approach to such cross-sector methodological considerations can be found here.

This publication does not announce a credit rating action. For any credit ratings referenced in this publication, please see the ratings tab on the issuer/entity page on www.moodys.com for the most updated credit rating action information and rating history.

---

[2]   In general, the grid-indicated rating is oriented to the Corporate Family Rating (CFR) for speculative-grade issuers and the senior unsecured rating for investment-grade issuers. Individual debt instrument ratings also factor in decisions on notching for seniority level and collateral. For issuers that benefit from ratings uplift due to parental support, government ownership or other institutional support, the grid-indicated rating is oriented to the baseline credit assessment. For an explanation of baseline credit assessment, please refer to our rating methodology on government-related issuers. Individual debt instrument ratings also factor in decisions on notching for seniority level and collateral. The documents that provide broad guidance for these notching decisions are our rating methodologies on loss given default for speculative grade non-financial companies and for aligning corporate instrument ratings based on differences in security and priority of claim. The link to these and other cross-sector methodologies can be found in the Related Research section of this report.

**App. 726**

Case 3:16-cv-03111-K   Document 233-1   Filed 02/21/25   Page 205 of 490   PageID 8836

## About the Rated Universe

This methodology is applicable to companies that have integrated oil and gas operations ranging from upstream (exploration and production) to downstream (refining and marketing), and in some cases midstream (pipelines and transportation, including LNG and oil shipping) and chemicals.

The rated universe of companies is currently comprised of (1) the large majors and super-majors,; (2) smaller and/or more aggressively leveraged players with some regional concentration; and (3) national oil companies or other regionally concentrated companies, often with significant scale and political position, but with ratings primarily driven by geopolitical or sovereign-linked factors.



**App. 727**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 206 of 490    PageID 8837

## About This Rating Methodology

This report explains the rating methodology for integrated oil and gas companies in six sections, which are summarized as follows:

### 1. Identification and Discussion of the Grid Factors

The grid in this rating methodology contains five factors that represent some of the key analytical considerations for assigning ratings. These five broad factors are further broken down into ten sub-factors. For each of these factors and sub-factors, we assign a weight in the grid that reflects the relative importance that usually applies for issuers in this sector.

EXHIBIT 1
### Global Integrated Oil and Gas Industry

| Broad Rating Factors | Factor Weighting | Rating Sub-Factor | Sub-Factor Weighting |
|---|---|---|---|
| Scale | 25% | Average Daily Production (mboe/day) | 10% |
| | | Proved Reserves (mmboe) | 10% |
| | | Crude Distillation Capacity (mbbls/day) | 5% |
| Business Position | 20% | Business Position | 20% |
| Profitability and Returns | 10% | EBIT/Average Book Capitalisation | 5% |
| | | Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% |
| Financial Policy | 20% | Financial Policy | 20% |
| Leverage and Coverage | 25% | EBIT / Interest Expense | 7.5% |
| | | Retained Cash Flow / Net Debt | 10% |
| | | Debt / Book Capitalization | 7.5% |
| Total | 100% | Total | 100% |

### 2. Measurement or Estimation of Factors in the Grid

We explain our general approach for scoring each grid factor and show the weights used in the grid. We also provide a rationale for why each of these grid components is meaningful as a credit indicator. The information used in assessing the sub-factors is generally found in or calculated from information in company financial statements, derived from other observations or estimated by Moody's analysts.

Our ratings are forward-looking and reflect our expectations for future financial and operating performance. However, historical results are helpful in understanding patterns and trends of a company's performance as well as for peer comparisons. Rating committees may find it analytically useful to examine both historic and expected future performance for periods of several years or more.

All of the quantitative credit metrics incorporate Moody's standard adjustments to income statement, cash flow statement and balance sheet amounts for various items that may relate to restructuring, impairment, off-balance sheet accounts, receivable securitization programs, under-funded pension obligations, and recurring operating leases.[3]

---

[3] Financial statement adjustments that we use for non-financial corporates can be found in Cross-Sector Methodologies accessed through the link in Related Research. Definitions of Moody's most common ratio terms may be accessed through a separate link in the Related Research section.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 207 of 490    PageID 8838

### 3. Mapping Grid Factors to the Rating Categories

After estimating or calculating each sub-factor, the outcomes for each of the sub-factors are mapped to a broad Moody's rating category (Aaa, Aa, A, Baa, Ba, B, Caa, or Ca).

### 4. Assumptions and Limitations and Rating Considerations Not Included in the Grid

This section discusses limitations in the use of the grid to map against actual ratings, some of the additional factors that are not included in the grid but can be important in determining ratings, and limitations and assumptions that pertain to the overall rating methodology.

### 5. Determining the Overall Grid-Indicated Rating

To determine the overall grid-indicated rating, we convert each of the sub-factor ratings into a numeric value based upon the scale below.

EXHIBIT 2
**Numeric Rating Value**

| Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|-----|-----|-----|-----|-----|-----|-----|-----|
| 1 | 3 | 6 | 9 | 12 | 15 | 18 | 20 |

The numerical score for each sub-factor is multiplied by the weight for that sub-factor with the results then summed to produce a composite weighted-factor score. The composite weighted factor score is then mapped back to an alphanumeric rating based on the ranges in the table below.

**App. 729**

EXHIBIT 3

**Mapping of Total Factor Scores**

| Grid-Indicated Rating | Aggregate Weighted Total Factor Score |
|---|---|
| Aaa | x < 1.5 |
| Aa1 | 1.5 ≤ x < 2.5 |
| Aa2 | 2.5 ≤ x < 3.5 |
| Aa3 | 3.5 ≤ x < 4.5 |
| A1 | 4.5 ≤ x < 5.5 |
| A2 | 5.5 ≤ x < 6.5 |
| A3 | 6.5 ≤ x < 7.5 |
| Baa1 | 7.5 ≤ x < 8.5 |
| Baa2 | 8.5 ≤ x < 9.5 |
| Baa3 | 9.5 ≤ x < 10.5 |
| Ba1 | 10.5 ≤ x < 11.5 |
| Ba2 | 11.5 ≤ x < 12.5 |
| Ba3 | 12.5 ≤ x < 13.5 |
| B1 | 13.5 ≤ x < 14.5 |
| B2 | 14.5 ≤ x < 15.5 |
| B3 | 15.5 ≤ x < 16.5 |
| Caa1 | 16.5 ≤ x < 17.5 |
| Caa2 | 17.5 ≤ x < 18.5 |
| Caa3 | 18.5 ≤ x < 19.5 |
| Ca | x ≥ 19.5 |

For example, an issuer with a composite weighted factor score of 11.7 would have a Ba2 grid-indicated rating. We used a similar procedure to derive the grid indicated ratings shown in the illustrative examples.

## 6. Appendices

The Appendices provide additional commentary and insights on our view of credit risks in this industry.

## Discussion of the Grid Factors

The grid for integrated oil and gas companies focuses on five broad factors:

1. Scale

2. Business Position

3. Profitability and Returns

4. Financial Policy

5. Leverage and Coverage

App. 730

MOODY'S INVESTORS SERVICE INFRASTRUCTURE AND PROJECT FINANCE NOTES

---

### Factor 1: Scale (25% Weight)

#### Why it Matters

Scale is a very important rating factor. Larger integrated oil and gas companies benefit from greater asset diversification, financial resources and liquidity, and economies of scale. They can withstand shocks or downturns better than smaller firms. Size also tends to strongly correlate with other positive characteristics such as operating success, longevity, and diversification, whether it is geographic, by commodity, by price realizations, etc.

#### How We Assess it For the Grid

Scale is measured (estimated in the case of forward-looking expectations) using proved reserves, average daily production and total crude distillation capacity.

*Proved Reserves*

Proved reserves represent a store of current and future value that can be quantified and compared among companies. For credit purposes, we rely only on proved reserves, which is consistent with industry lending practices and conservatism in evaluating debt protection (as opposed to equity valuation, which focuses on upside growth potential). Proved reserves are estimated by petroleum engineers who are either company employees or external reserve engineers. They come from known reservoirs and can be produced with "reasonable certainty" under current pricing and technological operating assumptions. For financial reporting, reserve estimates are generally prepared annually and disclosed as supplements to the financial statements.

*Average Daily Production*

Production is the source of current cash flow and, in contrast to reserves, can be measured very accurately via regular reporting of revenues and volumes in the financial statements. Assessing a company's production and sources of projected growth is essential to judging credit risk. As with reserves, large production is a distinguishing characteristic for the integrated companies. They typically have a mature and diversified base of stable cash generating fields that underpins drilling programs and capital investment. Companies can project production out three to five years with some degree of visibility based on current development projects and identified discoveries.

*Crude Distillation Capacity*

Crude distillation capacity is a good proxy for the scale of the overall downstream operations. Most integrated companies also have sizable retail marketing operations that are closely integrated with their refining systems. While crude distillation capacity is not a guarantee of acceptable returns in an industry that is susceptible to excess capacity, size is critically important since it typically implies economies of scale in a business with high fixed costs, and provides opportunities to leverage critical mass to benefit from supply synergies. Scale also tends to imply diversification for companies with a number of large refineries and an extensive chain of retail outlets. Conversely, other measures such as market share, while sometimes useful, may not adequately reflect a company's bargaining clout in highly commoditized markets.

**App. 731**

MOODY'S INVESTORS SERVICE

FACTOR 1
**Scale (25%)**

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Average Daily Production (mboe/day) | 10% | ≥2,750 | 1,100 – 2,750 | 550 – 1,100 | 140 - 550 | 55 - 140 | 20 - 55 | 10 - 20 | <10 |
| Proved Reserves (mmboe) | 10% | ≥10,000 | 5,000 - 10,000 | 2,000 -5,000 | 500 - 2,000 | 100 - 500 | 30 - 100 | 10 - 30 | <10 |
| Crude Distillation Capacity (mbbls/day) | 5% | ≥3,000 | 2,000 - 3,000 | 1,000 - 2,000 | 500 - 1,000 | 250 - 500 | 50 - 250 | 25 - 50 | <25 |

## Factor 2: Business Position (20% Weight)

### Why it Matters

The Business Position factor is an indicator of the capacity of an integrated oil and gas company to generate large, recurrent and diversified streams of operating cash flow in order to support the execution of complex, capital intensive projects and sustain its business model in the long term.

In considering the business position of an integrated oil and gas company, Moody's focuses on the size and diversity of its hydrocarbon resource base, the breadth and depth of its project execution capabilities and technological know-how, and the degree of its integration along the oil and gas value chain.

### How We Assess it For the Grid

*Size and Diversity of Hydrocarbon Base*

To assess the strength of the hydrocarbon resource base of an integrated oil and gas company, Moody's considers a range of factors characterizing its oil and gas upstream asset portfolio. While proved reserves constitute the most reliable indicator of a company's cash generating capacity in the near to intermediate term, other commercial reserves that have yet to be proven as well as contingent resources provide a useful pointer for the company's ability to access resources and replenish proved reserves, which will underpin its production profile in the longer term. Also, while unproven reserves and contingent resources typically consume as opposed to generate cash, they constitute a store of value and source of additional financial flexibility for the company, which can be realized through the monetization of assets at different stages of the life of a project.

It is also important to consider the geological make-up and geographical diversity of the company's asset base. The large integrated companies tend to operate in more geographic areas and geologic basins, providing significant protection from a range of industry conditions such as lower commodity prices, downstream margin squeezes, unexpected internal or political disruptions to operations, quality or basis (location) differentials that affect realized prices, rising oil field service or other cost inputs, and so on.

*Project Execution Capabilities*

As conventional oil basins are becoming depleted, integrated oil and gas companies have, in recent years, undertaken increasingly complex upstream projects as well as ventured into new oil frontiers and more hostile operating environments.

However, operating in the harsh arctic environment or deep- and ultra-deepwater of the US Gulf of Mexico, West Africa and Brazil's offshore pre-salt oilfields, presents integrated oil and gas companies with some significant technical challenges and entails higher execution risks. Also, the development of unconventional

**App. 732**

MOODY'S INVESTORS SERVICE    CORPORATES

resources such as oil sands and integrated gas projects are typically highly capital intensive, have long lead times and require considerable upfront investment.

In this context, considerable technological expertise and extensive project management skills are required to execute these highly complex projects in a safe manner as well as deliver the costly projects on time and budget in order to achieve the attractive economic returns underpinned by the large size and commercial materiality of the oilfields under development. In more mature hydrocarbon provinces such as the North Sea or Western Siberia, the ability of operators to apply the latest enhanced oil-recovery techniques can also help extend the production profile of existing oilfields and significantly improved recovery rates.

*Integration Along the Oil and Gas Chain*

We view favorably operating profiles, which display a high degree of integration along the oil and gas chain. This helps companies not only capture additional value for their stakeholders, but also diversify their sources of earnings and mitigate the inherent exposure of their upstream activities to oil and gas price volatility.

The global liquefied natural gas (LNG) market has been expanding rapidly on the back of rising demand from developing economies in Asia and Latin America, and environmental policies calling for less power generation from oil, coal, and nuclear energy in favor of "cleaner" energy like natural gas.

Integrated oil and gas companies, which hold strong positions in the LNG market and can demonstrate the technological expertise and financial wherewithal to bring to market the vast quantities of stranded natural gas located in regions such as the Middle East, Australia and East Africa, are best placed to further capitalize on the continuing growth of this segment.

While integrated gas projects are highly capital intensive and have long lead times, they typically enjoy longer plateau production profiles than more traditional E&P developments. They generate utility-like returns and offer above-average earnings and cash flow visibility.

Furthermore, companies, which own the entire value chain, including the production, liquefaction, shipping and regasification, can arbitrage wide price differentials among the principal LNG markets in Asia, Europe, and the Americas. Such vertical integration allows them to take the lowest-cost supply to the highest-price market. They can also take advantage of their market intelligence, a competitive edge in a business with transactions conducted under private contracts that produce limited pricing information.

While we view refining activities per se as carrying high business risk given the volatility affecting refining margins, on an integrated basis, downstream activities provide balance that is supportive to an integrated petroleum company's business risk profile. Downstream activities provide diversification and, to some degree, a hedge against crude oil price movements, economies of scales, and the opportunity to capture the complete value chain and incremental profit margin via integration of upstream production with downstream refining, distribution and marketing. Therefore, the scale and efficiency of refining and marketing assets as well as strong oil product brand recognition are significant considerations for our credit assessment of integrated oil companies.

**App. 733**

MOODY'S INVESTORS SERVICE

FACTOR 2
**Business Position (20%)**

| | Factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Business Position | 20% | Extremely large and diversified hydrocarbon resource base; superior upstream project execution capabilities underpinned by technological leadership; extensive integration along the oil and gas value chain supported by a global LNG portfolio, highly efficient/world-scale refineries and leading marketing positions worldwide. | Very large and diversified hydrocarbon resource base; very strong upstream project execution capabilities underpinned by technological leadership; very strong integration along the oil and gas value chain supported by a very large LNG portfolio, highly efficient/large refineries and leading marketing positions in several regions. | Large and diversified hydrocarbon resource base; strong upstream project execution capabilities underpinned by technological leadership; strong integration along the oil and gas value chain supported by a sizeable LNG portfolio, efficient/large refineries and leading regional marketing positions. | Sizeable hydrocarbon resource base albeit with some geographic/ technological concentration; good project execution capabilities; material integration along the oil and gas value chain supported by LNG and/or refining activities and meaningful marketing positions in select group of countries. | Moderate hydrocarbon resource base with limited geographic/ technological diversification; moderate project execution capabilities with limited operator responsibilities; some degree of integration along the oil and gas value chain with a small number of mid-sized refineries and a meaningful retail position in a single national market. | Small hydrocarbon resource base lacking geographic/ technological diversification; limited project execution capabilities with no meaningful operator responsibilities; limited degree of integration along the oil and gas value chain with interests mainly in sub-scale refineries and weak marketing position. | Very small hydrocarbon resource base concentrated in single region/ technology; weak project execution capabilities with no operator responsibilities; very limited degree of integration along the oil and gas value chain. | Very small hydrocarbon resource base concentrated in single region/ technology and largely non-producing assets; very weak project execution capabilities and very limited degree of integration along the oil and gas value chain. |

## Factor 3: Profitability and Returns (10% weight)

### Why it Matters

Profitability and return measures are key both to management and to investors in the petroleum industry, which is fundamentally a commodity business. No single company controls the price for the crude oil and natural gas it sells or, for that matter, the margins on its refined products. To achieve competitive returns, a company has to maintain a lean cost structure and control both its cash operating and capital costs, while optimizing the capital invested. The petroleum industry is also highly capital-intensive, so strong returns are critical to attracting low-cost debt and equity capital. While many of the integrated companies have the cash flow and the financial wherewithal to fund capital spending internally, they frequently need to rely on external debt and equity capital, particularly to finance larger acquisitions and mergers.

### How We Assess it For The Grid

*EBIT/Average Book Capitalization:*

Earnings before interest and taxes (EBIT) /Average Book Capitalization is a consolidated return measure earned on all of a company's sources of capital. EBIT (the numerator) is measured over a one-year period. Book capitalization (the denominator) includes total debt plus book equity, minority interests and deferred taxes. Book capitalization is an average of the current and prior year to attempt to reflect flow items that change the balance sheet during the year.

App. 734

*Downstream EBIT/Total Throughput Barrels:*

Downstream EBIT is measured against throughput volume (note: we do not use refining-only EBIT because this is not publicly reported by companies in our rated universe on a consistent basis. Downstream EBIT encompasses contributions from refining and chemicals manufacturing, supply and trading as well as retail and marketing. This however excludes contributions from gas and power businesses). Both numerator and denominator are measured over a one-year period.

FACTOR 3
## Profitability and Returns (10%)

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| EBIT/Average Book Capitalisation | 5% | ≥25% | 20% - 25% | 15% - 20% | 10% - 15% | 5% - 10% | 3% - 5% | 0% - 3% | <0% |
| Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% | ≥$15 | $9- $15 | $6 - $9 | $3 - $6 | $2 - $3 | $1 - $2 | $0 - $1 | <$0 |

## Factor 4: Financial Policy (20% Weight)

### Why it Matters

Management and board tolerance for financial risk is a rating determinant as it directly affects debt levels, credit quality, and the risk of adverse changes in financing and capital structure.

Our assessment of financial policies includes the perceived tolerance of a company's governing board and management for financial risk and the future direction for the company's capital structure. Considerations include a company's public commitments in this area, its track record for adhering to commitments, and our views on the ability for the company to achieve its targets.

Financial risk tolerance serves as a guidepost to investment and capital allocation. An expectation that management will be committed to sustaining an improved credit profile is often necessary to support an upgrade. For example, we may not upgrade a company that has built flexibility within its rating category if we believe the company will use that flexibility to fund investment projects, a strategic acquisition, cash distribution to shareholders, spin-off or other leveraging transactions. Conversely, a company's credit rating may be better able to withstand a moderate leveraging event if management places a high priority on returning credit metrics to pre-transaction levels and historically has consistently demonstrated the commitment to do so.

### How We Assess it For The Grid

*Financial Policy*

Moody's assesses the issuer's desired capital structure or targeted credit profile, history of prior actions and adherence to its commitments. Attention is paid to management's operating performance and use of cash flow through different phases of investment and commodity cycles. Also of interest is the way in which management responds to key events, such as changes in the credit markets and liquidity environment, legal actions, competitive challenges, and regulatory pressures.

Management's appetite for M&A activity is assessed, with a focus on the type of transactions (i.e. core competency or new business) and funding decisions, including willingness to issue equity or sell assets in the event of large acquisitions. Frequency and materiality of acquisitions and previous financing choices are evaluated. A history of debt-financed or credit-transforming acquisitions will generally result in a lower score for this factor.

**App. 735**

MOODY'S INVESTORS SERVICE                                                                                          CORPORATES

We also consider a company and its owners' past record of balancing shareholder returns and debt holders' interests.  A track record of favoring shareholder returns at the expense of debt holders is likely to be viewed negatively in scoring this factor.

We consider these factors in the context of the inherent volatility of commodity prices and downstream margins affecting operating cash flow generation as well as the relatively high capital intensity of oil and gas activities. Integrated oil and gas companies typically undertake large investments in complex upstream and downstream projects, which are characterized by significant execution risk and long lead times resulting in a large proportion of capital being tied up in non-cash producing assets under construction.

FACTOR 4
**Financial Policy (20%)**

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| Financial Policy | 20% | Expected to have: extremely conservative financial policies; very stable metrics; public commitment to very strong credit profile over the long term. | Expected to have: very stable and conservative financial policies; stable metrics; minimal event risk that would cause a rating transition; public commitment to strong credit profile over the long term. | Expected to have: predictable financial policies that preserve creditor interests. Although modest event risk exists, the effect on leverage is small and temporary; strong commitment to a solid credit profile. | Expected to have: financial policies that balance the interest of creditors and shareholders; some risk that debt funded acquisitions or shareholder distributions could lead to a weaker credit profile. | Expected to have: financial policies that tend to favor shareholders over creditors; above average financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes. | Expected to have: financial policies that favor shareholders over creditors; high financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes. | Expected to have: financial policies that create elevated risk of debt restructuring in varied economic environments. | Expected to have: financial policies that create elevated risk of debt restructuring even in healthy economic environments. |

## Factor 5: Leverage and Coverage (25% Weight)

### Why it Matters

Leverage and coverage measures are indicators of a company's financial flexibility and long term viability. Financial flexibility is critical to integrated oil and gas companies to be able to undertake large investments in complex upstream and downstream projects, which require the continuing funding of substantial capital commitments through periods of heightened commodity price and downstream margin volatility, as well as entail significant execution risk.

The factor is comprised of three sub-factors:

*Interest Coverage*

**Earnings before interest and taxes (EBIT) /Interest Expense** is used to as an indicator for a company's ability to pay interest and other fixed charges from its operating performance.

*Cash Flow*

**Retained Cash Flow / Net Debt** is an indicator of a company's ability to repay principal on its outstanding debt. It is a measure or estimate for cash flow generation before working capital movements and after dividends in relation to outstanding debt less cash.

App. 736

*Capital Structure*

**Total Debt to Capital** is an indicator for how much of the company's capital structure is composed of debt and debt like obligations.

Some of the financial ratios used in this methodology are presented on a gross debt basis and some others on a net debt basis (i.e. gross debt less cash and cash equivalents). In fact, Moody's takes both measures into consideration.  Many of the integrated oil companies carry large cash balances, some arising from free cash generation and managed in tandem capital need and shareholder returns. Other companies, as in Europe, tend to hold considerable liquidity rather than rely on bank lines. In addition, many European companies with large US dollar-denominated assets and revenues prefer to fund in foreign currency to hedge foreign currency exposures, despite having surplus local currency cash.  In such cases, Moody's will also consider net debt.

### How We Assess It For The Grid

»    EBIT / Interest Expense:

The metric is defined as EBIT divided by interest expense.

»    RCF / Net Debt:

The metric is defined as operations less dividends divided by net debt.

»    Total Debt /Capitalization:

The metric is defined as debt divided by book capitalization (inclusive of minority interest and deferred income taxes).

App. 737

MOODY'S INVESTORS SERVICE
CORPORATES

## Factor 5
## Leverage and Coverage (25%)

| Sub-Factor | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| EBIT/Interest Expense | 7.5% | ≥20x | 12x - 20x | 7x - 12x | 4x - 7x | 2x - 4x | 1x - 2x | 0.5x - 1x | <0.5x |
| RCF/Net Debt | 10.0% | ≥60% | 40% - 60% | 30% - 40% | 20% - 30% | 10% - 20% | 5% - 10% | 2% - 5% | <2% |
| Debt/Capitalization | 7.5% | <25% | 25% - 35% | 35% - 45% | 45% - 55% | 55% - 65% | 65% - 75% | 75% - 85% | ≥85% |

### Factor 6: Constraints related to Government's Policy Goals

#### Why it Matters

Oil and natural gas companies are distinctive in the role they play as very large dependable cash flow generators for governments in both low and high commodity price environments. This is particularly true in some emerging countries where a number of oil companies irrespective of whether they are state- or privately-owned are the primary generators of fiscal revenues and hard currency for the governments of the countries in which they are domiciled and hold the bulk of the national hydrocarbon resources.

Some of these companies, and in particular the flagship state-owned national oil companies of resource-rich countries, tend to score very highly on most grid factors due to their enormous oil and gas reserves, low geological risk and finding costs, or low financial leverage. However, they are often regarded by their governments as a major source of employment and advancement. They are called upon to play a key role in providing social services or carrying out government social policies and subsidies for key products such as gasoline or heating oil. From a financial standpoint, they are compelled to pay out large portions of their cash flow via royalties, dividends, special taxes, and direct contributions to government development funds. This is often to the detriment of their ability to reinvest internally and preserve their financial flexibility. In many instances, governments do not have any ready alternatives to heavy dependence on the oil and gas sector, since the economy is not sufficiently diversified, or tax collections from the non-oil sector are limited.

To capture some of the considerations that arise from the unique role of the petroleum sector in some countries, we include an additional rating factor "Constraints Related to Government's Policy Goals," which focuses on the likelihood that a government may take action to the detriment of the company's credit standing (either in its capacity as main shareholder and/or tax collector) in order to fulfil certain policy objectives.

This factor is not weighted, but is applied as a notching down of the grid-indicated outcome generated by Factors 1-5. While all companies are scored under Factor 6, the result is no down notching for a majority of the currently rated companies. However, there is a substantial impact on the grid-indicated rating for state-owned companies that are key sources of funding for government activities and/or which are directed to spend on social policies that do not directly support the company's business activities.

In the first half of 2016, more than half of the rated companies in this sector had no down notching for Factor 6, including some companies that are government owned. Such companies may provide significant royalties, income or petroleum taxes but are not differentially singled out and do not dominate the government's tax revenues. Their fiscal contributions are limited to royalties, income and certain petroleum taxes, and are subject to an established and transparent fiscal regime that rarely changes and is consistently applied. Their contributions are generally not critical for government revenues, as is the case within a large diversified economy.

App. 738

MOODY'S INVESTORS SERVICE

At the other end of the spectrum are national oil companies, which may incur a Factor 6 downward adjustment of as much as four to nine notches. In these cases, the government depends on the state oil company for a large share or almost all of its fiscal revenues to fund its budget and social spending programs. The companies are also called on to advance social programs and services outside the oil sector.

### How We Assess it For The Grid

FACTOR 6
**Constraints related to Government's Policy Goals**

| Sub-Factor | Zero to Three Notch Adjustment | Four to Six Notch Adjustment | Seven to Nine Notch Adjustment |
|---|---|---|---|
| Constraints related to Government's Policy Goals | » Government has limited powers to influence the company's corporate governance, strategy and financial policies where the state maintains a controlling stake, minority shareholders' rights are strongly protected<br><br>» Legal framework and tax regime of the company's country of domicile are stable and predictable<br><br>» Government policy goals do not conflict with the pursuit of business and financial objectives primarily focused on shareholder value creation - even though, in the case of a resource-rich country, government policies seek to ensure that approach to developing national oil and gas resources reflects public interest considerations<br><br>» Significant share of international assets/revenues derived from outside of the country of domicile. | » Government maintains a controlling stake in the company and has powers to influence the company's corporate governance, strategy and financial policies<br><br>» Legal framework and tax regime of the company's country of domicile are subject to periodic adjustment giving rise a certain degree of unpredictability<br><br>» Company and oil & gas sector as a whole materially contribute to government's tax receipts and country's export revenues<br><br>» Government's primary objective is to promote the development of the country's oil and gas resources and/or ensure its security of energy supply. Public interest considerations are paramount, even though compatible with maintenance of sound financial standing by company. | » As 100%- or controlling owner, state has wide powers to influence company's corporate governance, strategy and financial policies; no effective protection of minority shareholders' rights<br><br>» Legal framework and tax regime of the company's country of domicile lack stability and are highly unpredictable<br><br>» Company and oil & gas sector as a whole contribute most of government's tax receipts and country's export revenues<br><br>» Primary objective of state-shareholder is to maximize revenues raised from company (and the country's oil sector at large) in order to fund government's social policies and boost country's employment, with little consideration given to company's financial standing. |

## Assumptions and Limitations, and Rating Considerations That Are Not Covered in the Grid

The rating methodology grid results from a decision to favor simplicity that enhances transparency and to avoid greater complexity that might enable the grid to map more closely to actual ratings. The five rating factors in the grid do not constitute an exhaustive treatment of all the considerations that are important for ratings of companies in the integrated oil and gas industry. In addition, our ratings incorporate expectations for future performance, while the financial information that is used to illustrate the mapping in the grid in this document is mainly historical. In some cases, our expectations for future performance may be informed by confidential information that we can't disclose. In other cases, we estimate future results based upon past performance, industry trends, competitor actions or other factors. In either case, predicting the future is subject to the risk of substantial inaccuracy.

Assumptions that may cause our forward-looking expectations to be incorrect include unanticipated changes in any of the following factors: the macroeconomic environment and general financial market conditions, industry competition, disruptive technology, regulatory and legal actions.

Key rating assumptions that apply in this sector include our view that sovereign credit risk is strongly correlated with that of other domestic issuers, that legal priority of claim affects average recovery on

**App. 739**

MOODY'S INVESTORS SERVICE                                                                    CORPORATES

different classes of debt sufficiently to generally warrant differences in ratings for different debt classes of the same issuer, and the assumption that access to liquidity is a strong driver of credit risk.

In choosing metrics for this rating methodology grid, we did not explicitly include certain important factors that are common to all companies in any industry such as the quality and experience of management, assessments of corporate governance and the quality of financial reporting and information disclosure. The assessment of these factors can be highly subjective and variable over time. Therefore ranking these factors by rating category in a grid would in some cases suggest too much precision in the relative ranking of particular issuers against all other issuers that are rated in various industry sectors.

We also did not include certain factors that did not lend themselves to a simple grid presentation. For example, given the predominant concentration of value in exploration and production, we examine full-cycle costs when assessing an integrated oil company's upstream cost structure and capital efficiency. We calculate or estimate the full-cycle ratio, which links cash operating costs to the ongoing capital invested in replacing reserves, showing the cash margin generated for each dollar invested over a cycle in the finding and development (F&D) effort. Put another way, the full-cycle ratio measures the cash-on-cash return produced by each barrel, or how much cash a company generates in excess of its cost of replacing reserves. The leveraged full-cycle ratio can provide additional insights when analyzed at different points in the industry commodity price cycle. However, grid criteria for the full-cycle ratio would need to be quite complicated to adjust for the large shifts in the cost structure of this industry over time, which are related to the volatility of hydrocarbon prices in addition to other factors. So we have not included the full-cycle ratio in the grid but find it quite useful in comparing a company's capital efficiency relative to peers over a common period of time.

Ratings may include additional factors that are difficult to quantify or that have a meaningful effect in differentiating credit quality only in some cases, but not all. Such factors include regulatory and litigation risk as well as changes in end use demand. While these are important considerations, it is not possible to precisely express these in the rating methodology grid without making the grid excessively complex and significantly less transparent. Ratings may also reflect circumstances in which the weighting of a particular factor will be substantially different from the weighting suggested by the grid.

This variation in weighting rating considerations can also apply to factors that we choose not to represent in the grid. For example, liquidity is a consideration frequently critical to ratings and which may not, in other circumstances, have a substantial impact in discriminating between two issuers with a similar credit profile. As an example of the limitations, ratings can be heavily affected by extremely weak liquidity that magnifies default risk. However two identical companies might be rated the same if their only differentiating feature is that one has a good liquidity position while the other has an extremely good liquidity position.

**App. 740**

MOODY'S INVESTORS SERVICE

## Other Rating Considerations

Moody's considers other factors in addition to those discussed in this report, but in most cases understanding the framework presented herein will enable a good approximation of our view on the credit quality of companies in the global integrated oil and gas industry. Moody's considers additional factors, including future operating and financial performance that may deviate from historic performance, the quality of management, corporate governance, financial controls, liquidity management, event risk and seasonality. The analysis of these factors remains an integral part of our rating process.

### Management Strategy

The quality of management is an important factor supporting a company's credit strength. Assessing the execution of business plans over time can be helpful in assessing management's business strategies, policies and philosophies. In connection with this assessment, we evaluate management performance relative to performance of competitors and our projections. A record of consistency provides Moody's with insight into management's likely future performance in stressed situations and can be an indicator of management's tendency to depart significantly from its stated plans and guidelines.

### Corporate Governance

Among the areas of focus in corporate governance are audit committee financial expertise, the incentives created by executive compensation packages, related party transactions, interactions with outside auditors, and ownership structure.

### Investment and Acquisition Strategy

In our credit assessment we take into consideration management's investment strategy, as well as the size of the investment required to build new capacity relative to the company existing cash flows. Investment strategy is benchmarked with other companies that have a similar capital intensity in the rated universe to further verify its consistency.

Acquisitions can strengthen an integrated oil and gas company's business. Our assessment of a company's tolerance for acquisitions at a given rating level takes into consideration management's risk appetite (including the likelihood of further acquisitions over the medium term) share buy-back activity, the company's commitment to specific leverage targets, and the volatility of the underlying businesses, as well as that of the business acquired. Ratings can often hold after acquisitions even if leverage temporarily climbs above normally acceptable ranges. However, this depends on the strategic fit, pro-forma capitalization/leverage following an acquisition and our confidence that credit metrics will be restored in a relatively short time frame.

### Financial Controls

Moody's relies on the accuracy of audited financial statements to assign and monitor ratings. Such accuracy is only possible when companies have sufficient internal controls, including centralized operations and the proper tone at the top and consistency in accounting policies and procedures.

Weaknesses in the overall financial reporting processes, financial statement restatements or delays in regulatory filings can be indications of a potential breakdown in internal controls.

App. 741

MOODY'S INVESTORS SERVICE                                                          CORPORATES

### Liquidity Management

Liquidity is a critical rating factor for all integrated oil companies. Liquidity can be particularly important for non-investment grade companies where issuers typically have less operating and financial flexibility. Moody's forms an opinion on likely near-term liquidity requirements from both a cash source and cash use aspect. We may also examine bank covenants and compliance cushions to assess whether the company is likely to require covenant relief in the event of an industry downturn or an issuer specific decline in performance.

### Event Risk

We also recognize the possibility that an unexpected event could cause a sudden and sharp decline in an issuer's fundamental creditworthiness. Typical special events include mergers and acquisitions, asset sales, spin-offs, capital restructuring programs, litigation and shareholder distributions.


App. 742

## Appendix A: Global Integrated Oil and Gas Methodology Factor Grid

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| **Factor 1: Scale (25%)** | | | | | | | | | |
| Average Daily Production (Mboe/d) | 10% | ≥2,750 | 1,100-2,750 | 550-1,100 | 140-550 | 55-140 | 20-55 | 10-20 | < 10 |
| Proved Reserves (Million boe) | 10% | ≥10,000 | 5,000-10,000 | 2,000-5,000 | 500-2,000 | 100-500 | 30-100 | 10-30 | < 10 |
| Total Crude Distillation Capacity (Mbbl/d) | 5% | ≥ 3,000 | 2,000-3,000 | 1,000-2,000 | 500-1,000 | 250-500 | 50-250 | 25-50 | < 25 |
| **Factor 2: Business Position (20%)** | | | | | | | | | |
| Business Position | 20% | Extremely large and diversified hydrocarbon resource base; superior upstream project execution capabilities underpinned by technological leadership; extensive integration along the oil and gas value chain supported by a global LNG portfolio, highly efficient/world-scale refineries and leading marketing positions worldwide. | Very large and diversified hydrocarbon resource base; very strong upstream project execution capabilities underpinned by technological leadership; very strong integration along the oil and gas value chain supported by a very large LNG portfolio, highly efficient/large refineries and leading marketing positions in several regions. | Large and diversified hydrocarbon resource base; strong upstream project execution capabilities underpinned by technological leadership; strong integration along the oil and gas value chain supported by a sizeable LNG portfolio, efficient/large refineries and leading regional marketing positions. | Sizeable hydrocarbon resource base albeit with some geographic/technological concentration; good project execution capabilities; material integration along the oil and gas value chain supported by LNG and/or refining activities and meaningful marketing positions in select group of countries. | Moderate hydrocarbon resource base with limited geographic/technological diversification; moderate project execution capabilities with limited operatorship responsibilities; some degree of integration along the oil and gas value chain with a small number of mid-sized refineries and a meaningful retail position in a single national market. | Small hydrocarbon resource base lacking geographic/technological diversification; limited project execution capabilities with no meaningful operatorship responsibilities; limited degree of integration along the oil and gas value chain with interests mainly in sub-scale refineries and weak marketing position. | Very small hydrocarbon resource base concentrated in single region/technology; weak project execution capabilities with no operatorship responsibilities; very limited degree of integration along the oil and gas value chain. | Very small hydrocarbon resource base concentrated in single region/technology and largely non-producing assets; very weak project execution capabilities and very limited degree of integration along the oil and gas value chain. |
| **Factor 3: Profitability and Returns (10%)** | | | | | | | | | |
| EBIT/Average Book Capitalisation | 5% | ≥25% | 20%-25% | 15%-20% | 10%-15% | 5%-10% | 3%-5% | 0%-3% | < 0% |
| Downstream EBIT/Total Throughput Barrels ($/bbl) | 5% | ≥ $15 | $9 - $15 | $6 - $9 | $3 - $6 | $2 - $3 | $1 - $2 | $0 - $1 | < $0 |
| **Factor 4: Financial Policy (20%)** | | | | | | | | | |
| Financial Policy | 20% | Expected to have extremely conservative financial policies; very stable | Expected to have very stable and conservative financial policies; stable | Expected to have predictable financial policies that preserve creditor | Expected to have financial policies that balance the interest of creditors and shareholders; | Expected to have financial policies that tend to favor shareholders over creditors; above average | Expected to have financial policies that favor shareholders over creditors; high financial | Expected to have financial policies that create elevated risk of debt restructuring in | Expected to have financial policies that create elevated risk of debt restructuring even in healthy |

**App. 743**

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| | | metrics; public commitment to very strong credit profile over the long term | metrics; minimal event risk that would cause a rating transition; public commitment to strong credit profile over the long term | interests. Although modest event risk exists, the effect on leverage is likely to be small and temporary; strong commitment to a solid credit profile | some risk that debt funded acquisitions or shareholder distributions could lead to a weaker credit profile | financial risk resulting from shareholder distributions, acquisitions or other significant capital structure changes | risk resulting from shareholder distributions, acquisitions or other significant capital structure changes | varied economic environments | economic environments |

**Factor 5: Leverage and Coverage (25%)**

| | Sub-factor Weight | Aaa | Aa | A | Baa | Ba | B | Caa | Ca |
|---|---|---|---|---|---|---|---|---|---|
| EBIT/Interest Expense | 7.5% | ≥20x | 12x-20x | 7x-12x | 4x-7x | 2x-4x | 1x-2x | 0.5x-1x | <0.5x |
| Retained Cash Flow/Net Debt | 10.0% | ≥ 60% | 40%-60% | 30%-40% | 20%-30% | 10%-20% | 5%-10% | 2%-5% | < 2% |
| Total Debt/Capital | 7.5% | <25% | 25%-35% | 35%-45% | 45%-55% | 55%-65% | 65%-75% | 75%-85% | ≥ 85% |

| Factor 6: Constraints Related to Government's Policy Goals | Zero to Three Notch Adjustment | Four to Six Notch Adjustment | Seven to Nine Notch Adjustment |
|---|---|---|---|
| Constraints Related to Government's Policy Goals | » Government has limited powers to influence the company's corporate governance, strategy and financial policies - where the state maintains a controlling stake, minority shareholders' rights are strongly protected<br>» Legal framework and tax regime of the company's country of domicile are stable and predictable<br>» Government policy goals do not conflict with the pursuit of business and financial objectives primarily focused on shareholder value creation - even though, in the case of a resource-rich country, government policies seek to ensure that approach to developing national oil and gas resources reflects public interest considerations<br>» Significant share of international assets/revenues derived from outside of the country of domicile | » Government maintains a controlling stake in the company and has powers to influence the company's corporate governance, strategy and financial policies<br>» Legal framework and tax regime of the company's country of domicile are subject to periodic tweaking giving rise to a certain degree of unpredictability<br>» Company and oil & gas sector as a whole materially contribute to government's tax receipts and country's export revenues<br>» Government's primary objective is to promote the development of the country's oil and gas resources and/or ensure its security of energy supply. Public interest considerations are paramount, even though compatible with maintenance of sound financial standing by company | » As 100%- or controlling owner, state has wide powers to influence company's corporate governance, strategy and financial policies; no effective protection of minority shareholders' rights<br>» Legal framework and tax regime of the company's country of domicile lack stability and are highly unpredictable<br>» Company and oil & gas sector as a whole contribute most of government's tax receipts and country's export revenues<br>» Primary objective of state-shareholder is to maximise revenues raised from company (and the country's oil sector at large) in order to fund government's social policies and boost country's employment, with little consideration given to company's financial standing |

**App. 744**

MOODY'S INVESTORS SERVICE    INFRASTRUCTURE AND PROJECT FINANCE

## Appendix B: Integrated Oil and Gas Industry Overview

The integrated oil and gas industry encompasses the full range of activities from exploration for reserves through refining and product marketing. The "upstream," involves exploration, development and production of oil, natural gas and natural gas liquids. Along the integrated chain, the companies put their oil and gas production through the downstream, which involves refining, distribution, wholesale and retail marketing of refined products, petrochemical manufacturing, and energy marketing and trading. Many of the companies also engage in "midstream" businesses such as natural gas gathering, processing of natural gas liquids, pipeline transportation, and storage.

The industry has high barriers to entry in terms of capital, technological and drilling expertise, and required international skills. The major integrated companies are long-established players, and, in an industry characterized by mergers and consolidations over the last two decades, the only significant new players have been national oil companies, who are able to parlay a country's resources into joint ventures with experienced explorers and developers. The national oil companies have become savvy participants as well as head-to-head competitors in both the upstream and downstream.

The oil and gas industry is exposed to commodity price risk.  Crude oil and refined products are commodities priced and traded in US dollars on a global basis.  Producers and refiners are "price takers" due to conditions of oversupply, lack of OPEC discipline, and industry competition. Consequently, economies of scale and cost competitiveness are critical to profitability. Natural gas, in contrast, is more regionalized in its production (except in liquefied form) and sales patterns and market penetration are limited by pipeline access and physical proximity. The industry is also highly cyclical, following global and regional patterns of economic growth and product demand. In rating companies in this sector, we strive to a significant degree to look through these industry cycles. As a result, at some points in the cycle the ratings of integrated oil companies as a group may have a substantial imbalance above or below their grid-indicated ratings.

In general, the upstream operations have the greatest store of value and highest returns, with cash flow and earnings primarily exposed to commodity price swings and a continuing need to re-invest substantial amounts to replace depleting reserves. A company must spend consistently and successfully over a long-period of time to replace and grow its production base.  Otherwise, its reserves and market value will dwindle and the company will eventually liquidate.

The downstream is also a capital intensive, high volume and revenue generating business but is a lower return segment, subject to thin margins, volatile price swings on crude inventories, chronic refining overcapacity and competitive pressures that rarely support high prices at the pump for very long.  However, as the industry periodically emerges from elevated spending cycles, the downstream can generate sizable cash flows, as was the case in 2006-2008. The retail part of the business includes service stations networks and, increasingly, convenience stores and fast food outlets.

Public scrutiny of the downstream is intense on both the pricing and environmental fronts, with refining and marketing the source of most of the industry's costliest environmental problems.  Environmental regulation is also subject to change, and the mandated spending cycles the industry faces are crucial to staying in business but rarely make any capital return.  For these reasons, most downstream participants, large and small, have restructured to reduce capital employed or to joint-venture these operations.

App. 745

MOODY'S INVESTORS SERVICE CORPORATES

## Moody's Related Research

The credit ratings assigned in this sector are primarily determined by this credit rating methodology. Certain broad methodological considerations (described in one or more secondary or cross-sector credit rating methodologies) may also be relevant to the determination of credit ratings of issuers and instruments in this sector. Potentially related secondary and cross-sector credit rating methodologies can be found here.

For data summarizing the historical robustness and predictive power of credit ratings assigned using this credit rating methodology, see link.

Definitions of Moody's most common ratio terms can be found in "Moody's Basic Definitions for Credit Statistics, User's Guide", accessible via this link.

Please refer to Moody's Rating Symbols & Definitions, which is available here, for further information.

To access any of these reports, click on the entry above. Note that these references are current as of the date of publication of this report and that more recent reports may be available. All research may not be available to all clients



App. 746



» contacts continued from page 1

## Analyst Contacts:

| | |
|---|---|
| **HONG KONG** | +852.3551.3077 |
| Chenyi Lu | +852.3758.1363 |

*Vice President-Senior Analyst*
chenyi.lu@moodys.com

| | |
|---|---|
| **BEIJING** | +86.10.6319.6500 |
| Kai Hu | +86.10.6319.6560 |

*Vice President-Senior Credit Officer*
kai.hu@moodys.com

| | |
|---|---|
| **SINGAPORE** | +65.6398.8308 |
| Vikas Halan | +65.6398.8337 |

*Vice President-Senior Analyst*
vikas.halan@moodys.com

| | |
|---|---|
| **LONDON** | +44.20.7772.5454 |
| Francois Lauras | +44.20.7772.5397 |

*Vice President - Senior Credit Officer*
francois.lauras@moodys.com

| | |
|---|---|
| **DUBAI** | +971.4.401.9536 |
| David Staples | +971.4.237.9562 |

*Managing Director – Corporate Finance*
david.staples@moodys.com

Report Number: 1038500

| **Author** | **Production Associate** |
|---|---|
| Francois Lauras | Jobin James |

© 2016 Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

CREDIT RATINGS ISSUED BY MOODY'S INVESTORS SERVICE, INC. AND ITS RATINGS AFFILIATES ("MIS") ARE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND CREDIT RATINGS AND RESEARCH PUBLICATIONS PUBLISHED BY MOODY'S ("MOODY'S PUBLICATIONS") MAY INCLUDE MOODY'S CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL, FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS AND MOODY'S OPINIONS INCLUDED IN MOODY'S PUBLICATIONS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. MOODY'S PUBLICATIONS MAY ALSO INCLUDE QUANTITATIVE MODEL-BASED ESTIMATES OF CREDIT RISK AND RELATED OPINIONS OR COMMENTARY PUBLISHED BY MOODY'S ANALYTICS, INC. CREDIT RATINGS AND MOODY'S PUBLICATIONS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. NEITHER CREDIT RATINGS NOR MOODY'S PUBLICATIONS COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS AND PUBLISHES MOODY'S PUBLICATIONS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL, WITH DUE CARE, MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.

MOODY'S CREDIT RATINGS AND MOODY'S PUBLICATIONS ARE NOT INTENDED FOR USE BY RETAIL INVESTORS AND IT WOULD BE RECKLESS AND INAPPROPRIATE FOR RETAIL INVESTORS TO USE MOODY'S CREDIT RATINGS OR MOODY'S PUBLICATIONS WHEN MAKING AN INVESTMENT DECISION. IF IN DOUBT YOU SHOULD CONTACT YOUR FINANCIAL OR OTHER PROFESSIONAL ADVISER.

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the rating process or in preparing the Moody's Publications.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability to any person or entity for any indirect, special, consequential, or incidental losses or damages whatsoever arising from or in connection with the information contained herein or the use of or inability to use any such information, even if MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers is advised in advance of the possibility of such losses or damages, including but not limited to: (a) any loss of present or prospective profits or (b) any loss or damage arising where the relevant financial instrument is not the subject of a particular credit rating assigned by MOODY'S.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability for any direct or compensatory losses or damages caused to any person or entity, including but not limited to by any negligence (but excluding fraud, willful misconduct or any other type of liability that, for the avoidance of doubt, by law cannot be excluded) on the part of, or any contingency within or beyond the control of, MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers, arising from or in connection with the information contained herein or the use of or inability to use any such information.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY SUCH RATING OR OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

Moody's Investors Service, Inc., a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by Moody's Investors Service, Inc. have, prior to assignment of any rating, agreed to pay to Moody's Investors Service, Inc. for appraisal and rating services rendered by it fees ranging from $1,500 to approximately $2,500,000. MCO and MIS also maintain policies and procedures to address the independence of MIS's ratings and rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold ratings from MIS and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at www.moodys.com under the heading "Investor Relations — Corporate Governance — Director and Shareholder Affiliation Policy."

Additional terms for Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001. MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors. It would be reckless and inappropriate for retail investors to use MOODY'S credit ratings or publications when making an investment decision. If in doubt you should contact your financial or other professional adviser.

Additional terms for Japan only: Moody's Japan K.K. ("MJKK") is a wholly-owned credit rating agency subsidiary of Moody's Group Japan G.K., which is wholly-owned by Moody's Overseas Holdings Inc., a wholly-owned subsidiary of MCO. Moody's SF Japan K.K. ("MSFJ") is a wholly-owned credit rating agency subsidiary of MJKK. MSFJ is not a Nationally Recognized Statistical Rating Organization ("NRSRO"). Therefore, credit ratings assigned by MSFJ are Non-NRSRO Credit Ratings. Non-NRSRO Credit Ratings are assigned by an entity that is not a NRSRO and, consequently, the rated obligation will not qualify for certain types of treatment under U.S. laws. MJKK and MSFJ are credit rating agencies registered with the Japan Financial Services Agency and their registration numbers are FSA Commissioner (Ratings) No. 2 and 3 respectively.

MJKK or MSFJ (as applicable) hereby disclose that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by MJKK or MSFJ (as applicable) have, prior to assignment of any rating, agreed to pay to MJKK or MSFJ (as applicable) for appraisal and rating services rendered by it fees ranging from JPY200,000 to approximately JPY350,000,000.

MJKK and MSFJ also maintain policies and procedures to address Japanese regulatory requirements.



App. 747

# Exhibit 50



## Rating Action: Moody's changes ExxonMobil's outlook to stable; Aaa rating affirmed

07 Jun 2017

New York, June 07, 2017 -- Moody's Investors Service ("Moody's") affirmed  the Aaa issuer and senior unsecured ratings of Exxon Mobil Corporation  (ExxonMobil) and its guaranteed subsidiaries as well as the Prime-1  short term rating. The rating outlook was changed to stable from negative.

"Substantial operating cost reductions and more efficient capital  spending has restored ExxonMobil's ability to fund the capital reinvestment  necessary to maintain its industry leading business profile and generate  free cash flow, even in this much lower oil price environment," commented Pete Speer, Moody's Senior Vice President. "The company's increased resiliency to lower commodity prices,  improving credit metrics and diminished downside risks to its production  profile support a stable outlook."

RATINGS RATIONALE

The stable rating outlook reflects Moody's expectation that ExxonMobil's  credit metrics will significantly improve through 2019 from 2016's  cyclically low levels. Higher commodity prices than 2016 combined  with continued operating cost reductions and modest production growth  will drive free cash flow generation and stronger cash flow based leverage metrics. Moody's forecasts that ExxonMobil's retained  cash flow/net debt will rise to around 35% in 2017 and 2018 and  then move towards 45% in 2019 from 20% in 2016.

Moody's also expects debt levels to decline modestly over the next  few years as free cash flow combined with asset sales more than offset  acquisitions. This will further support the improvement in ExxonMobil's  cash flow based financial leverage metrics while also reducing its debt/book  capitalization towards 18% in 2019 and debt/proved reserves back below $3 per barrel of oil equivalent. The company's  leverage metrics are stronger than all of its Aa-rated integrated oil & gas company peers. In comparison to other Aa-rated  non-financial corporates, the company's cash flow based leverage metrics will return to comparable levels, while its debt/book

**App. 748**

capitalization in its tangible asset heavy business remains much lower than most peers.

Reserve replacement remains a challenge for ExxonMobil and its peers. This issue was amplified by the 4.3 billion barrels-of-oil equivalent reserves the company removed from its proved reserves in 2016 because of low oil and gas prices, amounting to 17% of 2015 total proved reserves. About 80% of these reserves are located in the Kearl oil sands operation in Canada, which continues to produce oil and generate positive cash flow. With higher oil prices these reserves will likely be added back to proved reserves in 2017. However, even excluding all of the negative price-related revisions, ExxonMobil's reserve replacement in 2016 was only 67%.

ExxonMobil's 2017 capital budget of $22 billion (including affiliate capex) is 14% higher than 2016 spending, but it is substantially lower than the $39 billion to $43 billion invested per annum from 2012-2014. The company will continue to lower its reserve replacement costs by efficiency improvements, lower oilfield services and drilling costs, and a focus on lower cost shorter-cycle investments, including its large acreage position in the Permian Basin. With a priority on investment returns, Moody's expects the company's reserve replacement costs to trend down through 2019, boosting its full-cycle investment returns while also improving its reserve replacement metrics. But total proved reserves could modestly decline in the next few years as the company prioritizes investment returns, shorter-cycle production response and free cash flow generation.

ExxonMobil's Aaa ratings consider the company's differentially large proved reserve and production scale, the countercyclical benefits of its integrated operations and its low financial leverage as measured against proved reserves and book capitalization measures. The company's proved reserves are much larger than its Aa-rated integrated peers, while it is also one of the world's largest petroleum refiners and petrochemical producers. ExxonMobil's integrated business model provides resiliency in navigating volatile commodity price fluctuations, while its size and strong balance sheet enables it to maintain a relatively low cost structure and fund necessary capital investments through commodity price cycles.

If ExxonMobil's cash flow based leverage metrics do not improve as anticipated or if its reserve replacement and production profile appear poised to move into substantial decline over the medium term then the ratings could be downgraded.

Affirmations:

..Issuer: Exxon Mobil Corporation

.... Issuer Rating, Affirmed Aaa

....Backed Senior Unsecured Commercial Paper, Affirmed P-1

....Senior Unsecured Regular Bond/Debentures, Affirmed Aaa

**App. 749**

..Issuer: Exxon Capital Corp

....Backed Senior Unsecured Shelf, Affirmed (P)Aaa

..Issuer: XTO Energy, Inc.

.... Issuer Rating, Affirmed Aaa

....Senior Unsecured Regular Bond/Debentures, Affirmed Aaa

..Issuer: Mobil Corporation

.... Issuer Rating, Affirmed Aaa

....Senior Unsecured Regular Bond/Debenture, Affirmed Aaa

..Issuer: California Municipal Finance Authority

....Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: California Pollution Control Financing Auth.

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: East Baton Rouge (Parish of) LA

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed P-1

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: East Baton Rouge (Parish of) LA, Ind Dev Bd

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed P-1

..Issuer: Gloucester (Cnty of) NJ, Poll Ctrl Fin Auth

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

**App. 750**

..Issuer: Gulf Coast Industrial Development Authority

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed VMIG 1

..Issuer: Gulf Coast Waste Disposal Authority,  TX

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed P-1

.... Backed Senior Unsecured Revenue Bonds,  Affirmed VMIG 1

..Issuer: Harris County Industrial Dev Corp,  TX

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed VMIG 1

..Issuer: Joliet Regional Port District, IL

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed P-1

..Issuer: Lincoln (County of) WY

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed P-1

..Issuer: Lower Neches Valley Auth. TX,  I.D.C.

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed P-1

.... Backed Senior Unsecured Revenue Bonds,  Affirmed VMIG 1

..Issuer: Lower Neches Valley Authority, TX

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds,  Affirmed VMIG 1

..Issuer: MOBILE (COUNTY OF) AL

.... Backed Senior Unsecured Revenue Bonds,  Affirmed Aaa

**App. 751**

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: New Jersey Economic Development Authority

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed P-1

..Issuer: Rhode Island Industrial Facilities Corp.

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: Saint Bernard (Parish of) LA

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: Sublette (County of) WY

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed P-1

..Issuer: Union (Cnty of) NJ, Poll. Control Fin. Auth.

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: Union (County of) NJ, Ind Poll Ctrl Fin Auth

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: Valdez (City of) AK

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed P-1

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

..Issuer: Will (County of) IL

**App. 752**

.... Backed Senior Unsecured Revenue Bonds, Affirmed Aaa

.... Backed Senior Unsecured Revenue Bonds, Affirmed VMIG 1

Outlook Actions:

..Issuer: Exxon Mobil Corporation

....Outlook, Changed To Stable From Negative

..Issuer: Exxon Capital Corp.

....Outlook, Changed To Stable From Negative

..Issuer: XTO Energy, Inc.

....Outlook, Changed To Stable From Negative

..Issuer: Mobil Corporation

....Outlook, Changed To Stable From Negative

The principal methodology used in these ratings was Global Integrated Oil & Gas Industry published in October 2016. Please see the Rating Methodologies page on www.moodys.com for a copy of this methodology.

Exxon Mobil Corporation is headquartered in Irving, Texas and is the world's largest publicly traded integrated oil & gas company by market capitalization.

REGULATORY DISCLOSURES

For ratings issued on a program, series or category/class of debt, this announcement provides certain regulatory disclosures in relation to each rating of a subsequently issued bond or note of the same series or category/class of debt or pursuant to a program for which the ratings are derived exclusively from existing ratings in accordance with Moody's rating practices. For ratings issued on a support provider, this announcement provides certain regulatory disclosures in relation to the credit rating action on the support provider and in relation to each particular credit rating action for securities that derive their credit ratings from the support provider's credit rating. For provisional ratings, this announcement provides certain regulatory disclosures in relation to the provisional rating assigned, and in relation to a definitive rating that may be assigned subsequent to the final issuance of the debt, in each case where the transaction structure and terms have not changed prior to the assignment of the definitive rating in a manner that would have affected the rating. For further information please see the ratings tab on the issuer/entity page for the respective issuer on www.moodys.com.

**App. 753**

For any affected securities or rated entities receiving direct credit support from the primary entity(ies) of this credit rating action, and whose ratings may change as a result of this credit rating action, the associated regulatory disclosures will be those of the guarantor entity. Exceptions to this approach exist for the following disclosures, if applicable to jurisdiction: Ancillary Services, Disclosure to rated entity, Disclosure from rated entity.

Regulatory disclosures contained in this press release apply to the credit rating and, if applicable, the related rating outlook or rating review.

Please see www.moodys.com for any updates on changes to the lead rating analyst and to the Moody's legal entity that has issued the rating.

Please see the ratings tab on the issuer/entity page on www.moodys.com for additional regulatory disclosures for each credit rating.

Peter Speer
Senior Vice President
Corporate Finance Group
Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

Steven Wood
MD - Corporate Finance
Corporate Finance Group
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

Releasing Office:
Moody's Investors Service, Inc.
250 Greenwich Street
New York, NY 10007
U.S.A.
JOURNALISTS: 1 212 553 0376
Client Service: 1 212 553 1653

---

© 2025 Moody's Corporation, Moody's Investors Service, Inc., Moody's Analytics, Inc. and/or their licensors and affiliates (collectively, "MOODY'S"). All rights reserved.

**App. 754**

**CREDIT RATINGS ISSUED BY MOODY'S CREDIT RATINGS AFFILIATES ARE THEIR CURRENT OPINIONS OF THE RELATIVE FUTURE CREDIT RISK OF ENTITIES, CREDIT COMMITMENTS, OR DEBT OR DEBT-LIKE SECURITIES, AND MATERIALS, PRODUCTS, SERVICES AND INFORMATION PUBLISHED OR OTHERWISE MADE AVAILABLE BY MOODY'S (COLLECTIVELY, "MATERIALS") MAY INCLUDE SUCH CURRENT OPINIONS. MOODY'S DEFINES CREDIT RISK AS THE RISK THAT AN ENTITY MAY NOT MEET ITS CONTRACTUAL FINANCIAL OBLIGATIONS AS THEY COME DUE AND ANY ESTIMATED FINANCIAL LOSS IN THE EVENT OF DEFAULT OR IMPAIRMENT. SEE APPLICABLE MOODY'S RATING SYMBOLS AND DEFINITIONS PUBLICATION FOR INFORMATION ON THE TYPES OF CONTRACTUAL FINANCIAL OBLIGATIONS ADDRESSED BY MOODY'S CREDIT RATINGS. CREDIT RATINGS DO NOT ADDRESS ANY OTHER RISK, INCLUDING BUT NOT LIMITED TO: LIQUIDITY RISK, MARKET VALUE RISK, OR PRICE VOLATILITY. CREDIT RATINGS, NON-CREDIT ASSESSMENTS ("ASSESSMENTS"), AND OTHER OPINIONS INCLUDED IN MOODY'S MATERIALS ARE NOT STATEMENTS OF CURRENT OR HISTORICAL FACT. MOODY'S MATERIALS MAY ALSO INCLUDE QUANTITATIVE MODEL-BASED ESTIMATES OF CREDIT RISK AND RELATED OPINIONS OR COMMENTARY PUBLISHED BY MOODY'S ANALYTICS, INC. AND/OR ITS AFFILIATES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND MATERIALS DO NOT CONSTITUTE OR PROVIDE INVESTMENT OR FINANCIAL ADVICE, AND MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND MATERIALS ARE NOT AND DO NOT PROVIDE RECOMMENDATIONS TO PURCHASE, SELL, OR HOLD PARTICULAR SECURITIES. MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND MATERIALS DO NOT COMMENT ON THE SUITABILITY OF AN INVESTMENT FOR ANY PARTICULAR INVESTOR. MOODY'S ISSUES ITS CREDIT RATINGS, ASSESSMENTS AND OTHER OPINIONS AND PUBLISHES OR OTHERWISE MAKES AVAILABLE ITS MATERIALS WITH THE EXPECTATION AND UNDERSTANDING THAT EACH INVESTOR WILL, WITH DUE CARE, MAKE ITS OWN STUDY AND EVALUATION OF EACH SECURITY THAT IS UNDER CONSIDERATION FOR PURCHASE, HOLDING, OR SALE.**

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS, AND MATERIALS ARE NOT INTENDED FOR USE BY RETAIL INVESTORS AND IT WOULD BE RECKLESS AND INAPPROPRIATE FOR RETAIL INVESTORS TO USE MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS OR MATERIALS WHEN MAKING AN INVESTMENT DECISION. IF IN DOUBT YOU SHOULD CONTACT YOUR FINANCIAL OR OTHER PROFESSIONAL ADVISER.

**App. 755**

ALL INFORMATION CONTAINED HEREIN IS PROTECTED BY LAW, INCLUDING BUT NOT LIMITED TO, COPYRIGHT LAW, AND NONE OF SUCH INFORMATION MAY BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. FOR CLARITY, NO INFORMATION CONTAINED HEREIN MAY BE USED TO DEVELOP, IMPROVE, TRAIN OR RETRAIN ANY SOFTWARE PROGRAM OR DATABASE, INCLUDING, BUT NOT LIMITED TO, FOR ANY ARTIFICIAL INTELLIGENCE, MACHINE LEARNING OR NATURAL LANGUAGE PROCESSING SOFTWARE, ALGORITHM, METHODOLOGY AND/OR MODEL.

MOODY'S CREDIT RATINGS, ASSESSMENTS, OTHER OPINIONS AND MATERIALS ARE NOT INTENDED FOR USE BY ANY PERSON AS A BENCHMARK AS THAT TERM IS DEFINED FOR REGULATORY PURPOSES AND MUST NOT BE USED IN ANY WAY THAT COULD RESULT IN THEM BEING CONSIDERED A BENCHMARK.

All information contained herein is obtained by MOODY'S from sources believed by it to be accurate and reliable. Because of the possibility of human or mechanical error as well as other factors, however, all information contained herein is provided "AS IS" without warranty of any kind. MOODY'S adopts all necessary measures so that the information it uses in assigning a credit rating is of sufficient quality and from sources MOODY'S considers to be reliable including, when appropriate, independent third-party sources. However, MOODY'S is not an auditor and cannot in every instance independently verify or validate information received in the credit rating process or in preparing its Materials.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability to any person or entity for any indirect, special, consequential, or incidental losses or damages whatsoever arising from or in connection with the information contained herein or the use of or inability to use any such information, even if MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers is advised in advance of the possibility of such losses or damages, including but not limited to: (a) any loss of present or prospective profits or (b) any loss or damage arising where the relevant financial instrument is not the subject of a particular credit rating assigned by MOODY'S.

To the extent permitted by law, MOODY'S and its directors, officers, employees, agents, representatives, licensors and suppliers disclaim liability for any direct or compensatory losses or damages caused to any person or entity, including but not limited to by any negligence (but excluding fraud, willful misconduct or any other type

**App. 756**

of liability that, for the avoidance of doubt, by law cannot be excluded) on the part of, or any contingency within or beyond the control of, MOODY'S or any of its directors, officers, employees, agents, representatives, licensors or suppliers, arising from or in connection with the information contained herein or the use of or inability to use any such information.

NO WARRANTY, EXPRESS OR IMPLIED, AS TO THE ACCURACY, TIMELINESS, COMPLETENESS, MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY CREDIT RATING, ASSESSMENT, OTHER OPINION OR INFORMATION IS GIVEN OR MADE BY MOODY'S IN ANY FORM OR MANNER WHATSOEVER.

Moody's Investors Service, Inc., a wholly-owned credit rating agency subsidiary of Moody's Corporation ("MCO"), hereby discloses that most issuers of debt securities (including corporate and municipal bonds, debentures, notes and commercial paper) and preferred stock rated by Moody's Investors Service, Inc. have, prior to assignment of any credit rating, agreed to pay Moody's Investors Service, Inc. for credit ratings opinions and services rendered by it. MCO and all MCO entities that issue ratings under the "Moody's Ratings" brand name ("Moody's Ratings"), also maintain policies and procedures to address the independence of Moody's Ratings' credit ratings and credit rating processes. Information regarding certain affiliations that may exist between directors of MCO and rated entities, and between entities who hold credit ratings from Moody's Investors Service, Inc. and have also publicly reported to the SEC an ownership interest in MCO of more than 5%, is posted annually at ir.moodys.com under the heading "Investor Relations — Corporate Governance — Charter and Governance Documents - Director and Shareholder Affiliation Policy."

Moody's SF Japan K.K., Moody's Local AR Agente de Calificación de Riesgo S.A., Moody's Local BR Agência de Classificação de Risco LTDA, Moody's Local MX S.A. de C.V, I.C.V., Moody's Local PE Clasificadora de Riesgo S.A., and Moody's Local PA Calificadora de Riesgo S.A. (collectively, the "Moody's Non-NRSRO CRAs") are all indirectly wholly-owned credit rating agency subsidiaries of MCO. None of the Moody's Non-NRSRO CRAs is a Nationally Recognized Statistical Rating Organization.

Additional terms for Australia only: Any publication into Australia of this document is pursuant to the Australian Financial Services License of MOODY'S affiliate, Moody's Investors Service Pty Limited ABN 61 003 399 657AFSL 336969 and/or Moody's Analytics Australia Pty Ltd ABN 94 105 136 972 AFSL 383569 (as applicable). This document is intended to be provided only to "wholesale clients" within the meaning of section 761G of the Corporations Act 2001. By continuing to access this document from within Australia, you represent to MOODY'S that you are, or are accessing the document as a representative of, a "wholesale client" and that neither you nor the entity you represent will directly or indirectly disseminate this document or its contents to "retail clients" within the meaning of section 761G of the Corporations Act 2001.

**App. 757**

MOODY'S credit rating is an opinion as to the creditworthiness of a debt obligation of the issuer, not on the equity securities of the issuer or any form of security that is available to retail investors.

Additional terms for India only: Moody's credit ratings, Assessments, other opinions and Materials are not intended to be and shall not be relied upon or used by any users located in India in relation to securities listed or proposed to be listed on Indian stock exchanges.

Additional terms with respect to Second Party Opinions and Net Zero Assessments (as defined in Moody's Ratings Rating Symbols and Definitions): Please note that neither a Second Party Opinion ("SPO") nor a Net Zero Assessment ("NZA") is a "credit rating". The issuance of SPOs and NZAs is not a regulated activity in many jurisdictions, including Singapore. JAPAN: In Japan, development and provision of SPOs and NZAs fall under the category of "Ancillary Businesses", not "Credit Rating Business", and are not subject to the regulations applicable to "Credit Rating Business" under the Financial Instruments and Exchange Act of Japan and its relevant regulation. PRC: Any SPO: (1) does not constitute a PRC Green Bond Assessment as defined under any relevant PRC laws or regulations; (2) cannot be included in any registration statement, offering circular, prospectus or any other documents submitted to the PRC regulatory authorities or otherwise used to satisfy any PRC regulatory disclosure requirement; and (3) cannot be used within the PRC for any regulatory purpose or for any other purpose which is not permitted under relevant PRC laws or regulations. For the purposes of this disclaimer, "PRC" refers to the mainland of the People's Republic of China, excluding Hong Kong, Macau and Taiwan.

**App. 758**

# Exhibit 51

**S&P Global**
Ratings

# Standard & Poor's Credit Research

**Research Update:**

# Exxon Mobil Corp. Outlook Revised To Negative From Stable On Weak Credit Measures; Ratings Affirmed

**Primary Credit Analyst:**
Carin Dehne-Kiley, CFA, New York (1) 212-438-1092; carin.dehne-kiley@spglobal.com

**Secondary Contact:**
Christine Besset, Dallas 214-765-5865; christine.besset@spglobal.com

## Table Of Contents

Overview

Rating Action

Rationale

Outlook

Ratings Score Snapshot

Related Criteria

Ratings List

App. **759**

**Research Update:**

# Exxon Mobil Corp. Outlook Revised To Negative From Stable On Weak Credit Measures; Ratings Affirmed

## Overview

- S&P Global Ratings is revising its operating assumptions for U.S.-based integrated oil company Exxon Mobil Corp. We now forecast slower debt reduction than previously expected resulting in credit measures remaining weak for the rating over the next two years.
- Consequently, we are revising the outlook on ExxonMobil to negative from stable.
- We are affirming our 'AA+' long-term corporate credit rating on the company, and our 'AA+' issue-level ratings on its unsecured debt. We are also affirming our 'A-1+' short-term corporate credit and commercial paper ratings.
- The negative outlook reflects the potential for a downgrade if we no longer expect cash flow-based credit measures to improve to levels more appropriate for the current rating over the next two years.

## Rating Action

On May 24, 2017, S&P Global Ratings Services affirmed its 'AA+' long-term corporate credit and unsecured debt ratings on U.S.-based integrated oil and gas company Exxon Mobil Corp. (ExxonMobil), and revised our rating outlook to negative from stable.

We also affirmed our 'A-1+' short-term credit and commercial paper (CP) ratings.

## Rationale

The outlook revision reflects our revised cash flow projections for 2017 through 2019, which result in higher-than-previously expected leverage during the forecast period. Key changes to our operating cash flow estimates include wider negative pricing differentials, higher cash operating costs, and lower dividends from equity affiliates. In addition, although ExxonMobil significantly reduced capital spending in 2015 and 2016 in response to lower commodity prices, it continued to grow dividends, leading to large discretionary cash flow deficits, and an uptick in debt.

Going forward, we anticipate that the company will need to increase capital spending in order to maintain current production and replace reserves. We are

**App. 760**

also forecasting cash operating costs in the upstream segment to increase on a per-unit of production basis, as oilfield services costs increase along with the ramp up of activity in the broader oil and gas sector, hurting the company's operating margins. Our estimates include about $2 billion per year in proceeds from asset sales, and assume that ExxonMobil will use any discretionary cash flow (after dividends) to pay down short-term debt. We note that the company could choose to prioritize capital spending, acquisitions, or shareholder returns over debt reduction depending on market opportunities, which would likely lead to weaker cash-flow-based credit measures than we currently forecast and could put downward pressure on ratings.

The ratings on ExxonMobil reflect our assessment of the company's excellent business risk, modest financial risk, and adequate liquidity. We base our business risk assessment on ExxonMobil's outstanding competitive positions in all facets of the oil and gas industry. The company operates in three primary business segments: upstream, downstream, and chemicals. The upstream segment is ExxonMobil's exploration and production (E&P) unit, which typically contributes the most to profitability and cash flow. Despite the weakness in oil and natural gas prices last year, we estimate ExxonMobil's E&P business accounted for about 60% of reported segment EBITDA in 2016. The downstream business provides valuable diversification by generally performing better during periods of declining oil prices, because lower oil prices typically boost refining margins. In 2016, we estimate that refining and marketing accounted for about 20% of reported segment EBITDA. The chemicals segment, which accounted for the remaining 20% of reported segment EBITDA in 2016, provides additional diversification, as well as key insights into demand trends for oil and natural gas.

At year-end 2016, ExxonMobil's proved oil and gas reserves totaled 20 billion barrels of oil equivalent (boe) and production was about 4.1 million boe per day (boe/d)--the largest among the supermajors, (the five largest non-state-owned oil companies in the world). About 47% of the company's proved reserves were natural gas, and about 70% were classified as proved developed. Due to low average crude oil prices in 2016 and per the SEC definition of proved reserves, the company recorded significant negative reserve revisions at year-end--primarily related to the Kearl oils and mining project in Canada. However, the company continues to produce bitumen at Kearl, and could recognize the reserves as proved again in the future depending on average commodity prices, costs, and improved operating efficiency. Despite the negative reserve revisions, ExxonMobil's E&P operations remain cost-competitive and rank as the largest and most diverse of any publicly traded oil company.

In our view, the company's greatest business challenge is replacing its ongoing production. Although the company has historically been successful in this regard, we estimate that reserve replacement (excluding revisions and asset sales) fell to just 39% last year, due to the reduction in drilling activity and fewer new large projects being brought to final investment decision (FID). Over the past three years, ExxonMobil's all-in reserve replacement (excluding price-related revisions and asset sales) was about 85%

at a cost of $23 per boe, which is slightly above the average for our rated universe. However, the long life (about 13 years) of ExxonMobil's reserves somewhat mitigates depletion risk. Although the company still has a long pipeline of large projects progressing toward FID and development, it has recently shifted its focus to shorter cycle projects, including North American shale (primarily the Bakken shale and Permian Basin). In fact, the company expects to increase the proportion of its upstream capex allocated to short-cycle projects from about one third this year to close to 50% by 2020. We believe this shift could initially result in improved reserve replacement, but will likely increase overall decline rates for the company over time.

We expect production to be roughly flat for the next several years, in line with company guidance, at about 4.1 million boe/d (including net volumes from equity affiliates). Major project start-ups over the next two years include oil developments in Angola, offshore Canada, Russia (Sakhalin), and the United Arab Emirates, along with a natural gas project in Qatar. We expect net production from these projects, along with growth from the onshore U.S., to essentially offset natural declines and the impact of lower capital spending and asset sales over the forecast period.

In addition to being one of the world's largest producers of crude oil and natural gas, ExxonMobil is one of the largest refiners, with total throughput capacity of about five million barrels per day. The company's refining system is diversified geographically, and many of its refineries rank among the lowest-cost, largest, and most sophisticated in their regions. The operations have large, technically sophisticated (usually equipped with coking or other high-conversion units), and efficient units that are well-diversified across the globe. ExxonMobil's refineries are also considerably larger than the industry average, which contributes to competitive operating costs. The refineries are also integrated with lubricants and chemical units, which improves returns. Good locations and a strong brand name that has historically commanded a premium on retail sales relative to unbranded competition help retail sites. Operations span all phases of the downstream spectrum (refining, pipelines, retail, and lubricants), which enables ExxonMobil to be profitable throughout the industry cycle.

The company is also one of the world's largest petrochemical companies. Its product slate is wide and diverse, providing some insulation against oil industry cycles, and providing market insight into oil and natural gas demand. The chemical business' performance in the last industry downturn reflects the operations' world-scale manufacturing facilities, good feedstock flexibility, and integration with the company's refinery operations.

We view ExxonMobil's management and governance as strong, reflecting, in part, its exceptional organizational performance, implementation of a consistent business strategy, and moderate financial policies. The company remains committed to growing its dividend, even during the industry downturn, which we view as unfavorable from a credit quality perspective.

We assess ExxonMobil's financial risk as modest, reflecting our view of its

current financial leverage and our expectation that credit measures will improve over the next two years as commodity prices rise under our base case assumptions. Cash flow generation has diminished over the past two years due largely to the significant drop in commodity prices, while ExxonMobil's debt level has more than doubled since 2009, reflecting high capital spending on major projects in a higher commodity price environment and dividends and share repurchases that substantially exceeded internally generated cash flow.

Our base case assumes:
- S&P Global Ratings' price deck assumptions for Brent and West Texas Intermediate crude oil of $50 per barrel (bbl) for the remainder of 2017, $50/bbl in 2018, and $55/bbl thereafter.
- S&P Global Ratings' Henry Hub natural gas price deck assumptions of $3.00/mmBtu for the remainder of 2017 and thereafter.
- Daily upstream production of 4.1 million boe.
- Capital spending of $22 billion in 2017 and $22 billion to $25 billion per year in 2018 and 2019, including exploration and third-party contribution. This year's budget includes acquisitions announced to date.
- Dividends of about $12.5 billion to $13 billion per year.
- Asset sale proceeds of about $2 billion per year.
- We do not assume any additional acquisitions.

Based on these assumptions, we arrive at the following credit measures:
- FFO to debt of 50% to 55% in 2017 and 2018, improving to 60% to 65% in 2019.
- Debt to EBITDA of about 1.5x in 2017 and 2018, improving to about 1.2x in 2019.
- Free operating cash flow (FOCF) to debt of 20% to 25% in 2017 and 2018, increasing to 25% to 30% in 2019.
- Discretionary cash flow to debt of 0% to 5% in 2017 and 2018, increasing to 5% to 10% in 2019.

The company has been aggressive regarding returning cash to shareholders, repurchasing over $18 billion shares of stock and paying out $36 billion in dividends from 2014 to 2016. Since year-end 2013, adjusted debt has increased by about $12 billion. While we assume the company uses available cash to reduce debt or build cash balances, we believe ExxonMobil may prioritize share repurchases at times. The company bought back $500 million of stock in the first quarter of 2017, related to the annual offset of dilutive effects of employee-related share issuances.

As of Dec. 31, 2016, the company had balance sheet debt of $42.8 billion, and adjusted debt of $62.3 billion (net of surplus cash). S&P Global Ratings debt adjustments include asset retirement obligations, postretirement benefit obligations, operating leases, and other off-balance-sheet items.

The company's excellent business risk and modest financial risk result in a rating anchor of 'aa'. We apply an upward adjustment of one notch from the anchor for comparable rating analysis, based on our view that ExxonMobil's scale and operating efficiency favorably differentiates the company from

1854001 | 301288066

**App. 763**

lower-rated peers in the oil and gas and other sectors.

## Liquidity

We assess ExxonMobil's liquidity as adequate, given that we expect liquidity sources to exceed uses by at least 1.2x over the next 12 months, and that sources would exceed uses even if forecasted EBITDA declined by 15%. We believe the company would be able to absorb high-impact, low-probability events with limited need for refinancing, has a sound relationship with banks, a high standing in the credit markets, and prudent risk management. Although ExxonMobil relies heavily on its short-term CP program to fund near-term liquidity, which we view as potentially riskier than using a longer-dated committed credit facility, the company has a successful track record of rolling over CP on a timely basis and we expect it will continue to do so.

Liquidity sources:
- About $4.9 billion in cash and short-term securities as of March 31, 2017;
- Unused committed credit lines totaling $5.8 billion as of March 31, 2017;
- Projected FFO of $30 billion to $31 billion per year in 2017 and 2018; and
- Although asset sales are a continuing part of the company's business, we do not include proceeds from potential future divestitures in our liquidity analysis.

Liquidity uses:
- Assumed capital spending of approximately $22 billion in 2017 and $22 billion to $25 billion in 2018, including exploration and third-party contributions; and
- Current debt maturities, including commercial paper outstanding, of $18 billion as of March 31, 2017.

We expect the company to distribute $12.5 billion to $13 billion per year to shareholders through dividends. However, we do not include these uses of cash in our liquidity analysis because we view them as discretionary and likely to be curtailed in a distressed scenario.

## Outlook

The negative outlook reflects financial leverage that is high for the current rating, as well as the potential for a downgrade if we no longer expect credit measures to improve over the next two years. We currently project FFO/debt to remain below 60% in 2017 and 2018, but to improve above this level in 2019 as oil prices rise  per our price deck assumptions. We expect debt/EBITDA to remain about 1.5x in 2017 and 2018, improving to 1.2x in 2019. We also expect the company to generate positive discretionary free cash flow over the three year period.

## Downside scenario

We could lower ratings if we expected FFO/debt to remain below 60% and debt/EBITDA to exceed 1.5x for a sustained period, even as oil prices rise in 2019 under our base case assumptions. This would most likely occur if the company did not complete additional asset sales, pursued a large leveraging acquisition, or continued to return cash to shareholders beyond internally generated cash flow on a sustained basis.

## Upside scenario

We could consider a revision of the outlook to stable if the company were able to bring FFO/debt back above 60% and maintain debt/EBITDA below 1.5x for a sustained period. This would most likely occur if the company were able to complete more asset sales than we are currently projecting, or if it were able to further reduce operating costs as commodity prices rise.

# Ratings Score Snapshot

**Corporate Credit Rating: AA+/Negative/A-1+**

**Business risk: Excellent**
- Country risk: Low
- Industry risk: Intermediate
- Competitive position: Excellent

**Financial risk: Modest**
- Cash flow/leverage: Modest

**Anchor: aa**

**Modifiers**
- Comparable Rating Analysis: Positive (+1 notch)

# Related Criteria

- General Criteria: Methodology For Linking Long-Term And Short-Term Ratings , April 7, 2017
- Criteria - Corporates - General: Methodology And Assumptions: Liquidity Descriptors For Global Corporate Issuers, Dec. 16, 2014
- Criteria - Corporates - Industrials: Key Credit Factors For The Oil Refining And Marketing Industry, March 27, 2014
- Criteria - Corporates - Industrials: Key Credit Factors For The Oil And Gas Exploration And Production Industry, Dec. 12, 2013
- Criteria - Corporates - General: Corporate Methodology: Ratios And Adjustments, Nov. 19, 2013
- Criteria - Corporates - General: Corporate Methodology, Nov. 19, 2013
- General Criteria: Country Risk Assessment Methodology And Assumptions, Nov. 19, 2013
- General Criteria: Methodology: Industry Risk, Nov. 19, 2013

App. 765

Case 3:16-cv-03111-K Document 233-1 Filed 02/21/25 Page 246 of 490 PageID 9877

*Research Update: ExxonMobil Corp. Outlook Revised To Negative From Stable On Credit Measures; Ratings Affirmed*

- General Criteria: Methodology For Crude Oil And Natural Gas Price Assumptions For Corporates And Sovereigns, Nov. 19, 2013
- General Criteria: Group Rating Methodology, Nov. 19, 2013
- General Criteria: Methodology: Management And Governance Credit Factors For Corporate Entities And Insurers, Nov. 13, 2012
- General Criteria: Use Of CreditWatch And Outlooks, Sept. 14, 2009
- Criteria - Corporates - General: 2008 Corporate Criteria: Rating Each Issue, April 15, 2008

## Ratings List

```
Ratings Affirmed; CreditWatch/Outlook Action
                                    To                 From
Exxon Mobil Corp.
Mobil Corp.
 Corporate Credit Rating            AA+/Negative/A-1+  AA+/Stable/A-1+


Ratings Affirmed

Exxon Mobil Corp.
 Senior Unsecured                   AA+
 Commercial Paper                   A-1+


EXXON Capital Ventures Inc.
 Senior Unsecured                   AA+


ExxonMobil Oil Corp. Employee Stock Ownership Plan Trust
 Commercial Paper                   A-1+


Mobil Corp.
 Equipment Trust Certificates       AA+
 Senior Unsecured                   AA+


XTO Energy Inc.
 Senior Unsecured                   AA+
 Commercial Paper                   A-1+
```

Certain terms used in this report, particularly certain adjectives used to express our view on rating relevant factors, have specific meanings ascribed to them in our criteria, and should therefore be read in conjunction with such criteria. Please see Ratings Criteria at www.standardandpoors.com for further information. Complete ratings information is available to subscribers of RatingsDirect at www.globalcreditportal.com and at www.spcapitaliq.com. All ratings affected by this rating action can be found on the S&P Global Ratings' public website at www.standardandpoors.com. Use the Ratings search box located in the left column.

App. 767

Copyright © 2017 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

No content (including ratings, credit-related analyses and data, valuations, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of Standard & Poor's Financial Services LLC or its affiliates (collectively, S&P). The Content shall not be used for any unlawful or unauthorized purposes. S&P and any third-party providers, as well as their directors, officers, shareholders, employees or agents (collectively S&P Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Parties are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, for the results obtained from the use of the Content, or for the security or maintenance of any data input by the user. The Content is provided on an "as is" basis. S&P PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED, OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages.

Credit-related and other analyses, including ratings, and statements in the Content are statements of opinion as of the date they are expressed and not statements of fact. S&P's opinions, analyses, and rating acknowledgment decisions (described below) are not recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P does not act as a fiduciary or an investment advisor except where registered as such. While S&P has obtained information from sources it believes to be reliable, S&P does not perform an audit and undertakes no duty of due diligence or independent verification of any information it receives.

To the extent that regulatory authorities allow a rating agency to acknowledge in one jurisdiction a rating issued in another jurisdiction for certain regulatory purposes, S&P reserves the right to assign, withdraw, or suspend such acknowledgement at any time and in its sole discretion. S&P Parties disclaim any duty whatsoever arising out of the assignment, withdrawal, or suspension of an acknowledgment as well as any liability for any damage alleged to have been suffered on account thereof.

S&P keeps certain activities of its business units separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain business units of S&P may have information that is not available to other S&P business units. S&P has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P reserves the right to disseminate its opinions and analyses. S&P's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription) and www.spcapitaliq.com (subscription) and may be distributed through other means, including via S&P publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.

STANDARD & POOR'S, S&P and RATINGSDIRECT are registered trademarks of Standard & Poor's Financial Services LLC.

**App. 768**

# Exhibit 52



**Society of Petroleum Engineers**

# Oil and Gas Reserves Committee Governance Document

**Initial Approval September 2007**

**Revised and Approved June 2019**

App. 769

## 1.  RATIONALE, PURPOSE AND OBJECTIVES

**Rationale**

The appropriate recognition of reserves and resources is fundamental to the health of the oil and gas industry. Embedded within this recognition is the need to have in place a reliable stewardship body, not only to help foster the development and maintenance of a sound definition and classification system, but also to act as the conduit for the dissemination of information pertinent to that role. The Society of Petroleum Engineers (SPE), as an independent professional organization with its own Code of Conduct (Attachment 1), has long been recognized as the leading organization to take on such a role. Within SPE, the OGRC has been charged with oversight responsibilities for handling issues related to reserves and resources. The nature of that responsibility demands that a governance model is in place to assure that the objectives of the committee are being achieved.

**Purpose and Objectives**

The purpose of the Governance Model is to provide the level of confidence described above, which meets the expectations and requirements of all key stakeholders. Additionally, the model must be evergreen in nature, recognizing the need to adapt to an ever-changing industry landscape while fulfilling the needs of SPE's membership. The objectives of the model are to:

- Define OGRC membership makeup and qualifications
- Articulate clearly committee roles and responsibilities
- Set expectations for meeting venue and logistics
- Tie to other SPE processes or groups as appropriate. Such processes or groups include, but may not be limited to:
    o SPE Board and their meetings
    o Other standing committees
    o Ad hoc leadership requests
- Define relationships with other groups and/or processes
- Provide guidelines on the production and review of reserves and resources-related publications
- Outline the manner in which communication of OGRC activities will be handled
- Establish independence and prevent conflict of interests

This document was developed by a subcommittee of the OGRC and approved by the OGRC and the SPE Board of Directors.

## 2.  OGRC MEMBERSHIP

**Members**

The OGRC is made up of 12 to 16 members, except as deemed necessary for special projects or special skill sets. Members serve three-year terms and the Chairperson serves a two-year term, followed by another two-year term as a member to ensure continuity in leadership. A Vice-Chair will be nominated and submitted to the SPE Board of Directors at the end of the first year of the chairperson's tenure. All positions and members of the OGRC are subject to approval by the SPE Board of Directors before being appointed to the committee. Members are appointed on a rotating basis such that one-third of the members are replaced during the course of a normal year. Board Members may consult with the existing OGRC Chair or other committee members for the nomination of potential candidates for the committee. Members serve at the pleasure of the SPE Board of Directors. The charge for the OGRC can be changed by the Board, including the composition of the committee. In certain instances, members are asked by the Board to extend their term to fill critical functions or complete ongoing activities. Except as noted above, members cannot be appointed for consecutive terms. The membership pool includes SPE members who are degreed engineers and geoscientists with at least 10 years' experience in reserves and resources estimation, who are generally perceived in the industry to be subject matter experts.  Committee members are selected from large and small private and public producers, consultants, educators, regulators, and other appropriate organizations.  Every

**App. 770**

effort is made to achieve a balanced, global representation across the industry, reflecting where possible the nature of SPE's overall membership.  A list of OGRC members is posted on the SPE website.

### Observers

Additionally, SPE may ask organizations to provide OGRC observers.  These observers serve as liaisons between the OGRC and the respective organization on reserves and resources matters.  Observers are typically highly experienced members of similar technical societies such as the American Association of Petroleum Geologists (AAPG), the Society of Exploration Geophysicists (SEG), the Society of Petroleum Evaluation Engineers (SPEE), the World Petroleum Council (WPC), the European Association of Geoscientists and Engineers (EAGE), the Society of Petrophysicists and Well Log Analysts (SPWLA), and other international professional societies or governmental, regulatory and reporting bodies such as the United States Energy Information Administration (EIA), with the authority to represent the organization.  Appointments and terms of OGRC observers are dictated by the appointing organization. Requests to add a specific organization as an observer group can be proposed by the OGRC through a request to the SPE Board.  Care should be taken to maintain a relevant observer group, but not so large as to be cumbersome to any OGRC functions. The entire committee should be maintained at an efficient level – common sense should prevail.

### SPE Staff for the OGRC

An SPE Manager or above serves as the primary staff person to the OGRC. The staff person works with the committee Chair to help ensure progress on committee activities. The staff person:
- Advises the committee on appropriate handling of SPE processes and procedures
- Presents committee reports and recommendations to the Board in the absence of the Committee Chair
- Serves as a resource to research past activities of the committee
- Assists in recording meeting minutes and scheduling meeting venues

## 3.  COMMITTEE ROLES AND RESPONSIBILITIES

### Role

The role of the OGRC is to fulfill the needs of the SPE Board relative to petroleum reserves and resources matters. The SPE Board frequently directs the activities of the OGRC to assure alignment with the goals and objectives of the society through interaction with both the Chair and the SPE staff.

The committee is charged with:
- Overseeing SPE programs dealing with oil and gas reserves and resources matters, including reserves and resources definitions, terms, recommended practices, and standards
- Disseminating reserves and resources information to other organizations, agencies, and companies involved in reserves matters, including cooperation with other committees and organizations in development and delivery of relevant training courses
- Liaising with other organizations in efforts to achieve worldwide use of standard reserves and resources definitions
- Monitoring of activities of other organizations in the reserves and resources definition area and providing reports to the SPE Board on these matters
- Providing periodic reports to the SPE Board on oil and gas reserves and resources issues, including recommendations for revisions to SPE's reserves and resources definitions

### Participation

Serving on the OGRC is an honor that requires commitment of both time and resources by committee members. Members are expected to actively engage in committee functions, including meetings, educational and presentation opportunities, and other functions performed to achieve the goals of the committee. Depending on circumstances surrounding absences, members who cannot actively participate in at least one regular meeting per year will be asked by the OGRC Chair to relinquish their seats on the committee. The affected member may appeal such action to the Board Committee with approval authority over the membership of the OGRC. Members should also generally

**App. 771**

# Exhibit 53

January 31, 2017



# ExxonMobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter

- Cash flow from operating activities of $7.4 billion and asset sales of $2.1 billion more than covered fourth quarter dividends and additions to property, plant and equipment

- Investing strategically across all business segments

- U.S. Upstream earnings include an impairment charge of $2 billion largely related to dry gas operations in the Rocky Mountains region

IRVING, Texas--(BUSINESS WIRE)-- [Exxon Mobil Corporation](#) (NYSE:XOM):

|  | Fourth Quarter | | | Twelve Months | | |
|---|---|---|---|---|---|---|
|  | **2016** | 2015 | % | **2016** | 2015 | % |
| **Earnings Summary** | | | | | | |
| *(Dollars in millions, except per share data)* | | | | | | |
| Earnings | **1,680** | 2,780 | -40 | **7,840** | 16,150 | -51 |
| Earnings Per Common Share | | | | | | |
| Assuming Dilution | **0.41** | 0.67 | -39 | **1.88** | 3.85 | -51 |
| Capital and Exploration Expenditures | **4,829** | 7,416 | -35 | **19,304** | 31,051 | -38 |

Exxon Mobil Corporation today announced estimated 2016 earnings of $7.8 billion, or $1.88 per diluted share. An asset recoverability review was completed in the fourth quarter and resulted in a U.S. Upstream asset impairment charge of about $2 billion mainly related to dry gas operations with undeveloped acreage in the Rocky Mountains region of the U.S. Excluding the impairment charge, full year earnings were $9.9 billion compared with $16.2 billion a year earlier, reflecting lower commodity prices and refining margins.

Fourth quarter earnings were $1.7 billion, including the impairment charge recorded during the period. Excluding the impairment charge, earnings of $3.7 billion were up from the $2.8 billion reported in the fourth quarter of 2015, due to higher liquids realizations partly offset by weaker refining margins.

"ExxonMobil demonstrated solid operating performance in 2016. Financial results for the year were negatively impacted by the prolonged downturn in commodity prices and the impairment charge," said Darren W. Woods, chairman and chief executive officer. "The company's continued focus on fundamentals and our ability to leverage an attractive global portfolio through our integrated business ensures we are well positioned to generate long-term shareholder value."

ExxonMobil completed five major Upstream projects during the year in Australia, Kazakhstan

**App. 772**

and the U.S., adding 250,000 oil-equivalent barrels per day of working interest production capacity. The company made three important new discoveries in Guyana, Nigeria and Papua New Guinea, and is growing its exploration portfolio, capturing 16 exploration blocks in 2016 with three additional awards to be finalized in 2017.

In the Downstream segment, ExxonMobil completed a 20,000-barrel-per-day crude expansion project at the Beaumont, Texas, refinery that increased the site's flexibility to process domestic light crude oils. ExxonMobil is also advancing projects to increase production of higher-value fuels and lubricants, including investments at refineries in Belgium and the Netherlands.

The Chemical business continued to capitalize on its liquids and gas cracking capabilities, capturing increased specialty and commodity product demand. The company is selectively investing to extend its advantage with projects that expand production capacity for ethylene and related products around the world.

During 2016, the corporation distributed $12.5 billion in dividends to shareholders.

**Fourth Quarter 2016 Highlights**

•Earnings of $1.7 billion decreased $1.1 billion, or 40 percent, from the fourth quarter of 2015. Excluding an impairment charge of $2 billion, earnings of $3.7 billion increased $927 million from the fourth quarter of 2015.

•Earnings per share assuming dilution were $0.41.

•Cash flow from operations and asset sales of $9.5 billion, including proceeds associated with asset sales of $2.1 billion, more than covered dividends and additions to property, plant and equipment.

•Capital and exploration expenditures were $4.8 billion, down 35 percent from the fourth quarter of 2015.

•Oil-equivalent production was 4.1 million oil-equivalent barrels per day, with liquids down 3.9 percent and natural gas down 1.7 percent from the prior year.

•The corporation distributed $3.1 billion in dividends to shareholders.

•Dividends per share of $0.75 increased 2.7 percent compared to the fourth quarter of 2015.

•In January 2017, ExxonMobil announced an acquisition that will more than double its Permian Basin resource potential to six billion oil-equivalent barrels. The upfront acquisition cost of $5.6 billion, to be paid in ExxonMobil shares, will add resource potential of 3.4 billion oil-equivalent barrels across 250,000 net acres in New Mexico's Delaware Basin. Additional cash payments over time totaling up to $1 billion are contingent on resource development.

•In January 2017, ExxonMobil announced positive results from its Payara-1 well offshore Guyana. The well encountered more than 95 feet of high-quality, oil-bearing sandstone reservoirs, and is the second discovery on the Stabroek Block. In addition to the Payara discovery, appraisal drilling at Liza-3 has identified an additional high-quality, deeper reservoir directly below the Liza field. This deeper reservoir is estimated to contain resources between 100 million and 150 million oil-equivalent barrels.

•ExxonMobil continues to enhance its global exploration portfolio. ExxonMobil and Total S.A. have jointly submitted the high bid for Block 2 located in the Perdido area offshore Mexico. Additionally, ExxonMobil and its partner Qatar Petroleum were selected to negotiate the terms of an exploration and production sharing contract for Block 10 offshore Cyprus.

•In October, the Kashagan oil field in Kazakhstan achieved a stable re-start of production and the second LNG Train at Gorgon in Australia started up. Production continued to ramp up at these assets through the fourth quarter.

# App. 773

•The Port Allen Aviation Lubricants Plant achieved full production during the quarter. The new 90,000-square-foot facility expands on the integrated chemical and lubricants complex in Baton Rouge, Louisiana, and helps meet rising demand for high-performance synthetic aviation lubricants. The state-of-the-art complex blends, packages and distributes the entire line of Mobil Jet engine lubricants.

•ExxonMobil announced plans to add a new production unit at its Beaumont, Texas, polyethylene plant that will increase capacity by 65 percent, or approximately 650,000 metric tons per year, to meet growing global chemical demand. Construction of the new unit has begun at the plant and start-up is expected in 2019.

**Fourth Quarter 2016 vs. Fourth Quarter 2015**

Upstream earnings were a loss of $642 million in the fourth quarter of 2016, including an impairment charge of $2 billion mainly related to dry gas operations with undeveloped acreage in the Rocky Mountains region of the U.S. Excluding the impairment charge, earnings were $1.4 billion, up $528 million from the fourth quarter of 2015. Higher liquids realizations partially offset by lower gas realizations increased earnings by a net $510 million. Lower volume and mix effects decreased earnings by $50 million. All other items, including lower expenses partly offset by the absence of favorable non-U.S. tax items from the prior year, increased earnings by $70 million.

On an oil-equivalent basis, production was down 127,000 barrels per day, or 3 percent, compared with the fourth quarter of 2015. Liquids production totaled 2.4 million barrels per day, down 97,000 barrels per day as field decline and lower entitlements were partly offset by increased project volumes, notably in Nigeria and Indonesia. Natural gas production was 10.4 billion cubic feet per day, down 179 million cubic feet per day from 2015 as higher project volumes were more than offset by field decline and lower entitlements.

U.S. Upstream earnings were a loss of $2.3 billion in the fourth quarter of 2016, including an impairment charge of $2 billion. Excluding the impairment charge, earnings were a loss of $301 million, an improvement of $237 million from the fourth quarter of 2015. Non-U.S. Upstream earnings were $1.7 billion, up $291 million from the prior year period.

Downstream earnings were $1.2 billion, down $110 million from the fourth quarter of 2015. Weaker refining and marketing margins decreased earnings by $570 million, while favorable volume and mix effects increased earnings by $200 million. All other items increased earnings by $260 million as gains from divestments in Canada were partly offset by higher maintenance expense and unfavorable foreign exchange impacts. Petroleum product sales of 5.5 million barrels per day were down 173,000 barrels per day from the prior year mainly reflecting the divestment of refineries in California and Louisiana.

Earnings from the U.S. Downstream were $270 million, down $165 million from the fourth quarter of 2015. Non-U.S. Downstream earnings of $971 million were $55 million higher than prior year.

Chemical earnings of $872 million were $91 million lower than the fourth quarter of 2015. Margins decreased earnings by $10 million. Volume and mix effects decreased earnings by $30 million. All other items decreased earnings by a net $50 million due to unfavorable inventory effects. Fourth quarter prime product sales of 6.3 million metric tons were 175,000 metric tons lower than the prior year.

U.S. Chemical earnings of $352 million were $168 million lower than the fourth quarter of

**App. 774**

2015. Non-U.S. Chemical earnings of $520 million were $77 million higher than prior year.

Corporate and financing earnings of $209 million were $600 million higher than the fourth quarter of 2015 mainly reflecting favorable non-U.S. tax items.

**Full Year 2016 Highlights**

- Earnings of $7.8 billion decreased 51 percent from $16.2 billion in 2015. Excluding an impairment charge of $2 billion, earnings were $9.9 billion, a decrease of $6.3 billion from the prior year.

- Earnings per share assuming dilution were $1.88.

- Cash flow from operations and asset sales was $26.4 billion, including proceeds associated with asset sales of $4.3 billion.

- Capital and exploration expenditures were $19.3 billion, down 38 percent from 2015.

- Oil-equivalent production was down slightly at 4.1 million oil-equivalent barrels per day, with liquids up 0.9 percent and natural gas down 3.7 percent.

- The corporation distributed $12.5 billion in dividends to shareholders.

## Full Year 2016 vs. Full Year 2015

Upstream earnings were $196 million, including an impairment charge of $2 billion. Excluding the impairment charge, earnings were $2.2 billion, down $4.9 billion from 2015. Lower realizations decreased earnings by $5.3 billion. Favorable volume and mix effects increased earnings by $130 million. All other items increased earnings by $310 million, primarily due to lower expenses partly offset by the absence of favorable tax items from the prior year.

On an oil-equivalent basis, production of 4.1 million barrels per day was down slightly compared to 2015. Liquids production of 2.4 million barrels per day increased 20,000 barrels per day with increased project volumes, mainly in Canada, Indonesia and Nigeria, partly offset by field decline, the impact from Canadian wildfires, and downtime notably in Nigeria. Natural gas production of 10.1 billion cubic feet per day decreased 388 million cubic feet per day from 2015 as field decline, regulatory restrictions in the Netherlands and divestments were partly offset by higher project volumes and work programs.

U.S. Upstream earnings were a loss of $4.2 billion in 2016, including an impairment charge of $2 billion. Excluding the impairment charge, earnings were a loss of $2.1 billion compared to a loss of $1.1 billion in 2015. Earnings outside the U.S. were $4.3 billion, down $3.8 billion from the prior year.

Downstream earnings of $4.2 billion decreased $2.4 billion from 2015. Weaker refining and marketing margins decreased earnings by $3.8 billion, while volume and mix effects increased earnings by $560 million. All other items increased earnings by $920 million, mainly reflecting gains from divestments, notably in Canada. Petroleum product sales of 5.5 million barrels per day were 272,000 barrels per day lower than 2015 mainly reflecting the divestment of refineries in California and Louisiana.

**App. 775**

U.S. Downstream earnings were $1.1 billion, a decrease of $807 million from 2015. Non-U.S. Downstream earnings were $3.1 billion, down $1.5 billion from the prior year.

Chemical earnings of $4.6 billion increased $197 million from 2015. Stronger margins increased earnings by $440 million. Favorable volume and mix effects increased earnings by $100 million. All other items decreased earnings by $340 million, primarily due to the absence of asset management gains in the U.S. Prime product sales of 24.9 million metric tons were up 212,000 metric tons from 2015.

U.S. Chemical earnings were $1.9 billion, down $510 million from 2015 reflecting the absence of asset management gains. Non-U.S. Chemical earnings of $2.7 billion were $707 million higher than prior year.

Corporate and financing expenses of $1.2 billion in 2016 were $754 million lower than 2015 mainly reflecting favorable non-U.S. tax items.

During 2016, Exxon Mobil Corporation purchased 12 million shares of its common stock for the treasury at a gross cost of $977 million. These shares were acquired to offset dilution in conjunction with the company's benefit plans and programs. The corporation will continue to acquire shares to offset dilution in conjunction with its benefit plans and programs, but does not currently plan on making purchases to reduce shares outstanding.

**Upstream Asset Impairment Charge**

As disclosed in the corporation's third quarter 2016 Form 10-Q filing, continued weakness in the upstream industry environment during 2016, continued weak financial results for several assets in North America, and a reduction in the mid-point of the ranges of the corporation's long-term oil and natural gas prices developed as part of its annual planning and budgeting cycle, led the corporation to conclude that the facts and circumstances supported performing an impairment assessment of certain long-lived assets, notably North America natural gas assets and certain other assets across the remainder of its Upstream operations. The assessment reflected long-term crude and natural gas prices which are consistent with the mid-point of the ranges that management uses to evaluate investment opportunities and which are in the range of long-term price forecasts published by third-party industry experts and government agencies. This assessment indicated that the vast majority of asset groups have future undiscounted cash flow estimates exceeding carrying values. However, the carrying values for certain asset groups in the United States exceeded the estimated cash flows. As a result, the corporation's fourth quarter 2016 results include an after-tax charge of $2 billion to reduce the carrying value of those assets to fair value. The asset groups subject to this impairment charge are primarily dry gas operations in the Rocky Mountains region of the United States with large undeveloped acreage positions.

|  | 2016 | |
|---|---|---|
|  | Fourth Quarter | Twelve Months |
| **Earnings** (millions of dollars) | | |
| Net income attributable to ExxonMobil | 1,680 | 7,840 |
| Impairment charge* | (2,027) | (2,027) |

**App. 776**

| | | |
|---|---:|---:|
| Net income attributable to ExxonMobil excluding impairment charge | 3,707 | 9,867 |
| | | |
| **Upstream Earnings** (millions of dollars) | | |
| Net income attributable to ExxonMobil | (642) | 196 |
| Impairment charge* | (2,027) | (2,027) |
| Net income attributable to ExxonMobil excluding impairment charge | 1,385 | 2,223 |
| | | |
| **U.S. Upstream Earnings** (millions of dollars) | | |
| Net income attributable to ExxonMobil | (2,328) | (4,151) |
| Impairment charge* | (2,027) | (2,027) |
| Net income attributable to ExxonMobil excluding impairment charge | (301) | (2,124) |

*Impairment charge resulting from the fourth quarter 2016 asset recoverability assessment.

***ExxonMobil will discuss financial and operating results and other matters during a webcast at 8:30 a.m. Central Time on January 31, 2017. To listen to the event or access an archived replay, please visit www.exxonmobil.com.***

*Cautionary Statement*

*Statements relating to future plans, projections, events or conditions are forward-looking statements. Future results, including project plans, costs, timing, and capacities; capital and exploration expenditures; asset carrying values; resource recoveries; and share purchase levels, could differ materially due to factors including: changes in oil, gas or petrochemical prices or other market or economic conditions affecting the oil, gas or petrochemical industries, including the scope and duration of economic recessions; the outcome of exploration and development efforts; changes in law or government regulation, including tax and environmental requirements; the impact of fiscal and commercial terms and outcome of commercial negotiations; changes in technical or operating conditions; actions of competitors; and other factors discussed under the heading "Factors Affecting Future Results" in the "Investors" section of our website and in Item 1A of ExxonMobil's 2015 Form 10-K. Closing of pending acquisitions is also subject to satisfaction of the conditions precedent provided in the applicable agreement. We assume no duty to update these statements as of any future date.*

*Frequently Used Terms and Non-GAAP Measures*

*This press release includes cash flow from operations and asset sales. Because of the regular nature of our asset management and divestment program, we believe it is useful for investors to consider proceeds associated with the sales of subsidiaries, property, plant and equipment, and sales and returns of investments together with cash provided by operating activities when evaluating cash available for investment in the business and financing activities. A reconciliation to net cash provided by operating activities is shown in Attachment II. This press release also includes earnings excluding an impairment charge related to the fourth quarter 2016 Upstream asset recoverability assessment. We believe this figure is useful for investors to consider in comparing the performance of our underlying business across periods when one of the periods, such as fourth quarter 2016, includes a significant impairment charge. A reconciliation of earnings excluding this impairment charge to GAAP*

**App. 777**

*earnings is shown on page six. References to quantities of oil or natural gas may include amounts that we believe will ultimately be produced, but that are not yet classified as "proved reserves" under SEC definitions. Further information on ExxonMobil's frequently used financial and operating measures and other terms including "prime product sales" is contained under the heading "Frequently Used Terms" available through the "Investors" section of our website at exxonmobil.com.*

*Reference to Earnings*

*References to corporate earnings mean net income attributable to ExxonMobil (U.S. GAAP) from the consolidated income statement. Unless otherwise indicated, references to earnings, Upstream, Downstream, Chemical and Corporate and Financing segment earnings, and earnings per share are ExxonMobil's share after excluding amounts attributable to noncontrolling interests.*

*The term "project" as used in this release can refer to a variety of different activities and does not necessarily have the same meaning as in any government payment transparency reports. Mobil Jet is a registered trademark of Exxon Mobil Corporation.*

*Exxon Mobil Corporation has numerous affiliates, many with names that include ExxonMobil, Exxon, Mobil, Esso, and XTO. For convenience and simplicity, those terms and terms such as Corporation, company, our, we, and its are sometimes used as abbreviated references to specific affiliates or affiliate groups. Similarly, ExxonMobil has business relationships with thousands of customers, suppliers, governments, and others. For convenience and simplicity, words such as venture, joint venture, partnership, co-venturer, and partner are used to indicate business and other relationships involving common activities and interests, and those words may not indicate precise legal relationships.*

***Estimated Key Financial and Operating Data***

**Attachment I**

**Exxon Mobil Corporation**
**Fourth Quarter 2016**
(millions of dollars, unless noted)

|  | Fourth Quarter | | Twelve Months | |
| --- | --- | --- | --- | --- |
|  | **2016** | 2015 | **2016** | 2015 |
| **Earnings / Earnings Per Share** | | | | |
| Total revenues and other income | **61,016** | 59,807 | **226,094** | 268,882 |
| Total costs and other deductions | **60,399** | 57,179 | **218,125** | 246,916 |
| Income before income taxes | **617** | 2,628 | **7,969** | 21,966 |
| Income taxes | **(1,407)** | (202) | **(406)** | 5,415 |
| Net income including noncontrolling interests | **2,024** | 2,830 | **8,375** | 16,551 |
| Net income attributable to noncontrolling interests | **344** | 50 | **535** | 401 |
| Net income attributable to ExxonMobil (U.S. GAAP) | **1,680** | 2,780 | **7,840** | 16,150 |
| Earnings per common share (dollars) | **0.41** | 0.67 | **1.88** | 3.85 |
| Earnings per common share - assuming dilution (dollars) | **0.41** | 0.67 | **1.88** | 3.85 |

App. 778

**Other Financial Data**

| | | | | |
|---|---|---|---|---|
| Dividends on common stock | | | | |
| Total | **3,133** | 3,054 | **12,453** | 12,090 |
| Per common share (dollars) | **0.75** | 0.73 | **2.98** | 2.88 |
| | | | | |
| Millions of common shares outstanding | | | | |
| At December 31 | | | **4,148** | 4,156 |
| Average - assuming dilution | **4,176** | 4,183 | **4,177** | 4,196 |
| | | | | |
| ExxonMobil share of equity at December 31 | | | **167,325** | 170,811 |
| ExxonMobil share of capital employed at December 31 | | | **212,794** | 211,658 |
| | | | | |
| Income taxes | **(1,407)** | (202) | **(406)** | 5,415 |
| Sales-based taxes | **5,403** | 5,370 | **21,090** | 22,678 |
| All other taxes | **7,189** | 7,336 | **28,265** | 29,790 |
| Total taxes | **11,185** | 12,504 | **48,949** | 57,883 |
| | | | | |
| ExxonMobil share of income taxes of equity companies | **436** | 609 | **1,692** | 3,011 |

**Attachment II**

**Exxon Mobil Corporation**
**Fourth Quarter 2016**
(millions of dollars)

| | Fourth Quarter | | Twelve Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **Earnings (U.S. GAAP)** | | | | |
| Upstream | | | | |
| United States | **(2,328)** | (538) | **(4,151)** | (1,079) |
| Non-U.S. | **1,686** | 1,395 | **4,347** | 8,180 |
| Downstream | | | | |
| United States | **270** | 435 | **1,094** | 1,901 |
| Non-U.S. | **971** | 916 | **3,107** | 4,656 |
| Chemical | | | | |
| United States | **352** | 520 | **1,876** | 2,386 |
| Non-U.S. | **520** | 443 | **2,739** | 2,032 |
| Corporate and financing | **209** | (391) | **(1,172)** | (1,926) |
| Net income attributable to ExxonMobil | **1,680** | 2,780 | **7,840** | 16,150 |

**Cash flow from operations and asset sales** (billions of dollars)

| | | | | |
|---|---|---|---|---|
| Net cash provided by operating activities (U.S. GAAP) | **7.4** | 4.3 | **22.1** | 30.3 |
| Proceeds associated with asset sales | **2.1** | 0.8 | **4.3** | 2.4 |
| Cash flow from operations and asset sales | **9.5** | 5.1 | **26.4** | 32.7 |

**Attachment III**

**Exxon Mobil Corporation**
**Fourth Quarter 2016**

**App. 779**

| | Fourth Quarter | | Twelve Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Net production of crude oil, natural gas liquids, bitumen and synthetic oil, thousand barrels per day (kbd) | | | | |
| United States | **496** | 494 | **494** | 476 |
| Canada / South America | **453** | 452 | **430** | 402 |
| Europe | **208** | 222 | **204** | 204 |
| Africa | **449** | 543 | **474** | 529 |
| Asia | **726** | 722 | **707** | 684 |
| Australia / Oceania | **52** | 48 | **56** | 50 |
| Worldwide | **2,384** | 2,481 | **2,365** | 2,345 |
| Natural gas production available for sale, million cubic feet per day (mcfd) | | | | |
| United States | **2,997** | 3,123 | **3,078** | 3,147 |
| Canada / South America | **222** | 241 | **239** | 261 |
| Europe | **2,518** | 2,504 | **2,173** | 2,286 |
| Africa | **7** | 4 | **7** | 5 |
| Asia | **3,698** | 4,103 | **3,743** | 4,139 |
| Australia / Oceania | **982** | 628 | **887** | 677 |
| Worldwide | **10,424** | 10,603 | **10,127** | 10,515 |
| Oil-equivalent production (koebd)[1] | **4,121** | 4,248 | **4,053** | 4,097 |

[1] Gas converted to oil-equivalent at 6 million cubic feet = 1 thousand barrels.

**Attachment IV**

**Exxon Mobil Corporation**
**Fourth Quarter 2016**

| | Fourth Quarter | | Twelve Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| Refinery throughput (kbd) | | | | |
| United States | **1,604** | 1,649 | **1,591** | 1,709 |
| Canada | **401** | 390 | **363** | 386 |
| Europe | **1,460** | 1,483 | **1,417** | 1,496 |
| Asia Pacific | **706** | 679 | **708** | 647 |
| Other | **200** | 194 | **190** | 194 |
| Worldwide | **4,371** | 4,395 | **4,269** | 4,432 |
| Petroleum product sales (kbd) | | | | |
| United States | **2,227** | 2,416 | **2,250** | 2,521 |
| Canada | **499** | 472 | **491** | 488 |
| Europe | **1,535** | 1,530 | **1,519** | 1,542 |
| Asia Pacific | **719** | 758 | **741** | 746 |
| Other | **526** | 503 | **481** | 457 |
| Worldwide | **5,506** | 5,679 | **5,482** | 5,754 |
| Gasolines, naphthas | **2,304** | 2,330 | **2,270** | 2,363 |
| Heating oils, kerosene, diesel | **1,826** | 1,921 | **1,772** | 1,924 |
| Aviation fuels | **387** | 403 | **399** | 413 |

**App. 780**

| | Fourth Quarter | | Twelve Months | |
|---|---|---|---|---|
| Heavy fuels | **368** | 368 | **370** | 377 |
| Specialty products | **621** | 657 | **671** | 677 |
| Worldwide | **5,506** | 5,679 | **5,482** | 5,754 |

Chemical prime product sales, thousand metric tons (kt)

| | | | | |
|---|---|---|---|---|
| United States | **2,409** | 2,565 | **9,576** | 9,664 |
| Non-U.S. | **3,900** | 3,919 | **15,349** | 15,049 |
| Worldwide | **6,309** | 6,484 | **24,925** | 24,713 |

**Attachment V**

**Exxon Mobil Corporation**
**Fourth Quarter 2016**
(millions of dollars)

| | Fourth Quarter | | Twelve Months | |
|---|---|---|---|---|
| | **2016** | 2015 | **2016** | 2015 |
| **Capital and Exploration Expenditures** | | | | |
| Upstream | | | | |
| United States | **817** | 1,615 | **3,518** | 7,822 |
| Non-U.S. | **2,755** | 4,255 | **11,024** | 17,585 |
| Total | **3,572** | 5,870 | **14,542** | 25,407 |
| Downstream | | | | |
| United States | **231** | 236 | **839** | 1,039 |
| Non-U.S. | **472** | 543 | **1,623** | 1,574 |
| Total | **703** | 779 | **2,462** | 2,613 |
| Chemical | | | | |
| United States | **405** | 493 | **1,553** | 1,945 |
| Non-U.S. | **125** | 199 | **654** | 898 |
| Total | **530** | 692 | **2,207** | 2,843 |
| Other | **24** | 75 | **93** | 188 |
| Worldwide | **4,829** | 7,416 | **19,304** | 31,051 |

Exploration expenses charged to income included above

| | | | | |
|---|---|---|---|---|
| Consolidated affiliates | | | | |
| United States | **42** | 60 | **220** | 182 |
| Non-U.S. | **296** | 459 | **1,242** | 1,340 |
| Equity companies - ExxonMobil share | | | | |
| United States | **-** | 9 | **-** | 12 |
| Non-U.S. | **51** | 3 | **52** | 36 |
| Worldwide | **389** | 531 | **1,514** | 1,570 |

**Attachment VI**

**Exxon Mobil Corporation**
**Earnings**

| $ Millions | $ Per Common Share[1] |
|---|---|

**App. 781**

**2012**

| | | |
|---|---|---|
| First Quarter | 9,450 | 2.00 |
| Second Quarter | 15,910 | 3.41 |
| Third Quarter | 9,570 | 2.09 |
| Fourth Quarter | 9,950 | 2.20 |
| Year | 44,880 | 9.70 |

**2013**

| | | |
|---|---|---|
| First Quarter | 9,500 | 2.12 |
| Second Quarter | 6,860 | 1.55 |
| Third Quarter | 7,870 | 1.79 |
| Fourth Quarter | 8,350 | 1.91 |
| Year | 32,580 | 7.37 |

**2014**

| | | |
|---|---|---|
| First Quarter | 9,100 | 2.10 |
| Second Quarter | 8,780 | 2.05 |
| Third Quarter | 8,070 | 1.89 |
| Fourth Quarter | 6,570 | 1.56 |
| Year | 32,520 | 7.60 |

**2015**

| | | |
|---|---|---|
| First Quarter | 4,940 | 1.17 |
| Second Quarter | 4,190 | 1.00 |
| Third Quarter | 4,240 | 1.01 |
| Fourth Quarter | 2,780 | 0.67 |
| Year | 16,150 | 3.85 |

**2016**

| | | |
|---|---|---|
| First Quarter | 1,810 | 0.43 |
| Second Quarter | 1,700 | 0.41 |
| Third Quarter | 2,650 | 0.63 |
| Fourth Quarter | 1,680 | 0.41 |
| Year | 7,840 | 1.88 |

[1] Computed using the average number of shares outstanding during each period.

View source version on businesswire.com:
http://www.businesswire.com/news/home/20170131005691/en/

ExxonMobil
Media Relations, 972-444-1107

Source: Exxon Mobil Corporation

**App. 782**

# Exhibit 54

   

**World Petroleum Council**

# Petroleum Resources Management System

Sponsored by:

Society of Petroleum Engineers (SPE)
American Association of Petroleum Geologists (AAPG)
World Petroleum Council (WPC)
Society of Petroleum Evaluation Engineers (SPEE)

**App. 783**

## Table of Contents

|  |  | Page No. |
|---|---|---|
| **Preamble** | | **1** |
| **1.0** | **Basic Principles and Definitions** | **2** |
| **1.1** | **Petroleum Resources Classification Framework** | **2** |
| **1.2** | **Project-Based Resources Evaluations** | **4** |
| **2.0** | **Classification and Categorization Guidelines** | **5** |
| **2.1** | **Resources Classification** | **6** |
| 2.1.1 | Determination of Discovery Status | |
| 2.1.2 | Determination of Commerciality | |
| 2.1.3 | Project Status and Commercial Risk | |
| | 2.1.3.1 Project Maturity Sub-Classes | |
| | 2.1.3.2 Reserves Status | |
| | 2.1.3.3 Economic Status | |
| **2.2** | **Resources Categorization** | **9** |
| 2.2.1 | Range of Uncertainty | |
| 2.2.2 | Category Definitions and Guidelines | |
| **2.3** | **Incremental Projects** | **11** |
| 2.3.1 | Workovers, Treatments, and Changes of Equipment | |
| 2.3.2 | Compression | |
| 2.3.3 | Infill Drilling | |
| 2.3.4 | Improved Recovery | |
| **2.4** | **Unconventional Resources** | **12** |
| **3.0** | **Evaluation and Reporting Guidelines** | **13** |
| **3.1** | **Commercial Evaluations** | **13** |
| 3.1.1 | Cash Flow-Based Resources Evaluations | |
| 3.1.2 | Economic Criteria | |
| 3.1.3 | Economic Limit | |
| **3.2** | **Production Measurement** | **15** |
| 3.2.1 | Reference Point | |
| 3.2.2 | Lease Fuel | |
| 3.2.3 | Wet or Dry Natural Gas | |
| 3.2.4 | Associated Non-Hydrocarbon Components | |
| 3.2.5 | Natural Gas Re-Injection | |
| 3.2.6 | Underground Natural Gas Storage | |
| 3.2.7 | Production Balancing | |
| **3.3** | **Resources Entitlement and Recognition** | **17** |
| 3.3.1 | Royalty | |
| 3.3.2 | Production-Sharing Contract Reserves | |
| 3.3.3 | Contract Extensions or Renewals | |
| **4.0** | **Estimating Recoverable Quantities** | **19** |
| **4.1** | **Analytical Procedures** | **19** |
| 4.1.1 | Analogs | |
| 4.1.2 | Volumetric Estimate | |
| 4.1.3 | Material Balance | |
| 4.1.4 | Production Performance Analysis | |
| **4.2** | **Deterministic and Probabilistic Methods** | **21** |
| 4.2.1 | Aggregation Methods | |
| | 4.2.1.1 Aggregating Resources Classes | |
| Table 1: Recoverable Resources Classes and Sub-Classes | | **24** |
| Table 2: Reserves Status Definitions and Guidelines | | **27** |
| Table 3: Reserves Category Definitions and Guidelines | | **28** |
| **Appendix A: Glossary of Terms Used in Resources Evaluations** | | **30** |

**App. 784**

**Note:** A typographical error in this document was discovered and corrected on 7 January 2008. On Page 38 in the entry for Liquefied Natural Gas (LNG) Project, the text previously read "LNG is about 1/164 the volume of natural gas…" The corrected statement is "LNG is about 1/614 the volume of natural gas…"

# Petroleum Resources Management System

## Preamble

Petroleum resources are the estimated quantities of hydrocarbons naturally occurring on or within the Earth's crust. Resource assessments estimate total quantities in known and yet-to-be discovered accumulations; resources evaluations are focused on those quantities that can potentially be recovered and marketed by commercial projects. A petroleum resources management system provides a consistent approach to estimating petroleum quantities, evaluating development projects, and presenting results within a comprehensive classification framework.

International efforts to standardize the definitions of petroleum resources and how they are estimated began in the 1930s. Early guidance focused on Proved Reserves. Building on work initiated by the Society of Petroleum Evaluation Engineers (SPEE), SPE published definitions for all Reserves categories in 1987. In the same year, the World Petroleum Council (WPC, then known as the World Petroleum Congress), working independently, published Reserves definitions that were strikingly similar. In 1997, the two organizations jointly released a single set of definitions for Reserves that could be used worldwide. In 2000, the American Association of Petroleum Geologists (AAPG), SPE, and WPC jointly developed a classification system for all petroleum resources. This was followed by additional supporting documents: supplemental application evaluation guidelines (2001) and a glossary of terms utilized in resources definitions (2005). SPE also published standards for estimating and auditing reserves information (revised 2007).

These definitions and the related classification system are now in common use internationally within the petroleum industry. They provide a measure of comparability and reduce the subjective nature of resources estimation. However, the technologies employed in petroleum exploration, development, production, and processing continue to evolve and improve. The SPE Oil and Gas Reserves Committee works closely with other organizations to maintain the definitions and issues periodic revisions to keep current with evolving technologies and changing commercial opportunities.

This document consolidates, builds on, and replaces guidance previously contained in the 1997 Petroleum Reserves Definitions, the 2000 Petroleum Resources Classification and Definitions publications, and the 2001 "Guidelines for the Evaluation of Petroleum Reserves and Resources"; the latter document remains a valuable source of more detailed background information, and specific chapters are referenced herein. Appendix A is a consolidated glossary of terms used in resources evaluations and replaces those published in 2005.

These definitions and guidelines are designed to provide a common reference for the international petroleum industry, including national reporting and regulatory disclosure agencies, and to support petroleum project and portfolio management requirements. They are intended to improve clarity in global communications regarding petroleum resources. It is expected that this document will be supplemented with industry education programs and application guides addressing their implementation in a wide spectrum of technical and/or commercial settings.

It is understood that these definitions and guidelines allow flexibility for users and agencies to tailor application for their particular needs; however, any modifications to the guidance contained herein should be clearly identified. The definitions and guidelines contained in this document must not be construed as modifying the interpretation or application of any existing regulatory reporting requirements.

This SPE/WPC/AAPG/SPEE Petroleum Resources Management System document, including its Appendix, may be referred to by the abbreviated term "SPE-PRMS" with the caveat that the full title, including clear recognition of the co-sponsoring organizations, has been initially stated.

**App. 785**

# 1.0  Basic Principles and Definitions

The estimation of petroleum resource quantities involves the interpretation of volumes and values that have an inherent degree of uncertainty. These quantities are associated with development projects at various stages of design and implementation. Use of a consistent classification system enhances comparisons between projects, groups of projects, and total company portfolios according to forecast production profiles and recoveries.  Such a system must consider both technical and commercial factors that impact the project's economic feasibility, its productive life, and its related cash flows.

## 1.1  Petroleum Resources Classification Framework

Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase.  Petroleum may also contain non-hydrocarbons, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%.

The term "resources" as used herein is intended to encompass all quantities of petroleum naturally occurring on or within the Earth's crust, discovered and undiscovered (recoverable and unrecoverable), plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional."

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.



Figure 1-1: Resources Classification Framework.

The "Range of Uncertainty" reflects a range of estimated quantities potentially recoverable from an accumulation by a project, while the vertical axis represents the "Chance of Commerciality, that is, the chance that the project that will be developed and reach commercial producing status. The following definitions apply to the major subdivisions within the resources classification:

2

**TOTAL PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated to exist originally in naturally occurring accumulations. It includes that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production plus those estimated quantities in accumulations yet to be discovered (equivalent to "total resources").

**DISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.

> **PRODUCTION** is the cumulative quantity of petroleum that has been recovered at a given date. While all recoverable resources are estimated and production is measured in terms of the sales product specifications, raw production (sales plus non-sales) quantities are also measured and required to support engineering analyses based on reservoir voidage (see Production Measurement, section 3.2).

Multiple development projects may be applied to each known accumulation, and each project will recover an estimated portion of the initially-in-place quantities. The projects shall be subdivided into Commercial and Sub-Commercial, with the estimated recoverable quantities being classified as Reserves and Contingent Resources respectively, as defined below.

> **RESERVES** are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must further satisfy four criteria: they must be discovered, recoverable, commercial, and remaining (as of the evaluation date) based on the development project(s) applied. Reserves are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by development and production status.

> **CONTINGENT RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations, but the applied project(s) are not yet considered mature enough for commercial development due to one or more contingencies. Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status.

**UNDISCOVERED PETROLEUM INITIALLY-IN-PLACE** is that quantity of petroleum estimated, as of a given date, to be contained within accumulations yet to be discovered.

> **PROSPECTIVE RESOURCES** are those quantities of petroleum estimated, as of a given date, to be potentially recoverable from undiscovered accumulations by application of future development projects. Prospective Resources have both an associated chance of discovery and a chance of development. Prospective Resources are further subdivided in accordance with the level of certainty associated with recoverable estimates assuming their discovery and development and may be sub-classified based on project maturity.

**UNRECOVERABLE** is that portion of Discovered or Undiscovered Petroleum Initially-in-Place quantities which is estimated, as of a given date, not to be recoverable by future development projects. A portion of these quantities may become recoverable in the future as commercial circumstances change or technological developments occur; the remaining portion may never be recovered due to physical/chemical constraints represented by subsurface interaction of fluids and reservoir rocks.

**App. 787**

Estimated Ultimate Recovery (EUR) is not a resources category, but a term that may be applied to any accumulation or group of accumulations (discovered or undiscovered) to define those quantities of petroleum estimated, as of a given date, to be potentially recoverable under defined technical and commercial conditions plus those quantities already produced (total of recoverable resources).

In specialized areas, such as basin potential studies, alternative terminology has been used; the total resources may be referred to as Total Resource Base or Hydrocarbon Endowment. Total recoverable or EUR may be termed Basin Potential. The sum of Reserves, Contingent Resources, and Prospective Resources may be referred to as "remaining recoverable resources." When such terms are used, it is important that each classification component of the summation also be provided. Moreover, these quantities should not be aggregated without due consideration of the varying degrees of technical and commercial risk involved with their classification.

## 1.2  Project-Based Resources Evaluations

The resources evaluation process consists of identifying a recovery project, or projects, associated with a petroleum accumulation(s), estimating the quantities of Petroleum Initially-in-Place, estimating that portion of those in-place quantities that can be recovered by each project, and classifying the project(s) based on its maturity status or chance of commerciality.

This concept of a project-based classification system is further clarified by examining the primary data sources contributing to an evaluation of net recoverable resources (see Figure 1-2) that may be described as follows:



Figure 1-2: Resources Evaluation Data Sources.

- The Reservoir (accumulation): Key attributes include the types and quantities of Petroleum Initially-in-Place and the fluid and rock properties that affect petroleum recovery.

- The Project: Each project applied to a specific reservoir development generates a unique production and cash flow schedule. The time integration of these schedules taken to the project's technical, economic, or contractual limit defines the estimated recoverable resources and associated future net cash flow projections for each project. The ratio of EUR to Total Initially-in-Place quantities defines the ultimate recovery efficiency for the development project(s). A project may be defined at various levels and stages of maturity; it may include one or many wells and associated production and processing facilities. One project may develop many reservoirs, or many projects may be applied to one reservoir.

- The Property (lease or license area):  Each property may have unique associated contractual rights and obligations including the fiscal terms. Such information allows definition of each participant's share of produced quantities (entitlement) and share of investments, expenses, and revenues for each recovery project and the reservoir to which it is applied. One property may encompass many reservoirs, or one reservoir may span several different properties. A property may contain both discovered and undiscovered accumulations.

4

**App. 788**

In context of this data relationship, "project" is the primary element considered in this resources classification, and net recoverable resources are the incremental quantities derived from each project. Project represents the link between the petroleum accumulation and the decision-making process. A project may, for example, constitute the development of a single reservoir or field, or an incremental development for a producing field, or the integrated development of several fields and associated facilities with a common ownership. In general, an individual project will represent the level at which a decision is made whether or not to proceed (i.e., spend more money) and there should be an associated range of estimated recoverable quantities for that project.

An accumulation or potential accumulation of petroleum may be subject to several separate and distinct projects that are at different stages of exploration or development. Thus, an accumulation may have recoverable quantities in several resource classes simultaneously.

In order to assign recoverable resources of any class, a development plan needs to be defined consisting of one or more projects. Even for Prospective Resources, the estimates of recoverable quantities must be stated in terms of the sales products derived from a development program assuming successful discovery and commercial development. Given the major uncertainties involved at this early stage, the development program will not be of the detail expected in later stages of maturity. In most cases, recovery efficiency may be largely based on analogous projects. In-place quantities for which a feasible project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Not all technically feasible development plans will be commercial. The commercial viability of a development project is dependent on a forecast of the conditions that will exist during the time period encompassed by the project's activities (see Commercial Evaluations, section 3.1). "Conditions" include technological, economic, legal, environmental, social, and governmental factors. While economic factors can be summarized as forecast costs and product prices, the underlying influences include, but are not limited to, market conditions, transportation and processing infrastructure, fiscal terms, and taxes.

The resource quantities being estimated are those volumes producible from a project as measured according to delivery specifications at the point of sale or custody transfer (see Reference Point, section 3.2.1). The cumulative production from the evaluation date forward to cessation of production is the remaining recoverable quantity. The sum of the associated annual net cash flows yields the estimated future net revenue. When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project (see Evaluation and Reporting Guidelines, section 3.0).

The supporting data, analytical processes, and assumptions used in an evaluation should be documented in sufficient detail to allow an independent evaluator or auditor to clearly understand the basis for estimation and categorization of recoverable quantities and their classification.

## 2.0   Classification and Categorization Guidelines

To consistently characterize petroleum projects, evaluations of all resources should be conducted in the context of the full classification system as shown in Figure 1-1. These guidelines reference this classification system and support an evaluation in which projects are "classified" based on their chance of commerciality (the vertical axis) and estimates of recoverable and marketable quantities associated with each project are "categorized" to reflect uncertainty (the horizontal axis). The actual workflow of classification vs. categorization varies with individual projects and is often an iterative analysis process leading to a final report. "Report," as used herein, refers to the presentation of evaluation results within the business entity conducting the assessment and should not be construed as replacing guidelines for public disclosures under guidelines established by regulatory and/or other government agencies.

5

**App. 789**

Additional background information on resources classification issues can be found in Chapter 2 of the 2001 SPE/WPC/AAPG publication: "Guidelines for the Evaluation of Petroleum Reserves and Resources," hereafter referred to as the "2001 Supplemental Guidelines."

## 2.1  Resources Classification

The basic classification requires establishment of criteria for a petroleum discovery and thereafter the distinction between commercial and sub-commercial projects in known accumulations (and hence between Reserves and Contingent Resources).

### 2.1.1  Determination of Discovery Status

A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons.

In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery. Estimated recoverable quantities within such a discovered (known) accumulation(s) shall initially be classified as Contingent Resources pending definition of projects with sufficient chance of commercial development to reclassify all, or a portion, as Reserves. Where in-place hydrocarbons are identified but are not considered currently recoverable, such quantities may be classified as Discovered Unrecoverable, if considered appropriate for resource management purposes; a portion of these quantities may become recoverable resources in the future as commercial circumstances change or technological developments occur.

### 2.1.2  Determination of Commerciality

Discovered recoverable volumes (Contingent Resources) may be considered commercially producible, and thus Reserves, if the entity claiming commerciality has demonstrated firm intention to proceed with development and such intention is based upon all of the following criteria:

- Evidence to support a reasonable timetable for development.
- A reasonable assessment of the future economics of such development projects meeting defined investment and operating criteria:
- A reasonable expectation that there will be a market for all or at least the expected sales quantities of production required to justify development.
- Evidence that the necessary production and transportation facilities are available or can be made available:
- Evidence that legal, contractual, environmental and other social and economic concerns will allow for the actual implementation of the recovery project being evaluated.

To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame. A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.

To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that

6

**App. 790**

the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests.

### 2.1.3    Project Status and Commercial Risk

Evaluators have the option to establish a more detailed resources classification reporting system that can also provide the basis for portfolio management by subdividing the chance of commerciality axis according to project maturity. Such sub-classes may be characterized by standard project maturity level descriptions (qualitative) and/or by their associated chance of reaching producing status (quantitative).

As a project moves to a higher level of maturity, there will be an increasing chance that the accumulation will be commercially developed. For Contingent and Prospective Resources, this can further be expressed as a quantitative chance estimate that incorporates two key underlying risk components:

- The chance that the potential accumulation will result in the discovery of petroleum. This is referred to as the "chance of discovery."
- Once discovered, the chance that the accumulation will be commercially developed is referred to as the "chance of development."

Thus, for an undiscovered accumulation, the "chance of commerciality" is the product of these two risk components. For a discovered accumulation where the "chance of discovery" is 100%, the "chance of commerciality" becomes equivalent to the "chance of development."

#### 2.1.3.1 Project Maturity Sub-Classes

As illustrated in Figure 2-1, development projects (and their associated recoverable quantities) may be sub-classified according to project maturity levels and the associated actions (business decisions) required to move a project toward commercial production.



Figure 2-1: Sub-classes based on Project Maturity.

7

App. 791

Project Maturity terminology and definitions have been modified from the example provided in the 2001 Supplemental Guidelines, Chapter 2. Detailed definitions and guidelines for each Project Maturity sub-class are provided in Table I. This approach supports managing portfolios of opportunities at various stages of exploration and development and may be supplemented by associated quantitative estimates of chance of commerciality. The boundaries between different levels of project maturity may be referred to as "decision gates."

Decisions within the Reserves class are based on those actions that progress a project through final approvals to implementation and initiation of production and product sales. For Contingent Resources, supporting analysis should focus on gathering data and performing analyses to clarify and then mitigate those key conditions, or contingencies, that prevent commercial development.

For Prospective Resources, these potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under appropriate development projects. The decision at each phase is to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity where a decision can be made to proceed with exploration drilling.

Evaluators may adopt alternative sub-classes and project maturity modifiers, but the concept of increasing chance of commerciality should be a key enabler in applying the overall classification system and supporting portfolio management.

### 2.1.3.2  Reserves Status

Once projects satisfy commercial risk criteria, the associated quantities are classified as Reserves. These quantities may be allocated to the following subdivisions based on the funding and operational status of wells and associated facilities within the reservoir development plan (detailed definitions and guidelines are provided in Table 2):

- Developed Reserves are expected quantities to be recovered from existing wells and facilities.
    - o Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate.
    - o Developed Non-Producing Reserves include shut-in and behind-pipe Reserves.
- Undeveloped Reserves are quantities expected to be recovered through future investments.

Where Reserves remain undeveloped beyond a reasonable timeframe, or have remained undeveloped due to repeated postponements, evaluations should be critically reviewed to document reasons for the delay in initiating development and justify retaining these quantities within the Reserves class. While there are specific circumstances where a longer delay (see Determination of Commerciality, section 2.1.2) is justified, a reasonable time frame is generally considered to be less than 5 years.

Development and production status are of significant importance for project management. While Reserves Status has traditionally only been applied to Proved Reserves, the same concept of Developed and Undeveloped Status based on the funding and operational status of wells and producing facilities within the development project are applicable throughout the full range of Reserves uncertainty categories (Proved, Probable and Possible).

Quantities may be subdivided by Reserves Status independent of sub-classification by Project Maturity. If applied in combination, Developed and/or Undeveloped Reserves quantities may be identified separately within each Reserves sub-class (On Production, Approved for Development, and Justified for Development).

8

**App. 792**

### 2.1.3.3 <u>Economic Status</u>

Projects may be further characterized by their Economic Status. All projects classified as Reserves must be economic under defined conditions (see Commercial Evaluations, section 3.1). Based on assumptions regarding future conditions and their impact on ultimate economic viability, projects currently classified as Contingent Resources may be broadly divided into two groups:

- Marginal Contingent Resources are those quantities associated with technically feasible projects that are either currently economic or projected to be economic under reasonably forecasted improvements in commercial conditions but are not committed for development because of one or more contingencies.

- Sub-Marginal Contingent Resources are those quantities associated with discoveries for which analysis indicates that technically feasible development projects would not be economic and/or other contingencies would not be satisfied under current or reasonably forecasted improvements in commercial conditions. These projects nonetheless should be retained in the inventory of discovered resources pending unforeseen major changes in commercial conditions.

Where evaluations are incomplete such that it is premature to clearly define ultimate chance of commerciality, it is acceptable to note that project economic status is "undetermined." Additional economic status modifiers may be applied to further characterize recoverable quantities; for example, non-sales (lease fuel, flare, and losses) may be separately identified and documented in addition to sales quantities for both production and recoverable resource estimates (see also Reference Point, section 3.2.1). Those discovered in-place volumes for which a feasible development project cannot be defined using current, or reasonably forecast improvements in, technology are classified as Unrecoverable.

Economic Status may be identified independently of, or applied in combination with, Project Maturity sub-classification to more completely describe the project and its associated resources.

## 2.2   Resources Categorization

The horizontal axis in the Resources Classification (Figure 1.1) defines the range of uncertainty in estimates of the quantities of recoverable, or potentially recoverable, petroleum associated with a project. These estimates include both technical and commercial uncertainty components as follows:

- The total petroleum remaining within the accumulation (in-place resources).
- That portion of the in-place petroleum that can be recovered by applying a defined development project or projects.
- Variations in the commercial conditions that may impact the quantities recovered and sold (e.g., market availability, contractual changes).

Where commercial uncertainties are such that there is significant risk that the complete project (as initially defined) will not proceed, it is advised to create a separate project classified as Contingent Resources with an appropriate chance of commerciality.

### 2.2.1   Range of Uncertainty

The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution (see Deterministic and Probabilistic Methods, section 4.2).

When the range of uncertainty is represented by a probability distribution, a low, best, and high estimate shall be provided such that:

**App. 793**

- There should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate.
- There should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate.
- There should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate.

When using the deterministic scenario method, typically there should also be low, best, and high estimates, where such estimates are based on qualitative assessments of relative uncertainty using consistent interpretation guidelines. Under the deterministic incremental (risk-based) approach, quantities at each level of uncertainty are estimated discretely and separately (see Category Definitions and Guidelines, section 2.2.2).

These same approaches to describing uncertainty may be applied to Reserves, Contingent Resources, and Prospective Resources. While there may be significant risk that sub-commercial and undiscovered accumulations will not achieve commercial production, it useful to consider the range of potentially recoverable quantities independently of such a risk or consideration of the resource class to which the quantities will be assigned.

## 2.2.2   Category Definitions and Guidelines

Evaluators may assess recoverable quantities and categorize results by uncertainty using the deterministic incremental (risk-based) approach, the deterministic scenario (cumulative) approach, or probabilistic methods. (see "2001 Supplemental Guidelines," Chapter 2.5).  In many cases, a combination of approaches is used.

Use of consistent terminology (Figure 1.1) promotes clarity in communication of evaluation results. For Reserves, the general cumulative terms low/best/high estimates are denoted as 1P/2P/3P, respectively. The associated incremental quantities are termed Proved, Probable and Possible. Reserves are a subset of, and must be viewed within context of, the complete resources classification system. While the categorization criteria are proposed specifically for Reserves, in most cases, they can be equally applied to Contingent and Prospective Resources conditional upon their satisfying the criteria for discovery and/or development.

For Contingent Resources, the general cumulative terms low/best/high estimates are denoted as 1C/2C/3C respectively. For Prospective Resources, the general cumulative terms low/best/high estimates still apply. No specific terms are defined for incremental quantities within Contingent and Prospective Resources.

Without new technical information, there should be no change in the distribution of technically recoverable volumes and their categorization boundaries when conditions are satisfied sufficiently to reclassify a project from Contingent Resources to Reserves. All evaluations require application of a consistent set of forecast conditions, including assumed future costs and prices, for both classification of projects and categorization of estimated quantities recovered by each project (see Commercial Evaluations, section 3.1).

Table III presents category definitions and provides guidelines designed to promote consistency in resource assessments. The following summarizes the definitions for each Reserves category in terms of both the deterministic incremental approach and scenario approach and also provides the probability criteria if probabilistic methods are applied.

- Proved Reserves are those quantities of petroleum, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities

10

**App. 794**

will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.

- Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.

- Possible Reserves are those additional reserves which analysis of geoscience and engineering data suggest are less likely to be recoverable than Probable Reserves. The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P) Reserves, which is equivalent to the high estimate scenario. In this context, when probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.

Based on additional data and updated interpretations that indicate increased certainty, portions of Possible and Probable Reserves may be re-categorized as Probable and Proved Reserves.

Uncertainty in resource estimates is best communicated by reporting a range of potential results. However, if it is required to report a single representative result, the "best estimate" is considered the most realistic assessment of recoverable quantities. It is generally considered to represent the sum of Proved and Probable estimates (2P) when using the deterministic scenario or the probabilistic assessment methods. It should be noted that under the deterministic incremental (risk-based) approach, discrete estimates are made for each category, and they should not be aggregated without due consideration of their associated risk (see "2001 Supplemental Guidelines," Chapter 2.5).

## 2.3   Incremental Projects

The initial resource assessment is based on application of a defined initial development project. Incremental projects are designed to increase recovery efficiency and/or to accelerate production through making changes to wells or facilities, infill drilling, or improved recovery. Such projects should be classified according to the same criteria as initial projects. Related incremental quantities are similarly categorized on certainty of recovery. The projected increased recovery can be included in estimated Reserves if the degree of commitment is such that the project will be developed and placed on production within a reasonable timeframe.

Circumstances where development will be significantly delayed should be clearly documented. If there is significant project risk, forecast incremental recoveries may be similarly categorized but should be classified as Contingent Resources (see Determination of Commerciality, section 2.1.2).

### 2.3.1   Workovers, Treatments, and Changes of Equipment

Incremental recovery associated with future workover, treatment (including hydraulic fracturing), re-treatment, changes of equipment, or other mechanical procedures where such projects have routinely been successful in analogous reservoirs may be classified as Developed or Undeveloped Reserves depending on the magnitude of associated costs required (see Reserves Status, section 2.1.3.2).

11

**App. 795**

### 2.3.2  Compression

Reduction in the backpressure through compression can increase the portion of in-place gas that can be commercially produced and thus included in Reserves estimates. If the eventual installation of compression was planned and approved as part of the original development plan, incremental recovery is included in Undeveloped Reserves. However, if the cost to implement compression is not significant (relative to the cost of a new well), the incremental quantities may be classified as Developed Reserves. If compression facilities were not part of the original approved development plan and such costs are significant, it should be treated as a separate project subject to normal project maturity criteria.

### 2.3.3  Infill Drilling

Technical and commercial analyses may support drilling additional producing wells to reduce the spacing beyond that utilized within the initial development plan, subject to government regulations (if such approvals are required). Infill drilling may have the combined effect of increasing recovery efficiency and accelerating production. Only the incremental recovery can be considered as additional Reserves; this additional recovery may need to be reallocated to individual wells with different interest ownerships.

### 2.3.4  Improved Recovery

Improved recovery is the additional petroleum obtained, beyond primary recovery, from naturally occurring reservoirs by supplementing the natural reservoir performance.  It includes waterflooding, secondary or tertiary recovery processes, and any other means of supplementing natural reservoir recovery processes.

Improved recovery projects must meet the same Reserves commerciality criteria as primary recovery projects. There should be an expectation that the project will be economic and that the entity has committed to implement the project in a reasonable time frame (generally within 5 years; further delays should be clearly justified).

The judgment on commerciality is based on pilot testing within the subject reservoir or by comparison to a reservoir with analogous rock and fluid properties and where a similar established improved recovery project has been successfully applied.

Incremental recoveries through improved recovery methods that have yet to be established through routine, commercially successful applications are included as Reserves only after a favorable production response from the subject reservoir from either (a) a representative pilot or (b) an installed program, where the response provides support for the analysis on which the project is based.

These incremental recoveries in commercial projects are categorized into Proved, Probable, and Possible Reserves based on certainty derived from engineering analysis and analogous applications in similar reservoirs.

## 2.4  Unconventional Resources

Two types of petroleum resources have been defined that may require different approaches for their evaluations:

- Conventional resources exist in discrete petroleum accumulations related to a localized geological structural feature and/or stratigraphic condition, typically with each accumulation bounded by a downdip contact with an aquifer, and which is significantly affected by hydrodynamic influences such as buoyancy of petroleum in water. The petroleum is recovered through wellbores and typically requires minimal processing prior to sale.

12

**App. 796**

- Unconventional resources exist in petroleum accumulations that are pervasive throughout a large area and that are not significantly affected by hydrodynamic influences (also called "continuous-type deposits"). Examples include coalbed methane (CBM), basin-centered gas, shale gas, gas hydrates, natural bitumen, and oil shale deposits. Typically, such accumulations require specialized extraction technology (e.g., dewatering of CBM, massive fracturing programs for shale gas, steam and/or solvents to mobilize bitumen for in-situ recovery, and, in some cases, mining activities). Moreover, the extracted petroleum may require significant processing prior to sale (e.g., bitumen upgraders).

For these petroleum accumulations that are not significantly affected by hydrodynamic influences, reliance on continuous water contacts and pressure gradient analysis to interpret the extent of recoverable petroleum may not be possible. Thus, there typically is a need for increased sampling density to define uncertainty of in-place volumes, variations in quality of reservoir and hydrocarbons, and their detailed spatial distribution to support detailed design of specialized mining or in-situ extraction programs.

It is intended that the resources definitions, together with the classification system, will be appropriate for all types of petroleum accumulations regardless of their in-place characteristics, extraction method applied, or degree of processing required.

Similar to improved recovery projects applied to conventional reservoirs, successful pilots or operating projects in the subject reservoir or successful projects in analogous reservoirs may be required to establish a distribution of recovery efficiencies for non-conventional accumulations. Such pilot projects may evaluate both extraction efficiency and the efficiency of unconventional processing facilities to derive sales products prior to custody transfer.

# 3.0   Evaluation and Reporting Guidelines

The following guidelines are provided to promote consistency in project evaluations and reporting. "Reporting" refers to the presentation of evaluation results within the business entity conducting the evaluation and should not be construed as replacing guidelines for subsequent public disclosures under guidelines established by regulatory and/or other government agencies, or any current or future associated accounting standards.

## 3.1   Commercial Evaluations

Investment decisions are based on the entity's view of future commercial conditions that may impact the development feasibility (commitment to develop) and production/cash flow schedule of oil and gas projects. Commercial conditions include, but are not limited to, assumptions of financial conditions (costs, prices, fiscal terms, taxes), marketing, legal, environmental, social, and governmental factors. Project value may be assessed in several ways (e.g., historical costs, comparative market values); the guidelines herein apply only to evaluations based on cash flow analysis. Moreover, modifying factors such contractual or political risks that may additionally influence investment decisions are not addressed. (Additional detail on commercial issues can be found in the "2001 Supplemental Guidelines," Chapter 4.)

### 3.1.1   Cash-Flow-Based Resources Evaluations

Resources evaluations are based on estimates of future production and the associated cash flow schedules for each development project. The sum of the associated annual net cash flows yields the estimated future net revenue. When the cash flows are discounted according to a defined discount rate and time period, the summation of the discounted cash flows is termed net present value (NPV) of the project. The calculation shall reflect:

13

**App. 797**

- The expected quantities of production projected over identified time periods.
- The estimated costs associated with the project to develop, recover, and produce the quantities of production at its Reference Point (see section 3.2.1), including environmental, abandonment, and reclamation costs charged to the project, based on the evaluator's view of the costs expected to apply in future periods.
- The estimated revenues from the quantities of production based on the evaluator's view of the prices expected to apply to the respective commodities in future periods including that portion of the costs and revenues accruing to the entity.
- Future projected production and revenue related taxes and royalties expected to be paid by the entity.
- A project life that is limited to the period of entitlement or reasonable expectation thereof.
- The application of an appropriate discount rate that reasonably reflects the weighted average cost of capital or the minimum acceptable rate of return applicable to the entity at the time of the evaluation.

While each organization may define specific investment criteria, a project is generally considered to be "economic" if its "best estimate" case has a positive net present value under the organization's standard discount rate, or if at least has a positive undiscounted cash flow.

### 3.1.2   Economic Criteria

Evaluators must clearly identify the assumptions on commercial conditions utilized in the evaluation and must document the basis for these assumptions.

The economic evaluation underlying the investment decision is based on the entity's reasonable forecast of future conditions, including costs and prices, which will exist during the life of the project (forecast case). Such forecasts are based on projected changes to current conditions; SPE defines current conditions as the average of those existing during the previous 12 months.

Alternative economic scenarios are considered in the decision process and, in some cases, to supplement reporting requirements. Evaluators may examine a case in which current conditions are held constant (no inflation or deflation) throughout the project life (constant case).

Evaluations may be modified to accommodate criteria imposed by regulatory agencies regarding external disclosures. For example, these criteria may include a specific requirement that, if the recovery were confined to the technically Proved Reserves estimate, the constant case should still generate a positive cash flow. External reporting requirements may also specify alternative guidance on current conditions (for example, year-end costs and prices).

There may be circumstances in which the project meets criteria to be classified as Reserves using the forecast case but does not meet the external criteria for Proved Reserves. In these specific circumstances, the entity may record 2P and 3P estimates without separately recording Proved. As costs are incurred and development proceeds, the low estimate may eventually satisfy external requirements, and Proved Reserves can then be assigned.

While SPE guidelines do not require that project financing be confirmed prior to classifying projects as Reserves, this may be another external requirement. In many cases, loans are conditional upon the same criteria as above; that is, the project must be economic based on Proved Reserves only.  In general, if there is not a reasonable expectation that loans or other forms of financing (e.g., farm-outs) can be arranged such that the development will be initiated within a reasonable timeframe, then the project should be classified as Contingent Resources. If financing is reasonably expected but not yet confirmed, the project may be classified as Reserves, but no Proved Reserves may be reported as above.

14

**App. 798**

### 3.1.3   Economic Limit

Economic limit is defined as the production rate beyond which the net operating cash flows from a project, which may be an individual well, lease, or entire field, are negative, a point in time that defines the project's economic life. Operating costs should be based on the same type of projections as used in price forecasting. Operating costs should include only those costs that are incremental to the project for which the economic limit is being calculated (i.e., only those cash costs that will actually be eliminated if project production ceases should be considered in the calculation of economic limit). Operating costs should include fixed property-specific overhead charges if these are actual incremental costs attributable to the project and any production and property taxes but, for purposes of calculating economic limit, should exclude depreciation, abandonment and reclamation costs, and income tax, as well as any overhead above that required to operate the subject property itself. Operating costs may be reduced, and thus project life extended, by various cost-reduction and revenue-enhancement approaches, such as sharing of production facilities, pooling maintenance contracts, or marketing of associated non-hydrocarbons (see Associated Non-Hydrocarbon Components, section 3.2.4).

Interim negative project net cash flows may be accommodated in short periods of low product prices or major operational problems, provided that the longer-term forecasts must still indicate positive economics.

## 3.2   Production Measurement

In general, the marketable product, as measured according to delivery specifications at a defined Reference Point, provides the basis for production quantities and resources estimates. The following operational issues should be considered in defining and measuring production. While referenced specifically to Reserves, the same logic would be applied to projects forecast to develop Contingent and Prospective Resources conditional on discovery and development. (Additional detail on operational issues that impact resources estimation can be found in the "2001 Supplemental Guidelines," Chapter 3.)

### 3.2.1   Reference Point

Reference Point is a defined location(s) in the production chain where the produced quantities are measured or assessed. The Reference Point is typically the point of sale to third parties or where custody is transferred to the entity's downstream operations. Sales production and estimated Reserves are normally measured and reported in terms of quantities crossing this point over the period of interest.

The Reference Point may be defined by relevant accounting regulations in order to ensure that the Reference Point is the same for both the measurement of reported sales quantities and for the accounting treatment of sales revenues. This ensures that sales quantities are stated according to their delivery specifications at a defined price. In integrated projects, the appropriate price at the Reference Point may need to be determined using a netback calculation.

Sales quantities are equal to raw production less non-sales quantities, being those quantities produced at the wellhead but not available for sales at the Reference Point. Non-sales quantities include petroleum consumed as fuel, flared, or lost in processing, plus non-hydrocarbons that must be removed prior to sale; each of these may be allocated using separate Reference Points but when combined with sales, should sum to raw production. Sales quantities may need to be adjusted to exclude components added in processing but not derived from raw production. Raw production measurements are necessary and form the basis of engineering calculations (e.g., production performance analysis) based on total reservoir voidage.

15

**App. 799**

### 3.2.2   Lease Fuel

Lease fuel is that portion of produced natural gas, crude oil, or condensate consumed as fuel in production and lease plant operations.

For consistency, lease fuel should be treated as shrinkage and is not included in sales quantities or resource estimates. However, some regulatory guidelines may allow lease fuel to be included in Reserves estimates where it replaces alternative sources of fuel and/or power that would be purchased in their absence. Where claimed as Reserves, such fuel quantities should be reported separately from sales, and their value must be included as an operating expense. Flared gas and oil and other losses are always treated as shrinkage and are not included in either product sales or Reserves.

### 3.2.3   Wet or Dry Natural Gas

The Reserves for wet or dry natural gas should be considered in the context of the specifications of the gas at the agreed Reference Point. Thus, for gas that is sold as wet gas, the volume of the wet gas would be reported, and there would be no associated or extracted hydrocarbon liquids reported separately. It would be expected that the corresponding enhanced value of the wet gas would be reflected in the sales price achieved for such gas.

When liquids are extracted from the gas prior to sale and the gas is sold in dry condition, then the dry gas volume and the extracted liquid volumes, whether condensate and/or natural gas liquids, should be accounted for separately in resource assessments. Any hydrocarbon liquids separated from the wet gas subsequent to the agreed Reference Point would not be reported as Reserves.

### 3.2.4   Associated Non-Hydrocarbon Components

In the event that non-hydrocarbon components are associated with production, the reported quantities should reflect the agreed specifications of the petroleum product at the Reference Point. Correspondingly, the accounts will reflect the value of the petroleum product at the Reference Point. If it is required to remove all or a portion of non-hydrocarbons prior to delivery, the Reserves and production should reflect only the residual hydrocarbon product.

Even if the associated non-hydrocarbon component (e.g., helium, sulfur) that is removed prior to the Reference Point is subsequently and separately marketed, these quantities are not included in petroleum production or Reserves. The revenue generated by the sale of non-hydrocarbon products may be included in the economic evaluation of a project.

### 3.2.5   Natural Gas Re-Injection

Natural gas production can be re-injected into a reservoir for a number of reasons and under a variety of conditions. It can be re-injected into the same reservoir or into other reservoirs located on the same property for recycling, pressure maintenance, miscible injection, or other enhanced oil recovery processes. In such cases, assuming that the gas will eventually be produced and sold, the gas volume estimated as eventually recoverable can be included as Reserves.

If gas volumes are to be included as Reserves, they must meet the normal criteria laid down in the definitions including the existence of a viable development, transportation, and sales marketing plan. Gas volumes should be reduced for losses associated with the re-injection and subsequent recovery process. Gas volumes injected into a reservoir for gas disposal with no committed plan for recovery are not classified as Reserves. Gas volumes purchased for injection and later recovered are not classified as Reserves.

16

**App. 800**

### 3.2.6  Underground Natural Gas Storage

Natural gas injected into a gas storage reservoir to be recovered at a later period (e.g., to meet peak market demand periods) should not be included as Reserves.

The gas placed in the storage reservoir may be purchased or may originate from prior production. It is important to distinguish injected gas from any remaining native recoverable volumes in the reservoir. On commencing gas production, its allocation between native gas and injected gas may be subject to local regulatory and accounting rulings. Native gas production would be drawn against the original field Reserves. The uncertainty with respect to original field volumes remains with the native reservoir gas and not the injected gas.

There may be occasions, such as gas acquired through a production payment, in which gas is transferred from one lease or field to another without a sale or custody transfer occurring. In such cases, the re-injected gas could be included with the native reservoir gas as Reserves. The same principles regarding separation of native resources from injected quantities would apply to underground oil storage.

### 3.2.7  Production Balancing

Reserves estimates must be adjusted for production withdrawals. This may be a complex accounting process when the allocation of production among project participants is not aligned with their entitlement to Reserves. Production overlift or underlift can occur in oil production records because of the necessity for participants to lift their production in parcel sizes or cargo volumes to suit available shipping schedules as agreed among the parties. Similarly, an imbalance in gas deliveries can result from the participants having different operating or marketing arrangements that prevent gas volumes sold from being equal to entitlement share within a given time period.

Based on production matching the internal accounts, annual production should generally be equal to the liftings actually made by the participant and not on the production entitlement for the year. However, actual production and entitlements must be reconciled in Reserves assessments. Resulting imbalances must be monitored over time and eventually resolved before project abandonment.

## 3.3    Resources Entitlement and Recognition

While assessments are conducted to establish estimates of the total Petroleum Initially-in-Place and that portion recovered by defined projects, the allocation of sales quantities, costs, and revenues impacts the project economics and commerciality. This allocation is governed by the applicable contracts between the mineral owners (lessors) and contractors (lessees) and is generally referred to as "entitlement." For publicly traded companies, securities regulators may set criteria regarding the classes and categories that can be "recognized" in external disclosures.

Entitlements must ensure that the recoverable resources claimed/reported by individual stakeholders sum to the total recoverable resources; that is, there are none missing or duplicated in the allocation process. (The "2001 Supplemental Guidelines," Chapter 9, addresses issues of Reserves recognition under production-sharing and non-traditional agreements.)

### 3.3.1  Royalty

Royalty refers to payments that are due to the host government or mineral owner (lessor) in return for depletion of the reservoirs by the producer (lessee/contractor) having access to the petroleum resources.

17

**App. 801**

Many agreements allow for the lessee/contractor to lift the royalty volumes and sell them on behalf of, and pay the proceeds to, the royalty owner/lessor. Some agreements provide for the royalty to be taken only in-kind by the royalty owner. In either case, royalty volumes must be deducted from the lessee's entitlement to resources. In some agreements, royalties owned by the host government are actually treated as taxes to be paid in cash. In such cases, the equivalent royalty volumes are controlled by the contractor who may (subject to regulatory guidance) elect to report these volumes as Reserves and/or Contingent Resources with appropriate offsets (increase in operating expense) to recognize the financial liability of the royalty obligation.

Conversely, if a company owns a royalty or equivalent interest of any type in a project, the related quantities can be included in Resources entitlements.

### 3.3.2   Production-Sharing Contract Reserves

Production-Sharing Contracts (PSCs) of various types replace conventional tax-royalty systems in many countries. Under the PSC terms, the producers have an entitlement to a portion of the production. This entitlement, often referred to as "net entitlement" or "net economic interest," is estimated using a formula based on the contract terms incorporating project costs (cost oil) and project profits (profit oil).

Although ownership of the production invariably remains with the government authority up to the export point of the project, the producers may take title to their share of the net entitlement at that point and may claim that share as their Reserves.

Risked-Service Contracts (RSCs) are similar to PSCs, but in this case, the producers are paid in cash rather than in production. As with PSCs, the Reserves claimed are based on the parties' net economic interest. Care needs to be taken to distinguish between an RSC and a "Pure Service Contract." Reserves can be claimed in an RSC on the basis that the producers are exposed to capital at risk, whereas no Reserves can be claimed for Pure Service Contracts because there are no market risks and the producers act as contractors.

Unlike traditional royalty-lease agreements, the cost recovery system in production-sharing, risk-service, and other related contracts typically reduce the production share and hence Reserves obtained by a contractor in periods of high price and increase volumes in periods of low price. While this ensures cost recovery, it introduces a significant price-related volatility in annual Reserves estimates under cases using "current" economic conditions. Under a defined "forecast conditions case," the future relationship of price to Reserves entitlement is known.

The treatment of taxes and the accounting procedures used can also have a significant impact on the Reserves recognized and production reported from these contracts.

### 3.3.3   Contract Extensions or Renewals

As production-sharing or other types of agreements approach maturity, they can be extended by negotiation for contract extensions, by the exercise of options to extend, or by other means.

Reserves should not be claimed for those volumes that will be produced beyond the ending date of the current agreement unless there is reasonable expectation that an extension, a renewal, or a new contract will be granted. Such reasonable expectation may be based on the historical treatment of similar agreements by the license-issuing jurisdiction. Otherwise, forecast production beyond the contract term should be classified as Contingent Resources with an associated reduced chance of commercialization. Moreover, it may not be reasonable to assume that the fiscal terms in a negotiated extension will be similar to existing terms.

18

**App. 802**

Similar logic should be applied where gas sales agreements are required to ensure adequate markets. Reserves should not be claimed for those quantities that will be produced beyond those specified in the current agreement or reasonably forecast to be included in future agreements.

In either of the above cases, where the risk of cessation of rights to produce or inability to secure gas contracts is not considered significant, evaluators may choose to incorporate the uncertainty by categorizing quantities to be recovered beyond the current contract as Probable or Possible Reserves.

# 4.0  Estimating Recoverable Quantities

Assuming that projects have been classified according to their project maturity, the estimation of associated recoverable quantities under a defined project and their assignment to uncertainty categories may be based on one or a combination of analytical procedures. Such procedures may be applied using an incremental (risk-based) and/or scenario approach; moreover, the method of assessing relative uncertainty in these estimates of recoverable quantities may employ both deterministic and probabilistic methods.

## 4.1    Analytical Procedures

The analytical procedures for estimating recoverable quantities fall into three broad categories: (a) analogy, (b) volumetric estimates, and (c) performance-based estimates, which include material balance, production decline, and other production performance analyses. Reservoir simulation may be used in either volumetric or performance-based analyses. Pre- and early post-discovery assessments are typically made with analog field/project data and volumetric estimation. After production commences and production rates and pressure information become available, performance-based methods can be applied. Generally, the range of EUR estimates is expected to decrease as more information becomes available, but this is not always the case.

In each procedural method, results are not a single quantity of remaining recoverable petroleum, but rather a range that reflects the underlying uncertainties in both the in-place volumes and the recovery efficiency of the applied development project. By applying consistent guidelines (see Resources Categorization, section 2.2.), evaluators can define remaining recoverable quantities using either the incremental or cumulative scenario approach. The confidence in assessment results generally increases when the estimates are supported by more than one analytical procedure.

### 4.1.1   Analogs

Analogs are widely used in resources estimation, particularly in the exploration and early development stages, when direct measurement information is limited. The methodology is based on the assumption that the analogous reservoir is comparable to the subject reservoir regarding reservoir and fluid properties that control ultimate recovery of petroleum.  By selecting appropriate analogs, where performance data based on comparable development plans (including well type, well spacing and stimulation) are available, a similar production profile may be forecast.

Analogous reservoirs are defined by features and characteristics including, but not limited to, approximate depth, pressure, temperature, reservoir drive mechanism, original fluid content, reservoir fluid gravity, reservoir size, gross thickness, pay thickness, net-to-gross ratio, lithology, heterogeneity, porosity, permeability, and development plan. Analogous reservoirs are formed by the same, or very similar, processes with regard to sedimentation, diagenesis, pressure, temperature, chemical and mechanical history, and structural deformation.

**App. 803**

Comparison to several analogs may improve the range of uncertainty in estimated recoverable quantities from the subject reservoir. While reservoirs in the same geographic area and of the same age typically provide better analogs, such proximity alone may not be the primary consideration. In all cases, evaluators should document the similarities and differences between the analog and the subject reservoir/project. Review of analog reservoir performance is useful in quality assurance of resource assessments at all stages of development.

### 4.1.2   Volumetric Estimate

This procedure uses reservoir rock and fluid properties to calculate hydrocarbons in-place and then estimate that portion that will be recovered by a specific development project(s). Key uncertainties affecting in-place volumes include:

- Reservoir geometry and trap limits that impact gross rock volume.
- Geological characteristics that define pore volume and permeability distribution.
- Elevation of fluid contacts.
- Combinations of reservoir quality, fluid types, and contacts that control fluid saturations.

The gross rock volume of interest is that for the total reservoir. While spatial distribution and reservoir quality impact recovery efficiency, the calculation of in-place petroleum often uses average net-to-gross ratio, porosity, and fluid saturations. In more heterogeneous reservoirs, increased well density may be required to confidently assess and categorize resources.

Given estimates of the in-place petroleum, that portion that can be recovered by a defined set of wells and operating conditions must then be estimated based on analog field performance and/or simulation studies using available reservoir information. Key assumptions must be made regarding reservoir drive mechanisms.

The estimates of recoverable quantities must reflect uncertainties not only in the petroleum in-place but also in the recovery efficiency of the development project(s) applied to the specific reservoir being studied.

Additionally, geostatistical methods can be used to preserve spatial distribution information and incorporate it in subsequent reservoir simulation applications. Such processes may yield improved estimates of the range of recoverable quantities. Incorporation of seismic analyses typically improves the underlying reservoir models and yields more reliable resource estimates. [Refer to the "2001 SPE Supplemental Guidelines" for more detailed discussion of geostatistics (Chapter 7) and seismic applications (Chapter 8)].

### 4.1.3   Material Balance

Material balance methods to estimate recoverable quantities involve the analysis of pressure behavior as reservoir fluids are withdrawn. In ideal situations, such as depletion-drive gas reservoirs in homogeneous, high-permeability reservoir rocks and where sufficient and high quality pressure data is available, estimation based on material balance may provide very reliable estimates of ultimate recovery at various abandonment pressures. In complex situations, such as those involving water influx, compartmentalization, multiphase behavior, and multilayered or low-permeability reservoirs, material balance estimates alone may provide erroneous results. Evaluators should take care to accommodate the complexity of the reservoir and its pressure response to depletion in developing uncertainty profiles for the applied recovery project.

Computer reservoir modeling or reservoir simulation can be considered a sophisticated form of material balance analysis. While such modeling can be a reliable predictor of reservoir behavior under a defined development program, the reliability of input rock properties, reservoir geometry, relative permeability functions, and fluid properties are critical. Predictive models are most reliable

20

**App. 804**

in estimating recoverable quantities when there is sufficient production history to validate the model through history matching.

### 4.1.4   Production Performance Analysis

Analysis of the change in production rates and production fluids ratios vs. time and vs. cumulative production as reservoir fluids are withdrawn provides valuable information to predict ultimate recoverable quantities. In some cases, before decline in production rates is apparent, trends in performance indicators such as gas/oil ratio (GOR), water/oil ratio (WOR), condensate/gas ratio (CGR), and bottomhole or flowing pressures can be extrapolated to an economic limit condition to estimate reserves.

Reliable results require a sufficient period of stable operating conditions after wells in a reservoir have established drainage areas. In estimating recoverable quantities, evaluators must consider complicating factors affecting production performance behavior, such as variable reservoir and fluid properties, transient vs. stabilized flow, changes in operating conditions, interference effects, and depletion mechanisms. In early stages of depletion, there may be significant uncertainty in both the ultimate performance profile and the commercial factors that impact abandonment rate. Such uncertainties should be reflected in the resources categorization. For very mature reservoirs, the future production forecast may be sufficiently well defined that the remaining uncertainty in the technical profile is not significant; in such cases, the "best estimate" 2P scenario may also be used for the 1P and 3P production forecasts. However, there may still be commercial uncertainties that will impact the abandonment rate, and these should be accommodated in the resources categorization.

### 4.2   Deterministic and Probabilistic Methods

Regardless of the analytical procedure used, resource estimates may be prepared using either deterministic or probabilistic methods. A deterministic estimate is a single discrete scenario within a range of outcomes that could be derived by probabilistic analysis.

In the deterministic method, a discrete value or array of values for each parameter is selected based on the estimator's choice of the values that are most appropriate for the corresponding resource category. A single outcome of recoverable quantities is derived for each deterministic increment or scenario.

In the probabilistic method, the estimator defines a distribution representing the full range of possible values for each input parameter. These distributions may be randomly sampled (typically using Monte Carlo simulation software) to compute a full range and distribution of potential outcome of results of recoverable quantities (see "2001 Supplemental Guidelines," Chapter 5, for more detailed discussion of probabilistic reserves estimation procedures). This approach is most often applied to volumetric resource calculations in the early phases of an exploitation and development projects. The Resources Categorization guidelines include criteria that provide specific limits to parameters associated with each category. Moreover, the resource analysis must consider commercial uncertainties. Accordingly, when probabilistic methods are used, constraints on parameters may be required to ensure that results are not outside the range imposed by the category deterministic guidelines and commercial uncertainties.

Deterministic volumes are estimated for discrete increments and defined scenarios. While deterministic estimates may have broadly inferred confidence levels, they do not have associated quantitatively defined probabilities. Nevertheless, the ranges of the probability guidelines established for the probabilistic method (see Range of Uncertainty, section 2.2.1) influence the amount of uncertainty generally inferred in the estimate derived from the deterministic method.

Both deterministic and probabilistic methods may be used in combination to ensure that results of either method are reasonable.

21

**App. 805**

### 4.2.1   Aggregation Methods

Oil and gas quantities are generally estimated and categorized according to certainty of recovery within individual reservoirs or portions of reservoirs; this is referred to as the "reservoir level" assessment.  These estimates are summed to arrive at estimates for fields, properties, and projects. Further summation is applied to yield totals for areas, countries, and companies; these are generally referred to as "resource reporting levels." The uncertainty distribution of the individual estimates at each of these levels may differ widely, depending on the geological settings and the maturity of the resources. This cumulative summation process is generally referred to as "aggregation."

Two general methods of aggregation may be applied: arithmetic summation of estimates by category and statistical aggregation of uncertainty distributions. There is typically significant divergence in results from applying these alternative methods. In statistical aggregation, except in the rare situation when all the reservoirs being aggregated are totally dependent, the P90 (high degree of certainty) quantities from the aggregate are always greater than the arithmetic sum of the reservoir level P90 quantities, and the P10 (low degree of certainty) of the aggregate is always less than the arithmetic sum P10 quantities assessed at the reservoir level. This "portfolio effect" is the result of the central limit theorem in statistical analysis. Note that the mean (arithmetic average) of the sums is equal to the sum of the means; that is, there is no portfolio effect in aggregating mean values.

In practice, there is likely to be a large degree of dependence between reservoirs in the same field, and such dependencies must be incorporated in the probabilistic calculation. When dependency is present and not accounted for, probabilistic aggregation will overestimate the low estimate result and underestimate the high estimate result. (Aggregation of Reserves is discussed in Chapter 6 of the "2001 Supplemental Guidelines.")

The aggregation methods utilized depends on the business purpose. It is recommended that for reporting purposes, assessment results should not incorporate statistical aggregation beyond the field, property, or project level. Results reporting beyond this level should use arithmetic summation by category but should caution that the aggregate Proved may be a very conservative estimate and aggregate 3P may be very optimistic depending on the number of items in the aggregate. Aggregates of 2P results typically have less portfolio effect that may not be significant in mature properties where the statistical median approaches the mean of the resulting distribution.

Various techniques are available to aggregate deterministic and/or probabilistic field, property, or project assessment results for detailed business unit or corporate portfolio analyses where the results incorporate the benefits of portfolio size and diversification. Again, aggregation should incorporate degree of dependency. Where the underlying analyses are available, comparison of arithmetic and statistical aggregation results may be valuable in assessing impact of the portfolio effect. Whether deterministic or probabilistic methods are used, care should be taken to avoid systematic bias in the estimation process.

It is recognized that the monetary value associated with these recoveries is dependent on the production and cash flow schedules for each project; thus, aggregate distributions of recoverable quantities may not be a direct indication of corresponding uncertainty distributions of aggregate value.

#### 4.2.1.1 Aggregating Resources Classes

Petroleum quantities classified as Reserves, Contingent Resources, or Prospective Resources should not be aggregated with each other without due consideration of the significant differences in the criteria associated with their classification. In particular, there may be a significant risk that

22

**App. 806**

accumulations containing Contingent Resources and/ or Prospective Resources will not achieve commercial production.

Where the associated discovery and commerciality risks have been quantitatively defined, statistical techniques may be applied to incorporate individual project risk estimates in portfolio analysis of volume and value.

23

**App. 807**

## Table 1: Recoverable Resources Classes and Sub-Classes

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| **Reserves** | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. | Reserves must satisfy four criteria: they must be discovered, recoverable, commercial, and remaining based on the development project(s) applied. Reserves are further subdivided in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their development and production status.<br><br>To be included in the Reserves class, a project must be sufficiently defined to establish its commercial viability. There must be a reasonable expectation that all required internal and external approvals will be forthcoming, and there is evidence of firm intention to proceed with development within a reasonable time frame.<br><br>A reasonable time frame for the initiation of development depends on the specific circumstances and varies according to the scope of the project. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented.<br><br>To be included in the Reserves class, there must be a high confidence in the commercial producibility of the reservoir as supported by actual production or formation tests. In certain cases, Reserves may be assigned on the basis of well logs and/or core analysis that indicate that the subject reservoir is hydrocarbon-bearing and is analogous to reservoirs in the same area that are producing or have demonstrated the ability to produce on formation tests. |
| On Production | The development project is currently producing and selling petroleum to market. | The key criterion is that the project is receiving income from sales, rather than the approved development project necessarily being complete.  This is the point at which the project "chance of commerciality" can be said to be 100%.<br><br>The project "decision gate" is the decision to initiate commercial production from the project. |
| Approved for Development | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is under way. | At this point, it must be certain that the development project is going ahead.  The project must not be subject to any contingencies such as outstanding regulatory approvals or sales contracts. Forecast capital expenditures should be included in the reporting entity's current or following year's approved budget.<br><br>The project "decision gate" is the decision to start investing capital in the construction of production facilities and/or drilling development wells. |

24

**App. 808**

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Justified for Development | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting, and there are reasonable expectations that all necessary approvals/contracts will be obtained. | In order to move to this level of project maturity, and hence have reserves associated with it, the development project must be commercially viable at the time of reporting, based on the reporting entity's assumptions of future prices, costs, etc. ("forecast case") and the specific circumstances of the project. Evidence of a firm intention to proceed with development within a reasonable time frame will be sufficient to demonstrate commerciality. There should be a development plan in sufficient detail to support the assessment of commerciality and a reasonable expectation that any regulatory approvals or sales contracts required prior to project implementation will be forthcoming. Other than such approvals/contracts, there should be no known contingencies that could preclude the development from proceeding within a reasonable timeframe (see Reserves class).<br><br>The project "decision gate" is the decision by the reporting entity and its partners, if any, that the project has reached a level of technical and commercial maturity sufficient to justify proceeding with development at that point in time. |
| **Contingent Resources** | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects, but which are not currently considered to be commercially recoverable due to one or more contingencies. | Contingent Resources may include, for example, projects for which there are currently no viable markets, or where commercial recovery is dependent on technology under development, or where evaluation of the accumulation is insufficient to clearly assess commerciality. Contingent Resources are further categorized in accordance with the level of certainty associated with the estimates and may be sub-classified based on project maturity and/or characterized by their economic status. |
| Development Pending | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. | The project is seen to have reasonable potential for eventual commercial development, to the extent that further data acquisition (e.g. drilling, seismic data) and/or evaluations are currently ongoing with a view to confirming that the project is commercially viable and providing the basis for selection of an appropriate development plan. The critical contingencies have been identified and are reasonably expected to be resolved within a reasonable time frame.  Note that disappointing appraisal/evaluation results could lead to a re-classification of the project to "On Hold" or "Not Viable" status.<br><br>The project "decision gate" is the decision to undertake further data acquisition and/or studies designed to move the project to a level of technical and commercial maturity at which a decision can be made to proceed with development and production. |

25

**App. 809**

| Class/Sub-Class | Definition | Guidelines |
|---|---|---|
| Development Unclarified or on Hold | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. | The project is seen to have potential for eventual commercial development, but further appraisal/evaluation activities are on hold pending the removal of significant contingencies external to the project, or substantial further appraisal/evaluation activities are required to clarify the potential for eventual commercial development. Development may be subject to a significant time delay.  Note that a change in circumstances, such that there is no longer a reasonable expectation that a critical contingency can be removed in the foreseeable future, for example, could lead to a re-classification of the project to "Not Viable" status.<br><br>The project "decision gate" is the decision to either proceed with additional evaluation designed to clarify the potential for eventual commercial development or to temporarily suspend or delay further activities pending resolution of external contingencies. |
| Development Not Viable | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. | The project is not seen to have potential for eventual commercial development at the time of reporting, but the theoretically recoverable quantities are recorded so that the potential opportunity will be recognized in the event of a major change in technology or commercial conditions.<br><br>The project "decision gate" is the decision not to undertake any further data acquisition or studies on the project for the foreseeable future. |
| **Prospective Resources** | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. | Potential accumulations are evaluated according to their chance of discovery and, assuming a discovery, the estimated quantities that would be recoverable under defined development projects. It is recognized that the development programs will be of significantly less detail and depend more heavily on analog developments in the earlier phases of exploration. |
| Prospect | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. | Project activities are focused on assessing the chance of discovery and, assuming discovery, the range of potential recoverable quantities under a commercial development program. |
| Lead | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to confirm whether or not the lead can be matured into a prospect.  Such evaluation includes the assessment of the chance of discovery and, assuming discovery, the range of potential recovery under feasible development scenarios. |
| Play | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. | Project activities are focused on acquiring additional data and/or undertaking further evaluation designed to define specific leads or prospects for more detailed analysis of their chance of discovery and, assuming discovery, the range of potential recovery under hypothetical development scenarios. |

26

**App. 810**

## Table 2: Reserves Status Definitions and Guidelines

| Status | Definition | Guidelines |
|---|---|---|
| **Developed Reserves** | Developed Reserves are expected quantities to be recovered from existing wells and facilities. | Reserves are considered developed only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Where required facilities become unavailable, it may be necessary to reclassify Developed Reserves as Undeveloped. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. | Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut-in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are expected to be recovered from zones in existing wells which will require additional completion work or future re-completion prior to start of production.<br><br>In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |
| **Undeveloped Reserves** | Undeveloped Reserves are quantities expected to be recovered through future investments: | (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g. when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |

27

**App. 811**

## Table 3: Reserves Category Definitions and Guidelines

| Category | Definition | Guidelines |
|---|---|---|
| **Proved Reserves** | Proved Reserves are those quantities of petroleum, which by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. | If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered.  If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.<br><br>The area of the reservoir considered as Proved includes (1) the area delineated by drilling and defined by fluid contacts, if any, and (2) adjacent undrilled portions of the reservoir that can reasonably be judged as continuous with it and commercially productive on the basis of available geoscience and engineering data.<br><br>In the absence of data on fluid contacts, Proved quantities in a reservoir are limited by the lowest known hydrocarbon (LKH) as seen in a well penetration unless otherwise indicated by definitive geoscience, engineering, or performance data. Such definitive information may include pressure gradient analysis and seismic indicators. Seismic data alone may not be sufficient to define fluid contacts for Proved reserves (see "2001 Supplemental Guidelines," Chapter 8).<br><br>Reserves in undeveloped locations may be classified as Proved provided that:<br>• The locations are in undrilled areas of the reservoir that can be judged with reasonable certainty to be commercially productive.<br>• Interpretations of available geoscience and engineering data indicate with reasonable certainty that the objective formation is laterally continuous with drilled Proved locations.<br><br>For Proved Reserves, the recovery efficiency applied to these reservoirs should be defined based on a range of possibilities supported by analogs and sound engineering judgment considering the characteristics of the Proved area and the applied development program. |
| **Probable Reserves** | Probable Reserves are those additional Reserves which analysis of geoscience and engineering data indicate are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. | It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate.<br><br>Probable Reserves may be assigned to areas of a reservoir adjacent to Proved where data control or interpretations of available data are less certain. The interpreted reservoir continuity may not meet the reasonable certainty criteria.<br><br>Probable estimates also include incremental recoveries associated with project recovery efficiencies beyond that assumed for Proved. |

28

**App. 812**

| Category | Definition | Guidelines |
|---|---|---|
| **Possible Reserves** | Possible Reserves are those additional reserves which analysis of geoscience and engineering data indicate are less likely to be recoverable than Probable Reserves. | The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario. When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate.<br><br>Possible Reserves may be assigned to areas of a reservoir adjacent to Probable where data control and interpretations of available data are progressively less certain. Frequently, this may be in areas where geoscience and engineering data are unable to clearly define the area and vertical reservoir limits of commercial production from the reservoir by a defined project.<br><br>Possible estimates also include incremental quantities associated with project recovery efficiencies beyond that assumed for Probable. |
| **Probable and Possible Reserves** | (See above for separate criteria for Probable Reserves and Possible Reserves.) | The 2P and 3P estimates may be based on reasonable alternative technical and commercial interpretations within the reservoir and/or subject project that are clearly documented, including comparisons to results in successful similar projects.<br><br>In conventional accumulations, Probable and/or Possible Reserves may be assigned where geoscience and engineering data identify directly adjacent portions of a reservoir within the same accumulation that may be separated from Proved areas by minor faulting or other geological discontinuities and have not been penetrated by a wellbore but are interpreted to be in communication with the known (Proved) reservoir. Probable or Possible Reserves may be assigned to areas that are structurally higher than the Proved area. Possible (and in some cases, Probable) Reserves may be assigned to areas that are structurally lower than the adjacent Proved or 2P area.<br><br>Caution should be exercised in assigning Reserves to adjacent reservoirs isolated by major, potentially sealing, faults until this reservoir is penetrated and evaluated as commercially productive. Justification for assigning Reserves in such cases should be clearly documented. Reserves should not be assigned to areas that are clearly separated from a known accumulation by non-productive reservoir (i.e., absence of reservoir, structurally low reservoir, or negative test results); such areas may contain Prospective Resources.<br><br>In conventional accumulations, where drilling has defined a highest known oil (HKO) elevation and there exists the potential for an associated gas cap, Proved oil Reserves should only be assigned in the structurally higher portions of the reservoir if there is reasonable certainty that such portions are initially above bubble point pressure based on documented engineering analyses. Reservoir portions that do not meet this certainty may be assigned as Probable and Possible oil and/or gas based on reservoir fluid properties and pressure gradient interpretations. |

29

**App. 813**

## Appendix A: Glossary of Terms Used in Resources Evaluations

Originally published in January 2005, the SPE/WPC/AAPG Glossary has herein been revised to align with the 2007 SPE/WPC/AAPG/SPEE Petroleum Resources Management System document. The glossary provides high-level definitions of terms use in resource evaluations. Where appropriate, sections and/or chapters within the 2007 and/or 2001 documents are referenced to best show the use of selected terms in context.

| TERM | Reference | DEFINITION |
|---|---|---|
| 1C | 2007 - 2.2.2 | Denotes low estimate scenario of Contingent Resources. |
| 2C | 2007 - 2.2.2 | Denotes best estimate scenario of Contingent Resources. |
| 3C | 2007 - 2.2.2 | Denotes high estimate scenario of Contingent Resources. |
| 1P | 2007 - 2.2.2 | Taken to be equivalent to Proved Reserves; denotes low estimate scenario of Reserves. |
| 2P | 2007 - 2.2.2 | Taken to be equivalent to the sum of Proved plus Probable Reserves; denotes best estimate scenario of Reserves. |
| 3P | 2007 - 2.2.2 | Taken to be equivalent to the sum of Proved plus Probable plus Possible Reserves; denotes high estimate scenario of reserves. |
| Accumulation | 2001 - 2.3 | An individual body of naturally occurring petroleum in a reservoir. |
| Aggregation | 2007 - 3.5.1 2001 - 6 | The process of summing reservoir (or project) level estimates of resource quantities to higher levels or combinations such as field, country or company totals. Arithmetic summation of incremental categories may yield different results from probabilistic aggregation of distributions. |
| Approved for Development | 2007 - Table I | All necessary approvals have been obtained, capital funds have been committed, and implementation of the development project is underway. |
| Analogous Reservoir | 2007 - 3.4.1 | Analogous reservoirs, as used in resources assessments, have similar rock and fluid properties, reservoir conditions (depth, temperature and pressure) and drive mechanisms, but are typically at a more advanced stage of development than the reservoir of interest and thus may provide concepts to assist in the interpretation of more limited data and estimation of recovery. |
| Assessment | 2007 - 1.2 | See Evaluation. |
| Associated Gas | | Associated Gas is a natural gas found in contact with or dissolved in crude oil in the reservoir. It can be further categorized as Gas-Cap Gas or Solution Gas. |
| Barrels of Oil Equivalent (BOE) | 2001 - 3.7 | See Crude Oil Equivalent. |
| Basin-Centered Gas | 2007 - 2.4 | An unconventional natural gas accumulation that is regionally pervasive and characterized by low permeability, abnormal pressure, gas saturated reservoirs and lack of a down-dip water leg. |

30

**App. 814**

| Behind-Pipe Reserves | 2007 - 2.1.3.1 | Behind-pipe reserves are expected to be recovered from zones in existing wells, which will require additional completion work or future re-completion prior to the start of production. In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |
|---|---|---|
| Best Estimate | 2007 - 2.2.2 2001 - 2.5 | With respect to resource categorization, this is considered to be the best estimate of the quantity that will actually be recovered from the accumulation by the project. It is the most realistic assessment of recoverable quantities if only a single result were reported. If probabilistic methods are used, there should be at least a 50% probability (P50) that the quantities actually recovered will equal or exceed the best estimate. |
| Bitumen | 2007 - 2.4 | See Natural Bitumen. |
| Buy Back Agreement | | An agreement between a host government and a contractor under which the host pays the contractor an agreed price for all volumes of hydrocarbons produced by the contractor. Pricing mechanisms typically provide the contractor with an opportunity to recover investment at an agreed level of profit. |
| Carried Interest | 2001 - 9.6.7 | A carried interest is an agreement under which one party (the carrying party) agrees to pay for a portion or all of the pre-production costs of another party (the carried party) on a license in which both own a portion of the working interest. |
| Chance | 2007 - 1.1 | Chance is 1- Risk. (See Risk) |
| Coalbed Methane (CBM) | 2007 - 2.4 | Natural gas contained in coal deposits, whether or not stored in gaseous phase. Coalbed gas, although usually mostly methane, may be produced with variable amounts of inert or even non-inert gases. (Also termed Coal Seam Gas, CSG, or Natural Gas from Coal, NGC) |
| Commercial | 2007 - 2.1.2 and Table 1 | When a project is commercial, this implies that the essential social, environmental and economic conditions are met, including political, legal, regulatory and contractual conditions. In addition, a project is commercial if the degree of commitment is such that the accumulation is expected to be developed and placed on production within a reasonable time frame. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. In all cases, the justification for classification as Reserves should be clearly documented. |
| Committed Project | 2007 - 2.1.2 and Table 1 | Projects are committed only when it can be demonstrated that there is a firm intention to develop them and bring them to production. Intention may be demonstrated with funding/financial plans and declaration of commerciality based on realistic expectations of regulatory approvals and reasonable satisfaction of other conditions that would otherwise prevent the project from being developed and brought to production. |

31

# App. 815

| Completion | | Completion of a well.  The process by which a well is brought to its final classification—basically dry hole, producer, injector, or monitor well.  A dry hole is normally plugged and abandoned.  A well deemed to be producible of petroleum, or used as an injector, is completed by establishing a connection between the reservoir(s) and the surface so that fluids can be produced from, or injected into, the reservoir.  Various methods are utilized to establish this connection, but they commonly involve the installation of some combination of borehole equipment, casing and tubing, and surface injection or production facilities. |
|---|---|---|
| Completion Interval | | The specific reservoir interval(s) that is (are) open to the borehole and connected to the surface facilities for production or injection, or reservoir intervals open to the wellbore and each other for injection purposes. |
| Concession | 2001 - 9.6.1 | A grant of access for a defined area and time period that transfers certain entitlements to produced hydrocarbons from the host country to an enterprise. The enterprise is generally responsible for exploration, development, production, and sale of hydrocarbons that may be discovered.  Typically granted under a legislated fiscal system where the host country collects taxes, fees, and sometimes royalty on profits earned. |
| Condensate | 2001 - 3.2 | Condensates are a mixture of hydrocarbons (mainly pentanes and heavier) that exist in the gaseous phase at original temperature and pressure of the reservoir, but when produced, are in the liquid phase at surface pressure and temperature conditions. Condensate differs from natural gas liquids (NGL) on two respects: (1) NGL is extracted and recovered in gas plants rather than lease separators or other lease facilities; and (2) NGL includes very light hydrocarbons (ethane, propane, butanes) as well as the pentanes-plus that are the main constituents of condensate. |
| Conditions | 2007 - 3.1 | The economic, marketing, legal, environmental, social, and governmental factors forecast to exist and impact the project during the time period being evaluated (also termed Contingencies). |
| Constant Case | 2007 - 3.1.1 | Modifier applied to project resources estimates and associated cash flows when such estimates are based on those conditions (including costs and product prices) that are fixed at a defined point in time (or period average) and are applied unchanged throughout the project life, other than those permitted contractually. In other words, no inflation or deflation adjustments are made to costs or revenues over the evaluation period. |
| Contingency | 2007 - 3.1 and Table 1 | See Conditions. |
| Contingent Project | 2007 - 2.1.2 | Development and production of recoverable quantities has not been committed due to conditions that may or may not be fulfilled. |
| Contingent Resources | 2007 - 1.1 and Table 1 | Those quantities of petroleum estimated, as of a given date, to be potentially recoverable from known accumulations by application of development projects but which are not currently considered to be commercially recoverable due to one or more contingencies. Contingent Resources are a class of discovered recoverable resources. |
| Continuous-Type Deposit | 2007 - 2.4 2001 - 2.3 | A petroleum accumulation that is pervasive throughout a large area and which is not significantly affected by hydrodynamic influences. Such accumulations are included in Unconventional Resources. Examples of such deposits include "basin-centered" gas, shale gas, gas hydrates, natural bitumen and oil shale accumulations. |

32

**App. 816**

| Conventional Crude Oil | 2007 - 2.4 | Crude oil flowing naturally or capable of being pumped without further processing or dilution (see Crude Oil). |
|---|---|---|
| Conventional Gas | 2007 - 2.4 | Conventional Gas is a natural gas occurring in a normal porous and permeable reservoir rock, either in the gaseous phase or dissolved in crude oil, and which technically can be produced by normal production practices. |
| Conventional Resources | 2007 - 2.4 | Conventional resources exist in discrete petroleum accumulations related to localized geological structural features and/or stratigraphic conditions, typically with each accumulation bounded by a downdip contact with an aquifer, and which is significantly affected by hydrodynamic influences such as buoyancy of petroleum in water. |
| Conveyance | 2001 - 9.6.9 | Certain transactions that are in substance borrowings repayable in cash or its equivalent and shall be accounted for as borrowings and may not qualify for the recognition and reporting of oil and gas reserves. |
| Cost Recovery | 2001 - 9.6.2, 9.7.2 | Under a typical production-sharing agreement, the contractor is responsible for the field development and all exploration and development expenses. In return, the contractor recovers costs (investments and operating expenses) out of the gross production stream. The contractor normally receives payment in oil production and is exposed to both technical and market risks. |
| Crude Oil | 2001 - 3.1 | Crude oil is the portion of petroleum that exists in the liquid phase in natural underground reservoirs and remains liquid at atmospheric conditions of pressure and temperature. Crude oil may include small amounts of non-hydrocarbons produced with the liquids but does not include liquids obtained from the processing of natural gas. |
| Crude Oil Equivalent | 2001 - 3.7 | Converting gas volumes to the oil equivalent is customarily done on the basis of the nominal heating content or calorific value of the fuel. There are a number of methodologies in common use. Before aggregating, the gas volumes first must be converted to the same temperature and pressure. Common industry gas conversion factors usually range between 1 barrel of oil equivalent (BOE) = 5,600 standard cubic feet (scf) of gas to 1 BOE = 6,000 scf. (Many operators use 1 BOE = 5,620 scf derived from the metric unit equivalent  1 m³ crude oil = 1,000 m³ natural gas ). (Also termed Barrels of Oil Equivalent.) |
| Cumulative Production | 2007 - 1.1 | The sum of production of oil and gas to date (see also Production). |
| Current Economic Conditions | 2007 - 3.1.1 | Establishment of current economic conditions should include relevant historical petroleum prices and associated costs and may involve a defined averaging period. The SPE guidelines recommend that a 1-year historical average of costs and prices should be used as the default basis of "constant case" resources estimates and associated project cash flows. |
| Cushion Gas Volume | | With respect to underground  natural gas storage, Cushion Gas Volume (CGV) is the gas volume required in a storage field for reservoir management purposes and to maintain adequate minimum storage pressure for meeting working gas volume delivery with the required withdrawal profile. In caverns, the cushion gas volume is also required for stability reasons.  The cushion gas volume may consist of recoverable and non-recoverable in-situ gas volumes and injected gas volumes. |
| Deposit | 2007 - 2.4 | Material laid down by a natural process. In resource evaluations, it identifies an accumulation of hydrocarbons in a reservoir (see Accumulation). |

33

**App. 817**

| Deterministic Estimate | 2007 - 3.5 | The method of estimation of Reserves or Resources is called deterministic if a discrete estimate(s) is made based on known geoscience, engineering, and economic data. |
|---|---|---|
| Developed Reserves | 2007 - 2.1.3.2 and Table 2 | Developed Reserves are expected to be recovered from existing wells including reserves behind pipe. Improved recovery reserves are considered "developed" only after the necessary equipment has been installed, or when the costs to do so are relatively minor compared to the cost of a well. Developed Reserves may be further sub-classified as Producing or Non-Producing. |
| Developed Producing Reserves | 2007 - 2.1.3.2 and Table 2 | Developed Producing Reserves are expected to be recovered from completion intervals that are open and producing at the time of the estimate. Improved recovery reserves are considered producing only after the improved recovery project is in operation. |
| Developed Non-Producing Reserves | 2007 - 2.1.3.2 and Table 2 | Developed Non-Producing Reserves include shut-in and behind-pipe Reserves. Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate but which have not yet started producing, (2) wells which were shut in for market conditions or pipeline connections, or (3) wells not capable of production for mechanical reasons. Behind-pipe Reserves are also those expected to be recovered from zones in existing wells which will require additional completion work or future re-completion prior to start of production. In all cases, production can be initiated or restored with relatively low expenditure compared to the cost of drilling a new well. |
| Development Not Viable | 2007 - 2.1.3.1 and Table 1 | A discovered accumulation for which there are no current plans to develop or to acquire additional data at the time due to limited production potential. A project maturity sub-class that reflects the actions required to move a project towards commercial production. |
| Development Pending | 2007 - 2.1.3.1 and Table 1 | A discovered accumulation where project activities are ongoing to justify commercial development in the foreseeable future. A project maturity sub-class that reflects the actions required to move a project towards commercial production. |
| Development Plan | 2007 - 1.2 | The design specifications, timing and cost estimates of the development project including, but not limited to, well locations, completion techniques, drilling methods, processing facilities, transportation and marketing. (See also Project.) |
| Development Unclarified or On Hold | 2007 - 2.1.3.1 and Table 1 | A discovered accumulation where project activities are on hold and/or where justification as a commercial development may be subject to significant delay. A project maturity sub-class that reflects the actions required to move a project toward commercial production. |
| Discovered | 2007 - 2.1.1 | A discovery is one petroleum accumulation, or several petroleum accumulations collectively, for which one or several exploratory wells have established through testing, sampling, and/or logging the existence of a significant quantity of potentially moveable hydrocarbons. In this context, "significant" implies that there is evidence of a sufficient quantity of petroleum to justify estimating the in-place volume demonstrated by the well(s) and for evaluating the potential for economic recovery.   (See also Known Accumulations.) |

34

**App. 818**

| Discovered Petroleum Initially-in-Place | 2007 - 1.1 | Discovered Petroleum Initially-in-Place is that quantity of petroleum that is estimated, as of a given date, to be contained in known accumulations prior to production.  Discovered Petroleum Initially-in-Place may be subdivided into Commercial, Sub-Commercial, and Unrecoverable, with the estimated commercially recoverable portion being classified as Reserves and the estimated sub-commercial recoverable portion being classified as Contingent Resources. |
|---|---|---|
| Dry Gas | 2001 - 3.2 | Dry Gas is a natural gas remaining after hydrocarbon liquids have been removed prior to the reference point. The dry gas and removed hydrocarbon liquids are accounted for separately in resource assessments. It should be recognized that this is a resource assessment definition and not a phase behavior definition. (Also called Lean Gas.) |
| Dry Hole | 2001 - 2.5 | A well found to be incapable of producing either oil or gas in sufficient quantities to justify completion as an oil or gas well. |
| Economic | 2007 - 3.1.2 2001 - 4.3 | In relation to petroleum Reserves and Resources, economic refers to the situation where the income from an operation exceeds the expenses involved in, or attributable to, that operation. |
| Economic Interest | 2001 - 9.4.1 | An Economic Interest is possessed in every case in which an investor has acquired any Interest in mineral in place and secures, by any form of legal relationship, revenue derived from the extraction of the mineral to which he must look for a return of his capital. |
| Economic Limit | 2007 - 3.1.2 2001 - 4.3 | Economic limit is defined as the production rate beyond which the net operating cash flows (after royalties or share of production owing to others) from a project, which may be an individual well, lease, or entire field, are negative. |
| Entitlement | 2007 - 3.3 | That portion of future production (and thus resources) legally accruing to a lessee or contractor under the terms of the development and production contract with a lessor. |
| Entity | 2007 - 3.0 | Entity is a legal construct capable of bearing legal rights and obligations. In resources evaluations this typically refers to the lessee or contractor, which is some form of legal corporation (or consortium of corporations). In a broader sense, an entity can be an organization of any form and may include governments or their agencies. |
| Estimated Ultimate Recovery (EUR) | 2007 - 1.1 | Those quantities of petroleum which are estimated, on a given date, to be potentially recoverable from an accumulation, plus those quantities already produced therefrom. |
| Evaluation | 2007- 3.0 | The geosciences, engineering, and associated studies, including economic analyses, conducted on a petroleum exploration, development, or producing project resulting in estimates of the quantities that can be recovered and sold and the associated cash flow under defined forward conditions. Projects are classified and estimates of derived quantities are categorized according to applicable guidelines. (Also termed Assessment.) |

35

**App. 819**

| Evaluator | 2007 - 1.2, 2.1.2 | The person or group of persons responsible for performing an evaluation of a project. These may be employees of the entities that have an economic interest in the project or independent consultants contracted for reviews and audits. In all cases, the entity accepting the evaluation takes responsibility for the results, including Reserves and Resources and attributed value estimates. |
|---|---|---|
| Exploration | | Prospecting for undiscovered petroleum. |
| Field | 2001 - 2.3 | An area consisting of a single reservoir or multiple reservoirs all grouped on, or related to, the same individual geological structural feature and/or stratigraphic condition. There may be two or more reservoirs in a field that are separated vertically by intervening impermeable rock, laterally by local geologic barriers, or both. The term may be defined differently by individual regulatory authorities. |
| Flare Gas | 2007 - 3.2.2 2001 - 3.1 | Total volume of gas vented or burned as part of production and processing operations. |
| Flow Test | 2007 - 2.1.1 | An operation on a well designed to demonstrate the existence of moveable petroleum in a reservoir by establishing flow to the surface and/or to provide an indication of the potential productivity of that reservoir (such as a wireline formation test). |
| Fluid Contacts | 2007 - 2.2.2 | The surface or interface in a reservoir separating two regions characterized by predominant differences in fluid saturations. Because of capillary and other phenomena, fluid saturation change is not necessarily abrupt or complete, nor is the surface necessarily horizontal. |
| Forecast Case | 2007 - 3.1.1 | Modifier applied to project resources estimates and associated cash flow when such estimates are based on those conditions (including costs and product price schedules) forecast by the evaluator to reasonably exist throughout the life of the project. Inflation or deflation adjustments are made to costs and revenues over the evaluation period. |
| Forward Sales | 2001 - 9.6.6 | There are a variety of forms of transactions that involve the advance of funds to the owner of an interest in an oil and gas property in exchange for the right to receive the cash proceeds of production, or the production itself, arising from the future operation of the property. In such transactions, the owner almost invariably has a future performance obligation, the outcome of which is uncertain to some degree. Determination as to whether the transaction represents a sale or financing rests on the particular circumstances of each case. |
| Fuel Gas | 2007 - 3.2.2 | See Lease Fuel. |
| Gas Balance | 2007 - 3.2.7 2001 - 3.10 | In gas production operations involving multiple working interest owners, an imbalance in gas deliveries can occur. These imbalances must be monitored over time and eventually balanced in accordance with accepted accounting procedures. |

36

**App. 820**

| Gas Cap Gas | 2001 - 6.2.2 | Gas Cap Gas is a free natural gas which overlies and is in contact with crude oil in the reservoir.  It is a subset of Associated Gas. |
|---|---|---|
| Gas Hydrates | 2007 - 2.4 | Gas hydrates are naturally occurring crystalline substances composed of water and gas, in which a solid water lattice accommodates gas molecules in a cage-like structure, or clathrate. At conditions of standard temperature and pressure (STP), one volume of saturated methane hydrate will contain as much as 164 volumes of methane gas. Because of this large gas-storage capacity, gas hydrates are thought to represent an important future source of natural gas. Gas hydrates are included in unconventional resources, but the technology to support commercial production has yet to be developed. |
| Gas Inventory | | With respect to underground natural gas storage, "gas inventory" is the sum of Working Gas Volume and Cushion Gas Volume. |
| Gas/Oil Ratio | 2007 - 3.4.4 | Gas to oil ratio in an oil field, calculated using measured natural gas and crude oil volumes at stated conditions. The gas/oil ratio may be the solution gas/oil , symbol $R_s$; produced gas/oil ratio, symbol $R_p$; or another suitably defined ratio of gas production to oil production. |
| Gas Plant Products | | Gas Plant Products are natural gas liquids (or components) recovered from natural gas in gas processing plants and, in some situations, from field facilities. Gas Plant Products include ethane, propane, butanes, butanes/propane mixtures, natural gasoline and plant condensates, sulfur, carbon dioxide, nitrogen, and helium. |
| Gas-to-Liquids (GTL) Projects | | Gas-to-Liquids projects use specialized processing (e.g., Fischer-Tropsch synthesis) to convert natural gas into liquid petroleum products. Typically, these projects are applied to large gas accumulations where lack of adequate infrastructure or local markets would make conventional natural gas development projects uneconomic. |
| Geostatistical Methods | 2001 - 7.1 | A variety of mathematical techniques and processes dealing with the collection, methods, analysis, interpretation, and presentation of masses of geoscience and engineering data to (mathematically) describe the variability and uncertainties within any reservoir unit or pool, specifically related here to resources estimates, including the definition of (all) well and reservoir parameters in 1, 2, and 3 dimensions and the resultant modeling and potential prediction of various aspects of performance. |
| High Estimate | 2007 - 2.2.2 2001 - 2.5 | With respect to resource categorization, this is considered to be an optimistic estimate of the quantity that will actually be recovered from an accumulation by a project. If probabilistic methods are used, there should be at least a 10% probability (P10) that the quantities actually recovered will equal or exceed the high estimate. |
| Hydrocarbons | 2007 - 1.1 | Hydrocarbons are chemical compounds consisting wholly of hydrogen and carbon. |

37

**App. 821**

| | | |
|---|---|---|
| Improved Recovery (IR) | 2007 - 2.3.4 | Improved Recovery is the extraction of additional petroleum, beyond Primary Recovery, from naturally occurring reservoirs by supplementing the natural forces in the reservoir.  It includes waterflooding and gas injection for pressure maintenance, secondary processes, tertiary processes and any other means of supplementing natural reservoir recovery processes.  Improved recovery also includes thermal and chemical processes to improve the in-situ mobility of viscous forms of petroleum. (Also called Enhanced Recovery.) |
| Injection | 2001 - 3.5 2007 - 3.2.5 | The forcing, pumping, or free flow under vacuum, of substances into a porous and permeable subsurface rock formation. Injected substances can include either gases or liquids. |
| Justified for Development | 2007 - 2.1.3.1 and Table 1 | Implementation of the development project is justified on the basis of reasonable forecast commercial conditions at the time of reporting and that there are reasonable expectations that all necessary approvals/contracts will be obtained. A project maturity sub-class that reflects the actions required to move a project toward commercial production. |
| Kerogen | | The naturally occurring, solid, insoluble organic material that occurs in source rocks and can yield oil upon heating. Kerogen is also defined as the fraction of large chemical aggregates in sedimentary organic matter that is insoluble in solvents (in contrast, the fraction that is soluble in organic solvents is called bitumen). (See also Oil Shales.) |
| Known Accumulation | 2007 - 2.1.1 2001 - 2.2 | An accumulation is an individual body of petroleum-in-place. The key requirement to consider an accumulation as "known," and hence containing Reserves or Contingent Resources, is that it must have been discovered, that is, penetrated by a well that has established through testing, sampling, or logging the existence of a significant quantity of recoverable hydrocarbons. |
| Lead | 2007 - 2.1.3.1 and Table 1 | A project associated with a potential accumulation that is currently poorly defined and requires more data acquisition and/or evaluation in order to be classified as a prospect. A project maturity sub-class that reflects the actions required to move a project toward commercial production. |
| Lease Condensate | | Lease Condensate is condensate recovered from produced natural gas in gas/liquid separators or field facilities. |
| Lease Fuel | 2007 - 3.2.2 | Oil and/or gas used for field and processing plant operations. For consistency, quantities consumed as lease fuel should be treated as shrinkage. However, regulatory guidelines may allow lease fuel to be included in Reserves estimates. Where claimed as Reserves, such fuel quantities should be reported separately from sales, and their value must be included as an operating expense. |
| Lease Plant | | A general term referring to processing facilities that are dedicated to one or more development projects and the petroleum is processed without prior custody transfer from the owners of the extraction project (for gas projects, also termed "Local Gas Plant"). |
| Liquefied Natural Gas (LNG) Project | | Liquefied Natural Gas projects use specialized cryogenic processing to convert natural gas into liquid form for tanker transport. LNG is about 1/614 the volume of natural gas at standard temperature and pressure. |
| Loan Agreement | 2001 - 9.6.5 | A loan agreement is typically used by a bank, other investor, or partner to finance all or part of an oil and gas project. Compensation for funds advanced is limited to a specified interest rate. |

38

**App. 822**

| Low/Best/High Estimates | 2007 - 2.2.1, 2.2.2 | The range of uncertainty reflects a reasonable range of estimated potentially recoverable volumes at varying degrees of uncertainty (using the cumulative scenario approach) for an individual accumulation or a project. |
|---|---|---|
| Low Estimate | 2007 - 2.2.2 2001 - 2.5 | With respect to resource categorization, this is considered to be a conservative estimate of the quantity that will actually be recovered from the accumulation by a project. If probabilistic methods are used, there should be at least a 90% probability (P90) that the quantities actually recovered will equal or exceed the low estimate. |
| Lowest Known Hydrocarbons | 2007 - 2.2.2. | The deepest occurrence of a producible hydrocarbon accumulation as interpreted from well log, flow test, pressure measurement, or core data. |
| Marginal Contingent Resources | 2007 - 2.1.3.3 | Known (discovered) accumulations for which a development project(s) has been evaluated as economic or reasonably expected to become economic but commitment is withheld because of one or more contingencies (e.g., lack of market and/or infrastructure). |
| Measurement | 2007 - 3.0 | The process of establishing quantity (volume or mass) and quality of petroleum products delivered to a reference point under conditions defined by delivery contract or regulatory authorities. |
| Mineral Interest | 2001 - 9.3 | Mineral Interests in properties including (1) a fee ownership or lease, concession, or other interest representing the right to extract oil or gas subject to such terms as may be imposed by the conveyance of that interest; (2) royalty interests, production payments payable in oil or gas, and other non-operating interests in properties operated by others; and (3) those agreements with foreign governments or authorities under which a reporting entity participates in the operation of the related properties or otherwise serves as producer of the underlying reserves (as opposed to being an independent purchaser, broker, dealer, or importer). |
| Monte Carlo Simulation | 2001 - 5 2007 - 3.5 | A type of stochastic mathematical simulation that randomly and repeatedly samples input distributions (e.g., reservoir properties) to generate a resulting distribution (e.g., recoverable petroleum volumes). |
| Natural Bitumen | 2007 - 2.4 | Natural Bitumen is the portion of petroleum that exists in the semisolid or solid phase in natural deposits. In its natural state, it usually contains sulfur, metals, and other non-hydrocarbons. Natural Bitumen has a viscosity greater than 10,000 milliPascals per second (mPa.s) (or centipoises) measured at original temperature in the deposit and atmospheric pressure, on a gas free basis. In its natural viscous state, it is not normally recoverable at commercial rates through a well and requires the implementation of improved recovery methods such as steam injection. Natural Bitumen generally requires upgrading prior to normal refining.  (Also called Crude Bitumen.) |
| Natural Gas | 2007 - 3.2.3 2001 - 6.6, 9.4.4 | Natural Gas is the portion of petroleum that exists either in the gaseous phase or is in solution in crude oil in natural underground reservoirs, and which is gaseous at atmospheric conditions of pressure and temperature. Natural Gas may include some amount of non-hydrocarbons. |

39

**App. 823**

| Natural Gas Inventory | | With respect to underground natural gas storage operations "inventory" is the total of working and cushion gas volumes. |
|---|---|---|
| Natural Gas Liquids | 2007 - A13 2001 - 3.2, 9.4.4 | Natural Gas Liquids (NGL) are a mixture of light hydrocarbons that exist in the gaseous phase and are recovered as liquids in gas processing plants. NGL differs from condensate in two principal respects: (1) NGL is extracted and recovered in gas plants rather than lease separators or other lease facilities, and (2) NGL includes very light hydrocarbons (ethane, propane, butanes) as well as the pentanes-plus that are the main constituents of condensates. |
| Natural Gas Liquids to Gas Ratio | | Natural gas liquids to gas ratio in an oil or gas field, calculated using measured natural gas liquids and gas volumes at stated conditions. |
| Net-Back | 2007 - 3.2.1 | Linkage of input resource to the market price of the refined products. |
| Net Profits Interest | 2001 - 9.4.4 | An interest that receives a portion of the net proceeds from a well, typically after all costs have been paid. |
| Net Working Interest | 2001 - 9.6.1 | A company's working interest reduced by royalties or share of production owing to others under applicable lease and fiscal terms. (Also called Net Revenue Interest.) |
| Non-Hydrocarbon Gas | 2007 - 3.2.4 2001 - 3.3 | Natural occurring associated gases such as nitrogen, carbon dioxide, hydrogen sulfide, and helium. If non-hydrocarbon gases are present, the reported volumes should reflect the condition of the gas at the point of sale. Correspondingly, the accounts will reflect the value of the gas product at the point of sale. |
| Non-Associated Gas | | Non-Associated Gas is a natural gas found in a natural reservoir that does not contain crude oil. |
| Normal Production Practices | | Production practices that involve flow of fluids through wells to surface facilities that involve only physical separation of fluids and, if necessary, solids.  Wells can be stimulated, using techniques including, but not limited to, hydraulic fracturing, acidization, various other chemical treatments, and thermal methods, and they can be artificially lifted (e.g., with pumps or gas lift).  Transportation methods can include mixing with diluents to enable flow, as well as conventional methods of compression or pumping.  Practices that involve chemical reforming of molecules of the produced fluids are considered manufacturing processes. |
| Oil Sands | | Sand deposits highly saturated with natural bitumen. Also called "Tar Sands." Note that in deposits such as the western Canada "oil sands," significant quantities of natural bitumen may be hosted in a range of lithologies including siltstones and carbonates. |
| Oil Shales | 2007 - 2.4 | Shale, siltstone and marl deposits highly saturated with kerogen. Whether extracted by mining or in situ processes, the material must be extensively processed to yield a marketable product (synthetic crude oil). |
| Offset Well Location | | Potential drill location adjacent to an existing well. The offset distance may be governed by well spacing regulations. In the absence of well spacing regulations, technical analysis of drainage areas may be used to define the spacing. For Proved volumes to be assigned to an offset well location there must be conclusive, unambiguous technical data which supports the reasonable certainty of production of hydrocarbon volumes and sufficient legal acreage to economically justify the development without going below the shallower of the fluid contact or the lowest known hydrocarbon. |

40

**App. 824**

| On Production | 2007 - 2.1.3.1 and Table 1 | The development project is currently producing and selling petroleum to market. A project status/maturity sub-class that reflects the actions required to move a project toward commercial production. |
|---|---|---|
| Operator | | The company or individual responsible for managing an exploration, development, or production operation. |
| Overlift/Underlift | 2007 - 3.2.7 2001 - 3.9 | Production overlift or underlift can occur in annual records because of the necessity for companies to lift their entitlement in parcel sizes to suit the available shipping schedules as agreed among the parties. At any given financial year-end, a company may be in overlift or underlift. Based on the production matching the company's accounts, production should be reported in accord with and equal to the liftings actually made by the company during the year, and not on the production entitlement for the year. |
| Penetration | 2007 - 1.2 | The intersection of a wellbore with a reservoir. |
| Petroleum | 2007 - 1.0 | Petroleum is defined as a naturally occurring mixture consisting of hydrocarbons in the gaseous, liquid, or solid phase. Petroleum may also contain non-hydrocarbon compounds, common examples of which are carbon dioxide, nitrogen, hydrogen sulfide, and sulfur. In rare cases, non-hydrocarbon content could be greater than 50%. |
| Petroleum Initially-in-Place | 2007 - 1.1 | Petroleum Initially-in-Place is the total quantity of petroleum that is estimated to exist originally in naturally occurring reservoirs. Crude Oil-in-place, Natural Gas-in-place and Natural Bitumen-in-place are defined in the same manner (see Resources). (Also referred as Total Resource Base or Hydrocarbon Endowment.) |
| Pilot Project | 2007 - 2.3.4, 2.4 | A small-scale test or trial operation that is used to assess the suitability of a method for commercial application. |
| Play | 2007 - 2.1.3.1 and Table 1 | A project associated with a prospective trend of potential prospects, but which requires more data acquisition and/or evaluation in order to define specific leads or prospects. A project maturity sub-class that reflects the actions required to move a project toward commercial production. |
| Pool | | An individual and separate accumulation of petroleum in a reservoir. |
| Possible Reserves | 2007 - 2.2.2 and Table 3 | An incremental category of estimated recoverable volumes associated with a defined degree of uncertainty. Possible Reserves are those additional reserves which analysis of geoscience and engineering data suggest are less likely to be recoverable than Probable Reserves. The total quantities ultimately recovered from the project have a low probability to exceed the sum of Proved plus Probable plus Possible (3P), which is equivalent to the high estimate scenario. When probabilistic methods are used, there should be at least a 10% probability that the actual quantities recovered will equal or exceed the 3P estimate. |
| Primary Recovery | | Primary recovery is the extraction of petroleum from reservoirs utilizing only the natural energy available in the reservoirs to move fluids through the reservoir rock to other points of recovery. |
| Probability | 2007 - 2.2.1 | The extent to which an event is likely to occur, measured by the ratio of the favorable cases to the whole number of cases possible. SPE convention is to quote cumulative probability of exceeding or equaling a quantity where P90 is the small estimate and P10 is the large estimate. (See also Uncertainty.) |

41

**App. 825**

| Probabilistic Estimate | 2007 - 3.5 | The method of estimation of Resources is called probabilistic when the known geoscience, engineering, and economic data are used to generate a continuous range of estimates and their associated probabilities. |
|---|---|---|
| Probable Reserves | 2007 - 2.2.2 and Table 3 | An incremental category of estimated recoverable volumes associated with a defined degree of uncertainty. Probable Reserves are those additional Reserves that are less likely to be recovered than Proved Reserves but more certain to be recovered than Possible Reserves. It is equally likely that actual remaining quantities recovered will be greater than or less than the sum of the estimated Proved plus Probable Reserves (2P). In this context, when probabilistic methods are used, there should be at least a 50% probability that the actual quantities recovered will equal or exceed the 2P estimate. |
| Production | 2007 - 1.1 | Production is the cumulative quantity of petroleum that has been actually recovered over a defined time period. While all recoverable resource estimates and production are reported in terms of the sales product specifications, raw production quantities (sales and non-sales, including non-hydrocarbons) are also measured to support engineering analyses requiring reservoir voidage calculations. |
| Production-Sharing Contract | 2007 - 3.3.2 2001 - 9.6.2 | In a production-sharing contract between a contractor and a host government, the contractor typically bears all risk and costs for exploration, development, and production. In return, if exploration is successful, the contractor is given the opportunity to recover the incurred investment from production, subject to specific limits and terms. Ownership is retained by the host government; however, the contractor normally receives title to the prescribed share of the volumes as they are produced. |
| Profit Split | 2001 - 9.6.2 | Under a typical production-sharing agreement, the contractor is responsible for the field development and all exploration and development expenses. In return, the contractor is entitled to a share of the remaining profit oil or gas. The contractor receives payment in oil or gas production and is exposed to both technical and market risks. |
| Project | 2007 - 1.2 2001 - 2.3 | Represents the link between the petroleum accumulation and the decision-making process, including budget allocation.  A project may, for example, constitute the development of a single reservoir or field, or an incremental development in a producing field, or the integrated development of a group of several fields and associated facilities with a common ownership. In general, an individual project will represent a specific maturity level at which a decision is made on whether or not to proceed (i.e., spend money), and there should be an associated range of estimated recoverable resources for that project. (See also Development Plan.) |
| Property | 2007 - 1.2 2001 - 9.4 | A volume of the Earth's crust wherein a corporate entity or individual has contractual rights to extract, process, and market a defined portion of specified in-place minerals (including petroleum). Defined in general as an area but may have depth and/or stratigraphic constraints.  May also be termed a lease, concession, or license. |
| Prorationing | | The allocation of production among reservoirs and wells or allocation of pipeline capacity among shippers, etc. |
| Prospect | 2007 - 2.1.3.1 and Table 1 | A project associated with a potential accumulation that is sufficiently well defined to represent a viable drilling target. A project maturity sub-class that reflects the actions required to move a project toward commercial production. |

42

**App. 826**

| Prospective Resources | 2007 - 1.1 and Table 1 | Those quantities of petroleum which are estimated, as of a given date, to be potentially recoverable from undiscovered accumulations. |
|---|---|---|
| Proved Economic | 2007 - 3.1.1 | In many cases, external regulatory reporting and/or financing requires that, even if only the Proved Reserves estimate for the project is actually recovered, the project will still meet minimum economic criteria; the project is then termed as "Proved Economic." |
| Proved Reserves | 2007 - 2.2.2 and Table 3 | An incremental category of estimated recoverable volumes associated with a defined degree of uncertainty Proved Reserves are those quantities of petroleum which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate. Often referred to as 1P, also as "Proven." |
| Purchase Contracts | 2001 - 9.6.8 | A contract to purchase oil and gas provides the right to purchase a specified volume of production at an agreed price for a defined term. |
| Pure-Service Contract | 2001 - 9.7.5 | A pure-service contract is an agreement between a contractor and a host government that typically covers a defined technical service to be provided or completed during a specific period of time. The service company investment is typically limited to the value of equipment, tools, and expenses for personnel used to perform the service. In most cases, the service contractor's reimbursement is fixed by the terms of the contract with little exposure to either project performance or market factors. |
| Range of Uncertainty | 2007 - 2.2 2001 - 2.5 | The range of uncertainty of the recoverable and/or potentially recoverable volumes may be represented by either deterministic scenarios or by a probability distribution. (See Resource Uncertainty Categories.) |
| Raw Natural Gas | 2007 - 3.2.1 | Raw Natural Gas is natural gas as it is produced from the reservoir. It includes water vapor and varying amounts of the heavier hydrocarbons that may liquefy in lease facilities or gas plants and may also contain sulfur compounds such as hydrogen sulfide and other non-hydrocarbon gases such as carbon dioxide, nitrogen, or helium, but which, nevertheless, is exploitable for its hydrocarbon content. Raw Natural Gas is often not suitable for direct utilization by most types of consumers. |
| Reasonable Certainty | 2007 - 2.2.2 | If deterministic methods for estimating recoverable resource quantities are used, then reasonable certainty is intended to express a high degree of confidence that the estimated quantities will be recovered. |
| Reasonable Expectation | 2007 - 2.1.2 | Indicates a high degree of confidence (low risk of failure) that the project will proceed with commercial development or the referenced event will occur. |
| Reasonable Forecast | 2007 - 3.1.2 | Indicates a high degree of confidence in predictions of future events and commercial conditions. The basis of such forecasts includes, but is not limited to, analysis of historical records and published global economic models. |
| Recoverable Resources | 2007 - 1.2 | Those quantities of hydrocarbons that are estimated to be producible from discovered or undiscovered accumulations. |

43

**App. 827**

| Recovery Efficiency | 2007 - 2.2 | A numeric expression of that portion of in-place quantities of petroleum estimated to be recoverable by specific processes or projects, most often represented as a percentage. |
|---|---|---|
| Reference Point | 2007 - 3.2.1 | A defined location within a petroleum extraction and processing operation where quantities of produced product are measured under defined conditions prior to custody transfer (or consumption).  Also called Point of Sale or Custody Transfer Point. |
| Reserves | 2007 - 1.1 | Reserves are those quantities of petroleum anticipated to be commercially recoverable by application of development projects to known accumulations from a given date forward under defined conditions. Reserves must further satisfy four criteria: They must be discovered, recoverable, commercial, and remaining (as of a given date) based on the development project(s) applied. |
| Reservoir | 2001 - 2.3 | A subsurface rock formation containing an individual and separate natural accumulation of moveable petroleum that is confined by impermeable rocks/formations and is characterized by a single-pressure system. |
| Resources | 2007 - 1.1 | The term "resources" as used herein is intended to encompass all quantities of petroleum (recoverable and unrecoverable) naturally occurring on or within the Earth's crust, discovered and undiscovered, plus those quantities already produced. Further, it includes all types of petroleum whether currently considered "conventional" or "unconventional" (see Total Petroleum Initially-in-Place). (In basin potential studies, it may be referred to as Total Resource Base or Hydrocarbon Endowment.) |
| Resources Categories | 2007 - 2.2 and Table 3 | Subdivisions of estimates of resources to be recovered by a project(s) to indicate the associated degrees of uncertainty. Categories reflect uncertainties in the total petroleum remaining within the accumulation (in-place resources), that portion of the in-place petroleum that can be recovered by applying a defined development project or projects, and variations in the conditions that may impact commercial development (e.g., market availability, contractual changes) |
| Resources Classes | 2007 - 1.1, 2.1  and Table 1 | Subdivisions of Resources that indicate the relative maturity of the development projects being applied to yield the recoverable quantity estimates. Project maturity may be indicated qualitatively by allocation to classes and sub-classes and/or quantitatively by associating a project's estimated chance of reaching producing status. |
| Revenue-Sharing Contract | 2001 - 9.6.3 | Revenue-sharing contracts are very similar to the production-sharing contracts described earlier, with the exception of contractor payment. With these contracts, the contractor usually receives a defined share of revenue rather than a share of the production. |
| Reversionary Interest | | The right of future possession of an interest in a property when a specified condition has been met. |
| Risk | 2001 - 2.5 | The probability of loss or failure. As "risk" is generally associated with the negative outcome, the term "chance" is preferred for general usage to describe the probability of a discrete event occurring. |

44

**App. 828**

| | | |
|---|---|---|
| Risk and Reward | 2001 - 9.4 | Risk and reward associated with oil and gas production activities stems primarily from the variation in revenues due to technical and economic risks. Technical risk affects a company's ability to physically extract and recover hydrocarbons and is usually dependent on a number of technical parameters. Economic risk is a function of the success of a project and is critically dependent on cost, price, and political or other economic factors. |
| Risked-Service Contract | 2007 - 3.3.2 2001 - 9.7.4 | These agreements are very similar to the production-sharing agreements with the exception of contractor payment, but risk is borne by the contractor. With a risked-service contract, the contractor usually receives a defined share of revenue rather than a share of the production. |
| Royalty | 2007 - 3.3.1 2001 - 3.8 | Royalty refers to payments that are due to the host government or mineral owner (lessor) in return for depletion of the reservoirs and the producer (lessee/contractor) for having access to the petroleum resources. Many agreements allow for the producer to lift the royalty volumes, sell them on behalf of the royalty owner, and pay the proceeds to the owner. Some agreements provide for the royalty to be taken only in kind by the royalty owner. |
| Sales | 2007 - 3.2 | The quantity of petroleum product delivered at the custody transfer (reference point) with specifications and measurement conditions as defined in the sales contract and/or by regulatory authorities. All recoverable resources are estimated in terms of the product sales quantity measurements. |
| Shut-in Reserves | 2007 - 2.1.3.2 and Table 2 | Shut-in Reserves are expected to be recovered from (1) completion intervals which are open at the time of the estimate, but which have not started producing; (2) wells which were shut-in for market conditions or pipeline connections; or (3) wells not capable of production for mechanical reasons. |
| Solution Gas | | Solution Gas is a natural gas which is dissolved in crude oil in the reservoir at the prevailing reservoir conditions of pressure and temperature. It is a subset of Associated Gas. |
| Sour Natural Gas | 2001 - 3.4 | Sour Natural Gas is a natural gas that contains sulfur, sulfur compounds, and/or carbon dioxide in quantities that may require removal for sales or effective use. |
| Stochastic | 2001 - 5 | Adjective defining a process involving or containing a random variable or variables or involving chance or probability such as a stochastic stimulation. |
| Sub-Commercial | 2007 - 2.1.2 | A project is Sub-Commercial if the degree of commitment is such that the accumulation is not expected to be developed and placed on production within a reasonable time frame. While 5 years is recommended as a benchmark, a longer time frame could be applied where, for example, development of economic projects are deferred at the option of the producer for, among other things, market-related reasons, or to meet contractual or strategic objectives. Discovered sub-commercial projects are classified as Contingent Resources. |
| Sub-Marginal Contingent Resources | 2007 - 2.1.3.3 | Known (discovered) accumulations for which evaluation of development project(s) indicated they would not meet economic criteria, even considering reasonably expected improvements in conditions. |
| Sweet Natural Gas | 2001 - 3.3 | Sweet Natural Gas is a natural gas that contains no sulfur or sulfur compounds at all, or in such small quantities that no processing is necessary for their removal in order that the gas may be sold. |

45

**App. 829**

| | | |
|---|---|---|
| Synthetic Crude Oil (SCO) | 2001 - A12, A13 | A mixture of hydrocarbons derived by upgrading (i.e., chemically altering) natural bitumen from oil sands, kerogen from oil shales, or processing of other substances such as natural gas or coal.  SCO may contain sulfur or other non-hydrocarbon compounds and has many similarities to crude oil. |
| Taxes | 2001 - 9.4.2 | Obligatory contributions to the public funds, levied on persons, property, or income by governmental authority. |
| Technical Uncertainty | 2007 - 2.2 | Indication of the varying degrees of uncertainty in estimates of recoverable quantities influenced by range of potential in-place hydrocarbon resources within the reservoir and the range of the recovery efficiency of the recovery project being applied. |
| Total Petroleum Initially-in-Place | 2007 - 1.1 | Total Petroleum Initially-in-Place is generally accepted to be all those estimated quantities of petroleum contained in the subsurface, as well as those quantities already produced. This was defined previously by the WPC as "Petroleum-in-place" and has been termed "Resource Base" by others.  Also termed "Original-in-Place" or "Hydrocarbon Endowment." |
| Uncertainty | 2007 - 2.2 2001 - 2.5 | The range of possible outcomes in a series of estimates. For recoverable resource assessments, the range of uncertainty reflects a reasonable range of estimated potentially recoverable quantities for an individual accumulation or a project. (See also Probability.) |
| Unconventional Resources | 2007 - 2.4, | Unconventional resources exist in petroleum accumulations that are pervasive throughout a large area and that are not significantly affected by hydrodynamic influences (also called "continuous-type deposits"). Examples include coalbed methane (CBM), basin-centered gas, shale gas, gas hydrate, natural bitumen (tar sands), and oil shale deposits. Typically, such accumulations require specialized extraction technology (e.g., dewatering of CBM, massive fracturing programs for shale gas, steam and/or solvents to mobilize bitumen for in-situ recovery, and, in some cases, mining activities). Moreover, the extracted petroleum may require significant processing prior to sale (e.g., bitumen upgraders).  (Also termed "Non-Conventional" Resources and "Continuous Deposits.") |
| Undeveloped Reserves | 2001 - 2.1.3.1 and Table 2 | Undeveloped Reserves are quantities expected to be recovered through future investments: (1) from new wells on undrilled acreage in known accumulations, (2) from deepening existing wells to a different (but known) reservoir, (3) from infill wells that will increase recovery, or (4) where a relatively large expenditure (e.g., when compared to the cost of drilling a new well) is required to (a) recomplete an existing well or (b) install production or transportation facilities for primary or improved recovery projects. |
| Unitization | | Process whereby owners group adjoining properties and divide reserves, production, costs, and other factors according to their respective entitlement to petroleum quantities to be recovered from the shared reservoir(s). |
| Unproved Reserves | 2001 - 5.1.1 | Unproved Reserves are based on geoscience and/or engineering data similar to that used in estimates of Proved Reserves, but technical or other uncertainties preclude such reserves being classified as Proved. Unproved Reserves may be further categorized as Probable Reserves and Possible Reserves. |
| Unrecoverable Resources | 2007 - 1.1 | That portion of Discovered or Undiscovered Petroleum Initially-in-Place quantities which are estimated, as of a given date, not to be recoverable.  A portion of these quantities may become recoverable in the future as commercial circumstances change, technological developments occur, or additional data are acquired. |

46

**App. 830**

| Upgrader | 2007 - 2.4 | A general term applied to processing plants that convert extra-heavy crude oil and natural bitumen into lighter crude and less viscous synthetic crude oil (SCO). While the detailed process varies, the underlying concept is to remove carbon through coking or to increase hydrogen by hydrogenation processes using catalysts. |
|---|---|---|
| Well Abandonment | | The permanent plugging of a dry hole, an injection well, an exploration well, or a well that no longer produces petroleum or is no longer capable of producing petroleum profitably.  Several steps are involved in the abandonment of a well: permission for abandonment and procedural requirements are secured from official agencies; the casing is removed and salvaged if possible; and one or more cement plugs and/or mud are placed in the borehole to prevent migration of fluids between the different formations penetrated by the borehole. In some cases, wells may be temporarily abandoned where operations are suspended for extended periods pending future conversions to other applications such as reservoir monitoring, enhanced recovery, etc. |
| Wet Gas | 2001 - 3.2 2007 - 3.2.3 | Wet (Rich) Gas is natural gas from which no liquids have been removed prior to the reference point. The wet gas is accounted for in resource assessments, and there is no separate accounting for contained liquids. It should be recognized that this is a resource assessment definition and not a phase behavior definition. |
| Working Gas Volume | | With respect to underground natural gas storage, Working Gas Volume (WGV) is the volume of gas in storage above the designed level of cushion gas which can be withdrawn/injected with the installed subsurface and surface facilities (wells, flowlines, etc.) subject to legal and technical limitations (pressures, velocities, etc.). Depending on local site conditions (injection/withdrawal rates, utilization hours, etc.), the working gas volume may be cycled more than once a year. |
| Working Interest | 2001 - 9 | A company's equity interest in a project before reduction for royalties or production share owed to others under the applicable fiscal terms. |

**App. 831**

# Exhibit 55

Entities With Oil and Gas Producing Activities—Introduction to Guide

Audit and Accounting Guides (AICPA)

---

# AICPA Audit and Accounting Guide

# Entities With Oil and Gas Producing Activities

PREPARED BY THE ENTITIES WITH OIL AND GAS PRODUCING ACTIVITIES TASK FORCE

**(Updated as of August 1, 2018)**

**About AICPA Audit and Accounting Guides**

This AICPA Audit and Accounting Guide has been developed by the AICPA Entities With Oil and Gas Producing Activities Task Force to assist practitioners in performing and reporting on their audit engagements and to assist management in the preparation of their financial statements in conformity with U.S. generally accepted accounting principles (GAAP).

An AICPA Guide containing auditing guidance related to generally accepted auditing standards (GAAS) is recognized as an interpretive publication as defined in AU-C section 200B, *Overall Objectives of the Independent Auditor and the Conduct of an Audit in Accordance With Generally Accepted Auditing Standards.* [1]   Interpretive publications are recommendations on the application of GAAS in specific circumstances, including engagements for entities in specialized industries.

---

[1] All AU-C sections can be found in AICPA *Professional Standards*.

---

Interpretive publications are issued under the authority of the AICPA's Auditing Standards Board (ASB) after all ASB members have been provided an opportunity to consider and comment on whether the proposed interpretive publication is consistent with GAAS. The members of the ASB have found the auditing guidance in this guide to be consistent with existing GAAS.

Although interpretive publications are not auditing standards, AU-C section 200B requires the auditor to consider applicable interpretive publications in planning and performing the audit because interpretive publications are relevant to the proper application of GAAS in specific circumstances. If the auditor does not apply the auditing guidance in an applicable interpretive

**App. 832**

publication, the auditor should document how the requirements of GAAS were complied with in the circumstances addressed by such auditing guidance.

The ASB is the designated senior committee of the AICPA authorized to speak for the AICPA on all matters related to auditing. Conforming changes made to the auditing guidance contained in this guide are approved by the ASB Chair (or his or her designee) and the Director of the AICPA Audit and Attest Standards Staff. Updates made to the auditing guidance in this guide exceeding that of conforming changes are issued after all ASB members have been provided an opportunity to consider and comment on whether the guide is consistent with the Statements on Auditing Standards (SASs).

Any auditing guidance in a guide appendix or exhibit (whether a chapter or back matter appendix or exhibit), though not authoritative, is considered an "other auditing publication." In applying such guidance, the auditor should, exercising professional judgment, assess the relevance and appropriateness of such guidance to the circumstances of the audit. Although the auditor determines the relevance of other auditing guidance, auditing guidance in a guide appendix or exhibit has been reviewed by the AICPA Audit and Attest Standards staff and the auditor may presume that it is appropriate.

The Financial Reporting Executive Committee (FinREC) is the designated senior committee of the AICPA authorized to speak for the AICPA in the areas of financial accounting and reporting. Conforming changes made to the financial accounting and reporting guidance contained in this guide are approved by the FinREC Chair (or his or her designee). Updates made to the financial accounting and reporting guidance in this guide exceeding that of conforming changes are approved by the affirmative vote of at least two-thirds of the members of FinREC.

This guide does the following:

- Identifies certain requirements set forth in the FASB *Accounting Standards Codification*® (ASC).

- Describes FinREC's understanding of prevalent or sole industry practice concerning certain issues. In addition, this guide may indicate that FinREC expresses a preference for the prevalent or sole industry practice, or it may indicate that FinREC expresses a preference for another practice that is not the prevalent or sole industry practice; alternatively, FinREC may express no view on the matter.

- Identifies certain other, but not necessarily all, industry practices concerning certain accounting issues without expressing FinREC's views on them.

- Provides guidance that has been supported by FinREC on the accounting, reporting, or disclosure treatment of transactions or events that are not set forth in FASB ASC.

**App. 833**

Accounting guidance for nongovernmental entities included in an AICPA Guide is a source of nonauthoritative accounting guidance. As discussed later in this preface, FASB ASC is the authoritative source of U.S. accounting and reporting standards for nongovernmental entities, in addition to guidance issued by the SEC.

AICPA Guides may include certain content presented as "Supplement," "Appendix," or "Exhibit." A supplement is a reproduction, in whole or in part, of authoritative guidance originally issued by a standard setting body (including regulatory bodies) and applicable to entities or engagements within the purview of that standard setter, independent of the authoritative status of the applicable AICPA Guide. Both appendixes and exhibits are included for informational purposes and have no authoritative status.

**Recognition**

**AICPA Senior Committees**
**Auditing Standards Board**

Mike Santay, *Chair*

**Financial Reporting Executive Committee**

James Dolinar, *Chair*

The AICPA gratefully acknowledges Diane Kirk, Megan McFarland, Brian Matlock, and Josh Sherman, who reviewed or otherwise contributed to the development of this edition of the guide.

The AICPA also thanks Jeffrey Washington for his invaluable assistance in updating the 2018 edition of the guide.

**AICPA Staff**

Liese Faircloth
*Manager*
Product Management and Development

Daniel Noll
*Senior Director*
Accounting Standards

**Guidance Considered in This Edition**

This edition of the guide has been modified by the AICPA staff to include certain changes necessary due to the issuance of authoritative guidance since the guide was originally issued, as well as other revisions as deemed appropriate. Relevant guidance issued through August 1, 2018, has been considered in the development of this edition of the guide. However, this guide does not include all audit, accounting, reporting, regulatory, and other requirements applicable to an entity or

**App. 834**

a particular engagement. This guide is intended to be used in conjunction with all applicable sources of relevant guidance.

Relevant guidance that is issued and effective on or before August 1, 2018, is incorporated directly in the text of this guide. Relevant guidance issued but not yet effective as of August 1, 2018, but becoming effective on or before December 31, 2018, is also presented directly in the text of the guide, but shaded gray and accompanied by a footnote indicating the effective date of the new guidance. The distinct presentation of this content is intended to aid the reader in differentiating content that may not be effective for the reader's purposes (as part of the guide's "dual guidance" treatment of applicable new guidance).

Relevant guidance issued but not yet effective as of the date of the guide and not becoming effective until after December 31, 2018, is referenced in a "guidance update" box; that is, a box that contains summary information on the guidance issued but not yet effective.

In updating this guide, all guidance issued up to and including the following was considered, but not necessarily incorporated, as determined based on applicability:

- FASB Accounting Standards Update (ASU) No. 2018-08, *Not-For-Profit Entities (Topic 958): Clarifying the Scope and the Accounting Guidance for Contributions Received and Contributions Made*

- SAS No. 133, *Auditor Involvement With Exempt Offering Documents* (AU-C sec. 945)

- Interpretation No. 4 "Reporting on Audits Conducted in Accordance With Auditing Standards Generally Accepted in the United States of America and the Standards of the PCAOB" (AU-C sec. 9700B par. .04), of AU-C section 700B, *Forming an Opinion and Reporting on Financial Statements*

- Statement of Position 17-1, *Performing Agreed-Upon Procedures Related to Rated Exchange Act Asset-Backed Securities Third-Party Due Diligence Services* (AUD sec. 60)[2]

- PCAOB Release No. 2017-01, *The Auditor's Report on an Audit of Financial Statements when the Auditor Expresses an Unqualified Opinion and Related Amendments to PCAOB Standards*

Users of this guide should consider guidance issued subsequent to those items listed previously to determine their effect on entities covered by this guide. In determining the applicability of recently issued guidance, its effective date should also be considered.

The changes made to this edition of the guide are identified in the Schedule of Changes appendix. The changes do not include all those that might be considered necessary if the guide was subjected to a comprehensive review and revision.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 320 of 490    PageID 8951

PCAOB quoted content is from PCAOB Auditing Standards and PCAOB *Staff Audit Practice Alerts*, ©2015, Public Company Accounting Oversight Board. All rights reserved. Used by permission.

FASB standards quoted are from the FASB *Accounting Standards Codification* ©2015, Financial Accounting Foundation. All rights reserved. Used by permission.

**FASB ASC Pending Content**

*Presentation of Pending Content in FASB ASC*

Amendments to FASB ASC (issued in the form of ASUs) are initially incorporated into FASB ASC in "pending content" boxes below the paragraphs being amended with links to the transition information. The pending content boxes are meant to provide users with information about how the guidance in a paragraph will change as a result of the new guidance.

Pending content applies to different entities at different times due to varying fiscal year-ends, and because certain guidance may be effective on different dates for public and nonpublic entities. As such, FASB maintains amended guidance in pending content boxes within FASB ASC until the "roll-off" date. Generally, the "roll-off" date is six months following the latest fiscal year end for which the original guidance being amended could still be applied.

*Presentation of FASB ASC Pending Content in AICPA Audit and Accounting Guides*

Amended FASB ASC guidance that is included in pending content boxes in FASB ASC on August 1, 2018, is referenced as "pending content" in this guide. Readers should be aware that "pending content" referenced in this guide will eventually be subjected to FASB's roll-off process and no longer be labeled as "pending content" in FASB ASC (as discussed in the previous paragraph).

**Terms Used to Define Professional Requirements in This AICPA Audit and Accounting Guide**

Any requirements described in this guide are normally referenced to the applicable standards or regulations from which they are derived. Generally the terms used in this guide describing the professional requirements of the referenced standard setter (for example, the ASB) are the same as those used in the applicable standards or regulations (for example, *must* or *should*). However, where the accounting requirements are derived from FASB ASC, this guide uses *should*, whereas FASB uses *shall.* In its resource document "About the Codification" that accompanies FASB ASC, FASB states that it considers the terms *should* and *shall* to be comparable terms and to represent the same concept — the requirement to apply a standard.

Readers should refer to the applicable standards and regulations for more information on the requirements imposed by the use of the various terms used to define professional requirements in

the context of the standards and regulations in which they appear.

Certain exceptions apply to these general rules, particularly in those circumstances where the guide describes prevailing or preferred industry practices for the application of a standard or regulation. In these circumstances, the applicable senior committee responsible for reviewing the guide's content believes the guidance contained herein is appropriate for the circumstances.

**Applicability of Generally Accepted Auditing Standards and PCAOB Standards**

Appendix A, "Council Resolution Designating Bodies to Promulgate Technical Standards," of the AICPA Code of Professional Conduct recognizes both the ASB and the PCAOB as standard setting bodies designated to promulgate auditing, attestation, and quality control standards. Paragraph .01 of the "Compliance With Standards Rule" (ET sec. 1.310.001 and 2.310.001)[3] requires an AICPA member who performs an audit to comply with the applicable standards.

---

[3] All ET sections can be found in AICPA *Professional Standards*.


Audits of the financial statements of those entities not subject to the oversight authority of the PCAOB (that is, those audit reports within the PCAOB's jurisdiction as defined by the Sarbanes-Oxley Act of 2002, as amended) are to be conducted in accordance with standards established by the PCAOB, a private sector, nonprofit corporation created by the Sarbanes-Oxley Act of 2002. The SEC has oversight authority over the PCAOB, including the approval of its rules, standards, and budget. Inciting the auditing standards of the PCAOB, references generally use section numbers within the reorganized PCAOB auditing standards and not the original standard number, as appropriate. Audits of the financial statements of those entities not subject to the oversight authority of the PCAOB (that is, those audit reports not within the PCAOB's jurisdiction as defined by the Sarbanes-Oxley Act of 2002, as amended) — hereinafter referred to as *nonissuers*[4] — are to be conducted in accordance with GAAS as issued by the ASB. The ASB develops and issues standards in the form of SASs through a due process that includes deliberation in meetings open to the public, public exposure of proposed SASs, and a formal vote. The SASs and their related interpretations are codified in AICPA *Professional Standards*. In citing GAAS and their related interpretations, references generally use section numbers within the codification of currently effective SASs and not the original statement number, as appropriate.

---

[4] See the definition of the term *nonissuer* in the AU-C Glossary.


The auditing content in this guide primarily discusses GAAS issued by the ASB and is applicable to audits of nonissuers. Users of this guide may find the tool developed by the PCAOB's Office of the

**App. 837**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 322 of 490    PageID 8953

Chief Auditor helpful in identifying comparable PCAOB Standards. The tool is available at pcaobus.org/standards/auditing/pages/findanalogousstandards.aspx.

Considerations for audits of entities in accordance with PCAOB standards may also be discussed within this guide's chapter text. When such discussion is provided, the related paragraphs are designated with the following title: *Considerations for Audits Performed in Accordance With PCAOB Standards.* PCAOB guidance included in an AICPA Guide has not been reviewed, approved, disapproved, or otherwise acted upon by the PCAOB and has no official or authoritative status.

**Applicability of Quality Control Standards**

QM section 10A, *A Firm's System of Quality Control,*[5] addresses a CPA firm's responsibilities for its system of quality control for its accounting and auditing practice. A system of quality control consists of policies that a firm establishes and maintains to provide it with reasonable assurance that the firm and its personnel comply with professional standards, as well as applicable legal and regulatory requirements. The policies also provide the firm with reasonable assurance that reports issued by the firm are appropriate in the circumstances.

---

[5] All QM sections can be found in AICPA *Professional Standards*.

QM section 10A applies to all CPA firms with respect to engagements in their accounting and auditing practice. In paragraph .06 of QM section 10A, an *accounting and auditing practice* is defined as "a practice that performs engagements covered by this section, which are audit, attestation, compilation, review, and any other services for which standards have been promulgated by the AICPA ASB or the AICPA Accounting and Review Services Committee under the " General Standards Rule (ET sec. 1.300.001) or the " Compliance With Standards Rule" (ET sec. 1.310.001) of the AICPA Code of Professional Conduct. Although standards for other engagements may be promulgated by other AICPA technical committees, engagements performed in accordance with those standards are not encompassed in the definition of an *accounting and auditing practice.*

In addition to the provisions of QM section 10A, readers should be aware of other sections within AICPA *Professional Standards* that address quality control considerations, including the following provisions that address engagement level quality control matters for various types of engagements that an accounting and auditing practice might perform:

- AU-C section 220, *Quality Control for an Engagement Conducted in Accordance With Generally Accepted Auditing Standards*

**App. 838**

- AT-C section 105A, *Concepts Common to All Attestation Engagements*

- AR-C section 60A, *General Principles for Engagements Performed in Accordance With Statements on Standards for Accounting and Review Services*[7]

Because of the importance of engagement quality, this guide includes appendix C, *Overview of Statements on Quality Control Standards.* This appendix summarizes key aspects of the quality control standard. This summarization should be read in conjunction with QM section 10A, AU-C section 220, AT-C section 105A, AR-C section 60A, and the quality control standards issued by the PCAOB, as applicable.

### AICPA.org Website

The AICPA encourages you to visit its website at aicpa.org and the Financial Reporting Center at www.aicpa.org/frc. The Financial Reporting Center supports members in the execution of high-quality financial reporting. Whether you are a financial statement preparer or a member in public practice, this center provides exclusive member-only resources for the entire financial reporting process and provides timely and relevant news, guidance, and examples supporting the financial reporting process. Another important focus of the Financial Reporting Center is keeping those in public practice up to date on issues pertaining to preparation, compilation, review, audit, attestation, assurance and advisory engagements. Certain content on the AICPA's websites referenced in this guide may be restricted to AICPA members only.

Copyright © 2025 by American Institute of Certified Public Accountants, Inc., New York, NY. All rights reserved.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

AAG OGP Chapter 1—Overview of the Industry
Audit and Accounting Guides (AICPA)

# Chapter 1

## *Overview of the Industry*

## The Industry's History

**1.01** To gain an understanding of oil and gas producing activities, a brief review of the history of the industry is helpful. The following discussion is intended to be basic, and the interested reader is encouraged to refer to other available sources, as necessary.

## Development of the Oil Industry

**1.02** The first commercial oil drilling venture occurred near Titusville, Pennsylvania, in 1859. A steam powered, cable tool drilling rig, which lifted and dropped a heavy piece of metal to pound a hole into the earth, was used to drill a 59-foot well, which yielded 5 barrels of oil per day. At that time, the price of crude oil was about $10 per barrel. This well set off a boom of sorts, and the cable tool drilling rig was used to drill other wells in the area. Oil soon sold for about $0.10 per barrel because of the dramatic increase in supply.

**1.03** In the 1850s and early 1860s, oil was used chiefly as fuel for lamps. The Industrial Revolution and the Civil War greatly increased the uses of oil and, therefore, the demand — so much so that annual production in 1870 exceeded 25 million barrels. Early transportation of crude oil was cumbersome, requiring (*a*) wooden barrels (each with a capacity of 42 gallons, which is the present measurement of a barrel of crude oil); (*b*) horse-drawn wagons; (*c*) river barges; and (*d*) the railroads. The first pipeline, completed in the 1860s, was made of wood and was less than 1,000 feet long.

**1.04** One of the first persons to rise to power in this infant industry was John D. Rockefeller. In 1870, Rockefeller merged his firm with four others to form the Standard Oil Company. During the 1880s, Standard Oil dominated the global production industry and controlled approximately 90 percent of the refining industry in the United States. Standard Oil's market dominance eventually led to its forced dissolution in 1911 because of federal and state antitrust legislation that had been enacted as a response to its size.

**1.05** The U.S. oil industry began exploration internationally (the Middle East, South America, Africa, and the Far East) in the 1920s as a result of increased demand. However, the East Texas oil field discovery of 1930 ultimately created an oil surplus that caused entities to cut back foreign operations. During and after World War II, the worldwide demand again increased, and enormous capital investments were made to develop the Persian Gulf area, other Middle East countries, Africa, South America, and the Far East.

**1.06** In 1960, the Organization of Petroleum Exporting Countries (OPEC) was formed by five countries. The original founding members were Iran, Iraq, Kuwait, Saudi Arabia, and Venezuela. The stated objective of the organization is to "coordinate and unify the policies of member countries, in order to secure fair and stable prices for petroleum producers; an efficient, economic and regular supply of petroleum to consuming nations; and a fair return on capital to those investing in the industry." Since that time, OPEC membership and influence has continued to increase. The 2018 membership is shown in the following table:

| Country | Year Joined | Country | Year Joined |
|---------|-------------|---------|-------------|
| Algeria | 1969 | Libya | 1962 |
| Angola | 2007 | Nigeria | 1971 |
| Ecuador | 2007 | Qatar | 1961 |
| Gabon | 2016 | Equatarial Guinea | 2017 |
| Iran | 1960 | Saudi Arabia | 1960 |
| Iraq | 1960 | United Arab Emirates | 1967 |
| Kuwait | 1960 | Venezuela | 1960 |

The members of OPEC have controlled a substantial portion of the world's oil reserves, production, and excess productive capacity and, as a result, OPEC has been able to exercise a great deal of control over oil prices by decreasing or increasing the output of member nations through a production quota system.

**1.07** Even with new technology and the emergence of shale oil and gas production in North America, the geopolitical landscape of OPEC's control of oil reserves has remained constant into recent years. Large oil reserves have been discovered in Africa, Russia and

**App. 840**

the former Soviet states, on-shore North America, the Gulf of Mexico, and the North Sea; however, OPEC members continue to have significant influence over the world oil market.

## Development of the Natural Gas Industry

**1.08** Natural gas demand increased significantly in the United States in the 1960s and has continued to increase, facilitated by improved transportation systems. In the United States, electricity generation, the growth of the petrochemical industry (which produces plastics and synthetics), and the heating of large scale office buildings create the primary demand for natural gas.

**1.09** The use of natural gas has continued to grow throughout the world, although the lack of pipelines has impeded growth of production and consumption of natural gas in many areas of the world. One of the primary issues facing the international natural gas industry is that many of the largest discoveries are in countries that are remote from the primary consuming markets in North America, Europe, and Japan, as well as the growing markets in China and India. Efforts to resolve this issue have been made through the development of improved techniques for liquefying natural gas, converting natural gas to synthetic fuels, and transporting the resulting liquids, with liquefied natural gas playing a more critical role in worldwide supply and demand balance.

**1.10** A recent important source of natural gas in the United States is shale gas, a natural gas that is found trapped within shale formations. Although shale gas is not new, the advancements of new technologies, such as horizontal drilling and hydraulic fracturing have enabled the exploration of unconventional resources. Since 1998, the date of the first economical shale fracture, natural gas from shale has been the fastest growing contributor to total primary energy in the United States and prompted other countries across the globe to assess their unconventional natural gas resources. Shale gas contributed about 60 percent of total U.S. dry natural gas production in 2017, compared to only 1 percent in 2000. The U.S. Energy Information Administration estimates that in 2017 about 16.76 trillion cubic feet of gas was produced from shale resources. 1 trillion cubic feet of natural gas will heat approximately 15 million homes for one year, the equivalent of generating 100 billion kilowatt hours of electricity.

## Prices for Oil and Gas

**1.11** One of the most important factors in the development of the industry has been changes in oil and gas prices. The Arab oil embargo of 1973 focused public attention on the industry, largely because of its effect on previously stable prices. In 1973, before the embargo, the average barrel of crude oil sold for about $3. By December 1973, crude oil prices had risen to over $11 per barrel. In the United States, oil prices were placed under federal government control in late 1973. In 1975, the US congress passed the Energy Policy and Conservation act, which banned the export of crude oil which was lifted in December 2015 allowing for renewed oil exports.

**1.12** In 1979, the Iranian revolution resulted in a sharp increase in oil prices to $42 per barrel. In late 1979, the U.S. government announced "phased decontrol" of oil prices, and in January 1981, all price controls on crude oil were lifted. Natural gas prices continued to be subject to controls created by the Natural Gas Policy Act of 1978, but initial deregulation of gas prices began on January 1, 1985, with complete deregulation occurring on January 1, 2003.

**1.13** By the early 1980s, the price for a barrel of oil ranged from $30 to $40 (and sometimes higher), but prices declined in the mid-1980s in the face of a world oil surplus. These fluctuations were further complicated by the U.S. government's earlier price controls that designated different prices for different grades of oil and created a complex pricing structure. As a result, producing entities grew increasingly reluctant to explore and drill. This reluctance may have stemmed from the fact that a barrel of domestically produced oil often had a sale price significantly less than the price of imported oil. In the decades of the 1990s and 2000s, crude oil prices have fluctuated from a low of $13 per barrel to a high well in excess of $100 per barrel. North American natural gas prices also have fluctuated significantly, ranging from a low of about $1 per million British thermal units (MMBTUs) in 1992 to more than $15 per MMBTUs in late 2005. Since that date, natural gas prices have continued to fluctuate. As a result of the increase in supply of shale gas production, for the past several years they have been below $3 per MMBTU.

## Recent Developments in the Oil and Gas Industry

**1.14** *Increase in demand.* For a number of years, countries like China and India have seen double-digit demand growth and are expected to continue growing at a high pace. The rapid economic expansion in much of the world, including China and India, has led to increased demands for energy and changes in the competition for new hydrocarbon resources. In particular, China and India are actively pursuing opportunities in their geographic region, as well as in Africa and South America.

**1.15** The decline in traditional sources of natural gas in Western Europe, together with Russia's significant oil and gas reserves, have led to an increased dependence in Western Europe on the supply of hydrocarbons (especially gas) from Russia.

**1.16** *Problems with supply of hydrocarbons.* In recent years, the global crude oil market supply has seen a number of disruptions. These include war and security issues in the Middle East (particularly Iran and Iraq) and political issues in Russia, the newer republics of the former Soviet Union, Nigeria, and Venezuela. These factors, combined with a weaker dollar (global oil trade is primarily dollar based), have led to instability in oil prices beginning in 2015 when crude oil prices began to drop sharply lower. Crude prices rebounded in the

**App. 841**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 326 of 490    PageID 8957

first half of 2018 in part due to production limits imposed by OPEC member nations, continued political instability in Libya, and U.S. sanctions imposed on Venezuela.



**1.17** *New opportunities — offshore drilling.* Although offshore wells were drilled before 1900, including the use of piers and pilings in the Baku region of Azerbaijan in the Caspian Sea and piers extending into the Pacific Ocean in California, significant technological advancements have occurred in recent years. Such technology allows wells to be drilled in water depths greater than 9,000 feet and over 175 miles from shore. In more recent times, companies have invested billions of dollars in deep water drilling projects off the coasts of Africa, Australia, Brazil, the U.S. Gulf of Mexico, and the North Sea. Africa remains a bright spot for hydrocarbon opportunities. Offshore West Africa has been one of the most active areas in the world for new discoveries and significant projects. The oil discoveries have been sizeable, and the offshore operating conditions have been relatively mild and, due to the distance from the shore, somewhat insulated from the political and security unrest that occurs in onshore areas. In addition, significant hydrocarbon discoveries have been made in Offshore East Africa, as well as in the Mediterranean Sea.

**1.18** *Further development of offshore technologies.* Offshore drilling and production technology has advanced at a steady pace. For many decades, offshore oil and gas operations were restricted primarily to platforms affixed to the seafloor, with some limited use of subsea wells tied back to those platforms. Platform costs increase rapidly with water depth, but floating platform concepts, such as tension leg platforms and spars, have been used successfully in deeper water. Deepwater discoveries are now being developed with subsea wells with production being piped either to floating production, storage, and offloading tankers; central production hubs serving multiple fields; or directly to shore.

**1.19** *Alternative sources of hydrocarbons.* As markets and producers have reacted to imbalances in demand and supply, the perceived need for alternative sources of energy also has boosted the prospects for alternative production techniques and technology. As a result, resources produced from oil sands, oil shales, coal, and several improved recovery techniques have become more important sources of hydrocarbons in recent years. Activities to extract these alternative or nontraditional resources are now considered to be oil and gas producing activities under the new oil and gas reporting requirements of the SEC and, therefore, hydrocarbons extracted from oil sands, shales, coal beds, and other nonrenewable natural resources, which are intended to be upgraded into synthetic oil or gas, are now deemed to be oil and gas reserves.

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 327 of 490    PageID 8958

**1.20** *Modernization of oil and gas reporting.* On December 31, 2008 (effective fiscal 2010), the SEC issued final Rule No. 33-8995, *Modernization of Oil and Gas Reporting,* adopting revisions to oil and gas reporting requirements and disclosures that existed in Regulation S-K under the Securities Act of 1933 and in Regulation S-X under the Securities Exchange Act of 1934. The Final Rule also eliminated Industry Guide 2 and incorporated certain of these disclosure requirements in Subpart 1200 of Regulation S-K. In 2010, FASB issued Accounting Standards Update (ASU) No. 2010-03, *Extractive Activities—Oil and Gas (Topic 932): Oil and Gas Reserve Estimation and Disclosures.* ASU No. 2010-03 includes changes to accounting and disclosure requirements that are consistent with SEC Final Rule 33-8995.

## Origin and Accumulation of Oil and Gas

**1.21** An oil or gas reservoir is often erroneously viewed as a large cave containing liquids or gas beneath the earth, like a subterranean pond. In reality, an oil or gas reservoir is porous rock capable of containing oil, gas, or water in the microscopic pore spaces of the rock. For an oil or gas reservoir to be formed, the following features must be present:

- There must have been an original source bed of organic material subjected to the proper temperature and pressure over sufficient time.

- There must be a reservoir rock filled with pores (having porosity) so the oil, gas, or both, can collect.

- The rock's pores must be interconnected (having permeability) so the oil or gas can move or migrate.

- There must be a trap that will cause the oil or gas to collect and prevent the hydrocarbons from moving upward.

**1.22** Oil and gas originated from organic matter in sedimentary rocks. Layer upon layer of sediment and animal and plant deposits were buried successively until the accumulation became thick, sometimes thousands of feet. Bacteria took oxygen from the trapped organic residues and gradually broke down the matter into substances rich in carbon and hydrogen. The weight created high pressure and temperature, compacted and squeezed the sediment into hard shales, turned the organic material into oil and gas, and expelled the oil and gas from the shale into porous and permeable reservoir beds.

**1.23** Source rocks, in which the organic material was originally trapped, are fine grained and relatively impermeable. The oil and gas normally move from the source rock into more porous rocks; they then migrate upward through the porous rocks until reaching a structural closure or an impermeable barrier. These closures and barriers are called *traps*, and they cause oil and gas to accumulate into a pool or field.

**1.24** Oil and gas traps may be classified in several different ways. One commonly used system for classifying traps is based on the one of two ways in which they were formed: (*a*) structural traps and (*b*) stratigraphic traps.

**1.25** Structural traps formed by vertical or horizontal movement, or both, in the earth's crust, are the most important sources of hydrocarbons. A common structural trap is the anticline, which has been the most productive type of structure for oil and gas production. An anticline is a dome usually formed by upthrusts from below. Anticlines containing oil and gas are covered by an impervious cap rock layer. Oil, gas, and water migrate upward through porous layers until they reach the cap rock and are trapped.

**1.26** Another structural trap of special importance as a source of oil and gas is the fault. Faults are created by shifts in the earth's crust that cause a porous strata containing hydrocarbons to shift and break so that a strata on one side of the fault is higher than the strata on the other side of the break. At the fault line, the strata containing hydrocarbons is sealed off by an impervious layer, trapping the oil, gas, and water.

**1.27** A third common form of a structural trap is the salt dome. In these structures, a nonporous salt bed pushes upward and pierces porous strata, causing an uplifting of the strata and faults along the sides of the dome. Also, some of the impervious overriding formations are merely bent, creating anticlines at the top of the domes. Both faults and anticlines are excellent traps for hydrocarbons.

**1.28** Another common structural trap is an unconformity or truncation trap, in which a portion of reservoir strata has been eroded away and replaced with impermeable sediments to form a trap. Different forms of truncation are involved in the large oil fields in Saudi Arabia and the Prudhoe Bay field in Alaska.

**1.29** Stratigraphic traps are created by abrupt changes in the porosity of the strata. Areas of strata containing oil and gas may be cut off by irregular dispositions of sand and shale or changes in the rocks in the strata, causing the oil and gas to be trapped.

## Oil and Gas Reserves

**1.30** The discovery and preparation for production of oil and gas reserves is the primary objective of exploration and development activities. In addition, reserve information is critical to an oil and gas producer's financial statements.

**App. 843**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 328 of 490    PageID 8959

**1.31** Historically, only reserves classified as proved were disclosed in accordance with accounting principles generally accepted in the United States of America (GAAP) and the disclosure requirements of the SEC. However, for internal purposes, entities generally identify proved and unproved categories of reserves. The most common additional categories are known as *probable* and *possible reserves.* In connection with the SEC reporting requirements contained in Final Rule No. 33-8995, probable and possible reserves are now permitted (although not required) to be disclosed outside of the financial statements in filings with the SEC. Proved reserves are required to be disclosed in accordance with the disclosure requirements of the SEC.

**1.32** Reserve determinations have a significant effect on an entity's results of operations and financial position because they are used in the calculation of the amortization of capitalized costs, the assessment of impairments, and the estimation of the timing of settlements of asset retirement obligations. GAAP generally requires that only proved reserves be used for accounting purposes (such as the amortization of capitalized costs.) However, probable and possible reserves are used (after adjusting for the risk of uncertainty of existence) in evaluating impairment of oil and gas properties for entities following the successful efforts method of accounting. Such reserves also are used in the determination of the fair value of assets in acquisition and disposition transactions.

## The SEC's Definition of *Proved Reserves*

**1.33** The definition of *proved reserves* used by the SEC is found in Final Rule 33-8995 and FASB ASC 932. This definition is the only definition currently acceptable under both the successful efforts method and the full cost method of accounting when preparing financial statements and disclosures in accordance with GAAP.

**1.34** Determination of proved reserves is based on whether the estimated oil and gas quantities are reasonably certain to be recoverable under existing economic and operating conditions. The concept of reasonable certainty of recovery under existing economic and operating conditions is subject to many interpretations and judgments, including, but not limited to, having the necessary transportation infrastructure; the existence of a market or market arrangements, or both; sufficient resources to fund development costs; and other criteria, each of which would need to be addressed. The inability of an entity to demonstrate that these criteria are reasonably certain to occur may affect its ability to recognize proved reserves.

**1.35** Certain key terms used in the definition of *proved reserves* include the following:

- The economic recoverability assessment of proved reserves is based on a 12-month average price used to determine reserves (including proved reserves), calculated as the unweighted arithmetic average of the first day of the month price for each month within the company's 12-month period prior to the end of the reporting period, unless prices are affected by contractual arrangements, as defined.

- The definition of *oil and gas producing activities* includes the extraction of nontraditional resources, such as bitumen extracted from oil sands and hydrocarbons extracted from coal beds and shales, which are intended to be upgraded into synthetic oil or gas.

- The use of new reliable technologies is allowed to establish proved, probable, and possible reserve estimates. *Reliable technology* is defined as technology (including computational methods) that has been field tested and has demonstrated consistency and repeatability in the formation being evaluated or in an analogous formation.

Additional SEC staff guidance related to the determination of reserves can be found on the SEC's website at www.sec.gov /divisions/corpfin/guidance/oilandgas-interp.htm. This guidance is in the form of Compliance and Disclosure Interpretations (C&DIs) on the oil and gas rule of the SEC. These C&DIs comprise the interpretations of the SEC's Division of Corporation Finance.

The SEC reporting requirements contained in Final Rule No. 33-8995 also can be found on the SEC's website at www.sec.gov/rules/final/2008/33-8995.pdf.

**1.36** Proved, probable, and possible reserves can be classified as *developed* and *undeveloped*, in accordance with the following definitions:

- *Developed oil and gas reserves* are reserves of any category that can be expected to be recovered

     — through existing wells with existing equipment and operating methods or in which the cost of the required equipment is relatively minor compared to the cost of a new well and

     — through installed extraction equipment and infrastructure operational at the time of the reserves estimate if the extraction is by means not involving a well.

- *Undeveloped oil and gas reserves* are reserves of any category that are expected to be recovered from new wells on undrilled acreage or from existing wells where a relatively major expenditure is required for recompletion.

**1.37** The SEC definition of *undeveloped oil and gas reserves* includes the following provision: "Undrilled locations can be classified as having undeveloped reserves only if a development plan has been adopted indicating that they are scheduled to be drilled within five years, unless the specific circumstances justify a longer time."

**App. 844**

In addition, the disclosures required under Item 1203 of Subpart 1200 of Regulation S-K require disclosure for proved undeveloped reserves, including the reasons why material amounts of proved undeveloped reserves have remained undeveloped for five years or more after disclosure as proved undeveloped reserves. See the "SEC Disclosures—Subpart 1200 of Regulation S-K" section of chapter 4, "Successful Efforts Method and General Accounting for Oil and Gas Activities," for further information regarding disclosure requirements. Additional guidance related to the definition of *undeveloped oil and gas reserves* has been provided by the SEC in Section 131 of its C&DIs. In particular, question 131.03 provides guidance regarding the SEC's views about the "specific circumstances" that would justify a time period longer than five years to begin development of proved undeveloped reserves.

## The Society of Petroleum Engineers' Definitions of *Reserves*

**1.38** In March 2007, the Society of Petroleum Engineers, the World Petroleum Council, the American Association of Petroleum Geologists, and the Society of Petroleum Evaluation Engineers announced a new framework for determining oil and gas resources: the Petroleum Resources Management System(PRMS). The PRMS provides a definition for *proved reserves*, as well as other resource categories, such as *probable* and *possible reserves.* The PRMS definitions are not acceptable for use in the preparation of financial statements in accordance with GAAP; however, entities may utilize them for internal purposes. The PRMS defines *proved reserves* as

> those quantities of petroleum, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be commercially recoverable, from a given date forward, from known reservoirs and under defined economic conditions, operating methods, and government regulations. If deterministic methods are used, the term reasonable certainty is intended to express a high degree of confidence that the quantities will be recovered. If probabilistic methods are used, there should be at least a 90% probability that the quantities actually recovered will equal or exceed the estimate.

**1.39** Historically, although the PRMS and SEC definitions of *proved reserves* were consistent across many areas, certain differences did exist between the two sets of definitions. The SEC definitions provided in Final Rule No. 33-8995 were significantly influenced by the PRMS and have eliminated some of these historical differences. However, differences do remain, including the fact that proved reserves under the PRMS are determined based on management's "defined" economic and operating conditions (that is, management's own pricing assumptions) as opposed to the "existing" economic and operating conditions required by the SEC (that is, historical 12-month average). Many companies still use the PRMS definition in their own internal reserves analyses.

**1.40** For further information, readers can refer to the 2007 PRMS on the SPE's website at www.spe.org/industry/docs/Petroleum_Resources_Management_System_2007.pdf.

## Determination of Reserves

**1.41** Reserve estimates are prepared by persons with the requisite specialized knowledge and experience to estimate oil and gas reserve quantities, such as petroleum reservoir engineers and geologists. The reserve estimators may either be employees of the oil and gas entity or consulting engineers. When reserve estimates are prepared by employees of the entity, consulting engineers will often be hired to audit or review the estimates.

**1.42** The assumptions that may vary include fixed or escalated prices, different price and cost scenarios, different development scenarios, probability based or deterministic methods of reserves estimates, and so on.

**1.43** Reserve estimates or studies are widely used in managerial decisions. They also are used in financial statement information or supplemental disclosures to the financial statements. The most common uses are the following:

- A basis for computing the depreciation, depletion, and amortization rates used

- A basis to assign capitalized costs to oil and gas properties

- Disclosure of proved reserve quantities and discounted present value of future net cash flows information about a producing entity's proved reserves, in accordance with GAAP for publicly traded entities

- A basis for preparing cost ceiling test calculations for entities following the full cost method of accounting

- Undiscounted and discounted cash flow calculations for asset impairment purposes for entities following the successful efforts method of accounting

**1.44** The initial evaluation of a well or wells is made to determine whether sufficient reserves have been discovered to justify developing the property. This evaluation is usually prepared by employees of the entity based on well log and formation core data, drill stem tests, and other available information.

**1.45** Oil and gas entities should revise reserve estimates at least annually or whenever an indication of the need for revision exists, such as significant differences in actual production versus earlier estimates, changes in ownership, or significant decreases in cash flows.

**App. 845**

**1.46** The following is only a part of the supply of information that may be used to develop reserve quantity information:

- Area and thickness of the productive zone

- Porosity of the reservoir rock

- Permeability of the reservoir rock to fluids

- Oil, gas, and water saturation

- Physical characteristics of oil and gas

- Depth to the producing formation

- Reservoir pressure and temperature

- Production history of the reservoir

- Ownership of the oil and gas property

**1.47** The methods used to estimate recoverable reserves vary with the amount and nature of the preceding information that is available. Estimates of the reserve quantities that are economically recoverable are made for internal use. Estimates for internal use may be based on estimated selling prices, development costs, and production costs; however, those used for financial reporting purposes are required to be based on historical prices and production costs, as required by the SEC.

**1.48** *Precision of estimates.* According to the SPE, the reliability of reserve information is affected considerably by several factors. It is important to note that reserve information is imprecise because of the inherent uncertainties in, and the limited nature of, the data upon which the reserve estimate is predicated. Moreover, the methods and data used in estimating reserve information are necessarily often indirect or analogical in character rather than direct or deductive. The persons estimating reserve information make numerous judgments based solely on their educational background, training, and experience. The extent and significance of the judgments to be made are, in themselves, sufficient to render reserve information inherently imprecise.

## Operations in the Upstream Petroleum Industry

**1.49** Financial statements of an oil and gas producing entity will include many transactions and accounts not commonly found in other types of economic enterprises. This is a result of the unique nature of the principal assets — oil and gas reserves — and the ways in which these reserves are acquired, developed, and produced. The high risks and high costs of acquiring, developing, and producing oil and gas and the unique nature of the ownership rights result in unique contractual relationships between oil and gas producing entities and owners of mineral rights. Chapter 2, "Primary Business Activities of the Industry," provides fundamental information about the most important contracts and operations encountered in the United States. Some of the most important contracts frequently encountered in petroleum activities in other countries are discussed in greater detail in chapter 6, "Accounting for International Oil and Gas Activities."

**1.50** Operating activities in the oil and gas industry are commonly divided into the following categories: upstream activities and midstream and downstream activities. Upstream activities, which are the subject of this guide, may be broadly described as the following:

- Acquiring mineral rights

- Exploring for oil and gas

- Drilling wells and installing production equipment

- Lifting the oil, gas, and water from the wells to the surface

- Separating the oil, gas, and water sufficiently to prepare the hydrocarbons for transport to pipelines or oil refineries

Midstream and downstream activities include the following:

- Transporting the petroleum from the producing wells to the processing plants and refineries

- Refining and processing activities necessary to produce marketable products, such as natural gas, gasoline, and petrochemicals

- Transporting, distributing, and storing the refined products

- Marketing activities, which get the refined products, natural gas liquids, and natural gas into the hands of consumers

The activities involved in transporting the petroleum to processing plants and refineries are generally referred to as *midstream activities*, and the other activities are generally referred to as *downstream activities.*

**App. 846**

**1.51** Entities engaged in both upstream and downstream activities are referred to as *vertically integrated entities*, with the largest of these integrated entities often referred to as *majors*. A common term used in the industry to describe entities solely or primarily engaged in upstream activities is *independents*.

**1.52** Within the petroleum industry, there have been continuing changes in entity structures and identities. Throughout the industry, mergers and acquisitions occur at all size levels. These transactions are entered into in order to acquire reserves, gain efficiencies, reduce costs, and gain operations in new areas.

**1.53** The accounting and auditing principles and procedures related to refining activities, most gas processing activities, petrochemical operations, distribution, storage, and retail marketing activities are similar to those applicable to other manufacturing and marketing activities. As a result, this guide deals almost solely with accounting for, and reporting on, upstream activities, with only limited discussion of other related industry activities.

## Oil Sands

**1.54** Beginning in the late 1990s and early 2000s, the industry began to partner with joint venture partners in Canada in order to develop oil sand deposits. Potentially, oil sand projects can have a productive life that covers multiple decades. Many of these nonconventional operations involve the production of bitumen, which is transported from the mining operation via pipeline to an upgrader or directly to a refinery that processes heavy oil. An upgrader processes the bitumen into a lighter degree of synthetic crude oil that can be sold to the marketplace as-is or further refined and converted into an array of refined products. Bitumen is a tar-like form of crude petroleum that is so viscous that it must be heated before it will flow.

**1.55** The production techniques used to extract bitumen can be a mixture of nonconventional production techniques (referred to as *truck and shovel* or *surface mining* operations) and conventional drilling techniques, such as steam assisted gravity drainage (SAGD or in-situ operations). The surface mining operations can be used to recover only a certain percentage of the total resource volume. Conventional drilling techniques, such as SAGD, are applied in order to produce the resource volumes that are located on deeper horizons and not available for the mining type of production. Historically, oil and gas entities have accounted for and disclosed truck and shovel operations as mining activities and SAGD operations as oil and gas producing activities.

**1.56** In SEC Rule No. 33-8995 and ASU No. 2010-03, the definition of *oil- and gas-producing activities* was expanded to include the extraction of saleable hydrocarbons, in the solid, liquid, or gaseous state, from oil sands, shale, coalbeds, or other nonrenewable natural resources that are intended to be upgraded into synthetic oil or gas, and activities undertaken with a view to such extraction. Accordingly, the accounting guidance for nonconventional production meeting the preceding criteria are now within the scope of FASB *Accounting Standards Codification* (ASC) 932, *Extractive Activities—Oil and Gas.*

## Sources of Capital and Organizational Structure of Oil and Gas Entities

**1.57** Oil and gas producing entities require large amounts of capital, especially in their exploration and development activities. As in most industries, the traditional sources of capital are internal financing and equity and other forms of external financing. However, the various and sometimes unique adaptations in the oil and gas industry warrant discussion.

**1.58** In the past, oil and gas entities, especially those that were large and financially strong, were able to fund a large amount of their exploration and development activities with internally generated funds. Increased competition among entities for exploration rights to undeveloped properties, increased risks related to exploration and development of oil and gas properties, as well as rising acquisition and development costs, have resulted in entities turning more frequently to external sources of funds.

**1.59** Oil and gas entities use a variety of ownership arrangements for sharing risks. These arrangements may be in the form of undivided interests, unincorporated entities (joint ventures), corporations, limited liability companies, partnerships, and others. The oil and gas entity determines the appropriate method to account for these varied ownership arrangements. This involves determining whether consolidation, equity method accounting, cost basis accounting, or proportional consolidation are applicable, based on the specific facts and circumstances. See chapter 3, "Accounting for Common Oil and Gas Ownership Arrangements," of this guide for a discussion of accounting for common oil and gas arrangements.

## Joint Interest Arrangements

**1.60** Entities often enter into arrangements with others as a means of raising or sharing capital. This can be done by creating joint operations, often in the form of joint ventures or partnerships, and is often accomplished by transferring a portion of the working interest to other parties. Depending on the attractiveness of the property and the owner's willingness to dilute its interest, a portion of the costs of a property may be financed in this manner. An example is a carried interest arrangement, in which one party agrees to incur all the costs to develop and operate a property but maintains the right to recapture its costs or a defined greater amount from the proceeds of production. Such arrangements in which parties bear disproportionate costs are often referred to as *promotes*. See chapter 2 of this guide for information regarding joint interest arrangements.

**App. 847**

Case 3:16-cv-03111-K     Document 233-1     Filed 02/21/25     Page 332 of 490     PageID 8963

**1** For guidance on earnings per unit calculations for master limited partnerships with incentive distribution rights, refer to the "Master Limited Partnerships" subsections of FASB *Accounting Standards Codification* 260-10.

**1.61** Oil and gas operators may organize limited partnerships or limited liability companies taxed as limited partnerships. These legal entity partnerships are commonly called *oil and gas funds*, *oil and gas program funds*, or *oil and gas drilling funds.* Limited partnerships may be organized by a sponsor, who sells interests in the partnership to private investors and then acts as the general partner when the partnership has been organized. Limited partnerships are often structured to maximize the tax deductions passed through to the limited partners or provide current yield for larger institutional investors. The limited partners are usually liable only for the amount of their contribution to the partnership. The general partner normally has unlimited liability for the debts and obligations above the limited partners' capital; however, the general partner has full control over the partnership's operations and receives a management fee for their services.

**1.62** The limited partnership is governed by the partnership agreement, which explains the rights and obligations of the partners. The partnership agreement specifies the method of allocating revenues and expenses between the general and limited partner interests. The basic allocation methods are functional allocation, reversionary interest, promoted interest, and carried interest. The entity analyzes the substance of the transaction and the details of the partnership agreement to determine the proper accounting treatment. Methods for special allocation of profits and costs for tax purposes may be inappropriate for financial reporting purposes.

**1.63** Aside from the differences in the equity section of the financial statements and the allocation of revenues and costs between the general and limited partners, the accounting for, and the auditing of, an oil and gas limited partnership are basically the same as for any other oil and gas producer. However, financial statements are often prepared on either the income tax or cash basis, except for those limited partnerships that are issuers, which are required to be prepared on the basis of GAAP.

## Royalty Trusts

**1.64** SEC *Codification of Staff Accounting Bulletins* Topic 12(E), "Financial Statements of Royalty Trusts," addresses the reporting requirements for royalty trusts, which file financial statements with the SEC. A royalty trust is typically created by a company conveying a net profits interest in certain of its oil and gas properties to the newly created trust. The trust then distributes trust units to its unitholders. The trust is a passive entity, usually with a defined term of existence, which is prohibited from entering into or engaging in any business or commercial activity of any kind and from acquiring any oil and gas lease, royalty, or other mineral interest. The function of the trust is to serve as an agent to distribute the income from the net profits interest. The amount to be periodically distributed to the unitholders is defined in the trust agreement and is typically determined based on the cash received from the net profits interest less expenses of the trustee. Royalty trusts typically report their earnings on the basis of cash distributions to unitholders. The net profits interest paid to the trust for any month is based on production from a preceding month; therefore, the method of accounting followed by the trust is different from the accrual accounting method that would have been followed by the creating company.

**1.65** SEC *Codification of Staff Accounting Bulletins* Topic 12(E) states that the SEC staff will accept a statement of distributable income, which reflects the amounts to be distributed for the period under the terms of the trust agreement in lieu of a statement of income prepared under GAAP. SEC *Codification of Staff Accounting Bulletins* Topic 12(E) further states that this position is due to the SEC staff's belief that the item of primary importance to the reader of the financial statements of the royalty trust is the amount of the cash distributions to the unitholders for the period reported. Should there be any change in the nature of the trust's operations due to revisions in the tax laws or other factors, the SEC staff's interpretation would be reexamined. In cases in which this presentation is used, a note to the financial statements should disclose the method used in determining distributable income and should also describe how distributable income, as reported, differs from income determined on the basis of GAAP.

## Other Sources of Capital

**1.66** Quite common are various forms of production payment and net profit interest transactions, whereby an investor advances funds to be repaid from future production. See the "Frequently Encountered Transactions for Transferring Mineral Interests" section in chapter 2 for further discussion of these types of arrangements.

# History of Accounting for Oil and Gas Producing Activities

**1.67** Two accounting methods are acceptable for use by oil and gas producers: the successful efforts method and the full cost method. The accounting requirements for these two methods are discussed in separate chapters of this guide. In addition, appendix A, "Summary of the Successful Efforts and Full Cost Methods of Accounting," of this guide provides a high level comparison of the two methods. The following discussion summarizes the development of GAAP for oil and gas entities.

Case 3:16-cv-03111-K     Document 233-1     Filed 02/21/25     Page 333 of 490     PageID 8964

**1.68** Prior to the mid-1950s, most oil and gas entities used the successful efforts accounting method or some variation thereof. In the mid-1950s, a form of the full cost method of accounting was introduced that became popular with small, newly formed entities because it allowed for the deferral of costs until successful exploration produced offsetting revenue. By 1970, almost half of the public oil and gas producing entities were using a form of the full cost method.

**1.69** In 1969, the AICPA called for the elimination of the full cost method and recommended that the successful efforts method be the only acceptable method. The Accounting Principles Board (APB) appointed a committee to develop an authoritative opinion on financial accounting and reporting for the oil and gas industry; however, the APB was disbanded in 1973 before the committee completed its charge.

**1.70** In December 1977, FASB issued guidance that required a form of successful efforts accounting as the uniform method for all enterprises engaged in oil and gas producing activities.

**1.71** The SEC called for public hearings in August 1978 before adopting FASB Statement No. 19, *Financial Accounting and Reporting by Oil and Gas Producing Companies*, as the authoritative standard of accounting and reporting for oil and gas producing entities filing reports with the SEC. Because of the strong opposition voiced at those hearings, the SEC issued Accounting Series Release (ASR) No. 253, *Adoption of Requirements for Financial Accounting and Reporting Practices for Oil and Gas Producing Activities.* ASR No. 253

- adopted the form of successful efforts accounting and the disclosures prescribed by FASB.

- indicated the SEC's intention to develop a form of the full cost accounting method as an acceptable alternative for SEC reporting purposes (ASR No. 258, *Oil and Gas Producers—Full Cost Accounting Practices*).

- concluded that both the full cost and successful efforts methods of accounting, based on historical costs, fail to provide sufficient information on the financial position and operating results of oil and gas producing entities and, accordingly, that steps should be taken to develop an accounting method based on a valuation of proved oil and gas reserves. (The SEC later decided that the valuation accounting it proposed — reserve recognition accounting — was no longer considered to be a potential method of accounting in the primary financial statements of oil and gas producers.)

- adopted rules that require financial statement disclosure of certain financial and operating data, regardless of the method of accounting followed.

**1.72** In ASR No. 257, *Requirements for Financial Accounting and Reporting Practices for Oil and Gas Producing Activities*, and ASR No. 258, the SEC released its final rules for successful efforts and full cost accounting. As a result, entities under SEC jurisdiction could follow either the full cost method prescribed in Section 406.01.c of ASR No. 258 or the successful efforts method prescribed in Section 406.01.b of ASR No. 253, as modified by Section 406 of ASR No. 257, which is a method identical to that contained in FASB's guidance.

**1.73** In response to the SEC's issuance of ASR No. 253, FASB issued additional guidance that suspended most of the provisions of its successful efforts accounting guidance for an indefinite period. However, some provisions of the successful efforts accounting guidance, including the accounting for deferred income taxes and some aspects of property conveyances and disclosure requirements, were retained and became effective. Thus, entities that report to the SEC may follow either accounting method. Nonpublic entities have no prescribed method of accounting for oil and gas producing entities. However, the Financial Reporting Executive Committee (FinREC) believes that nonpublic entities engaged in oil and gas producing activities should apply either the successful efforts method established by FASB or the full cost method established by the SEC because these are the only comprehensive methods of accounting developed for oil and gas producing entities. FinREC also recommends that any nonpublic entity that chooses to follow a method that varies from one of these methods should disclose in the notes to its financial statements any differences between the accounting policies it follows and those established by FASB or the SEC relating to oil and gas producing activities.

**1.74** In November 1982, FASB issued guidance establishing disclosures to be made about oil and gas producing activities for publicly traded enterprises when presenting a complete set of annual financial statements. The SEC generally adopted these disclosure standards in Section 406.02 of Financial Reporting Release No. 9, *Supplemental Disclosures in Oil and Gas Producing Activities*.

**1.75** The SEC reporting requirements contained in Final Rule No. 33-8995 revised the disclosure requirements for oil and gas reserves, in addition to changing the definition and requirements related to the determination of the quantities of oil and gas reserves. The SEC reporting requirements contained in Final Rule No. 33-8995 also changed certain accounting requirements under the full cost method of accounting for oil and gas activities. On January 6, 2010, FASB issued ASU No. 2010-03. ASU No. 2010-03 includes changes to accounting and disclosure requirements that are consistent with SEC Final Rule 33-8995.

**1.76** For purposes of this guide, *successful efforts* refers to the accounting method specified in FASB ASC 932-360, and *full cost* refers to the accounting method specified in Rule 4-10(c) of Regulation S-X.

## International Standards of Accounting for Oil and Gas

**App. 849**

Case 3:16-cv-03111-K    Document 233-1    Filed 02/21/25    Page 334 of 490    PageID 8965

**1.77** The International Accounting Standards Board (IASB) has established an accounting framework alternative that includes International Accounting Standards, International Financial Reporting Standards (IFRSs), and interpretations. The accounting framework established by the IASB does not have comprehensive accounting standards that would specifically address accounting for extractive industries, including oil and gas activities. IFRS 6, *Exploration for and Evaluation of Mineral Resources*, addresses accounting for the exploration stage of oil and gas and mining activities. Other operations and transactions related to oil and gas activities should follow the overall accounting framework established by the IASB. Further development of accounting standards under IFRSs is in progress. The IASB has initiated an extractive activities research project, which is expected to address the matters related to accounting and financial reporting of reserves and resources in the extractive industries, as well as other extractive industry accounting issues.

**1.78** Currently, oil and gas companies preparing financial statements under IFRSs as issued by the IASB may adopt accounting policies different from those under GAAP as long as the accounting policies follow the overall accounting framework of the IFRSs.[2]  However, entities that file reports with the SEC continue to provide disclosures required by FASB ASC 932-235-50. For further information, refer to the IASB website at www.ifrs.org.

---

[2] The SEC reporting requirements contained in Final Rule No. 33-8995, *Modernization of Oil and Gas Reporting*, revised Form 20-F to incorporate Subpart 1200 of Regulation S-K, with respect to oil and gas disclosures, and delete appendix A of item 4.D in Form 20-F (which previously required significantly less oil and gas reserves disclosure for foreign private issuers versus domestic filers).

Copyright © 2025 by American Institute of Certified Public Accountants, Inc., New York, NY. All rights reserved.

END OF DOCUMENT -

© 2025 Thomson Reuters/Tax & Accounting. All Rights Reserved.

**App. 850**

# Exhibit 56

**SECURITIES AND EXCHANGE COMMISSION**

**17 CFR Parts 210, 211, 229, and 249**

**[Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08]**

**RIN 3235-AK00**

**MODERNIZATION OF OIL AND GAS REPORTING**

**AGENCY:** Securities and Exchange Commission.

**ACTION:** Final rule; interpretation; request for comment on Paperwork Reduction Act burden estimates.

**SUMMARY:** The Commission is adopting revisions to its oil and gas reporting disclosures which exist in their current form in Regulation S-K and Regulation S-X under the Securities Act of 1933 and the Securities Exchange Act of 1934, as well as Industry Guide 2. The revisions are intended to provide investors with a more meaningful and comprehensive understanding of oil and gas reserves, which should help investors evaluate the relative value of oil and gas companies. In the three decades that have passed since adoption of these disclosure items, there have been significant changes in the oil and gas industry. The amendments are designed to modernize and update the oil and gas disclosure requirements to align them with current practices and changes in technology. The amendments concurrently align the full cost accounting rules with the revised disclosures. The amendments also codify and revise Industry Guide 2 in Regulation S-K. In addition, they harmonize oil and gas disclosures by foreign private issuers with the disclosures for domestic issuers.

**DATES:** <u>Effective Date:</u>  January 1, 2010.

**App. 851**

Comment Date:  Comments on the Paperwork Reduction Act Analysis should be received on or before February 13, 2009.

**ADDRESSES:**  Comments may be submitted by any of the following methods:

Electronic comments:

- Use the Commission's Internet comment form (http://www.sec.gov/rules/proposed.shtml); or

- Send an e-mail to rule-comments@sec.gov.  Please include File Number S7-15-08 on the subject line; or

- Use the Federal e-Rulemaking Portal http://www.regulations.gov.  Follow the instructions for submitting comments.

Paper comments:

- Send paper submissions in triplicate to Secretary, Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549-1090.

All submissions should refer to File Number S7-15-08.  This file number should be included on the subject line if e-mail is used.  To help us process and review your comments more efficiently, please use only one method.  The Commission will post all comments on the Commission's Internet Web site (http://www.sec.gov/rules/concept.shtml).  Comments also are available for public inspection and copying in the Commission's Public Reference Room, 100 F Street, NE, Washington, DC 20549, on official business days between the hours of 10:00 a.m. and 3:00 p.m.  All comments received will be posted without change; we do not edit personal identifying information from submissions.  You should submit only information that you wish to make available publicly.

**App. 852**

**FOR FURTHER INFORMATION CONTACT:** Ray Be, Special Counsel, Office of Chief Counsel at (202) 551-3500; Dr. W. John Lee, Academic Petroleum Engineering Fellow, or Brad Skinner, Senior Assistant Chief Accountant, Office of Natural Resources and Food at (202) 551-3740; Leslie Overton, Associate Chief Accountant, Office of Chief Accountant for the Division of Corporation Finance at (202) 551-3400, Division of Corporation Finance; or Mark Mahar, Associate Chief Accountant, Jonathan Duersch, Assistant Chief Accountant, or Doug Parker, Professional Accounting Fellow, Office of the Chief Accountant at (202) 551-5300; U.S. Securities and Exchange Commission, 100 F Street, NE, Washington, DC 20549-3628.

**SUPPLEMENTAL INFORMATION:** We are adopting amendments to Rule 4-10[1] of Regulation S-X[2] and Items 102, 801 and 802[3] of Regulation S-K.[4]  We also are adding new Subpart 1200, including Items 1201 through 1208, to Regulation S-K.

**TABLE OF CONTENTS**

**I.    Introduction**
    **A.    Background**
    **B.    Issuance of the Concept Release**
    **C.    Overview of the Comment Letters Received on the Proposing Release**
**II.   Revisions and Additions to the Definition Section in Rule 4-10 of Regulation S-X**
    **A.    Introduction**
    **B.    Pricing Mechanism for Oil and Gas Reserves Estimation**
        **1.    12-month average price**
        **2.    Prices used for disclosure and accounting purposes**
        **3.    Alternate pricing schemes**
        **4.    Time period over which the average price is to be calculated**
    **C.    Extraction of Bitumen and Other Non-Traditional Resources**

---

[1]    17 CFR 210.4-10.

[2]    17 CFR 210.

[3]    17 CFR 229.102, 17 CFR 229.801, and 17 CFR 229.802.

[4]    17 CFR 229.

**App. 853**

hydrocarbons.  Bitumen has a viscosity greater than 10,000 centipoise measured at original temperature in the deposit and atmospheric pressure, on a gas free basis."[153] This definition is similar to the PRMS definition of "natural bitumen."

### 5. Proposed terms and definitions not adopted

We proposed definitions for the terms "continuous accumulations" and "conventional accumulations" to assist companies in disclosing segregated reserves based on these two types of accumulations.  As noted elsewhere in this release, the final rules do not require disclosure based on the type of accumulation in which the reserves are found.[154]  Therefore, there is no need to define these terms and we are not adopting the proposed definitions.

Similarly, we proposed a definition for the term "sedimentary basin" because it would have been part of our definition of the term "by geographic area."  As noted elsewhere in this release, we have substantially revised the definition of the term "by geographic area"[155] and the term "sedimentary basin" is no longer needed, so we are not adopting this proposed term and definition.

As noted above, one commenter recommended that we adopt a large glossary of terms and definitions that correspond with the PRMS definitions.[156]  Rather than defining an extensive glossary of terms in our rules and attempting to constantly update those definitions, we advise companies to look to definitions that are commonly accepted

---

[153]    See Rule 4-10(a)(3) [17 CFR 210.4-10(a)(3)].

[154]    See Section III.B.3.c.

[155]    See Section III. B.2.a.

[156]    See letter from SPE.

**App. 854**

within the oil and gas industry to the extent such definitions are not in, or inconsistent with, our rules.

### K.    Alphabetization of the Definitions Section of Rule 4-10

We are alphabetizing the definitional terms in Rule 4-10(a) because we are adding a significant number of defined terms to this section.

### III.    Revisions to Full Cost Accounting and Staff Accounting Bulletin

As we noted in Section II.B.2 of this release, commenters unanimously opposed our proposal to use different prices for disclosure and accounting purposes.  We agree with those commenters and are revising our proposal to use a 12-month average price for accounting purposes.  These revisions primarily will appear under the full cost accounting method described in Rule 4-10(c)[157] of Regulation S-X.  The full cost accounting method permits certain oil and gas extraction costs to accumulate on a company's balance sheet subject to a limitation test or a "ceiling" as described in Rule 4-10(c)(3)(4).   Like reserve disclosures, these capitalized costs and the related limitation test are not fair value based measurements.  Rather the capitalized costs represent the accumulated historical acquisition, exploration and development costs (net of any previously recorded depletion, amortization or ceiling test write downs) incurred for oil and gas producing activities, limited to a standardized mathematical calculation (the full cost ceiling) adopted over 25 years ago.  Costs that do not exceed the limitation are deferred and amortized over time.  The limitation test calculation on capitalized costs is not designed or intended to represent a fair valuation of the related oil and gas assets.[158]

---

[157]    17 CFR 210.4-10(c).

[158]    While not intended to represent fair value, costs that are written down because they exceed the ceiling limitation are accounted for in the same manner as impairments recognized under

**App. 855**

# Exhibit 57

*Ramirez* v. *Exxon Mobil Corporation et al.*

**British Petroleum Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 20-F | "Oil, gas and product prices are subject to international supply and demand and margins can be volatile. Political developments, increased supply from new oil and gas sources, technological change, global economic conditions and the influence of OPEC can impact supply and prices for our products. Decreases in oil, gas or product prices could have an adverse effect on revenue, margins and profitability and, if significant, we may have to write down assets and re-assess the viability of certain projects. A prolonged period of low prices may impact our cash flows, profit, capital expenditure and ability to maintain our long-term investment programme. Conversely, an increase in oil, gas and product prices may not improve margin performance as there could be increased fiscal take, cost inflation and more onerous terms for access to resources. The profitability of our refining and petrochemicals activities can be volatile, with periodic over-supply or supply tightness in regional markets and fluctuations in demand." (p. 48) |
| 2015 20-F | "Oil, gas and product prices are subject to international supply and demand and margins can be volatile. Political developments, increased supply from new oil and gas sources, technological change, global economic conditions and the influence of OPEC can impact supply and demand and prices for our products. Decreases in oil, gas or product prices could have an adverse effect on revenue, margins, profitability and cash flows. If significant or for a prolonged period, we may have to write down assets and re-assess the viability of certain projects, which may impact future cash flows, profit, capital expenditure and ability to maintain our long-term investment programme. Conversely, an increase in oil, gas and product prices may not improve margin performance as there could be increased fiscal take, cost inflation and more onerous terms for access to resources. The profitability of our refining and petrochemicals activities can be volatile, with periodic over-supply or supply tightness in regional markets and fluctuations in demand." (p. 53) |
| 2016 20-F | "Oil, gas and product prices are subject to international supply and demand and margins can be volatile. Political developments, increased supply from new oil and gas sources, technological change, global economic conditions and the influence of OPEC can impact supply and demand and prices for our products. Decreases in oil, gas or product prices could have an adverse effect on revenue, margins, profitability and cash flows. If significant or for a prolonged |

**App. 856**

| Source | Relevant Disclosure |
|---|---|
| | period, we may have to write down assets and re-assess the viability of certain projects, which may impact future cash flows, profit, capital expenditure and ability to maintain our long-term investment programme. Conversely, an increase in oil, gas and product prices may not improve margin performance as there could be increased fiscal take, cost inflation and more onerous terms for access to resources. The profitability of our refining and petrochemicals activities can be volatile, with periodic over-supply or supply tightness in regional markets and fluctuations in demand." (p. 49) |

# Exhibit 58

*Ramirez* v. *Exxon Mobil Corporation et al.*

**Chevron Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 10-K | "During extended periods of historically low prices for crude oil, the company's upstream earnings, cash flows, and capital and exploratory expenditure programs will be negatively affected, as will its production and proved reserves." (pg. 22) |
| 3Q 2015 10-Q | No relevant disclosure regarding proved reserves. |
| 2015 10-K | "Extended periods of low prices for crude oil can have a material adverse impact on the company's results of operations, financial condition and liquidity. Among other things, the company's upstream earnings, cash flows, and capital and exploratory expenditure programs could be negatively affected, as could its production and proved reserves." (pg. 21) |
| 3Q 2016 10-Q | No relevant disclosure regarding proved reserves. |
| 2016 10-K | "Extended periods of low prices for crude oil can have a material adverse impact on the company's results of operations, financial condition and liquidity. Among other things, the company's upstream earnings, cash flows, and capital and exploratory expenditure programs could be negatively affected, as could its production and proved reserves." (pg. 20)" |

**App. 858**

# Exhibit 59

*Ramirez* v. *Exxon Mobil Corporation et al.*

**ConocoPhillips Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 10-K | "We primarily add to our proved reserve base in three ways:<br><br>• Successful exploration, exploitation and development of new and existing fields.<br><br>• Application of new technologies and processes to improve recovery from existing fields.<br><br>• Acquisition of existing fields.<br><br>Through a combination of the methods listed above, we have been successful in adding to our proved reserve base, and we anticipate being able to do so in the future.  In the five years ended December 31, 2014, our organic reserve replacement was 143 percent, excluding LUKOIL and the impact of sales and purchases." (p. 35) |
| 3Q 2015 10-Q | "Proved reserve estimates require economic production based on historical 12-month, first-of-month, average prices and current costs. Therefore, as prices and cost levels change from year to year, the estimate of proved reserves also changes. Generally, our proved reserves decrease as prices decline and increase as prices rise. The major decline in commodity prices during 2015 is expected to lead to a reduction of approximately 5 percent to our year-end 2014 proved reserves. We do not expect these price-related revisions and 2015 production to be fully offset by reserve additions. As a result, we expect our 2015 organic reserve replacement ratio to be significantly below 100 percent. These reserve estimates are subject to change based on commodity prices for the remainder of 2015 as well as capital spending levels, timing of project approvals and other factors. We expect our proved reserves to fluctuate directionally with commodity prices over time." (pp. 33-34) |
| 2015 10-K | "Proved reserve estimates require economic production based on historical 12-month, first-of-month, average prices and current costs.  Therefore, our proved reserves generally decrease as prices decline and increase as prices rise.  Additionally, as we undertake cash conservation efforts, our reserve replacement |

**App. 859**

| Source | Relevant Disclosure |
|---|---|
| | efforts could be delayed thus limiting our ability to replace depleted reserves. Low commodity prices and reduced capital expenditures in 2015 adversely affected our reported year-end proved reserves. In 2015, our organic reserve replacement excluding the impact of sales and purchases was 10 percent. In the five years ended December 31, 2015, our reserve replacement was 117 percent, excluding the impact of sales and purchases." (p. 37) |
| 3Q16 10-Q | "Proved reserve estimates require economic production based on historical 12-month, first-of-month, average prices and current costs. Therefore, as prices and cost levels change, the estimate of proved reserves also changes. Generally, our proved reserves decrease as prices decline and increase as prices rise. Based on 2016 commodity prices, significant reductions in our proved reserves can be expected at year-end 2016, primarily related to proved undeveloped reserves associated with the oil sands in our Canada segment. However, we do not expect negative price-related reserve revisions to materially impact current plans for development of these assets. Reserve estimates are subject to change based on commodity prices for the remainder of 2016, as well as development and production costs, capital spending levels, timing of project approvals and other factors." (p. 35) |
| 2016 10-K | "Proved reserve estimates require economic production based on historical 12-month, first-of-month, average prices and current costs. Therefore, our proved reserves generally decrease as prices decline and increase as prices rise. Additionally, as we continue cash conservation efforts, our reserve replacement efforts could be delayed thus limiting our ability to replace depleted reserves. Low commodity prices and reduced capital expenditures in 2016 adversely affected our reported year-end proved reserves. In 2016, our reserve replacement was negative 194 percent. In the five years ended December 31, 2016, our reserve replacement was 35 percent. We expected our proved reserves to increase if prices rise." (p. 37) |

**App. 860**

# Exhibit 60

*Ramirez* v. *Exxon Mobil Corporation et al.*

**Marathon Oil Corporation Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 10-K | "To the extent that we experience a sustained period of reduced commodity prices in 2015, there is a risk that a portion of our proved reserves could be deemed uneconomic and no longer be classified as proved. Estimates of future cash flows associated with proved reserves are based on actual costs of developing and producing the reserves as of the end of the year." (p. 15) |
| 3Q 2015 10-Q | No relevant disclosure regarding proved reserves. |
| 2015 10-K | "Beginning in the second half of 2014, the crude oil and natural gas benchmarks began to decline and these declines continued through 2015 and into 2016. Commodity prices are likely to remain volatile based on global supply and demand and could decline further. Sustained reduced commodity prices could have a material effect on the quantity and future cash flows of our proved reserves . . . As of December 31, 2015, total proved reserves declined 35 mmboe, primarily due to negative revisions in the U.S. totaling 173 mmboe largely a result of reductions to our capital development program which deferred proved undeveloped reserves beyond the 5-year plan, as well as routing production. This decline was partially offset by increased reserves from the drilling programs in our U.S. unconventional shale plays totaling 246 mmboe as well as a positive revision of 67 mmboe in OSM." (p. 15) |
| 3Q16 10-Q | "Any significant future price change could have a material effect on the quantity and present value of our proved reserves. If commodity pricing were to significantly decrease, a material volume of our proved reserves could become uneconomic and would have to be reclassified to non-proved reserves or resource category. In this scenario, our OSM proved reserves represent the largest risk to be reclassified to non-proved reserve or resource category." (p. 36) |
| 2016 10-K | "If commodity prices were to significantly drop below average prices used to estimate 2016 proved reserves (see table above), we would expect price related reserve revisions that could have a material impact on proved |

**App. 861**

| Source | Relevant Disclosure |
|---|---|
|  | reserve volumes and the present value of our proved reserves.  In this scenario, our OSM proved reserves represent the largest risk to be reclassified to non-proved reserves or resource category.  Future reserve revisions could also result from changes in capital funding, drilling plans and governmental regulation, among other things.  (p. 19) |

# Exhibit 61

*Ramirez* v. *Exxon Mobil Corporation et al.*

**Occidental Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 10-K | "Several factors could change Occidental's proved oil and gas reserves . . . In other cases, particularly with long-lived properties, lower product prices may lead to a situation where production of a portion of proved reserves becomes uneconomical.  For such properties, higher product prices typically result in additional reserves becoming economical.  Estimation of future production and development costs is also subject to change partially due to factors beyond Occidental's control, such as energy costs and inflation or deflation of oil field service costs.  These factors, in turn, could lead to changes in the quantity of proved reserves.  Additional factors that could result in a change of proved reserves include production decline rates and operating performance differing from those estimated when the proved reserves were initially recorded.  In 2014, revisions of previous estimates caused a net 58 million BOE decrease in proved reserves, which amounted to approximately 2 percent of Occidental's total reserves as of December 31, 2014."  (p. 32) |
| 3Q15 10-Q | "Worldwide realized oil, NGLs and gas prices have fallen significantly from an average of $90.13 per barrel, $37.01 per barrel, and $2.55 per MCF in 2014 to $50.33 per barrel, $16.73 per barrel, and $1.55 per MCF for the first nine months of 2015. The unweighted arithmetic average first-day-of-the-month price for WTI decreased from $94.99 for 2014 to $51.49 for the first ten months of 2015. These lower prices will result in negative price related changes to Occidental's year end proved oil, NGLs and gas reserves at December 31, 2015 due to the shortening of the economic life of these proved reserves." (p. 24) |
| 2015 10-K | "Several factors could change Occidental's proved oil and gas reserves . . . In other cases, particularly with long-lived properties, lower product prices may lead to a situation where production of a portion of proved reserves becomes uneconomical.  For such properties, higher product prices typically result in additional reserves becoming economical.  Estimation of future production and development costs is also subject to change partially due to factors beyond Occidental's control, such as energy costs and inflation or deflation of oil field service costs.  These factors, in turn, could lead to changes in the quantity of proved reserves.  Additional factors that could result in a change of proved reserves include production decline rates and operating performance differing from those estimated when the |

**App. 863**

| Source | Relevant Disclosure |
|---|---|
| | proved reserves were initially recorded. In 2015, negative revisions of previous estimates of 315 million BOE were primarily price and price-related associated with domestic assets." (p. 32) |
| 3Q 2016 10-Q | "Occidental's financial results correlate closely to the prices it obtains for its products. The weak price environment continues to significantly impact earnings as compared to the same period in 2015. Further declines in these commodity prices may result in additional impairments to reduce the carrying value of Occidental's oil and gas properties, as well as reducing the amount of these commodities that can be produced economically and the quantity and present value of proved reserves. <br><br> The calculated average first-day-of-the-month West Texas Intermediate oil price and Henry Hub natural gas price were $41.52 per barrel and $2.42 per MMBtu, respectively, for the first ten months of 2016 as compared to $50.28 per barrel and $2.66 per MMBtu for the twelve months of 2015. Lower commodity prices in 2016 could result in a portion of proved reserves deemed uneconomic and no longer classified as proved." (p. 28) |
| 2016 10-K | "Several factors could change Occidental's proved oil and gas reserves.. . . In other cases, particularly with long-lived properties, lower product prices may lead to a situation where production of a portion of proved reserves becomes uneconomical. For such properties, higher product prices typically result in additional reserves becoming economical. Estimation of future production and development costs is also subject to change partially due to factors beyond Occidental's control, such as energy costs and inflation or deflation of oil field service costs. These factors, in turn, could lead to changes in the quantity of proved reserves. Additional factors that could result in a change of proved reserves include production decline rates and operating performance differing from those estimated when the proved reserves were initially recorded." (p. 33) |

# Exhibit 62

*Ramirez* v. *Exxon Mobil Corporation et al.*

**Royal Dutch Shell Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 20-F | "Price fluctuations could have a material effect on our business, including on our cash flows and earnings. For example, in a low oil and gas price environment, Shell would generate less revenue from its Upstream production, and as a result some long-term projects might become less profitable, or even incur losses. Additionally, low oil and gas prices could result in the debooking of proved oil or gas reserves, if they become uneconomic in this type of environment. Prolonged periods of low oil and gas prices, or rising costs, could result in projects being delayed or cancelled and/or in the impairment of some assets. They may also impact our ability to maintain our long-term investment programme." (p. 11) |
| 2015 20-F | "Price fluctuations could have a material adverse effect on our business, including on our cash flows and earnings. For example, in a low oil and gas price environment, we would generate less revenue from our Upstream production, and, as a result, some long-term projects would become less profitable, or could incur losses. In this regard, if oil and gas prices remain at the levels observed in early 2016, there is the potential for our Upstream and Integrated Gas segments to incur a loss. Additionally, low oil and gas prices have resulted, and could continue to result, in the debooking of proved oil or gas reserves, if they become uneconomic in this type of price environment. Prolonged periods of low oil and gas prices, or rising costs, have resulted, and could continue to result, in projects being delayed or cancelled. In addition, assets have been impaired in the past, and there could be impairments in the future. Low oil and gas prices could also affect our ability to maintain our long-term capital investment programme and dividend payments." (p. 8) |
| 2016 20-F | "Additionally, in a low oil and gas price environment, we would generate less revenue from our Upstream and Integrated Gas businesses, and, as a result, parts of those businesses could become less profitable, or could incur losses. Additionally, low oil and gas prices have resulted, and could continue to result, in the debooking of proved oil or gas reserves, if they become uneconomic in this type of price environment. Prolonged periods of low oil and gas prices, or rising costs, can result in projects being delayed or cancelled. In addition, assets have been impaired in the past, and there could be impairments in the future. Low oil and gas prices could also affect our ability to |

**App. 865**

| Source | Relevant Disclosure |
|--------|---------------------|
|        | maintain our long-term capital investment programme and dividend payments. In a high oil and gas price environment, we could experience sharp increases in costs, and, under some production-sharing contracts, our entitlement to proved reserves would be reduced." (p. 12) |

# Exhibit 63

*Ramirez* v. *Exxon Mobil Corporation et al.*

**Total S.A. Proved Reserves Disclosures**

| Source | Relevant Disclosure |
|---|---|
| 2014 20-F | "The Group's proved reserves based on SEC rules were 11,523 Mboe at December 31, 2014, based on the average monthly Brent price of $101.3/b. If the Brent price were to continue to remain low in 2015 compared to 2014, proved reserves at year-end 2015 could decline. <br><br> The Group's reserves estimates may therefore require substantial downward revisions to the extent its subjective judgments prove not to have been conservative enough based on the available geosciences and engineering data, or the Group's assumptions regarding factors or variables that are beyond its control prove to be incorrect over time. Any downward adjustment would indicate lower future production amounts, which could adversely affect the Group's results of operations, including profits as well as its financial condition." (p. 4) |
| 2015 20-F | A variety of factors that are beyond the Group's control could cause such estimates to be adjusted downward in the future, or cause the Group's actual production to be lower than its currently reported proved reserves indicate. These main such factors include: <br><br> • a decline in the price of oil or gas, making reserves no longer economically viable to exploit and therefore not classifiable as proved; <br><br> • an increase in the price of oil or gas, which may reduce the reserves to which the Group is entitled under production sharing and risked service contracts and other contractual terms; <br><br> • changes in tax rules and other government regulations that make reserves no longer economically viable to exploit; and <br><br> • the actual production performance of the Group's deposits. |

**App. 867**

| Source | Relevant Disclosure |
|---|---|
| | The Group's reserves estimates may therefore require substantial downward revisions should its subjective judgments prove not to have been conservative enough based on the available geoscience and engineering data, or the Group's assumptions regarding factors or variables that are beyond its control prove to be incorrect over time. Any downward adjustment would indicate lower future production amounts, which could adversely affect the Group's financial condition, including its results." (p. 6) |
| 2016 20-F (Exhibit 15.1) | "Proved reserves based on SEC rules (based on Brent at 42.82 $/b) were 11,518 Mboe at December 31, 2016. The 2016 proved reserve replacement rate[1], based on SEC rules (based on Brent at 42.82 $/b in 2016), was 93% in 2016 and 100% over three years. At a constant price (54.17 $/b in 2015), the proved reserve replacement rate was 136% in 2016. The difference between the proved reserves based on SEC rules and the proved reserves based on a constant price is mainly due to the debooking of proved undeveloped reserves of Canadian oil sands on the Surmont permit." (Ex. 15.1, p. 9) |
| | "Changes in the price used as a reference for the proved reserves estimation result in non-proportionate inverse changes in proved reserves associated with production sharing and risked service contracts (which together represent approximately 19% of TOTAL's reserves as of December 31, 2016). Under such contracts, TOTAL is entitled to a portion of the production, the sale of which is meant to cover expenses incurred by the Group. As oil prices decrease, more barrels are necessary to cover the same amount of expenses. Moreover, the number of barrels recoverable under these contracts may vary according to criteria such as cumulative production, the rate of return on investment or the income-cumulative expenses ratio. This increase is partly offset by a reduction of the duration over which fields can be produced economically. However, the decrease in reserves due to this reduction is generally less than the increase in reserves under production sharing or risked service contracts due to such lower prices. As a result, lower prices usually lead to an increase in TOTAL's reserves. In Canada, a decrease in the reference price per barrel used as a reference for estimating proved reserves leads to a decrease in the volume of royalties and, therefore, an increase of the proved reserves, and vice versa. |
| | Lastly, for any type of contract, a significant decrease in the reference price of petroleum products that negatively impacts projects profitability may lead to a reduction of proved reserves." (Ex. 15.1, p. 11) |

# Exhibit 64

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY and DAVID S. ROSENTHAL,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No. 3:16-cv-03111-K |

REPORT ON LOSS CAUSATION AND DAMAGES

PROFESSOR STEVEN P. FEINSTEIN, PH.D., CFA

OCTOBER 11, 2024

**CONFIDENTIAL**

**App. 869**

## TABLE OF CONTENTS

I.    SCOPE OF REPORT.................................................................................................1

II.   CREDENTIALS .......................................................................................................2

III.  CONCLUSIONS........................................................................................................4

IV.  LEAD PLAINTIFF'S ALLEGATIONS.................................................................6

V.   FACTUAL BACKGROUND ...................................................................................8

    A.    About Exxon ...................................................................................................8

    B.    About Exxon's Oil and Gas Reserves............................................................9

        1.    Estimating Exxon's Oil and Gas Reserves .................................................9

        2.    Valuing Exxon's Oil and Gas Reserves......................................................11

    C.    Timeline of Events.......................................................................................12

        1.    Pre-Class Period Events: Oil and Natural Gas Prices Decline in 2014 and 2015 – Exxon Does Not Revise Reserves...................................12

        2.    24 February 2016: Exxon Files Form 10-K for FY 2015 .........................18

        3.    2 March 2016: Exxon Holds Its Annual Analyst Meeting and Completes A $12.0 Billion Debt Offering.................................................21

        4.    26-27 April 2016: S&P Downgrades Exxon's Credit Rating; Company Increases Dividend ....................................................................22

        5.    29 April 2016: Exxon Announces Q1 2016 Financial Results.................23

        6.    29 July 2016: Exxon Announces Q2 2016 Financial Results...................24

        7.    20 September 2016: S&P Raises Its Oil Price Assumptions for the Remainder of 2016....................................................................................26

        8.    28 October 2016: Exxon Announces Q3 2016 Financial Results.............26

        9.    Post-Class Period Events: Oil and Gas Prices Recover; Exxon Recognizes Impairment of Its RMDG Assets and De-Books Reserves at Kearl .......................................................................................36

VI.  LOSS CAUSATION................................................................................................41

    A.    Analytical Methodology ..............................................................................41

        1.    Establishing Economic Materiality............................................................41

        2.    Empirical Analysis of Loss Causation.......................................................42

    B.    Executing the Loss Causation Analysis for Exxon Stock.....................................43

        1.    Financial Principles Confirm the Economic Materiality of the Alleged Misrepresentations and Omissions.............................................44

        2.    Company Statements Compel a Conclusion of Loss Causation...............46

**App. 870**

3.    Analyst and News Media Commentary Underscores the Economic Materiality of the Alleged Misrepresentations and Omissions..................47

4.    Event Study for Assessing Loss Causation and Damages ........................48

5.    Event Study Results and Analysis ..........................................................53

VII.    SECTION 10(b) DAMAGES ...........................................................................54

A.    Out-of-Pocket Damages......................................................................................54

B.    Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon..........................................................................56

1.    Losses Precipitated By Corrective Disclosures Is Dissipation of Artificial Inflation ...................................................................................56

2.    Per Share Decline Caused by the 28 October 2016 Corrective Disclosure ...............................................................................................57

3.    Per Share Decline Caused by the 31 January 2017 Corrective Disclosure ...............................................................................................61

C.    Artificial Inflation During the Class Period.........................................................62

D.    Per Share Damages .............................................................................................62

VIII.    THE COST OF LOSING A "AAA" RATING.................................................63

IX.    LIMITING FACTORS AND OTHER ASSUMPTIONS....................................65

X.    APPENDIX-1: LOGARITHMIC RETURNS ...................................................66

**App. 871**

## I.    <u>SCOPE OF REPORT</u>

1.    This project and report address the common stock of Exxon Mobil Corporation ("Exxon" or the "Company"). Robbins Geller Rudman & Dowd LLP, Lead Counsel for Lead Plaintiff, asked me to determine whether Class members suffered losses as a result of the alleged misrepresentations and omissions described in the Consolidated Complaint for Violations of the Federal Securities Laws (the "Complaint"), filed 26 July 2017.

2.    Counsel also asked me to compute damages, if any, suffered by Class members from their investments in Exxon common stock made during the period from 24 February 2016 through 28 October 2016, inclusive (the "Class Period").[1] Specifically, I was asked to quantify per share damages suffered by Class members in connection with their claims under Section 10(b) of the Securities Exchange Act of 1934 and U.S. Securities and Exchange Commission ("SEC") Rule 10b-5 adopted thereunder (collectively, "Section 10(b)").

3.    I was also asked to calculate the additional interest expense that Exxon would have paid over the life of the Exxon notes offered in March 2016, had the Company's credit been rated AA+ at the time of the offering rather than AAA.

4.    To make these determinations, I analyzed a wide variety of information and documents, including Company press releases, conference call transcripts, equity analyst reports, news articles, SEC filings, daily prices and trading volume of Exxon stock, the performance of the overall stock market, and the performance of Exxon's industry sector, as well as other pertinent data and documents. I also read the Court's Memorandum Opinion and Order ("Memorandum Opinion and Order"), filed 21 August 2023.

5.    I examined and considered documents produced in this action, including the Expert Report of Frank C. Torchio, dated 21 December 2018 (the "Torchio Report"), and the Expert Report of Allen Ferrell, Ph.D., dated 1 February 2019 (the "Ferrell Report"). Exhibit-1 hereto lists the documents I considered in preparing this report and arriving at the opinions expressed herein.

---

[1] In its Memorandum Opinion and Order, dated 21 August 2023, p. 56, the Court modified the proposed class period to 24 February 2016 through 28 October 2016. This report accordingly defines "Class Period" to be 24 February 2016 to 28 October 2016.

**App. 872**

6.  For the analyses herein, I assumed Lead Plaintiff will be able to prove its factual allegations.[2] I also accepted the Court's determination that the market in which Exxon stock traded was proved to be efficient throughout the Class Period.

7.  This report presents my methodology, findings, and conclusions relating to loss causation and the quantification of per share damages based on the information presently available to me.

8.  I reserve the right to amend, refine, or supplement my analyses and opinions in the event that I become aware of additional information, evidence, arguments, or analyses that bear on my work in this matter.

## II.    CREDENTIALS

9.  I am an Associate Professor of Finance at Babson College, and the Founder and President of Crowninshield Financial Research, Inc., a financial economics consulting firm.

10. I hold a Ph.D. in Economics from Yale University, a Master of Philosophy degree in Economics from Yale University, a Master of Arts degree in Economics from Yale University, and a Bachelor of Arts degree in Economics from Pomona College. I also hold the Chartered Financial Analyst ("CFA") designation, granted by the CFA Institute.

11. At Babson College, I have taught undergraduate and MBA-level courses in Capital Markets, Investments, Equity Analysis, Fixed Income Analysis, Derivatives, Financial Management, Options and Futures, Risk Management, Quantitative Methods, and Security Valuation. I have also taught executive courses on investments and corporate financial management for numerous corporations. The other courses I have taught are listed in my curriculum vitae, which is attached as Exhibit-2.

12. I have held the Chair in Applied Investments at Babson College and served as the Director of the Stephen D. Cutler Investment Management Center, a research and education center dedicated to the study and teaching of investments and capital markets.

---

[2] Assuming the factual allegations is a generally accepted practice in loss causation and damages analysis. *See*, *e.g.*, "In almost all cases, the damages expert proceeds on the hypothesis that the defendant committed the harmful act and that the act was unlawful" ("Reference Guide on Estimation of Economic Damages," by Mark Allen et al., *Reference Manual on Scientific Evidence*, 3rd Edition, 2011, p. 432).

2

**App. 873**

13. Prior to joining the faculty at Babson College, I taught at Boston University. Preceding my academic posts, I was an Economist at the Federal Reserve Bank of Atlanta where my primary responsibilities were to monitor financial markets, analyze proposed regulation, and advise the Bank President in preparation for his participation in meetings of the Federal Open Market Committee – the government body responsible for monetary policy in the United States ("U.S.").

14. I have published in the field of finance. My finance articles have appeared in the *Atlanta Federal Reserve Bank Economic Review*, *Derivatives Quarterly*, *Derivatives Weekly*, *The Engineering Economist*, *The Journal of Risk*, *The American Bankruptcy Institute Journal*, *The Journal of Financial Planning*, *The Journal of Forensic Economics*, *Managerial Finance*, *Risk Management*, *Primus*, and *The Review of Quantitative Finance and Accounting*. I am the author of *Finance and Accounting for Project Management*, published by the American Management Association. I wrote two chapters in the book *The Portable MBA in Finance and Accounting* – one on corporate financial planning and the other on risk management. I have presented research at the annual conventions of the American Finance Association, the Academy of Financial Services, the Boston Area Finance Symposium, the Multinational Finance Society, the Financial Management Association, the Taxpayers Against Fraud Education Fund Conference, and the International Conference on Applied Business Research, and the National Association of Certified Valuators and Analysts (NACVA) Business Valuation and Financial Litigation Super Conference. Papers I co-authored have been presented at the Eastern Finance Association meetings and the Midwestern Finance Association meetings. A list of all the publications I authored in the past ten years can be found in my curriculum vitae, which is attached as Exhibit-2.

15. I have been selected to review papers for numerous finance journals and conferences. Specifically, I have reviewed finance textbook manuscripts for Prentice-Hall, Elsevier, Blackwell, and Southwestern Publishing. I have been quoted on matters relating to finance and investments in *The Wall Street Journal*, *The Washington Post*, *The New York Times*, *The Financial Times*, *The Boston Globe*, and *Bloomberg News*. Further, my research relating to financial analysis and valuation has been discussed in *The Wall Street Journal*, *Bond Buyer*, and *Grant's Municipal Bond Observer*.

**App. 874**

16. I am a member of the American Finance Association, the Financial Management Association, the National Association of Forensic Economics, the CFA Institute the CFA Society Boston, the North American Case Research Association, and NACVA. I have served as a member of the CFA Society Boston education committee and ethics subcommittee. I also served on the Fixed Income Specialization Examination Committee of the CFA Institute.

17. The CFA designation is the premier credential for financial analysts worldwide. In order to receive this credential, applicants must pass a series of three exams covering such topics as economics, equity analysis, financial valuation, business analysis, quantitative methods, investment analysis, portfolio management, risk management, financial accounting, and ethical and professional standards. For over ten years, I taught in the Boston University CFA Review Program and the CFA Society Boston Review Program – two of the leading review programs that prepared candidates for the CFA exams. In both of these programs, I taught candidates at the most advanced level of the CFA curriculum.

18. In addition to my teaching, research, and academic community responsibilities, I practice extensively as a financial consultant. My clients are primarily law firms that are prominent in securities litigation. Past clients also include the SEC, the Internal Revenue Service, the Attorney General of the State of Illinois, and the National Association of Securities Dealers. As an expert in financial economics, over more than 25 years, I have conducted analyses and presented opinions related to financial markets, valuation, and damages in more than 200 cases. Exhibit-3 lists my prior testimony over the past four years.

19. I am the sole owner of the consulting firm Crowninshield Financial Research, Inc., which receives compensation for the work performed by me and the staff who assist me. My firm is compensated at a rate of $995 per hour for my work and a range of lower rates for analysts and other personnel who assist me on this case. My compensation is not contingent on my findings or on the outcome of this matter.

### III.    CONCLUSIONS

20. The alleged misrepresentations and omissions caused the price of Exxon stock to be artificially inflated over the course of the Class Period. When events and announcements ultimately informed investors and the public that they had been misled, and provided to them the truth that had previously been concealed by the alleged misrepresentations and omissions,

4

**App. 875**

the artificial inflation dissipated, causing the price of Exxon stock to decline, thereby causing investors to sustain losses. The misrepresentations and omissions thus caused investors to suffer damages.

21. The corrective disclosures informed the market about i) the lack of profitability of the Company's bitumen operations at Kearl Lake ("Kearl") resulting in a removal of 3.6 billion barrels of proved reserves (approximately 14% of the Company's overall proved reserves), and ii) impairment of the Company's Rocky Mountain dry gas assets ("Rocky Mountain" or "RMDG"), requiring the Company to take a $2.0 billion charge against earnings.

22. These disclosures corrected the misinformation and artificial price inflation caused by the alleged misrepresentations and omissions, causing the price of Exxon stock to decline, in turn causing investors to sustain losses.

23. Given that Exxon stock traded in an efficient market, it follows that had the adverse facts that were concealed from the public been alternatively timely disclosed, the price of Exxon stock would not have been artificially inflated, but rather would have been priced significantly lower in the market during the Class Period.

24. These conclusions are based on fundamental principles of finance, analysis of Company statements, news articles, analyst reports, and event study analysis. Event study analysis, which considered potentially confounding information, proves that the alleged misrepresentations and omissions caused the price of Exxon stock to be artificially inflated, and that the corrective disclosures caused the price declines and investor losses.

25. Based on the analysis presented herein, it is my opinion that corrective disclosures caused $2.39 of the $2.43 residual price decline in Exxon stock on 28 October 2016, and $1.05 of the $1.23 residual price decline on 31 January 2017. I note that the stock price reaction on both days, measured close to close, was statistically significant at above the 95% confidence level.

26. Any investor who purchased Exxon stock during the Class Period when the prices of those shares were artificially inflated and held those shares beyond a corrective disclosure suffered a loss that was caused by the alleged misrepresentations and omissions.

27. Defendants' misrepresentations and omissions caused the market price of Exxon stock to be artificially inflated by $3.44 per share. The corrective disclosures dissipated this inflation, causing investors to suffer losses of up to $3.44 per share. A conservative estimate of Exxon

**App. 876**

damages range up to $3.44 per share, depending on the timing of the stock purchase and sale. The damage sustained by each respective investor depends on when the investor purchased and sold shares of Exxon stock.

28. Based on the financial analysis presented herein, I have determined that had Exxon's credit rating been "AA+" at the time of the March 2016 offering, rather than "AAA," Exxon would have had to offer a 0.13% increase in yield to receive the $12 billion in proceeds. The 0.13% increase in yield would have resulted in a total increase in interest expense of $831.95 million over the life of the notes.

## IV.    LEAD PLAINTIFF'S ALLEGATIONS

29. Lead Plaintiff alleges that, over the course of the Class Period, Defendants made materially false and misleading statements and omissions concerning the profitability and legitimate status as proved reserves of the Company's operations at Kearl and impairment of certain of its dry gas assets in the Rocky Mountains.[3] According to Lead Plaintiff, from the start of the Class Period, Defendants failed to disclose and properly account for losses that required reserve write-downs and/or impairment charges.[4] According to Lead Plaintiff, Defendants did so in order to preserve favorable terms in a $12.0 billion bond offering.[5]

30. Lead Plaintiff contends that by year-end 2015, operations at Kearl, which represented approximately 14% of Exxon's proved reserves portfolio, no longer legitimately qualified as a "proved"[6] reserve.[7] Additionally, Lead Plaintiff contends that a significant portion of the

---

[3] Complaint, ¶¶14, 169.

[4] Complaint, ¶¶15, 201.

[5] Complaint, ¶¶15, 201.

[6] "Proved oil and gas reserves are the estimated quantities of crude oil, natural gas, and natural gas liquids which geological and engineering data demonstrate with reasonable certainty to be recoverable in future years from known reservoirs under existing economic and operating conditions, i.e., prices and costs as of the date the estimate is made. Prices include consideration of changes in existing prices provided by contractual arrangements, but not on escalations based upon future conditions" (SEC Rule 4-10 (a) of Regulation S-X of the Securities Exchange Act of 1934 and https://www.sec.gov/divisions/corpfin/guidance/cfoilgasinterps.htm).

[7] Complaint, ¶14.

**App. 877**

Company's RMDG operations no longer justified their "carrying value"[8] on Exxon's financial statements and, as a result, the Company was required to record a significant asset impairment charge.[9] Defendants also allegedly concealed and omitted from its 2015 Form 10-K the operating losses at Kearl and the impairment of the Rocky Mountain assets.[10]

31.   Plaintiff alleges that Exxon misled the market regarding the profitability of Kearl by disclosing that its Canadian bitumen operations' average production price was well over $5 above the average production cost when in fact Kearl (which accounted for 75% of Exxon's Bitumen reserves) was not profitable, was suffering large losses for every barrel produced, and was increasing its share of the overall volume produced, and thus its losses could no longer be concealed by any profits obtained from Exxon's other Canadian bitumen operations at Cold Lake.[11]

32.   According to Lead Plaintiff, investors continued to be misled until the truth was disclosed on 28 October 2016 and 31 January 2017.[12]

- On 28 October 2016, Exxon announced its Q3 2016 earnings and disclosed that it "might be forced to de-book nearly 20% of its oil and gas reserves including 3.6 billion barrels of oil equivalents at Kearl" if energy prices did not improve and that the Company would be conducting an impairment assessment of its assets in the Rocky Mountain Region.[13]

---

[8] The "carrying amount" or "carrying value" is the original cost of an asset less the accumulated amount of any depreciation or amortization. As stated in Exxon's 2015 Form 10-K: "An asset group would be impaired if its undiscounted cash flows were less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value" (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 57).

[9] Complaint, ¶14.

[10] Complaint, ¶14.

[11] Complaint, ¶16.

[12] I understand that the Court found there was a lack of price impact evident in the 31 January 2017 alleged corrective disclosure: "The Court concludes that Defendants have rebutted the Basic presumption by a preponderance of the evidence by showing a lack of price impact with respect to the fourth quarter earnings release. The fourth quarter release is the only earnings release alleged to be a Corrective Disclosure that is not associated with a statistically significant negative price reaction on a close-to-open basis or even a close-to-close basis." (Memorandum Opinion and Order, p. 52). However, utilizing long-recognized econometric analysis, Exxon's stock price decline on 31 January 2017, measured from close of trading on 30 January 2017 to close of trading on 31 January 2017, was statistically significant at the 95% confidence level.

[13] Complaint, ¶437.

**App. 878**

- On 31 January 2017, Exxon disclosed a $2.0 billion impairment charge related to the Company's Rocky Mountain natural gas assets.[14]

33. The value a company ascribes to its assets in its accounting is a function of profitability and the cash flows the Company expects to be derived from the assets. Plaintiffs allege that by not de-booking and recognizing impairment in a timely manner the Company misled investors about the profitability of certain assets over the course of the Class Period. Ultimately, the de-booking and impairment revealed the truth to the market about the diminished profitability of certain Company assets. Even though de-booking and impairment are one-time nonrecurring adjustments they inform the marketplace of ongoing diminished profitability, and therefore according to economic principles have a large impact on valuation.

## V.    FACTUAL BACKGROUND

### A.    About Exxon

34. Exxon is a multinational oil and gas company engaged in the exploration, production, transportation, and sale of crude oil, natural gas, and petroleum products.[15]

35. Exxon's operations comprised three reportable business segments: Upstream, Downstream, and Chemical.[16] The Upstream segment composed the Company's exploration, development, and production of crude oil and included natural gas marketing and research.[17] The Downstream segment composed the Company's refining, logistics, and marketing operations.[18] The Chemical segment composed the Company's manufacturing and selling of petrochemical products.[19]

---

[14] Complaint, ¶¶446-448.

[15] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 1; and Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 1.

[16] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 97.

[17] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 42.

[18] "About 35 percent of the Corporation's intersegment sales represent Upstream production sold to the Downstream" (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, pp. 42-43, 56; and Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2017, filed 28 February 2018, pp. 43 and 54).

[19] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 25.

**App. 879**

36. Exxon's operating revenues in fiscal year ("FY") 2014, 2015, and 2016 were $394.1 billion, $259.5 billion, and $218.6 billion, respectively.[20] For FY 2014, 2015, and 2016, the Upstream segment generated 9.4% ($37.1 billion), 9.2% ($24.0 billion), and 9.2% ($20.2 billion) of Exxon's revenues, respectively.[21]

37. Exxon's total earnings in FY 2014, 2015, and 2016 were $32.5 billion, $16.2 billion, and $7.8 billion, respectively.[22] For FY 2014, 2015, and 2016, the Upstream segment earnings generated 84.6% ($27.5 billion), 43.8% ($7.1 billion), and 2.5% ($196 million) of Exxon's earnings, respectively.[23]

### B. About Exxon's Oil and Gas Reserves

#### 1. Estimating Exxon's Oil and Gas Reserves

38. Companies engaged in exploration and production ("E&P") are required to classify oil and gas reservoirs as "proved" or "unproved" reserves.[24] The SEC requires publicly traded companies engaged in E&P to report in annual filings an estimate of proved reserves.[25] The SEC defines proved oil and gas reserves as "those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible."[26] To qualify as proved, a reserves' actual or expected cost of extraction must be less than the 12-month historical average of first-of-the-month oil or gas prices.[27] If the cost of extraction exceeds the 12-month average price of oil or gas, these proved reserves would be reclassified as unproved reserves, or "de-booked."[28]

---

[20] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 98.

[21] Computations performed by Crowninshield Financial Research, Inc. (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 98).

[22] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 36.

[23] Computations performed by Crowninshield Financial Research, Inc. (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 36).

[24] SEC Regulation S-X Rule 4-10(a)(22)(v).

[25] SEC Modernization of Oil and Gas Reporting Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08.

[26] SEC Modernization of Oil and Gas Reporting Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08, p.11.

[27] SEC Modernization of Oil and Gas Reporting Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08.

[28] "These Giants Bet on the Oilsands, but Now They're Cashing Out," by Carl Meyer, *Canada's National Observer: Climate News*, 16 March 2017.

**App. 880**

39.     Analysts and investors examine proved oil and gas reserves to determine future oil and gas production, profitability, and cost of extraction.[29]

40.     As of year-end 2015, Exxon reported that it had 24.8 billion oil-equivalent barrels of proved reserves.[30]

41.     Exxon's upstream bitumen[31] projects consisted primarily of its operations at Kearl and Cold Lake in Alberta, Canada (collectively referred herein as the "Canadian Bitumen Operations").[32] The Kearl operation is an open-pit mine, part of a joint venture between the Company's majority-owned subsidiary Imperial Oil Limited ("Imperial") and its 100% owned subsidiary ExxonMobil Canada.[33]

42.     As of year-end 2015, dry natural gas comprised approximately 41% of Exxon's reported proved reserves.[34] In 2010, Exxon acquired over 45 trillion cubic feet of gas resources, including shale gas, tight gas, coal bed methane, and shale oil, through its purchase of XTO

---

[29] "Valuation of Proved vs. Probable Oil and Gas Reserves," by Bård Misund & Petter Osmundsen, *Cogent Economics & Finance*, 2017, Vol. 5, No. 1, DOI: 10.1080/23322039.2017.1385443, p. 1 and 3. ("A source of confusion for investors in oil companies, is that reserves quantities and values are uncertain estimates. Reserves are typically classified according to probabilities of recovery from underground reservoirs. All US-listed companies are required to disclose proved reserves but not probable reserves, thus leaving out potentially important information for investors and financial analysts … . Only the recoverable amounts can be monetized to future cash flows and therefore considered as inventory").

[30] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, pp. 5 and 45. A barrel of oil equivalent (BOE) is "a unit of measure for energy content that equates one barrel of crude oil to 6000 cubic feet of natural gas or 1.5 barrels of natural gas liquids." *Dictionary of Energy*, by Cutler Cleveland and Christopher Morris, Elsevier, 2nd Edition, 2015, p. 45.

[31] Bitumen is a thick oil that is found mixed with sand, clay, and water – collectively, known as oil sands deposits. ("What are Oil Sands?" *Canadian Association of Petroleum Producers*, 2024, accessible at https://www.capp.ca/en/oil-natural-gas-you/oil-natural-gas-canada/oil-sands/).

[32] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2017, filed 28 February 2018, pp. 7-8; Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 8; and "Exxon Mobil Announces Cold Lake Project Expansion Starts Production on Schedule," *Business Wire*, Company press release, 11 May 2015.

[33] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p.13; and "Exxon's Kearl Expansion Startup To Boost Its Upstream Production and Profitability," Trefis, analyst report, 22 June 2015, p. 1 ("The Kearl Oil Sands project, located 70 kilometers north of Fort McMurray, is a joint venture between Imperial Oil, which holds a 70.96% stake in the project, and Exxon Mobil Canada, a wholly owned subsidiary of Exxon Mobil, that holds the remaining 29%. Since Exxon also holds a majority (69.6%) stake in Imperial Oil, its net share of diluted bitumen from the Kearl project stands at over 78%. The project has an estimated 4.6 billion barrels of recoverable bitumen resource, and is expected to remain in production for as much as 40 years").

[34] Computations performed by Crowninshield Financial Research. Gas is converted to an oil-equivalent basis at six million cubic feet per one thousand barrels. Exxon reports natural gas liquids separately from (dry) natural gas. Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, pp. 5 and 45.

**App. 881**

Energy, Inc. ("XTO").[35] This acquisition made Exxon the largest domestic natural gas producer in the U.S.[36] As of year-end 2015, Exxon held natural gas resources in the U.S. and abroad, including nearly 1.7 million acres of land for dry gas production in the U.S. Rocky Mountain region, comprising Exxon's Rocky Mountain operations.[37]

### 2.    Valuing Exxon's Oil and Gas Reserves

43.    While oil and natural gas reserves are considered the primary productive asset for an oil and gas company, reserves are not independently presented on the balance sheet as an asset.[38] Nonetheless, the Financial Accounting Standards Board ("FASB") mandates companies engaging in E&P to track the value of their oil and gas assets (i.e., properties with reserves), either every reporting period, or following a determination by management depending on the type of accounting they used (i.e., either "successful efforts" or "full cost" accounting).[39,40] Using either method companies are required to report carrying values of the properties with oil or gas reserves on the balance sheet and evaluate the fair value of their oil and gas reserves relative to their carrying values. If the fair value of the properties with oil or gas reserves

---

[35] "Exxon Mobil Corporation; Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," *Energy Weekly News*, 1 January 2010.

[36] "Exxon Bets Big on Gas With Deal For XTO," by Russell Gold, *The Wall Street Journal*, 15 December 2009 12:32PM; "Our History," *XTO Energy*, https://www.xtoenergy.com/company/who-we-are/our-history; *Energy Finance and Economics: Analysis and Valuation, Risk Management, and the Future of Energy*, by Betty Simkins and Russell Simkins, John Wiley & Sons, Inc., 2013, p. 496; Complaint, ¶120.

[37] *S&P Capital IQ*; Complaint, ¶120; Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 5.

[38] *Fundamentals of Oil and Gas Accounting*, by Charlotte Wright, PennWell Corporation, 6th Edition, 2017, p. 77.

[39] Deloitte, *Oil & Gas Spotlight Impairment and Valuation Considerations Related to Oil and Gas Assets*, Issue 4, January 2014.

[40] Exxon followed the successful-efforts method. Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2017, filed 28 February 2018, p. 69; and Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 71.

**App. 882**

falls below the reported carrying value, companies are required to record an impairment as a charge against earnings.[41,42]

44. Exxon reported net capitalized costs for producing assets of $83.4 billion in the U.S. and $36.1 billion in Canada/South America as of 31 December 2015, and $76.6 billion in the U.S. and $37.0 billion in Canada/South America as of 31 December 2016.[43]

### C.    Timeline of Events

45. A review of the following events provides context for understanding Lead Plaintiff's allegations and the Company's experience during the Class Period.

> 1.    <u>Pre-Class Period Events: Oil and Natural Gas Prices Decline in 2014 and 2015 – Exxon Does Not Revise Reserves</u>

46. In 2015, leading up to the start of the Class Period, oil and natural gas prices declined. The price of West Texas Intermediate ("WTI"), a benchmark for U.S. oil, reached $107.95 per barrel in 2014 then fell 65% to $37.13 per barrel by the end of 2015. The price fell further to $30.35 by 24 February 2016, the start of the Class Period.[44] Spot prices of Western Canada

---

[41] An asset's carrying value refers to the historical cost of the asset less depreciation or amortization. Exxon reports that "the Corporation's accounting and financial reporting fairly reflect its straightforward business model involving the extracting, refining and marketing of hydrocarbons and hydrocarbon-based products. The preparation of financial statements in conformity with U.S. Generally Accepted Accounting Principles (GAAP) requires management to make estimates and judgments that affect the reported amounts of assets, liabilities, revenues and expenses and the disclosure of contingent assets and liabilities." (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 56).

[42] Exxon states that "An asset group is impaired if its undiscounted cash flows are less than the asset's carrying value. Impairments are measured by the amount by which the carrying value exceeds fair value. Fair value is based on market prices if an active market exits for the asset group, or discounted cash flows using a discount rate commensurate with the risk." (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 59). As reported by Exxon in its 2016 Form 10-K: "The impairment charge is recognized in the line 'Depreciation and depletion' on the Consolidated Statement of Income and recorded in 'Accumulated depreciation and depletion.'" (Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p. 79).

[43] Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2016, filed 22 February 2017, p 106; and Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 101.

[44] U.S. Energy Information Administration, "Petroleum & Other Liquids: Cushing, OK WTI Spot Price FOB."

**App. 883**

Select ("WCS") and Louisiana Henry Hub ("Henry Hub"), benchmarks for Alberta bitumen production and natural gas, respectively, followed similar paths.[45]

47.    Figure-1 below shows the decline of oil and natural gas prices before and during the Class Period, and the price rebound after the Class Period.

**Figure-1: WTI, WCS, and Henry Hub Spot Oil Prices, 31 December 2014 - 31 January 2017[46]**



[45] "Let's talk royalties: not all oil is equal: explaining price differences," Government of Alberta, 1 October 2015, available at https://open.alberta.ca/publications/let-s-talk-royalties-not-all-oil-is-equal-explaining-price-differences. Lighter oils generally receive higher prices than heavier oils because they are easier and cheaper to process in refineries. The oil in WCS is much heavier than WTI and is priced at a discount.

[46] Daily West Texas Intermediate and Henry Hub prices obtained from U.S. Energy Information Administration. Monthly Western Canadian Select prices obtained from Alberta Energy.

**App. 884**

48. Due to the protracted decline in oil and natural gas prices, many of Exxon's peers began de-booking reserves and recognized impairments of underperforming assets. For example, between 2014 and 2016, Chevron Corporation ("Chevron"), Royal Dutch Shell PLC ("Shell"), Total S.A., and BP Plc ("BP") recorded over $50 billion in write-downs and impairments of their global reserves.[47] Citing declining commodity prices in 2015, *The Wall Street Journal* reported that "U.S. oil-and-gas producers have written down the value of their drilling fields by more in 2015 than any full year in history."[48] *The Wall Street Journal* reported that in the first six months of 2015, 66 E&P companies had taken $59.8 billion in impairment charges, exceeding the previous high of $49 billion in 2008.[49]

49. Exxon did not take any impairments while prices declined from December 2014 to the start of the Class Period, with CEO Rex Tillerson assuring the market that "We don't do write-downs. If you look at our history, we do not write our investments down."[50]

a.    *12 February 2015: Total S.A. Announces Impairment of Canadian Oil Sands Assets*

50. On 12 February 2015, Total S.A., a global integrated oil and gas company, announced a $6.5 billion impairment of its Canadian oil sands assets.[51]

b.    *24 September 2015: Standard & Poor's Revises Its Crude Oil And Natural Gas Price Assumptions Lower*

51. On 24 September 2015, credit rating agency Standard & Poor's ("S&P") lowered its price assumptions for crude emollient and natural gas, reflecting "a shift in the near-term futures

---

[47] "Write-Downs Abound for Oil Producers," by Ryan Dezember, *The Wall Street Journal*, 13 September 2015.

[48] "Write-Downs Abound for Oil Producers," by Ryan Dezember, *The Wall Street Journal*, 13 September 2015.

[49] "Write-Downs Abound for Oil Producers," by Ryan Dezember, *The Wall Street Journal*, 13 September 2015; and "Impairment charges at record levels for North American E&P peer group (IHS Herold)," by Paul O'Donnell, *S&P Global*, 1 September 2015, accessible at https://www.spglobal.com/commodityinsights/en/ci/research-analysis/impairment-charges-at-record-levels-for-north-american-ep-peer-group-ihs-herold.html.

[50] Complaint, ¶90 (citing Energy Intelligence, "Q&A: Exxon's Tillerson Weighs In on M&A, Investing Through the Cycle," 9 September 2015).

[51] "Total takes $6.5 Bln Impairment in Q4 as Profits Fall," *Reuters*, 12 February 2015 2:11 AM; and "France's Total Plans to Cut Jobs, Sell Assets After Big Loss," by Inti Landauro and Selina Williams, *The Wall Street Journal*, 12 February 2015.

**App. 885**

price curves." S&P apprised that it planned "to review the exploration and production (E&P) issuers that we rate under these new assumptions."[52]

> c.    *6 October 2015: S&P Revises Its Outlook for Exxon from Stable to Negative*

52.    On 6 October 2015, S&P revised its credit rating outlook for Exxon from stable to negative. The agency explained, "The negative outlook reflects Standard & Poor's Ratings Services' expectation that projected credit measures for Exxon Mobil Corp. will be weak for the ratings over the next two years." S&P warned that they "would consider a downgrade" if the Company's credit measures were not to improve. "Lack of improvement could result from lower oil and natural gas prices, weaker production, or operating underperformance by the upstream or downstream business segments compared with our base case. In our view, the company's greatest business challenge is replacing its ongoing production and it has a very successful track record in this endeavor … . The long life (about 16 years) of Exxon Mobil's reserves also mitigates depletion risk."[53]

> d.    *27 October 2015: Shell Abandons the Carmon Creek Bitumen Project, Incurring a $2.0 Billion Impairment Charge*

53.    On 27 October 2015, Shell announced that it was abandoning the Carmon Creek project, a large bitumen project in western Canada, and would take a $2.0 billion impairment.[54] The Carmon Creek project, like Exxon's Kearl operation, was an oil sands operation in Alberta, Canada.[55]

---

[52] "Standard & Poor's Revises Its Crude Oil And Natural Gas Price Assumptions," *S&P Global Ratings*, Ratings Direct, 24 September 2015.

[53] "Summary: Exxon Mobil Corp.," by Ben Tsocanos and Christine Besset, S&P Global Ratings, RatingsDirect, 6 October 2015.

[54] "Royal Dutch Shell to Abandon Carmon Creek Oil-Sands Project," by Chester Dawson, *The Wall Street Journal*, 27 October 2015.

[55] "Royal Dutch Shell to Abandon Carmon Creek Oil-Sands Project," by Chester Dawson, *The Wall Street Journal*, 27 October 2015.

**App. 886**

54. At that time, news media reported that the fall in oil prices had led many companies to delay or cancel oil sands projects:

> "New projects in the oil sands are among the world's most expensive sources of crude, and the region has been hit hard by the slump in prices that began in the summer of 2014. Companies announced 16 delays or cancellations of oil sands projects between January and July this year, according to Peter Tertzakian of ARC Financial."
> **"Shell Takes $2bn Charge on Canada Oil Sands Project," by Ed Crooks, *Financial Times*, 27 October 2015.**

        *e.      29 October 2015: Anadarko Petroleum Announces Impairment of Proved and Unproved Reserves*

55. On 27 October 2015, Anadarko Petroleum ("Anadarko") announced it was recognizing impairments of its proved and unproved oil and natural gas reserves.[56] Anadarko recognized total impairments of $5.1 billion in 2015.[57] Of this amount, $1.2 billion was related to unproved properties.[58] Of the total impairment charge recognized in 2015, $1.04 billion was for midstream oil and natural gas operations and properties in the Rockies.[59]

        *f.      30 October 2015: Exxon Announces Quarterly Earnings*

56. On 30 October 2015, a few days after Shell's announced impairment of a similar oil sands field, Exxon announced Q3 2015 financial results and held a conference call with analysts.[60]

---

[56] Anadarko Petroleum Corporation, Form 10-Q for the fiscal quarter ended 30 September 2015, filed 27 October 2015, p. 9; "Facing Adversity, Anadarko Seeks to Preserve Value," by Casey Sattler, *The Oil Daily*, 29 October 2015.

[57] Anadarko Petroleum Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 17 February 2016, p. 54.

[58] Anadarko Petroleum Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 17 February 2016, p. 63.

[59] Anadarko Petroleum Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 17 February 2016, p. 65.

[60] "Exxon Mobil Earns $4.2 Billion in Third Quarter of 2015," *Business Wire*, 30 October 2015 8:00 AM.

**App. 887**

During the conference call, analysts questioned if Exxon would see any upcoming impairments.[61]

> g.   *5 November 2015: Breitburn Energy Partners LP*
> *Announces Impairment Charges on Oil and Gas*
> *Assets in Colorado and Wyoming*

57.   On 5 November 2015, Breitburn Energy Partners, which had oil and gas assets located in Wyoming and Colorado during the Class Period, announced an impairment charge of $1.4 billion of long-lived assets caused primarily by the decrease in oil and gas prices.[62] Breitburn would eventually record a total impairment charge of $2.4 billion for FY 2015, of its oil and gas assets, of which $147.9 million was related to assets in the Rocky Mountains.[63]

> h.   *2 February 2016: Exxon Announces Quarterly*
> *Earnings – Credit Rating Actions*

58.   On 2 February 2016, the Company announced Q4 and FY 2015 financial results and held a conference call with analysts.[64] During the conference call, analysts asked the Company about its outlook for Kearl. Exxon's Vice President of Investor Relations Jeff Woodbury ("VP Woodbury") assured analysts that while profitability was compressed given current commodity prices, Exxon's team in Canada was doing a great job lowering costs.

> "[Sam Margolin – Cowen:] In the press release you called out some of the project startups and what seemed like a net overall favorable mix effect on income. I think that maybe Western Canada is included in the startups, but not maybe a contributor to mixed income enhancements. Can you talk about Western Canada, the heavy levels of pressure we're seeing on heavy oil out there and maybe frame an outlook for us?

---

[61] "Q3 2015 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 30 October 2015, 9:30 AM, p. 14.

[62] "Breitburn Energy Partners Reports Third Quarter 2015 Results," *Business Wire*, 5 November 2015 6:00 AM; and Breitburn Energy Partners LP, Form 10-Q for the quarterly period ended 30 September 2015, filed 5 November 2015, p. 3.

[63] Breitburn Energy Partners LP, Form 10-K for the fiscal year ended 31 December 2015, filed 26 February 2016, p. 69.

[64] "Exxon Mobil Earns $16.2 Billion in 2015; $2.8 Billion During Fourth Quarter," *Business Wire*, 2 February 2016 8:00 AM.

**App. 888**

[VP Woodbury:] Yes, sure. I mean, no doubt profitability is compressed in this price environment. As I have said before, we remain very focused on the fundamentals, and I tell you that the team there in Canada have done just an exceptional job in driving the cost structure down and enhancing reliability. We are not by any means where we want to be. In fact, I would tell you that we're never satisfied with the status quo. We will continue to work that, recognizing that we feel very good about the resource potential, not only in Kearl, but in Western Canada and in our portfolio. We think that over the long-term the asset's going to be high value that focuses around maintaining cash profit and maximizing long-term value in the asset."
**"Q4 2015 Exxon Mobil Corp Earnings Call,"** *Thomson Reuters*, **conference call, 2 February 2016 9:30 AM, p. 8.**

59.    On 2 February 2016, S&P placed Exxon's long-term corporate credit rating on CreditWatch with negative implications.[65] S&P stated that the "placement reflects the expectation that credit measures will be weak for the ratings through 2018 under our price assumptions."[66] At the same time, S&P also "cut the ratings of 10 U.S. oil and gas exploration and production companies, citing the sharp drop in crude oil prices."[67]

2.    24 February 2016: Exxon Files Form 10-K for FY 2015

60.    On 24 February 2016, after the close of trading, the Company filed its FY 2015 Form 10-K with the SEC.[68] The filing provided a "Summary of Oil and Gas Reserves at Year-End 2015."[69] The Company reported that as of 31 December 2015, total proved reserves were 24,759 million oil-equivalent barrels (or 24.8 billion oil-equivalent barrels ("GOEB")).[70] Of the reported total proved reserves, 17.9 GOEB were declared to be developed proved

---

[65] "Rating Actions Taken On 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions," by Thomas Watters and Ben Tsocanos, *Standard & Poor's*, 2 February 2016.

[66] "Rating Actions Taken On 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions," by Thomas Watters and Ben Tsocanos, *Standard & Poor's*, 2 February 2016.

[67] "S&P Cuts Ratings of 10 U.S. Oil Companies," by Maria Armental, *The Wall Street Journal*, 2 February 2016.

[68] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, accepted 4:09 PM.

[69] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 5.

[70] According to the Company "gas is converted to an oil- equivalent basis at six million cubic feet per one thousand barrels." (Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 5).

**App. 889**

reserves.[71] The Company reported that bitumen from Canada made up 4,108 million barrels ("M/bbls"), or 22.9% of the Company's total developed proved reserves.[72]

61.    In its Form 10-K, the Company explained that its development activities during FY 2015 caused the transfer of 2.7 GOEB from proved undeveloped reserves as of the end of FY 2014 to proved developed reserves.[73] The largest transfers were related to the Kearl Expansion project which produced bitumen.

> "At year-end 2015, approximately 6.8 billion oil-equivalent barrels (GOEB) of ExxonMobil's proved reserves were classified as proved undeveloped. This represents 27 percent of the 24.8 GOEB reported in proved reserves. This compares to the 8.8 GOEB of proved undeveloped reserves reported at the end of 2014. During the year, ExxonMobil conducted development activities in over 100 fields that resulted in the transfer of approximately 2.7 GOEB from proved undeveloped to proved developed reserves by year-end. **The largest transfers were related to Kearl Expansion project start-up and drilling activity in the United States**. Mainly due to low prices during 2015, the Corporation reclassified approximately 1 GOEB of proved undeveloped reserves, primarily natural gas reserves in the United States, which no longer meet the SEC definition of proved reserves."
> **Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 7 (emphasis added).**

62.    The Company presented detailed data on average production prices and average production costs for each geographic area.[74] For FY 2015, the reported average production price per barrel of bitumen was $25.07.[75] The reported average production cost per barrel of bitumen was $19.20, indicating an average profit per barrel of bitumen production of approximately $5.87 (equal to the difference between the $25.07 average production price and the $19.20 average production cost per barrel).[76]

---

[71] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 5.

[72] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 5.

[73] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 7.

[74] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 9.

[75] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 9.

[76] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 9.

**App. 890**

63.  In the section of the Form 10-K titled "Market Risks, Inflation and Other Uncertainties,"[77] Exxon discussed the potential impact of fluctuating oil and gas prices and assured the market that:

> "The Corporation has an active asset management program in which underperforming assets are either improved to acceptable levels or considered for divestment. The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives. The result is an efficient capital base, and the Corporation has seldom had to write down the carrying value of assets, even during periods of low commodity prices."
> **Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 55.**

64.  Unbeknownst to investors, Kearl, which roughly accounted for 75% of Exxon's Canadian bitumen reserves, was operating at a loss per barrel produced.[78] According to an analysis prepared for a meeting with CEO Tillerson, in 2015 Kearl was losing hundreds of millions of dollars.[79] In a December 2015 internal Company presentation titled "Americas F&O – Delivering the Plan," Kearl was reportedly losing $6.64 per barrel sold in December 2015 and YTD Kearl had lost $7.34 per barrel sold.[80]

65.  The Company reported an average production cost per barrel of bitumen of $19.20 and price per barrel of bitumen of $25.07, which indicated an average implied profit per barrel of bitumen production of approximately $5.87. Plaintiffs allege that the implied profit of $5.87 per barrel was misleading as it failed to reveal to investors the inferior cost structure of Kearl, and the fact that in FY 2015 the Company was losing $7.34 per barrel of bitumen from Kearl. Ultimately, the de-booking revealed the truth to the market about the diminished profitability of Kearl. Even though the de-booking is a one-time nonrecurring adjustment it informed the

---

[77] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 54.

[78] Deposition of Vincent L. Prestipino, dated 11 September 2024, at 112:10-15, 126:15-23, and 184:23-185:4; and Complaint, ¶97.

[79] Internal Company Email, "RE: PROP:December Kearl Information," 23 January 2016, Prestipino Exhibit 19 [EMC_RAMIREZ_000009451-6 at 5]; and "Financial & Operating Review December 2015," internal Company presentation, December 2015, Prestipino Exhibit 18 [EMC_RAMIREZ_000008874-909, at 902].

[80] "Americas F&O - Delivering the Plan," internal Company presentation, December 2015, Prestipino Exhibit 9 [EMC_RAMIREZ 000008612-69 at 33]; Deposition of Vincent L. Prestipino, dated 11 September 2024, at 105:2-11; and 108:2-112:15.

**App. 891**

marketplace of ongoing diminished profitability, and therefore according to economic principles has a large impact on valuation.

### 3. 2 March 2016: Exxon Holds Its Annual Analyst Meeting and Completes A $12.0 Billion Debt Offering

66. On 2 March 2016, the Company held its 2016 analyst meeting in New York.[81] CEO Tillerson touted the Company's operation and capital efficiency, and the quality of Exxon's portfolio.[82] CEO Tillerson also highlighted the strength of Exxon's North American assets.

> "Sustained leadership and capital efficiency reflects our commitment to a disciplined investment approach, effective project management and innovative technologies to grow a well-balanced portfolio. Our efficient asset base, enhanced by new investments, positions the Corporation for long-term performance across a broad range of conditions. ***The quality of ExxonMobil's portfolio is also evident relative to significant recent asset impairments by our competitor group. Not shown are North American pure play E&P companies, which, if you look at the last couple of years, took impairments of over $120 billion; and if you look at the last eight years, took impairments of over $200 billion. Now, while these impairments will improve competitor return on capital employed performance in the future years, they represent a significant destruction of shareholder assets***. Our investment discipline delivers industry-leading returns and a portfolio that is durable across a wide range of commodity prices. Effective project execution provides the lowest installed capital cost, which, along with optimized operations, creates a long-term value that simply outpaces our competitors."
> **"Exxon Mobil Corp Analyst Meeting,"** *Thomson Reuters*, **conference call transcript, 2 March 2016 9:00 AM, p. 7 (emphasis added).**

67. On 2 March 2016, after the close of trading, Exxon filed a prospectus supplement for an eight-tranche, $12 billion debt offering, which received a AAA rating from S&P.[83] The $12 billion debt offering represented the Company's largest bond sale on record.[84] The offering comprised six fixed-rate notes and two floating-rate notes of varying maturities, coupon

---

[81] "Exxon Mobil Corp Analyst Meeting," *Thomson Reuters*, conference call transcript, 2 March 2016 9:00 AM.

[82] "Exxon Mobil Corp Analyst Meeting," *Thomson Reuters*, conference call transcript, 2 March 2016 9:00 AM, p. 7.

[83] Exxon Mobil Corporation, Form 424B2, filed 2 March 2016; and "After a Half-Century at AAA, Exxon Gets Downgraded -- Market Talk," *Dow Jones Newswires*, 26 April 2016.

[84] "Exxon Sells $12 Billion in Bonds to Build War Chest," by Aleksandra Gjorgievska, *Bloomberg*, 1 March 2016.

**App. 892**

rates, and face values (collectively, "Exxon Notes"). Table-1 presents the Exxon Notes and their terms.

**Table-1: Exxon Notes Issued 2 March 2016[85]**

| | Interest Rate | Maturity | Years to Maturity | Amount |
|---|---|---|---|---|
| [1] | 1.439% | 1-Mar-2018 | 2 | $1,000,000,000 |
| [2] | 1.708% | 1-Mar-2019 | 3 | $1,250,000,000 |
| [3] | 2.222% | 1-Mar-2021 | 5 | $2,500,000,000 |
| [4] | 2.726% | 1-Mar-2023 | 7 | $1,250,000,000 |
| [5] | 3.043% | 1-Mar-2026 | 10 | $2,500,000,000 |
| [6] | 4.114% | 1-Mar-2046 | 30 | $2,500,000,000 |
| [7] | 3mo Libor + 0.600% | 28-Feb-2018 | 2 | $750,000,000 |
| [8] | 3mo Libor + 0.780% | 1-Mar-2019 | 3 | $250,000,000 |
| [9] | | | | $12,000,000,000 |

4.   26-27 April 2016: S&P Downgrades Exxon's Credit Rating; Company Increases Dividend

68.   On 26 April 2016, less than two months after Exxon's biggest debt offering ever, S&P downgraded Exxon's credit rating to AA+ from AAA.[86] S&P also lowered the credit rating associated with Exxon's unsecured debt to AA+ from AAA.[87] In its announcement, S&P stated:

> "We forecast that Exxon Mobil's credit measures, including free operating cash flow (FOCF) to debt and discretionary cash flow (DCF) to debt, will remain below expectations for the 'AAA' rating through 2018. … The company's debt level has more than doubled in recent years, reflecting high capital spending on major projects in a high commodity price environment and dividends and share repurchases that substantially exceeded internally generated cash flow."

[85] Exxon Mobil Corporation, Form 424B2, filed 2 March 2016.

[86] "S&P Lowers Exxon Mobil Ratings To 'AA+'; Outlook Stable," *Dow Jones Newswires*, 26 April 2016.

[87] "Exxon Mobil Corp. Corporate Credit Rating Lowered to 'AA+' from 'AAA'; Outlook Stable," by Ben Tsocanos and Christine Besset, *S&P RatingsDirect*, 26 April 2016.

**App. 893**

**"Exxon Mobil Corp. Corporate Credit Rating Lowered to 'AA+' from 'AAA'; Outlook Stable," by Ben B Tsocanos and Christine Besset, S&P RatingsDirect, 26 April 2016.**

69.   The next day, 27 April 2016, the Company announced it would increase its dividend by 3.00%.[88] It was the 34th straight year which the Company increased its dividend.[89]

70.   According to its recently filed Form 10-K annual report, Exxon's FY 2015 cash flow from operations after investing activities was $6.52 billion.[90] This amount was less than the $12.1 billion the Company would need to pay for the annualized declared dividend. Exxon's cash flow from operations would be solely insufficient to service the declared dividend. Without the cash flows from the March 2016 Note offering, Exxon would not have been able to increase its dividend, and it likely would have had to delay or reduce its previously declared dividend payments. A dividend reduction would have caused Exxon to lose its vaunted "Dividend Aristocrat" title, a status bestowed only on a highly exclusive list of companies that had raised their dividend for 25 consecutive years.[91]

### 5.   29 April 2016: Exxon Announces Q1 2016 Financial Results

71.   On 29 April 2016, before the market opened, the Company announced quarterly earnings and held a conference call with investors.[92] For the quarter, the Company reported net income of $1.8 billion, or EPS of $0.43 per share, a year-over-year decline of 63.0%.[93] The Company attributed the decline in earnings to "sharply lower commodity prices and weaker refining margins" which "were partly offset by strong Chemical results."[94]

---

[88] "A Day After Credit Downgrade by S&P, Exxon Hikes Dividend," *Associated Press*, 27 April 2016 2:40 PM.

[89] "A Day After Credit Downgrade by S&P, Exxon Hikes Dividend," *Associated Press*, 27 April 2016 2:40 PM.

[90] Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016, p. 49.

[91] "Dividend Aristocrats," *Nasdaq*, available at https://www.nasdaq.com/stocks/investing-lists/dividend-aristocrats, last accessed 26 September 2024.

[92] "Exxon Mobil Earns $1.8 Billion in First Quarter of 2016," *Business Wire*, Company press release, 29 April 2016 8:00 AM; and "Q1 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 29 April 2016 9:30 AM.

[93] "Exxon Mobil Earns $1.8 Billion in First Quarter of 2016," *Business Wire*, Company press release, 29 April 2016 8:00 AM.

[94] "Exxon Mobil Earns $1.8 Billion in First Quarter of 2016," *Business Wire*, Company press release, 29 April 2016 8:00 AM.

**App. 894**

72. During the earnings conference call, Wolfe Research analyst Paul Sankey asked about the loses in the Company's U.S. Upstream business. VP Woodbury assured analysts that the Company had durable assets that were profitable in low price environments.

> "[Paul Sankey – Wolfe Research:] Okay, Jeff, because of time constraints, I'll just jump into the other one. You again, mentioned return on capital employed. **I really struggle with you losing money in the upstream on an earnings basis, particularly in the US, and how you reconcile that with the measure of the return on capital employed**. Typically we don't look at that, we look at the cash flow measure. Can you help us with the DD&A upstream particularly in the US so we can get to the cash returns that you're making as opposed to these losses upstream.
>
> [VP Woodbury:] We've got a very strong portfolio in the upstream, and remember that we invest with a long-term view that's informed by our long-term energy demand outlook. All of our assets were managed to maximize returns through the life cycle with the objective of maintaining positive cash flow in low price environments. We'll continue to focus on those things that we control, cost, reliability, operational integrity. **Importantly, we'll invest in attractive opportunities throughout the cycle that further enhance the asset profitability, and we see significant value in our assets, so, yes, there is a low price. We're in a low price period like we've been in the past. As I've said we've really designed these assets to be very durable during a low price environment**. They continued to generate – our producing assets continue to generate cash flow, and over the long-term we will continue to demonstrate, industry leading returns on capital employed." **"Q1 2016 Exxon Mobil Corp Earnings Call,"** *Thomson Reuters*, **conference call transcript, 29 April 2016 9:30 AM, p. 17 (emphasis added).**

### 6. 29 July 2016: Exxon Announces Q2 2016 Financial Results

73. On 29 July 2016, before the market opened, the Company announced quarterly earnings and held a conference call with investors.[95] For the quarter, the Company reported net income of $1.7 billion, or EPS of $0.41, a year-over-year decline of 59.0%.[96]

---

[95] "Exxon Mobil Earns $1.7 Billion in Second Quarter of 2016," *Business Wire*, Company press release, 29 July 2016 8:00 AM; and "Q2 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters,* conference call transcript, 29 July 2016 9:30 AM.

[96] "Exxon Mobil Earns $1.7 Billion in Second Quarter of 2016," *Business Wire*, Company press release, 29 July 2016 8:00 AM.

**App. 895**

74. Analysts updated their price targets following the Company's quarterly earnings release.

"Similar to Big Oil peers but unique for XOM, 2Q was a sizeable miss on EPS and FCF, leading to a down day (-1.4%) in an up energy tape (XLE + 1%). Incremental color on the call suggested several one-time variables were at play in the miss, though a full quantification was not provided. Capex continued its below guidance vector in 2Q; and, we are lowering our full year outlook again as a result. We have updated our model for the 2Q miss and lowered our Dec-16 price target to $92/share (from $95/share) and remain Neutral."
**"Atypically Large Miss, Lowering Estimates/PT," by Phil Gresh et al., JP Morgan, analyst report, 29 July 2016, p. 1.**

"Key takeaways from 2Q16 results and the conference call: 1) reiterated 2016 capex guidance of $23.2bn (down 25% YoY) but inferred spending would likely come in below budget due to market savings, efficiency gains, & commencing projects on time & on budget; 2) made no change to its 2016 production growth range of ~4.0-4.2 MMBoed (flat YoY); 3) initial seismic images of Skipjack point to comparable resource potential as its Liza discovery (0.8-1.4 BBoe) offshore Guyana; 4) noted there is a 'strong case' that the gas from the recent InterOil acquisition in Papua New Guinea will ultimately go to its existing facility at PNG LNG (rather than a separate LNG project); & 5) we lowered 2016-17E EPS from $2.79/$3.77 to $2.38/$3.59 on lower Upstream earnings for 2016 & Downstream earnings for 2017. Volumes slipped 0.6% YoY, below expectations 2Q upstream production slipped 0.6% YoY to 3.957 MMBoed, below consensus & UBSe of ~4.07 MMBoed & ~4.02 MMBoed, respectively. Notably, worldwide liquids volumes rose 2% YoY while natgas volumes declined 4% YoY. Adjusted for divestments, production was roughly unchanged YoY. 2Q capex declined 38% YoY to $5.2bn (below UBSe $5.4bn) with 1H16 capex at ~$10.3bn which implies spending is trending below pace of the FY budget of $23.2bn. While we forecast $22 billion in capex, we still expect XOM to have an $8.5 billion free cash flow deficit this year. 2Q EPS and CFPS fall well short of expectations on weak E&P and R&M 2Q16 EPS fell 59% YoY to $0.41, well below consensus and UBSe of $0.64 and $0.73, respectively. EPS surprisingly declined 6% QoQ despite the sharp QoQ increase in oil prices and higher US and European refining margins. Upstream earnings plunged 86% YoY to $294MM, well below consensus' $966MM accounting for $0.16/share of the downside surprise. R&M earnings fell 45% YoY and 9% QoQ to ~$825MM, 21% below consensus

25

**App. 896**

and accounting for $0.05/share of the downside surprise. Chemical earnings of ~$1.2bn were little changed YoY & in line with expectations. 2Q cash flow from ops of $4.5bn was sharply below UBSe of $5.1bn and consensus of $7.3bn. Valuation: premium to peers and historical multiples We've lowered our PT from $90 to $86, still based on a normalized relative P/E ~0.90x (in line with 5-yr avg) but reflecting our lower 2016-17 EPS estimates."

**"2Q EPS/CFPS Well Below Expectations on Weak E&P & R&M; Reducing Estimates and Target," by William Fetherson et al., UBS, analyst report, 31 July 2016, p. 1.**

### 7. 20 September 2016: S&P Raises Its Oil Price Assumptions for the Remainder of 2016

75. On 20 September 2016, S&P updated its short-term price assumptions for WTI crude oil.[97] S&P did not change its price assumptions for Henry Hub natural gas prices. The agency also assessed that industry deflation had lowered the long-term cost to produce a marginal barrel of oil.

### 8. 28 October 2016: Exxon Announces Q3 2016 Financial Results

76. On 28 October 2016, Exxon announced 3Q 2016 financial results and held a conference call with investors.[98] The Company reported 3Q 2016 earnings of $2.65 billion, or $0.63 per share,[99] which was above consensus estimates of $0.58 per share.[100] However, while earnings per share beat analysts' expectation due to some asset sales, quarterly production was below analysts' expectation.[101] Despite the production miss in the quarter, the Company reiterated its annual production guidance.[102] Exxon also reported that FY 2016 capex would

---

[97] "S&P Global Ratings Raises Its Oil Price Assumptions for the Rest of 2016, And Assigns Oil and Natural Gas Prices for 2019," by Simon Redmond and Thomas Watters, S&P Global Ratings, Rating Direct, 20 September 2016.

[98] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[99] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[100] "Exxon Mobil Earns $2.7 Billion In Third Quarter of 2016," *Business Wire*, 28 October 2016 8:00 AM; and "Exxon Mobil Profit Continues Slide Despite Crude Rebound," *Financial Times*, 28 October 2016.

[101] "3Q EPS Beats on R&M Asset Sale Gain But Cash Flow and Production Below Expectations," by William Featherston et al., UBS, analyst report, 28 October 2016, p. 3.

[102] "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 9:30 AM, p. 6.

**App. 897**

be between $20 billion and $21 billion, below the previously budgeted amount of $23 billion.[103] Analysts viewed the Company's ability to control costs as a positive.[104]

> a.   *Exxon Discloses Likely Reserve De-booking of Kearl and Year-End Impairment Testing*

77.   In addition to the above financial results, the Company acknowledged that it would have to de-book 4.6 billion oil-equivalent barrels (including 3.6 billion barrels of bitumen at Kearl and 1 billion oil-equivalent barrels of natural gas at operations in North America) *if* the average price of oil and gas in the first nine months of 2016 persisted for the remainder of the year.

> "***If the average prices seen during the first nine months of 2016 persist for the remainder of the year***, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these average prices persist, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies."
>
> **"ExxonMobil Earns $2.7 Billion in Third Quarter of 2016,"** *Business Wire*, **Company press release, 28 October 2016 8:00AM (emphasis added).**

---

[103] "Impairments Imminent," by Jason Gammel and Marc Kofler, Jefferies, analyst report, 31 October 2016, p. 1.

[104] RBC noted "XOM continues to show impressive efficiencies and cost savings with 3Q16 capex of $4.2B ($14.5B YTD)" ("The Only Free Cash Flow Around," by Brad Heffern and Jie Yong, RBC Capital Markets, analyst report, 31 October 2016). Cowen noted that although spending in Q4 is expected to increase, "the annual spending continues to reflect execution on cost savings," and "see the company's ~$2.50/boe full cash deficit (including the dividend and a $2Bn working capital loss) closing in the near term, continuing to position the stock as a strong defensive play" ("Moving Toward Cash Breakeven," by Sam Margolin, Tanner Strunk, and Jason Gabelman, Cowen, analyst report, 28 October 2016).

**App. 898**

78.   The Company also informed the market that it would perform an assessment of its major long-lived assets for potential impairment, including natural gas assets in North America, which comprised the RDMG operations.

> "In light of continued weakness in the upstream industry environment during 2016, and as part of its annual planning and budgeting process which is currently in progress, the corporation will perform an assessment of its major long-lived assets, similar to the exercise undertaken in late 2015, including North America natural gas assets and certain other assets across the remainder of its operations. The assessment will reflect crude and natural gas price outlooks consistent with those that management uses to evaluate investment opportunities and generally consistent with the long-term price forecasts published by third-party industry and government experts. Development of future undiscounted cash flow estimates requires significant management judgment, particularly in cases where an asset's life is expected to extend decades into the future. An asset group would be impaired if its estimated undiscounted cash flows were less than the asset's carrying value, and impairment would be measured by the amount by which the carrying value exceeds fair value. The corporation will complete its asset recoverability assessment and analyze the conclusions of that assessment in connection with the preparation and review of the corporation's year-end financial statements for inclusion in its 2016 Form 10-K. Until these activities are complete, it is not practicable to reasonably estimate the existence or range of potential future impairments related to the corporation's long-lived assets."
> **"ExxonMobil Earns $2.7 Billion In Third Quarter Of 2016,"** *Business Wire*, **Company press release, 28 October 2016 8:00 AM**.

79.   Analysts commented on Exxon's announcement that it would likely have to de-book approximately 19.0% of its proved reserves, and their commentary was decidedly negative. For example, Jefferies published a report titled, "Impairments Imminent."[105] Morgan Stanley published a report titled, "3Q16: Missed and Likely Impaired":

---

[105] "Impairments Imminent," by Jason Gammel and Marc Kofler, Jefferies, analyst report, 31 October 2016, p. 1.

28

**App. 899**

"In the aftermath of SEC and NY Attorney General announced probes of XOM's valuation of reserves and low commodity prices in 2016, XOM addressed the issue of potential write-downs. Were crude prices to stay in-line with YTD SEC price deck (~$42/bl, based on the price on the first of each month) reserves associated with Kearl (3.6Bn bl) and other NAm assets (1Bn boe) would be at risk."
**"3Q16: Missed and Likely Impaired," Evan Calio et al., Morgan Stanley, analyst report, 31 October 2016, p. 1.**

80.    Raymond James described the de-booking news as the day's "most surprising revelation." RBC wrote, "the Kearl revision in particular is concerning, as it indicates the current economics of the project are challenged."

"Much more serious is the prospect that up to 4.6 billion Bbls (a whopping 18% of companywide proved reserves), the bulk of it at Kearl, may have to be debooked based on YTD oil prices. This was today's most surprising revelation."
**"3Q16 Output at 7-Year Low; More Selling Pressure on Deck w/IOC Buyout," by Pavel Molchanov and Luana Siegfried, Raymond James, analyst report, 28 October 2016, p. 1.**

"XOM noted that it could see a substantial YE16 proved reserves reduction unless there is a strong recovery in oil prices by year-end. Kearl could see a reduction of 3.6 Bboe, while other North American reserves could be reduced by 1.0 Bboe. While these will not directly impact financial performance, we believe the Kearl revision in particular is concerning, as it indicates the current economics of the project are challenged."
**"The Only Free Cash Flow Around," by Brad Heffern and Jie Yong, RBC Capital Markets, analyst report, 31 October 2016, p. 1.**

81.    Numerous news articles focused on the development.

"Exxon Mobil Corp. profit sank as the world's largest publicly traded oil company posted its lowest production in seven years and warned the prolonged slump in energy markets may force a write off of 19 percent of its reserves."
**"Exxon Profit Slides as Oil-Market Slump Threatens Reserves (1)," *Bloomberg*, 28 October 2016, 8:21 AM.**

29

**App. 900**

"CHICAGO, Oct 28 (Reuters Breakingviews} - Exxon Mobil's reserves conundrum could be a harbinger of Big Oil's next crisis. The $360 billion U.S. crude producer warned on Friday that it may finally join rivals in writing down assets whacked by low oil prices. Cost cuts did at least help Exxon, and rival Chevron, beat estimates for third-quarter results, announced on Friday. But with crude hovering around $50 a barrel, it's a mediocre recovery."

**"Exxon reserves tap into Big Oil's next crisis – Reuters Breakingviews," by Kevin Allison, *Reuters*, 28 October 2016, 11:42 AM.**

"HOUSTON, Oct 28 (Reuters) - Exxon Mobil Corp, whose oil field assets are being investigated by the U.S. government, warned on Friday it may need to slash proved reserves on its books by nearly 20 percent if oil prices stay low for the rest of 2016. The news pushed the company's share price down 2.3 percent to $84.93 in afternoon trading, on an otherwise upbeat day that saw Exxon and Chevron post quarterly profits that beat Wall Street expectations."

**"Exxon warns low oil prices may dent reserves nearly 20pct – Reuters News," by Ernest Scheyder and Terry Wade, *LSEG*, 28 October 2016 12:40 PM.**

"Exxon Mobil Corp. warned it may be facing the biggest reserves revision in its history as production sank to a seven-year low and profit slid amid a prolonged slump in energy markets. About 3.6 billion barrels of reserves in the Canadian oil sands and the equivalent of another 1 billion barrels of oil in other North American fields may be in jeopardy if the average energy prices seen during the first nine months of 2016 persist, Exxon said in a statement on Friday. That would equate to 19 percent of Exxon's reserves and would be the largest de-booking since the 1999 merger that created the company in its modern forms."

**"Exxon Facing Historic Reserves Reduction as Slump Persists (3)," *Bloomberg*, 28 October 2016 4:16 PM.**

"HOUSTON — Exxon Mobil, in a concession to market and regulatory pressures, said Friday that it might be forced to write down the value of some of its oil and gas assets in Canada and elsewhere if energy prices remain low through the end of the year. The announcement, which accompanied the company's release of another quarter of lackluster earnings, was an apparent reversal of Exxon Mobil's stance in recent years. The company has long insisted that it has been adequately accounting for the value of its oil and gas reserves — even as many other petroleum companies have taken big write-offs to reflect a two-year price slump. On

**App. 901**

> Friday, though, the company acknowledged that it faced what could be the biggest accounting revision of reserves in its history. Exxon Mobil might have to concede that 3.6 billion barrels of oil-sand reserves and one billion barrels of other North American reserves are currently not profitable to produce."
>
> **"Exxon Concedes It May Need to Declare Lower Value for Oil in Ground," by Clifford Krauss, *The New York Times*, 28 October 2016.**

82. UBS published a report that expressed concern over Exxon's evaluation process for impairment assessments.

> "The company also plans to conduct impairment assessments again this year for its major long-lived assets (under successful efforts accounting, US GAAP requires companies to take an impairment charge if an asset's estimated undiscounted cash flows are less than its carrying value). While it performed a similar analysis in 2015, it took no writedowns despite the precipitous YoY decline in oil prices, raising questions over its evaluation process which (as XOM acknowledged in its statement) is highly subject to management discretion."
>
> **"3Q EPS Beats on R&M Asset Sale Gain But Cash Flow and Production Below Expectations," by William Featherston et al., UBS, analyst report, 28 October 2016, p. 3.**

### b. *Exxon Explained the Oil and Gas Benchmark Used to Determine De-Booking Reserves and Asset Impairments*

83. During the conference call, Exxon explained that for their reporting of oil and gas proved reserves, the "pricing basis is a historical 12-month average of first day of the month prices in a given year."[106]

84. Wells Fargo analyst Roger Read asked the Company what benchmark should be used to determine the value for the Kearl assets. Specifically, he asked about the Kearl assets, "Is the indicator there best to use a bitumen price or to use WCS price and that's just for us to do

---

[106] "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 9:30 AM, p. 4.

**App. 902**

our calculations?"[107] VP Woodbury responded that the "WCS benchmark is probably reasonable."[108]

85.    Exxon also averred that it uses crude and natural gas outlooks in assessing assets for impairments.

> "Given that year-to-date crude prices are down further from 2015 by almost 25% on the SEC pricing basis, we anticipate that certain quantities of currently booked reserves, such as those associated with our Canadian oil sands, will not qualify as crude reserves at year-end 2016. In addition, if these price levels persist, reserves associated with end-of-field life production for certain other liquids and natural gas operations in North America also may not qualify. However, as you know, amounts required to be de-booked on an SEC basis are subject to being rebooked in the future when price levels recover, or when future operating or cost efficiencies are implemented. We do not expect the de-booking of reported reserves under the SEC definitions to affect operations of these assets, or to alter our outlook for future production volumes. And you can find further details of our reserves reporting in our 2015 10-K. Now regarding asset impairments. We follow US GAAP successful efforts, and under this standard assessments are made using crude and natural gas price outlooks consistent with those that Management uses to evaluate investment opportunities. This is different than the SEC price basis for reserves that I just described. As detailed in our 2015 10-K, last year, we undertook an effort to assess our major long-life assets most at risk for potential impact. The price basis used in this assessment was generally consistent with long-term price forecasts published by third-party industry and government experts. The results of this analysis indicated that the future undiscounted cash flows associated with these assets exceeded their carrying value. Again, this is detailed in our 2015 10-K. In light of continued weakness in the upstream industry environment and in connection with our annual planning and budgeting process, we will again perform an assessment of our major long-life assets. Similar to the exercise undertaken in 2015. We will complete this assessment in the fourth quarter, and report any impacts in our year-end financial statements."
> **"Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016 9:30 AM, pp. 4-5.**

---

[107] "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 9:30 AM, p. 19.

[108] "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 9:30 AM, p. 19.

**App. 903**

86.    Credit Suisse observed that the reserve de-booking and asset impairment were directly related to the drop in oil and gas prices, which had occurred well before the Company's response, not other unrelated factors.

> "It was good to see XOM get on the front foot and remind investors of the reserve booking and impairment policies followed at the company (more detail can be found in the 10-K). In the 3Q presentation slides, XOM flagged that a reserves reduction was likely (with the potential to rebook as prices rose) and that an impairment assessment was planned. In 2015, due to the fall in natural gas prices, XOM did make a negative adjustment to the US natural gas reserves of over 1bn boe. There were also modest revisions to North American oil. On the call, XOM flagged a potential need to debook reserves, e.g. the Canadian oil sands. Canada has a sizeable resource base – 4.6bn boe. Not all of this would necessarily be de-booked – the 3.6bn boe Kearl was the focus on conference call questions. We stress that Kearl itself is operating well. As reliability improves, the gap between calendar day production and stream day capacity at Kearl could close, adding to production. **The de-booking is just the mathematical application of the SEC's 1st of the month pricing rule at the bottom of the cycle (2016 will likely average $44/bbl WTI on SEC rules and WCS average $31/bbl). As commodity prices rise, then these reserves could be re-booked. Perhaps of more interest is the potential for impairments**. We would focus on two areas – the US and Canada as these account for a larger share of upstream capitalized costs. The impairment test compares undiscounted cashflows versus asset value. These regions are also the regions where capitalized costs are at a higher multiple of the 2015 cashflow (net income plus DD&A plus exploration expense from the regional upstream analysis in the 10-K). … No doubt paper inches will be filled with commentary should XOM decide to de-book or impair asset carrying value. **Impairments would impact metrics like P/Book which some investors do follow**. However, **our view of XOM's current cashflow delivery and the value of future investments will be unaffected**. As we stated earlier, XOM has a broad inventory of resources and integrated downstream opportunities from which to deliver value. We just find the shares fully valued versus other global energy investments."
>
> **"Same Deep Inventory, Impairment/Debooking Is Just Noise to Navigate," by Edward Westlake et al., Credit Suisse, analyst report, 30 October 2016, pp. 6-9 (emphasis added).**

**App. 904**

87.  Credit Suisse valued Exxon's Canadian oil and gas assets, estimating that without de-booking any reserves, the fair market value of the Canadian assets was approximately $31 billion.[109] This valuation was approximately $5 billion below the carrying value of the assets reported by Exxon.[110]

### c.  Other Factors Impact Q3 Financial Results

88.  As illustrated by analyst reports, aside from disclosing the likely de-booking of proved reserves at Kearl and impairment of RMDG assets, Exxon's Q3 financial results contained several additional pieces of positive and negative information. For example, Exxon indicated it would evaluate assets outside of North America for impairment, and reported a decline in oil equivalent and natural gas liquid production. However, analysts also stated that Exxon's Q3 financial results contained material positive news, including stronger-than-expected performance in Exxon's Downstream segment (including a gain on divestment) and in Exxon's Corporate segment (attributed to a reduction in Exxon's effective tax).

> "3Q EPS beats on R&M asset sale gain and lower tax rate; CFPS below consensus 3Q EPS fell 37% YoY to $0.63, above consensus and UBSe of $0.58 and $0.59, respectively. Upstream earnings fell ~54% YoY to ~$620MM, well below consensus ~$928MM on lower liquids volumes & weaker price realizations. R&M earnings fell 40% YoY to ~$1.2 billion, well above UBSe $900MM & consensus $800MM aided by a $380MM asset sale gain ($0.09/share benefit). Chemical segment earnings of ~$1.2bn were little changed YoY and in line with expectations. 3Q cash flow from operations of $5.3bn was well below our $6.6bn forecast and consensus of $7.3 billion. … Other key takeaways from 3Q results 1) Yesterday XOM announced a 'significant' oil discovery at Owowo (27% w.i.) with potential resource of 0.5-1 BBbls offshore Nigeria; 2) Offshore Guyana, the successful Liza-3 appraisal well results in the Stabroek block (45% w.i.) confirmed recoverable resources estimate to the upper end of the previously announced 0.8-1.4 BBoe range. It is now drilling an exploration well at the Payara prospect ~10 miles northeast of Liza, with results expected by late January; and 3) XOM highlighted that based on lower oil prices, it is at risk of de-booking up to 4.6 BBoe of its 22.8 BBoe of proved reserves.

[109] "Same Deep Inventory, Impairment/Debooking Is Just Noise to Navigate," by Edward Westlake et al., Credit Suisse, analyst report, 30 October 2016, p. 9.

[110] "Same Deep Inventory, Impairment/Debooking Is Just Noise to Navigate," by Edward Westlake et al., Credit Suisse, analyst report, 30 October 2016, p. 9.

**App. 905**

Valuation: premium to peers and historical multiples Our $86 PT is based on a normalized relative PE of 0.90x (in line with its 5-year avg).”

**“3Q EPS Beats on R&M Asset Sale Gain But Cash Flow and Production Below Expectations,” by William Featherston et al., UBS, analyst report, 28 October 2016, p. 1.**

“ExxonMobil’s 3Q EPS was $0.54/shr., lower than Evercore ISI at $0.55 and consensus estimates of $0.58. The negative variance was driven by lower than expected upstream production and liquids realizations, as well as weaker domestic refining margins. Non-operating items in 3Q related to the sale of retail service stations in Canada (-$0.09). 2016 Reserve De-bookings Possible – ExxonMobil management cautioned that, based on the current 25% decline Y/Y in oil priced on an SEC basis, the company may experience further reserve de-bookings for 2016 (including Canadian Oil Sands assets). In addition, management stated that if the current commodity environment persists, reserves associated with end of field life production for other North American operations may also be impacted. … Our normalized EPS estimate is $5.80/sh. Applying the historical relative PE multiple of 110%, we attain target price of $95/share. Dividend yield is 3.5%. RDS, BP, XOM and CVX will benefit from higher oil prices, lower costs and higher capital discipline near-term. Significant earnings growth is likely in 2017. Super-Major valuations are near multi-decade lows (P/B) and with dividend yields near 5% and opportunities to recapture lost value present; we remain Overweight Big Oil. Neutral S&P R&M. (See Link: Crude Oil: Taking the Pledge).”

**“XOM: Results Below Expectations; Reserves De-Booking Possible; Buy XOM,” by Doug Terreson et al., Evercore ISI, analyst report, 31 October 2016, p. 1.**

“Earnings results: XOM reported 3Q16 EPS of $0.63, a 9% beat to consensus of $0.58 and in line with our estimate of $0.63. XOM’s 3Q16 earnings call is taking place at 9:30 AM ET. Critical takeaways: ● The beat was entirely due to stronger-than-expected performance in International Downstream and in Corporate. XOM noted that the International Downstream figure includes a gain on divestment, so those results were likely not as strong. Without these tailwinds, we think EPS would have been closer to $0.50. ● Nearly all regions had liquids production lower than our expectations, but Africa specifically was close to 100 kbbl/d below our estimate, apparently as a result of larger than expected disruptions in Nigeria. ● Capex was much lower than our expectations at $4.2 billion, although cash flow from operations ex asset sales was also lower at $5.3 billion ($6.3 billion with asset sales). We will look for color on any working

**App. 906**

capital impacts on this figure to reconcile with our $7.3 billion estimate. ● XOM noted that if average prices seen in the first nine months of 2016 persist, proved reserves of 3.6 billion barrels at Kearl and 1.0 billion barrels in other North American operations are at risk of being de-booked."
**"XOM – 3Q16 EPS 9% Beat, but Underlying Results Appear Weaker," by Brad Heffern, RBC Capital Markets, analyst report, 28 October 2016, p. 1.**

"XOM continues to realize cost savings, with 3Q16 capex coming in 32% below our estimate. Capital spend reductions are occurring in tandem with exploration success in Guyana and Nigeria, along with a newly disclosed evaluation of a petro-chemical project in the Gulf of Mexico. Maintain Outperform and $100 tgt noting solid execution and defensive characteristics within the industry. … On the conf call, XOM addressed its proved reserves calculation, noting a possible de-booking of proved reserves in its Western Canada footprint, which as of YE15 booked ~4.1Bn boe of proved bitumen reserves. As is the case the US natural gas reserves de-booked YE14, a write down would be subject to be re-booked at higher commodity prices on a trailing average basis. While we view XOM shares as broadly a defensive position within the space, we note commodity price leverage in the form of reserve replacement, particularly in the context of SEC attention to the matter."
**"Moving Toward Cash Breakeven," by Sam Margolin et al., Cowen, analyst report, 28 October 2016, p. 1.**

> 9.    Post-Class Period Events: Oil and Gas Prices Recover; Exxon Recognizes Impairment of Its RMDG Assets and De-Books Reserves at Kearl
>
>     a.    *Oil and Gas Prices Recover*

89.    In its Q3 2016 earnings release, the Company stated that "if the average prices seen during the first nine months of 2016 persist for the remainder of the year," it would have to de-book reserves at Kearl.[111] As shown in Table-2, crude oil and natural gas prices did not persist, and they did not decline. Oil and natural gas prices grew steadily. Nonetheless, in January 2017 Exxon de-booked the entire proved reserves related to Kearl. Rising oil and gas benchmark prices reasonably should have made it less likely that Exxon would need to de-book reserves, if in fact de-booking would only be required if benchmark prices persisted.

---

[111] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

**App. 907**

90.    Table-2 below shows the daily spot price of WCS on the first day of the month as well as the year-to-date rolling average of WCS monthly spot prices in 2016.

**Table-2: WCS Daily Spot Prices on First Day of Month and Average YTD**

| Month | WCS Daily Spot Price in Effect on First Day of Month (USD/bbl) | Monthly Average to Date WCS Price (USD/bbl) |
|---|---|---|
| January 2016 | $17.88 | $17.88 |
| February 2016 | $16.30 | $17.09 |
| March 2016 | $23.46 | $19.21 |
| April 2016 | $27.88 | $21.38 |
| May 2016 | $32.52 | $23.61 |
| June 2016 | $36.47 | $25.75 |
| July 2016 | $32.80 | $26.76 |
| August 2016 | $30.90 | $27.28 |
| September 2016 | $30.62 | $27.65 |
| October 2016 | **$35.83** | **$28.47** |
| November 2016 | **$31.89** | **$28.78** |
| December 2016 | **$37.18** | **$29.48** |

91.    Table-2 shows that between the times of the Company's Q3 and Q4 2016 earnings announcements, the benchmark prices of oil and gas increased. The effective WCS price increased 5.38% between 1 November 2016 and 1 January 2017, while the effective Henry Hub price increased 20.07% between 1 November 2016 and 1 January 2017. The year-to-date trailing average increased 5.89% between the Company's Q3 and Q4 2016 earnings announcement. That is, benchmark prices of oil and gas did not persist between the Company's Q3 2016 announcement and the end of the year.

92.    Furthermore, as shown in Figure-2 below, the Henry Hub futures price (a gauge of the market expectation of future natural gas prices) also increased from Q3 2016 through the end of the year.

**App. 908**

**Figure-2: Henry Hub Future Prices, One Month Contracts
(28 October 2016 - 31 December 2016)**



b.    *31 January 2017: Exxon Announces Q4 and FY 2016
Earnings and Announces $2.03 Billion Asset Write-Down*

93.    On 31 January 2017, before the market opened, Exxon announced financial results for Q4 2016 and FY 2016.[112] At the start of trade Exxon held a conference call with analysts.[113] The Company reported Q4 EPS of $0.41 per share and adjusted EPS of $0.71 per share, slightly beating consensus estimated EPS of $0.70 per share.[114] During the conference call and in the press release, the Company also announced that it would take a $2.0 billion asset impairment charge, "largely related to dry gas operations in the Rocky Mountains region."[115]

---

[112] "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, Company press release, 31 January 2017 8:00 AM.

[113] "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017 9:30 AM.

[114] "Exxon Mobil Earnings 40% Lower than Expected," by Ed Crooks, *Financial Times,* 31 January 2017.

[115] "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017 9:30 AM, p. 2; "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, Company press release, 31 January 2017 8:00 AM, p.1.

**App. 909**

94. During the conference call, analysts asked the Company whether the recovery in oil and gas prices since the Company Q3 2016 announcement would be sufficient to keep the reserves on the books without an impairment. Despite the increase in oil and gas prices since the 28 October 2016 announcement, the Company expected their "final year-end reserves…to reflect most of the SEC pricing impact."[116] That is, they advised the market that most of the Kearl reserves would be de-booked.

> "[Jason Gammel – Jefferies:] Thanks, hi, Jeff. Jeff, I know that in that the third-quarter press release you had talked about the potential for needing to take some negative revisions to proved reserves in the oil sands. And clearly, at least in the quarter, you haven't taken any financial impairments to those assets. Can you talk about whether would you would still view those proved reserves as potentially needing to be written down? Or whether the price recovery into the end of the year was sufficient to allow those to remain on the books?
>
> [VP Woodbury:] Yes, it's a good question. Again, I want to make sure that everybody is very clear that there is a separation between proved reserves reporting under this, you see rules, and then the whole issue of asset impairments. And really what you're asking, Jason, is clearly the question about proved reserves. In the third quarter, we indicated, because we thought it was prudent at the time, given where crude prices were, that we indicated that we were likely going to take as much as 4.6 billion barrels out of proved and put them in our resource base, and I will remind you that I emphasized at that time that even though we make that transfer, there is no change to our operations or how we manage the business, those assets going forward. We will be announcing our final year-end reserves here in the next couple of weeks, as we typically do. In short, we do expect to reflect most of the SEC pricing impact that we discussed in the third quarter. But I will also note that we anticipate that there will be some partial offsets to those numbers. So stay tuned. We will be finalizing that shortly, and we will be releasing that information here in the next two weeks."
> **"Q4 2016 Exxon Mobil Corp Earnings Call,"** *Refinitiv Eikon*, **conference call transcript, 31 January 2017 9:30 AM, pp. 15-16.**

---

[116] "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017 9:30 AM, p.16.

**App. 910**

95. Following the conference call, analysts commented on Exxon's performance and the potential impairment charges.

"XOM 4Q16 EPS was $0.89 after adjusting for a $2.0b impairment in the US Upstream, versus our estimate of $0.68 and the consensus of $0.70. However, adjusted earnings included a $522m gain on the sale of its Canadian service stations (proceeds were $2.1b). Further, the company recorded a non-quantified favorable tax adjustment in the Corporate segment, where there was a $609m favorable variance compared to our estimate. Excluding these one-time items would have brought EPS in line with or perhaps below consensus. … No financial impairment on oil sands. **XOM recorded a $2.0b impairment on dry natural gas assets in the Rockies, but there was no financial impairment on its Canadian oil sands assets. XOM indicated in 3Q that oil sands may not qualify as proved reserves at year end. The lack of a financial impairment does not eliminate the risk of a reserve write-down however**. The company currently recognizes 3.6b boe at the Kearl project, about 15% of the total corporate proved reserves. We note that any reserve write-down would not affect the operations or future cash flows of the oil sands operations."
**"Joining the Short Cycle Trend," by Jason Gammel and Marc Kofler, Jefferies, analyst report, 1 February 2017, p. 1 (emphasis added).**

"We think **XOM's 4Q16 result will have a negative impact on the shares' near-term performance, following the N.A. gas asset impairment, soft 4Q16 production, and hazy 4Q16 EPS miss**. We look to the March 1 Analyst Day as a potential catalyst for XOM to shift the narrative toward long-term growth prospects, as well as provide perspective on cash flow priorities in a rising oil price environment. **Impairments & Reserves: Investors were likely at least somewhat surprised by the ~$2bn asset impairment, especially considering XOM's prior unchanged stance on impairments as of the 3Q16 earnings update following the launch of the SEC's probe**. The write-down resulted from XOM lowering its long-term price deck (for both crude and gas) used to test for asset impairments. The impairments were mostly related to dry gas operations undeveloped acreage in the Rocky Mountain region. Management indicated that the entire portfolio has been reviewed and no further review is expected in 2017. As noted previously, **proved reserves will likely be reduced once announced in the near term, specifically related to Western Canada assets**. However, the shift of up to 4.6 bboe is expected to be partially offset by some additions. More importantly, since the market does not believe last year's market will represent the long-term average for oil prices, we don't think investors will be too alarmed by the proved reserve decline."
**"Disappointing 'Clean' EPS and Production Performance," by Paul Cheng et al., Barclays, analyst report, 1 February 2017, p. 1 (emphasis added).**

**App. 911**

96. On 22 February 2017, Exxon filed its FY 2016 Form 10-K.[117] The Company confirmed that it de-booked "the entire 3.5 billion barrels of bitumen at Kearl."[118]

## VI.   LOSS CAUSATION

### A.   Analytical Methodology

#### 1.   Establishing Economic Materiality

97. One step in assessing if alleged misrepresentations and omissions caused investor losses is to examine financial principles, company statements, and commentary by market participants in order to ascertain if the subject matter of the alleged misrepresentations and omissions constitutes economically material information.[119] If the statements are economically material, it follows that in an efficient market they would impact the valuation of the subject security and its market price.

98. A review of financial principles, company statements, and statements by market participants can also establish whether the misrepresentations and omissions were decidedly positive in nature, and conversely, if the concealed or omitted truthful information was decidedly negative with respect to the valuation of the subject security. In an efficient market, positive misrepresentations, and the concealment of negative information, would artificially inflate or maintain inflation in the subject security's market price. In an efficient market, revealing adverse facts previously unknown to the market, and correcting positive misrepresentations with their truthful but negative counterparts, would generally cause a security price decline. Such a decline and concomitant investor losses can be economically substantial even if the security price decline happens to be below the high threshold for statistical significance.

---

[117] Exxon Mobil Corporation, Form 10-K for the year ended 31 December 2016, filed 22 February 2017.

[118] Exxon Mobil Corporation, Form 10-K for the year ended 31 December 2016, filed 22 February 2017, p. 58.

[119] I understand that materiality has a legal definition in matters such as this one. As the term is used in financial analysis and in this report, "economic materiality" means the importance of information, announcements, and/or events to investors and the market, such that these items would affect the valuation of a security and investors' demand for the security. Whether specific information is important for valuation purposes is a central focus of financial economics. Therefore, the question of economic materiality, given this definition, is squarely within the realm of financial economics and consequently within my area of expertise and the purview of a finance expert.

**App. 912**

99. Investors who overpaid on account of artificial inflation that was introduced or maintained by the alleged misrepresentations and omissions, and hold the security when a corrective disclosure dissipates some or all of the artificial inflation, suffer a loss caused by the alleged misrepresentations and omissions. Thus, establishing that the misrepresentations and omissions constituted economically material information that is positive in nature, that the concealed or omitted truth was economically material and negative, and that all or some of the truth ultimately was revealed, is compelling proof of loss causation.

### 2. Empirical Analysis of Loss Causation

100. In addition to establishing economic materiality based on economic principles and the commentary of market participants, analysis of loss causation also typically comprises empirical analysis to determine whether the revelation of the previously concealed truth observably caused a security price decline. When misrepresentations and omissions are consistent with investors' prior beliefs, because they accord with the norm for that company, with previously understood conditions, or with prior representations, there usually will be no observable security price movement caused by the misrepresentations or omissions when made. However, in such cases, the economic effect of the misrepresentations and omissions can be observed empirically when they are corrected, as the correction will run contrary to investors' prior understanding of the company's condition. A corrective disclosure changes the mix of public information and thereby elicits a security price change. Event study and additional financial analysis can therefore be applied to determine whether the alleged misrepresentations and omissions caused investors to suffer losses by testing whether or not the subject security price fell as a result of one or more corrective disclosures.

101. In this manner, an event study can determine whether revelatory information was a substantial cause of a security price decline. An event study controls for the effects of market and sector factors and thereby measures how much a security price rises or falls in response to new, company-specific information. Essentially, an event study is a controlled experiment that allows one to observe the market's valuation of a security with and without newly provided information.

**App. 913**

102. Prior to a corrective disclosure, the security is valued in the marketplace without the corrective information. After the event, the security is valued with the newly disclosed information. An event study can thusly determine whether a corrective disclosure caused the security price to decline, and therefore can also determine whether the alleged misrepresentations and omissions had previously artificially inflated the security price.

103. Once an event study has established that there was a security price reaction to company-specific information on a corrective disclosure date, to establish loss causation one must determine whether allegation-related information, as opposed to other unrelated company information, was a substantial cause of the security price change. An initial step here is to determine whether there was a release of non-allegation related information on the same day as the corrective disclosure. Financial analysis, including valuation analysis, can account for and remove the effect, if any, of any evident confounding information that is unrelated to the alleged fraud. By controlling for confounding information, if any, one can determine whether the revelation of the alleged fraudulently misrepresented or concealed information was a substantial cause of the security price decline.

104. If it is established that the subject security traded in an efficient market, the alleged misrepresentations and omissions were economically material, the misrepresentations were positive in nature while the concealed or omitted information was negative, and the market price of the subject security fell as a result of a corrective disclosure, then loss causation is proved.

### B.   Executing the Loss Causation Analysis for Exxon Stock

105. As presented above, Defendants allegedly misled investors as to the profitability of the Company's Canadian bitumen operations at Kearl and its legitimate status as a proved reserve, and failed to timely record an impairment charge for the Company's RMDG assets.[120]

106. In particular, Lead Plaintiff alleges that Defendants misrepresented and omitted facts concerning, among other things, that "Exxon clearly would have known at the time it filed its 2015 Form 10-K and 2016 Form 10-Q reports that the Company's estimates of the Kearl

---

[120] Complaint, ¶¶14, 16, 246-247, 276, 282, 286, 292.

**App. 914**

Operation's proved reserves were likely to negatively change within the next 12 months and that the change would have a materially negative impact on Exxon's future earnings and assets,"[121] and that Exxon's "2015 Form 10-K also concealed and omitted the Company's significant asset impairments concerning its Rocky Mountain dry gas operations."[122]

107. According to Lead Plaintiff, investors learned that they had been misled about the condition and capabilities of the Company, and in turn the true value of the Company, through a series of corrective disclosure events that transpired over the course of the Class Period. Ultimately, Company announcements and admissions confirmed that the representations had been false and misleading.

108. Generally accepted financial principles confirm that the alleged misrepresentations and omissions were highly economically material and inflationary. Company statements and contemporaneous commentary from market participants (including equity analysts) further confirm economic materiality and that the misrepresentations and omissions would artificially inflate the price of Exxon stock. Finally, event study analysis focusing on the reaction of the Exxon stock price to the corrective disclosures proves loss causation empirically. Disclosures correcting the misrepresentations and omissions caused the price of Exxon stock to decline, precipitating investor losses.

1. <u>Financial Principles Confirm the Economic Materiality of the Alleged Misrepresentations and Omissions</u>

109. Reserves are important determinants of a gas and oil company's value, and consequently the value of that company's securities. As explained in the literature: "The primary assets of oil and gas companies are their entitlements to future production from reserves."[123]

> "Finding and producing oil and gas is **the central objective** of E&P operations. Successful discovery, development, and production of oil and gas reserves is **fundamental to the long-term survival of any E&P company**. Oil and gas reserves **represent the primary source of future cash flow for an E&P company that affect virtually every aspect of**

---

[121] Complaint, ¶351.

[122] Complaint, ¶16.

[123] "Oil and Gas Company Production, Reserves, and Valuation," by Mark Kaiser, *Journal of Sustainable Energy Engineering*, 2013, Vol. 1, No. 3, p. 236.

**App. 915**

**financial accounting and reporting**. Additionally, tax accounting, contract accounting, and managerial (internal) accounting are all affected by reserves in one way or another. For example, reserve information affects financial accounting in the following ways: • The decision as to whether a well is classified as exploratory or development is based on the assignment of proved reserves. • The treatment of certain costs as capital versus expense is determined based on whether additional quantities of proved reserves as expected to result from the expenditure. • Proved and proved development reserves are used in computing unit-of-production depreciation, depletion, and amortization. • Classification of property acquisition costs as being unproved versus proved is based on the discovery of proved reserves. • Certain transactions require that fair value of oil and gas properties be estimated (i.e., asset swaps, business combinations). **Reserves are the foundation of any estimation of fair value for an oil and gas property**. • Impairment of oil and gas properties by companies using either the successful efforts or the full cost method. • The SEC requires public companies to make extensive disclosures of reserve information, including reserve quantities and a standardized measure of reserve values."
*Fundamentals of Oil and Gas Accounting*, **by Charlotte Wright, PennWell Corporation, 6th Edition, 2017, p. 77 (emphasis added).**

"A crucial component of financial statement analysis for oil and gas companies is evaluation of upstream operations. This involves computing the energy ratios that are specific to extraction industries. Replacing reserves is the lifeblood of an oil and gas company, whether it is integrated (operates in upstream and downstream) or independent (upstream only). … We also need to know if a company is replacing the reserves that are being depleted through production and also if the reserves are being replaced through the drill bit or by acquisition."
*Energy Finance and Economics: Analysis and Valuation, Risk Management, and the Future of Energy*, **by Betty Simkins and Russell Simkins, John Wiley & Sons, Inc., 2013, pp. 207 and 216.**

"The value of an exploration and production company is primarily dependent upon its oil and gas reserves, its anticipated production, forecasted commodity pricing and operating and development costs. These unique company factors, along with contemporaneous market conditions, team to form the foundation of any oil and gas company valuation."
**"Valuation of Exploration & Production Companies," by Rick Jenson and Chris Bedwell,** *Petroleum Accounting and Financial Management Journal*, **2012, Vol. 31, No. 3, p. 93.**

"The primary value of any company is derived from its cash flows and earnings, which are dependent upon the quantity and quality of the product that it provides, along with the sales price. Oil and gas companies derive their earnings from producing commodities that serve other businesses and

**App. 916**

consumers in the economy. Production is derived from reserves and the inventory of capital assets, production equipment, infrastructure, and acreage. Reserves lie below the surface and have not yet been produced but are economically and technically viable to extract. … The primary assets of oil and gas companies are their entitlements to future production from reserves. … Production is the causal result of reserves and an important measure of performance because it determines gross revenue, and when combined with costs, the cash flow and profitability of a property."
**"Oil and Gas Company Production, Reserves, and Valuation," by Mark Kaiser,** *Journal of Sustainable Energy Engineering***, 2013, Vol. 1, No. 3, pp. 237-238 and 240-241.**

"When analyzing historical financial statements, it is useful to include historical production volumes as well as the average hydrocarbon prices received for the periods in question. Since hydrocarbons are a commodity, the physical volumes indicate whether the company is producing more or less, regardless of revenue increases resulting from price increases."
**"Oil and Gas Company Valuations," by Alex Howard and Alan Harp,** *Business Valuation Review***, 2009, Vol. 28, No. 1, p. 31.**

110. Fundamental generally accepted principles of finance espoused in the academic and professional literature dictate that the misrepresentations and omissions that served to conceal the true worse conditions of Exxon and its assets would have artificially inflated the price of Exxon stock. According to these principles, investors would ultimately suffer losses when disclosures revealed the previously misrepresented and concealed true conditions and values.

2.   Company Statements Compel a Conclusion of Loss Causation

111. Consistent with the fundamental valuation principles referenced above, the Company repeatedly made statements that confirmed the economic materiality of the alleged misrepresentations and omissions. Statements made by the Company itself underscore the economic materiality of oil and gas reserves, asset impairments, and the impact reserves have on the Company's financial performance and value. For example:

46

**App. 917**

"Evaluations of oil and gas reserves are important to the effective management of upstream assets. They are an integral part of investment decisions about oil and gas properties such as whether development should proceed. Oil and gas reserve quantities are also used as the basis to calculate unit-of-production depreciation rates and to evaluate impairment."
**Exxon Mobil Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 24 February 2016, p. 56.**

3.    Analyst and News Media Commentary Underscores the Economic Materiality of the Alleged Misrepresentations and Omissions

112. Coverage and commentary from analysts and the news media before the corrective disclosures further confirm that oil and gas reserves, de-booking reserves, and asset impairments are economically material and important to investors in general, and were so with respect to Exxon stock in particular.

113. Analysts closely followed news regarding Exxon's reserves, de-booking, and impairments:

"The ability to fully replace reserves at reasonable finding and development (F&D) costs is the key challenge for ExxonMobil and the other integrated majors, given their large production bases and the natural production decline rates."
**"Update After The Recent Change of Outlook to Negative," by Peter Speer and Steven Wood, *Moody's Investor Service*, analyst report, 1 April 2016, p. 2.**

"Our valuation methodology includes two approaches: intrinsic value approach and a relative value approach. Our fair value calculations utilize discounted cash flow (DCF) methodology as well our segment sum-of-the-parts (SOTP) analysis. We also base our intrinsic valuation on disclosed reserve/resource/other asset information and comparable asset transactions. Our relative value approach relies upon P/E, P/CF and EV/EBITDA as the most relevant metrics."
**"Quarter Beat on Tax; Suppressed M&A Indications," by Sam Margolin et al., Cowen, analyst report, 29 April 2016, p. 5.**

"**SG view** Minimally, XOM is paying $2.6 billion for IOC for 6.2 Tcfe of equivalent reserves or $0.42/Mcf, if there are no contingent reserves certified. If the full 10 Tcfe of reserves are certified, a cash payment of $26.87 would be made, or an incremental $1.3 billion, meaning $3.9 billion total, or $0.39/Mcfe."
**"Deal for IOC: all XOM stock if no certified contingent reserves; possible Sept. close," by John Herrlin and Mark Kogel, Societe Generale, analyst report, 21 July 2016, p. 1.**

47

**App. 918**

4.    Event Study for Assessing Loss Causation and Damages

114.  The event study I conducted proves that the alleged misrepresentations and omissions caused investor losses. When Exxon's corrective disclosures revealed to the public that the Company's condition and value were not what they had been previously represented to be, the stock price fell significantly. The event study results prove that the Company and its stock had been overvalued and were so on account of the conditions and valuation that had been misrepresented since the start of the Class Period.

115.  Event study analysis is one of the most commonly used analytic methodologies employed by finance researchers. MacKinlay [1997] presents a description and examples of the methodology and writes of its general acceptance and wide use in academic research.[124] Gold et al. [2017] write about how the methodology is generally accepted and widely used in forensic applications.[125]

116.  An event study investigates whether a stock price reacted to the release of new information. A statistically significant stock price reaction in response to the release of new information indicates that the new information caused the change in price. An event study also measures how much a stock price rises or falls in response to new, company-specific information.

117.  One component of an event study is statistical regression analysis that determines how much of an observed stock price change is explained by market and industry sector factors, rather than company-specific information, so that those influences can be statistically factored out. The portion of a stock price change that cannot be attributed to market or sector factors is called the residual stock price movement or "residual return." The event study isolates and quantifies the residual return and tests whether the residual return can reasonably be explained as merely a random fluctuation in price.

118.  The statistical significance of a stock return on an identified event date indicates that the residual return cannot reasonably be attributed to market and sector factors, or to random volatility, but rather was caused by the arrival of new company-specific information.

---

[124] "Event Studies in Economics and Finance," by A. Craig MacKinlay, *Journal of Economic Literature*, Vol. 35, 1997.

[125] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

**App. 919**

*a.        Identification of Corrective Disclosure Events*

119. I reviewed a wide variety of information sources, including Company announcements, Company conference call transcripts, news articles, press releases, analyst reports, and SEC filings to determine when information correcting the alleged misrepresentations and omissions was disseminated. I identified the following corrective disclosure dates on which the market received information correcting the alleged misrepresentations and omissions.[126] Relevant revelatory information was provided to the market on 28 October 2016 and 31 January 2017, which includes (without limitation) the following:

**(1)      28 October 2016**

120. Prior to the start of trading on 28 October 2016, Exxon announced financial results for Q3 2016 and held a conference call with investors.[127] The Company announced that it might be forced to de-book 3.6 billion barrels of reserves at Kearl and 1.0 billion of oil-equivalent barrels of natural gas of North American reserves. The 3.6 billion barrels of reserves at Kearl represented nearly 15% of the Company's total proved reserves.[128] Exxon also revealed that it would test its long-lived assets, including its RMDG assets for impairment. Given the Company's prior reassurances that it has superior assets such that it would not be required to recognize impairments, unlike many of its industry peers, these disclosures were new, valuation-relevant, and corrective information.[129]

---

[126] To the extent that the decline in the prices of the Company's securities on other dates during the Class Period stemmed from news that informed investors of the condition of the Company and the value of Exxon, the estimation of damages is conservatively low because I excluded the losses on all other days from allegation-related damages.

[127] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, 28 October 2016 8:00 AM; and "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016 9:30 AM.

[128] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, 28 October 2016 8:00 AM; and "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016 9:30 AM.

[129] See e.g., "Much more serious is the prospect that up to 4.6 billion Bbls (a whopping 18% of companywide proved reserves), the bulk of it at Kearl, may have to be debooked based on YTD oil prices. This was today's most surprising revelation." ("3Q16 Output at 7-Year Low; More Selling Pressure on Deck w/IOC Buyout," by Pavel Molchanov and Luana Siegfried, Raymond James, analyst report, 28 October 2016, p. 1).

**App. 920**

**(2)    31 January 2017**

121.  Prior to the start of trading on 31 January 2017, Exxon announced financial results for Q4 2016 and FY 2016.[130] At the start of trading, Exxon held a conference call with investors.[131] Despite the rebound in energy prices since Exxon's prior earnings announcement, the Company announced that it would be taking an impairment charge of $2.0 billion related to its Rocky Mountain operations.[132] Despite the increase in oil and gas prices since the 28 October 2016 announcement, during the conference call, VP Woodbury explained that the Company expected their "final year-end reserves…to reflect most of the SEC pricing impact."[133] That is, they advised the market that most of the Kearl reserves would be de-booked.

122.  These announcements revealed to investors and analysts that Exxon's condition and value were less than previously represented by the Company. These corrections to previously made alleged misrepresentations and omissions were new, value-relevant, adverse information.

*b.    Isolating the Impact of Company-Specific Information*

123.  Event study analysis determines how much of the Exxon stock price changes following each event were driven by Company-specific information as opposed to market and industry sector factors.

124.  The event study method, which is generally accepted and widely used in econometric modeling, involves running a regression to determine how the price of a company's stock typically behaved in relation to the overall stock market and its industry sector, and then using the regression model to determine how much of each event day's actual return is explained by those market and sector effects. The portion of the stock return that is attributable to market and sector factors is called the explained return.

---

[130] "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, 31 January 2017 8:00 AM.

[131] "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017.

[132] "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, 31 January 2017 8:00 AM; "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017.

[133] "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017 9:30 AM, p. 16.

**App. 921**

125. The explained return is subtracted from the actual return to isolate the residual return, which is the stock's return after controlling for market and industry sector effects.

126. I ran regressions modeling the return of Exxon's stock price as a function of i) a constant term, ii) the return of the overall stock market, and iii) an industry sector return.

127. For the overall stock market factor, I used the CRSP NYSE/AMEX/NASDAQ/ARCA Market Index (the "Market Index"), which is a generally accepted and widely used measure of market performance. The Market Index appropriately incorporates payment of dividends by the constituent companies.

128. For the industry sector factor, I constructed an index (the "Sector Index") from the stock returns of the same collection of companies that Exxon identified as its industry sector peers. The constituents selected by Exxon as representative of its industry sector were BP p.l.c., Chevron Corporation, Shell plc, and Total S.A.[134] Using the subject company's self-selected industry sector peers to control for industry sector factors is my standard practice of industry index selection.

129. I weighted constituents in the Sector Index by market capitalization, as did the Company in its construction of its reported sector index.[135]

130. All returns used in the regressions are logarithmic returns – i.e., the natural logarithm of the ratio of the current day's closing price or intra-day price to the previous day's closing price. Logarithmic returns are commonly used in event studies and equity analysis because of various computational advantages. Appendix-1 presents the mathematical formula for the logarithmic return and a discussion of the measure.

131. Exxon stock trading data are presented in Exhibit-4. Exhibit-5 presents the Market Index and Sector Index data.

---

[134] Exxon Mobil Corporation, Form DEF 14A, filed 13 April 2016, p. 30; and Exxon Mobil Corporation, Annual Report to Security Holders (ARS) for the fiscal year ending 31 December 2022, filed on 13 April 2023, p. 135.

[135] During the relevant time period, two different classes of ordinary shares (A and B shares) were publicly traded. Both classes held identical rights except in relation to the source of dividend income, and both classes were used to compute Shell's market capitalization. Royal Dutch Shell Plc Annual Report on Form 20-F for the year ending 31 December 2016, filed 9 March 2017; and Royal Dutch Shell Plc Annual Report on Form 20-F for the year ending 31 December 2015, filed 10 March 2016.

**App. 922**

132. To ensure that the regression estimation periods and estimates would be relatively contemporaneous with the events being tested, I ran rolling regressions. That is, to test whether each event date had a statistically significant residual return, I estimated the regression model using the 252 trading days preceding the respective event date. There are typically 252 trading days in a year, and one full year of data is a generally accepted estimation period length for event study regression. This type of "rolling regression," where the estimation period ends immediately prior to, or surrounds, the event in question is appropriate when assessing whether an event caused loss.[136]

133. I used dummy variables to control for potentially abnormal returns on i) the earnings announcement dates, and ii) the corrective disclosure events.[137] Using dummy variables to control for potentially atypical observations in a regression, especially when those observation dates are the subject of the event study analysis, so that the model parameters reflect the typical price dynamics for that security, is a widely used and generally accepted methodology, as noted in the academic and finance literature.[138]

134. Exxon stock regression results are presented in Exhibit-6.

135. For each corrective disclosure event date, I computed the explained portion of Exxon's stock return by adding i) the estimated regression intercept term, ii) the day's Market Index return multiplied by the Market Index coefficient, and iii) the day's Sector Index return multiplied by the Sector Index coefficient.

136. I then computed the residual return for each event date by subtracting the explained return from the actual return.

---

[136] "Materiality and Magnitude: Event Studies in the Courtroom," by David Tabak and Frederick Dunbar in *Litigation Services Handbook: The Role of the Financial Expert*, 3rd Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2001, p. 19.5.

[137] Because the 31 January 2017 corrective disclosure event was after the Class Period, it did not appear in any regression estimation period.

[138] "Event Studies with a Contaminated Estimation Period," by Nihat Aktas et al., *Journal of Corporate Finance*, Vol. 13, No. 1, 2007; and "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," by David Larcker et al., *Journal of Financial & Quantitative Analysis*, Vol. 15, No. 2, 1980.

**App. 923**

c.      t-Test

137.   For each event date, I conducted a statistical test called a t-test to determine whether the residual return of Exxon stock on that date was statistically significant. Statistical significance means that the return, after controlling for the market and sector effects, was of such magnitude that it cannot reasonably be attributed to random volatility but must have been caused by company-specific information. A t-test compares the residual return on an event date to the typical residual returns exhibited over the regression estimation period.[139] If the event date residual return is far greater (positively or negatively) than the typical residual return, and exceeds the threshold where volatility might reasonably be the cause of an ordinary day's residual return, then the t-test indicates that the event residual return is deemed statistically significant. Statistical significance of a tested event means that the event return could not reasonably have been caused by random volatility, so, with market and sector factors also accounted for, the event day residual stock price movement must have been caused by information about the company.

138.   The results of the event study for Exxon's stock focusing on the corrective disclosure event dates are summarized below and presented in Exhibit-7.

5.      Event Study Results and Analysis

a.      28 October 2016

139.   On 28 October 2016, the price of Exxon stock fell 2.49% (on a logarithmic return basis). The Market Index return that day was -0.26%. The Sector Index return that day was 0.54%. Based on the regression, the explained return on Exxon stock was 0.34%. The difference between the actual return of -2.49%, and the explained return of 0.34% is a statistically significant residual decline of 2.84%, which is equivalent to a decline of $2.43 per share. The residual

---

[139] This test is called the t-test because it involves the computation of a t-statistic, which is the event day residual return divided by the standard deviation of residual returns from the control period, i.e., the regression estimation data comprising all other days. If the absolute value of the t-statistic is greater than the critical t-statistic value (±1.96 for large samples), the likelihood that the residual return could have been caused by random volatility alone is less than 5%. This is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 95% confidence level. If the absolute value of the t-statistic is greater than the critical t-statistic value of 2.58 for large samples, the likelihood that the residual return could have been caused by random volatility alone is less than 1%, which is generally accepted to be so unlikely that the random volatility explanation can be rejected, and the security return for that day is deemed statistically significant at the 99% confidence level.

**App. 924**

return is associated with a *t*-statistic of -3.57, corresponding to statistical significance at the 99.95 % confidence level.

140. The Exxon stock price residual decline was 2.84%, which is statistically significant, and equivalent to a stock price decline of $2.43 per share.

### b.    31 January 2017

141. On 31 January 2017, the price of Exxon stock fell 1.15% (on a logarithmic return basis). The Market Index return that day was 0.08%. The Sector Index return that day was 0.53%. Based on the regression, the explained return on Exxon stock was 0.31%. The difference between the actual return of -1.15% and the explained return of 0.31% is a statistically significant residual return of -1.46%, equivalent to a decline of $1.23 per share. This residual return is associated with a *t*-statistic of -2.08 which is statistically significant at the 96.14% confidence level.

142. The Exxon stock residual return was -1.46%, which is statistically significant, and equivalent to a decline of $1.23 per share.

## VII.    SECTION 10(b) DAMAGES

### A.    Out-of-Pocket Damages

143. The "out-of-pocket" measure of damages traditionally applied in 10b-5 cases is the difference between the actual purchase price of the security and what would have been the purchase price had there been no alleged fraud (the "but-for price"). This difference, the difference between what a security's price actually was at a point in time and what the price would have been absent the alleged fraud, is "artificial inflation."

> "[M]any courts have adopted the out-of-pocket rule as the traditional measure of damages in Rule 10b-5 cases. The out-of-pocket measure rule defines damages as 'the difference between the contract price, or the price paid, and the real or actual value at the date of the sale, together with such outlays as are attributable to the defendant's conduct. Or, in other words,

**App. 925**

the difference between the amount parted with and the value of the thing received.' Typically, courts measure this as the plaintiff's purchase price less the true value at the time of the transaction. The true value is the price of the security in the absence of fraud or misrepresentation."
**"Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017, p. 27.6 (internal citations omitted).**

144.   The Supreme Court, in *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005), clarified that recoverable damages are not the entire amount by which an investor overpaid for a security on account of fraud, which is the artificial inflation at the time of purchase, but rather how much of that artificial inflation was actually lost by the investor during their holding period. Therefore, recoverable damages are the amount by which fraud-induced inflation dissipated after the investors' purchase, subject to certain statutory and case law limitations.

145.   The Private Securities Litigation Reform Act of 1995 ("PSLRA") provides the following further limitation on recoverable damages relating to a 90-day "bounce-back rule:"

"[T]he award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated to the market."
**15 U.S.C. §78u-4(e)(1).**

146.   For Class members who sell within the 90-day period referred to in the statute, the PSLRA limitation on damages is "the difference between the purchase or sale price paid or received" and "the mean trading price of the security during the period beginning immediately after dissemination of information correcting the misstatement or omission and ending on the date on which" the security is sold.[140]

---

[140] 15 U.S.C. §78u-4(e)(2).

**App. 926**

147.  The mean per share trading price of Exxon stock during the 90 days beginning on 31 January 2017 is \$82.08. Exxon stock closing prices from 31 January 2017 through 28 April 2017 are included in Exhibit-4.[141] The PSLRA 90-day bounce-back rule limitation can be applied formulaically to the calculation of per security damages for all Class members.

### B.     Quantifying Losses Precipitated by Corrective Disclosures in Order to Construct the Inflation Ribbon

#### 1.     Losses Precipitated By Corrective Disclosures Is Dissipation of Artificial Inflation

148.  Section 10(b) damages are a function of how much the alleged misrepresentations and omissions artificially inflated a security price and how much the security price fell in value when the artificial inflation dissipated. To compute damages for all Class members, therefore, one must compute an inflation ribbon, which is the time series of artificial inflation caused by the alleged fraud.

149.  The inflation ribbon in this case can be constructed by working chronologically backwards from the market's 31 January 2017 reaction to the final corrective disclosure. When a security price falls on account of a corrective disclosure, inflation dissipates. Inflation prior to a corrective disclosure must be greater than the inflation following the disclosure. The residual price decline elicited by the corrective disclosure (which excludes any decline attributable to confounding information) measures how much artificial inflation dissipated due to the corrective disclosure, and therefore also measures the additional artificial inflation that had been in the security price prior to the disclosure. The inflation just prior to a partially corrective disclosure must be the sum of the inflation the disclosure dissipated plus any inflation remaining afterward.

150.  Using the fraud-related price declines elicited by corrective disclosures to measure the amount of inflation that was in a security price is a widely used and generally accepted methodology.[142]

---

[141] 29-30 April 2017 are weekend days, as such the PSLRA 90-day bounce back rule mean trading price was averaged through 28 April 2017.

[142] "Federal Securities Acts and Areas of Expert Analysis," by Kevin Gold et al., Chapter 27 of the *Litigation Services Handbook: The Role of the Financial Expert*, 6th Edition, edited by Roman Weil et al., John Wiley & Sons, Inc., 2017.

**App. 927**

151. While the event study established that the price of Exxon stock fell in reaction to Company-specific information on the corrective disclosure dates, to measure the magnitude of the respective declines caused by the corrective disclosures, one must consider whether there was also Company-specific non-allegation-related information simultaneously disseminated on those days. The negative valuation effect of adverse confounding information, if any, should be removed to isolate the valuation effect of the corrective disclosures.

152. If confounding information has a positive valuation effect, such that it countervails against the negative valuation effect of the corrective disclosures, non-removal of the positive confounding information effect produces a conservatively low measure of the decline caused by the corrective disclosures.

> 2. Per Share Decline Caused by the 28 October 2016 Corrective Disclosure

153. According to the event study, the residual return for Exxon stock on 28 October 2016 was a statistically significant -2.84%, or -$2.43 per share. From its statistical significance one may conclude that the 28 October 2016 residual Exxon stock price decline was caused by Company-specific information.

154. I examined the Company news that emerged between the close of trading on 27 October 2016 and the close of trading on 28 October 2016 in order to assess whether any other news besides the corrective disclosures could have contributed to the residual share price decline on 28 October 2016. That is, I searched for confounding information.

155. As discussed in §V.C. above, there were several pieces of Company-specific news released in connection with the Company's Q3 2016 earnings announcement. The fact that the corrective disclosures were made in the context of a quarterly earnings announcement means that the corrective information was released simultaneously with several other pieces of non-fraud related, valuation-relevant news. Examination of the other news (i.e., non-allegation-related information) that was released in connection with the quarterly earnings announcement indicates that the additional, potentially confounding, information was, on net, positive, and therefore could not have contributed to the negative price reaction on 28 October 2016.

**App. 928**

156. In particular, Exxon's reported 3Q 2016 EPS was $0.63,[143] which was five cents per share above the consensus estimate of $0.58 per share.[144] This five cent unexpected positive surprise was confirmed in several analyst reports.[145] However, some analysts noted that the reported $0.63 EPS was in part driven by Exxon's sale of certain Canadian assets, and that after adjusting the reported Q3 2016 earnings for this $380 million asset sale gain, the remaining adjusted Q3 2016 earnings were below the consensus estimate.[146] That is, the adjusted Q3 EPS without the earnings from the asset sale was $0.54, which was $0.04 below the consensus estimate.

157. However, the non-fraud-related factors that negatively impacted Q3 earnings were non-recurring, and therefore had only a small impact on the stock valuation. Prior to the Company's Q3 2016 earnings announcement, consensus FY 2016 EPS was $2.19 per share.[147] Following the Q3 earnings announcement, the consensus FY 2016 EPS estimate *increased* to $2.23 per share.[148] The fact that consensus FY 2016 EPS increased following the 28 October 2016 Q3 earnings announcement, despite EPS being lower than expected after removing the asset sale, indicates that the items that weighed down the Company's Q3 2016 EPS were compensated for by positive effects and in the aggregate were non-recurring. Being not only non-recurring, but also being expected to be completely reversed over the remainder of the FY indicates that any negative earnings effects disclosed in the Q3 earnings announcement would have had at most a *de minimis* effect on the Exxon stock price, if any negative effect at all.

---

[143] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[144] "Exxon Mobil Earns $2.7 Billion In Third Quarter of 2016," *Business Wire*, 28 October 2016 8:00 AM; and "Exxon Mobil Profit Continues Slide Despite Crude Rebound," *Financial Times*, 28 October 2016.

[145] *See*, *e.g.*, "3Q16 Quick Take – ALERT," by Phil Gresh et al., JPMorgan, analyst report, 28 October 2016, p. 1; "3Q EPS Beats on R&M Asset Sale Gain but Cash Flow and Production below Expectations," by William Featherston et al., UBS, analyst report, 28 October 2016, p. 1; and "3Q16 EPS Better than Street Consensus Given Sales Gain; Lower Cap-ex and Better QOQ EPS," by John Herrlin and Mark Kogel, Societe Generale, analyst report, 28 October 2016, p. 1.

[146] "XOM: Results Below Expectations; Reserves De-Booking Possible; Buy XOM," by Doug Terreson et al., Evercore, analyst report, 31 October 2016, p. 1.

[147] Consensus estimates as of 25 October 2016, obtained from *LSEG Workspace*.

[148] Consensus estimates as of 8 November 2016, obtained from *LSEG Workspace*.

**App. 929**

158. Examination of the disclosed factors that individually weighed negatively on Q3 earnings confirms that they were non-recurring or unsurprising, as well as having been completely countervailed by positive earnings item disclosures.

159. For example, during Exxon's 28 October 2016 earnings release, the Company disclosed that low production levels and low realized sales prices negatively impacted its Upstream segment earnings for the quarter.[149] With respect to the low production levels, Exxon stated that the cause was primarily disruptions in its Nigeria operations.[150] Notably, the disruptions in Nigeria were not new news[151] and impacted Exxon's peers as well.[152]

---

[149] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[150] "Exxon Mobil Earns $2.7 Billion In Third Quarter Of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[151] During the Company's Q2 2016 earnings conference call, the Company noted that it had declared a force majeure in early July 2016 and was investigating disruptions in Nigeria ("Q2 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 29 July 2016, 9:30 ET, p. 11).

Moreover, analysts acknowledged that the incidents in Nigeria were well publicized and additional deterioration of the situation was expected. For example, "Canada wildfires impact volumes and also XOM's large Canadian refining business. Nigeria oil volumes fell short due to well publicized incidents" ("A Disrupted Print (Nigeria/Canada). CFFO of $6.5bn vs CS at $7.5bn," by Edward Westlake et al., Credit Suisse, 29 July 2016). Analysts expected Canada to rebound (e.g., "should see a rebound from a weak 2Q16 with liquids production likely to rebound significantly from Canadian wildfire impacts" ("XOM – 3Q16 Earnings Preview; Expecting a $0.05 Beat to Consensus," by Brad Heffern, RBC Capital Markets, analyst report, 26 October 2016)) but anticipated disruptions to be ongoing in Nigeria. For example, Barclays reported that supply considerations include "ongoing pipeline outage issues in Nigeria" (2 May 2016) and later "Both Nigeria and Venezuela seem unlikely to surprise the market to the upside, as *adverse domestic conditions will likely continue to deteriorate before they begin to improve*" (1 August 2016) ("Upstream Posts Rare Loss: Integrated Model to the Rescue," by Paul Cheng et al., Barclays, analyst report, 2 May 2016; and "2Q Miss on Int. Gas Prices, One-Offs," by Paul Cheng et al., Barclays, analyst report, 1 August 2016).

[152] Two of Exxon's industry peers, Chevron and Total S.A, also reported similar production disruptions in Nigeria. On the same day that Exxon reported its third quarter earnings, Chevron announced its own, stating: "Production increases from major capital projects, shale and tight properties, and base business in multiple areas were largely offset by normal field declines, a major planned turnaround at Tengizchevroil, the effects of civil unrest in Nigeria, and production entitlement effects in several locations" ("Chevron Reports Third Quarter Net Income of $1.3 Billion," *Platts Commodity News*, Company press release, 28 October 2016). Nigeria was also discussed on the conference call, with an analyst asking: "Just a quick one about Nigeria. You mentioned losing 28,000 a day in Q3. What kind of recovery have you seen on your Nigerian assets so far this quarter and what is embedded in the exit rate guidance that you gave for the year?" and Chevron's CFO responding: "Well, I think we have two factors going on. We have had some instances of sabotage as we have talked about. We had a more recent one here in the last couple of days. So that is obviously a detriment that is impacting Nigerian production" ("Q3 2016 Chevron Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 11:00 AM ET, p. 18). Total S.A. also announced production issues attributable to Nigeria ("Q3 2016 Total SA Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016, 8:00 AM ET, p. 5). See also, "How the Nigeria Crisis Affects Energy Companies," Zacks, 1 June 2016, accessible at https://www.nasdaq.com/articles/how-nigeria-crisis-affects-energy-companies-2016-06-01.

**App. 930**

160. Similarly, the low realized sales prices in the quarter mentioned by the Company (i.e., lowered commodity prices) was not a surprise to the market, and thus could not have contributed to the observed miss in Upstream segment earnings and the Company's adjusted earnings miss as a whole. That commodity prices were low was not new information, so lower realized sale prices could not have been a surprise. Commodity prices are public information that investors can observe continuously. Investors did not learn about lower commodity prices from Exxon's earnings announcement. Furthermore, commodity prices are industry-wide factors that affect the business conditions of all firms operating in the industry, and therefore any impact would be captured and controlled for by the industry sector factor in the event study regression.

161. Exxon's 28 October 2016 earnings release also discussed low refining margins and how they had an effect on Exxon's earnings results.[153] But, this factor was more than compensated for by other positive factors in the same segment. Exxon reported Downstream segment (the segment to which refining margins pertain) earnings of $1,229 million compared to consensus estimates of $796 million.[154] The reported Downstream segment earnings included the asset sale gain of $380 million. Removing the $380 million from the asset sale from the reported segment earnings of $1,229 million leaves $849 million in Downstream earnings, which beat the consensus estimate for the segment by $53 million. Thus, any isolated negatives in the Downstream segment, such as lower-than-expected refining margins, were more than compensated for by positive developments.

162. In sum, based on i) the nature of the information disclosed on 28 October 2016, which partially corrected the alleged misrepresentations and omissions, ii) financial valuation principles, iii) analyst and media commentary, iv) the fact that reported Q3 2016 EPS was above consensus estimates, v) the fact that FY 2016 EPS consensus increased despite any temporary disappointing items in the Company's reported Q3 2016 EPS, vi) the fact that factors adversely affecting Q3 2016 EPS were non-recurring, I conclude that non-allegation information disclosed simultaneously with the corrective disclosures on 28 October 2016

[153] "Exxon Mobil Earns $2.7 Billion In Third Quarter of 2016," *Business Wire*, Company press release, 28 October 2016 8:00 AM.

[154] "ExxonMobil Corp. 3Q EPS Beats on R&M Asset Sale Gain but Cash Flow and Production Below Expectations," by William Featherston et al., UBS, analyst report, 28 October 2016, pp. 1 and 20.

**App. 931**

had no net negative confounding effect on the stock price. To be conservative, however, I acknowledge that it is possible that the non-recurring $0.04 miss in adjusted EPS, even though it was expected to be more than made up in the following quarter, could have had a negative $0.04 impact on the stock price when announced. Thus, I conservatively estimate that of the $2.43 statistically significant residual stock price decline, $0.04 can be attributed to confounding information, with the remaining $2.39 representing dissipation of artificial inflation that was caused by the alleged misrepresentations and omissions.

3.  Per Share Decline Caused by the 31 January 2017 Corrective Disclosure

163. According to the event study, the residual return for Exxon stock on 31 January 2017 was a statistically significant 1.46% decline, equivalent to a loss of $1.23 per share. From its statistical significance one may conclude that the 31 January 2017 residual Exxon stock price decline was caused by Company-specific information.

164. I examined all Company news that emerged between the close of trading on 30 January 2017 and the close of trading on 31 January 2017, in order to assess whether any other news besides the corrective disclosures could have contributed to the residual share price decline on 31 January 2017. That is, I searched for confounding information.

165. I identified no *public,* negative, confounding information that contributed to the 31 January 2017 residual stock price decline.[155] An internal document produced in connection with this litigation apportions the announced impairment across seven different assets, three of which were not RMDG assets.[156] In addition, counsel informed me that Lead Plaintiff is not alleging that one of the RMDG assets, Green River, was impaired at the start of the Class Period. Thus, only three of the four RMDG assets listed in this internal Company document were impacted by the alleged fraud. The allegation-related assets accounted for 85.9% of the total

---

[155] As noted by Simmons & Company, "On the 4Q call (see highlights here), much of the discussion centered around evolving positives of the XOM story." ("4Q'16 Earnings - We Remain on the Sidelines," by Guy Baber et al., Simmons & Company, analyst report, 1 February 2017). Evercore ISI reported that "Exxon Mobil's 4Q adjusted EPS was $0.71/shr., in line with consensus estimates at $0.70. Non-operating items in the quarter included impairments (+$0.49) and gains from asset sales (-$0.18). The result includes a favorable non-US tax item which we estimate benefited the quarter by +0.15/shr." ("XOM – Results in-line; Buy XOM," by Doug Terreson et al., Evercore ISI, analyst report, 31 January 2017).

[156] *See* EMC_RAM_000000313.

**App. 932**

impairment (both on a before- and after-tax basis). While the Company publicly informed investors that the $2.0 billion asset impairment charge was "largely related to dry gas operations in the Rocky Mountains region,"[157] to provide a conservative measure of damages, I exclude the portion of the impairment assigned in the internal Company document to non-allegation related assets.

166. I therefore conclude that the corrective disclosure on 31 January 2017 caused 85.9% of the Exxon stock residual price decline that day, which amounts to $1.05 of the $1.23 residual per share price decline.

### C.    Artificial Inflation During the Class Period

167. From the corrective disclosures, the market learned the truth about the Company's condition and value, which allegedly had previously been fraudulently misrepresented. Had analysts and investors been fully and honestly apprised by the Company at the start of the Class Period, rather than misled by the alleged misrepresentations and omissions, the stock price would have been lower at the outset of and throughout the Class Period, just as the stock price fell to a lower price when the truth was learned.

168. The artificial inflation in the price of Exxon stock at the start of the Class Period was $3.44 per share. Per share artificial inflation fell by $2.39 on 28 October 2016, and $1.05 on 31 January 2017, as the impairment and de-booking announcements dissipated the artificial inflation, which inflation was due to the impairment and de-booking not having been taken previously.

169. Exhibit-8 presents the inflation ribbon for Exxon stock.

### D.    Per Share Damages

170. Based on the foregoing analysis and statutory formulas, Section 10(b) damages range up to $3.44 per share, excluding prejudgment interest. A particular investor's per share damages depend on when during the Class Period the investor purchased the shares and if and when the investor subsequently sold those shares. Class members who sold their shares prior to the first corrective disclosure suffered no recoverable losses on those shares. Class members

---

[157] "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, Company press release, 31 January 2017 8:00 AM, p. 1.

**App. 933**

whose holding periods spanned no corrective disclosure similarly suffered no recoverable loss. Class members who bought at an artificially inflated price and sustained a loss when a corrective disclosure dissipated all or some of the artificial inflation suffered damages caused by the alleged misrepresentations and omissions.

171.  As an example of how per share damages are computed for a particular investor, consider an investor who purchased Exxon stock on 15 June 2016 for $90.16 per share and sold those shares at the close of trading on 31 January 2017 for $83.89 per share. The artificial inflation on 15 June 2016 was $3.44 per share. At the close of trading on 31 January 2017, artificial inflation was zero, as all artificial inflation had been dissipated by the corrective disclosures by then. The reduction in artificial inflation over this investor's holding period is this investor's economic/inflation loss, which equals $3.44 per share. The investor's investment loss is $6.27 per share, equal to the $90.16 per share purchase price minus the $83.89 per share sale price. The recoverable per share damages are the lesser of the $3.44 per share economic/inflation loss and the $6.27 per share investment loss, which is $3.44 per share.

## VIII.  THE COST OF LOSING A "AAA" RATING

172.  I was asked by counsel to estimate how much greater the Company's debt service on the Exxon Notes issued in the March 2016 offering would be over their life if they had been rated AA+ rather than AAA at the time of their issuance, holding all other features of the Notes constant. A lower credit rating would have required a higher note yield and thus higher interest expense.

173.  As detailed below, consistent with generally accepted financial principles, the S&P rating methodology, and analyst commentary, Exxon's asset write-down of $2.0 billion and de-booking of approximately 19% of its proved reserves would have negatively impacted characteristics considered important by credit rating agencies for assessing credit quality. Using the credit spreads prevailing at the time of issuance, I estimate that had the Exxon Notes carried a lower/riskier credit rating, investors would have required a higher yield. Assuming the Notes would still have been issued at par, such that they would have generated the same proceeds for Exxon, the coupon rates would have had to be 13 basis points (0.13%) higher. Paying the higher coupons would have cost Exxon $831.95 million in additional interest expense over the life of the Notes.

**App. 934**

174. To determine the increase in the Note yields if Exxon had issued the Notes at a "AA+" credit rating instead of "AAA", I analyzed prevailing option-adjusted spreads at the time of the March 2016 offering. Option-adjusted spreads measure a constant spread of a particular credit-risky note yield relative to the government yield curve. The option adjusted spread accounts for the optionality that is embedded in some bonds (such as call features), thus allowing for the comparison of the credit riskiness of many different notes.

175. I obtained from Federal Reserve Economic Data ("FRED") the "AAA US Corporate Index Option-Adjusted Spread," which is representative of the option-adjusted spread of U.S. dollar denominated debt issues with a "AAA" credit rating.[158] I also obtained from FRED the same index for "AA" issues.[159] The option-adjusted spread for AAA-rated issues at the time of the March 2016 offering was 0.91%.[160] The option-adjusted spread for AA-rated issues at the time of the March 2016 offering was 1.17%.[161]

176. FRED does not publish an option-adjusted spread index for "AA+" issuers. So, to determine a representative option-adjusted spread for a AA+ rating, I interpolated linearly between the "AAA" and the "AA" option-adjusted spreads. Linear interpolation to achieve intermediate credit ratings is a generally accepted and commonly used methodology in the finance literature.[162] Using this methodology, the estimated option-adjusted spread for "AA+" issues was 1.04%.[163]

---

[158] "ICE BofA AAA US Corporate Index Option-Adjusted Spread [BAMLC0A1CAAA]," *Ice Data Indices LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/BAMLC0A1CAAA, accessed on 26 August 2024.

[159] "ICE BofA AA US Corporate Index Option-Adjusted Spread [BAMLC0A2CAA]," *Ice Data Indices, LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/BAMLC0A2CAA, accessed on 26 August 2024.

[160] "ICE BofA AAA US Corporate Index Option-Adjusted Spread [BAMLC0A1CAAA]," *Ice Data Indices LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/BAMLC0A1CAAA, accessed on 26 August 2024.

[161] "ICE BofA AA US Corporate Index Option-Adjusted Spread [BAMLC0A2CAA]," *Ice Data Indices, LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/BAMLC0A2CAA, accessed on 26 August 2024.

[162] "Linear interpolation is used for intermediary ratings (e.g., 'BBB+' or 'A-') in the final analysis" (Criteria | Structure Finance | CMBS: European CMBS Methodology And Assumptions," *S&P Global*, 26 July 2024).

[163] Equal to the midpoint between the "AAA" Option-adjusted spread of 0.91% and the "AA" Option-adjusted spread of 1.17%. "ICE BofA AAA US Corporate Index Option-Adjusted Spread [BAMLC0A1CAAA]," *Ice Data Indices LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis;

**App. 935**

177. The difference between the respective option-adjusted spreads for "AA+" and "AAA" issues was 0.13% (1.04% - 0.91%). Consequently, had the Exxon Notes been issued with a "AA+" rating instead of a "AAA" rating, the required yield from the Notes would have had to be 0.13% greater (also referred to as 13 basis points). Applying this higher coupon yield to all contractual cash flows out to maturity, the higher yield would have cost Exxon $831.95 million in greater interest expense.

## IX.    LIMITING FACTORS AND OTHER ASSUMPTIONS

178. This report is furnished solely for the purpose of court proceedings in the above-referenced matter and may not be used or referred to for any other purpose. The analysis and opinions contained in this report are based on information available as of the date of this report. I reserve the right to amend, refine, or supplement this report in the event that I become aware of additional information, evidence, arguments, or analyses which bear on my work on this matter.

Steven P. Feinstein, Ph.D., CFA

https://fred.stlouisfed.org/series/BAMLC0A1CAAA, last accessed August 26, 2024; and "ICE BofA AA US Corporate Index Option-Adjusted Spread [BAMLC0A2CAA]," *Ice Data Indices, LLC*, retrieved from FRED, Federal Reserve Bank of St. Louis; https://fred.stlouisfed.org/series/BAMLC0A2CAA, last accessed August 26, 2024.

**App. 936**

X.    **APPENDIX-1: LOGARITHMIC RETURNS**

A-1.    Logarithmic returns, rather than percent change returns, are commonly used in security return regressions and event study analysis and were used in the regression modeling here. The formula for a logarithmic return is:

$$R_t = \ln\left(\frac{P_t + d_t}{P_{t-1}}\right)$$

where:
  $R_t$ is the logarithmic return on day t;
  $P_t$ is the security price at the end of day t;
  $P_{t-1}$ is the security price from the previous day, day t-1;
  $d_t$ is the dividend on day t, if any.

A-2.    The formula for converting a logarithmic return into a dollar return is:

$$DR_t = P_{t-1} \cdot (e^{R_t} - 1)$$

where:
  $DR_t$ is the dollar return on day t;
  $P_{t-1}$ is the security price from the previous day, day t-1;
  e is natural e (approximately 2.7);
  $R_t$ is the logarithmic return on day t.

A-3.    If a security price falls from $20 to $18, the percent change in price is -10%, equal to the $2 decline divided by the original $20 price. The logarithmic return, however, is -10.54%, equal to ln($18/$20).

A-4.    The logarithmic return relates a price change to an average of the original, final, and intervening prices over the course of a price decline. As such, for large price declines, it is possible for a logarithmic price decline to exceed 100%, since the price decline may be greater than the average of the beginning and ending prices.

A-5.    An attractive feature of a logarithmic return is that it can be decomposed into contributing factors linearly. That is, the portion of a logarithmic return caused by company-specific information is isolated by subtracting from the total logarithmic return the portion of the total return caused by market and sector factors.

**App. 937**

**Exhibit-1**
**Documents and Other Information Considered**

**CASE LEGAL DOCUMENTS**

- Consolidated Complaint for Violations of the Federal Securities Laws, filed 26 July 2017.
- Memorandum Opinion and Order, dated 21 August 2023.

**DEPOSITION TRANSCRIPTS**

- Deposition of Vincent L. Prestipino, dated 11 September 2024.

**EXPERT REPORTS**

- Expert Report of Frank C. Torchio, dated 21 December 2018.
- Expert Report of Allen Ferrell, Ph.D., dated 1 February 2019.

**NEWS ARTICLES AND PRESS RELEASES**

- Factiva news articles from 24 February 2016 to 28 October 2016, downloaded using the following search parameters: All Sources; All Authors; Company: Exxon Mobil Corporation; All Subjects; All Industries; All Regions.
- Factiva news articles from 28 October 2016 to 31 January 2017, downloaded using the following search parameters: Dow Jones Newswires Or Major News and Business Sources Or Press Release Wires Or Reuters Newswires Or The Wall Street Journal - All sources; All Authors; Company: Exxon Mobil Corporation; All Subjects; All Industries; All Regions.
- "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," *Business Wire*, 14 December 2009.
- "Exxon Bets Big on Gas with Deal For XTO," by Russell Gold, *Wall Street Journal*, 15 December 2009.
- "Total takes $6.5 Bln Impairment in Q4 as Profits Fall," *Reuters*, 12 February 2015.
- "France's Total Plans to Cut Jobs, Sell Assets After Big Loss," by Inti Landauro and Selina Williams, Wall Street Journal, 12 February 2015.
- "Exxon Mobil Announces Cold Lake Project Expansion Starts Production on Schedule," *Business Wire*, 11 May 2015.
- "Write-Downs Abound for Oil Producers," by Ryan Dezember, *Wall Street Journal*, 13 September 2015.
- "Royal Dutch Shell to Abandon Carmon Creek Oil-Sands Project," by Chester Dawson, *Wall Street Journal*, 27 October 2015.

**App. 938**

**Exhibit-1**
**Documents and Other Information Considered**

- "Shell Takes $2bn Charge on Canada Oil Sands Project," by Ed Crooks, *Financial Times*, 27 October 2015.
- "Facing Adversity, Anadarko Seeks to Preserve Value," *The Oil Daily*, 29 October 2015.
- "S&P Cuts Ratings of 10 U.S. Oil Companies," by Maria Armental, *Wall Street Journal*, 2 February 2016.
- "Exxon reserves tap into Big Oil's next crisis – Reuters Breakingviews," by Kevin Allison, *Reuters*, 28 October 2016, 11:42 AM.
- "Exxon Mobil Profit Continues Slide Despite Crude Rebound," *Financial Times*, 28 October 2016.
- "Exxon Profit Slides as Oil-Market Slump Threatens Reserves (1)," *Bloomberg*, 28 October 2016.
- "Exxon warns low oil prices may dent reserves nearly 20pct – Reuters News," by Ernest Scheyder and Terry Wade, *LSEG*, 28 October 2016, 12:40 PM.
- "Exxon Facing Historic Reserves Reduction as Slump Persists (3)," *Bloomberg*, 28 October 2016, 4:16 PM.
- "Exxon Concedes It May Need to Declare Lower Value for Oil in Ground," by Clifford Krauss, *The New York Times*, 28 October 2016.
- "Exxon Mobil Earns $7.8 Billion in 2016; $1.7 Billion During Fourth Quarter," *Business Wire*, Company press release, 31 January 2017.
- "Exxon Mobil Earnings 40% Lower than Expected," by Ed Crooks, *Financial Times*, 31 January 2017.
- "These Giants Bet on the Oilsands, but Now They're Cashing Out," by Carl Meyer, *Canada's National Observer: Climate News*, 16 March 2017.


**ANALYST REPORTS**

- 2014.01.02 Streetwise Reports
- 2014.01.09 Cowen And Company
- 2014.01.10 S&P Capital IQ - Stars Report
- 2014.01.15 S&P Capital IQ - Stars Report
- 2014.01.17 Cowen And Company
- 2014.01.27 Barclays
- 2014.01.29 Trefis
- 2014.01.30 UBS Research
- 2014.01.30 RBC Capital Markets (Canada)
- 2014.01.30 Wells Fargo Securities, LLC
- 2014.01.30 RBC Capital Markets (Canada)
- 2014.01.30 Wells Fargo Securities, LLC
- 2014.01.30 Morningstar Credit Research
- 2014.01.30 Societe Generale

**App. 939**

**Exhibit-1**
**Documents and Other Information Considered**

- 2014.01.31 UBS Research
- 2014.01.31 Oppenheimer And Co
- 2014.01.31 Cowen And Company
- 2014.01.31 HSBC Global Research
- 2014.01.31 Morgan Stanley
- 2014.01.31 Barclays
- 2014.02.07 Oppenheimer And Co
- 2014.02.18 Morningstar Credit Research
- 2014.02.21 UBS Research
- 2014.02.21 Barclays
- 2014.02.21 RBC Capital Markets (Canada)
- 2014.02.24 Morningstar Credit Research
- 2014.02.27 UBS Research
- 2014.02.28 Trefis
- 2014.03.03 Barclays
- 2014.03.05 UBS Research
- 2014.03.05 Wells Fargo Securities, LLC
- 2014.03.05 S&P Capital IQ - Stars Report
- 2014.03.05 RBC Capital Markets (Canada)
- 2014.03.06 Societe Generale
- 2014.03.06 Argus Institutional Partners
- 2014.03.06 Barclays
- 2014.03.06 Morningstar Credit Research
- 2014.03.06 Cowen And Company
- 2014.03.06 RBC Capital Markets (Canada)
- 2014.03.06 Morgan Stanley
- 2014.03.06 HSBC Global Research
- 2014.03.06 Credit Suisse - North America
- 2014.03.07 S&P Capital IQ - Stars Report
- 2014.03.10 Trefis
- 2014.03.21 Morningstar Credit Research
- 2014.03.24 Trefis
- 2014.03.24 Morningstar Thematic Research
- 2014.03.31 Trefis
- 2014.04.01 NBG Securities Greece
- 2014.04.02 BMO Capital Markets
- 2014.04.08 Jefferies
- 2014.04.10 Streetwise Reports
- 2014.04.29 Barclays
- 2014.04.29 Barclays

69

**App. 940**

**Exhibit-1**
**Documents and Other Information Considered**

- 2014.04.29 Trefis
- 2014.05.01 UBS Research
- 2014.05.01 UBS Research
- 2014.05.01 Morningstar Credit Research
- 2014.05.01 BMO Capital Markets
- 2014.05.01 Societe Generale
- 2014.05.01 Morgan Stanley
- 2014.05.01 Oppenheimer And Co
- 2014.05.01 RBC Capital Markets (Canada)
- 2014.05.01 RBC Capital Markets (Canada)
- 2014.05.02 Barclays
- 2014.05.02 Jefferies
- 2014.05.02 S&P Capital IQ - Stars Report
- 2014.05.02 Credit Suisse - North America
- 2014.05.02 Cowen And Company
- 2014.05.06 HSBC Global Research
- 2014.05.14 S&P Capital IQ - Stars Report
- 2014.05.27 Oppenheimer And Co
- 2014.05.27 Trefis
- 2014.05.28 Trefis
- 2014.05.28 Morningstar Credit Research
- 2014.06.03 Societe Generale
- 2014.06.12 RBC Capital Markets (Canada)
- 2014.06.13 Trefis
- 2014.06.16 Morningstar Credit Research
- 2014.06.19 NBG Securities Greece
- 2014.06.23 Trefis
- 2014.07.11 Trefis
- 2014.07.16 Cowen And Company
- 2014.07.21 Wells Fargo Securities, LLC
- 2014.07.29 Trefis
- 2014.07.29 Barclays
- 2014.07.31 UBS Research
- 2014.07.31 BMO Capital Markets
- 2014.07.31 Societe Generale
- 2014.07.31 Oppenheimer And Co
- 2014.07.31 Morgan Stanley
- 2014.07.31 RBC Capital Markets (Canada)
- 2014.07.31 RBC Capital Markets (Canada)
- 2014.07.31 Deutsche Bank Research

70

**App. 941**

**Exhibit-1**
**Documents and Other Information Considered**

- 2014.08.01 UBS Research
- 2014.08.01 Morningstar Credit Research
- 2014.08.01 Wells Fargo Securities, LLC
- 2014.08.02 S&P Capital IQ - Stars Report
- 2014.08.04 RBC Capital Markets (Canada)
- 2014.08.04 Barclays
- 2014.08.04 Barclays
- 2014.08.14 Credit Suisse - North America
- 2014.08.21 Trefis
- 2014.08.26 Wells Fargo Securities, LLC
- 2014.09.02 Oppenheimer And Co
- 2014.09.05 Trefis
- 2014.09.11 Trefis
- 2014.09.23 JPMorgan
- 2014.09.25 Trefis
- 2014.09.26 Trefis
- 2014.09.29 Wells Fargo Securities, LLC
- 2014.09.30 Trefis
- 2014.10.02 RBC Capital Markets (Canada)
- 2014.10.02 Societe Generale
- 2014.10.06 Trefis
- 2014.10.15 Morningstar Credit Research
- 2014.10.17 Oppenheimer And Co
- 2014.10.29 Barclays
- 2014.10.29 Morningstar Credit Research
- 2014.10.30 JPMorgan
- 2014.10.30 Trefis
- 2014.10.31 UBS Research
- 2014.10.31 UBS Research
- 2014.10.31 Societe Generale
- 2014.10.31 Oppenheimer And Co
- 2014.10.31 Morgan Stanley
- 2014.10.31 BMO Capital Markets
- 2014.10.31 S&P Capital IQ - Stars Report
- 2014.10.31 Wells Fargo Securities, LLC
- 2014.10.31 JPMorgan
- 2014.10.31 Deutsche Bank Research
- 2014.11.03 Jefferies
- 2014.11.03 S&P Capital IQ - Stars Report
- 2014.11.03 Trefis

**App. 942**

**Exhibit-1**
**Documents and Other Information Considered**

- 2014.11.03 RBC Capital Markets (Canada)
- 2014.11.03 Cowen And Company
- 2014.11.03 Credit Suisse - North America
- 2014.11.03 JPMorgan
- 2014.11.03 Barclays
- 2014.11.03 Morningstar Credit Research
- 2014.11.04 Morningstar Credit Research
- 2014.11.14 Credit Suisse - North America
- 2014.12.02 Morningstar Credit Research
- 2014.12.03 Morningstar Credit Research
- 2014.12.03 Oppenheimer And Co
- 2014.12.11 UBS Research
- 2014.12.15 BMO Capital Markets
- 2014.12.17 Trefis
- 2014.12.17 Crispidea
- 2014.12.22 Directors Deals Ltd.
- 2014.12.24 Trefis
- 2015.01.05 Oppenheimer And Co
- 2015.01.05 Oppenheimer And Co
- 2015.01.19 RBC Capital Markets (Canada)
- 2015.01.30 Trefis
- 2015.01.30 RBC Capital Markets (Canada)
- 2015.01.30 JPMorgan
- 2015.01.30 Barclays
- 2015.02.02 UBS Research
- 2015.02.02 UBS Research
- 2015.02.02 Societe Generale
- 2015.02.02 Jefferies
- 2015.02.02 Morgan Stanley
- 2015.02.02 RBC Capital Markets (Canada)
- 2015.02.02 Oppenheimer And Co
- 2015.02.02 Evercore ISI
- 2015.02.02 BMO Capital Markets
- 2015.02.02 Wells Fargo Securities, LLC
- 2015.02.02 RBC Capital Markets (Canada)
- 2015.02.02 Wells Fargo Securities, LLC
- 2015.02.02 JPMorgan
- 2015.02.02 Deutsche Bank Research
- 2015.02.03 Morningstar Credit Research
- 2015.02.03 Credit Suisse - North America

**App. 943**

**Exhibit-1**
**Documents and Other Information Considered**

- 2015.02.03 Cowen And Company
- 2015.02.03 JPMorgan
- 2015.02.03 Barclays
- 2015.02.03 S&P Capital IQ - Stars Report
- 2015.02.10 Trefis
- 2015.02.12 Barclays
- 2015.02.23 UBS Research
- 2015.02.26 UBS Research
- 2015.02.27 Jefferies
- 2015.02.27 Cowen And Company
- 2015.03.02 Oppenheimer And Co
- 2015.03.02 JPMorgan
- 2015.03.02 Barclays
- 2015.03.02 Trefis
- 2015.03.03 Oppenheimer And Co
- 2015.03.04 UBS Research
- 2015.03.04 RBC Capital Markets (Canada)
- 2015.03.04 BMO Capital Markets
- 2015.03.04 RBC Capital Markets (Canada)
- 2015.03.04 JPMorgan
- 2015.03.05 Societe Generale
- 2015.03.05 Wells Fargo Securities, LLC
- 2015.03.05 Morgan Stanley
- 2015.03.05 Cowen And Company
- 2015.03.05 Credit Suisse - North America
- 2015.03.05 Barclays
- 2015.03.05 Deutsche Bank Research
- 2015.03.05 Evercore ISI
- 2015.03.06 Morningstar Credit Research
- 2015.03.06 Trefis
- 2015.03.12 Morningstar Credit Research
- 2015.03.13 National Bank Financial
- 2015.04.06 Trefis
- 2015.04.10 Morningstar Credit Research
- 2015.04.12 Oppenheimer And Co
- 2015.04.13 Barclays
- 2015.04.20 Cowen And Company
- 2015.04.27 Barclays
- 2015.04.28 Trefis
- 2015.04.29 RBC Capital Markets (Canada)

**App. 944**

**Exhibit-1**
**Documents and Other Information Considered**

- 2015.04.29 RBC Capital Markets (Canada)
- 2015.04.29 JPMorgan
- 2015.04.30 UBS Research
- 2015.04.30 UBS Research
- 2015.04.30 RBC Capital Markets (Canada)
- 2015.04.30 RBC Capital Markets (Canada)
- 2015.04.30 Morningstar Credit Research
- 2015.04.30 JPMorgan
- 2015.04.30 Societe Generale
- 2015.04.30 S&P Capital IQ - Stars Report
- 2015.04.30 Morgan Stanley
- 2015.05.01 Credit Suisse - North America
- 2015.05.01 Deutsche Bank Research
- 2015.05.01 JPMorgan
- 2015.05.01 Barclays
- 2015.05.01 Evercore ISI
- 2015.05.01 Oppenheimer And Co
- 2015.05.01 Jefferies
- 2015.05.01 Wells Fargo Securities, LLC
- 2015.05.05 Morningstar Credit Research
- 2015.05.19 Oppenheimer And Co
- 2015.05.21 Morningstar Credit Research
- 2015.06.12 Cowen And Company
- 2015.06.16 Societe Generale
- 2015.06.18 Cowen And Company
- 2015.06.22 Trefis
- 2015.07.07 Morningstar Inc.
- 2015.07.07 Morningstar Credit Research
- 2015.07.13 Barclays
- 2015.07.28 Barclays
- 2015.07.29 JPMorgan
- 2015.07.29 RBC Capital Markets (Canada)
- 2015.07.31 S&P Capital IQ - Stars Report
- 2015.07.31 Morningstar Credit Research
- 2015.07.31 JPMorgan
- 2015.07.31 Deutsche Bank Research
- 2015.07.31 RBC Capital Markets (Canada)
- 2015.07.31 UBS Research
- 2015.07.31 Societe Generale
- 2015.07.31 UBS Research

74

**App. 945**

**Exhibit-1**

**Documents and Other Information Considered**

- 2015.07.31 Wells Fargo Securities, LLC
- 2015.07.31 JPMorgan
- 2015.07.31 RBC Capital Markets (Canada)
- 2015.08.02 Credit Suisse - North America
- 2015.08.03 Jefferies
- 2015.08.03 Morgan Stanley
- 2015.08.03 Oppenheimer And Co
- 2015.08.03 Barclays
- 2015.08.03 Evercore ISI
- 2015.08.04 Trefis
- 2015.08.04 Morningstar Inc.
- 2015.08.05 Morningstar Inc.
- 2015.08.06 RBC Capital Markets (Canada)
- 2015.08.12 Stock Traders Daily Research
- 2015.08.21 Societe Generale
- 2015.09.01 Barclays
- 2015.09.02 Morningstar Inc.
- 2015.09.03 Morningstar Inc.
- 2015.09.08 Oppenheimer And Co
- 2015.09.11 Morningstar Inc.
- 2015.09.11 Morningstar Inc.
- 2015.09.11 Morningstar Inc.
- 2015.09.11 Morningstar Credit Research
- 2015.09.12 Morningstar Inc.
- 2015.09.14 Morningstar Credit Research
- 2015.09.14 Cowen And Company
- 2015.09.14 Morningstar Inc.
- 2015.09.16 RBC Capital Markets (Canada)
- 2015.09.17 JPMorgan
- 2015.09.18 Morningstar Inc.
- 2015.09.18 Morningstar Credit Research
- 2015.09.22 Macquarie Research
- 2015.09.24 Cowen And Company
- 2015.09.25 Morningstar Inc.
- 2015.10.02 Moody's Investors Services
- 2015.10.03 Morningstar Inc.
- 2015.10.26 Barclays
- 2015.10.26 Morningstar Credit Research
- 2015.10.26 Morningstar Inc.
- 2015.10.27 Barclays

**App. 946**

**Exhibit-1**
**Documents and Other Information Considered**

- 2015.10.28 RBC Capital Markets (Canada)
- 2015.10.29 JPMorgan
- 2015.10.30 UBS Research
- 2015.10.30 UBS Research
- 2015.10.30 RBC Capital Markets (Canada)
- 2015.10.30 Wells Fargo Securities, LLC
- 2015.10.30 RBC Capital Markets (Canada)
- 2015.10.30 Cowen And Company
- 2015.10.30 JPMorgan
- 2015.10.30 JPMorgan
- 2015.10.30 Societe Generale
- 2015.11.01 Morgan Stanley
- 2015.11.02 Morningstar Credit Research
- 2015.11.02 Morningstar Inc.
- 2015.11.02 Evercore ISI
- 2015.11.02 Trefis
- 2015.11.02 Oppenheimer And Co
- 2015.11.02 Credit Suisse - North America
- 2015.11.02 Jefferies
- 2015.11.02 Barclays
- 2015.11.03 Morningstar Inc.
- 2015.11.04 Morningstar Credit Research
- 2015.11.04 Trefis
- 2015.11.05 S&P Capital IQ - Stars Report
- 2015.11.12 Morningstar Inc.
- 2015.11.20 Societe Generale
- 2015.11.27 Acquisdata
- 2015.11.28 Trefis
- 2015.11.30 Oppenheimer And Co
- 2015.12.04 Societe Generale
- 2015.12.08 Streetwise Reports
- 2015.12.14 Barclays
- 2015.12.17 Morningstar Credit Research
- 2015.12.17 Morningstar Inc.
- 2015.12.24 Asbury Research
- 2016.01.11 Oppenheimer And Co
- 2016.01.13 Societe Generale
- 2016.01.13 Management Cv Report
- 2016.01.15 Morningstar Credit Research
- 2016.01.16 Morningstar Inc.

**App. 947**

**Exhibit-1**
**Documents and Other Information Considered**

- 2016.01.25 Berman Sarrazin
- 2016.01.28 Barclays
- 2016.01.29 RBC Capital Markets (Canada)
- 2016.02.01 JPMorgan
- 2016.02.02 Deutsche Bank Research
- 2016.02.02 Cowen And Company
- 2016.02.02 Societe Generale
- 2016.02.02 S&P Capital IQ - Stars Report
- 2016.02.02 Morgan Stanley
- 2016.02.02 Wells Fargo Securities, LLC
- 2016.02.02 RBC Capital Markets (Canada)
- 2016.02.02 Wells Fargo Securities, LLC
- 2016.02.02 RBC Capital Markets (Canada)
- 2016.02.02 UBS Research
- 2016.02.02 JPMorgan
- 2016.02.02 UBS Research
- 2016.02.02 JPMorgan
- 2016.02.03 Morningstar Credit Research
- 2016.02.03 Jefferies
- 2016.02.03 Credit Suisse - North America
- 2016.02.03 Barclays
- 2016.02.03 Morningstar Inc.
- 2016.02.03 Evercore ISI
- 2016.02.10 Morningstar Credit Research
- 2016.02.10 Acquisdata
- 2016.02.10 Morningstar Inc.
- 2016.02.11 Credit Suisse - North America
- 2016.02.19 UBS Research
- 2016.02.24 RBC Capital Markets (Canada)
- 2016.02.26 UBS Research
- 2016.02.29 JPMorgan
- 2016.02.29 Barclays
- 2016.03.02 UBS Research
- 2016.03.02 RBC Capital Markets (Canada)
- 2016.03.02 Wells Fargo Securities, LLC
- 2016.03.02 Piper Jaffray - Company Report
- 2016.03.02 JPMorgan
- 2016.03.02 Cowen And Company
- 2016.03.03 HSBC Global Research
- 2016.03.03 Barclays

**App. 948**

**Exhibit-1**
**Documents and Other Information Considered**

- 2016.03.03 Deutsche Bank Research
- 2016.03.03 Morningstar Inc.
- 2016.03.03 Morningstar Inc.
- 2016.03.03 Evercore ISI
- 2016.03.03 Societe Generale
- 2016.03.03 Jefferies
- 2016.03.03 Morgan Stanley
- 2016.03.03 Credit Suisse - North America
- 2016.03.03 Morningstar Credit Research
- 2016.03.14 Tematica Research
- 2016.03.22 Societe Generale
- 2016.04.01 Moody's Investors Services
- 2016.04.06 Morningstar Credit Research
- 2016.04.06 Morningstar Inc.
- 2016.04.06 Morningstar Inc.
- 2016.04.06 Morningstar Inc.
- 2016.04.06 Morningstar Inc.
- 2016.04.07 Morningstar Inc.
- 2016.04.15 Credit Suisse - North America
- 2016.04.25 Barclays
- 2016.04.25 Berman Sarrazin
- 2016.04.27 JPMorgan
- 2016.04.27 RBC Capital Markets (Canada)
- 2016.04.27 RBC Capital Markets (Canada)
- 2016.04.27 Barclays
- 2016.04.29 S&P Capital IQ - Stars Report
- 2016.04.29 Wells Fargo Securities, LLC
- 2016.04.29 RBC Capital Markets (Canada)
- 2016.04.29 Morgan Stanley
- 2016.04.29 Wells Fargo Securities, LLC
- 2016.04.29 RBC Capital Markets (Canada)
- 2016.04.29 JPMorgan
- 2016.04.29 UBS Research
- 2016.04.29 JPMorgan
- 2016.04.29 Cowen And Company
- 2016.04.29 Piper Jaffray - Company Report
- 2016.04.29 UBS Research
- 2016.04.29 Morningstar Inc.
- 2016.04.29 Morningstar Credit Research
- 2016.04.29 Societe Generale

**App. 949**

**Exhibit-1**
**Documents and Other Information Considered**

- 2016.05.02 Piper Jaffray - Company Report
- 2016.05.02 Barclays
- 2016.05.02 Credit Suisse - North America
- 2016.05.02 Deutsche Bank Research
- 2016.05.02 Evercore ISI
- 2016.05.02 Jefferies
- 2016.05.12 Evercore ISI
- 2016.05.13 Societe Generale
- 2016.05.30 Wells Fargo Securities, LLC
- 2016.06.04 theScreener
- 2016.06.13 Moody's Analytics
- 2016.06.21 Piper Jaffray - Industry Report
- 2016.06.29 Wells Fargo Securities, LLC
- 2016.06.30 Societe Generale
- 2016.06.30 Wells Fargo Securities, LLC
- 2016.06.30 RBC Capital Markets (Canada)
- 2016.06.30 Jefferies
- 2016.07.11 S&P Capital IQ - Stars Report
- 2016.07.18 Piper Jaffray - Company Report
- 2016.07.18 RBC Capital Markets (Canada)
- 2016.07.18 Jefferies
- 2016.07.21 Societe Generale
- 2016.07.21 UBS Research
- 2016.07.22 Deutsche Bank Research
- 2016.07.26 Barclays
- 2016.07.27 JPMorgan
- 2016.07.27 RBC Capital Markets (Canada)
- 2016.07.29 Societe Generale
- 2016.07.29 S&P Capital IQ - Stars Report
- 2016.07.29 Morgan Stanley
- 2016.07.29 Piper Jaffray - Company Report
- 2016.07.29 Credit Suisse - North America
- 2016.07.29 RBC Capital Markets (Canada)
- 2016.07.29 Credit Suisse - North America
- 2016.07.29 JPMorgan
- 2016.07.29 Cowen And Company
- 2016.07.29 Deutsche Bank Research
- 2016.07.29 UBS Research
- 2016.07.29 JPMorgan
- 2016.07.31 UBS Research

**App. 950**

**Exhibit-1**
**Documents and Other Information Considered**

- 2016.08.01 Morningstar Credit Research
- 2016.08.01 Piper Jaffray - Company Report
- 2016.08.01 RBC Capital Markets (Canada)
- 2016.08.01 Jefferies
- 2016.08.01 Barclays
- 2016.08.01 Morningstar Inc.
- 2016.08.01 Evercore ISI
- 2016.08.05 RBC Capital Markets (Canada)
- 2016.08.12 Societe Generale
- 2016.08.15 RBC Capital Markets (Canada)
- 2016.08.26 Directors Deals Ltd.
- 2016.09.28 Morningstar Credit Research
- 2016.09.29 Morningstar Credit Research
- 2016.09.29 Morningstar Inc.
- 2016.10.04 Morningstar Credit Research
- 2016.10.04 Morningstar Inc.
- 2016.10.11 Barclays
- 2016.10.13 Barclays
- 2016.10.20 JPMorgan
- 2016.10.25 Barclays
- 2016.10.26 RBC Capital Markets (Canada)
- 2016.10.27 S&P Capital IQ - Stars Report
- 2016.10.27 RBC Capital Markets (Canada)
- 2016.10.28 Cowen And Company
- 2016.10.28 UBS Research
- 2016.10.28 Societe Generale
- 2016.10.28 S&P Capital IQ - Stars Report
- 2016.10.28 UBS Research
- 2016.10.28 Deutsche Bank Research
- 2016.10.28 JPMorgan
- 2016.10.28 Piper Jaffray - Company Report
- 2016.10.28 JPMorgan
- 2016.10.28 RBC Capital Markets (Canada)
- 2016.10.30 Credit Suisse - North America
- 2016.10.31 Evercore ISI
- 2016.10.31 Jefferies
- 2016.10.31 Piper Jaffray - Company Report
- 2016.10.31 Morningstar Inc.
- 2016.10.31 RBC Capital Markets (Canada)
- 2016.10.31 Morgan Stanley

**App. 951**

**Exhibit-1**
**Documents and Other Information Considered**

- 2016.10.31 Morningstar Credit Research
- 2016.11.03 Macquarie Research
- 2016.11.04 Stock Traders Daily Research
- 2016.11.07 Acquisdata
- 2016.11.11 Morningstar Credit Research
- 2016.11.11 Morningstar Inc.
- 2016.11.15 Societe Generale
- 2016.12.01 BMO Capital Markets
- 2016.12.02 Trefis
- 2016.12.05 Trefis
- 2016.12.07 theScreener
- 2016.12.15 BMO Capital Markets
- 2016.12.16 Trefis
- 2016.12.28 RBC Capital Markets (Canada)
- 2016.12.28 UBS Research
- 2016.12.28 RBC Capital Markets (Canada)
- 2017.01.11 UBS Research
- 2017.01.12 RBC Capital Markets (Canada)
- 2017.01.13 Acquisdata
- 2017.01.17 Barclays
- 2017.01.17 Evercore ISI
- 2017.01.17 Credit Suisse - North America
- 2017.01.17 Jefferies
- 2017.01.17 Piper Jaffray - Company Report
- 2017.01.17 BMO Capital Markets
- 2017.01.17 The Zephirin Group
- 2017.01.17 J.J.B. Hilliard, W.L. Lyons, Inc.
- 2017.01.17 Trefis
- 2017.01.18 Evercore ISI
- 2017.01.18 Deutsche Bank Research
- 2017.01.18 JPMorgan
- 2017.01.18 RBC Capital Markets (Canada)
- 2017.01.19 Cowen and Company
- 2017.01.25 Jefferies
- 2017.01.26 Piper Jaffray - Company Report
- 2017.01.27 Wells Fargo Securities, LLC
- 2017.01.31 Societe Generale
- 2017.01.31 Morningstar Inc.
- 2017.01.31 Evercore ISI
- 2017.01.31 BMO Capital Markets

**App. 952**

**Exhibit-1**
**Documents and Other Information Considered**

- 2017.01.31 Jefferies
- 2017.01.31 J.J.B. Hilliard, W.L. Lyons, Inc.
- 2017.01.31 Morningstar Credit Research
- 2017.01.31 CFRA Research
- 2017.01.31 Piper Jaffray - Company Report
- 2017.01.31 Evercore ISI
- 2017.01.31 Cowen and Company
- 2017.01.31 CFRA Research
- 2017.01.31 Piper Jaffray - Company Report
- 2017.01.31 Wells Fargo Securities, LLC
- 2017.01.31 JPMorgan
- 2017.01.31 RBC Capital Markets (Canada)
- 2017.02.01 Morgan Stanley
- 2017.02.01 Deutsche Bank Research
- 2017.02.01 Societe Generale
- 2017.02.01 UBS Research
- 2017.02.01 RBC Capital Markets (Canada)
- 2017.02.01 JPMorgan
- 2017.02.01 Barclays
- 2017.02.01 RBC Capital Markets (Canada)
- 2017.02.01 Argus Institutional Partners
- 2017.02.01 Piper Jaffray
- 2017.02.01 BMO Capital Markets
- 2017.02.01 Jefferies
- 2017.02.01 Evercore ISI
- 2017.02.01 Credit Suisse
- 2017.02.08 Acquisdata
- 2017.02.08 JPMorgan
- 2017.02.22 Societe Generale
- 2017.02.22 RBC Capital Markets (Canada)
- 2017.02.23 Imara S.P Reid (PTY) Ltd
- 2017.02.23 BMO Capital Markets
- 2017.03.02 Morningstar Credit Research
- 2017.03.02 Morgan Stanley
- 2017.03.02 BMO Capital Markets
- 2017.03.02 Credit Suisse - North America
- 2017.03.02 Deutsche Bank Research
- 2017.03.02 Barclays
- 2017.03.02 Evercore ISI
- 2017.03.02 Morningstar Inc.

**App. 953**

**Exhibit-1**
**Documents and Other Information Considered**

- 2017.03.03 Societe Generale
- 2017.03.08 HSBC Global Research
- 2017.03.09 Societe Generale
- 2017.03.09 RBC Capital Markets (Canada)
- 2017.03.09 Cowen And Company
- 2017.03.09 Piper Jaffray - Company Report
- 2017.03.10 Credit Suisse - North America
- 2017.03.10 Deutsche Bank Research
- 2017.03.14 Morningstar Inc.
- 2017.03.14 Morningstar Credit Research
- 2017.03.17 Stock Traders Daily Research
- 2017.03.26 Tematica Research
- 2017.03.30 Societe Generale
- 2017.03.30 RBC Capital Markets (Canada)
- 2017.04.05 Macquarie Research
- 2017.04.06 Societe Generale
- 2017.04.07 Morningstar Inc.
- 2017.04.17 JPMorgan
- 2017.04.19 Trefis
- 2017.04.19 Barclays
- 2017.04.25 Barclays
- 2017.04.26 Wells Fargo Securities, LLC
- 2017.04.26 RBC Capital Markets (Canada)
- 2017.04.26 RBC Capital Markets (Canada)
- 2017.04.26 Morningstar Credit Research
- 2017.04.27 Morningstar Inc.
- 2017.04.28 Wells Fargo Securities, LLC
- 2017.04.28 BMO Capital Markets
- 2017.04.28 RBC Capital Markets (Canada)
- 2017.04.28 UBS Research
- 2017.04.28 JPMorgan
- 2017.04.28 Piper Jaffray - Company Report
- 2017.04.28 UBS Research
- 2017.04.28 JPMorgan
- 2017.04.28 Deutsche Bank Research
- 2017.04.28 Morningstar Inc.
- 2017.04.28 Evercore ISI
- 2017.04.28 Morningstar Credit Research
- 2017.04.28 Societe Generale
- 2017.04.29 CFRA Research

**App. 954**

**Exhibit-1**
**Documents and Other Information Considered**

- 2017.04.30 Morgan Stanley
- 2017.05.01 RBC Capital Markets (Canada)
- 2017.05.01 Jefferies
- 2017.05.01 Piper Jaffray - Company Report
- 2017.05.01 Cowen And Company
- 2017.05.01 Barclays
- 2017.05.01 Evercore ISI
- 2017.05.01 Morningstar Inc.
- 2017.05.01 Morningstar Credit Research
- 2017.05.03 Acquisdata
- 2017.05.16 Barclays
- 2017.06.07 Piper Jaffray - Company Report
- 2017.06.15 Cowen and Company
- 2017.06.16 J.J.B. Hilliard, W.L. Lyons, Inc.
- 2017.06.18 Barclays
- 2017.07.06 Credit Suisse - North America
- 2017.07.06 Piper Jaffray - Company Report
- 2017.07.14 Evercore ISI
- 2017.07.19 JPMorgan
- 2017.07.20 UBS Research
- 2017.07.25 Piper Jaffray - Company Report
- 2017.07.26 Cowen and Company
- 2017.07.28 JPMorgan
- 2017.07.28 Deutsche Bank Research
- 2017.07.28 UBS Research
- 2017.07.28 Wells Fargo Securities, LLC
- 2017.07.28 Jefferies
- 2017.07.28 Morgan Stanley
- 2017.07.28 RBC Capital Markets (Canada)
- 2017.07.28 S&P Capital IQ - STARS Report
- 2017.07.28 Wells Fargo Securities, LLC
- 2017.07.28 RBC Capital Markets (Canada)
- 2017.07.28 Piper Jaffray - Company Report
- 2017.07.28 RBC Capital Markets (Canada)
- 2017.07.28 Barclays
- 2017.07.30 JPMorgan
- 2017.07.31 Cowen and Company
- 2017.07.31 Evercore ISI
- 2017.07.31 Deutsche Bank Research
- 2017.07.31 UBS Research

**App. 955**

**Exhibit-1**
**Documents and Other Information Considered**

- 2017.07.31 Morgan Stanley
- 2017.07.31 Piper Jaffray - Company Report
- 2017.07.31 Credit Suisse - North America
- 2017.08.17 UBS Research
- 2017.08.17 Piper Jaffray - Company Report
- 2017.08.17 JPMorgan
- 2017.08.17 RBC Capital Markets (Canada)
- 2017.08.17 Jefferies
- 2017.08.18 BMO Capital Markets
- 2017.08.18 Societe Generale
- 2017.08.18 Societe Generale
- 2017.08.21 RBC Capital Markets (Canada)
- 2017.08.25 Societe Generale
- 2017.08.28 Argus Institutional Partners
- 2017.09.01 RBC Capital Markets (Canada)

**SEC FILINGS**

- Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2014, filed 25 February 2015.
- Exxon Mobil Corporation, Form DEF 14A, filed 14 April 2015.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 31 March 2015, filed 6 May 2015.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 30 June 2015, filed 5 August 2015.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 30 September 2015, filed 4 November 2015.
- Brietburn Energy Partners LP, Form 10-Q for the quarterly period ended 30 September 2015, filed 5 November 2015.
- Anadarko Petroleum Corporation, Form 10-Q for the fiscal quarter ended 30 September 2015, filed 27 October 2015.
- Exxon Mobil Corporation, Form 8-K, filed 2 February 2016.
- Anadarko Petroleum Corporation, Form 10-K for the fiscal year ended 31 December 2015, filed 17 February 2016.
- Exxon Mobil Corporation, Form 8-K, filed 19 February 2016.
- Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2015, filed 24 February 2016.
- Brietburn Energy Partners LP, Form 10-K for the fiscal year ended 31 December 2015, filed 26 February 2016.
- Exxon Mobil Corporation, Form 424B2, filed 2 March 2016.

**App. 956**

**Exhibit-1**
**Documents and Other Information Considered**

- Exxon Mobil Corporation, Form 8-K, filed 3 March 2016.
- Exxon Mobil Corporation, Form 8-K, filed 8 March 2016.
- Royal Dutch Shell Plc Annual Report on Form 20-F for the year ending 31 December 2015, filed 10 March 2016.
- Exxon Mobil Corporation, Form DEF 14A, filed 13 April 2016.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 31 March 2016, filed 4 May 2016.
- Exxon Mobil Corporation, Form 8-K, filed 29 April 2016.
- Exxon Mobil Corporation, Form 8-K, filed 31 May 2016.
- Exxon Mobil Corporation, Form 8-K, filed 29 July 2016.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 30 June 2016, filed 3 August 2016.
- Exxon Mobil Corporation, Form 8-K, filed 28 October 2016.
- Exxon Mobil Corporation, Form 8-K, filed 1 November 2016.
- Exxon Mobil Corporation, Form 10-Q for the quarterly period ended 30 September 2016, filed 3 November 2016.
- Exxon Mobil Corporation, Form 8-K, filed 6 December 2016.
- Exxon Mobil Corporation, Form 8-K, filed 16 December 2016.
- Exxon Mobil Corporation, Form 8-K, filed 4 January 2017.
- Exxon Mobil Corporation, Form 8-K, filed 17 January 2017.
- Exxon Mobil Corporation, Form 8-K, filed 26 January 2017.
- Exxon Mobil Corporation, Form 8-K, filed 31 January 2017.
- Exxon Mobil Corporation, Form 10-K for fiscal year ended 31 December 2016, filed 22 February 2017.
- Royal Dutch Shell Plc Annual Report on Form 20-F for the year ending 31 December 2016, filed 9 March 2017.
- Exxon Mobil Corporation, Form DEF 14A, filed 13 April 2017.
- Exxon Mobil Corporation, Annual Report to Shareholders (ARS) for the fiscal year ending 31 December 2022, filed on 13 April 2023.


**PRODUCED DOCUMENTS**

- EMC_RAM_000000313.
- EMC_RAMIREZ 000008612.
- EMC_RAMIREZ_000008874.
- EMC_RAMIREZ_000009451.

**App. 957**

**Exhibit-1**
**Documents and Other Information Considered**

## CONFERENCE CALL TRANSCRIPTS

- "Q3 2015 Exxon Mobil Corp Earnings Call," Thomson Reuters, conference call transcript, 30 October 2015.
- "Q4 2015 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 2 February 2016.
- "Exxon Mobil Corp Analyst Meeting," *Thomson Reuters*, conference call transcript, 2 March 2016.
- "Exxon Mobil Corp Conference Call on Executive Compensation," *Thomson Reuters*, conference call transcript, 12 May 2016.
- "Exxon Mobil Corp Annual Shareholders Meeting," *Thomson Reuters*, conference call transcript, 25 May 2016.
- "Q1 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 29 April 2016.
- "Q2 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 29 July 2016.
- "Q3 2016 Total SA Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016.
- "Q3 2016 Chevron Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016.
- "Q3 2016 Exxon Mobil Corp Earnings Call," *Thomson Reuters*, conference call transcript, 28 October 2016.
- "Q4 2016 Exxon Mobil Corp Earnings Call," *Refinitiv Eikon*, conference call transcript, 31 January 2017.

## ACADEMIC AND PROFESSIONAL LITERATURE

- Aktas, Nihat, Eric de Bodt, and Jean-Gabriel Cousin, "Event Studies with a Contaminated Estimation Period," *Journal of Corporate Finance*, Vol. 13, 2007.
- Allen, Mark, Robert Hall, and Victoria Lazear, "Reference Guide on Estimation of Economic Damages," *Reference Manual on Scientific Evidence*, 3rd Edition, 2011.
- Campbell, John, Andrew Lo, and A. Craig MacKinlay, "Event-Study Analysis," Chapter 4 of *The Econometrics of Financial Markets*, Princeton University Press, 1997.
- Cleveland, Cutler and Christopher Morris, *Dictionary of Energy*, Elsevier, 2nd Edition, 2015.
- Gold, Kevin, Eric Korman, and Ahmer Nabi, "Federal Securities Acts and Areas of Expert Analysis," Chapter 27 of the *Litigation Services Handbook*: *The Role of the Financial Expert*, 6th Edition, edited by Roman Weil, Daniel Lentz, and Elizabeth Evans, John Wiley & Sons, Inc., 2017.

**App. 958**

**Exhibit-1**
**Documents and Other Information Considered**

- Howard, Alex and Alan Harp, "Oil and Gas Company Valuations," *Business Valuation Review*, 2009, Vol. 28, No. 1.
- Jenson, Rick and Chris Bedwell, "Valuation of Exploration & Production Companies," *Petroleum Accounting and Financial Management Journal*, Vol. 31, No. 3, 2012.
- Kaiser, Mark, "Oil and Gas Company Production, Reserves, and Valuation," *Journal of Sustainable Energy Engineering*, Vol. 1, No. 3, 2013.
- Larcker, David, Lawrence Gordon, and George Pinches, "Testing for Market Efficiency: A Comparison of the Cumulative Average Residual Methodology and Intervention Analysis," *Journal of Financial and Quantitative Analysis*, Vol. 15, No. 2, 1980.
- MacKinlay, A. Craig, "Event Studies in Economics and Finance," *Journal of Economic Literature*, Vol. 35, 1997.
- Misund, Bård and Petter Osmundsen, "Valuation of Proved vs. Probable Oil and Gas Reserves," *Cogent Economics & Finance*, Vol. 5, No. 1, 2017.
- Simkins, Betty and Russell Simkins, *Energy Finance and Economics: Analysis and Valuation, Risk Management, and the Future of Energy*, John Wiley & Sons, Inc., 2013.
- Wright, Charlotte, *Fundamentals of Oil and Gas Accounting*, PennWell Corporation, 6th Edition, 2017.

**DATA AND DATABASES**

- Bloomberg
- Center for Research in Security Prices (CRSP)
- EDGAR
- Factiva
- Federal Reserve Economic Data (FRED)
- Refinitiv Eikon / LSEG Workspace
- S&P Global

**LEGAL CASES**

- *Dura Pharmaceuticals, Inc. v. Broudo*, 544 U.S. 336 (2005).

**OTHER**

- 15 U.S.C. §78u-4(e)(1).
- 17 CFR §229.201.
- "Corporate Ratings Methodology," Standard & Poor's Ratings Services, McGraw Hill Financial, 2014.

**App. 959**

**Exhibit-1**

**Documents and Other Information Considered**

- Deloitte, *Oil & Gas Spotlight Impairment and Valuation Considerations Related to Oil and Gas Assets*, Issue 4, January 2014.
- "Dividend Aristocrats," *Nasdaq*, available at https://www.nasdaq.com/stocks/investing-lists/dividend-aristocrats, last accessed 26 September 2024.
- "Exxon Mobil Corp. Corporate Credit Rating Lowered to 'AA+' from 'AAA'; Outlook Stable," by Ben B Tsocanos and Christine Besset, *S&P RatingsDirect*, 26 April 2016.
- "How the Nigeria Crisis Affects Energy Companies," Zacks, 1 June 2016, accessible at https://www.nasdaq.com/articles/how-nigeria-crisis-affects-energy-companies-2016-06-01.

**App. 960**

**Exhibit-1**
**Documents and Other Information Considered**

- "Impairment charges at record Levels for North American E&P peer group (IHS Herold)," by Paul O'Donnell, *S&P Global*, 1 September 2015, accessible at https://www.spglobal.com/commodityinsights/en/ci/research-analysis/impairment-charges-at-record-levels-for-north-american-ep-peer-group-ihs-herold.html.
- "Let's talk royalties: not all oil is equal: explaining price differences," Government of Alberta, 15 October 2015, available at https://open.alberta.ca/publications/let-s-talk-royalties-not-all-oil-is-equal-explaining-price-differences.
- "Our History," *XTO Energy*, accessible at https://www.xtoenergy.com/company/who-we-are/our-history.
- "Rating Actions Taken On 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions," by Thomas Watters and Ben Tsocanos, *Standard & Poor's*, 2 February 2016.
- SEC Modernization of Oil and Gas Reporting Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08.
- SEC Regulation S-X Rule 4-10(a)(22)(v).
- "Standard & Poor's Revises Its Crude Oil And Natural Gas Price Assumptions," *S&P Global Ratings*, Ratings Direct, 24 September 2015.
- "Summary: Exxon Mobil Corp.," by Ben Tsocanos and Christine Besset, *S&P Global Ratings*, RatingsDirect, 6 October 2015.
- U.S. Energy Information Administration, "Petroleum & Other Liquids: Cushing, OK WTI Spot Price FOB," U.S. Energy Information Administration.
- "What are Oil Sands?" *Canadian Association of Petroleum Producers*, 2024, accessible at https://www.capp.ca/en/oil-natural-gas-you/oil-natural-gas-canada/oil-sands/
- Any other documents cited in the report.

**App. 961**

Babson College
Finance Division
Babson Park, MA 02457
781-239-5275
Feinstein@Babson.edu

**EDUCATION**

1989    YALE UNIVERSITY
Ph.D. in Economics (Concentration in Finance)

1986    YALE UNIVERSITY
M.Phil. in Economics

1983    YALE UNIVERSITY
M.A. in Economics

1981    POMONA COLLEGE
B.A. in Economics (Phi Beta Kappa, *cum laude*)

**TEACHING EXPERIENCE**

1996 - present        BABSON COLLEGE
Babson Park, MA
Full-time Faculty, Finance Division
Associate Professor (2000-present)
Donald P. Babson Chair in Applied Investments (2002-2010)
Faculty Director of the Babson College Fund (2002-2009)
Director of the Stephen D. Cutler Investment Management Center
(2002-2007)
Assistant Professor (1996-2000)

1990 - 1995        BOSTON UNIVERSITY SCHOOL OF MANAGEMENT
Boston, MA
Full-time Faculty, Department of Finance

1993 - 1994        WASHINGTON UNIVERSITY, OLIN SCHOOL OF BUSINESS
St. Louis, MO
Visiting Assistant Professor, Department of Finance

**App. 962**

**App. 963**

## BUSINESS EXPERIENCE

2008 - present    CROWNINSHIELD FINANCIAL RESEARCH, INC.
Brookline, MA
President and Senior Expert

1996 - 2008    THE MICHEL-SHAKED GROUP
Boston, MA
Senior Expert (2001 - 2008)
Affiliated Expert (1996 - 2001)

1987 - 1990    FEDERAL RESERVE BANK OF ATLANTA
Economist

## PROFESSIONAL DESIGNATIONS

1998    Awarded the Chartered Financial Analyst designation by the Association for Investment Management and Research.

## RESEARCH AWARDS

1999    Greater Boston Real Estate Board/Real Estate Finance Association – Research Grant and Featured Speaker at Real Estate Finance Association Meetings.

## PAPERS AND PUBLICATIONS

"The Class Certification of Exchange-Listed Options in Securities Class-Action Litigation," (with Don Chance and Onnig Dombalagian) forthcoming in *University of Pennsylvania Journal of Business Law*, 2024.

"Securities Litigation Event Studies in the Covid Volatility Regime," (with Miguel Villanueva) *Journal of Forensic Economics*, (2024) 31 (1): 5-25.

"Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," (with Miguel Villanueva) *Review of Quantitative Finance and Accounting*, vol. 57, no. 1, 2021.

"What A Solar Eclipse Has To Do With Market Efficiency," (with Daniel Bettencourt) *Law360.com*, 2017.

"Underestimation of Securities Fraud Aggregate Damages Due to Inter-Fund Trades," (with Gang Hu, Mark Marcus, and Zann Ali) *Journal of Forensic Economics*, September 2013, Vol. 24, No. 2, 161-173.

"Lehman Equity Research Tipping: Evidence in the Stock Price Data," Working paper, March 2010. Cited in *New York Times* May 19, 2012, and made available on the *New York Times* website.

"Distortion in Corporate Valuation: Implications of Capital Structure Changes," (with Allen Michel and Jacob Oded) *Managerial Finance*, 2011, Vol. 37(8), 681-696.

"Market Signals of Investment Unsuitability," (with Alexander Liss and Steven Achatz) Law360.com, June 3, 2010. Available from http://www.law360.com/articles/170690.

"Planning Capital Expenditure," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 3rd edition 2001, and 4th edition 2009.

"Financial Management of Risks," in *The Portable MBA in Financing and Accounting*, J. L. Livingstone and T. Grossman, editors, New York: Wiley, 2nd edition 1997, 3rd edition 2001, and 4th edition 2009.

"Fraud-on-the-Market Theory: Is a Market Efficient?" (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, May 2005.

"Valuation of Credit Guarantees," (with Allen J. Michel and Israel Shaked) *Journal of Forensic Economics* 17(1), pp. 17-37, 2005.

"A Better Understanding of why NPV Undervalues Managerial Flexibility," (with Diane Lander) in *The Engineering Economist*, 2002, Volume 47, Number 4.

"Teaching the Strong-Form Efficient Market Hypothesis: A Classroom Experiment," *Journal of Financial Education*, fall 2000.

*A Future for Real Estate Futures: Potential Applications of Derivatives in Real Estate Investment and Finance* (with Linda Stoller). Monograph. Boston: Real Estate Finance Association / Greater Boston Real Estate Board, May 2000.

"The Risk Budget: Using Your Human Resources," (with John Marthinsen and John Edmunds) *Risk Management*, April 2000.

"Scenario Learning: A Powerful Tool for the 21st Century Planner," (with Jeffrey Ellis and Dennis Stearns) *The Journal of Financial Planning*, April 2000.

**App. 964**

"Protecting Future Product Liability Claimants in the Case of Bankruptcy," (with Allen Michel and Israel Shaked) *American Bankruptcy Institute Journal*, January 2000.

"Measuring Risk with the Bodie Put When Stocks Exhibit Mean Reversion," *The Journal of Risk*, Vol. 1, No. 3, 1999.

"Just-in-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) *Primus*, Vol. IX, No. 2, June 1999.

*Atlanta Park Medical Center v. Hamlin Asset Management.* (with Natalie Taylor). Babson Case Collection, Harvard Business School Press, 1998.

"Dealing with Delta," *Derivatives Week*, VII, No. 44, November 2, 1998.

"Expected Return in Option Pricing: A Non-Mathematical Explanation," *Derivatives Week*, VII, No. 35, August 31, 1998.

"When Hedges Fail: The Put Paradox and its Solution," *Derivatives Quarterly*, Vol. 4, No. 2, Winter 1997.

*Finance and Accounting for Project Management*. New York: American Management Association, 1996.

"International Investing," in *Irwin's Directory of Emerging Market Brokerages*.  New York: Irwin, 1996.

"The Hull and White Implied Volatility," Boston University Working Paper #92-51, 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) in *Financial Systems and Risk Management*, the proceedings of the US-Japan Forum on Financial Strategy in the 1990s, sponsored by Osaka Foundation of International Exchange and Boston University, August 1991.

"Covered Call Options: A Proposal to Ease LDC Debt," (with Peter Abken) *Federal Reserve Bank of Atlanta Economic Review*, March/April 1990.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Forecasting Stock-Market Volatility Using Options on Index Futures," *Federal Reserve Bank of Atlanta Economic Review*, May/June 1989.  Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

**App. 965**

"The Black-Scholes Formula is Nearly Linear in Sigma for At-the-Money Options; Therefore Implied Volatilities from At-the-Money Options are Virtually Unbiased," Federal Reserve Bank of Atlanta Working Paper #88-9, December 1988.

"The Effect of the 'Triple Witching Hour' on Stock Market Volatility," (with William Goetzmann) *Federal Reserve Bank of Atlanta Economic Review*, September/October 1988. Reprinted in *Financial Derivatives: New Instruments and Their Uses*. Atlanta: Federal Reserve Bank.

"Stock Market Volatility," *Federal Reserve Bank of Atlanta Economic Review*, November/December 1987.

Book review of *In Who's Interest: International Banking and American Foreign Policy*, by Benjamin J. Cohen, Yale University Press, in *Federal Reserve Bank of Atlanta Economic Review*, Summer 1987.


**PRESENTATIONS**

"Proving and Disproving Market Efficiency for Appraisal Hearings," at the NACVA/CTI Business Valuation and Financial Litigation Super Conference, July 2023.

"SPAC Public Warrant Valuation Using Iterative Monte Carlo Simulation," (with Ayussh Ahuja, Achraf Krafssi, and Dukalion Tsapalas) at the Financial Management Association Annual Meeting, October 2021.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Boston Area Finance Symposium, April 2018.

"Stock Price Reactivity to Earnings Announcements: A Cross-Sectional Analysis of the *Cammer/Krogman* Factors," (with Miguel Villanueva) at the Eastern Finance Association Conference, April 2018.

"Determining the Defendant's Ability to Pay," at Taxpayers Against Fraud Education Fund Conference, October 2010.

"The Computation of Damages in Securities Fraud Cases," at the Grant and Eisenhofer Institutional Investor Conference, December 2002.

"The Role of the Financial Expert in Complex Litigation," at the Financial Management Association Conference, October 2000.

**App. 966**

"Entrepreneurial Incentives and Resource Allocation Among Corporate Venturing Initiatives," (with Joel Shulman and U. Srinivasa Rangan), Babson Entrepreneurship Research Conference, May 2000.

"Application of Real Options in Purchasing Strategies," (with Juan Orozco), presented at the International Applied Business Research Conference, March 2000.

"A Future for Real Estate Futures," (with Linda Stoller) at the Fairfield County chapter of the Real Estate Finance Association, November 1999, and at the Greater Boston Real Estate Board, November 2000.

"Atlanta Park Medical Center v. Hamlin Asset Management," (with Natalie Taylor) at the 1999 convention of the North American Case Research Association.

"Using Future Worlds™ in the Financial Planning Process," (with Jeffrey Ellis) at the Institute of Certified Financial Planners Masters Retreat, October 1999.

"Toward a Better Understanding of Real Options: A Weighted Average Discount Rate Approach," at the 1999 Financial Management Association Conference, the 1999 European Financial Management Association Conference, and the 1999 Multinational Finance Society Conference.

"Just-In-Time Mathematics: Integrating the Teaching of Finance Theory and Mathematics," (with Gordon Prichett) at the 1999 Financial Management Association Conference.

"Alternative Dow Investments for the Individual Investor: Diamonds, Synthetics, and the Real Thing," at the 1999 Academy of Financial Services Convention.

"Evidence of Yield Burning in Municipal Refundings," at Financial Management Association Convention, October 1997; Government Finance Officers Association, 1997; and Northeast Regional Convention of the National Association of State Treasurers, 1997.

"Teaching the Strong-Form Efficient Market Hypothesis," at Conference on Classroom Experiments in the Teaching of Economics at University of Virginia, September 1995.

"Efficient Consolidation of Implied Standard Deviations," (with Shaikh Hamid) at Midwest Finance Association, March 1995.

"A Test of Intertemporal Averaging of Implied Volatilities," (with Shaikh Hamid) at Eastern Finance Association, April 1995.

**App. 967**

"Taking Advantage of Volatility:  Non-linear Forecasting and Options Strategies," (with Hassan Ahmed) at Chicago Board of Trade / Chicago Board Options Exchange Conference on Risk Management, February 1992.

"Immunizing Against Interest Rate Risk Using the Macaulay Duration Statistic: An Assessment," (with Don Smith) at Japan-U.S. Conference on Financial Strategies in the 1990s, Osaka, Japan, August 1991.

"The Hull and White Implied Volatility," at American Finance Association Convention, December 1990.


**REVIEWED ARTICLES AND BOOKS FOR:**

Harvard Business School Publishing
Elsevier
Journal of Economic Education
Journal of Forensic Economics
Journal of Risk
Financial Review
North American Case Research Association
Financial Management
Journal of Business
Journal of Money, Credit and Banking
Quarterly Review of Economics and Finance
Blackwell
Prentice Hall
Southwestern Publishing


**COURSES TAUGHT**

Advanced Derivative Securities (MBA)
Babson College Fund (Undergraduate and MBA)
Capital Markets (MBA)
Continuous-Time Finance (Doctoral)
Corporate Finance (MBA and Executive)
Corporate Financial Strategy (MBA)
Cross-Functional Management (Integrated curriculum, Undergraduate) Equity Markets (MBA)
Derivatives: Theory and Practice (MBA)
Financial Reporting and Corporate Finance (MBA)
Financial Management (MBA)
Fixed Income Analysis (Undergraduate and MBA)

**App. 968**

Introduction to Derivative Securities (Executive)
International Finance (Executive)
Integrated Management (Undergraduate)
Investments (MBA and Executive)
Mod B: Decision Making and Applications, Finance stream (MBA)
Options and Futures (Undergraduate)
Risk Management (MBA)
Portfolio Theory / Management Information Systems (Executive)
Quantitative Methods for Investment Management (Undergraduate and MBA)
Security Valuation (Undergraduate and MBA)


**TEACHING AWARDS**

Reid Teaching Award, Washington University, Olin School of Business, 1993-94.


**SELECT LIST OF MEDIA CITATIONS**

"Is Insider Trading Part of the Fabric?" by Gretchen Morgenson, *The New York Times*, May 19, 2012.

"Bankers Rigging Municipal Contract Bids Admit to Cover-Up Lies," by William Selway and Martin Z. Braun, *Bloomberg Markets Magazine*, November 24, 2010.

"Hospital Move Presents Buy-Out Groups with New Risks," by Francesco Guerra, Christopher Bowe, and Rebecca Knight, *Financial Times*, July 15, 2006.

"Funds of Knowledge Add Value," by Rebecca Knight, *Financial Times*, March 12, 2006.

"City's Financial Picture Worse Than Ever, Sanders Says," by Matthew T. Hall, *San Diego Union-Tribune*, January 7, 2006.

"Downer: Stock Market Takes Another Dive," by John Chesto, *Boston Herald*, July 23, 2002.

"Banks, Developers, Are Main Beneficiaries," [editorial column] by Steven Feinstein, *The Boston Globe*, March 31, 2002, p. C4.

"Washington Investing: What Michael Saylor is Really Worth," by Jerry Knight, *The Washington Post*, March 6, 2000.

"IBM Retools Pensions," by Stephanie Armour, *USA Today*, May 4, 1999.

**App. 969**

"L.A. MTA's Law Firm Says Lissack Strategy Will be a Replay," by Andrea Figler, *Bond Buyer,* September 30, 1998.

"Fed Key Player in Rescue of Floundering Hedge Fund," by Andrew Fraser, Associated Press, September 25, 1998.

"Top Banks Plan Bailout for Fund," by Andrew Fraser, Associated Press, September 24, 1998.

"Clarion Call to the Small Investor," by Jo-Ann Johnston, *The Boston Globe*, March 4, 1998.

"L.A. Authority Study Shows Rampant Yield Burning Abuse," by Michael Stanton, *The Bond Buyer*, April 22, 1997.

"Dispute Over Yield Burning Dominates GFOA Session," by Michael Stanton, *The Bond Buyer*, January 29, 1997.

"Men Behaving Badly (Yield Burning)," *Grants Municipal Bond Observer*, January 24, 1997.

"Municipal Bond Dealers Face Scrutiny," by Peter Truell, *The New York Times*, December 17, 1996.

"Iowa Market Takes Stock of Presidential Candidates," by Stanley W. Angrist, *The Wall Street Journal*, August 28, 1995.

"Looking for Clues in Options Prices," by Sylvia Nasar, *The New York Times*, July 18, 1991.

"For Fed, A New Set of Tea Leaves," by Sylvia Nasar, *The New York Times*, July 5, 1991.

**MEMBERSHIP IN PROFESSIONAL SOCIETIES**

American Finance Association
CFA Society Boston
Chartered Financial Analyst Institute
Financial Management Association
Foundation for Advancement of Research in Financial Economics (founding member)
National Association of Forensic Economics
North American Case Research Association

**App. 970**

Exhibit-3

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Johnson & Johnson Securities Litigation
Civil Action No. 3:18-cv-01833-FLW-TJB
United States District Court
District of New Jersey
Deposition Testimony
October 2020

In re Envision Healthcare Corporation Securities Litigation
Civil Action No. 3:17-cv-01112
United States District Court
Middle District of Tennessee
Nashville Division
Deposition Testimony
January 2021

In re Novo Nordisk Securities Litigation
Civil Action No. 3:17-cv-209-BRM-LHG
United States District Court
District of New Jersey
Deposition Testimony
February 2021

In re Jeld-Wen Holding, Inc. Securities Litigation
Civil Action No. 3:20-cv-00112-JAG
United States District Court
Eastern District of Virginia
Richmond Division
Deposition Testimony
January 2021
Deposition Testimony
February 2021

In re Vale S.A. Securities Litigation
Civil Action No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021
Deposition Testimony
September 2023

100

**App. 971**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Endo International PLC Securities Litigation
Case No. 2:17-cv-05114-MMB
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
July 2021

In re McKesson Corporation Securities Litigation
Master File No. 3:18-cv-06525-CRB
United States District Court
Northern District of California
Deposition Testimony
August 2021

In re Perrigo Company PLC Securities Litigation
Master File No. 2:18-cv-02074
United States District Court
District of New Jersey
Deposition Testimony
October 2021

In re Wells Fargo & Company Securities Litigation
Master File No. 3:18-cv-03948-JD
United States District Court
Northern District of California
Deposition Testimony
November 2021

In re Microchip Technology, Inc. Securities Litigation
Case No. 2:18-cv-02914-JJT
United States District Court
District of Arizona
Deposition Testimony
October 2020
Deposition Testimony
January 2022

In re Super Micro Computer, Inc. Securities Litigation
Master File No. 4:18-cv-00838-JST
United States District Court
Northern District of California
Deposition Testimony
January 2022

**App. 972**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Cardinal Health, Inc. Securities Litigation
Master File No. 2:19-cv-03347
United States District Court
Southern District of Ohio
Eastern Division
Deposition Testimony
May 2022

In re Gannett Co., Inc. ERISA Litigation
Civil Action No. 1:18-cv-00325-AJT-JFA
United States District Court
Eastern District of Virginia
Alexandria Division
Deposition Testimony
May 2022

In re Apple Inc. Securities Litigation
Case No. 4:19-cv-02033-YGR
United States District Court
Northern District of California
Oakland Division
Deposition Testimony
June 2021
Deposition Testimony
July 2022

In re Sealed Air Co., Securities Litigation
Case No. 1:19-cv-10161-LLS
United States District Court
Southern District of New York
Deposition Testimony
July 2022

In re Aegean Marine Petroleum Network, Inc. Securities Litigation
Case No. 18 Civ. 4993 (NRB)
United States District Court
Southern District of New York
Deposition Testimony
November 2022

102

**App. 973**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Synchrony Financial Securities Litigation
Case No. 3:18-cv-01818-VAB
United States District Court
District of Connecticut
Deposition Testimony
December 2022

In re Cabot Oil & Gas Corporation Securities Litigation
Case No. 4:21-cv-02045
United States District Court
Southern District of Texas
Deposition Testimony
June 2023

In re Mallinckrodt Public Limited Company Securities Litigation
Civil Action No. 20-10100(AET)(TJB)
United States District Court
District of New Jersey
Deposition Testimony
July 2023

In re Acadia Pharmaceuticals Inc. Securities Litigation
Case No. 3:21-cv-00762-WQH-MSB
United States District Court
Southern District of California
Deposition Testimony
October 2023

In re Kirkland Lake Gold Ltd. Securities Litigation
Case No. 20-cv-04953
United States District Court
Southern District of New York
Deposition Testimony
March 2023
Deposition Testimony
October 2023

In re Vale S.A. Securities Litigation
Case No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
October 2023

**App. 974**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA**
**Testimony Provided in the Last Four Years**

In re Alta Mesa Resources, Inc.
Case No. 4:19-cv-00957
United States District Court
Southern District of Texas
Houston Division
Deposition Testimony
November 2023

In re Ripple Labs Inc. Litigation
Case No. 4:18-cv-06753-PJH
United States District Court
Northern District of California
Deposition Testimony
January 2023
Deposition Testimony
December 2023

In re EQT Corporation Securities Litigation
Master File No. 2:19-cv-00754-MPK
United States District Court
Western District of Pennsylvania
Deposition Testimony
May 2021
Deposition Testimony
July 2021
Deposition Testimony
July 2023
Deposition Testimony
March 2024

In re Valeant Pharmaceuticals International, Inc. Securities Litigation
Master No. 3:15-cv-07658-MAS-LHG
United States District Court
District of New Jersey
Deposition Testimony
May 2024

**App. 975**

**Exhibit-3**

**Steven P. Feinstein, Ph.D., CFA
Testimony Provided in the Last Four Years**

In re Vale S.A. Securities Litigation
Case No. 19-cv-526-RJD-SJB
United States District Court
Eastern District of New York
Deposition Testimony
March 2021
Deposition Testimony
October 2023
Testimony at Evidentiary Hearing
August 2024

Alicia Marshall, et al v. Prestamos CDFI, LLC
Case No. 5:21-ev-04337-JMG
United States District Court
Eastern District of Pennsylvania
Deposition Testimony
August 2024

In re Cassava Sciences, Inc. Securities Litigation
Master File No. 1:21-cv-00751-DAE
United States District Court
Western District of Texas
Austin Division
Deposition Testimony
June 2024
Deposition Testimony
September 2024

In re Waste Management Securities Litigation
Civil Action No. 1:22-cv-04838-LGS
United States District Court
Southern District of New York
Deposition Testimony
September 2024

**App. 976**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|---|---|---|---|---|---|---|
| 10/28/2015 | $82.28 | - | $82.25 | $82.26 | 12,473,034 | |
| 10/29/2015 | $82.23 | - | $82.23 | $82.25 | 10,341,163 | -0.06% |
| 10/30/2015 | $82.74 | - | $82.82 | $82.85 | 18,758,594 | 0.62% |
| 11/2/2015 | $85.28 | - | $85.29 | $85.30 | 21,266,523 | 3.02% |
| 11/3/2015 | $86.85 | - | $86.85 | $86.86 | 20,115,909 | 1.82% |
| 11/4/2015 | $85.98 | - | $85.99 | $86.00 | 14,245,441 | -1.01% |
| 11/5/2015 | $84.81 | - | $84.82 | $84.83 | 12,291,124 | -1.37% |
| 11/6/2015 | $84.47 | - | $84.47 | $84.48 | 12,491,678 | -0.40% |
| 11/9/2015 | $81.95 | $0.73 | $81.95 | $81.96 | 13,551,176 | -2.14% |
| 11/10/2015 | $82.35 | - | $82.37 | $82.38 | 14,238,006 | 0.49% |
| 11/11/2015 | $81.62 | - | $81.59 | $81.60 | 9,598,043 | -0.89% |
| 11/12/2015 | $79.41 | - | $79.40 | $79.41 | 16,050,638 | -2.75% |
| 11/13/2015 | $78.10 | - | $78.07 | $78.09 | 17,527,266 | -1.66% |
| 11/16/2015 | $80.90 | - | $80.88 | $80.89 | 14,548,134 | 3.52% |
| 11/17/2015 | $79.96 | - | $79.95 | $79.96 | 10,011,689 | -1.17% |
| 11/18/2015 | $80.74 | - | $80.73 | $80.74 | 10,884,594 | 0.97% |
| 11/19/2015 | $80.30 | - | $80.29 | $80.30 | 9,453,285 | -0.55% |
| 11/20/2015 | $79.79 | - | $79.76 | $79.77 | 10,144,448 | -0.64% |
| 11/23/2015 | $80.28 | - | $80.29 | $80.30 | 11,868,403 | 0.61% |
| 11/24/2015 | $81.88 | - | $81.92 | $81.93 | 15,055,512 | 1.97% |
| 11/25/2015 | $81.25 | - | $81.26 | $81.27 | 8,980,425 | -0.77% |
| 11/27/2015 | $81.23 | - | $81.23 | $81.24 | 4,156,645 | -0.02% |
| 11/30/2015 | $81.66 | - | $81.79 | $81.80 | 17,729,175 | 0.53% |
| 12/1/2015 | $81.89 | - | $81.88 | $81.89 | 13,916,981 | 0.28% |
| 12/2/2015 | $79.55 | - | $79.56 | $79.58 | 16,299,981 | -2.90% |
| 12/3/2015 | $78.41 | - | $78.42 | $78.43 | 14,870,252 | -1.44% |
| 12/4/2015 | $78.86 | - | $78.82 | $78.84 | 20,156,434 | 0.57% |
| 12/7/2015 | $76.80 | - | $76.80 | $76.81 | 17,676,103 | -2.65% |
| 12/8/2015 | $74.63 | - | $74.63 | $74.64 | 24,217,600 | -2.87% |
| 12/9/2015 | $75.63 | - | $75.63 | $75.65 | 22,036,336 | 1.33% |
| 12/10/2015 | $75.69 | - | $75.69 | $75.70 | 20,142,376 | 0.08% |
| 12/11/2015 | $74.34 | - | $74.47 | $74.48 | 20,473,141 | -1.80% |
| 12/14/2015 | $76.03 | - | $76.04 | $76.06 | 21,976,535 | 2.25% |
| 12/15/2015 | $79.43 | - | $79.43 | $79.44 | 24,366,833 | 4.37% |
| 12/16/2015 | $79.15 | - | $79.13 | $79.14 | 17,233,853 | -0.35% |
| 12/17/2015 | $77.96 | - | $77.97 | $77.98 | 17,362,915 | -1.51% |
| 12/18/2015 | $77.28 | - | $77.30 | $77.31 | 28,835,969 | -0.88% |
| 12/21/2015 | $77.26 | - | $77.25 | $77.26 | 14,460,450 | -0.03% |
| 12/22/2015 | $77.65 | - | $77.62 | $77.63 | 13,855,761 | 0.50% |
| 12/23/2015 | $80.19 | - | $80.18 | $80.19 | 15,184,195 | 3.22% |
| 12/24/2015 | $79.33 | - | $79.30 | $79.31 | 5,848,311 | -1.08% |
| 12/28/2015 | $78.74 | - | $78.74 | $78.75 | 9,715,843 | -0.75% |
| 12/29/2015 | $79.16 | - | $79.15 | $79.16 | 8,838,979 | 0.53% |
| 12/30/2015 | $78.11 | - | $78.13 | $78.14 | 9,314,646 | -1.34% |
| 12/31/2015 | $77.95 | - | $77.92 | $77.94 | 10,285,519 | -0.21% |

106

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|---|---|---|---|---|---|---|
| 1/4/2016 | $77.46 | - | $77.45 | $77.46 | 20,400,084 | -0.63% |
| 1/5/2016 | $78.12 | - | $78.10 | $78.12 | 11,993,500 | 0.85% |
| 1/6/2016 | $77.47 | - | $77.49 | $77.50 | 18,826,900 | -0.84% |
| 1/7/2016 | $76.23 | - | $76.24 | $76.26 | 21,263,761 | -1.61% |
| 1/8/2016 | $74.69 | - | $74.66 | $74.67 | 19,033,628 | -2.04% |
| 1/11/2016 | $73.69 | - | $73.67 | $73.68 | 21,352,955 | -1.35% |
| 1/12/2016 | $75.20 | - | $75.23 | $75.24 | 21,864,130 | 2.03% |
| 1/13/2016 | $75.65 | - | $75.67 | $75.68 | 26,052,729 | 0.60% |
| 1/14/2016 | $79.12 | - | $79.03 | $79.04 | 33,806,670 | 4.48% |
| 1/15/2016 | $77.58 | - | $77.56 | $77.57 | 28,342,063 | -1.97% |
| 1/19/2016 | $76.40 | - | $76.35 | $76.36 | 22,684,537 | -1.53% |
| 1/20/2016 | $73.18 | - | $73.16 | $73.18 | 33,300,754 | -4.31% |
| 1/21/2016 | $74.10 | - | $74.07 | $74.08 | 22,265,576 | 1.25% |
| 1/22/2016 | $76.57 | - | $76.55 | $76.56 | 22,530,323 | 3.28% |
| 1/25/2016 | $73.98 | - | $73.99 | $74.00 | 17,086,643 | -3.44% |
| 1/26/2016 | $76.70 | - | $76.69 | $76.70 | 18,724,704 | 3.61% |
| 1/27/2016 | $75.29 | - | $75.29 | $75.30 | 18,106,113 | -1.86% |
| 1/28/2016 | $76.99 | - | $76.96 | $76.97 | 16,157,715 | 2.23% |
| 1/29/2016 | $77.85 | - | $77.58 | $77.59 | 25,161,887 | 1.11% |
| 2/1/2016 | $76.29 | - | $76.23 | $76.26 | 16,754,164 | -2.02% |
| 2/2/2016 | $74.59 | - | $74.59 | $74.61 | 21,404,223 | -2.25% |
| 2/3/2016 | $78.48 | - | $78.46 | $78.47 | 25,873,717 | 5.08% |
| 2/4/2016 | $79.83 | - | $79.81 | $79.82 | 23,658,665 | 1.71% |
| 2/5/2016 | $80.08 | - | $80.07 | $80.08 | 26,719,850 | 0.31% |
| 2/8/2016 | $81.16 | - | $81.18 | $81.19 | 26,601,176 | 1.34% |
| 2/9/2016 | $80.08 | $0.73 | $80.12 | $80.14 | 18,418,094 | -0.43% |
| 2/10/2016 | $79.35 | - | $79.37 | $79.38 | 16,610,943 | -0.92% |
| 2/11/2016 | $79.60 | - | $79.59 | $79.60 | 19,331,627 | 0.31% |
| 2/12/2016 | $81.03 | - | $81.00 | $81.03 | 16,687,846 | 1.78% |
| 2/16/2016 | $81.22 | - | $81.21 | $81.22 | 15,912,159 | 0.23% |
| 2/17/2016 | $82.00 | - | $81.97 | $81.98 | 17,006,669 | 0.96% |
| 2/18/2016 | $82.45 | - | $82.42 | $82.43 | 14,873,699 | 0.55% |
| 2/19/2016 | $82.50 | - | $82.49 | $82.50 | 13,615,902 | 0.06% |
| 2/22/2016 | $82.39 | - | $82.36 | $82.38 | 14,595,198 | -0.13% |
| 2/23/2016 | $81.23 | - | $81.23 | $81.24 | 11,041,630 | -1.42% |
| 2/24/2016 | $81.52 | - | $81.46 | $81.47 | 13,777,543 | 0.36% |
| 2/25/2016 | $82.01 | - | $82.03 | $82.05 | 13,706,441 | 0.60% |
| 2/26/2016 | $81.75 | - | $81.71 | $81.72 | 14,343,253 | -0.32% |
| 2/29/2016 | $80.15 | - | $80.15 | $80.16 | 18,903,553 | -1.98% |
| 3/1/2016 | $81.28 | - | $81.28 | $81.29 | 15,730,643 | 1.40% |
| 3/2/2016 | $82.70 | - | $82.69 | $82.70 | 14,094,352 | 1.73% |
| 3/3/2016 | $82.40 | - | $82.39 | $82.40 | 13,216,192 | -0.36% |
| 3/4/2016 | $82.29 | - | $82.26 | $82.28 | 18,402,742 | -0.13% |
| 3/7/2016 | $84.46 | - | $84.45 | $84.46 | 18,945,555 | 2.60% |
| 3/8/2016 | $82.63 | - | $82.62 | $82.65 | 14,003,912 | -2.19% |

107

**App. 978**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|------|------|------|------|------|------|------|
| 3/9/2016 | $82.40 | - | $82.33 | $82.34 | 14,139,276 | -0.28% |
| 3/10/2016 | $82.18 | - | $82.18 | $82.19 | 15,898,276 | -0.27% |
| 3/11/2016 | $82.19 | - | $82.19 | $82.21 | 15,370,176 | 0.01% |
| 3/14/2016 | $82.41 | - | $82.38 | $82.39 | 13,344,595 | 0.27% |
| 3/15/2016 | $82.82 | - | $82.81 | $82.82 | 9,213,045 | 0.50% |
| 3/16/2016 | $82.87 | - | $82.90 | $82.91 | 11,492,063 | 0.06% |
| 3/17/2016 | $84.10 | - | $84.06 | $84.08 | 13,673,859 | 1.47% |
| 3/18/2016 | $84.20 | - | $84.20 | $84.21 | 19,637,014 | 0.12% |
| 3/21/2016 | $83.62 | - | $83.61 | $83.62 | 8,385,359 | -0.69% |
| 3/22/2016 | $84.12 | - | $84.13 | $84.14 | 13,005,080 | 0.60% |
| 3/23/2016 | $83.75 | - | $83.78 | $83.79 | 12,748,876 | -0.44% |
| 3/24/2016 | $83.98 | - | $83.97 | $83.98 | 9,368,327 | 0.27% |
| 3/28/2016 | $84.22 | - | $84.21 | $84.22 | 7,490,353 | 0.29% |
| 3/29/2016 | $84.53 | - | $84.51 | $84.52 | 9,977,887 | 0.37% |
| 3/30/2016 | $84.52 | - | $84.51 | $84.52 | 10,807,029 | -0.01% |
| 3/31/2016 | $83.59 | - | $83.60 | $83.63 | 13,896,906 | -1.11% |
| 4/1/2016 | $82.96 | - | $83.02 | $83.03 | 12,235,334 | -0.76% |
| 4/4/2016 | $83.16 | - | $83.13 | $83.14 | 8,050,167 | 0.24% |
| 4/5/2016 | $82.21 | - | $82.21 | $82.23 | 10,446,841 | -1.15% |
| 4/6/2016 | $83.31 | - | $83.32 | $83.33 | 9,320,161 | 1.33% |
| 4/7/2016 | $82.37 | - | $82.38 | $82.39 | 8,267,069 | -1.13% |
| 4/8/2016 | $83.21 | - | $83.19 | $83.20 | 9,376,167 | 1.01% |
| 4/11/2016 | $83.32 | - | $83.32 | $83.33 | 9,924,974 | 0.13% |
| 4/12/2016 | $84.35 | - | $84.30 | $84.34 | 9,986,128 | 1.23% |
| 4/13/2016 | $84.83 | - | $84.82 | $84.83 | 9,235,668 | 0.57% |
| 4/14/2016 | $85.43 | - | $85.40 | $85.41 | 10,625,784 | 0.70% |
| 4/15/2016 | $84.97 | - | $84.97 | $84.98 | 11,280,211 | -0.54% |
| 4/18/2016 | $85.78 | - | $85.74 | $85.75 | 9,096,983 | 0.95% |
| 4/19/2016 | $86.21 | - | $86.19 | $86.21 | 10,354,460 | 0.50% |
| 4/20/2016 | $86.80 | - | $86.79 | $86.80 | 15,247,074 | 0.68% |
| 4/21/2016 | $86.79 | - | $86.80 | $86.81 | 12,075,295 | -0.01% |
| 4/22/2016 | $87.53 | - | $87.52 | $87.53 | 9,150,823 | 0.85% |
| 4/25/2016 | $87.33 | - | $87.33 | $87.34 | 8,076,440 | -0.23% |
| 4/26/2016 | $87.63 | - | $87.60 | $87.61 | 9,425,865 | 0.34% |
| 4/27/2016 | $88.46 | - | $88.47 | $88.48 | 10,463,503 | 0.94% |
| 4/28/2016 | $88.03 | - | $88.08 | $88.10 | 11,276,191 | -0.49% |
| 4/29/2016 | $88.40 | - | $88.48 | $88.49 | 17,885,945 | 0.42% |
| 5/2/2016 | $89.13 | - | $89.11 | $89.12 | 10,273,739 | 0.82% |
| 5/3/2016 | $88.11 | - | $88.11 | $88.12 | 10,137,435 | -1.15% |
| 5/4/2016 | $87.94 | - | $87.93 | $87.94 | 10,601,143 | -0.19% |
| 5/5/2016 | $88.04 | - | $88.03 | $88.04 | 8,721,081 | 0.11% |
| 5/6/2016 | $88.51 | - | $88.51 | $88.53 | 7,968,354 | 0.53% |
| 5/9/2016 | $88.57 | - | $88.56 | $88.57 | 11,159,506 | 0.07% |
| 5/10/2016 | $89.99 | - | $89.98 | $89.99 | 12,509,083 | 1.59% |
| 5/11/2016 | $88.81 | $0.75 | $88.83 | $88.84 | 11,660,167 | -0.48% |

108

**App. 979**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|---|---|---|---|---|---|---|
| 5/12/2016 | $89.67 | - | $89.67 | $89.68 | 10,720,505 | 0.96% |
| 5/13/2016 | $88.66 | - | $88.64 | $88.65 | 9,721,139 | -1.13% |
| 5/16/2016 | $89.57 | - | $89.56 | $89.57 | 8,638,664 | 1.02% |
| 5/17/2016 | $89.53 | - | $89.52 | $89.53 | 9,835,599 | -0.04% |
| 5/18/2016 | $89.35 | - | $89.33 | $89.34 | 9,680,277 | -0.20% |
| 5/19/2016 | $90.11 | - | $90.10 | $90.11 | 14,397,937 | 0.85% |
| 5/20/2016 | $89.74 | - | $89.72 | $89.73 | 13,191,925 | -0.41% |
| 5/23/2016 | $89.60 | - | $89.58 | $89.60 | 11,766,051 | -0.16% |
| 5/24/2016 | $89.67 | - | $89.67 | $89.69 | 10,056,575 | 0.08% |
| 5/25/2016 | $90.26 | - | $90.23 | $90.25 | 9,581,349 | 0.66% |
| 5/26/2016 | $89.80 | - | $89.79 | $89.80 | 7,867,901 | -0.51% |
| 5/27/2016 | $90.01 | - | $90.02 | $90.03 | 7,505,941 | 0.23% |
| 5/31/2016 | $89.02 | - | $88.97 | $88.99 | 13,178,770 | -1.11% |
| 6/1/2016 | $89.24 | - | $89.23 | $89.24 | 7,994,794 | 0.25% |
| 6/2/2016 | $88.53 | - | $88.50 | $88.51 | 9,837,535 | -0.80% |
| 6/3/2016 | $88.37 | - | $88.36 | $88.37 | 9,367,092 | -0.18% |
| 6/6/2016 | $89.34 | - | $89.32 | $89.34 | 8,572,963 | 1.09% |
| 6/7/2016 | $90.71 | - | $90.72 | $90.73 | 12,889,082 | 1.52% |
| 6/8/2016 | $90.79 | - | $90.78 | $90.79 | 9,982,959 | 0.09% |
| 6/9/2016 | $90.67 | - | $90.67 | $90.68 | 8,974,331 | -0.13% |
| 6/10/2016 | $89.98 | - | $89.99 | $90.00 | 10,353,815 | -0.76% |
| 6/13/2016 | $90.59 | - | $90.60 | $90.61 | 11,369,954 | 0.68% |
| 6/14/2016 | $90.43 | - | $90.42 | $90.43 | 10,161,030 | -0.18% |
| 6/15/2016 | $90.16 | - | $90.18 | $90.19 | 10,655,773 | -0.30% |
| 6/16/2016 | $91.22 | - | $91.25 | $91.26 | 12,824,808 | 1.17% |
| 6/17/2016 | $90.72 | - | $90.72 | $90.74 | 17,483,223 | -0.55% |
| 6/20/2016 | $91.12 | - | $91.12 | $91.14 | 9,388,528 | 0.44% |
| 6/21/2016 | $91.53 | - | $91.50 | $91.51 | 8,557,451 | 0.45% |
| 6/22/2016 | $91.17 | - | $91.16 | $91.17 | 8,785,428 | -0.39% |
| 6/23/2016 | $91.80 | - | $91.78 | $91.79 | 9,464,500 | 0.69% |
| 6/24/2016 | $89.39 | - | $89.40 | $89.41 | 20,010,494 | -2.66% |
| 6/27/2016 | $88.86 | - | $88.90 | $88.91 | 14,395,728 | -0.59% |
| 6/28/2016 | $90.91 | - | $90.89 | $90.91 | 13,254,272 | 2.28% |
| 6/29/2016 | $92.46 | - | $92.43 | $92.44 | 13,920,631 | 1.69% |
| 6/30/2016 | $93.74 | - | $93.73 | $93.74 | 14,073,677 | 1.37% |
| 7/1/2016 | $93.84 | - | $93.78 | $93.80 | 9,946,278 | 0.11% |
| 7/5/2016 | $93.02 | - | $92.97 | $92.99 | 10,744,051 | -0.88% |
| 7/6/2016 | $94.09 | - | $94.08 | $94.09 | 13,144,408 | 1.14% |
| 7/7/2016 | $92.96 | - | $92.95 | $92.96 | 12,240,670 | -1.21% |
| 7/8/2016 | $93.54 | - | $93.50 | $93.51 | 9,807,645 | 0.62% |
| 7/11/2016 | $93.89 | - | $93.85 | $93.86 | 8,335,705 | 0.37% |
| 7/12/2016 | $94.95 | - | $94.90 | $94.91 | 9,870,813 | 1.12% |
| 7/13/2016 | $94.88 | - | $94.86 | $94.87 | 9,458,206 | -0.07% |
| 7/14/2016 | $94.95 | - | $94.93 | $94.94 | 9,293,450 | 0.07% |
| 7/15/2016 | $95.12 | - | $95.06 | $95.07 | 10,334,453 | 0.18% |

**App. 980**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|------|-------------------|--------------|-----------------|-----------------|--------------------|------------------------|
| 7/18/2016 | $94.82 | - | $94.85 | $94.86 | 9,865,850 | -0.32% |
| 7/19/2016 | $94.47 | - | $94.48 | $94.49 | 5,901,792 | -0.37% |
| 7/20/2016 | $93.93 | - | $93.92 | $93.93 | 7,383,789 | -0.57% |
| 7/21/2016 | $93.85 | - | $93.83 | $93.85 | 7,759,624 | -0.09% |
| 7/22/2016 | $94.01 | - | $93.99 | $94.00 | 7,139,681 | 0.17% |
| 7/25/2016 | $92.20 | - | $92.23 | $92.24 | 10,845,892 | -1.94% |
| 7/26/2016 | $91.53 | - | $91.53 | $91.54 | 12,143,539 | -0.73% |
| 7/27/2016 | $90.91 | - | $90.91 | $90.93 | 10,037,885 | -0.68% |
| 7/28/2016 | $90.20 | - | $90.15 | $90.18 | 12,439,249 | -0.78% |
| 7/29/2016 | $88.95 | - | $88.86 | $88.87 | 23,928,098 | -1.40% |
| 8/1/2016 | $85.86 | - | $85.88 | $85.92 | 22,908,390 | -3.54% |
| 8/2/2016 | $87.04 | - | $87.04 | $87.06 | 18,919,157 | 1.36% |
| 8/3/2016 | $87.49 | - | $87.46 | $87.47 | 14,632,941 | 0.52% |
| 8/4/2016 | $87.48 | - | $87.45 | $87.47 | 13,451,350 | -0.01% |
| 8/5/2016 | $87.56 | - | $87.52 | $87.54 | 9,617,289 | 0.09% |
| 8/8/2016 | $88.59 | - | $88.55 | $88.56 | 10,492,709 | 1.17% |
| 8/9/2016 | $88.70 | - | $88.72 | $88.73 | 9,654,554 | 0.12% |
| 8/10/2016 | $86.41 | $0.75 | $86.39 | $86.41 | 12,714,814 | -1.75% |
| 8/11/2016 | $86.72 | - | $86.72 | $86.73 | 11,616,032 | 0.36% |
| 8/12/2016 | $87.85 | - | $87.80 | $87.81 | 9,986,924 | 1.29% |
| 8/15/2016 | $87.81 | - | $87.80 | $87.81 | 6,432,580 | -0.05% |
| 8/16/2016 | $87.92 | - | $87.93 | $87.94 | 6,817,932 | 0.13% |
| 8/17/2016 | $88.11 | - | $88.08 | $88.09 | 7,104,565 | 0.22% |
| 8/18/2016 | $88.91 | - | $88.88 | $88.89 | 10,342,730 | 0.90% |
| 8/19/2016 | $87.80 | - | $87.80 | $87.81 | 8,615,269 | -1.26% |
| 8/22/2016 | $87.99 | - | $88.00 | $88.01 | 8,235,406 | 0.22% |
| 8/23/2016 | $87.72 | - | $87.71 | $87.72 | 6,514,786 | -0.31% |
| 8/24/2016 | $88.02 | - | $88.02 | $88.03 | 7,985,437 | 0.34% |
| 8/25/2016 | $87.46 | - | $87.48 | $87.50 | 6,935,261 | -0.64% |
| 8/26/2016 | $87.27 | - | $87.28 | $87.29 | 6,474,424 | -0.22% |
| 8/29/2016 | $87.84 | - | $87.86 | $87.87 | 7,027,164 | 0.65% |
| 8/30/2016 | $87.52 | - | $87.53 | $87.54 | 6,441,118 | -0.36% |
| 8/31/2016 | $87.14 | - | $87.12 | $87.13 | 12,491,437 | -0.44% |
| 9/1/2016 | $86.84 | - | $86.82 | $86.83 | 8,434,729 | -0.34% |
| 9/2/2016 | $87.42 | - | $87.40 | $87.41 | 7,099,643 | 0.67% |
| 9/6/2016 | $88.57 | - | $88.60 | $88.61 | 9,851,167 | 1.31% |
| 9/7/2016 | $88.24 | - | $88.23 | $88.24 | 7,470,375 | -0.37% |
| 9/8/2016 | $89.05 | - | $89.05 | $89.06 | 9,579,545 | 0.91% |
| 9/9/2016 | $86.84 | - | $86.84 | $86.85 | 12,820,202 | -2.51% |
| 9/12/2016 | $87.29 | - | $87.29 | $87.30 | 10,889,025 | 0.52% |
| 9/13/2016 | $85.21 | - | $85.21 | $85.22 | 13,214,321 | -2.41% |
| 9/14/2016 | $84.60 | - | $84.58 | $84.59 | 13,957,013 | -0.72% |
| 9/15/2016 | $85.08 | - | $85.07 | $85.08 | 9,251,913 | 0.57% |
| 9/16/2016 | $84.03 | - | $84.02 | $84.03 | 21,538,409 | -1.24% |
| 9/19/2016 | $83.83 | - | $83.83 | $83.84 | 7,929,097 | -0.24% |

**App. 981**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|---|---|---|---|---|---|---|
| 9/20/2016 | $82.54 | - | $82.54 | $82.55 | 17,521,975 | -1.55% |
| 9/21/2016 | $83.30 | - | $83.28 | $83.29 | 15,055,917 | 0.92% |
| 9/22/2016 | $83.54 | - | $83.52 | $83.53 | 10,738,519 | 0.29% |
| 9/23/2016 | $83.45 | - | $83.46 | $83.47 | 12,667,106 | -0.11% |
| 9/26/2016 | $83.06 | - | $83.07 | $83.08 | 10,860,320 | -0.47% |
| 9/27/2016 | $83.24 | - | $83.22 | $83.23 | 9,595,020 | 0.22% |
| 9/28/2016 | $86.90 | - | $86.91 | $86.94 | 28,117,871 | 4.30% |
| 9/29/2016 | $86.46 | - | $86.46 | $86.47 | 19,082,873 | -0.51% |
| 9/30/2016 | $87.28 | - | $87.28 | $87.30 | 15,961,506 | 0.94% |
| 10/3/2016 | $87.05 | - | $87.02 | $87.03 | 7,111,178 | -0.26% |
| 10/4/2016 | $86.25 | - | $86.27 | $86.28 | 8,222,033 | -0.92% |
| 10/5/2016 | $87.00 | - | $86.98 | $86.99 | 8,796,215 | 0.87% |
| 10/6/2016 | $87.04 | - | $87.06 | $87.07 | 7,718,259 | 0.05% |
| 10/7/2016 | $86.74 | - | $86.73 | $86.74 | 6,614,908 | -0.35% |
| 10/10/2016 | $88.44 | - | $88.44 | $88.45 | 10,060,038 | 1.94% |
| 10/11/2016 | $87.74 | - | $87.76 | $87.77 | 9,309,029 | -0.79% |
| 10/12/2016 | $87.13 | - | $87.12 | $87.13 | 8,172,591 | -0.70% |
| 10/13/2016 | $86.56 | - | $86.60 | $86.61 | 9,890,258 | -0.66% |
| 10/14/2016 | $86.54 | - | $86.54 | $86.55 | 7,991,654 | -0.02% |
| 10/17/2016 | $86.54 | - | $86.52 | $86.53 | 7,263,061 | 0.00% |
| 10/18/2016 | $86.77 | - | $86.76 | $86.77 | 5,429,319 | 0.27% |
| 10/19/2016 | $87.17 | - | $87.19 | $87.20 | 9,373,416 | 0.46% |
| 10/20/2016 | $87.21 | - | $87.20 | $87.21 | 6,866,873 | 0.05% |
| 10/21/2016 | $86.62 | - | $86.61 | $86.62 | 10,736,170 | -0.68% |
| 10/24/2016 | $86.91 | - | $86.90 | $86.91 | 8,354,850 | 0.33% |
| 10/25/2016 | $86.72 | - | $86.72 | $86.74 | 6,835,886 | -0.22% |
| 10/26/2016 | $87.09 | - | $87.10 | $87.11 | 8,488,064 | 0.43% |
| 10/27/2016 | $86.92 | - | $86.92 | $86.93 | 9,071,099 | -0.20% |
| 10/28/2016 | $84.78 | - | $84.77 | $84.78 | 19,072,186 | -2.49% |
| 10/31/2016 | $83.32 | - | $83.30 | $83.31 | 16,663,771 | -1.74% |
| 11/1/2016 | $83.65 | - | $83.67 | $83.70 | 13,050,607 | 0.40% |
| 11/2/2016 | $83.45 | - | $83.46 | $83.47 | 11,226,097 | -0.24% |
| 11/3/2016 | $83.66 | - | $83.68 | $83.69 | 8,836,546 | 0.25% |
| 11/4/2016 | $83.57 | - | $83.59 | $83.60 | 13,877,124 | -0.11% |
| 11/7/2016 | $85.45 | - | $85.44 | $85.45 | 13,576,246 | 2.22% |
| 11/8/2016 | $85.31 | $0.75 | $85.32 | $85.33 | 9,735,164 | 0.71% |
| 11/9/2016 | $86.25 | - | $86.23 | $86.24 | 15,901,269 | 1.10% |
| 11/10/2016 | $87.05 | - | $87.06 | $87.07 | 14,106,227 | 0.92% |
| 11/11/2016 | $85.67 | - | $85.63 | $85.64 | 13,812,176 | -1.60% |
| 11/14/2016 | $85.28 | - | $85.28 | $85.29 | 12,607,502 | -0.46% |
| 11/15/2016 | $86.82 | - | $86.81 | $86.82 | 12,883,542 | 1.79% |
| 11/16/2016 | $85.75 | - | $85.74 | $85.75 | 8,201,169 | -1.24% |
| 11/17/2016 | $85.23 | - | $85.22 | $85.23 | 8,200,464 | -0.61% |
| 11/18/2016 | $85.28 | - | $85.26 | $85.27 | 8,457,804 | 0.06% |
| 11/21/2016 | $86.49 | - | $86.48 | $86.49 | 8,861,469 | 1.41% |

111

**App. 982**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|---|---|---|---|---|---|---|
| 11/22/2016 | $86.68 | - | $86.67 | $86.68 | 9,390,248 | 0.22% |
| 11/23/2016 | $86.92 | - | $86.91 | $86.92 | 6,061,281 | 0.28% |
| 11/25/2016 | $87.12 | - | $87.09 | $87.11 | 5,043,042 | 0.23% |
| 11/28/2016 | $86.47 | - | $86.49 | $86.50 | 7,449,634 | -0.75% |
| 11/29/2016 | $85.90 | - | $85.90 | $85.92 | 9,181,096 | -0.66% |
| 11/30/2016 | $87.30 | - | $87.31 | $87.32 | 22,696,209 | 1.62% |
| 12/1/2016 | $87.24 | - | $87.25 | $87.26 | 13,005,560 | -0.07% |
| 12/2/2016 | $87.04 | - | $87.04 | $87.05 | 9,706,646 | -0.23% |
| 12/5/2016 | $87.48 | - | $87.41 | $87.42 | 11,741,074 | 0.50% |
| 12/6/2016 | $87.56 | - | $87.55 | $87.56 | 11,293,620 | 0.09% |
| 12/7/2016 | $88.07 | - | $88.04 | $88.05 | 11,182,628 | 0.58% |
| 12/8/2016 | $88.32 | - | $88.31 | $88.32 | 9,086,715 | 0.28% |
| 12/9/2016 | $89.00 | - | $88.99 | $89.00 | 8,021,683 | 0.77% |
| 12/12/2016 | $90.98 | - | $90.98 | $91.00 | 15,545,409 | 2.20% |
| 12/13/2016 | $92.58 | - | $92.58 | $92.59 | 18,829,345 | 1.74% |
| 12/14/2016 | $90.58 | - | $90.58 | $90.59 | 16,325,355 | -2.18% |
| 12/15/2016 | $90.89 | - | $90.87 | $90.88 | 11,155,111 | 0.34% |
| 12/16/2016 | $91.18 | - | $91.15 | $91.16 | 20,560,435 | 0.32% |
| 12/19/2016 | $90.42 | - | $90.42 | $90.43 | 9,674,437 | -0.84% |
| 12/20/2016 | $90.43 | - | $90.43 | $90.44 | 7,221,041 | 0.01% |
| 12/21/2016 | $90.28 | - | $90.31 | $90.32 | 7,308,044 | -0.17% |
| 12/22/2016 | $90.87 | - | $90.86 | $90.87 | 8,003,106 | 0.65% |
| 12/23/2016 | $90.71 | - | $90.70 | $90.71 | 4,266,541 | -0.18% |
| 12/27/2016 | $90.75 | - | $90.74 | $90.75 | 4,960,556 | 0.04% |
| 12/28/2016 | $90.30 | - | $90.30 | $90.32 | 6,745,940 | -0.50% |
| 12/29/2016 | $90.35 | - | $90.31 | $90.33 | 6,684,661 | 0.06% |
| 12/30/2016 | $90.26 | - | $90.26 | $90.28 | 9,117,830 | -0.10% |
| 1/3/2017 | $90.89 | - | $90.88 | $90.89 | 10,360,622 | 0.70% |
| 1/4/2017 | $89.89 | - | $89.86 | $89.87 | 9,434,240 | -1.11% |
| 1/5/2017 | $88.55 | - | $88.54 | $88.55 | 14,443,183 | -1.50% |
| 1/6/2017 | $88.50 | - | $88.51 | $88.52 | 16,518,128 | -0.06% |
| 1/9/2017 | $87.04 | - | $87.07 | $87.08 | 13,762,259 | -1.66% |
| 1/10/2017 | $85.93 | - | $85.94 | $85.95 | 13,283,083 | -1.28% |
| 1/11/2017 | $86.81 | - | $86.79 | $86.80 | 11,183,689 | 1.02% |
| 1/12/2017 | $86.34 | - | $86.33 | $86.34 | 10,407,049 | -0.54% |
| 1/13/2017 | $86.35 | - | $86.34 | $86.35 | 8,415,603 | 0.01% |
| 1/17/2017 | $87.36 | - | $87.35 | $87.36 | 13,237,348 | 1.16% |
| 1/18/2017 | $86.28 | - | $86.27 | $86.28 | 11,831,695 | -1.24% |
| 1/19/2017 | $84.73 | - | $84.70 | $84.71 | 16,382,903 | -1.81% |
| 1/20/2017 | $85.89 | - | $85.88 | $85.89 | 18,739,659 | 1.36% |
| 1/23/2017 | $84.97 | - | $84.99 | $85.00 | 11,433,897 | -1.08% |
| 1/24/2017 | $85.09 | - | $85.09 | $85.10 | 11,858,111 | 0.14% |
| 1/25/2017 | $85.34 | - | $85.36 | $85.37 | 9,578,522 | 0.29% |
| 1/26/2017 | $85.60 | - | $85.59 | $85.60 | 8,779,446 | 0.30% |
| 1/27/2017 | $85.51 | - | $85.49 | $85.50 | 10,947,882 | -0.11% |

**App. 983**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|------|------|------|------|------|------|------|
| 1/30/2017 | $84.86 | - | $84.81 | $84.86 | 12,789,183 | -0.76% |
| 1/31/2017 | $83.89 | - | $83.88 | $83.89 | 19,128,106 | -1.15% |
| 2/1/2017 | $82.94 | - | $82.94 | $82.95 | 15,111,832 | -1.14% |
| 2/2/2017 | $83.45 | - | $83.44 | $83.45 | 12,200,100 | 0.61% |
| 2/3/2017 | $83.54 | - | $83.53 | $83.54 | 12,746,286 | 0.11% |
| 2/6/2017 | $83.31 | - | $83.30 | $83.31 | 9,938,198 | -0.28% |
| 2/7/2017 | $82.77 | - | $82.73 | $82.74 | 11,705,199 | -0.65% |
| 2/8/2017 | $81.48 | $0.75 | $81.47 | $81.48 | 14,006,281 | -0.65% |
| 2/9/2017 | $81.84 | - | $81.83 | $81.84 | 9,602,988 | 0.44% |
| 2/10/2017 | $82.52 | - | $82.51 | $82.52 | 8,739,814 | 0.83% |
| 2/13/2017 | $83.00 | - | $83.00 | $83.01 | 9,071,638 | 0.58% |
| 2/14/2017 | $82.82 | - | $82.81 | $82.82 | 11,370,525 | -0.22% |
| 2/15/2017 | $83.16 | - | $83.14 | $83.15 | 11,768,513 | 0.41% |
| 2/16/2017 | $82.30 | - | $82.28 | $82.29 | 10,614,956 | -1.04% |
| 2/17/2017 | $81.76 | - | $81.72 | $81.73 | 15,645,973 | -0.66% |
| 2/21/2017 | $81.89 | - | $81.87 | $81.88 | 16,419,612 | 0.16% |
| 2/22/2017 | $80.93 | - | $80.92 | $80.93 | 12,917,374 | -1.18% |
| 2/23/2017 | $81.78 | - | $81.76 | $81.77 | 13,847,038 | 1.04% |
| 2/24/2017 | $81.08 | - | $81.06 | $81.08 | 11,338,715 | -0.86% |
| 2/27/2017 | $81.54 | - | $81.55 | $81.56 | 13,465,948 | 0.57% |
| 2/28/2017 | $81.32 | - | $81.32 | $81.33 | 16,834,163 | -0.27% |
| 3/1/2017 | $83.02 | - | $82.99 | $83.01 | 17,482,122 | 2.07% |
| 3/2/2017 | $83.30 | - | $83.30 | $83.31 | 14,170,309 | 0.34% |
| 3/3/2017 | $82.46 | - | $82.45 | $82.46 | 12,304,096 | -1.01% |
| 3/6/2017 | $82.83 | - | $82.82 | $82.83 | 9,617,240 | 0.45% |
| 3/7/2017 | $82.52 | - | $82.49 | $82.51 | 12,711,508 | -0.37% |
| 3/8/2017 | $81.03 | - | $81.03 | $81.04 | 16,817,743 | -1.82% |
| 3/9/2017 | $81.67 | - | $81.67 | $81.68 | 14,721,795 | 0.79% |
| 3/10/2017 | $81.61 | - | $81.61 | $81.63 | 11,355,151 | -0.07% |
| 3/13/2017 | $81.42 | - | $81.42 | $81.43 | 9,571,361 | -0.23% |
| 3/14/2017 | $80.99 | - | $81.00 | $81.01 | 11,335,678 | -0.53% |
| 3/15/2017 | $82.00 | - | $81.99 | $82.00 | 11,970,300 | 1.24% |
| 3/16/2017 | $82.07 | - | $82.05 | $82.06 | 9,923,804 | 0.09% |
| 3/17/2017 | $82.00 | - | $81.98 | $81.99 | 18,834,129 | -0.09% |
| 3/20/2017 | $82.00 | - | $81.99 | $82.00 | 7,700,258 | 0.00% |
| 3/21/2017 | $81.83 | - | $81.82 | $81.83 | 13,387,665 | -0.21% |
| 3/22/2017 | $81.76 | - | $81.77 | $81.78 | 11,168,417 | -0.09% |
| 3/23/2017 | $81.86 | - | $81.85 | $81.86 | 8,927,991 | 0.12% |
| 3/24/2017 | $81.23 | - | $81.23 | $81.26 | 9,128,489 | -0.77% |
| 3/27/2017 | $81.25 | - | $81.24 | $81.25 | 8,481,162 | 0.02% |
| 3/28/2017 | $81.84 | - | $81.84 | $81.85 | 11,028,598 | 0.72% |
| 3/29/2017 | $82.02 | - | $82.02 | $82.03 | 8,495,457 | 0.22% |
| 3/30/2017 | $83.70 | - | $83.67 | $83.68 | 44,704,931 | 2.03% |
| 3/31/2017 | $82.01 | - | $82.00 | $82.01 | 21,750,398 | -2.04% |
| 4/3/2017 | $82.07 | - | $82.08 | $82.09 | 11,438,652 | 0.07% |

113

**App. 984**

**Exhibit-4**

**Exxon Mobil Stock Prices, Dividends, Volume, and Returns**

28 October 2015 through 31 January 2017

| Date | XOM Closing Price | XOM Dividend | XOM Closing Bid | XOM Closing Ask | XOM Trading Volume | XOM Logarithmic Return |
|------|------|------|------|------|------|------|
| 4/4/2017 | $82.37 | - | $82.35 | $82.36 | 9,270,872 | 0.36% |
| 4/5/2017 | $82.53 | - | $82.53 | $82.53 | 13,809,062 | 0.19% |
| 4/6/2017 | $83.01 | - | $83.01 | $83.02 | 9,554,910 | 0.58% |
| 4/7/2017 | $82.76 | - | $82.78 | $82.79 | 8,909,620 | -0.30% |
| 4/10/2017 | $83.13 | - | $83.12 | $83.13 | 8,885,298 | 0.45% |
| 4/11/2017 | $82.84 | - | $82.84 | $82.85 | 8,576,521 | -0.35% |
| 4/12/2017 | $82.97 | - | $82.95 | $82.96 | 9,516,100 | 0.16% |
| 4/13/2017 | $81.69 | - | $81.69 | $81.70 | 8,667,873 | -1.55% |
| 4/17/2017 | $81.58 | - | $81.58 | $81.59 | 9,577,168 | -0.13% |
| 4/18/2017 | $81.05 | - | $81.04 | $81.05 | 8,821,414 | -0.65% |
| 4/19/2017 | $80.49 | - | $80.47 | $80.48 | 10,764,437 | -0.69% |
| 4/20/2017 | $81.01 | - | $81.05 | $81.06 | 11,649,051 | 0.64% |
| 4/21/2017 | $80.69 | - | $80.69 | $80.70 | 9,816,669 | -0.40% |
| 4/24/2017 | $81.11 | - | $81.09 | $81.10 | 8,729,701 | 0.52% |
| 4/25/2017 | $81.73 | - | $81.73 | $81.74 | 10,733,813 | 0.76% |
| 4/26/2017 | $81.40 | - | $81.41 | $81.42 | 9,445,925 | -0.40% |
| 4/27/2017 | $81.26 | - | $81.28 | $81.29 | 12,385,262 | -0.17% |
| 4/28/2017 | $81.65 | - | $81.62 | $81.63 | 12,072,169 | 0.48% |

**Source:** CRSP. Computations performed by Crowninshield Financial Research, Inc.

114

**App. 985**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|------|------|------|
| 10/29/2015 | -0.22% | -0.35% |
| 10/30/2015 | -0.40% | 0.53% |
| 11/2/2015 | 1.24% | 2.91% |
| 11/3/2015 | 0.31% | 2.53% |
| 11/4/2015 | -0.34% | -0.95% |
| 11/5/2015 | -0.14% | -2.16% |
| 11/6/2015 | -0.04% | -0.75% |
| 11/9/2015 | -0.96% | -1.01% |
| 11/10/2015 | 0.13% | -0.01% |
| 11/11/2015 | -0.41% | -1.24% |
| 11/12/2015 | -1.46% | -2.32% |
| 11/13/2015 | -0.98% | -0.67% |
| 11/16/2015 | 1.37% | 3.09% |
| 11/17/2015 | -0.14% | -0.45% |
| 11/18/2015 | 1.52% | 2.05% |
| 11/19/2015 | -0.10% | -0.15% |
| 11/20/2015 | 0.30% | -2.13% |
| 11/23/2015 | -0.07% | -0.25% |
| 11/24/2015 | 0.23% | 1.56% |
| 11/25/2015 | 0.12% | -0.34% |
| 11/27/2015 | 0.08% | -0.04% |
| 11/30/2015 | -0.39% | 0.07% |
| 12/1/2015 | 0.95% | 0.79% |
| 12/2/2015 | -1.08% | -2.03% |
| 12/3/2015 | -1.44% | -1.24% |
| 12/4/2015 | 1.63% | -0.60% |
| 12/7/2015 | -0.98% | -3.54% |
| 12/8/2015 | -0.61% | -0.86% |
| 12/9/2015 | -0.67% | 1.66% |
| 12/10/2015 | 0.21% | 0.24% |
| 12/11/2015 | -2.00% | -3.22% |
| 12/14/2015 | 0.16% | 0.27% |
| 12/15/2015 | 1.13% | 2.35% |
| 12/16/2015 | 1.48% | 0.46% |
| 12/17/2015 | -1.47% | -2.70% |
| 12/18/2015 | -1.52% | -0.34% |
| 12/21/2015 | 0.71% | -0.24% |
| 12/22/2015 | 0.88% | 1.35% |
| 12/23/2015 | 1.36% | 4.58% |
| 12/24/2015 | -0.08% | -1.38% |
| 12/28/2015 | -0.33% | -1.37% |

115

**App. 986**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 12/29/2015 | 1.00% | 1.10% |
| 12/30/2015 | -0.74% | -1.39% |
| 12/31/2015 | -0.82% | -0.31% |
| 1/4/2016 | -1.50% | -0.70% |
| 1/5/2016 | 0.14% | -0.43% |
| 1/6/2016 | -1.39% | -3.11% |
| 1/7/2016 | -2.42% | -3.52% |
| 1/8/2016 | -1.10% | -2.54% |
| 1/11/2016 | -0.17% | -0.60% |
| 1/12/2016 | 0.61% | 0.34% |
| 1/13/2016 | -2.62% | -1.21% |
| 1/14/2016 | 1.53% | 5.87% |
| 1/15/2016 | -2.19% | -4.05% |
| 1/19/2016 | -0.24% | -1.14% |
| 1/20/2016 | -1.07% | -3.25% |
| 1/21/2016 | 0.56% | 2.83% |
| 1/22/2016 | 2.22% | 3.98% |
| 1/25/2016 | -1.68% | -2.94% |
| 1/26/2016 | 1.58% | 4.09% |
| 1/27/2016 | -1.06% | 0.17% |
| 1/28/2016 | 0.50% | 3.09% |
| 1/29/2016 | 2.43% | 1.01% |
| 2/1/2016 | -0.03% | -1.52% |
| 2/2/2016 | -2.02% | -5.54% |
| 2/3/2016 | 0.57% | 3.49% |
| 2/4/2016 | 0.36% | 2.04% |
| 2/5/2016 | -1.98% | -0.94% |
| 2/8/2016 | -1.71% | 0.40% |
| 2/9/2016 | -0.31% | -3.71% |
| 2/10/2016 | 0.03% | -0.61% |
| 2/11/2016 | -1.21% | -0.28% |
| 2/12/2016 | 2.00% | 4.07% |
| 2/16/2016 | 1.75% | 0.82% |
| 2/17/2016 | 1.80% | 3.50% |
| 2/18/2016 | -0.42% | -0.85% |
| 2/19/2016 | -0.02% | -0.17% |
| 2/22/2016 | 1.42% | 2.17% |
| 2/23/2016 | -1.19% | -4.22% |
| 2/24/2016 | 0.50% | -0.10% |
| 2/25/2016 | 1.10% | 0.93% |
| 2/26/2016 | 0.03% | 0.35% |

116

**App. 987**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 2/29/2016 | -0.59% | -0.29% |
| 3/1/2016 | 2.22% | 2.28% |
| 3/2/2016 | 0.57% | 1.35% |
| 3/3/2016 | 0.56% | 1.07% |
| 3/4/2016 | 0.42% | 0.96% |
| 3/7/2016 | 0.32% | 1.24% |
| 3/8/2016 | -1.36% | -2.60% |
| 3/9/2016 | 0.55% | 2.30% |
| 3/10/2016 | -0.13% | -0.80% |
| 3/11/2016 | 1.73% | 2.11% |
| 3/14/2016 | -0.16% | -0.80% |
| 3/15/2016 | -0.45% | -0.73% |
| 3/16/2016 | 0.75% | 2.01% |
| 3/17/2016 | 0.82% | 2.26% |
| 3/18/2016 | 0.39% | -0.14% |
| 3/21/2016 | 0.05% | -1.26% |
| 3/22/2016 | -0.04% | -1.03% |
| 3/23/2016 | -0.95% | -1.81% |
| 3/24/2016 | -0.01% | 0.79% |
| 3/28/2016 | 0.08% | -0.18% |
| 3/29/2016 | 1.10% | 0.38% |
| 3/30/2016 | 0.45% | 1.25% |
| 3/31/2016 | -0.09% | -1.11% |
| 4/1/2016 | 0.47% | -1.75% |
| 4/4/2016 | -0.44% | -0.11% |
| 4/5/2016 | -1.01% | -1.66% |
| 4/6/2016 | 1.10% | 1.91% |
| 4/7/2016 | -1.17% | -0.60% |
| 4/8/2016 | 0.43% | 2.97% |
| 4/11/2016 | -0.18% | 0.10% |
| 4/12/2016 | 1.04% | 2.48% |
| 4/13/2016 | 1.13% | 0.85% |
| 4/14/2016 | -0.05% | 0.38% |
| 4/15/2016 | -0.06% | -0.58% |
| 4/18/2016 | 0.68% | 0.66% |
| 4/19/2016 | 0.45% | 1.82% |
| 4/20/2016 | 0.12% | 0.64% |
| 4/21/2016 | -0.53% | -0.16% |
| 4/22/2016 | 0.18% | 0.61% |
| 4/25/2016 | -0.28% | -1.25% |
| 4/26/2016 | 0.34% | 1.78% |

117

**App. 988**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 4/27/2016 | 0.26% | 1.84% |
| 4/28/2016 | -0.86% | -1.03% |
| 4/29/2016 | -0.45% | -0.05% |
| 5/2/2016 | 0.67% | 0.45% |
| 5/3/2016 | -1.12% | -2.67% |
| 5/4/2016 | -0.62% | -1.61% |
| 5/5/2016 | -0.04% | 0.56% |
| 5/6/2016 | 0.35% | 0.41% |
| 5/9/2016 | -0.02% | -1.81% |
| 5/10/2016 | 1.22% | 1.61% |
| 5/11/2016 | -0.83% | -0.13% |
| 5/12/2016 | -0.08% | 0.57% |
| 5/13/2016 | -0.80% | -1.70% |
| 5/16/2016 | 1.02% | 1.98% |
| 5/17/2016 | -0.86% | -0.20% |
| 5/18/2016 | -0.08% | -0.70% |
| 5/19/2016 | -0.38% | -0.55% |
| 5/20/2016 | 0.76% | 0.07% |
| 5/23/2016 | -0.18% | -0.97% |
| 5/24/2016 | 1.30% | 0.92% |
| 5/25/2016 | 0.73% | 2.32% |
| 5/26/2016 | -0.02% | -0.51% |
| 5/27/2016 | 0.44% | -0.31% |
| 5/31/2016 | -0.03% | -1.73% |
| 6/1/2016 | 0.24% | 0.09% |
| 6/2/2016 | 0.36% | -0.22% |
| 6/3/2016 | -0.20% | 0.80% |
| 6/6/2016 | 0.61% | 0.94% |
| 6/7/2016 | 0.21% | 2.72% |
| 6/8/2016 | 0.36% | 0.88% |
| 6/9/2016 | -0.28% | -0.84% |
| 6/10/2016 | -1.13% | -1.85% |
| 6/13/2016 | -0.82% | -0.89% |
| 6/14/2016 | -0.28% | -2.04% |
| 6/15/2016 | -0.05% | -0.21% |
| 6/16/2016 | 0.19% | 1.41% |
| 6/17/2016 | -0.18% | 2.00% |
| 6/20/2016 | 0.73% | 1.77% |
| 6/21/2016 | 0.23% | 1.49% |
| 6/22/2016 | -0.19% | -0.69% |
| 6/23/2016 | 1.43% | 2.80% |

118

**App. 989**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 6/24/2016 | -3.74% | -5.83% |
| 6/27/2016 | -2.06% | -1.64% |
| 6/28/2016 | 1.79% | 2.38% |
| 6/29/2016 | 1.75% | 3.17% |
| 6/30/2016 | 1.31% | 1.53% |
| 7/1/2016 | 0.30% | 0.59% |
| 7/5/2016 | -0.83% | -1.15% |
| 7/6/2016 | 0.54% | -0.07% |
| 7/7/2016 | -0.07% | -1.08% |
| 7/8/2016 | 1.54% | 1.30% |
| 7/11/2016 | 0.42% | 0.67% |
| 7/12/2016 | 0.79% | 1.74% |
| 7/13/2016 | -0.02% | -0.40% |
| 7/14/2016 | 0.47% | 0.28% |
| 7/15/2016 | -0.08% | -0.23% |
| 7/18/2016 | 0.26% | -0.34% |
| 7/19/2016 | -0.24% | -0.47% |
| 7/20/2016 | 0.46% | -0.23% |
| 7/21/2016 | -0.33% | -0.26% |
| 7/22/2016 | 0.45% | 0.20% |
| 7/25/2016 | -0.32% | -2.69% |
| 7/26/2016 | 0.16% | 0.47% |
| 7/27/2016 | -0.12% | -0.22% |
| 7/28/2016 | 0.17% | -1.26% |
| 7/29/2016 | 0.26% | 0.23% |
| 8/1/2016 | -0.23% | -3.66% |
| 8/2/2016 | -0.71% | 0.39% |
| 8/3/2016 | 0.44% | 0.43% |
| 8/4/2016 | 0.08% | 0.34% |
| 8/5/2016 | 0.80% | 0.40% |
| 8/8/2016 | 0.01% | 0.36% |
| 8/9/2016 | 0.11% | 0.21% |
| 8/10/2016 | -0.26% | -0.95% |
| 8/11/2016 | 0.48% | 1.68% |
| 8/12/2016 | -0.05% | 0.21% |
| 8/15/2016 | 0.40% | 0.51% |
| 8/16/2016 | -0.55% | 0.81% |
| 8/17/2016 | 0.10% | 0.37% |
| 8/18/2016 | 0.34% | 1.04% |
| 8/19/2016 | -0.18% | -1.28% |
| 8/22/2016 | -0.04% | -1.03% |

119

**App. 990**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 8/23/2016 | 0.28% | 0.09% |
| 8/24/2016 | -0.61% | -0.05% |
| 8/25/2016 | -0.07% | -0.18% |
| 8/26/2016 | -0.18% | 0.00% |
| 8/29/2016 | 0.52% | 0.24% |
| 8/30/2016 | -0.15% | -0.06% |
| 8/31/2016 | -0.26% | -1.37% |
| 9/1/2016 | 0.07% | -0.44% |
| 9/2/2016 | 0.59% | 1.84% |
| 9/6/2016 | 0.34% | 1.19% |
| 9/7/2016 | 0.08% | 0.52% |
| 9/8/2016 | -0.21% | 0.94% |
| 9/9/2016 | -2.53% | -2.74% |
| 9/12/2016 | 1.33% | 0.62% |
| 9/13/2016 | -1.60% | -3.03% |
| 9/14/2016 | -0.05% | -1.10% |
| 9/15/2016 | 1.01% | 0.81% |
| 9/16/2016 | -0.39% | -1.65% |
| 9/19/2016 | 0.14% | 0.58% |
| 9/20/2016 | -0.04% | -0.66% |
| 9/21/2016 | 1.18% | 1.91% |
| 9/22/2016 | 0.78% | 1.31% |
| 9/23/2016 | -0.60% | -1.22% |
| 9/26/2016 | -0.83% | -0.83% |
| 9/27/2016 | 0.51% | -0.30% |
| 9/28/2016 | 0.67% | 3.26% |
| 9/29/2016 | -0.93% | 0.62% |
| 9/30/2016 | 0.78% | 0.72% |
| 10/3/2016 | -0.31% | 0.23% |
| 10/4/2016 | -0.56% | 0.09% |
| 10/5/2016 | 0.49% | 1.23% |
| 10/6/2016 | -0.08% | -0.32% |
| 10/7/2016 | -0.38% | 0.12% |
| 10/10/2016 | 0.56% | 1.73% |
| 10/11/2016 | -1.27% | -1.66% |
| 10/12/2016 | 0.09% | -0.32% |
| 10/13/2016 | -0.33% | -0.79% |
| 10/14/2016 | -0.03% | 0.41% |
| 10/17/2016 | -0.25% | -0.62% |
| 10/18/2016 | 0.65% | 0.79% |
| 10/19/2016 | 0.30% | 0.33% |

120

**App. 991**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 10/20/2016 | -0.16% | -0.03% |
| 10/21/2016 | -0.01% | -0.28% |
| 10/24/2016 | 0.44% | -0.40% |
| 10/25/2016 | -0.44% | -0.03% |
| 10/26/2016 | -0.28% | -0.46% |
| 10/27/2016 | -0.40% | 0.11% |
| 10/28/2016 | -0.26% | 0.54% |
| 10/31/2016 | 0.04% | -0.15% |
| 11/1/2016 | -0.68% | 1.38% |
| 11/2/2016 | -0.77% | -1.57% |
| 11/3/2016 | -0.40% | -0.04% |
| 11/4/2016 | -0.12% | -0.85% |
| 11/7/2016 | 2.07% | 1.89% |
| 11/8/2016 | 0.39% | 0.28% |
| 11/9/2016 | 1.20% | 0.59% |
| 11/10/2016 | 0.20% | 0.20% |
| 11/11/2016 | 0.03% | -2.44% |
| 11/14/2016 | 0.24% | -0.70% |
| 11/15/2016 | 0.79% | 2.26% |
| 11/16/2016 | -0.15% | -0.71% |
| 11/17/2016 | 0.46% | 0.13% |
| 11/18/2016 | -0.14% | 0.12% |
| 11/21/2016 | 0.77% | 1.90% |
| 11/22/2016 | 0.30% | 0.48% |
| 11/23/2016 | 0.09% | -0.49% |
| 11/25/2016 | 0.36% | -0.00% |
| 11/28/2016 | -0.60% | -1.24% |
| 11/29/2016 | 0.10% | -0.35% |
| 11/30/2016 | -0.16% | 3.06% |
| 12/1/2016 | -0.42% | 1.22% |
| 12/2/2016 | 0.07% | 0.07% |
| 12/5/2016 | 0.73% | 0.35% |
| 12/6/2016 | 0.48% | 0.12% |
| 12/7/2016 | 1.23% | 1.21% |
| 12/8/2016 | 0.37% | 0.28% |
| 12/9/2016 | 0.39% | 0.11% |
| 12/12/2016 | -0.25% | 1.23% |
| 12/13/2016 | 0.58% | 1.00% |
| 12/14/2016 | -0.97% | -1.73% |
| 12/15/2016 | 0.36% | 0.57% |
| 12/16/2016 | -0.12% | 1.22% |

**App. 992**

**Exhibit-5**

**Market Index and Sector Index**

29 October 2015 through 31 January 2017

| Date | Market Index Logarithmic Return | Sector Index Logarithmic Return |
|---|---|---|
| 12/19/2016 | 0.21% | -0.51% |
| 12/20/2016 | 0.43% | 0.16% |
| 12/21/2016 | -0.25% | 0.30% |
| 12/22/2016 | -0.27% | 0.45% |
| 12/23/2016 | 0.18% | -0.04% |
| 12/27/2016 | 0.25% | 0.20% |
| 12/28/2016 | -0.80% | -0.19% |
| 12/29/2016 | 0.06% | 0.40% |
| 12/30/2016 | -0.41% | -0.03% |
| 1/3/2017 | 0.82% | 0.78% |
| 1/4/2017 | 0.86% | 0.48% |
| 1/5/2017 | -0.10% | 0.43% |
| 1/6/2017 | 0.23% | -0.91% |
| 1/9/2017 | -0.39% | -1.41% |
| 1/10/2017 | 0.13% | -0.47% |
| 1/11/2017 | 0.32% | 1.30% |
| 1/12/2017 | -0.25% | 0.51% |
| 1/13/2017 | 0.28% | -0.18% |
| 1/17/2017 | -0.37% | -0.07% |
| 1/18/2017 | 0.14% | -0.75% |
| 1/19/2017 | -0.39% | -0.67% |
| 1/20/2017 | 0.36% | 0.36% |
| 1/23/2017 | -0.19% | -0.28% |
| 1/24/2017 | 0.84% | 0.85% |
| 1/25/2017 | 0.81% | 0.58% |
| 1/26/2017 | -0.12% | -0.87% |
| 1/27/2017 | -0.16% | -1.12% |
| 1/30/2017 | -0.71% | -1.77% |
| 1/31/2017 | 0.08% | 0.53% |

**Sources:** Market Index (CRSP), Sector Index (Bloomberg, dividend information obtained from CRSP), and computations performed by Crowninshield Financial Research, Inc.

122

**App. 993**

## Exhibit-6
### Exxon Mobil Regression Results

Estimation Period: 29 October 2015 through 27 October 2016

| Regression Statistics | |
| --- | --- |
| R Squared | 0.650 |
| Adjusted R Squared | 0.641 |
| Standard Error | 0.80% |
| Observations | 252 |

| | Coefficient | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | 0.02% | 0.05% | 0.45 |
| Market Index | 0.054 | 0.084 | 0.64 |
| Sector Index | 0.619 | 0.046 | 13.56 |
| 30 October 2015 | 0.49% | 0.80% | 0.62 |
| 2 February 2016 | 1.26% | 0.81% | 1.55 |
| 29 April 2016 | 0.45% | 0.80% | 0.57 |
| 29 July 2016 | -1.58% | 0.80% | -1.98 |

Estimation Period: 1 February 2016 through 30 January 2017

| Regression Statistics | |
| --- | --- |
| R Squared | 0.563 |
| Adjusted R Squared | 0.553 |
| Standard Error | 0.70% |
| Observations | 252 |

| | Coefficient | Standard Error | $t$-statistic |
| --- | --- | --- | --- |
| Intercept | 0.02% | 0.04% | 0.36 |
| Market Index | 0.011 | 0.083 | 0.14 |
| Sector Index | 0.549 | 0.045 | 12.09 |
| 2 February 2016 | 0.80% | 0.73% | 1.10 |
| 29 April 2016 | 0.43% | 0.70% | 0.62 |
| 29 July 2016 | -1.54% | 0.70% | -2.19 |
| 28 October 2016 | -2.80% | 0.70% | -3.98 |

123

**App. 994**

## Exhibit-7

### Exxon Mobil Stock Event Study Results

| Date | XOM Closing Price | XOM Prior Day Closing Price | XOM Logarithmic Return | Market Index Logarithmic Return | Sector Index Logarithmic Return | XOM Explained Return | XOM Residual Return | XOM Dollar Residual Return | XOM Residual Return $t$-Statistic |
|---|---|---|---|---|---|---|---|---|---|
| 10/28/2016 | $84.78 | $86.92 | -2.49% | -0.26% | 0.54% | 0.34% | -2.84% | -$2.43 | (3.57) * |
| 1/31/2017 | $83.89 | $84.86 | -1.15% | 0.08% | 0.53% | 0.31% | -1.46% | -$1.23 | (2.08) * |

**Source:** Computations performed by Crowninshield Financial Research, Inc.

**Note**: "*" indicates statistical significance at a confidence level greater than 95%.

**App. 995**

**Exhibit-8**

**Exxon Mobil Stock Artificial Inflation**

| Date | Inflation |
|---|---|
| 2/24/2016 - 10/27/2016 | $3.44 |
| 10/28/2016 - 1/30/2017 | $1.05 |
| 1/31/2017 and thereafter | $0.00 |

**App. 996**

# Exhibit 65