# Exhibit 65

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| **PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, Plaintiff,**<br><br>**vs.**<br><br>**EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY and DAVID S. ROSENTHAL, Defendants**. | Civil Action No. 3:16-cv-03111-K |

**EXPERT REPORT**
**OF**
**D. PAUL REGAN, CPA/CFF**
**OCTOBER 11, 2024**

**CONFIDENTIAL**

**App. 997**

CONFIDENTIAL

**TABLE OF CONTENTS**

I.    THE NATURE OF MY ASSIGNMENT AND SUMMARY OF OPINIONS ..............1

II.   QUALIFICATIONS ...........................................................................................5

III.  BACKGROUND RELEVANT TO MY OPINIONS.........................................7

    A.   THE IMPORTANCE OF EXXON'S MAJOR KEARL PROJECT AND ASSERTED PROVED RESERVES ..............................................................................11

    B.   EXXON'S SIGNIFICANT NATURAL GAS OPERATIONS, INCLUDING THOSE ACQUIRED FROM XTO ENERGY INC .........................................................18

    C.   EXXON'S FINANCIAL REPORTING RESPONSIBILITIES UNDER SEC ACCOUNTING-RELATED RULES, INCLUDING GAAP ................................22

        1.   Exxon's Financial Statements Were Required to Comply with GAAP, Including Explicit Oil and Gas Industry-Related Accounting Guidance................................................................24

        2.   Exxon Was Required to Comply with the Accounting-Related Provisions of the SEC's MD&A Financial Reporting Rules ....................28

        3.   Exxon Was Also Required to Disclose Information About Its Proved Oil and Gas Reserves................................................................31

IV.   BASES FOR MY OPINIONS ..........................................................................35

    A.   EXXON FAILED TO APPROPRIATELY DE-BOOK ITS DISCLOSED UPSTREAM CANADIAN KEARL PROVED BITUMEN RESERVES AS OF DECEMBER 31, 2015.........35

        1.   Exxon's SEC Prices Improperly Excluded Costs Relating to Bitumen Sold to U.S. Markets at December 31, 2015..............................39

        2.   Exxon's 2015 Net Pricing Model Overstated Kearl's SEC Pricing...........43

        3.   SEC Lifting Costs Exceeded the Kearl SEC Price Requiring Exxon to De-Book Approximately 3.6 Billion Barrels of Proved Reserves as of December 31, 2015 ...............................................................47

    B.   EXXON'S 2015 MD&A FAILED TO APPROPRIATELY DISCLOSE KNOWN TRENDS AND UNCERTAINTIES REGARDING THE RECURRING LACK OF PROFITABILITY OF ITS UPSTREAM CANADIAN KEARL BITUMEN OPERATIONS AND ITS POTENTIAL IMPACT TO THE COMPANY'S PROVED RESERVES ....................49

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**

**App. 998**

**CONFIDENTIAL**

1.    Kearl's Production Volumes and Operational Efficiencies Were Regularly Touted by Exxon Management and the Subject of Analyst Inquiries During 2015 ..................................................................52

2.    In Contrast to Asserted Profits and Undisclosed to the Public, Kearl's Recurring Operating Losses Were Repeatedly Evident to Exxon's Management Prior to the Issuance of Exxon's 2015 Form 10-K ..........................................................................................................57

3.    The Conditions Set Forth in Section IV.A. Above, Including Losses Associated with Shipments to U.S. Markets, Contributed to Kearl's Operating Losses ........................................................................64

4.    Exxon Ultimately De-Booked Kearl's Proved Reserves at Year-End 2016 ................................................................................71

5.    The SEC's MD&A Disclosure Requirements .............................................72

6.    The Impact of Kearl's Declining Profitability, Losses, and Proved Reserves Were Material ................................................................80

C.    EXXON FAILED TO PROPERLY COMPLY WITH IMPAIRMENT-RELATED ACCOUNTING STANDARDS UNDER GAAP RESULTING IN THE MATERIAL OVERSTATEMENT OF XTO-RELATED LONG-LIVED ASSETS AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2015 ................................................................84

1.    Exxon Failed to Properly Evaluate Whether Events and Changing Circumstances Indicated that Its XTO-Related Long-Lived Assets Were Impaired as of December 31, 2015 ................................................88

2.    A GAAP Step 1 Asset Recoverability Assessment Demonstrates that Several XTO Properties' Asset Group Carrying Values Exceeded Their Respective Undiscounted Cash Flows ...........................115

3.    A Step 2 Fair Value Analysis of the Impaired Assets Required Exxon to Recognize a $3.4 Billion Impairment as of December 31, 2015 ................................................................................130

4.    Exxon's $3.4 Billion Impairment Misstatement Was Material to the Company's 2015 Under GAAP ................................................134

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**

**App. 999**

**CONFIDENTIAL**

## I.    THE NATURE OF MY ASSIGNMENT AND SUMMARY OF OPINIONS

1.    I have been retained, through my employer, Hemming Morse, LLC, Forensic and Financial Consultants ("HM"), on behalf of Lead Plaintiff in this matter and Lead Counsel, Robbins Geller Rudman & Dowd LLP, to consider relevant facts and provide expert opinions on the following matters based on my review and analysis of the information currently available to me, as well as my education and professional experience:

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| Whether ExxonMobil Corporation ("Exxon" or the "Company") appropriately complied with disclosure requirements established under U.S. Securities and Exchange Commission ("SEC") financial reporting requirements relating to proved reserves as set forth under ASC 932-10-S99. Specifically, whether Exxon's disclosed proved reserves related to Exxon's Canadian Kearl bitumen of approximately 3.6 billion barrels of bitumen as of December 31, 2015 was required to be de-booked to zero. | Exxon failed to appropriately de-book its disclosed 3.6 billion barrels of upstream Canadian Kearl proved bitumen reserves as of December 31, 2015. Specifically, when determining its proved reserves, Exxon improperly excluded actual sales pricing and related costs of bitumen sold to the U.S. market when deriving its SEC Kearl bitumen pricing as of December 31, 2015. Correcting for this error results in an adjusted 2015 Kearl SEC price of approximately $24.66 per barrel, $4.04 lower than Exxon's assumed $28.70 price per barrel price.<br><br>The Company's 2015 annual lifting costs pertaining to this bitumen totaled no less than $27.90 per barrel. These lifting costs exceeded Exxon's corrected 2015 $24.66 SEC price per barrel by at least $3.24 per barrel or 13%.<br><br>Consistent with Exxon's 2016 conclusions, this deficit required the Company de-book all of Kearl's SEC bitumen proved reserves as of December 31, 2015. Put simply, it was evident by the time Exxon filed its 2015 Form 10-K that Exxon's disclosed 3.6 billion barrels of Kearl Bitumen proved reserves were not reasonably certain of being economically producible [see below at §IV.A.]. |
| Whether Exxon appropriately complied with disclosure requirements established under SEC financial reporting requirements, including Item 303 of Regulation S-K, *Management's* | In absence of a de-booking of the Kearl proved reserves and related disclosures at year end 2015 as required by relevant accounting standards and detailed in section |

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 1**

**CONFIDENTIAL**

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| *Discussion and Analysis of Financial Conditions and Results of Operations* ("Item 303"), which governs disclosures made in the Company's Management's Discussion and Analysis ("MD&A") included in Exxon's 2015 annual report filed with SEC on Form 10-K on February 24, 2016 ("2015 Form 10-K").<br><br>Specifically, assuming Exxon's proved reserves relating to Kearl bitumen were not required to be de-booked, whether Exxon appropriately disclosed information "necessary to an understanding" of the Company's operating results and known trends and uncertainties, including information relating to the recurring losses incurred by Exxon's Canadian Kearl bitumen operation that was "reasonably likely" to have a material effect on Exxon's reported: (1) Non-U.S. Upstream revenue, income from operations, and profitability; and (2) proved bitumen reserves. | IV.A., Exxon's MD&A disclosures included in the Company's 2015 Form 10-K did not comply with financial reporting disclosure requirements established under SEC Item 303.<br><br>Specifically, Exxon's MD&A omitted disclosure of certain known trends and uncertainties relating to the recurring lack of profitability of its Canadian Kearl bitumen operations and related proved reserves, including disclosure that:<br><br>1. Kearl's recurring losses did and were "reasonably likely" to have a material negative effect on the Company's Upstream earnings and profitability;<br><br>2. Kearl's operating losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed; and<br><br>3. The circumstances discussed in Section IV.A. below, including losses associated with shipments to the U.S. market, that contributed to Kearl's operating losses.<br><br>This information was necessary to understand Exxon's results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition." Accordingly, these trends and uncertainties required disclosure under Item 303 and were repeatedly made evident to Exxon's management during the periods preceding the issuance of the Company's 2015 Form 10-K [see below at §IV.B]. |
| Whether Exxon's financial reporting as of and for the year ended December 31, 2015 appropriately complied with U.S. Generally Accepted Accounting Principles ("GAAP") relating to the Company's accounting for long- | Exxon violated GAAP when it accounted for the Company's XTO-related long-lived assets as of and for the year ended December 31, 2015. Specifically, Exxon materially overstated its XTO-related assets when, |

**App. 1001**

**CONFIDENTIAL**

| NATURE OF ASSIGNMENT | SUMMARY OF OPINIONS |
|---|---|
| lived assets associated with its XTO-related dry gas operations.<br><br>Specifically, whether Exxon properly applied the requirements of Financial Accounting Standards Board ("FASB") Accounting Standards Codification ("ASC") Topic 360 ("ASC 360") and ASC Topic 932 ("ASC 932), including the Company's determination of whether:<br><br>• **(Step 0)** events or changes in circumstances (*a.k.a.*, triggering event(s)) indicated that the carrying value (*i.e.*, the reported book value) of Exxon's long-lived assets associated with its XTO-related dry gas operations may not have been recoverable as of, and during, Exxon's financial reporting period ended December 31, 2015, and if so, whether:<br><br>• **(Step 1)** the carrying value of the Company's XTO-related long-lived assets exceeded the undiscounted cash flows associated with the Company's XTO-related long-lived assets; and if so, whether:<br><br>• **(Step 2)** the carrying value of the Company's XTO-related long-lived assets exceeded their respective fair value. | pursuant to ASC 360 and ASC 932-360, the Company and its management failed to:<br><br>1. Appropriately evaluate, recognize, and disclose that events and circumstances indicated that Exxon's reported XTO-related property, plant, and equipment ("PP&E") may not have been recoverable as of December 31, 2015;<br><br>2. Properly evaluate whether the carrying value of the Company's XTO-related long-lived assets exceeded their undiscounted cash flows as of December 31, 2015, and ultimately; and<br><br>3. Determine, recognize, and disclose material impairment losses of approximately $3.4 billion (*i.e.*, the difference between the carrying value of certain of Exxon's XTO-related long-lived assets and their respective fair values).<br><br>These GAAP failures resulted in the material misstatement of Exxon's annual financial statements as of and for the year ended December 31, 2015. Consistent with this opinion and as described further below, Exxon would ultimately report pre-tax impairment losses associated with its XTO-related long-lived assets of over $3 billion during the year ended December 31, 2016. |

2. The bases for these opinions are described in Section IV of this report. This report is based on the evidence I have reviewed to date. I understand that additional information may become available, including, but not limited to, discovery in response to subpoenas issued in this matter, deposition testimony and related exhibits, and relevant opinions and analyses by the parties' experts. As a result, I may modify my opinions based on such additional evidence. In addition, I expect to analyze any findings of and, if necessary, respond to defendants' expert's report(s).

**CONFIDENTIAL**

3. I am performing this expert witness engagement in accordance with the American Institute of Certified Public Accountants' ("AICPA") *Statement on Standards for Forensic Services*. These standards require me to be impartial, intellectually honest, and free of conflicts of interest. As a testifying expert providing forensic services, I am also bound by the AICPA's professional standards, including the duty to act with integrity and objectivity.

4. Consistent with those requirements, my opinions are my present opinions and are based on the information I have considered to date. These opinions are further based on my knowledge, training, education, and experience, as well as the various evidence cited in this report. This evidence is of the type that would ordinarily be relied on by an expert in accounting and financial reporting matters. Evidence includes historical information, emails and their attachments, and relevant testimony regarding the matters at issue.

5. It is my understanding from Lead Counsel that fact discovery, including depositions, in this matter is ongoing. Accordingly, information that I would ordinarily consider and rely on in forming my opinions, including, but not limited to, contemporaneous communications, documentation, and testimony relevant to Exxon's public filings, that has not yet been made available to me and remains subject to my review. As a result, the opinions expressed in this report are my preliminary opinions and may require supplementation as new information is made available and is considered by me. As of the date of this report, I have considered certain documents, including Exxon's public filings. These documents are identified in **Exhibit A** and in the body and footnotes of this report.

6. In my work I have been assisted by others in my firm who have acted under my direction and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a witness of fact. My understanding of the relevant facts comes from the documents and testimony that I have considered.

7. This report should not be construed as expressing opinions on matters of law, including, but not limited to, whether defendants' failure to disclose certain facts violated the strict liability provisions of Section 10(b) of the Securities Exchange Act of 1934 and SEC Rule 10b-5 promulgated thereunder, which are outside my expertise and are for the Court to determine. However, to the extent I have interpreted contracts, court cases, or other

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 4**

# App. 1003

**CONFIDENTIAL**

evidence, these interpretations necessarily reflect my understanding thereof from an accounting and financial reporting perspective.

8.    I understand that this report may be made available to other parties in this litigation, to their counsel and experts, as well as to the Court. It has been prepared for use in this action. In all other respects, this report is confidential. It should not be used, reproduced, or circulated for any other purpose, in whole or in part, without my prior written consent.

9.    HM is being compensated for my services at $920 per hour. This compensation is not contingent on the outcome of this matter or the conclusions that I reach.

## II.    QUALIFICATIONS

10.    My expert qualifications, including my testimony in the last four years and the publications I have authored in the past ten years, are described in greater detail in my curriculum vitae, attached as **Exhibit B**. My prior experience and education provide me with the appropriate qualifications to provide opinions in this matter.

11.    I am a Certified Public Accountant ("CPA"), licensed in the State of California, and a Partner in HM in San Francisco, California. I have been a CPA continuously since 1970. My work in the accounting profession includes more than 50 years of continuous experience as an auditor or as a consultant. I have supervised and participated in audits, or the review of audits of companies' financial statements. I served as the engagement partner or concurring partner on more than 100 audits between 1975 and 1995. The largest engagement that I supervised was the audit of a public company with more than 100 subsidiaries operating throughout the world.

12.    I have also provided accounting and/or auditing consulting services on more than 1,000 complex litigation matters. Many of these have required an extensive analysis and application of relevant GAAP, SEC financial reporting requirements, U.S. Generally Accepted Auditing Standards ("GAAS"), and Public Company Accounting Oversight Board ("PCAOB") Standards. I have also testified on accounting issues where the accounting standards were International Financial Reporting Standards ("IFRS"), Canadian GAAP, UK GAAP, Australian GAAP, and Korean GAAP. I have performed these

**CONFIDENTIAL**

analyses and provided testimony for clients that include large and small companies in the private and public sector, as well as for various state and federal agencies (*e.g.*, the Federal Deposit Insurance Corporation ("FDIC"), Federal Home Loan Mortgage Corporation, SEC, U.S. Department of Justice ("DOJ"), the PCAOB, Resolution Trust Corporation, California Department of Insurance, various Attorneys General of 19 states, and the Department of Economic Development, an agency of the British government).

13. My experience includes the review of financial records of entities across a diverse range of industries including oil and gas companies. My consulting or expert witness experience has involved companies with operations in multiple locations in the United States, as well as in many other countries. The companies whose financial statements I have analyzed have included accounting for and disclosure of oil exploration and development costs, including those with offshore operations in the Gulf of Mexico, as well as exploration and development of oil and gas properties in the mainland of the United States. I have also personally owned interests in entities with working interests in oil and gas wells in Texas, Louisiana, and Oklahoma.

14. From 1976 through today, I have testified and been admitted as an expert in more than 125 trials and arbitrations and given more than 235 depositions. These cases were generally in state and federal courts in the United States. I have also testified in trials in Canada, Guam, the United Kingdom, Australia, and the International Court of Justice in the Netherlands.

15. I am a member of the California Society of Certified Public Accountants ("CalCPA"). I have served on its statewide Litigation Services Steering Committee since 1990 and I was its Chair during its 2002/2004 fiscal year terms. At that time, this Steering Committee provided guidance to the more than 800 members of its four Operating Sections: (i) Business Valuation; (ii) Economic Damages; (iii) Fraud; and (iv) Family Law. For two and one-half years (through August of 1998), I was Chair of its 250-member Economic Damages Section. I served as Chair of the 28,000-member CalCPA during its 2004/2005 fiscal year term and in 2009, I received CalCPA's Distinguished Service Award for a career of "extraordinary and distinguished service to the profession."

**CONFIDENTIAL**

16.     I am a member of the AICPA. The AICPA had a national Forensic and Litigation Services Committee ("FLSC") (formerly the Litigation and Dispute Resolution Subcommittee). From 1998 until July of 2001, I served as one of the nine members of this national committee. The FLSC oversaw and provided guidance to the AICPA's then 340,000 members relating to litigation consulting and dispute resolution. The FLSC also provided guidance and supervision to its subcommittees, which included the Subcommittee on Economic Damages. I served as Chairperson of the Subcommittee on Economic Damages from 1999 to July 2001.

17.     From October 2003 until October 2011, I was a member of the AICPA's Governing Council. Under Rule 203 of the Code of Professional Conduct of the AICPA, this Council is the body that has the authority to designate which accounting principles constitute GAAP.

18.     From August 2008 until October 2011, I served on the AICPA's Forensic and Valuation Services Executive Committee. This nine-person committee is the AICPA's standards setting body for CPAs performing forensic and valuation services. I have also been designated by the AICPA as a Certified in Financial Forensics ("CFF").

19.     As seen in my curriculum vitae, attached as **Exhibit B**, I have served on the board of directors of two public companies (International Display Works, Inc. and Solar Power, Inc.), as well as on their audit committees. I was also a council member, mayor, and commissioner of Finance for the Town of Hillsborough, which issued public debt throughout my 12-year tenure on its council.

## III.     BACKGROUND RELEVANT TO MY OPINIONS

20.     Exxon Mobil Corporation is one of the world's largest global energy companies.[1] The Company's principal business involves the worldwide exploration, extraction, production, transportation, and sale of crude oil and natural gas (Upstream segment) and the refining,

---

[1] https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 7**

**CONFIDENTIAL**

manufacturing, transportation, and sale of petroleum products (Downstream segment).[2] Exxon operations also included the manufacturing and sale of petrochemicals (Chemical segment).[3]

21. While Exxon's Downstream segment operations generated nearly 80% or more of the Company's reported revenue during the relevant period, the majority of Exxon's profits and post-tax earnings were realized through the Company's Upstream operations. For example, during the two years ended December 31, 2014, Exxon's Upstream operations generated approximately 85% and 82% of the Company's total net income attributable to ExxonMobil and the majority of reported segment after tax earnings:[4]



---

[2] Exxon 2015 Form 10-K, p. 1, 68.

[3] Exxon 2015 Form 10-K, p. 1, 68.

[4] Chart generated using information reported in Exxon's 2014 Form 10-K, p. 92 ($27.548M/$32.52M = 85%; $26.841M/$32.58M = 82%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 8**

**CONFIDENTIAL**

22.    While remaining profitable, Exxon began to experience a decline in its Upstream segment quarterly earnings trends during the last quarter of 2014:[5]



23.    Citing significant price declines in the crude oil during the latter part of 2014, Exxon's Vice President of Investor Relations and Secretary, Jeffrey Woodbury, disclosed that price drops contributed to a $1.3 billion decrease in year-over-year fourth quarter Upstream earnings.[6] Consistent with this understanding, the price of crude oil (West Texas Intermediate or "WTI") and natural gas (Henry Hub) spot prices declined approximately 50% and 28%, respectively, during the six months ended December 31, 2014:[7]

---

[5] Chart generated using information reported in Exxon's 2014 Form 10-K, p. 92, Q1 2014 Form 10-Q, p. 12, Q2 2014 Form 10-Q, p. 12, and Q3 2014 Form 10-Q, p. 12.

[6] Q4 2014 Earnings Transcript, p. 4; Q4 2014 Earnings Presentation, p. 9.

[7] Prepared and calculated using daily spot prices at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; https://www.eia.gov/dnav/pet/hist/LeafHandler.ashx?n=PET&s=RWTC&f=D (WTI $106.07 per barrel at 6/30/14 - $53.45 per barrel at 12/31/14 = $52.62/$106.07 per barrel = 50%; $4.39 per MMBtu at 6/30/14 - $3.14 per MMBtu at 12/31/14 = $1.25/$4.39 per MMBtu = 28%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 9**

**CONFIDENTIAL**



24.    Despite these decreases, Exxon touted its ability to deliver "profitable growth," citing in part the completion of certain major projects during 2014 and its related Kearl expansion project.[8] During its March 2015 Analyst Meeting, Exxon's former Executive Chairman and Chief Executive Officer, Rex Tillerson: (i) emphasized the Company's 2014 realized earnings despite oil and gas price declines;[9] (ii) touted that 2014 was the "21st consecutive year" Exxon added more oil and natural gas reserves than the Company had produced (due in large part to the Kearl expansion project);[10] and (iii) highlighted the long-term expected

---

[8] Q4 2014 Earnings Presentation, February 2, 2015, p. 25.

[9] 2015 Analyst Meeting, March 4, 2015, p. 4 ("The 2014 results reflect the strength of our integrated business amid global economic challenges, uncertainties, and price volatility. […] Total corporate earnings were $32.5 billion and return on average capital employed was an industry-leading 16.2%."),

[10] 2015 Analyst Meeting, March 4, 2015, p. 4 ("[During 2014 o]ur proved reserve replacement ratio was 104%, marking the 21st consecutive year we added more oil and natural gas reserves than we produced.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 10**

**CONFIDENTIAL**

global energy demand growth, driven in large part by natural gas demand which was expected to "increase more than any other [energy] type."[11]

### A. THE IMPORTANCE OF EXXON'S MAJOR KEARL PROJECT AND ASSERTED PROVED RESERVES

25.    Kearl is a joint venture established between certain of the Company's consolidated subsidiaries to recover shallow deposits of oil sands using open-pit mining methods to extract the crude bitumen.[12] Kearl is comprised of six oil sands leases covering approximately 48,000 acres in the Athabasca oil sands deposit.[13] Exxon's Kearl expansion project in Alberta was considered a "major" project and critical to the Company's ability to report net reserve increases at December 31, 2014.[14]

26.    When Credit Suisse AG's analyst, Edward Westlake, requested a status update on the Company's "big project" during October 2014, Mr. Woodbury described Kearl as being "very stable" and in its "sweet spot":

> Kearl, as we've said many times, is a long-life asset. It's advantaged. Obviously, its advantaged because of the proprietary technology that we've implemented, where it foregoes the need for an upgrader. […] Currently, we're consistently producing over 100,000 barrels of oil per day. […] So overall, really pleased with the asset. **As I said, it's a long-life asset that's going to provide very stable productions. And quite frankly, Ed, we're in our sweet spot right now. We have – this is what we do very, very well**

---

[11] 2015 Analyst Meeting, March 4, 2015, p. 5 ("By the year 2040, the world's population is expected to increase to 9 billion people. […] Along with population growth and human progress, we continue to see an evolving energy landscape, driven by advances in technology, available resources and trade. […] Looking forward, we expect oil will remain the leading energy source, and natural gas will surpass coal to become the second largest resource. […] Oil use will grow on higher demand from transportation and chemical sectors. Natural gas demand will increase more than any other type, driven by rising power generation and industrial needs. Natural gas is well-recognized as a reliable, affordable, and clean fuel for a wide range of uses and its growth is supported by advanced technologies that are unlocking abundant resources around the world.").

[12] 2014 Form 10-K, p. 13 ("Bitumen is extracted from Kearl's oil sands produced from open-pit mining operations and processed through bitumen extraction and froth treatment trains. The product, a blend of bitumen and diluent, is shipped to the Company's refineries and to third parties.").

[13] 2014 Form 10-K, p. 13.

[14] *See, e.g.*, 2015 Analyst Meeting Presentation, March 4, 2015, Slide 40.

**CONFIDENTIAL**

**in terms of our project execution and then optimizing our operations to make sure that we maximize the value from the resource**.[15]

27.    Mr. Tillerson similarly touted Kearl's value proposition, citing Kearl-related benefits that could be leveraged around the world to "increase revenues, strengthen margins, lower cost and ultimately maximize the returns to [Exxon's] shareholders:"

> As our crude production ramps up in Canada, so do our logistics capacity, ensuring we optimally place equity barrels in our own refining circuit or into the open market. **A recent example that illustrates the advantage of this integration is how we were able to accelerate value capture from Kearl-produced bitumen**. When a new crude is introduced to the market, it generally trades at a discount for some time, while refiners learn about and confirm its processing characteristics. However, years before we made a final funding decision on Kearl, our upstream, downstream and research business collectively worked to understand the bitumen's properties and demonstrate to the market that it could be refined successfully. **To preserve value, our teams also ensured 100% of Kearl production can be processed in our own refineries. As a result, we minimized the typical early discounts. As these examples illustrate, we capture significant benefits from our integration**. Our approach and distinct advantages apply broadly to crude oil, natural gas, and natural gas liquids. We continue to leverage this model in North America an around the globe to increase revenues, strengthen margins, lower costs, and ultimately maximize the returns to our shareholders.[16]

28.    During its Q4 2014 earnings call, Mr. Woodbury stated that the Company expected to double Kearl's production capacity to 220,000 barrels per day for the next several decades.[17] Mr. Woodbury also noted the Company's Upstream profitability and assured investors that Kearl's expansion was continuing to track "ahead of schedule" (red box added):[18]

---

[15] Q3 2014 Earnings Transcript, October 31, 2014, p. 7 (emphasis added).

[16] 2015 Analyst Meeting, March 4, 2015, p. 7 (emphasis added). *See also* Q1 2015 Earnings Transcript, April 30, 2015, p. 9 ([In response to analyst inquiries about Kearl's performance] "As we've said in the past, Kearl is an advantaged, long-life asset, one that has significant future potential, as you look at how we further optimize the base. As you highlight, we have continued to improve on our reliability towards our operating targets. And we are fairly consistently producing at the 110,000 barrels a day gross.").

[17] Q4 2014 Earnings Transcript, February 2, 2015, p. 10.

[18] Q4 2014 Earnings Presentation, February 2, 2015 p. 25; Q4 2014 Earnings Transcript, February 2, 2015, p. 10.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 12**

**App. 1011**

**CONFIDENTIAL**



29.    In its 2014 Form 10-K, Exxon emphasized that the Company's success at "offsetting the effects of natural field decline through disciplined investments in quality opportunities and project execution […] **has resulted in net annual additions to proved reserves that have exceeded the amount produced**."[19] When subsequently asked by a Societe General Cross asset analyst about whether the "very large" 2014 increase in Exxon's proved bitumen reserves related to Kearl, Mr. Tillerson acknowledged the revisions were "pretty large" and were "**all Kearl**."[20]

30.    Indeed, Exxon's disclosed proved bitumen reserves increased by 602.6 million barrels or 17% at December 31, 2014 as compared to December 31, 2013.[21] Exxon's internal records reflect that Kearl-specific proved reserves increased by 675.2 million barrels in 2014 to 3.3

---

[19] Exxon 2014 Form 10-K, p. 48 (emphasis added).

[20] 2015 Analyst Meeting, March 4, 2015, p. 30 (emphasis added).

[21] Agreed to or calculated using PRAM0006789 and PRAM0031061; Exxon 2014 Form 10-K, pp. 102 and 103.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 13**

**CONFIDENTIAL**

billion barrels.[22] "Proved reserves" generally refer to the quantity of reserves that appear with reasonable certainty to be recoverable in the future from known oil and gas locations.[23]

31.    This significant increase in proved reserves facilitated Exxon's ability to report an overall net increase of 53 million barrels of proved reserves as of December 31, 2014[24] and its touted 21st consecutive year of adding more oil and natural gas reserves than the Company produced.

32.    Kearl's proved reserves represented approximately 13% of the Company's total disclosed proved reserves as of December 31, 2014, and as illustrated below, approximated 78% of Exxon's total disclosed proved bitumen reserves:[25]



33.    Exxon's disclosed 2014 bitumen production price realization of approximately $63 per barrel provides additional perspective as to Kearl's significance.[26] Applying this per barrel

---

[22] Agreed to or calculated using PRAM0006789 and PRAM0031061.

[23] ASC 932-10-S99. *See also* AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 1.34.

[24] Exxon 2014 Form 10-K, pp. 105 and 106 (25,269 million barrels – 25,216 million barrels = 53 million barrels).

[25] Agreed to or calculated using PRAM0006789 (3,301,977 thousand BBL bitumen at Kearl/4,232,627 thousand BBL bitumen = 78%; 3,301,977 thousand BBL bitumen at Kearl/25,269,093 thousand BBL = 13%).

[26] Exxon 2014 Form 10-K, p. 9.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 14**

**CONFIDENTIAL**

price realization to Kearl's 3.3 billion barrels of proved reserves indicated an approximate $207 billion of future upstream price potential (3.3 billion x $62.68 price per barrel) as of December 31, 2014.[27]

34.    Exxon also disclosed 2014 bitumen-related production costs of approximately $33 per barrel, reflecting an average production-related margin of approximately $30 per barrel or 47.9%:[28]

| Avg. $ per barrel | 12/31/14 | 12/31/13 | 12/31/12 | 12/31/11 |
|---|---|---|---|---|
| Production Price | $62.68 | $59.63 | $58.91 | $64.65 |
| Production Cost | $32.66 | $34.30 | $23.71 | $19.80 |
| **Production Margin** | **$30.02** | **$25.33** | **$35.20** | **$44.85** |
| Margin % | 47.9% | 42.5% | 59.8% | 69.4% |
| Cost % | 52.1% | 57.5% | 40.2% | 30.6% |

35.    Applying these disclosed metrics to Kearl's 3.3 billion barrels of proved reserves indicates a potential future production margin of $99.1 billion (3.3 billion barrels x $30.02 production margin per barrel) as of December 31, 2014.

36.    This indicated future earnings stream exemplifies why PricewaterhouseCoopers LLP's ("PwC" - Exxon's external auditor) Petroleum Accounting guide recognizes that oil and gas reserves "**are paramount**" to energy companies like Exxon and are "**important to the users of their financial statements**."[29] They are considered a "**critical component**" of an energy company's financial reporting disclosure requirements, demonstrated in part, by each of the following:[30]

a.   Proved reserves are used to determine the fair value of oil and gas properties.

---

[27] Price agreed to Exxon 2014 Form 10-K, p. 9; PRAM0006789.

[28] Agreed to or derived from information in Exxon 2014 Form 10-K, p. 9 and Exxon 2013 Form 10-K, p. 10.

[29] Petroleum Accounting, 7th ed., PRAM0094474 at 4993. *See also* Petroleum Accounting, 8th ed., p. 560 (emphasis added).

[30] Petroleum Accounting, 8th ed., p. 268 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 15**

**App. 1014**

CONFIDENTIAL

b.  Capitalized exploratory well costs only remain capitalized under the successful efforts method if the exploratory wells result in finding proved reserves.

c.  Proved properties' net capitalized costs (*i.e.*, assets) are limited to certain computations of value based on reserves, including proved reserves.

d.  Public companies, including Exxon, must disclose certain supplemental unaudited information about proved reserves volumes.

37.  Indeed, Exxon repeatedly presented the following slide in internal oil and gas reserve related presentations noting the importance of proved reserves, including the Company's asserted ability to replace proved reserves that management recognized was a "**Key Measure of Sustainability**":[31]

Importance of Reserves

- Securities and Exchange Commission (SEC) requires all companies publicly traded in United States to **annually disclose Proved Reserves** (10K Report, 20F Report used for overseas companies)

- Proved Reserves replacement is **Key Measure of Sustainability** for a company
  - ExxonMobil's reserves life at current production rates is 16 years (R/P)
  - ExxonMobil has reported 21 consecutive years of +100% Reserves Replacement

- Proved Reserves are used in **Financial Reporting** as a component of capital investments depreciation

| | |
|---|---|
| **Proved Reserves YE 2014** | **25.3 GOEB** |
| **2014 Additions to Proved Reserves** | **1.5 GOEB, 104% Replacement** |
| **Total Resource Base YE 2014** | **92.1 GOEB** |

---

[31] EMC_RAM 001630167 at 0172; EMC_RAM_SEC 000114856 at 4863. *See also* EMC_RAMIREZ 000017292.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 16**

**App. 1015**

**CONFIDENTIAL**

38.     Consistent with Exxon's recognized importance of its proved reserves, the SEC has described the development of reserves, including proved reserves, as the "**utmost importance to an oil and gas company's business**."[32] Accordingly, Exxon's analysts continued to inquire about Kearl's status during 2015.[33]

39.     Internal reporting continued to reflect the importance of Exxon's reserves, noting in part that the Company was the "Industry leader" in reserve life, while acknowledging that, for the first time in 21 years, Exxon failed to exceed 100% reserve replacement during 2015:[34]



40.     As the WTI spot price of crude oil declined more than 30% from $53.45 per barrel at December 31, 2014 to $37.13 per barrel at December 31, 2015,[35] Exxon's Upstream earnings declined substantially. As proved reserves include only amounts that are reasonably certain to be economically producible, decreased bitumen prices and profitability, including significant recurring Kearl operating losses, caused management to internally evaluate the possible loss of Kearl's proved reserves.

---

[32] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08 (emphasis added).

[33] See beginning at paragraph 114.

[34] EMC_RAMIREZ 000017292 at 7299.

[35] https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 17**

**CONFIDENTIAL**

41.    In this regard, and in significant contrast to the assertions of profitability described above, Kearl incurred increasing cumulative operating losses exceeding $475 million during the fourteen months ended February 2016.[36]

42.    In consideration of the poor price environment and the trending Kearl operating losses described above, Exxon internally recognized its reported Kearl proved reserves (*i.e.*, approximately 3.6 billion barrels of bitumen at December 31, 2015)[37] might no longer qualify as such under SEC reporting requirements. In addition, this recognition, and a discussion of Exxon's determination of its 2015 Kearl-related proved reserves, was fundamentally flawed as described below beginning at paragraph 82.

### B.    EXXON'S SIGNIFICANT NATURAL GAS OPERATIONS, INCLUDING THOSE ACQUIRED FROM XTO ENERGY INC

43.    During the relevant period, Exxon also disclosed significant proved reserves of natural gas. Approximately 46% of the Company's total disclosed proved reserves on an oil-equivalent per barrel basis related to natural gas as of December 31, 2014.[38]

44.    Exxon's disclosed 2014 and 2015 production price realization of approximately $4.68 and $4.16 per thousand cubic feet of natural gas, respectively, provides additional perspective as to the significance of the Company's related proved reserves.[39] Applying these blended metrics to Exxon's respective 69.3 trillion cubic feet and 60.2 trillion cubic feet of natural gas proved reserves at December 31, 2014 and 2015 indicates approximately $324.5 billion and $250.5 billion of future Upstream price potential (69.3 trillion cubic feet x $0.00468

---

[36] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, EMC_RAM_SEC 000065962, EMC_RAM_SEC 000063146, PRAM0523163, PRAM0523213, PRAM0100480, PRAM0360857, PRAM0360813, PRAM0653225, EMC_RAM_SEC 000062925, EMC_RAM_SEC 000062879, and PRAM0430339.

[37] PRAM0065448 (TSTPRV1_without-Overlay tab).

[38] Calculated using PRAM0006789. *See also* Exxon 2014 Form 10-K, p. 5 (69,338 billion cubic feet/6 = 11,556 million barrels/25,269 million barrels = 46%).

[39] Exxon 2015 Form 10-K, p. 9.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 18**

**CONFIDENTIAL**

price per cubic feet of natural gas, and 60.2 trillion cubic feet x $0.00416 price per cubic feet of natural gas).[40]

45.     Exxon's 2010 acquisition of XTO Energy Inc. ("XTO") was a significant contributing factor in expanding the Company's natural gas proved reserves. With the acquisition of XTO, Exxon became the largest natural gas producer inside the United States.[41]

46.     Specifically, on June 25, 2010, Exxon acquired XTO by merging a wholly-owned subsidiary of Exxon with and into XTO.[42] The Company provided total consideration of approximately $41 billion including acquired debt in exchange for its acquisition of XTO. Exxon's objective for the acquisition was to create a premier unconventional resource company.[43] Natural gas approximated 90% of XTO's portfolio at the time.[44]

47.     In connection with the XTO acquisition, Exxon disclosed that "[m]ajor changes between 2009 year-end proved reserves and 2010 year-end proved reserves included the initial booking of the properties acquired in the XTO Energy Inc. transaction."[45] Leading up to its acquisition, XTO's reported year-end 2009 proved reserves approximated 14.8 trillion cubic feet of natural gas equivalents.[46] More broadly, the Company asserted XTO's aggregate resource base as being "the equivalent of 45 trillion cubic feet of gas and includes shale gas, tight gas, coal bed methane and shale oil. These will complement ExxonMobil's holdings in the United States, Canada, Germany, Poland, Hungary and Argentina."[47] Exxon further emphasized that "XTO's resource base, technical expertise and highly skilled

---

[40] Calculated using Exxon 2015 Form 10-K, pp. 9 and 109 and PRAM0006789 (69,338 billions of cubic feet/1,000 x $4.16.

[41] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[42] Exxon 2010 Form 10-K/A, p. 101.

[43] PRAM0024573.

[44] PRAM0024573.

[45] Exxon 2010 Form 10-K/A, p. 107.

[46] Exxon 2009 Form 10-K, p. 47.

[47] Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 19**

**CONFIDENTIAL**

employees together with ExxonMobil's operational and financial strengths should enable development of additional supplies of unconventional natural gas and oil resources."[48]

48.　Despite these asserted benefits, Mr. Tillerson told analysts "that [w]e'll probably suffer in the near-term as we put it together. […] This is really about value creation over the next many years."[49] Relatedly, public reports reflect Exxon's communicated expectation that the XTO acquisition would not "increase Exxon's earnings per share in the near-term and may be dilutive because of the market price for natural gas."[50]

49.　At the date of this announcement, the spot rate for natural gas at Henry Hub (or "HH") was $5.41 per million British Thermal Units ("MMBtu").[51] On the June 25, 2010 acquisition close date the spot rate for natural gas had decreased even further to $4.84 per MMBtu.[52] Relevant to matters at issue, on December 31 2014, the spot rate for natural gas had fallen to $3.14 per MMBtu.[53] One year later, at December 31, 2015, the spot rate had decreased to just $2.28 per MMBtu.[54] Prior to the issuance of Exxon's 2015 Form 10-K on February 24, 2016, the spot rate had significantly decreased to just $1.85 per MMBtu (a 62% decrease from the price on June 25, 2010 not adjusted for inflation).[55]

50.　Relevant to matters at issue, several of Exxon's peers wrote down the value of their capitalized PP&E associated with their oil and gas operations recognizing the following impairments given the sustained low prices as of December 31, 2015 (in billions of dollars):[56]

---

[48] Exxon 2009 Form 10-K, p. 47.

[49] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[50] "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

[51] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[52] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[53] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[54] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[55] Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[56] EMC_RAMIREZ 000021186.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 20**

**CONFIDENTIAL**

## Upstream Impairment Comparison ($G AT)

| | 4Q15 | 2015 | 2014-15 | YE 2015 Market Cap |
|---|---|---|---|---|
| SHELL* | 0.6 | 8.3 | 10.7 | 147 |
| BP* | 1.3 | 1.9 | 5.3 | 96 |
| CHEVRON | 1.1 | 4.0 | 4.8 | 169 |
| TOTAL* | 3.4 | 5.4 | 11.1 | 105 |
| ANADARKO | 0.9 | 4.5 | 5.3 | 25 |
| EOG** | - | 4.2 | 4.9 | 39 |
| APACHE** | - | 12.3 | 17.5 | 17 |
| CHESAPEAKE** | - | 11.9 | 12.0 | 3 |
| DEVON | 4.2 | 13.9 | 15.8 | 13 |
| ENCANA** | - | 3.6 | 3.6 | 4 |
| SOUTHWESTERN** | - | 2.7 | 2.7 | 3 |
| | 11.5 | 72.7 | 93.7 | 621 |

\* Reporting under IFRS
\*\* Impairment data through 3Q15 pending earnings release

ExxonMobil
Source: Publicly available company press releases

51.     Of the companies above, the following peers asserted compliance with GAAP under the successful efforts method of accounting as of December 31, 2015 (in billions of dollars):[57]

| | 2014 | 2015 | 2014-15 | YE 2015 Market Cap |
|---|---|---|---|---|
| CHEVRON | 0.8 | 4.0 | 4.8 | 169 |
| ANADARKO | 0.8 | 4.5 | 5.3 | 25 |
| EOG | 0.7 | 4.2 | 4.9 | 39 |
| | 2.3 | 12.7 | 15.0 | 233 |

52.     Only after the spot rate of natural gas had rebounded from $2.28 per MMBtu at December 31, 2015 to $3.71 per MMBtu as of December 30, 2016, did Exxon recognize a $3.3 billion

---

[57] EMC_RAMIREZ 000021186.

**CONFIDENTIAL**

pre-tax impairment charge relating to XTO's natural gas assets.[58] This loss was reported in the Company's 2016 financial statements included in Exxon's 2016 Form 10-K. It was briefly described as "an asset impairment charge of $2,027 million mainly related to dry gas operations with undeveloped acreage in the Rocky Mountains region of the U.S."[59]

C. **EXXON'S FINANCIAL REPORTING RESPONSIBILITIES UNDER SEC ACCOUNTING-RELATED RULES, INCLUDING GAAP**

53. Exxon's securities are publicly traded under the ticker symbol "XOM" on the New York Stock Exchange.[60] As a publicly traded entity, Exxon is required to file periodic financial reports with the SEC. Examples of these reports include the Company's annually filed Form 10-K and quarterly filed Form 10-Q.

54. The predicate for these reporting requirements is that "[c]ompanies offering securities for sale to the public **must tell the truth about their business**" and "everyone should be treated fairly and **have access to certain facts about investments**."[61] The SEC requires public companies to file periodic reporting of financial statements and other information.[62]

55. Exxon filed the following relevant periodic reports with the SEC:

| Report Filed | Reporting Period | Filing Date |
|---|---|---|
| Annual Report on Form 10-K | Fiscal Year 2015 | 2/24/2016 |
| Quarterly Report on Form 10-Q | Q1 2016 | 5/4/2016 |
| Quarterly Report on Form 10-Q | Q2 2016 | 8/3/2016 |
| Quarterly Report on Form 10-Q | Q3 2016 | 11/3/2016 |
| Annual Report on Form 10-K | Fiscal Year 2016 | 2/22/2017 |

---

[58] Exxon 2016 Form 10-K, pp. 45 and 79; https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[59] Exxon 2016 Form 10-K, p. 45.

[60] Exxon 2015 Form 10-K, p. 39.

[61] *Mission*, U.S. Securities Exchange Commission, https://www.sec.gov/about/mission (accessed October 9, 2024) (emphasis added); *See also* https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024) ("Periodic reports help investors to make informed investment decisions about the purchase or sale of a reporting company's securities.").

[62] *See, e.g.,* https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/how-read (accessed October 9, 2024).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 22**

**App. 1021**

**CONFIDENTIAL**

56.    Pursuant to SEC reporting requirements,[63] each filing included the following required sections:

| Key Information | Description |
|---|---|
| Financial Statements | Standardized financial reports (balance sheets, income statements, statements of cash flows, etc.) on the company's financial condition and performance. |
| Management's Discussion and Analysis ("MD&A") | Narrative section detailing management's perspective on the company's financial condition, changes in financial condition, and results of operations. This narrative section should provide investors with information to help them understand how and why the company's financial results have changed over the time period covered by the financial statements and factors that management thinks might affect the company's future financial condition or operating results.[64] |
| Disclosure by Registrants Engaged in Oil and Gas Producing Activities (annually) | If oil and gas producing activities are material to the registrant's or its subsidiaries' business operations or financial position, these are oil and gas related disclosures required by the SEC that are "**intended to provide investors with a more meaningful and comprehensive understanding of oil and gas reserves, which should help investors evaluate the relative value of oil and gas companies.**"[65] |

[63] Form 10-K, Part II, Items 7 and 8; Form 10-Q, Part I, Items 1 and 2; Regulation S-X (§210); Regulation S-K, Item 303 (17 CFR §229.303).

[64] https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-17.

[65] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08 (emphasis added).

**CONFIDENTIAL**

1. **Exxon's Financial Statements Were Required to Comply with GAAP, Including Explicit Oil and Gas Industry-Related Accounting Guidance**

57.     Exxon, including its executive management, was responsible for issuing the Company's financial statements in accordance with GAAP.[66] Rule 4-01 of SEC's Regulation S-X specifically states that "financial statements filed with the Commission which are not prepared in accordance with generally accepted accounting principles will be presumed to be misleading or inaccurate."[67]

58.     The use of GAAP brings consistency, conformity, and over time, comparability to financial reporting.[68] It includes not only broad guidelines of general application, but also detailed practices and procedures.[69] Those conventions, rules, and procedures provide a standard by which to measure financial presentations. Authoritative GAAP is promulgated by the Financial Accounting Standards Board ("FASB") and is contained within the FASB's accounting standards codification ("ASC" or the "Codification"). Rules and interpretive releases of the SEC under the authority of federal securities laws are also sources of authoritative GAAP for SEC registrants.[70]

59.     As an oil and gas exploration and production company, relevant GAAP included industry-specific accounting standards established under ASC 932, *Extractive Activities – Oil and Gas* ("ASC 932"). Among other provisions, ASC 932 addresses accounting and reporting for industry-specific property, plant, and equipment in the oil and gas industry and proved oil and gas reserves.

60.     Exxon's management repeatedly acknowledged its responsibility for preparing the Company's financial statements in accordance with GAAP.[71] Moreover, Exxon's Chief Executive Officer, Darren W. Woods, former Chief Executive Officer, Rex W. Tillerson,

---

[66] PCAOB AU §110.03.

[67] 17 CFR § 210.4-01(a)(1).

[68] Federal Trade Commission, Informal Staff Advisory Opinion 02-4.

[69] PCAOB AU §411.02.

[70] ASC 105-10-05-01.

[71] *See, e.g.*, Exxon 2014 Form 10-K, p. 67; Exxon 2015 Form 10-K, p. 68; Exxon 2016 Form 10-K, p. 70.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**     **Page 24**

**App. 1023**

**CONFIDENTIAL**

former Senior Vice President and Principal Financial Officer, Andrew P. Swiger, and former Vice President, Controller, and Principal Accounting Officer, David S. Rosenthal, certified that the Company's financial statements and other financial information included in Exxon's respective annual and quarterly reports filed with the SEC during the relevant period "fairly present[ed] in all material respects the financial condition, results of operations and cash flows of [Exxon] as of, and for, the periods presented."[72]

61.    GAAP applies to financial reporting requirements that are "material" to Exxon's financial statement users. In this regard, the FASB Codification expressly notes: "The provisions of the Codification need not be applied to immaterial items."[73]

62.    Generally accepted approaches to the evaluation of accounting materiality focus on those financial disclosures that are most significant to the perspective of a reasonable investor. This step is consistent with the guidance offered by the SEC Staff:

> The staff does appreciate that materiality decisions necessarily involve the use of judgment. Specific to this circumstance, judgment includes developing a robust analysis that steps into the investors' shoes, identifying what is significant to investors' decisions and should not be limited to the factors provided in SAB 99 […].[74]

63.    GAAP states that a misstatement or omission in financial statements is material if the magnitude of an omission or misstatement of accounting information, in the light of

---

[72] Exxon 2014 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon 2015 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon 2016 Form 10-K, Exs. 31.1, 31.2, and 31.3; Exxon Q1 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q2 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q3 2015 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q1 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q2 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3; Exxon Q3 2016 Form 10-Q, Exs. 31.1, 31.2, and 31.3.

[73] ASC 105-10-05-06.

[74] Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark Mahar, December 8, 2008; *see also id*. ("[The Committee on Improvements to Financial Reporting]'s recommendations included emphasizing the fundamental premise that materiality is founded upon consideration of the total mix of information from the perspective of the reasonable investor and therefore those who judge the materiality of errors should do so with that premise in mind.") (footnote omitted); *see also id*. ("In summary, when assessing materiality in any set of financial statements, evaluating whether an error is material necessarily depends on identifying and considering investor concerns and the relevant circumstances, i.e., the total mix of information and should not focus on magnitude alone.").

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 25**

**App. 1024**

**CONFIDENTIAL**

surrounding circumstances, makes it probable that the judgment of a reasonable person relying on the information would have been changed or influenced by the omission or misstatement.[75] In August of 1999, the SEC Staff issued Staff Accounting Bulletin No. 99, Materiality ("SAB 99"). SAB 99, now codified at ASC 250-10-S99, acknowledges this definition, and provides additional guidance when evaluating materiality.[76]

64.    In this regard, ASC 250-10-S99 explicitly recognizes that the concept of materiality "in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws."[77] Specifically, ASC 250-10-S99 states that a misstatement or omission in financial statements is material if "there is a substantial likelihood that a reasonable person would consider it important":

> Materiality concerns the significance of an item to users of a registrant's financial statements. A matter is "material" if there is a substantial likelihood that a reasonable person would consider it important. In its Statement of Financial Accounting Concepts No. 2, the FASB stated the essence of the concept of materiality as follows:
>
>> The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item.[FN 3]
>
> [FN 3 FASB, Statement of Financial Accounting Concepts No. 2, Qualitative Characteristics of Accounting Information ("Concepts Statement No. 2"), 132 (1980). See also Concepts Statement No. 2, Glossary of Terms - Materiality.]
>
>> This formulation in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws. The Supreme Court has held that a fact is material if there is –

---

[75] FASB Concept Statement No 2, *Qualitative Characteristics of Accounting Information*; ASC 250-10-S99; FASB Concept Statement No. 8, Conceptual Framework for Financial Reporting-Chapter 3, *Qualitative Characteristics of Useful Financial Information*, QC11 ("Information is material if omitting it or misstating it could influence decisions that users make on the basis of the financial information of a specific reporting entity.").

[76] ASC 250-10-S99.

[77] SAB 99; ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**         **Page 26**

**CONFIDENTIAL**

a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the "total mix" of information made available.[FN 4]

[FN 4 **TSC Industries v. Northway, Inc., 426 U.S. 438, 449 (1976)**. **See also Basic, Inc. v. Levinson, 485 U.S. 224 (1988)**. As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him …" TSC Industries, 426 U.S. at 450.]

[…] In the context of a misstatement of a financial statement item, while the "total mix" includes the size in numerical or percentage terms of the misstatement, it also includes the factual context in which the user of financial statements would view the financial statement item.[78]

65.    ASC 250-10-S99 and auditing standards recognize the need to consider both quantitative and qualitative factors when assessing materiality.[79] Quantitatively, ASC 250-10-S99 acknowledges the practice of applying a "rule of thumb" quantitative percentage threshold (*e.g.*, 5% of an item) to provide a "preliminary" basis for evaluating materiality, but emphasizes that such consideration is only the beginning of a materiality analysis:[80]

> [Q]uantifying, in percentage terms, the magnitude of a misstatement is only the beginning of an analysis of materiality; it cannot appropriately be used as a substitute for a full analysis of all relevant considerations. Materiality concerns the significance of an item to users financial statements.[81]

66.    This is due in part, because ASC 250-10-S99 further recognizes that qualitative factors may cause misstatements of quantitatively small amounts to be material.[82] Indeed ASC 250-10-S99 provides a listing of qualitative "considerations that may well render material a quantitatively small misstatement of a financial statement item."[83] These and other relevant

---

[78] SAB 99 (emphasis added); ASC 250-10-S99.

[79] ASC 250-10-S99; AS 2810, *Evaluating Audit Results*, .17 and Appendix B.

[80] ASC 250-10-S99.

[81] ASC 250-10-S99.

[82] ASC 250-10-S99.

[83] ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 27**

**App. 1026**

**CONFIDENTIAL**

qualitative factors identified in ASC 250-10-S99 and auditing guidance include various considerations, including the following factors:[84]

a.  The potential effect of the misstatement on trends, especially trends in profitability;

b.  The effect of the misstatement on segment information, for example, the significance of the matter to a particular segment important to the future profitability of the company, the pervasiveness of the matter on the segment information, and the impact of the matter on trends in segment information, all in relation to the financial statements taken as a whole; and

c.  The motivation of management with respect to the misstatement, for example, (i) an indication of a possible pattern of bias by management when developing and accumulating accounting estimates or (ii) a misstatement precipitated by management's continued unwillingness to correct weaknesses in the financial reporting process.

2.  **Exxon Was Required to Comply with the Accounting-Related Provisions of the SEC's MD&A Financial Reporting Rules**

67.  Exxon was further required to comply with SEC financial reporting rules (*i.e.*, Item 303) applicable to required disclosures in the Company's Management's Discussion and Analysis of Financial Condition and Results of Operations ("MD&A").[85] These required disclosures are intended to provide "in one section of a filing, material historical and prospective textual disclosure enabling investors and other users to assess the financial condition and results of operations of the registrant, with particular emphasis on the registrant's prospects for the future."[86]

---

[84] ASC 250-10-S99; AS 2810, Appendix B.

[85] Regulation S-K, Item 303 (17 CFR §229.303).

[86] SEC Instructions to Item 303(a) (footnote omitted). *See also* SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 28**

**App. 1027**

**CONFIDENTIAL**

68.  The MD&A is "management's explanation of why things happened, what the trends are, and why changes occurred in the company's financial condition and results of operations."[87] The MD&A is required to include discussions of the Company's results of operations, liquidity, and capital resources as seen through the eyes of management.[88] It is the starting point for analyzing financial statements and is intended to provide the investor context for the financial statements and information about the company's earnings and cash flows.

69.  Item 303 requires that Exxon: (i) disclose information "necessary to an understanding" of "changes in [its] financial condition and results of operations," including cash flows;[89] and (ii) "[d]escribe any known trends or uncertainties that have had or that the [Company] reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations."[90] The primary objectives of these MD&A disclosure requirements are to provide investors with:[91]

a.  A "narrative explanation of a company's financial statements that **enables investors to see the company through the eyes of management**";

b.  Enhanced overall financial disclosure and to "**provide the context within which financial information** should be analyzed"; and

c.  "[I]nformation about the quality of, and potential variability of, a company's earnings and cash flow, so that investors can ascertain the likelihood that past performance is indicative of future performance."

---

[87] Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996, p. 68.

[88] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003.

[89] SEC Regulation S-K, Item 303.

[90] SEC Regulation S-K, Item 303(3)(ii).

[91] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 29, 2003 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 29**

**CONFIDENTIAL**

70. As set forth below beginning at paragraph 147, Item 303 required that Exxon's management disclose the following types of accounting and financial reporting related information to explain the Company's financial results in its MD&A:[92]

   a. Information necessary to understand changes its financial condition and results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition;" [93]

   b. Where applying judgment "a discussion of segment information or of other subdivisions of the registrant's business would be appropriate to an understanding of such business, the discussion shall focus on each relevant, reportable segment or other subdivision of the business and on the registrant as a whole;"[94] and

   c. Known trends or uncertainties that "have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations."[95]

71. MD&A guidance recognizes that "Item 303(a) of Regulation S-K requires disclosure of information not specifically mentioned in the item that the company believes is necessary to an understanding of its financial condition, changes in financial condition and results of operations," including discussion and analysis "of other statistical data that in the company's judgment enhances a reader's understanding of MD&A." [96]

---

[92] Item 303; SEC Financial Reporting Manual § 9220.1 ("The focus [of Item 303(a)(3)] should be on an analysis of the factors that caused these changes to occur. In providing this analysis, registrants may find it helpful to include a discussion of key variables and financial measures management is utilizing in managing the business.").

[93] Item 303, Instruction 3 to Item 303(a).

[94] Item 303, Instruction 3 to Item 303(a).

[95] Item 303(a)(3)(ii).

[96] MD&A KPI and Metric Guidance, pp. 1-2.

**CONFIDENTIAL**

3. **Exxon Was Also Required to Disclose Information About Its Proved Oil and Gas Reserves**

72. SEC registrants engaged in oil and gas producing activities, including Exxon, are further required to provide specific oil and gas reserve disclosures. These required disclosures are defined under SEC Regulation S-K Subpart 1200 and include the provision of tabular "proved" oil and gas reserves information.[97]

73. While the significance of proved reserves is described above beginning at paragraph 25, the SEC defines proved oil and gas reserves as:

> **those quantities of oil and gas, which […] can be estimated with reasonable certainty to be economically producible**—from a given date forward, **from known reservoirs, and under existing economic conditions, operating methods, and government regulations** […]. The project to extract the hydrocarbons must have commenced or the operator must be reasonably certain that it will commence the project within a reasonable time.[98]

74. Relatedly, the SEC notes that:[99]

a. "**Reasonable certainty**" means "**a high degree of confidence** that the quantities will be recovered" when using "deterministic methods,"[100] or "**at least a 90% probability** that the quantities actually recovered will equal or exceed the estimate" when using probabilistic methods;[101]

---

[97] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[98] Regulation S-X, Rule 4-10(a)(22) (17 CFR § 210.4-10(a)(22)) (emphasis added).

[99] Regulation S-X, Rule 4-10(a) (17 CFR § 210.4-10(a)) (emphasis added).

[100] The method of estimation of reserves or resources is called probabilistic when the full range of values that could reasonably occur for each unknown parameter (from the geoscience and engineering data) is used to generate a full range of possible outcomes and their associated probabilities of occurrence. Regulation S-X, Rule 4-10(a)(19) (17 CFR § 210.4-10(a)(19)).

[101] The method of estimating reserves or resources is called deterministic when a single value for each parameter (from the geoscience, engineering, or economic data) in the reserves calculation is used in the reserves estimation procedure. Regulation S-X, Rule 4-10(a)(5) (17 CFR § 210.4-10(a)(5)) (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 31**

**App. 1030**

**CONFIDENTIAL**

b. "Economically producible" means "a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation. The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities […]"; and

c. "Existing economic conditions include prices and costs at which economic producibility from a reservoir is to be determined" and "[t]he price shall be the average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions."[102]

75.    Consistent with this understanding, Exxon's internal SEC Proved Reserves summary included the following overview relating to the reporting of proved reserves:[103]



## SEC Proved Reserves Reporting Conditions

**SEC Proved Reserves**
"Those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be *economically producible* - from a given date forward, from known reservoirs, and *under existing economic conditions*, operating methods, and government regulations."

**Economically Producible**
"A resource which generates revenue that exceeds, or is reasonably expected to exceed, the *costs of the operation*. The value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities."

**Existing Economic Conditions**
"*Product prices*, operating costs, production methods, recovery techniques, transportation and marketing arrangements, ownership and/or entitlement terms and regulatory requirements that are extant on the effective date of the estimate. An anticipated change in conditions must have reasonable certainty of occurrence…"

**Product Prices**
"The average price during the 12-month period prior to the ending date of the period covered by the report, determined as an unweighted arithmetic average of the first-day-of-the-month price for each month within such period, unless prices are defined by contractual arrangements, excluding escalation based upon future conditions."

**Costs of the Operation**
Not defined by the SEC, but excludes depreciation, so assessed to represent Direct Cash Operating Costs

---

[102] Regulation S-X, Rule 4-10(a)(22)(v) (17 CFR § 210.4-10(a)(22)(v)).

[103] EMC_RAMIREZ 000007141 at 7142.

76.    Similar iterations of this presentation were included in other Upstream Financial Review meetings. For example, the following was included in the Company's May 7, 2015 meeting:[104]



While the above slide is generally consistent with the previous slide, Exxon recognized that when determining proved reserves, operating costs should be computed using production disclosed pursuant to the FASB (*i.e.* GAAP). In this regard, ASC 932-360-25-15 defines production costs as follows:

> Production costs are those costs incurred to operate and maintain an entity's wells and related equipment and facilities, including depreciation and applicable operating costs of support equipment and facilities (see the following paragraph) and other costs of operating and maintaining those wells and related equipment and facilities. They become part of the cost of

---

[104] EMC_RAM 001593539 at 3549; EMC_RAMIREZ 000030838 at 0843.

**CONFIDENTIAL**

oil and gas produced. Examples of production costs (sometimes called lifting costs) are:

a. Costs of labor to operate the wells and related equipment and facilities

b. Repairs and maintenance

c. Materials, supplies, and fuel consumed and services utilized in operating the wells and related equipment and facilities

d. Property taxes and insurance applicable to proved properties and wells and related equipment and facilities

e. Severance taxes

Depreciation, depletion, and amortization of capitalized acquisition, exploration, and development costs also become part of the cost of oil and gas produced along with production (lifting) costs identified in this paragraph.[105]

78.    Consistent with the understanding above, Mr. Rosenthal testified to the meaning of proved reserves noting:

> Proved reserves are a specific definition defined by the Securities and Exchange Commission in terms of disclosures, and it gives a recipe, if you will, of how to determine what your proved reserves are. And in, in the easiest definition, its what reserves do you have that you already have access to and you got all the assets in place to produce them […] you have to use the formula the SEC gives you. And it says look behind you in the mirror. At the first day of the month's price for the last twelve months and average that, that's the price you put on your – on your reserves to figure out if they're economic or not. Second, use all your current costs and so don't be adding stuff that doesn't already exist. Don't speculate on the future. So if

---

[105] ASC 932-360-25-15. Note: Exxon's internal policy describes production costs as follows: "Those costs (also referred to as lifting costs or operating costs) incurred to operate and maintain wells and related lease equipment and facilities, plus other expenses incurred in operating and maintain those wells and related equipment and facilities. This definition includes both direct costs (charges for field labor, materials, etc.) and indirect costs (charges allocated from other cost centers such as accounting, general management, etc.). Examples of production (or lifting) cost components include labor to operate the wells and related equipment and facilities; repairs and maintenance; materials, supplies and fuel consumed and services utilized in operating the wells and related lease equipment and facilities; property taxes and insurance, excise and severance taxes; and charges (including depreciation) for required support equipment and facilities. […] For cash flow analyses, including reserves valuation calculations, direct depreciation charges (depreciation, depletion and amortization of capitalized acquisition, exploration and development expenditures) should be excluded from operating (lifting costs)." See, e.g., EMC_RAM 001596207 at 6230.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 34**

**App. 1033**

CONFIDENTIAL

you have oil in the ground that you can get to and you can produce at last year's price and costs, you can call that proved reserves. It is [sic] little more technical. That's generally what it says.[106]

79.    The SEC required Exxon to disclose: (i) proved developed reserves; (ii) proved undeveloped reserves; and (iii) total proved reserves, in the aggregate, by geographic area and country. Unless prohibited, this included disclosure for each geographical area and country containing 15% or more of the Company's "proved reserves," expressed on an oil-equivalent-barrels basis.[107] Such reserves are required to be estimated using prices and costs under existing economic conditions.[108]

80.    The SEC established these required disclosures with an intention "to provide investors a more meaningful and comprehensive understanding of oil and gas reserves, which should help investors evaluate the relative value of oil and gas companies."[109]

## IV.    BASES FOR MY OPINIONS

81.    The bases for each of my opinions are described hereafter.

### A.    EXXON FAILED TO APPROPRIATELY DE-BOOK ITS DISCLOSED UPSTREAM CANADIAN KEARL PROVED BITUMEN RESERVES AS OF DECEMBER 31, 2015

82.    As described above beginning at paragraph 25, Exxon's disclosed proved bitumen reserves at Kearl were significant, approximating 3.3 billion barrels of bitumen at December 31, 2014.[110] In a May 2015 proved reserve presentation regarding Kearl financial reporting and accounting considerations, Exxon observed that Kearl was "challenged to demonstrate positive cash flow," citing the fact that bitumen prices were running approximately 55% lower than 2014 prices.[111] Exxon further acknowledged the significance of removing Kearl

---

[106] EMC_RAMIREZ 000158730 at 9224-9225.

[107] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[108] Regulation S-K, Item 1202, *Disclosure of Reserves* (17 CFR §229.1202).

[109] SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08.

[110] Agreed to or calculated using PRAM0006789.

[111] EMC_RAM 001593539 at 3550. *See also* EMC_RAM_SEC 000025130 (4/26/2015 email from Vincent Prestipino, Exxon's Americas Upstream Controller, noting in connection with a draft Accounting & Financial Consideration page regarding Kearl Reserves: "Need to consider potential external disclosure

**CONFIDENTIAL**

from its disclosed proved reserves and the potential interim and annual disclosures necessary in connection with such removal (red boxes added):[112]

## Kearl - Potential External Disclosures

- Significant removal of proved reserves due to SEC pricing may require external disclosure (IOL & XOM)
  - Bitumen proved reserves are separately disclosed in the 10-K for both IOL and XOM
  - Kearl comprises the majority of the Bitumen reserves disclosed

| Proved Reserves | Bitumen (MOEB) | | | |
| December 31, 2014 | IOL | | XOM | |
| | Kearl | Total Disclosed | Kearl | Total Disclosed |
|---|---|---|---|---|
| Proved Developed | 1,190 | 1,635 | 1,678 | 2,122 |
| Proved Undeveloped | 1,153 | 1,639 | 1,624 | 2,111 |
| Total | 2,343 | 3,274 | 3,302 | 4,233 |

- Potential 2015 Form 10-K disclosure with filing post year-end

- Potential interim disclosure for IOL and EM prior to year-end
  - ASC 932-270-50 states that: "…interim financial reports shall include information about a major ……adverse event that causes a significant change from the information presented in the most recent annual financial report concerning oil and gas reserve quantities."
  - Potential Form 8-K disclosure prior to year-end if 12-month average price relatively set at an amount that would result the removal of proved reserves when 3Q 10-Q filed

83. In October 2015, in internal communications from Joseph Horne, Exxon's Accounting Policy Manager, to other Exxon personnel, Mr. Horne highlighted "CLEAR indications from the SEC that they will have expected advance disclosure" of proved reserve de-bookings due to the poor pricing environment.[113]

84. Despite these indications, by December 31, 2015, Exxon reported approximately 3.6 billion barrels of proved Kearl reserves. At that time, Kearl's proved reserves represented nearly 15% of Exxon's entire disclosed SEC proved reserves.[114] As described above beginning in

---

of a debook of Kearl's proved reserves. More likely for IOL rather than XOM. If prices remain low through the 3Q and we are likely to 'debook' reserves for Kearl, may require disclosure in IOLs 10-Q for 3Q.").

[112] EMC_RAM 001593539 at 3558.

[113] EMC_RAMIREZ 000029676 at 2676.

[114] PRAM0000035 (3,601,070 / 24,759,356 = 14.54%).

**CONFIDENTIAL**

paragraph 72, through its SEC disclosure, Exxon affirmed that such reserves were reasonably certain of being economically producible.

85.    In an internal presentation drafted by Mr. Horne's team for Mr. Rosenthal to review with Mr. Tillerson on or around January 27, 2016, the Company recognized that Exxon was one of only a few "major industry players **without [a] major reserves debook.**"[115] Citing the risk that the SEC would challenge Exxon as to why Exxon had not de-booked its proved reserves in a 2016 SEC comment letter, Exxon further acknowledged that the absence of a de-booking could draw attention to the Company, and that this was especially true for its Canadian oil sands, including Kearl (highlights added):[116]

> • No SEC comment letter since 2013;  anticipate SEC letter in 2016
>   + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
>   + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

86.    Canadian oil sands comprised approximately 27% of Exxon's disclosed developed proved reserves, including at unconsolidated entities.[117] Kearl represented approximately 74% of the Canadian oil sands developed proved reserves.[118]

87.    As of December 31, 2016, Exxon eliminated (*i.e.*, de-booked) its Kearl proved reserves from its SEC disclosures. In doing so, Exxon acknowledged that the Company's previously disclosed Kearl bitumen reserves were no longer reasonably certain of being economically producible.

88.    Exxon management concluded that the 2016 "annualized lifting costs" of $23.80 per barrel exceeded the Company's calculated December 31, 2016 SEC realized price per barrel of

---

[115] EMC_RAM 000986618 at 6619.

[116] EMC_RAM 000986618 at 6619 (highlights added).

[117] Calculated using information at Exxon 2015 Form 10-K, p. 5 (4,882 million barrels - 0.1 million barrels from South America – (23 billion cubic feet/6 = 3.833 million barrels equivalent) – 4,878 million barrels/17,970 million barrels of developed proved reserves = 27%).

[118] Calculated using information at Exxon 2015 Form 10-K, p. 5 and information at paragraph 131 0(3,601 million barrels/4,878 million barrels = 74%).

**CONFIDENTIAL**

$17.74. Based on this $6.06 deficit (*i.e.*, $17.74 price per barrel less $23.80 cost per barrel during 2016), Kearl's proved reserves required de-booking pursuant to SEC reporting requirements as of December 31, 2016 (red boxes added):[119]



89.    Importantly, Exxon's 2016 Kearl bitumen SEC price calculation corrected for significant flaws in the Company's previous accounting methodology. Most notably, Exxon acknowledged that its 2015 Kearl bitumen SEC price calculations and related costs did not properly include Kearl bitumen prices realized in markets outside of Canada, including actual diluent and transportation costs to those markets.

90.    In this regard, Exxon improperly excluded actual sales pricing and related costs of bitumen sold to the U.S. market when deriving its SEC Kearl bitumen pricing as of December 31, 2015. Correcting for this error results in an adjusted 2015 Kearl SEC price of

---

[119] EMC_RAMIREZ 000083224 at 3230.

**CONFIDENTIAL**

approximately $24.66 per barrel, $4.04 lower than Exxon's assumed $28.70 price per barrel (a 14% reduction).[120]

91.    Additionally, and as described further in the section below, the Company's 2015 annual lifting costs totaled no less than $27.90 per barrel.[121] These lifting costs exceeded Exxon's corrected 2015 $24.66 SEC price per barrel by at least $3.24 per barrel (a 13% difference).

92.    Consistent with Exxon's 2016 conclusions, this deficit required the Company to de-book all Kearl SEC bitumen proved reserves as of December 31, 2015. Put simply, and as discussed hereafter, it was evident as of December 31, 2015, that Exxon's disclosed 3.6 billion barrels of Kearl bitumen proved reserves were not reasonably certain of being economically producible.

1.    **Exxon's SEC Prices Improperly Excluded Costs Relating to Bitumen Sold to U.S. Markets at December 31, 2015**

93.    As noted above beginning at paragraph 25, Exxon's Kearl expansion project in Alberta was considered a "major" project and critical to the Company's ability to report net reserve increases at December 31, 2014.[122] The Kearl expansion project was completed and started up in 2015, adding additional capacity of 110 thousand barrels of bitumen per day ("KBD").[123] Exxon also significantly increased Kearl bitumen sales to markets in the United States during 2015.[124]

94.    Exxon repeatedly acknowledged in its internal communications that Kearl's SEC pricing during 2015 was based off price reductions for quality, diluent, and transport costs limited to the Edmonton/Alberta market. The following final $28.70 SEC price per barrel of Kearl

---

[120] See below beginning at paragraph 93.

[121] EMC_RAMIREZ 000068914 at 8916.

[122] *See, e.g.,* 2015 Analyst Meeting Presentation, March 4, 2015, Slide 40.

[123] Exxon 2015 Form 10-K, p. 13.

[124] *See, e.g.,* EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 39**

**App. 1038**

**CONFIDENTIAL**

bitumen references only the local Alberta market (red boxes/average price and related text added):[125]

| CURRENT MODEL Local Alberta markets) | | | | | | Kearl Bit (Day1) | HM Added (2015 Average) |
|---|---|---|---|---|---|---|---|
| | WTI (Day1) | Quality | Diluent | Transport | SUM Diff | | |
| 1/1/2015 | $53.27 | -$18.88 | -$5.18 | -$1.45 | ($25.51) | $27.76 | |
| 2/1/2015 | $48.24 | -$16.06 | -$4.57 | -$1.33 | ($21.96) | $26.28 | |
| 3/1/2015 | $49.76 | -$14.67 | -$5.39 | -$1.35 | ($21.41) | $28.35 | |
| 4/1/2015 | $50.09 | -$16.28 | -$6.08 | -$1.34 | ($23.70) | $26.39 | |
| 5/1/2015 | $59.15 | -$13.39 | -$5.58 | -$1.38 | ($20.35) | $38.80 | |
| 6/1/2015 | $60.20 | -$9.60 | -$2.88 | -$1.33 | ($13.81) | $46.39 | |
| 7/1/2015 | $56.96 | -$9.21 | -$2.02 | -$1.35 | ($12.58) | $44.38 | |
| 8/1/2015 | $47.12 | -$16.03 | -$4.54 | -$1.28 | ($21.85) | $25.27 | |
| 9/1/2015 | $45.41 | -$20.98 | -$5.94 | -$1.27 | ($28.19) | $17.22 | |
| 10/1/2015 | $44.74 | -$15.55 | -$4.80 | -$1.27 | ($21.62) | $23.12 | |
| 11/1/2015 | $46.59 | -$17.18 | -$5.50 | -$1.28 | ($23.96) | $22.63 | |
| 12/1/2015 | $41.85 | -$16.65 | -$6.14 | -$1.26 | ($24.05) | $17.80 | $28.70 |

95.    Indeed, unlike 2016, internal 2015 presentations to Exxon's management contemporaneously acknowledged the Company's SEC Kearl bitumen pricing excluded pricing information from the U.S. market. For example, Vincent Prestipino, Exxon's Americas Upstream Controller, acknowledged the following October 26, 2015 communications to Mr. Tillerson and other executives about sales into the United States being excluded from the calculation of SEC proved Kearl bitumen reserves (red boxes added):[126]

---

[125] EMC_RAMIREZ 000048534. *See also* EMC_RAMIREZ 000005478; EMC_RAM 001629434 at 9474.

[126] EMC_RAMIREZ 000056334 at 6334 and 6345.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 40**

**CONFIDENTIAL**



96.    When acknowledging the need to include U.S. sales in Exxon's 2016 SEC Kearl bitumen reserve price calculation, Mr. Prestipino observed that it was "already communicated to RWT [Exxon's CEO Rex W. Tillerson] and the Contact Executives that the change in pricing basis, to include the U.S. market, was coming."[127] In particular, Mr. Prestipino referenced the following additional slide which showed certain 2015 net pricing and related cost components pertaining to only Canadian markets and not U.S. markets (red boxes added):[128]

---

[127] EMC_RAMIREZ 000056334 at 6334 and 6345.

[128] EMC_RAMIREZ 000056334 at 6344.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 41**

**App. 1040**

**CONFIDENTIAL**



97.    Despite its failure to include actual U.S. market pricing in its December 31, 2015 calculation of proved reserves, Exxon internally acknowledged that at least 15% of all Kearl bitumen sales were made through the U.S. market during 2015.[129] A January 13, 2016 email communication to Exxon's Global Reserves Manager, William Strawbridge, acknowledged that Kearl bitumen sales to the United States had grown to 28% of such sales.[130] Included in these latter communications were acknowledgements that Exxon had contemplated the transportation of Kearl bitumen to U.S. markets since 2014:

> By 2014 we had Keystone pipeline commitment (50Kbd) that had us moving Kearl volumes into the US. If Kearl could not supply the volumes it was supplemented with Cold Lake or another non-equity heavy such as WCS. By Mid 2014 CIOL change to have this title pass through to EMOC to be the shipper on Keystone so CIOL Sold to EMOC (thru title chain) and

---

[129] EMC_RAMIREZ 000049840-9844 at 9843.

[130] EMC_RAMIREZ 000037943 at 7944-7945.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 42**

**CONFIDENTIAL**

EMOC in August 2014 started selling Kearl to either their own refineries or to 3rd parties.[131]

98.     Other evidence suggests that: (i) approximately 34% of all Kearl Bitumen produced was sold into U.S. markets during 2015;[132] and (ii) after the middle of 2015, greater than 50% of Kearl volumes were being sent to the United States.[133] Moreover, it was noted that considering U.S. sales when pricing Kearl bitumen reserves would result in greater "transparency and consistency."[134]

### 2. Exxon's 2015 Net Pricing Model Overstated Kearl's SEC Pricing

99.     Exxon's 2015 failure to properly consider actual costs associated with U.S. market sales resulted in a significant overstatement of the Company's internally asserted 2015 SEC bitumen price by approximately $4.04 per barrel.[135] This overstatement related entirely to Exxon's failure to consider added diluent and transportation costs incurred and corresponding "spread" or "quality" adjustments in connection with its 2015 U.S. market sales. While these costs appear to have been partially offset by quality spread benefits, the net impact was significant.

100.     Indeed, when contemplating differences between its 2015 Kearl bitumen SEC pricing model and actual 2015 Kearl bitumen pricing, Exxon representatives acknowledged that

---

[131] EMC_RAMIREZ 000037943 at 7945.

[132] EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818 (210 KBD for US/605 KBD during 2015).

[133] *See, e.g.,* EMC_RAMIREZ 000064876 at 4876; Prestipino Tr., 143:5-21 ("Q. Okay. But you received this e-mail from Brian Matula on October 27, 2016, where he states, 'Post KEP startup' -- A. Uh-huh. Q. – '(mid 2015) there was a change in underlying market recipients for Kearl bitumen greater than 50 percent delivered to the U.S.)' Do you see that? A. I do. Q. So he's indicating to you that starting in mid 2015, approximately 50 percent, or greater than 50 percent of Kearl's bitumen was being delivered to the United States, correct? A. Greater than 50 percent delivered to the U.S. So yes, Kearl bitumen, it appears greater than 50 percent is being delivered to the U.S. post startup"); EMC_RAMIREZ 000022927 at 2932; Prestipino Tr., 169:20-170:4 ("Q. And that's consistent with what we've seen in other documents, that in the second half of 2015 over 50 percent of the Kearl volume was being sent to the U.S., correct? A. I just want to be sure that -- so the statement is that greater that 50 percent of Kearl volumes was being sent to the U.S. post middle of 2015? I believe that is consistent with what we've seen in other presentations").

[134] EMC_RAMIREZ 000037943 at 7944.

[135] See calculation at paragraph 104.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 43**

**CONFIDENTIAL**

SEC pricing considered only Canadian market activity and related costs.[136] Conversely, actual prices, and related costs, included incremental costs arising from bitumen sales into U.S. markets.[137] Stated simply, and as described further below, Exxon failed to consider the actual pricing and related costs of Kearl bitumen during 2015 when determining its SEC proved reserves.

101.    Exxon representatives acknowledged the flaws in Exxon's 2015 SEC price calculations. For example:

a.    On or around June 2016, Exxon personnel began preparing two Kearl SEC pricing calculations. The first calculation mirrored that used during 2015 and included only the Alberta/Edmonton pricing and cost metrics. The second calculation included actual net pricing for both the Company's Canada and U.S. bitumen market. During the six monthly pricing periods ended June 1, 2016, Exxon's second calculation resulted in lower Kearl SEC pricing of approximately $3.29 per barrel or 25% when compared to the 2015 calculation method.[138]

b.    On July 15, 2016, Exxon's newly appointed Global Reserves Manager, Rich DuCharme, who replaced Mr. Strawbridge, referenced the "new" SEC reserve calculation prepared by the Company's subsidiary, Imperial Oil, Ltd. ("IOL"). Mr. DuCharme acknowledged that Kearl year-to-date pricing was showing a price that was "$3/bbl lower" when compared to the Company's 2015 model.[139] Mr. DuCharme further observed the difference pertained to changes in bitumen transportation, diluent and quality differential factors relating to sales to the U.S. market.[140] Mr. DuCharme

---

[136] *See, e.g.,* paragraph 101.a-c.

[137] *See, e.g.,* paragraph 101.a-c.

[138] Calculated using EMC_RAMIREZ 000048534.

[139] EMC_RAMIREZ 000049831 at 9832.

[140] EMC_RAMIREZ 000049831 at 9832.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 44**

**CONFIDENTIAL**

acknowledged that by applying the "old" 2015 price calculation methodology there was the potential "**over stating bitumen price** by ~$3/bbl."[141]

c. On July 27, 2016, Sheila Webber, Upstream Business Analysis and Reporting (BAR) Manager for Imperial Oil Ltd. (Exxon's majority owned subsidiary), emailed Mr. Prestipino 2015 Kearl SEC bitumen pricing assuming the Company had used "actual diluent costs," which included U.S. market sales.[142] Her calculation suggested that the assumed $28.70 per barrel price had been overstated by $0.98 and would have been $27.72 per barrel.[143] Notably, this figure continued to exclude increased transportation costs associated with U.S. market sales. Consistent with this understanding, Mr. Prestipino testified that for financial statement purposes, Exxon should use the "actual costs" associated with Kearl bitumen sales.[144]

102. Utilizing the corrective calculation methodology applied during 2016, as described above in paragraph 89, I have determined the actual SEC Kearl bitumen price to be approximately $24.66 per barrel at December 31, 2015, <u>not</u> $28.70 per barrel (or $27.72 per barrel) as seen below:[145]

| $ per barrel | Legend | Price |
|---|---|---|
| 2015 average day one WTI price | A | $50.28 |
| 2015 average monthly reductions: | | |
| - Spread (quality) | B | (14.42) |
| - Diluent | C | (5.36) |
| - Tariff (transportation) | D | (5.87) |

---

[141] EMC_RAMIREZ 000049831 at 9831.

[142] EMC_RAMIREZ 000050532 at 0532-0533.

[143] EMC_RAMIREZ 000050532 at 0533. *See also* paragraph 94.

[144] Prestipino Tr., 150:4-9 ("Q. So you would agree with me you should use the actual costs, not an inaccurate estimate? A. When preparing the financial statements, yes, we use actual numbers which are based on historical actually incurred expenditure."). See also Prestipino Tr., 152:7-15 ("Q. And Sheila writes: 'Vince, when I run the 2015 SEC price calculation with the actual diluent costs per barrel, we get to a year-end price of $27.27.' That's what she wrote to you, correct? A. 'When I run the 2015 SEC price calculation for Kearl with the diluent – with the actual diluent cost per barrel, we get a year-end price of 27.72,' yes.").

[145] Calculated using actual pricing and cost information at EMC_RAMIREZ 000048534, EMC_RAMIREZ 000033450, and EMC_RAM_SEC 000083975. This calculation operationalizes the Company's 2016 SEC price methodology as shown at EMC_RAMIREZ 000048534.

**CONFIDENTIAL**

| $ per barrel | Legend | Price |
|---|---|---|
| Total average monthly reductions per barrel YTD | $E = \Sigma\ (B\text{-}D)$ | (25.65) |
| Annualized average reductions | $F = E \times 12$ mos. | (307.80) |
| Add back: December MTD 2015 reductions | G | 25.81 |
| Less: December MTD 2014 reductions | H | (25.46) |
| Adjusted annualized average reductions | $I = \Sigma\ (F\text{-}H)$ | (307.45) |
| Adjusted average monthly reductions | $J = I \div 12$ mos. | (25.62) |
| Adjusted SEC Price | $K = A - J$ | $24.66 |

103. This amount was derived using Exxon's own methodology, as corrected to include actual price and net costs (*e.g.*, 2015 diluent, transportation and quality spread) pertaining to both the Canadian and U.S. markets where Kearl bitumen was sold.

104. The specific components of Kearl's true SEC pricing, as compared to Exxon's flawed 2015 price components are noted in the table below:[146]

| $ Per Barrel | Average WTI | Avg. Spread (Quality) | Avg. Diluent | Avg. Tariff (Transportation) | Total[147] |
|---|---|---|---|---|---|
| As Asserted | $50.28 | ($15.37) | ($4.89) | ($1.32) | **$28.70** |
| Corrected for U.S. Market | $50.28 | ($14.27) | ($5.25) | ($6.11) | **$24.66** |
| **Difference** | **$0.00** | **$1.11** | **($0.36)** | **($4.78)** | **($4.04)** |

105. This represents a decrease of $4.04 per barrel, or 14% reduction, from Exxon's asserted SEC pricing of $28.70 per barrel. As discussed hereafter, annualized 2015 lifting costs associated with Kearl bitumen significantly exceeded this actual pricing of Kearl's bitumen at December 31, 2015.

---

[146] Calculated using actual pricing and cost information at EMC_RAMIREZ 000048534, EMC_RAMIREZ 000033450, and EMC_RAM_SEC 000083975. *See also* EMC_RAMIREZ 000022927 at 2935 (During 2016, the Company calculated 2015 actual average Kearl realizations per barrel. While these calculations did not assume 1st of the month SEC pricing, they approximate my calculation and reflect an actual 2015 average bitumen realization of $24.27 per barrel.).

[147] The $0.01 difference in total for "Corrected for U.S. Market" ($24.65 vs. $24.66) is due to rounding.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 46**

**App. 1045**

3. **SEC Lifting Costs Exceeded the Kearl SEC Price Requiring Exxon to De-Book Approximately 3.6 Billion Barrels of Proved Reserves as of December 31, 2015**

106.    As noted above in paragraph 75, SEC prices are to be evaluated against the year's operating or "lifting" costs. The actual Kearl 2015 lifting costs were at least $27.90 per barrel. In a November 2016 email to Mr. DuCharme and others, Mei Cheng, EMPC Company Plan Coordinator, acknowledged that Kearl's 2015 lifting cost was $27.90 per barrel (red box and highlight added):[148]



107.    While the 2015 $27.90 cost per barrel was clearly evident during 2016, contemporaneous lifting cost calculations developed by Exxon approximated $28.50 per barrel.[149] In this

---

[148] EMC_RAMIREZ 000068914 at 8915-8916.

[149] EMC_RAMIREZ 000033201 at 3203.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 47**

**CONFIDENTIAL**

regard, and in reference to the acknowledged need to include Kearl's costs above field or "CAF,"[150] Mr. Strawbridge commented on how Exxon was "cutting it close!" given the [albeit, incorrect and overstated] SEC price of $28.70 per barrel and lifting costs of $28.50 per barrel:

> On CAF, I'm thinking we should include the direct CAF (~·$1.6/bbl) to the unit lifting cost curve, which wwould [sic] take **the final 2015 [Annual Average] to $28.5 vs a final price of $28.6 [sic]. Now that is cutting it close**![151]

108. Exxon's corrected Kearl bitumen price of $24.66 per barrel was less than either of the respective SEC cost figures above (*i.e.*, $27.90 per barrel or $28.50 per barrel). Accordingly, Exxon was required to de-book its asserted 3.6 billion barrels of proved reserves as of December 31, 2015. In violation of SEC rules, Exxon failed to do so.

109. At nearly 15% of the Company's total disclosed proved reserves, Exxon's asserted Kearl SEC proved reserves were materially significant. Most notably, these reserves quantitatively exceed the aforementioned and acknowledged accounting materiality thresholds (5% of an item, etc.). The quantitative significance of these reserves is further exemplified when extrapolating the more than $88 billion of implied value associated with Exxon's asserted proved reserves using both the 3.6 billion barrels of Kearl bitumen and the $24.66 SEC price per barrel. Moreover, quantitative factors including those described above beginning at paragraph 25 and below beginning at paragraph 161 further demonstrate the material significance of Exxon's disclosed proved reserves as of December 31, 2015.

---

[150] Costs above field or "CAF" were acknowledged by Exxon personnel, including Rich Ducharme, as included within lifting costs. *See, e.g.,* EMC_RAMIREZ 000051611; Prestipino Tr., 85:12-86:9.

[151] EMC_RAMIREZ 000033201 at 3203 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 48**

**CONFIDENTIAL**

**B.** **EXXON'S 2015 MD&A FAILED TO APPROPRIATELY DISCLOSE KNOWN TRENDS AND UNCERTAINTIES REGARDING THE RECURRING LACK OF PROFITABILITY OF ITS UPSTREAM CANADIAN KEARL BITUMEN OPERATIONS AND ITS POTENTIAL IMPACT TO THE COMPANY'S PROVED RESERVES**

110. As summarized above beginning at paragraph 67, and as discussed in greater detail below, Item 303 required that Exxon's management disclose the following types of accounting and financial reporting related information to explain the Company's financial results in its MD&A:[152]

    a. **Information necessary to understand results of operations**, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition";[153] and

    b. **Known trends or uncertainties that "have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations**."[154]

111. Even assuming (incorrectly) that Kearl's SEC proved reserves were appropriately stated at December 31, 2015, including the improper assumption that Exxon's applied SEC price

**10-K Disclosure Review**

Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  - Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  - SEC believes "…sentiment has changed…" regarding duration of industry downturn
  - MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  - If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  - If higher future price outlook prevented impairments, then must disclose assumptions

---

[152] SEC Financial Reporting Manual § 9220.1 ("The focus [of Item 303(a)(3)] should be on an analysis of the factors that caused these changes to occur. In providing this analysis, registrants may find it helpful to include a discussion of key variables and financial measures management is utilizing in managing the business.").

[153] Item 303, Instruction 3 to Item 303(a) (emphasis added).

[154] Item 303(a)(3)(ii) (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 49**

**CONFIDENTIAL**

was appropriate, Exxon failed to make requisite disclosures in the Company's 2015 MD&A. In this regard, the following internal communications on or around January 27, 2016 that Mr. Horne's team drafted for Mr. Rosenthal to review with Mr. Tillerson, recognized the need for a "careful re-consideration of 10-K disclosures" given the implications of the poor price environment on the Exxon's MD&A disclosure (highlighting and red box added):[155]

> • SEC will be looking for enhancements to disclosures related to price environment

* * *

> • Business and financial reporting environments require careful re-consideration of 10-K disclosures
>   + Target enhancements in specific areas where SEC and user interest is high
>   + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
>   + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
>   + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

* * *

---

[155] EMC_RAM 000986618 at 6618-6624. *See also* Horne Tr., 99:19-103:20 ("Q. And it states, or you state, your team states, MD&A must place prior year results in context of business environment and discuss trends, uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date. If negative financial or reserve event disclosed in future, SEC looks to prior filings for foreshadowing disclosure of matters or trends that could have been reasonably anticipated. That's the next item you wrote, correct? A. Yes. Q. And you're communicating that it appears the SEC wants a quantitative discussion, if possible, of certain business items such as change in reserves, lack of change in reserves, impairment, lack of impairment if -- well, strike that. Is it fair to say that the SEC, if there was not going to be an impairment at Exxon or not going to be a reserve breakdown at Exxon, that the SEC was looking to have a quantitative MD&A disclosure to explain why not? A. I think you're rewording what that says. Q. But this is what you noted, MD&A must place prior years' results in context of business environment and discuss trends and uncertainties and reasonably possible outcomes quantitatively, if possible, as of filing date. That's what you wrote, correct? […] A. That's what I wrote. Q. And this document was created by you and your team in the ordinary scope of your employment for Mr. Rosenthal to use in his review with Mr. Tillerson, correct? A. Yes. […] Q. Is one of the themes being communicated here in this document about potential disclosures in the 10-K the fact that Exxon is in a low price environment? A. Yes.")

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 50**

**CONFIDENTIAL**

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 2 | Low Price Environment | Risk Factors – Supply and Demand<br>At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves. However, lower prices could also reduce the costs necessary to develop and produce oil and natural gas reserves"**. | More directly articulates the risk EM faces in the current price environment |
| 5 | Low Price Environment | Properties – Disclosure of Reserves – Summary of Oil and Gas Reserves<br>Insert the following in the middle of the introductory paragraph, after "…12-month period.": **"When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Otherwise,"** no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves <u>as of that date</u>". | Signal that early 2016 prices, if sustained, would impact reserves and could be viewed as an "adverse event". |
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves / MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves<br>Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur. In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time. SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |

\* \* \*

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 6 / 43 | Volumes | Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream<br>Validate statement "…production capacity to grow over the coming years…" | Normal update of disclosures - align with latest outlook and upcoming March Analyst Meeting |

112. Exxon failed to properly disclose certain known trends and uncertainties related to its Kearl Upstream operations, including Kearl's recurring lack of profitability. More specifically, Exxon failed to include the following disclosures in the Company's 2015 Form 10-K MD&A:

a. Despite disclosed profitability measures pertaining to the Company's bitumen operations, Kearl's recurring losses did, and were "reasonably likely" to have a material negative effect on the Company's Upstream earnings and related profitability. Indeed, shipments of Kearl bitumen to the United States increased during 2015 resulting in lower realized prices and corresponding losses;

**CONFIDENTIAL**

b. Kearl's continuing operating losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed. This information was necessary to provide a more complete and accurate understanding that Exxon's results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition;" and

c. The circumstances discussed in Section IV.A. above, including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses.

113. These trends and uncertainties required disclosure under Item 303 and were repeatedly made evident to Exxon's management during the periods preceding the issuance of the Company's 2015 Form 10-K.

### 1. Kearl's Production Volumes and Operational Efficiencies Were Regularly Touted by Exxon Management and the Subject of Analyst Inquiries During 2015

114. In addition to those public statements referenced above beginning at paragraph 26, Exxon's management regularly touted increased production volumes and operational efficiencies associated with its Kearl expansion project. For example:

a. In the Company's first quarter earnings call on April 30, 2015, Mr. Woodbury noted that the Kearl expansion project continued to progress ahead of schedule and would ultimately produce more than 200,000 barrels of bitumen per day:

> We expect to reach peak field production of more than 200,000 barrels per day by year-end. The Kearl expansion project in Canada continues to progress ahead of schedule. All major construction activities are now complete, and our focus has shifted to commissioning and pre-startup activities.[156]

b. After repeated related inquiries from analysts regarding Kearl during Exxon's Q1 2015 earnings call, Mr. Woodbury reiterated Kearl's ongoing production and

---

[156] Q1 2015 Earnings Transcript, p. 5.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 52**

**CONFIDENTIAL**

emphasized Kearl's value as "an advantaged long-lived asset" due in part to its captured integration value:

> As we've said in the past, **Kearl is an advantaged, long-life asset, one that has significant future potential, as you look at how we further optimize the base. As you highlight, we have continued to improve on our reliability towards our operating targets. And we are fairly consistently producing at the 110,000 barrels a day gross**. […] I'd also highlight a couple of other things. First, that we are making additional investments to maximize logistics flexibility. And as I mentioned in my prepared comments, the Edmonton Rail Terminal is going to provide additional flexibility. **And that takes me to my second point, that it really is fully integrated with our manufacturing business, and we're capturing integration value throughout the, if you will, the full value chain from Upstream, Downstream and our Chemicals business**.[157]

c. Following Exxon's Q2 2015 Earnings Release that explicitly highlighted Kearl's expansion,[158] Mr. Woodbury reiterated that the Kearl expansion project was ahead of schedule and noted that prior Kearl development experience contributed to reduced capital costs and operational efficiencies:

> Turning now to a status update on our new development projects. In Canada, the Kearl expansion project started up ahead of scheduled in June and is currently producing more than 100,000 barrels of bitumen per day. **Base development of the Kearl resource enabled us to draw significant learnings from the initial development project and capture lower capital costs and operating efficiencies. Total Kearl production averaged 130,000 barrels per day in the second quarter and is ultimately expected to reach 220,000 barrels per day**.[159]

d. Consistent with these assertions, during a September 2015 interview for Petroleum Intelligence Weekly, Mr. Tillerson described Kearl as a "big" project that was designed to drive variable costs down and make money in a low price, high cost market:

> **As you know we just started up a major project, Kearl, the second phase. For the oil sands, the only way you can compete across these**

---

[157] Q1 2015 Earnings Transcript, p. 9 (emphasis added).

[158] July 31, 2015 Form 8-K, Second Quarter Highlights.

[159] Q2 2015 Earnings Transcript, p. 5 (emphasis added).

**CONFIDENTIAL**

**volatile price ranges is - it'd better be big**. […] **Kearl is big**. Because doing a 30,000-40,000 b/d oil sands project is going to get you nowhere. You are literally at the whims of the market. You can't get enough efficiencies on a unit basis. **So Kearl, and it's a great example; we built it when it was a fairly high cost environment, we drove the costs down as low as we could get them, but we are going to live with these legacy costs. So now the whole organization as we are bringing the next expansion phase up, doubling the capacity up, they are all over the variable costs. And they are just driving it down, and this is what they always do. They know they have to get Kearl to operate where it makes money at a price environment that looks like today. Now when your netbacks are even below that because of what's going on today because it's highly variable what's going on with infrastructure. Pipelines have problems, refineries have problems. We don't get too over-exercised. We have a view that over the long-term we are probably going to operate in a price environment that is across a range like this. You guys need to make sure you can make money at the bottom of that range. Then at the top of that range, you can make a lot of money. We tell our folks, build this thing for the bottom of the cycle. We won't be the prettiest girl on the stock exchange, but we will be alright. We'll be able to continue to pay our dividend, shareholders will be happy, and when we come out of the cycle, we'll be all stars. Just don't get yourselves into a position where you are in trouble at the bottom of a cycle. That's the way we build all our investment decisions around here.**[160]

e.  Mr. Tillerson further described Exxon's investment plan, including the Kearl expansion project, as contemplative of the expectation that oil prices would stay low for a longer period:

> Exxon Mobil Chairman and Chief Executive Rex Tillerson tells PIW in an interview. **Along with the stubborn supply overhang, this is one of the main reasons Exxon expects oil prices to stay lower for longer, and is planning its investments accordingly** […].[161]

f.  During Exxon's Q3 2015 earnings call, Mr. Herrlin of Societe General Cross Asset directly questioned how Kearl was going. Mr. Woodbury described Kearl's expanded, integrated operations and noted that production had even exceeded the project's 220,000 barrel per day design capacity:

---

[160] EMC_RAM 000579687 at 9699 (emphasis added).

[161] EMC_RAM 000579687 at 9690 (emphasis added).

**CONFIDENTIAL**

> Well, thanks for asking, John. I mean, **Kearl is moving along very nicely. As you heard, we got the Kearl expansion started up ahead of schedule. All the learnings have been fully integrated into the expansion project**. It's ramping up quicker than initial development. **And through the quarter, we produced in excess of 180,000 barrels a day gross. And I'll tell you that we have produced over the 220 designed**.[162]

115.    In its Q4 2015 earnings release, Exxon noted the completion of six major Upstream projects that "added 300,000 oil-equivalent barrels per day of working interest production capacity," including Kearl which alone added capacity of 110,000 oil-equivalent barrels per day.[163] Referring to these projects and the "net overall favorable mix effect on income," Cowen and Company LLC Research analyst Sam Margolin inquired whether the Company could provide additional information regarding Exxon's Western Canadian operations which included Kearl. In response, Mr. Woodbury described "compressed" "profitability" in the current low price environment and emphasized the efforts made in Canada to reduce the overall cost structure and Exxon's objective of "maintaining cash profit":

> **Yes, sure. I mean, no doubt, profitability is compressed in this price environment**. As I have said before, we remain very focused on the fundamentals. **And I'd tell you that the team there in Canada have done just an exceptional job in driving the cost structure down, in enhancing reliability**. We are not, by any means, where we want to be. In fact, I would tell you that we're never satisfied with the status quo. **We will continue to work that, recognizing that we feel very good about the resource potential, not only in Kearl, but in Western Canada and our portfolio. We think that over the long term, the asset is going to be a high value. The focus is around maintaining cash profit and maximizing long-term value in the asset**.[164]

116.    The attention given to Kearl by both Exxon's management and analysts is not surprising given that capitalized costs associated with Kearl totaled over $18 billion as of June 30,

---

[162] Q3 2015 Earnings Transcript, p. 21 (emphasis added).

[163] Q4 2015 Earnings Transcript, p. 3; Exxon 2015 Form 10-K, p. 13.

[164] Q4 2015 Earnings Transcript, pp. 3 and 9 (emphasis added).

**CONFIDENTIAL**

2015.[165] Kearl's long-lived assets represented approximately 7% of the Company's total reported property plant and equipment ("PPE").[166]

117.  As crude oil prices continued to decline in 2015 and early 2016, analysts expressed further interest in Exxon's profitability and specifically, Kearl's economics. Mr. Woodbury again described "profitability" in the "price environment" as being "compressed" (as opposed to non-existent) and described the Company's ability to "create margin."[167] Mr. Woodbury further described Kearl as a great example of the Company's ability to reduce operating costs and capital investments while increasing long-term value:

> [Douglas George Blyth Leggate, BofA Merrill Lynch, Research Division] I also have a couple of questions, if I may. My first one is really about somewhat specific on the oil sands business. It's been a fairly large part of your -- the project growth and the shift towards liquid and so on. But **obviously, in this environment, I have to imagine it's a substantial drag on your cash margins. I'm just wondering if you could, to the extent you can, just give us some idea what the economics of Kearl in your oil sands business, generally Cold Lake and so on, looks like in this environment. And what I'm really thinking about is the kind of free cash pork that could generate in a recovery scenario.** And I've got a follow-up, please.

> [Jeffrey J. Woodbury, Former VP of Investor Relations & Secretary] Yes. **Well, I mean, generally speaking, the oil sands, certainly, no doubt, profitability is compressed in this price environment. But the organization, once again, keeps very focused on the fundamentals, particularly our costs and reliability, and they're making really good progress. They're finding structural enhancements that create margin at the bottom line. If you think about the resource base that we've got in oil sands, we've been working the oil sands now for over 3 decades, including technology development. And on the mining side, I think Kearl is a great example where we applied proprietary technology that was able to reduce our capital investment, our operating costs and improved our environmental footprint that will increase long-term value.**[168]

---

[165] EMC_RAM 001627208 at 7224.

[166] Calculated using EMC_RAM 001627208 and Exxon Q2 2015 Form 10-Q, p. 5 (18,300,000 Kearl PPE / 253,653,000 PPE, Net as of June 30, 2015 = 7.2%).

[167] Q1 2016 Earnings Transcript, p. 9.

[168] Q1 2016 Earnings Transcript, p. 9 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 56**

**App. 1055**

**CONFIDENTIAL**

118. Consistent with Mr. Woodbury's and Mr. Tillerson's assertions of profitability, Exxon disclosed the following production price and cost metrics relating to its Upstream bitumen operations during 2015 in the Company's 2015 Form 10-K reflecting an implied, albeit decreasing, profit margin during both periods:[169]

| Average Production: | 12/31/15 | 12/31/14 |
|---|---|---|
| Price | $25.07 | $62.68 |
| Cost | $19.20 | $32.66 |
| **(Implied) Profit** | **$5.87** | **$30.02** |
| (Implied) Profit % | 23.4% | 47.9% |

2. **In Contrast to Asserted Profits and Undisclosed to the Public, Kearl's Recurring Operating Losses Were Repeatedly Evident to Exxon's Management Prior to the Issuance of Exxon's 2015 Form 10-K**

119. Despite these asserted or implied profits disclosed above in paragraph 118, it was repeatedly evident to Exxon's management that Kearl was suffering significant losses during 2015, and continued to do so through the issuance of the Company's financial statements on Form 10-K on February 24, 2016. Moreover, given both actual oil price declines through February 2016 and management's corresponding anticipated lower estimated Kearl bitumen prices during 2016, it was further evident that such losses were reasonably likely to continue and/or worsen.

120. In contrast to the requirements of Item 303 and asserted profitability measures evident in the Exxon's Annual Report on Form 10-K, the Company failed to disclose the following information that was necessary to an understanding of Exxon's Upstream business segment as evident through "management's eyes" in the Company's 2015 Form 10-K:

a. Kearl's significant recurring and cumulative losses,

b. Kearl's operating losses contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed, and

---

[169] Exxon 2015 Form 10-K, p. 9.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 57**

**CONFIDENTIAL**

c.  The circumstances discussed above in Section IV.A., including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses.

121.  In contrast to disclosed profitability measures, each month Exxon prepared profitability/(loss) reports specific to the Company's Upstream operations. The following recurring operating losses associated with Kearl were made evident to management in monthly presentations:[170]

| $ in millions (except per barrel) | Revenue | Operating Earnings/Loss | Realization Per Barrel | Earnings/Loss Per Barrel |
|---|---|---|---|---|
| Jan-15 | $44 | ($51) | $13.50 | ($30.22) |
| Feb-15 | $62 | ($45) | $23.15 | ($18.05) |
| Mar-15 | $60 | ($51) | $21.54 | ($23.10) |
| Apr-15 | $77 | ($32) | $30.38 | ($13.21) |
| May-15 | $138 | $7 | $34.25 | $2.83 |
| Jun-15 | $192 | $13 | $42.01 | $4.98 |
| Jul-15 | $189 | $25 | $35.32 | $4.89 |
| Aug-15 | $137 | ($12) | $21.29 | ($2.96) |
| Sep-15 | $58 | ($65) | $19.00 | ($21.59) |
| Oct-15 | $141 | ($11) | $23.88 | ($2.50) |
| Nov-15 | $85 | ($53) | $16.33 | ($13.14) |
| Dec-15 | $105 | ($31) | $11.52 | ($6.64) |
| Jan-16 | $25 | ($81) | $4.43 | ($17.72) |
| Feb-16 | $8 | ($90) | $4.91 | ($25.85) |

122.  During the year ended December 31, 2015, Kearl realized operating unit losses of $7.34 per barrel, total operating losses of $304 million, and total segment losses of $580

---

[170] Agreed to information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962. *See also* EMC_RAMIREZ 000008612 at 8633; EMC_RAMIREZ 000003986-3987.

million.[171] As evident above, these losses continued during 2016.[172] Kearl's losses were due in significant part to the poor pricing environment as evident in the following chart:[173]



---

[171] EMC_RAM_SEC 000009968. Note: The $580 million segment loss includes losses pertaining to an IOL minority interest. Excluding those interests reflects total segment loss of $440 million. *See also* Prestipino Tr., 112:10-15 ("Q. And that results in an average operating loss for the entire year all the barrels of $7.34, correct? […] A. So according to the page our operating unit earnings for Kearl 2015 year-to-date when not -- was $7 -- negative $7.34.")

[172] Prestipino Tr., 190:21-191:17 ("Q. And this is indicating that the trend of losses at Kearl has continued and possibly even been exacerbated because now Kearl is losing -- in January 2016 is losing $17.72 per barrel? […] A. And I'm just assuming by "trend" you mean consistent with what we saw previously, which I think was in 2015. Q. Correct. A. Yeah. Q. Okay. So Kearl is losing even more money per barrel in January than it did in December, now losing $17.72 per barrel? A. And I do see it's – it's – it's negative and I don't recall if it's greater than what it was previously or not, but it is a negative. Q. So for every barrel produced at Kearl, the company is losing $17.72 cash profit, correct? […] A. The -- the operating unit earnings was negative $17.72.")

[173] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**CONFIDENTIAL**

123.   Also notable above, Kearl reported operating losses during all but three months during 2015 and in certain periods in which the monthly average WTI price per barrel exceeded $50 per barrel. The average WTI price per barrel during December 2015 and January 2016 was just $37 per barrel and $32 per barrel, respectively.

124.   As oil prices dropped significantly during the latter half of 2015 and early 2016, Kearl-related revenue plummeted and was insufficient to cover Kearl's operating costs. Despite three months of reported profit when crude oil exceeded $50 per barrel, Kearl's cumulative recurring losses since January 1, 2015 were significant and resulted in net operating losses during each consecutive quarter in the 2015 fiscal year (*i.e.*, Q1 2015: negative $147 million, Q2 2015: negative $10 million, Q3 2015: negative $53 million, Q4 2015: negative $94 million), which losses continued into 2016.[174]

125.   The following illustrates Kearl's cumulative operating losses during the fourteen months ended February 2016 leading up to the issuance of Exxon's 2015 Form 10-K which exceeded $470 million and excluded "other [2015 Kearl-related] earnings event" losses of approximately $136 million which would bring Kearl's total cumulative losses to more than $600 million:[175]

---

[174] See paragraph 122; EMC_RAM_SEC 000009531; EMC_RAM_SEC 000009456; EMC_RAM_SEC 000009788; EMC_RAM_SEC 000009968. Note: The sum of these 2015 operating losses total $304 million.

[175] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 60**

**CONFIDENTIAL**



126.    Notably, Kearl's cumulative 2015 operating losses and total segment losses alone exceeded $300 million and $440 million, respectively.[176] These cumulative losses represented more than 6% of Exxon's total reported 2015 After Tax Upstream Earnings.[177] Exacerbating this negative trend, Kearl losses during the two months ended February 2016 increased significantly and totaled approximately $170 million.[178] Despite analyst inquiries like those seen in paragraph 114, such losses were not disclosed in the Company's 2015 Form 10-K.

127.    Moreover, despite Exxon's stated objective of "maintaining" positive cash flow from Kearl, the Company internally reported negative after tax cash flow generation during 2015 of approximately $177 million.[179] This trend continued through the February 24, 2016 filing date of Exxon's 2015 Form 10-K. Kearl's negative after-tax cash outflows from

---

[176] EMC_RAM_SEC 000009968.

[177] Derived from information at EMC_RAM_SEC 000009968 and Exxon 2015 Form 10-K, p. 44.

[178] EMC_RAM_SEC 000065962.

[179] EMC_RAM_SEC 000009968 at 9988.

operating activities approximated negative $64 million excluding capital expenditures and a negative $148 million including capital expenditures during the two months ended February 2016.[180] Again, these negative cash flows were not disclosed in the Company's 2015 Form 10-K.

128.   As mentioned in paragraph 125, Exxon's accelerating losses and negative cash flows were driven in significant part by the precipitous 70% decline of the price of crude oil during the latter half of 2014 through Exxon's 2015 Form 10-K filing on February 24, 2016:[181]



129.   Kearl's higher operating cost structure further contributed to Exxon's trending losses. As noted above in paragraph 114, and while not disclosed in the Company's 2015 Form 10-K, Kearl was developed during what Mr. Tillerson described a "high cost environment." The

---

[180] EMC_RAM_SEC 000065962. *See also* EMC_RAMIREZ 000009455.

[181] Derived using information at https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

negative effects of these higher costs were made repeatedly evident to Exxon's management in the Company's 2015 monthly internal reporting.

130.    Specifically, in contrast to Kearl's cumulative losses, monthly reports demonstrated that Exxon's Cold Lake bitumen project generated the following cumulative profits during the same fourteen-month period ended February 2016 despite the significantly declining oil prices ($ in millions):[182]



131.    While Kearl's losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations, management and analysts continued to focus on the Kearl expansion project during 2015 earnings calls. This is likely due in large part to Kearl's disclosed 3.6 billion barrels of bitumen proved reserves at December 31, 2015. These reserves were nearly four

[182] Derived from information at EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968, EMC_RAM_SEC 000064589, and EMC_RAM_SEC 000065962.

**CONFIDENTIAL**

times the size of Cold Lake's decreasing proved reserves and more than seven times developed reserves by year end 2015:[183]

| Proved Reserves | 12/31/15 | | 12/31/14 | | 12/31/13 | |
|---|---|---|---|---|---|---|
| *Barrels in '000s* | | | | | | |
| **Kearl Bitumen** | **3,601,070** | **79%** | **3,301,977** | **78%** | **2,626,754** | **72%** |
| - Developed | 3,601,070 | | 1,677,735 | | 1,352,598 | |
| - Undeveloped | 0 | | 1,624,242 | | 1,274,156 | |
| **Cold Lake Bitumen** | **959,329** | **21%** | **930,650** | **22%** | **1,003,301** | **28%** |
| - Developed | 507,345 | | 444,021 | | 457,206 | |
| - Undeveloped | 451,984 | | 486,629 | | 546,095 | |
| **Total** | **4,560,399** | **100%** | **4,232,627** | **100%** | **3,630,055** | **100%** |

132. Indeed, Exxon management communicated that the increase in proved bitumen reserves during 2014 related entirely to Kearl. Consistent with this trend, over 91% of Exxon's increased proved bitumen reserves at December 31, 2015 pertained to Kearl.

133. This information, including Kearl's ongoing losses and expected bitumen price declines, was necessary to an understanding of Exxon's Upstream operating results, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition."[184]

### 3. The Conditions Set Forth in Section IV.A. Above, Including Losses Associated with Shipments to U.S. Markets, Contributed to Kearl's Operating Losses

134. Even if one improperly assumes that Kearl's 3.6 billion of disclosed proved reserves did not require de-booking, adequate disclosure was necessary given the conditions described in Section IV.A., including losses associated with shipments to U.S. markets that contributed to Kearl's operating losses. Beyond management's recurring focus on Kearl's lack of profitability, and as discussed in part above beginning at paragraph 82, Exxon management recognized as early as May 2015 that the declining oil prices, including reduced prices due to shipments into U.S. markets, could negatively affect Kearl's disclosed proved reserves. For example, in a May 7, 2015 Exxon "Upstream Financial

---

[183] Agreed to or derived from information at PRAM0000035, PRAM0006789, and PRAM0031061.

[184] Item 303, Instruction 3 to Item 303(a).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 64**

Issues Review" meeting and related "2015 Reserves and Resources Outlook" presentation, the Company identified both: (a) Kearl's challenge to demonstrate a positive cash flow through April 2015 (this was prior to the precipitous decline in crude oil (WTI) prices from approximately $60 per barrel as of April 30, 2015 to just $30 per barrel as of the filing of Exxon's 2015 Form 10-K on February 24, 2016);[185] and (b) the "[p]otential" loss exposure of up to 3.7 billion barrels of bitumen proved reserves based on bitumen's pricing between January and April 2015 (highlights added):[186]



[…]



135. In the Company's related May 2015 "Financial Reporting and Accounting Considerations" deck, Exxon further acknowledged the possible need for external disclosure (and impairment) associated with the potential removal of Kearl's 2015 proved reserves (then at 3.3 billion barrels of bitumen) (highlights added):[187]

---

[185] https://www.eia.gov/dnav/pet/hist/RWTCD.htm.

[186] EMC_RAM 001593539 at 3550-3551 (highlights added).

[187] EMC_RAM 001593539 at 3555 (highlights added).

**CONFIDENTIAL**

## Financial Reporting and Accounting Considerations

**Background**

- Kearl comprises two major components, Initial Development (KID) and Expansion Project (KEP)

| | Start-Up | Proved Reserves (MOEB) | UOP | Straight-line | Total |
|---|---|---|---|---|---|
| KID (1) | 1H'2013 | 1,678 | 11.6 | 1.7 | 13.3 |
| KEP (2) | May-15 | 1,624 | 8.8 | 1.6 | 10.4 |
| Total Kearl | | 3,302 | 20.4 | 3.3 | 23.7 |

(Investment - $G columns: UOP, Straight-line, Total)

(1) KID investment as at 1Q 2015    (2) KEP investment anticipated at start-up

**Recent Developments**

- Potential impact on proved reserves due to SEC pricing sensitivities
- Various operating scenarios under consideration
  - KID and KEP operational at full capacity
  - Start-up KEP mid 2015, run both KID and KEP till year end, then temporarily idle KEP in 2016

**Issue**

- Financial reporting / accounting considerations resulting from a potential removal of proved reserves due to SEC pricing basis and temporarily idling facilities
  - Potential Impairment, Depreciation and External Disclosures

136. The Company cited specific external interim GAAP disclosure requirements under ASC 932-270-50 that required the disclosure of "information about **a major … adverse event that causes a significant change from the information presented in the most recent annual financial report concerning oil and gas reserve quantities**."[188] Exxon further documented its intention to "monitor" Kearl's 2015 price sensitivity and price plan assumptions for "potential interim reserve de-book[ing]."[189]

137. In August 12, 2015, Exxon's management again internally considered and discussed the issue of Kearl's exposed proved reserves.[190] As noted below, the Company reiterated the

---

[188] EMC_RAM 001593539 at 3558 (emphasis added).

[189] EMC_RAM 001593539 at 3606.

[190] EMC_RAM_SEC 000056309 at 6316-6317.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 66**

**App. 1065**

**CONFIDENTIAL**

"potential impact" of lower bitumen pricing on proved reserves, citing a break-even WTI crude oil price of roughly $60/bbl:[191]

> **Recent Developments**
> - Potential impact on proved reserves due to SEC pricing sensitivities
>   - Kearl break-even bitumen price ~$32/B  (w/ ~$60 WTI)
>   - August YTD SEC pricing basis ~$33/B

138.    At the time of this presentation on August 12, 2015, the WTI crude oil spot price closed at $43/bbl, 28% lower than Exxon's acknowledged Kearl WTI break-even price.[192] As further indicated above in paragraph 137, the price differential between Kearl bitumen and WTI crude oil prices was approximately 47% ($60/bbl (WTI) - $32/bbl (Kearl Bitumen) = $28/bbl/$60/bbl).[193] Internally communicated monthly realization of Kearl bitumen per barrel during the eight months ended February 2016 averaged just $17.09/bbl, well below the $32/bbl break-even price referenced, consistent with the Company's internally reported operating loss trends.

139.    Given these clearly evident negative variances, Exxon again documented external disclosures associated with "potential interim and year end 2015 Form 10-K disclosure of the significant removal of proved reserves due to SEC pricing":[194]

---

[191] EMC_RAM_SEC 000056309 at 6316.

[192] https://www.eia.gov/dnav/pet/hist/RWTCD.htm ($60 per barrel - $43 per barrel = $17 per barrel/$60 per barrel = 28%).

[193] EMC_RAM_SEC 000056309 at 6316.

[194] EMC_RAM_SEC 000056309 at 6317.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 67**

**CONFIDENTIAL**

External disclosure (IOL & XOM)
- Potential interim and year end 2015 Form 10-K disclosure of significant removal of proved reserves due to SEC pricing
- Bitumen proved reserves are separately disclosed in the 10-K for both IOL and XOM

| Proved Reserves | Bitumen (MOEB) | | | |
| December 31, 2014 | IOL | | XOM | |
| | Kearl | Total Disclosed | Kearl | Total Disclosed |
| Proved Developed | 1,190 | 1,635 | 1,678 | 2,122 |
| Proved Undeveloped | 1,153 | 1,639 | 1,624 | 2,111 |
| Total | 2,343 | 3,274 | 3,302 | 4,233 |

140.    On October 8, 2015, Barton Cahir, Sr. Vice President – Upstream Imperial Oil, emailed Rich Kruger, CEO, Chairman and President of Exxon's subsidiary, Imperial Oil, Ltd., and Beverley Babcock, SVP, Administration and Controller of Imperial Oil Ltd. about Corporate's understanding that the SEC "expect bitumen write downs **this year**."[195] Indeed, even excluding my opinion above that proved reserves required de-booking, the increased likelihood of Exxon's 2015 Kearl-related proved reserves no longer qualifying as a result of decreased profitability was made evident within Exxon during 2015. For example:

a.    Internal cash flow forecasts dated November 2014 associated with Kearl reflected further bitumen price declines during 2015. In this regard, Exxon projected a 2015 Kearl bitumen break-even level of roughly $32/bbl.[196]

b.    In a December 14, 2015 Long Term Outlook meeting, Exxon management acknowledged the "[s]ustained low oil price[]" environment (red boxes added):[197]

---

[195] EMC_RAM_SEC 000035525 (emphasis added).

[196] EMC_RAM 001590961. *See also* EMC_RAMIREZ 000006255 ("Sustaining CAPEX profile reduced by 10% post 2030 in response to sustained low price environment.").

[197] EMC_RAM 000454063 at 4066.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**              **Page 68**

**App. 1067**

**CONFIDENTIAL**



141. Indeed, the following chart demonstrates the reasonable likelihood that Exxon's proved Kearl reserves would no longer be economically producible given the 2015 low price environment during the latter half of 2015 and through the issuance of the Company's 2015 financial statements:[198]

---

[198] Agreed to or derived from information at EMC_RAMIREZ 000048534. *See also* EMC_RAM 001629434, PRAM0055680, and EMC_RAM_SEC 000056483. Note: Consistent with the precipitous SEC bitumen price decline, average WTI spot crude oil prices had declined to just $41.29 per barrel since June 30, 2015 through Exxon's 2015 Form 10-K filing date on February 24, 2016 (and to $30.91 per barrel during the nearly two months ended February 24, 2016). [https://www.eia.gov/dnav/pet/hist/RWTCD.htm]

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**      **Page 69**

**CONFIDENTIAL**



142.   Exxon made the following generic disclosures in its Annual Report on Form 10-K for the year ended December 31, 2015, failing to mention Kearl's increasing and actual 2015 operating and cash flow losses associated with the approximate 3.6 billion barrels of Kearl bitumen reserves, including related losses associated with increased shipments to U.S. markets:

> The Corporation has reported proved reserves on the basis of the average of the first-day-of-the-month price for each month during the last 12-month period. When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the Securities and Exchange Commission's (SEC) definition of proved reserves, **certain quantities of oil and natural gas could temporarily not qualify as proved reserves**.

* * *

> **When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North**

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 70**

# App. 1069

**CONFIDENTIAL**

> **America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur.**[199]

143. In the absence of a reserve de-booking as required at December 31, 2015, the facts and circumstances discussed above in Sections IV.A. and IV.B. required disclosure, as without disclosure of the above trends and uncertainties, statements in Exxon's 2015 Form 10-K including those on page 9 referenced above were misleading to the reader.

### 4. Exxon Ultimately De-Booked Kearl's Proved Reserves at Year-End 2016

144. Exxon ultimately disclosed the following risk in its MD&A pertaining to the Company's Kearl proved reserves in its Q3 2016 Form 10-Q, one quarter prior to its de-booking as of December 31, 2016:

> **If the average prices seen during the first nine months of 2016 for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016**. […]
>
> **Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl** […].[200]

145. During Q4 2016, despite year-over-year increases in the price of crude oil, Exxon eliminated the entirety of Kearl's previously disclosed 3.5 billion barrels of previously proved bitumen reserves, noting that "[a]s a result of very low prices during 2016, under the SEC definition of proved reserves" all of Kearl's barrels of bitumen did not qualify as proved reserves at year-end 2016:

> As a result of very low prices during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end

---

[199] Exxon 2015 Form 10-K, pp. 5, 6, 56, and 103 (emphasis added).

[200] Exxon Q3 2016 Form 10-Q, p. 22 (emphasis added).

2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl, in Canada.[201]

146.    Indeed, Exxon subsequently acknowledged in internal communications that the December 31, 2016 de-booking of Kearl proved reserves was "due to the very low prices" of bitumen during Q1 2016, including those prices evident prior to the issuance of Exxon's 2015 Form 10-K (highlights added):[202]

> **Page 13:  Item 2 – 4B Exploratory and Development Activities Regarding Oil and Gas Resources Extracted by Mining Technologies**
>
> On page 13 under the mining disclosure for Kearl operations, we note that due to the very low prices during the first quarter of 2016, under the SEC definition of proved reserves, 3.5 billion barrels of bitumen did not qualify as proved reserves at year-end 2016. We also mention that should prices, costs, and operating levels seen in the first several weeks of 2017 remain or improve for the rest of the year that substantial portions of these quantities will qualify as proved reserves at year-end 2017.

### 5.  The SEC's MD&A Disclosure Requirements

147.    In connection with these issues, the SEC's Regulation S-K Item 303 required several accounting-related MD&A disclosures for the relevant period, including the following:[203]

| Item 303 | Description |
|---|---|
| (a) | "The discussion shall provide information as specified in paragraphs (a)(1) through (5) of this Item and also **shall provide such other information that the registrant believes to be necessary to an understanding of its financial condition, changes in financial condition and results of operations**…." |
| (a)(3)(i) | "**Describe any unusual or infrequent events or transactions or any significant economic changes that materially affected the amount of reported income from continuing operations** and, in each case, indicate the extent to which income was so affected." |

---

[201] Exxon 2016 Form 10-K, p. 58.

[202] EMC_RAM 001602457 at 2466 (highlights added).

[203] Item 303 of Regulation S-K (emphasis added). Item 303(c) requires similar disclosures for interim (quarterly) periods through Q1 2017.

CONFIDENTIAL

| Item 303 | Description |
|---|---|
| (a)(3)(ii) | "**Describe any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations. If the registrant knows of events that will cause a material change in the relationship between costs and revenues (such as known future increases in costs of labor or materials or price increases or inventory adjustments), the change in the relationship shall be disclosed**." |

148.  As seen in the table above, Item 303 requires management to disclose the following types of accounting and financial reporting related information to explain the entity's financial results, particularly:

a.  Any known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from continuing operations.

b.  Events that are likely to cause a material change in the relationship between costs and revenues.

c.  Any unusual or infrequent event or transaction or any significant economic change that materially affected the amount of reported income from continuing operations.

149.  Instructions to Item 303(a) disclosure requirements further clarify that management's discussion and analysis shall "focus specifically on material events and uncertainties **known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition**. This would include descriptions and amounts of (A) matters that **would have an impact on future operations** and have not had an impact in the past, and (B) matters that **have had an impact on reported operations** and are not expected to have an impact upon future operations."[204]

---

[204] SEC Instructions to Item 303(a) (emphasis added). *See also* SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989, footnote 20.

**CONFIDENTIAL**

150.    Indeed, the SEC has made clear through its Office of the Chief Accountant that Item 303 requires management to provide a narrative explanation in MD&A to include an analysis of the registrant's "known trends and uncertainties" that could influence the entity's "prospects for the future":[205]

> […] MD&A requires a discussion of liquidity, capital resources, results of operations and **other information necessary to an understanding of a registrant's financial condition, changes in financial condition and results of operations**. This includes unusual or infrequent transactions, **known trends or uncertainties that have had, or might reasonably be expected to have, a favorable or unfavorable material effect on revenue, operating income or net income and the relationship between revenue and the costs of the revenue**. Changes in revenue should not be evaluated solely in terms of volume and price changes, but should also include an analysis of the reasons and factors contributing to the increase or decrease. The Commission stated in [Financial Reporting Release ("FRR")] 36 that MD&A should '**give investors an opportunity to look at the registrant through the eyes of management by providing a historical and prospective analysis of the registrant's financial condition and results of operations, with a particular emphasis on the registrant's prospects for the future**.'

151.    Ultimately, the referenced "eyes of management" concept is central to the SEC's view of quality, transparency, and accountability in financial reporting. In a speech given on April 26, 2001 by Lynn E. Turner ("Mr. Turner"), Chief Accountant of the SEC, Mr. Turner stated:

> I believe CFOs need to present a clear, transparent financial report that tells the whole story. As Warren Buffet has asked, if you (i.e., the CFO) were investing in this company, has <u>all</u> the information you would want to know has been made available to investors in an unbiased fashion? Too often today, we see the numbers being "spun," or important information about key trends or key and critical performance indicators being left out. And let's not forget, quality financial reporting means going beyond those minimum boundaries established by the rules governing financial reporting. The Commission's MD&A rules say it best, **your disclosures must enable investors to see the business through the "eyes of management**."[206]

---

[205] ASC 605-10-S99.

[206] Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001 (emphasis added); *see also* reference to SEC Securities Act Release No. 6349, September 28, 1981, ("[i]t

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 74**

**CONFIDENTIAL**

a)  The SEC's Rules Also Require Disclosure of Trends Impacting the Business

152.    Also noted in the table above at paragraph 147, Item 303(a)(3)(ii) of the SEC's rules requires disclosure of "Trend Information." The importance of these disclosures is discussed in SEC releases, which state:

> One of the most important elements necessary **to an understanding of a company's performance, and the extent to which reported financial information is indicative of future results**, is the discussion and analysis of **known trends**, demands, commitments, **events and uncertainties**. **Disclosure decisions concerning trends**, demands, commitments, **events, and uncertainties** generally should involve the:
>
> - consideration of financial, operational and other information known to the company;
>
> - identification, based on this information, of known trends and uncertainties; and
>
> - assessment of whether these trends and uncertainties will have, or are reasonably likely to have, a material impact on the company's liquidity, capital resources or results of operations.[207]

153.    Disclosure is therefore required for known trends that will have a material impact on net sales, revenues, or income from operations.[208] An important factor weighing in favor of this disclosure requirement is whether the financial information reported in the current period may not be indicative of future operating results.[209]

---

is the responsibility of management to identify and address those key variables and other qualitative and quantitative factors which are peculiar to and necessary for an understanding and evaluation of the individual company.") [SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC- 16961; FR-36], Section III.A. May 18, 1989].

[207] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], December 19, 2003 (emphasis added).

[208] SEC Release No. 33-6835 § III.B ("Disclosure of known trends or uncertainties that the registrant reasonably expects will have a material impact on net sales, revenues, or income from continuing operations is also required.").

[209] SEC Release No. 33-6835 § III.B ("Finally, the Instructions to Item 303 state that MD&A 'shall focus specifically on material events and uncertainties known to management that would cause reported

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 75**

**CONFIDENTIAL**

154.    In this context, the SEC has identified the following two-step assessment to be performed by a company's management when evaluating the need to disclose known trends or uncertainties:

> Where a trend, demand, commitment, event or uncertainty is known, management must make two assessments:
>
> (1) Is the known trend, demand, commitment, event or uncertainty likely to come to fruition? If management determines that it is not reasonably likely to occur, no disclosure is required.
>
> (2) If management cannot make that determination, it must evaluate objectively the consequences of the known trend, demand, commitment, event or uncertainty, on the assumption that it will come to fruition. **Disclosure is then required unless management determines that a material effect on the registrant's financial condition or results of operations is not reasonably likely to occur**.[210]

155.    Accordingly, Item 303 requires disclosure of known trends, uncertainties, or events that are "reasonably likely" to have a material favorable or unfavorable impact on a registrant's financial condition or results of operations. The SEC has interpreted the term "reasonably likely" to be a lower threshold than "more likely than not" but a higher threshold than "remote."[211] The former SEC Commissioner Edward H. Fleischman has stressed that it is important for management to "tell it 'like it is' […] fully and accurately (no half-truths, no pulled punches, no subtly misleading statements), exactly 'like it is'" within a company's MD&A.[212]

---

financial information not to be necessarily indicative of future operating results or of future financial condition.'").

[210] SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36], May 18, 1989 (emphasis added); SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

[211] SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

[212] Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991, pp. 10-11.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 76**

**CONFIDENTIAL**

b) <u>The Evaluation of Materiality for MD&A Disclosure Purposes</u>

156.   The "focus" of Item 303 disclosures is to "provide investors and other users with **material** information that is necessary to an understanding of the company's financial condition and operating performance."[213] SEC Rule 12b-2 defines "material" as information for "which there is a substantial likelihood that a reasonable investor would attach importance in determining whether to buy or sell the securities registered."[214] Accounting guidance notes that "information is material if omitting it or misstating it could influence decisions that users make on the basis of the financial information of a specific reporting entity. In other words, materiality is an entity-specific aspect of relevance based on the nature or magnitude or both of the items to which the information relates in the context of an individual entity's financial report."[215]

157.   Staff Accounting Bulletin No. 99, Materiality ("SAB 99") provides additional relevant guidance when considering the materiality of Exxon's disclosures.[216] Indeed, SAB 99 sets forth the generally accepted methods used by the SEC and registrants to evaluate materiality for financial statement purposes, and as set forth below, is referenced in connection with the evaluation of MD&A disclosures:

> Look at the qualitative materiality factors listed in SAB 99—even if you're not dealing with financial statement issues per se. If any of your responses to those is potentially problematic, that's a tripwire that should make you think harder about the materiality issue.
>
> Some of these qualitative factors fit nicely into the incompatibility analysis. For example, those that look to whether a particular disclosure impacts a segment that's been identified as playing a significant role in the business or profitability are on all fours with that analysis. Other SAB 99 factors go

---

[213] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], December 19, 2003 (emphasis added).

[214] 17 CFR §240.12b-2.

[215] Statement of Financial Accounting Concepts No. 8, September 2010, QC11.

[216] SAB 99 states: "The Supreme Court has held that a fact is material if there is – 'a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available.'"

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 77**

**App. 1076**

**CONFIDENTIAL**

beyond that analysis—because many of them raise issues that go to integrity of senior management or the company.

What SAB 99 tells you is that the SEC is going to take a very hard look at issues that may implicate integrity or legal compliance when it looks at materiality, and that means you should too.[217]

158.    SAB 99, now codified at ASC 250-10-S99, explicitly recognizes that the concept of materiality "in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws."[218] Specifically, ASC 250-10-S99 states that a misstatement or omission in financial statements is material if "there is a substantial likelihood that a reasonable person would consider it important":

Materiality concerns the significance of an item to users of a registrant's financial statements. A matter is "material" if there is a substantial likelihood that a reasonable person would consider it important. In its Statement of Financial Accounting Concepts No. 2, the FASB stated the essence of the concept of materiality as follows:

The omission or misstatement of an item in a financial report is material if, in the light of surrounding circumstances, the magnitude of the item is such that it is probable that the judgment of a reasonable person relying upon the report would have been changed or influenced by the inclusion or correction of the item.[FN 3]

[FN 3 FASB, Statement of Financial Accounting Concepts No. 2, Qualitative Characteristics of Accounting Information ("Concepts Statement No. 2"), 132 (1980). See also Concepts Statement No. 2, Glossary of Terms - Materiality.]

This formulation in the accounting literature is in substance identical to the formulation used by the courts in interpreting the federal securities laws. The Supreme Court has held that a fact is material if there is –

---

[217] *See, e.g.*, The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call". *See also* Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002, "Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality." *See also* Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002 ("In preparing the MD&A, account must be taken of newly issued guidance from the Commission with respect to assessing materiality in connection with the preparation and audit of financial statements and MD&A. The SEC's Staff Accounting Bulletin 99 ('SAB 99') was issued to address the burgeoning practice of earnings management…").

[218] SAB 99; ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                **Page 78**

**CONFIDENTIAL**

a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the "total mix" of information made available.[FN 4]

[FN 4 **TSC Industries v. Northway, Inc., 426 U.S. 438, 449 (1976)**. **See also Basic, Inc. v. Levinson, 485 U.S. 224 (1988)**. As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him …" TSC Industries, 426 U.S. at 450.]

… In the context of a misstatement of a financial statement item, while the "total mix" includes the size in numerical or percentage terms of the misstatement, it also includes the factual context in which the user of financial statements would view the financial statement item.[219]

159.   PCAOB Auditing Standards reiterates the definition of materiality in auditing guidance for assessing materiality from an accounting and financial reporting perspective, including whether information alters the "total mix" of information made available, noting:

> In interpreting the federal securities laws, the Supreme Court of the United States has held that a fact is material if there is "a substantial likelihood that the … fact would have been viewed by the reasonable investor as having significantly altered the 'total mix' of information made available."[] As the Supreme Court has noted, determinations of materiality require "delicate assessments of the inferences a 'reasonable shareholder' would draw from a given set of facts and the significance of those inferences to him … ."[220]

160.   ASC 250-10-S99 and auditing standards recognize the need to consider both quantitative and qualitative factors when assessing materiality.[221] Quantitatively, ASC 250-10-S99 acknowledges the practice of applying a "rule of thumb" quantitative percentage threshold (*e.g.*, 5% of an item) to provide a "preliminary" basis for evaluating materiality, but emphasizes that such consideration is only the beginning of a materiality analysis:[222]

---

[219] SAB 99 (emphasis added); ASC 250-10-S99.

[220] PCAOB Auditing Standard No. 11, *Consideration of Materiality in Planning and Performing and Audit*, paragraph 2. *See also* PCAOB Auditing Standard No. 14, *Evaluating Audit Results*, including Appendix B, .17 and B1.

[221] ASC 250-10-S99; AS 2810, *Evaluating Audit Results*, .17 and Appendix B.

[222] ASC 250-10-S99.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 79**

**App. 1078**

**CONFIDENTIAL**

> [Q]uantifying, in percentage terms, the magnitude of a misstatement is only the beginning of an analysis of materiality; it cannot appropriately be used as a substitute for a full analysis of all relevant considerations. Materiality concerns the significance of an item to users of a registrant's financial statements.[223]

161. This is due in part, because ASC 250-10-S99 further recognizes that qualitative factors may cause misstatements of quantitatively small amounts to be material.[224] Indeed ASC 250-10-S99 provides a listing of qualitative "considerations that may well render material a quantitatively small misstatement of a financial statement item."[225] These and other relevant qualitative factors identified in ASC 250-10-S99 and auditing guidance include various considerations, including the following factors:[226]

   a. The potential effect of the misstatement on trends, especially trends in profitability;

   b. The effect of the misstatement on segment information, for example, the significance of the matter to a particular segment important to the future profitability of the company, the pervasiveness of the matter on the segment information, and the impact of the matter on trends in segment information, all in relation to the financial statements taken as a whole; and

   c. The motivation of management with respect to the misstatement, for example, (i) an indication of a possible pattern of bias by management when developing and accumulating accounting estimates or (ii) a misstatement precipitated by management's continued unwillingness to correct weaknesses in the financial reporting process.

6. **The Impact of Kearl's Declining Profitability, Losses, and Proved Reserves Were Material**

---

[223] ASC 250-10-S99.

[224] ASC 250-10-S99.

[225] ASC 250-10-S99.

[226] ASC 250-10-S99; AS 2810, Appendix B.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 80**

**App. 1079**

**CONFIDENTIAL**

162.    Exxon's disclosure of known trends and uncertainties regarding the recurring and expanding lack of profitability of its Upstream Canadian Kearl bitumen operations and its potential negative impact to disclosed proved reserves was necessary to comply with the SEC's MD&A financial related reporting rules which required the Company to disclose: (i) "known trends or uncertainties that have had or that the registrant reasonably expects will have a material favorable or unfavorable impact on net sales or revenues or income from operations," and (ii) information necessary to understand results of operations, including disclosure of "material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or future financial condition." By failing to make required disclosures in accordance with SEC financial reporting rules, Exxon omitted material information necessary to understand the potential impact on the Company's future operating results and that the reported historical results might not be indicative of those future results.

163.    In my opinion, the future financial impact of Exxon's failure to disclose known trends and uncertainties regarding the recurring and expanding lack of profitability of its Upstream Canadian Kearl bitumen operations and its potential negative impact to disclosed proved reserves were material giving consideration to both quantitative and qualitative factors. These matters are discussed further below.

a)    Materiality Under the SEC's Two-Step Assessment

164.    As stated previously, the SEC has put forth a two-step assessment to be performed by a company's management when evaluating the need to disclose known trends or uncertainties. I have considered this process with respect to Kearl's undisclosed recurring lack of profitability and proved reserves exposure. My analysis is contained within the table below:[227]

---

[227] SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989, SEC Financial Reporting Manual, updated as of December 1, 2017, Topic 9 - Management's Discussion and Analysis of Financial Position and Results of Operations (MD&A), 9200 General requirements at 9220.11.

---

CONFIDENTIAL

| STEP | REQUIRED ASSESSMENT BY EXXON MANAGEMENT | REGAN ASSESSMENT | REGAN CONCLUSION |
|---|---|---|---|
| 1 | Is the known trend, demand, commitment, event, or uncertainty likely to come to fruition? If management determines that it is not reasonably likely to occur, no disclosure is required. | Kearl's operational and cash flow loss trends during 2015 and through the issuance of the Company's financial statements on Form 10-K on February 24, 2016 were clearly evident to Exxon's management. Moreover, given both actual oil price declines through February 24, 2016 and management's corresponding anticipated lower estimated Kearl bitumen prices during 2016, it was further evident that such losses were reasonably likely to continue and worsen. | Disclosure was required under Step 1. |
| 2 | If management cannot make that determination, it must evaluate objectively the consequences of the known trend, demand, commitment, event, or uncertainty on the assumption that it will come to fruition. Disclosure is then required unless management determines that a material effect on the registrant's financial condition or results of operations is not reasonably likely to occur. | As described in this report, I have seen evidence indicating Kearl's lack of profitability and proved reserve exposure continued through the issuance of Exxon's 2015 Form 10-K. | Disclosure was required under Step 2. |

b)  Other Materiality Related Considerations

165.  I have further analyzed the materiality of the impact of Kearl's lack of profitability and exposed proved reserves on a quantitative basis given consideration to the total mix of information as set forth in SAB 99. My quantitative materiality analysis included an evaluation of the financial impact of Kearl's lack of profitability and exposed proved reserves with regards to several financial measures disclosed in the Company's 2015 and 2016 Forms 10-K. As noted in the table below, Kearl's operating results were quantitatively

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 82**

**CONFIDENTIAL**

material to the Company's reported Upstream operations, applying the 5% quantitative threshold noted in SAB 99:[228]

| Additional Quantitative Materiality Considerations: | | | | | |
|---|---|---|---|---|---|
| **Reported:** | **03/31/15** | **06/30/15** | **09/30/15** | **12/31/15** | **FY2015** |
| % of Total Upstream Earnings | -5.1% | -6.7% | -3.8% | -12.0% | **-6.2%** |
| % of Non-U.S. Upstream Earnings | -5.1% | -6.6% | -2.9% | -7.4% | **-5.4%** |
| Net income attributable to Exxon | -3.0% | -3.3% | -1.2% | -3.7% | **-2.7%** |
| **Reported:** | **03/31/16** | **06/30/16** | **09/30/16** | **12/31/16** | **FY2016** |
| % of Total Upstream Earnings | 301.3% | -47.6% | -21.1% | 10.6% | **-289.8%** |
| % of Non-U.S. Upstream Earnings | -30.3% | -17.3% | -11.9% | -4.0% | **-13.1%** |
| Net income attributable to Exxon | -12.7% | -8.2% | -4.9% | -4.0% | **-7.2%** |

166.    The following factors are further demonstrative of the quantitative materiality of Exxon's Kearl bitumen operations, related financial results, and ascribed proved reserves:

a.    Exxon's $18 billion investment in Kearl as of December 31, 2015, including its capitalized property, plant, and equipment, was materially significant to the Company's consolidated balance sheet;

b.    Kearl's 3.6 billion barrels of oil equivalent of proved bitumen reserves disclosed at December 31, 2015 represented nearly 15% of the Company's entire disclosed proved reserves.[229] Applying the SEC pricing at January 1, 2016 would indicate future potential proceeds of approximately $48 billion;[230] and

---

[228] Exxon 2015 and 2016 Forms 10-K and 10-Q; EMC_RAM_SEC 000009531 (Mar 2015), EMC_RAM_SEC 000009456 (June 2015), EMC_RAM_SEC 000009788 (Sept 2015), EMC_RAM_SEC 000009968 (Dec 2015), EMC_RAM_SEC 000063146 (Mar 2016), PRAM0100480 (June 2016), PRAM0360857, PRAM0360813, PRAM0653225 (Sept 2016), PRAM0430339 (Dec 2016).

[229] PRAM0000035.

[230] Derived from information at PRAM0055680 and PRAM0000035; EMC_RAMIREZ 000048534 (3,601,070 x $13.30 January 1, 2016 SEC Price (flawed methodology) = $47.9 billion). Note: Using the corrective pricing at January 1, 2016 the total value would be approximately of $40 billion (3,601,070 x $11.23 January 1, 2016 SEC Price (flawed methodology) = $40.4 billion. *See also* PRAM0002390.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 83**

**CONFIDENTIAL**

c. Kearl's 2015 and 2016 operating losses quantitatively exceeded 5% of Exxon's Upstream earnings and disclosure and discussion of such losses were necessary to an understanding of the Company's related disclosed operating results.

167. While certain other qualitative factors referenced in SAB 99 are not present or applicable, it is further notable that Kearl's operations, including production volumes, were repeatedly the subject of investor analyst inquiries and management commentary regarding oil production and indirectly, profitability. Moreover, as noted above in paragraph 21 and below beginning at paragraph 264, the Company's Upstream segment was the primary profit driver of Exxon's three reported business segments.

168. In consideration of the total mix of information and applicable materiality guidance, it is my opinion that Kearl's undisclosed trending lack of profitability and exposed 2015 proved reserves were material under both qualitative (known trend that was important to investors) and quantitative bases. This opinion is further demonstrated when considering the GAAP reporting failure to properly recognize impairment of the Company's long-lived assets associated with its XTO operation pursuant to the requirement to consider misstatements and omissions individually and cumulatively.[231]

C. **EXXON FAILED TO PROPERLY COMPLY WITH IMPAIRMENT-RELATED ACCOUNTING STANDARDS UNDER GAAP RESULTING IN THE MATERIAL OVERSTATEMENT OF XTO-RELATED LONG-LIVED ASSETS AS OF AND FOR THE YEAR ENDED DECEMBER 31, 2015**

169. As described above beginning at paragraph 43, Exxon acquired significant natural gas holdings through its acquisition of XTO in 2010. During 2015, Exxon reported more than $67 billion of XTO-related capitalized long-lived assets.[232]

170. Exxon follows the successful efforts method of accounting for its Upstream oil and gas properties, including XTO. The Company's related PP&E assets consist of both proved and unproved oil and gas properties which are subject to the impairment guidance in ASC 360 and ASC 932-360. Exxon combines its PP&E proved and unproved balances when

---

[231] SAB 108.

[232] PRAM0024573.

**CONFIDENTIAL**

evaluating recoverability in accordance with GAAP.[233] I have accepted this treatment, applying Exxon's policy, when evaluating and assessing the Company's impairment of PP&E during the relevant period.

171.   Pursuant to ASC 932-360-35 and ASC 360-10-35, Exxon was required to test the Company's long-lived assets, including its XTO-related proved and unproved PP&E, for impairment whenever events or circumstances indicated that the carrying amount of such assets may not be recoverable.[234] Consistent with this understanding, Exxon disclosed the following to investors in its 2015 Form 10-K:

> **The Corporation performs impairment assessments whenever events or circumstances indicate that the carrying amounts of its long-lived assets (or group of assets) may not be recoverable** through future operations or disposition. […]
>
> **Potential trigger events for impairment evaluation include** [but are not limited to]:
>
> - **a significant decrease in the market price of a long-lived asset**;
>
> - a significant adverse change in the extent or manner in which an asset is being used or in its physical condition including a significant decrease in current and projected reserve volumes;
>
> - a significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;
>
> - an accumulation of project costs significantly in excess of the amount originally expected;

---

[233] *See, e.g.,* PRAM0705989 at 5991; PRAM0024573; EMC_RAM 000000080; EMC_RAM 000000001. Note: Available SEC guidance recognizes that a registrant may choose "to adopt a policy of evaluating unproved properties for impairment using future net cash flows, i.e., a methodology consistent with SFAS 121, it should consider paragraph 9 of SFAS 121 [ASC 360]. That paragraph requires a registrant to consider the likelihood of possible outcomes in determining the best estimate of future cash flows. The less objectively verifiable the source of the cash flows, the more likely those cash flows will not be fully realized." SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance, March 31, 2001. *See also* AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 4.33.

[234] ASC 360-10-35; ASC 932-360-35-11 and 12 (and other referenced GAAP) ("Unproved properties shall be assessed periodically to determine whether they have been impaired.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**              **Page 85**

- **a current-period operating loss combined with a history and forecast of operating or cash flow losses**; and

- a current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.[235]

172.    The AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*,[236] and PwC's 2015 audit workpapers identified the following additional relevant indicators of impairment:

a.    **Decreases in oil and/or gas pricing**,

b.    **Lower expected future oil and gas prices** (such as the prices used by management or market participants in evaluating whether to develop or acquire properties), and

c.    Significant downward revisions to an asset's (asset group's) reserve estimates.[237]

173.    When potential triggers of impairment exist (*i.e.*, whenever there are events or circumstances that indicate that the carrying amount of such assets may not be recoverable), ASC 360-10-35 required Exxon to apply the following additional two-step approach[238] to evaluate, and if necessary, measure and report asset impairment losses:[239]

---

[235] Exxon 2015 Form 10-K, pp. 57 and 69 (emphasis added).

[236] The AICPA Audit and Accounting Guide is developed by the AICPA Entities With Oil and Gas Producing Activities Task Force to assist management in the preparation of their financial statements in conformity with U.S. generally accepted accounting principles (GAAP) and to assist practitioners in performing and reporting on their audit engagements. Accounting guidance for nongovernmental entities included in an AICPA Audit and Accounting Guide is a source of nonauthoritative accounting guidance. FASB ASC is the authoritative source of U.S. accounting and reporting standards for nongovernmental entities, in addition to guidance issued by the SEC. Indeed, the Company and its auditor, PwC, cited and relied upon guidance from the AICPA guide, further supporting its consideration in my report. *See, e.g.,* PRAM0423395, "Guidance - Technical References" lines 69-70, See also PRAM0031204 at 1224, See also PRAM0051018 at slide 27, "Overview of key accounting pronouncements"

[237] A&A Guide *Entities With Oil and Gas Producing Activities* (emphasis added); PRAM0094474 at 4811-4812; PRAM0024573.

[238] This is sometimes referred to as a 'three-step' approach in which the identification of a triggering event is step 1, the asset recoverability test of undiscounted cash flows is step 2, and a fair value analysis is step 3.

[239] ASC 360-10-35 (*e.g.*, ASC360-10-35-17); PRAM0094474.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 86**

**App. 1085**

**CONFIDENTIAL**

a. **Step 1:** Estimate the expected undiscounted cash flows from the asset's (or group of assets') use and ultimate disposal. If the long-lived asset's (or group of assets') carrying value exceeds the asset's (or group of assets') undiscounted cash flows proceed to Step 2.

b. **Step 2:** Measure impairment loss, if any, as the amount by which the asset's fair value (as defined under ASC 820 *Fair Value Measurements*) exceeds the asset's carrying amounts.[240]

174. Exxon did not comply with GAAP when it failed to properly record the impairment of certain XTO-related long-lived assets as of and for the year ended December 31, 2015. In this regard, Exxon materially overstated its XTO-related assets and understated its related losses when the Company and its management failed to:

a. appropriately evaluate, recognize, and disclose that events and circumstances indicated that Exxon's reported XTO-related assets may not have been recoverable as of December 31, 2015,

b. Properly update and evaluate whether the carrying value of the Company's XTO-related long-lived assets exceeded their undiscounted cash flows as of December 31, 2015, and ultimately,

c. Determine, recognize, and disclose material impairment losses of approximately $3.4 billion (*i.e.*, the difference between the carrying value of certain of Exxon's XTO-related long-lived assets and their respective fair values) as of December 31, 2015.

175. These GAAP failures resulted in the material misstatement of Exxon's annual financial statements as of and for the year ended December 31, 2015. Consistent with this opinion and as described further below, Exxon would ultimately acknowledge (albeit untimely)

---

[240] PRAM0094474 at 4809.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                          **Page 87**

**CONFIDENTIAL**

pre-tax impairment losses associated with its XTO-related long-lived assets of $3.3 billion during the year-ended December 31, 2016.[241]

1. **Exxon Failed to Properly Evaluate Whether Events and Changing Circumstances Indicated that Its XTO-Related Long-Lived Assets Were Impaired as of December 31, 2015**

176. During its 2015 financial reporting period, Exxon management concluded there were no impairment triggering events or circumstances indicating that Exxon's reported XTO-related assets were not recoverable.[242] This conclusion was reached despite the following existing conditions:

   a. Henry Hub natural gas spot prices declined by more than 41% during the 2015 financial reporting period.[243]

   b. XTO internally reported significant operating cash flow losses in excess of $1.3 billion during 2015.[244]

   c. Significant declines in New York Mercantile Exchange ("NYMEX") future natural gas strip prices occurred during 2015 and through the issuance of Exxon's 2015 financial statements, further indicating a loss in the market value of XTO's assets. In this regard, NYMEX future strip prices are widely recognized by Exxon and industry accounting publications to be a significant input source used when determining the fair value of long-lived oil and gas assets.

   d. Exxon's 2015 Corporate Plan's projected six-year natural gas prices declined on average by more than 50% as compared to projected six-year natural gas prices

---

[241] Exxon 2016 Form 10-K, p. 79.

[242] EMC_RAM 000000001. Note that Mr. Horne recognized that once a trigger occurred, "the impairment testing process brings with it still more opportunities for auditors and regulators to challenge and second-guess our judgment on any number of fronts." [EMC_RAM 000987178]

[243] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($3.14 per MMBtu at December 31, 2014 less $1.85 per MMBtu at 2/24/2016 = $1.29 per MMBtu/$3.14 per MMBtu).

[244] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1908 (XTO total losses at $1.5 billion); EMC_RAMIREZ 000009451 at 9455-9456; Prestipino Tr., 184:10-185:4.

**CONFIDENTIAL**

included in the Company's 2014 Corporate Plan, further indicating a decrease in XTO's long-lived assets' market value.

177.    In consideration of these and other conditions described below, indicators of impairment were clearly evident at December 31, 2015, with respect to the Company's XTO-related long-lived assets. Indeed, despite Exxon management's flawed 2015 assertion to the contrary, Hugoton Royalty Trust ("HGT"), which held XTO Energy conveyed net profits interest in predominantly natural gas properties inside the United States, including those operated primarily by Exxon (*e.g.*, Green River Basin),[245] "concluded that an impairment trigger event had occurred in the fourth quarter of 2015" and as a result would be required to perform a Step 1 impairment analysis.[246] HGT's (and Exxon's) auditor, PwC, concurred with HGT's assessment that an impairment trigger event had occurred.

178.    Moreover, as noted above in paragraph 50, several of Exxon's peers reported billions in Upstream asset-related impairments as of and during the year ended December 31, 2015, in further acknowledgement that events or circumstances indicated that the carrying amount of their respective assets were not recoverable.

   a)   Exxon Failed to Properly Evaluate Whether the Continued Decline of Natural Gas Prices Prior to the February 24, 2016 Issuance of Its 2015 Form 10-K Constituted an XTO Impairment Triggering Event

179.    In the aforementioned September 2015 interview for *Petroleum Intelligence Weekly,* when asked about Exxon's projects, Mr. Tillerson described the Company's strategy when investing in resources during a higher price environment. Mr. Tillerson touted Exxon's historical investments, noting in part that Exxon doesn't write down the value of its related assets:

> **Unlike your cash cost, which is variable, once the investment is made, you are stuck with that. You live with that. We don't do write downs. If you look at our history, we do not write our investments down. A lot of other people are very quick to want to write things down because it kind**

---

[245] PRAM0005882 at 5882-5883; EMC_RAM 001594728; EMC_RAM 001594730; EMC_RAM 001594780; HGT 2015 Form 10-K.

[246] HGT 2015 Annual Report, p. 24.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 89**

**CONFIDENTIAL**

**of improves things going forward. As part of our disciplined approach going forward, everyone around here understands, once you make that investment, you live with that the rest of your career**. If you have invested in a high cost environment and things go south, you better have anticipated your ability to work on the things you can work on to sustain the profitability of that investment, which means the variable costs. How are you going to get it out of your variable costs because your fixed costs are there? We are not going to bail you out by writing it down. That is the message to our organization. They all understand that. I grew up with that and it's hard. How are you going to make it work now at $40, at $50? There is no safety net here to help you out on the fixed cost side.[247]

180.    On January 5, 2016, the U.S. Energy Information Administration ("EIA") published an article titled "Average annual natural gas spot price in 2015 was at lowest level since 1999."[248] Citing excess inventory and warm temperatures, the EIA observed that "[n]atural gas spot prices in 2015 at the Henry Hub in Louisiana, a national benchmark, averaged $2.61 per MMBtu, the lowest annual average level since 1999. Daily prices fell below $2/MMBtu this year for the first time since 2012. Henry Hub spot prices began the year relatively low and fell throughout 2015, as production and storage inventories hit record levels and fourth-quarter temperatures were much warmer than normal."[249]

181.    Indeed, significant Henry Hub natural gas spot price declines occurred prior to the February 24, 2016 issuance of Exxon's 2015 Form 10-K, including the following **two-year 65% decline** in natural gas spot prices (from February 25, 2014 through February 24, 2016) (Excel linear trendline added):[250]

---

[247] EMC_RAM 000579687 at 9697 (emphasis added).

[248] https://www.eia.gov/todayinenergy/detail.php?id=24412.

[249] https://www.eia.gov/todayinenergy/detail.php?id=24412.

[250] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 90**

**CONFIDENTIAL**



182.    During the more current fourteen-month period beginning December 31, 2014 through the issuance of Exxon's 2015 financial statements on February 24, 2016, Henry Hub natural gas spot prices declined over 41%.[251]

183.    Despite these significant, extended price declines, and as observed by PwC during its audit of the Company's 2015 financial statements, Exxon management asserted its perspective that "short-term price volatility" is not viewed as an impairment trigger:

> **Management generally does not view short-term price volatility as an impairment trigger. Rather, Management continue to use what they view as appropriate plan prices […] in managing their Upstream**

---

[251] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($3.14 per MMBtu less $1.85 per MMBtu = $1.29 per MMBtu/$3.14 per MMBtu). Note: ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 91**

**App. 1090**

**CONFIDENTIAL**

**portfolio**. Management believe these plan prices provide for better decision making and assessment over the long term as they better reflect the fundamentals of hydrocarbon supply and demand. **Use of plan prices in analyzing potential investment decisions and asset performance / recoverability is a standard industry practice**.[252]

184.    In its 2015 impairment trigger assessment memoranda, Exxon further observed that the Company "**has long been on record stating that it does not view temporarily low prices or margins as a trigger event**" and "[b]ased on its historical perspective […] management believes that recent weakness in oil and gas prices is characteristic of commodity price cycles"[253] and not indicative of potential impairment.[254]

185.    However, the evident declining prices during the extended two-year period above starkly differs from the Company's implied characterization of these prices as "temporarily low" or the subject of "short-term price volatility."[255] Consistent with this fact is the following chart which illustrates the more than ten-year net decline in Henry Hub spot rates through the end of 2015 (Excel linear trendline added):[256]

---

[252] PRAM0024573 (emphasis added).

[253] EMC_RAM 000000001.

[254] EMC_RAM 000000001; *See also* Exxon 2015 Form 10-K, pp. 57 and 69 ("In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting impairment tests. The markets for crude oil, natural gas and petroleum products have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand."); EMC_RAM 001593539.

[255] EMC_RAM 000000001.

[256] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 92**

**CONFIDENTIAL**



186.    Notably, the average spot price of Henry Hub natural gas during Q4 2016, when Exxon externally acknowledged that an impairment trigger existed, was $3.04 per MMBtu[257] which is significantly higher than both the respective $2.28 per MMBtu and $1.85 per MMBtu spot prices at December 31, 2015 and February 24, 2016, respectively.[258] In addition, given the $2.17 per MMBtu average spot price during early 2016 through the date of Exxon's 2015 Form 10-K filing date of February 24, 2016, spot prices for the remainder of 2016 would be required to average $3.24 per MMBtu to achieve Exxon's projected 2016 average price, an increase of $1.07 per MMBtu or approximately 50% from the 2016 year-to-date average from February 24, 2016.[259]

---

[257] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[258] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[259] Calculated using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.17 for 39 spot rate days; $3.08 Exxon price plan for 2016 for 261 spot rate days, amount based on 803.88 weighted fact ($3.08 x 261

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 93**

**App. 1092**

187.   As evidenced below, NYMEX Henry Hub strip prices continued to significantly decline from the year ended December 31, 2015 and through the issuance of Exxon's 2015 Form 10-K, decreasing approximately 19% through February 24, 2016:[260]



188.   In my opinion, the evident price declines prior to and during Exxon's 2015 financial reporting period provided an indication that the carrying amount of the Company's XTO-related long-lived assets may not be recoverable and even more so when considered in combination with other indicators described hereafter, further demonstrating that an impairment triggering event had occurred as of December 31, 2015.

---

total days) less 84.52 weight factor ($2.16718 x 39 days) = 719.36 weight factor/222 days = $3.24036; $3.24036 - $2.16718 = $1.073181/$2.16718 = 49.5%).

[260] Derived using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.28 - $1.85 = $0.43/$2.28 = ~19%).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**               **Page 94**

**CONFIDENTIAL**

189. Indeed, the following reflects Exxon personnel's recognition of the difficulty of arguing that an impairment "trigger event" had "NOT" occurred during 2015 due in part to: (a) negative pricing environment; (b) industry-wide impairment write-downs; (c) reductions in Exxon's long-term U.S. natural price outlook; and (d) other acknowledged impairment-related concerns:

- When 10-K's are issued for 2015, **we will likely be one of the few companies in our industry that will NOT have taken an impairment write-down** – Chevron noted in their 2Q 10-Q an impairment due to revision to long-term crude price outlook

- PwC's regulator is the PCAOB (Public Company Accounting Oversight Board) - on record mentioning oil prices and impairments as one of the key risks their audit firm inspectors will review

- SEC has placed increased focus on how companies have disclosed the impacts of depressed commodity prices

  Likely that SEC's next round of comments to **EM could focus on impairments and disclosures related to low prices**

- *[be prepared to answer the question: So has a trigger event occurred? Answer:* ***By virtue of the reduction in EM's long-term US natural gas price outlook, would be difficult to argue to SEC that one has NOT occurred]***

- *Imperative that we put together a detailed, integrated, and robust narrative explaining why EM is different than all the other companies that report Upstream impairments*

  * * *

  **SEC has placed increased focus on reporting / disclosures…**

- **At API's Fall Accounting Committee meeting, SEC representative, who is lead accountant for oil / gas company reviews, and heavily involved in comment letters, spoke at length about expectations for public companies in the sector**:

  - **Impairment considerations – prices staying "low" generally longer than was widely thought several months ago**
  - **For impairment tests, need for realistic / defendable view of prices, considering current and past levels**

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 95**

**App. 1094**

- Grouping of cash flows for testing – have objected to continuous geology as being sole factor for grouping
- **If something NOT impaired due to expectations of higher prices, expect MD&A to address those assumptions**[261]

b) <u>Increasing 2015 and Early 2016 Operating Losses and Related Cash Flow Losses Further Indicated that XTO's Long-Lived Assets May Be Impaired</u>

190.    XTO's operating and cash flow losses realized during 2015 provided a further indication that XTO's long-lived assets may be impaired as of December 31, 2015. In this regard, PwC's engagement team documented the following impairment indicator to be "most relevant to the oil and gas upstream business":[262]

> Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group).

191.    Consistent with the aforementioned significant gas price declines, XTO's U.S. segment internally reported operating losses of approximately $0.9 billion during the nine months ended September 30, 2015.[263] During the three months ended December 31, 2015 (when Henry Hub gas prices had declined nearly 8%),[264] total year-to-date XTO U.S. losses jumped to more than $1.3 billion.[265] The approximate $0.4 billion in Q4 2015 losses represented a 34% increase in quarterly losses over prior 2015 interim periods.[266]

192.    Indeed, XTO internally reported the following cumulative 2015 U.S. "operating" losses totaling $1.35 billion:[267]

---

[261] EMC_RAM_SEC 000021986 at 1986-1987 (emphasis added).

[262] PRAM0024573 at 4575.

[263] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1896 (XTO total losses at $1.0 billion).

[264] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm ($2.28 at December 31, 2015 - $2.47 at September 30, 2015 = $0.19/$2.47 = 7.7%).

[265] EMC_RAMIREZ 000008874 at 8902. *See also* PRAM0071872 at 1908 (XTO total losses at $1.5 billion); EMC_RAMIREZ 000009451 at 9455-9456; Prestipino Tr., 184:10-185:4.

[266] Calculated using EMC_RAM 000297875 ($417M less ($932M/3 or $311M) = $133M / $311M = 34%).

[267] Derived using EMC_RAM 000297875.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 96**

**CONFIDENTIAL**



193.    The significance of these losses is evident in part by the understanding that XTO's U.S. business had not reported operating losses since 2012 when natural gas prices had averaged $2.75 per MMBtu.[268] Even then, Exxon's U.S. XTO 2015 operating losses of $1.35 billion were of greater quantitative significance and represented a 492% increase as compared to 2012 losses of approximately $228 million.[269] Stated simply, losses realized during 2015 were significant when compared to historical results.

194.    Consistent with these losses, Exxon's XTO businesses also reported net cash outflows of more than $2.0 billion during the year ended December 31, 2015.[270] While these cash outflows include capital expenditures, they are "cash flows losses" as contemplated under income methods of valuation (*e.g.*, undiscounted and discounted cash flow analyses) that include capex when estimating fair value.[271]

---

[268] EMC_RAM 000297875; Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[269] Agreed to or derived from information at EMC_RAM 000297875.

[270] PRAM0071872 at 1898.

[271] PRAM0071872 at 1898.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 97**

**CONFIDENTIAL**

195. Notably, Exxon disclosed in its 2015 risk factors that "[a]ny material decline in oil or natural gas prices could have a material adverse effect on certain of the Company's operations, especially in the Upstream segment, financial condition and proved reserves."[272] In my opinion, these significant XTO-related operating and cash flow losses during Exxon's 2015 financial reporting period provided another indication that the carrying amount of the Company's XTO-related long-lived assets may not be recoverable and contributed to my opinion that an impairment triggering event had occurred as of December 31, 2015.

    c) <u>Exxon Failed to Properly Consider Whether Decreased Henry Hub NYMEX Strip Prices Demonstrated a Significant Decrease in the Market Value of XTO's Long-Lived Assets</u>

196. Significant declines in NYMEX Henry Hub future gas pricing provided another indicator that XTO's long lived assets were impaired. NYMEX Henry Hub future gas strip pricing reflect market participant views of future benchmark gas prices based upon actual market trading in these contracts and are representative of the prices a gas producer could contractually secure for future production at an earlier time point. Accordingly, NYMEX Henry Hub future strip pricing is a widely recognized input when determining the fair value of oil and gas assets.[273] As noted above in paragraph 170, significant decreases in the market price of a long-lived asset is an impairment indicator. Additionally, as discussed below beginning in paragraph 244, the NYMEX Henry Hub future gas strip pricing is not only relevant, but the preferred metric to derive the price of natural gas.

197. Consistent with the observed decline in daily natural gas spot rates described above (see paragraphs 181 through 187), the market future contracts were also consistently decreasing. As evidenced by the brown line in the chart below, the NYMEX five-year future contracts

---

[272] Exxon 2015 Form 10-K, p. 2.

[273] Adila McHich, *Henry Hub Natural Gas Futures: Global Benchmark*, CME Group, July 7, 2023. Available at: https://cmegroup.com/articles/whitepapers/henry-hub-natural-gas-futures-global-benchmark.html. Accessed on October 6, 2024.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 98**

**CONFIDENTIAL**

were trading at the lowest rate dating back to at least 2008.[274] This data compares the future contracts trading price, by month, for the years ended December 31, 2008 – 2015. For example, the 'Base Year +1' for year 2008 would represent the average of the twelve monthly future contracts for the year 2009:[275]



198.    To further understand the historical downward trend in NYMEX natural gas futures over the past five years, I also compared the natural gas futures trading price for the year ended December 31, 2016, as of December 31, 2011, 2012, 2013, 2014 and 2015 (i.e., the average of the twelve-month futures prices for 2016 at December 31, 2011, 2012, 2013, 2014 and

---

[274] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. Note: the annual NYMEX Henry Hub prices are based on the respective future twelve-month average price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price. The subsequent twelve-month period is used as the 2017 price.

[275] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg; See Dataguide reference to NYMEX, EMC_RAM 000040426 at 0434.

**CONFIDENTIAL**

2015, respectively) in the chart below. This further supports the sustained eroding futures Henry Hub price environment by, and as of December 31, 2015:[276]



**2016 HH NATURAL GAS FUTURES PRICE**

199.    As NYMEX Henry Hub strip prices are recognized to be a key input when determining the fair value of Upstream gas properties, the significant declines in future pricing and implied value declines were a further indicator of impairment under GAAP and other accounting interpretive guidance.

        d)    <u>Significant Exxon 2015 Price Plan Decreases Over Its 2014 Price Plan Further Heightened the Likelihood that XTO's PPE Was Impaired (*i.e.*, Supporting the Occurrence of an Impairment Triggering Event)</u>

200.    In addition to significant declining natural gas prices, Exxon's projected future natural gas prices asserted during 2015 declined significantly as compared to the Company's 2014 projections. In this regard, and consistent with available accounting guidance (see e.g.,

---

[276] Derived using NYMEX Natural Gas Futures (Strip) Prices per Bloomberg.

CONFIDENTIAL

paragraph 172, Mr. Horne testified that changes in long-term price plan pricing could be a trigger for impairment consideration.[277]

201.  On average, Exxon's estimated future natural gas prices within its Price Plan were lowered by 28% during the future five-year projection periods. Exxon's 2015 price plan for 2015 through 2017 appears to have been developed no later than May 7, 2015.[278] Through at least October 13, 2015, internally projected real[279] "2015 Financial Case" Henry Hub natural gas prices were internally projected to be $2.70 for the remainder of 2015, $2.90 for 2016, and remain static at $3.00 per MMBtu from 2017 through 2030.[280]

202.  On or around October 16, 2015, while keeping Henry Hub planned prices unchanged, Exxon appears to have added extended Henry Hub plan price guidance in the Company's Corporate Plan (Revision 3) for the three years ended December 31, 2020, increasing its extended period projections from $3.00 per MMBtu to $3.20 per MMBtu (2018), $3.60 per

---

[277] Horne Tr., 59:3-12. *See also* Horne Tr., 62:8-16 (Q. So you are noting that either PwC, maybe Michael O'Riordan, because it says Michael above there, said that $5 to $4 long-term outlook could be considered a trigger? A. Could be argued as a trigger. Q. And that -- that's something that Mr. O'Riordan, one of the auditors, you're noting, stated at the meeting? A. Yes."), 68:21-69:3 ("Q. And this indicates that between 2014 and 2015, the extended plan financials for beyond year 2020 are being reduced from $5.20 to $4, correct? A. Yes. Q. And you would agree with me that reduction of about 22 percent, that could potentially be significant, correct? A. It could be.") and 76:24-78:11 ("Q. And that was a potential talking point for Rosenthal to use with Tillerson, correct? A. Yes. Q. And when you say a step change in internal price outlook could be construed as one, when we've looked at the data guide, the decrease from $5 to $4 for the long-term price outlook between '14 and '15, that could be considered a step change in internal price outlook, correct? A. Yes. Q. And therefore, it could also be considered a trigger under step 1, correct? […] A. Could you repeat the question, please? Q. Well, since it could be considered a step change, that decrease in the long-term price outlook between 2014 and 2015, it could also be considered an impairment trigger, correct? […] A. Yeah, I'm having a little difficult – could you repeat one more time? Q. I'm just saying the decrease in the outlook between the 2014 data guide and the 2015 data guide, that could be considered a trigger under U.S. GAAP for impairment testing? […] A. The way I would -- what I would say is we look at our price outlooks as they come out in the data guide and as they're finally approved by the board of directors at the end of the process – near the end of the process. We look at price among other things. And if there's been a significant decrease in our view of future prices, that could be construed as an indicator of impairment that would require further assessment. Q. And that indicator is often referred to as a trigger, correct? A. Yes.").

[278] EMC_RAMIREZ 000002550; EMC_RAM 001746868 at 6877. *See also* EMC_RAM_NYAG 000993111; PRAM0335147.

[279] "Real" prices differ from "nominal" prices in that the prices are not adjusted for inflation.

[280] EMC_RAM 001661576; EMC_RAM 001670737; EMC_RAM 001661558; EMC_RAM 001661600; EMC_RAM_NYAG 000993130.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 101**

**App. 1100**

**CONFIDENTIAL**

MMBtu (2019), and \$4.00 per MMBtu (2020), respectively.[281] These upward revisions were formally adopted in Exxon's fourth and final revision to its price plan on February 1, 2016, despite a 17% decline in the Henry Hub spot pricing as of February 1, 2016 when compared to the original May 7, 2015 price projection date.[282]

203.    Despite these subsequent increases, Exxon's 2015 Henry Hub price plan overall reflected significantly reduced price estimates for the future five-year projection periods as compared to the Company's 2014 Henry Hub price plan estimates. Notably, decreases in plan prices were acknowledged by Mr. Horne to be a potential impairment trigger.[283] These decreases, as well as decreased average annual Henry Hub spot prices, are reflected below:[284]

| COMPARISON OF SPOT RATE & 2014/2015 PRICE PLAN CHANGES | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Spot Rate: | Projected Price Plan Future Year: | | | | | |
| Year | Yearly Avg. | 1 | 2 | 3 | 4 | 5 | Avg. |
| 2014 - Henry Hub (\$/MMBtu) | **\$4.37** | \$4.30 | \$4.50 | \$4.60 | \$4.80 | \$5.00 | \$4.64 |
| 2015 - Henry Hub (\$/MMBtu) | **\$2.62** | \$2.90 | \$3.00 | \$3.20 | \$3.60 | \$4.00 | \$3.34 |
| \$/MMBtu Price Change | (\$1.75) | (\$1.40) | (\$1.50) | (\$1.40) | (\$1.20) | (\$1.00) | (\$1.30) |
| % Price Change | **-40%** | -33% | -33% | -30% | -25% | -20% | **-28%** |

204.    When observing these significant year-over-year Henry Hub price (\$/MMBtu) decreases in the Company's 2015 price plan as compared to the 2014 price plan, PwC's Senior Associate, Jeffrey Asby, internally questioned why the significant year-over-year price plan drops were not an indicator of impairment that required a Step 1 impairment analysis:

> **Address why change in plan price is not an impairment trigger.**
> **Step 1 why plan price is not a trigger**

---

[281] PRAM0547116; EMC_RAMIREZ 000002550.

[282] Derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm (\$2.74 on May 7, 2015 compared to \$2.28 on February 1, 2016).

[283] Horne Tr., 68:21-69:3, See also Horne Tr., 76:24-78:11.

[284] EMC_RAM 000040426 at 0435; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**CONFIDENTIAL**

**Step 2 how we defend the price**[285]

205.    PwC personnel appear to have documented the following response, noting that despite the Company's lowered 2015 plan prices (as compared to the 2014 Plan and noted above in paragraph 200), the Company's management asserted that the reduced pricing would not compromise the recoverability of Exxon's long lived assets:

> **Specific to the Henry Hub gas price, management would note there has been a change to their longer term view on U.S. Henry Hub gas prices primarily resulting from current and expected abundance in natural gas production. However, Management would also note that the revised price plan is still sufficient to allow for recovery of capitalized costs / generate positive earnings** (further outlined within the discussion below on XTO and certain U.S. Production assets).[286]

206.    As discussed in detail below beginning at paragraph 212, Exxon's related asset recoverability test conducted as of June 30, 2015 used to substantiate this assertion was flawed and failed to consider natural gas price declines during the Company's remaining 2015 financial reporting period, and the filing date of its Form 10-K on February 24, 2016.

207.    Exxon's conclusion that the Company's significant 2015 plan price and spot price declines were not indicators of impairment requiring a Step 1 impairment assessment contrasts with its Q4 2016 conclusion that an impairment triggering event occurred when relative percentage declines in Exxon's 2016 plan and spot price declines were considerably less than those that occurred in 2015:[287]

---

[285] PRAM0006962 (emphasis added). *See also* EMC_RAM 000988674 ("Lower Company Plan price assumptions over 2015 -2017 period could be viewed by PwC , or the SEC, as an impairment trigger").

[286] PRAM0055019 (emphasis added).

[287] EMC_RAM 000040426 at 0435; EMC_RAM 001074733 at 4741; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; PRAM0000521; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 103**

**App. 1102**

**CONFIDENTIAL**

| COMPARISON OF SPOT RATE & 2014/2015 AND 2015/2016 PRICE PLAN CHANGES | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | Spot Rate: Yearly Avg. | Projected Price Plan Future Year: | | | | | |
| Year | | 1 | 2 | 3 | 4 | 5 | Avg. |
| 2014 - Henry Hub | $4.37 | $4.30 | $4.50 | $4.60 | $4.80 | $5.00 | $4.64 |
| 2015 - Henry Hub | $2.62 | $2.90 | $3.00 | $3.20 | $3.60 | $4.00 | $3.34 |
| $/MMBtu Price Change | ($1.75) | ($1.40) | ($1.50) | ($1.40) | ($1.20) | ($1.00) | ($1.30) |
| 2015 % Price Change | -40% | -33% | -33% | -30% | -25% | -20% | -28% |
| | | | | | | | |
| 2015 - Henry Hub | $2.62 | $2.90 | $3.00 | $3.20 | $3.60 | $4.00 | $3.34 |
| 2016 - Henry Hub | $2.52 | $2.50 | $2.80 | $3.00 | $3.00 | $3.00 | $2.86 |
| $/ MMBtu Price Change | ($0.10) | ($0.40) | ($0.20) | ($0.20) | ($0.60) | ($1.00) | ($0.48) |
| 2016 % Price Change | -4% | -14% | -7% | -6% | -17% | -25% | -14% |

208.    The significant declines in projected and spot rate pricing during 2015, in combination with continued reductions in Henry Hub pricing through the issuance of Exxon's 2015 financial statements on Form 10-K ($1.85 per MMBtu on February 24, 2016) is a further indicator of impairment identified in GAAP and other accounting interpretive guidance.[288]

>    e)    HGT Recognized that an Impairment Triggering Event Relating to XTO Properties Occurred at December 31, 2015

209.    Consistent with Exxon's failure to properly acknowledge an impairment triggering event, HGT concluded that an impairment triggering event did occur with respect to certain XTO Energy conveyed net profits interest in predominantly natural gas properties inside the United States (*e.g.*, Green River Basin operated by Exxon).[289] HGT is an express trust created under the laws of Texas pursuant to the Hugoton Royalty Trust Indenture entered into on December 1, 1998 between XTO Energy Inc., as grantor, and NationsBank, N.A.,

---

[288] As noted above, ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

[289] PRAM0005882 at 5882-5883; Horne Tr. 204:3-24.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**            **Page 104**

**App. 1103**

as trustee.[290] HGT's impairment trigger conclusion was supported by its (and Exxon's) external auditor, PwC.[291] For example:

a. In an internally prepared memo, HGT acknowledged the following factors, including declining gas prices and reduced future cash flows, contributed to its conclusion that there was a strong indication that an impairment trigger had occurred (highlights added):[292]

> ## HGT Trigger Event Assessment
>
> PwC has stated that there are strong indications that an impairment trigger has occurred
>
> - Opinion based on a collective combination of the following:
>   - HGT stock price has decreased by 81% in 2015, and market capitalization is less than NPI
>   - Decrease in undiscounted future net cash flows (SMOG) for the NPI $379M 2014 to $35M 2015
>   - Negative cash flows in 2015 for 2 of the 3 conveyances (excess costs)
>   - No cash distributions for January or February 2016
>   - General decline in oil and gas prices

210. PwC documented the impairment trigger conclusion in its audit documentation, noting management's conclusion regarding the trigger, and related disclosures:[293]

| To: | Hugoton Royalty Trust Year End 2015 Audit Files |
| --- | --- |
| From: | Hugoton Royalty Trust Engagement Team |
| Date: | February 2016 |
| Subject: | Impairment assessment |

**Purpose**

As documented in the Aura file, Management concluded that a trigger event occurred for the Trust and prepared a Step 1 analysis in accordance with company policy. The purpose of this memo is to document PwC's considerations related to impairment and supplement the documentation included in the Aura file.

[…]

---

[290] PRAM0005882 at 5882.

[291] PRAM0005882 at 5882.

[292] EMC_RAM 000986993 at 6998 (highlights added).

[293] PRAM0005882.

> The Trustee determined that an impairment trigger event occurred in the further quarter.  The factors that led to this determination are appropriately disclosed in the 10-K, as shown in the excerpt below:
>
> *In light of the continued excess costs on two conveyances and the significant decrease in distributions, the trustee concluded that an impairment trigger event had occurred in the fourth quarter of 2015. An assessment of the forecasted net cash flows was performed for the NPI. Cash flows used in the assessment were developed using estimates for future crude oil and natural gas commodity prices published by third-party industry experts. Volumes and costs were based on assumptions developed in the XTO Energy annual planning and budgeting process which includes the underlying properties from which the Trust NPI were conveyed. The result of the assessment confirmed that the undiscounted future net cash flows from the NPI exceeds the carrying value of the NPI. The assumption that prices will increase in the future is key to the long-term profitability of the NPI. There was no impairment of the assets as of December 31, 2015.*

211. Notably, in concluding no impairment occurred at HGT pertaining to XTO natural gas holdings, HGT referenced its consideration and use of Wood Mackenzie third-party price projections for the years 2016 through 2019.[294] As discussed below at paragraph 247, had Exxon used updated Wood Mackenzie available prior to the issuance of its 2015 financial statements, third party pricing in conducting its own Step 1 analysis, the Company's net book value on certain XTO properties (*i.e.*, Uintah, Raton, San Juan and Green River) valued at over $3 billion would exceed projected undiscounted cash flows, indicative of a material impairment.

    f)   Exxon's Asset Recoverability Test Used to Assert That an Impairment Triggering Event Did Not Occur During 2015 Was Fundamentally Flawed and Failed to Consider Continued Natural Gas Price Declines

212. Exxon management recognized many of the aforementioned conditions existed during 2015. However, when concluding an impairment triggering event had not occurred during 2015, the Company and its external auditor, PwC, appear to have placed substantial reliance on the management's overarching conclusion that Exxon's interim undiscounted cash flows analyses (*i.e.*, "asset recoverability test") for each of XTO's 22 asset groupings maintained a positive cushion between each asset grouping's respective projected undiscounted cash flows and their carrying values (*i.e.*, reported book values).[295] This

---

[294] PRAM0005882 at 5885-5886.

[295] PRAM0024573; PRAM0071872; EMC_RAM 000000001 at 0006 ("The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective.").

**CONFIDENTIAL**

analysis appears to have been prepared in significant part using asset carrying values as of Q2 2015 and projected Henry Hub prices thereafter.

213. Relatedly, Exxon observed that "Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis" and "[i]n light of that situation, and the continued weakness in industry conditions, management performed a detailed analysis as part of an extension of the annual Plan process."[296] Exxon further asserted that the analysis "**was designed to assess the potential for future losses in order to determine whether year-to-date losses in these geographies were likely to continue and an impairment trigger had occurred**."[297] Following this analysis, Exxon concluded that "no impairment trigger had occurred":

> The results of that assessment indicated that future cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts for EM's major Canadian and U.S. Upstream assets in total. In addition, no individual asset group was found to have undiscounted future cash flows less than its respective carrying value. **Based on those results, management concluded no indication of continuing losses is likely, the carrying value of Upstream long-lived assets was recoverable, and no impairment trigger had occurred**.[298]

214. Consistent with this understanding, PwC noted that "[t]he combined headroom resulting from XTO's analysis is $219 billion" as of June 30, 2015, and concluded that it agreed with Exxon's interim "determination that there are no assets for which a material impairment should be recorded and that a trigger event has not occurred."[299]

215. However, Exxon's interim asset recoverability tests failed to properly apply supportable, up-to-date assumptions through its 2015 financial reporting period. Most notably, the Company's analysis failed to properly incorporate current natural gas prices as a starting point assumption to the undiscounted cash flow analyses. This failure is particularly significant given Exxon personnel's internal acknowledgement during a November 2015

---

[296] EMC_RAM 000000001 at 0006.

[297] EMC_RAM 000000001 at 0006 (emphasis added).

[298] EMC_RAM 000000001 at 0006 (emphasis added).

[299] PRAM0024573 at 4583.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 107**

**App. 1106**

**CONFIDENTIAL**

XTO Asset Recovery Review with PwC, of the "increased focus" placed by the SEC on oil and gas "impairment considerations," given that oil and gas prices were "staying 'low' generally longer than was widely thought."[300] In this regard, the Company's personnel expressly identified the "**need for realistic/defendable view of prices considering current and past levels**" when performing impairment testing.[301]

216.    Despite the need for realistic pricing, the following section discusses evidence demonstrating that Exxon's asserted price plan was not realistic or defendable. Specifically:

a.    Exxon's starting 2016 nominal HH prices applied in its asset recoverability test exceeded the actual Henry Hub spot price of natural gas by 30% and 60% as of December 31, 2015 ($2.97 - $2.28 = $0.69/$2.28) and the February 24, 2016 issuance date of Exxon's 2015 financial statements ($2.97 - $1.85 = $1.12/$1.85), respectively.[302] In this regard, Exxon's flawed asset recoverability testing utilized the Company's plan prices for the remainder of 2015 through 2017 that had not been adjusted since May 2015.[303] Importantly natural gas prices from June 30, 2015, through December 31, 2015 and the issuance of the company's 2015 financial statements on February 24, 2016 had fallen approximately 19% and 34%, respectively. Given these significant price declines, the price assumptions used in Exxon's asset recoverability test were outdated, inconsistent with actual pricing, and therefore unsupported.

---

[300] EMC_RAM_SEC 000021986 at 1987.

[301] EMC_RAM_SEC 000021986 at 1987.

[302] EMC_RAM 000040426 at 0435; EMC_RAM 000040321 at 0434; EMC_RAM 001747213 at 7221; Agreed to or derived from information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[303] EMC_RAM 001746869; PRAM0717939; EMC_RAM 001744700; PRAM0242653; EMC_RAM 000040426.

**CONFIDENTIAL**

    b.   The following chart depicts the Company's flawed 2015 starting point as compared to the actual Henry Hub natural gas spot prices at December 31, 2015 and just prior to the issuance of its 2015 financial statements:[304]



    c.   In addition to Exxon's dated nominal price assumptions, the Company appears to have relied on comparative third-party pricing to support its 2015 HH price plan.[305] However, the third-party pricing included in Exxon's documentation was similarly outdated, and in certain instances, included pricing measures (*i.e.*, EIA, PIRA) that were internally recognized as not having "much weight" for natural gas pricing:[306]

---

[304] Derived using https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm and ASC 855 *Subsequent Events* ("An entity shall recognize in the financial statements the effects of all subsequent events that provide additional evidence about conditions that existed at the date of the balance sheet, including the estimates inherent in the process of preparing financial statements.").

[305] EMC_RAM 000000001 at 0006.

[306] Sourced table from EMC_RAM_SEC 000109645 (*e.g.*, Wood Mackenzie data references "1H2015"); EMC_RAM_NYAG 000856446 at 6452 ("Don't put too much weight behind EIA and PIRA, primarily based on their export assumptions which don't have as robust of an integrated global view."). *See also* EMC_RAM 000000001 at 000000027 and Exxon Plan and Opportunity Price Bases 2004-2016, EMC_RAM 001747498 ("Wood Mackenzie and IHS preferred for Henry Hub").

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**             **Page 109**

**CONFIDENTIAL**



d.  Third-party pricing included in PwC's audit documentation appears to include similarly dated third-party (*i.e.*, EIA, PIRA, IHS, Wood Mackenzie) price information (adjusted legend to right to fit legend):[307]

---

[307] Sourced and reformatted from PRAM0055019.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 110**

**CONFIDENTIAL**



e. As evident above, the starting price for all but the 2015 NYMEX pricing significantly exceeds the Henry Hub spot rate of $2.28 and $1.85 per MMBtu as of December 31, 2015 and the issuance date of Exxon's 2015 financial statements, respectively.

f. Further demonstrative of the unreasonable nature of Exxon's assumed natural gas price plan, the Company's projected prices for 2019 and 2020 ($3.60 and $4.00 per MMBtu) decreased just 5% when compared to Exxon's 2014 "Opportunity Case - Mid" based pricing of $3.80 and $4.20 per MMBtu, respectively.[308] This slight reduction contrasts with the 27% actual decline in Henry Hub spot prices between December 31, 2014 and December 31, 2015.[309]

---

[308] Calculated using EMC_RAMIREZ 000000533 and EMC_RAM 000040426 (2019: $3.80 MMBtu (2014 "Opportunity Case – Mid") - $3.60 MMBtu (2015 Financial Case) = $0.20 MMBtu/$3.80 MMBtu = 5%; 2020: $4.20 MMBtu (2014 "Opportunity Case – Mid") - $4.00 MMBtu (2015 Financial Case) = $0.20 MMBtu/$4.20 MMBtu = 5%).

[309] See above in paragraph 86.

**CONFIDENTIAL**

g.  Indeed, while cash flows supporting Exxon's asset recoverability test relied on as of December 31, 2015 appear to have been projected for the second half of 2015,[310] internal price forecasts projected significantly lower pricing in June 2015. For example, in an email dated July 30, 2015, from Kurt Otte, Exxon's Upstream Accounting Policy Advisor, to Mr. Horne and others, Mr. Otte communicated the following natural gas price assumptions for the Company's upstream planners:[311] (red box added)



[…]

| Price Assumptions (nominal) for Key Markers | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2014 | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 |
| Henry Hub 2014 Corporate Plan | 4.4 | 4.4 | 4.7 | 5.0 | 5.3 | 5.6 | 5.9 | 6.1 | 6.2 | 6.4 | 6.5 | 6.7 |
| Henry Hub 2015 Corporate Plan (Upstream is currently utilizing to build plan) | | 2.7 | 3.0 | 3.2 | 3.2 | 3.3 | 3.4 | 3.5 | 3.6 | 3.7 | 3.7 | 3.8 |

---

[310] *See, e.g.,* PRAM0325081 ("HH" tab).

[311] EMC_RAMIREZ 000000121-0122.

**CONFIDENTIAL**

h.  As reflected in the following table, the drafted build plan pricing at July 30, 2015 was significantly lower than Exxon's pricing asserted in its 2015 asset recoverability test:[312]

| HH Nominal Price (MMBtu) | 2015 | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|---|---|---|
| Asset Recoverability Test | $2.7 | $3.0 | $3.2 | $3.5 | $4.0 | $4.5 | $4.6 | $4.8 |
| Build Plan | $2.7 | $3.0 | $3.2 | $3.2 | $3.3 | $3.4 | $3.5 | $3.6 |
| Difference | $0.0 | $0.0 | $0.0 | $0.3 | $0.7 | $1.1 | $1.1 | $1.2 |
| | **2023** | **2024** | **2025** | **2026** | **2027** | **2028** | **2029** | **2030** |
| Asset Recoverability Test | $4.9 | $5.0 | $5.1 | $5.3 | $5.4 | $5.5 | $5.7 | $5.8 |
| Build Plan | $3.7 | $3.7 | $3.8 | $3.9 | $4.0 | $4.1 | $4.2 | $4.3 |
| Difference | $1.2 | $1.3 | $1.3 | $1.4 | $1.4 | $1.4 | $1.5 | $1.5 |

i.  As further evident above, while Exxon's applied asset recoverability test assumed that nominal prices would exceed $4.00 per MMBtu by 2020, the Company's July 30, 2015 pricing had not assumed a $4.00 price per MMBtu until 2027.[313] Notably, between the July 30, 2015 "build plan" communication and December 31, 2015, Henry Hub spot pricing had <u>decreased</u> over 20% from $2.87 per MMBtu to $2.28 per MMBtu. Nevertheless, the Company's applied asset recoverability pricing increased significantly as compared to these decreases.[314]

j.  Consistent with this understanding, email communications from Mr. Horne in August 2015 to Stephen Littleton, Assistant Controller, (and others) includes three case

---

[312] EMC_RAMIREZ 000000121-0122; PRAM0325081 ("HH" tab).

[313] EMC_RAMIREZ 000000121-0122; PRAM0031461. *See also* Prestipino Tr., 216:7-21 ("So just -- just to help orientate with -- to you with why it's saying price assumptions, they are not -- these price assumptions are not finalized until reviewed with the board of directors, and they typically -- as we pull together the company plan, sometimes they will change. Q. But as of July, you're receiving an e-mail from Mr. Otte -- A. Yes. Q. -- that indicates that upstream planners are projecting hitting $4 in 2027, correct? A. That Henry Hub would hit $4 in 2027, yes. Q. And you received this in the ordinary scope of you employment? A. I did, yes.").

[314] http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm. In further contrast to Exxon's higher price assumptions when compared to the prices at July31, 2015, average HH prices declined significantly from the $2.82 per MMBtu prices during the seven months ended July 31, 2015. Specifically, average HH prices from August 1, 2015 through December 31, 2015 and February 24, 2016 (the issuance date of Exxon's 2015 financial statements) had respectively declined to $2.35 per MMBtu and $2.30 per MMBtu (a respective decline of 16% and 18%) [calculated using http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**　　　　**Page 113**

**App. 1112**

CONFIDENTIAL

scenarios where natural gas real prices were not expected to hit $4.00 per MMBtu until 2025, 2030, and 2035, respectively.[315] Despite actual cumulative declines in Henry Hub spot rates through December 31, 2015, Exxon's applied asset recoverability test assumed that a real $4.00 price per MMBtu would be achieved in 2020.[316] Mr. Horne stated that this decision was ultimately made by the management committee, despite the 'bookend' parameters put together by his department.[317]

k.  As separately noted above in the chart at paragraph 212, NYMEX strip pricing was by far the lowest price projection contemplated. Internal documentation and the Company's own disclosures effectively implied such pricing was considered when evaluating the realizability of Exxon's natural gas assets. For example, handwritten notes of Cindy Allen, Exxon's Accounting Policy Manager, prepared in connection with the Company's impairment assessments, acknowledged that the Company had "always" used NYMEX strip pricing.[318] Consistent with this understanding, the Company disclosed the following its 2015 financial statements:

> **If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices** […]. Volumes are based on projected field and facility production profiles, throughput, or sales. These evaluations make use of the Corporation's price, margin, volume, and cost assumptions

---

[315] EMC_RAMIREZ 000000301 at 303. *See also* Horne Tr., 171:22-172:3 ("Q. But my only question is your bookends were 2025 to 2035 of hitting the $4, correct? A. Say that two numbers at the end again. Q. Your bookends were 2025 and 2035 of hitting the four-dollar long-term price outlet, correct? A. In the spreadsheet I provided, yes, that's correct.").

[316] PRAM0031461 and PRAM0325081.

[317] Horne Tr., 158:10-159:3 ("Q. My question is simply, Mr. Horne, the management committee prices that came back to you reached $4 five years earlier than the low end of the bookend included in Exhibit 71, which you had forwarded to Ms. Castille and Mr. Littleton -- Littleton on August 21, 2015, correct? A. That is correct. Q. And it also appears from the format of Exhibit 72, the plan prices that you're communicating and forwarding to Mr. Littleton and Ms. Castille, that format is very similar to what you had sent them on August 21st, the Excel files that you had sent them on August 21st. The timing and numbers are different, but the formatting is similar; is that accurate? A. The formatting is similar. Q. And this reaching $4 in 2020 was the decision of the management committee, correct? A. Reaching $4 by 2020 for Henry Hub was the management committee's assessment, yeah.").

[318] EMC_RAM_SEC 000088138.

**CONFIDENTIAL**

developed in the annual planning and budgeting process, and **are consistent with the criteria management uses to evaluate investment opportunities**.[319]

l.  Multiple internal, contemporaneous analysis used to evaluate certain investment opportunities utilized by Exxon during 2015 demonstrate the Company's use of NYMEX strip pricing. As evident in the chart above at paragraph 216, Exxon's assumed price plan prices significantly exceed NYMEX estimates and by 2020, while the Company's projections reflected a nominal price of $4.53 per MMBtu, inflation adjusted NYMEX price estimates approximated just $3.19 per MMBtu (*i.e.*, an increased price difference of over 42%).[320]

217.  Indeed, when Exxon finally acknowledged the impairment of certain XTO properties during 2016, after oil prices had somewhat recovered, the Company's applied estimates were at or less than NYMEX strip pricing.[321] In this regard and as discussed hereafter, applying accurate, updated supportable pricing further substantiated the existent impairment triggering event and, as discussed hereafter, demonstrated that certain of the carrying amount of Exxon's XTO-related assets were impaired and not recoverable as of December 31, 2015.

2.  **A GAAP Step 1 Asset Recoverability Assessment Demonstrates that Several XTO Properties' Asset Group Carrying Values Exceeded Their Respective Undiscounted Cash Flows**

218.  Exxon failed to properly recognize a triggering event had occurred during 2015. Consequently, the Company did not perform a formal 'Step 1' analysis in accordance with GAAP as of December 31, 2015. As detailed below, had the Company performed an appropriate, 'Step 1' analysis as of December 31, 2015, the Company would have identified

---

[319] Exxon 2015 Form 10-K, p. 57 (emphasis added).

[320] PRAM0325081; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future twelve-month average future price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price and equals $2.53. The subsequent twelve-month period is used as the 2017 price and equals $2.81. Relevant to this citation, the average monthly periods starting at month 49 through month 60, equals $3.19.

[321] EMC_RAM 000000080 at 0312. *See also* PRAM0003364 at 3388; PRAM0006176 at p 26.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 115**

**App. 1114**

**CONFIDENTIAL**

numerous XTO asset groups with undiscounted future cash flows that were less than their book values, signifying the respective assets' carrying value may not be recoverable under GAAP.

219.    As discussed above beginning at paragraph 212, the Company performed an asset recoverability test at or near June 30, 2015. Cindy Allen, Exxon's Accounting Policy Manager, observed in a March 11, 2016 email communication that no impairment trigger had occurred based on that asset recoverability test.[322] Ms. Allen further noted that it "seems like circular logic – to do the cash flow test which you would ordinarily [sic] have to do to test for impairment, to determine if a trigger exists after which you would be required to do the same test. It is absolutely circular, but under US GAAP this is allowed."[323]

220.    However, Exxon's asset recoverability test was not performed as of the end of the financial reporting period when the triggering event existed, and consequently was fundamentally flawed as a "Step 1" impairment test. Of particular importance, I have identified that the Company's projected natural gas prices were not reasonable and inconsistent with the current price environment as it pertains to Company's U.S. XTO asset groupings, including: (i) Uintah, (ii) Raton, (iii) San Juan, and (iv) Green River.[324] For these same asset groupings, I further note that:

a.    Exxon's assumed cash flows included significantly lower operating cost percentages for certain extended periods of time. For example, when forecasting revenue and expenses, Exxon assumes reduced levels of operating expense increases during the

---

[322] EMC_RAM_SEC 000031998.

[323] EMC_RAM_SEC 000031998. Note: Ms. Allen's communications conflict with PwC's 2015 audit documentation which notes: "XTO prepares a model for each play which closely resembles the impairment review model. These models utilize specific inputs (which are detailed further below) to calculate future profitability based on planned production. The primary objective of these models is not to serve as a step 1 analysis but rather to help the Corporation evaluate whether assets are delivering the expected level of return." [PRAM0024573]

[324] The focus of my current analyses has been generally limited to these four asset groupings. Notably, each was deemed to be impaired by Exxon during the year ended December 31, 2016. [EMC_RAM 000000080 at 0313].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 116**

**App. 1115**

cash flow period. As reflected in the charts for Uintah and Raton below, this results in significant, irregular drops in assumed operating expenses as a percentage of revenue, increasing each asset group's respective profitability:[325]





---

[325] Derived from information at PRAM0325081.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**       **Page 117**

**CONFIDENTIAL**

    b.   The periods of relatively low levels of assumed operating expenses appear based in part on capital expenditure activity commencing over fifteen years into the future, and

    c.   While less relevant to the aforementioned U.S. XTO asset groupings, Exxon's assumed crude oil prices are dated and inconsistent with price declines during the Company's 2015 financial reporting period.[326]

221.   For purposes of this report and as discussed hereafter, I have only challenged the Company's flawed and dated projected natural gas price assumptions when developing its cash flow analyses. As described hereafter, using reasonable and timely price assumptions renders several XTO asset groups, including Exxon's Uintah, Raton, and San Juan groupings, with book values in excess of their undiscounted cash flows. Stated simply, certain material XTO asset groups failed the Step 1 impairment test under GAAP when applying reasonable and appropriate price projections.[327]

    a)   <u>Applicable Guidance Recognizes that Reasonable and Appropriate Price Assumptions Be Used in a Step 1 Asset Recoverability Test</u>

222.   Applicable GAAP, Exxon's disclosed policies, and other accounting guidance require that key assumptions such as projected pricing, must be reasonable, timely, and appropriate when performing a Step 1 asset recoverability assessment. For example, to develop a proper asset recoverability test (Step 1), Exxon should have considered the guidance set forth by ASC 360-10-35:29-35, "Estimates of Future Cash Flows Used to Test a Long-Lived Asset for Recoverability," which states that all future cash flows directly associated with the asset group should be included in the analysis:

> 35-29: Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall include only the future cash flows (cash inflows less associated cash outflows) that are directly associated with and that are expected to arise as a direct result of the use and eventual disposition

---

[326] PRAM0325081. Note: Except where noted, I have assumed that Exxon's other cash flow assumptions applied (*e.g.*, asset groupings, combined proved and unproved property approach to estimated reserves, capital expenditures, work programs, etc.) in the Company's undiscounted cash flow model were reasonable for purposes of my analysis.

[327] Adjustments made to the Company's projected crude prices and operating expense assumptions could have a further negative impact on the Company's XTO-related assets' recoverability.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 118**

**App. 1117**

of the asset (asset group). Those estimates shall exclude interest charges that will be recognized as an expense when incurred.[328]

223.    While ASC 360 does not provide explicit guidance to develop estimated price assumptions, guidance within the AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, notes that future assumed prices should be based off best estimates, recognizing that subsequent events (*e.g.*, price declines) may provide additional relevant information when evaluating impairment:

> The undiscounted net future cash flows are based on total proved and risk-adjusted probable and possible reserves. Future prices and costs should be in nominal dollars and **must reflect management's best estimates**. Future cost projections should include future capital expenditures, development costs, operating costs, and AROs not currently accrued on the balance sheet.
>
> […]
>
> Subsequent events also may be considered in the determination under certain circumstances, as described in Topic No. 12(D)(3)(c) of the SEC's Codification of Staff Accounting Bulletins.[329]

224.    Consistent with this understanding, the Petroleum Accounting Guide also recognized that prices used to determine expected future cash flows (Step 1) should have high correlation with future price assumptions that management uses in its own long-range budgeting, process property acquisition, and property divestiture programs:

> Future prices should be in nominal dollars (adjusted for expected inflation) and must reflect management's best estimates. Such prices must have a high correlation with the future pricing assumptions that management uses in its long-range budgeting process, property acquisition, and property divestiture programs. Management's price estimates can be derived from actual contracts or independent public forecasts, such as the Oil & Gas Journal's semi-annual price forecast compendiums or the SPEE annual Survey[s] of

---

[328] ASC 360-10-35-29 through 35.

[329] AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, 4.36 and Appendix A, Summary of the Successful Efforts and Full Costs Methods of Accounting.

**CONFIDENTIAL**

Economic Parameters Used in Property Evaluations as noted in Chapter 31.[330]

225.    Indeed, Exxon's disclosed policy asserted that when an impairment "trigger event" occurs, the Company evaluates key assumptions like future prices against its annual planning processes and requires consistency with "criteria management uses to evaluate investment opportunities":

> If there were a trigger event, the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed using estimates for future crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field and facility production profiles, throughput, or sales. **These evaluations make use of the Corporation's price, margin, volume, and cost assumptions developed in the annual planning and budgeting process, and are consistent with the criteria management uses to evaluate investment opportunities. Where unproved reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation**.[331]

226.    Regarding investment assumptions, PwC's audit documentation related to the valuation of Exxon's acquisition of certain Upstream oil and gas properties included the following question and answer documentation citing Exxon's explicit consideration of NYMEX Henry Hub future strip prices when determining the fair value of its investment:[332]

---

[330] PwC Petroleum Guide, 7th Edition, PRAM0094474 at 4815. *See also* PwC Petroleum Guide, 8th Edition, Chapter 17, p. 310. ("Forecasted prices used in reserves estimates should be consistent with those used by management to operate the business, including its capital allocations. These price estimates typically are derived from a variety of sources, including but not limited to: customer contracts, future strip prices, analyst reports, government publications, internally developed estimates, etc.").

[331] Exxon 2015 Form 10-K, pp. 57 and 70 (emphasis added).

[332] PRAM0026635 at 6639. *See also*, PRAM0322029 at 2033 and 2034; PRAM0073773 at 3777.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**            **Page 120**

CONFIDENTIAL

| Pricing and Enterprise Value Derivation | |
|---|---|
| 16. What pricing curve was used? It is normally not appropriate to use one price throughout the valuation date (i.e. spot price). The most acceptable measure of fair value would utilize NYMEX strip prices on the valuation date, which can be obtained from Bloomberg (use the CCRV function). Consult with a Director or Partner if spot, SEC or company specific prices were used. | The Henry Hub and Brent strip price was used as the pricing curve. |

227.  The Petroleum Accounting Guide similarly references results from the "U.S. Petroleum Accounting Practices" poll question in which a significant majority of respondents applying the successful efforts method of accounting (*i.e.*, 67%) acknowledged **using "externally published strip pricing** [*i.e.*, **NYMEX for Henry Hub natural gas futures contracts**] **as a primary input to compute expected undiscounted future cash flows [Step 1] when assessing impairment under ASC 360-10-35**."[333]

> b) Exxon's Own 2015 Price Plan Is Flawed and Not Consistent with Accounting Guidance, Current and Post 2015 Pricing, and Other Internal Price Forecasts

228.  As described above beginning at paragraph 215, Exxon's 2015 price plan used in its asset recoverability test, was flawed. Of particular note, Exxon's assumed pricing: (i) was inconsistent and significantly higher than the Company's initial internal "build plan" pricing (*see e.g.*, paragraph 216);[334] (ii) was not consistent with actual prices at the time of development; (ii) were not supported by historical trends or relevant, timely third-party forecasts; and (iv) assumed five-year pricing that was not consistent with observable future market prices (NYMEX).

229.  In addition to my commentary above beginning at paragraph 215, I note that the real (*i.e.*, as opposed to nominal) natural gas prices used in the Company's 2015 Dataguide Price Plan for the rest of 2015 was $2.75 MMBtu.[335] This exceeded the actual average spot rate for natural gas for the year 2015 of $2.62 MMBtu by approximately 7%. Furthermore, as of the date of the 2015 Dataguide's publication (February 1, 2016), the daily spot rate was

---

[333] Petroleum Accounting, 8th Edition, p. 310 (emphasis added).

[334] Prestipino Tr., 229:7-234:8.

[335] PRAM0325081; EMC_RAM 000040426 at 0435.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**                    **Page 121**

**CONFIDENTIAL**

$2.28 MMBtu, which dramatically conflicted with the 2015 pricing assumed of $2.75 MMBtu (21% higher than the end of year price).[336]

230.    Despite the sharp and continued decline in Henry Hub prices during Q4 2015, the Company's final 2015 plan price applied in its undiscounted cash flows had not been updated since September of 2015.[337] Moreover, the Company's 'second' revision of the Dataguide on or around September 14, 2015 actually _increased_ the 2015 natural gas price point from $2.7 MMBtu to $2.75 MMBtu despite the actual spot rate's general _decline_ during this same time period.[338] As a result, the Company's natural gas real and nominal 2015 prices used in the Asset Recoverability Summary were unsupported, not reflective of a best estimate, required updating based on current conditions, and should not have been relied upon when performing a Step 1 asset recoverability test.

231.    This failure is compounded by the assumed increase in the natural gas spot rates for 2016, to $2.90 MMBtu within the Company's same price plan.[339] Similar to the analysis above (_see_ paragraph 230), this price had not been updated since March of 2015, despite sharp declines in the market price of natural gas over the same period of _at least_ 20% during this same time period.[340] Furthermore, inconsistent with actual contemporaneous market transactions as of December 31, 2015, which were decreasing rapidly, the Company forecasted a year-over-year nominal increase in the spot rate of natural gas of over 6%.

232.    Not only were the Company's 2015 prices not updated to reflect actual historical market transactions that occurred during 2015, the Company failed to make similar necessary

---

[336] PRAM0325081; EMC_RAM 000040426 at 0435.

[337] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; EMC_RAM 001744700; EMC_RAM 000040426.

[338] EMC_RAM 001744700; PRAM0717939.

[339] EMC_RAM 000040426 at 0435.

[340] Unless otherwise stated, the average decline in the spot rate of natural gas is quantified as the one-month average immediately prior to publication of the Dataguides / price points being compared. In this instance, the 20% decline in natural gas prices was observed between the publication of the first revision of the 2015 Dataguide on March 25, 2015 and the fourth (and presumably final) revision to the Dataguide on February 01, 2016. As such, I quantify the change in price as the change in the average price for the one month immediately preceding the date of publication (_i.e._, January 2016 compared to February 26 – March 25 2015).

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 122**

**CONFIDENTIAL**

updates to the 2016 prices. Therefore, not only are these price points unsupported, but this also renders the implied growth rate from 2015 to 2016 as not reliable. As a result, the Company's near term (2015 and 2016) natural gas nominal prices and the associated growth rate from 2015 to 2016 used in the Asset Recoverability Summary were unsupported, required updating, and should not be relied upon to perform a proper Step 1 asset recoverability test.

233.    Indeed, the average daily spot trading price of natural gas in Q4 2015 and January 2016 was $2.12 MMBtu and $2.28 MMBtu, respectively.[341] The daily spot trading price on December 31, 2015, February 1, 2016, and February 24, 2016 (date of 2015 Form 10-K filing) was $2.28 MMBtu, $2.28 MMBtu, and $1.85 MMBtu, respectively.[342] These data points, in combination with the charts above in paragraphs 181, 185, and 197, demonstrate the sustained, poor price environment during the preparation of Exxon's 2015 Form 10-K filing.

234.    Further notable, the Company's five-year natural gas price forecast implied a real compounding annual growth rate of 7.8% for each of the years 2016, 2017, 2018, 2019, and 2020.[343] This rate of compounding growth had not been observed since 2008 (*i.e.*, price of natural gas in 2008 had a five-year average growth rate of 10% from 2003 to 2008).[344] Moreover, when this rate of compounding growth was last observed in 2008 there was a longstanding trend of increasing prices (*e.g.*, the years 2003 to 2007 also had 10%+ five-year compounding growth) whereas in 2015, the preceding six years were marked with five-year compounding of 2% or negative growth.[345] The Company's assumed growth rates were outside of historical norms and not explained with commentary within the Dataguide to support such a rapid increase in the Company's forecast of natural gas prices.

---

[341] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[342] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[343] Calculated using information at PRAM0055019 and PRAM0325081 as ($4.00 per MMBtu/$2.75 per MMBtu)^(1/5)-1.

[344] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[345] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 123**

235.    Additionally, the Company's price plan exceeded that of observable third-party pricing; including the NYMEX Henry Hub five-year forward curve pricing, five-year IHS forecasts, and five-year Wood Mackenzie forecasts. This is illustrated in the tables below, which show the Company's 2015 price plan was over 20% higher than most other reputable forecasts for the same period by the year 2019.[346]

| | Five-Year Natural Gas Price Forecasts | | | |
|---|---|---|---|---|
| Year | 2015 Dataguide (Rev 4) - Nominal | NYMEX HH | Wood Mackenzie | IHS |
| | [a] | [b] | [c] | [d] |
| 2015 | $2.75 | n/a | $2.70 | $2.72 |
| 2016 | $2.97 | $2.53 | $3.08 | $2.82 |
| 2017 | $3.15 | $2.81 | $3.41 | $2.99 |
| 2018 | $3.45 | $2.92 | $3.07 | $2.99 |
| 2019 | $3.97 | $3.04 | $2.94 | $3.18 |
| 2020 | $4.53 | $3.19 | $2.96 | $3.36 |

| | Exxon Price Plan's Price as Compared to Independent Forecasts | | | |
|---|---|---|---|---|
| Year | 2015 Dataguide (Rev 4) - Nominal | NYMEX HH | Wood Mackenzie | IHS |
| | | ([a]-[b]) / [b] | ([a]-[c]) / [c] | ([a]-[d]) / [d] |
| 2015 | n/a | n/a | 2% | 1% |
| 2016 | n/a | 17% | -3% | 5% |
| 2017 | n/a | 12% | -8% | 5% |
| 2018 | n/a | 18% | 12% | 15% |
| 2019 | n/a | 31% | 35% | 25% |
| 2020 | n/a | 42% | 53% | 35% |

---

[346] PRAM0325081; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. As footnoted above, the presented NYMEX Henry Hub prices are based on the respective future twelve-month average future price for each year shown. For example, at December 31, 2015, the future twelve-month average futures prices is used as the 2016 price and equals $2.53. The subsequent twelve-month period is used as the 2017 price and equals $2.81.

; WOOD0001237; EMC_RAMIREZ 000009026. *See also* Exxon Plan and Opportunity Price Bases 2004-2016, EMC_RAM 001747498 ("Wood Mackenzie and IHS preferred for Henry Hub");

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 124**

**CONFIDENTIAL**

236.    As discussed in further detail below and illustrated by the above tables, the Company's 2015 final HH price plan exceeded other market data and forecasts at many key intervals. Most notably though, it exceeded all other five-year price forecasts by at least 35% by the year 2020. This is important, as the majority of the asset groups' revenue was forecasted to be earned more than five years into the future (*i.e.*, 2021 and thereafter). The Company's 2015 price plan forecasts five years into the future (*i.e.*, 2020) and then adopts a 2.5% inflation rate to obtain nominal pricing used in its asset recoverability test. Consequently, the price employed in 2020 carries significant weight, as all future prices compound at 2.5% annually from this figure at least 50 years (2070), and sometimes 80 years into the future (2100).

237.    Exxon's Accounting Policy Manager at the time, Mr. Horne, conceded the $4.00 MMBtu price by 2020 was made by management above him.[347] He went on to discuss the figures he provided, which included a range of outcomes of between 2025 and 2035 as to when Henry Hub natural gas price plan would hit reach $4.00 MMBtu.[348] Had the Company adopted figures provided by Mr. Horne that asserted natural gas prices would reach $4.00 MMBtu in 2025, such pricing would be more consistent with those reflected in the table above.

238.    Illustrated in the chart below titled "Step 1 Asset Recoverability Impairment Test – XTO Natural Gas Prices" the Company's 2015 Dataguide Price Plan for natural gas (black line) is far in excess of other available pricing, even when in certain cases assuming Exxon's own price plan growth rates:[349]

---

[347] September 17, 2024 Deposition of Joseph Horne ("Horne Testimony"), pp. 157:25 – 158:3.

[348] Horne Testimony, pp. 152:6-154:4.

[349] Exxon Price Plan (EMC_RAM 000040426), NYMEX Natural Gas Futures (Strip) Prices per Bloomberg with 2.5% inflation adjustment, December 31, 2015 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm), February 24, 2016 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm), IHS 5-year forecast with 2.5% inflation adjustment (EMC_RAMIREZ 000009026), and Wood Mackenzie 5-year forecast with 2.5% inflation adjustment (WOOD0001237).

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**           **Page 125**

**App. 1124**

**CONFIDENTIAL**



239.    As noted above, the yellow and pink lines reflect my consideration of an updated, more timely starting price point evident during Exxon's 2015 financial reporting (*i.e.*, prices ending as of December 31, 2015 and on the Company's 2015 financial statement issuance date). For these lines, I have simply adjusted the starting point value but retained Exxon's own HH price plan growth rates. The lines in blue and green reflect updated, more current third-party pricing forecasts of IHS and Wood Mackenzie. As noted above, Exxon internally acknowledged that those sources were relevant to HH natural gas pricing, when compared to other third-party sources. The red line reflects the five-year Henry Hub futures prices in place as of December 31, 2015.

240.    As further highlighted by the red box above, Exxon applies an inflation adjustment rate of 2.50% to the 2020 price plan to forecast prices beyond 2020. I have generally retained this assumption when comparing and contrasting the Company's 2015 price plan to these other measures. Put simply, the chart above demonstrates the Company's price plan was inconsistent with these relevant measures.

**CONFIDENTIAL**

241.  Of further note, Exxon estimated the majority of the individual asset groupings' revenue to be recognized as revenue in years after 2020 in its asset recoverability test. Consequently, the elevated 2020 price point depicted above is an important factor in estimating future profitability in a Step 1 analysis. This is because the majority of the estimated volume of natural gas was expected to be recognized as revenue in years beyond 2020. This can be shown by the following chart which shows forecasted revenue in Exxon's asset recoverability undiscounted cash flows as a percentage of the total before and after 2020:[350]

| Forecasted Revenue by Time Period | | |
|---|---|---|
| | 2016 - 2020 | 2021 - thereafter |
| Uintah | 2.95% | 97.05% |
| Raton | 2.42% | 97.58% |
| San Juan | 16.51% | 83.49% |
| Green River | 20.17% | 79.83% |

242.  Exxon's assertion that Henry Hub natural gas prices would be $4.53 MMBtu (in nominal dollars) for 2020,[351] is greater than 20% higher than the next highest comparable price point plotted on the graph (*i.e.*, use of the December 31, 2015 HH spot rate with applied Exxon 2015 price plan growth). Moreover, it is approximately 54% higher than the Wood Mackenzie five-year forecast that Exxon would subsequently concede was from a source that was "*likely too optimistic.*"[352] Clearly, the Exxon 2015 Dataguide Price Plan is an outlier that contrasts with more reasonable and appropriate pricing estimates during the Company's 2015 financial reporting period.

243.  As the graph in paragraph 238 above illustrates, the NYMEX Henry Hub five-year forward pricing curve (red line) appears at the center of the various, more timely, appropriate

---

[350] PRAM0031461; Calculated as (2016 through 2020 Revenue) / Total Asset Group Revenue.

[351] See table at paragraph 235; 2020 December 31, 2015 HH spot rate with applied Exxon 2015 price plan growth rates is $3.76 [Exxon Price Plan (EMC_RAM 000040426), December 31, 2015 Spot Rate with Exxon growth rate (http://www.eia.gov/dnav/ng/hist/rngwhhdd.htm)] ($4.53 - $3.19 = $0.77/$3.19 = 20%).

[352] EMC_RAM 000000080 at 0314–0315 (emphasis added). I acknowledge the Wood Mackenzie forecast management characterized as 'too optimistic' in 2016 is a different forecast; however, these forecasts were published by the same energy company and are comparable based on my review.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 127**

**CONFIDENTIAL**

measures and in my opinion, as more fully described below beginning at paragraph 244, is the most appropriate price data available to perform an asset recoverability test for the purpose of determining the undiscounted cash flow test for a Step 1 asset recoverability test consistent with ASC 360.

    c)  <u>The Use of the Henry Hub Five-Year Forward Curve Pricing with Exxon's 2.5% Inflation Rate Thereafter, Is the Appropriate Future Pricing to Apply When Conducting Exxon's Step 1 Asset Recoverability Test</u>

244.    The NYMEX Henry Hub five-year forward pricing curve is the most appropriate price data given:

a.  NYMEX HH pricing aligns with authoritative guidance and is the most common industry metric utilized (as discussed above beginning at paragraph 226);

b.  NYMEX HH pricing is based on actual market transactions. Specifically, NYMEX Henry Hub five-year forward pricing curve differs from similar NYMEX Henry Hub 'spot rates' as it reflects the current trading price of natural gas future contracts. Whereas other pricing data is based on industry forecasts, the NYMEX Henry Hub five-year forward pricing curve is based on observable market transactions;[353]

c.  The future pricing was commonly utilized by the Company when evaluating the fair value of its investments (see paragraphs 245 and 246 below); and

d.  NYMEX HH pricing is supported by robust, timely comparables (see red line in comparison to other measures reflected in the paragraph 238 chart above).[354]

245.    Indeed, the Company's own 2015 Corporate Plan Dataguide references the NYMEX Henry Hub five-year forward pricing curve as the basis to evaluate assets:

---

[353] Adila McHich, *Henry Hub Natural Gas Futures: Global Benchmark*, CME Group, July 7, 2023. Available at: https://cmegroup.com/articles/whitepapers/henry-hub-natural-gas-futures-global-benchmark.html. Accessed on October 6, 2024 ("this [Henry Hub] contract to become the benchmark or defacto price reference for the U.S. and global gas market.").

[354] Notably, when Exxon impaired its XTO assets during 2016, the Company's asserted price plan was very similar to NYMEX 2016 futures pricing. *See, e.g.,* EMC_RAM 001670847 at 0857.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 128**

**App. 1127**

**CONFIDENTIAL**

The purpose of this section is to establish a consistent basis when developing market futures for evaluating opportunities with near term price sensitivities.

Market futures are constantly changing. The evaluations should be completed using the most recently available market futures consistent with an orderly evaluation process. The market futures should be collected from the prior day close and the preferred sources are as follows:

- CME Group (NYMEX) – WTI and Henry Hub.

\* \* \*

Typically, the market futures have minimal volumes traded beyond 24 months, however the purpose of the market future sensitivity is to test opportunities to the full extent of market futures. **Thus, the market futures should be collected starting from the current year and extending an additional five years (total of six). For opportunity evaluations that require near term prices beyond six years, the last available market futures (in year six) should be escalated with the corporate escalation factor.**[355]

246.   The utilization of Henry Hub prices for natural gas volumes was also corroborated by Exxon employee Cindy Allen (Accounting Policy Manager) when she stated, "*henry hub is all we need for gas*" in response to receiving IHS and Wood Mackenzie price outlooks.[356]

   d)   The Use of Reasonable Price Inputs Results in Undiscounted Cash Flows Less Than the Carrying Value of Numerous XTO Asset Groups

247.   As aforementioned, with the exception of adjusting for reasonable future HH prices, I have applied a Step 1 analysis that uses *the same* asset recoverably data applied by the Company in connection with its 2015 asset recoverability test.[357] As illustrated in the following chart, the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceed the undiscounted cash flows derived when using the reasonable and appropriate NYMEX five-

---

[355] PRAM0717939 (emphasis added).

[356] EMC_RAMIREZ 000015594 (emphasis added). *See also* PwC's use of NYMEX pricing when performing its own ASC 360, Step 1 undiscounted cash flow (recoverability) analysis and Step 2 fair value analysis in connection with another entity (CEU Holdings Limited) at PRAM0400687.

[357] PRAM0031461.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 129**

**App. 1128**

**CONFIDENTIAL**

year forward pricing (*i.e.*, through 2020) with Exxon's 2.5% inflation adjustment thereafter:[358]

| Step 1: XTO Asset Recoverability Analysis Impairment Indicator | | | | |
|---|---|---|---|---|
| Price Data Utilized | Uintah | Raton | San Juan | Green River |
| NYMEX 5-yr Forward Pricing w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| 12/31/15 Spot Rate w/ Exxon GR | Yes | Yes | No | No |
| 2/24/16 Spot Rate w/ Exxon GR | Yes | Yes | Yes | Yes |
| IHS 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| Wood Mackenzie 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |

248.    As further reflected in the second and third rows of the table above, the use of spot prices at December 31, 2015 and prior to the issuance of the Company's 2015 financial statements on February 24, 2016, applying Exxon's own growth rates ("Exxon GR"), further support this conclusion. Exxon's failed Step 1 analysis under GAAP is further demonstrated by the use of updated end-of-year 2015 third-party forecasts, applying Exxon's own 2.5% inflation assumption after five years (see the fourth and fifth rows in the table above).

249.    Notably, Exxon's Step 1 failure and further indication of impaired assets do not include consideration of the aforementioned, unusual operating expense, and dated oil pricing factors described above beginning in paragraph 220. Assuming such items are flawed and require updating, undiscounted cash flows would further be reduced resulting in greater differences between Step 1 cash flows and each respective asset group's carrying value.

3. **A Step 2 Fair Value Analysis of the Impaired Assets Required Exxon to Recognize a $3.4 Billion Impairment as of December 31, 2015**

a)    Step 2 Fair Value Analysis Methodology

250.    As discussed in [IV.C.2] above, Exxon failed to properly assess its XTO asset groups for a formal 'Step 1' asset recoverability test in accordance with ASC 360-10-25 (Subsequent Measurement – Impairment or Disposal of Long-Lived Assets). Had a proper Step 1 analysis been completed prior to the issuance of Exxon's 2015 Form 10-K, the Company would have identified, at a minimum that its Uintah, Raton, and San Juan asset groups had a book value in excess of their undiscounted cash flows—resulting in the need for a fair

---

[358] See Schedules 1.1 through 1.20.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 130**

**CONFIDENTIAL**

value Step 2 impairment assessment (see above at paragraph 247). As a result, I have performed a Step 2 analysis for each of these three asset groups as required under GAAP.

251. Measurement of an impairment loss is governed by ASC-360, which states:

> 35-17: An impairment loss shall be recognized only if the carrying amount of a long-lived asset (asset group) is not recoverable and **exceeds its fair value**…. That assessment shall be based on the carrying amount of the asset (asset group) at the date it is tested for recoverability, whether in use (see paragraph 360-10-35-33) or under development (see paragraph 360-10-35-34). An impairment loss shall be measured as the amount by which the carrying amount of a long-lived asset (asset group) exceeds its fair value.[359]

252. The price employed within the Step 2 fair value analysis should comply with fair value principles.[360] For purposes of my analysis, I have generally utilized the same approach employed by Exxon during 2016 when it wrote off many of the same asset groupings at issue in this case. Specifically, I have applied a single discounted cash flow analysis for each asset grouping, using the price assumptions applied in my Step 1 analysis (*i.e.*, NYMEX futures pricing plus inflation).

253. Consistent with the documents cited above, including Exxon's own business combination and related fair value practices described in paragraph 226 support the use of NYMEX futures pricing when conducting a step 2 analysis. The consideration of strip pricing was also consistent with Exxon's methodology for determining fair value in 2014.[361] Moreover, the Petroleum Accounting Guide, 7th Edition, states that for natural gas property valuations, entities "should utilize a Henry Hub price deck that has been adjusted for differentials."[362] The Petroleum Accounting Guide, 8th Edition, similarly states quoted prices on the NYMEX for Henry Hub natural gas or "strip prices" are "the most widely used" prices

---

[359] ASC 360-10-35-17 (emphasis added).

[360] ASC 820. Note that ASC 820 defines fair value as "the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date." I have applied this accounting guidance when conducting my Step 2 analysis.

[361] Horne Tr., 185:16-18 ("Q. My question, in estimating fair value to XTO in 2014, you utilized strip prices, correct? A. Yes."); EMC_RAM 000001877 at 2113.

[362] Petroleum Accounting, 7th Edition, PRAM0094474 at 5065.

---

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 131**

**App. 1130**

**CONFIDENTIAL**

used by companies and appraisers when deriving fair value measurements.[363] This is due in part because "[o]ther quoted price decks lack the support of NYMEX prices, since they are not based on actual market transactions."[364]

254.    Consistent with this understanding, PwC's Petroleum Academy, Advanced Upstream Accounting training materials, PwC further emphasizes the use of Henry Hub strip prices when discussing which prices should be used to determine 'economic producibility' (*i.e.,* Step 2 Impairment Analysis) by stating prices should be:

> Assessing impairment Step 2 […]
>
> Fair value of oil and gas properties is generally accepted to be discounted, expected future cash flows
>
> - **Companies use what is referred to as their "strip" pricing forecast which is their best estimate of future prices**
>
> - Strip pricing can be used and this strip pricing should be adjusted for price differentials […]
>
> Management estimate- generally "strip pricing" […]
>
> **Future prices used in the valuation should be in nominal dollars (adjusted for expected inflation) and must reflect management's best estimates**. Such prices must have a high correlation with the future pricing assumptions that management uses in its long-range budgeting process, property acquisition, and property divestiture programs. The prices utilized do not have to align with SEC definitions. **Pricing should be generally utilize the strip prices. These prices are typically flat-lined after year five.** If inflation is included in the pricing then inflation should be considered in the production costs.[365]

255.    As such, it is my opinion that the appropriate price to be adopted within my Step 2 asset fair value assessment should be the five-year Henry Hub NYMEX forward strip pricing,

---

[363] Petroleum Accounting, 8th Edition, p. 644.

[364] Petroleum Accounting, 8th Edition, p. 644.

[365] PRAM0051019 (emphasis added).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 132**

**CONFIDENTIAL**

which then adopts the Company's 2.5% inflation rate thereafter (*i.e.,* the same price plan used within my Step 1 analysis.)

256. To develop an appropriate discount rate to properly assess the fair value of future cash flows, I considered relevant GAAP, including the SEC Regulation S-X Rule 4-10 and ASC 932 (Extractive Activities – Oil and Gas) and related guidance. I also considered Exxon's own practices and applied discount rates.

257. Guidance establishes that discount rates applied in connection with the successful efforts method of accounting are typically based on the risk adjusted weighted average cost of capital, or WACC, when determining the fair value of relevant asset groups at issue.[366] WACC is the rate of return that a business must earn to induce a capital provider to invest equity or debt, and commensurate with related risk.

258. In this regard, Exxon used a discount rate ranging from 5.5% to 8% when it conducted its Step 2 PP&E impairment analysis during 2016, which, although low, is arguably within a reasonable range as of December 31, 2015.[367] I have applied the Company's lowest assumed discount rate used by Exxon of 5.5% for purposes of determining fair value of Exxon's relevant asset groupings. Notably, given the negative undiscounted cash flows evident in Step 1, the discount rate is of less relevance to Step 2 and has minimal impact on the analysis (*i.e.* less than $2 million).[368]

---

[366] *See, e.g.,* PRAM0051019 at p. 90; Petroleum Accounting, 7th ed., PRAM0094474 at 5057 ("The discount rate, also called the weighted average cost of capital (WACC), is the rate of return that a business, asset, or project must earn for a provider of capital (either debt, equity, or both) to invest. Risk is also an important element in investment decision making. The return expected by a debt investor is an interest rate that recognizes the risk of the business, asset, or project. Expected dividend payments, as well as the expected gains in share price, both expressed in percentage terms, are considered by equity investors.").

[367] Exxon 2016 Form 10-K, p. 79. See also EMC_RAM 000000080 at 0270. Note: The lower discount rate was asserted as being based on a scenario where private equity is the buyer. I have considered the following additional information to support my use of 5.5%: Deloitte Overview of business valuation parameters in the energy industry, Editions n.2 -2015 and n.3 – 2017, which references worldwide oil and gas WACCs of between 7.9% - 10.4% indicative that my use of Exxon's 5.5% was conservative.

[368] Only Raton reflects positive cash flows in my Step 1 analysis (see Schedules 1.6 through 1.9). Step 1 undiscounted cash flows for Raton reflect cash flows of approximately $11 million. Step 2 cash flows reflect a fair value of $10 million after discount (see Schedule 2).

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 133**

**CONFIDENTIAL**

      b)  <u>Numerous Exxon Asset Groups Had a Fair Value Less Than Its Book Value as of December 31, 2015 and Were Impaired</u>

259.    As illustrated in the table below, applying the assumptions set for the above, had Exxon properly performed an appropriate Step 2 fair value assessment it would have been evident that the Company's XTO assets were materially overstated, in excess of their fair value in the Company's financial statements in its 2015 Form 10-K by approximately $3.4 billion pre-tax.[369]

| ASC 360 Step 2 Impairment Analysis (*in millions*) | | | |
|---|---|---|---|
| **Play** | **Book Value** | **Calculated Fair Value** | **Impairment Required** |
| Uintah | $1,881 | $0 | ($1,881) |
| Raton | $866 | $10 | ($856) |
| San Juan | $621 | $0 | ($621) |
| | | Total Impairment | **($3,358)** |

260.    Based on the above analyses, Exxon was required, but failed, to properly write down approximately $3.4 billion of XTO's impaired assets. As a result, and as further discussed below. Exxon materially overstated its reported PP&E and operating results as of and for the year ended December 31, 2015.

    4.  **Exxon's $3.4 Billion Impairment Misstatement Was Material to the Company's 2015 Under GAAP**

261.    Exxon's failure to properly impair its XTO assets and corresponding misstatements were material to the Company's financial statements as of and for the year ended December 31, 2015. In this regard, Exxon's misstatements were material from an accounting perspective based on quantitative and qualitative factors that make it probable that the judgment of a

---

[369] See Schedule 2. Note that while I have used the available book value Exxon included in its 2015 asset recoverability test, it is uncertain whether these amounts reflect the book value as of 12/31/2015. At the time of write off in 2016, Uintah, Raton and San Juan net book value appears to be $1.705B, $0.825B, and $0.525B, respectively. Using these book values would result in a $3.0 billion write off and would still reflect a material misstatement to the Company's 2015 financial statements for the reasons described beginning at paragraph 261 [EMC_RAM 000000080 at 0313].

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**        **Page 134**

**CONFIDENTIAL**

reasonable person relying on the information would have been changed or influenced by the misstatements.

262. In this regard, I have considered both quantitative and qualitative factors, considering the total mix of information available. Quantitatively, Exxon's understatement of impairment losses and overstatement of net assets of $3.4 billion exceeded well-established accounting-related SEC, other quantitative materiality benchmarks, and "rules of thumb" noted above in paragraph 65 (*e.g.*, 5% of pre-tax income).

263. For example, Exxon's understated impairment loss of $3.4 billion approximated 15% of the Company's reported income before taxes (*i.e.*, $3.356 billion/$21.966 billion reported 2015 income before taxes).[370] Indeed, the 5% quantitative materiality benchmark appears to mirror PwC's own determination of "overall materiality." In this regard, using preliminary estimates of income, PwC established overall materiality equal to $2.0 billion, well below the unrecorded impairment loss as of December 31, 2015.[371]

264. In addition to these quantitative considerations, qualitative factors further support the materiality of Exxon's impairment related misstatement. In this regard ASC 250-10-S99 recognizes that the following factors may well render material a quantitatively small misstatement of a financial statement item:

a. *Whether the misstatement concerns a segment or other portion of the registrant's business that has been identified as playing a significant role in the registrant's operations or profitability* – XTO's impairment loss directly affected the Company's Upstream segment. This segment was one of only three reported business segments by Exxon. As noted above in paragraph 21, Exxon's Upstream operations generated the majority (*i.e.*, approximately 85% and 82%) of the Company's total reported after tax earnings during each of the years ended December 31, 2014. During 2015, Upstream segment after tax earnings represented approximately 44% of the

---

[370] Calculated using Exxon 2015 Form 10-K, p. 63.

[371] *See, e.g.,* PRAM0232100, PRAM0712414 and PRAM0712415.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**          **Page 135**

**App. 1134**

**CONFIDENTIAL**

Company's total reporting earnings.[372] Exxon's misstatement approximated 31% of the Company's 2015 pre-tax Upstream earnings.[373]

b. *Whether the misstatement hides a failure to meet analysts' consensus expectations for the enterprise*— The Company exceeded analyst consensus EPS guidance of $3.77 per share, reporting FY2015 earnings of $3.85 per share. Had Exxon appropriately reported impairment losses of $3.358 billion during 2015, the Company's EPS for the year would have been approximately $3.33 per share (assuming a 35% tax rate), missing consensus estimates.[374]

265.    While I have considered other qualitative factors listed at ASC 250-10-S99, none cause me to change my opinion that Exxon's misstated impairment loss, related overstated earnings, and related overstated asset values was material as of and for the year ended December 31, 2015.

D. Paul Regan, CPA/CFF

---

[372] Calculated using Exxon 2015 Form 10-K, pp. 44, 94 ($7,101 million/$16,150 million).

[373] Calculated using Exxon 2015 Form 10-K, pp. 44, 94 ($3,358 million/($7,101 million post tax Upstream earnings + 3,824 million Upstream income tax or $10.925 million) = 31% ).

[374] Agreed to or calculated using Exxon Form 8-K, February 2, 2016 (($16.150B net income attributable to Exxon Mobil (U.S. GAAP) – ($3.358B x (1-35% tax))/4,196 millions of common shares outstanding = $3.33); S&P FY 2015 Earnings Transcript.

**Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024**    **Page 136**

**App. 1135**

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 141 of 589    PageID 9262

| Schedule 1.1: Uintah Step 1 Analysis Summary NYMEX 5-Year Futures | |
|---|---|
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.22 | $2.47 | $2.56 | $2.67 | $2.80 | $2.87 | $2.95 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.42 | $3.50 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.27 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.70 | $42.57 | $52.86 | $63.80 | $73.82 | $80.76 | $87.26 | $93.44 | $99.60 | $105.03 | $110.54 | $114.73 | $117.45 | $120.38 | $123.89 | $117.44 | $130.16 | $215.37 | $307.23 | $386.41 | $430.63 | $462.24 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.46 | $5.40 | $6.94 | $8.37 | $9.69 | $10.60 | $11.45 | $12.26 | $13.07 | $13.78 | $14.50 | $15.05 | $15.41 | $15.80 | $16.26 | $15.41 | $17.08 | $28.26 | $40.32 | $50.71 | $56.51 | $60.66 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $31.12 | $50.28 | $65.36 | $81.71 | $100.40 | $109.91 | $118.73 | $127.19 | $135.66 | $143.08 | $150.60 | $156.32 | $160.03 | $164.05 | $168.83 | $159.86 | $164.39 | $202.42 | $288.20 | $362.09 | $403.41 | $432.87 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($66.48) | ($79.09) | ($61.81) | ($50.06) | ($38.79) | ($34.53) | ($30.57) | ($27.81) | ($25.38) | ($21.66) | ($19.61) | ($18.20) | ($17.52) | ($16.70) | ($16.84) | ($412.10) | ($576.24) | ($732.54) | ($508.33) | ($456.60) | ($270.44) | $279.09 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($66.48) | ($145.58) | ($207.39) | ($257.44) | ($296.24) | ($330.77) | ($361.34) | ($389.15) | ($414.53) | ($436.19) | ($455.80) | ($474.01) | ($491.52) | ($508.23) | ($525.07) | ($937.16) | ($1,513.40) | ($2,245.94) | ($2,754.27) | ($3,210.88) | ($3,481.32) | ($3,202.23) |

Notes and Sources

[1]  NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 233-2   Filed 02/21/25   Page 142 of 589   PageID 9263

**Schedule 1.1: Uintah Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.98 | $5.10 | $5.23 | $5.36 | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.37 | $4.48 | $4.59 | $4.71 | $4.83 | $4.95 | $5.07 | $5.20 | $5.33 | $5.46 | $5.60 | $5.74 | $5.88 | $6.03 | $6.18 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $437.41 | $360.26 | $318.39 | $290.71 | $269.99 | $252.58 | $238.89 | $226.25 | $216.33 | $207.50 | $199.68 | $191.19 | $183.64 | $176.47 | $170.10 | $163.14 | $156.95 | $151.05 | $145.62 | $139.41 | $133.57 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $57.40 | $47.27 | $41.78 | $38.15 | $35.43 | $33.14 | $31.35 | $29.69 | $28.39 | $27.23 | $26.20 | $25.09 | $24.10 | $23.16 | $22.32 | $21.41 | $20.60 | $19.82 | $19.11 | $18.29 | $17.53 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $409.71 | $337.72 | $298.69 | $273.43 | $254.38 | $238.28 | $225.53 | $213.65 | $204.24 | $195.82 | $188.35 | $180.26 | $173.05 | $166.20 | $160.12 | $153.47 | $147.56 | $141.93 | $136.75 | $130.86 | $125.33 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $262.41 | $211.29 | $183.29 | $165.07 | $151.11 | $139.16 | $129.51 | $120.42 | $113.02 | $106.29 | $100.21 | $93.65 | $87.69 | $81.96 | $76.75 | $71.10 | $65.95 | $60.97 | $56.28 | $51.07 | $46.08 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,939.81) | ($2,728.52) | ($2,545.23) | ($2,380.16) | ($2,229.05) | ($2,089.90) | ($1,960.39) | ($1,839.97) | ($1,726.95) | ($1,620.66) | ($1,520.45) | ($1,426.80) | ($1,339.11) | ($1,257.15) | ($1,180.40) | ($1,109.30) | ($1,043.35) | ($982.39) | ($926.10) | ($875.03) | ($828.96) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.1: Uintah Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 143 of 589    PageID 9264

| Schedule 1.1: Uintah Step 1 Analysis Summary NYMEX 5-Year Futures | |
|---|---|
| Total Revenue | $9,448 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($687) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.36 | $8.57 | $8.79 | $9.01 | $9.23 | $9.46 | $9.70 | $9.94 | $10.19 | $10.44 | $10.71 | $10.97 | $11.25 | $11.53 | $11.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.34 | $7.53 | $7.71 | $7.91 | $8.11 | $8.31 | $8.52 | $8.73 | $8.95 | $9.17 | $9.40 | $9.63 | $9.88 | $10.12 | $10.38 |
| NGL ($/bbl) | [2] | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $127.75 | $122.29 | $116.25 | $110.82 | $105.64 | $100.97 | $95.99 | $91.51 | $87.23 | $83.38 | $79.26 | $75.56 | $72.02 | $68.84 | $65.45 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $16.76 | $16.05 | $15.25 | $14.54 | $13.86 | $13.25 | $12.60 | $12.01 | $11.45 | $10.94 | $10.40 | $9.91 | $9.45 | $9.03 | $8.59 |
| MSO Income | [2] | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $119.85 | $114.72 | $109.05 | $103.95 | $99.10 | $94.72 | $90.05 | $85.84 | $81.82 | $78.22 | $74.36 | $70.88 | $67.56 | $64.58 | $61.40 |
| *Less:* | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $41.09 | $36.33 | $31.16 | $26.36 | $21.69 | $17.34 | $12.74 | $8.44 | $4.25 | $0.31 | ($3.86) | ($7.77) | ($11.62) | ($15.26) | ($19.09) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($787.86) | ($751.53) | ($720.37) | ($694.01) | ($672.32) | ($654.98) | ($642.23) | ($633.79) | ($629.54) | ($629.24) | ($633.09) | ($640.87) | ($652.49) | ($667.75) | ($686.84) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $11,232 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through 2071 | $1,258 |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 | $5.76 | $5.91 | $6.05 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.17 | $2.30 | $2.51 | $2.90 | $3.30 | $3.39 | $3.48 | $3.57 | $3.66 | $3.75 | $3.85 | $3.95 | $4.05 | $4.15 | $4.26 | $4.36 | $4.47 | $4.58 | $4.70 | $4.82 | $4.94 | $5.06 | $5.19 | $5.32 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 | $44.30 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 | $105.66 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 | 80.39 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 | 10.55 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 | 0.18 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 | 0.18 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.00 | $39.64 | $51.82 | $69.24 | $87.03 | $95.28 | $103.00 | $110.37 | $117.73 | $124.22 | $130.81 | $135.86 | $139.17 | $142.73 | $146.98 | $139.34 | $154.42 | $255.51 | $364.50 | $458.44 | $510.90 | $548.41 | $518.95 | $427.42 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 | $18.70 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.37 | $5.03 | $6.80 | $9.09 | $11.42 | $12.50 | $13.52 | $14.48 | $15.45 | $16.30 | $17.17 | $17.83 | $18.26 | $18.73 | $19.29 | $18.28 | $20.26 | $33.53 | $47.83 | $60.16 | $67.04 | $71.96 | $68.10 | $56.09 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 | $42.11 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) | ($130.63) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $30.33 | $46.98 | $64.18 | $87.86 | $115.35 | $126.33 | $136.54 | $146.35 | $156.16 | $164.78 | $173.53 | $180.23 | $184.60 | $189.34 | $194.95 | $184.63 | $191.84 | $247.83 | $352.99 | $443.58 | $494.21 | $530.34 | $501.95 | $413.69 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) | ($126.43) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($67.27) | ($82.40) | ($62.99) | ($43.90) | ($23.84) | ($18.11) | ($12.75) | ($8.65) | ($4.88) | $0.05 | $3.33 | $5.70 | $7.05 | $8.58 | $9.29 | ($387.33) | ($548.79) | ($687.12) | ($443.55) | ($375.12) | ($179.63) | $376.56 | $354.65 | $287.26 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($67.27) | ($149.67) | ($212.66) | ($256.56) | ($280.41) | ($298.52) | ($311.27) | ($319.92) | ($324.80) | ($324.76) | ($321.43) | ($315.73) | ($308.68) | ($300.10) | ($290.81) | ($678.14) | ($1,226.94) | ($1,914.06) | ($2,357.61) | ($2,732.73) | ($2,912.36) | ($2,535.80) | ($2,181.15) | ($1,893.89) |

**Notes and Sources**

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

App. 1139

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 145 of 589    PageID 9266

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2071 | |
| Total Revenue Through 2071 | $11,232 | |
| Total Cash OPEX Through 2071 | ($5,010) | |
| Total CAPEX Through 2071 | ($4,965) | |
| Total Net Cash Flow Through 2071 | $1,258 | |
| Book Value [3] | $1,881 | |
| Step 1 Impairment Indicator? | Yes | |

| | Notes | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 | $10.42 | $10.68 | $10.95 | $11.23 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.45 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.32 | $6.48 | $6.64 | $6.81 | $6.98 | $7.15 | $7.33 | $7.51 | $7.70 | $7.89 | $8.09 | $8.29 | $8.50 | $8.71 | $8.93 | $9.15 | $9.38 | $9.62 | $9.86 |
| NGL ($/bbl) | [2] | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 |
| C&C ($/bbl) | [2] | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 |
| Fuel - GCF | [2] | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 |
| Liquids - MBBL | [2] | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $377.74 | $344.90 | $320.32 | $299.66 | $283.43 | $268.43 | $256.66 | $246.18 | $236.90 | $226.83 | $217.88 | $209.36 | $201.81 | $193.55 | $186.21 | $179.21 | $172.77 | $165.40 | $158.47 | $151.56 | $145.09 | $137.92 | $131.48 | $125.33 | $119.80 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 |
| Liquids Revenue | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $49.57 | $45.26 | $42.03 | $39.32 | $37.19 | $35.22 | $33.68 | $32.30 | $31.09 | $29.76 | $28.59 | $27.47 | $26.48 | $25.40 | $24.43 | $23.52 | $22.67 | $21.70 | $20.79 | $19.89 | $19.04 | $18.10 | $17.25 | $16.45 | $15.72 |
| MSO Income | [2] | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 |
| Processing & Transportation | [2] | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $365.82 | $334.73 | $311.31 | $291.54 | $275.91 | $261.36 | $249.86 | $239.57 | $230.46 | $220.57 | $211.78 | $203.41 | $195.99 | $187.87 | $180.66 | $173.78 | $167.46 | $160.26 | $153.50 | $146.79 | $140.50 | $133.57 | $127.32 | $121.37 | $116.01 |
| Less: | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $250.43 | $226.37 | $208.04 | $192.42 | $179.89 | $168.13 | $158.64 | $150.05 | $142.32 | $133.97 | $126.42 | $119.17 | $112.62 | $105.50 | $99.05 | $92.82 | $86.99 | $80.46 | $74.24 | $68.03 | $62.12 | $55.67 | $49.73 | $43.97 | $38.64 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,643.45) | ($1,417.08) | ($1,209.04) | ($1,016.63) | ($836.74) | ($668.61) | ($509.97) | ($359.93) | ($217.61) | ($83.64) | $42.77 | $161.94 | $274.56 | $380.06 | $479.10 | $571.92 | $658.92 | $739.38 | $813.63 | $881.66 | $943.78 | $999.45 | $1,049.18 | $1,093.15 | $1,131.78 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.2: Uintah Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 146 of 589    PageID 9267

**Schedule 1.2: Uintah Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $11,232 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through 2071 | $1,258 |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | |
| Gas ($/kcf) | [1] | $11.51 | $11.79 | $12.09 | $12.39 | $12.70 | $13.02 | $13.34 | $13.68 | $14.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $10.10 | $10.36 | $10.61 | $10.88 | $11.15 | $11.43 | $11.72 | $12.01 | $12.31 |
| NGL ($/bbl) | [2] | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | |
| Gas Revenue | [C-2] | $113.88 | $108.57 | $103.49 | $98.92 | $94.04 | $89.64 | $85.45 | $81.68 | $77.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | |
| CIFO | [C-2] | $14.95 | $14.25 | $13.58 | $12.98 | $12.34 | $11.76 | $11.21 | $10.72 | $10.19 |
| MSO Income | [2] | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | |
| Revenue | [C-3] | $110.29 | $105.14 | $100.22 | $95.80 | $91.07 | $86.81 | $82.75 | $79.10 | $75.20 |
| *Less:* | | | | | | | | | | |
| Cash Opex | [3] | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $32.98 | $27.74 | $22.64 | $17.89 | $12.86 | $8.16 | $3.57 | ($0.74) | ($5.29) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $1,164.77 | $1,192.51 | $1,215.15 | $1,233.04 | $1,245.89 | $1,254.05 | $1,257.62 | $1,256.88 | $1,251.59 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2071 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 147 of 589    PageID 9268

**Schedule 1.3: Uintah Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.76 | $1.86 | $2.04 | $2.35 | $2.68 | $2.75 | $2.82 | $2.89 | $2.97 | $3.04 | $3.12 | $3.20 | $3.28 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.01 | $4.11 | $4.21 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $21.91 | $32.17 | $42.05 | $56.18 | $70.62 | $77.31 | $83.58 | $89.55 | $95.52 | $100.79 | $106.14 | $110.23 | $112.93 | $115.81 | $119.26 | $113.06 | $125.30 | $207.33 | $295.76 | $371.98 | $414.55 | $444.98 | $421.08 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.73 | $4.08 | $5.52 | $7.37 | $9.27 | $10.14 | $10.97 | $11.75 | $12.53 | $13.23 | $13.93 | $14.46 | $14.82 | $15.20 | $15.65 | $14.84 | $16.44 | $27.21 | $38.81 | $48.81 | $54.40 | $58.39 | $55.26 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.60 | $38.55 | $53.13 | $73.09 | $96.78 | $106.00 | $114.57 | $122.80 | $131.04 | $138.28 | $145.63 | $151.24 | $154.91 | $158.89 | $163.59 | $154.90 | $158.89 | $193.32 | $275.23 | $345.77 | $385.22 | $413.34 | $391.23 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($73.00) | ($90.82) | ($74.05) | ($58.68) | ($42.41) | ($38.44) | ($34.73) | ($32.20) | ($30.00) | ($26.45) | ($24.58) | ($23.29) | ($22.64) | ($21.87) | ($22.07) | ($417.06) | ($581.74) | ($741.64) | ($521.31) | ($472.92) | ($288.63) | $259.56 | $243.94 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($73.00) | ($163.82) | ($237.87) | ($296.54) | ($338.96) | ($377.39) | ($412.12) | ($444.32) | ($474.32) | ($500.77) | ($525.35) | ($548.64) | ($571.28) | ($593.15) | ($615.22) | ($1,032.28) | ($1,614.02) | ($2,355.66) | ($2,876.97) | ($3,349.89) | ($3,638.52) | ($3,378.96) | ($3,135.03) |

Notes and Sources

[1]  February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 148 of 589    PageID 9269

**Schedule 1.3: Uintah Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.31 | $4.42 | $4.53 | $4.65 | $4.76 | $4.88 | $5.00 | $5.13 | $5.26 | $5.39 | $5.52 | $5.66 | $5.80 | $5.95 | $6.10 | $6.25 | $6.40 | $6.56 | $6.73 | $6.90 | $7.07 |
| NGL ($/bbl) | [2] | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $346.81 | $306.50 | $279.86 | $259.91 | $243.15 | $229.97 | $217.80 | $208.25 | $199.75 | $192.22 | $184.05 | $176.79 | $169.88 | $163.75 | $157.05 | $151.09 | $145.41 | $140.18 | $134.21 | $128.58 | $122.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $45.51 | $40.22 | $36.72 | $34.11 | $31.91 | $30.18 | $28.58 | $27.33 | $26.21 | $25.22 | $24.15 | $23.20 | $22.29 | $21.49 | $20.61 | $19.83 | $19.08 | $18.40 | $17.61 | $16.87 | $16.14 |
| MSO Income | [2] | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $322.50 | $285.24 | $261.15 | $242.98 | $227.61 | $215.44 | $204.09 | $195.10 | $187.05 | $179.92 | $172.18 | $165.29 | $158.75 | $152.93 | $146.58 | $140.93 | $135.55 | $130.60 | $124.97 | $119.69 | $114.45 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $196.07 | $169.84 | $152.79 | $139.70 | $128.49 | $119.42 | $110.86 | $103.88 | $97.52 | $91.78 | $85.57 | $79.94 | $74.50 | $69.56 | $64.21 | $59.32 | $54.59 | $50.13 | $45.18 | $40.44 | $35.70 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,938.95) | ($2,769.11) | ($2,616.32) | ($2,476.62) | ($2,348.13) | ($2,228.71) | ($2,117.86) | ($2,013.97) | ($1,916.45) | ($1,824.67) | ($1,739.10) | ($1,659.16) | ($1,584.66) | ($1,515.10) | ($1,450.89) | ($1,391.57) | ($1,336.99) | ($1,286.85) | ($1,241.68) | ($1,201.24) | ($1,165.54) |

Notes and Sources

[1]  February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.3: Uintah Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 149 of 589    PageID 9270

**Schedule 1.3: Uintah Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $9,016 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,118) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 | $10.05 | $10.31 | $10.56 | $10.83 | $11.10 | $11.38 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.25 | $7.43 | $7.61 | $7.80 | $8.00 | $8.20 | $8.40 | $8.61 | $8.83 | $9.05 | $9.28 | $9.51 | $9.74 | $9.99 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| | | | | | | | | | | | | | | | |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $111.91 | $106.68 | $101.69 | $97.20 | $92.41 | $88.09 | $83.97 | $80.27 | $76.30 | $72.74 | $69.33 | $66.27 | $63.00 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $15.45 | $14.68 | $14.00 | $13.35 | $12.76 | $12.13 | $11.56 | $11.02 | $10.53 | $10.01 | $9.54 | $9.10 | $8.70 | $8.27 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $109.55 | $104.14 | $99.27 | $94.63 | $90.46 | $85.99 | $81.97 | $78.14 | $74.69 | $71.01 | $67.69 | $64.52 | $61.67 | $58.63 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | |
| Annual Undiscounted Cash Flow | [C-4] | $31.17 | $26.25 | $21.68 | $17.23 | $13.08 | $8.69 | $4.58 | $0.56 | ($3.22) | ($7.20) | ($10.97) | ($14.66) | ($18.17) | ($21.86) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,134.38) | ($1,108.13) | ($1,086.45) | ($1,069.22) | ($1,056.14) | ($1,047.46) | ($1,042.88) | ($1,042.31) | ($1,045.53) | ($1,052.74) | ($1,063.70) | ($1,078.36) | ($1,096.53) | ($1,118.39) |

Notes and Sources
[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation-adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 150 of 589    PageID 9271

**Schedule 1.4: Uintah Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 | $4.50 | $4.61 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.71 | $2.99 | $2.70 | $2.58 | $2.60 | $2.66 | $2.73 | $2.79 | $2.86 | $2.94 | $3.01 | $3.08 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.85 | $3.95 | $4.05 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 | $43.22 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 | $103.08 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 | 100.05 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 | 13.13 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 | 0.22 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $33.76 | $51.60 | $55.60 | $61.60 | $68.34 | $74.77 | $80.78 | $86.51 | $92.22 | $97.24 | $102.34 | $106.22 | $108.74 | $111.45 | $114.70 | $108.73 | $120.51 | $199.40 | $284.44 | $357.75 | $398.69 | $427.96 | $404.97 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 | $22.69 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.21 | $6.55 | $7.29 | $8.08 | $8.97 | $9.81 | $10.60 | $11.35 | $12.10 | $12.76 | $13.43 | $13.94 | $14.27 | $14.63 | $15.05 | $14.27 | $15.81 | $26.16 | $37.33 | $46.94 | $52.32 | $56.16 | $53.14 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 | $51.27 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) | ($159.06) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $37.93 | $60.45 | $68.45 | $79.22 | $94.20 | $103.13 | $111.41 | $119.35 | $127.30 | $134.26 | $141.32 | $146.70 | $150.17 | $153.96 | $158.43 | $150.01 | $153.47 | $184.35 | $262.43 | $329.67 | $367.28 | $394.09 | $373.01 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) | ($147.30) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($59.67) | ($68.92) | ($58.72) | ($52.54) | ($44.99) | ($41.31) | ($37.89) | ($35.65) | ($33.74) | ($30.47) | ($28.88) | ($27.83) | ($27.37) | ($26.80) | ($27.23) | ($421.95) | ($587.16) | ($750.61) | ($534.11) | ($489.02) | ($306.57) | $240.31 | $225.72 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($59.67) | ($128.59) | ($187.31) | ($239.86) | ($284.84) | ($326.15) | ($364.04) | ($399.69) | ($433.43) | ($463.90) | ($492.79) | ($520.62) | ($547.99) | ($574.79) | ($602.02) | ($1,023.98) | ($1,611.13) | ($2,361.74) | ($2,895.85) | ($3,384.87) | ($3,691.44) | ($3,451.13) | ($3,225.42) |

**Notes and Sources**

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 151 of 589    PageID 9272

**Schedule 1.4: Uintah Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.69 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.44 | $5.58 | $5.72 | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 |
| NGL ($/bbl) | [2] | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $333.54 | $294.78 | $269.15 | $249.97 | $233.85 | $221.18 | $209.47 | $200.29 | $192.11 | $184.87 | $177.01 | $170.02 | $163.38 | $157.49 | $151.04 | $145.31 | $139.85 | $134.82 | $129.07 | $123.66 | $118.27 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $43.77 | $38.68 | $35.32 | $32.80 | $30.69 | $29.02 | $27.49 | $26.28 | $25.21 | $24.26 | $23.23 | $22.31 | $21.44 | $20.66 | $19.82 | $19.07 | $18.35 | $17.69 | $16.94 | $16.23 | $15.52 |
| MSO Income | [2] | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $307.50 | $271.97 | $249.04 | $231.73 | $217.09 | $205.49 | $194.67 | $186.09 | $178.41 | $171.60 | $164.22 | $157.64 | $151.40 | $145.84 | $139.78 | $134.39 | $129.26 | $124.53 | $119.17 | $114.13 | $109.13 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $181.07 | $156.58 | $140.68 | $128.46 | $117.97 | $109.47 | $101.43 | $94.87 | $88.88 | $83.46 | $77.61 | $72.29 | $67.15 | $62.47 | $57.41 | $52.78 | $48.30 | $44.07 | $39.37 | $34.87 | $30.38 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($3,044.35) | ($2,887.77) | ($2,747.09) | ($2,618.63) | ($2,500.67) | ($2,391.20) | ($2,289.77) | ($2,194.89) | ($2,106.01) | ($2,022.56) | ($1,944.95) | ($1,872.66) | ($1,805.51) | ($1,743.03) | ($1,685.62) | ($1,632.84) | ($1,584.54) | ($1,540.48) | ($1,501.11) | ($1,466.23) | ($1,435.86) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.4: Uintah Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K  Document 233-2  Filed 02/21/25  Page 152 of 589  PageID 9273

**Schedule 1.4: Uintah Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $8,693 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($1,442) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $7.94 | $8.13 | $8.34 | $8.55 | $8.76 | $8.98 | $9.20 | $9.43 | $9.67 | $9.91 | $10.16 | $10.41 | $10.67 | $10.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.97 | $7.14 | $7.32 | $7.50 | $7.69 | $7.88 | $8.08 | $8.28 | $8.49 | $8.70 | $8.92 | $9.14 | $9.37 | $9.61 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $113.22 | $107.63 | $102.60 | $97.80 | $93.48 | $88.87 | $84.72 | $80.76 | $77.20 | $73.38 | $69.96 | $66.68 | $63.74 | $60.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $14.86 | $14.12 | $13.46 | $12.84 | $12.27 | $11.66 | $11.12 | $10.60 | $10.13 | $9.63 | $9.18 | $8.75 | $8.36 | $7.95 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $104.46 | $99.30 | $94.66 | $90.23 | $86.25 | $81.99 | $78.16 | $74.51 | $71.22 | $67.71 | $64.54 | $61.52 | $58.80 | $55.90 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $26.07 | $21.41 | $17.06 | $12.83 | $8.87 | $4.69 | $0.77 | ($3.07) | ($6.69) | ($10.51) | ($14.11) | ($17.66) | ($21.04) | ($24.58) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,409.78) | ($1,388.38) | ($1,371.32) | ($1,358.49) | ($1,349.62) | ($1,344.93) | ($1,344.16) | ($1,347.23) | ($1,353.92) | ($1,364.43) | ($1,378.54) | ($1,396.20) | ($1,417.24) | ($1,441.82) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.5: Uintah Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

**Schedule 1.5: Uintah Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| Book Value [3] | $1,881 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 | $4.99 | $5.11 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.48 | $2.63 | $2.62 | $2.79 | $2.95 | $3.02 | $3.10 | $3.18 | $3.26 | $3.34 | $3.42 | $3.51 | $3.59 | $3.68 | $3.78 | $3.87 | $3.97 | $4.07 | $4.17 | $4.27 | $4.38 | $4.49 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $30.91 | $45.33 | $54.08 | $66.68 | $77.67 | $84.97 | $91.80 | $98.31 | $104.80 | $110.51 | $116.30 | $120.71 | $123.58 | $126.66 | $130.35 | $123.57 | $136.95 | $226.60 | $323.25 | $406.56 | $453.08 | $486.34 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.86 | $5.75 | $7.10 | $8.75 | $10.19 | $11.15 | $12.05 | $12.90 | $13.75 | $14.50 | $15.26 | $15.84 | $16.22 | $16.62 | $17.10 | $16.22 | $17.97 | $29.73 | $42.42 | $53.35 | $59.45 | $63.82 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $34.73 | $53.39 | $66.74 | $84.96 | $104.75 | $114.67 | $123.87 | $132.70 | $141.53 | $149.27 | $157.12 | $163.09 | $166.96 | $171.15 | $176.13 | $166.79 | $172.07 | $215.12 | $306.32 | $384.88 | $428.80 | $460.13 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($62.87) | ($75.99) | ($60.43) | ($46.81) | ($34.44) | ($29.77) | ($25.42) | ($22.30) | ($19.51) | ($15.47) | ($13.09) | ($11.44) | ($10.59) | ($9.60) | ($9.53) | ($405.17) | ($568.56) | ($719.84) | ($490.21) | ($433.81) | ($245.04) | $306.35 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($62.87) | ($138.86) | ($199.29) | ($246.10) | ($280.54) | ($310.31) | ($335.73) | ($358.03) | ($377.54) | ($393.00) | ($406.10) | ($417.53) | ($428.13) | ($437.73) | ($447.26) | ($852.43) | ($1,421.00) | ($2,140.84) | ($2,631.05) | ($3,064.86) | ($3,309.91) | ($3,003.56) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

App. 1148

| Schedule 1.5: Uintah Step 1 Analysis Summary IHS 5-Year Forecast | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 | $8.17 | $8.37 | $8.58 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.60 | $4.71 | $4.83 | $4.95 | $5.08 | $5.20 | $5.33 | $5.47 | $5.60 | $5.74 | $5.89 | $6.04 | $6.19 | $6.34 | $6.50 | $6.66 | $6.83 | $7.00 | $7.17 | $7.35 | $7.54 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $460.22 | $379.04 | $334.99 | $305.87 | $284.07 | $265.75 | $251.35 | $238.05 | $227.61 | $218.32 | $210.09 | $201.16 | $193.22 | $185.67 | $178.97 | $171.64 | $165.13 | $158.93 | $153.21 | $146.68 | $140.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $60.39 | $49.74 | $43.96 | $40.14 | $37.28 | $34.87 | $32.98 | $31.24 | $29.87 | $28.65 | $27.57 | $26.40 | $25.35 | $24.36 | $23.48 | $22.52 | $21.67 | $20.85 | $20.11 | $19.25 | $18.44 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $435.51 | $358.97 | $317.46 | $290.57 | $270.30 | $253.17 | $239.62 | $226.99 | $217.00 | $208.06 | $200.13 | $191.53 | $183.88 | $176.61 | $170.15 | $163.09 | $156.82 | $150.84 | $145.34 | $139.08 | $133.21 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $288.21 | $232.54 | $202.07 | $182.21 | $167.03 | $154.05 | $143.60 | $133.76 | $125.78 | $118.53 | $111.99 | $104.93 | $98.52 | $92.37 | $86.78 | $80.72 | $75.20 | $69.88 | $64.87 | $59.29 | $53.96 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($2,715.35) | ($2,482.81) | ($2,280.74) | ($2,098.53) | ($1,931.50) | ($1,777.45) | ($1,633.85) | ($1,500.09) | ($1,374.31) | ($1,255.78) | ($1,143.79) | ($1,038.87) | ($940.34) | ($847.98) | ($761.20) | ($680.48) | ($605.28) | ($535.40) | ($470.53) | ($411.24) | ($357.28) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 1149**

**Schedule 1.5: Uintah Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $10,002 |
| Total Cash Opex | ($5,170) |
| Total Capex | ($4,965) |
| Total Net Cash Flow | ($132) |
| | |
| Book Value [3] | $1,881 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.80 | $9.02 | $9.24 | $9.48 | $9.71 | $9.95 | $10.20 | $10.46 | $10.72 | $10.99 | $11.26 | $11.54 | $11.83 | $12.13 | $12.43 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.73 | $7.92 | $8.12 | $8.32 | $8.53 | $8.74 | $8.96 | $9.18 | $9.41 | $9.65 | $9.89 | $10.14 | $10.39 | $10.65 | $10.92 |
| NGL ($/bbl) | [2] | $72.60 | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $173.14 | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 17.40 | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.28 | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $134.41 | $128.67 | $122.31 | $116.60 | $111.14 | $106.24 | $100.99 | $96.28 | $91.77 | $87.73 | $83.40 | $79.50 | $75.78 | $72.43 | $68.86 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.67 | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $17.64 | $16.88 | $16.05 | $15.30 | $14.59 | $13.94 | $13.25 | $12.63 | $12.04 | $11.51 | $10.94 | $10.43 | $9.94 | $9.50 | $9.04 |
| MSO Income | [2] | $14.91 | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($46.24) | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $127.38 | $121.93 | $115.91 | $110.49 | $105.33 | $100.68 | $95.71 | $91.24 | $86.97 | $83.13 | $79.03 | $75.33 | $71.81 | $68.64 | $65.26 |
| *Less:* | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.75) | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $48.63 | $43.55 | $38.02 | $32.89 | $27.92 | $23.30 | $18.40 | $13.84 | $9.39 | $5.22 | $0.82 | ($3.32) | ($7.37) | ($11.20) | ($15.23) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($308.66) | ($265.11) | ($227.10) | ($194.20) | ($166.28) | ($142.98) | ($124.58) | ($110.74) | ($101.35) | ($96.12) | ($95.30) | ($98.62) | ($105.99) | ($117.19) | ($132.43) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 156 of 589    PageID 9277

| Schedule 1.6: Raton Step 1 Analysis Summary NYMEX 5-Year Futures | |
|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.22 | $2.47 | $2.56 | $2.67 | $2.80 | $2.87 | $2.94 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.70 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $35.17 | $34.67 | $32.01 | $30.98 | $30.26 | $28.73 | $27.35 | $26.02 | $24.84 | $23.57 | $22.43 | $21.36 | $20.40 | $19.38 | $18.42 | $39.80 | $105.65 | $149.01 | $181.20 | $205.91 | $226.67 | $245.02 | $263.44 | $276.42 | $287.32 | $307.39 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.53 | $2.49 | $2.30 | $2.23 | $2.18 | $2.08 | $1.98 | $1.89 | $1.80 | $1.71 | $1.63 | $1.56 | $1.49 | $1.42 | $1.35 | $2.94 | $7.82 | $11.03 | $13.42 | $15.26 | $16.79 | $18.16 | $19.52 | $20.49 | $21.29 | $22.78 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $35.89 | $35.43 | $32.69 | $31.54 | $30.74 | $29.08 | $27.60 | $26.11 | $24.85 | $23.47 | $22.21 | $21.11 | $20.12 | $19.07 | $18.00 | $38.21 | $100.77 | $141.97 | $172.48 | $195.90 | $215.59 | $232.90 | $249.72 | $261.87 | $272.06 | $290.89 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) |
| Annual Undiscounted Cash Flow | [C-4] | $3.12 | $3.63 | $2.24 | $1.60 | $0.66 | ($0.40) | ($1.39) | ($2.40) | ($3.32) | ($4.31) | ($5.27) | ($6.18) | ($7.03) | ($7.94) | ($8.87) | ($181.33) | ($136.00) | ($109.94) | ($91.17) | ($77.65) | ($68.48) | ($59.75) | ($45.46) | ($35.02) | ($103.97) | ($97.24) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $3.12 | $6.75 | $9.00 | $10.60 | $11.26 | $10.87 | $9.48 | $7.09 | $3.77 | ($0.55) | ($5.82) | ($12.00) | ($19.03) | ($26.97) | ($35.85) | ($217.17) | ($353.17) | ($463.11) | ($554.28) | ($631.92) | ($700.40) | ($760.15) | ($805.61) | ($840.63) | ($944.60) | ($1,041.85) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461,

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Future Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 157 of 589    PageID 9278

**Schedule 1.6: Raton Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.36 | $8.57 | $8.79 | $9.01 | $9.23 | $9.46 | $9.70 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.81 | $6.98 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 |
| Fuel - GCF | [2] | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $305.58 | $298.45 | $271.89 | $256.81 | $237.39 | $197.39 | $172.72 | $154.25 | $140.92 | $130.53 | $121.51 | $112.54 | $104.50 | $97.03 | $90.45 | $83.96 | $78.25 | $73.05 | $68.50 | $64.00 | $60.08 | $56.53 | $53.44 | $50.38 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $22.65 | $22.12 | $20.15 | $19.03 | $17.59 | $14.63 | $12.80 | $11.43 | $10.44 | $9.67 | $9.01 | $8.34 | $7.74 | $7.19 | $6.70 | $6.22 | $5.80 | $5.42 | $5.08 | $4.74 | $4.45 | $4.19 | $3.96 | $3.73 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $289.12 | $282.34 | $257.27 | $243.01 | $224.67 | $186.95 | $163.68 | $146.22 | $133.63 | $123.80 | $115.27 | $106.78 | $99.17 | $92.10 | $85.87 | $79.73 | $74.32 | $69.39 | $65.08 | $60.82 | $57.10 | $53.73 | $50.80 | $47.90 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.87) | ($50.17) | ($50.50) | ($50.85) |
| Capital Expenditures | [3] | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($106.28) | ($121.76) | ($149.52) | ($171.01) | $148.99 | $119.28 | $100.69 | $86.55 | $76.15 | $67.86 | $60.55 | $53.24 | $46.59 | $40.33 | $34.71 | $29.12 | $24.09 | $19.40 | $15.17 | $10.95 | $7.13 | $3.56 | $0.30 | ($2.96) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,148.13) | ($1,269.89) | ($1,419.42) | ($1,590.42) | ($1,441.43) | ($1,322.16) | ($1,221.47) | ($1,134.92) | ($1,058.77) | ($990.91) | ($930.36) | ($877.13) | ($830.54) | ($790.21) | ($755.50) | ($726.38) | ($702.29) | ($682.89) | ($667.72) | ($656.77) | ($649.64) | ($646.08) | ($645.78) | ($648.74) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461,

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.6: Raton Step 1 Analysis with NYMEX Henry Hub 5-Year Futures Prices with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 158 of 589    PageID 9279

**Schedule 1.6: Raton Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2021 |
| Total Revenue Through 2021 | $195 |
| Total Cash OPEX Through 2021 | ($185) |
| Total CAPEX Through 2021 | $0 |
| Total Net Cash Flow Through 2021 | $11 |
| | |
| Book Value [3] | $866 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|
| **Price** | | | | | |
| Gas ($/kcf) | [1] | $9.94 | $10.19 | $10.44 | $10.71 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.72 | $8.94 | $9.16 | $9.39 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Quantity** | | | | | |
| Gas NAFS - GCF | [2] | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | |
| **Revenue** | | | | | |
| Gas Revenue | [C-2] | $47.74 | $45.33 | $43.22 | $41.02 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | |
| CIFO | [C-2] | $3.54 | $3.36 | $3.20 | $3.04 |
| MSO Income | [2] | | | | |
| Processing & Transportation | [2] | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | |
| Revenue | [C-3] | $45.38 | $43.10 | $41.09 | $39.01 |
| *Less:* | | | | | |
| Operating Expenses | [3] | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | |
| Annual Undiscounted Cash Flow | [C-4] | ($5.94) | ($8.78) | ($11.41) | ($14.14) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($654.68) | ($663.45) | ($674.87) | ($689.01) |

<u>Notes and Sources</u>

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2025 (i.e., excluding net cash outflows for 2026 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461,

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.7: Raton Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 159 of 589    PageID 9280

**Schedule 1.7: Raton Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $6,899 |
| Total Cash OPEX Through 2067 | ($2,635) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through 2067 | $520 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.16 | $2.30 | $2.51 | $2.90 | $3.30 | $3.39 | $3.47 | $3.56 | $3.65 | $3.75 | $3.84 | $3.94 | $4.04 | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $34.28 | $32.28 | $31.38 | $33.62 | $35.68 | $33.89 | $32.29 | $30.73 | $29.36 | $27.88 | $26.54 | $25.29 | $24.18 | $22.98 | $21.86 | $47.22 | $125.35 | $176.79 | $214.98 | $244.30 | $268.93 | $290.69 | $312.55 | $327.94 | $340.88 | $364.69 | $362.54 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.46 | $2.32 | $2.26 | $2.42 | $2.58 | $2.45 | $2.34 | $2.23 | $2.13 | $2.03 | $1.93 | $1.84 | $1.76 | $1.68 | $1.60 | $3.48 | $9.28 | $13.09 | $15.92 | $18.10 | $19.93 | $21.54 | $23.16 | $24.31 | $25.26 | $27.03 | $26.87 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $34.94 | $32.87 | $32.02 | $34.37 | $36.55 | $34.62 | $32.89 | $31.17 | $29.69 | $28.09 | $26.63 | $25.33 | $24.17 | $22.94 | $21.69 | $46.18 | $121.93 | $171.80 | $208.76 | $237.13 | $260.97 | $281.96 | $302.47 | $317.21 | $329.59 | $352.43 | $350.30 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) |
| Annual Undiscounted Cash Flow | [C-4] | $2.17 | $1.07 | $1.57 | $4.43 | $6.47 | $5.14 | $3.91 | $2.66 | $1.53 | $0.31 | ($0.86) | ($1.96) | ($2.99) | ($4.08) | ($5.19) | ($173.36) | ($114.85) | ($80.11) | ($54.89) | ($36.42) | ($23.09) | ($10.69) | $7.29 | $20.33 | ($46.45) | ($35.70) | ($45.10) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $2.17 | $3.24 | $4.81 | $9.24 | $15.71 | $20.85 | $24.76 | $27.42 | $28.95 | $29.26 | $28.40 | $26.44 | $23.46 | $19.38 | $14.19 | ($159.17) | ($274.02) | ($354.12) | ($409.01) | ($445.43) | ($468.52) | ($479.21) | ($471.92) | ($451.60) | ($498.04) | ($533.74) | ($578.84) |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.7: Raton Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 160 of 589    PageID 9281

**Schedule 1.7: Raton Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $6,899 |
| Total Cash OPEX Through 2067 | ($2,635) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through 2067 | $520 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 | $10.42 | $10.68 | $10.95 | $11.23 | $11.51 | $11.79 | $12.09 | $12.39 | $12.70 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 | $6.97 | $7.14 | $7.32 | $7.51 | $7.69 | $7.89 | $8.08 | $8.29 | $8.49 | $8.70 | $8.92 | $9.15 | $9.37 | $9.61 | $9.85 | $10.10 | $10.35 | $10.61 | $10.87 | $11.14 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $354.08 | $322.57 | $304.68 | $281.65 | $234.18 | $204.92 | $183.00 | $167.19 | $154.87 | $144.17 | $133.52 | $123.97 | $115.12 | $107.31 | $99.61 | $92.84 | $86.67 | $81.27 | $75.93 | $71.28 | $67.07 | $63.40 | $59.78 | $56.64 | $53.78 | $51.27 | $48.67 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $26.24 | $23.91 | $22.58 | $20.87 | $17.36 | $15.19 | $13.56 | $12.39 | $11.48 | $10.68 | $9.90 | $9.19 | $8.53 | $7.95 | $7.38 | $6.88 | $6.42 | $6.02 | $5.63 | $5.28 | $4.97 | $4.70 | $4.43 | $4.20 | $3.99 | $3.80 | $3.61 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $342.10 | $311.71 | $294.43 | $272.21 | $226.47 | $198.26 | $177.11 | $161.84 | $149.94 | $139.60 | $129.32 | $120.09 | $111.53 | $103.98 | $96.54 | $89.99 | $84.02 | $78.80 | $73.63 | $69.13 | $65.05 | $61.50 | $57.99 | $54.94 | $52.17 | $49.74 | $47.22 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($62.00) | ($95.08) | ($119.59) | 196.52 | 158.80 | 135.27 | 117.44 | 104.36 | 93.99 | 84.88 | 75.77 | 67.51 | 59.76 | 52.82 | 45.93 | 39.76 | 34.03 | 28.89 | 23.76 | 19.16 | 14.88 | 11.00 | 7.13 | 3.62 | 0.30 | (2.76) | (5.93) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($640.84) | ($735.93) | ($855.52) | ($659.00) | ($500.20) | ($364.93) | ($247.49) | ($143.13) | ($49.13) | $35.75 | $111.52 | $179.03 | $238.79 | $291.61 | $337.54 | $377.30 | $411.32 | $440.21 | $463.97 | $483.13 | $498.01 | $509.01 | $516.14 | $519.76 | $520.06 | $517.30 | $511.37 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**App. 1155**

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 161 of 589    PageID 9282

**Schedule 1.8: Raton Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.76 | $1.86 | $2.04 | $2.35 | $2.68 | $2.75 | $2.82 | $2.89 | $2.97 | $3.04 | $3.12 | $3.20 | $3.28 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.00 | $4.10 | $4.21 | $4.31 | $4.42 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.82 | $26.19 | $25.46 | $27.28 | $28.95 | $27.50 | $26.20 | $24.94 | $23.82 | $22.62 | $21.53 | $20.52 | $19.62 | $18.65 | $17.74 | $38.31 | $101.71 | $143.45 | $174.44 | $198.23 | $218.21 | $235.87 | $253.60 | $266.09 | $276.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.00 | $1.88 | $1.83 | $1.97 | $2.09 | $1.99 | $1.90 | $1.81 | $1.73 | $1.65 | $1.57 | $1.50 | $1.43 | $1.36 | $1.30 | $2.83 | $7.53 | $10.62 | $12.92 | $14.69 | $16.17 | $17.48 | $18.80 | $19.72 | $20.50 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $28.01 | $26.34 | $25.67 | $27.57 | $29.33 | $27.76 | $26.36 | $24.95 | $23.76 | $22.45 | $21.26 | $20.21 | $19.28 | $18.29 | $17.26 | $36.62 | $96.54 | $135.99 | $165.21 | $187.64 | $206.50 | $223.07 | $239.16 | $250.78 | $260.54 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | |
| Annual Undiscounted Cash Flow | [C-4] | ($4.76) | ($5.45) | ($4.78) | ($2.36) | ($0.74) | ($1.71) | ($2.62) | ($3.56) | ($4.41) | ($5.33) | ($6.23) | ($7.07) | ($7.88) | ($8.73) | ($9.61) | ($182.92) | ($140.24) | ($115.92) | ($98.43) | ($85.91) | ($77.57) | ($69.58) | ($56.02) | ($46.11) | ($115.50) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($4.76) | ($10.22) | ($14.99) | ($17.36) | ($18.10) | ($19.81) | ($22.43) | ($25.99) | ($30.40) | ($35.73) | ($41.96) | ($49.04) | ($56.91) | ($65.65) | ($75.26) | ($258.18) | ($398.41) | ($514.33) | ($612.76) | ($698.67) | ($776.24) | ($845.82) | ($901.84) | ($947.95) | ($1,063.45) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024

App. 1156

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 162 of 589    PageID 9283

**Schedule 1.8: Raton Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 | $8.25 | $8.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.53 | $4.64 | $4.76 | $4.88 | $5.00 | $5.12 | $5.25 | $5.38 | $5.52 | $5.66 | $5.80 | $5.94 | $6.09 | $6.24 | $6.40 | $6.56 | $6.72 | $6.89 | $7.06 | $7.24 | $7.42 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 |
| Fuel - GCF | [2] | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $295.91 | $294.17 | $287.30 | $261.73 | $247.22 | $228.53 | $190.02 | $166.27 | $148.49 | $135.65 | $125.66 | $116.98 | $108.34 | $100.59 | $93.41 | $87.07 | $80.82 | $75.33 | $70.32 | $65.94 | $61.61 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $21.93 | $21.80 | $21.29 | $19.40 | $18.32 | $16.94 | $14.08 | $12.32 | $11.00 | $10.05 | $9.31 | $8.67 | $8.03 | $7.46 | $6.92 | $6.45 | $5.99 | $5.58 | $5.21 | $4.89 | $4.57 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $278.56 | $276.86 | $270.37 | $246.36 | $232.71 | $215.15 | $179.03 | $156.75 | $140.04 | $127.97 | $118.57 | $110.40 | $102.27 | $94.98 | $88.21 | $82.24 | $76.36 | $71.18 | $66.46 | $62.33 | $58.25 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) |
| Capital Expenditures | [3] | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($109.57) | ($118.54) | ($133.73) | ($160.43) | ($181.31) | $139.47 | $111.36 | $93.76 | $80.37 | $70.49 | $62.62 | $55.67 | $48.72 | $42.39 | $36.44 | $31.08 | $25.76 | $20.95 | $16.47 | $12.42 | $8.38 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,173.02) | ($1,291.56) | ($1,425.30) | ($1,585.72) | ($1,767.03) | ($1,627.56) | ($1,516.20) | ($1,422.45) | ($1,342.08) | ($1,271.58) | ($1,208.96) | ($1,153.29) | ($1,104.56) | ($1,062.17) | ($1,025.73) | ($994.65) | ($968.89) | ($947.94) | ($931.47) | ($919.05) | ($910.67) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.8: Raton Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 163 of 589    PageID 9284

| Schedule 1.8: Raton Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
| --- | --- |
| Total Revenue | $5,460 |
| Total Cash OPEX | ($2,635) |
| Total CAPEX | ($3,744) |
| Total Net Cash Flow | ($919) |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Price** | | | | | | | | | |
| Gas ($/kcf) | [1] | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 | $10.05 | $10.31 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.61 | $7.80 | $7.99 | $8.19 | $8.40 | $8.61 | $8.82 | $9.04 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | |
| Gas NAFS - GCF | [2] | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | |
| Gas Revenue | [C-2] | $57.84 | $54.42 | $51.44 | $48.50 | $45.96 | $43.64 | $41.60 | $39.49 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | |
| CIFO | [C-2] | $4.29 | $4.03 | $3.81 | $3.59 | $3.40 | $3.24 | $3.08 | $2.93 |
| MSO Income | [2] | | | | | | | | |
| Processing & Transportation | [2] | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | |
| Revenue | [C-3] | $54.69 | $51.46 | $48.66 | $45.88 | $43.47 | $41.28 | $39.36 | $37.36 |
| *Less:* | | | | | | | | | |
| Operating Expenses | [3] | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $4.72 | $1.29 | ($1.84) | ($4.98) | ($7.85) | ($10.59) | ($13.15) | ($15.79) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($905.95) | ($904.66) | ($906.50) | ($911.48) | ($919.34) | ($929.93) | ($943.08) | ($958.86) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024

**App. 1158**

3

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 164 of 589    PageID 9285

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2019 |
| Total Revenue Through 2019 | $152 |
| Total Cash OPEX Through 2019 | ($125) |
| Total CAPEX Through 2019 | $0 |
| Total Net Cash Flow Through 2019 | $27 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.71 | $2.99 | $2.69 | $2.58 | $2.59 | $2.66 | $2.72 | $2.79 | $2.86 | $2.93 | $3.01 | $3.08 | $3.16 | $3.24 | $3.32 | $3.40 | $3.49 | $3.57 | $3.66 | $3.76 | $3.85 | $3.95 | $4.04 | $4.15 | $4.25 | $4.36 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $42.86 | $42.02 | $33.66 | $29.91 | $28.02 | $26.60 | $25.32 | $24.09 | $23.00 | $21.82 | $20.76 | $19.78 | $18.89 | $17.94 | $17.06 | $36.85 | $97.82 | $137.96 | $167.76 | $190.64 | $209.86 | $226.85 | $243.90 | $255.92 | $266.01 | $284.59 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $3.08 | $3.02 | $2.42 | $2.16 | $2.02 | $1.92 | $1.83 | $1.75 | $1.67 | $1.59 | $1.51 | $1.44 | $1.38 | $1.31 | $1.25 | $2.72 | $7.24 | $10.22 | $12.43 | $14.12 | $15.55 | $16.81 | $18.08 | $18.97 | $19.72 | $21.09 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $44.13 | $43.31 | $34.47 | $30.40 | $28.33 | $26.79 | $25.42 | $24.04 | $22.87 | $21.59 | $20.43 | $19.41 | $18.50 | $17.53 | $16.53 | $35.04 | $92.36 | $130.10 | $158.04 | $179.50 | $197.53 | $213.38 | $228.74 | $239.85 | $249.17 | $266.40 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) |
| Annual Undiscounted Cash Flow | [C-4] | $11.37 | $11.51 | $4.02 | $0.46 | ($1.74) | ($2.68) | ($3.56) | ($4.47) | ($5.29) | ($6.19) | ($7.06) | ($7.88) | ($8.66) | ($9.48) | ($10.34) | ($184.50) | ($144.41) | ($121.81) | ($105.60) | ($94.05) | ($86.54) | ($79.27) | ($66.44) | ($57.04) | ($126.86) | ($121.73) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $11.37 | $22.88 | $26.89 | $27.35 | $25.61 | $22.93 | $19.37 | $14.90 | $9.61 | $3.42 | ($3.64) | ($11.52) | ($20.18) | ($29.66) | ($40.00) | ($224.50) | ($368.91) | ($490.72) | ($596.32) | ($690.37) | ($776.90) | ($856.17) | ($922.62) | ($979.66) | ($1,106.52) | ($1,228.25) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 165 of 589    PageID 9286

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2019 |
| Total Revenue Through 2019 | $152 |
| Total Cash OPEX Through 2019 | ($125) |
| Total CAPEX Through 2019 | $0 |
| Total Net Cash Flow Through 2019 | $27 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 | $7.94 | $8.13 | $8.34 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.46 | $4.58 | $4.69 | $4.81 | $4.93 | $5.05 | $5.18 | $5.31 | $5.44 | $5.58 | $5.71 | $5.86 | $6.00 | $6.15 | $6.31 | $6.47 | $6.63 | $6.79 | $6.96 | $7.14 | $7.32 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 |
| Fuel - GCF | [2] | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $282.91 | $276.31 | $251.72 | $237.76 | $219.79 | $182.75 | $159.91 | $142.81 | $130.47 | $120.85 | $112.50 | $104.20 | $96.75 | $89.83 | $83.74 | $77.73 | $72.45 | $67.63 | $63.42 | $59.25 | $55.63 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.97 | $20.48 | $18.66 | $17.62 | $16.29 | $13.54 | $11.85 | $10.58 | $9.67 | $8.96 | $8.34 | $7.72 | $7.17 | $6.66 | $6.21 | $5.76 | $5.37 | $5.01 | $4.70 | $4.39 | $4.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $264.77 | $258.56 | $235.61 | $222.55 | $205.76 | $171.22 | $149.92 | $133.94 | $122.40 | $113.41 | $105.59 | $97.82 | $90.84 | $84.37 | $78.66 | $73.04 | $68.09 | $63.57 | $59.62 | $55.72 | $52.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) |
| Capital Expenditures | [3] | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($130.63) | ($145.54) | ($171.18) | ($191.46) | $130.08 | $103.55 | $86.93 | $74.27 | $64.92 | $57.46 | $50.87 | $44.27 | $38.26 | $32.61 | $27.50 | $22.43 | $17.85 | $13.58 | $9.71 | $5.85 | $2.34 |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,358.88) | ($1,504.41) | ($1,675.59) | ($1,867.06) | ($1,736.98) | ($1,633.43) | ($1,546.50) | ($1,472.23) | ($1,407.31) | ($1,349.85) | ($1,298.99) | ($1,254.71) | ($1,216.45) | ($1,183.85) | ($1,156.35) | ($1,133.91) | ($1,116.06) | ($1,102.48) | ($1,092.76) | ($1,086.92) | ($1,084.57) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.9: Raton Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 166 of 589    PageID 9287

**Schedule 1.9: Raton Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2019 |
| Total Revenue Through 2019 | $152 |
| Total Cash OPEX Through 2019 | ($125) |
| Total CAPEX Through 2019 | $0 |
| Total Net Cash Flow Through 2019 | $27 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | |
| Gas ($/kcf) | [1] | $8.55 | $8.76 | $8.98 | $9.20 | $9.43 | $9.67 | $9.91 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.50 | $7.69 | $7.88 | $8.07 | $8.28 | $8.48 | $8.70 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | |
| Gas NAFS - GCF | [2] | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | |
| Gas Revenue | [C-2] | $52.34 | $49.48 | $46.65 | $44.20 | $41.97 | $40.01 | $37.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | |
| CIFO | [C-2] | $3.88 | $3.67 | $3.46 | $3.27 | $3.11 | $2.97 | $2.82 |
| MSO Income | [2] | | | | | | | |
| Processing & Transportation | [2] | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | |
| Revenue | [C-3] | $49.23 | $46.54 | $43.88 | $41.58 | $39.49 | $37.65 | $35.74 |
| *Less:* | | | | | | | | |
| Operating Expenses | [3] | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($0.94) | ($3.96) | ($6.97) | ($9.74) | ($12.39) | ($14.86) | ($17.41) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,085.52) | ($1,089.47) | ($1,096.44) | ($1,106.19) | ($1,118.57) | ($1,133.43) | ($1,150.84) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2019 (i.e., excluding net cash outflows for 2020 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.10: Raton Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

**Schedule 1.10: Raton Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.48 | $2.62 | $2.62 | $2.79 | $2.95 | $3.02 | $3.10 | $3.17 | $3.25 | $3.33 | $3.42 | $3.50 | $3.59 | $3.68 | $3.77 | $3.87 | $3.96 | $4.06 | $4.16 | $4.27 | $4.37 | $4.48 | $4.60 | $4.71 | $4.83 | $4.95 | $5.07 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $39.25 | $36.92 | $32.74 | $32.37 | $31.84 | $30.22 | $28.78 | $27.38 | $26.13 | $24.80 | $23.59 | $22.47 | $21.47 | $20.39 | $19.39 | $41.87 | $111.16 | $156.78 | $190.65 | $216.65 | $238.49 | $257.79 | $277.17 | $290.83 | $302.30 | $323.41 | $321.51 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.82 | $2.66 | $2.36 | $2.33 | $2.30 | $2.19 | $2.08 | $1.99 | $1.90 | $1.80 | $1.72 | $1.64 | $1.57 | $1.49 | $1.42 | $3.09 | $8.23 | $11.61 | $14.12 | $16.05 | $17.67 | $19.11 | $20.54 | $21.55 | $22.41 | $23.97 | $23.83 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $40.26 | $37.83 | $33.48 | $33.04 | $32.43 | $30.68 | $29.12 | $27.57 | $26.24 | $24.79 | $23.47 | $22.30 | $21.26 | $20.16 | $19.03 | $40.44 | $106.69 | $150.31 | $182.63 | $207.43 | $228.28 | $246.62 | $264.47 | $277.35 | $288.15 | $308.10 | $306.23 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) |
| Annual Undiscounted Cash Flow | [C-4] | $7.49 | $6.04 | $3.03 | $3.10 | $2.36 | $1.21 | $0.14 | ($0.94) | ($1.93) | ($3.00) | ($4.02) | ($4.98) | ($5.89) | ($6.86) | ($7.84) | ($179.10) | ($130.08) | ($101.60) | ($81.02) | ($66.12) | ($55.79) | ($46.03) | ($30.70) | ($19.54) | ($87.89) | ($80.03) | ($89.17) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | $7.49 | $13.53 | $16.57 | $19.66 | $22.02 | $23.23 | $23.37 | $22.43 | $20.50 | $17.50 | $13.49 | $8.50 | $2.61 | ($4.25) | ($12.09) | ($191.19) | ($321.27) | ($422.87) | ($503.89) | ($570.00) | ($625.79) | ($671.82) | ($702.52) | ($722.06) | ($809.95) | ($889.98) | ($979.15) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.10: Raton Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

Case 3:16-cv-03111-K   Document 233-2   Filed 02/21/25   Page 168 of 589   PageID 9289

**Schedule 1.10: Raton Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| Book Value [3] | $866 |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 | $8.17 | $8.37 | $8.58 | $8.80 | $9.02 | $9.24 | $9.48 | $9.71 | $9.95 | $10.20 | $10.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.20 | $5.33 | $5.46 | $5.60 | $5.74 | $5.88 | $6.03 | $6.18 | $6.34 | $6.49 | $6.66 | $6.82 | $6.99 | $7.17 | $7.35 | $7.53 | $7.72 | $7.91 | $8.11 | $8.31 | $8.52 | $8.73 | $8.95 | $9.18 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 |
| Fuel - GCF | [2] | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $314.01 | $286.06 | $270.20 | $249.77 | $207.68 | $181.73 | $162.29 | $148.26 | $137.34 | $127.85 | $118.41 | $109.94 | $102.09 | $95.16 | $88.34 | $82.33 | $76.86 | $72.07 | $67.34 | $63.22 | $59.48 | $56.23 | $53.01 | $50.23 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $23.27 | $21.20 | $20.03 | $18.51 | $15.39 | $13.47 | $12.03 | $10.99 | $10.18 | $9.47 | $8.78 | $8.15 | $7.57 | $7.05 | $6.55 | $6.10 | $5.70 | $5.34 | $4.99 | $4.69 | $4.41 | $4.17 | $3.93 | $3.72 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $299.05 | $272.49 | $257.39 | $237.97 | $198.00 | $173.35 | $154.86 | $141.52 | $131.11 | $122.08 | $113.08 | $105.02 | $97.54 | $90.93 | $84.43 | $78.70 | $73.48 | $68.92 | $64.40 | $60.47 | $56.90 | $53.79 | $50.72 | $48.06 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) |
| Capital Expenditures | [3] | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($105.05) | ($134.30) | ($156.63) | 162.28 | 130.33 | 110.36 | 95.19 | 84.04 | 75.17 | 67.35 | 59.54 | 52.44 | 45.77 | 39.77 | 33.82 | 28.47 | 23.49 | 19.01 | 14.53 | 10.50 | 6.72 | 3.29 | (0.14) | (3.27) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($1,084.20) | ($1,218.50) | ($1,375.13) | ($1,212.84) | ($1,082.51) | ($972.15) | ($876.96) | ($792.93) | ($717.76) | ($650.41) | ($590.87) | ($538.43) | ($492.66) | ($452.89) | ($419.06) | ($390.59) | ($367.10) | ($348.10) | ($333.57) | ($323.07) | ($316.35) | ($313.06) | ($313.19) | ($316.46) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.10: Raton Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 169 of 589    PageID 9290

**Schedule 1.10: Raton Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2022 |
| Total Revenue Through 2022 | $237 |
| Total Cash OPEX Through 2022 | ($213) |
| Total CAPEX Through 2022 | $0 |
| Total Net Cash Flow Through 2022 | $23 |
| | |
| Book Value [3] | $866 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | Notes | 2067 | 2068 | 2069 |
|---|---|---|---|---|
| **Price** | | | | |
| Gas ($/kcf) | [1] | $10.72 | $10.99 | $11.26 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $9.41 | $9.64 | $9.88 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 |
| | | | | |
| **Quantity** | | | | |
| Gas NAFS - GCF | [2] | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 |
| | | | | |
| **Revenue** | | | | |
| Gas Revenue | [C-2] | $47.69 | $45.47 | $43.16 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | |
| CIFO | [C-2] | $3.54 | $3.37 | $3.20 |
| MSO Income | [2] | | | |
| Processing & Transportation | [2] | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 |
| | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | |
| Revenue | [C-3] | $45.63 | $43.51 | $41.30 |
| *Less:* | | | | |
| Operating Expenses | [3] | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 |
| | | | | |
| Annual Undiscounted Cash Flow | [C-4] | ($6.24) | ($8.99) | ($11.84) |
| Step 1: Cumulative Undiscounted Cash Flow | [C-5] | ($322.69) | ($331.69) | ($343.53) |

Notes and Sources

[1]  IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.
[2]  Sourced from Exxon's original cash flow contained in
[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2022 (i.e., excluding net cash outflows for 2023 - 2069), the max year of profitability at this price point.
[C-1]  Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.11: San Juan Step 1 Analysis with NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 170 of 589    PageID 9291

**Schedule 1.11: San Juan Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $3,082 |
| Total Cash OPEX Through 2052 | ($2,392) |
| Total CAPEX Through 2052 | ($662) |
| Total Net Cash Flow Through 2052 | $27 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.33 | $2.59 | $2.69 | $2.80 | $2.94 | $3.01 | $3.09 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.85 | $3.95 | $4.05 | $4.15 | $4.25 | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $100.20 | $121.06 | $126.35 | $129.38 | $134.73 | $137.49 | $141.24 | $144.54 | $146.34 | $145.69 | $148.29 | $150.62 | $152.78 | $153.02 | $153.33 | $149.93 | $137.54 | $123.76 | $111.42 | $100.52 | $64.66 | $55.50 | $48.92 | $43.10 | $38.12 | $33.56 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $8.20 | $9.96 | $10.61 | $11.02 | $11.66 | $12.11 | $12.61 | $13.05 | $13.47 | $13.79 | $14.10 | $14.40 | $14.67 | $14.73 | $14.82 | $14.53 | $13.35 | $12.03 | $10.83 | $9.78 | $8.86 | $8.01 | $7.27 | $6.62 | $6.05 | $5.51 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $93.82 | $114.17 | $120.64 | $125.35 | $134.01 | $136.11 | $138.99 | $141.49 | $143.34 | $143.58 | $145.33 | $146.78 | $148.26 | $147.85 | $147.61 | $144.03 | $127.77 | $115.49 | $104.43 | $94.63 | $59.78 | $52.14 | $46.18 | $40.89 | $36.36 | $32.20 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($35.19) | ($21.05) | ($16.76) | ($14.70) | ($11.93) | ($14.70) | ($16.48) | ($18.93) | ($24.23) | ($29.10) | ($31.68) | ($34.19) | ($36.06) | ($39.11) | ($44.26) | $4.24 | $20.57 | $41.42 | $63.13 | $56.77 | $37.83 | $32.84 | $28.21 | $24.11 | $20.57 | $17.32 |
| Step 1: Cumulative Cash Flow | [C-5] | ($35.19) | ($56.24) | ($72.99) | ($87.69) | ($99.62) | ($114.31) | ($130.79) | ($149.72) | ($173.95) | ($203.05) | ($234.73) | ($268.93) | ($304.99) | ($344.10) | ($388.36) | ($384.12) | ($363.55) | ($322.13) | ($259.00) | ($202.23) | ($164.40) | ($131.55) | ($103.34) | ($79.23) | ($58.66) | ($41.33) |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2060), the max

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.11: San Juan Step 1 Analysis with NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 171 of 589    PageID 9292

**Schedule 1.11: San Juan Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $3,082 |
| Total Cash OPEX Through 2052 | ($2,392) |
| Total CAPEX Through 2052 | ($662) |
| Total Net Cash Flow Through 2052 | $27 |
| | |
| Book Value [3] | $621 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.36 | $8.57 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 | $5.86 | $6.01 | $6.16 | $6.31 | $6.47 | $6.63 | $6.80 | $6.97 | $7.14 | $7.32 | $7.51 | $7.69 | $7.89 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $29.71 | $26.38 | $23.57 | $21.03 | $18.90 | $17.08 | $15.56 | $14.18 | $13.05 | $12.09 | $11.32 | $10.61 | $10.05 | $9.58 | $9.15 | $8.71 | $8.30 | $7.91 | $7.56 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.04 | $4.63 | $4.28 | $3.95 | $3.66 | $3.40 | $3.18 | $2.97 | $2.79 | $2.63 | $2.49 | $2.36 | $2.24 | $2.13 | $2.04 | $1.94 | $1.85 | $1.76 | $1.69 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $28.67 | $25.61 | $23.02 | $20.67 | $18.69 | $16.98 | $15.56 | $14.25 | $13.17 | $12.25 | $11.50 | $10.80 | $10.23 | $9.75 | $9.32 | $8.86 | $8.45 | $8.05 | $7.70 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $14.56 | $12.15 | $10.10 | $8.23 | $6.65 | $5.26 | $4.08 | $3.01 | $2.09 | $1.29 | $0.62 | ($0.02) | ($0.56) | ($1.04) | ($1.49) | ($1.97) | ($2.42) | ($2.87) | ($3.30) |
| Step 1: Cumulative Cash Flow | [C-5] | ($26.78) | ($14.62) | ($4.52) | $3.71 | $10.36 | $15.62 | $19.70 | $22.71 | $24.80 | $26.09 | $26.71 | $26.69 | $26.13 | $25.09 | $23.60 | $21.63 | $19.21 | $16.34 | $13.04 |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2060), the max

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

| Schedule 1.12: San Juan Step 1 Analysis Summary December 31, 2015 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through 2057 | $3,694 |
| Total Cash OPEX Through 2057 | ($2,446) |
| Total CAPEX Through 2057 | ($662) |
| Total Net Cash Flow Through 2057 | $585 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.27 | $2.41 | $2.63 | $3.04 | $3.46 | $3.55 | $3.64 | $3.74 | $3.83 | $3.93 | $4.03 | $4.13 | $4.24 | $4.35 | $4.46 | $4.57 | $4.69 | $4.80 | $4.92 | $5.05 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $97.66 | $112.72 | $123.86 | $140.41 | $158.84 | $162.20 | $166.74 | $170.73 | $172.97 | $172.31 | $175.50 | $178.36 | $181.04 | $181.43 | $181.91 | $177.87 | $163.18 | $146.83 | $132.19 | $119.26 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $7.99 | $9.27 | $10.40 | $11.96 | $13.75 | $14.29 | $14.88 | $15.41 | $15.92 | $16.30 | $16.69 | $17.05 | $17.38 | $17.47 | $17.58 | $17.23 | $15.84 | $14.27 | $12.85 | $11.60 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $91.08 | $105.14 | $117.94 | $137.31 | $160.22 | $163.01 | $166.76 | $170.04 | $172.42 | $172.72 | $175.12 | $177.18 | $179.22 | $179.00 | $178.95 | $174.69 | $155.89 | $140.80 | $127.22 | $115.19 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($37.93) | ($30.07) | ($19.45) | ($2.73) | $14.28 | $12.19 | $11.29 | $9.63 | $4.85 | $0.04 | ($1.89) | ($3.80) | ($5.09) | ($7.97) | ($12.92) | $34.90 | $48.69 | $66.73 | $85.92 | $77.33 |
| Step 1: Cumulative Cash Flow | [C-5] | ($37.93) | ($68.00) | ($87.46) | ($90.19) | ($75.91) | ($63.71) | ($52.43) | ($42.80) | ($37.95) | ($37.91) | ($39.80) | ($43.60) | ($48.69) | ($56.66) | ($69.58) | ($34.68) | $14.02 | $80.75 | $166.67 | $244.00 |

Notes and Sources

[1]  December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024

App. 1167

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3.16-cv-03111-K   Document 233-2   Filed 02/21/25   Page 173 of 589   PageID 9294

| Schedule 1.12: San Juan Step 1 Analysis Summary December 31, 2015 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through 2057 | $3,694 |
| Total Cash OPEX Through 2057 | ($2,446) |
| Total CAPEX Through 2057 | ($662) |
| Total Net Cash Flow Through 2057 | $585 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | No |

|  |  | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.62 | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.17 | $5.30 | $5.43 | $5.57 | $5.71 | $5.85 | $6.00 | $6.15 | $6.30 | $6.46 | $6.62 | $6.79 | $6.96 | $7.13 | $7.31 | $7.49 | $7.68 | $7.87 | $8.07 | $8.27 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 |
| Fuel - GCF | [2] | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $76.71 | $65.85 | $58.04 | $51.14 | $45.22 | $39.81 | $35.24 | $31.29 | $27.96 | $24.95 | $22.43 | $20.26 | $18.46 | $16.83 | $15.48 | $14.35 | $13.43 | $12.59 | $11.92 | $11.36 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.52 | $9.50 | $8.63 | $7.85 | $7.17 | $6.53 | $5.98 | $5.50 | $5.08 | $4.68 | $4.34 | $4.04 | $3.78 | $3.53 | $3.31 | $3.12 | $2.96 | $2.80 | $2.66 | $2.53 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $73.48 | $63.98 | $56.65 | $50.16 | $44.59 | $39.48 | $35.15 | $31.39 | $28.22 | $25.33 | $22.90 | $20.80 | $19.05 | $17.45 | $16.12 | $14.99 | $14.07 | $13.21 | $12.52 | $11.93 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $51.54 | $44.68 | $38.69 | $33.38 | $28.80 | $24.61 | $21.04 | $17.93 | $15.29 | $12.89 | $10.85 | $9.08 | $7.58 | $6.21 | $5.04 | $4.04 | $3.19 | $2.40 | $1.73 | $1.14 |
| Step 1: Cumulative Cash Flow | [C-5] | $295.54 | $340.22 | $378.91 | $412.29 | $441.09 | $465.70 | $486.73 | $504.67 | $519.96 | $532.85 | $543.70 | $552.78 | $560.36 | $566.56 | $571.61 | $575.65 | $578.84 | $581.24 | $582.97 | $584.11 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.12: San Juan Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020c

| Schedule 1.12: San Juan Step 1 Analysis Summary December 31, 2015 Spot Rate with Exxon Growth Rate | | |
|---|---|---|
| Max Profitable Year [4] | 2057 | |
| Total Revenue Through 2057 | $3,694 | |
| Total Cash OPEX Through 2057 | ($2,446) | |
| Total CAPEX Through 2057 | ($662) | |
| Total Net Cash Flow Through 2057 | $585 | |
| | | |
| Book Value [3] | $621 | |
| | | |
| Step 1 Impairment Indicator? | No | |

| | | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | |
| Gas ($/kcf) | [1] | $9.21 | $9.44 | $9.68 | $9.92 | $10.17 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.48 | $8.69 | $8.91 | $9.13 | $9.36 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Quantity** | | | | | | |
| Gas NAFS - GCF | [2] | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Revenue** | | | | | | |
| Gas Revenue | [C-2] | $10.86 | $10.33 | $9.84 | $9.38 | $8.97 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | |
| CIFO | [C-2] | $2.42 | $2.30 | $2.19 | $2.09 | $2.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | |
| Revenue | [C-3] | $11.41 | $10.85 | $10.34 | $9.86 | $9.42 |
| *Less:* | | | | | | |
| Operating Expenses | [3] | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Annual Cash Flow | [C-4] | $0.59 | $0.02 | ($0.53) | ($1.07) | ($1.57) |
| Step 1: Cumulative Cash Flow | [C-5] | $584.70 | $584.72 | $584.19 | $583.12 | $581.55 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024

# App. 1169

3

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 175 of 589    PageID 9296

**Schedule 1.13: San Juan Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| | |
| Book Value [3] | $621 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.84 | $1.95 | $2.14 | $2.47 | $2.81 | $2.88 | $2.96 | $3.03 | $3.11 | $3.19 | $3.27 | $3.35 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | | | |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | | | | | |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $79.24 | $91.46 | $100.50 | $113.93 | $128.89 | $131.61 | $135.29 | $138.53 | $140.34 | $139.82 | $142.40 | $144.72 | $146.90 | $147.22 | $147.60 | $144.33 | $132.40 | $119.14 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $6.48 | $7.52 | $8.44 | $9.71 | $11.16 | $11.59 | $12.08 | $12.51 | $12.92 | $13.23 | $13.54 | $13.83 | $14.10 | $14.17 | $14.26 | $13.98 | $12.85 | $11.58 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $71.15 | $82.14 | $92.62 | $108.58 | $127.66 | $129.72 | $132.50 | $134.94 | $136.79 | $137.14 | $138.87 | $140.32 | $141.80 | $141.48 | $141.33 | $137.89 | $122.13 | $110.41 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | | | | | | | | | | |
| Annual Cash Flow | [C-4] | ($57.86) | ($53.08) | ($44.78) | ($31.47) | ($18.27) | ($21.09) | ($22.96) | ($25.48) | ($30.77) | ($35.53) | ($38.13) | ($40.65) | ($42.51) | ($45.48) | ($50.54) | ($1.90) | $14.93 | $36.35 |
| Step 1: Cumulative Cash Flow | [C-5] | ($57.86) | ($110.93) | ($155.71) | ($187.18) | ($205.45) | ($226.54) | ($249.51) | ($274.98) | ($305.76) | ($341.29) | ($379.43) | ($420.08) | ($462.59) | ($508.07) | ($558.61) | ($560.51) | ($545.58) | ($509.23) |

Notes and Sources

[1]  February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 176 of 589    PageID 9297

| Schedule 1.13: San Juan Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $3.99 | $4.09 | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.11 | $5.24 | $5.37 | $5.51 | $5.64 | $5.79 | $5.93 | $6.08 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 |
| Fuel - GCF | [2] | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $107.26 | $96.76 | $62.24 | $53.43 | $47.09 | $41.49 | $36.70 | $32.31 | $28.60 | $25.39 | $22.69 | $20.25 | $18.20 | $16.44 | $14.98 | $13.65 | $12.56 | $11.64 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.43 | $9.41 | $8.53 | $7.71 | $7.00 | $6.37 | $5.82 | $5.30 | $4.86 | $4.46 | $4.12 | $3.80 | $3.52 | $3.28 | $3.07 | $2.86 | $2.69 | $2.53 |
| MSO Income | [2] | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $99.87 | $90.51 | $57.03 | $49.77 | $44.08 | $39.04 | $34.71 | $30.74 | $27.37 | $24.45 | $21.98 | $19.74 | $17.85 | $16.22 | $14.86 | $13.61 | $12.58 | $11.70 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $58.57 | $52.66 | $35.09 | $30.47 | $26.12 | $22.25 | $18.92 | $15.86 | $13.26 | $10.99 | $9.06 | $7.30 | $5.80 | $4.50 | $3.38 | $2.37 | $1.50 | $0.74 |
| Step 1: Cumulative Cash Flow | [C-5] | ($450.66) | ($398.01) | ($362.92) | ($332.45) | ($306.33) | ($284.08) | ($265.16) | ($249.30) | ($236.03) | ($225.04) | ($215.98) | ($208.68) | ($202.88) | ($198.38) | ($195.00) | ($192.63) | ($191.13) | ($190.38) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.13: San Juan Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 177 of 589    PageID 9298

**Schedule 1.13: San Juan Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Total Revenue | $2,934 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($190) |
| | |
| Book Value [3] | $621 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.77 | $6.94 | $7.12 | $7.29 | $7.48 | $7.66 | $7.85 | $8.05 | $8.25 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.23 | $6.39 | $6.55 | $6.71 | $6.88 | $7.05 | $7.23 | $7.41 | $7.59 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | |
| **Quantity** | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | |
| **Revenue** | | | | | | | | | | |
| Gas Revenue | [C-2] | $10.90 | $10.22 | $9.67 | $9.22 | $8.81 | $8.38 | $7.99 | $7.61 | $7.28 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | |
| CIFO | [C-2] | $2.40 | $2.27 | $2.16 | $2.05 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | |
| Revenue | [C-3] | $10.98 | $10.31 | $9.77 | $9.31 | $8.90 | $8.47 | $8.07 | $7.69 | $7.35 |
| *Less:* | | | | | | | | | | |
| Operating Expenses | [3] | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | | | | | |
| Annual Cash Flow | [C-4] | $0.10 | ($0.50) | ($1.02) | ($1.48) | ($1.91) | ($2.37) | ($2.80) | ($3.23) | ($3.64) |
| Step 1: Cumulative Cash Flow | [C-5] | ($190.28) | ($190.79) | ($191.81) | ($193.28) | ($195.19) | ($197.56) | ($200.36) | ($203.59) | ($207.24) |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 178 of 589    PageID 9299

| Schedule 1.14: San Juan Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| | |
| Book Value [3] | $621 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.84 | $3.13 | $2.83 | $2.70 | $2.72 | $2.79 | $2.86 | $2.93 | $3.00 | $3.08 | $3.15 | $3.23 | $3.31 | $3.40 | $3.48 | $3.57 | $3.66 | $3.75 | $3.84 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $122.11 | $146.72 | $132.88 | $124.92 | $124.73 | $127.29 | $130.77 | $133.82 | $135.48 | $134.89 | $137.29 | $139.45 | $141.45 | $141.67 | $141.95 | $138.81 | $127.34 | $114.58 | $103.15 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.99 | $12.07 | $11.16 | $10.64 | $10.80 | $11.21 | $11.67 | $12.08 | $12.47 | $12.76 | $13.06 | $13.33 | $13.58 | $13.64 | $13.72 | $13.45 | $12.36 | $11.14 | $10.03 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $117.52 | $141.94 | $127.72 | $120.51 | $123.15 | $125.02 | $127.58 | $129.80 | $131.49 | $131.75 | $133.28 | $134.55 | $135.84 | $135.41 | $135.14 | $131.84 | $116.58 | $105.41 | $95.37 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($11.48) | $6.72 | ($9.68) | ($19.54) | ($22.78) | ($25.79) | ($27.89) | ($30.62) | ($36.08) | ($40.93) | ($43.72) | ($46.43) | ($48.48) | ($51.55) | ($56.73) | ($7.95) | $9.37 | $31.35 | $54.07 |
| Step 1: Cumulative Cash Flow | [C-5] | ($11.48) | ($4.76) | ($14.44) | ($33.98) | ($56.76) | ($82.55) | ($110.44) | ($141.06) | ($177.14) | ($218.07) | ($261.79) | ($308.23) | ($356.70) | ($408.26) | ($464.99) | ($472.94) | ($463.57) | ($432.22) | ($378.15) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K     Document 233-2     Filed 02/21/25     Page 179 of 589     PageID 9300

**Schedule 1.14: San Juan Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.28 | $4.39 | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $3.94 | $4.04 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.68 | $4.80 | $4.92 | $5.04 | $5.17 | $5.30 | $5.43 | $5.56 | $5.70 | $5.85 | $5.99 | $6.14 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 |
| Fuel - GCF | [2] | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $93.06 | $59.86 | $51.39 | $45.29 | $39.90 | $35.29 | $31.07 | $27.50 | $24.42 | $21.82 | $19.47 | $17.50 | $15.81 | $14.40 | $13.13 | $12.08 | $11.20 | $10.48 | $9.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.05 | $8.21 | $7.41 | $6.74 | $6.13 | $5.60 | $5.10 | $4.67 | $4.29 | $3.96 | $3.65 | $3.39 | $3.15 | $2.95 | $2.75 | $2.58 | $2.43 | $2.31 | $2.18 |
| MSO Income | [2] | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $86.45 | $54.33 | $47.43 | $42.01 | $37.21 | $33.09 | $29.30 | $26.09 | $23.31 | $20.96 | $18.82 | $17.02 | $15.47 | $14.17 | $12.98 | $11.99 | $11.16 | $10.47 | $9.83 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $48.59 | $32.38 | $28.13 | $24.05 | $20.42 | $17.30 | $14.43 | $11.98 | $9.85 | $8.03 | $6.38 | $4.97 | $3.74 | $2.69 | $1.74 | $0.92 | $0.20 | ($0.41) | ($0.98) |
| Step 1: Cumulative Cash Flow | [C-5] | ($329.56) | ($297.18) | ($269.05) | ($245.00) | ($224.58) | ($207.28) | ($192.86) | ($180.88) | ($171.02) | ($162.99) | ($156.61) | ($151.64) | ($147.89) | ($145.20) | ($143.46) | ($142.55) | ($142.35) | ($142.75) | ($143.73) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.14: San Juan Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3.16-cv-03111-K   Document 233-2   Filed 02/21/25   Page 180 of 589   PageID 9301

| Schedule 1.14: San Juan Step 1 Analysis Summary Wood Mackenzie 5-Year Forecast | |
|---|---|
| Total Revenue | $2,979 |
| Total Cash OPEX | ($2,479) |
| Total CAPEX | ($662) |
| Total Net Cash Flow | ($163) |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | |
| Gas ($/kcf) | [1] | $6.84 | $7.01 | $7.19 | $7.37 | $7.55 | $7.74 | $7.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.30 | $6.45 | $6.61 | $6.78 | $6.95 | $7.12 | $7.30 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | |
| Gas NAFS - GCF | [2] | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | |
| Gas Revenue | [C-2] | $9.30 | $8.87 | $8.48 | $8.06 | $7.68 | $7.32 | $7.00 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | |
| CIFO | [C-2] | $2.07 | $1.98 | $1.89 | $1.80 | $1.71 | $1.63 | $1.56 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | |
| Revenue | [C-3] | $9.32 | $8.88 | $8.49 | $8.07 | $7.70 | $7.34 | $7.01 |
| *Less:* | | | | | | | | |
| Operating Expenses | [3] | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($1.47) | ($1.91) | ($2.32) | ($2.76) | ($3.18) | ($3.59) | ($3.98) |
| Step 1: Cumulative Cash Flow | [C-5] | ($145.21) | ($147.11) | ($149.44) | ($152.20) | ($155.37) | ($158.96) | ($162.94) |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.15: San Juan Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2054 |
| Total Revenue Through 2054 | $3,291 |
| Total Cash OPEX Through 2054 | ($2,414) |
| Total CAPEX Through 2054 | ($662) |
| Total Net Cash Flow Through 2054 | $215 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.60 | $2.75 | $2.75 | $2.93 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.58 | $3.67 | $3.77 | $3.86 | $3.96 | $4.05 | $4.16 | $4.26 | $4.37 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $111.82 | $128.89 | $129.27 | $135.20 | $141.75 | $144.66 | $148.61 | $152.07 | $153.97 | $153.29 | $156.02 | $158.47 | $160.75 | $161.00 | $161.32 | $157.74 | $144.71 | $130.21 | $117.23 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.15 | $10.60 | $10.85 | $11.52 | $12.27 | $12.74 | $13.27 | $13.73 | $14.17 | $14.50 | $14.84 | $15.15 | $15.43 | $15.50 | $15.59 | $15.28 | $14.05 | $12.66 | $11.40 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $106.39 | $122.65 | $123.80 | $131.66 | $141.64 | $143.91 | $147.01 | $149.70 | $151.67 | $151.89 | $153.80 | $155.39 | $156.99 | $156.59 | $156.38 | $152.61 | $135.63 | $122.56 | $110.81 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($22.62) | ($12.57) | ($13.60) | ($8.38) | ($4.29) | ($6.90) | ($8.46) | ($10.71) | ($15.90) | ($20.79) | ($23.21) | ($25.59) | ($27.33) | ($30.37) | ($35.50) | $12.82 | $28.43 | $48.50 | $69.51 |
| Step 1: Cumulative Cash Flow | [C-5] | ($22.62) | ($35.18) | ($48.78) | ($57.16) | ($61.46) | ($68.35) | ($76.81) | ($87.53) | ($103.43) | ($124.21) | ($147.43) | ($173.02) | ($200.35) | ($230.71) | ($266.21) | ($253.39) | ($224.96) | ($176.46) | ($106.96) |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.15: San Juan Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2054 |
| Total Revenue Through 2054 | $3,291 |
| Total Cash OPEX Through 2054 | ($2,414) |
| Total CAPEX Through 2054 | ($662) |
| Total Net Cash Flow Through 2054 | $215 |
| Book Value [3] | $621 |
| Step 1 Impairment Indicator? | Yes |

| | | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.86 | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.48 | $4.59 | $4.70 | $4.82 | $4.94 | $5.06 | $5.19 | $5.32 | $5.45 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.32 | $6.48 | $6.64 | $6.81 | $6.98 | $7.15 | $7.33 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 |
| Fuel - GCF | [2] | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $105.76 | $68.03 | $58.39 | $51.47 | $45.35 | $40.11 | $35.31 | $31.25 | $27.75 | $24.80 | $22.13 | $19.89 | $17.97 | $16.37 | $14.92 | $13.73 | $12.73 | $11.91 | $11.17 | $10.57 | $10.08 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $10.29 | $9.32 | $8.42 | $7.65 | $6.96 | $6.36 | $5.79 | $5.31 | $4.88 | $4.50 | $4.15 | $3.85 | $3.58 | $3.35 | $3.13 | $2.94 | $2.77 | $2.62 | $2.48 | $2.36 | $2.25 |
| MSO Income | [2] | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $100.38 | $63.61 | $55.46 | $49.11 | $43.49 | $38.66 | $34.23 | $30.48 | $27.23 | $24.48 | $21.97 | $19.87 | $18.05 | $16.53 | $15.15 | $14.00 | $13.02 | $12.22 | $11.47 | $10.87 | $10.36 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $62.52 | $41.66 | $36.16 | $31.14 | $26.70 | $22.87 | $19.36 | $16.37 | $13.77 | $11.55 | $9.54 | $7.82 | $6.33 | $5.06 | $3.90 | $2.92 | $2.06 | $1.34 | $0.66 | $0.08 | ($0.43) |
| Step 1: Cumulative Cash Flow | [C-5] | ($44.43) | ($2.77) | $33.39 | $64.53 | $91.23 | $114.10 | $133.46 | $149.83 | $163.60 | $175.15 | $184.69 | $192.51 | $198.84 | $203.90 | $207.81 | $210.72 | $212.78 | $214.12 | $214.78 | $214.86 | $214.43 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2] Sourced from Exxon's original cash flow contained in
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 1.15: San Juan Step 1 Analysis Summary IHS 5-Year Forecast | | |
|---|---|---|
| Max Profitable Year [4] | 2054 |
| Total Revenue Through 2054 | $3,291 |
| Total Cash OPEX Through 2054 | ($2,414) |
| Total CAPEX Through 2054 | ($662) |
| Total Net Cash Flow Through 2054 | $215 |
| | |
| Book Value [3] | $621 |
| | |
| Step 1 Impairment Indicator? | Yes |

| | | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | |
| Gas ($/kcf) | [1] | $8.17 | $8.37 | $8.58 | $8.80 | $9.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | 0.92 | 0.92 | 0.92 | 0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $7.52 | $7.70 | $7.90 | $8.09 | $8.30 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Quantity** | | | | | | |
| Gas NAFS - GCF | [2] | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | |
| **Revenue** | | | | | | |
| Gas Revenue | [C-2] | $9.63 | $9.16 | $8.73 | $8.32 | $7.95 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | |
| CIFO | [C-2] | $2.15 | $2.04 | $1.95 | $1.86 | $1.77 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| **Step 1: Undiscounted Cash Flows** | | | | | | |
| Revenue | [C-3] | $9.90 | $9.42 | $8.98 | $8.56 | $8.18 |
| *Less:* | | | | | | |
| Operating Expenses | [3] | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | | |
| Annual Cash Flow | [C-4] | ($0.91) | ($1.41) | ($1.89) | ($2.37) | ($2.81) |
| Step 1: Cumulative Cash Flow | [C-5] | $213.52 | $212.11 | $210.21 | $207.85 | $205.03 |

Notes and Sources

[1]  IHS 5-Year Forecast with 2.5% inflation adjustment for all years

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2054 (i.e., excluding net cash outflows for 2055 - 2060), the max year of

[C-1]  Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Expert Report of D. Paul Regan CPA/CFF Dated October 11, 2024**

# App. 1178

**Schedule 1.16: Green River Step 1 Analysis Summary**
**NYMEX 5-Year Futures**

| | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,040 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through | $303 |
| | |
| Book Value [3] | $288 |
| | |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.53 | $2.81 | $2.92 | $3.04 | $3.19 | $3.27 | $3.35 | $3.44 | $3.52 | $3.61 | $3.70 | $3.79 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.62 | $4.74 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.27 | $2.52 | $2.62 | $2.73 | $2.87 | $2.94 | $3.01 | $3.09 | $3.16 | $3.24 | $3.32 | $3.41 | $3.49 | $3.58 | $3.67 | $3.76 | $3.86 | $3.95 | $4.05 | $4.15 | $4.26 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $23.27 | $23.83 | $22.94 | $22.27 | $21.88 | $20.90 | $20.00 | $19.13 | $18.35 | $17.52 | $16.77 | $14.53 | $13.97 | $13.34 | $12.78 | $12.23 | $11.77 | $11.23 | $10.75 | $10.30 | $9.82 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $45.14 | $44.53 | $44.58 | $44.81 | $47.18 | $45.13 | $43.29 | $41.51 | $39.94 | $38.20 | $36.51 | $36.46 | $35.23 | $33.84 | $32.45 | $31.13 | $30.12 | $28.96 | $27.91 | $26.89 | $25.69 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $12.36 | $13.14 | $13.50 | $13.35 | $14.76 | $14.07 | $13.46 | $12.85 | $12.33 | $11.74 | $11.11 | $13.47 | $12.89 | $12.24 | $11.56 | $10.91 | $10.42 | $9.87 | $9.36 | $8.84 | $8.22 |
| Step 1: Cumulative Cash Flow | [C-5] | $12.36 | $25.50 | $39.00 | $52.35 | $67.12 | $81.18 | $94.64 | $107.49 | $119.82 | $131.56 | $142.67 | $156.14 | $169.03 | $181.27 | $192.83 | $203.74 | $214.16 | $224.03 | $233.38 | $242.23 | $250.45 |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 1.16: Green River Step 1 Analysis Summary NYMEX 5-Year Futures | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,040 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through | $303 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.86 | $4.98 | $5.10 | $5.23 | $5.36 | $5.50 | $5.63 | $5.77 | $5.92 | $6.07 | $6.22 | $6.37 | $6.53 | $6.70 | $6.86 | $7.04 | $7.21 | $7.39 | $7.58 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.36 | $4.47 | $4.58 | $4.70 | $4.81 | $4.93 | $5.06 | $5.18 | $5.31 | $5.45 | $5.58 | $5.72 | $5.87 | $6.01 | $6.16 | $6.32 | $6.48 | $6.64 | $6.80 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $9.37 | $8.99 | $8.57 | $8.19 | $7.79 | $7.42 | $7.08 | $6.76 | $6.43 | $6.13 | $5.84 | $5.58 | $5.31 | $5.06 | $4.82 | $4.61 | $4.38 | $4.18 | $3.98 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.50 | $23.43 | $22.19 | $21.07 | $19.90 | $18.85 | $17.85 | $16.95 | $16.01 | $15.17 | $14.37 | $13.65 | $12.89 | $12.21 | $11.57 | $10.99 | $10.38 | $9.84 | $9.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.60 | $7.01 | $6.32 | $5.69 | $5.04 | $4.44 | $3.87 | $3.34 | $2.79 | $2.28 | $1.79 | $1.34 | $0.86 | $0.43 | $0.00 | ($0.40) | ($0.81) | ($1.20) | ($1.57) |
| Step 1: Cumulative Cash Flow | [C-5] | $258.05 | $265.06 | $271.38 | $277.08 | $282.12 | $286.56 | $290.43 | $293.76 | $296.55 | $298.83 | $300.62 | $301.96 | $302.82 | $303.25 | $303.25 | $302.86 | $302.05 | $300.85 | $299.28 |

Notes and Sources

[1] NYMEX Henry Hub 5-year future price with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.17: Green River Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 186 of 589    PageID 9307

**Schedule 1.17: Green River Step 1 Analysis Summary**
**December 31, 2015 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,128 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $369 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.47 | $2.62 | $2.86 | $3.30 | $3.76 | $3.86 | $3.96 | $4.06 | $4.17 | $4.27 | $4.38 | $4.49 | $4.61 | $4.73 | $4.85 | $4.97 | $5.09 | $5.22 | $5.35 | $5.49 | $5.62 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.21 | $2.35 | $2.57 | $2.97 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.69 | $4.81 | $4.93 | $5.05 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $22.68 | $22.19 | $22.48 | $24.17 | $25.80 | $24.66 | $23.61 | $22.60 | $21.69 | $20.72 | $19.85 | $17.21 | $16.55 | $15.82 | $15.17 | $14.51 | $13.96 | $13.33 | $12.75 | $12.21 | $11.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $44.55 | $42.89 | $44.13 | $46.70 | $51.10 | $48.89 | $46.90 | $44.98 | $43.28 | $41.40 | $39.58 | $39.14 | $37.81 | $36.32 | $34.84 | $33.41 | $32.31 | $31.06 | $29.92 | $28.81 | $27.52 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $11.77 | $11.50 | $13.05 | $15.25 | $18.68 | $17.82 | $17.07 | $16.32 | $15.67 | $14.94 | $14.19 | $16.14 | $15.48 | $14.72 | $13.94 | $13.19 | $12.61 | $11.96 | $11.36 | $10.76 | $10.05 |
| Step 1: Cumulative Cash Flow | [C-5] | $11.77 | $23.27 | $36.32 | $51.57 | $70.25 | $88.07 | $105.14 | $121.46 | $137.13 | $152.06 | $166.25 | $182.40 | $197.87 | $212.59 | $226.53 | $239.73 | $252.34 | $264.30 | $275.66 | $286.42 | $296.48 |

Notes and Sources

[1]  December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all

[2]  Sourced from Exxon's original cash flow contained in

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of

[C-1]  Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.17: Green River Step 1 Analysis with December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Adjustment for all years after 2020

| Schedule 1.17: Green River Step 1 Analysis Summary December 31, 2015 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,128 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $369 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.76 | $5.91 | $6.05 | $6.21 | $6.36 | $6.52 | $6.68 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.94 | $8.14 | $8.35 | $8.56 | $8.77 | $8.99 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.17 | $5.30 | $5.44 | $5.57 | $5.71 | $5.85 | $6.00 | $6.15 | $6.30 | $6.46 | $6.62 | $6.79 | $6.96 | $7.13 | $7.31 | $7.49 | $7.68 | $7.87 | $8.07 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $11.12 | $10.67 | $10.17 | $9.72 | $9.24 | $8.81 | $8.39 | $8.02 | $7.63 | $7.27 | $6.93 | $6.63 | $6.30 | $6.00 | $5.72 | $5.47 | $5.20 | $4.96 | $4.73 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $26.25 | $25.11 | $23.79 | $22.60 | $21.35 | $20.23 | $19.17 | $18.21 | $17.21 | $16.31 | $15.46 | $14.69 | $13.88 | $13.15 | $12.47 | $11.85 | $11.20 | $10.61 | $10.06 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | | | | | | | | | | | | | | | | | | | |
| Annual Cash Flow | [C-4] | $9.34 | $8.68 | $7.92 | $7.22 | $6.49 | $5.83 | $5.19 | $4.60 | $3.99 | $3.42 | $2.88 | $2.38 | $1.85 | $1.37 | $0.90 | $0.46 | $0.01 | ($0.42) | ($0.83) |
| Step 1: Cumulative Cash Flow | [C-5] | $305.82 | $314.50 | $322.43 | $329.65 | $336.14 | $341.97 | $347.15 | $351.75 | $355.74 | $359.16 | $362.04 | $364.42 | $366.27 | $367.64 | $368.54 | $369.00 | $369.01 | $368.60 | $367.77 |

Notes and Sources

[1] December 31, 2015 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate with 2.5% Inflation Ajdustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.18: Green River Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 188 of 589    PageID 9309

**Schedule 1.18: Green River Step 1 Analysis Summary**
**February 24, 2016 Spot Rate with Exxon Growth Rate**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $997 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through | $271 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.00 | $2.12 | $2.32 | $2.68 | $3.05 | $3.13 | $3.21 | $3.30 | $3.38 | $3.47 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $1.80 | $1.91 | $2.09 | $2.41 | $2.74 | $2.81 | $2.88 | $2.96 | $3.03 | $3.11 | $3.19 | $3.27 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $4.00 | $4.10 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $18.40 | $18.01 | $18.24 | $19.61 | $20.93 | $20.01 | $19.15 | $18.33 | $17.60 | $16.81 | $16.10 | $13.96 | $13.43 | $12.84 | $12.31 | $11.78 | $11.33 | $10.81 | $10.35 | $9.91 | $9.45 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $40.28 | $38.70 | $39.89 | $42.15 | $46.23 | $44.24 | $42.45 | $40.72 | $39.19 | $37.49 | $35.84 | $35.89 | $34.69 | $33.33 | $31.98 | $30.68 | $29.68 | $28.55 | $27.51 | $26.51 | $25.32 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.49 | $7.32 | $8.81 | $10.69 | $13.82 | $13.17 | $12.61 | $12.06 | $11.58 | $11.03 | $10.45 | $12.90 | $12.35 | $11.73 | $11.08 | $10.46 | $9.98 | $9.45 | $8.95 | $8.46 | $7.86 |
| Step 1: Cumulative Cash Flow | [C-5] | $7.49 | $14.81 | $23.62 | $34.31 | $48.12 | $61.30 | $73.91 | $85.97 | $97.55 | $108.58 | $119.02 | $131.92 | $144.27 | $156.01 | $167.09 | $177.55 | $187.53 | $196.97 | $205.93 | $214.39 | $222.25 |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.18: Green River Step 1 Analysis with February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 189 of 589    PageID 9310

| Schedule 1.18: Green River Step 1 Analysis Summary February 24, 2016 Spot Rate with Exxon Growth Rate | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $997 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through | $271 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | Yes |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.77 | $6.94 | $7.12 | $7.29 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.12 | $5.24 | $5.37 | $5.51 | $5.65 | $5.79 | $5.93 | $6.08 | $6.23 | $6.39 | $6.55 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $9.02 | $8.65 | $8.25 | $7.89 | $7.50 | $7.15 | $6.81 | $6.51 | $6.19 | $5.90 | $5.62 | $5.38 | $5.11 | $4.87 | $4.64 | $4.44 | $4.22 | $4.02 | $3.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $24.15 | $23.10 | $21.87 | $20.77 | $19.61 | $18.57 | $17.59 | $16.70 | $15.77 | $14.94 | $14.15 | $13.44 | $12.69 | $12.02 | $11.39 | $10.82 | $10.22 | $9.68 | $9.17 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $7.25 | $6.67 | $6.00 | $5.39 | $4.75 | $4.16 | $3.60 | $3.09 | $2.55 | $2.05 | $1.57 | $1.13 | $0.67 | $0.24 | ($0.18) | ($0.57) | ($0.97) | ($1.35) | ($1.72) |
| Step 1: Cumulative Cash Flow | [C-5] | $229.49 | $236.17 | $242.17 | $247.56 | $252.31 | $256.47 | $260.08 | $263.16 | $265.71 | $267.76 | $269.33 | $270.46 | $271.13 | $271.36 | $271.18 | $270.62 | $269.64 | $268.29 | $266.57 |

Notes and Sources

[1] February 24, 2016 NYMEX Henry Hub Spot Rate with Exxon's Assumed Growth Rate and 2.5% Inflation Adjustment for all

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.19: Green River Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K   Document 233-2   Filed 02/21/25   Page 190 of 589   PageID 9311

**Schedule 1.19: Green River Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $1,013 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through 2050 | $288 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $3.08 | $3.41 | $3.07 | $2.94 | $2.96 | $3.03 | $3.11 | $3.18 | $3.26 | $3.34 | $3.43 | $3.51 | $3.60 | $3.69 | $3.78 | $3.88 | $3.98 | $4.07 | $4.18 | $4.28 | $4.39 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.77 | $3.06 | $2.76 | $2.64 | $2.65 | $2.72 | $2.79 | $2.86 | $2.93 | $3.00 | $3.08 | $3.15 | $3.23 | $3.31 | $3.40 | $3.48 | $3.57 | $3.66 | $3.75 | $3.84 | $3.94 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 | $110.38 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 | 2.31 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 | 0.14 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $28.35 | $28.88 | $24.12 | $21.50 | $20.26 | $19.35 | $18.51 | $17.71 | $16.99 | $16.22 | $15.53 | $13.45 | $12.93 | $12.35 | $11.83 | $11.33 | $10.89 | $10.40 | $9.95 | $9.53 | $9.09 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 | $15.68 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 | $0.22 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $50.23 | $49.58 | $45.77 | $44.04 | $45.56 | $43.58 | $41.81 | $40.09 | $38.58 | $36.90 | $35.26 | $35.39 | $34.19 | $32.85 | $31.51 | $30.23 | $29.24 | $28.13 | $27.12 | $26.13 | $24.96 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) | ($17.46) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $17.44 | $18.20 | $14.69 | $12.58 | $13.14 | $12.52 | $11.97 | $11.44 | $10.97 | $10.44 | $9.87 | $12.39 | $11.86 | $11.25 | $10.61 | $10.00 | $9.54 | $9.03 | $8.56 | $8.08 | $7.50 |
| Step 1: Cumulative Cash Flow | [C-5] | $17.44 | $35.64 | $50.33 | $62.91 | $76.05 | $88.57 | $100.54 | $111.98 | $122.94 | $133.38 | $143.25 | $155.64 | $167.50 | $178.75 | $189.36 | $199.36 | $208.91 | $217.94 | $226.50 | $234.58 | $242.08 |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.19: Green River Step 1 Analysis with Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 191 of 589    PageID 9312

**Schedule 1.19: Green River Step 1 Analysis Summary**
**Wood Mackenzie 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2050 |
| Total Revenue Through 2050 | $1,013 |
| Total Cash OPEX Through 2050 | ($725) |
| Total CAPEX Through 2050 | $0 |
| Total Net Cash Flow Through 2050 | $288 |
| Book Value [3] | $288 |
| Step 1 Impairment Indicator? | No |

| | | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.50 | $4.61 | $4.73 | $4.84 | $4.96 | $5.09 | $5.22 | $5.35 | $5.48 | $5.62 | $5.76 | $5.90 | $6.05 | $6.20 | $6.35 | $6.51 | $6.68 | $6.84 | $7.01 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.04 | $4.14 | $4.24 | $4.35 | $4.46 | $4.57 | $4.68 | $4.80 | $4.92 | $5.04 | $5.17 | $5.30 | $5.43 | $5.57 | $5.71 | $5.85 | $5.99 | $6.14 | $6.30 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $8.67 | $8.32 | $7.93 | $7.58 | $7.21 | $6.87 | $6.55 | $6.26 | $5.95 | $5.67 | $5.41 | $5.17 | $4.92 | $4.69 | $4.47 | $4.27 | $4.06 | $3.87 | $3.69 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $23.81 | $22.77 | $21.55 | $20.46 | $19.32 | $18.30 | $17.33 | $16.45 | $15.54 | $14.71 | $13.93 | $13.23 | $12.50 | $11.84 | $11.21 | $10.65 | $10.06 | $9.53 | $9.02 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | | | | | | | | | | | | | | | | | | | |
| Annual Cash Flow | [C-4] | $6.90 | $6.34 | $5.69 | $5.09 | $4.46 | $3.89 | $3.34 | $2.84 | $2.31 | $1.82 | $1.36 | $0.92 | $0.47 | $0.05 | ($0.36) | ($0.74) | ($1.13) | ($1.51) | ($1.87) |
| Step 1: Cumulative Cash Flow | [C-5] | $248.98 | $255.32 | $261.01 | $266.10 | $270.56 | $274.45 | $277.79 | $280.63 | $282.94 | $284.77 | $286.12 | $287.05 | $287.52 | $287.57 | $287.21 | $286.47 | $285.34 | $283.83 | $281.97 |

Notes and Sources

[1] Wood Mackenzie 5-Year Forecast with 2.5% inflation adjustment for all years after 2020.

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2050 (i.e., excluding net cash outflows for 2051 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.20: Green River Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 192 of 589    PageID 9313

**Schedule 1.20: Green River Step 1 Analysis Summary**
**IHS 5-Year Forecast**

| | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,065 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through 2051 | $327 |
| | |
| Book Value [3] | $288 |
| | |
| Step 1 Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.82 | $2.99 | $2.99 | $3.18 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.86 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.54 | $2.69 | $2.68 | $2.86 | $3.02 | $3.09 | $3.17 | $3.25 | $3.33 | $3.41 | $3.50 | $3.59 | $3.67 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 | $105.06 | $107.69 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 | 2.65 | 2.48 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 | 0.16 | 0.15 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $25.96 | $25.37 | $23.47 | $23.27 | $23.02 | $21.99 | $21.04 | $20.13 | $19.31 | $18.43 | $17.64 | $15.29 | $14.70 | $14.04 | $13.45 | $12.87 | $12.38 | $11.82 | $11.31 | $10.83 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 | $16.95 | $16.39 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 | $0.24 | $0.23 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $47.84 | $46.07 | $45.11 | $45.81 | $48.32 | $46.22 | $44.34 | $42.51 | $40.90 | $39.11 | $37.38 | $37.22 | $35.96 | $34.53 | $33.12 | $31.77 | $30.73 | $29.55 | $28.47 | $27.43 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) | ($18.56) | ($18.05) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $15.05 | $14.69 | $14.03 | $14.35 | $15.91 | $15.15 | $14.50 | $13.85 | $13.29 | $12.65 | $11.99 | $14.22 | $13.62 | $12.94 | $12.23 | $11.55 | $11.03 | $10.45 | $9.92 | $9.38 |
| Step 1: Cumulative Cash Flow | [C-5] | $15.05 | $29.74 | $43.77 | $58.12 | $74.03 | $89.18 | $103.68 | $117.54 | $130.82 | $143.47 | $155.46 | $169.68 | $183.30 | $196.24 | $208.47 | $220.02 | $231.05 | $241.50 | $251.42 | $260.80 |

Notes and Sources

[1]  IHS 5-Year Forecast with 2.5% inflation adjustment for all years
[2]  Sourced from Exxon's original cash flow contained in
[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

Schedule 1.20: Green River Step 1 Analysis with IHS 5-Year Forecast with 2.5% inflation adjustment for all years after 2020

Case 3:16-cv-03111-K    Document 233-2    Filed 02/21/25    Page 193 of 589    PageID 9314

| Schedule 1.20: Green River Step 1 Analysis Summary IHS 5-Year Forecast | |
|---|---|
| Max Profitable Year [4] | 2051 |
| Total Revenue Through 2051 | $1,065 |
| Total Cash OPEX Through 2051 | ($737) |
| Total CAPEX Through 2051 | $0 |
| Total Net Cash Flow Through 2051 | $327 |
| | |
| Book Value [3] | $288 |
| | |
| Step 1 Impairment Indicator? | No |

| | | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $4.99 | $5.11 | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.08 | $6.23 | $6.38 | $6.54 | $6.71 | $6.87 | $7.05 | $7.22 | $7.40 | $7.59 | $7.78 | $7.97 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.48 | $4.59 | $4.70 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.87 | $6.02 | $6.17 | $6.33 | $6.48 | $6.65 | $6.81 | $6.98 | $7.16 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $10.33 | $9.86 | $9.46 | $9.02 | $8.62 | $8.19 | $7.81 | $7.44 | $7.12 | $6.76 | $6.45 | $6.15 | $5.88 | $5.59 | $5.32 | $5.08 | $4.85 | $4.61 | $4.40 | $4.19 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Step 1: Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $26.20 | $24.99 | $23.90 | $22.64 | $21.50 | $20.31 | $19.23 | $18.22 | $17.31 | $16.35 | $15.49 | $14.67 | $13.94 | $13.17 | $12.48 | $11.82 | $11.23 | $10.61 | $10.05 | $9.53 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $8.74 | $8.09 | $7.48 | $6.77 | $6.12 | $5.45 | $4.83 | $4.24 | $3.69 | $3.12 | $2.60 | $2.10 | $1.63 | $1.14 | $0.69 | $0.25 | ($0.16) | ($0.58) | ($0.98) | ($1.36) |
| Step 1: Cumulative Cash Flow | [C-5] | $269.53 | $277.62 | $285.10 | $291.87 | $297.99 | $303.43 | $308.26 | $312.50 | $316.19 | $319.31 | $321.91 | $324.01 | $325.63 | $326.78 | $327.47 | $327.72 | $327.56 | $326.98 | $326.01 | $324.64 |

Notes and Sources

[1] IHS 5-Year Forecast with 2.5% inflation adjustment for all years

[2] Sourced from Exxon's original cash flow contained in

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2051 (i.e., excluding net cash outflows for 2052 - 2055), the max year of

[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | |
|---|---|---|
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | ($66.48) | ($79.09) | ($61.81) | ($50.06) | ($38.79) | ($34.53) | ($30.57) | ($27.81) | ($25.38) | ($21.66) | ($19.61) | ($18.20) |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| Uintah Annual Discounted Cashflows | [C-1] | ($64.73) | ($72.99) | ($54.07) | ($41.50) | ($30.49) | ($25.72) | ($21.58) | ($18.61) | ($16.10) | ($13.03) | ($11.18) | ($9.84) |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($64.73) | ($137.72) | ($191.79) | ($233.29) | ($263.77) | ($289.50) | ($311.08) | ($329.69) | ($345.80) | ($358.82) | ($370.00) | ($379.83) |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | $3.12 | $3.63 | $2.24 | $1.60 | $0.66 | ($0.40) | ($1.39) | ($2.40) | ($3.32) | ($4.31) | ($5.27) | ($6.18) |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| Raton Annual Discounted Cashflows | [C-1] | $3.04 | $3.35 | $1.96 | $1.33 | $0.52 | ($0.30) | ($0.98) | ($1.60) | ($2.11) | ($2.59) | ($3.01) | ($3.34) |
| Raton Cumulative Discounted Cashflows | [C-2] | $3.04 | $6.39 | $8.35 | $9.68 | $10.20 | $9.91 | $8.93 | $7.33 | $5.22 | $2.63 | ($0.38) | ($3.72) |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | ($35.19) | ($21.05) | ($16.76) | ($14.70) | ($11.93) | ($14.70) | ($16.48) | ($18.93) | ($24.23) | ($29.10) | ($31.68) | ($34.19) |
| Discount Rate | [1] | 97.36% | 92.28% | 87.47% | 82.91% | 78.59% | 74.49% | 70.61% | 66.93% | 63.44% | 60.13% | 57.00% | 54.03% |
| San Juan Annual Discounted Cashflows | [C-1] | ($34.26) | ($19.42) | ($14.66) | ($12.19) | ($9.37) | ($10.95) | ($11.64) | ($12.67) | ($15.37) | ($17.50) | ($18.06) | ($18.47) |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($34.26) | ($53.68) | ($68.34) | ($80.53) | ($89.90) | ($100.85) | ($112.48) | ($125.15) | ($140.52) | ($158.02) | ($176.08) | ($194.55) |

Notes and Sources

[1] Based on a determined 5.5% discount rate.

[C-1] Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2] Calculated as the cumulative discounted cash flows.

**Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary**

| Play | Book Value | Calculated Fair Value | Impairment Required |
|---|---|---|---|
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | ($17.52) | ($16.70) | ($16.84) | ($412.10) | ($576.24) | ($732.54) | ($508.33) | ($456.60) | ($270.44) | $279.09 | $262.41 | $211.29 |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| Uintah Annual Discounted Cashflows | [C-1] | ($8.97) | ($8.11) | ($7.75) | ($179.72) | ($238.20) | ($287.02) | ($188.79) | ($160.74) | ($90.24) | $88.27 | $78.67 | $60.04 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($388.80) | ($396.91) | ($404.66) | ($584.38) | ($822.57) | ($1,109.59) | ($1,298.38) | ($1,459.12) | ($1,549.36) | ($1,461.09) | ($1,382.42) | ($1,322.38) |
| | | | | | | | | | | | | | |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | ($7.03) | ($7.94) | ($8.87) | ($181.33) | ($136.00) | ($109.94) | ($91.17) | ($77.65) | ($68.48) | ($59.75) | ($45.46) | ($35.02) |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| Raton Annual Discounted Cashflows | [C-1] | ($3.60) | ($3.86) | ($4.08) | ($79.08) | ($56.22) | ($43.08) | ($33.86) | ($27.33) | ($22.85) | ($18.90) | ($13.63) | ($9.95) |
| Raton Cumulative Discounted Cashflows | [C-2] | ($7.32) | ($11.17) | ($15.26) | ($94.33) | ($150.55) | ($193.62) | ($227.48) | ($254.82) | ($277.67) | ($296.56) | ($310.19) | ($320.14) |
| | | | | | | | | | | | | | |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | ($36.06) | ($39.11) | ($44.26) | $4.24 | $20.57 | $41.42 | $63.13 | $56.77 | $37.83 | $32.84 | $28.21 | $24.11 |
| | | | | | | | | | | | | | |
| Discount Rate | [1] | 51.21% | 48.54% | 46.01% | 43.61% | 41.34% | 39.18% | 37.14% | 35.20% | 33.37% | 31.63% | 29.98% | 28.42% |
| San Juan Annual Discounted Cashflows | [C-1] | ($18.47) | ($18.98) | ($20.36) | $1.85 | $8.50 | $16.23 | $23.45 | $19.99 | $12.62 | $10.39 | $8.46 | $6.85 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($213.02) | ($232.00) | ($252.37) | ($250.52) | ($242.02) | ($225.79) | ($202.34) | ($182.35) | ($169.73) | ($159.34) | ($150.88) | ($144.03) |

Notes and Sources

[1]   Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
|---|---|---|---|
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | $183.29 | $165.07 | $151.11 | $139.16 | $129.51 | $120.42 | $113.02 | $106.29 | $100.21 | $93.65 | $87.69 | $81.96 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| Uintah Annual Discounted Cashflows | [C-1] | $49.37 | $42.14 | $36.57 | $31.92 | $28.16 | $24.82 | $22.08 | $19.68 | $17.59 | $15.58 | $13.83 | $12.25 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($1,273.01) | ($1,230.87) | ($1,194.30) | ($1,162.38) | ($1,134.22) | ($1,109.40) | ($1,087.33) | ($1,067.64) | ($1,050.06) | ($1,034.48) | ($1,020.65) | ($1,008.40) |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | ($103.97) | ($97.24) | ($106.28) | ($121.76) | ($149.52) | ($171.01) | $148.99 | $119.28 | $100.69 | $86.55 | $76.15 | $67.86 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| Raton Annual Discounted Cashflows | [C-1] | ($28.01) | ($24.83) | ($25.72) | ($27.93) | ($32.51) | ($35.24) | $29.10 | $22.09 | $17.67 | $14.40 | $12.01 | $10.14 |
| Raton Cumulative Discounted Cashflows | [C-2] | ($348.15) | ($372.98) | ($398.70) | ($426.63) | ($459.14) | ($494.38) | ($465.27) | ($443.19) | ($425.52) | ($411.12) | ($399.11) | ($388.97) |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | $20.57 | $17.32 | $14.56 | $12.15 | $10.10 | $8.23 | $6.65 | $5.26 | $4.08 | $3.01 | $2.09 | $1.29 |
| Discount Rate | [1] | 26.93% | 25.53% | 24.20% | 22.94% | 21.74% | 20.61% | 19.53% | 18.52% | 17.55% | 16.64% | 15.77% | 14.95% |
| San Juan Annual Discounted Cashflows | [C-1] | $5.54 | $4.42 | $3.52 | $2.79 | $2.20 | $1.70 | $1.30 | $0.97 | $0.72 | $0.50 | $0.33 | $0.19 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($138.49) | ($134.07) | ($130.55) | ($127.76) | ($125.56) | ($123.87) | ($122.57) | ($121.59) | ($120.88) | ($120.38) | ($120.05) | ($119.85) |

Notes and Sources

[1]     Based on a determined 5.5% discount rate.

[C-1]   Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]   Calculated as the cumulative discounted cash flows.

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
| --- | --- | --- | --- |
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Uintah** | | | | | | | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | $76.75 | $71.10 | $65.95 | $60.97 | $56.28 | $51.07 | $46.08 | $41.09 | $36.33 | $31.16 | $26.36 | $21.69 |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| Uintah Annual Discounted Cashflows | [C-1] | $10.87 | $9.55 | $8.39 | $7.36 | $6.44 | $5.54 | $4.73 | $4.00 | $3.35 | $2.73 | $2.19 | $1.71 |
| Uintah Cumulative Discounted Cashflows | [C-2] | ($997.53) | ($987.98) | ($979.58) | ($972.23) | ($965.79) | ($960.26) | ($955.52) | ($951.52) | ($948.17) | ($945.44) | ($943.25) | ($941.55) |
| **Raton** | | | | | | | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | $60.55 | $53.24 | $46.59 | $40.33 | $34.71 | $29.12 | $24.09 | $19.40 | $15.17 | $10.95 | $7.13 | $3.56 |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| Raton Annual Discounted Cashflows | [C-1] | $8.58 | $7.15 | $5.93 | $4.87 | $3.97 | $3.16 | $2.47 | $1.89 | $1.40 | $0.96 | $0.59 | $0.28 |
| Raton Cumulative Discounted Cashflows | [C-2] | ($380.39) | ($373.24) | ($367.31) | ($362.45) | ($358.48) | ($355.32) | ($352.84) | ($350.96) | ($349.55) | ($348.60) | ($348.01) | ($347.73) |
| **San Juan** | | | | | | | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | $0.62 | | | | | | | | | | | |
| Discount Rate | [1] | 14.17% | 13.43% | 12.73% | 12.07% | 11.44% | 10.84% | 10.27% | 9.74% | 9.23% | 8.75% | 8.29% | 7.86% |
| San Juan Annual Discounted Cashflows | [C-1] | $0.09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| San Juan Cumulative Discounted Cashflows | [C-2] | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) |

Notes and Sources

[1]  Based on a determined 5.5% discount rate.

[C-1]  Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]  Calculated as the cumulative discounted cash flows.

| Schedule 2: ASC 360 Step 2 Fair Value Analysis Summary | | | |
|---|---|---|---|
| Play | Book Value | Calculated Fair Value | Impairment Required |
| Uintah | $1,881 | $0 | $1,881 |
| Raton | $866 | $10 | $856 |
| San Juan | $621 | $0 | $621 |
| **Total** | | | **$3,358** |

| | Note | | 2064 | 2065 | 2066 | 2067 | 2068 |
|---|---|---|---|---|---|---|---|
| **Uintah** | | | | | | | |
| Uintah Undiscounted Cashflows | [Schedule 1.1] | | $17.34 | $12.74 | $8.44 | $4.25 | $0.31 |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| Uintah Annual Discounted Cashflows | [C-1] | | $1.29 | $0.90 | $0.57 | $0.27 | $0.02 |
| Uintah Cumulative Discounted Cashflows | [C-2] | | ($940.26) | ($939.36) | ($938.79) | ($938.52) | ($938.50) |
| | | | | | | | |
| **Raton** | | | | | | | |
| Raton Undiscounted Cashflows | [Schedule 1.6] | | $0.30 | | | | |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| Raton Annual Discounted Cashflows | [C-1] | | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 |
| Raton Cumulative Discounted Cashflows | [C-2] | | ($347.70) | ($347.70) | ($347.70) | ($347.70) | ($347.70) |
| | | | | | | | |
| **San Juan** | | | | | | | |
| San Juan Undiscounted Cashflows | [Schedule 1.11] | | | | | | |
| | | | | | | | |
| Discount Rate | [1] | | 7.45% | 7.06% | 6.70% | 6.35% | 6.02% |
| San Juan Annual Discounted Cashflows | [C-1] | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| San Juan Cumulative Discounted Cashflows | [C-2] | | ($119.77) | ($119.77) | ($119.77) | ($119.77) | ($119.77) |

Notes and Sources

[1]  Based on a determined 5.5% discount rate.

[C-1]  Calculated based on a 5.5% discount rate and the annual undiscounted cash flows.

[C-2]  Calculated as the cumulative discounted cash flows.

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

I have relied on all of the documents cited in my report, including the text and footnotes therein. In addition to these documents, I have also listed below other documents that I considered in preparing my report.

**Relativity Documents**

As part of my assignment, I was given access to electronic databases (i.e. Relativity Platform) containing relevant information including documents produced by defendants and third-parties.

**Bates Stamped Documents (beginning bates only):**

| | |
|---|---|
| EMC_RAM 000000001 | PRAM0003049 |
| EMC_RAM 000000080 | PRAM0003050 |
| EMC_RAM 000000678 | PRAM0003051 |
| EMC_RAM 000000682 | PRAM0003052 |
| EMC_RAM 000001877 | PRAM0003364 |
| EMC_RAM 000002249 | PRAM0004141 |
| EMC_RAM 000005373 | PRAM0004142 |
| EMC_RAM 000005374 | PRAM0004200 |
| EMC_RAM 000008217 | PRAM0004200 |
| EMC_RAM 000008612 | PRAM0004258 |
| EMC_RAM 000009226 | PRAM0004258 |
| EMC_RAM 000009227 | PRAM0005546 |
| EMC_RAM 000009252 | PRAM0005551 |
| EMC_RAM 000009356 | PRAM0005552 |
| EMC_RAM 000039402 | PRAM0005599 |
| EMC_RAM 000039441 | PRAM0005729 |
| EMC_RAM 000039607 | PRAM0005730 |
| EMC_RAM 000040321 | PRAM0005865 |
| EMC_RAM 000040322 | PRAM0005882 |
| EMC_RAM 000040426 | PRAM0005883 |
| EMC_RAM 000040453 | PRAM0005884 |
| EMC_RAM 000041103 | PRAM0006176 |
| EMC_RAM 000041104 | PRAM0006789 |
| EMC_RAM 000041129 | PRAM0006789 |
| EMC_RAM 000041233 | PRAM0006962 |
| EMC_RAM 000055076 | PRAM0007309 |
| EMC_RAM 000058432 | PRAM0007310 |
| EMC_RAM 000068172 | PRAM0008535 |
| EMC_RAM 000068173 | PRAM0008541 |
| EMC_RAM 000297875 | PRAM0008546 |
| EMC_RAM 000301351 | PRAM0008550 |
| EMC_RAM 000301352 | PRAM0009204 |
| EMC_RAM 000301377 | PRAM0013175 |
| EMC_RAM 000454062 | PRAM0013176 |
| EMC_RAM 000454063 | PRAM0013177 |
| EMC_RAM 000579687 | PRAM0016255 |
| EMC_RAM 000579690 | PRAM0016258 |
| EMC_RAM 000735429 | PRAM0016295 |
| EMC_RAM 000983295 | PRAM0016300 |
| EMC_RAM 000983296 | PRAM0016303 |
| EMC_RAM 000983310 | PRAM0018432 |
| EMC_RAM 000983311 | PRAM0018438 |
| EMC_RAM 000983312 | PRAM0018439 |
| EMC_RAM 000984504 | PRAM0018440 |
| EMC_RAM 000986618 | PRAM0018441 |
| EMC_RAM 000986992 | PRAM0021757 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1194**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 000986993 | PRAM0023592 |
| EMC_RAM 000987006 | PRAM0023594 |
| EMC_RAM 000987034 | PRAM0023595 |
| EMC_RAM 000987035 | PRAM0023596 |
| EMC_RAM 000987041 | PRAM0023597 |
| EMC_RAM 000987178 | PRAM0023598 |
| EMC_RAM 000987200 | PRAM0023599 |
| EMC_RAM 000987260 | PRAM0023600 |
| EMC_RAM 000988662 | PRAM0023809 |
| EMC_RAM 000988674 | PRAM0023810 |
| EMC_RAM 000989716 | PRAM0024252 |
| EMC_RAM 000991606 | PRAM0024253 |
| EMC_RAM 000997002 | PRAM0024257 |
| EMC_RAM 000997004 | PRAM0024260 |
| EMC_RAM 001074689 | PRAM0024271 |
| EMC_RAM 001074690 | PRAM0024573 |
| EMC_RAM 001074731 | PRAM0025335 |
| EMC_RAM 001074733 | PRAM0026635 |
| EMC_RAM 001074759 | PRAM0027699 |
| EMC_RAM 001074862 | PRAM0027700 |
| EMC_RAM 001483494 | PRAM0028120 |
| EMC_RAM 001590932 | PRAM0028121 |
| EMC_RAM 001590961 | PRAM0028124 |
| EMC_RAM 001590989 | PRAM0028129 |
| EMC_RAM 001592131 | PRAM0028532 |
| EMC_RAM 001592132 | PRAM0028745 |
| EMC_RAM 001593539 | PRAM0028746 |
| EMC_RAM 001594295 | PRAM0029076 |
| EMC_RAM 001594296 | PRAM0029077 |
| EMC_RAM 001594728 | PRAM0030992 |
| EMC_RAM 001594730 | PRAM0030995 |
| EMC_RAM 001594780 | PRAM0030996 |
| EMC_RAM 001595212 | PRAM0030997 |
| EMC_RAM 001595213 | PRAM0030998 |
| EMC_RAM 001595214 | PRAM0030999 |
| EMC_RAM 001595239 | PRAM0031000 |
| EMC_RAM 001596207 | PRAM0031001 |
| EMC_RAM 001596208 | PRAM0031002 |
| EMC_RAM 001596209 | PRAM0031003 |
| EMC_RAM 001602456 | PRAM0031004 |
| EMC_RAM 001602457 | PRAM0031005 |
| EMC_RAM 001621106 | PRAM0031006 |
| EMC_RAM 001621107 | PRAM0031007 |
| EMC_RAM 001627208 | PRAM0031008 |
| EMC_RAM 001628345 | PRAM0031009 |
| EMC_RAM 001629433 | PRAM0031010 |
| EMC_RAM 001629434 | PRAM0031011 |
| EMC_RAM 001630135 | PRAM0031012 |
| EMC_RAM 001630167 | PRAM0031043 |
| EMC_RAM 001640493 | PRAM0031046 |
| EMC_RAM 001654125 | PRAM0031047 |
| EMC_RAM 001656310 | PRAM0031048 |
| EMC_RAM 001656332 | PRAM0031049 |
| EMC_RAM 001656355 | PRAM0031050 |
| EMC_RAM 001656377 | PRAM0031051 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1195**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001656400 | PRAM0031052 |
| EMC_RAM 001656436 | PRAM0031053 |
| EMC_RAM 001656445 | PRAM0031054 |
| EMC_RAM 001656454 | PRAM0031055 |
| EMC_RAM 001656473 | PRAM0031056 |
| EMC_RAM 001656481 | PRAM0031057 |
| EMC_RAM 001656489 | PRAM0031057 |
| EMC_RAM 001656497 | PRAM0031058 |
| EMC_RAM 001656505 | PRAM0031058 |
| EMC_RAM 001656513 | PRAM0031059 |
| EMC_RAM 001656521 | PRAM0031060 |
| EMC_RAM 001656529 | PRAM0031061 |
| EMC_RAM 001656538 | PRAM0031062 |
| EMC_RAM 001656559 | PRAM0031063 |
| EMC_RAM 001656567 | PRAM0031204 |
| EMC_RAM 001656568 | PRAM0031461 |
| EMC_RAM 001656576 | PRAM0032850 |
| EMC_RAM 001656597 | PRAM0032851 |
| EMC_RAM 001656605 | PRAM0035895 |
| EMC_RAM 001656613 | PRAM0035902 |
| EMC_RAM 001656614 | PRAM0035903 |
| EMC_RAM 001656625 | PRAM0035904 |
| EMC_RAM 001656632 | PRAM0035905 |
| EMC_RAM 001656643 | PRAM0035906 |
| EMC_RAM 001656650 | PRAM0035907 |
| EMC_RAM 001656661 | PRAM0035908 |
| EMC_RAM 001656672 | PRAM0035909 |
| EMC_RAM 001656674 | PRAM0035910 |
| EMC_RAM 001656685 | PRAM0035912 |
| EMC_RAM 001656694 | PRAM0036057 |
| EMC_RAM 001656700 | PRAM0037020 |
| EMC_RAM 001656709 | PRAM0038020 |
| EMC_RAM 001656717 | PRAM0038788 |
| EMC_RAM 001656726 | PRAM0038789 |
| EMC_RAM 001656735 | PRAM0045119 |
| EMC_RAM 001656744 | PRAM0045121 |
| EMC_RAM 001656745 | PRAM0045122 |
| EMC_RAM 001656751 | PRAM0045123 |
| EMC_RAM 001656760 | PRAM0045124 |
| EMC_RAM 001656761 | PRAM0045125 |
| EMC_RAM 001656769 | PRAM0045126 |
| EMC_RAM 001656780 | PRAM0046072 |
| EMC_RAM 001656804 | PRAM0046074 |
| EMC_RAM 001656818 | PRAM0046075 |
| EMC_RAM 001656825 | PRAM0046076 |
| EMC_RAM 001656836 | PRAM0046077 |
| EMC_RAM 001661558 | PRAM0046078 |
| EMC_RAM 001661568 | PRAM0046079 |
| EMC_RAM 001661576 | PRAM0046080 |
| EMC_RAM 001661577 | PRAM0046081 |
| EMC_RAM 001661600 | PRAM0046082 |
| EMC_RAM 001670531 | PRAM0046083 |
| EMC_RAM 001670532 | PRAM0046084 |
| EMC_RAM 001670534 | PRAM0046085 |
| EMC_RAM 001670737 | PRAM0046086 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1196**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001670847 | PRAM0046087 |
| EMC_RAM 001744699 | PRAM0046088 |
| EMC_RAM 001744700 | PRAM0046183 |
| EMC_RAM 001744725 | PRAM0046187 |
| EMC_RAM 001744829 | PRAM0046188 |
| EMC_RAM 001744830 | PRAM0046189 |
| EMC_RAM 001744855 | PRAM0046190 |
| EMC_RAM 001744959 | PRAM0047185 |
| EMC_RAM 001744984 | PRAM0047670 |
| EMC_RAM 001746868 | PRAM0047671 |
| EMC_RAM 001746869 | PRAM0047996 |
| EMC_RAM 001747213 | PRAM0047999 |
| EMC_RAM 001747498 | PRAM0048000 |
| EMC_RAM 001747532 | PRAM0048001 |
| EMC_RAM_NYAG 000856446 | PRAM0048002 |
| EMC_RAM_NYAG 000984897 | PRAM0048003 |
| EMC_RAM_NYAG 000993111 | PRAM0048004 |
| EMC_RAM_NYAG 000993130 | PRAM0048005 |
| EMC_RAM_NYAG 003545779 | PRAM0048006 |
| EMC_RAM_SEC 000000246 | PRAM0048007 |
| EMC_RAM_SEC 000009234 | PRAM0048008 |
| EMC_RAM_SEC 000009320 | PRAM0048009 |
| EMC_RAM_SEC 000009387 | PRAM0048010 |
| EMC_RAM_SEC 000009456 | PRAM0048011 |
| EMC_RAM_SEC 000009531 | PRAM0048012 |
| EMC_RAM_SEC 000009603 | PRAM0048013 |
| EMC_RAM_SEC 000009677 | PRAM0048260 |
| EMC_RAM_SEC 000009735 | PRAM0048262 |
| EMC_RAM_SEC 000009788 | PRAM0049073 |
| EMC_RAM_SEC 000009842 | PRAM0051018 |
| EMC_RAM_SEC 000009915 | PRAM0051019 |
| EMC_RAM_SEC 000009968 | PRAM0051285 |
| EMC_RAM_SEC 000021986 | PRAM0051287 |
| EMC_RAM_SEC 000022952 | PRAM0051288 |
| EMC_RAM_SEC 000022953 | PRAM0055019 |
| EMC_RAM_SEC 000023006 | PRAM0055030 |
| EMC_RAM_SEC 000023020 | PRAM0055037 |
| EMC_RAM_SEC 000023021 | PRAM0055038 |
| EMC_RAM_SEC 000023144 | PRAM0055084 |
| EMC_RAM_SEC 000024841 | PRAM0055085 |
| EMC_RAM_SEC 000024843 | PRAM0055086 |
| EMC_RAM_SEC 000025130 | PRAM0055680 |
| EMC_RAM_SEC 000030141 | PRAM0056443 |
| EMC_RAM_SEC 000031998 | PRAM0056444 |
| EMC_RAM_SEC 000033933 | PRAM0056445 |
| EMC_RAM_SEC 000033934 | PRAM0059202 |
| EMC_RAM_SEC 000033984 | PRAM0059205 |
| EMC_RAM_SEC 000035525 | PRAM0059206 |
| EMC_RAM_SEC 000035533 | PRAM0061492 |
| EMC_RAM_SEC 000038477 | PRAM0063961 |
| EMC_RAM_SEC 000038478 | PRAM0063962 |
| EMC_RAM_SEC 000048416 | PRAM0063964 |
| EMC_RAM_SEC 000048417 | PRAM0063968 |
| EMC_RAM_SEC 000048430 | PRAM0063969 |
| EMC_RAM_SEC 000049962 | PRAM0063972 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1197**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000049964 | PRAM0063974 |
| EMC_RAM_SEC 000050020 | PRAM0063986 |
| EMC_RAM_SEC 000051670 | PRAM0063993 |
| EMC_RAM_SEC 000051671 | PRAM0063999 |
| EMC_RAM_SEC 000051672 | PRAM0064262 |
| EMC_RAM_SEC 000056309 | PRAM0064263 |
| EMC_RAM_SEC 000056457 | PRAM0064264 |
| EMC_RAM_SEC 000056458 | PRAM0064265 |
| EMC_RAM_SEC 000056469 | PRAM0064266 |
| EMC_RAM_SEC 000056471 | PRAM0065448 |
| EMC_RAM_SEC 000056482 | PRAM0068863 |
| EMC_RAM_SEC 000056483 | PRAM0069058 |
| EMC_RAM_SEC 000062879 | PRAM0069061 |
| EMC_RAM_SEC 000062925 | PRAM0071023 |
| EMC_RAM_SEC 000063146 | PRAM0071024 |
| EMC_RAM_SEC 000063553 | PRAM0071025 |
| EMC_RAM_SEC 000064589 | PRAM0071026 |
| EMC_RAM_SEC 000065962 | PRAM0071027 |
| EMC_RAM_SEC 000066161 | PRAM0071028 |
| EMC_RAM_SEC 000068172 | PRAM0071029 |
| EMC_RAM_SEC 000068173 | PRAM0071030 |
| EMC_RAM_SEC 000070231 | PRAM0071031 |
| EMC_RAM_SEC 000083975 | PRAM0071032 |
| EMC_RAM_SEC 000086978 | PRAM0071033 |
| EMC_RAM_SEC 000086979 | PRAM0071872 |
| EMC_RAM_SEC 000088138 | PRAM0071884 |
| EMC_RAM_SEC 000091485 | PRAM0071885 |
| EMC_RAM_SEC 000091486 | PRAM0072792 |
| EMC_RAM_SEC 000093174 | PRAM0073269 |
| EMC_RAM_SEC 000095333 | PRAM0073773 |
| EMC_RAM_SEC 000097272 | PRAM0074003 |
| EMC_RAM_SEC 000097274 | PRAM0074006 |
| EMC_RAM_SEC 000099025 | PRAM0074007 |
| EMC_RAM_SEC 000099050 | PRAM0074008 |
| EMC_RAM_SEC 000109642 | PRAM0074009 |
| EMC_RAM_SEC 000109643 | PRAM0074010 |
| EMC_RAM_SEC 000109644 | PRAM0074011 |
| EMC_RAM_SEC 000109645 | PRAM0077068 |
| EMC_RAM_SEC 000109648 | PRAM0077071 |
| EMC_RAM_SEC 000109649 | PRAM0077072 |
| EMC_RAM_SEC 000113380 | PRAM0077073 |
| EMC_RAM_SEC 000114856 | PRAM0077248 |
| EMC_RAM_SEC 000120818 | PRAM0077311 |
| EMC_RAM_SEC 001594730 | PRAM0077313 |
| EMC_RAMIREZ 000000121 | PRAM0077314 |
| EMC_RAMIREZ 000000255 | PRAM0077899 |
| EMC_RAMIREZ 000000301 | PRAM0077903 |
| EMC_RAMIREZ 000000533 | PRAM0077904 |
| EMC_RAMIREZ 000002550 | PRAM0077905 |
| EMC_RAMIREZ 000003986 | PRAM0077906 |
| EMC_RAMIREZ 000005478 | PRAM0077907 |
| EMC_RAMIREZ 000006255 | PRAM0077908 |
| EMC_RAMIREZ 000006256 | PRAM0077909 |
| EMC_RAMIREZ 000006257 | PRAM0077910 |
| EMC_RAMIREZ 000006258 | PRAM0079561 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1198**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000006259 | PRAM0081802 |
| EMC_RAMIREZ 000006289 | PRAM0081803 |
| EMC_RAMIREZ 000007140 | PRAM0086835 |
| EMC_RAMIREZ 000007141 | PRAM0087299 |
| EMC_RAMIREZ 000008612 | PRAM0087300 |
| EMC_RAMIREZ 000008874 | PRAM0087347 |
| EMC_RAMIREZ 000009026 | PRAM0087352 |
| EMC_RAMIREZ 000009451 | PRAM0094474 |
| EMC_RAMIREZ 000009455 | PRAM0097660 |
| EMC_RAMIREZ 000012279 | PRAM0100480 |
| EMC_RAMIREZ 000015594 | PRAM0106256 |
| EMC_RAMIREZ 000017292 | PRAM0127510 |
| EMC_RAMIREZ 000019172 | PRAM0127511 |
| EMC_RAMIREZ 000019173 | PRAM0140156 |
| EMC_RAMIREZ 000020631 | PRAM0142164 |
| EMC_RAMIREZ 000021186 | PRAM0174388 |
| EMC_RAMIREZ 000022927 | PRAM0180456 |
| EMC_RAMIREZ 000028881 | PRAM0180581 |
| EMC_RAMIREZ 000029676 | PRAM0186258 |
| EMC_RAMIREZ 000030838 | PRAM0186259 |
| EMC_RAMIREZ 000030864 | PRAM0211778 |
| EMC_RAMIREZ 000030866 | PRAM0211779 |
| EMC_RAMIREZ 000031956 | PRAM0214659 |
| EMC_RAMIREZ 000031960 | PRAM0214660 |
| EMC_RAMIREZ 000031967 | PRAM0219585 |
| EMC_RAMIREZ 000032853 | PRAM0219586 |
| EMC_RAMIREZ 000032864 | PRAM0221195 |
| EMC_RAMIREZ 000032887 | PRAM0221196 |
| EMC_RAMIREZ 000032948 | PRAM0221891 |
| EMC_RAMIREZ 000032951 | PRAM0221892 |
| EMC_RAMIREZ 000033201 | PRAM0222304 |
| EMC_RAMIREZ 000033450 | PRAM0223769 |
| EMC_RAMIREZ 000033621 | PRAM0223772 |
| EMC_RAMIREZ 000037943 | PRAM0223773 |
| EMC_RAMIREZ 000042309 | PRAM0223784 |
| EMC_RAMIREZ 000042313 | PRAM0223785 |
| EMC_RAMIREZ 000045198 | PRAM0223796 |
| EMC_RAMIREZ 000045200 | PRAM0223797 |
| EMC_RAMIREZ 000045205 | PRAM0223798 |
| EMC_RAMIREZ 000048104 | PRAM0223809 |
| EMC_RAMIREZ 000048534 | PRAM0223810 |
| EMC_RAMIREZ 000049831 | PRAM0223821 |
| EMC_RAMIREZ 000049840 | PRAM0223826 |
| EMC_RAMIREZ 000050532 | PRAM0223827 |
| EMC_RAMIREZ 000051599 | PRAM0232100 |
| EMC_RAMIREZ 000051611 | PRAM0238330 |
| EMC_RAMIREZ 000056334 | PRAM0238331 |
| EMC_RAMIREZ 000058126 | PRAM0238465 |
| EMC_RAMIREZ 000058169 | PRAM0238467 |
| EMC_RAMIREZ 000062967 | PRAM0242651 |
| EMC_RAMIREZ 000063689 | PRAM0242653 |
| EMC_RAMIREZ 000064876 | PRAM0322029 |
| EMC_RAMIREZ 000068914 | PRAM0323959 |
| EMC_RAMIREZ 000071312 | PRAM0323962 |
| EMC_RAMIREZ 000071313 | PRAM0323963 |

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1199**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000071314 | PRAM0323964 |
| EMC_RAMIREZ 000071315 | PRAM0323965 |
| EMC_RAMIREZ 000071316 | PRAM0323966 |
| EMC_RAMIREZ 000075116 | PRAM0323967 |
| EMC_RAMIREZ 000083223 | PRAM0323968 |
| EMC_RAMIREZ 000083224 | PRAM0323969 |
| EMC_RAMIREZ 000141014 | PRAM0323970 |
| EMC_RAMIREZ 000141017 | PRAM0323971 |
| EMC_RAMIREZ 000141087 | PRAM0323972 |
| EMC_RAMIREZ 000141091 | PRAM0325081 |
| EMC_RAMIREZ 000158730 | PRAM0331404 |
| PRAM0000035 | PRAM0335147 |
| PRAM0000365 | PRAM0360813 |
| PRAM0000518 | PRAM0360857 |
| PRAM0000521 | PRAM0365449 |
| PRAM0000522 | PRAM0388220 |
| PRAM0000523 | PRAM0400687 |
| PRAM0000525 | PRAM0423395 |
| PRAM0000526 | PRAM0430339 |
| PRAM0000527 | PRAM0439742 |
| PRAM0000846 | PRAM0471246 |
| PRAM0001679 | PRAM0523163 |
| PRAM0001681 | PRAM0523213 |
| PRAM0002031 | PRAM0547116 |
| PRAM0002033 | PRAM0553869 |
| PRAM0002087 | PRAM0629339 |
| PRAM0002089 | PRAM0653225 |
| PRAM0002092 | PRAM0660407 |
| PRAM0002095 | PRAM0666425 |
| PRAM0002117 | PRAM0674283 |
| PRAM0002119 | PRAM0705989 |
| PRAM0002134 | PRAM0712414 |
| PRAM0002140 | PRAM0712415 |
| PRAM0002390 | PRAM0717939 |
| PRAM0003046 | PRAM0761829 |
| PRAM0003047 | PRAM0773954 |
| PRAM0003048 | WOOD0001237 |

**SEC Filings**
Exxon 2009 Form 10-K
Exxon 2010 Form 10-K/A
Exxon 2011 Form 10-K
Exxon 2012 Form 10-K
Exxon 2013 Form 10-K
Exxon 2014 Form 10-K
Exxon 2015 Form 10-K
Exxon 2016 Form 10-K
Exxon Current Report on Form 8-K, April 29, 2016
Exxon Current Report on Form 8-K, April 30, 2015
Exxon Current Report on Form 8-K, February 2, 2015
Exxon Current Report on Form 8-K, February 2, 2016
Exxon Current Report on Form 8-K, January 31, 2017
Exxon Current Report on Form 8-K, July 29, 2016
Exxon Current Report on Form 8-K, July 31, 2015
Exxon Current Report on Form 8-K, October 28, 2016

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1200**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

Exxon Current Report on Form 8-K, October 30, 2015
Exxon Q1 2014 Form 10-Q
Exxon Q1 2015 Form 10-Q
Exxon Q1 2016 Form 10-Q
Exxon Q2 2014 Form 10-Q
Exxon Q2 2015 Form 10-Q
Exxon Q2 2016 Form 10-Q
Exxon Q3 2014 Form 10-Q
Exxon Q3 2015 Form 10-Q
Exxon Q3 2016 Form 10-Q
Exxon SEC CORRESP, February 22, 2017
Exxon SEC CORRESP, February 24, 2015
Exxon SEC CORRESP, January 30, 2017
Exxon SEC CORRESP, October 24, 2016
HGT 2015 Form 10-K

**Exxon Transcripts & Presentations**
Exxon March 4, 2015 Analyst Meeting and Presentation
Exxon Q1 2014 Earnings Call Transcript and Presentation
Exxon Q1 2015 Earnings Call Transcript and Presentation
Exxon Q1 2016 Earnings Call Transcript and Presentation
Exxon Q2 2014 Earnings Call Transcript and Presentation
Exxon Q2 2015 Earnings Call Transcript and Presentation
Exxon Q2 2016 Earnings Call Transcript and Presentation
Exxon Q3 2014 Earnings Call Transcript and Presentation
Exxon Q3 2015 Earnings Call Transcript and Presentation
Exxon Q3 2016 Earnings Call Transcript and Presentation
Exxon Q4 2014 Earnings Call Transcript and Presentation
Exxon Q4 2015 Earnings Call Transcript and Presentation
Exxon Q4 2016 Earnings Call Transcript and Presentation

**Accounting and Auditing Guidance, SEC Rules and Related**
17 CFR Part 210
17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003
17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989
AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities* , as of January 1, 2014
AICPA Statement on Standards for Forensic Services
ASC 105 *Generally Accepted Accounting Principles*
ASC 250 *Accounting Changes and Error Corrections*
ASC 360 *Property, Plant, Plant, and Equipment*
ASC 605 *Revenue Recognition*
ASC 820 *Fair Value Measurement*
ASC 855 *Subsequent Events*
ASC 932 *Extractive Activities - Oil and Gas*
ASC Master Glossary
Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991
FASB Accounting Standards Update No. 2014-09, Revenue from Contracts with Customers (Topic 606)
FASB Concept Statement No 2., Qualitative Characteristics of Accounting Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information, As Amended
Federal Trade Commission, Informal Staff Advisory Opinion 02-4
PCAOB AS 1001

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**App: 1201**

Exhibit A - Documents and Other Information Considered in Forming Opinions
Confidential

PCAOB AS 11
PCAOB AS 14
PCAOB AS 2810
PCAOB AU 110
PCAOB AU 411
Petroleum Accounting, 7th ed.
Petroleum Accounting, 8th ed.
Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark
Report of the National Commission on Fraudulent Financial Reporting, October 1987
SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations
and Guidance, March 31, 2001

SEC Financial Reporting Manual
SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial
Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72]

SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations;
Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831;
IC-16961; FR-36]
SEC Regulation S-K, Item 1202, Disclosure of Reserves (17 CFR §229.1202)
SEC Regulation S-K, Item 303 (17 CFR §229.303)
SEC Regulation S-X, Rule 4-01
SEC Regulation S-X, Rule 4-10(a)
SEC Release No. 33-8995; 34-59192; FR-78; File No. S7-15-08.
SEC Release Nos. 33-10751; 34-88094; FR 87 Commission Guidance on Management's Discussion and Analysis
of Financial Condition and Results of Operations. Effective February 25, 2020
SEC Securities Act Release No. 6349, September 28, 1981
SEC Staff Accounting Bulletin No. 108
SEC Staff Accounting Bulletin No. 99
Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001
Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996

**Pleadings**
Complaint, Civil Action No. 3:16-cv-03111-K

**Deposition(s) and Exhibits**
Deposition of Vincent L. Prestipino, September 20, 2024 and Exhibits
Deposition of Joseph M. Horne, September 17, 2024 and Exhibits
Deposition of Kirsten M. Bannister, September 12, 2024 and Exhibits

**Miscellaneous Documents (Articles, other written works, etc.)**
Adila McHich, Henry Hub Natural Gas Futures: Global Benchmark, CME Group, July 7, 2023
Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002,
"Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality."
http://corporate.academy.com/locations/index.html
https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm
https://www.eia.gov/dnav/pet/hist/RWTCD.htm
https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-
bulletins/how-read (accessed October 9, 2024)
https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-
17
https://www.sec.gov/about/mission (accessed October 9, 2024)
https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024)

**Exhibit A to Expert Report of D. Paul Regan CPA/CFF dated October 11, 2024**

**Exhibit A - Documents and Other Information Considered in Forming Opinions**
**Confidential**

https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024)

NYMEX Natural Gas Futures (Strip) Prices per Bloomberg

Perkins Coie website, "The Loneliness of Making the Materiality Decision," by Broc Romanek, July 20, 2021 (available at https://www.publicchatter.com/2021/07/the-loneliness-of-making-the-materiality-decision/)

Press Release, "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002

The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call"



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 1975 – Present | **Hemming Morse**<br>**Forensic and Financial Consultants**<br>Chairperson, 2012-2016<br>Partner, since 2012<br>Chairman of the Board, 2001-2011<br>President, 2001-2009<br>Director-in-charge of the firm's Litigation and Forensic Consulting Practice, 1975-2006 |
| 2006 | **Stanford Law School**<br>Executive Education - Directors' College |
| 1979 | **Golden Gate University, San Francisco**<br>M.S. Accounting |
| 1973 – 1975 | **Regan & Skelton, CPAs**<br>Partner |
| 1970 – Present | Taught or attended at least 80 hours of qualified continuing education courses in each 2 year period in order to renew CPA license |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| 1968 | **University of San Francisco**<br>B.S. Accounting (Accounting Specialist) |

**App. 1204**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Professional & Service Affiliations

■ **Certified Public Accountant,** State of California
- Since 1970

■ **American Institute of Certified Public Accountants**
- Since 1970
- Council Member, 2003-2011
- Member, Forensic & Valuation Services Executive Committee, 2008-2011
- Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
- Chair of National Economic Damages Committee, 1999-2001
- National Computer Audit Subcommittee of the Auditing Standards Board, past member

■ California Society of Certified Public Accountants **Distinguished Service Award,** 2009

■ **Certified in Financial Forensics**
- Since 2008

■ **California CPA Education Foundation**
- Board of Trustees, 1997-2003
- President, 2001-2002
- First Vice President, 2000-2001
- Treasurer, 1999-2000

■ California Society of Certified Public Accountants, **Board of Directors,** 2001-2006
- Council, since 2001
- Chair, 2004-2005
- First Vice President, 2003-2004

■ **California Society of Certified Public Accountants,** Litigation Consulting and Dispute Resolution Services Common Interest Member
- Steering Committee, since 1990
- Chair, 2002-2004
- Vice President, 2000-2002

■ **California Society of Certified Public Accountants,** State Economic Damages Section
- Chair, 1996-1998
- Member, since 1995

■ California Society of Certified Public Accountants, **Quality Control Committee,** past member

■ California Society of Certified Public Accountants, **Litigation Services Conference Chair,** 1990

■ California Society of Certified Public Accountants, **Advanced Litigation Forum Planning Committee,** 1991-1993; 1995 and 1997
– Chair, 1993 and 1997

■ California Society of Certified Public Accountants, **Computer Show and Conference Chair,** 1985

■ California Society of Certified Public Accountants, **Economic Damages Conference Planning Committee,** 2000

■ **American Arbitration Association's National Panel of Arbitrators,** 1983-1996

**App. 1205**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Professional & Service Affiliations continued

- Western Association of Accounting Firms Audit and Accounting Committee
  - Chairman, 1980-1982
  - Audit and Accounting Manuals, Editor, 1979-1982

- **CPA Computer Report,** Editorial Board, 1984-1987

- **Board of Trustees,** Golden Gate University, 2002-2013
  - Audit Committee member, since 2005
  - Audit Committee Chair, 2005-2008

- **Board of Trustees,** Jesuit School of Theology at Berkeley, 2002-present
  - Audit Committee member and Chair, 2004-2011

- **International Display Works, Inc.,**
  - Board of Directors, 2004-2006
  - Audit Committee member, 2005-2006

- **Solar Power, Inc.,**
  - Board of Directors, 2006-2010
  - Audit Committee Chair, 2006-2010

- Catholic Charities CYO of the Archdiocese of San Francisco
  - Board of Directors, 2009-2019
  - Audit Committee Chair, 2009-2019

- Town of Hillsborough
  - Council Member, 1998-2010
  - Mayor, 2002-2004
  - Vice Mayor, 2000-2002
  - Commissioner of Finance, 1998-2002; 2004-2010
  - Financial Advisory Committee, since 2011

- Hillsborough City School District
  - Board of Trustees
  - Trustee, 1985-1995
  - President, 1986-87; 1993-94

- **Hillsborough Recreation Commission,** 1989-1993; 1998-2010
  - President, 1990-1993

- **Citizen of the Year,** 1995
  Town of Hillsborough, California

**App. 1206**



**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Courses Written and Presented

### AICPA & California Society of CPAs

- "The $355 Million + Prejudgment Interest Decision - Principal Teaching Moments For Accountants and Valuation Issues" California Society of CPAs, Forensic Services Section Steering Committee, 2024

- "The FTX Bankruptcies: We Have Seen This Mess Before" California Society of CPAs, Forensic Services Section Steering Committee, 2023

- "Candid Advice on Expert Witness Best Practices" California Society of CPAs, Fraud and Forensics Virtual Conference, 2022

- "Fraudulent Financial Reporting and Accountants' Malpractice" California Society of CPAs, 4N6: Forensics and Fraud Virtual Conference, 2021

- "Economic Damages: Common Frameworks By Industry & Claim Type" AICPA National Forensic Accounting Conference, Boston, MA, 2010

- "Fraud Prevention and Detection" California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, CA, 2004

- "Trigon Insurance Co. v. United States" California Society of CPAs, Economic Damages Litigation Section, San Francisco, CA, 2003

- "Issues Re: Revenue Recognition" California Society of CPAs, Litigation Sections Steering Committee, Burlingame, CA, 2003

- "Trashing Drafts - A Standard Practice or a Dangerous Proposition?" California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, CA, 2003

- "Aggressive Accounting & The Games People Play" AICPA Webcast, co-author, NJ, 2003

- "Mistakes Made in the Work Product" California Society of CPAs, Litigation Services Conference, Irvine, CA, 2002

- "Complex Litigation/Accounting Malpractice" AICPA National Fraud Conference, Las Vegas, NV, 2002

- "Ethics, Taxes and Financial Reporting" California Society of CPAs, San Francisco, CA, 2002

- "Expert Disqualifications" California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, CA, 2001

- "Financial Statement Fraud" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 2000

- "Quantifying Losses" AICPA National Fraud Conference, Las Vegas, NV, 2000

- "Electronic Work Product-Discovery Issues" California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, CA, 1999

**App. 1207**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### AICPA & California Society of CPAs continued

- "The CPA's Role in Construction Damages" AICPA National Advanced Litigation Conference, Atlanta, GA, 1999

- "Significant Frauds of our Time" AICPA National Fraud Conference, Las Vegas, NV, 1998

- "Daubert and the CPA Expert" California Society of CPAs, Advanced Economic Damage Conference, San Francisco, CA, 1998

- "The Accountant in Fraud Investigations" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 1997

- "Rule 26 Reports,""The Auditor and Fraud," and "Challenging Questions" California Society of CPAs, Advanced Litigation Forum, Palm Springs, CA, 1996

- "Distinguishing Between Litigation and Attest Engagements" California Society of CPAs, Advanced Litigation Forum, San Diego, CA, 1995

- "Miniscribe Trial Binder" California Society of CPAs, Advanced Litigation Forum, Monterey, CA, 1993; Litigation Consulting Services Committee, Puerto Vallarta, MX, 1993; Litigation Consulting Services Committee, San Francisco, CA, 1994

- "Lost Profits" California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, CA, 1991

- "Opportunities Update: "A Discussion of Disruption Claims" California Society of CPAs, Litigation Consulting Conference, Los Angeles, CA, 1990

- "Construction Damages" AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas, TX and Washington, DC, 1990

#### Selected Others

- "Fraudulent Financial Reporting and Accountant's Malpractice" San Francisco State University, 2019

- "The Fraud Triangle - Where Were the Gatekeepers" United States District Court, Northern District Historical Society, San Francisco, CA, 2012

- "Introduction of Financial Forensic Accounting" Golden Gate University, Adjunct Professor, 2009-present

- "Reporting in Litigation Engagements" "Wage & Hour Litigation" Golden Gate University, 2009

- "Intellectual Property Damages" Federal Bureau of Investigation, Quantico, VA, 2001

**App. 1208**

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**CURRICULUM VITAE**

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### Selected Others continued

- "Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor" American Bar Association, Fourth Annual Construction Institute, 1995

- "Fundamentals of Forensic Accounting" Georgetown University, Washington, DC, 1994

- "Proving and Pricing Delay and Disruption Claims" Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, CA, 1989

- "The Auditor in Court" State of California, Government Auditors, 1989

- "Pricing Construction Claims" Thelen, Marrin, Johnson & Bridges, 1988

- "Dollars and Sense: Building Your Damages Case & Surviving a Daubert Challenge" San Francisco Trial Lawyers Association, Litigation Practice, San Francisco, CA, 2007

- "Winning Strategies for the Financial Side of Your Damages Case" Construction Infrastructure Summit, Phoenix, AZ, 2007

### Publications

- "Our Roots Run Deep" California CPA Magazine, August 2004

- "Expert Witnesses: Do They Have to Keep Draft Reports?" California CPA Magazine, May 2004

- "Revenue Recognition: Now, Later or Never?" California CPA Magazine, September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, "The Role of the Accountant as Expert Witness," published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- "California CPA Computer Show and Conference," CPA Computer Report, September 1985

- "Direct and Cross Examination of Experts," co-author of case study presented by University of California Hastings Litigation Advocacy Program

**App. 1209**

**CURRICULUM VITAE**

**HEMMING | MORSE**
FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Testimony (Presented in the Last Four Years)

#### Trial

- James Gansman v. Michael A. Tanenbaum; James Gansman v. James Keale (2024) United States District Court, Northern District of California, San Jose Division, Case No. 23-cv-03667-BLF

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Port of Ridgefield vs. Union Pacific Railroad Company (2018) U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

#### Deposition

- In re: Sedgwick LLP, James Gansman v. Thomas Robertson, James Keale and Michael Tanenbaum (2023), U.S. Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 18031087 (HLB)

- In re: Alta Mesa Resources, Inc. Securities Litigation (2023), U. S. District Court, Southern District of Texas, Houston Division, Case No. 4:19 CV-00957

- In re: Under Armour Securities Litigation (2023), U.S. District Court, District of Maryland, Case No. RDB-17-388

- In re: Anadarko Petroleum Corporation Securities Litigation (2023), U.S. District Court, Southern District of Texas, Case No. 4:20-cv-00576

- Lehigh Southwest Cement Company v. James Hardie Building Products (2019) (2022), Superior Court of California, Shasta County, Case No. 191110

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Snow Covered Capital, LLC v. William Weidner et al. (2021) United States District Court, District of Nevada Case No.: 2:19-cv-00595—JAD-NJK

- Strathclyde Pension Fund, v. Bank OZK and George Gleason (2021), United States District Court, Eastern District of Arkansas, Central Division Case No. 4:18-cv-00793-DPM

- In re: Teva Securities Litigation (2021) U.S. District Court, District of Connecticut Case No. 3:17-cv-00558 SRU

- Strathclyde Pension Fund, et al. v Bank OZK, et al. (2021) U.S. District Court, Eastern District of Arkansas Case No. 4:18-cv-00793-DPM

- In re: Novo Nordisk Securities Litigation (2021) U.S. District Court, District of New Jersey Case No. 3:17-CV-209-BRM-LHG

- 246 Atherton Avenue LLC v. Trais Fluors LLC (2019) Superior Court of California, San Mateo County Case No. 16-CIV-02957

**App. 1210**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Deposition continued

- **The Regents of the University of California v. Paul S. Aisen, et al. (2019)** Superior Court of California, San Diego County, Case No. 37-2015-00022082-CU-BT-CTL

- **Mark Smilovits, et al. v First Solar, Inc., et al. (2019)** U.S. District Court District of Arizona Case No. 2:12-cv-00555-DGC

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

- **Port of Ridgefield vs. Union Pacific Railroad Company (2018)** U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

- **Layton Construction Co., Inc. v. Mint Development, L.P. et al. (2018)** Superior Court of California County of San Francisco, Case No. CGC-15-549603

### Arbitration

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

**App. 1211**

# Exhibit 66

CONFIDENTIAL

*Ramirez v. Exxon Mobil Corporation, et al.*

*Civil Action No. 3:16-cv-03111-K*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

**DALLAS DIVISION**

**EXPERT REPLY REPORT**
**OF**
**D. PAUL REGAN, CPA/CFF**

**January 10, 2025**

**App. 1212**

## TABLE OF CONTENTS

I.    INTRODUCTION ..................................................................................1

II.   SUMMARY OF REPLY OPINIONS ................................................2

III.   DISCUSSION AND ANALYSES PERTAINING TO MY REPLY OPINIONS TO THE ABINGTON REPORT ........................................4

    A.   CONTEMPORANEOUS EVIDENCE AND TESTIMONY REFUTE MR. ABINGTON'S CRITICISMS OF MY OPINION THAT EXXON FAILED TO APPROPRIATELY DE-BOOK CANADIAN KEARL PROVED RESERVES AS OF DECEMBER 31, 2015 ..............4

      1.   Mr. Abington Ignores Or Fails To Appropriately Consider Relevant Facts and Circumstances During Exxon's 2015 Financial Reporting Period Demonstrating The Company's Kearl SEC Reserve Calculation Errors and Reasonableness of My Opinion ...............7

      2.   Mr. Abington Ignores Or Fails To Properly Consider My 2015 Kearl SEC Price Calculations Are Supported By Exxon's Internal Calculations, Methodology, and Data .........................................17

      3.   Mr. Abington's Opinions Are Inconsistent With Relevant Exxon Testimony Acknowledging the Required Consideration of Actual Costs When Determining SEC Reserve-Related Pricing...........................23

      4.   PwC's Role As Exxon's Independent Auditor Does Not Cause Me To Change My Opinion Regarding the Inaccuracy of Exxon's Asserted 2015 Kearl SEC Price and Proved Reserves.............................25

    B.   OTHER ASSERTIONS BY MR. ABINGTON TO DISCREDIT MY OPINION THAT EXXON FAILED TO PROPERLY DE-BOOK ITS KEARL SEC PROVED RESERVES AS OF DECEMBER 31, 2015 ARE FLAWED AND MISLEADING ................................30

      1.   Mr. Abington's References To Studies Reflecting Decreased Proved Reserves During 2016 Is Misleading And Incomplete .................30

      2.   Mr. Abington's Assertion That Exxon's De-Booking of Approximately 1.0 Billion Oil Equivalent Barrels of Natural Gas Demonstrated The Company's Willingness To De-Book Proved Reserves Is Misleading and Irrelevant to Exxon's Misstated Kearl SEC Proved Reserves ...............................33

      3.   Mr. Abington's References to Kearl Lifting Costs, Including Exxon's Practice of Excluding Direct CAF, Ignores Relevant

**Expert Reply Report of D. Paul Regan, CPA/CFF**      i

**App. 1213**

Reporting Requirements and Exxon's Own Practices During 2015 and 2016................................................................34

C.    MR. ABINGTON'S ASSERTION THAT DISCLOSURE OF ANY KEARL FINANCIAL LOSSES IS NOT SUPPORTED BY REGULATORY REQUIREMENTS IS NOT RELEVANT TO MY OPINION AND IS INCONSISTENT WITH EXXON'S DISCLOSURES REGARDING KEARL................................................................39

1.    Exxon's Management Repeatedly Obtained and Reviewed Kearl Specific Information, Including Operating Results and Information About Kearl Specific Reserves and Losses ................................................40

2.    In Contrast to Mr. Abington's Assertions, Exxon Management Made "Kearl" Specific Disclosures During 2015 and 2016. .....................46

D.    MR. ABINGTON FAILS TO PROPERLY CONSIDER RELEVANT GAAP IN HIS CRITICISM OF MY OPINIONS REGARDING EXXON'S EVALUATION OF ITS XTO LONG-LIVED ASSETS FOR IMPAIRMENT, INCLUDING THE COMPANY'S ASSERTED PRICE PLAN ESTIMATES ................................................................46

1.    GAAP Requires Significant Accounting Estimates To Be Reasonable, Based On All Available Evidence That Existed During Exxon's 2015 Financial Reporting Period, Including, But Not Limited To, Changes In Market Conditions................................................48

2.    Mr. Abington Improperly Accepts The Judgment Of Exxon's Management With Respect To Its 2015 Price Plan Without Consideration Of All Contemporaneous Available Information................51

3.    Exxon's Applied 2015 Price Plan Assumptions Were Not Reasonable and Failed to Properly Consider Relevant Facts And Conditions During Its 2015 Financial Reporting Period, Including Relevant Changes In Market Conditions and Other Internal Price Projections................................................................52

4.    Mr. Abington Ignores or Fails To Properly Consider Relevant Evidence Demonstrating the Reasonableness Of My Applied NYMEX Price Assumptions and Evaluation of Exxon's XTO Related Assets ................................................................67

E.    MR. ABINGTON'S ASSESSMENT OF EXXON'S IMPAIRMENT INDICATORS ("TRIGGERS") UNDER GAAP IS FLAWED AND MISLEADING................................70

1.    Mr. Abington Fails To Properly Consider Professional Guidance and Other Evidence Reflecting That Lower Henry Hub Prices Prior

**App. 1214**

To and During the Exxon's 2015 Financial Reporting Period Was an Impairment Indicator ................................................................70

2.    Mr. Abington Fails To Properly Consider The Company's Internal Assertions And Other Conditions Demonstrating That Reduced Price Plans Directly Impacted XTO's Long-Lived Assets Value and Was An Impairment Indicator ....................................................73

3.    Mr. Abington's Acceptance of Exxon's Flawed Conclusion That An XTO Impairment Indicator Did Not Exist Conflicts With Several Other Facts And Conditions Discussed in My October Report ..............................................................................80

F.    MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON PwC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT ........................82

1.    Exxon's Management, Not PwC, Was Responsible for the Company's Financial Statements, Including, but Not Limited to, the Disclosure of Proved Reserves and Asset Grouping's Fair Value ...........................................................................83

2.    PwC's Annual Audits and Interim Reviews Did Not Provide Absolute Assurance that Exxon's Financial Statements Were Free of Material Misstatement ..............................................86

3.    The PwC Audits and Reviews Referenced in the Abington Report Do Not Provide Any Assurance that Exxon's Reported SEC Reserves Or MD&A Were Free from Material Omissions ...................89

4.    Relevant Documents Do Not Appear To Be Included In PwC's Document Production, Indicative That PwC Was Not Contemporaneously Provided With Such Information During Its 2015 And 2016 Audits ..............................................91

5.    Mr. Abington Provides No Opinion that PwC's Audits of Exxon Complied with PCAOB Standards ...........................................92

G.    MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON SEC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT ........................98

**App. 1215**

**CONFIDENTIAL**

**I.    INTRODUCTION**

1.    My report dated October 11, 2024 (the "October Report") includes expert opinions regarding certain financial accounting and disclosures in Exxon Mobil Corporation's ("Exxon" or the "Company") 2015 Form 10-K. These opinions are:

    a.  Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

    b.  Exxon's MD&A failed to appropriately disclose known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations.

    c.  Exxon failed to properly comply with impairment-related accounting standards under generally accepted accounting principles ("GAAP"), resulting in the material overstatement of XTO-related long-lived assets as of and for the year ended December 31, 2015.

2.    I stated in paragraph 2 of my October Report that I expected to receive and analyze additional evidence regarding this matter. Specifically:

> The bases for these opinions are described in Section IV of this report. This report is based on the evidence I have reviewed to date. I understand that additional information may become available, including, but not limited to, discovery in response to subpoenas issued in this matter, **deposition testimony and related exhibits, and relevant opinions and analyses by the parties' experts**. As a result, I may modify my opinions based on such additional evidence. In addition, I expect to analyze any findings of and, if necessary, respond to defendants' expert's report(s). (emphasis added).

3.    Since my October Report, I have received and reviewed a copy of the Rebuttal Expert Report of William B. Abington, CPA, CFF, CFE dated December 10, 2024 (the "Abington Report"). I have considered the Abington Report, and the opinions expressed therein. Based on these documents and my experience, I was asked to provide expert rebuttal testimony concerning the opinions expressed in the Abington Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**       **1**

**App. 1216**

**CONFIDENTIAL**

4. I have also considered additional documents relevant to matters at issue in this case, including documents produced since the issuance of my October Report and previously produced documents relevant to my response to the Abington Report. These documents have been footnoted herein and/or have been included in the updated **Exhibit A** attached to this reply report. My updated professional resume is also attached as **Exhibit B**.

5. This reply report should not be construed as expressing any legal opinions, which are outside my expertise. However, to the extent I have interpreted evidence and other cited information, these interpretations necessarily reflect my understanding thereof from an accounting and auditing perspective, including as being Certified in Financial Forensics ("CFF").

6. In my work on this reply report and exhibits, I have been assisted by others in my firm who have acted under my direction, supervision, and control. However, the opinions in this report are my own. I recognize that I am an expert witness, not a fact witness. My understanding of the relevant facts comes from the documents and testimony that I have considered.

7. HM is being compensated for my services at $920 per hour, in accordance with its retention agreement in this matter. This compensation is not contingent on the outcome of this matter or the conclusions that I reach. My work on this matter is continuing and my opinions may be amended or supplemented as a result of additional study by me or additional information learned prior to or at trial. At trial, I may use documents referenced in this reply report or October Report, graphics illustrating concepts discussed therein, and other demonstrative or summarizing exhibits derived from my reports.

## II. SUMMARY OF REPLY OPINIONS

8. I have considered the Abington Report and the opinions expressed therein. None of Mr. Abington's opinions, whether or not specifically addressed in this Reply Report, change my opinions set forth above or in my October Report. Mr. Abington's criticisms of my opinion are meritless and misleading. They are generally superficial in nature and

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **2**

**App. 1217**

**CONFIDENTIAL**

unsupported by relevant facts and circumstances and/or they ignore relevant evidence that was in place at the applicable time.

9.   I have used the remainder of this Reply Report to respond to particular positions (although not all) in the Abington Report that are either misleading, incorrect, fail to properly consider the facts and circumstances in place during the relevant periods, and/or are not supported by the evidence. In this regard, I have the following additional opinions:

a.   Contemporaneous evidence and testimony refute Mr. Abington's criticisms of my opinion that Exxon failed to appropriately de-book Canadian Kearl proved reserves as of December 31, 2015;

b.   Other assertions by Mr. Abington to discredit my opinion that Exxon failed to properly de-book its Kearl SEC proved reserves as of December 31, 2015 are flawed and misleading;

c.   Mr. Abington's assertion that disclosure of any Kearl financial losses is not supported by regulatory requirements is not relevant to my opinion and is inconsistent with Exxon's disclosures regarding Kearl;

d.   Mr. Abington fails to properly consider relevant GAAP in his criticism of my opinions regarding Exxon's evaluation of its XTO long-lived assets for impairment, including the Company's asserted price plan estimates;

e.   Mr. Abington's assessment of Exxon's impairment indicators ("triggers") under GAAP is flawed and misleading;

f.   Mr. Abington's repeated references to and reliance on PwC does not refute the opinions expressed in My October Report; and

g.   Mr. Abington's repeated references to and reliance on SEC does not refute the opinions expressed in My October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **3**

**App. 1218**

**CONFIDENTIAL**

10. Detailed support and analyses for these additional opinions are included below in Section III to this Report.

**III. DISCUSSION AND ANALYSES PERTAINING TO MY REPLY OPINIONS TO THE ABINGTON REPORT**

    **A. CONTEMPORANEOUS EVIDENCE AND TESTIMONY REFUTE MR. ABINGTON'S CRITICISMS OF MY OPINION THAT EXXON FAILED TO APPROPRIATELY DE-BOOK CANADIAN KEARL PROVED RESERVES AS OF DECEMBER 31, 2015**

11. Mr. Abington asserts that my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015 is "unreliable" and "not based on sufficient analysis."[1] In this regard, Mr. Abington improperly asserts:

    a. I do not address the "timing and reason for ExxonMobil updating its 2016 SEC Price basis assumptions;"

    b. I don't consider "the ExxonMobil process" for determining SEC Reserves;

    c. I make broad assumptions with insufficient data; and

    d. I do not consider PwC's testing of ExxonMobil's process.[2]

12. Mr. Abington's criticisms are meritless and misleading. In this regard, Mr. Abington's criticisms are superficial in nature, unsupported by relevant facts and circumstances, and do not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

13. First, Mr. Abington fails to appropriately consider the reasonableness of my opinion given the relevant facts and circumstances that existed during Exxon's 2015 financial reporting

---

[1] Abington Report, paragraphs 8 and 48.

[2] Abington Report, paragraphs 8 and 48.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **4**

**App. 1219**

**CONFIDENTIAL**

period. These facts and circumstances demonstrate that the Company's material 2015 Kearl SEC reserve calculation contained flaws and process errors. Specifically:

a. While acknowledging Kearl's 2016 SEC reserve calculation was not subject to changing "[p]ricing principles" or "a new process,"[3] Mr. Abington fails to properly consider that the relevant facts and circumstances resulting in Exxon's corrective 2016 price input changes also existed as of December 31, 2015 and required similar consideration in the Company's reserve calculations and amounts disclosed in Exxon's 2015 Form 10-K filed in February of 2016. That is, Exxon's (and Imperial Oil Limited, or "IOL")[4] acknowledgment and consideration of actual costs associated with the Company's 2016 shipment of Kearl bitumen to U.S. markets caused the Company to correct its price inputs. Importantly, Exxon also shipped Kearl bitumen to U.S. markets during 2015, including similar costs that required similar consideration. As such, the costs associated with these shipments required recognition in the Company's 2015 SEC pricing inputs, just as Exxon determined during 2016;

b. Mr. Abington ignores or fails to appropriately consider Exxon's acknowledged 2015 communications foreshadowing the Company's 2016 SEC price input change to include costs associated with sales to the U.S. markets; and

c. Exxon's failure to include actual costs in deriving net Kearl bitumen prices, including transportation and diluent costs associated with 2015 sales of bitumen to U.S. markets, reflect a significant flaw and acknowledged "shortcoming" in the Company's 2015 SEC reserve calculation and process.

14. Second, Mr. Abington ignores or fails to properly consider that my 2015 Kearl SEC price calculations and methodology are supported by Exxon's internal calculations and

---

[3] Abington Report, paragraph 113.

[4] During 2015, Imperial Oil Limited held a 70.96% interest in the Kearl joint venture. ExxonMobil Canada Properties held the other 29.04%. Exxon Mobil Corporation held a 69.6% interest in Imperial Oil Limited and a 100% interest in ExxonMobil Canada Properties. Kearl is comprised of six oil sands leases covering forty-nine thousand acres in the Athabasca oil sands deposit. (Exxon 2015 Form 10-K, p. 13.)

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **5**

**App. 1220**

**CONFIDENTIAL**

methodology, when giving appropriate consideration of actual costs incurred. Indeed, the results of my calculation of price adjustments approximate 2015 price adjustments as determined by Exxon.

15.   Third, the same type of data used to support my calculations to account for actual price differential costs was also used by Exxon to determine the Company's 2016 SEC pricing. Stated differently, I relied on Exxon's internal accumulation of actual price adjustment costs (*e.g.*, transportation, diluent, etc.) for purposes of correcting the Company's 2015 SEC reserve-related prices.

16.   Fourth, Mr. Abington's opinions are inconsistent with relevant Exxon personnel testimony acknowledging the Company's required consideration of actual costs, including costs associated with sales to U.S. markets, when determining SEC reserve-related pricing. For example, Exxon determined its monthly SEC Kearl bitumen price by reducing the first-of-the-month WTI crude prices by its actual transportation costs, diluent, and quality spread costs. In contrast to Exxon's 2015 calculation of Kearl SEC prices that improperly excluded actual relevant costs associated with sales to U.S. markets, Andrew Swiger, Exxon's Senior Vice President and Principal Financial Officer, testified: (i) that the "actual cost" of transportation, diluent, and costs were required to be considered;[5] (ii) to his awareness that a "significant" portion of bitumen sales were to the U.S. markets;[6] and (iii) consistent with my applied calculation methodology, actual 2015 Kearl transportation costs to get bitumen to Gulf Coast exceeded transportations costs to Edmonton (as used by Exxon to calculate its Kearl SEC proved reserves).[7]

17.   Fifth, in contrast to Mr. Abington's assertions, the audit opinion of PwC, as Exxon's independent auditor, does not cause me to change my opinion regarding the inaccuracy of Exxon's asserted 2015 Kearl SEC price and proved reserves. Moreover, given the limitations of PwC's respective work, PwC did not assume management's responsibility

---

[5] Swiger Tr., 120:6-11.

[6] Swiger Tr., 108:2-7.

[7] Swiger Tr., 63:4-14.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**           **6**

**App. 1221**

CONFIDENTIAL

for fairly presenting Kearl SEC proved reserves. Nor did PwC provide assurance that Exxon's Kearl SEC pricing and related reserves were properly determined and presented. Finally, Mr. Abington provides no evidence that PwC obtained and considered all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC pricing and related proved reserves.

18.     Each of the above issues are discussed below.

> 1.  **Mr. Abington Ignores Or Fails To Appropriately Consider Relevant Facts and Circumstances During Exxon's 2015 Financial Reporting Period Demonstrating The Company's Kearl SEC Reserve Calculation Errors and Reasonableness of My Opinion**

19.     Mr. Abington's criticisms of my opinion are misleading, flawed, and contradicted by his own admissions. Mr. Abington asserts that I do not address or consider (i) "the timing and reason" for Exxon's 2016 SEC price assumption update, and (ii) the Company's "process."[8] In doing so, Mr. Abington ignores, or fails to appropriately consider my references and reliance on both in forming my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

20.     For example, as stated in paragraph 89 of my October Report, Exxon's 2016 Kearl bitumen SEC price calculation corrected for significant flaws in the Company's previous accounting methodology given facts and circumstances in place during 2015. Specifically, Exxon's previous 2015 Kearl bitumen SEC price calculations improperly excluded actual costs relating to bitumen sales to U.S. markets, including diluent and transportation costs. This exclusion caused errors in the Company's Kearl SEC price calculation as of December 31, 2015 and was remediated during 2016.

21.     During 2016, Exxon recognized the "shortcomings" of its applied SEC reserve-related bitumen pricing methodology.[9] For example, on June 29, 2016, Rich DuCharme, Exxon's Global Reserves Manager, emailed Dominic Genetti, Exxon's Senior Upstream Advisor,

---

[8] Abington Report, paragraphs 8 and 48.

[9] EMC_RAMIREZ 000097889 at 7894.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **7**

**App. 1222**

regarding IOL's (and Exxon's) bitumen SEC pricing. Mr. DuCharme observed the following (highlights added, footnote referenced in paragraph 23 below):[10]

> Dominic,
>
> I just came from a meeting with IOL (Mark Taylor & Deidre Norman) on the topic of their bitumen SEC pricing. The attached pack summarizes their basis for the change in methodology. In simplest possible terms, here is how I would try to summarize:
> - What methodology were they using: Assumed all sales to local Alberta market (pre-KEP >85% sold in Alberta) with price differentials estimated from forward looking contracts.
> - Why the change in methodology: IOL have continued to see the bitumen market evolve, with a growing percentage (>50%) of Kearl volumes now being delivered beyond the local Alberta market; they also were finding they were having a difficult time reconciling to F&O realizations[1]
> - Basis for the new methodology: Incorporates all IOL deliveries of bitumen in the market (US & Canada) and relies on Controllers actual data from month prior.
>
> As a result, the reduction their seeing YTD on SEC prices is $3/bbl at Kearl, $2/bbl at Cold Lake and $0.5/bbl at Syncrude. Not exactly a result that is helpful, but difficult to argue with their basis (and seems to highlight the shortcomings of their prior methodology).

22. These issues were affirmed in a joint presentation to Exxon and IOL. Of particular note, the above communications reference: (i) IOL (and Exxon's) historical process failure to properly consider bitumen sales volumes in markets outside of Alberta (Edmonton); (ii) recognition that the 2016 process change was "difficult to argue" given "shortcomings" in the pre-2016 methodology; and (iii) the "reduction" in SEC pricing was "[n]ot exactly a result that is helpful."[11]

23. Also notable in the communication above is the acknowledged difficulty encountered when reconciling SEC pricing realizations under the prior methodology to the actual, internally reported price realizations included in the Company's monthly Financial and Operating results (F&O) reporting. In footnote 1 referenced in the image in paragraph 21 above, Mr. DuCharme expanded on this issue noting that "for some time" IOL had "been struggling"

---

[10] EMC_RAMIREZ 000097889 at 7894.

[11] EMC_RAMIREZ 000097889 at 7894.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **8**

**App. 1223**

**CONFIDENTIAL**

to understand why their SEC pricing estimates "seemed to be overstating" the price realizations they observed in their monthly F&O reports:

> [1] *I understand from the discussion today with IOL that* **they have been struggling for some time to understand why their SEC pricing estimates seemed to be overstating the realizations they were seeing in their monthly F&O.** *Their view is that this methodology now closes the gap they were seeing as it incorporates* **all the actual data available**.[12]

24.    While the use of first-of-the-month pricing under SEC pricing rules contributes to certain differences between SEC pricing and Exxon's F&O Kearl price realization, the inclusion of sales of Kearl bitumen to U.S. markets in Exxon's F&O reporting in contrast to SEC price realization contributed to other differences reflected below:[13]

**Kearl Price Realization**

| ($ per barrel) | SEC Pricing | Internal F&O | Difference |
|---|---|---|---|
| Jan-15 | $27.76 | $13.50 | $14.26 |
| Feb-15 | $26.28 | $23.15 | $3.13 |
| Mar-15 | $28.35 | $21.54 | $6.81 |
| Apr-15 | $26.39 | $30.38 | ($3.99) |
| May-15 | $38.80 | $34.25 | $4.55 |
| Jun-15 | $46.39 | $42.01 | $4.38 |
| Jul-15 | $44.38 | $35.32 | $9.06 |
| Aug-15 | $25.27 | $21.29 | $3.98 |
| Sep-15 | $17.22 | $19.00 | ($1.78) |
| Oct-15 | $23.12 | $23.88 | ($0.76) |
| Nov-15 | $22.63 | $16.33 | $6.30 |
| Dec-15 | $17.80 | $11.52 | $6.28 |
| **Average** | **$28.70** | **$24.35** | **$4.35** |

---

[12] EMC_RAMIREZ 000097889 at 7894.

[13] EMC_RAMIREZ 000048534; EMC_RAM_SEC 000009320, EMC_RAM_SEC 000009234, EMC_RAM_SEC 000009531, EMC_RAM_SEC 000009842, EMC_RAM_SEC 000009603, EMC_RAM_SEC 000009456, EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968. Note: Consistent with IOL's assertions, my calculated SEC price of $24.66 per barrel, giving appropriate consideration to diluent, transportation, and quality spread costs associated with Kearl bitumen sales to U.S. markets, more closely reconciles to the Company's internal F&O average monthly Kearl realization of $24.35 per barrel during 2015.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **9**

**App. 1224**

**CONFIDENTIAL**

25.    In response to these SEC price communications, Mr. DuCharme further observed in July 2016 that after reviewing the IOL concerns, Exxon's Controllers "can't really refute" the proposed bitumen pricing process changes.[14] Exxon ultimately adopted IOL's SEC pricing policy during 2016, accepting their primary assertions, including changes resulting from its Kearl volume expansion into U.S. markets. In addition to these changes, Exxon used actual prior month transportation and diluent differential data on "all sales" to be "better aligned" with "actual bitumen realization" and SEC guidance regarding available data.[15]

26.    As discussed below, while Mr. Abington acknowledges certain relevant facts and circumstances, he ignores, or fails to properly consider how Exxon's 2015 calculations and related processes were incorrect given their evident exclusion of actual Kearl bitumen sales to U.S. markets during 2015.

   a)   <u>Mr. Abington Fails To Properly Consider That Relevant Facts And Circumstances Resulting In Exxon's 2016 Price Input Changes, Also Existed As of December 31, 2015 and Required Similar Consideration In The Company's 2015 10-K Filed In February Of 2016</u>

27.    Exxon provided the following illustration of Kearl bitumen sales' "expansion" into U.S. markets following the Kearl Expansion Project ("KEP") start-up (in mid-2015) and belatedly acknowledged expanding into U.S. markets prior to 2016:[16]

---

[14] EMC_RAMIREZ 000049831.

[15] *See, e.g.*, EMC_RAMIREZ 00023330 at 3332.

[16] EMC_RAMIREZ 00023330 at 3331.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **10**

**App. 1225**

**CONFIDENTIAL**



28.     Indeed, Mr. Abington acknowledges that Exxon shipped and sold Kearl bitumen to U.S. markets during 2015. For example:

   a.   Mr. Abington admits that in connection with Kearl bitumen sales, IOL opened the Edmonton Rail Terminal with plans to ship Kearl bitumen by rail to refineries in Joliet, Illinois and Baton Rouge, Louisiana in mid-2015.[17] Mr. Abington supports this assertion by reference to terminal activity in which "the first rail car [was] loaded in late April [2015]."[18]

   b.   Mr. Abington also references Exxon's expectation of having "more significant U.S. sales in 2016."[19] Mr. Abington's reference to "more" implicitly recognizes that Kearl-related U.S. sales occurred during 2015 even though its SEC reserve-related bitumen pricing methodology incorrectly excluded such sales.

---

[17] Abington Report, paragraph 30.

[18] Abington Report, paragraph 30; Oil Sands Magazine, *Imperial Oil Continues to Grow its Oil Sands Production*, May 1, 2015, ABINGTON000079.

[19] Abington Report, paragraph 30.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **11**

**App. 1226**

**CONFIDENTIAL**

29.    Stated simply, Mr. Abington does not refute that Exxon sold Kearl bitumen to U.S. markets during 2015. To do so would conflict with his own admissions, and facts that existed during 2015.

30.    Indeed, as described in paragraphs 93 and 97 of my October Report, Exxon significantly increased Kearl bitumen sales to U.S. markets in 2015.[20] Exxon internally acknowledged that at least 15% of all Kearl bitumen sales were made through the U.S. market during 2015.[21]

31.    A January 13, 2016 email communication to Exxon's Global Reserves Manager, William Strawbridge, acknowledged that Kearl bitumen sales to the United States had grown to 28% of such sales.[22] Included in these January communications were acknowledgments that Exxon had contemplated the transportation of Kearl bitumen to U.S. markets since 2014:

> By 2014 we had Keystone pipeline commitment (50Kbd) that had us moving Kearl volumes into the US. If Kearl could not supply the volumes it was supplemented with Cold Lake or another non-equity heavy such as WCS. By Mid 2014 CIOL change to have this title pass through to EMOC to be the shipper on Keystone so CIOL Sold to EMOC (thru title chain) and EMOC in August 2014 started selling Kearl to either their own refineries or to 3rd parties.[23]

32.    Consistent with this understanding, Exxon acknowledged shipping Kearl bitumen to the United States during 2014 and 2015 in its *Responses to Lead Plaintiff's Third Requests for Admission to Defendants*. In this regard, Exxon responded:

---

[20] *See, e.g.*, EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818.

[21] EMC_RAMIREZ 000049840 at 9843.

[22] EMC_RAMIREZ 000037943 at 7944-7945.

[23] EMC_RAMIREZ 000037943 at 7944.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **12**

**App. 1227**

**CONFIDENTIAL**

> Defendants admit only that **some portion of the Kearl blend dilbit produced at Kearl during 2014 from bitumen mined there was transported to delivery points located in the United States** […][24]
>
> \* \* \*
>
> Defendants admit only that **some portion of the Kearl blend dilbit produced at Kearl during 2015 from bitumen mined there was transported to delivery points located in the United States** […][25]

33.  Other evidence suggests that: (i) approximately 34% of all Kearl bitumen produced was sold into U.S. markets during 2015;[26] and (ii) after the middle of 2015, greater than 50% of Kearl volumes were being sent to the United States.[27] Moreover, it was noted that considering U.S. sales when pricing Kearl bitumen reserves would result in greater "transparency and consistency."[28]

34.  The following additional sources support the fact that significant portions of Exxon's Kearl bitumen sales were made to U.S. markets during 2015:

---

[24] Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants, p. 7.

[25] Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants, p. 6.

[26] EMC_RAM_NYAG 000984897; EMC_RAM_SEC 000120818 (210 KBD for US/605 KBD during 2015).

[27] *See, e.g.*, EMC_RAMIREZ 000064876 at 4876; Prestipino Tr., 143:5-21 ("Q. […] Okay. But you received this e-mail from Brian Matula on October 27, 2016, where he states, 'Post KEP startup' -- A. Uh-huh. Q. – '(mid 2015) there was a change in underlying market recipients for Kearl bitumen (*i.e.*, greater than 50 percent delivered to the U.S.)' Do you see that? A. I do. Q. So he's indicating to you that starting in mid 2015, approximately 50 percent, or greater than 50 percent of Kearl's bitumen was being delivered to the United States, correct? A. Greater than 50 percent delivered to the U.S. So yes, Kearl bitumen, it appears greater than 50 percent is being delivered to the U.S. post KEP startup."); EMC_RAMIREZ 000022927 at 2932; Prestipino Tr., 169:20-170:4 ("Q. And that's consistent with what we've seen in other documents, that in the second half of 2015 over 50 percent of the Kearl volume was being sent to the U.S., correct? A. I just want to be sure that -- so the statement is that greater that 50 percent of Kearl volumes was being sent to the U.S. post middle of 2015? I believe that is consistent with what we've seen in other presentations.").

[28] EMC_RAMIREZ 000037943 at 7944.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **13**

# App. 1228

CONFIDENTIAL

a. An August 2015 presentation regarding Kearl bitumen price realization sets forth the Company's acknowledgment that bitumen prices were affected by various factors, including: (1) the cost of transporting Kearl bitumen included costs to Keystone and the United States Gulf Coast ("USGC"); and (2) USGC related quality factors that differed from those in Edmonton markets (highlights added):[29]

## Bitumen Realization Analysis

- Bitumen realization and WTI crude price are regularly compared, although there are distinct differences
  - Bitumen realization is a netback value at the plant gate that is calculated by deducting costs of transportation to market and diluent
  - WTI is a market based price
- Simplified characterization of the difference between bitumen realization and WTI values has been developed using three factors:
  - *Tariffs ($/bbl blend)* – the cost of transporting Kearl blend from the plant gate to market (includes Woodland, Edmonton rail terminal, Keystone, Gulf Coast Access)
  - *Market/Quality ($/bbl blend)* – this represents the spread between light and heavy crude on the USGC (quality), and the difference in price between heavy crude on the USGC and Edmonton (market)…this latter factor is heavily influenced by the market clearing mechanism out of Alberta (i.e. pipeline vs. rail)
  - *Diluent ($/bbl bitumen)* – the cost of purchasing diluent, and the conversion factor from $/bbl of blend to $/bbl bitumen

b. Indeed, the same presentation referenced the Company's: (1) 2015 plan assumed that the majority of Kearl volume would be shipped to the USGC via rail and pipeline; and (2) Exxon's expectation that market/quality differentials would increase to a USGC pipeline clearing basis for 2Q15.[30]

c. Another August 2015 presentation regarding Bitumen price realization reflected a "[m]ix of [bitumen] sales at Edmonton and USGC" during Q1 2015 contributed to transportation costs of approximately $7.07 per barrel.[31]

---

[29] EMC_RAMIREZ 000029326 (Ex. 212) at 9329.

[30] EMC_RAMIREZ 000029326 (Ex. 212) at 9330.

[31] EMC_RAMIREZ 000031065 (Ex. 213) at 1075.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **14**

**App. 1229**

**CONFIDENTIAL**

d.  Referencing the following January 2016 communication, Mr. Swiger acknowledged, and testified that "significant" portions of Kearl sales were to the USGC during November and December of 2015:[32] [Red box added]

| Realization Components (US$) | Nov | Dec | YTD | Dec vs Nov | |
|---|---|---|---|---|---|
| WTI | 42.92 | 37.33 | 49.93 | -5.59 | |
| Spread | -14.44 | -14.57 | -14.42 | -0.13 | Significant portion of Kearl sales are in USGC – overall heavy prices softened in USGC due to year end / LIFO / tax considerations |
| PPA (1) | 0.00 | 0.00 | 0.00 | 0.00 | |
| Tariff (2) | -5.54 | -4.38 | -5.87 | 1.16 | Lower unit tariff due to higher volumes (fixed transportation costs spread over higher volumes), absence of November Woodland maintenance capital cost true-up (+0.30), absence of transportation for December West Coast sale paid in November (+0.26) |
| = Blend at Kearl | 22.94 | 18.38 | 29.64 | -4.56 | CF2020 |
| Diluent Cost | -6.61 | -6.86 | -5.36 | -0.25 | Mainly due to higher diluent ratio |
| = Bitumen at Kearl | 16.33 | 11.52 | 24.28 | -4.81 | |

35.  Despite 2015 actual Kearl sales to U.S. markets, and as described in my October Report in paragraphs 94 and 95, Exxon internally recognized that its 2015 Kearl's SEC pricing inputs excluded incrementally higher actual costs and pricing differentials relating to its bitumen sales to U.S. markets (*e.g.*, quality/market, diluent, and transport/tariff costs) when computing its SEC reserve-related bitumen pricing. The significance of this exclusion was made evident to Exxon's management during 2015.

36.  For example, in sharp contrast to the referenced $7.07 per barrel transportation costs referenced above (paragraph 34.c.) that included sales to U.S. markets, and year-to-date value of $5.87 per barrel that include U.S. market sales, the following testimony from Rex Tillerson refers to October 2015 transportation costs of $1.27 per barrel when excluding Kearl bitumen transportation costs for sales to U.S. markets:[33]

---

[32] Swiger Tr., 108:2-7 ("Q. So it does appear that Mr. -- in this document, Exhibit 12, the sales to the U.S. are being described as a 'significant portion of Kearl sales,' correct? A. For the November and December period, yes."); EMC_RAMIREZ 000033450 (Ex. 12) at 3451.

[33] Tillerson Tr., 20:21-21:12, 23:8-21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **15**

**App. 1230**

**CONFIDENTIAL**

Q. Okay. So it's just -- this chart is just communicating that for SEC purposes you were being informed that the company was only using transportation costs between Edmonton and Fort McMurray and that top little red bar was the amount of the transportation costs?

\*          \*          \*

A. Correct.

Q. (BY MR. SAHAM) And then if you turn, there is some backup to the slides. The second-to-last slide basically puts numbers to this chart. And the second from the right indicates transportation was $1.27, $1.27, and it was the cost to ship Kearl blend from Fort McMurray to Edmonton market, correct?

A. Correct, that's what it says.

\*          \*          \*

Q. Okay. And if you turn to the last slide of Exhibit 117, it says Kearl bitumen sales options, and one side is Canada and one side is the United States, correct?

A. Correct.

Q. And then down at the bottom there is a box under US -- where it says US sales, and the last bullet point said excluded from SEC price, correct?

A. Yes.

Q. So it appears that sales to the US are being excluded from the SEC price, according to this document, correct?

A. That's what it says.

37.     Mr. Abington also ignores, or fails to appropriately consider, Mr. Prestipino's observation that communications to Mr. Tillerson and other "Contact Executives" during 2015 had been made regarding Exxon's planned 2016 change in pricing basis "to include the U.S. market."[34]

---

[34] EMC_RAMIREZ 000056334.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **16**

**App. 1231**

**CONFIDENTIAL**

    b)  <u>Exxon's Failure To Include Actual Costs In Deriving Net Kearl Bitumen Prices, Including Transportation, Diluent, and Quality Spread Costs Associated With 2015 Shipments To U.S. Markets Reflect A Significant Flaw and Acknowledged "Shortcoming" In the Company's 2015 SEC Reserve Calculation and Process</u>

38.    Consistent with this understanding, Mr. Abington acknowledges that Exxon's 2016 model input and calculation change resulted from "sales to the United States, including by rail."[35] However, Mr. Abington fails to properly consider why, in light of the fact Kearl bitumen was being shipped to U.S. markets during 2015, and the Company's recognized need to make changes to its pricing inputs, related actual costs were not considered in Exxon's 2015 SEC price calculation. This demonstrates the critical failure in both Mr. Abington's opinions, as well as the evident deficiencies in Exxon's 2015 SEC price model and related inputs.

39.    Mr. Abington places great reliance on Exxon's 2015 processes and disclosures as a basis for his opinions, even when contemporary evidence contradicts the accuracy and completeness of Exxon's applied 2015 price assumptions. Mr. Abington's opinions are without merit and ignore evident flaws in the Company's 2015 SEC reserve process.

    2.  **Mr. Abington Ignores Or Fails To Properly Consider My 2015 Kearl SEC Price Calculations Are Supported By Exxon's Internal Calculations, Methodology, and Data**

40.    Mr. Abington's assertion that my calculation of Kearl's 2015 SEC price (which properly considers actual costs, including transportation, diluent, and quality factors associated with sales to Canada and U.S. markets) is based on broad assumptions, not based on sufficient analysis, and therefore, unreliable.[36] However, Mr. Abington ignores, or fails to properly consider that my calculations are consistent with Exxon's applied process, methodology, and data when it properly included actual costs associated with U.S. market sales of Kearl bitumen.

---

[35] Abington Report, paragraph 107.

[36] Abington Report, paragraphs 8, 48 and 122.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **17**

**App. 1232**

**CONFIDENTIAL**

41.    As noted in paragraph 102 of my October Report, I applied the same corrective methodology Exxon used to determine its SEC pricing in 2016 to properly account for actual costs, including those pertaining to sales of bitumen to U.S. markets. Moreover, I utilized the same data sources used by Exxon in 2016, given their existence was in place during 2015.

42.    This is evident in several ways, including each of the following:

   a.    Exxon's 2016 internal data sources used to determine SEC pricing (including summaries of actual transportation, diluent, and quality spread costs), is included in same monthly email reporting relied upon by me to calculate the correct 2015 price adjustments for transportation, diluent, and quality spread costs.[37]

   b.    Transportation and diluent adjustments relied on by me to calculate appropriate 2015 price adjustments agree to internal 2016 schedules depicting price adjustments under the new methodology that appropriately reflect actual costs incurred. In this regard, Exxon improperly understated its transportation and diluent costs to derive its 2015 SEC price of Kearl bitumen and avoided de-booking its Kearl proved reserves. This is demonstrated in part by the following "price comparison" which provides calculations of Kearl Actual Average Realizations in 2016 and Kearl SEC Pricing 2016 Basis (red and yellow boxes added):[38]

---

[37] *See, e.g.*, EMC_RAMIREZ 000033450, EMC_RAMIREZ 000041674, EMC_RAMIREZ 000047764, EMC_RAMIREZ 000047767, EMC_RAMIREZ 000047769, EMC_RAMIREZ 000047771, EMC_RAMIREZ 000048534, EMC_RAMIREZ 000056322, EMC_RAMIREZ 000062103, EMC_RAMIREZ 000068234, EMC_RAMIREZ 000074864, EMC_RAMIREZ 000077878; EMC_RAMIREZ 000079688, EMC_RAM_SEC 000059059, EMC_RAM_SEC 000083615, EMC_RAM_SEC 000083970.

[38] EMC_RAMIREZ 00023330 at 3335.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **18**

**App. 1233**

CONFIDENTIAL

## Pricing Comparison

**Kearl SEC Pricing 2016 Basis $/Bbl**

| | 2015 | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WTI 1st of month | 50.28 | 37.04 | 31.62 | 34.40 | 36.79 | 45.92 | 49.01 | 48.99 | 40.06 | 43.16 | 48.24 | 41.52 |
| Quality | -15.37 | -14.57 | -14.28 | -14.21 | -13.23 | -13.61 | -12.83 | -11.82 | -12.70 | -13.09 | -13.16 | -13.35 |
| Transportation | -1.32 | -4.38 | -5.03 | -4.08 | -4.09 | -4.51 | -4.12 | -5.96 | -4.01 | -4.66 | -3.93 | -4.48 |
| Diluent | -4.89 | -6.86 | -8.04 | -7.42 | -8.55 | -7.98 | -7.52 | -6.87 | -5.97 | -6.41 | -6.78 | -7.42 |
| SEC Price 1st of month | 28.70 | 11.23 | 4.27 | 8.69 | 10.92 | 19.82 | 24.54 | 24.34 | 17.38 | 19.00 | 24.37 | 16.46 |

**Kearl Actual Average Realizations 2016 $/Bbl**

| | 2015 | Jan | Feb | Mar | Apr | May | June | July | Aug | Sep | Oct | YTD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WTI month average | 48.83 | 31.78 | 30.62 | 37.96 | 41.12 | 46.80 | 48.85 | 44.80 | 44.80 | 45.23 | 49.94 | 42.34 |
| Quality | -13.32 | -14.28 | -14.21 | -13.23 | -13.62 | -12.83 | -11.82 | -12.70 | -13.09 | -13.16 | -13.88 | -13.83 |
| Transportation | -5.88 | -5.03 | -4.08 | -4.09 | -4.51 | -4.12 | -5.96 | -4.01 | -4.66 | -3.93 | -3.34 | -4.34 |
| Diluent | -5.36 | -8.04 | -7.41 | -8.55 | -7.98 | -7.52 | -6.87 | -5.97 | -6.41 | -6.78 | -7.25 | -7.20 |
| Actual Avg. Bitumen Realization | 24.27 | 4.43 | 4.91 | 12.09 | 15.02 | 22.33 | 24.20 | 22.12 | 20.64 | 21.36 | 25.47 | 16.97 |

c. As noted in the Pricing Comparison above, Exxon's 2016 SEC Pricing methodology used the actual average costs incurred during the prior month to adjust WTI prices and derive SEC pricing (*i.e.*, the top chart presents SEC pricing, including first-of-the-month WTI prices and costs from the prior month, versus the bottom chart that presents WTI average monthly prices and current month costs as evident in the exemplified red boxes). This methodology differed from Exxon's 2015 SEC Pricing methodology, which improperly understated transportation and diluent costs by excluding actual costs associated with sales of Kearl bitumen made to U.S. markets during 2015.

d. The net understatement of Exxon's SEC price adjustments, driven primarily by higher transportation and diluent costs, is evident when comparing the larger 2015 Kearl "Actual Average" price adjustments to the Company's understated 2015 Kearl "SEC Pricing" adjustments shown in the Price Comparison above in b.:

| | Kearl WTI Price Adjustments | | |
|---|---|---|---|
| | 2015 SEC Pricing | 2015 Actual Average | Difference |
| Quality | ($15.37) | ($13.32) | ($2.05) |
| Transportation | ($1.32) | ($5.88) | $4.56 |

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                19

**App. 1234**

**CONFIDENTIAL**

| | Kearl WTI Price Adjustments | | |
| --- | --- | --- | --- |
| | 2015 SEC Pricing | 2015 Actual Average | Difference |
| Diluent | ($4.89) | ($5.36) | $0.47 |
| **Total price adjustments** | **($21.58)** | **($24.56)** | **$2.98** |

e. Exxon's 2016 methodology that incorporates actual costs is consistent with the approach used to support my October Report opinions and related price calculations. Stated simply, as Exxon did during 2016, I appropriately consider and utilize Exxon's actual quality spread, transportation and diluent costs incurred when calculating the Company's SEC price of Kearl bitumen. Indeed, as shown in the yellow box above, the Company's Pricing Comparison refers to the same year-to-date diluent and transportation per barrel costs of $5.36 per barrel and $5.88 per barrel (within $0.01 per barrel) I used in my calculation for 2015 at paragraph 102 of my October Report (which were taken from Exxon's own internal cost reporting communications).[39]

f. The top chart also includes the same December 2015 actual costs used by me. These actual costs are presented in Exxon's January 2016 SEC Pricing and include quality spread costs of $14.57 per barrel, transportation costs of $4.38 barrel, and diluent costs of $6.86 per barrel.[40] These same costs are reversed in my 2015 calculation and presented in total as $25.81 per barrel at paragraph 102 of my October Report. These factors support the reasonableness of the actual cost data used in my October Report.

g. Applying my October Report methodology using 2016 available monthly data (including the monthly information presented in the Pricing Comparison above) results

---

[39] EMC_RAMIREZ 000033450 at 3451. I note that the "Quality" differential presented on the Pricing Comparison above is -$13.32 per barrel as compared to the contemporaneously available information used by me reflecting -$14.42 per barrel. Importantly, information relied on by me represents relevant, contemporaneously available information. Irrespectively, and while additional information is necessary to ascertain the reason for the difference, the use of this subsequently referenced -$13.32 per barrel quality spread cost results in an Kearl 2015 SEC price equal to $25.76 and affirms my opinion that costs (*i.e.*, $27.90 per barrel) exceeded Kearl's SEC price per barrel.

[40] *See, e.g.*, EMC_RAMIREZ 000033450 and October Report, paragraph 102 (*i.e.*, the sum of the three costs equal to $25.81 per barrel during the month ended December 31, 2015).

---

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025                    20**

**App. 1235**

**CONFIDENTIAL**

in the same SEC price of $17.74 per barrel derived by Exxon in 2016 as demonstrated below:[41]

| $ per barrel | Legend | Price |
|---|---|---|
| 2016 average day-one WTI price | A | $42.75 |
| 2016 average monthly reductions: | | |
| - Spread (quality) | B | (13.26) |
| - Diluent | C | (4.29) |
| - Tariff (transportation) | D | (7.34) |
| Total average YTD monthly reductions per barrel | E = Σ (B-D) | (24.89) |
| Annualized average reductions | F = E x 12 mos. | (298.63) |
| Add back: December MTD 2016 reductions | G | 25.37 |
| Less: December MTD 2015 reductions | H | (25.81) |
| Adjusted annualized average reductions | I = Σ (F-H) | (300.07) |
| Adjusted average monthly reductions | J = I x 12 mos. | (25.01) |
| 2016 SEC Price | K = A - J | $17.74 |

h.   The above metrics were supported by monthly email communications containing relevant monthly average price differential results.[42] These email communications are consistent with those relied on by me for purposes of calculating amounts used in my October Report when I determined the appropriate 2015 SEC price of Kearl bitumen. The amounts contained therein give appropriate consideration to actual costs incurred, including diluent, transportation, and quality spread costs associated with Kearl bitumen sales to U.S. markets. I note that the January 2017 email communications presented "YTD" monthly average price reductions for the 2016 calendar year similar to the "YTD" monthly average price reductions relied upon by me in my 2015 SEC pricing calculation. I further note the "YTD" average costs relating to quality, diluent, and transportation differ slightly from the averages calculated above using individual

---

[41] Derived using information at EMC_RAMIREZ 000076710, EMC_RAMIREZ 000079688, and EMC_RAMIREZ 000047773.

[42] EMC_RAMIREZ 000047764; EMC_RAMIREZ 000047767; EMC_RAMIREZ 000047769; EMC_RAMIREZ 000047771; EMC_RAMIREZ 000047773; EMC_RAMIREZ 000051970; EMC_RAMIREZ 000056322; EMC_RAMIREZ 000062103; EMC_RAMIREZ 000068234; EMC_RAMIREZ 000074864; EMC_RAMIREZ 000079688.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **21**

**App. 1236**

**CONFIDENTIAL**

monthly amounts presented across the twelve-month period ended December 31, 2016. However, the total price adjustment difference is less than 2% and is not material to the 2016 calculation. Specifically, using the YTD averages presented in the January 2017 email results in a 2016 SEC price of $17.32 and is approximately 2% less than the $17.74 price per barrel calculated by Exxon. In my experience, "YTD" averages such as those reported often include corrections to preliminary, previously presented monthly financial results and align with actual costs incurred. As such, these differences do not cause me to change my opinion.

i. Further supporting my reliance on year-to-date 2015 quality spread, transportation and diluent cost data, Exxon's December 2014, December 2015, and 2015 YTD price realization derived using the same cost data relied upon by me to calculate a corrected 2015 SEC Kearl bitumen price reconciles to management's Kearl bitumen price realization reported in the Company's F&O reports. In this regard:

   i. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $33.84 for December 2014 and reconciles exactly to Exxon's December 2014 F&O report.[43]

   ii. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $11.52 for December 2015 and reconciles exactly to Exxon's December 2015 F&O report.[44]

   iii. The emailed information I relied on to calculate a corrected Kearl SEC Price references a Kearl price per barrel of $24.28 for YTD 2015 and reconciles within $0.01 per barrel to Exxon's December 2015 F&O report.[45]

---

[43] EMC_RAM_SEC 000083975; PRAM0662279.

[44] EMC_RAMIREZ 000033450; PRAM0004142.

[45] EMC_RAMIREZ 000033450; PRAM0004142.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **22**

**App. 1237**

**CONFIDENTIAL**

43.    Mr. Abington also ignores or fails to consider Exxon's own revised calculation of Kearl's 2015 SEC price, adjusting only for the effect of diluent costs associated with U.S. market sales. As noted in paragraph 102 of my October Report, Exxon personnel internally concluded that adjusting for actual diluent costs (excluding transportation and quality) would result in the lower SEC price of $27.72 per barrel. This price is below Exxon's acknowledged 2015 $27.90 cost per barrel and further supports my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

3.    **Mr. Abington's Opinions Are Inconsistent With Relevant Exxon Testimony Acknowledging the Required Consideration of Actual Costs When Determining SEC Reserve-Related Pricing**

44.    My analysis and the information I considered include the actual 2015 cost amounts incurred by Exxon as it pertains to all Kearl-related sales (not just those in Canada) as determined by the Company. Mr. Abington offers no opinion or explanation for Exxon's 2015 deviation from using actual costs.

45.    Moreover, Mr. Abington's opinions are inconsistent with Mr. Swiger's testimony recognizing that actual costs, including costs relating to diluent, transportation, and quality spreads, were required to be considered in Exxon's SEC price calculation:

Q. So there's been -- for 2016 SEC pricing, the company is using the same number for both actual average realizations and SEC pricing, correct?

\*    \*    \*

A. **Well, you have to understand, the transportation cost doesn't vary based on the SEC or the actual basis. You use the actual transportation.**[46]

\*    \*    \*

---

[46] Swiger Tr., 116:24-117:7 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **23**

**App. 1238**

**CONFIDENTIAL**

Q. And I just want to make sure I have this right. **In the SEC analysis, you're going to want to use the actual cost involved, whether it's transportation, diluent, or any other cost, correct?**

A. **That is correct**.[47]

\*      \*      \*

Q. Okay. But in any event, in calculating the realization, whether it's Kearl or Cold Lake or another operation, **you need to subtract transportation, quality spread, and -- and diluent cost?**

A. **Yes**.[48]

46.    Mr. Abington also ignores Mr. Swiger's testimony regarding his understanding that actual costs to transport bitumen to Exxon's U.S. markets were greater than those incurred when transporting it to the Company's Edmonton, Alberta market:

Q. Is it also logical that it costs more to transport a barrel of bitumen to the U.S. Gulf Coast than it would be transport it to Edmonton?

THE WITNESS: Yeah.

A. **The transportation cost is more to get it to the Gulf Coast than Edmonton**. However, the value of the product is much more on the Gulf Coast than it is in Edmonton.[49]

\*      \*      \*

Q. **And the transportation cost, you have some incremental cost to ship it to Edmonton and then an additional incremental cost to ship it beyond Edmonton correct?**

A. **That is correct**.[50]

---

[47] Swiger Tr., 120:6-11 (emphasis added).

[48] Swiger Tr., 71:17-22 (emphasis added).

[49] Swiger Tr., 63:4-14 (emphasis added).

[50] Swiger Tr., 64:11-15 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**        **24**

# App. 1239

**CONFIDENTIAL**

47. In sum, Mr. Abington's acceptance of Exxon's 2015 Kearl pricing and related proved reserves improperly ignores:

   a. Critical acknowledgments by the Company's management that actual 2015 costs, including diluent, transportation, and quality spread, should be considered in SEC price calculations;

   b. Actual costs included transportation, diluent, and quality spread costs related to sales of Kearl bitumen to U.S. markets;

   c. Exxon's 2015 Kearl SEC price inputs excluded costs related to sales of Kearl bitumen to U.S. markets, resulting in evident gaps between SEC prices and internally reported losses in Kearl F&O reporting to management;

   d. Exxon recognized this pricing input "shortcoming" and belatedly remediated (corrected) for it during 2016; and

   e. Appropriately remediating this "shortcoming" during 2015 required that Exxon de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015, as described herein and in my October Report.

4. **PwC's Role As Exxon's Independent Auditor Does Not Cause Me To Change My Opinion Regarding the Inaccuracy of Exxon's Asserted 2015 Kearl SEC Price and Proved Reserves**

48. Mr. Abington also asserts that I do not address "PwC's role as Exxon's independent auditor."[51] Mr. Abington further asserts that "PwC performed control and substantive testing on management's reserve models and ensured the completeness and accuracy of ExxonMobil's oil and gas specific disclosures related to reserves" in 2015.[52] To support these assertions, Mr. Abington cites general references in PwC's Upstream Long-Lived Impairment Assessment memos during 2015 that included the following statements:

---

[51] Abington Report, paragraph 129.

[52] Abington Report, paragraphs 118 and 129.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **25**

**App. 1240**

**CONFIDENTIAL**

> As it relates to the reserves process, Management has a robust controls process around the monitoring, booking, and revision of reserves which are stewarded by the Global Reserves Group. We would note that the reserves process is subject to SOX 404 testing and walkthrough procedures for the current year and no exceptions were noted as a result of the engagement team's testing of this process.

> […] In reviewing this package we would note that the Company's proved reserves, using the Corporation Plan Price (an alternative, the SEC basis, is described below), were 25.0 GOEB at December 31, 2015, a decrease of 0.3 GOEB from the Company's reserves at December 31, 2014 of 25.3 GOEB.[53]

49.    Mr. Abington's criticism that I do not rely on PwC is meritless and misleading. While I respond to this criticism in depth below beginning at paragraph 129, given his repeated reliance on PwC, Mr. Abington fails to acknowledge and properly consider each of the issues precluding his reliance on PwC:

a.    PwC's annual 2015 audit and interim reviews <u>did not</u> provide assurance that Exxon's proved reserves were free of material misstatement. Specifically, PwC's audit opinion was intended to provide an opinion on the fairness with which Exxon's financial statements were presented, in all material respects, in conformity with generally accepted accounting principles (GAAP).[54] Exxon's disclosed proved reserves are not included in the Company's audited financial statements. PCAOB audit standards recognize that the "auditor's responsibility with respect to information in a document [*i.e.*, Form 10-K] <u>does not</u> extend beyond the financial information identified in his report, and the auditor has no obligation to perform any procedures to corroborate other information contained in a document."[55] PwC's 2015 audit opinion referenced only the financial statements and related internal control over financial reporting ("ICFR") of

---

[53] PRAM0000511.

[54] PCAOB AU §110, *Responsibilities and Functions of the Independent Auditor* (AU §110.01-.03).

[55] PCAOB AU §550, *Other Information in Documents Containing Audited Financial Statements* (AU §550.04) (underline added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **26**

**App. 1241**

**CONFIDENTIAL**

Exxon.[56] No assurance was provided by PwC regarding the "completeness and accuracy" of Exxon's Kearl-related SEC proved reserves, as asserted by Mr. Abington.[57]

b.  Exxon's management, not PwC, was responsible for the Company's financial reporting outside the Company's financial statement, including; but not limited to, the disclosure of proved reserves. Moreover, because of the nature of audit evidence and the characteristics of fraud, the auditor is not able to obtain "absolute assurance that material misstatements are detected."[58] This understanding, explicitly stated in professional auditing standards, further conflicts with Mr. Abington's assertion that PwC "ensured" the completeness and accuracy of Exxon's proved reserves.[59]

c.  Beyond the excerpt above, Mr. Abington provides no reference to specific audit procedures performed or opinions offered by PwC to support his opinion that PwC "ensured the completeness and accuracy of ExxonMobil's oil and gas specific

---

[56] 2015 Exxon Form 10-K, p. 62 ("In our opinion, the accompanying Consolidated Balance Sheets and the related Consolidated Statements of Income, Comprehensive Income, Changes in Equity, and Cash Flows present fairly, in all material respects, the financial position of Exxon Mobil Corporation and its subsidiaries at December 31, 2015 and 2014, and the results of their operations and their cash flows for each of the three years in the period ended December 31, 2015 in conformity with accounting principles generally accepted in the United States of America. Also in our opinion, the Corporation maintained, in all material respects, effective internal control over financial reporting as of December 31, 2015, based on criteria established in Internal Control - Integrated Framework (2013) issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO). The Corporation's management is responsible for these financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting, included in the accompanying Management's Report on Internal Control over Financial Reporting.").

[57] PRAM0693040 ("Note that PwC tests ExxonMobil's process related to reserves but the reserve quantities themselves are unaudited.").

[58] PCAOB AU §110, *Responsibilities and Functions of the Independent Auditor* (AU §110.02); PCAOB AU §230, *Due Professional Care in the Performance of Work* (AU §230.10) ("Absolute assurance is not attainable because of the nature of audit evidence and the characteristics of fraud. […] Therefore, an audit conducted in accordance with the standards of the Public Company Accounting Oversight Board (United States) may not detect a material weakness in internal control over financial reporting or a material misstatement to the financial statements.").

[59] Abington Report, paragraph 129.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          27

**App. 1242**

**CONFIDENTIAL**

disclosures related to reserves."[60] While asserting PwC applied "substantive testing" to reserves during 2015, he cites to none. Simply stated, Mr. Abington asserts a false narrative to support his opinions regarding the relevance of PwC's audit of Exxon's 2015 financial statements.

   d.  While uncited by Mr. Abington, PwC's testing of internal controls specific to the Company's Global Reserve Group generally refers to PwC procedures to obtain evidence that appropriate reviews of reserves, reserve pricing, and reserve data were occurring.[61] For example, PwC references internal control: "Reserves 16 - A process is performed at year-end whereby [Exxon's Proved Global Reserves Group or] PGRG provide detailed instructions to affiliates related to year end pricing of proved reserves."[62] While PwC appears to have obtained general information about controls through discussion with Exxon personnel,[63] to test this control, PwC noted the following "Tailored Procedures:"[64]

   (a) Obtain evidence that PGRG has provided detailed instructions to affiliates related to year end pricing of proved reserves.

   (b) Obtain evidence that PGRG has conducted a review of the required pricing analysis submitted by affiliates.[65]

   e.  Indeed, upon review of PwC's test of control "Reserve 16," I noted procedures were limited to PwC's review of "evidence that [Exxon's Global Reserve Group] conducted a review of the pricing analysis submitted by affiliates."[66] Simply stated, PwC did not appear to independently test or audit the reasonableness of SEC prices used to support

---

[60] Abington Report, paragraph 129.

[61] PRAM0607211.

[62] PRAM0607211.

[63] PRAM0627162.

[64] PRAM0607211.

[65] PRAM0607211.

[66] PRAM0479715 and PRAM0479717. See similar limited testing of controls at PRAM0703474 (Reserve 14).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                 **28**

**App. 1243**

**CONFIDENTIAL**

Exxon's Kearl reserves, including obtaining information about actual diluent, transportation, and quality spread costs applicable to sales to Edmonton and U.S. markets.

f.  Mr. Abington also ignores or fails to properly consider whether evidence demonstrating Exxon's Kearl SEC reserves were overstated as of December 31, 2015 was provided to and considered by PwC during its audits. In this regard, Mr. Abington provides no opinion that PwC obtained and considered all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC pricing and related proved reserves.

g.  Lastly, while Mr. Abington relies on PwC,[67] he offers no opinion on the appropriateness of PwC's audits or interim reviews under PCAOB Auditing Standards. Also, as described in detail below beginning at paragraph 145, PCAOB inspection reports of PwC audits conducted during 2015 identified numerous instances wherein the PCAOB identified audit deficiencies that caused the regulator to conclude that PwC had not gathered sufficient appropriate audit evidence to support its audit opinions in approximately 23% of its audits during this time period.

50.  In light of these factors, Mr. Abington's unsupported reliance on PwC does not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015. Nor does it cause me to change my opinion regarding XTO's impaired long-lived assets (as discussed further below beginning at paragraph 129).

---

[67] Mr. Abington assertion that I did not consider year-end assessments performed by PwC is false and misleading. In this regard, and despite Mr. Abington's assertions to the contrary, I did consider PwC assessments in my October Report. *See*, Abington Report, paragraph 263; *See, e.g.,* October Report, paragraphs 46, 170, 172, 176, 183, 190, 191, 194, 212, 214, 219.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **29**

**App. 1244**

**CONFIDENTIAL**

**B.** **OTHER ASSERTIONS BY MR. ABINGTON TO DISCREDIT MY OPINION THAT EXXON FAILED TO PROPERLY DE-BOOK ITS KEARL SEC PROVED RESERVES AS OF DECEMBER 31, 2015 ARE FLAWED AND MISLEADING**

51.    Mr. Abington makes other assertions in an attempt to discredit my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015. In these instances, Mr. Abington cites information not relevant to my opinion, or he fails to properly consider relevant information contrary to his assertions. These items are discussed separately below.

1.    **Mr. Abington's References To Studies Reflecting Decreased Proved Reserves During 2016 Is Misleading And Incomplete**

52.    For example, Mr. Abington refers to a study asserting that at least 67 publicly traded companies listed on U.S. stock exchanges reduced their proved reserves during 2016. Of particular note, Mr. Abington includes his "Figure 3" that depicts net changes in proved liquids reserves reported by 67 publicly traded companies, including the largest reserve reductions of over 4 billion barrels of Canadian oil sands/synthetic proved reserves. These references are misleading and incomplete for the following reasons:

a.    The following figure referenced by Mr. Abington provides information from 67 publicly traded companies and, given their respective size, are likely to include Exxon and IOL:[68]

---

[68] Abington Report, paragraph 60.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **30**

**App. 1245**



b. Exxon's disclosed bitumen proved reserves were approximately 4.6 billion barrels at December 31, 2015, including Canadian Kearl proved reserves of approximately 3.6 billion barrels.[69] Exxon bitumen reserves dropped to approximately 0.7 billion barrels at December 31, 2016, resulting in a decrease in Canadian bitumen proved reserves during 2016 of approximately 3.9 billion barrels.[70] This amount represents the majority of Canadian reserve declines presented in the above study. Stated differently, absent the indicated impact of Exxon and IOL, Canadian proved reserves reductions would be significantly less than the amounts presented above for 2016.

c. Mr. Abington also ignores a more comprehensive study of 175 exploration and production companies that demonstrates the vast majority of disclosed proved reserves declined during 2015, not 2016. This is particularly evident in the following table presented in the article (red lines added for perspective):[71]

---

[69] Exxon 2015 Form 10-K, pp. 5, PRAM0065448; Exxon 2016 Form 10-K p. 5.

[70] Calculated using information at Exxon 2015 Form 10-K, pp. 5 and 13, Exxon 2016 Form 10-K p. 5. (4.560 billion barrels less 0.701 billion barrels = 3.859 billion barrels).

[71] https://www.eia.gov/todayinenergy/detail.php?id= 62764.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **31**

**App. 1246**

**CONFIDENTIAL**



d. As indicated above and in the additional chart presented hereafter, absent Exxon's disclosed reductions in total proved reserves of approximately 4.8 billion barrels (on an oil-equivalent basis)[72] during 2016 as compared to December 31, 2015, net proved reserves would not have changed significantly during 2016. Conversely, as evident in the chart below it appears more than 15 billion net barrels of proved reserves were de-booked during 2015 (red lines added for visual perspective):[73]

---

[72] Calculated using information at Exxon 2015 Form 10-K, pp. 5 and 13, Exxon 2016 Form 10-K p. 5 (24.8 billion barrels less 20.0 billion barrels = 4.8 billion barrels).

[73] https://www.eia.gov/todayinenergy/detail.php?id=62764.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **32**

**App. 1247**

CONFIDENTIAL



53.     Mr. Abington's references to 2016's decreased proved reserves appear to be mostly impacted by Exxon's significant Kearl reserve reductions and are therefore used by Mr. Abington in a misleading manner. Moreover, this information is ultimately irrelevant to Exxon's failure to properly report Kearl's SEC reserves as of December 31, 2015.[74]

2.  **Mr. Abington's Assertion That Exxon's De-Booking of Approximately 1.0 Billion Oil Equivalent Barrels of Natural Gas Demonstrated The Company's Willingness To De-Book Proved Reserves Is Misleading and Irrelevant to Exxon's Misstated Kearl SEC Proved Reserves**

54.     Also irrelevant to Exxon's failure to properly determine Kearl's proved reserves as of December 31, 2015, Mr. Abington further asserts that Exxon demonstrated it "was

---

[74] Note: Mr. Abington also misleadingly asserts that "Mr. Regan opines that proved reserves are a "critical component" of an energy company's financial reporting because they "are used to determine the fair value of oil and gas properties." [Abington Report, paragraph 119]. Mr. Abington's criticism of my use of the concept of the fair value of oil and gas properties is the result of his distortion of my paragraph 36 (although it is cited to source documentation in a footnote to his paragraph 119). The distortion is a strawman and fails to recognize my statement is that proved reserves are a critical component used to determine the fair value of oil and gas properties. They are part of an equation not a definition of fair value. Given the context and sourcing in which I describe proved reserves as a "critical component" of an energy company's financial reporting it is disingenuous for Mr. Abington to conclude that the FASB and the SEC contradict my statements in paragraphs 34 – 38 of my October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **33**

**App. 1248**

**CONFIDENTIAL**

prepared" to de-book proved reserves when it de-booked approximately one billion oil-equivalent barrels of natural gas proved reserves during 2015.[75]

55. Mr. Abington's assertion ignores certain key factors, rendering the point misleading and irrelevant. For example:

    a. Exxon's disclosed Kearl proved reserve barrels of bitumen were more than three times the barrel equivalent amount observed by Mr. Abington and represented approximately 15% of Exxon's total disclosed proved reserves as of December 31, 2015.[76]

    b. Moreover, as set forth in my October Report, the quantitative significance of these reserves is exemplified when extrapolating the more than $88 billion of implied value associated with Exxon's asserted proved reserves using both the 3.6 billion barrels of Kearl bitumen and the $24.66 SEC price per barrel.[77] Conversely, the 1 billion oil-equivalent barrels of natural gas de-booked approximated less than $20 billion when applying the disclosed $2.95 price per thousand cubic feet of natural gas (*e.g.*, (one billion OEB x ~6,000)/1,000 x 2.95MMBtu).

56. Ultimately, the write-off of natural gas reserves does not excuse Exxon's failure to properly write-off Kearl proved reserves as required by SEC reporting requirements.

    3. **Mr. Abington's References to Kearl Lifting Costs, Including Exxon's Practice of Excluding Direct CAF, Ignores Relevant Reporting Requirements and Exxon's Own Practices During 2015 and 2016**

57. Mr. Abington provides two primary assertions regarding Kearl lifting costs. First, he asserts that Kearl unit lifting costs for the second half of 2015 were considered more representative

---

[75] Abington Report, paragraph 98.

[76] October Report, paragraph 109.

[77] October Report, paragraph 109.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **34**

**App. 1249**

**CONFIDENTIAL**

of costs going forward.[78] Second, he asserts that the exclusion of costs-above-field or "CAF" was "consistent with" Exxon's "long-standing" Global Reserve Group practice.[79]

58.     These assertions are flawed and do not properly consider available information, including, but not limited to: (i) Exxon's own acknowledged unit lifting costs for SEC proved reserve purposes, (ii) the Company's internal policies and practices regarding direct costs above field, and (iii) Exxon's acknowledgment during 2016 that direct CAF should be included in the Company's SEC reserve-related calculation of unit lifting costs.

59.     Mr. Abington fails to properly consider Exxon's internal acknowledgment of 2015 lifting costs as being $27.90 per barrel. Importantly, SEC rules require that quantities of proved reserves include only those quantities with "**reasonable certainty to be economically producible**—from a given date forward, **from known reservoirs, and under existing economic conditions, operating methods, and government regulations**."[80] The corrected SEC price of $24.66 per barrel set forth in paragraph 108 of my October Report was significantly less than actual costs incurred over the same twelve-month period whether or not the $1.6 per barrel of 2015 direct CAF is included in the per barrel lifting costs.

60.     While Mr. Abington also references lower second half 2015 costs, he fails to appropriately reconcile these costs to then current pricing and the related concept of proved reserves having a "reasonable certainty" of being economically producible under "existing conditions" consistent with SEC rules. As described in my October Report: (i) "reasonable certainty" means "**a high degree of confidence** that the quantities will be recovered" when using "deterministic methods;"[81] or "**at least a 90% probability** that the quantities

---

[78] Abington Report, paragraph 88.

[79] Abington Report, paragraph 94.

[80] Regulation S-X, Rule 4-10(a)(22) (17 CFR §210.4-10(a) (22)) (emphasis added).

[81] The method of estimation of reserves or resources is called probabilistic when the full range of values that could reasonably occur for each unknown parameter (from the geoscience and engineering data) is used to generate a full range of possible outcomes and their associated probabilities of occurrence. Regulation S-X, Rule 4-10(a)(24) (17 CFR §210.4-10(a)(24)).

**App. 1250**

**CONFIDENTIAL**

actually recovered will equal or exceed the estimate" when using probabilistic methods; and (ii) "economically producible" means "**a resource which generates revenue that exceeds, or is reasonably expected to exceed, the costs of the operation**."[82]

61.    Indeed, the Society of Petroleum Engineers' (or SPE's) Petroleum Resource Management System ("PRMS") cited by Mr. Abington notes following recommended use of a one-year period when considering "current economic conditions" for determining resource estimates:

> Establishment of current economic conditions should include relevant historical petroleum prices and associated costs and may involve a defined averaging period. **The SPE guidelines recommend that a 1-year historical average of costs and prices should be used as the default bases of "constant case" resources estimates** and associated projected cash flows.[83]

62.    Mr. Abington fails to properly consider these definitions and ignores, or fails to consider the following critical facts and circumstances as of December 31, 2015:

a.    Kearl experienced significant losses during the latter half of 2015, following the KEP, as evident in paragraph 121 of my October Report. Specifically, Exxon internally reported cumulative operating losses relating to Kearl of approximately $147 million during the six months ended December 31, 2015, including cash flow losses of approximately $84 million during the two months ended December 31, 2015.[84] Importantly, Exxon internally acknowledged that the "SEC requires revenues to exceed costs for proved reserves."[85]

---

[82] October Report, paragraphs 73 and 74 (emphasis added). *See also* EMC_RAMIREZ 000007141, which references these same concepts.

[83] SPE, Petroleum Resources Management System (2007), p. 33 (emphasis added).

[84] EMC_RAM_SEC 000009387, EMC_RAM_SEC 000009915, EMC_RAM_SEC 000009788, EMC_RAM_SEC 000009735, EMC_RAM_SEC 000009677, EMC_RAM_SEC 000009968.

[85] EMC_RAMIREZ 000030866 at 0867.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **36**

**App. 1251**

**CONFIDENTIAL**

b.  Kearl's losses were driven in large part by significant declines in bitumen prices, including the Company's flawed calculated monthly SEC prices.[86] For example, even using Exxon's flawed SEC pricing reflects that Kearl bitumen prices decreased from $46.39 per barrel as of June 1, 2015 to just $17.80 per barrel as of December 1, 2015.[87] Despite these significant decreases, Mr. Abington and Exxon provide no analysis supporting how Kearl's proved reserves are based upon a reasonable certainty to be economically producible under existing economic conditions.

c.  Comparing one-year average prices to costs over a six-month time period does not result in a meaningful apples-to-apples comparison by which to evaluate existing economic conditions.

63.  Moreover, the consideration of six months of costs would be inconsistent with Exxon's own pricing methodology that considers diluent costs, transportation costs, and quality spread costs over a full twelve-month period. To consider some costs over one period and others over another would be inconsistent and is not supported by Exxon's methodology.

64.  Mr. Abington also attempts to challenge the Company's referenced inclusion of direct CAF, wherein Mr. Strawbridge contemporaneously asserts a lifting cost per barrel of $28.50 including direct CAF (*i.e.*, a Kearl cost per barrel greater than the corrected $24.66 price per barrel noted in my October Report). While Mr. Abington refers to Exxon's "long standing" practice of excluding CAF, he ignores several relevant facts and circumstances, including:

a.  Exxon's internal policy pertaining to Operating Statistics and Reserves Valuations defines production costs or "lifting costs" as inclusive of "direct costs" such as "charges for field labor, materials, etc." and "cost components [that] include labor to operate the wells and related equipment and facilities; repairs and maintenance; materials, supplies and fuel consumed and services utilized in operating the wells and related lease

---

[86] EMC_RAM 001629434 at 9474.

[87] EMC_RAM 001629434 at 9474.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**         **37**

**App. 1252**

**CONFIDENTIAL**

equipment and facilities […] Production costs can also be subclassified by type of activity; e.g., into well operation and maintenance costs, well workover costs, fluid injection and improved recovery programs costs, gas processing plant costs, taxes and other costs."[88]

b. Exxon described CAF as inclusive of "all production cash expenses incurred by ExxonMobil above the field level."[89]

c. Internal communications during 2015 note that "[b]ottomline is that direct opex **and direct CAF** should be used in economic assessment of remaining reserves. This is consistent with past practices and with guidance from Global Reserves Group (GRG). […] Inclusion of direct CAF in the Kearl assessment will put our IOL major assets on the same basis – providing a consistent explanation basis to external regulators – as well as providing consistency in this assumption across Company / SEC / ASC [GAAP] basis (minimizing differences between those reporting basis). […] Based on this, we request the Kearl reserves be calculated including the Kearl direct CAF […]."[90]

d. Mr. Strawbridge's January 2016 communications note that "[o]n CAF, I'm thinking we should include the direct CAF (~$1.6/bbl) to the unit lifting cost curve, which would take the final 2015 [annual average cost] to ~$28.5 vs a final price of $28.6. Now that is cutting it close!"[91]

e. An internal December 2015 Exxon presentation noting "Common Assumptions for Company/SEC Reserves" included "Direct (Production Mining) CAF […]."[92]

f. Email communications during August 2016 from Mr. DuCharme affirmed that Exxon "should indeed include direct CAF in the SEC calc, assuming it is directly tied to that

---

[88] EMC_RAM 001596209 at 6230.

[89] PRAM0600501 at 0670.

[90] EMC_RAMIREZ 000031956 at 1956 and 1957.

[91] EMC_RAMIREZ 000033201 at 3203. *See also* EMC_RAMIREZ 000007154 at 7158.

[92] EMC_RAMIREZ 000006255.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**      **38**

**App. 1253**

CONFIDENTIAL

asset."[93] In response to Mr. DuCharme's email, Mr. Prestipino affirmed that "Per Rich's note […] the direct portion of CAF is included in the [SEC] test, while indirect CAF is excluded."[94]

65.    In sum, Mr. Abington's assertions regarding costs, including CAF, do not cause me to change my opinion that Exxon failed to appropriately de-book its disclosed upstream Canadian Kearl proved reserves as of December 31, 2015.

### C.    MR. ABINGTON'S ASSERTION THAT DISCLOSURE OF ANY KEARL FINANCIAL LOSSES IS NOT SUPPORTED BY REGULATORY REQUIREMENTS IS NOT RELEVANT TO MY OPINION AND IS INCONSISTENT WITH EXXON'S DISCLOSURES REGARDING KEARL

66.    Mr. Abington asserts that my opinions regarding Exxon's failure to appropriately disclose the recurring lack of profitability of its upstream Canadian Kearl bitumen operations are "[…] based on no source other than his unsupported assertion, that is ipse dixit."[95] Mr. Abington either failed to read key sections of my October Report or simply failed to acknowledge them in making this assertion.

67.    In this regard, Mr. Abington ignores, or fails to properly consider each of the following MD&A disclosure requirements discussed in paragraphs 147 through 161 of my October Report, including: (i) a narrative explanation of a company's financial statements that enables investors to see the company through the eyes of management; (ii) material events and uncertainties known to management that would cause reported financial information not to be necessarily indicative of future operating results or of future financial condition; and (iii) a discussion of segment information or of other subdivisions of the registrant's business would be appropriate to an understanding of such business.

68.    Mr. Abington further fails to properly consider statements from the former SEC Commissioner Edward H. Fleischman, who stressed that it is important for management to

---

[93] EMC_RAMIREZ 000051599.

[94] EMC_RAMIREZ 000051611.

[95] Abington Report, paragraph 176.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **39**

**App. 1254**

**CONFIDENTIAL**

"tell it 'like it is' […] fully and accurately (no half-truths, no pulled punches, no subtly misleading statements), exactly 'like it is'" within a company's MD&A.[96] As noted in my October Report, Exxon's implied profit disclosures conflicted with information obtained and reviewed by Exxon's management demonstrating that Kearl was suffering significant losses during 2015, and continued to do so through the issuance of the Company's financial statements on Form 10-K on February 24, 2016.

69.    Moreover, despite his assertion that Exxon was not required to disclose Kearl's "operational results," Mr. Abington does not properly consider:

   a. Testimony from Exxon's executive management team reflecting their regular receipt and review of Kearl specific information, including Kearl's operating results and reserves; and

   b. The fact that Exxon management repeatedly discussed Kearl's operations during earnings calls and included Kearl specific disclosures in the Company's 2016 MD&A.

   1. **Exxon's Management Repeatedly Obtained and Reviewed Kearl Specific Information, Including Operating Results and Information About Kearl Specific Reserves and Losses**

70.    Relevant to the SEC's requirement to provide a narrative explanation of a company's financial statements that enables investors to see the company through the eyes of management, Mr. Abington fails to properly consider Exxon's regular reporting of Kearl's operating results and related losses to its executive management during 2015, as well as the potential implications to its asserted SEC Kearl proved reserves.

71.    In this regard, Mr. Abington ignores or fails to properly acknowledge that Kearl's production volumes, operational efficiencies, and operating results were touted by Exxon management, the subject of analyst inquiries during 2015, and included in the Company's

---

[96] Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991, pp. 10-11.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **40**

**App. 1255**

**CONFIDENTIAL**

SEC disclosures as described in paragraphs 26 through 34 and 114 through 118 of my October Report.

72.     Mr. Abington also ignores or fails to properly acknowledge testimony from Exxon's executive management acknowledging the existence of Kearl's operating losses and their review of such information, including but not limited to management reporting that reflected Kearl losses described in my October Report in paragraphs 121 through 125 and 134 through 140.

73.     Indeed, other evidence reflects Exxon's management was informed of Kearl specific results, including but not limited to the following chart depicting Kearl specific price realizations along with general commodity oil prices:[97]

| | CM | VS PM | YTD | VS PLAN | VS PYTD | 4Q15 | VS 4Q14 |
|---|---|---|---|---|---|---|---|
| EM AVG | 30.96 | -6.29 | 45.71 | -27.58 | -45.57 | 36.49 | -31.69 |
| BRENT | 38.21 | -6.08 | 52.46 | -29.47 | -46.53 | 43.69 | -32.58 |
| WTI | 37.26 | -5.53 | 48.72 | -25.34 | -44.45 | 42.10 | -31.31 |
| KEARL | 11.52 | -4.81 | 24.28 | -26.61 | -35.23 | 17.31 | -27.38 |

74.     Indeed, testimony from Rex Tillerson and related exhibits demonstrates that Mr. Tillerson was made aware of Kearl-specific losses:

> [Referring to an internal F&O reporting presentation wherein Kearl losses through June 2015 were clearly evident, Mr. Tillerson testified]
>
> Q. Okay. And those slides would have been presented to you by Mr. Rosenthal, correct?
>
> A. In all likelihood, yes.[98]

*        *        *

---

[97] EMC_RAMIREZ 000009292 at 9308. *See also*, Exxon's Upstream Chairman's Briefing Exploration Update, dated February 22, 2016, EMC_RAM_NYAG 003623607 at 3632 and 3635.

[98] Tillerson Tr., 30:21-23.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **41**

**App. 1256**

**CONFIDENTIAL**

Q. And then if we go to Slide No. 10. Slide No. 10 is indicating to you or reporting to you Canada West June year-to-date 2015 profitability, correct?

A. Correct.

Q. And then it breaks out Canada West by major producing fields, correct?

A. Yes.

Q. And it notes Kearl as one of those major fields, correct?

A. Yes.

Q. And it indicates to you that KOEBD – that's units of production, correct?

A. Yes.

Q. And it indicates that Kearl was producing 110 KOEBD on average?

A. Yes.[99]

*     *     *

Q. Okay. And then it indicates the cash profit as a negative 162 million for that first six months of '15?

A. Yes.

Q. And then it indicates the cash profit per barrel as negative $8.11 per barrel?

A. Yes.

Q. **So you being informed that for the first half of 2015, every barrel of bitumen being produced at Kearl was losing $8.11 a barrel, correct?**

A. **Yes. As of June 2015, correct**.

*     *     *

---

[99] Tillerson Tr., 32:1-17.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **42**

**App. 1257**

**CONFIDENTIAL**

Q. (BY MR. SAHAM) Okay. And then it indicates the book profit and breaks out by major producing fields and indicates that the book profit at Kearl was negative $187 million for the first six months of 2015, correct?

\* \* \*

A. Correct.

Q. (BY MR. SAHAM) **And then it breaks that out by barrel and indicates that by book profit Kearl for the first half of 2015 was losing $9.37 per barrel, correct?**

**A. Correct**.

\* \* \*

Q. (BY MR. SAHAM) And Mr. Rosenthal made you aware of these facts in this slide deck, correct?

A. Yes.

\* \* \*

Q. And you would have been informed of these facts as chairman of the board and CEO of the company in late 2015, correct?

A. Yes.[100]

75.     Mr. Swiger similarly affirmed that Kearl-specific losses were reported to him during 2015 in his capacity as the Company's Senior Vice President and Principal Finance Officer. Specifically, Mr. Swiger testified:

Q. But as a result, for whatever reason, whether it's development costs or other, Kearl's cash profit was negative 162 million for the first half of 2015, correct?

A. For a variety of reasons, correct.

Q. And that was reported to you at year-end 2015.

---

[100] Tillerson Tr., 33:3-34:25 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **43**

**App. 1258**

**CONFIDENTIAL**

A. Yes.

Q. And when you break that out per bottle, the cash -- per barrel, the cash profit of Kearl was negative $8.11 per barrel, correct?

A. For the first half of 2015.

Q. And when we look at book profit, the book profit total for Kearl for the first half of 2015 was a loss of 187 million, correct?

A. Including the extraordinary items we talked about, that is correct.

Q. And that resulted in an operating loss per barrel -- every barrel produced at Kearl of $9.37, correct?

A. That is correct.

Q. And the net PP&E, that's the investment minus the depreciation that was made at Kearl, correct?

A. Yes[101]

76.    Despite acknowledging this understanding and disclosed losses pertaining to bitumen, Mr. Tillerson acknowledged that no disclosure of Kearl's losses was included in Exxon's 2015 Form 10-K:

Q. I'm just simply stating to you Kearl -- and I think you've already said this -- Kearl is not broken out here?

A. That is correct.

Q. It's just Canadian bitumen on average?

A. Correct.

Q. So the reader of this table would not know whether Kearl's prices, production prices, deviated from Canada generally, correct?

MR. LONG: Objection, form, calls for speculation.

A. Not looking at this table alone, that's correct.

---

[101] Swiger Tr., 49:22-50:21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **44**

**App. 1259**

**CONFIDENTIAL**

Q. (BY MR. SAHAM) And then if you look at production costs, that's another line item of this table?

A. Let's see. Yes.

Q. And production --

A. Right.

Q. Production costs for Canada/South America are listed at $19.20, correct?

A. Correct.

Q. So the reader of this table, if you -- if such a reader like myself compared production prices to production costs for Canadian bitumen, you would get a positive $5.87, correct?

A. That's correct.

Q. So if Kearl itself was losing $7 a barrel, that information is not communicated in this chart, is it?

MR. TOAL: Objection -- object to the form of the question, assumes facts not in evidence, and lack of foundation.

A. I think as I've acknowledged, Kearl is not broken out on this table.

Q. (BY MR. SAHAM) Kearl was a significant portion of the company's – company's proved bitumen reserves, correct?

A. To my recollection, yes.[102]

77.    Simply stated, disclosure of known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations was necessary to provide the required understanding of the Company's operating results and narrative through management's eyes, particularly given the disclosed contradictory profitability measures relating to bitumen included in Exxon's 2015 Annual Report on Form 10-K.

---

[102] Tillerson Tr., 84:5-85:21.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **45**

**App. 1260**

CONFIDENTIAL

2. **In Contrast to Mr. Abington's Assertions, Exxon Management Made "Kearl" Specific Disclosures During 2015 and 2016.**

78. While Mr. Abington asserts that Exxon was not required to disclose Kearl operations separately, he ignores the fact that XOM did make Kearl specific disclosures in the Company's 2016 Annual Report on Form 10-K and Q3 2016 Quarterly Report on Form 10-Q. For example, in addition to repeatedly mentioning Kearl operations and related proved reserves, the Company disclosed certain trends and uncertainties relating to Kearl in the event that it continued to produce bitumen and how that would affect reported depreciation.

79. In sum, Mr. Abington's assertions regarding MD&A do not cause me to change my opinion that Exxon failed to appropriately disclose known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations.

D. **MR. ABINGTON FAILS TO PROPERLY CONSIDER RELEVANT GAAP IN HIS CRITICISM OF MY OPINIONS REGARDING EXXON'S EVALUATION OF ITS XTO LONG-LIVED ASSETS FOR IMPAIRMENT, INCLUDING THE COMPANY'S ASSERTED PRICE PLAN ESTIMATES**

80. Mr. Abington asserts that I misapplied GAAP by using "substitutes" for Exxon's 2015 price plan (*i.e.*, Corporate Plan) estimates of future natural gas pricing.[103] In this regard, Mr. Abington places substantial reliance on Exxon's applied 2015 price plan when accepting the Company's conclusions that XTO's long-lived assets were not impaired, including the results of Exxon's interim asset recoverability test.

81. Mr. Abington asserts that ASC 360-10-35-30 required the Company to use "price and cost assumptions that are reasonable in relation to those used in other areas of the business, 'such as internal budgets and projections.'"[104] Based on this understanding, Mr. Abington concludes Exxon complied with GAAP through its use of Exxon's 2015 price plan.[105]

---

[103] Abington Report, paragraphs 12 and 178.

[104] Abington Report, paragraph 12.

[105] Abington Report, paragraph 193.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **46**

**App. 1261**

**CONFIDENTIAL**

82.    However, Mr. Abington's criticisms of my opinions and his conclusions are unfounded and fail to appropriately consider each of the following:

a.    GAAP requires significant accounting estimates to be reasonable, based on all available evidence that existed during Exxon's 2015 financial reporting period, including, but not limited to changes in market conditions.

b.    Mr. Abington improperly accepts the judgment of Exxon's management with respect to its 2015 price plan without consideration of all relevant contemporaneous available information.

c.    Exxon's 2015 price plan included unreasonable assumptions that failed to properly incorporate relevant facts and conditions during Exxon's 2015 financial reporting period, including changes in market conditions through the Company's 2015 financial statement issuance date, certain internal price projections, and other acknowledged pricing sources.

d.    Mr. Abington ignores or fails to properly consider relevant evidence cited in my October Report and herein demonstrating the reasonableness of my applied price assumptions and evaluation of Exxon's XTO related assets, including:

    i.    Exxon's contemporaneous recognition that NYMEX futures provided relevant information for projecting fair value and evaluating investment opportunities;

    ii.    Applied NYMEX futures pricing as of December 31, 2015 appropriately reflect current market conditions through the end of Exxon's 2015 financial reporting period;

    iii.    Price sensitivity analyses considering Exxon's internal price plan growth rates support NYMEX futures pricing and are consistent with the provisions of ASC 360; and

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **47**

**App. 1262**

iv. Price sensitivity analyses supporting my use of NYMEX futures pricing when considering relevant third-party pricing sources.

83. These matters are discussed in detail below.

1. **GAAP Requires Significant Accounting Estimates To Be Reasonable, Based On All Available Evidence That Existed During Exxon's 2015 Financial Reporting Period, Including, But Not Limited To, Changes In Market Conditions**

84. In contrast to Mr. Abington's assertion,[106] I appropriately apply ASC 360-10-35 when opining that Exxon materially overstated its reported XTO-related long-lived assets as of December 31, 2015.[107] While Mr. Abington acknowledges that ASC 360-10-35-30 required the Company to use "price and cost assumptions that are reasonable," he inappropriately implies that Exxon's 2015 price plan estimates were satisfactory because they were consistent with the Company's "internal budgets and projections" and represented its "long-term views."[108] In doing so, Mr. Abington ignores or fails to properly consider that the reasonableness of an accounting estimate, including Exxon's impairment assessment and underlying price plan assumptions, must appropriately consider "all available information" through the issuance of its financial statements.[109]

85. Specifically, accounting estimates must be reasonable under GAAP. This means that they should be based on sound judgment and all relevant information available at the time of the estimate. While Mr. Abington quotes certain parts of ASC 360-10-35-30, he omits this accounting rule's requirement that Exxon consider "all available information" when developing its 2015 price plan as set forth below:

> Estimates of future cash flows used to test the recoverability of a long-lived asset (asset group) shall incorporate the entity's own assumptions about its use of the asset (asset group) and **shall consider all available evidence**. The assumptions used in developing those **estimates shall be reasonable**

---

[106] Abington Report, paragraphs 177-178.

[107] Abington Report, paragraphs 12, 178, 193, and 197.

[108] Abington Report, paragraphs 12, 178, 193, and 259.

[109] ASC 360-10-35-30; ASC 855.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**            **48**

**App. 1263**

**CONFIDENTIAL**

in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others.[110]

86.    Mr. Abington also fails to properly consider other professional guidance emphasizing the importance of considering all available information when developing accounting estimates, including changes in market conditions. For example:

a.    PCAOB auditing guidance recognizes that significant estimates, including those inherent in Exxon's 2015 price plan, "**may not reflect current market information**."[111] The PCAOB identifies this risk, in part, as an example of contradictory information that may refute the reasonableness of a company's accounting estimate.[112]

b.    PCAOB auditing standards similarly recognize the need to consider changes in market or other conditions when developing (and assessing the reasonableness of) accounting estimates:

---

[110] ASC 360-10-35-30 (emphasis added).

[111] PCAOB Staff Practice Alert No. 9, December 6, 2011, p. 5.

[112] PCAOB Staff Practice Alert No. 9, December 6, 2011, p. 5.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **49**

**App. 1264**

**(1) Relevant industry, regulatory, and other external factors, including economic conditions**;

(2) The company's objectives, strategies, and related business risks;

**(3) Existing market information**;

**(4) Historical or recent experience, taking into account changes in conditions and events affecting the company**; and

(5) Other significant assumptions used by the company in other estimates tested.[113]

87.   Mr. Abington also ignores or fails to properly consider Exxon's obligation under GAAP to evaluate accounting estimates in light of all available information subsequent to December 31, 2015 and through the issuance of its financial statements.[114] Specifically, ASC 855 requires consideration of subsequent information about existing conditions at the date of the balance sheet. For example, GAAP requires that subsequent events affecting the realization of Exxon's long-lived assets be recognized in a company's financial statements when those events represent the culmination of conditions that existed over a relatively long period of time (*e.g.*, the continued decline of natural gas prices).[115]

88.   For public issuers such as Exxon, the SEC notes that if a registrant becomes aware of an event that existed at the date of the financial statements that causes the registrant's financial statements to be materially misleading but does not amend those financial statements so that they are free of material misstatements or omissions when they are filed with the Commission, the registrant will be knowingly filing a false and misleading document.[116] In a similar manner, GAAP recognizes that an "error in previously issued financial statements" includes unreasonable estimates wherein an "oversight or misuse of facts that

---

[113] AS 2501.16.b.1-5.

[114] ASC 855-10-55-1. Note: Financial statements are considered issued when they are widely distributed to shareholders and other financial statement users for general use and reliance in a form and format that complies with GAAP.

[115] ASC 855-10-55-1.

[116] ASC 855-10-S99-2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **50**

**App. 1265**

existed at the time the financial statements were prepared" occurs.[117] Stated simply, an estimate is unreasonable when relevant facts materially affecting that estimate were not properly considered upon financial statement issuance.

2. **Mr. Abington Improperly Accepts The Judgment Of Exxon's Management With Respect To Its 2015 Price Plan Without Consideration Of All Contemporaneous Available Information**

89.    Mr. Abington agrees with the judgment of Exxon's management when accepting the Company's 2015 price plan rather than providing a studied basis for his own opinions.[118] This acceptance by Mr. Abington appears to be founded in part, on his premise that "The identification and evaluation of a potential impairment indicator, or trigger event, requires significant judgment [...]"[119] and "ExxonMobil uses its Energy Outlook and also its Corporate Plan processes to determine its pricing cases and to assist in identifying potential impairment indicators."[120] He cites guidance from PwC noting the required use of judgment as quoted in part below:

> The existence of an individual indicator outlined above is not automatically conclusive that the asset (asset group) may not be recoverable. **Instead, reporting entities will need to exercise judgment and consider the combined effect of all indicators and developments, both positive and negative, when determining whether an asset (asset group) may not be recoverable**.
>
> *    *    *
>
> **Estimating cash flows for purposes of the recoverability test is subjective and requires judgment. As described in ASC 360-10-35-30, estimates of future cash flows should be reasonable in relation to the assumptions used to develop other information the entity uses for**

---

[117] ASC Master Glossary, *Error in Previously Issued Financial Statements* ("An error in recognition, measurement, presentation, or disclosure in financial statements resulting from mathematical mistakes, mistakes in the application of generally accepted accounting principles (GAAP), or oversight or misuse of facts that existed at the time the financial statements were prepared. A change from an accounting principle that is not generally accepted to one that is generally accepted is a correction of an error.").

[118] Abington Report, paragraph 188.

[119] Abington Report, paragraph 188.

[120] Abington Report, paragraph 197.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **51**

**App. 1266**

CONFIDENTIAL

**comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others. Additionally, key assumptions, such as price and volume levels, should consider expected changes in market conditions**.[121]

90.     By accepting Exxon's management's judgment, without assessing contemporary contradictory evidence, Mr. Abington attempts to shield Exxon's failures identified in my October Report as a matter of management judgment and therefore, its omissions and improprieties should be excused since, if Exxon reached those conclusions, ipse dixit, it was correct. This argument is flawed and fails to appropriately consider the relevant facts and circumstances detailed in my October Report.[122]

91.     In sum, Mr. Abington fails to properly consider that:

a.   Management's judgment must consider the relevant facts and circumstances evident to Exxon's management;

b.   Management must appropriately weigh the relevant facts and circumstances; and

c.   If management does not properly consider the relevant facts and circumstances or inappropriately weighs any of the facts and circumstances, as was the case herein, management is likely to form an inappropriate or unsupported conclusion with regards to the accounting and/or disclosure being considered.

3.   **Exxon's Applied 2015 Price Plan Assumptions Were Not Reasonable and Failed to Properly Consider Relevant Facts And Conditions During Its 2015 Financial Reporting Period, Including Relevant Changes In Market Conditions and Other Internal Price Projections**

---

[121] https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant_equip_US/Chapter-5--Impairment/5 2-Impairment-of-long-lived-assets-to-be-held-and-used.html (emphasis added).

[122] Other examples of Mr. Abington's acceptance of Exxon's positions are evident in paragraphs 193-205 and 208 – 228 of his report and pertain to Exxon's SEC proved reserve process, XTO impairment trigger assessment, and disclosure process.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **52**

**App. 1267**

**CONFIDENTIAL**

92. Stated differently, while Mr. Abington acknowledges that ASC-360-10-35 required Exxon's estimated prices to be reasonable, he ignores or fails to properly consider all available information demonstrating Exxon's estimated 2015 price plan was not reasonable. This information is set forth in my October Report (primarily in paragraphs 216 and 228 – 243) and herein below.

   a) Exxon's Price Plan Failed to Appropriately Consider Changes in Henry Hub Pricing and Related Market Conditions Through The Company's 2015 Financial Statement Issuance

93. Exxon's asserted 2015 price plan is contrary to contemporaneous Henry Hub prices and market conditions through the issuance of the Company's 2015 financial statements.[123] In this regard, Exxon's price plan was expected to be evaluated during the Company's entire 2015 financial reporting period, including at board meetings, which are indicated to have occurred nine times per year as set forth below:

> **[T]he Company's process for determining its plan prices is performed on an annual basis resulting in new plan prices being determined in the fourth quarter of each year**. […]
>
> **The Company has board meetings 9 times per year.** A standing item at all Board meetings is "Information on Topics of interest" and the first item presented in that sections [sic] is always "Oil and Natural Gas Markets including Inventories and Developments".[124]

94. In this regard, Mr. Abington fails to properly respond or acknowledge the following conditions in place prior to the issuance of Exxon's 2015 financial statements, which in combination with evidence cited in my October Report beginning at paragraph 176,

---

[123] October Report, paragraphs 229 – 243.

[124] PRAM0022167, p. 5 (emphasis added). *See also*, 2015 Upstream Long-lived Asset Impairment Assessment, pp. 23, 30, 31, PRAM0000511 ("The Corporate Data Guide is updated annually throughout the P&B process to ensure that affiliates are using the most accurate data when developing the asset plan. […] As noted earlier within this memo, at September 30, 2015 there has been no reserve revisions identified by Management. We would note that a significant part of the reserve process happens annually, in January, and therefore we will consider updates to this within the December 31, 2015 update section of this memo […]").

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **53**

**App. 1268**

**CONFIDENTIAL**

demonstrated that the Company's 2015 price plan estimates, including those prices used in its asset recoverability test, were unreasonable:

a. Exxon's assumed interim 2015 and early 2016 price estimates exceeded actual Henry Hub spot rates and related averages at December 31, 2015, and through the issuance of the Company's 2015 financial statements. Indeed, despite declining prices, Exxon *increased* its 2015 natural gas price plan estimates during Q3 2015 (*see* paragraph 230 of my October Report).

b. Exxon's estimated 2016 natural gas price taken from its 2015 price plan of $2.97 per barrel, significantly exceeded the December 31, 2015 spot price per barrel ($2.28 per barrel) and the Henry Hub spot price on the Company's 2015 financial statement issuance date (*i.e.*, $1.85 per barrel on February 24, 2016) by $30% and 61%, respectively.[125] The variances between these prices are illustrated below:[126]

---

[125] Agreed to or calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[126] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                          **54**

**CONFIDENTIAL**



Exxon's failure to consider these precipitous price declines in both its final price plan and asset recoverability demonstrate the Company's 2015 price plan estimates did not appropriately consider all information available, and were therefore, not reasonable (*see also* paragraphs 229 through 233 of my October Report).

c. In contrast to Mr. Abington's (and Exxon's) characterization of declining Henry Hub prices as "short-term,"[127] Exxon's 2015 price plan was not supported by longer-term historical natural gas price trends. As discussed in my October Report, historical Henry Hub price charts set forth in its paragraph 181 (*i.e.*, 2-year Henry Hub Natural Gas Spot Rate decline), paragraph 185 (*i.e.*, 10-year Henry Hub Natural Gas Spot Rate decline),

---

[127] *See, e.g.*, Abington Report, paragraphs 192 and 197.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **55**

**CONFIDENTIAL**

and the following chart copied from paragraph 197 of my October Report reflecting NYMEX five-year future contracts traded at the lowest level since (at least) 2008:



d.   Notably, while Mr. Abington and Exxon acknowledge the reasonableness of using NYMEX futures for evaluating prices during a subsequent 12- and 24-month period,[128] respectively, Mr. Abington fails to properly consider the reasonableness (or lack thereof) of Exxon's projected 2016 and 2017 prices as compared with NYMEX pricing for those same periods as of December 31, 2015. As reflected in the table below, Exxon's 2015 price plan was 17% and 12% higher than NYMEX prices at December 31, 2015 for each respective period:[129]

|  | NYMEX | 2015 Price Plan | Difference $ | Difference % |
|---|---|---|---|---|
| 2016 | $2.53 | $2.97 | -$0.44 | -17.4% |

---

[128] Abington Report, paragraph 260; EMC_RAM 000008739 at 8755.

[129] EMC_RAM 000040426; NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future 12-month average future price for each year shown.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **56**

**App. 1271**

**CONFIDENTIAL**

| | NYMEX | 2015 Price Plan | Difference $ | Difference % |
|---|---|---|---|---|
| 2017 | $2.81 | $3.15 | -$0.34 | -12.1% |

e.  These charts individually, and in the aggregate, reflect long-term Henry Hub price declines and demonstrate the sustained, poor price environment in place prior to the issuance Exxon's 2015 financial statement issuance date. This objective evidence contradicted Mr. Abington's reference to Exxon's asserted "short-term" price declines.

f.  Mr. Abington similarly ignores or fails to properly consider Exxon's 2015 price plan's assumed double-digit 5-year compound annual growth in average annual Henry Hub prices. This estimated annual growth rate significantly differed from historical 5-year growth/(decline) rates as demonstrated in the following table:[130]

| Annual Average Henry Hub Prices | Growth/(Decline) |
|---|---|
| Estimated 5-YR 2015 Price Plan CAGR (nominal basis) | 10.5% |
| Actual 5-YR Annual CAGR (2015) | (9.7%) |
| Actual 5-YR Annual CAGR (as of 2014) | 2.1% |
| Actual 5-YR Annual CAGR (as of 2013) | (15.9%) |
| Actual 5-YR Annual CAGR (as of 2012) | (16.9%) |
| Actual 5-YR Annual CAGR (as of 2011) | (9.9%) |
| Actual 5-YR Annual CAGR (as of 2010) | (12.8%) |

g.  Mr. Abington similarly ignores, or fails to properly consider, that the average annual Henry Hub prices during 2015 ($2.62 MMBtu) reflected its lowest level since 1999 ($2.27 MMBtu).[131] These declines are evident in the table below and contradict Exxon's 2015 estimated 5-year price growth inherent in its price plan:[132]

| Annual Henry Hub Prices | Growth/(Decline) |
|---|---|
| Estimated 5-YR 2015 price plan CAGR (nominal basis) | 10.5% |
| Actual Historical 1-YR CAGR (since 2014) | (40.0%) |

---

[130] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

[131] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[132] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm; PRAM0055019 and PRAM0325081.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**　　　　　**57**

**App. 1272**

**CONFIDENTIAL**

| Annual Henry Hub Prices | Growth/(Decline) |
|---|---|
| Actual Historical 2-YR CAGR (since 2013) | (16.1%) |
| Actual Historical 3-YR CAGR (since 2012) | (1.6%) |
| Actual Historical 4-YR CAGR (since 2011) | (10.0%) |
| Actual Historical 5-YR CAGR (since 2010) | (9.7%) |
| Actual Historical 6-YR CAGR (since 2009) | (6.6%) |
| Actual Historical 7-YR CAGR (since 2008) | (16.0%) |
| Actual Historical 8-YR CAGR (since 2007) | (11.5%) |
| Actual Historical 9-YR CAGR (since 2006) | (9.9%) |
| Actual Historical 10-YR CAGR (since 2005) | (11.3%) |

    h.  Notably, in contrast to 2015, Exxon disclosed "special charges for the write-down of upstream properties, the impact of lower prices on inventories"[133] during 1998, when annual Henry Hub prices averaged $2.09 MMBtu (unadjusted for inflation).[134] On the date preceding the issuance of Exxon's 2015 financial statements, the ending Henry Hub spot rate was $1.85 MMBtu.[135] For the 23 days in February 2016 preceding the issuance of Exxon's 2015 financial statements, average Henry Hub prices approximated $2.04 MMBtu.[136]

95.    Mr. Abington either ignores or fails to properly consider relevant testimony from Mr. Swiger, who conceded the price environment prior to the issuance of the Company's 2015 Form 10-K was the lowest in the past 15 years:

> Q. So he's basically saying the price of $2 per MMBtu, Henry Hub for natural gas in the U.S. is as low as he's seen it in the last 15 years, correct?
>
> A. That is correct. [137]

96.    Exxon's estimated 2015 price plan and related interim asset recoverability assessments were not reasonable considering "all available information" as required under ASC-360-

---

[133] Exxon 1999 Form 10-K, Exhibit 13, p. F-7

[134] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[135] Agreed to information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[136] Calculated using information at https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

[137] Swiger Tr., 169:23-170:2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **58**

**CONFIDENTIAL**

10-35. While Mr. Abington inherently adopts Exxon's 2015 price plan as reasonable without assessing contemporary contradictory evidence, he ignores or fails to properly consider this relevant, available information demonstrating the price plan's lack of reasonableness.

> b)  Internal Natural Gas (*i.e.*, Henry Hub) Price Projections and Other Utilized Sources Were Inconsistent With Exxon's 2015 Price Plan

97.  Mr. Abington's acceptance of Exxon's 2015 price plan and related judgment is also based on his assertion that the Company's price plan was consistent with "internal budgets and projections." In this regard, Mr. Abington ignores, or fails to properly consider evidence demonstrating that Exxon's price plan was not consistent with internal budgets and projections, including those discussed in my October Report in paragraphs 216, 226, and 237.

98.  Specifically, Mr. Abington fails to properly consider contemporaneous internal analyses at Exxon that utilized lower future Henry Hub price estimates. For example, as described in paragraphs 216 and 237 of my October Report (in direct contrast to Exxon's 2015 price plan projecting natural gas real price to average $4.00 MMBtu during 2020), contemporaneous projections during 2015 included three case scenarios where natural gas real prices were not expected to hit $4.00 per MMBtu until 2025, 2030, and 2035, respectively.[138]

99.  Mr. Abington fails to reconcile these projections to his assertions. He also fails to properly consider deposition testimony from Joseph Horne, Exxon's Accounting Policy Manager, who conceded the final 2015 price plan estimate was made at the direction of the management committee and not within the range of prices he had originally proposed (to the same management committee):

> Q. And the bookends, you note at the bottom, is reaching the long-term price in 2025 and the top or slowest way to get to 20 -- or to the $4 long-term price would be 2035. So your bookends there are 2025 to 2035, correct?

---

[138] EMC_RAMIREZ 000000301 at 303.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **59**

**App. 1274**

**CONFIDENTIAL**

A. Yeah, I wouldn't call the years the bookends in any way, shape or form.[139]

\*        \*        \*

Q. But my only question is your bookends were 2025 to 2035 of hitting the $4, correct?

A. Say the two numbers at the end again.

Q. Your bookends were 2025 and 2035 of hitting the 4-dollar long-term price outlet, correct?

A. In the spreadsheet I provided, yes, that's correct.[140]

\*        \*        \*

Q. My question is simply, Mr. Horne, the management committee prices that came back to you reached $4 five years earlier than the low end of the bookend included in Exhibit 71, which you had forwarded to Ms. Castille and Mr. Littleton -- Littleton on August 21, 2015, correct?

A. That is correct.

Q. And it also appears from the format of Exhibit 72, the plan prices that you're communicating and forwarding to Mr. Littleton and Ms. Castille, that format is very similar to what you had sent them on August 21st, the Excel files that you had sent them on August 21st. The timing and numbers are different, but the formatting is similar; is that accurate?

A. The formatting is similar.

**Q. And this reaching $4 in 2020 was the decision of the management committee, correct?**

**A. Reaching $4 by 2020 for Henry Hub was the management committee's assessment, yeah.**[141]

---

[139] Horne Tr., 153:6-12.

[140] Horne Tr., 171:22-172:3.

[141] Horne Tr., 158:10-159:3.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **60**

**App. 1275**

**CONFIDENTIAL**

100.    Mr. Horne further testified to the correlation between the Company's higher 2015 price plan and the resulting lower potential for impairment:

> Q. So if higher prices are used, it would decrease the likelihood of an impairment, correct?
>
> A. In general, yes.
>
> Q. And if lower prices are used, it would increase the likelihood of an impairment, correct?
>
> A. All other things equal, yes.[142]

101.    Mr. Swiger similarly testified that the acceleration of the Company's price plan reaching $4.00 MMBtu in 2020 generated increased estimated cash flows as compared to the Company's other internal price projections referenced by Mr. Horne:

> Q. And the three different cases are hitting the long-term price at 2025, 2030, and 2035, correct?
> .
>                  *        *        *
>
> A. That's what it appears to say, yes.[143]
>
>                  *        *        *
>
> Q. So it's obvious if you use $4 instead of $3, cash flows, if you did a 30 year cash flow analysis, would increase, correct?
>
> A. Yes.
>
> Q. And it's also obvious if you reach the long-term price of $4 ten years earlier, that would also increase cash flows, correct?
>
> A. In the near-term.
>
> Q. And this email goes on to say: CSP proposed, and RWT – that's Tillerson?

---

[142] Horne Tr., 38:15-20.

[143] Swiger Tr., 164:6-11.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **61**

**App. 1276**

**CONFIDENTIAL**

A. Yes.

Q. -- has endorsed use of the mid-case, correct?

A. That's right.

Q. So both yourself and Mr. Tillerson endorsed the use of the mid-case --

A. Uh-huh.

Q. -- for the price bases for the plan out years, correct?

A. That is correct, yes.[144]

102. Replacing Exxon's 2015 five-year price plan with Mr. Horne's first five year price estimates included in his respective 2025, 2030 and 2035 scenarios[145] in Exxon's asset recoverability test/methodology, results in the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceeding their undiscounted cash flows as seen below:[146]

| | Carrying Value Above Cash Flows (Yes/No) | | | |
|---|---|---|---|---|
| **Internal Forecast** | **Uintah** | **Raton** | **San Juan** | **Green River** |
| 2025 Scenario (1st five years) | Yes | Yes | No | No |
| 2030 Scenario (1st five years) | Yes | Yes | Yes | No |
| 2035 Scenario (1st five years) | Yes | Yes | Yes | No |

103. Indeed, estimated prices during the five years ended December 31, 2020 included in Mr. Horne's 2025, 2030, and 2035 scenarios significantly deviated from Exxon's five-year 2015 price plan:[147]

---

[144] Swiger Tr., 174:1-20.

[145] Horne's August 2015 scenarios were not adjusted through December 31, 2015 or February 24, 2016 considering lower Henry Hub spot prices of $2.28 MMBtu and $1.85 MMBtu, respectively.

[146] Horne's Proposed Price plans derived from Horne Tr., Exhibit 71; Schedules 1.1-1.12

[147] EMC_RAMIREZ 000000301 at 303; EMC_RAM 000040426 at 0435.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **62**

**App. 1277**

**CONFIDENTIAL**



104. Mr. Abington similarly ignores Exxon's internally developed 2015 "build plan" discussed in paragraph 216.h. and 216.i. of my October Report. As demonstrated therein, Exxon's assumed build plan prices were not estimated to be $4.00 per MMBtu until 2027. While the build plan prices reflect internal estimates at July 30, 2015, Henry Hub spot pricing <u>decreased</u> over 20% from $2.87 per MMBtu to $2.28 per MMBtu at December 31, 2015.[148] These decreases provided contemporaneous, objective information that supported a further reduction in estimated prices.

105. While Mr. Abington also asserts Exxon utilized its 2015 price plan for evaluating "potential investment decisions," he ignores, or fails to properly consider the following:

a. As set forth in paragraph 226 of my October Report, Exxon repeatedly utilized NYMEX prices when estimating the fair value of its acquired investments. Indeed, Mr.

---

[148] https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **63**

**App. 1278**

**CONFIDENTIAL**

Horne testified to his use of NYMEX strip prices to estimate the fair value of XTO at the time of its acquisition.[149]

b. Exxon's Dataguide recognized that when evaluating investment "opportunities with near term price sensitivities" NYMEX pricing should be obtained and considered. Exxon further noted that such evaluations be performed using the "most recently available market" NYMEX pricing.[150]

c. Multiple internal references by Exxon's Accounting Policy Manager, Cindy Allen, wherein Ms. Allen stated the Company had "*always*" used NYMEX strip pricing, and "*henry hub is all we need for gas*" in response to receiving IHS and Wood Mackenzie price outlooks.[151]

    c) <u>Price Sensitivity Analyses Similar To Those Prepared During 2016 Using NYMEX Futures Further Demonstrates The Unreasonableness Of Exxon's 2015 Price Plan</u>

106. While referencing certain of Exxon's impairment analyses during 2016,[152] Mr. Abington also fails to properly consider 2016 price sensitivity analyses prepared by the Company. Those same analyses, had they been contemporaneously prepared during Exxon's 2015 financial reporting period, further demonstrate that Exxon's 2015 price plan was not reasonable.

107. As required by the Company's stated procedures in both the 2015 and 2016 Corporate Plan, application of the Company's price plan should be evaluated in relation to the most recent NYMEX futures.[153] The table below presents a comparison of the Company's stated price plan and the related NYMEX futures as of December 31, 2015 and 2016. It illustrates the

---

[149] Horne Tr., 185:16-18.

[150] 2015 Corporate Plan Dataguide (EMC_RAM 000040426).

[151] October Report, paragraphs 216.k and 246.

[152] Abington Report, paragraph 225.

[153] 2015 Corporate Plan Dataguide (EMC_RAM 000040426) and 2016 Corporate Plan Dataguide (EMC_RAM 001074733).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**　　　　**64**

**App. 1279**

**CONFIDENTIAL**

significant variance between Exxon's price plan and NYMEX futures as of December 31, 2015 as compared to December 31, 2016:



108.    In addition to the comparisons above, a Henry Hub price analysis presented to Mr. Swiger on March 28, 2016 further demonstrates the Company's comparison of its estimated 2016 future prices (green line) to current NYMEX futures (dotted blue line):[154]

---

[154] Swiger Tr., Exhibit 228 (EMC_RAM_NYAG 000962156 at slide 10).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **65**

**App. 1280**

**CONFIDENTIAL**



109.   Notably, this analysis, prepared less than five weeks after the filing of the 2015 Form 10-K, reflects: (i) Exxon's consideration of NYMEX HH futures when evaluating its price plan; (ii) the 2016 estimated price plan that is more consistent with NYMEX HH futures pricing; (iii) the 2016 price plan starts near current prices, whereas the Company's 2015 price plan does not as of December 31, 2015;[155] and (iv) a significant downward shift in prices occurred between the 2015 price plan relied on when issuing the Company's 2015 financial statements on February 24, 2016 and the 2016 updated pricing developed no later than March 28, 2016 (*i.e.*, the date of this illustration).[156] Notably, the proposed '16 Financial (Base Case) illustrated in the table above presents the same forecasted pricing that was ultimately included in the Company's final 2016 price plan Exxon used to assert

---

[155] The Company's estimated 2016 HH prices (Green line) starts with the current YTD actual observed HH spot prices (Orange triangle). This represents a change from the flawed methodology used in the 2015 price plan in place just five weeks earlier when the Company filed its 2015 10-K, where the Company's final 2015 price plan purported the 2015 natural gas price of $2.75 MMBtu, whereas the 2015 YTD annual average was actually $2.63 MMBtu (Blue Triangle).

[156] The "2016 Plan Gas Business Environment" document included this chart for Mr. Swiger's review and reflects the Company's revised its '16 Financial (Base Case) (*i.e.*, price plan) from $4.00 MMBtu in 2020 to $3.00.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **66**

**App. 1281**

its XTO-related impairments.[157] As described in my October Report, the consideration and use of NYMEX pricing was reasonable and appropriately supports my opinion that Exxon failed to properly comply with impairment-related accounting standards under GAAP, resulting in the material overstatement of XTO-related long-lived assets (and earnings) as of and for the year ended December 31, 2015.

4. **Mr. Abington Ignores or Fails To Properly Consider Relevant Evidence Demonstrating the Reasonableness Of My Applied NYMEX Price Assumptions and Evaluation of Exxon's XTO Related Assets**

110. Despite Exxon's consideration and references to NYMEX futures prices, Mr. Abington criticizes my consideration and use of NYMEX prices in developing reasonable price estimates under GAAP. Mr. Abington asserts that using NYMEX is flawed for the following reasons:

> While NYMEX forward curves represent the collection of market prices for a standardized contract, its use beyond the initial 3 to 12 months of pricing data must be carefully considered because volumes of contracts drop significantly after this time period. The RMDG assets had expected lives measured in decades. **The information provided from the Henry Hub NYMEX forward curves alone are inadequate and are best considered as one data point**. [fn omitted][158]

111. While Mr. Abington questions the relevance of NYMEX forward curves beyond the initial 3-12 months of pricing data, he ignores or fails to properly consider that the 2015 Corporate Plan clearly required its estimated price plan prices to be benchmarked to market futures:

> Typically, the market futures have minimal volumes traded beyond 24 months, however the purpose of the market future sensitivity is to test opportunities to the full extent of market futures. **Thus, the market futures should be collected starting from the current year and extending an additional five years (total of six). For opportunity evaluations that**

---

[157] PRAM0000521.

[158] Abington Report, paragraphs 259 and 260 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **67**

**App. 1282**

**CONFIDENTIAL**

> **require prices beyond six years, the last available market futures (in year six) should be escalated with the corporate escalation factor.**[159]

112.    Mr. Abington also fails to properly consider the multiple ways in which use of NYMEX pricing was demonstrably reasonable as set forth in my October Report, including:

a.    NYMEX HH pricing aligns with authoritative guidance and is the most common industry metric utilized (*see* paragraphs 227 and 254 of my October Report).

b.    NYMEX HH pricing is based on actual market transactions (*see* paragraphs 244 and 253 of my October Report).

c.    In contrast to Exxon's internal 2015 price plan, NYMEX HH pricing reflected the most current market conditions as of December 31, 2015 (*see* paragraph 197 of my October Report).

d.    My NYMEX HH pricing and related impairment conclusions were objectively supported by robust, timely comparables.[160] This includes price sensitivity analyses considering Exxon's internal assumed price plan growth rates and other contemporaneous recognized third-party price assumptions. These analyses are summarized in paragraph 247 of my October Report and in the table below demonstrating the carrying values of Exxon's Uintah, Raton, and San Juan asset groupings exceed the undiscounted cash flows derived when using the reasonable and appropriate NYMEX five-year forward pricing (*i.e.*, through 2020) with Exxon's 2.5% inflation adjustment thereafter:[161]

---

[159] EMC_RAM 000040426 (emphasis added).

[160] October Report, paragraphs 238 and 244-246.

[161] *See* Schedules 1.1 through 1.20 of my October Report.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **68**

**App. 1283**

| Step 1: XTO Asset Recoverability Analysis Impairment Indicator | | | | |
|---|---|---|---|---|
| Price Data Utilized | Uintah | Raton | San Juan | Green River |
| NYMEX 5-yr Forward Pricing w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| 12/31/15 Spot Rate w/ Exxon GR | Yes | Yes | No | No |
| 2/24/16 Spot Rate w/ Exxon GR | Yes | Yes | Yes | Yes |
| IHS 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |
| Wood Mackenzie 5-year Forecast w/ 2.5% Inflation Adj. | Yes | Yes | Yes | No |

113.    It is further notable that other price plans being utilized by the Company during 2015 were far more consistent with applicable NYMEX futures rather than Exxon's 2015 price plan. For example, the following chart demonstrates the similarities between the Company's internal forecast in July 2015 with contemporaneous NYMEX futures prices:[162]



114.    Mr. Abington fails to acknowledge these independent analyses that generally demonstrate comparable results to the NYMEX futures and supports the reasonableness of the use of NYMEX futures in the Company's undiscounted cash flow impairment test. [163] Mr. Abington's related criticism that my use of NYMEX futures as a substitute for the Company's unreasonable 2015 price plan is "best considered as one data point" fails to

---

[162] NYMEX Natural Gas Futures (Strip) Prices per Bloomberg. The presented NYMEX Henry Hub prices are based on the respective future 12-month average future price for each year shown.

[163] October Report, paragraphs 229-239; *see also* PRAM0001681.

**CONFIDENTIAL**

consider these additional price sensitivity analyses included in my October Report.[164] These analyses and other support discussed in my October Report and herein demonstrate the reasonableness of using NYMEX to identify and estimate Exxon's impaired XTO long-lived assets as of December 31, 2015.

E. **MR. ABINGTON'S ASSESSMENT OF EXXON'S IMPAIRMENT INDICATORS ("TRIGGERS") UNDER GAAP IS FLAWED AND MISLEADING**

115. Mr. Abington improperly accepts the judgment of Exxon's management with respect to its conclusion regarding the absence of an impairment indicator in 2015. Mr. Abington's criticisms of my opinions and his conclusions are unfounded and fail to appropriately consider each of the following:

    a. Mr. Abington fails to properly consider professional guidance and other evidence reflecting the long-term trend of lower Henry Hub prices prior to and during Exxon's 2015 financial reporting period was an impairment indicator.

    b. Mr. Abington fails to properly consider the Company's internal assertions and other conditions demonstrating that Exxon's reduced 2015 price plan directly impacted XTO's long-lived assets value and was an impairment indicator.

    c. Mr. Abington's acceptance of Exxon's flawed conclusion that an XTO impairment indicator did not exist in 2015 conflicts with several other facts and conditions in place at December 31, 2015 and prior to the issuance of Exxon's 2015 financial statements.

116. These failures are discussed in detail below.

    1. **Mr. Abington Fails To Properly Consider Professional Guidance and Other Evidence Reflecting That Lower Henry Hub Prices Prior To and During the Exxon's 2015 Financial Reporting Period Was an Impairment Indicator**

---

[164] Abington Report, paragraphs 259-260.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**    **70**

**App. 1285**

**CONFIDENTIAL**

117.    While Mr. Abington acknowledges and refers to examples of impairment indicators included in ASC 360 and referenced in the Company's whitepapers,[165] he ignores or fails to properly consider other "examples" of impairment indicators identified in professional accounting guidance. Of particular significance, Mr. Abington fails to properly consider paragraphs 179 through 189 of my October Report discussing how the continued long-term decline of natural gas prices prior to the February 24, 2016 issuance of Exxon's 2015 Form 10-K constituted an XTO impairment triggering event. Of particular significance, Mr. Abington fails to appropriately acknowledge the following impairment indicators cited in my October Report and in professional accounting guidance relating to lower natural gas prices:

a.    The AICPA's Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities* (repeatedly referenced by PwC),[166] identifies "decreases in pricing" to be an example of an impairment indicator.[167]

b.    Internal Exxon references that low prices, particularly those extending across longer periods, require consideration when assessing impairments. For example, as noted in paragraph 189 of my October Report, Exxon internally acknowledged the following:

> Likely that SEC's next round of comments to EM could focus on **impairments and disclosures related to low prices** […]

> At API's Fall Accounting Committee meeting, SEC representative, who is lead accountant for oil / gas company reviews, and heavily involved in comment letters, spoke at length about expectations for public companies in the sector:

> **Impairment considerations – prices staying "low" generally longer than was widely thought several months ago**

---

[165] Abington Report, paragraph 225.

[166] *See e.g.*, PRAM0051018, p. 27; PRAM0051796 at 2462; PRAM0423395.

[167] October Report, paragraph 172 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **71**

**App. 1286**

**CONFIDENTIAL**

> For impairment tests, need for realistic / defendable view of prices, **considering current and past levels** […].

c. Other 2015 internal communication at Exxon acknowledging the following to be an "external indicator[]" for evaluating potential impairment triggers:

> [..] **a significant/adverse drop in product pricing leading to current or projected negative margins** […][168]

d. PwC's Audit and Assurance Group ("AAG") Site Leader, Shannon G. Ryhorchuk, communicated to Exxon PwC's "Canadian Firm policy" that required a "formal consultation" during 2015, when a client <u>did not</u> assess "current market conditions as an indicator of impairment."[169] Notably, subsequent internal Exxon communications from Vincent Prestipino referencing the Company's "asset recoverability in the current price environment" stated that PwC had "instructed all affiliates NOT to work this at an affiliate and that it [would] be handled at hq."[170] Mr. Prestipino further observed that this was "how I was able to shut down PwC Canada."[171]

118. Indeed, Mr. Abington's own Chart 2 demonstrates the inconsistency with: (i) Exxon's assertion that impairment indicators did not exist during 2015, despite the extended period of natural gas price declines prior to and during 2015 when prices were at significantly low levels, and (ii) the Company's position that impairment indicators did exist after natural gas prices had rebounded somewhat during Q4 2016. This inconsistency is illustrated by Mr. Abington's Chart 2 (presented to exclude non-contemporaneous, irrelevant post-

---

[168] EMC_RAM_SEC 000035564 at 5564.

[169] EMC_RAM_SEC 000025028 at 5029.

[170] EMC_RAM_SEC 001614624 at 4624.

[171] EMC_RAM_SEC 001614624 at 4624.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **72**

**App. 1287**

February 22, 2017 information) with my added box references to Exxon's impairment indicator assertions:[172]



2. **Mr. Abington Fails To Properly Consider The Company's Internal Assertions And Other Conditions Demonstrating That Reduced Price Plans Directly Impacted XTO's Long-Lived Assets Value and Was An Impairment Indicator**

119.    In contrast to Mr. Abington's assertion, I appropriately applied GAAP when opining that Exxon failed to identify an impairment indicator as a result of its decreased 2015 price plan

---

[172] Mr. Abington's "Chart 2" and associated commentary in paragraphs 190 through 193 of the Abington Report misleads readers by providing hindsight and irrelevant information to the facts and circumstances that existed prior to the issuance of Exxon's 2015 and 2016 Form 10-Ks. In this regard, Mr. Abington's presentation of Henry Hub Spot Prices after February 22, 2017 (the filing of the 2016 10-K) are not relevant. The inclusion of Henry Hub spot rates after this date is not only irrelevant but is misleading by including approximately eight years of data (half of the entire chart) that is not pertinent to this matter.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                **73**

**App. 1288**

as of December 31, 2015.[173] In this regard, Mr. Abington fails to properly consider: (i) relevant sections of my October Report demonstrating the significance of the 2015 price plan reductions (see paragraphs 200 – 208 of my October Report); (ii) Mr. Abington's acknowledged 2016 impairment indicator relating to operating losses and lower forecasted pricing were present in 2015; and (iii) that Exxon's significantly reduced 2015 forecasted plan prices (as compared to 2014), in combination with lower NYMEX futures, inherently would result in a lower estimated market value of the XTO long-lived assets.

120.    In addition to failing to properly consider paragraphs 200-208 of my October Report, Mr. Abington references Exxon's conclusion that the following impairment indicator was present beginning in Q4 2016:

> Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset.[174]

121.    However, he ignores or fails to properly consider that several related conditions existed during 2015 and should have been consistently evaluated as impairment indicators during Exxon's 2015 financial reporting period. For example, in its 2016 Whitepaper, Exxon observed that operating losses in combination with reductions in the Company's 2016 price plan, required the company to perform an "a projection of future cash flows" (*i.e.*, effectively an undiscounted cash flow analysis under Step 1):

> **In the first half of 2016, in addition to the U.S. and Canada, a few other major assets were also experiencing operating losses during the low point of the price cycle** (see Appendix E). **In light of those operating results, the continued weakness in industry conditions, and a preliminary reduction in the Corporation's price outlooks** that was endorsed by the Board in November, management performed a detailed analysis of certain major asset groups as part of its annual Plan process. […]
>
> **Given that prices were reduced by 25% for a few of the early years in the Corporation's preliminary price outlook**, in certain cases management considered the remaining life of producing properties as part

---

[173] Abington Report, paragraphs 225 - 228.

[174] Abington Report, paragraph 225.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **74**

**App. 1289**

**CONFIDENTIAL**

of the overall mix of information it considered in determining whether or not events and changes in circumstances warranted an impairment assessment. **Based on its assessment of the level at which largely identifiable revenue and costs could be forecasted, management performed a projection of future cash flows on certain Upstream asset groups […]**[175]

122.   PwC's impairment memo provides a similar understanding that lower plan prices, in combination with operating losses, contributed to XTO's impairment:

> **As the same primary factors which existed in the fourth quarter of 2015 were present in the first three quarters of 2016:**
>
> **• Persistently low prices**
> **• Continued losses in certain asset groups** […][176]

123.   While referencing these documents, Mr. Abington fails to acknowledge:

a.   The existence of XTO's 2015 operating losses, described in paragraphs 190 through 195 of my October Report;[177]

b.   Contemporaneous commentary from the Company's 2015 White Paper acknowledging the existence of U.S. operating losses (which included XTO):

> The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective. Country-by-country results through the third quarter indicated that almost all countries were continuing to generate positive book earnings. **However Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis.**[178]

---

[175] EMC_RAM 000000080 at 0087, 0088 (emphasis added).

[176] 2016 Long-lived Asset Impairment Assessment (PRAM0022167, pp. 4-5) (emphasis added).

[177] Notably, Mr. Abington asserts that in Q4 2016 one of the "primary factors contributing to this [impairment indicator] conclusion include the, Continued operating losses for Upstream assets," without properly acknowledging the long-standing losses that existed in 2015 and through early 2016.

[178] EMC_RAM 000000001 at 0006 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **75**

**App. 1290**

**CONFIDENTIAL**

c. Documentation in PwC's 2015 audit workpapers attached to his report discussing XTO-related 2015 operating losses:

> As part of this process, certain USP, **XTO and Canadian Asset Groups were identified as having current operating losses** […][179]

> \*  \*  \*

> Procedures performed and controls tested at the XTO level align with conclusions reached in the Upstream memo except for **the need to separately evaluate condition 5 (specifically projected future operating results) at the XTO level**;[180] and

d. The significance of Exxon's reduced price plan during 2015 as compared to 2014, as described in paragraphs 200 through 208 of my October Report.

124. Mr. Abington further ignores or fails to properly consider the Company's own internal talking points, that corroborate the understanding that the decreases in Exxon's 2015 price plan could be considered a potential impairment indicator including:[181]

> \* Current pricing environment has put significant focus on asset values in the O&G sector; as you know, US GAAP requires an impairment review when a 'trigger event' occurs […]

> \* [be prepared to answer the question: So has a trigger event occurred? Answer: By virtue of the reduction in EM's long-term US natural gas price outlook, would be difficult to argue to SEC that one has NOT occurred][182]

---

[179] PRAM0000511 at p. 24 (emphasis added).

[180] PRAM0048953 at p. 3 (emphasis added); "Condition 5" refers to the impairment indicator of *"Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrate continuing losses associated with the use of a long-lived asset (asset group)."*

[181] *See also*, paragraph 189 of my October Report.

[182] Horne Tr., Exhibit 51.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **76**

**App. 1291**

**CONFIDENTIAL**

125.  Mr. Abington also fails to properly consider additional relevant deposition testimony from Joseph Horne (Exxon's Accounting Policy Manager) who testified that a decrease in the Company's price plan could be considered a trigger:

> Q. Okay. So if there was a significant change to the long-term price in the data guide, would you agree that you couldn't consider those prices to be temporary for impairment consideration?
>
> **A. Yeah, if there was a significant change to the long-term price outlook as published in the data guide, we would consider that not temporary.**
>
> **Q. And therefore, it could be a trigger for impairment consideration?**
>
> **A. It could be a trigger.**[183]
>
> * * *
>
> **Q. So you are noting that either PwC, maybe Michael O'Riordan, because it says Michael above there, said that $5 to $4 long-term outlook could be considered a trigger?**
>
> **A. Could be argued as a trigger.**
>
> **Q. And that -- that's something that Mr. O'Riordan, one of the auditors, you're noting, stated at the meeting?**
>
> **A. Yes.**[184]
>
> * * *
>
> Q. And this indicates that between 2014 and 2015, the extended plan financials for beyond year 2020 are being reduced from $5.20 to $4, correct?
>
> A. Yes.
>
> **Q. And you would agree with me that reduction of about 22 percent, that could potentially be significant, correct?**

---

[183] Horne Tr., 59:3-12 (emphasis added).

[184] Horne Tr., 62:8-16 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **77**

**App. 1292**

**CONFIDENTIAL**

**A. It could be.**[185]

\* \* \*

Q. And that was a potential talking point for Rosenthal to use with Tillerson, correct?

A. Yes.

Q. And when you say a step change in internal price outlook could be construed as one, when we've looked at the data guide, the decrease from $5 to $4 for the long-term price outlook between '14 and '15, that could be considered a step change in internal price outlook, correct?

A. Yes.

Q. And therefore, it could also be considered a trigger under step 1, correct?

\* \* \*

A. Could you repeat the question, please?

**Q. Well, since it could be considered a step change, that decrease in the long-term price outlook between 2014 and 2015, it could also be considered an impairment trigger, correct?**

\* \* \*

**A. Yeah, I'm having a little difficult – could you repeat one more time?**

**Q. I'm just saying the decrease in the outlook between the 2014 data guide and the 2015 data guide, that could be considered a trigger under U.S. GAAP for impairment testing?**

\* \* \*

**A. The way I would -- what I would say is we look at our price outlooks as they come out in the data guide and as they're finally approved by the board of directors at the end of the process – near the end of the process. We look at price among other things. And if there's been a**

---

[185] Horne Tr., 68:21-69:3 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**     **78**

**App. 1293**

CONFIDENTIAL

**significant decrease in our view of future prices, that could be construed as an indicator of impairment that would require further assessment.**

**Q. And that indicator is often referred to as a trigger, correct?**

**A. Yes**.[186]

126.    Mr. Abington also fails to properly consider that Exxon's significantly reduced 2015 forecasted plan prices (as compared to 2014 – see paragraph 203 of my October Report), in combination with lower NYMEX futures, inherently would result in a lower estimated market value of the XTO long-lived assets. In this regard:

a.    Exxon's methodology for assessing the fair value of its assets was primarily based on a cash flow analysis (income approach).[187]

b.    Estimated future prices, such as those included in Exxon's 2015 and 2016 price plan, were a significant assumption used to develop those estimated future cash flows and related values.[188]

c.    There was a 40% decline in annual average Henry Hub spot rates in 2015 as compared to 2014. [189] This contributed to an average 28% drop in Exxon's price plan during the five-year period ending December 31, 2020 as compared to the Company's 2014 price plan.[190]

d.    Given Exxon's cash flow analysis was used to estimate fair value, it stands to reason that Exxon's significantly lower 2015 price plan would contribute to Exxon's related assets, including XTO assets, having a significantly lower value at December 31, 2015 as compared to December 31, 2014 (*i.e.*, lower future prices in 2015 as compared to

---

[186] Horne Tr., 76:24-78:11 (emphasis added).

[187] *See, e.g.*, EMC_RAM 000000080 at 0207, 0274.

[188] EMC_RAM 001746869; PRAM0717939; EMC_RAM 001744700; PRAM0242653; EMC_RAM 000040426; PRAM0000521.

[189] October Report, paragraph 203.

[190] October Report, paragraph 203.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **79**

**App. 1294**

**CONFIDENTIAL**

2014 projected future prices would result in less future cash flows and a lower fair value).

127. Despite these factors and contradictory evidence, Mr. Abington improperly accepts the Company's 2015 conclusion that a significant decrease in the market price of a long-lived asset (*i.e.*, an impairment indicator) did not occur during 2015. Mr. Abington provides no independent basis for his conclusion.

### 3. Mr. Abington's Acceptance of Exxon's Flawed Conclusion That An XTO Impairment Indicator Did Not Exist Conflicts With Several Other Facts And Conditions Discussed in My October Report

128. Mr. Abington also ignores or fails to properly respond to other analyses within paragraphs 169 to 249 of my October Report, supporting the identification of an impairment indicator as of and prior to the issuance of Exxon's 2015 Form 10-K. For example, and while not all-inclusive:

a. Mr. Abington improperly claims my comparison between HGT and the Company is irrelevant because, "*the nature composition of the HGT assets were different, with different depreciable bases, and cash flows for impairment testing […] Mr. Regan's comparison is irrelevant to ExxonMobil.*"[191] However, the composition of HGT's assets, depreciable bases, and cash flows for impairment testing are not relevant to whether an impairment trigger has taken place. This is demonstrated in testimony from Joseph Horne (Exxon's Accounting Policy Manager), who stated industry conditions (*i.e.,* sustained low-price environment) were comparable between HGT and the Company in relation to the identification of a potential impairment indicator:

> Q. Well, you wrote, In addition to the industry conditions affected both XOM and HGT. You wrote that on March 3rd, 2016, correct?
>
> A. Yes, as well as the four subsequent bullet points.[192]

---

[191] Abington Report, paragraph 257.

[192] Horne Tr., 206:2-6.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **80**

**App. 1295**

**CONFIDENTIAL**

b. Mr. Abington fails to acknowledge that Exxon's peers reported billions in Upstream asset-related impairments during the year ended December 31, 2015 (and consequently, must have identified an impairment trigger).[193] For example, companies like Chevron, Anadarko, and EOG each reported in their 2015 Form 10-K's that they used the successful efforts method of accounting and U.S. GAAP (as opposed to IFRS), and reported the following impairments of their oil and gas properties:

i. Chevron's Form 2015 10-K at page 24 stated, "[t]he company reported impairments for certain oil and gas properties during 2015 [$3.5 billion, see page 18] primarily **as a result of downward revisions in the company's longer-term crude oil price outlook**."[194]

ii. Anadarko's 2015 Form 10-K reported on its page 65 that Anadarko "recognized impairments of $3.0 billion related to the Company's Greater Natural Buttes oil and gas properties and $482 million for related midstream properties in the Rockies, $687 million for other U.S. onshore oil and gas properties primarily in the Southern and Appalachia Region, $557 million for other midstream properties primarily in the Rockies, and $349 million for oil and gas properties in the Gulf of Mexico, **all due to lower forecasted commodity prices**."[195]

iii. EOG's 2025 Form 10-K on its page 29 reported that, "[d]uring 2015, **due to the decline in commodity prices**, proved oil and gas properties and related assets in the United States were written down to their fair value resulting in pretax impairment charges of $6,130 million, $3,945 million net of tax. Impairments were related to legacy natural gas assets and marginal liquids plays."[196]

---

[193] *See e.g.*, October Report, paragraph 50, and EMC_RAMIREZ 000021185 (Exxon prepared "Upstream Impairment Comparison" reflecting $93.7 billion of losses during "2014-15").

[194] Chevron 2015 Form 10-K, p. 24 (emphasis added).

[195] Anadarko 2015 Form 10-K, p. 65 (emphasis added).

[196] EOG 2015 Form 10-K, p. 29 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **81**

**App. 1296**

**CONFIDENTIAL**

c. Mr. Abington also ignores or fails to properly consider the following statements from Exxon management indicative of the Company's aversion to recognizing significant impairments and whether that presented a risk that impairments, including those described in my October Report, might not be recorded on a timely basis:

i. As described in paragraph 179 of my October Report, Mr. Tillerson touted Exxon's historical investments, noting in part that Exxon doesn't write down the value of its related assets:

> **Unlike your cash cost, which is variable, once the investment is made, you are stuck with that. You live with that. We don't do write downs. If you look at our history, we do not write our investments down**. A lot of other people are very quick to want to write things down because it kind of improves things going forward. As part of our disciplined approach going forward, everyone around here understands, once you make that investment, you live with that the rest of your career. If you have invested in a high cost environment and things go south, you better have anticipated your ability to work on the things you can work on to sustain the profitability of that investment, which means the variable costs.

ii. Email communications from David Rosenthal requesting that the impairment footnote be excluded from certain draft documents give that the word impairment "gives the folks on the third floor [presumably Exxon's executive management] heartburn."[197]

F. **MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON PwC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT**

129. Mr. Abington places unwarranted reliance on the work of Exxon's external auditor, PwC.[198] This reliance extends to several areas of Mr. Abington's report, including his opinions with respect to Kearl's SEC proved reserves, deficient MD&A financial disclosure, and XTO's

---

[197] EMC_RAMIREZ 000114222 at 4222.

[198] For example, *see* the Abington Report's paragraphs and related footnotes: 8, 12, 21, 48, 100, 117, 118, 129, 145, 157, 158, 165-168, 178, 210, 217, 219, 220, 235-253, 258, 262, and 263.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **82**

**App. 1297**

**CONFIDENTIAL**

impaired long-lived assets. The flaws associated with Mr. Abington's reliance on PwC in these areas are discussed in the sections below.

1. **Exxon's Management, Not PwC, Was Responsible for the Company's Financial Statements, Including, but Not Limited to, the Disclosure of Proved Reserves and Asset Grouping's Fair Value**

130.    As stated by PwC in its 2015 audit reports, Exxon "management is responsible for [the] financial statements, for maintaining effective internal control over financial reporting and for its assessment of the effectiveness of internal control over financial reporting."[199] The SEC has similarly stated that a "**company's management has the responsibility for preparing the company's financial statements and related disclosures**."[200]

131.    PwC's responsibility was primarily limited to auditing Exxon's annual financial statements, which included tests of Exxon's records relating to its financial statements.[201] For the purposes of its annual audits, PwC's tests were designed to provide reasonable, but not absolute assurance that Exxon's annual financial statements were fairly presented in accordance with GAAP.  In contrast, PwC's interim quarterly reviews were only designed to provide negative assurance (*i.e.*, a material misstatement had not come to PwC's attention).[202]

---

[199] Exxon 2015 Form 10-K, p. 62.

[200] *All About Auditors: What Investors Need to Know*, U.S. Securities Exchange Commission, https://www.sec.gov/reportspubs/investor-publications/investorpubsaboutauditors (accessed January 5, 2025) (emphasis added).

[201] Exxon 2015 Form 10-K, p. 62 (PwC audit opinion: "Our audits of the financial statements included examining, on a test basis, evidence supporting the amounts and disclosures in the financial statements, assessing the accounting principles used and significant estimates made by management, and evaluating the overall financial statement presentation.").

[202] AU §722.25, *Evaluating the Results of Interim Review Procedures* ("A review of interim financial information is not designed to obtain reasonable assurance that the interim financial information is free of material misstatement."); *see also* AU §722.07, *Objective of a Review of Interim Financial Information* ("The objective of a review of interim financial information pursuant to this section is to provide the accountant with a basis for communicating whether he or she is aware of any material modifications that should be made to the interim financial information for it to conform with generally accepted accounting principles. The objective of a review of interim financial information differs significantly from that of an

---

**App. 1298**

**CONFIDENTIAL**

132.   In recognition of the limitations of an audit, PCAOB standards establish that Exxon's management was solely responsible for fairly presenting the Company's financial statements in accordance with GAAP.  This responsibility existed in part because Exxon's account balances and related disclosures were within management's "direct knowledge and control." [203] This responsibility and knowledge is expressly differentiated under the PCAOB standards from the responsibilities and knowledge of Exxon's auditors:

> **The financial statements are management's responsibility**. […] Management is responsible for adopting sound accounting policies and for establishing and maintaining internal control that will, among other things, initiate, record, process, and report transactions (as well as events and conditions) consistent with management's assertions embodied in the financial statements. The entity's transactions and the related assets, liabilities, and equity are within the direct knowledge and control of management. The auditor's knowledge of these matters and internal control is limited to that acquired through the audit. **Thus, the fair presentation of financial statements in conformity with generally accepted accounting principles**[fn omitted] **is an implicit and integral part of management's responsibility**.[204]

133.   Consistent with this understanding, Exxon's CEO, Mr. Tillerson, Senior Vice President and Principal Financial Officer, Mr. Swiger, and Vice President, Controller and Principal Accounting Officer, David Rosenthal, each affirmed or certified the following within the Company's 2015 Form 10-K:

> Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such

---

audit conducted in accordance with generally accepted auditing standards. A review of interim financial information does not provide a basis for expressing an opinion about whether the financial statements are presented fairly, in all material respects, in conformity with generally accepted accounting principles. A review consists principally of performing analytical procedures and making inquiries of persons responsible for financial and accounting matters, and does not contemplate (a) tests of accounting records through inspection, observation, or confirmation; (b) tests of controls to evaluate their effectiveness; (c) obtaining corroborating evidence in response to inquiries; or (d) performing certain other procedures ordinarily performed in an audit."); *see also* AS 4105, *Reviews of Interim Financial Information*.

[203] AU §110, *Responsibilities and Functions of the Independent Auditor*, .03.

[204] AU §110, *Responsibilities and Functions of the Independent Auditor*, .03 (emphasis added). *See also*, PRAM0514434 at 4436.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **84**

**App. 1299**

CONFIDENTIAL

statements were made, not misleading with respect to the period covered by this report;

[…] Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

[…] The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant […]

*     *     *

[…] the Annual Report on Form 10-K of the Company for the year ended December 31, 2015, as filed with the Securities and Exchange Commission on the date hereof (the "Report") fully complies with the requirements of Section 13(a) or 15(d), as applicable, of the Securities Exchange Act of 1934, as amended; and

[…] the information contained in the Report fairly presents, in all material respects, the financial condition and results of operations of the Company.[205]

134.   Exxon's executive management's responsibility for the Company's financial statements and internal control was also affirmed by the Company in its 2015 management representation letter provided to PwC:

> We acknowledge and confirm that we have fulfilled our responsibility, as set out in our engagement letter of May 26, 2015, for the preparation and fair presentation in of the consolidated financial statements of financial position, results of operations and cash flows in conformity with generally accepted accounting principles, for establishing and maintaining effective internal control over financial reporting and for performing an assessment of the effectiveness of internal control over financial reporting based on the criteria established in COSO's *Internal Control - Integrated Framework (2013)*.

*  *  *

---

[205] Exxon 2015 Form 10-K, Exhibits 31.1, 31.2, 31.3, 32.1, 32.2, and 32.3.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **85**

**App. 1300**

**CONFIDENTIAL**

We confirm, to the best of our knowledge and belief, that the subject financial statements, with the accompanying notes, include all disclosures, including those applicable to transactions with related parties, necessary for a fair presentation of the financial position, results of operations and cash flows of the Corporation in accordance with generally accepted accounting principles, and disclosures otherwise required to be included therein by the laws and regulations to which the Corporation is subject.

* * *

We acknowledge responsibility for the presentation of the supplemental unaudited data relating to oil and gas reserves and we believe such information, including its form and content, is fairly presented in accordance with the applicable requirements of the Financial Accounting Standards Board and the Securities and Exchange Commission (SEC). The methods of measurement or presentation have not significantly changed from those used in the prior period. We have informed you about any significant assumptions or interpretations underlying the measurement or presentation of the information.

We acknowledge our responsibility for the design and implementation of programs and controls to provide reasonable assurance that fraud is prevented and detected.[206]

135.    As a consequence of these representations and acknowledgments, management cannot simply rely on their auditors to ensure the Company's financial statements and disclosures are accurate and free from misstatement or omission. Despite this responsibility, the Abington Report often cites PwC's 2015 and 2016 audit procedures.

2.    **PwC's Annual Audits and Interim Reviews Did Not Provide Absolute Assurance that Exxon's Financial Statements Were Free of Material Misstatement**

136.    The fact that PwC issued unqualified audit opinions from 2015 to 2017 on Exxon's financial statements and internal controls is not determinative that those financial statements and disclosures complied with applicable accounting standards and SEC financial reporting rules. This is due in part because an audit, even when performed in accordance with professional auditing standards, does not provide absolute assurance that financial statements are fairly presented in accordance with GAAP, or that effective internal

---

[206] PRAM0549745.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **86**

**App. 1301**

**CONFIDENTIAL**

control over financial reporting was maintained in all material respects as of a specified date.

137. For example, auditing standards established by the PCAOB recognize that an auditor's unqualified opinion does not provide absolute assurance that financial statements are free of material misstatement.[207]  The PCAOB standards state that even if the auditor performs an audit in accordance with its standards, the auditor is able to obtain reasonable, but not absolute, assurance that material misstatements are detected:

> The auditor has a responsibility to plan and perform the audit to obtain reasonable assurance about whether the financial statements are free of material misstatement, whether caused by error or fraud. [fn omitted] **Because of the nature of audit evidence and the characteristics of fraud, the auditor is able to obtain reasonable, but not absolute, assurance that material misstatements are detected**.[fn omitted] The auditor has no responsibility to plan and perform the audit to obtain reasonable assurance that misstatements, whether caused by errors or fraud, that are not material to the financial statements are detected.[208]

138. Consistent with this understanding, PwC's 2015 engagement letters explicitly recognize the limitations of PwC's audit.  For example, the following language was included in the auditor's 2015 audit engagement letter:

> **We will design our audits to obtain reasonable, but not absolute, assurance of detecting errors or fraud that would have a material effect on the financial statements** as well as other illegal acts having a direct and material effect on financial statement amounts, and of identifying material weaknesses in internal control over financial reporting. **Absolute assurance is not attainable due to the nature of audit evidence and the characteristics of fraud**. Also, our audits are not designed to detect errors or fraud that are immaterial to the financial statements or other illegal acts having an indirect or immaterial financial statement impact or deficiencies in internal control over financial reporting that, individually or in combination, are less severe than a material weakness. **It is important to recognize that there are inherent limitations**

---

[207] AU §110, *Responsibilities and Functions of the Independent Auditor*, .02; AU §230, *Due Professional Care in the Performance of Work*, .10.

[208] AU §110, *Responsibilities and Functions of the Independent Auditor*, .02 (emphasis added); AU §316, *Consideration of Fraud in a Financial Statement Audit*, .12.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **87**

**App. 1302**

**CONFIDENTIAL**

**in the auditing process. Audits are based on the concept of selective testing of the data underlying the financial statements, which involves judgment regarding the areas to be tested and the nature, timing, extent and results of the tests to be performed. Accordingly, there is some risk that a material misstatement of the financial statements or a material weakness in internal control over financial reporting would remain undetected. Because of the characteristics of fraud, an audit designed and executed in accordance with the standards established by the PCAOB may not detect a material misstatement due to fraud. Characteristics of fraud include (i) concealment through collusion among management, employees, or third parties; (ii) withheld, misrepresented, or falsified documentation; and (iii) the ability of management to override or instruct others to override what otherwise appears to be effective controls. Further, while effective internal control over financial reporting reduces the likelihood that errors, fraud or other illegal acts will occur and remain undetected, it does not eliminate that possibility. For these reasons we cannot ensure that errors, fraud or other illegal acts, if present, will be detected.**[209]

139. Given the inherent limitations of an audit of the financial statements, an unqualified opinion, even if performed in accordance with PCAOB standards, cannot provide absolute assurance that a company's financial statements are not materially misstated. Over the years, there have been many instances in which large publicly traded companies have restated previously issued financial statements after discovering errors in those financial statements as a result of the misuse of facts and circumstances in place at the time those financial statements were originally issued. Some of the notorious examples of this include Enron, Xerox, WorldCom, and Sunbeam. These are not just isolated cases. In 2006, the U.S. Government Accountability Office ("GAO") presented a study of 1,390 restatements made because of financial reporting fraud and/or accounting errors between July 1, 2002 and September 30, 2005, and 396 restatement announcements between October 1, 2005 and June 30, 2006.[210] These are not immaterial errors since GAAP requires that such restatements be material.[211] For these engagements, the independent auditors provided

---

[209] PRAM0514434 (emphasis added).

[210] https://www.gao.gov/products/gao-06-1079sp.

[211] ASC 250-10.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **88**

**App. 1303**

**CONFIDENTIAL**

unqualified opinions, but subsequent events demonstrated that the financial statements contained material errors.

### 3. The PwC Audits and Reviews Referenced in the Abington Report Do Not Provide Any Assurance that Exxon's Reported SEC Reserves Or MD&A Were Free from Material Omissions

140. Mr. Abington's opinion that because of certain of PwC's audit procedures, the MD&A in Exxon's annual financial reports was therefore sufficient, is materially flawed. PwC did not attest to the MD&A in Exxon's 2015 annual report on Form 10-K. Under the PCAOB's AU §550, PwC's "responsibility with respect to information in a [financial statement] does not extend beyond the financial information identified in his report [*i.e.*, to the MD&A], and the auditor has no obligation to perform any procedures to corroborate other information contained in a document. However, [the auditor] should read the other information and consider whether such information, or the manner of its presentation, is materially inconsistent with information, or the manner of its presentation, appearing in the financial statements."[212]

141. Effectively, PwC was only required to read the MD&A for consistency with the financial statements it opined upon, not confirm whether the MD&A was free from material omission, which is the primary issue in this matter. Mr. Abington points to no audit documentation demonstrating that PwC performed audit procedures to test and provide assurance regarding the completeness and accuracy of MD&A disclosures.[213] Further, Mr.

---

[212] AU §550, *Other Information in Documents Containing Audited Financial Statements*, .04.

[213] For example, Mr. Abington references the following documents regarding PwC's 2015 audit procedures: PRAM0458924, PRAM0458926 and PRAM0008683. The first two documents make no mention of "Management's Discussion and Analysis" or "MD&A." The third document includes inquires and responses (*i.e.*, representations) in connection with reviews of Exxon's 10-K. This is consistent with the type of procedures required to understand Exxon's business and identify inconsistencies, but does not provide assurance as to the accuracy and completeness of the Company's MD&A.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **89**

**App. 1304**

**CONFIDENTIAL**

Abington provides no opinion that PwC provided assurances (*i.e.*, an opinion or report) as to the accuracy and completeness of Exxon's MD&A.[214]

142.   Mr. Abington also fails to properly consider other relevant information from the Company's Form 10-K filing, internal PwC communications, and deposition testimony. For example, Mr. Abington fails to properly consider:

a.   The Company's 2015 Form 10-K filing, section "B. Production Prices and Production Costs" is not covered by PwC's audit opinion.[215]

b.   PwC's internal communication, which states, "Note that PwC tests ExxonMobil's process related to reserves but the reserve quantities themselves are unaudited."[216]

c.   Relevant testimony from Mr. Wright, a Senior Manager with PwC, who testified to the limitations of PwC's audit:

> Q. All right, Take a look at – Exhibit 66 is a – is a Form 10-K. You're familiar generally with what a Form 10-K, right?
>
> A. Yes.

---

[214] For example, Mr. Abington provides no evidence that PwC performed a separate review engagement under AT 701, *Management's Discussion and Analysis*, where the primary objective is "to report whether any information came to the practitioner's attention to cause him or her to believe that— a. The MD&A presentation does not include, in all material respects, the required elements of the rules and regulations adopted by the SEC. b. The historical financial amounts included therein have not been accurately derived, in all material respects, from the entity's financial statements. c. The underlying information, determinations, estimates, and assumptions of the entity do not provide a reasonable basis for the disclosures contained therein." Nor does Mr. Mr. Abington provide evidence that PwC performed a separate examination engagement under AT 701, *Management's Discussion and Analysis*, where the primary objective is "to express an opinion on the MD&A presentation taken as a whole by reporting whether— a. The presentation includes, in all material respects, the required elements of the rules and regulations adopted by the SEC. […] b. The historical financial amounts have been accurately derived, in all material respects, from the entity's financial statements. […] c. The underlying information, determinations, estimates, and assumptions of the entity provide a reasonable basis for the disclosures contained therein.

[215] 2015 Form 10-K, p. 9.

[216] PRAM0693040.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **90**

**App. 1305**

**CONFIDENTIAL**

Q. All right. And this one was filed with the SEC by Exxon. I want you to turn to page 9, which is the Bates No. 115811, which was the … And then do you see here that they have the production prices and production costs under item B? Do you see that?

A. Yes.

Q. Okay. And this is not part of Exxon's financial statements, correct?

A. Correct.

Q. And this would not be covered by PwC's audit opinion, correct?

A. That's correct.

Q. All right. Turn if you would, to the page – well, let me ask it more specifically. So, for example, PwC did not specifically audit any of the line items under Total on page 9, including the price of bitumen per barrel, correct?

A. PwC wouldn't have audited this schedule.[217]

* * *

Q. All right. And PwC did not Audit the MD&A?

A. They do not issue an audit opinion over the MD&A.[218]

4. **Relevant Documents Do Not Appear To Be Included In PwC's Document Production, Indicative That PwC Was Not Contemporaneously Provided With Such Information During Its 2015 And 2016 Audits**

143. PwC's audit opinions and related assurances are supported by its audit working papers. In partial recognition of an audit's limitations, PwC obtained representations from Exxon's management that the Company had made available "all financial records and related data."[219]

---

[217] Wright Tr., 139:8-140:13.

[218] Wright Tr., 141:1-4.

[219] PRAM0549745.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **91**

**App. 1306**

**CONFIDENTIAL**

144. However, a search in PwC's working papers, including those referenced by Mr. Abington, and internal documents, emails, voice recordings, and testimony, indicate instances where PwC may not have been provided relevant and complete information to appropriately evaluate Exxon's accounting and disclosures under GAAP and SEC accounting-related rules. In this regard, certain relevant documents relied upon by me and produced by Exxon do not appear to be included in PwC's document production, indicative that PwC was not contemporaneously provided with such information during its 2015 and 2016 audits.[220] Moreover, Mr. Abington provides no opinion as to whether all relevant facts and circumstances known to management that were needed to fairly assess its Kearl SEC proved reserves, MD&A disclosures, and XTO's long-lived assets for impairment were contemporaneously made evident to and considered by PwC.

5. **Mr. Abington Provides No Opinion that PwC's Audits of Exxon Complied with PCAOB Standards**

145. Despite repeatedly referencing PwC's audit and interim reviews, Mr. Abington provides no opinion that PwC's related services were conducted in accordance with PCAOB standards. As discussed more fully below, this is notable because inspections of certain PwC audits by the PCAOB contemporaneous to the filings at issue in this matter indicate that approximately 24% of PwC's inspected audits failed to meet PCAOB standards.

146. Specifically, the PCAOB conducted inspections of PwC pursuant to the Sarbanes-Oxley Act ("PCAOB Inspection Reports").[221] Such inspections "are designed and performed to provide a basis for assessing the degree of compliance by a firm with applicable

---

[220] *See, e.g.*, Paragraph 201 of my October Report, which highlights numerous examples of lower internal price plans utilized by the Company that differ from those used in the asset recoverability assessment reviewed by PwC (EMC_RAM_NYAG 000993111, EMC_RAM 001661576, EMC_RAM 001670737, EMC_RAM 001661558, EMC_RAM 001661600, EMC_RAM_NYAG 000993130); *see, e.g.*, Kearl Related documents (EMC_RAMIREZ 000033450, EMC_RAMIREZ 000041674, EMC_RAMIREZ 000047764, EMC_RAMIREZ 000047767, EMC_RAMIREZ 000047769, EMC_RAMIREZ 000047771, EMC_RAMIREZ 000056322, EMC_RAMIREZ 000062103, EMC_RAMIREZ 000068234, EMC_RAMIREZ 000074864, EMC_RAMIREZ 000079688, EMC_RAM_SEC 000059059, EMC_RAM_SEC 000083615, EMC_RAM_SEC 000083970).

[221] https://pcaobus.org/oversight/inspections/firm-inspection-reports.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **92**

**App. 1307**

**CONFIDENTIAL**

requirements related to auditing issuers."[222] The PCAOB reviewed 218 PwC audits as reflected in its 2014, 2015, 2016 and 2017 inspection reports.[223] These inspections were of PwC's 2013, 2014, 2015 and 2016 audits. It is unknown whether PwC's audits of Exxon were part of the PCAOB inspections, as the PCAOB Inspection Reports do not identify the names of the issuers. The reviews "were intended to identify whether deficiencies existed in the reviewed work, and whether such deficiencies indicated defects or potential defects in the Firm's system of quality control over audits."[224] Further, the "inspection included a review of policies and procedures related to certain quality control processes of the Firm that could be expected to affect audit quality."[225]

147.    The PCAOB Inspection Reports reflect that deficiencies were identified in 24% (nearly 1 out of every 4 audits) of the 218 PwC audits that were reviewed:[226]

---

[222] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[223] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, pp. 2-5; PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, pp. 2-4; PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 3; PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 2.

[224] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[225] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 1.

[226] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, pp. 2-5; PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, pp. 2-4; PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 3; PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 2.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **93**

**App. 1308**

**CONFIDENTIAL**

| Inspection Year | Issuance Date | Audits Reviewed Where PwC was Principal Auditor | Audits Where PwC Did Not Have Sufficient Appropriate Audit Evidence to Support its Opinion | % |
|---|---|---|---|---|
| 2014 | 06/30/15 | 57 | 17 | 30% |
| 2015 | 08/10/16 | 53 | 12 | 23% |
| 2016 | 12/19/17 | 53 | 11 | 21% |
| 2017 | 02/28/19 | 55 | 13 | 24% |
| | | 218 | 53 | 24% |

148.    As asserted by the PCAOB, the deficiencies were of such significance that it appeared to the inspection team that at the time it issued its audit reports, PwC had not:

> […] [O]btained sufficient appropriate audit evidence to support its opinion that the financial statements were presented fairly, in all material respects, in accordance with the applicable financial reporting framework and/or its opinion about whether the issuer had maintained, in all material respects, effective internal control over financial reporting ("ICFR").[227]

149.    The PCAOB Inspection Reports further stated that PwC "issued […] opinion[s] without satisfying its fundamental obligation to obtain reasonable assurance about whether the financial statements were free of material misstatement and/or the issuer maintained effective ICFR."[228]

150.    Although the PCAOB Inspection Reports noted specific PCAOB audit standards related to the deficiencies, the PCAOB observed that "[m]any audit deficiencies involve a lack of due professional care."[229]

151.    Of particular note, the PCAOB's reports on its 2014 through 2017 inspections of PwC's audits included the following results:

---

[227] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 3

[228] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 3 (The PCAOB stated that "[w]hether or not associated with a disclosed financial reporting misstatement, an auditor's failure to obtain the reasonable assurance that the auditor is required to obtain is a **serious matter**.") (emphasis added).

[229] *See, e.g.*, PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 24. (NOTE: The "2015 Inspection" relates to audits performed in 2014).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **94**

**App. 1309**

**CONFIDENTIAL**

a.  In its 2014 inspection report of PwC's 2013 audits, the PCAOB asserted audit deficiencies that included failures pertaining to PwC's auditing of impairment, cash flow estimates and projections, and/or underlying data/assumptions related to valuing its clients' assets or liabilities.[230] Of particular relevance, in connection with one audit, the PCAOB concluded that PwC's testing of impairment "failed to sufficiently evaluate the reasonableness of certain significant assumptions underlying the cash-flow projections […]."[231] The PCAOB further observed that for certain price assumptions, "the issuer used market information as of four months before the date of the [impairment analysis], but [PwC] **failed to evaluate the reasonableness of the use of this information in light of significant price declines throughout the year**."[232] Simply stated, PwC appears to have failed to test whether the assumed pricing used in its client's impairment analysis reflected current prices and was reasonable. This failure is consistent with Exxon's failure to properly consider all available information, including significant price declines, when developing its estimates relating to XTO's impaired assets at December 31, 2015.

b.  In its 2015 inspection of 2014 audits, the PCAOB asserted audit deficiencies that included failures pertaining to PwC's auditing of impairment, cash flow estimates and projections, and/or underlying data/assumptions related to valuing its clients' assets or liabilities.[233] For example, in connection with one inspected audit, the PCAOB concluded that PwC "**failed to sufficiently evaluate the reasonableness of the cash-**

---

[230] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, (Issuers A-E, Issuers G-L and Issuer N). Impairment related audit failures were observed for four specific audits (Issuers A-C, H) [see page 28 of inspection report]. (NOTE: The "2014 Inspection" relates to audits performed in 2013).

[231] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, p. 6.

[232] PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122, p. 6.

[233] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, (Issuers A-C, Issuers E-F). Impairment related audit failures were observed for three specific audits (Issuers A, B, F) [see page 27]. (NOTE: The "2015 Inspection" relates to audits performed in 2014).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **95**

**App. 1310**

**CONFIDENTIAL**

**flow forecasts**."[234] The PCAOB further observed that PwC "concluded that the cash-flow forecasts used in the analysis were reasonable without considering (1) that **the forecasts were significantly different from the actual results for the year under audit** and (2) that the actual results for the year under audit were significantly different from the issuer's cash-flow forecasts for that year that had been made in the prior year." [235] Stated simply, PwC appears to have failed to properly assess the reasonableness of its client's impairment estimates, including giving the requisite consideration of actual results. This failure is again consistent with Exxon's failure to properly consider all available information when developing its estimates relating to XTO's impaired assets at December 31, 2015.

c.   In its 2016 inspection of 2015 audits, the PCAOB identified audit deficiencies that during the audit of two companies (Issuer C and F) and involved PwC's audit procedures over "**oil and gas properties for possible impairment**."[236] With respect to PwC's audits of Issuers C and F, the PCAOB concluded that PwC "**failed to perform sufficient procedures related to evaluation of oil and gas properties for possible impairment**."[237] Of further note, in connection with its audit of Issuer F, the PCAOB concluded that PwC failed to: (i) identify differences between the client's price assumptions and prices realized during the year, and (ii) identify and test a control designed to address the reasonableness of "**pricing assumptions for each type of commodity based on certain historical prices ('benchmark prices'), to which the client applied adjustments for conditions specific to each oil and gas property**

---

[234] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 6 (emphasis added).

[235] PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140, p. 6 (emphasis added).

[236] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, (Issuers A-C, Issuers E-F, Issuers I and K). Impairment related audit failures were observed for four specific audits (Issuers B, C, F, and I) [see page 27]. (Issuer C and F at pp. 14 and 20). (NOTE: The "2016 Inspection" relates to audits performed in 2015).

[237] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, pp. 14 and 20 (emphasis added).

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **96**

**App. 1311**

CONFIDENTIAL

('differentials').”[238] In a separate audit, the PCAOB found that PwC failed to “to **sufficiently evaluate the reasonableness of significant assumptions underlying the estimated future cash flows** that [Issuer E] used to assess the possible impairment of [its assets].”[239] In this regard, the PCAOB observed that PwC failed to take into account that forecasts for prices were “substantially” different that actual prices during the prior comparative year.[240] These asserted failures are consistent with Exxon's failures at issue, including the Company's failures to consider actual costs associated with Kearl bitumen prices and develop reasonable natural gas price assumptions.

d. In its 2017 inspection of 2016 audits, the PCAOB identified audit deficiencies that included deficiencies relating to PwC's assessment of client forecasts.[241] For example, during its inspection of one audit, the PCAOB concluded PwC failed to properly consider relevant information when assessing the reasonableness of its client's forecasts. The PCAOB noted:

> As part of its assessment of the reasonableness of the issuer's forecasts, the Firm [PwC] obtained certain oil and gas industry information related to future trends in oil prices. The Firm [PwC] noted that the issuer's forecasts assumed the oil prices would rise to pre-acquisition prices in the second year of the forecast period. The Firm [PwC], however, failed to consider that the industry information it had obtained indicated that oil prices were not expected to return to pre-acquisition prices until at least the third year of the issuer's forecast period.[242]

---

[238] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 21 (emphasis added).

[239] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 18 (emphasis added).

[240] PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001, p. 19.

[241] PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044. See for example, PwC's referenced audits of Issuers A, F and H. (NOTE: The “2017 Inspection” relates to audits performed in 2016).

[242] PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044, p. 19.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**                    **97**

**App. 1312**

This failure is consistent with Exxon's failure to properly consider all available information when developing its estimates relating to XTO's impaired assets at December 31, 2015.

152. The existence of these deficiencies in PwC's audits during years preceding and during the relevant period suggest that PwC's unqualified opinions on Exxon's financial statements and internal controls are not determinative that those financial statements and disclosures, including those pertaining to Exxon's ICFR, complied with applicable accounting standards and Regulation S-K and were thus free from material misstatements or omissions.

153. My discussion of restatements and the PCAOB inspections of audits performed by PwC are presented to rebut Mr. Abington's inference in his report that because relevant financial statements and ICFR assertions of Exxon were audited by PwC, there were no material misstatements or omissions in those audited financial statements or other relevant disclosures. I am not opining as to whether PwC's audits of Exxon's financial statements and ICFR conformed with PCAOB audit standards.

**G.** **MR. ABINGTON'S REPEATED REFERENCES TO AND RELIANCE ON SEC DOES NOT REFUTE THE OPINIONS EXPRESSED IN MY OCTOBER REPORT**

154. In addition to repeatedly referencing PwC, Mr. Abington asserts that I did not "reconcile" my opinions to the SEC's review of Exxon's 2015 Form 10-K and his understanding that the SEC "did not challenge [Exxon's] determination that the [XTO] assets were not impaired in 2016" and "did not require [Exxon] to de-book reserves or make any other changes to its 2015 Form 10-K."[243] For many of the same reasons described above, Mr. Abington's criticism is meritless and misleading. Specifically, as noted in the following SEC communications prepared in connection with its review of Exxon's 2015 financial

---

[243] Abington Report, paragraph 14.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**     **98**

**App. 1313**

**CONFIDENTIAL**

statements, and beginning at paragraph 130 above, Exxon management was responsible for the fair presentation of its financial statements, not the SEC (highlights added):[244]

> We have completed our review of your filing. We remind you that the company and its management are responsible for the accuracy and adequacy of their disclosures, notwithstanding any review, comments, action or absence of action by the staff.

155.    In this regard, the SEC's review process and related comments do not provide any opinion or assurance that Exxon's 2015 financial statements and Form-10-K disclosures were free of material misstatement. Furthermore, a relevant SEC release notes registrants may not use the existence, or absence of, SEC comment letters or Staff comments as a defense in SEC proceedings or actions brought under the Federal securities laws.[245]

156.    Moreover, Mr. Abington ignores or fails to properly consider whether the SEC obtained relevant evidence cited by me in this matter. Indeed, the SEC did not obtain deposition testimony taken by Plaintiff's counsel in this matter. Nor does Mr. Abington demonstrate that the SEC obtained all relevant information referenced in my October Report and herein. As such, Mr. Abington's repeated reference to the SEC does not cause me to change the opinions expressed in my October Report.

_____
D. Paul Regan, CPA/CFF

---

[244] SEC Comment Letter to Exxon Mobil Corporation, April 10, 2017.

[245] Press Release "SEC Staff to Publicly Release Comment Letters and Responses," Securities and Exchange Commission, June 24, 2004, https://www.sec.gov/news/press/2004-89.htm; "Announcement: 'Tandy' Representations No Longer Needed in Filing Reviews," Securities and Exchange Commission, October 5, 2016, <https://www.sec.gov/corpfin/announcement/cf-announcement---no-more-tandy-language.html>.

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**          **99**

**App. 1314**

**Uintah Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 | $5.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.96 | $3.15 | $3.36 | $3.44 | $3.53 | $3.62 | $3.71 | $3.80 | $3.89 | $3.99 | $4.09 | $4.19 | $4.30 | $4.41 | $4.52 | $4.63 | $4.74 | $4.86 | $4.98 | $5.11 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $61.02 | $75.21 | $88.43 | $96.75 | $104.52 | $111.92 | $119.31 | $125.81 | $132.41 | $137.43 | $140.70 | $144.21 | $148.41 | $140.68 | $155.92 | $257.99 | $368.03 | $462.88 | $515.84 | $553.71 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $8.01 | $9.87 | $11.60 | $12.69 | $13.72 | $14.69 | $15.66 | $16.51 | $17.37 | $18.03 | $18.46 | $18.92 | $19.47 | $18.46 | $20.46 | $33.85 | $48.29 | $60.74 | $67.69 | $72.66 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $74.59 | $94.61 | $116.92 | $127.99 | $138.26 | $148.11 | $157.95 | $166.59 | $175.34 | $182.01 | $186.32 | $191.00 | $196.56 | $186.15 | $193.53 | $250.63 | $356.98 | $448.59 | $499.81 | $536.34 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($52.58) | ($37.15) | ($22.27) | ($16.45) | ($11.04) | ($6.89) | ($3.09) | $1.85 | $5.13 | $7.48 | $8.77 | $10.25 | $10.89 | ($385.81) | ($547.10) | ($684.33) | ($439.56) | ($370.10) | ($174.04) | $382.56 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($186.87) | ($224.03) | ($246.29) | ($262.75) | ($273.78) | ($280.68) | ($283.76) | ($281.91) | ($276.78) | ($269.30) | ($260.53) | ($250.28) | ($239.39) | ($625.20) | ($1,172.30) | ($1,856.63) | ($2,296.18) | ($2,666.28) | ($2,840.32) | ($2,457.76) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1
(EMC RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2072 (i.e., excluding net cash outflows for 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 | $9.77 | $10.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.24 | $5.37 | $5.50 | $5.64 | $5.78 | $5.93 | $6.07 | $6.23 | $6.38 | $6.54 | $6.70 | $6.87 | $7.04 | $7.22 | $7.40 | $7.58 | $7.77 | $7.97 | $8.17 | $8.37 | $8.58 | $8.80 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $523.97 | $431.55 | $381.40 | $348.24 | $323.42 | $302.56 | $286.17 | $271.02 | $259.14 | $248.56 | $239.20 | $229.03 | $219.98 | $211.39 | $203.76 | $195.42 | $188.01 | $180.94 | $174.44 | $167.00 | $160.00 | $153.03 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $68.76 | $56.63 | $50.05 | $45.70 | $42.44 | $39.70 | $37.55 | $35.56 | $34.00 | $32.62 | $31.39 | $30.05 | $28.87 | $27.74 | $26.74 | $25.64 | $24.67 | $23.74 | $22.89 | $21.91 | $21.00 | $20.08 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $507.63 | $418.37 | $369.96 | $338.51 | $314.82 | $294.82 | $279.01 | $264.30 | $252.67 | $242.27 | $233.05 | $223.06 | $214.16 | $205.70 | $198.19 | $189.99 | $182.70 | $175.74 | $169.35 | $162.07 | $155.23 | $148.44 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $360.33 | $291.94 | $254.57 | $230.15 | $211.55 | $195.70 | $182.99 | $171.06 | $161.45 | $152.74 | $144.91 | $136.45 | $128.80 | $121.46 | $114.82 | $107.62 | $101.08 | $94.78 | $88.88 | $82.28 | $75.98 | $69.69 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,097.43) | ($1,805.49) | ($1,550.93) | ($1,320.78) | ($1,109.23) | ($913.54) | ($730.55) | ($559.48) | ($398.04) | ($245.30) | ($100.39) | $36.06 | $164.87 | $286.33 | $401.15 | $508.77 | $609.85 | $704.64 | $793.52 | $875.80 | $951.77 | $1,021.46 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
(EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook
contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2072 (i.e., excluding
net cash outflows for 2073), the max year of profitability at this price
point.

[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from
PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and
quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from
PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from
PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2072 |
| Total Revenue Through 2072 | $11,467 |
| Total Cash OPEX Through 2072 | ($5,090) |
| Total CAPEX Through 2072 | ($4,965) |
| Total Net Cash Flow Through | $1,412 |
| | |
| Book Value [3] | $1,881 |
| | |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $10.27 | $10.52 | $10.79 | $11.06 | $11.33 | $11.62 | $11.91 | $12.21 | $12.51 | $12.82 | $13.14 | $13.47 | $13.81 | $14.15 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $9.02 | $9.24 | $9.47 | $9.71 | $9.95 | $10.20 | $10.46 | $10.72 | $10.99 | $11.26 | $11.54 | $11.83 | $12.13 | $12.43 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $146.49 | $139.26 | $132.75 | $126.54 | $120.96 | $114.99 | $109.62 | $104.49 | $99.88 | $94.95 | $90.51 | $86.28 | $82.47 | $78.40 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $19.22 | $18.27 | $17.42 | $16.61 | $15.87 | $15.09 | $14.38 | $13.71 | $13.11 | $12.46 | $11.88 | $11.32 | $10.82 | $10.29 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $142.09 | $135.08 | $128.76 | $122.74 | $117.33 | $111.54 | $106.32 | $101.35 | $96.88 | $92.10 | $87.79 | $83.69 | $79.99 | $76.05 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $63.71 | $57.18 | $51.17 | $45.34 | $39.95 | $34.23 | $28.93 | $23.77 | $18.97 | $13.89 | $9.14 | $4.50 | $0.15 | ($4.44) |
| Cumulative Undiscounted Cash Flow | [C-5] | $1,085.17 | $1,142.36 | $1,193.52 | $1,238.86 | $1,278.81 | $1,313.04 | $1,341.97 | $1,365.74 | $1,384.71 | $1,398.60 | $1,407.74 | $1,412.24 | $1,412.39 | $1,407.95 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
    (EMC RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2072 (i.e., excluding net cash outflows for 2073), the max year of profitability at this price point.
[C-1]  Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $10,839 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through | $865 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 | $5.56 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $3.01 | $3.05 | $3.21 | $3.29 | $3.37 | $3.46 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.01 | $4.11 | $4.21 | $4.32 | $4.42 | $4.53 | $4.65 | $4.76 | $4.88 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $62.00 | $72.89 | $84.50 | $92.45 | $99.88 | $106.96 | $114.02 | $120.23 | $126.53 | $131.33 | $134.45 | $137.81 | $141.82 | $134.44 | $149.00 | $246.54 | $351.70 | $442.33 | $492.95 | $529.14 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $8.14 | $9.57 | $11.09 | $12.13 | $13.11 | $14.04 | $14.96 | $15.78 | $16.60 | $17.23 | $17.64 | $18.08 | $18.61 | $17.64 | $19.55 | $32.35 | $46.15 | $58.04 | $64.69 | $69.43 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $75.70 | $91.99 | $112.48 | $123.13 | $133.01 | $142.49 | $151.97 | $160.27 | $168.69 | $175.11 | $179.26 | $183.76 | $189.11 | $179.09 | $185.70 | $237.68 | $338.50 | $425.36 | $473.91 | $508.55 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($51.48) | ($39.77) | ($26.71) | ($21.31) | ($16.28) | ($12.51) | ($9.08) | ($4.47) | ($1.51) | $0.58 | $1.71 | $3.01 | $3.44 | ($392.87) | ($554.93) | ($697.28) | ($458.03) | ($393.34) | ($199.94) | $354.76 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($185.77) | ($225.54) | ($252.25) | ($273.56) | ($289.84) | ($302.35) | ($311.43) | ($315.90) | ($317.41) | ($316.83) | ($315.12) | ($312.11) | ($308.67) | ($701.54) | ($1,256.47) | ($1,953.75) | ($2,411.78) | ($2,805.12) | ($3,005.06) | ($2,650.29) |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 2
  (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook
  contained in PRAM0031461.
[4] Cash Flows have been considered through year 2071 (i.e., excluding
  net cash outflows for 2072 - 2073), the max year of profitability at this
  price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from
  PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and
  quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
  and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from
  PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from
  PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2071 | |
| Total Revenue Through 2071 | $10,839 | |
| Total Cash OPEX Through 2071 | ($5,010) | |
| Total CAPEX Through 2071 | ($4,965) | |
| Total Net Cash Flow Through | $865 | |
| Book Value [3] | $1,881 | |
| Impairment Indicator? | Yes | |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.00 | $5.13 | $5.26 | $5.39 | $5.52 | $5.66 | $5.80 | $5.95 | $6.10 | $6.25 | $6.41 | $6.57 | $6.73 | $6.90 | $7.07 | $7.25 | $7.43 | $7.62 | $7.81 | $8.00 | $8.20 | $8.41 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $500.72 | $412.40 | $364.47 | $332.79 | $309.07 | $289.13 | $273.47 | $258.99 | $247.64 | $237.53 | $228.58 | $218.86 | $210.22 | $202.01 | $194.72 | $186.75 | $179.66 | $172.91 | $166.70 | $159.59 | $152.90 | $146.24 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $65.71 | $54.12 | $47.83 | $43.67 | $40.56 | $37.94 | $35.89 | $33.98 | $32.50 | $31.17 | $29.99 | $28.72 | $27.58 | $26.51 | $25.55 | $24.51 | $23.58 | $22.69 | $21.88 | $20.94 | $20.06 | $19.19 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $481.32 | $396.70 | $350.81 | $321.03 | $298.58 | $279.63 | $264.64 | $250.69 | $239.66 | $229.79 | $221.04 | $211.56 | $203.12 | $195.09 | $187.96 | $180.18 | $173.26 | $166.66 | $160.59 | $153.69 | $147.20 | $140.76 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $334.03 | $270.27 | $235.42 | $212.66 | $195.31 | $180.51 | $168.62 | $157.46 | $148.44 | $140.26 | $132.90 | $124.95 | $117.76 | $110.85 | $104.59 | $97.81 | $91.64 | $85.70 | $80.13 | $73.89 | $67.95 | $62.01 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,316.27) | ($2,045.99) | ($1,810.57) | ($1,597.91) | ($1,402.60) | ($1,222.09) | ($1,053.47) | ($896.01) | ($747.57) | ($607.31) | ($474.41) | ($349.46) | ($231.70) | ($120.85) | ($16.25) | $81.55 | $173.20 | $258.90 | $339.02 | $412.91 | $480.86 | $542.87 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2
  (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook
  contained in PRAM0031461.
[4] Cash Flows have been considered through year 2071 (i.e., excluding
  net cash outflows for 2072 - 2073), the max year of profitability at this
  price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from
  PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and
  quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
  and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from
  PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from
  PRAM0031461, adjusting for [C-1] through [C-4].

| Uintah Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2071 |
| Total Revenue Through 2071 | $10,839 |
| Total Cash OPEX Through 2071 | ($5,010) |
| Total CAPEX Through 2071 | ($4,965) |
| Total Net Cash Flow Through | $865 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.81 | $10.06 | $10.31 | $10.57 | $10.83 | $11.10 | $11.38 | $11.66 | $11.96 | $12.25 | $12.56 | $12.87 | $13.20 | $13.53 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.62 | $8.83 | $9.05 | $9.28 | $9.51 | $9.75 | $9.99 | $10.24 | $10.50 | $10.76 | $11.03 | $11.30 | $11.59 | $11.88 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $139.99 | $133.08 | $126.86 | $120.93 | $115.59 | $109.88 | $104.75 | $99.85 | $95.45 | $90.73 | $86.49 | $82.45 | $78.81 | $74.92 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $18.37 | $17.46 | $16.65 | $15.87 | $15.17 | $14.42 | $13.75 | $13.10 | $12.53 | $11.91 | $11.35 | $10.82 | $10.34 | $9.83 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $134.74 | $128.09 | $122.10 | $116.39 | $111.25 | $105.76 | $100.82 | $96.10 | $91.87 | $87.33 | $83.25 | $79.35 | $75.85 | $72.11 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $56.35 | $50.19 | $44.50 | $38.99 | $33.87 | $28.46 | $23.43 | $18.53 | $13.96 | $9.12 | $4.60 | $0.17 | ($3.99) | ($8.38) |
| Cumulative Undiscounted Cash Flow | [C-5] | $599.22 | $649.42 | $693.92 | $732.90 | $766.78 | $795.24 | $818.66 | $837.19 | $851.15 | $860.27 | $864.86 | $865.04 | $861.05 | $852.67 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 2
     (EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook
     contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2071 (i.e., excluding
     net cash outflows for 2072 - 2073), the max year of profitability at this
     price point.
[C-1] Calculated Exxon's Uintah natural gas price differential sourced from
      PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and
      quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1]
      and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from
      PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from
      PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | Notes | |
|---|---|---|
| Max Profitable Year | [4] | 2070 |
| Total Revenue Through 2070 | | $10,540 |
| Total Cash OPEX Through 2070 | | ($4,931) |
| Total CAPEX Through 2070 | | ($4,965) |
| Total Net Cash Flow Through | | $645 |
| | | |
| Book Value | [3] | $1,881 |
| | | |
| Impairment Indicator? | | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.89 | $3.01 | $3.15 | $3.23 | $3.31 | $3.39 | $3.48 | $3.56 | $3.65 | $3.74 | $3.84 | $3.93 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 |
| NGL ($/bbl) | [2] | $17.31 | $18.79 | $21.03 | $23.42 | $27.85 | $28.51 | $29.16 | $29.87 | $30.61 | $31.36 | $32.14 | $32.94 | $33.77 | $34.61 | $35.47 | $36.36 | $37.27 | $38.20 | $39.16 | $40.14 | $41.14 | $42.17 |
| C&C ($/bbl) | [2] | $44.39 | $45.54 | $50.62 | $55.91 | $65.77 | $67.40 | $69.17 | $70.98 | $72.83 | $74.78 | $76.65 | $78.57 | $80.53 | $82.54 | $84.61 | $86.72 | $88.89 | $91.11 | $93.39 | $95.72 | $98.12 | $100.57 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 12.47 | 17.26 | 20.62 | 23.88 | 26.33 | 28.11 | 29.63 | 30.95 | 32.19 | 33.12 | 34.00 | 34.43 | 34.39 | 34.39 | 34.53 | 31.93 | 34.53 | 55.73 | 77.57 | 95.18 | 103.48 | 108.37 |
| Fuel - GCF | [2] | 1.56 | 2.19 | 2.71 | 3.13 | 3.46 | 3.69 | 3.89 | 4.06 | 4.22 | 4.35 | 4.46 | 4.52 | 4.51 | 4.51 | 4.53 | 4.19 | 4.53 | 7.31 | 10.18 | 12.49 | 13.58 | 14.22 |
| NGL NAFS - MBBL | [2] | 0.53 | 0.81 | 1.05 | 1.22 | 1.35 | 1.44 | 1.52 | 1.59 | 1.65 | 1.70 | 1.75 | 1.77 | 1.77 | 1.77 | 1.78 | 1.64 | 1.34 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.10 | 0.10 | 0.08 | 0.08 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.09 | 0.08 | 0.08 | 0.08 | 0.08 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| *Liquids - MBBL* | [2] | 0.63 | 0.91 | 1.13 | 1.30 | 1.43 | 1.53 | 1.61 | 1.67 | 1.74 | 1.79 | 1.83 | 1.86 | 1.85 | 1.85 | 1.86 | 1.72 | 1.43 | 0.11 | 0.16 | 0.21 | 0.23 | 0.24 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $32.55 | $47.75 | $59.66 | $71.97 | $82.93 | $90.74 | $98.03 | $104.97 | $111.90 | $118.00 | $124.18 | $128.89 | $131.95 | $135.25 | $139.19 | $131.94 | $146.23 | $241.96 | $345.16 | $434.12 | $483.79 | $519.31 |
| NGL Revenue | [2] | $9.10 | $15.16 | $22.09 | $28.55 | $37.51 | $41.05 | $44.29 | $47.44 | $50.59 | $53.35 | $56.18 | $58.33 | $59.74 | $61.25 | $63.06 | $59.76 | $50.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $4.45 | $4.71 | $4.06 | $4.65 | $5.61 | $5.81 | $5.98 | $6.17 | $6.37 | $6.52 | $6.66 | $6.77 | $6.81 | $6.90 | $6.98 | $6.65 | $7.48 | $10.34 | $15.37 | $19.67 | $22.16 | $23.90 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $4.06 | $6.06 | $7.83 | $9.44 | $10.88 | $11.91 | $12.86 | $13.77 | $14.68 | $15.48 | $16.30 | $16.91 | $17.32 | $17.75 | $18.26 | $17.31 | $19.19 | $31.75 | $45.29 | $56.97 | $63.48 | $68.14 |
| MSO Income | [2] | $5.03 | $6.93 | $8.79 | $10.23 | $11.42 | $12.38 | $13.28 | $14.14 | $15.00 | $15.74 | $16.51 | $17.08 | $17.45 | $17.85 | $18.33 | $17.38 | $17.83 | $24.50 | $35.53 | $45.03 | $50.36 | $54.19 |
| Processing & Transportation | [2] | ($16.80) | ($22.64) | ($27.47) | ($31.95) | ($35.65) | ($38.64) | ($41.43) | ($44.09) | ($46.76) | ($49.09) | ($51.46) | ($53.25) | ($54.40) | ($55.63) | ($57.12) | ($54.15) | ($55.49) | ($76.06) | ($110.25) | ($139.73) | ($156.25) | ($168.11) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($1.82) | ($1.86) | ($1.91) | ($1.95) | ($2.00) | ($2.05) | ($2.11) | ($2.16) | ($2.21) | ($2.27) | ($2.32) | ($2.38) | ($2.44) | ($2.50) | ($2.56) | ($2.63) | ($2.69) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $36.56 | $56.12 | $73.05 | $90.94 | $110.71 | $121.19 | $130.91 | $140.24 | $149.57 | $157.75 | $166.03 | $172.35 | $176.43 | $180.87 | $186.13 | $176.26 | $182.57 | $232.50 | $331.11 | $416.06 | $463.55 | $497.43 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($55.91) | ($60.08) | ($59.39) | ($64.09) | ($69.92) | ($73.05) | ($76.07) | ($79.06) | ($82.14) | ($84.94) | ($87.88) | ($90.38) | ($92.42) | ($94.57) | ($97.07) | ($95.38) | ($96.29) | ($107.49) | ($120.53) | ($129.79) | ($143.97) | ($153.78) |
| Capex | [3] | ($41.68) | ($69.29) | ($67.78) | ($67.68) | ($69.27) | ($71.39) | ($73.23) | ($75.94) | ($78.90) | ($79.80) | ($82.33) | ($84.15) | ($85.13) | ($86.18) | ($88.59) | ($476.58) | ($644.34) | ($827.47) | ($676.01) | ($688.91) | ($529.87) | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($61.03) | ($73.26) | ($54.13) | ($40.82) | ($28.48) | ($23.25) | ($18.38) | ($14.76) | ($11.47) | ($6.99) | ($4.17) | ($2.18) | ($1.11) | $0.11 | $0.46 | ($395.70) | ($558.06) | ($702.46) | ($465.42) | ($402.63) | ($210.30) | $343.65 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($61.03) | ($134.29) | ($188.42) | ($229.24) | ($257.72) | ($280.97) | ($299.35) | ($314.11) | ($325.58) | ($332.58) | ($336.75) | ($338.93) | ($340.05) | ($339.93) | ($339.47) | ($735.17) | ($1,293.23) | ($1,995.69) | ($2,461.11) | ($2,863.74) | ($3,074.04) | ($2,730.39) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
  (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2070 |
| Total Revenue Through 2070 | $10,540 |
| Total Cash OPEX Through 2070 | ($4,931) |
| Total CAPEX Through 2070 | ($4,965) |
| Total Net Cash Flow Through | $645 |
| Book Value [3] | $1,881 |
| Impairment Indicator? | Yes |

| | Notes | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 | $9.17 | $9.40 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.91 | $5.03 | $5.16 | $5.29 | $5.42 | $5.56 | $5.70 | $5.84 | $5.98 | $6.13 | $6.29 | $6.44 | $6.61 | $6.77 | $6.94 | $7.11 | $7.29 | $7.47 | $7.66 | $7.85 | $8.05 | $8.25 |
| NGL ($/bbl) | [2] | $43.22 | $44.30 | $45.41 | $46.55 | $47.71 | $48.90 | $50.12 | $51.38 | $52.66 | $53.98 | $55.33 | $56.71 | $58.13 | $59.58 | $61.07 | $62.60 | $64.16 | $65.77 | $67.41 | $69.10 | $70.82 | $72.60 |
| C&C ($/bbl) | [2] | $103.08 | $105.66 | $108.30 | $111.01 | $113.79 | $116.63 | $119.55 | $122.53 | $125.60 | $128.74 | $131.96 | $135.26 | $138.64 | $142.10 | $145.65 | $149.30 | $153.03 | $156.85 | $160.78 | $164.80 | $168.92 | $173.14 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 100.05 | 80.39 | 69.32 | 61.75 | 55.95 | 51.06 | 47.12 | 43.54 | 40.61 | 38.00 | 35.68 | 33.33 | 31.23 | 29.28 | 27.54 | 25.76 | 24.18 | 22.71 | 21.36 | 19.95 | 18.64 | 17.40 |
| Fuel - GCF | [2] | 13.13 | 10.55 | 9.10 | 8.10 | 7.34 | 6.70 | 6.18 | 5.71 | 5.33 | 4.99 | 4.68 | 4.37 | 4.10 | 3.84 | 3.61 | 3.38 | 3.17 | 2.98 | 2.80 | 2.62 | 2.45 | 2.28 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| *Liquids - MBBL* | [2] | 0.22 | 0.18 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.11 | 0.10 | 0.09 | 0.09 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $491.42 | $404.74 | $357.70 | $326.61 | $303.33 | $283.76 | $268.39 | $254.18 | $243.04 | $233.12 | $224.33 | $214.80 | $206.32 | $198.25 | $191.10 | $183.28 | $176.33 | $169.70 | $163.60 | $156.63 | $150.06 | $143.52 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $22.69 | $18.70 | $16.61 | $15.79 | $15.05 | $14.35 | $13.71 | $13.04 | $12.43 | $11.85 | $11.32 | $10.76 | $10.26 | $9.78 | $9.35 | $8.89 | $8.47 | $8.08 | $7.72 | $7.34 | $7.00 | $6.67 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $64.49 | $53.11 | $46.94 | $42.86 | $39.80 | $37.24 | $35.22 | $33.35 | $31.89 | $30.59 | $29.44 | $28.19 | $27.07 | $26.02 | $25.08 | $24.05 | $23.14 | $22.27 | $21.47 | $20.55 | $19.69 | $18.83 |
| MSO Income | [2] | $51.27 | $42.11 | $37.15 | $33.91 | $31.48 | $29.45 | $27.85 | $26.37 | $25.22 | $24.19 | $23.28 | $22.29 | $21.41 | $20.58 | $19.84 | $19.03 | $18.31 | $17.62 | $16.99 | $16.27 | $15.59 | $14.91 |
| Processing & Transportation | [2] | ($159.06) | ($130.63) | ($115.25) | ($105.13) | ($97.58) | ($91.24) | ($86.27) | ($81.70) | ($78.12) | ($74.95) | ($72.13) | ($69.08) | ($66.36) | ($63.78) | ($61.50) | ($58.99) | ($56.77) | ($54.65) | ($52.69) | ($50.45) | ($48.34) | ($46.24) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $470.80 | $388.04 | $343.15 | $314.03 | $292.09 | $273.55 | $258.90 | $245.25 | $234.45 | $224.80 | $216.24 | $206.96 | $198.70 | $190.85 | $183.87 | $176.26 | $169.48 | $163.03 | $157.09 | $150.33 | $143.99 | $137.69 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($147.30) | ($126.43) | ($115.39) | ($108.36) | ($103.27) | ($99.12) | ($96.02) | ($93.23) | ($91.22) | ($89.53) | ($88.14) | ($86.61) | ($85.36) | ($84.24) | ($83.37) | ($82.37) | ($81.61) | ($80.96) | ($80.47) | ($79.80) | ($79.26) | ($78.75) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $323.51 | $261.61 | $227.76 | $205.67 | $188.82 | $174.43 | $162.88 | $152.02 | $143.23 | $135.27 | $128.10 | $120.35 | $113.34 | $106.61 | $100.50 | $93.88 | $87.87 | $82.06 | $76.62 | $70.54 | $64.73 | $58.94 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($2,406.89) | ($2,145.28) | ($1,917.52) | ($1,711.85) | ($1,523.03) | ($1,348.60) | ($1,185.73) | ($1,033.71) | ($890.48) | ($755.20) | ($627.11) | ($506.75) | ($393.41) | ($286.81) | ($186.30) | ($92.42) | ($4.55) | $77.51 | $154.14 | $224.68 | $289.41 | $348.34 |

**Notes and Sources**

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Uintah Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2070 |
| Total Revenue Through 2070 | $10,540 |
| Total Cash OPEX Through 2070 | ($4,931) |
| Total CAPEX Through 2070 | ($4,965) |
| Total Net Cash Flow Through | $645 |
| | |
| Book Value [3] | $1,881 |
| | |
| Impairment Indicator? | Yes |

| | Notes | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 | 2070 | 2071 | 2072 | 2073 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.63 | $9.87 | $10.12 | $10.37 | $10.63 | $10.90 | $11.17 | $11.45 | $11.73 | $12.03 | $12.33 | $12.64 | $12.95 | $13.28 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.46 | $8.67 | $8.88 | $9.11 | $9.33 | $9.57 | $9.81 | $10.05 | $10.30 | $10.56 | $10.82 | $11.09 | $11.37 | $11.66 |
| NGL ($/bbl) | [2] | $74.41 | $76.27 | $78.18 | $80.13 | $82.13 | $84.19 | $86.29 | $88.45 | $90.66 | $92.93 | $95.25 | $97.63 | $100.07 | $102.57 |
| C&C ($/bbl) | [2] | $177.47 | $181.90 | $186.45 | $191.11 | $195.89 | $200.79 | $205.81 | $210.95 | $216.23 | $221.63 | $227.17 | $232.85 | $238.67 | $244.64 |
| **Quantity** | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 16.25 | 15.07 | 14.01 | 13.03 | 12.15 | 11.27 | 10.48 | 9.75 | 9.09 | 8.43 | 7.84 | 7.29 | 6.80 | 6.31 |
| Fuel - GCF | [2] | 2.13 | 1.98 | 1.84 | 1.71 | 1.60 | 1.48 | 1.38 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 | 0.89 | 0.83 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| *Liquids - MBBL* | [2] | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.02 | 0.01 |
| **Revenue** | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $137.39 | $130.61 | $124.50 | $118.68 | $113.44 | $107.84 | $102.81 | $97.99 | $93.67 | $89.05 | $84.89 | $80.91 | $77.34 | $73.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $6.37 | $6.06 | $5.78 | $5.51 | $5.26 | $5.00 | $4.77 | $4.55 | $4.35 | $4.13 | $3.94 | $3.75 | $3.59 | $3.41 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | |
| CIFO | [C-2] | $18.03 | $17.14 | $16.34 | $15.58 | $14.89 | $14.15 | $13.49 | $12.86 | $12.29 | $11.69 | $11.14 | $10.62 | $10.15 | $9.65 |
| MSO Income | [2] | $14.27 | $13.57 | $12.93 | $12.33 | $11.78 | $11.20 | $10.68 | $10.18 | $9.73 | $9.25 | $8.82 | $8.40 | $8.03 | $7.64 |
| Processing & Transportation | [2] | ($44.27) | ($42.08) | ($40.11) | ($38.24) | ($36.55) | ($34.75) | ($33.12) | ($31.57) | ($30.18) | ($28.69) | ($27.35) | ($26.07) | ($24.92) | ($23.69) |
| Ship or Pay Penalty | [2] | | | | | | | | | | | | | | |
| Cortez Equity Income | [2] | | | | | | | | | | | | | | |
| Other NHC Income | [2] | | | | | | | | | | | | | | |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $131.80 | $125.29 | $119.43 | $113.85 | $108.82 | $103.45 | $98.62 | $94.01 | $89.86 | $85.43 | $81.43 | $77.62 | $74.19 | $70.54 |
| *Less:* | | | | | | | | | | | | | | | |
| Cash Opex | [3] | ($78.38) | ($77.89) | ($77.60) | ($77.40) | ($77.38) | ($77.31) | ($77.40) | ($77.58) | ($77.91) | ($78.21) | ($78.65) | ($79.18) | ($79.84) | ($80.49) |
| Capex | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $53.41 | $47.40 | $41.84 | $36.45 | $31.45 | $26.15 | $21.23 | $16.43 | $11.95 | $7.21 | $2.78 | ($1.56) | ($5.65) | ($9.95) |
| Cumulative Undiscounted Cash Flow | [C-5] | $401.76 | $449.15 | $490.99 | $527.43 | $558.88 | $585.03 | $606.25 | $622.68 | $634.63 | $641.85 | $644.63 | $643.07 | $637.42 | $627.47 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2070 (i.e., excluding net cash outflows for 2071 - 2073), the max year of profitability at this price point.

[C-1] Calculated Exxon's Uintah natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $7,049 |
| Total Cash OPEX Through 2067 | ($2,687) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through | $618 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.96 | $3.15 | $3.36 | $3.44 | $3.53 | $3.61 | $3.70 | $3.80 | $3.89 | $3.99 | $4.09 | $4.19 | $4.29 | $4.40 | $4.51 | $4.63 | $4.74 | $4.86 | $4.98 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $36.95 | $36.51 | $36.25 | $34.41 | $32.76 | $31.17 | $29.75 | $28.24 | $26.86 | $25.59 | $24.44 | $23.22 | $22.07 | $47.68 | $126.56 | $178.50 | $217.06 | $246.66 | $271.53 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.66 | $2.63 | $2.62 | $2.49 | $2.37 | $2.26 | $2.16 | $2.05 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 | $3.52 | $9.37 | $13.22 | $16.08 | $18.27 | $20.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $37.99 | $37.48 | $37.16 | $35.17 | $33.40 | $31.64 | $30.12 | $28.47 | $26.97 | $25.64 | $24.45 | $23.19 | $21.91 | $46.67 | $123.23 | $173.64 | $210.99 | $239.67 | $263.77 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $7.54 | $7.54 | $7.08 | $5.70 | $4.42 | $3.13 | $1.95 | $0.69 | ($0.51) | ($1.64) | ($2.70) | ($3.83) | ($4.96) | ($172.87) | ($113.54) | ($78.27) | ($52.65) | ($33.88) | ($20.30) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $25.41 | $32.94 | $40.03 | $45.73 | $50.15 | $53.27 | $55.23 | $55.92 | $55.41 | $53.76 | $51.06 | $47.24 | $42.28 | ($130.59) | ($244.14) | ($322.41) | ($375.06) | ($408.94) | ($429.24) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 1 | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $7,049 |
| Total Cash OPEX Through 2067 | ($2,687) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through | $618 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.11 | $5.23 | $5.36 | $5.50 | $5.64 | $5.78 | $5.92 | $6.07 | $6.22 | $6.38 | $6.54 | $6.70 | $6.87 | $7.04 | $7.21 | $7.39 | $7.58 | $7.77 | $7.96 | $8.16 | $8.37 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $293.50 | $315.57 | $331.12 | $344.17 | $368.22 | $366.05 | $357.51 | $325.69 | $307.63 | $284.37 | $236.45 | $206.90 | $184.77 | $168.80 | $156.36 | $145.56 | $134.81 | $125.17 | $116.23 | $108.35 | $100.57 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $21.75 | $23.39 | $24.54 | $25.51 | $27.29 | $27.13 | $26.50 | $24.14 | $22.80 | $21.08 | $17.52 | $15.34 | $13.69 | $12.51 | $11.59 | $10.79 | $9.99 | $9.28 | $8.61 | $8.03 | $7.45 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $284.98 | $305.72 | $320.62 | $333.13 | $356.22 | $354.07 | $345.78 | $315.06 | $297.60 | $275.13 | $228.90 | $200.39 | $179.01 | $163.58 | $151.55 | $141.10 | $130.70 | $121.38 | $112.73 | $105.09 | $97.57 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($7.67) | $10.54 | $23.73 | ($42.90) | ($31.91) | ($41.33) | ($58.33) | ($91.73) | ($116.42) | $199.45 | $161.23 | $137.40 | $119.34 | $106.10 | $95.60 | $86.38 | $77.16 | $68.80 | $60.96 | $53.93 | $46.97 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($436.91) | ($426.37) | ($402.63) | ($445.54) | ($477.45) | ($518.78) | ($577.10) | ($668.84) | ($785.26) | ($585.81) | ($424.58) | ($287.18) | ($167.84) | ($61.74) | $33.87 | $120.24 | $197.40 | $266.20 | $327.16 | $381.09 | $428.06 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2067 (i.e., excluding net cash outflows for 2068 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2067 |
| Total Revenue Through 2067 | $7,049 |
| Total Cash OPEX Through 2067 | ($2,687) |
| Total CAPEX Through 2067 | ($3,744) |
| Total Net Cash Flow Through | $618 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.77 | $10.02 | $10.27 | $10.52 | $10.79 | $11.06 | $11.33 | $11.62 | $11.91 | $12.21 | $12.51 | $12.82 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.57 | $8.79 | $9.01 | $9.23 | $9.47 | $9.70 | $9.94 | $10.19 | $10.45 | $10.71 | $10.98 | $11.25 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $93.74 | $87.51 | $82.06 | $76.66 | $71.97 | $67.72 | $64.01 | $60.35 | $57.19 | $54.30 | $51.77 | $49.14 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.95 | $6.49 | $6.08 | $5.68 | $5.33 | $5.02 | $4.75 | $4.47 | $4.24 | $4.03 | $3.84 | $3.64 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $90.96 | $84.92 | $79.64 | $74.42 | $69.87 | $65.75 | $62.16 | $58.61 | $55.53 | $52.73 | $50.27 | $47.73 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $40.72 | $34.93 | $29.73 | $24.55 | $19.90 | $15.58 | $11.66 | $7.75 | $4.21 | $0.86 | ($2.23) | ($5.42) |
| Cumulative Undiscounted Cash Flow | [C-5] | $468.78 | $503.71 | $533.44 | $557.99 | $577.89 | $593.47 | $605.12 | $612.88 | $617.08 | $617.94 | $615.72 | $610.30 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
      (EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook contained in
      PRAM0031461.
[4]  Cash Flows have been considered through year 2067 (i.e., excluding net cash
      outflows for 2068 - 2069), the max year of profitability at this price point.
[C-1]  Calculated Exxon's Raton natural gas price differential sourced from
      PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities
      sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461,
      adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from
      PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $3.00 | $3.05 | $3.21 | $3.29 | $3.37 | $3.45 | $3.54 | $3.63 | $3.72 | $3.81 | $3.91 | $4.00 | $4.10 | $4.21 | $4.31 | $4.42 | $4.53 | $4.64 | $4.76 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $37.54 | $35.39 | $34.64 | $32.88 | $31.31 | $29.78 | $28.43 | $26.98 | $25.67 | $24.45 | $23.36 | $22.19 | $21.09 | $45.56 | $120.94 | $170.58 | $207.43 | $235.72 | $259.48 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.70 | $2.55 | $2.50 | $2.38 | $2.27 | $2.16 | $2.06 | $1.96 | $1.87 | $1.78 | $1.70 | $1.62 | $1.54 | $3.36 | $8.95 | $12.63 | $15.37 | $17.46 | $19.23 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $38.62 | $36.27 | $35.43 | $33.54 | $31.84 | $30.15 | $28.70 | $27.13 | $25.70 | $24.43 | $23.29 | $22.08 | $20.86 | $44.40 | $117.20 | $165.13 | $200.65 | $227.91 | $250.82 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) | | |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $8.17 | $6.33 | $5.36 | $4.06 | $2.86 | $1.64 | $0.54 | ($0.65) | ($1.79) | ($2.86) | ($3.87) | ($4.93) | ($6.01) | ($175.14) | ($119.58) | ($86.78) | ($63.00) | ($45.64) | ($33.24) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $26.04 | $32.37 | $37.73 | $41.79 | $44.65 | $46.30 | $46.83 | $46.18 | $44.39 | $41.53 | $37.66 | $32.73 | $26.72 | ($148.42) | ($268.00) | ($354.77) | ($417.77) | ($463.41) | ($496.65) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.88 | $5.00 | $5.13 | $5.25 | $5.39 | $5.52 | $5.66 | $5.80 | $5.94 | $6.09 | $6.25 | $6.40 | $6.56 | $6.73 | $6.89 | $7.07 | $7.24 | $7.42 | $7.61 | $7.80 | $7.99 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $280.48 | $301.57 | $316.42 | $328.90 | $351.87 | $349.80 | $341.64 | $311.24 | $293.97 | $271.75 | $225.96 | $197.72 | $176.57 | $161.31 | $149.42 | $139.10 | $128.83 | $119.62 | $111.07 | $103.54 | $96.11 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.79 | $22.35 | $23.45 | $24.38 | $26.08 | $25.93 | $25.32 | $23.07 | $21.79 | $20.14 | $16.75 | $14.65 | $13.09 | $11.95 | $11.07 | $10.31 | $9.55 | $8.87 | $8.23 | $7.67 | $7.12 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $270.99 | $290.68 | $304.84 | $316.73 | $338.67 | $336.62 | $328.73 | $299.53 | $282.93 | $261.58 | $217.63 | $190.53 | $170.20 | $155.53 | $144.10 | $134.16 | $124.28 | $115.41 | $107.19 | $99.93 | $92.78 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($21.66) | ($4.50) | $7.95 | ($59.31) | ($49.46) | ($58.78) | ($75.37) | ($107.26) | ($131.08) | $185.89 | $149.96 | $127.54 | $110.53 | $98.05 | $88.15 | $79.44 | $70.73 | $62.83 | $55.42 | $48.77 | $42.17 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($518.31) | ($522.82) | ($514.87) | ($574.18) | ($623.64) | ($682.42) | ($757.78) | ($865.04) | ($996.12) | ($810.23) | ($660.27) | ($532.73) | ($422.20) | ($324.15) | ($236.00) | ($156.56) | ($85.83) | ($23.00) | $32.42 | $81.19 | $123.36 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,660 |
| Total Cash OPEX Through 2066 | ($2,635) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $281 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.34 | $9.57 | $9.81 | $10.06 | $10.31 | $10.57 | $10.83 | $11.10 | $11.38 | $11.66 | $11.96 | $12.25 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.19 | $8.40 | $8.61 | $8.82 | $9.04 | $9.27 | $9.50 | $9.74 | $9.98 | $10.23 | $10.49 | $10.75 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $89.58 | $83.62 | $78.42 | $73.26 | $68.78 | $64.71 | $61.17 | $57.68 | $54.65 | $51.89 | $49.47 | $46.96 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.64 | $6.20 | $5.81 | $5.43 | $5.10 | $4.80 | $4.54 | $4.27 | $4.05 | $3.85 | $3.67 | $3.48 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $86.49 | $80.75 | $75.73 | $70.76 | $66.44 | $62.52 | $59.11 | $55.73 | $52.81 | $50.14 | $47.81 | $45.38 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $36.25 | $30.76 | $25.82 | $20.89 | $16.47 | $12.35 | $8.61 | $4.87 | $1.48 | ($1.73) | ($4.69) | ($7.76) |
| Cumulative Undiscounted Cash Flow | [C-5] | $159.62 | $190.37 | $216.19 | $237.09 | $253.56 | $265.91 | $274.51 | $279.39 | $280.87 | $279.14 | $274.45 | $266.68 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.61 | $2.77 | $2.89 | $3.01 | $3.15 | $3.23 | $3.31 | $3.39 | $3.47 | $3.56 | $3.65 | $3.74 | $3.83 | $3.93 | $4.03 | $4.13 | $4.23 | $4.34 | $4.45 | $4.56 | $4.67 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 15.84 | 14.06 | 12.49 | 11.60 | 10.80 | 10.01 | 9.29 | 8.63 | 8.03 | 7.44 | 6.90 | 6.42 | 5.98 | 5.54 | 5.14 | 10.83 | 28.05 | 38.59 | 45.79 | 50.76 | 54.51 |
| Fuel - GCF | [2] | 1.14 | 1.01 | 0.90 | 0.84 | 0.78 | 0.72 | 0.67 | 0.63 | 0.58 | 0.54 | 0.50 | 0.47 | 0.44 | 0.40 | 0.38 | 0.80 | 2.08 | 2.86 | 3.39 | 3.76 | 4.04 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $41.32 | $38.89 | $36.12 | $34.94 | $34.00 | $32.27 | $30.73 | $29.23 | $27.91 | $26.48 | $25.19 | $24.00 | $22.92 | $21.77 | $20.70 | $44.71 | $118.70 | $167.41 | $203.58 | $231.34 | $254.66 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $2.97 | $2.80 | $2.60 | $2.52 | $2.45 | $2.33 | $2.22 | $2.12 | $2.03 | $1.93 | $1.84 | $1.75 | $1.67 | $1.59 | $1.52 | $3.30 | $8.78 | $12.40 | $15.08 | $17.14 | $18.87 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($4.92) | ($4.47) | ($4.07) | ($3.88) | ($3.70) | ($3.52) | ($3.35) | ($3.19) | ($3.05) | ($2.89) | ($2.75) | ($2.62) | ($2.50) | ($2.38) | ($2.26) | ($4.90) | ($13.02) | ($18.37) | ($22.34) | ($25.38) | ($27.94) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $3.16 | $2.79 | $2.51 | $2.27 | $2.06 | $1.85 | $1.68 | $1.46 | $1.31 | $1.14 | $0.97 | $0.88 | $0.81 | $0.73 | $0.56 | $0.46 | $0.40 | $0.37 | $0.27 | $0.20 | $0.15 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.05) | ($0.05) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.06) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.07) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.08) | ($0.09) | ($0.09) |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $42.48 | $39.95 | $37.10 | $35.79 | $34.74 | $32.88 | $31.22 | $29.56 | $28.14 | $26.59 | $25.18 | $23.94 | $22.82 | $21.64 | $20.44 | $43.49 | $114.78 | $161.73 | $196.51 | $223.21 | $245.65 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.77) | ($31.80) | ($30.45) | ($29.94) | ($30.07) | ($29.47) | ($28.98) | ($28.51) | ($28.16) | ($27.78) | ($27.49) | ($27.29) | ($27.16) | ($27.02) | ($26.87) | ($31.58) | ($46.18) | ($56.10) | ($63.69) | ($69.78) | ($75.09) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | ($187.96) | ($190.59) | ($195.80) | ($199.96) | ($203.77) | ($208.97) |
| Annual Undiscounted Cash Flow | [C-4] | $9.71 | $8.15 | $6.65 | $5.85 | $4.67 | $3.41 | $2.24 | $1.05 | ($0.03) | ($1.19) | ($2.30) | ($3.35) | ($4.33) | ($5.37) | ($6.43) | ($176.05) | ($121.99) | ($90.18) | ($67.14) | ($50.34) | ($38.42) |
| Cumulative Undiscounted Cash Flow | [C-5] | $9.71 | $17.87 | $24.52 | $30.37 | $35.04 | $38.45 | $40.69 | $41.74 | $41.71 | $40.51 | $38.21 | $34.86 | $30.53 | $25.16 | $18.73 | ($157.32) | ($279.31) | ($369.49) | ($436.63) | ($486.97) | ($525.39) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Raton Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.79 | $4.91 | $5.03 | $5.16 | $5.29 | $5.42 | $5.55 | $5.69 | $5.83 | $5.98 | $6.13 | $6.28 | $6.44 | $6.60 | $6.77 | $6.93 | $7.11 | $7.29 | $7.47 | $7.65 | $7.85 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 57.49 | 60.30 | 61.73 | 62.60 | 65.34 | 63.37 | 60.38 | 53.67 | 49.45 | 44.60 | 36.18 | 30.89 | 26.91 | 23.99 | 21.68 | 19.69 | 17.79 | 16.11 | 14.60 | 13.27 | 12.02 |
| Fuel - GCF | [2] | 4.26 | 4.47 | 4.58 | 4.64 | 4.84 | 4.70 | 4.48 | 3.98 | 3.67 | 3.31 | 2.68 | 2.29 | 1.99 | 1.78 | 1.61 | 1.46 | 1.32 | 1.19 | 1.08 | 0.98 | 0.89 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $275.27 | $295.96 | $310.54 | $322.79 | $345.34 | $343.30 | $335.29 | $305.45 | $288.51 | $266.70 | $221.76 | $194.05 | $173.29 | $158.32 | $146.65 | $136.52 | $126.44 | $117.40 | $109.01 | $101.61 | $94.33 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $20.40 | $21.94 | $23.02 | $23.92 | $25.59 | $25.44 | $24.85 | $22.64 | $21.38 | $19.77 | $16.43 | $14.38 | $12.84 | $11.73 | $10.87 | $10.12 | $9.37 | $8.70 | $8.08 | $7.53 | $6.99 |
| MSO Income | [2] | | | | | | | | | | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($30.21) | ($33.24) | ($35.04) | ($36.55) | ($39.28) | ($39.11) | ($38.23) | ($34.77) | ($32.83) | ($30.32) | ($25.07) | ($21.85) | ($19.45) | ($17.73) | ($16.40) | ($15.25) | ($14.10) | ($13.07) | ($12.12) | ($11.28) | ($10.46) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.09) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $265.39 | $284.66 | $298.52 | $310.17 | $331.65 | $329.64 | $321.92 | $293.32 | $277.07 | $256.15 | $213.12 | $186.58 | $166.68 | $152.31 | $141.11 | $131.39 | $121.71 | $113.03 | $104.97 | $97.86 | $90.86 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($79.90) | ($78.80) | ($76.57) | ($74.15) | ($80.47) | ($82.12) | ($82.72) | ($79.23) | ($78.36) | ($75.69) | ($67.67) | ($62.99) | ($59.67) | ($57.48) | ($55.94) | ($54.72) | ($53.54) | ($52.58) | ($51.77) | ($51.16) | ($50.60) |
| Capital Expenditures | [3] | ($212.75) | ($216.38) | ($220.32) | ($301.89) | ($307.66) | ($313.28) | ($321.38) | ($327.56) | ($335.66) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | ($27.26) | ($10.52) | $1.64 | ($65.87) | ($56.48) | ($65.76) | ($82.18) | ($113.47) | ($136.95) | $180.47 | $145.45 | $123.59 | $107.01 | $94.83 | $85.17 | $76.66 | $68.16 | $60.44 | $53.20 | $46.70 | $40.26 |
| Cumulative Undiscounted Cash Flow | [C-5] | ($552.65) | ($563.17) | ($561.53) | ($627.40) | ($683.88) | ($749.64) | ($831.83) | ($945.29) | ($1,082.24) | ($901.77) | ($756.32) | ($632.73) | ($525.72) | ($430.88) | ($345.71) | ($269.05) | ($200.89) | ($140.45) | ($87.25) | ($40.54) | ($0.29) |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.
[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| Raton Asset Recoverability Analysis Summary | |
|---|---|
| **August 2015 Five-Year Prices - Scenario 3** | |
| Max Profitable Year [4] | 2066 |
| Total Revenue Through 2066 | $6,573 |
| Total Cash OPEX Through 2066 | ($2,687) |
| Total CAPEX Through 2066 | ($3,744) |
| Total Net Cash Flow Through | $142 |
| Book Value [3] | $866 |
| Impairment Indicator? | Yes |

| | Notes | 2058 | 2059 | 2060 | 2061 | 2062 | 2063 | 2064 | 2065 | 2066 | 2067 | 2068 | 2069 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $9.17 | $9.40 | $9.63 | $9.87 | $10.12 | $10.37 | $10.63 | $10.90 | $11.17 | $11.45 | $11.73 | $12.03 |
| Gas ($/kcf) - Price Differential | [2] | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 | $0.88 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $8.04 | $8.24 | $8.45 | $8.66 | $8.88 | $9.10 | $9.33 | $9.56 | $9.80 | $10.04 | $10.29 | $10.55 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.93 | 9.96 | 9.11 | 8.30 | 7.60 | 6.98 | 6.44 | 5.92 | 5.47 | 5.07 | 4.72 | 4.37 |
| Fuel - GCF | [2] | 0.81 | 0.74 | 0.67 | 0.62 | 0.56 | 0.52 | 0.48 | 0.44 | 0.41 | 0.38 | 0.35 | 0.32 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $87.91 | $82.07 | $76.96 | $71.90 | $67.50 | $63.51 | $60.04 | $56.61 | $53.63 | $50.92 | $48.55 | $46.09 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | |
| CIFO | [C-2] | $6.52 | $6.08 | $5.70 | $5.33 | $5.00 | $4.71 | $4.45 | $4.19 | $3.97 | $3.78 | $3.60 | $3.42 |
| MSO Income | [2] | | | | | | | | | | | | |
| Processing & Transportation | [2] | ($9.73) | ($9.07) | ($8.50) | ($7.93) | ($7.44) | ($6.99) | ($6.60) | ($6.22) | ($5.89) | ($5.59) | ($5.33) | ($5.06) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | |
| Revenue | [C-3] | $84.70 | $79.08 | $74.17 | $69.30 | $65.07 | $61.23 | $57.89 | $54.58 | $51.72 | $49.11 | $46.82 | $44.45 |
| *Less:* | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($50.23) | ($49.99) | ($49.91) | ($49.87) | ($49.97) | ($50.17) | ($50.50) | ($50.85) | ($51.32) | ($51.87) | ($52.50) | ($53.15) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Undiscounted Cash Flow | [C-4] | $34.47 | $29.09 | $24.26 | $19.43 | $15.10 | $11.06 | $7.39 | $3.72 | $0.39 | ($2.76) | ($5.68) | ($8.70) |
| Cumulative Undiscounted Cash Flow | [C-5] | $34.18 | $63.27 | $87.52 | $106.95 | $122.05 | $133.11 | $140.50 | $144.22 | $144.61 | $141.85 | $136.17 | $127.47 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3
(EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2066 (i.e., excluding net cash outflows for 2067 - 2069), the max year of profitability at this price point.

[C-1] Calculated Exxon's Raton natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**San Juan Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through | $3,819 |
| Total Cash OPEX Through | ($2,446) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $710 |
| Book Value [3] | $621 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 | $5.40 | $5.54 | $5.68 | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.10 | $3.30 | $3.52 | $3.61 | $3.70 | $3.79 | $3.88 | $3.98 | $4.08 | $4.18 | $4.29 | $4.39 | $4.50 | $4.62 | $4.73 | $4.85 | $4.97 | $5.10 | $5.22 | $5.35 | $5.49 | $5.62 | $5.77 | $5.91 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $145.86 | $152.50 | $161.39 | $164.70 | $169.19 | $173.14 | $175.29 | $174.53 | $177.64 | $180.42 | $183.02 | $183.30 | $183.67 | $179.60 | $164.76 | $148.25 | $133.47 | $120.41 | $77.45 | $66.48 | $58.60 | $51.63 | $45.66 | $40.20 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $12.24 | $12.99 | $13.97 | $14.51 | $15.10 | $15.63 | $16.14 | $16.51 | $16.90 | $17.25 | $17.57 | $17.65 | $17.75 | $17.40 | $15.99 | $14.41 | $12.98 | $11.71 | $10.62 | $9.59 | $8.71 | $7.93 | $7.24 | $6.60 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $141.78 | $150.44 | $162.98 | $165.72 | $169.43 | $172.67 | $174.96 | $175.14 | $177.47 | $179.44 | $181.39 | $181.05 | $180.88 | $176.58 | $157.63 | $142.36 | $128.62 | $116.46 | $74.33 | $64.71 | $57.30 | $50.73 | $45.10 | $39.93 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | | | | | | | | | | | |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $4.38 | $10.40 | $17.04 | $14.91 | $13.96 | $12.25 | $7.39 | $2.46 | $0.46 | ($1.54) | ($2.92) | ($5.92) | ($10.99) | $36.79 | $50.43 | $68.29 | $87.33 | $78.60 | $52.38 | $45.41 | $39.33 | $33.95 | $29.31 | $25.05 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($16.95) | ($6.56) | $10.49 | $25.39 | $39.36 | $51.61 | $59.01 | $61.46 | $61.92 | $60.38 | $57.46 | $51.54 | $40.55 | $77.34 | $127.76 | $196.05 | $283.38 | $361.98 | $414.36 | $459.77 | $499.11 | $533.05 | $562.36 | $587.42 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**San Juan Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2057 |
| Total Revenue Through | $3,819 |
| Total Cash OPEX Through | ($2,446) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $710 |
| Book Value [3] | $621 |
| Impairment Indicator? | No |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 | $9.30 | $9.53 | $9.77 | $10.02 | $10.27 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $6.06 | $6.21 | $6.36 | $6.52 | $6.69 | $6.85 | $7.02 | $7.20 | $7.38 | $7.56 | $7.75 | $7.95 | $8.15 | $8.35 | $8.56 | $8.77 | $8.99 | $9.22 | $9.45 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $35.58 | $31.60 | $28.23 | $25.19 | $22.64 | $20.46 | $18.64 | $16.99 | $15.63 | $14.49 | $13.56 | $12.71 | $12.03 | $11.47 | $10.97 | $10.43 | $9.94 | $9.48 | $9.05 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $6.04 | $5.55 | $5.13 | $4.73 | $4.38 | $4.08 | $3.82 | $3.56 | $3.34 | $3.15 | $2.99 | $2.82 | $2.68 | $2.56 | $2.44 | $2.32 | $2.22 | $2.11 | $2.02 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $35.54 | $31.75 | $28.54 | $25.62 | $23.16 | $21.04 | $19.27 | $17.65 | $16.30 | $15.16 | $14.23 | $13.36 | $12.66 | $12.07 | $11.53 | $10.97 | $10.46 | $9.97 | $9.53 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $21.44 | $18.29 | $15.61 | $13.18 | $11.11 | $9.32 | $7.79 | $6.40 | $5.23 | $4.21 | $3.35 | $2.55 | $1.87 | $1.28 | $0.72 | $0.14 | ($0.42) | ($0.96) | ($1.47) |
| Cumulative Cash Flow | [C-5] | $608.85 | $627.14 | $642.75 | $655.93 | $667.04 | $676.36 | $684.15 | $690.55 | $695.78 | $699.98 | $703.33 | $705.88 | $707.75 | $709.03 | $709.75 | $709.89 | $709.48 | $708.52 | $707.05 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 1 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2057 (i.e., excluding net cash outflows for 2058 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Schedule 1.8: San Juan Asset Recoverability Analysis**
**August 2015 Five-Year Prices - Scenario 2**

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2056 |
| Total Revenue Through | $3,643 |
| Total Cash OPEX Through | ($2,436) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $545 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 | $5.16 | $5.29 | $5.43 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.15 | $3.20 | $3.36 | $3.45 | $3.53 | $3.62 | $3.71 | $3.80 | $3.90 | $4.00 | $4.10 | $4.20 | $4.30 | $4.41 | $4.52 | $4.63 | $4.75 | $4.87 | $4.99 | $5.12 | $5.24 | $5.37 | $5.51 | $5.65 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $148.19 | $147.81 | $154.23 | $157.39 | $161.68 | $165.46 | $167.52 | $166.78 | $169.75 | $172.42 | $174.90 | $175.17 | $175.52 | $171.63 | $157.44 | $141.67 | $127.54 | $115.07 | $74.01 | $63.53 | $56.00 | $49.34 | $43.64 | $38.42 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $12.44 | $12.59 | $13.35 | $13.86 | $14.43 | $14.94 | $15.42 | $15.78 | $16.15 | $16.48 | $16.79 | $16.86 | $16.96 | $16.63 | $15.28 | $13.77 | $12.40 | $11.19 | $10.15 | $9.17 | $8.33 | $7.57 | $6.92 | $6.30 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $144.31 | $145.35 | $155.20 | $157.77 | $161.25 | $164.29 | $166.47 | $166.66 | $168.83 | $170.67 | $172.49 | $172.13 | $171.95 | $167.83 | $149.61 | $135.14 | $122.13 | $110.59 | $70.42 | $61.34 | $54.31 | $48.09 | $42.75 | $37.85 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $6.91 | $5.30 | $9.26 | $6.95 | $5.79 | $3.88 | ($1.10) | ($6.02) | ($8.18) | ($10.31) | ($11.82) | ($14.83) | ($19.93) | $28.04 | $42.40 | $61.07 | $80.83 | $72.74 | $48.47 | $42.04 | $36.35 | $31.30 | $26.96 | $22.98 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($14.43) | ($9.12) | $0.14 | $7.09 | $12.88 | $16.75 | $15.65 | $9.63 | $1.46 | ($8.86) | ($20.68) | ($35.51) | ($55.44) | ($27.40) | $15.01 | $76.08 | $156.90 | $229.64 | $278.11 | $320.15 | $356.49 | $387.80 | $414.76 | $437.74 |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2056 (i.e., excluding net cash outflows for 2057 - 2060), the max year of profitability at this price point.
[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Expert Reply Report of D. Paul Regan, CPA/CFF Dated January 10, 2025**

**App. 1335**

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 2 | |
|---|---|
| Max Profitable Year [4] | 2056 |
| Total Revenue Through | $3,643 |
| Total Cash OPEX Through | ($2,436) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $545 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 | $8.89 | $9.11 | $9.34 | $9.57 | $9.81 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.79 | $5.93 | $6.08 | $6.23 | $6.39 | $6.55 | $6.71 | $6.88 | $7.05 | $7.23 | $7.41 | $7.59 | $7.78 | $7.98 | $8.18 | $8.38 | $8.59 | $8.81 | $9.03 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $34.01 | $30.19 | $26.98 | $24.08 | $21.64 | $19.55 | $17.81 | $16.24 | $14.94 | $13.85 | $12.96 | $12.15 | $11.50 | $10.96 | $10.48 | $9.97 | $9.50 | $9.05 | $8.65 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.77 | $5.31 | $4.90 | $4.52 | $4.19 | $3.90 | $3.65 | $3.40 | $3.19 | $3.01 | $2.85 | $2.70 | $2.56 | $2.44 | $2.33 | $2.22 | $2.12 | $2.02 | $1.93 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $33.70 | $30.10 | $27.05 | $24.29 | $21.96 | $19.95 | $18.27 | $16.73 | $15.46 | $14.38 | $13.49 | $12.67 | $12.01 | $11.44 | $10.94 | $10.40 | $9.92 | $9.45 | $9.03 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $19.59 | $16.64 | $14.13 | $11.85 | $9.91 | $8.23 | $6.80 | $5.49 | $4.38 | $3.42 | $2.62 | $1.86 | $1.22 | $0.65 | $0.13 | ($0.43) | ($0.95) | ($1.47) | ($1.96) |
| Cumulative Cash Flow | [C-5] | $457.33 | $473.97 | $488.10 | $499.95 | $509.86 | $518.08 | $524.88 | $530.37 | $534.76 | $538.18 | $540.80 | $542.65 | $543.87 | $544.53 | $544.65 | $544.23 | $543.27 | $541.80 | $539.84 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2056 (i.e., excluding net cash outflows for 2057 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

| San Juan Asset Recoverability Analysis Summary August 2015 Five-Year Prices - Scenario 3 | |
|---|---|
| Max Profitable Year [4] | 2055 |
| Total Revenue Through | $3,559 |
| Total Cash OPEX Through | ($2,425) |
| Total CAPEX Through | ($662) |
| Total Net Cash Flow Through | $472 |
| Book Value [3] | $621 |
| Impairment Indicator? | Yes |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.73 | $2.90 | $3.03 | $3.16 | $3.30 | $3.38 | $3.47 | $3.55 | $3.64 | $3.73 | $3.83 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.44 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.15 | $5.27 | $5.41 | $5.54 |
| NGL ($/bbl) | [2] | $14.85 | $16.13 | $18.05 | $20.10 | $23.90 | $24.46 | $25.02 | $25.64 | $26.27 | $26.91 | $27.58 | $28.27 | $28.97 | $29.70 | $30.44 | $31.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $47.73 | $48.97 | $54.43 | $60.11 | $70.72 | $72.47 | $74.38 | $76.32 | $78.31 | $80.41 | $82.42 | $84.48 | $86.59 | $88.75 | $90.97 | $93.25 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 43.05 | 46.83 | 47.04 | 46.21 | 45.87 | 45.67 | 45.77 | 45.70 | 45.14 | 43.84 | 43.54 | 43.14 | 42.70 | 41.72 | 40.78 | 38.91 | 34.82 | 30.57 | 26.85 | 23.63 | 14.83 | 12.42 | 10.68 | 9.18 | 7.92 | 6.80 |
| Fuel - GCF | [2] | 3.52 | 3.85 | 3.95 | 3.94 | 3.97 | 4.02 | 4.09 | 4.13 | 4.16 | 4.15 | 4.14 | 4.12 | 4.10 | 4.02 | 3.94 | 3.77 | 3.38 | 2.97 | 2.61 | 2.30 | 2.03 | 1.79 | 1.59 | 1.41 | 1.26 | 1.12 |
| NGL NAFS - MBBL | [2] | 1.18 | 1.08 | 1.00 | 0.93 | 0.86 | 0.80 | 0.75 | 0.69 | 0.65 | 0.60 | 0.56 | 0.52 | 0.48 | 0.45 | 0.42 | 0.39 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.11 | 0.09 | 0.08 | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $117.72 | $135.79 | $142.59 | $145.93 | $151.36 | $154.46 | $158.68 | $162.38 | $164.40 | $163.68 | $166.60 | $169.21 | $171.65 | $171.91 | $172.26 | $168.44 | $154.52 | $139.04 | $125.17 | $112.93 | $72.64 | $62.35 | $54.96 | $48.42 | $42.83 | $37.70 |
| NGL Revenue | [2] | $17.50 | $17.46 | $17.98 | $18.62 | $20.64 | $19.60 | $18.65 | $17.76 | $16.97 | $16.13 | $15.36 | $14.64 | $14.00 | $13.31 | $12.69 | $12.08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $5.07 | $4.59 | $4.56 | $4.65 | $5.07 | $4.79 | $4.53 | $4.32 | $4.10 | $3.87 | $3.67 | $3.36 | $3.20 | $2.98 | $2.76 | $2.52 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $9.63 | $11.17 | $11.97 | $12.43 | $13.10 | $13.61 | $14.17 | $14.66 | $15.13 | $15.49 | $15.85 | $16.17 | $16.48 | $16.55 | $16.64 | $16.32 | $15.00 | $13.51 | $12.17 | $10.98 | $9.96 | $9.00 | $8.17 | $7.43 | $6.79 | $6.19 |
| MSO Income | [2] | $0.02 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.03 | $0.04 | $0.04 | $0.04 | $0.03 | $0.02 | $0.02 | $0.02 | $0.02 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 | $0.01 |
| Processing & Transportation | [2] | ($30.09) | ($32.34) | ($32.71) | ($32.56) | ($32.73) | ($32.94) | ($33.43) | ($33.84) | ($33.83) | ($33.17) | ($33.51) | ($33.79) | ($34.08) | ($33.96) | ($33.86) | ($33.01) | ($22.46) | ($19.75) | ($17.34) | ($15.24) | ($13.39) | ($11.38) | ($10.03) | ($8.83) | ($7.81) | ($6.88) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | ($6.23) | ($5.72) | ($5.29) | ($4.88) | ($4.47) | ($4.00) | ($3.67) | ($3.36) | ($2.71) | ($1.71) | ($1.54) | ($1.36) | ($1.21) | ($1.10) | ($0.95) | ($0.82) | ($0.68) | ($0.57) | ($0.50) | ($0.44) | ($0.36) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($0.85) | ($0.87) | ($0.89) | ($0.91) | ($0.93) | ($0.96) | ($0.98) | ($1.01) | ($1.03) | ($1.06) | ($1.08) | ($1.11) | ($1.14) | ($1.17) | ($1.20) | ($1.23) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $112.78 | $130.11 | $138.24 | $143.31 | $152.08 | $154.58 | $157.98 | $160.94 | $163.07 | $163.27 | $165.38 | $167.16 | $168.93 | $168.56 | $168.37 | $164.34 | $146.40 | $132.25 | $119.53 | $108.25 | $68.86 | $59.99 | $53.11 | $47.03 | $41.81 | $37.02 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($89.70) | ($95.00) | ($98.05) | ($100.77) | ($105.92) | ($109.75) | ($113.54) | ($117.11) | ($121.51) | ($126.32) | ($129.39) | ($132.53) | ($135.51) | ($137.77) | ($140.31) | ($139.79) | ($107.20) | ($74.07) | ($41.30) | ($37.86) | ($21.95) | ($19.30) | ($17.96) | ($16.78) | ($15.79) | ($14.87) |
| Capital Expenditures | [3] | ($39.31) | ($40.21) | ($39.34) | ($39.27) | ($40.01) | ($41.06) | ($41.93) | ($43.30) | ($46.05) | ($46.36) | ($47.61) | ($48.45) | ($48.80) | ($49.19) | ($51.57) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | ($16.23) | ($5.11) | $0.85 | $3.27 | $6.15 | $3.77 | $2.51 | $0.53 | ($4.50) | ($9.41) | ($11.63) | ($13.82) | ($15.38) | ($18.40) | ($23.50) | $24.55 | $39.20 | $58.18 | $78.23 | $70.39 | $46.91 | $40.69 | $35.15 | $30.25 | $26.02 | $22.15 |
| Cumulative Cash Flow | [C-5] | ($16.23) | ($21.34) | ($20.49) | ($17.22) | ($11.08) | ($7.30) | ($4.79) | ($4.26) | ($8.76) | ($18.17) | ($29.80) | ($43.62) | ($59.01) | ($77.41) | ($100.91) | ($76.36) | ($37.17) | $21.01 | $99.24 | $169.63 | $216.54 | $257.23 | $292.38 | $322.62 | $348.65 | $370.80 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2055 (i.e., excluding net cash outflows for 2056 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**San Juan Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | | |
|---|---|---|
| Max Profitable Year [4] | 2055 | |
| Total Revenue Through | $3,559 | |
| Total Cash OPEX Through | ($2,425) | |
| Total CAPEX Through | ($662) | |
| Total Net Cash Flow Through | $472 | |
| Book Value [3] | $621 | |
| Impairment Indicator? | Yes | |

| | | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 | 2056 | 2057 | 2058 | 2059 | 2060 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price - Hemming Morse** | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 | $8.72 | $8.94 | $9.17 | $9.40 | $9.63 |
| Gas ($/kcf) - Price Differential | [2] | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 | $0.92 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $5.68 | $5.82 | $5.97 | $6.12 | $6.27 | $6.43 | $6.59 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.64 | $7.83 | $8.03 | $8.23 | $8.43 | $8.64 | $8.86 |
| NGL ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C ($/bbl) | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 5.88 | 5.09 | 4.44 | 3.86 | 3.39 | 2.99 | 2.65 | 2.36 | 2.12 | 1.92 | 1.75 | 1.60 | 1.48 | 1.37 | 1.28 | 1.19 | 1.11 | 1.03 | 0.96 |
| Fuel - GCF | [2] | 1.00 | 0.89 | 0.81 | 0.72 | 0.66 | 0.59 | 0.54 | 0.49 | 0.45 | 0.42 | 0.39 | 0.36 | 0.33 | 0.31 | 0.29 | 0.26 | 0.25 | 0.23 | 0.21 |
| NGL NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $33.37 | $29.63 | $26.48 | $23.63 | $21.24 | $19.19 | $17.48 | $15.93 | $14.66 | $13.59 | $12.72 | $11.92 | $11.29 | $10.76 | $10.28 | $9.78 | $9.32 | $8.89 | $8.49 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | |
| CIFO | [C-2] | $5.67 | $5.21 | $4.81 | $4.43 | $4.11 | $3.82 | $3.58 | $3.34 | $3.14 | $2.95 | $2.80 | $2.65 | $2.52 | $2.40 | $2.29 | $2.18 | $2.08 | $1.98 | $1.89 |
| MSO Income | [2] | $0.01 | $0.01 | $0.01 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($6.09) | ($5.41) | ($4.83) | ($4.31) | ($3.87) | ($3.50) | ($3.19) | ($2.91) | ($2.68) | ($2.48) | ($2.32) | ($2.18) | ($2.06) | ($1.96) | ($1.88) | ($1.78) | ($1.70) | ($1.62) | ($1.55) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $32.96 | $29.44 | $26.46 | $23.76 | $21.48 | $19.51 | $17.87 | $16.37 | $15.13 | $14.07 | $13.20 | $12.40 | $11.74 | $11.20 | $10.70 | $10.18 | $9.70 | $9.25 | $8.84 |
| *Less:* | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($14.11) | ($13.46) | ($12.92) | ($12.44) | ($12.05) | ($11.72) | ($11.47) | ($11.24) | ($11.08) | ($10.95) | ($10.88) | ($10.81) | ($10.79) | ($10.79) | ($10.81) | ($10.83) | ($10.87) | ($10.92) | ($10.99) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $18.85 | $15.98 | $13.54 | $11.32 | $9.43 | $7.79 | $6.40 | $5.13 | $4.05 | $3.11 | $2.32 | $1.58 | $0.96 | $0.41 | ($0.11) | ($0.65) | ($1.17) | ($1.68) | ($2.16) |
| Cumulative Cash Flow | [C-5] | $389.64 | $405.62 | $419.16 | $430.48 | $439.91 | $447.70 | $454.10 | $459.23 | $463.28 | $466.39 | $468.71 | $470.29 | $471.25 | $471.65 | $471.54 | $470.89 | $469.72 | $468.04 | $465.89 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).

[2] Sourced from Exxon's original cash flow contained in PRAM0325081.

[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4] Cash Flows have been considered through year 2055 (i.e., excluding net cash outflows for 2056 - 2060), the max year of profitability at this price point.

[C-1] Calculated Exxon's San Juan's natural gas price differential sourced from PRAM0325081.

[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,149 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $389 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.37 | $3.59 | $3.82 | $3.92 | $4.02 | $4.12 | $4.22 | $4.33 | $4.43 | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.14 | $5.27 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $3.03 | $3.22 | $3.43 | $3.52 | $3.61 | $3.70 | $3.79 | $3.88 | $3.98 | $4.08 | $4.18 | $4.29 | $4.40 | $4.51 | $4.62 | $4.73 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $26.48 | $26.25 | $26.21 | $25.03 | $23.95 | $22.92 | $21.98 | $20.98 | $20.09 | $17.41 | $16.73 | $15.98 | $15.31 | $14.65 | $14.10 | $13.46 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $48.12 | $48.79 | $51.51 | $49.27 | $47.25 | $45.30 | $43.57 | $41.66 | $39.83 | $39.34 | $37.99 | $36.48 | $34.98 | $33.55 | $32.44 | $31.19 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $17.04 | $17.33 | $19.09 | $18.20 | $17.41 | $16.64 | $15.96 | $15.20 | $14.43 | $16.34 | $15.66 | $14.88 | $14.09 | $13.33 | $12.75 | $12.09 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $49.51 | $66.84 | $85.94 | $104.14 | $121.55 | $138.19 | $154.15 | $169.35 | $183.79 | $200.13 | $215.78 | $230.67 | $244.76 | $258.09 | $270.83 | $282.93 |

**Notes and Sources**

[1]  August 2015 Five-Year Prices - Scenario 1
(EMC_RAMIREZ 000000303).

[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.

[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.

[4]  Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of profitability at this price point.

[C-1]  Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.

[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.

[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].

[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].

[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 1**

| | |
|---|---|
| Max Profitable Year [4] | 2053 |
| Total Revenue Through 2053 | $1,149 |
| Total Cash OPEX Through 2053 | ($759) |
| Total CAPEX Through 2053 | $0 |
| Total Net Cash Flow Through | $389 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.40 | $5.54 | $5.68 | $5.82 | $5.96 | $6.11 | $6.27 | $6.42 | $6.58 | $6.75 | $6.92 | $7.09 | $7.27 | $7.45 | $7.63 | $7.83 | $8.02 | $8.22 | $8.43 | $8.64 | $8.85 | $9.08 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.85 | $4.97 | $5.10 | $5.22 | $5.36 | $5.49 | $5.63 | $5.77 | $5.91 | $6.06 | $6.21 | $6.37 | $6.53 | $6.69 | $6.86 | $7.03 | $7.20 | $7.38 | $7.57 | $7.76 | $7.95 | $8.15 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $12.88 | $12.33 | $11.76 | $11.22 | $10.77 | $10.27 | $9.81 | $9.33 | $8.89 | $8.48 | $8.10 | $7.70 | $7.34 | $7.00 | $6.69 | $6.36 | $6.06 | $5.78 | $5.52 | $5.25 | $5.01 | $4.77 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $30.04 | $28.93 | $27.63 | $26.36 | $25.21 | $23.89 | $22.69 | $21.44 | $20.32 | $19.25 | $18.29 | $17.29 | $16.38 | $15.52 | $14.75 | $13.94 | $13.21 | $12.52 | $11.90 | $11.25 | $10.66 | $10.11 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expeditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $11.48 | $10.88 | $10.17 | $9.45 | $8.79 | $8.02 | $7.32 | $6.58 | $5.91 | $5.27 | $4.68 | $4.06 | $3.49 | $2.95 | $2.44 | $1.92 | $1.43 | $0.96 | $0.52 | $0.06 | ($0.37) | ($0.78) |
| Cumulative Cash Flow | [C-5] | $294.41 | $305.29 | $315.46 | $324.91 | $333.70 | $341.71 | $349.03 | $355.61 | $361.52 | $366.79 | $371.47 | $375.53 | $379.02 | $381.97 | $384.41 | $386.32 | $387.75 | $388.71 | $389.22 | $389.28 | $388.91 | $388.13 |

Notes and Sources

[1]  August 2015 Five-Year Prices - Scenario 1
(EMC_RAMIREZ 000000303).
[2]  Sourced from Exxon's original cash flow contained in PRAM0325081.
[3]  Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4]  Cash Flows have been considered through year 2053 (i.e., excluding net cash outflows for 2054 - 2055), the max year of profitability at this price point.
[C-1]  Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2]  Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3]  Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4]  Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5]  Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,118 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $370 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.42 | $3.48 | $3.65 | $3.75 | $3.84 | $3.94 | $4.03 | $4.13 | $4.24 | $4.34 | $4.45 | $4.56 | $4.68 | $4.79 | $4.91 | $5.04 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $3.07 | $3.12 | $3.28 | $3.36 | $3.45 | $3.53 | $3.62 | $3.71 | $3.81 | $3.90 | $4.00 | $4.10 | $4.20 | $4.31 | $4.41 | $4.52 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $26.90 | $25.44 | $25.05 | $23.92 | $22.89 | $21.90 | $21.01 | $20.05 | $19.20 | $16.64 | $15.99 | $15.27 | $14.63 | $14.00 | $13.47 | $12.86 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $48.55 | $47.98 | $50.35 | $48.15 | $46.19 | $44.28 | $42.60 | $40.73 | $38.94 | $38.57 | $37.25 | $35.77 | $34.30 | $32.90 | $31.82 | $30.59 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $17.47 | $16.52 | $17.93 | $17.09 | $16.35 | $15.62 | $14.99 | $14.27 | $13.54 | $15.57 | $14.91 | $14.17 | $13.41 | $12.68 | $12.12 | $11.49 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $49.93 | $66.46 | $84.39 | $101.48 | $117.83 | $133.45 | $148.44 | $162.71 | $176.25 | $191.82 | $206.73 | $220.90 | $234.31 | $247.00 | $259.12 | $270.61 |

Notes and Sources
[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 2**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,118 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $370 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.16 | $5.29 | $5.43 | $5.56 | $5.70 | $5.84 | $5.99 | $6.14 | $6.29 | $6.45 | $6.61 | $6.78 | $6.94 | $7.12 | $7.30 | $7.48 | $7.67 | $7.86 | $8.05 | $8.25 | $8.46 | $8.67 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.64 | $4.75 | $4.87 | $4.99 | $5.12 | $5.25 | $5.38 | $5.51 | $5.65 | $5.79 | $5.94 | $6.08 | $6.24 | $6.39 | $6.55 | $6.72 | $6.88 | $7.05 | $7.23 | $7.41 | $7.60 | $7.79 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $12.31 | $11.79 | $11.24 | $10.73 | $10.29 | $9.81 | $9.38 | $8.91 | $8.50 | $8.10 | $7.74 | $7.36 | $7.02 | $6.69 | $6.39 | $6.08 | $5.79 | $5.52 | $5.28 | $5.02 | $4.78 | $4.56 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $29.47 | $28.38 | $27.11 | $25.86 | $24.73 | $23.43 | $22.26 | $21.03 | $19.92 | $18.87 | $17.93 | $16.94 | $16.05 | $15.21 | $14.45 | $13.66 | $12.94 | $12.27 | $11.66 | $11.02 | $10.44 | $9.89 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $10.91 | $10.33 | $9.65 | $8.95 | $8.31 | $7.56 | $6.88 | $6.17 | $5.52 | $4.89 | $4.32 | $3.72 | $3.17 | $2.64 | $2.14 | $1.63 | $1.16 | $0.70 | $0.27 | ($0.17) | ($0.59) | ($1.00) |
| Cumulative Cash Flow | [C-5] | $281.52 | $291.86 | $301.50 | $310.46 | $318.76 | $326.33 | $333.21 | $339.38 | $344.89 | $349.78 | $354.10 | $357.82 | $360.99 | $363.62 | $365.77 | $367.40 | $368.56 | $369.26 | $369.53 | $369.36 | $368.76 | $367.77 |

**Notes and Sources**

[1] August 2015 Five-Year Prices - Scenario 2 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,109 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $360 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2016 | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025 | 2026 | 2027 | 2028 | 2029 | 2030 | 2031 | 2032 | 2033 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $2.97 | $3.15 | $3.30 | $3.43 | $3.59 | $3.68 | $3.77 | $3.86 | $3.96 | $4.06 | $4.16 | $4.26 | $4.37 | $4.48 | $4.59 | $4.71 | $4.82 | $4.94 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $2.67 | $2.83 | $2.96 | $3.08 | $3.22 | $3.30 | $3.38 | $3.47 | $3.55 | $3.64 | $3.73 | $3.83 | $3.92 | $4.02 | $4.12 | $4.23 | $4.33 | $4.44 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $49.94 | $51.23 | $56.95 | $62.90 | $73.99 | $75.83 | $77.82 | $79.86 | $81.93 | $84.13 | $86.23 | $88.39 | $90.60 | $92.86 | $95.18 | $97.56 | $100.00 | $102.50 |
| **Quantity** | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 10.24 | 9.45 | 8.75 | 8.15 | 7.63 | 7.11 | 6.64 | 6.20 | 5.80 | 5.40 | 5.04 | 4.27 | 4.00 | 3.73 | 3.48 | 3.25 | 3.05 | 2.84 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.08 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 | 0.03 | 0.03 | 0.03 | 0.03 | 0.02 | 0.02 | 0.02 |
| C&C NAFS - MBBL | [2] | 0.48 | 0.45 | 0.42 | 0.40 | 0.38 | 0.35 | 0.33 | 0.31 | 0.30 | 0.28 | 0.26 | 0.24 | 0.23 | 0.22 | 0.20 | 0.19 | 0.18 | 0.17 |
| **Revenue** | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $27.33 | $26.73 | $25.88 | $25.12 | $24.58 | $23.48 | $22.47 | $21.49 | $20.62 | $19.68 | $18.84 | $16.33 | $15.69 | $14.99 | $14.36 | $13.74 | $13.22 | $12.62 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $24.10 | $22.99 | $24.02 | $24.98 | $27.81 | $26.82 | $25.96 | $25.12 | $24.41 | $23.58 | $22.72 | $21.65 | $20.99 | $20.23 | $19.42 | $18.66 | $18.12 | $17.51 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.29) | ($0.27) | ($0.26) | ($0.24) | ($0.23) | ($0.22) | ($0.21) | ($0.20) | ($0.19) | ($0.18) | ($0.18) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.04) | ($0.03) | ($0.03) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.53 | $0.50 | $0.48 | $0.45 | $0.44 | $0.42 | $0.40 | $0.39 | $0.37 | $0.35 | $0.34 | $0.33 | $0.31 | $0.30 | $0.29 | $0.28 | $0.27 | $0.25 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | ($2.46) | ($2.52) | ($2.59) | ($2.65) | ($2.72) | ($2.78) | ($2.85) | ($2.93) | ($3.00) | ($3.07) | ($3.15) | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $49.21 | $47.43 | $47.53 | $47.66 | $49.88 | $47.71 | $45.76 | $43.87 | $42.21 | $40.36 | $38.58 | $38.26 | $36.95 | $35.49 | $34.03 | $32.64 | $31.57 | $30.35 |
| *Less:* | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($32.79) | ($31.39) | ($31.08) | ($31.46) | ($32.42) | ($31.06) | ($29.84) | ($28.66) | ($27.61) | ($26.46) | ($25.39) | ($23.00) | ($22.34) | ($21.60) | ($20.89) | ($20.22) | ($19.70) | ($19.10) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $16.42 | $16.04 | $16.45 | $16.20 | $17.47 | $16.65 | $15.93 | $15.22 | $14.60 | $13.90 | $13.18 | $15.26 | $14.62 | $13.89 | $13.14 | $12.42 | $11.87 | $11.25 |
| Cumulative Cash Flow | [C-5] | $16.42 | $32.47 | $48.92 | $65.12 | $82.58 | $99.23 | $115.16 | $130.37 | $144.97 | $158.86 | $172.05 | $187.31 | $201.93 | $215.81 | $228.95 | $241.38 | $253.25 | $264.50 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Green River Asset Recoverability Analysis Summary**
**August 2015 Five-Year Prices - Scenario 3**

| | |
|---|---|
| Max Profitable Year [4] | 2052 |
| Total Revenue Through 2052 | $1,109 |
| Total Cash OPEX Through 2052 | ($748) |
| Total CAPEX Through 2052 | $0 |
| Total Net Cash Flow Through | $360 |
| Book Value [3] | $288 |
| Impairment Indicator? | No |

| | | 2034 | 2035 | 2036 | 2037 | 2038 | 2039 | 2040 | 2041 | 2042 | 2043 | 2044 | 2045 | 2046 | 2047 | 2048 | 2049 | 2050 | 2051 | 2052 | 2053 | 2054 | 2055 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Price** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas ($/kcf) | [1] | $5.07 | $5.19 | $5.32 | $5.46 | $5.59 | $5.73 | $5.88 | $6.02 | $6.17 | $6.33 | $6.49 | $6.65 | $6.82 | $6.99 | $7.16 | $7.34 | $7.52 | $7.71 | $7.90 | $8.10 | $8.30 | $8.51 |
| Gas ($/kcf) - Price Differential | [2] | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 | $0.90 |
| Gas ($/kcf) - Recalculated with Differential | [C-1] | $4.55 | $4.66 | $4.78 | $4.90 | $5.02 | $5.15 | $5.28 | $5.41 | $5.54 | $5.68 | $5.82 | $5.97 | $6.12 | $6.27 | $6.43 | $6.59 | $6.76 | $6.92 | $7.10 | $7.27 | $7.46 | $7.64 |
| NGL ($/bbl) | [2] | | | | | | | | | | | | | | | | | | | | | | |
| C&C ($/bbl) | [2] | $105.06 | $107.69 | $110.38 | $113.14 | $115.97 | $118.87 | $121.84 | $124.89 | $128.01 | $131.21 | $134.49 | $137.85 | $141.30 | $144.83 | $148.45 | $152.16 | $155.97 | $159.87 | $163.86 | $167.96 | $172.16 | $176.46 |
| **Quantity** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas NAFS - GCF | [2] | 2.65 | 2.48 | 2.31 | 2.15 | 2.01 | 1.87 | 1.74 | 1.62 | 1.50 | 1.40 | 1.30 | 1.21 | 1.13 | 1.05 | 0.98 | 0.91 | 0.84 | 0.78 | 0.73 | 0.68 | 0.63 | 0.59 |
| Fuel - GCF | [2] | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NGL NAFS - MBBL | [2] | 0.02 | 0.02 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.00 | 0.00 | 0.00 | 0.00 |
| C&C NAFS - MBBL | [2] | 0.16 | 0.15 | 0.14 | 0.13 | 0.12 | 0.11 | 0.10 | 0.10 | 0.09 | 0.08 | 0.07 | 0.07 | 0.07 | 0.06 | 0.06 | 0.05 | 0.05 | 0.05 | 0.04 | 0.04 | 0.04 | 0.03 |
| **Revenue** | | | | | | | | | | | | | | | | | | | | | | | |
| Gas Revenue | [C-2] | $12.08 | $11.57 | $11.03 | $10.53 | $10.10 | $9.63 | $9.20 | $8.75 | $8.34 | $7.95 | $7.60 | $7.22 | $6.89 | $6.56 | $6.27 | $5.96 | $5.69 | $5.42 | $5.18 | $4.93 | $4.69 | $4.48 |
| NGL Revenue | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| C&C Revenue | [2] | $16.95 | $16.39 | $15.68 | $14.95 | $14.26 | $13.45 | $12.72 | $11.96 | $11.28 | $10.64 | $10.06 | $9.46 | $8.92 | $8.41 | $7.95 | $7.48 | $7.05 | $6.65 | $6.29 | $5.91 | $5.58 | $5.26 |
| *Liquids Revenue* | [2] | | | | | | | | | | | | | | | | | | | | | | |
| CIFO | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| MSO Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Processing & Transportation | [2] | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.03) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.02) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) | ($0.01) |
| Ship or Pay Penalty | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Cortez Equity Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other NHC Income | [2] | $0.24 | $0.23 | $0.22 | $0.21 | $0.20 | $0.19 | $0.18 | $0.18 | $0.17 | $0.16 | $0.15 | $0.14 | $0.14 | $0.13 | $0.12 | $0.12 | $0.11 | $0.11 | $0.10 | $0.10 | $0.09 | $0.09 |
| Other Non-Op Income | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Other Margin | [2] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Undiscounted Cash Flows** | | | | | | | | | | | | | | | | | | | | | | | |
| Revenue | [C-3] | $29.24 | $28.16 | $26.90 | $25.66 | $24.54 | $23.25 | $22.08 | $20.86 | $19.76 | $18.72 | $17.79 | $16.81 | $15.92 | $15.09 | $14.34 | $13.55 | $12.84 | $12.16 | $11.56 | $10.92 | $10.35 | $9.81 |
| *Less:* | | | | | | | | | | | | | | | | | | | | | | | |
| Operating Expenses | [3] | ($18.56) | ($18.05) | ($17.46) | ($16.91) | ($16.42) | ($15.87) | ($15.38) | ($14.86) | ($14.41) | ($13.98) | ($13.62) | ($13.23) | ($12.89) | ($12.58) | ($12.31) | ($12.03) | ($11.79) | ($11.57) | ($11.38) | ($11.19) | ($11.03) | ($10.89) |
| Capital Expenditures | [3] | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Annual Cash Flow | [C-4] | $10.68 | $10.11 | $9.44 | $8.75 | $8.12 | $7.38 | $6.71 | $6.00 | $5.36 | $4.74 | $4.17 | $3.58 | $3.04 | $2.51 | $2.03 | $1.52 | $1.05 | $0.60 | $0.17 | ($0.27) | ($0.68) | ($1.08) |
| Cumulative Cash Flow | [C-5] | $275.18 | $285.30 | $294.74 | $303.49 | $311.61 | $318.99 | $325.69 | $331.70 | $337.06 | $341.80 | $345.97 | $349.55 | $352.59 | $355.10 | $357.13 | $358.65 | $359.70 | $360.29 | $360.47 | $360.20 | $359.52 | $358.44 |

Notes and Sources

[1] August 2015 Five-Year Prices - Scenario 3 (EMC_RAMIREZ 000000303).
[2] Sourced from Exxon's original cash flow contained in PRAM0325081.
[3] Sourced from Exxon's original asset recoverability workbook contained in PRAM0031461.
[4] Cash Flows have been considered through year 2052 (i.e., excluding net cash outflows for 2053 - 2055), the max year of profitability at this price point.
[C-1] Calculated Exxon's Green River's natural gas price differential sourced from PRAM0325081.
[C-2] Calculated natural gas revenue from calculated price [C-1] and quantities sourced from PRAM0325081.
[C-3] Calculated revenue sourced from PRAM0031461, adjusting for [C-1] and [C-2].
[C-4] Calculated annual undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-3].
[C-5] Calculated cumulative undiscounted cash flows sourced from PRAM0031461, adjusting for [C-1] through [C-4].

**Exhibit A – Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

I have relied on all of the documents cited in my report, including the text and footnotes therein. In addition to these documents, I have also listed below other documents that I considered in preparing my report.

**Relativity Documents**
As part of my assignment, I was given access to electronic databases (i.e. Relativity Platform) containing relevant information including documents produced by defendants and third-parties.

**Bates Stamped Documents (beginning bates only):**

| | |
|---|---|
| EMC_RAM 000000001 | PRAM0002119 |
| EMC_RAM 000000080 | PRAM0002134 |
| EMC_RAM 000000678 | PRAM0002140 |
| EMC_RAM 000000682 | PRAM0002390 |
| EMC_RAM 000001877 | PRAM0003046 |
| EMC_RAM 000002249 | PRAM0003047 |
| EMC_RAM 000005373 | PRAM0003048 |
| EMC_RAM 000005374 | PRAM0003049 |
| EMC_RAM 000008217 | PRAM0003050 |
| EMC_RAM 000008612 | PRAM0003051 |
| EMC_RAM 000008739 | PRAM0003052 |
| EMC_RAM 000009226 | PRAM0003364 |
| EMC_RAM 000009227 | PRAM0004141 |
| EMC_RAM 000009252 | PRAM0004142 |
| EMC_RAM 000009356 | PRAM0004200 |
| EMC_RAM 000039402 | PRAM0004200 |
| EMC_RAM 000039441 | PRAM0004258 |
| EMC_RAM 000039607 | PRAM0004258 |
| EMC_RAM 000040321 | PRAM0005546 |
| EMC_RAM 000040322 | PRAM0005551 |
| EMC_RAM 000040426 | PRAM0005552 |
| EMC_RAM 000040453 | PRAM0005599 |
| EMC_RAM 000041103 | PRAM0005729 |
| EMC_RAM 000041104 | PRAM0005730 |
| EMC_RAM 000041129 | PRAM0005865 |
| EMC_RAM 000041233 | PRAM0005882 |
| EMC_RAM 000055076 | PRAM0005883 |
| EMC_RAM 000058432 | PRAM0005884 |
| EMC_RAM 000068172 | PRAM0006176 |
| EMC_RAM 000068173 | PRAM0006789 |
| EMC_RAM 000297875 | PRAM0006789 |
| EMC_RAM 000301351 | PRAM0006962 |
| EMC_RAM 000301352 | PRAM0007309 |
| EMC_RAM 000301377 | PRAM0007310 |
| EMC_RAM 000454062 | PRAM0008535 |
| EMC_RAM 000454063 | PRAM0008541 |
| EMC_RAM 000579687 | PRAM0008546 |
| EMC_RAM 000579690 | PRAM0008550 |
| EMC_RAM 000735429 | PRAM0008683 |
| EMC_RAM 000983295 | PRAM0009204 |
| EMC_RAM 000983296 | PRAM0013175 |
| EMC_RAM 000983310 | PRAM0013176 |
| EMC_RAM 000983311 | PRAM0013177 |
| EMC_RAM 000983312 | PRAM0016255 |
| EMC_RAM 000984504 | PRAM0016258 |
| EMC_RAM 000986618 | PRAM0016295 |
| EMC_RAM 000986992 | PRAM0016300 |
| EMC_RAM 000986993 | PRAM0016303 |
| EMC_RAM 000987006 | PRAM0018432 |
| EMC_RAM 000987034 | PRAM0018438 |
| EMC_RAM 000987035 | PRAM0018439 |
| EMC_RAM 000987041 | PRAM0018440 |
| EMC_RAM 000987178 | PRAM0018441 |
| EMC_RAM 000987200 | PRAM0021757 |
| EMC_RAM 000987260 | PRAM0022167 |
| EMC_RAM 000988662 | PRAM0023592 |
| EMC_RAM 000988674 | PRAM0023594 |
| EMC_RAM 000989716 | PRAM0023595 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 000991606 | PRAM0023596 |
| EMC_RAM 000997002 | PRAM0023597 |
| EMC_RAM 000997004 | PRAM0023598 |
| EMC_RAM 001074689 | PRAM0023599 |
| EMC_RAM 001074690 | PRAM0023600 |
| EMC_RAM 001074731 | PRAM0023809 |
| EMC_RAM 001074733 | PRAM0023810 |
| EMC_RAM 001074759 | PRAM0024252 |
| EMC_RAM 001074862 | PRAM0024253 |
| EMC_RAM 001483494 | PRAM0024257 |
| EMC_RAM 001590932 | PRAM0024260 |
| EMC_RAM 001590961 | PRAM0024271 |
| EMC_RAM 001590989 | PRAM0024573 |
| EMC_RAM 001592131 | PRAM0025335 |
| EMC_RAM 001592132 | PRAM0026635 |
| EMC_RAM 001593539 | PRAM0027699 |
| EMC_RAM 001594295 | PRAM0027700 |
| EMC_RAM 001594296 | PRAM0028120 |
| EMC_RAM 001594728 | PRAM0028121 |
| EMC_RAM 001594730 | PRAM0028124 |
| EMC_RAM 001594780 | PRAM0028129 |
| EMC_RAM 001595212 | PRAM0028532 |
| EMC_RAM 001595213 | PRAM0028745 |
| EMC_RAM 001595214 | PRAM0028746 |
| EMC_RAM 001595239 | PRAM0029076 |
| EMC_RAM 001596207 | PRAM0029077 |
| EMC_RAM 001596208 | PRAM0030992 |
| EMC_RAM 001596209 | PRAM0030995 |
| EMC_RAM 001602456 | PRAM0030996 |
| EMC_RAM 001602457 | PRAM0030997 |
| EMC_RAM 001621106 | PRAM0030998 |
| EMC_RAM 001621107 | PRAM0030999 |
| EMC_RAM 001627208 | PRAM0031000 |
| EMC_RAM 001628345 | PRAM0031001 |
| EMC_RAM 001629433 | PRAM0031002 |
| EMC_RAM 001629434 | PRAM0031003 |
| EMC_RAM 0016294341 | PRAM0031004 |
| EMC_RAM 001630135 | PRAM0031005 |
| EMC_RAM 001630167 | PRAM0031006 |
| EMC_RAM 001640493 | PRAM0031007 |
| EMC_RAM 001654125 | PRAM0031008 |
| EMC_RAM 001656310 | PRAM0031009 |
| EMC_RAM 001656332 | PRAM0031010 |
| EMC_RAM 001656355 | PRAM0031011 |
| EMC_RAM 001656377 | PRAM0031012 |
| EMC_RAM 001656400 | PRAM0031043 |
| EMC_RAM 001656436 | PRAM0031046 |
| EMC_RAM 001656445 | PRAM0031047 |
| EMC_RAM 001656454 | PRAM0031048 |
| EMC_RAM 001656473 | PRAM0031049 |
| EMC_RAM 001656481 | PRAM0031050 |
| EMC_RAM 001656489 | PRAM0031051 |
| EMC_RAM 001656497 | PRAM0031052 |
| EMC_RAM 001656505 | PRAM0031053 |
| EMC_RAM 001656513 | PRAM0031054 |
| EMC_RAM 001656521 | PRAM0031055 |
| EMC_RAM 001656529 | PRAM0031056 |
| EMC_RAM 001656538 | PRAM0031057 |
| EMC_RAM 001656559 | PRAM0031057 |
| EMC_RAM 001656567 | PRAM0031058 |
| EMC_RAM 001656568 | PRAM0031058 |
| EMC_RAM 001656576 | PRAM0031059 |
| EMC_RAM 001656597 | PRAM0031060 |
| EMC_RAM 001656605 | PRAM0031061 |
| EMC_RAM 001656613 | PRAM0031062 |
| EMC_RAM 001656614 | PRAM0031063 |
| EMC_RAM 001656625 | PRAM0031204 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM 001656632 | PRAM0031461 |
| EMC_RAM 001656643 | PRAM0032850 |
| EMC_RAM 001656650 | PRAM0032851 |
| EMC_RAM 001656661 | PRAM0035895 |
| EMC_RAM 001656672 | PRAM0035902 |
| EMC_RAM 001656674 | PRAM0035903 |
| EMC_RAM 001656685 | PRAM0035904 |
| EMC_RAM 001656694 | PRAM0035905 |
| EMC_RAM 001656700 | PRAM0035906 |
| EMC_RAM 001656709 | PRAM0035907 |
| EMC_RAM 001656717 | PRAM0035908 |
| EMC_RAM 001656726 | PRAM0035909 |
| EMC_RAM 001656735 | PRAM0035910 |
| EMC_RAM 001656744 | PRAM0035912 |
| EMC_RAM 001656745 | PRAM0036057 |
| EMC_RAM 001656751 | PRAM0037020 |
| EMC_RAM 001656760 | PRAM0038020 |
| EMC_RAM 001656761 | PRAM0038788 |
| EMC_RAM 001656769 | PRAM0038789 |
| EMC_RAM 001656780 | PRAM0045119 |
| EMC_RAM 001656804 | PRAM0045121 |
| EMC_RAM 001656818 | PRAM0045122 |
| EMC_RAM 001656825 | PRAM0045123 |
| EMC_RAM 001656836 | PRAM0045124 |
| EMC_RAM 001661558 | PRAM0045125 |
| EMC_RAM 001661568 | PRAM0045126 |
| EMC_RAM 001661576 | PRAM0046072 |
| EMC_RAM 001661577 | PRAM0046074 |
| EMC_RAM 001661600 | PRAM0046075 |
| EMC_RAM 001670531 | PRAM0046076 |
| EMC_RAM 001670532 | PRAM0046077 |
| EMC_RAM 001670534 | PRAM0046078 |
| EMC_RAM 001670737 | PRAM0046079 |
| EMC_RAM 001670847 | PRAM0046080 |
| EMC_RAM 001744699 | PRAM0046081 |
| EMC_RAM 001744700 | PRAM0046082 |
| EMC_RAM 001744725 | PRAM0046083 |
| EMC_RAM 001744829 | PRAM0046084 |
| EMC_RAM 001744830 | PRAM0046085 |
| EMC_RAM 001744855 | PRAM0046086 |
| EMC_RAM 001744959 | PRAM0046087 |
| EMC_RAM 001744984 | PRAM0046088 |
| EMC_RAM 001746868 | PRAM0046183 |
| EMC_RAM 001746869 | PRAM0046187 |
| EMC_RAM 001747213 | PRAM0046188 |
| EMC_RAM 001747498 | PRAM0046189 |
| EMC_RAM 001747532 | PRAM0046190 |
| EMC_RAM_NYAG 000856446 | PRAM0047185 |
| EMC_RAM_NYAG 000962156 | PRAM0047670 |
| EMC_RAM_NYAG 000984897 | PRAM0047671 |
| EMC_RAM_NYAG 000993111 | PRAM0047996 |
| EMC_RAM_NYAG 000993130 | PRAM0047999 |
| EMC_RAM_NYAG 003545779 | PRAM0048000 |
| EMC_RAM_NYAG 003623607 | PRAM0048001 |
| EMC_RAM_SEC 000000246 | PRAM0048002 |
| EMC_RAM_SEC 000009234 | PRAM0048003 |
| EMC_RAM_SEC 000009320 | PRAM0048004 |
| EMC_RAM_SEC 000009387 | PRAM0048005 |
| EMC_RAM_SEC 000009456 | PRAM0048006 |
| EMC_RAM_SEC 000009531 | PRAM0048007 |
| EMC_RAM_SEC 000009603 | PRAM0048008 |
| EMC_RAM_SEC 000009677 | PRAM0048009 |
| EMC_RAM_SEC 000009735 | PRAM0048010 |
| EMC_RAM_SEC 000009788 | PRAM0048011 |
| EMC_RAM_SEC 000009842 | PRAM0048012 |
| EMC_RAM_SEC 00009915 | PRAM0048013 |
| EMC_RAM_SEC 000009968 | PRAM0048260 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000021986 | PRAM0048262 |
| EMC_RAM_SEC 000022952 | PRAM0048953 |
| EMC_RAM_SEC 000022953 | PRAM0049073 |
| EMC_RAM_SEC 000023006 | PRAM0051018 |
| EMC_RAM_SEC 000023020 | PRAM0051019 |
| EMC_RAM_SEC 000023021 | PRAM0051285 |
| EMC_RAM_SEC 000023144 | PRAM0051287 |
| EMC_RAM_SEC 000024841 | PRAM0051288 |
| EMC_RAM_SEC 000024843 | PRAM0051796 |
| EMC_RAM_SEC 000025028 | PRAM0055019 |
| EMC_RAM_SEC 000025130 | PRAM0055019 |
| EMC_RAM_SEC 000030141 | PRAM0055030 |
| EMC_RAM_SEC 000031998 | PRAM0055037 |
| EMC_RAM_SEC 000033933 | PRAM0055038 |
| EMC_RAM_SEC 000033934 | PRAM0055084 |
| EMC_RAM_SEC 000033984 | PRAM0055085 |
| EMC_RAM_SEC 000035525 | PRAM0055086 |
| EMC_RAM_SEC 000035533 | PRAM0055680 |
| EMC_RAM_SEC 000035564 | PRAM0056443 |
| EMC_RAM_SEC 000038477 | PRAM0056444 |
| EMC_RAM_SEC 000038478 | PRAM0056445 |
| EMC_RAM_SEC 000048416 | PRAM0059202 |
| EMC_RAM_SEC 000048417 | PRAM0059205 |
| EMC_RAM_SEC 000048430 | PRAM0059206 |
| EMC_RAM_SEC 000049962 | PRAM0061492 |
| EMC_RAM_SEC 000049964 | PRAM0063961 |
| EMC_RAM_SEC 000050020 | PRAM0063962 |
| EMC_RAM_SEC 000051670 | PRAM0063964 |
| EMC_RAM_SEC 000051671 | PRAM0063968 |
| EMC_RAM_SEC 000051672 | PRAM0063969 |
| EMC_RAM_SEC 000056309 | PRAM0063972 |
| EMC_RAM_SEC 000056457 | PRAM0063974 |
| EMC_RAM_SEC 000056458 | PRAM0063986 |
| EMC_RAM_SEC 000056469 | PRAM0063993 |
| EMC_RAM_SEC 000056471 | PRAM0063999 |
| EMC_RAM_SEC 000056482 | PRAM0064262 |
| EMC_RAM_SEC 000056483 | PRAM0064263 |
| EMC_RAM_SEC 000062879 | PRAM0064264 |
| EMC_RAM_SEC 000062925 | PRAM0064265 |
| EMC_RAM_SEC 000063146 | PRAM0064266 |
| EMC_RAM_SEC 000063553 | PRAM0065448 |
| EMC_RAM_SEC 000064589 | PRAM0068863 |
| EMC_RAM_SEC 000065962 | PRAM0069058 |
| EMC_RAM_SEC 000066161 | PRAM0069061 |
| EMC_RAM_SEC 000068172 | PRAM0071023 |
| EMC_RAM_SEC 000068173 | PRAM0071024 |
| EMC_RAM_SEC 000070231 | PRAM0071025 |
| EMC_RAM_SEC 000083975 | PRAM0071026 |
| EMC_RAM_SEC 000086978 | PRAM0071027 |
| EMC_RAM_SEC 000086979 | PRAM0071028 |
| EMC_RAM_SEC 000088138 | PRAM0071029 |
| EMC_RAM_SEC 000091485 | PRAM0071030 |
| EMC_RAM_SEC 000091486 | PRAM0071031 |
| EMC_RAM_SEC 000093174 | PRAM0071032 |
| EMC_RAM_SEC 000095333 | PRAM0071033 |
| EMC_RAM_SEC 000097272 | PRAM0071872 |
| EMC_RAM_SEC 000097274 | PRAM0071884 |
| EMC_RAM_SEC 000099025 | PRAM0071885 |
| EMC_RAM_SEC 000099050 | PRAM0072792 |
| EMC_RAM_SEC 000109642 | PRAM0073269 |
| EMC_RAM_SEC 000109643 | PRAM0073773 |
| EMC_RAM_SEC 000109644 | PRAM0074003 |
| EMC_RAM_SEC 000109645 | PRAM0074006 |
| EMC_RAM_SEC 000109648 | PRAM0074007 |
| EMC_RAM_SEC 000109649 | PRAM0074008 |
| EMC_RAM_SEC 000113380 | PRAM0074009 |
| EMC_RAM_SEC 000114856 | PRAM0074010 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAM_SEC 000120818 | PRAM0074011 |
| EMC_RAMIREZ 000000121 | PRAM0077068 |
| EMC_RAMIREZ 000000255 | PRAM0077071 |
| EMC_RAMIREZ 000000301 | PRAM0077072 |
| EMC_RAMIREZ 000000533 | PRAM0077073 |
| EMC_RAMIREZ 000002550 | PRAM0077248 |
| EMC_RAMIREZ 000003986 | PRAM0077311 |
| EMC_RAMIREZ 000005478 | PRAM0077313 |
| EMC_RAMIREZ 000006255 | PRAM0077314 |
| EMC_RAMIREZ 000006256 | PRAM0077899 |
| EMC_RAMIREZ 000006257 | PRAM0077903 |
| EMC_RAMIREZ 000006258 | PRAM0077904 |
| EMC_RAMIREZ 000006259 | PRAM0077905 |
| EMC_RAMIREZ 000006289 | PRAM0077906 |
| EMC_RAMIREZ 000007140 | PRAM0077907 |
| EMC_RAMIREZ 000007141 | PRAM0077908 |
| EMC_RAMIREZ 000007154 | PRAM0077909 |
| EMC_RAMIREZ 000008612 | PRAM0077910 |
| EMC_RAMIREZ 000008874 | PRAM0079561 |
| EMC_RAMIREZ 000009026 | PRAM0081802 |
| EMC_RAMIREZ 000009292 | PRAM0081803 |
| EMC_RAMIREZ 000009294 | PRAM0086835 |
| EMC_RAMIREZ 000009451 | PRAM0087299 |
| EMC_RAMIREZ 000009455 | PRAM0087300 |
| EMC_RAMIREZ 000012279 | PRAM0087347 |
| EMC_RAMIREZ 000015594 | PRAM0087352 |
| EMC_RAMIREZ 000017292 | PRAM0094474 |
| EMC_RAMIREZ 000019172 | PRAM0097660 |
| EMC_RAMIREZ 000019173 | PRAM0100480 |
| EMC_RAMIREZ 000020631 | PRAM0106256 |
| EMC_RAMIREZ 000021185 | PRAM0127510 |
| EMC_RAMIREZ 000021186 | PRAM0127511 |
| EMC_RAMIREZ 000022927 | PRAM0140156 |
| EMC_RAMIREZ 000022930 | PRAM0142164 |
| EMC_RAMIREZ 000023330 | PRAM0174388 |
| EMC_RAMIREZ 000028881 | PRAM0180456 |
| EMC_RAMIREZ 000029326 | PRAM0180581 |
| EMC_RAMIREZ 000029676 | PRAM0186258 |
| EMC_RAMIREZ 000030838 | PRAM0186259 |
| EMC_RAMIREZ 000030864 | PRAM0211778 |
| EMC_RAMIREZ 000030866 | PRAM0211779 |
| EMC_RAMIREZ 000031065 | PRAM0214659 |
| EMC_RAMIREZ 000031956 | PRAM0214660 |
| EMC_RAMIREZ 000031960 | PRAM0219585 |
| EMC_RAMIREZ 000031967 | PRAM0219586 |
| EMC_RAMIREZ 000032853 | PRAM0221195 |
| EMC_RAMIREZ 000032864 | PRAM0221196 |
| EMC_RAMIREZ 000032887 | PRAM0221891 |
| EMC_RAMIREZ 000032948 | PRAM0221892 |
| EMC_RAMIREZ 000032951 | PRAM0222304 |
| EMC_RAMIREZ 000033201 | PRAM0223769 |
| EMC_RAMIREZ 000033450 | PRAM0223772 |
| EMC_RAMIREZ 000033621 | PRAM0223773 |
| EMC_RAMIREZ 000037943 | PRAM0223784 |
| EMC_RAMIREZ 000042309 | PRAM0223785 |
| EMC_RAMIREZ 000042313 | PRAM0223796 |
| EMC_RAMIREZ 000045198 | PRAM0223797 |
| EMC_RAMIREZ 000045200 | PRAM0223798 |
| EMC_RAMIREZ 000045205 | PRAM0223809 |
| EMC_RAMIREZ 000047764 | PRAM0223810 |
| EMC_RAMIREZ 000047767 | PRAM0223821 |
| EMC_RAMIREZ 000047769 | PRAM0223826 |
| EMC_RAMIREZ 000047771 | PRAM0223827 |
| EMC_RAMIREZ 000047773 | PRAM0232100 |
| EMC_RAMIREZ 000048104 | PRAM0238330 |
| EMC_RAMIREZ 000048534 | PRAM0238331 |
| EMC_RAMIREZ 000048534 | PRAM0238465 |

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

| | |
|---|---|
| EMC_RAMIREZ 000049831 | PRAM0238467 |
| EMC_RAMIREZ 000049840 | PRAM0242651 |
| EMC_RAMIREZ 000050532 | PRAM0242653 |
| EMC_RAMIREZ 000051599 | PRAM0322029 |
| EMC_RAMIREZ 000051611 | PRAM0323959 |
| EMC_RAMIREZ 000051970 | PRAM0323962 |
| EMC_RAMIREZ 000056322 | PRAM0323963 |
| EMC_RAMIREZ 000056334 | PRAM0323964 |
| EMC_RAMIREZ 000058126 | PRAM0323965 |
| EMC_RAMIREZ 000058169 | PRAM0323966 |
| EMC_RAMIREZ 000062103 | PRAM0323967 |
| EMC_RAMIREZ 000062967 | PRAM0323968 |
| EMC_RAMIREZ 000063689 | PRAM0323969 |
| EMC_RAMIREZ 000064876 | PRAM0323970 |
| EMC_RAMIREZ 000068234 | PRAM0323971 |
| EMC_RAMIREZ 000068914 | PRAM0323972 |
| EMC_RAMIREZ 000071312 | PRAM0325081 |
| EMC_RAMIREZ 000071313 | PRAM0331404 |
| EMC_RAMIREZ 000071314 | PRAM0335147 |
| EMC_RAMIREZ 000071315 | PRAM0360813 |
| EMC_RAMIREZ 000071316 | PRAM0360857 |
| EMC_RAMIREZ 000074864 | PRAM0365449 |
| EMC_RAMIREZ 000075116 | PRAM0388220 |
| EMC_RAMIREZ 000076710 | PRAM0400687 |
| EMC_RAMIREZ 000077878; | PRAM0423395 |
| EMC_RAMIREZ 000079688 | PRAM0430339 |
| EMC_RAMIREZ 000083223 | PRAM0439742 |
| EMC_RAMIREZ 000083224 | PRAM0458924 |
| EMC_RAMIREZ 000097889 | PRAM0458926 |
| EMC_RAMIREZ 000114222 | PRAM0471246 |
| EMC_RAMIREZ 000141014 | PRAM0479715 |
| EMC_RAMIREZ 000141017 | PRAM0479717 |
| EMC_RAMIREZ 000141087 | PRAM0514434 |
| EMC_RAMIREZ 000141091 | PRAM0523163 |
| EMC_RAMIREZ 000158730 | PRAM0523213 |
| PRAM0000035 | PRAM0547116 |
| PRAM0000365 | PRAM0549745 |
| PRAM0000511 | PRAM0553869 |
| PRAM0000518 | PRAM0600501 |
| PRAM0000521 | PRAM0607211 |
| PRAM0000522 | PRAM0627162 |
| PRAM0000523 | PRAM0629339 |
| PRAM0000525 | PRAM0653225 |
| PRAM0000526 | PRAM0660407 |
| PRAM0000527 | PRAM0662279 |
| PRAM0000846 | PRAM0666425 |
| PRAM0001679 | PRAM0674283 |
| PRAM0001681 | PRAM0693040 |
| PRAM0001681 | PRAM0703474 |
| PRAM0002031 | PRAM0705989 |
| PRAM0002033 | PRAM0712414 |
| PRAM0002087 | PRAM0712415 |
| PRAM0002089 | PRAM0717939 |
| PRAM0002092 | PRAM0761829 |
| PRAM0002095 | PRAM0773954 |
| PRAM0002117 | WOOD0001237 |

**SEC Filings**
Anadarko 2015 Form 10-K
Chevron 2015 Form 10-K
EOG 2015 Form 10-K
Exxon 1999 Form 10-K
Exxon 2009 Form 10-K
Exxon 2010 Form 10-K/A
Exxon 2011 Form 10-K
Exxon 2012 Form 10-K
Exxon 2013 Form 10-K

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

Exxon 2014 Form 10-K
Exxon 2015 Form 10-K
Exxon 2016 Form 10-K
Exxon Current Report on Form 8-K, April 29, 2016
Exxon Current Report on Form 8-K, April 30, 2015
Exxon Current Report on Form 8-K, February 2, 2015
Exxon Current Report on Form 8-K, February 2, 2016
Exxon Current Report on Form 8-K, January 31, 2017
Exxon Current Report on Form 8-K, July 29, 2016
Exxon Current Report on Form 8-K, July 31, 2015
Exxon Current Report on Form 8-K, October 28, 2016
Exxon Current Report on Form 8-K, October 30, 2015
Exxon Q1 2014 Form 10-Q
Exxon Q1 2015 Form 10-Q
Exxon Q1 2016 Form 10-Q
Exxon Q2 2014 Form 10-Q
Exxon Q2 2015 Form 10-Q
Exxon Q2 2016 Form 10-Q
Exxon Q3 2014 Form 10-Q
Exxon Q3 2015 Form 10-Q
Exxon Q3 2016 Form 10-Q
Exxon SEC CORRESP, April 10, 2017
Exxon SEC CORRESP, February 22, 2017
Exxon SEC CORRESP, February 24, 2015
Exxon SEC CORRESP, January 30, 2017
Exxon SEC CORRESP, October 24, 2016
HGT 2015 Form 10-K
IOL 2015 Form 10-K

**Exxon Transcripts & Presentations**
Exxon March 4, 2015 Analyst Meeting and Presentation
Exxon Q1 2014 Earnings Call Transcript and Presentation
Exxon Q1 2015 Earnings Call Transcript and Presentation
Exxon Q1 2016 Earnings Call Transcript and Presentation
Exxon Q2 2014 Earnings Call Transcript and Presentation
Exxon Q2 2015 Earnings Call Transcript and Presentation
Exxon Q2 2016 Earnings Call Transcript and Presentation
Exxon Q3 2014 Earnings Call Transcript and Presentation
Exxon Q3 2015 Earnings Call Transcript and Presentation
Exxon Q3 2016 Earnings Call Transcript and Presentation
Exxon Q4 2014 Earnings Call Transcript and Presentation
Exxon Q4 2015 Earnings Call Transcript and Presentation
Exxon Q4 2016 Earnings Call Transcript and Presentation

**Accounting and Auditing Guidance, SEC Rules and Related**
17 CFR Part 210
17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72] December 19, 2003
17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36] May 18, 1989
AICPA Audit and Accounting Guide, *Entities with Oil and Gas Producing Activities*, as of January 1, 2014
AICPA Statement on Standards for Forensic Services
*All About Auditors: What Investors Need to Know*, U.S. Securities Exchange Commission
ASC 105 *Generally Accepted Accounting Principles*
ASC 250 *Accounting Changes and Error Corrections*
ASC 360 *Property, Plant, Plant, and Equipment*
ASC 605 *Revenue Recognition*
ASC 820 *Fair Value Measurement*
ASC 855 *Subsequent Events*
ASC 932 *Extractive Activities - Oil and Gas*
ASC Master Glossary
Edward H. Fleischman, SEC Commissioner, Address to the Eleventh Annual Southern Securities Institute, The Intersection of Business Needs and Disclosure Requirements: MD&A, March 1, 1991
FASB Accounting Standards Update No. 2014-09, Revenue from Contracts with Customers (Topic 606)
FASB Concept Statement No 2., Qualitative Characteristics of Accounting Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information
FASB Concept Statement No 8., Conceptual Framework for Financial Reporting-Chapter 3, Qualitative Characteristics of Useful Financial Information, As Amended

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

FASB No. 154: Accounting Changes and Error Corrections

Federal Trade Commission, Informal Staff Advisory Opinion 02-4

PCAOB 2014 Inspection of PricewaterhouseCoopers LLP, dated June 30, 2015, PCAOB Release No. 104-2015-122

PCAOB 2015 Inspection of PricewaterhouseCoopers LLP, dated August 10, 2016, PCAOB Release No. 104-2016-140

PCAOB 2016 Inspection of PricewaterhouseCoopers LLP, dated December 19, 2017, PCAOB Release No. 104-2018-001

PCAOB 2017 Inspection of PricewaterhouseCoopers LLP, dated February 28, 2019, PCAOB Release No. 104-2019-044

PCAOB AS 1001

PCAOB AS 11

PCAOB AS 14

PCAOB AS 2501

PCAOB AS 2810

PCAOB AS 4105

PCAOB AU 230

PCAOB AU 316

PCAOB AU 550

PCAOB AU 722

PCAOB AU 110

PCAOB AU 411

PCAOB Staff Practice Alert No. 9, December 6, 2011

Petroleum Accounting, 7th ed.

Petroleum Accounting, 8th ed.

Remarks Before the 2008 AICPA National Conference on Current SEC and PCAOB Developments by Mark Mahar, December 8, 2008

Report of the National Commission on Fraudulent Financial Reporting, October 1987

SEC Division of Corporation Finance: Frequently Requested Accounting and Financial Reporting Interpretations and Guidance, March 31, 2001

SEC Financial Reporting Manual

SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72]

SEC Interpretation: Management's Discussion and Analysis of Financial Condition and Results of Operations; Certain Investment Company Disclosures, 17 CFR Parts 211, 231, 241 and 271 [Release Nos. 33-6835; 34-26831; IC-16961; FR-36]

SEC Regulation S-K, Item 1202, Disclosure of Reserves (17 CFR §229.1202)

SEC Regulation S-K, Item 303 (17 CFR §229.303)

SEC Regulation S-X, Rule 4-01

SEC Regulation S-X, Rule 4-10(a)

SEC Release No. 33-8995; 34-59192; FR-78; File No. S7-15-08.

SEC Release Nos. 33-10751; 34-88094; FR 87 Commission Guidance on Management's Discussion and Analysis of Financial Condition and Results of Operations. Effective February 25, 2020

SEC Securities Act Release No. 6349, September 28, 1981

SEC Staff Accounting Bulletin No. 108

SEC Staff Accounting Bulletin No. 99

Speech by SEC Staff: Quality, Transparency, Accountability, Lynn E. Turner, April 26, 2001

Understanding and Using Financial Data, An Ernst & Young Guide for Attorneys, ©1996

**Pleadings**

Complaint, Civil Action No. 3:16-cv-03111-K

Defendants' Objections and Responses to Lead Plaintiff's Third Requests for Admission to Defendants

**Deposition(s) and Exhibits**

Deposition of Andrew P. Swiger, December 4, 2014 and Exhibits

Deposition of David Rosenthal, November 13, 2024 and Exhibits

Deposition of Irene Chang, October 17, 2024 and Exhibits

Deposition of Joseph M. Horne, September 17, 2024 and Exhibits

Deposition of Kirsten M. Bannister, September 12, 2024 and Exhibits

Deposition of Powell Fancher, December 4, 2024 and Exhibits

Deposition of Rex W. Tillerson, December 6, 2024 and Exhibits

Deposition of Richard DuCharme, November 14, 2024 and Exhibits

Deposition of Robert Gordon Wright, November 25, 2024 and Exhibits

Deposition of Robert N. Schleckser, December 3, 2024 and Exhibits

Deposition of Vincent L. Prestipino, September 20, 2024 and Exhibits

Deposition of William Strawbridge, October 16, 2024 and Exhibits

**Reports**

Expert Report of D. Paul Regan, CPA/CFF dated October 11, 2024

Rebuttal Expert Report of William B. Abington, CPA, CFF, CFE dated December 10, 2024

**Miscellaneous Documents (Articles, other written works, etc.)**

Adila McHich, Henry Hub Natural Gas Futures: Global Benchmark, CME Group, July 7, 2023

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

**Exhibit A - Updated Documents and Other Information Considered in Forming Opinions**
**Confidential**

Fenwick & West LLP, Corporate & Securities Law Update, SEC Focus on MD&A Disclosure, February 1, 2002, "Materiality is discussed in Staff Accounting Bulletin No. 99 (SAB 99), Materiality."

http://corporate.academy.com/locations/index.html

https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant _equip_US/Chapter-5--Impairment/5 2-Impairment-of-long-lived-assets-to-be-held-and-used.html

https://www.eia.gov/dnav/ng/hist/rngwhhdd.htm

https://www.eia.gov/dnav/pet/hist/RWTCD.htm

https://www.eia.gov/todayinenergy/detail.php?id= 62764

https://www.gao.gov/products/gao-06-1079sp

https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins/how-read (accessed October 9, 2024)

https://www.investor.gov/introduction-investing/general-resources/news-alerts/alerts-bulletins/investor-bulletins-17

https://www.sec.gov/about/mission (accessed October 9, 2024)

https://www.sec.gov/investor/alerts/ib-delinquent-filers (accessed October 9, 2024)

https://www.spglobal.com/commodityinsights/en/about-commodityinsights/media-center/press-releases/2017/092417-russias-gazprom-topples-us-exxonmobil-for-1st-place-top-250-global-energy-company-rankings (Accessed October 10, 2024)

NYMEX Natural Gas Futures (Strip) Prices per Bloomberg

Oil Sands Magazine, Imperial Oil Continues to Grow its Oil Sands Production, May 1, 2015

Perkins Coie website, "The Loneliness of Making the Materiality Decision," by Broc Romanek, July 20, 2021 (available at https://www.publicchatter.com/2021/07/the-loneliness-of-making-the-materiality-decision/)

Press Release, "Exxon Mobil Corporation and XTO Energy Inc. Announce Agreement," December 14, 2009.

Press Release, "Exxon Mobil to buy XTO Energy in big U.S. gas bet," Reuters, December 14, 2009.

Shearman & Sterling, MD&A 2002, Linchpin of SEC Post-Enron Disclosure Reform, Linda Quinn, October 2, 2002

SPE, Petroleum Resources Management System (2007)

The Corporate Counsel, Vol. XLIII, No. 1, January – February 2018, "Highlights and Pitfalls – Materiality: Making the Call"

ttps://pcaobus.org/oversight/inspections/firm-inspection-reportsA526A543A528:A546

**Exhibit A to Expert Reply Report of D. Paul Regan CPA/CFF dated January 10, 2025**

# HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Employment & Education

| | |
|---|---|
| 1975 – Present | **Hemming Morse** **Forensic and Financial Consultants** Chairperson, 2012-2016 Partner, since 2012 Chairman of the Board, 2001-2011 President, 2001-2009 Director-in-charge of the firm's Litigation and Forensic Consulting Practice, 1975-2006 |
| 2006 | **Stanford Law School** Executive Education - Directors' College |
| 1979 | **Golden Gate University, San Francisco** M.S. Accounting |
| 1973 – 1975 | **Regan & Skelton, CPAs** Partner |
| 1970 – Present | Taught or attended at least 80 hours of qualified continuing education courses in each 2 year period in order to renew CPA license |
| 1968 – 1973 | **Peat, Marwick, Mitchell & Co., CPAs** |
| 1968 | **University of San Francisco** B.S. Accounting (Accounting Specialist) |

**App. 1354**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Professional & Service Affiliations

- **Certified Public Accountant,** State of California
  - Since 1970

- **American Institute of Certified Public Accountants**
  - Since 1970
  - Council Member, 2003-2011
  - Member, Forensic & Valuation Services Executive Committee, 2008-2011
  - Member, Litigation and Dispute Resolution Services Subcommittee, 1998-2001
  - Chair of National Economic Damages Committee, 1999-2001
  - National Computer Audit Subcommittee of the Auditing Standards Board, past member

- California Society of Certified Public Accountants **Distinguished Service Award,** 2009

- **Certified in Financial Forensics**
  - Since 2008

- **California CPA Education Foundation**
  - Board of Trustees, 1997-2003
  - President, 2001-2002
  - First Vice President, 2000-2001
  - Treasurer, 1999-2000

- California Society of Certified Public Accountants, **Board of Directors,** 2001-2006
  - Council, since 2001
  - Chair, 2004-2005
  - First Vice President, 2003-2004

- **California Society of Certified Public Accountants,** Litigation Consulting and Dispute Resolution Services Common Interest Member
  - Steering Committee, since 1990
  - Chair, 2002-2004
  - Vice President, 2000-2002

- **California Society of Certified Public Accountants,** State Economic Damages Section
  - Chair, 1996-1998
  - Member, since 1995

- **California Society of Certified Public Accountants, Quality Control Committee,** past member

- **California Society of Certified Public Accountants, Litigation Services Conference Chair,** 1990

- **California Society of Certified Public Accountants, Advanced Litigation Forum Planning Committee,** 1991-1993; 1995 and 1997
  – Chair, 1993 and 1997

- **California Society of Certified Public Accountants, Computer Show and Conference Chair,** 1985

- **California Society of Certified Public Accountants, Economic Damages Conference Planning Committee,** 2000

- **American Arbitration Association's National Panel of Arbitrators,** 1983-1996

**App. 1355**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Professional & Service Affiliations continued

- Western Association of Accounting Firms Audit and Accounting Committee
  - Chairman, 1980-1982
  - Audit and Accounting Manuals, Editor, 1979-1982

- CPA Computer Report, Editorial Board, 1984-1987

- Board of Trustees, Golden Gate University, 2002-2013
  - Audit Committee member, since 2005
  - Audit Committee Chair, 2005-2008

- Board of Trustees, Jesuit School of Theology at Berkeley, 2002-present
  - Audit Committee member and Chair, 2004-2011

- International Display Works, Inc.,
  - Board of Directors, 2004-2006
  - Audit Committee member, 2005-2006

- Solar Power, Inc.,
  - Board of Directors, 2006-2010
  - Audit Committee Chair, 2006-2010

- Catholic Charities CYO of the Archdiocese of San Francisco
  - Board of Directors, 2009-2019
  - Audit Committee Chair, 2009-2019

- Town of Hillsborough
  - Council Member, 1998-2010
  - Mayor, 2002-2004
  - Vice Mayor, 2000-2002
  - Commissioner of Finance, 1998-2002; 2004-2010
  - Financial Advisory Committee, since 2011

- Hillsborough City School District
  - Board of Trustees
  - Trustee, 1985-1995
  - President, 1986-87; 1993-94

- Hillsborough Recreation Commission, 1989-1993; 1998-2010
  - President, 1990-1993

- Citizen of the Year, 1995
  Town of Hillsborough, California

**App. 1356**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Courses Written and Presented

### AICPA & California Society of CPAs

- "The $355 Million + Prejudgment Interest Decision - Principal Teaching Moments For Accountants and Valuation Issues" California Society of CPAs, Forensic Services Section Steering Committee, 2024

- "The FTX Bankruptcies: We Have Seen This Mess Before" California Society of CPAs, Forensic Services Section Steering Committee, 2023

- "Candid Advice on Expert Witness Best Practices" California Society of CPAs, Fraud and Forensics Virtual Conference, 2022

- "Fraudulent Financial Reporting and Accountants' Malpractice" California Society of CPAs, 4N6: Forensics and Fraud Virtual Conference, 2021

- "Economic Damages: Common Frameworks By Industry & Claim Type" AICPA National Forensic Accounting Conference, Boston, MA, 2010

- "Fraud Prevention and Detection" California Society of CPAs, Business and Industry Conference, Los Angeles and San Francisco, CA, 2004

- "Trigon Insurance Co. v. United States" California Society of CPAs, Economic Damages Litigation Section, San Francisco, CA, 2003

- "Issues Re: Revenue Recognition" California Society of CPAs, Litigation Sections Steering Committee, Burlingame, CA, 2003

- "Trashing Drafts - A Standard Practice or a Dangerous Proposition?" California Society of CPAs, Advanced Business Litigation Institute, Palm Springs, CA, 2003

- "Aggressive Accounting & The Games People Play" AICPA Webcast, co-author, NJ, 2003

- "Mistakes Made in the Work Product" California Society of CPAs, Litigation Services Conference, Irvine, CA, 2002

- "Complex Litigation/Accounting Malpractice" AICPA National Fraud Conference, Las Vegas, NV, 2002

- "Ethics, Taxes and Financial Reporting" California Society of CPAs, San Francisco, CA, 2002

- "Expert Disqualifications" California Society of CPAs, Advanced Economic Damages and Business Valuation Conference, Palm Springs, CA, 2001

- "Financial Statement Fraud" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 2000

- "Quantifying Losses" AICPA National Fraud Conference, Las Vegas, NV, 2000

- "Electronic Work Product-Discovery Issues" California Society of CPAs, Economic Damages Conference for Business Trial Lawyers & Experts, Los Angeles, CA, 1999

**App. 1357**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### AICPA & California Society of CPAs continued

- "The CPA's Role in Construction Damages" AICPA National Advanced Litigation Conference, Atlanta, GA, 1999

- "Significant Frauds of our Time" AICPA National Fraud Conference, Las Vegas, NV, 1998

- "Daubert and the CPA Expert" California Society of CPAs, Advanced Economic Damage Conference, San Francisco, CA, 1998

- "The Accountant in Fraud Investigations" California Society of CPAs, Fraud Conference, San Francisco and Los Angeles, CA, 1997

- "Rule 26 Reports,""The Auditor and Fraud," and "Challenging Questions" California Society of CPAs, Advanced Litigation Forum, Palm Springs, CA, 1996

- "Distinguishing Between Litigation and Attest Engagements" California Society of CPAs, Advanced Litigation Forum, San Diego, CA, 1995

- "Miniscribe Trial Binder" California Society of CPAs, Advanced Litigation Forum, Monterey, CA, 1993; Litigation Consulting Services Committee, Puerto Vallarta, MX, 1993; Litigation Consulting Services Committee, San Francisco, CA, 1994

- "Lost Profits" California Society of CPAs, Litigation Services Conference, San Francisco and Los Angeles, CA, 1991

- "Opportunities Update: "A Discussion of Disruption Claims" California Society of CPAs, Litigation Consulting Conference, Los Angeles, CA, 1990

- "Construction Damages" AICPA, Second Annual Conference on CPA's Role in Litigation Services, Dallas, TX and Washington, DC, 1990

#### Selected Others

- "Fraudulent Financial Reporting and Accountant's Malpractice" San Francisco State University, 2019

- "The Fraud Triangle - Where Were the Gatekeepers" United States District Court, Northern District Historical Society, San Francisco, CA, 2012

- "Introduction of Financial Forensic Accounting" Golden Gate University, Adjunct Professor, 2009-present

- "Reporting in Litigation Engagements" "Wage & Hour Litigation" Golden Gate University, 2009

- "Intellectual Property Damages"
Federal Bureau of Investigation, Quantico, VA, 2001

**App. 1358**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Courses Written and Presented continued

#### Selected Others continued

- "Alternative Dispute Resolution Techniques and Strategies for the Small and Emerging Contractor" American Bar Association, Fourth Annual Construction Institute, 1995

- "Fundamentals of Forensic Accounting" Georgetown University, Washington, DC, 1994

- "Proving and Pricing Delay and Disruption Claims" Andrews Conference - Fourth Annual Construction Litigation Superconference, San Francisco, CA, 1989

- "The Auditor in Court" State of California, Government Auditors, 1989

- "Pricing Construction Claims" Thelen, Marrin, Johnson & Bridges, 1988

- "Dollars and Sense: Building Your Damages Case & Surviving a Daubert Challenge" San Francisco Trial Lawyers Association, Litigation Practice, San Francisco, CA, 2007

- "Winning Strategies for the Financial Side of Your Damages Case" Construction Infrastructure Summit, Phoenix, AZ, 2007

### Publications

- "Our Roots Run Deep" California CPA Magazine, August 2004

- "Expert Witnesses: Do They Have to Keep Draft Reports?" California CPA Magazine, May 2004

- "Revenue Recognition: Now, Later or Never?" California CPA Magazine, September 2003

- AICPA Litigation Services and Applicable Professional Standards Consulting Services Special Report 03-1 (Contributing author)

- Litigation Services Handbook, "The Role of the Accountant as Expert Witness," published by John Wiley & Sons, Chapter 16, "Litigation Consulting: Construction Claims"

- Litigation Support Report Writing, published by John Wiley & Sons, Chapter 15, "Construction Claims"

- Member of the Editorial Board and author of various articles for the California Society of CPAs' Litigation and Dispute Resolution Services Section's quarterly publication (since summer 1996)

- Outlook Magazine, Winter 1985 - Computer Show and Conference Survey

- "California CPA Computer Show and Conference," CPA Computer Report, September 1985

- "Direct and Cross Examination of Experts," co-author of case study presented by University of California Hastings Litigation Advocacy Program

**App. 1359**

# HEMMING | MORSE
## FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

## D. PAUL REGAN, CPA/CFF

HEMMING.COM

### Testimony (Presented in the Last Four Years)

#### Trial

- James Gansman v. Michael A. Tanenbaum; James Gansman v. James Keale (2024) United States District Court, Northern District of California, San Jose Division, Case No. 23-cv-03667-BLF

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara  County, Case No. 19CV349909

- Port of Ridgefield vs. Union Pacific Railroad Company (2018) U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

#### Deposition

- In re: Sedgwick LLP, James Gansman v. Thomas Robertson, James Keale and Michael Tanenbaum (2023), U.S. Bankruptcy Court, Northern District of California, San Francisco Division, Case No. 18031087 (HLB)

- In re: Alta Mesa Resources, Inc. Securities Litigation (2023), U. S. District Court, Southern District of Texas, Houston Division, Case No. 4:19 CV-00957

- In re: Under Armour Securities Litigation (2023), U.S. District Court, District of Maryland, Case No. RDB-17-388

- In re: Anadarko Petroleum Corporation Securities Litigation (2023), U.S. District Court, Southern District of Texas, Case No. 4:20-cv-00576

- Lehigh Southwest Cement Company v. James Hardie Building Products (2019) (2022), Superior Court of California, Shasta County, Case No. 191110

- Doug Ridley and Sherry Shen v. Rancho Palma Grande HOA (2022), Superior Court of California, Santa Clara County, Case No. 19CV349909

- Snow Covered Capital, LLC v. William Weidner et al. (2021) United States District Court, District of Nevada Case No.: 2:19-cv-00595—JAD-NJK

- Strathclyde Pension Fund, v. Bank OZK and George Gleason (2021), United States District Court, Eastern District of Arkansas, Central Division Case No. 4:18-cv-00793-DPM

- In re: Teva Securities Litigation (2021) U.S. District Court, District of Connecticut Case No. 3:17-cv-00558 SRU

- Strathclyde Pension Fund, et al. v Bank OZK, et al. (2021) U.S. District Court, Eastern District of Arkansas Case No. 4:18-cv-00793-DPM

- In re: Novo Nordisk Securities Litigation (2021) U.S. District Court, District of New Jersey Case No. 3:17-CV-209-BRM-LHG

- 246 Atherton Avenue LLC v. Trais Fluors LLC (2019) Superior Court of California, San Mateo County Case No. 16-CIV-02957

**App. 1360**

## HEMMING | MORSE
### FORENSIC & FINANCIAL CONSULTANTS

**BURLINGAME OFFICE**
1290 Howard Ave | Suite 202
Burlingame, CA 94010
T: 415.836.4000

# D. PAUL REGAN, CPA/CFF

HEMMING.COM

## Deposition continued

- **The Regents of the University of California v. Paul S. Aisen, et al. (2019)** Superior Court of California, San Diego County, Case No. 37-2015-00022082-CU-BT-CTL

- **Mark Smilovits, et al. v First Solar, Inc., et al. (2019)** U.S. District Court District of Arizona Case No. 2:12-cv-00555-DGC

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

- **Port of Ridgefield vs. Union Pacific Railroad Company (2018)** U.S. District Court Western District of Washington at Tacoma, Case No. 3:14-CV-06024-RBL

- **Layton Construction Co., Inc. v. Mint Development, L.P. et al. (2018)** Superior Court of California County of San Francisco, Case No. CGC-15-549603

## Arbitration

- **Attis Industries, Inc. v. BDO USA, LLP, et al. (2024)** American Arbitration Association, Arbitration No. 01-23-0002-4678

- **Robert Pestoni v. Linda Sereni (2018)** JAMS, Ref No. 1100090112

**App. 1361**

# Exhibit 67

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

------------------------------------------------------------- x
:
PEDRO RAMIREZ, JR., Individually and on
Behalf of All Others Similarly Situated,                     :
:
Plaintiff,                          :
: Civil Action No. 3:16-cv-03111-K
v.                         :
:
EXXON MOBIL CORPORATION, REX W.                              :
TILLERSON, ANDREW P. SWIGER,                                 :
JEFFREY J. WOODBURY and DAVID S.                             :
ROSENTHAL,                                                   :
:
Defendants.                        :
:
------------------------------------------------------------- x

**EXPERT REPORT OF ANTHONY SAUNDERS, PH.D.**

**DECEMBER 10, 2024**

**CONFIDENTIAL**

**App. 1362**

CONTENTS

I.      Qualifications and Experience..............................................................................................2

II.     Case Background and Assignment ......................................................................................3

III.    Summary of Dr. Feinstein's Analysis of "The Cost of Losing a 'AAA' Rating" .......................5

IV.     Summary of Opinions ........................................................................................................6

V.      Opinion 1: ExxonMobil Had a Split Rating in the Relevant Time Period, Not a Unanimous AA+ Rating, as Incorrectly Assumed by Dr. Feinstein...............................................8

VI.     Opinion 2: Dr. Feinstein's Analysis Ignores that Default Rates for Both AAA- and AA+-Rated Corporate Bonds Have Been Historically Zero and There May Be No Price Impact of the Offering Had The Notes Been Rated AA+................................................11

VII.    Opinion 3: The Market Was Well Aware of a Potential S&P Downgrade After ExxonMobil Was Placed on CreditWatch Ahead of Its March 2016 Offering But Found It Inconsequential. ..........................................................................................14

VIII.   Opinion 4: ExxonMobil Bonds Remained a Strong Investment Choice Irrespective of the Credit Downgrade, and Empirical Analysis Shows that Returns on ExxonMobil's Bonds Were Not Statistically Affected by S&P's Downgrade.................................................19

IX.     Opinion 5: Dr. Feinstein's Choice of OAS Over Alternative Yield Calculation Methods Is Not Explained and Is Not Justified, Given the Measure's Limitations. ..............23

        A.  Dr. Feinstein Does Not Justify His Usage of OAS Over Alternative, Commonly Used Methods for Calculating Yields.........................................................................23

        B.  OAS Does Not Effectively Account for Credit Events. ...............................................28

        C.  The OAS Value Is Sensitive to Model Assumptions, and Dr. Feinstein Has Not Performed Any Sensitivity Analyses. ..........................................................................29

        D.  OAS Model Predictions Do Not Equal Actual Realized Returns..................................32

X.      Opinion 6: Market Averages Provide Limited Insight into Individual Bonds, and Average OAS Based on Few Data Points Is Prone to Large Standard Errors. ........................32

XI.     Opinion 7: There Is No Economic Foundation to Support a Linear Interpolation of AA+ OAS Between AAA and AA OAS. ..............................................................................34

XII.    Opinion 8: Dr. Feinstein's Calculation of Additional Interest Expense to ExxonMobil Is Incorrect. ...................................................................................................................35

CONFIDENTIAL

**App. 1363**

## I.  QUALIFICATIONS AND EXPERIENCE

1.  I serve as the John M. Schiff Professor of Finance at NYU Stern Business School. I received my Ph.D. from the London School of Economics and have taught both undergraduate and graduate level courses at NYU since 1978. Throughout my academic career, my teaching and research have specialized in financial institutions, financial markets, and international banking. I have served as a visiting professor all over the world, including INSEAD, the Stockholm School of Economics, and the University of Melbourne.

2.  I have held positions on the Board of Academic Consultants of the Federal Reserve Board of Governors as well as the Council of Research Advisors for the Federal National Mortgage Association. In addition, I have been a visiting scholar at the Comptroller of the Currency and at the International Monetary Fund. I was an editor of the *Journal of Banking and Finance*, and I am the editor of the *Journal of Financial Markets*, *Instruments and Institutions* and have been an associate editor of eight other journals, including *Financial Management* and the *Journal of Money, Credit and Banking*. I have been invited as a keynote speaker to numerous conferences around the world.

3.  My research has been published in all of the major finance and banking journals and in several books. I have been ranked Number 1 as the "Most Prolific Author" in 16 core finance journals over the past 50 years[1] and my research has been ranked Number 2 over the last 75 years in publishing in the top 10 finance journals.[2] I have also published a dozen books and monographs. My *Financial Institutions Management* textbook had sold more than 200,000 copies and been studied by over one million students, according to the publisher McGraw-Hill in May 2018.

---

[1] Cooley, Philip L. and Jean L. Heck. "Prolific Authors in The Finance Literature: A Half Century of Contributions." *Journal of Finance Literature* 1 (2005). I have also been considered as the most prolific author in the finance literature's top seven journals for 1959-2008. *See* Heck, Jean L. and Cooley, Philip L. "Most Prolific Authors in the Finance Literature: 1959-2008." *Saint Joseph's University and Trinity University* (2009). <https://ssrn.com/abstract=1355675> (accessed Nov. 11, 2024).

[2] Chung, Kee H. and Choonsik Lee. "Conservatism and Representativeness Heuristic in Peer Reviews: Evidence from The Finance Literature 1946-2020." *Journal of Banking & Finance* 160 (2024): 107093.

CONFIDENTIAL

**App. 1364**

4.   I have testified as an expert witness numerous times at trial or arbitration, or by deposition, for both plaintiffs and defendants, in disputes concerning rating agencies, structured finance products, credit market conditions, and mortgage-backed securities. My Curriculum Vitae, which includes a complete listing of my academic publications, and a description of my expert witness testimony over the past four years, is attached as **Appendix A:** *Curriculum Vitae*.

## II.   CASE BACKGROUND AND ASSIGNMENT

5.   This is a federal securities class action brought by Greater Pennsylvania Carpenter Pension Fund ("Plaintiff"), on behalf of itself and all others similarly situated, against Exxon Mobil Corporation ("ExxonMobil"), its former Chairman of the Board and Chief Executive Officer, Rex W. Tillerson, its former Senior Vice President and Principal Financial Officer, Andrew P. Swiger, its former Vice President of Investor Relations and Secretary, Jeffrey J. Woodbury, and its former Vice President, Controller and Principal Accounting Officer, David S. Rosenthal (collectively, "Defendants").[3]

6.   ExxonMobil completed a $12 billion public debt offering in March 2016. **Table 1**: *ExxonMobil Notes Issued March 2016* below includes a list of ExxonMobil bonds issued in March 2016 and certain of their characteristics, including time to maturity and coupon rate.

---

[3] Consolidated Complaint for Violations of the Federal Securities Laws. *Pedro Ramirez, Jr. v. Exxon Mobil Corp.,* et al. (N.D. Tex. No. 3:16-cv-03111-K) (July 26, 2017) ("Am. Compl.") ¶ 1.

CONFIDENTIAL

**App. 1365**

**Table 1**: ExxonMobil Notes Issued March 2016[4]

| CUSIP | Interest Rate | Maturity | Maturity Type | Years to Maturity | Amount |
|---|---|---|---|---|---|
| 30231GAU6 | 1.439% | 3/1/2018 | At Maturity | 2 | $1,000,000,000 |
| 30231GAP7 | 1.708% | 3/1/2019 | At Maturity | 2 | $1,250,000,000 |
| 30231GAV4 | 2.222% | 3/1/2021 | Callable | 5 | $2,500,000,000 |
| 30231GAR3 | 2.726% | 3/1/2023 | Callable | 7 | $1,250,000,000 |
| 30231GAT9 | 3.043% | 3/1/2026 | Callable | 10 | $2,500,000,000 |
| 30231GAW2 | 4.114% | 3/1/2046 | Callable | 30 | $2,500,000,000 |
| 30231GAS1 | 3M U.S. LIBOR + 0.600% | 2/28/2018 | At Maturity | 2 | $750,000,000 |
| 30231GAQ5 | 3M U.S. LIBOR + 0.780% | 3/1/2019 | At Maturity | 3 | $250,000,000 |
| **Total** | | | | | **$12,000,000,000** |

7. Approximately a month later, on April 26, 2016, the credit rating agency Standard & Poor's ("S&P") downgraded ExxonMobil's long-term corporate credit rating from AAA to AA+. S&P had previously revised ExxonMobil's outlook to negative in October 2015 and subsequently placed ExxonMobil on its "CreditWatch" on February 2, 2016.[5] Plaintiff alleges that the Defendants made materially false and misleading statements, and failed to disclose material facts, in violation of the federal securities laws, in order to, among other things, preserve ExxonMobil's AAA S&P credit rating at the time of its public debt offering.[6]

8. I have been retained on behalf of ExxonMobil, through its counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP, to review a report by Plaintiff's proffered expert, Dr. Steven P. Feinstein, and to respond to his opinion that, had ExxonMobil's March 2016 offering been rated AA+ rather than AAA, ExxonMobil's debt service on the issued notes (the "Notes") would have required a higher note yield and thus higher interest expense.[7]

---

[4] Exxon Mobil Corporation. *Prospectus Supplement* (Feb. 29, 2016) at S-3. *See also* "Pricing Term Sheet." *Bank of America.* (BofA_00000036); "Pricing Term Sheet." *Bank of America.* (BofA_00000038).
[5] Am. Compl. ¶¶ 18, 200, n.30.
[6] *Id.* ¶¶ 1, 15, 201.
[7] Feinstein, Steven P. "Report on Loss Causation and Damages." *Pedro Ramirez, Jr. v. Exxon Mobil Corp.,* et al. (N.D. Tex. No. 3:16-cv-03111-K) (Oct. 11, 2024) ("Feinstein Report") ¶¶ 172–77.

CONFIDENTIAL

**App. 1366**

9. A complete list of the documents and data that I rely upon in reaching my conclusions in this matter is provided in **Appendix B**: *Materials Relied Upon*.

10. The current hourly rate for my work is $750. My compensation is not affected by my findings or the outcome of this litigation. I supervised and directed a team at Vega Economics to assist me in this assignment. Their compensation is not affected by my findings or the outcome of this litigation.

11. I reserve the right to amend or supplement my opinions and report, if appropriate, based on any additional discovery or facts that become available to me, or in response to opinions or reports of other experts in this matter.

## III. SUMMARY OF DR. FEINSTEIN'S ANALYSIS OF "THE COST OF LOSING A 'AAA' RATING"

12. Dr. Feinstein states that he was asked to "estimate how much greater the Company's debt service on the Exxon[Mobil] Notes issued in the March 2016 offering would be over their life if they had been rated AA+ rather than AAA at the time of their issuance, holding all other features of the Notes constant."[8]

13. In doing his calculation, Dr. Feinstein assumes that "had the [ExxonMobil] Notes carried a lower/riskier credit rating, investors would have required a higher yield"[9] without providing support.

14. Another assumption Dr. Feinstein makes is that the market-wide index of option-adjusted spread ("OAS") between AAA- and AA+-rated bonds can accurately represent the difference in yields between the actual (AAA) and counterfactual (AA+) yields for ExxonMobil's March 2016 offering.

15. For the market-index for the AAA-rated bonds, Dr. Feinstein selected the "AAA US Corporate Index Option-Adjusted Spread," created by Ice Data Indices LLC and published

---

[8] *Id.* ¶ 172.
[9] *Id.* ¶ 173.

CONFIDENTIAL

**App. 1367**

on the Federal Reserve Economic Data ("FRED"), which he contends is "representative of the option-adjusted spread of U.S. dollar denominated debt issues with a 'AAA' credit rating."[10]

16. That similar market-wide index is not available for AA+-rated bonds from FRED. Therefore, Dr. Feinstein obtained from FRED the similar index for AA issues[11] and then "interpolated linearly between the 'AAA' and the 'AA' option-adjusted spreads"[12] to estimate the OAS for AA+-rated bonds.

17. Dr. Feinstein concluded that "[t]he difference between the respective option-adjusted spreads for 'AA+' and 'AAA' issues was 0.13%" and that, "had the [ExxonMobil] Notes been issued with a 'AA+' rating instead of a 'AAA' rating, the required yield from the Notes would have had to be 0.13% greater[,]" which "would have cost [ExxonMobil] $831.95 million in greater interest expense."[13]

### IV.   SUMMARY OF OPINIONS

18. Based on my review of the Feinstein Report and the record, my experience, and my professional judgement, I conclude that Dr. Feinstein's calculation of the purported "cost of losing a 'AAA' rating"[14] is unreliable for the following reasons:

- Dr. Feinstein fails to acknowledge that ExxonMobil had a "split" credit rating, as opposed to a unanimous AA+ rating. Credit ratings agency Moody's continued to rate ExxonMobil Aaa, which is equivalent to S&P's AAA rating. Because he assumes a unanimous rating, rather than a split rating, Dr. Feinstein overstates the impact of S&P's downgrade on the yields of ExxonMobil's bond offering, if such an impact existed at all.

---

[10] *Id.* ¶ 175.
[11] *Id.* ¶ 175.
[12] *Id.* ¶ 176.
[13] *Id.* ¶ 177.
[14] *Id.* ¶¶ 172–77.

CONFIDENTIAL

**App. 1368**

- Dr. Feinstein fails to address that the one-year default rates for both AAA and AA+ corporate bonds have historically been zero, indicating effectively no credit risk in the short term. Further, the cumulative default rates for both AAA and AA+ corporate bonds over a 10-year time horizon are negligible—less than one percent—demonstrating minimal credit risk even in the long term.

- Dr. Feinstein fails to take into account that the market was well aware of a potential credit downgrade ahead of ExxonMobil's bond offering, based on S&P having placed ExxonMobil on CreditWatch in February 2016 prior to the offering in March 2016.

- Dr. Feinstein fails to consider countervailing facts showing that ExxonMobil bonds remained a strong investment irrespective of S&P's downgrade. S&P's downgrade was deemed to be inconsequential by market participants, as I demonstrated through an event study.

- Dr. Feinstein relies on OAS as his yield metric, failing to consider other commonly used yield measures. Dr. Feinstein does not explain his choice to use this method to calculate yields, and he fails to address the fact that other methods are favored by financial agencies such as FINRA. OAS does not effectively account for credit events, and Dr. Feinstein utilizes a single OAS model and does not perform sensitivity analyses to account for model assumptions. For example, Bloomberg offers five alternative models to calculate OAS for any bond. In addition, OAS predicted through modeling is almost never equal to the actual return realized.

- Dr. Feinstein relies upon a market rating class average OAS, ignoring individual bond characteristics, such as coupons and maturities. Because it assumes the same OAS impact to bonds of very different characteristics, Dr. Feinstein's approach is economically unsound. Additionally, Dr. Feinstein fails to consider the fact that market average OAS for AAA and AA are prone to large standard errors due to the limited number of AAA and AA companies.

- Dr. Feinstein's opinion is unsound because there is no economic foundation supporting his use of linear interpolation to estimate the yield of AA+ ratings.

CONFIDENTIAL

**App. 1369**

- Dr. Feinstein ignores the potential callability of ExxonMobil bonds in calculating his "additional interest expense over the life of the Notes."[15] Dr. Feinstein's calculation is also economically unsound because it does not account for the time value of money properly. As a result, Dr. Feinstein's calculated interest payments are overstated and incorrect.

19. My full opinions and conclusions are contained in the body of this report.

## V.    OPINION 1: EXXONMOBIL HAD A SPLIT RATING IN THE RELEVANT TIME PERIOD, NOT A UNANIMOUS AA+ RATING, AS INCORRECTLY ASSUMED BY DR. FEINSTEIN.

20. Dr. Feinstein purports to analyze a counterfactual scenario in which ExxonMobil's credit rating was AA+ at the time of the March 2016 bond offering. To do so, he compares the difference between the OAS for an AAA issue (the reality) versus his "estimated" OAS for an AA+ issue (the counterfactual).

21. Dr. Feinstein's counterfactual assumption of an AA+ rating is presumably based on S&P's subsequent downgrading of ExxonMobil's corporate credit rating, from AAA to AA+, on April 26, 2016.[16] Dr. Feinstein's assumption is flawed, however, because it fails to take into account that ExxonMobil's corporate credit rating as of April 2016 was a split rating, and not simply a unanimous "AA+" rating that Dr. Feinstein models.

22. In the United States, firms issuing public bonds receive ratings from the two major rating agencies, S&P and Moody's.[17] These rating agencies often disagree about the credit rating for companies, resulting in a so-called "split rating." For instance, a company could be rated AA+ by S&P and Aaa by Moody's. Split ratings are a common occurrence; roughly 13 percent of bond ratings are split at the letter level (e.g., AAA vs AA), and about half are split at the notch level (e.g., AA+ vs AA).[18]

---

[15] *Id.* ¶ 173.
[16] *See id.* ¶ 68.
[17] Livingston, Miles and Lei Zhou. "Split Bond Ratings and Information Opacity Premiums." *Financial Management* 39.2 (2010): 515–32, 515.
[18] *Id.* 515.

    CONFIDENTIAL

**App. 1370**

23. Moody's kept ExxonMobil's rating at Aaa throughout 2016.[19] Following S&P's placement of ExxonMobil on CreditWatch in late February 2016, Moody's publicly reaffirmed ExxonMobil's Aaa rating.[20] When S&P downgraded ExxonMobil on April 26, 2016,[21] Moody's retained the Aaa rating.

24. In retaining ExxonMobil's Aaa rating, Moody's noted ExxonMobil's "differentially large proved reserve and production scale," citing reserves "almost twice that of its Aa-rated integrated peers[.]"[22] According to the U.S. Energy Information Administration, proved reserves are estimated volumes of hydrocarbon resources that demonstrate with reasonable certainty that they are recoverable under current operating and economic conditions.[23] The reserve-replacement ratio, and reserve volumes generally, are used by investors as indicators of a company's long-term ability to maintain output and the stability of its business model.[24]

---

[19] *See* "Exxon Capital Corp. Ratings & Assessments." *Moody's.* <https://www.moodys.com/credit-ratings/EXXON-CAPITAL-CORP-credit-rating-273300/ratings/view-by-class> (accessed Dec. 5, 2024).
[20] "Rating Action: Moody's Affirms ExxonMobil's Aaa Rating, Outlook Changed to Negative." *Moody's* (Feb. 25, 2016). <https://www.moodys.com/research/Moodys-affirms-ExxonMobils-Aaa-rating-outlook-changed-to-negative-Rating-Action--PR_344377> (accessed Nov. 20, 2024); "Rating Actions Taken on 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions." *S&P Global* (Feb. 2, 2016). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/1580384> (accessed Nov. 15, 2024).
[21] S&P downgraded ExxonMobil's rating to AA+ as it expected ExxonMobil's credit measures (e.g., various cash flow to debt ratios that show a corporation's ability to pay its debts) to remain below S&P's expectations for the AAA rating through 2018. *See* "Committee Package." *S&P Global Ratings* (SPGI-0000055_0001, 0006).
[22] "Rating Action: Moody's Affirms ExxonMobil's Aaa Rating, Outlook Changed to Negative." *Moody's* (Feb. 25, 2016). <https://www.moodys.com/research/Moodys-affirms-ExxonMobils-Aaa-rating-outlook-changed-to-negative-Rating-Action--PR_344377> (accessed Nov. 20, 2024).
[23] "U.S. Crude Oil and Natural Gas Proved Reserves, Year-End 2022." *U.S. Energy Information Administration* (Apr. 29, 2024). <https://www.eia.gov/naturalgas/crudeoilreserves> (accessed Dec. 9, 2024).
[24] Olson, Bradley. "Exxon Fails to Replace Oil, Gas Production for First Time in 22 Years." *The Wall Street Journal* (Feb. 19, 2016). <https://www.wsj.com/articles/exxon-fails-to-replace-oil-gas-production-for-first-time-in-22-years-1455926914?msockid=17ea39415358632501912c6252dc62d8> (accessed Nov. 27, 2024) ("[r]eserve barrels have long acted as a signal to investors about the stability of the business model."); Carroll, Joe. "Exxon Fails to Replace Production for First Time in 22 Years." *Bloomberg* (Feb. 19, 2016). <https://www.bloomberg.com/news/articles/2016-02-19/exxon-fails-to-replace-production-for-first-time-in-22-years> (accessed Nov. 27, 2024) ("[t]he reserve-replacement ratio is a key measure for oil producers and the investors and analysts who follow them: it's one indicator of a company's long-term ability to maintain or expand crude and gas output.").

CONFIDENTIAL

**App. 1371**

25.  In particular, Moody's rating methodologies for the relevant period listed a proved reserve requirement of 10,000 million barrels of oil equivalent (mmboe) to meet the threshold for the Aaa rating.[25] ExxonMobil was well above this threshold, as Moody's documented that ExxonMobil had proved reserves of 24,759 mmboe by year end 2015 and 19,974.17 mmboe by year end 2016.[26] Even with the potential loss in proved reserves reported by ExxonMobil on October, 28, 2016 at Kearl oil sands operations in Canada and other North American operations, its proved reserves would still have been well above the threshold set by Moody's.[27] Further, Moody's analysis led it to conclude that ExxonMobil's integrated business model and strong balance sheet provided resiliency during volatile commodity price cycles.[28]

26.  ExxonMobil's split rating was reported by multiple news outlets. On April 26, 2016, the day of ExxonMobil's downgrade, the *Associated Press* reported that although S&P lowered ExxonMobil's rating by one notch to AA+, Moody's "said in February that it was keeping its top 'Aaa' rating on Exxon."[29] The *Wall Street Journal* reported that although ExxonMobil was stripped of its AAA credit rating by S&P, Moody's "affirmed its triple-A rating for Exxon" on February 1, 2016, and further "stood by that rating" on April 1, 2016.[30]

---

[25] "Global Integrated Oil & Gas Industry." *Moody's Investors Service* (Oct. 3, 2016). <https://www.moodys.com/research/doc--PBC_1038500> (accessed Dec. 4, 2024) at 8; "Global Integrated Oil & Gas Industry." *Moody's Investors Service* (Apr. 30, 2014). <https://www.moodys.com/research/doc--PBC_161078> (accessed Dec. 6, 2024).

[26] "Moody's Rating Methodology Grid: Integrated Oil & Gas." *Moody's.* (MDYS RAM 000119) at "Scenario Analysis."

[27] ExxonMobil reported that the quantities that were subject to potential debooking were "3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations." *See* Exxon Mobil Corporation. *Form 8-K* (Oct. 28, 2016). <https://investor.exxonmobil.com/sec-filings/all-sec-filings/content/0000034088-16-000093/0000034088-16-000093.pdf> (accessed Dec. 4, 2024) at 5. Thus, the 2016 year end proved reserves set by Moody's would change by 4,600 mmboe to 15,374.17 mmboe.

[28] "Rating Action: Moody's Affirms ExxonMobil's Aaa Rating, Outlook Changed to Negative." *Moody's* (Feb. 25, 2016). <https://www.moodys.com/research/Moodys-affirms-ExxonMobils-Aaa-rating-outlook-changed-to-negative-Rating-Action--PR_344377> (accessed Nov. 20, 2024).

[29] Pisani, Joseph and David Koenig. "Stung by Low Oil Prices, Exxon Loses 'AAA' Rating From S&P." *Associated Press* (Apr. 26, 2016). <https://apnews.com/stung-by-low-oil-prices-exxon-loses-aaa-rating-from-s-p-d7e77574ef1d4023a37de881142eca11> (accessed Nov. 20, 2024).

[30] Ailworth, Erin and Austen Hufford. "Exxon Loses Its Triple-A Rating." *The Wall Street Journal* (Apr. 27, 2016). <https://www.wsj.com/articles/s-p-strips-exxon-of-triple-a-credit-rating-1461687007?msockid=17ea39415358632501912c6252dc62d8> (accessed Nov. 22, 2024).

CONFIDENTIAL

**App. 1372**

27. Instead of accounting for ExxonMobil's split AA+/AAA rating, Dr. Feinstein's analysis simply assumes that ExxonMobil's rating was unanimously AA+. Dr. Feinstein's analysis therefore overstates the impact of S&P's downgrade on the yields of ExxonMobil's bond offering, if such an impact existed at all.

**VI.    OPINION 2: DR. FEINSTEIN'S ANALYSIS IGNORES THAT DEFAULT RATES FOR BOTH AAA- AND AA+-RATED CORPORATE BONDS HAVE BEEN HISTORICALLY ZERO AND THERE MAY BE NO PRICE IMPACT OF THE OFFERING HAD THE NOTES BEEN RATED AA+.**

28. Dr. Feinstein's calculations rely on the assumption that a lower credit rating necessarily leads to a higher yield, but he has not tested this assumption. As detailed below, default rates for both AAA- and AA+-rated corporate bonds have historically been zero. Consequently, there may not have been any significant difference between the prices of AAA versus AA+ bonds due to their indistinguishable credit risks, which I confirmed through empirical analyses discussed in Section VIII below.

29. Both AAA and AA+ credit ratings are indicative of exceptional credit quality and financial stability, reflecting an extremely low likelihood that an issuing company will default on its repayment obligations. According to S&P's own study, the one-year U.S. corporate default rate for **both** AAA and AA+ corporate bonds has been zero every year since 1981.[31] This "zero default" record reinforces the fact that AAA- and AA+-rated bonds represent the lowest credit risk available in corporate bond markets. *See* **Figure 1**: *One-Year Default Rates for U.S. Corporate Bonds Rated AAA, 1981-2023* and **Figure 2**: *One-Year Default Rates for U.S. Corporate Bonds Rated AA+, 1981-2023.*

---

[31] "Default, Transition, and Recovery: 2023 Annual U.S. Corporate Default and Rating Transition Study." *S&P Global*. <https://www.spglobal.com/ratings/en/research/articles/240528-default-transition-and-recovery-2023-annual-u-s-corporate-default-and-rating-transition-study-13114000> (accessed Nov. 12, 2024) at Table 5.

CONFIDENTIAL

**App. 1373**

**Figure 1**: One-Year Default Rates for U.S. Corporate Bonds Rated AAA, 1981-2023[32]



**Figure 2**: One-Year Default Rates for U.S. Corporate Bonds Rated AA+, 1981-2023[33]



30.  Indeed, AAA and AA+ bonds have incredibly low default rates, even over longer time
horizons.[34] S&P's study also analyzed the cumulative default rates, which represent the total

CONFIDENTIAL

**App. 1374**

default rates accumulated over time.[35] **Figure 3**: *Average Cumulative Default Rate for U.S. AAA- and AA+-Rated Corporate Bonds* shows that the cumulative default rate for both AAA and AA+ bonds has been consistently lower than one percent over a ten-year period. There are also time horizons for which the cumulative default rate for AAA bonds is actually marginally higher than for AA+ bonds.

**Figure 3**: Average Cumulative Default Rate for U.S. AAA- and AA+-Rated Corporate Bonds[36]



31. Both AAA and AA+ ratings offer exceptionally low long-term default risks and therefore have effectively zero credit risk. In other words, bonds with AAA and AA+ ratings are nearly equivalent in terms of credit safety for investors. This near equivalence calls into

---

[32] *Id.* at Table 5.
[33] *Id.* at Table 5.
[34] *Id.* at Table 13.
[35] *Id.* at 50.
[36] *Id.* at Table 13.

CONFIDENTIAL

**App. 1375**

question Dr. Feinstein's central thesis that bond markets would have reacted materially differently had ExxonMobil been rated AA+ instead of AAA.

## VII. OPINION 3: THE MARKET WAS WELL AWARE OF A POTENTIAL S&P DOWNGRADE AFTER EXXONMOBIL WAS PLACED ON CREDITWATCH AHEAD OF ITS MARCH 2016 OFFERING BUT FOUND IT INCONSEQUENTIAL.

32. On October 2, 2015, S&P maintained ExxonMobil's AAA rating but revised its outlook to "negative,"[37] signaling potential future risks to ExxonMobil's rating.[38] According to S&P, an "outlook assesses the potential direction of a long-term credit rating over the intermediate term (typically six months to two years)."[39] To determine a ratings outlook, S&P considers any changes in economic or fundamental business conditions.[40] Revised outlook is not a necessary precursor of a ratings change, however a negative outlook indicates that a rating may be lowered.[41] Specifically, a negative outlook means the potential exists for a ratings action over the following 12 to 24 months absent any improvements.[42]

33. The market was aware of the change in outlook, as *Bloomberg* reported that both "Exxon Mobil Corp. and Chevron Corp. were among several U.S. oil and natural gas producers that

---

[37] "Rating Actions Taken on 25 U.S. Oil and Gas Exploration and Production Companies After S&P Revises Price Assumptions." *S&P Global* (Oct. 14, 2015). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/1464192> (accessed Dec. 6, 2024). *See also* "Ratings Process Initiation: CreditWatch Resolution and General Usage." *S&P Ratings Services* (SPGI-0000019_0001 & -0008); "Summary: Exxon Mobil Corp." *S&P Ratings Services* (Oct. 6, 2015) (SPGI-0000113_0001, -0003).

[38] "S&P Global Ratings Definitions." *S&P Global Ratings* (Aug. 18, 2016). <https://www.maalot.co.il/Publications/GMT20160823145849.pdf> (accessed Nov. 27, 2024) at 7; Five months prior, S&P had revised its assessment of ExxonMobil's liquidity from "strong" to "adequate" based on projections for the following 12–18 months. *See* "Research Update: ExxonMobil Corp. Liquidity Score Revised To 'Adequate' From 'Strong'; 'AAA' Corporate Credit Rating Affirmed." *S&P Ratings Services* (May 27, 2015) (SPGI-0000117_0001, -0002).

[39] "S&P Global Ratings Definitions." *S&P Global Ratings* (Aug. 18, 2016). <https://www.maalot.co.il/Publications/GMT20160823145849.pdf> (accessed Nov. 27, 2024) at 7.

[40] *Id.* at 7.

[41] *Id.* at 7.

[42] "S&P Negative Outlook Response Statement." *ExxonMobil* (Oct. 2015) (EMC_RAMIREZ 000029533); Robert N. Schleckser Dep. Ex. 200.01 (EMC_RAMIREZ 000007797) ("S&P's negative outlook implies 12–24 month window to take action - downgrade/change O/L to Stable").

CONFIDENTIAL

**App. 1376**

had their outlooks or ratings cut by Standard & Poor's."[43] S&P maintained this negative outlook in its January ratings recommendation for ExxonMobil.[44]

34. S&P's expectation that ExxonMobil's credit measures would be weak under S&P's price assumptions led the credit rating agency to place ExxonMobil on negative CreditWatch on February 2, 2016.[45] According to S&P, placing a rating on CreditWatch signals a potential future change in the rating, and a "negative" CreditWatch means a rating may be lowered.[46] S&P uses CreditWatch when the likelihood of rating action within the next 90 days is substantial.[47] S&P will only place a rating on CreditWatch if it determines there is "at least a one-in-two likelihood of a rating change within 90 days."[48]

35. Following the CreditWatch placement, media outlets warned the market about the potential downgrade. For instance, *USA Today*, in a February 3, 2016 article titled "Exxon Mobil Nearly Stripped of AAA Rating," stated that "[l]osing Exxon as a AAA rated stock would be the latest blow to the ranks of companies able to reach perfect and stable balance sheet."[49] Another *USA Today* article reported that S&P was "reviewing ExxonMobil" and placed it on CreditWatch amid credit downgrades for 13 oil companies.[50] *CNN Business* reported that "[t]he world's largest publicly-traded oil company, ExxonMobil could lose its AAA status

[43] Van Loon, Jeremy. "Exxon, Chevron Outlooks Cut to Negative by S&P in Oil Slump." *Bloomberg* (Oct. 2, 2015). <https://www.bloomberg.com/news/articles/2015-10-02/exxon-chevron-outlooks-negative-chesapeake-rating-cut-by-s-p> (accessed Nov. 20, 2024).

[44] "Ratings Process Initiation: CreditWatch Resolution and General Usage." *S&P Ratings Services* (SPGI_0000022_0001, -0008).

[45] "Rating Actions Taken on 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions." *S&P Global* (Feb. 2, 2016). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/1580384> (accessed Nov. 15, 2024).

[46] "Use of CreditWatch and Outlooks." *S&P Ratings Services* (Sept. 14, 2009). <MT20131212112758c.pdf> (accessed Nov. 11, 2024) at 3.

[47] *Id.* at 3.

[48] *Id.* at 2.

[49] Krantz, Matt. "Exxon Mobil Nearly Stripped of AAA Rating." *USA Today* (Feb. 3, 2016). <https://www.usatoday.com/story/money/markets/2016/02/03/exxon-mobil-close-losing-aaa-rating/79758646/> (accessed Nov. 15, 2024).

[50] Davidson, Paul. "S&P Downgrades Oil Companies' Credit Ratings." *USA Today* (Feb. 3, 2016). <https://www.usatoday.com/story/money/2016/02/03/sp-downgrades-oil-companies-credit-ratings/79750954> (accessed Nov. 15, 2024).

CONFIDENTIAL

**App. 1377**

within the next 90 days" according to S&P.[51] *Bloomberg* also published a news story titled "Exxon Faces First Downgrade Since Depression as Oil Rout Worsens" on February 2, 2016 immediately after the CreditWatch placement, but before ExxonMobil's actual downgrade.[52] In addition, *The Wall Street Journal* reported that the S&P cut the ratings of ten U.S. oil companies, also noting that ExxonMobil faced a potential downgrade.[53]

36. S&P's placement of ExxonMobil on CreditWatch was also reported in connection with ExxonMobil's planned March 2016 bond offering. For example, a *Bloomberg* report titled "Exxon Said Planning $12 Billion Bond Sale to Build War Chest" stated that "Standard & Poor's placed the company on credit watch with negative implications on Feb. 2[.]"[54] The *Financial Times* also reported that ExxonMobil "sold $12bn of bonds, its biggest such offering," that "comes as the oil major risks losing its coveted triple A rating," due to S&P's placement of ExxonMobil "on review for a possible downgrade of its AAA status."[55] *The Wall Street Journal* reported that ExxonMobil was to sell "$12 billion of new bonds," but was "at risk of losing its triple-A rating" after S&P announced it was "was reviewing the company's rating and could downgrade it by one notch within 90 days."[56]

37. The evidence suggests that the market was well aware of the potential downgrade indicated by the Credit Watch placement shortly after the February 2, 2016 announcement by S&P.

---

[51] Egan, Matt. "Oil Crash Could Kill Exxon's Perfect AAA Rating." *CNN Business* (Feb. 2, 2016). <https://money.cnn.com/2016/02/02/investing/exxonmobil-aaa-credit-rating-downgrade-oil/index.html> (accessed Nov. 15, 2024).

[52] Carroll, Joe. "Exxon Faces First Downgrade Since Depression as Oil Rout Worsens." *Bloomberg* (Feb. 2, 2016)*.* <https://www.bloomberg.com/news/articles/2016-02-02/chevron-hess-join-ranks-of-downgraded-crude-oil-explorers> (accessed Nov. 14, 2024).

[53] Armental, Maria. "S&P Cuts Ratings of 10 U.S. Oil Companies." *The Wall Street Journal* (Feb. 2, 2016). <https://www.wsj.com/articles/s-p-cuts-ratings-of-10-u-s-oil-companies-1454448174> (accessed Oct. 11, 2024).

[54] Gjorgievska, Aleksandra. "Exxon Said Planning $12 Billion Bond Sale to Build War Chest." *Bloomberg* (Feb. 29, 2016). Bloomberg, L.P. (accessed Nov. 21, 2024).

[55] Bullock, Nicole and Ed Crooks. "ExxonMobil Sells $12bn of Bonds Amid Rise in Borrowings." *Financial Times* (Feb. 29, 2016). <https://www.ft.com/content/78e76856-df38-11e5-b072-006d8d362ba3> (accessed Nov. 21, 2024).

[56] Cherney, Mike. "Exxon Offers $12 Billion Bond Issue." *The Wall Street Journal* (Feb. 29, 2016). <https://www.wsj.com/articles/exxon-offers-12-billion-bond-issue-1456781873?msockid= 17ea39415358632501912c6252dc62d8> (accessed Nov. 21, 2024).

CONFIDENTIAL

**App. 1378**

38.  If the market reacted to the potential downgrade negatively, one would expect to see an abnormal increase in ExxonMobil's bond yields, alongside a corresponding abnormal decrease in prices and returns, following the announcement. To assess the market's reaction to the potential downgrade following S&P's CreditWatch announcement, I conducted an event study.

39. To conduct this event study, I used a canonical mean-adjusted returns model.[57] It is "the most frequently used method of calculating abnormal bond returns."[58] I performed the event study using the following steps:

40. First, I selected an estimation period consisting of the 60 trading days preceding February 2, 2016. This estimation period length is commonly used in academic studies.[59] I calculated the returns for ExxonMobil's bonds during the 60-day estimation period and on the event day.[60] Because bonds typically trade less frequently than stocks and individual bonds may not trade on certain days, returns were calculated over holding periods, accounting for accrued interest and coupon payment during the holding periods.

41. Next, I matched each of ExxonMobil's bonds with a Treasury bond with the closest maturity date and coupon rate.[61] I calculated the premium bond return for each bond based on the

---

[57] *See* Handjinicolaou, George and Avner Kalay. "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements." *Journal of Financial Economics* 13.1 (1984): 35–63. This paper has been cited more than 400 times according to Google Scholar. *See* "Google Scholar Search." *Google Scholar.* <https://scholar.google.com/ scholar?hl=en&as_sdt=0%2C32&q=Handjinicolaou%2C+George%2C+and+Avner+Kalay.+%E2%80%9 CWealth+Redistributions+or+Changes+in+Firm+Value%3A+An+Analysis+of+Returns+to+Bondholders +and+Stockholders+Around+Dividend+Announcements.%E2%80%9D+&btnG=> (accessed Nov. 24, 2024).

[58] Bessembinder, Hendrik, et al. "Measuring Abnormal Bond Performance." *The Review of Financial Studies* 22.10 (2008): 4219–58, 4232.

[59] *See, e.g.*, Handjinicolaou, George and Avner Kalay. "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements." *Journal of Financial Economics* 13.1 (1984): 35–63.

[60] *Id.* 42–45.

[61] I excluded ExxonMobil bonds with floating rates in my analysis because there are no comparable Treasury bonds.

CONFIDENTIAL

**App. 1379**

historical return on the ExxonMobil bond minus the return on the matched Treasury bond.[62] This isolates the issuer-specific effects that affect ExxonMobil bond yields from broader macroeconomic factors that affect both ExxonMobil bond yields and Treasury yields in the periods prior to the March 2016 offering.

42. I then calculated the excess premium bond returns as the difference between the premium bond returns and their average over the 60-day estimation period on the event date and all days during the estimation period, and further standardized the excess premium bond returns so that they followed a univariate Student's $t$ distribution[63] with a mean of zero for statistical convenience.[64] That is, the excess premium bond returns are expected to be zero on average. On any given day, if the excess premium bond returns are not zero, we can apply the Student's $t$ distribution to test statistically whether such deviation is due to chance or not.

43. Finally, I aggregated these excess standardized returns into daily excess portfolio returns at the firm level.[65] I then tested whether ExxonMobil's excess standardized portfolio return was significantly less than zero on February 2, 2016.

44. My analysis found that ExxonMobil's excess standardized portfolio return was not significantly less than zero on February 2, 2016. Thus, the February 2 CreditWatch placement did not have a significantly negative impact on ExxonMobil's bond returns and prices, indicating that the market deemed a potential S&P downgrade following ExxonMobil's placement on CreditWatch in February 2016 inconsequential.

---

[62] Handjinicolaou, George and Avner Kalay. "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements." *Journal of Financial Economics* 13.1 (1984): 35–63, 43.

[63] The Student's $t$ distribution is derived from the normal distribution and is the "most popular model for economic and financial data." *See* "A Review of Student's $t$ Distribution and Its Generalizations." *Empirical Economics* 58 (Sept. 28, 2018): 1461–90, 1461.

[64] Handjinicolaou, George and Avner Kalay. "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements." *Journal of Financial Economics* 13.1 (1984): 35–63, 44–45.

[65] *Id.* 45. I followed Handjinicolaou and Kalay's method to weight each traded bond equally. I reserve the right to modify the weighting if required.

CONFIDENTIAL

**App. 1380**

45. I conducted another event study to examine whether the market reacted negatively when S&P revised ExxonMobil's outlook to negative on October 2, 2015.[66] Like the CreditWatch placement, I did not find a significant negative effect.

46. In short, the market was well aware of S&P's placement of ExxonMobil on CreditWatch at the time of the bond issuance but deemed the potential downgrade inconsequential, as demonstrated by my event study.

### VIII.  OPINION 4: EXXONMOBIL BONDS REMAINED A STRONG INVESTMENT CHOICE IRRESPECTIVE OF THE CREDIT DOWNGRADE, AND EMPIRICAL ANALYSIS SHOWS THAT RETURNS ON EXXONMOBIL'S BONDS WERE NOT STATISTICALLY AFFECTED BY S&P'S DOWNGRADE.

47. In the March 2016 bond offering, ExxonMobil had the lowest spreads for an energy issuer despite its placement on CreditWatch.[67] Specifically, all of the fixed rate bonds in the offering were trading 65 to 150 basis points above their respective maturity matched Treasuries, which former vice president and treasurer of ExxonMobil Robert N. Schleckser considered "attractive spreads" that reflected the strength of ExxonMobil's balance sheet.[68] In other words, the rates at which ExxonMobil could borrow money remained low even with indications to the market that its credit rating was likely to be downgraded.

48. Even after S&P downgraded ExxonMobil from AAA to AA+, ExxonMobil remained a strong investment. Following the downgrade, the *Associated Press* reported that the one-notch downgrade was "more likely to bruise Exxon's corporate pride than significantly raise its borrowing costs."[69] Mr. Schleckser also expressed the expectation that there would be no meaningful or measurable difference in the interest rate ExxonMobil would have to pay

---

[66] I selected October 5, 2015 as the event date for the event study as the outlook change was announced after the market closed on Friday, October 2, 2015. However, there is still no significant negative effect if I select October 2, 2015.

[67] Robert N. Schleckser Dep. Ex. 206 (Mar. 1, 2016) (EMC_RAMIREZ 000037522); Dep. Tr. of Robert N. Schleckser dated Dec. 3, 2024 (Uncertified Rough Draft) ("Schleckser Dep. Tr.") 100:16–101:13.

[68] Robert N. Schleckser Dep. Ex. 206 (Mar. 1, 2016) (EMC_RAMIREZ 000037522); Schleckser Dep. Tr. 17:18–25.

[69] Pisani, Joseph and David Koenig. "Stung by Low Oil Prices, Exxon Loses 'AAA' Rating From S&P." *Associated Press* (Apr. 26, 2016). <https://apnews.com/stung-by-low-oil-prices-exxon-loses-aaa-rating-from-s-p-d7e77574ef1d4023a37de881142eca11> (accessed Nov. 20, 2024).

CONFIDENTIAL

**App. 1381**

between bonds issued AAA or AA+.[70] The *Associated Press* further reported that an analyst at Edward Jones stated that "[e]ven at 'AA+' [ExxonMobil] has the highest credit rating of any energy company and it is higher than pretty much all of corporate America."[71]

49.  Additionally, ExxonMobil senior vice president and principal financial officer Andrew P. Swiger testified that the effect of the credit downgrade on interest rates could be neutral depending on the market; a downgrade from AAA to AA+ does not guarantee a negative effect on the interest rate of the offering.[72]

50.  Investors agreed, as *The New York Times* reported that "investors shrugged off the downgrade to AA+, still a stellar rating, and slightly bid up Exxon Mobil's stock price on Tuesday to close at $87.63."[73] In addition to the strong stock price, according to S&P's Credit Commentary, "ExxonMobil's long term bonds have [] continued to strengthen" after the S&P downgrade.[74] As an example, "[i]ts 2.709 [percent] coupon bond maturing in 2025 has seen its spread over treasuries (a measure of risk) fall to 61 [basis points], from 121 [basis points] in mid February."[75] *See* **Figure 4**: *Yield Over Treasuries for ExxonMobil 2.709% 2025 Bond*.

---

[70] Schleckser Dep. Tr. 102:12–22.

[71] Pisani, Joseph and David Koenig. "Stung by Low Oil Prices, Exxon Loses 'AAA' Rating From S&P." *Associated Press* (Apr. 26, 2016). <https://apnews.com/stung-by-low-oil-prices-exxon-loses-aaa-rating-from-s-p-d7e77574ef1d4023a37de881142eca11> (accessed Nov. 20, 2024).

[72] Dep. Tr. of Andrew Swiger dated Dec. 4, 2024 (Uncertified Rough Draft) ("Swiger Dep. Tr.") at 10:11–22, 199:9–200:14

[73] Krauss, Clifford. "Exxon Mobil's Sterling Credit Is Downgraded by Standard & Poor's." *The New York Times* (Apr. 26, 2016). <https://www.nytimes.com/2016/04/27/business/energy-environment/exxon-mobils-sterling-credit-is-downgraded-by-standard-poors.html> (accessed Nov. 20, 2024).

[74] "ExxonMobil Loses AAA Rating; Investors Rush to EM." *S&P Global* (Apr. 29, 2016). <https://www.spglobal.com/marketintelligence/en/mi/research-analysis/29042016-credit-exxonmobil-loses-aaa-rating-investors-rush-to-em.html> (accessed Dec. 4, 2024).

[75] *Id.*

CONFIDENTIAL

**App. 1382**

**Figure 4**: Yield Over Treasuries for ExxonMobil 2.709% 2025 Bond[76]



51. The remaining AAA bonds offered by Microsoft and Johnson & Johnson were trading 30 basis points higher, further demonstrating the strength of ExxonMobil despite the downgrade.[77] Dr. Feinstein fails to address both that investments with an AA+ rating have effectively zero credit risk in the short run (as discussed above) and that ExxonMobil specifically remained a strong bond for investors to purchase.

52. **Figure 5**: *S&P Ratings of Investment Grade U.S. Listed Companies as of April 27, 2016* presents the number of U.S. listed companies that offer investment grade bonds at each credit rating. Given that few companies offer AAA and AA+ bonds, they are both considered "preferred habitats" by fund management institutions, such as pension funds, due to their investment restrictions.[78] Thus, both AAA- and AA+-rated bonds are continuously

---

[76] The comparable treasury I selected for this particular ExxonMobil bond is CUSIP No. 912828J27.

[77] "ExxonMobil Loses AAA Rating; Investors Rush to EM." *S&P Global* (Apr. 29, 2016). <https://www.spglobal.com/marketintelligence/en/mi/research-analysis/29042016-credit-exxonmobil-loses-aaa-rating-investors-rush-to-em.html> (accessed Dec. 4, 2024).

[78] *See* "Investor's Guide to Pensions." *Bank of America* (Jan. 2024). <https://business.bofa.com/content/dam/flagship/workplace-benefits/id20_0905/documents/investors-guide-to-pensions.pdf> (accessed Dec.

CONFIDENTIAL

**App. 1383**

in high demand and ExxonMobil bonds remained a strong investment irrespective of the downgrade.

**Figure 5**: S&P Ratings of Investment Grade U.S. Listed Companies as of April 27, 2016[79]



| | |
|---|---|
| AAA | 2 |
| AA+ | 3 |
| AA | 6 |
| AA- | 16 |
| A+ | 24 |
| A | 53 |
| A- | 68 |
| BBB+ | 100 |
| BBB | 130 |

53. To test empirically the market's reaction to S&P's downgrade, I conducted another event study, following the same methodology, with April 26, 2016 as the event day, the date when S&P downgraded ExxonMobil's credit from AAA to AA+. I found that ExxonMobil's excess standardized portfolio return was not significantly less than zero on April 26, 2016. In other words, returns (or yields) on ExxonMobil's bonds were not adversely affected on that day by the downgrade announcement.

54. Importantly, based on the results of my empirical analyses, Dr. Feinstein's assumption that a lower credit rating would require a higher yield does not apply to ExxonMobil's March-issued bonds, and therefore his assumptions and calculations are without basis.

---

6, 2024) at 3 (noting that a pension fund's obligation is "like a hypothetical short position in a structured portfolio of AA corporate bonds" and thus an "offsetting portfolio" of AA corporates bonds minimizes a pension fund's risk, whereas allocations outside of this introduce risk).

[79] Bloomberg, L.P. (accessed Dec. 8, 2024). For instances where a company had two ratings, I utilized the highest rating of the two.

CONFIDENTIAL

**App. 1384**

55. The non-effect of S&P's downgrade on ExxonMobil's bond yield is further demonstrated by a comparison of ExxonMobil's bonds issued in 2016 that carried an AAA rating, and its offering in 2019 that carried an AA+ rating. Specifically, I compared the "Spread to Benchmark Treasury," which is a bond's yield net of the yield on comparable Treasury bonds, between the 2016 and the 2019 offerings. If a lower S&P rating would effectuate an increase in bond yields as Dr. Feinstein claims, then ExxonMobil's 2019 issues would carry a higher spread over Treasuries, compared to its 2016 offering. This is not the case. Instead, I found that ExxonMobil's 2019 offerings had lower treasury spreads, despite a lower S&P rating, as shown in **Table 2**: *Spread to Benchmark Treasury for ExxonMobil Bonds Issued in 2016 and 2019*.

**Table 2**: Spread to Benchmark Treasury for ExxonMobil Bonds Issued in 2016 and 2019[80]

|  | **2016 Offering (Rated AAA)** | **2019 Offering (Rated AA+)** |
|---|---|---|
| 3-Year Fix Rate | 80 bps | 30 bps |
| 5-Year Fix Rate | 100 bps | 45 bps |
| 7-Year Fix Rate | 120 bps | 65 bps |
| 10-Year Fix Rate | 130 bps | 75 bps |
| 30-Year Fix Rate | 150 bps | 95 bps |

IX.   **OPINION 5: DR. FEINSTEIN'S CHOICE OF OAS OVER ALTERNATIVE YIELD CALCULATION METHODS IS NOT EXPLAINED AND IS NOT JUSTIFIED, GIVEN THE MEASURE'S LIMITATIONS.**

   A. **Dr. Feinstein Does Not Justify His Usage of OAS Over Alternative, Commonly Used Methods for Calculating Yields.**

56. There are several commonly used methodologies to calculate bond yields. These measures include the OAS used by Dr. Feinstein, which attempts to account for embedded call options

---

[80] Exxon Mobil Corporation. *Pricing Term Sheet* (Feb. 29, 2016). <https://www.sec.gov/Archives/edgar/data/34088/000119312516486405/d135825dfwp.htm> (accessed Dec. 5, 2024); Exxon Mobil Corporation. *Pricing Term Sheet* (Aug. 13, 2019). <https://www.sec.gov/Archives/edgar/data/34088/000119312519220122/d790468dfwp.htm> (accessed Dec. 5, 2024).

CONFIDENTIAL

**App. 1385**

and is computed using projections and assumptions of future interest rates.[81] Additional methods include yield-to-maturity ("YTM"), yield-to-call ("YTC"), and yield-to-worst ("YTW").[82] Dr. Feinstein does not justify his usage of OAS or consider how using these other commonly used measures might have changed his conclusions.

57. YTM is the "most popular measure of yield in the bond market,"[83] and relies on the assumption that a bond will be redeemed on the final date of maturity. YTM incorporates all three potential sources of an investor's dollar return on a bond: (i) coupon interest, (ii) reinvestment income, and (iii) capital gains or losses.[84]

58. YTC, on the other hand, calculates the internal rate of return to the next call date irrespective of whether the bond has been called.[85] Callable bonds give the issuer the option to purchase back its bonds at a set price before the maturity date, thus giving the issuer the option to refinance its debt at a better interest rate.[86] When a bond is callable, it is custom and practice

---

[81] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 1.

[82] *Id.* at 2.

[83] Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1*. Hoboken: John Wiley & Sons, Inc. (2008): 207–220, 214. *See also* Choudhry, Moorad. *An Introduction to Bond Markets, Fourth Edition*. West Sussex: John Wiley & Sons Ltd (2010) at 24 (states that YTM is "the most frequently used measure of bond return."); "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 2.

[84] Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1*. Hoboken: John Wiley & Sons, Inc. (2008): 207–220, 214. *See also* "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 2.

[85] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 2. *See also* Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1*. Hoboken: John Wiley & Sons, Inc. (2008): 207–220, 215.

[86] "Callable Bonds: Be Aware That Your Issuer May Come Calling." *FINRA* (Apr. 19, 2024). <https://www.finra.org/investors/insights/callable-bonds-your-issuer-may-come-calling> (accessed Dec. 4, 2024).

CONFIDENTIAL

**App. 1386**

to calculate a YTC in addition to a YTM.[87] Similar to YTM, YTC considers all three sources of potential returns.[88]

59.  Another option, YTW, reflects the lowest yield based on internal rates of return for all possible redemption dates and is the measure that an investor should always ask to see on all bond purchases, whether callable or not.[89] YTW is the preferred yield estimation of the Financial Industry Regulatory Authority ("FINRA"), as it "share[s] the lower of Yield to Call (retirement of the bond at a date prior to maturity) or Yield to Maturity."[90] FINRA explains that YTW provides the most conservative potential return on a bond,[91] stating further that "you should know it for every callable security."[92] Despite the fact that FINRA, a U.S. financial authority, uses YTW as its preferred methodology, Dr. Feinstein solely relies upon OAS, and provides no rationale for this choice.

60.  In fact, the flaw of Dr. Feinstein's premise becomes evident if we utilize YTW. Using Dr. Feinstein's "ad-hoc" linear interpolation approach, AA+ bonds on February 29, 2016 (the pricing date) would have been only two basis points higher than AAA bonds instead of 13 basis points as estimated using OAS. *See* **Figure 6**: *U.S. Corporate Index Semi-Annual YTW* and **Figure 7**: *U.S. Corporate Index AAA & AA YTW Spread.* As I note below, there is no theoretical or empirical justification for U.S. corporate bonds rated AA+ to have yields halfway between those rated AAA and AA.

---

[87] Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1*. Hoboken: John Wiley & Sons, Inc. (2008): 207–220, 215 ("When a bond is callable, the practice has been to calculate a *yield to call* as well as a yield to maturity.").
[88] *Id.* 215.
[89] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 1.
[90] "Corporate and Agency Bond Data Glossary." *FINRA*. <https://www.finra.org/finra-data/fixed-income/corp-and-agency/glossary> (accessed Nov. 19, 2024).
[91] *Id.*
[92] "Understanding Bond Yield and Return." *FINRA* (Aug. 11, 2022). <https://www.finra.org/investors/insights/bond-yield-return> (accessed Nov. 19, 2024).

CONFIDENTIAL
**App. 1387**

**Figure 6**: U.S. Corporate Index Semi-Annual YTW[93]



[93] ICE BofA AAA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A1CAAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A1CAAASYTW> (accessed Nov. 19, 2024); ICE BofA AA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A2CAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A2CAASYTW> (accessed Nov. 19, 2024).

CONFIDENTIAL

**App. 1388**

**Figure 7**: U.S. Corporate Index AAA & AA YTW Spread[94]



61. **Figure 7**: *U.S. Corporate Index AAA & AA YTW Spread* also illustrates the important fact that AAA-rated corporate bonds do not always have a lower YTW than AA-rated bonds. Thus, the central finding of Dr. Feinstein's analysis—that AAA-rated corporate bonds uniformly have lower yields than AA+-rated bonds——is flawed.

62. Dr. Feinstein fails to explain why he did not select or even consider any alterative yield measurements despite their frequent use in practice and their preferred use by regulators such as FINRA. This failure casts doubt on the soundness of Dr. Feinstein's conclusions.

---

[94] ICE BofA AAA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A1CAAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A1CAAASYTW> (accessed Nov. 19, 2024); ICE BofA AA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A2CAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A2CAASYTW> (accessed Nov. 19, 2024).

CONFIDENTIAL

**App. 1389**

**B. OAS Does Not Effectively Account for Credit Events.**

63. The OAS measure used in Dr. Feinstein's analysis does not effectively account for credit events,[95] which are essential to credit ratings. Generally, the OAS model "cannot capture the effects of events that are not dependent on the interest rate process,"[96] including credit rating changes.

64. A creditor's creditworthiness is factored into the price and yield of a bond upon issuance. OAS, on the other hand, does not include potential changes to credit rating.[97] Although "a [credit] downgrading may not be completely independent of the interest rate level," OAS is unlikely to capture a change in credit rating as a function of the interest rate path and thus OAS cannot properly model the effects of the event.[98]

65. Further, OAS does not incorporate other events which can influence both interest rates and credit risk.[99] For example, OAS ignores Federal Reserve monetary policy actions.[100] Instead, OAS considers "potential yield differences due to the possibility of changing interest rates in the future," but cannot predict the rise or fall of interest rates, and thus investors are advised to consider "exogenous changes to interest rates" that will likely affect the "redemption for callable bonds."[101]

---

[95] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 6 ("An issuer's creditworthiness will usually be reflected in the price and yield of the bond when it is issued, but OAS does not factor in other potential risks, such as changes to credit ratings.").

[96] Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47, 46.

[97] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 6 ("An issuer's creditworthiness will usually be reflected in the price and yield of the bond when it is issued, but OAS does not factor in other potential risks, such as changes to credit ratings.").

[98] Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47, 46.

[99] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 7.

[100] *Id.* at 7.

[101] *Id.* at 7.

CONFIDENTIAL

**App. 1390**

66. As a result, OAS is a poor measure of changes in credit risk. As such, it is an economically unreliable metric for analyzing the changing credit risk of ExxonMobil's bonds as Dr. Feinstein does.

### C. The OAS Value Is Sensitive to Model Assumptions, and Dr. Feinstein Has Not Performed Any Sensitivity Analyses.

67. OAS relies on a set of assumptions in calculating yield. Notably, OAS looks at several possible redemption dates, along with possible interest rate paths, and then uses an averaging approach to calculate the expected yield for the bond.[102] Consequently, the resulting OAS value is sensitive to the underlying model and assumptions and can have limitations to its applications.[103]

68. The OAS measurement relies on assumptions about interest rate volatility.[104] The volatility parameter selected may lead to an overestimated or underestimated OAS value, depending on actual volatility measurements.[105] **Table 3**: *OAS for ExxonMobil Bonds Using a Log-Normal Model and Varying Volatility* shows how OAS may vary within the Log-Normal Model, solely based on changes in volatility (represented by "V").[106]  Dr. Feinstein did not provide any details on the volatility assumption associated with the OAS he used and did not examine whether that volatility assumption would be consistent with what ExxonMobil's bonds have experienced.

---

[102] Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47, 1.

[103] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 3-4. *See also* Babbel, David F. and Stavros A. Zenios. "Pitfalls in the Analysis of Option-Adjusted Spreads." *Financial Analysts Journal* 48.4 (July-Aug. 1992): 65–69, 66.

[104] Babbel, David F. and Stavros A. Zenios. "Pitfalls in the Analysis of Option-Adjusted Spreads." *Financial Analysts Journal* 48.4 (July-Aug. 1992): 65–69, 65.

[105] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 5.

[106] A negative OAS value means that a bond is offering a lower yield than a comparable risk-free security. This is the case for three of the four bonds across a range of volatility assumptions under a Log-Normal model.

CONFIDENTIAL

**App. 1391**

**Table 3**: OAS for ExxonMobil Bonds Using a Log-Normal Model and Varying Volatility[107]

| CUSIP | V = 14 | V = 50 | V = 75 | V = 100 | V = 140 |
|-------|--------|--------|--------|---------|---------|
| 30231GAV4 | -163.6 | -165.2 | -165.9 | -166.5 | -167 |
| 30231GAR3 | -109.5 | -112 | -113 | -113.7 | -114.4 |
| 30231GAT9 | -77 | -79.67 | -80.66 | -81.28 | -81.92 |
| 30231GAW2 | 43.58 | 42.64 | 42.34 | 42.15 | 41.95 |

69. Furthermore, different OAS models will render different results. For example, a Bloomberg terminal allows users to see the OAS value from five different models of the distribution of interest rates.[108] Generally, the ability for investors to select from multiple models indicates that "the OAS value for any particular bond will depend on which model is used," and thus "[t]he dependency of OAS estimates on the underlying model has implications on investor decision-making."[109]

70. **Table 4**: *OAS for ExxonMobil Bonds Using Different Models* presents OAS for fixed callable ExxonMobil Notes across various models. All other factors are held constant (price, curve, volatility, benchmark settle date[110]) with a settlement date of March 4, 2016. Dr. Feinstein does not conduct any sensitivity analysis for his OAS.

---

[107] Bloomberg, L.P. (accessed Nov. 25, 2024).

[108] "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 3.

[109] *Id.* at 3.

[110] The benchmark settlement date must occur following the issue date of the benchmark bond. Thus, each at-issue bond in the table may have a different benchmark settlement date.

CONFIDENTIAL

**App. 1392**

**Table 4**: OAS for ExxonMobil Bonds Using Different Models[111, 112]

| CUSIP | Log-Normal | Log-Normal With Mean Reversion | Normal With Mean Reversion | Linear Gauss Markov |
|---|---|---|---|---|
| 30231GAV4 | -163.6 | -163.6 | -180.1 | -163.2 |
| 30231GAR3 | -109.5 | -109.4 | -137.2 | -109.2 |
| 30231GAT9 | -77 | -76.83 | -109 | -76.79 |
| 30231GAW2 | 43.58 | 43.77 | 228.6 | 43.46 |

71.  Given that OAS requires multiple assumptions that directly impact its value, it is critical that individuals utilizing the measure consider these assumptions, and the resulting changes to the OAS values, because such changes can be substantial,[113] and it is common for analysts to consider alternative OAS values. Dr. Feinstein, however, fails to analyze how alternative assumptions might impact his conclusions.

72.  In addition to the general limitations of the OAS model, Dr. Feinstein includes only one OAS measure from FRED[114] in his analysis and that index is based on rating classes, not individual ExxonMobil bonds.

73.  In sum, Dr. Feinstein's inclusion of only one OAS analysis, which relates to rating classes and not individual ExxonMobil bonds, and his failure to consider how alternative assumptions might affect his results, render his conclusions economically unsound.

---

[111] Volatility is set to 14 for this exercise, because "industry practices used by broker-dealers and investment advisors over several years have led to a convention of consistently overwriting the volatility value to 14 when pricing and selling bonds." *See* "Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024) at 5.

[112] Bloomberg, L.P. (accessed Nov. 25, 2024).

[113] *See* Babbel, David F. and Stavros A. Zenios. "Pitfalls in the Analysis of Option-Adjusted Spreads." *Financial Analysts Journal* 48.4 (July-Aug. 1992): 65–69, 69.

[114] Dr. Feinstein used the "ICE BofA AAA US Corporate Index Option-Adjusted Spread," created by Ice Data Indices LLC and published on FRED for AAA and AA ratings. *See* Feinstein Report ¶ 175 & nn. 158–61.

CONFIDENTIAL

**App. 1393**

**D. OAS Model Predictions Do Not Equal Actual Realized Returns.**

74. In addition to their sensitivity to model parameters, OAS model predictions do not match realized returns in the real world. Instead, an OAS value is better thought of as the security's return over an "average" possible future interest rate path, not the actual interest rate path that occurs in practice.[115] As part of that "averaging," OAS is computed by simulating many possible future interest rate paths, each representing interest rate movements that may or may not be realized in practice. A model is then used to calculate a single OAS value such that the theoretical security price, averaged over the different simulated paths, matches the actual security price observed in the market.[116]

75. Because of this "averaging" in calculating OAS, "it is extremely unlikely that a security will actually earn its calculated OAS."[117] Instead, a security may realize either a higher or lower return than the one implied by the OAS models, with the results depending on the particular path of interest rates that actually occurs.[118]

76. This feature of OAS models, along with their sensitivity to model parameters, is yet another reason that Dr. Feinstein's reliance on one single OAS model based on indices is unwarranted, and calls into question his results.

**X. OPINION 6: MARKET AVERAGES PROVIDE LIMITED INSIGHT INTO INDIVIDUAL BONDS, AND AVERAGE OAS BASED ON FEW DATA POINTS IS PRONE TO LARGE STANDARD ERRORS.**

77. The AAA and AA OAS measures Dr. Feinstein relies upon reflect market averages and provide limited insight into individual bonds.

---

[115] Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47, 43 ("Because it's the result of an averaging process, OAS represents a summary of what the future may hold, not a promise.").

[116] Babbel, David F. and Stavros A. Zenios. "Pitfalls in the Analysis of Option-Adjusted Spreads." *Financial Analysts Journal* 48.4 (July-Aug. 1992): 65–69, 65.

[117] Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47, 43.

[118] *Id.* 43.

CONFIDENTIAL

**App. 1394**

78. The OAS measures relied upon by Dr. Feinstein in his analysis[119] are the AAA and AA "subset[s] of the ICE BofA US Corporate Master Index tracking the performance of US dollar denominated investment grade rated corporate debt publicly issued in the US domestic market."[120] This OAS measure reflects a daily market average of all U.S. corporate bonds and thus is not representative of the OAS value of any particular bond.

79. Dr. Feinstein applies the market average difference between OAS for AAA- and AA-rated issuers on February 29, 2016, which was aggregated over both ExxonMobil and non-ExxonMobil bonds, to the individual bonds issued by ExxonMobil.[121] While a market average may be useful in certain circumstances, it does not reflect the nuances of a particular bond such as any one of the ExxonMobil bonds issued in March 2016.

80. Because of varying bond characteristics, a bond rating market average OAS rarely captures the unique risk factors of any individual bond, such as its maturity date, coupon, and callable features, which all impact the OAS value on an individual bond. Applying the spread derived from bond rating market average OAS to individual bonds with different coupon rates, call features, and times to maturity yields results that are not meaningful for an individual ExxonMobil bond.

81. Bonds, even within the same rating category, can have very different characteristics. This is demonstrated by ExxonMobil's bonds issued in March 2016, which vary in maturity date, coupon, amount, and callable features. For example, the term to maturity, or the time period over which a bondholder can expect to receive interest payments before the principal is paid in full, varies between each individual bond and directly impacts the yield.[122] ExxonMobil's bonds issued in March 2016 with the shortest term to maturity had a maturity date of March

---

[119] Feinstein Report ¶ 175.

[120] "ICE BofA AAA US Corporate Index Option-Adjusted Spread (BAMLC0A1CAAA) - Notes Section." *FRED.* <https://fred.stlouisfed.org/series/BAMLC0A1CAAA> (accessed Nov. 18, 2024); "ICE BofA AA US Corporate Index Option-Adjusted Spread (BAMLC0A2CAA) - Notes Section." *FRED.* <https://fred.stlouisfed.org/series/BAMLC0A2CAA> (accessed Nov. 18, 2024).

[121] *See* Feinstein Report supporting material, "Bond_Calculation.xlsx."

[122] Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1.* Hoboken: John Wiley & Sons, Inc. (2008): 207–220, 208–09.

CONFIDENTIAL

**App. 1395**

1, 2018, while the longest has a maturity date of March 1, 2046.[123] This demonstrates how even within the same bond offering the characteristics of the bonds may be significantly different.

82.  Even if it were appropriate to rely on the bond rating market average to infer the OAS value of an individual bond (which it is not), the number of companies rated AAA has been steadily declining. In the 1980s, there were roughly 60 AAA companies, but by March 2016, there were only two left other than ExxonMobil (Johnson & Johnson and Microsoft),[124] and as a result there are a small number of data points in the AAA market average OAS used by Dr. Feinstein. When calculating an average based on such a limited number of data points, the resulting estimate will have a large standard error.[125] The standard error measures the variability of a sample statistic, in this case the average, in relation to the population it is estimating.[126] A large standard error undermines the reliability of the average, and makes comparisons between the average and any individual bond even more unreliable.

## XI.   OPINION 7: THERE IS NO ECONOMIC FOUNDATION TO SUPPORT A LINEAR INTERPOLATION OF AA+ OAS BETWEEN AAA AND AA OAS.

83.  Beyond the substantial issues with Dr. Feinstein's analysis due to his use of OAS and market averages, there are additional issues with how Dr. Feinstein purports to estimate an AA+ OAS. In the absence of an OAS value for the AA+ bond rating class, Dr. Feinstein "interpolated linearly" between the AA index OAS and the AAA index OAS to derive his AA+ index OAS.[127] However, there is no statistical or economic rationale to support Dr.

---

[123] Exxon Mobil Corporation. *Pricing Term Sheet* (Feb. 29, 2016). <https://www.sec.gov/Archives/edgar/data/34088/000119312516486405/d135825dfwp.htm> (accessed Dec. 5, 2024).
[124] Egan, Matt. "Oil Crash Could Kill Exxon's Perfect AAA Rating." *CNN Business* (Feb. 2, 2016). <https://money.cnn.com/2016/02/02/investing/exxonmobil-aaa-credit-rating-downgrade-oil/index.html> (accessed Nov. 15, 2024); Groth, Aimee. "4 U.S. Companies Are Now Rated Higher Than the Government." *Business Insider* (Aug. 6, 2011). <https://www.businessinsider.com/aaa-rating-us-companies-2011-8> (accessed Nov. 20, 2024).
[125] The standard error shrinks to zero as a sample size grows. Wooldridge, Jeffrey M. *Introductory Econometrics, A Modern Approach, Fifth Edition.* Mason: South-Western (2012) at 777.
[126] The standard error is the best estimate of the standard deviation of a sampling distribution to a specific parameter, in this case the average or mean. *See id.* at 777.
[127] Feinstein Report ¶ 176.

CONFIDENTIAL

**App. 1396**

Feinstein's assumption that the AA+ index OAS would lie exactly at the midpoint between the AAA OAS and the AA OAS.

84. Dr. Feinstein claims that linear interpolation to achieve intermediate credit ratings is a "generally accepted and commonly used methodology in the finance literature."[128] However, the S&P Global Ratings' methodology and criteria cited by Dr. Feinstein to support his approach relates to a transaction analysis for commercial mortgage-backed securities ("CMBS") that did not use OAS. Moreover, that methodology was specifically for "rating European commercial mortgage-backed securities," not U.S. corporate bonds.[129] Because this methodology was not intended for U.S. corporate bonds and CMBS are very different instruments than corporate bonds,[130] it cannot be reliably utilized in the context of calculating the OAS of ExxonMobil's March 2016 corporate bonds.

### XII. OPINION 8: DR. FEINSTEIN'S CALCULATION OF ADDITIONAL INTEREST EXPENSE TO EXXONMOBIL IS INCORRECT.

85. Dr. Feinstein opines that "had the Exxon Notes been issued with a 'AA+' rating instead of a 'AAA' rating, the required yield from the Notes would have had to be 0.13% greater[.]"[131] He then applies "this higher coupon yield to all contractual cash flows [on the March 2016 Exxon notes] out to maturity," and concludes that "the higher yield would have cost Exxon $831.95 million in greater interest expense."[132] Dr Feinstein's approach inappropriately fails to address the fact that some of the at-issue ExxonMobil bonds were callable before maturity, and further improperly values the interest payments.

86. Dr. Feinstein did not address the fact that four of ExxonMobil's bonds that were issued in March 2016 could be called early. In fact, ExxonMobil can redeem any of these four bonds

---

[128] *Id.* ¶ 176.
[129] "Criteria | Structured Finance | CMBS: European CMBS Methodology and Assumptions." *S&P Global* (July 26, 2024). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/sourceId/13157087> (accessed Nov. 18, 2024).
[130] One example of why CMBS are different from corporate bonds is that the former may be subject to "prepayment risk" depending on the CMBS tranche and the path of interest rates.
[131] Feinstein Report ¶ 177.
[132] *Id.* ¶ 177.

CONFIDENTIAL

**App. 1397**

at any time before maturity.[133] If interest rates fell and those bonds were called early, it would have reduced ExxonMobil's interest payments.

87.  In doing his calculations, Dr. Feinstein essentially assumes that none of these callable bonds would be redeemed prior to maturity. As illustrated below, changing this assumption affects his calculations. **Table 5**: *Dr. Feinstein's Interest Calculation Using Alternative Hypothetical Call Dates* shows relevant interest payments calculated until a bond's called on the hypothetical call date and compares them to the interest payments calculated by Dr. Feinstein until the maturity date.[134] Holding everything else the same, the increase in interest payments calculated under Dr. Feinstein's methodology would be reduced by $28,566,485 if one instead assumes that all four of these bonds were or will be called on these hypothetical call dates.[135]

**Table 5**: Dr. Feinstein's Interest Calculation Using Alternative Hypothetical Call Dates[136]

| CUSIP | Maturity Date | Hypothetical Call Date | Feinstein Calculated Increased Interest Payment at Maturity | Feinstein Calculated Increased Interest Payment at Hypothetical Call Date | Feinstein Overstated Amount |
|---|---|---|---|---|---|
| 30231GAV4 | 3/1/2021 | 2/1/2021 | ($35,957,378.00) | ($35,290,480.51) | ($666,897.50) |
| 30231GAR3 | 3/1/2023 | 1/1/2023 | ($27,215,337.52) | ($26,444,392.18) | ($770,945.33) |
| 30231GAT9 | 3/1/2026 | 12/1/2025 | ($87,065,035.66) | ($84,235,189.21) | ($2,829,846.45) |
| 30231GAW2 | 3/1/2046 | 9/1/2045 | ($660,333,016.91) | ($636,034,221.16) | ($24,298,795.75) |
| **Total** | | | | | **($28,566,485)** |

---

[133] The redemption prices vary depending on the redemption date. Exxon Mobil Corporation. *Prospectus Supplement* (Feb. 29, 2016).

[134] This calculation is for illustrative purpose only and does not constitute endorsement of Dr. Feinstein's methodology, which is flawed and unreliable in my opinion. The hypothetical dates I selected are "par call dates" on which ExxonMobil can redeem at a price equal to 100 percent of the principal amount.

[135] Two of these bonds, 30231GAV4 and 30231GAR3, have matured without being called. However, Dr. Feinstein has not done any analysis on whether these two bonds would have been called if they were issued with his counterfactual interest rates.

[136] Feinstein Report supporting material, "Bond_Calculation.xlsx."

    CONFIDENTIAL

**App. 1398**

88. In addition to failing to address bond callability, Dr. Feinstein's calculation also improperly fails to adjust for the time value of money. The time value of money is a fundamental principle in economics and finance, which states that a dollar today is worth more than a dollar next year (because a dollar today can earn interest over that year). Therefore, for example, one cannot simply add a dollar today to a dollar next year to get two dollars.[137] Yet, this is exactly what Dr. Feinstein did.

89. Specifically, Dr. Feinstein calculates the future value ("FV") of interest payments as of the maturity date of each bond. Each of the eight bonds he analyzes has a different maturity date, ranging from February 29, 2018, to March 1, 2046. Consequently, his calculated "future values" of interest payments represent dollar values for different future dates. In other words, Dr. Feinstein's calculation effectively adds 2018 dollars to 2046 dollars in 2046, a calculation that fails to properly reflect the time value of money.

90. Instead of adding up FVs at different dates like Dr. Feinstein did (which is inappropriate), the proper way to adjust for the time value of money is to calculate the present value ("PV") of future cash flows. PV represents the amount that, if received today, would be viewed as equivalent to those future cash flows. For example, if someone were due to receive $1,000 in five years' time, this would be worth $783.53 in PV using a rate of return of five percent compounded annually, under the assumption that the value will grow between now and the future date (in five years) when the payment was due.

Dated: December 10, 2024

_____

Anthony Saunders, Ph.D.

---

[137] Brealey, Richard A., Stewart C. Myers, and Franklin Allen. *Principles of Corporate Finance, Thirteenth Edition.* New York, NY: McGraw-Hill Education (2020) at 20.

CONFIDENTIAL

**App. 1399**

## Appendix A

Curriculum Vitae

October 2024

# Professor Anthony Saunders

**Office**

Department of Finance
Kaufman Management Center
Stern School of Business, New York University
44 West 4th St., Rm. 9-91
New York, N.Y. 10012
(212) 998-0711 (office)
(212) 998-0312 (office/secretary)
(212) 995-4232 (fax)
E-mail: asaunder@stern.nyu.edu
Website: http://www.stern.nyu.edu/~asaunder
SSRN Author Page is:
http://ssrn.com/author=17647

**Primary Areas of Interest**

Financial institutions, international finance/banking and financial economics.

**Education**

London School of Economics, 1968-71, BS, 1971, Monetary Economics
London School of Economics, 1971-72, MS, 1972, Money and Finance
London School of Economics, 1976-81, Ph.D., 1981, Thesis title:
    "The Behavior and Performance of the London Clearing Banks, 1965-1977"

**Current Position**

Stern School of Business, New York University
John M. Schiff, Professor of Finance
Management Committee, Department of Finance

**Previous Positions**

Chairman of the Department of Finance (1995-96 and 97-2007)
Stern School of Business, New York University
Assistant Professor of Finance (1978-1982)
Associate Professor of Finance (1982-1987)
Professor of Finance (1987- )
Professor of International Business and Finance (1988- )

**App. 1401**

Director of Undergraduate Studies in Finance (1983-1985)
Acting Director of the Salomon Brothers Center for the Study of Financial Institutions (September 1984-85)
Associate Director of the Salomon Brothers Center for the Study of Financial Institutions (1985-)

Courses taught: Money and Banking: BS
Risk Management in Financial Institutions: MBA
Seminar in Banking: Ph.D.
Introduction to Finance: MBA
Credit Risk: EMBA
NYU Executive Programs on Risk Management

**Current Advisory Positions**

President – Financial Management Association (2011)
Nobel Prize in Economics, Nomination Committee (2000- )
Investment Advisory Board, Zurich Financial Services (2003-2017)

**Visiting Positions – Non-Academic**

Comptroller of Currency
IMF
Federal Reserve Board of Governors
Federal Reserve Board of Philadelphia
Federal Reserve Board of New York

**Visiting Positions – Academic**

Pembroke Visiting Chaired Professor of International Finance, University of Cambridge
Stockholm School of Economics (Sweden)
INSEAD (France)
City University (London)
University of Melbourne (Australia)
ISEAS (Singapore)
University of Bocconi (Italy)
University of Otago (New Zealand)
HKUST (Hong Kong)
University of St. Andres (Argentina)
ALBA (Greece)
London School of Economics

**Consulting Experience (selected)**

| | | |
|---|---|---|
| 2024 Quinn Emanuel | Iraqi Telecom vs. IBL Bank, Lebanon (Expert Witness) | |
| 2024 BPI/Gibson Dunn | Critique of Fed Proposal for Basel 3 Implementation in the US. | |
| 2023 Lovell etal | Manipulation of the Oil Futures Price by Vega traders (expert witness) | |
| 2022 Lovell etal | Fixing of the Australian Bank Rate (expert witness) | |

**App. 1402**

| | | |
|---|---|---|
| 2020 | Bartlitt Beck | Apr vs. General Electric(expert witness). |
| 2018 | Leiff Cabraser | Libor Fixing |
| 2018 | Quinn Emanuel | Refinancing Corp., Mortgage Servicing Claims (expert witness). |
| 2018 | Levi and Korsinsky | Altisource Residential Corp. |
| 2018-2024 | Scott and Scott | Pricing fixing in Odd Lots, SSA Securities, Fannie and Freddie Securities (Consultant). |
| 2017 | Hogan Lovells | Market for Second Lien Mortgages (Consultant). |
| 2017 | Quinn Emanuel | HEMT vs DLJ/SPS (expert witness). |
| 2016 | Quinn Emanuel | FHFA v. RBS. (deposition testimony). |
| 2016 | Bryan Cave | Citizens Central Bancorp vs FDIC (Consultant). |
| 2016 | Bartlitt-Beck, et al. | MassMutual vs Credit Suisse et al. (expert witness). |
| 2016 | Korein Tillery, et al. | NCUA vs RBS, NCUA vs UBS, NCUA vs CS (expert witness). |
| 2015 | Quinn Emanuel, LLP | MassMutual vs Countrywide, MassMutual vs DB DB Structured Products (Deposition testimony). |
| 2014 | U.S. Dept. of Justice | Starr Int'l Co. v. US (Fed. C1.) (Deposition and Trial testimony). |
| 2014 | Wolf Haldenstein et al. | Zelouf vs Zelouf (NY Sup Ct.) (Trial testimony). |
| 2014 | Quinn Emanuel, LLP | FHFA v. Goldman, Sachs & Co. et al. (S.D.N.Y) FHFA v. Nomura Inc. (S.D.N.Y) (deposition testimony). |
| 2014 | Levi and Korsinsky | Ausikaitis v. Kiani, et al. (D. Del.) (deposition testimony). |
| 2013 | Levi and Korsinsky | OCZ Technology Inc. (expert witness). |
| 2012 | Leiff Cabraser Heimann and Bernstein | LIBOR Manipulation (consultant). |
| 2012 | Internal Revenue Service | Bank of New York Mellon Corp. v. IRS (U.S. Tax Ct. NY). |
| | | Structured Finance transactions by BONY (expert |

**App. 1403**

witness) (deposition & trial testimony).

| | | |
|---|---|---|
| 2012 | Horwitz, Horwitz, and Paradis | Bank of America's acquisition of Merrill Lynch (expert witness; Bank of America shareholder derivative action). |
| 2012 | Securities and Exchange Commission | SEC vs. Directors of Indymac (C.D. Cal.) (expert witness) (deposition testimony). |
| 2011 | Gardant Communications | Takeover of Bank of Moscow (consulting report). |
| 2011-2014 | Burg Simpson | Pursuit Partners vs. UBS (Conn. Super. Ct.) (expert witness – synthetic MBS value triggers) (deposition & trial testimony). |
| 2011 | Stephenson Harwood (UK) | BTA vs. Republic of Kazakhstan (International arbitration – expert witness bank solvency). |
| 2011 | Quinn, Emmanuel, et al. | ADIA vs. Citicorp (Consultant; price paid for Citicorp shares). |
| 2011 | White and Case | Calyon vs. Black Diamond (Expert witness; rights of majority owners in a syndicated loan liquidation). |
| 2011 | Patterson Belknap | Ambac vs. Bata (expert witness, value of swaps). |
| 2011 | Herbert Smith (Hong Kong) | New Cotai vs. East Asia Satellite Television (expert witness, conditions in the loan syndication market during the crisis). |
| 2010 | Australian Government | Australian Tax Authority vs. G.E. (expert witness, parent debt guarantee fees). |
| 2009-2010 | Boise, Schiller and Flexner | Lehman vs. Barclays (Bank. S.D.N.Y.). (expert witness, solvency of Lehman) (deposition testimony). |
| 2009 and 2013 | Black and Fine, et al. | New Mexico Pension Fund cases on MBS (expert witness, value of mortgage backed securities). |
| 2009 | Bass, Berry and Sims and Sullivan and Cromwell | Regions Bank Class Action (expert witness, the performance of Morgan Keegan Bond Funds during the Current Credit Crisis). |

**App. 1404**

| | | |
|---|---|---|
| 2008 | Donovan and Associates | Sovereign Bank vs. Santander (Pennsylvania) (expert witness, Merger premium paid for Sovereign Bank by Santander during the crisis), (trial testimony). |
| 2008 | Czech Republic Bank | Foreign Bank Acquisition of Domestic (Czech) (Int'l Ct. Arb. London), (expert witness, International arbitration). |
| 2008 | Canada Customs and Revenue Agency | GE Capital Canada vs. Canada Customs and Revenue) (Toronto, Canada) (expert witness, regarding payment of debt guarantee fees to GEC by GEC Canada) (trial testimony). |
| 2008-2011 | Morrison and Foerster | Olympus Capital vs. Loan Star (Int'l Ct. Arb. Singapore) (expert witness, international arbitration over purchase of shares in a credit card company) (arbitration testimony). |
| 2007 | Boies, Schiller & Flexner | Genesco vs. Finish Line (UBS) (Tenn. Ch. Ct.) (expert witness Credit Market conditions and loan commitments during the crisis) (trial testimony). |
| 2007 | Andrews Kurth | Mirant (MCAR) Bankruptcy Trustees vs Trustees vs. Southern Company (expert witness, solvency of Mirant) (deposition testimony). |
| 2007 | Bernstein, Leibhard | UGCOM vs. LMI Minority share purchase (expert witness, value of Minority share purchase) (deposition testimony). |
| 2007 | Mark Krishner/Refco (Bankruptcy Trustee)/Milbank, Tweed et al. | Thomas Lee, et al. and others (consultant on solvency issues). |
| 2007 | Parker Freedland et al. | Class action vs. Iridium, (expert witness; fraud on the Market), (deposition testimony). |
| 2007 | Hogan and Hartson | CSFB vs. Calyon Bank Loans and Securitization (consultant). |
| 2006 | Black and Fine | Class action vs. JP Morgan (expert witness, Copper Prices and structured finance), (deposition |

**App. 1405**

testimony).

| | | |
|---|---|---|
| 2006 | Crotchett, Pitre, Simon and McCarthy | Silvercreek vs. Salomon, Smith, Barney et al. (expert witness). |
| 2006 | Greer, Herz, and Adams | Structured Finance Products, Texas Pension Funds, Enron and Banks (expert witness) (deposition testimony). |
| 2006 | Milberg Weiss | PMA class action (expert witness). |
| 2006 | Grant and Eisenhofer | Structured Finance Products, Ohio Pension Funds, Enron and Banks (expert witness) (deposition testimony). |
| 2006 | Pepe and Hazard | Structured Finance Products, CRRA, Enron and Banks (expert witness). |
| 2006 | Pepe and Hazard | Enron's Creditworthiness (expert witness) (deposition testimony). |
| 2006-2011 | Government of New Zealand (IRD) | Structured Finance Products, Sovereign Insurance, Westpac, Deutsche Bank and BNZ multiple cases (expert witness). |
| 2005 | Debevoise Plimpton | Valuation of Life Insurance Contracts (consultant). |
| 2005 | Pepe and Hazard | Enron and the rating agencies (consultant). |
| 2005-2006 | King and Spalding | Reports on restructuring of Hynix (expert witness). |
| 2005 | Department of Justice | Goodwill and FIRREA, Carteret Savings Bank and Ambase (Fed. Cl.) (expert witness) (deposition & trial testimony). |
| 2005 | Milberg Weiss | Asia Pulp and Paper class action (expert witness) (deposition testimony). |
| 2004 | Department of Justice | ENRON: Bayly et al., Nigerian Barges – criminal case (S.D. Tex.) (expert witness) (trial testimony). |
| 2003-2004 | Department of Justice | Goodwill and FIRREA, Perpetual Savings Bank (Fed. Cl.) (expert witness) (deposition testimony). |
| 2004 | Milberg Weiss | Nortel class action (expert witness) (deposition |

**App. 1406**

|      |                |                                                     |
|------|----------------|-----------------------------------------------------|
|      |                | testimony).                                         |
| 2003 | Hale and Dorr  | Hynix dumping of DRAMS (expert witness).            |
| 2001-| Department of  |                                                     |
| Justice 2006 |        | Losses Related to the Goodwill Provisions of the Financial Institutions, Reform and Recovery, 5th-3rd, and D and N Banks (Fed. Cl.) (expert witness) (deposition & trial testimony). |

**Research**

Ranked No. 2 over the last 75 years in publishing in the top 10 finance journals. K. Chung et al., "Conservatism and Representative Heuristic in Peer Reviews: Evidence from he Finance Literature" )SSRN WP August 2023).

Ranked No.1 as the "Most Prolific Author" in 16 core Finance Journals over 50 years…see, P.L. Cooley and J.L. Heck, "Prolific Authors in the Finance Literature: A Half Century of Contributions", Journal of Finance Literature, Vol 1, Winter 2005, pp. 46-69 and the most prolific author in the Finance Literatures top seven journals for 1959-2008 in Jean L. Heck and Philip L. Cooley, "Most Prolific Authors in the Finance Literature: 1959-2008, (http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1355675). Top researcher of Formal Collaboration in Financial Economics, 1998-2008 in George and Rose "Mirror Mirror on the Wall who is the Most Central of them All", ERSA working paper, January 2016.

**Publications(selected)**
**(i)      Journals**

"Bank Specialization" (with Bickle and Palatore), *Journal of Finance* (forthcoming)

"What's in the Spread? The Predictive Power of Loan verses Bond Spreads" (with Steffen, Sprina and Streitz), *Review of Financial Studies* (forthcoming).

"Do Corporate Depositors Risk Everything for Nothing", (with Imbierowicz and Steffen). *Journal of Money, Credit, and Banking.* (forthcoming)

"Fed Information Shocks and the Market for Corporate Control: Predictive Causal Effects "(with Barbopoulos et al), Journal of Corporate Finance (forthcoming).

"The Real Economic Costs of the Bank Tax" (with Borsuk et al.), *Journal of Financial Stability* (forthcoming).

"Private Information Dissemination in the Secondary Loan Market" (with Shao et al.), *Journal of Financial Markets 2024.*

"Cross Sectional Dispersion of Corporate Earnings and Bank Performance", *Journal of Banking and Finance, 2022.*

"Explicit Deposit Insurance Design: International Effects on Bank Lending during the Global Financial Crisis" (with Hasan et al.), *Journal of Financial Intermediation 2022.*

"Underwriting as Certification of Bank Bonds (with Carbo-Valverde and Rodriguez), *Journal of Corporate Finance*, 2022.

"The Wolves of Wall Street: Managerial Attributes and Bank Business Models" (with Hagendorff et al.), *Journal of Financial Intermediation*, 2022.

"Is Bailout Insurance and Tall Risk Priced in Bank Equities? (with Del Viva et al.), *Journal of*

**App. 1407**

"International Lending: The Role of Lender's Home Country" (with Dai and Beyhaghi), *Journal of Money Credit and Banking* 2021.

"U.S. Government TARP Bailout and Bank Lottery Behavior" (with Viva et al.), *Journal of Corporate Finance*. 2021

"Brexit and the Contraction of Syndicated Lending" (with Berg et al.), *Journal of Financial Economics*. 2021

"Bank Relationship Loss: The Moderating Effect of Information Opacity", *Journal of Banking and Finance*. 2020

"Big Banks, Low Margins: What is the Future of Banking?", *Journal of Financial Markets and Institutions*, 2020.

"Trends in Corporate Borrowing" (With Berg and Steffen), *Annual Review of Financial Economics* (forthcoming).

"Macroeconomics News and Acquirer Returns in M and A's: The Impact of Investor Alertness" (with Barbopoulos), *Journal of Corporate Finance*, 2020.

"Non-core Banking. Performance and Risk" (With Schmid and Walter), *Journal of Financial Stability*, 2020.

"The Impact of Monetary Policy on M&A Outcomes" (with Barbopoulos), *Journal of Corporate Finance*, 2020.

"Do Hedge Funds Trade on Private Information" (with Klein et al.), *Journal of Portfolio Management*, 2019.

"Bank Monitoring and CEO Risk-Taking Incentives", *Journal of Banking and Finance*, 2018.

"Syndication, Interconnectedness and Systemic Risk" (with Steffen et al.), *Journal of Financial Stability*, 2019.

"Hedge Funds in M and A: Is there Exploitation of Private Information?" (with Massoud et al.), *Journal of Corporate Finance*, 2018.

"Covenant Violations and Dynamic Loan Contracting" (with Imbierowicz, et al.), *Journal of Corporate Finance*, 2017.

"Why and How Do Banks Lay Off Credit Risk?" (with Beyhaghi and Massoud), J*ournal of Corporate Finance*, 2017.

"Mind the Gap: The Difference between US and European Loan Rates" (with Berg, Steffen and Strietz), *Review of Financial Studies*, 2017.

"The Total Cost of Corporate Borrowing: Don't Forget the Fees" (with Berg and Steffen), *Journal of Finance*, 2016.

"Do Transactional Loans Behave Differently from Relationship Loans" (with Li and Shao), *Journal of Money Credit and Banking*, 2015.

**App. 1408**

"Should Short Selling of Stock be Restricted?" (with Massoud, Hassan and Song), Journal of Banking and Finance, 2015.

"Regulation Fair Disclousure and Credit Markets, (with Li and Shao), Journal of Banking and Finance, 2015.

"Is Basel Turning Banks Into Public Utilities?", *Journal of Financial Perspectives*, 2014.

"The Regulatory Experience in the US and the Lessons for a European Banking Union", *Journal of Financial Perspectives*, 2014.

"Are Banks still Special when there is a Secondary Markey for Bank Loans?" (with A. Gande), *Journal of Finance*, 2012.

"The Role of Lending Banks in Forced CEO Turnovers" (with S. Ozelge), *Journal of Money, Credit and Banking*, 2012.

"The Role of Banks in Dividend Policy" (with L. Allen, et al.), *Financial Management*, 2012.

"The Impact of Wealth on Financial Markets: Evidence from Credit Card Non-Payment" (with N. Massoud and B. Scholnick), *Journal of Financial Stability*, 2012.

"Financial Architecture, Systemic Risk and Universal Banking" (with I. Walter), *Financial Markets and Portfolio Management*, 2012.

"The Costs of Being Private: Evidence from the Loan Market" (with S. Steffen), *Review of Financial Studies*, 2011.

"Do Hedge Funds Trade on Private Information? Evidence from Syndicated Lending and Short Selling" (with N. Massoud, D. Nandy and K. Song), *Journal of Financial Economics*, 2011 (Second prize for the FAMA-DFA Award for the best paper in Corporate Finance and Asset Pricing in *JFE* for 2011).

"Lending Relationships and Loan Contract Terms" (with S. Bharath, S. Dahiya and A. Srinivasan), *Review of Financial Studies*, 2011.

"Bank Debt versus Bond Debt: Evidence from Secondary Market Prices" (with E. Altman and A. Gande), *Journal of Money Credit and Banking*, 2010.

"Are Initial Returns and Underwriting Spreads Complements or Substitutes?" (with D. Palia and D. Kim), *Financial Management*, 2010

"The Cost of Being Late: The Case of Credit Card Penalty Fees" (with N. Massoud and B. Scholnick), *Journal of Financial Stability*, 2010.

"Bank Debt and Corporate Governance" (with V. Ivashina, et al.), *Review of Financial Studies,* 2009.

"The Long Run Behavior of Underwriting Spreads" (with D. Palia and D. Kim), *Journal of Financial and Quantitative Analysis,* 2009.

**App. 1409**

"The Economics of Credit Cards, Debt Cards and ATMs: A Survey and Some New Evidence" (with N. Massoud and B. Scholnick), *Journal of Banking and Finance*, 2008.

"So What Do I Get? The Bank's View of Lending Relationships" (with S. Bharath, S. Dahiya and A. Srinivasan), *Journal of Financial Economics*, 2007.

"The Impact of Institutional Ownership on Corporate Operating Performance" (with A. Marcus, M. Cornett and H. Tehranian), *Journal of Banking and Finance*, 2007.

"The Use of ATMs in Bank Strategy: Is There a Customer Relationship Effect?" (with N. Massoud and B. Scholnick), *Journal of Business,* 2006.

"Should Banks Be Diversified? Evidence from Individual Bank Loan Portfolios" (with V. Acharya and I. Hasan), *Journal of Business*, 2006.

"Bank Borrowers and Loan Sales: New Evidence on the Uniqueness of Bank Loans" (with S. Dahiya and M. Puri), *Journal of Business*, 2004.

"Commercial Bank Underwriting of Credit - Enhanced Bonds: Are There Benefits to the Issuer" (with R. Stover), *Journal of International Money and Finance*, 2004.

"Incorporating Systematic Influences into Risk Measurement: A Survey of the Literature" (with L. Allen), *Journal of Financial Services Research*, 2004.

"The Role of Financial Advisors in Mergers and Acquisitions" (with L. Allen and J. Jagtiani and S. Peristiani), *Journal of Money, Credit and Banking*, 2004.

"Financial Distress and Bank Lending Relationships" (with S. Dahiya and A. Srinivasan), *Journal of Finance*, 2003.

"Issues in the Credit Risk Modeling of Retail Markets" (with L. Allen and G. Delong), *Journal of Banking and Finance,* 2003.

"The Effects of Cross-Border Bank Mergers on Bank Risk and Value" (with Y. Amihud and G. DeLong), *Journal of International Money and Finance*, 2003.

"Are Emerging-Market Equities a Separate Asset Class?" (with I. Walter), *Journal of Portfolio Management*, Spring 2002.

**App. 1410**

"Credit Ratings and the BIS Capital Adequacy Reform Agenda" (with E. Altman), *Journal of Banking and Finance*, May 2002.

"Price Formation in the OTC Corporate Bond Markets: A Field Study of the Inter-Dealer Market" (with A. Srinivasan and I. Walter), *Journal of Economics and Business*, January/February 2002.

"An Analysis of Bank Charter Value and Its Risk Constraining Incentives", *Journal of Financial Services Research*, 2001.

"An Analysis and Critique of the BIS Proposal on Capital Adequacy and Ratings", *Journal of Banking and Finance,* 2001.

"The Determinants of Bank Interest Margins: An International Study" (with L. Schumacher), *Journal of International Money and Finance*, 2000.

"Low Inflation: The Behavior of Financial Markets and Institutions", *Journal of Money, Credit and Banking,* 2000.

"Financial Fragility and Mexico 1994 Peso Crisis: An Event Window Analysis of Market Valuation Effects" (with B. Wilson and G. Caprio), *Journal of Money, Credit and Banking*, 2000.

"A Theory of Bank Regulation and Management Compensation" (with K. John and L. Senbet), *Review of Financial Studies*, 2000.

"Mexico's 'Tequila' Bank Crisis: Devaluation or Diversification Problems" (with B. Wilson and G. Caprio), *The Economic Journal,* 2000.

"Bank Entry Competition and the Market for Corporate Securities Underwriting" (with A. Gande and M. Puri), *Journal of Financial Economics*, 1999. (<u>Winner of the Fama - DFA award for the best paper in Corporate Finance and Asset Pricing in the JFE for 1999</u>).

"Bank Capital Structure: A Comparative Analysis of US, UK, and Canada" (with B. Wilson), *Journal of Banking and Finance*, 1999.

"Highly Leveraged Loan Transaction Spreads" (with L. Angbazo and J.P. Mei), *Journal of Banking and Finance*, 1998.

**App. 1411**

"The Effects of Bank Mergers and acquisitions on small business Lending" (with A. Berger, et al.), *Journal of Financial Economics*, 1998.

"Credit Risk Measurement: Developments over the last 20 years" (with E. Altman), *Journal of Banking and Finance,* 1998.

"Bank Underwriting of Debt Securities: Modern Evidence" (with A. Gande, M. Puri and I. Walter), *Review of Financial Studies*, 1997.

"An Investigation of the Performance of the U.S. Property-Casualty Insurance Industry" (with N.K. Chidambaran and T. Pugel), *Journal of Risk and Insurance*, 1997.

"Contagious Bank Runs and Panics: Evidence from the 1929-33 Period" (with B. Wilson), *Journal of Financial Intermediation*, 1997.

"Excessive Gambling with Unfavorable Odds: Financial Institutions and Real Estate Investments" (with J.P. Mei), *Review of Economics and Statistics*, 1997.

"Alternative Models for Clearance and Settlement: The Case of the Single European Capital Market" (with I. Giddy and I. Walter), *Journal of Money, Credit and Banking*, 1996.

"Bank Equity Stakes in Borrowing Firms and Financial Distress" (with M. Berlin and K. John), *Review of Financial Studies*, 1996.

"If History Could be Re-run: Pricing Deposit Insurance in 1933" (with B. Wilson), *Journal of Financial Intermediation*, 1995.

"Bank Risk and Too Big to Fail Guarantees: An Asset Pricing Perspective" (with J.P. Mei), *Journal of Real Estate Finance and Economics*, 1995.

"The Effect of Bank Capital Requirements on Bank Off-Balance Sheet Financial Innovations" *Journal of Banking and Finance,* 1995.

"When Does the Prime Rate Change" (with L. Mester), *Journal of Banking and Finance*, 1995.

"Deposit Insurance and Regulatory Forbearance: Are Caps on Insured Deposits Optimal?" (with J.F. Dreyfus and L. Allen), *Journal of Money, Credit and Banking*, 1994.

"Universal Banking and Firm Risk Taking" (with K. John and T. John), *Journal of Banking and Finance*, 1994.

"Banking and Commerce: An Overview of the Policy Issues" *Journal of Banking and Finance*, 1994.

"Time Variation of Risk Premiums for Insurance Companies" (with J.P. Mei), *Journal of Risk and Insurance*, 1994.

"Managers, Owners and the Pricing of Risky Debt: An Empirical Analysis" (with E. Bagnani, N. Milonas, and N. Travlos), *Journal of Finance*, 1994.

"Banking Sector and Restructuring in Eastern Europe" (with A. Sommariva), *Journal of Banking and Finance*, 1993.

"Forbearance and Valuation of Deposit Insurance as a Callable Put" (with L. Allen), *Journal of Banking and Finance*, 1993.

"Prime Rate Changes: Is There an Advantage in Being First?" (with P. Nabar and S. Park), *Journal of Business*, 1993.

"Bank Window-Dressing: Theory and Evidence" (with L. Allen), J*ournal of Banking and Finance*, 1992.

"The Pricing of Retail Deposits: Concentration and Information" (with Allen and Udell), *Journal of Financial Intermediation*, 1992.

"Deposit Insurance Reform" (with Berlin, Udell), *Journal of Banking and Finance*, August 1991.
"Additions to Bank Loan-Loss Reserves: Good News or Bad New?" (with T. Grammatikos), *Journal of Monetary Economics*, 1990.

"Ownership Control, Regulation and Bank Risk-Taking" (with Strock and Travlos), *Journal of Finance*, 1990.

"Are Banks Special: The Separation of Banking from Commerce and Interest Rate Risk" (with Yourougou), *Journal of Economics and Business, 1990.*

"The Underpricing of New Issues in Singapore" (with J. Lim), *Journal of Banking and Finance*, 1990.

**App. 1413**

"Bank Size, Collateral and Net Purchase Behavior in the Federal Funds Market: Empirical Evidence" (with Allen and Peristiani), *Journal of Business*, 1989.

"The Effects of Shifts in Monetary Policy and Reserve Accounting Regimes on Bank Reserve Management in the Federal Funds Market" (with T. Urich), *Journal of Banking and Finance,* 1989.

"The Effects of DIDMCA on the Profitability and Risk of Large Commercial Banks and Thrift Institutions" (with J. Aharony and I. Swary), *Journal of Banking and Finance,* 1988.

"The Hedging Performance of ECU Futures" (with S. Sienkiewicz), *Journal of Futures Markets,* 1988.

"Intra- and Inter-Industry Effects of Bank Securities Market Activities: The Case of Discount Brokerage" (with M. Smirlock), *Journal of Financial and Quantitative Analysis*, 1987.

"New Tests of the Parity Hypothesis and Fiscal Policy Effects" (with J. Merrick), *Journal of Monetary Economics,* 1986.

"The Returns and Risks of U.S. Banks' Foreign Currency Activities" (with T. Grammatikos and I. Swary), *Journal of Finance,* 1986.

"The Determinants of Country Risk: A Selective Survey of the Literature" *Journal of Banking and Finance (Supplement)*, 1986.

"An Examination of the Contagion Effect in the International Loan Market", *Journal of Banking and Finance (Supplement)*, 1986.

"The Effects of a Shift in Monetary Policy Regime on the Profitability and Risk of Commercial Banks" (with J. Aharony and I. Swary)*, Journal of Monetary Economics*, 1986.

"The Large-Small Bank Dichotomy in the Federal Funds Market" (with L. Allen), *Journal of Banking and Finance,* 1986.

"Futures Price Variability: A Test of Maturity and Volume Effects" (with T. Grammatikos), *Journal of Business,* 1986.

**App. 1414**

"A Micro-Model of the Federal Funds Market" (with T. Ho), *Journal of Finance,* 1985.

"The Effects of the International Banking Act on Domestic Bank Profitability and Risk" (with J. Aharony and I. Swary), *Journal of Money, Credit and Banking,* 1985.

"Bank Regulation and Monetary Policy" *Journal of Money, Credit and Banking,* 1985.

"On Constructing the Group Utility Function of a Loan Syndicate" (with D. Gandhi and R. Hausman), *Journal of Banking and Finance,* 1985.

"On the Constancy of the International Real Rate of Interest" (with R. Tress), *Journal of Monetary Economics,* 1984.

"Fixed Rate Loan Commitments, Takedown Risk and the Dynamics of Hedging with Futures" (with T. Ho), *Journal of Financial and Quantitative Analysis,* 1983.

"Asymmetric Information, Regulatory Lag and the Value of Incentive Contracts" (with K. John), *Journal of Finance,* 1983.

"Stability and the Hedging Performance of Foreign Exchange Futures" (with T. Grammatikos), *Journal of Futures Markets,* 1983.

"The Determinants of Bank Interest Margins: Theory and Empirical Evidence" (with T. Ho), *Journal of Financial and Quantitative Analysis*, November 1981.

"The Growth of Organizational Forms of Foreign Banks in the U.S." (with L. Goldberg), *Journal of Money, Credit and Banking,* August 1981.

"The Investors' Gains from International Portfolio Investment" (with D. Gandhi, et al.), *Journal of Banking and Finance,* June 1981.

"A Catastrophe Model of Bank Failure" (with T. Ho), *Journal of Finance,* December 1980.

"Determinants of Foreign Bank Activity in the United States" *Journal of Banking and Finance,* December 1980.

"The Causes of U.S. Bank Expansion Overseas: The Case of Great Britain" (with L. Goldberg), *Journal of Money, Credit and Banking,* November 1980.

**App. 1415**

"A Stochastic Dominance Analysis of Unit Trust Performance" (with R. Woodward and C. Ward), *Journal of Financial and Quantitative Analysis*, June 1980.

"Bid Behavior and the Determination of Treasury Bill Rates" (with C. Ward), *Oxford Bulletin of Economics and Statistics,* August 1979.

"Risk, Regulation and Performance of Clearing Banks, 1965-1975" (with C. Ward), *Journal of Industrial Economics,* December 1976.


(ii)    **Books/Monographs**


"201,792 total units sold since 1994. Given used books we estimate that over 1,000,000 students, have learned from your books."
Email from Charles Synovect, Director, McGraw-Hill regarding sales of my
**Financial Institutions Management** textbook, 5/11/2018.


*Reflections on Financial Institutions: In and Out of Crisis,* World Scientific Press, 2011.

*Financial Institutions Management: A Risk Management Approach*, Irwin/McGraw-Hill, (1st edition), 1994 (2nd edition), 1996 (3rd edition), 1999 (4th edition), 2002 (5th edition), 2005 (6th edition), 2007, (7th edition), 2010. (8th edition), 2014, (9th edition) 2017, (10th edition) 2020, (11th edition) 2023.

*Credit Risk Measurement: Value at Risk and Other New Paradigms*, John Wiley and Sons, (1st edition), 1999 (2nd edition), 2002, (3rd edition) 2010.

*Financial Markets and Institutions: A Modern Perspective* (with M. Cornett), Irwin/McGraw-Hill, (1st edition), 2000 (2nd edition), 2003, (3rd edition) 2006, (4th edition), 2008, (5th edition) 2012, (6th edition), 2014, (7th edition) 2019, (8th edition) 2021, (9th edition) 2024.

*Technology and the Regulation of Financial Markets* (with L. White), Lexington Books, 1985 (reprinted by Beard Books, 2003).

*Understanding Market, Credit and Operational Risk* (with K. Boudoukh and L. Allen) Blackwell, (1st edition), 2003.

*Fundamentals of Financial Institutions Management* (with M. Cornett), Irwin/McGraw-Hill, (1st edition), 1999.

*China's Emerging Capital Markets* (with A. Kumar, etal), Financial Times Publishing, 1997.

*Financial System Design: Universal Banking Considered* (with I. Walter), Irwin, 1996.

*Universal Banking in the U.S.?* (with I. Walter), Oxford University Press, 1994.

*The Management and Regulation of Banks:* A Book of Reading (with G. Udell and L. White), Bristlecone Books, 1992.

*IPO's and Venture Capitalists: A Test of the Dynamic Strategy Hypothesis* (with J. Lim), ICFA, 1990.

*Off Balance Sheet Activities* (with J. Ronen and A. Sondhi), Dow-Jones, 1990.


### (iii)    Articles in Book (selected)

"Risk Management in Banking" (with L. Allen), in The Oxford Handbook of Banking by Berger et al (eds.), OUP, 2010 (first ed.), 2015 (2nd ed.), 2020 (3rd ed.), 2024 (4th ed).

"A Survey of Cyclical Effects in Credit Risk Models in Credit Ratings" (M. Ong (ed.)), Risk Books: London, 2003.

"Clearance and Settlement" (with I. Giddy and I. Walter) in *The European Equity Markets*, B. Steil (ed), RIIA, London, 1996.

"The Reconfiguration of Banking and Capital Markets in Eastern Europe" (with I. Walter) in *The Transformation of the Socialist Economies,* H. Siebert (ed.) J.C.B. Mohr, Tubingen, Germany, 1992.

"Bank Deregulation and Monetary Policy" and "Discount Brokers" in the *New Palgrave Dictionary of Money and Finance,* 1993.

"German Banking and Monetary Policy." in C. Barfied and M. Perlman (eds.) *Capital Markets and Trade: The U.S. Faces a United Europe,* AEI: Washington, D.C. 1992.

"Why Are So Many New Issues Underpriced?" *Federal Reserve Bank of Philadelphia Review,* 1990.

"Forward Foreign Exchange Markets in Developing Countries" in R. O'Brien and T. Datta (eds.), *International Economics and Financial Markets,* O.U.P., 1989.

"SESDAQ: The Early Evidence" (with J. Lim) in Chang and Rhee (eds.), *Pacific Basin Capital Markets Research,* Elsevier, 1989.

"Bank Holding Companies: Structure, Performance and Reform" in W. Haraf (ed.), *Restructuring the Financial System*, AEI: Washington, D.C. 1989.

**App. 1417**

"LDC Debt Rescheduling" (with M. Subrahmanyam), *Federal Reserve Bank of Philadelphia Review*, November/December, 1988.

"The Inter Bank-Market, Contagion Effects and Financial Crisis" in Portes and Swaboda (ed.), *Threats to International Financial stability*, CEPR and CUP, 1987.

"Seasonality in the Federal Funds Market: The Weekend Game and Other Effect" (with T. Urich) in E. Dimson (ed.), Evidence *on Stock Market Anomalies*, North-Holland, 1987.

"Conflicts of Interest: The Case of Securities Activities of Commercial Banks", *Federal Reserve Bank of Philadelphia Review*, August/September, 1985.

"An Economic Perspective on Bank Uniqueness and Corporate Securities Activities" in I. Walter (ed.), *Deregulating Wall Street*, John Wiley and Sons, 1985.

"Conflicts of Interest: The Case of Commercial *Bank* and Their Corporate Securities Underwriting Affiliates" in I. Walter (ed.), *Deregulating Wall Street*, John Wiley and Sons, 1985.

"A Catastrophe Theory in Banking and Finance" (with T. Ho) in G. Szego and A. Cellina (eds.), *New Techniques for Economic Analysis,* Academic Press, 1982.

"The Effect of a Dual Exchange Market on Spot and Commodity Prices in the US and UK" (with D. Emanual), *Proceedings of the International Research Seminar on Futures Markets*, Chicago Board of Trade, 1981.

### (iv)    Working Papers

"The Myth of the Lead Arranger" (with Bickle et al.), Federal Reserve Bank of New York. *Journal of Finance* (R and R 3rd Round).

"Market Efficiency in the Age of Machine Learning" (with Dai et al). Yuri Akai Best Paper Award, Dept. of Finance, NYU, AFA 2022

"Climate-Related Disclosure Commitment of the Lenders, Credit Rationing and Borrower Environmental Performance" (with Hasan et al.), SFS Cavalcade (Asia), WFA 2023, AEA 2024, Review of Accounting Studies, (R and R).
"Corporate Tax Changes and Credit Cards" (with Hasan et al.), Journal of Money Credit and Banking (R and R).

**App. 1418**

"Gender of Firm Decision Makers and with Firm Disparity" (with Hasan et al.), AEA 2024.

"The "Hairy Premium"" (with Georgievska ea al.) AFA 2024, WFA 2024, EFA 2024, NFA 2024.

"Covenant-AI- New Insights into Covenant Violations (with Steffen et al.), NBER 2024, AFA 2025.

"For Whom Do Fed Information Shocks Matter?" (with Barbopoulos et al)

**Editorial Positions (Selected)**

Editor, Journal of Banking and Finance (1994 - 2007)
Editor, Financial Markets, Instruments and Institutions (1992- )
Editor, Salomon Brothers Center Monograph in Finance and Economics (1984-1991)
Advisory Editor, Journal of Money, Credit and Banking (2001- )
Associate Editor, Journal of Money, Credit and Banking (1995-2001)
Associate Editor, Financial Management (1993 - 2006)

**Research Fellowships**

Yamaichi Senior Research Fellow in Finance (1988-1991)
Salomon Brothers Center Research Fellow (1986-1987)
Bank and Financial Analysts Research Fellow (1987-1988)

**Ph.D. Supervision**

V. Ivashina (Chair), C. Harm (Chair), J. Lim (Chair), A. Moskowitz, D. Palia (Chair), J. Doukas, H. Thomas, M. Puri (Chair), B. Soubra, P. Yourougou (Chair), A. Gande, N. Travlos, J. Meehan, T. Grammatikos, S. Dahiya (Chair), A. Cebenoyan (Chair), A. Mozumdar, E. Kraizberg (Chair), G. DeLong (Chair), G. Vasudevan, H. Sim (Chair), J. Rungkasiri, L. Angbazo (Chair), N. Horrell (Chair), V. Gargalas (Chair), A. Srinivasan (Chair), S. Bharath (Chair),V. Acharya, T.T. Ram Mohan, J. Sunder, L. Allen (Chair), F. Alvaraz (Chair), D. Ross (Chair), Y. Lu (Chair), S. Ozelge (Chair), M. Zemel (Chair), K. Waldock (Chair), M. Gopal. E.Nertina (Tilburg), Sung Lee, A. Bhardwaj, S. Hillenbrand, Q. Fleckenstein, F. Hinzen (Co-chair), Y. Cabossioras, N. Zarra.

**App. 1419**

**Keynote Speaker**

Sydney Banking Conference (Sydney) 2023.
FEBS Conference, Crete (2023) and distinguished Scholar Award for Outstanding Contributions to Finance and Banking.
Australian Finance Conference (2023).
1st Sustainable Finance Meeting, Naples (2023).
ADEIMF Conference, Perugia (2020).
World Finance Conference, Santiago (2019).
IRMC Conference, Paris, (2018).

IFMA Conference, Indonesia, (2018).
6th Annual Corporate Finance Conference U.K., Manchester (2018).
Ann Ryde Conference on Financial Intermediation, Lund, (2017).
Altman Annual Lecture on Credit Risk, Warsaw, (2017).
International Conference on Finance and Economic Policy, Poznan (2017).
European Banking and Finance Conference, Bologna, (2016).
Conference on Finance, Peking University, Fudan University, UIBE, Tianjin University (2016).
Conference on Syndicated Loans, LBS, London (2015).
Bank of England, FRB and Reserve Bank of Australia, Conference on Systemic Risk (2014).
Spanish Finance Association, Spain (2011).
International Conference on Banking and Finance, Cyprus (2011).
Northern Finance Association (Toronto), October (2007).
Henry Thornton Lecture (London), October (2007).
Campus for Finance, WHU, Otto Beisheim School of Mgmt, Germany, January (2007), (2013), (2020).
*Journal of Banking and Finance*, 30th Anniversary Conference, Beijing (2006).
Citigroup Distinguished Speaker, University of Edinburgh, November (2006).
Risk Management Conference, Hofstra University, NY (2006).
Italian Quantitative Economics and Finance Association (AMESAS), Italy (2004).
Pacific Basin Finance, Accounting and Economics Conference, Taiwan (2003).
Australasian Finance Association, Sydney, Australia (2017, 2012, 2006, 2004, 2003, 2002).
Multinational Finance Association, Cyprus (2002).
Symposium on Finance, Banking and Insurance, Karlsruhe, Germany (2002).
Spanish Finance Association, Segovia, Spain (2001).

**App. 1420**

# Appendix B

# Materials Relied Upon

## Materials Relied Upon[1]

### Legal

17 C.F.R. § 210.

Consolidated Complaint for Violations of the Federal Securities Laws. *Pedro Ramirez, Jr. v. Exxon Mobil Corp.,* et al. (N.D. Tex. No. 3:16-cv-03111-K) (July 26, 2017).

### Expert Reports

Feinstein, Steven P. "Report on Loss Causation and Damages." *Pedro Ramirez, Jr. v. Exxon Mobil Corp.,* et al. (N.D. Tex. No. 3:16-cv-03111-K) (Oct. 11, 2024) and supporting materials.

### Depositions

Dep. Tr. of Robert N. Schleckser dated Dec. 3, 2024 (Uncertified Rough Draft).

Dep. Tr. of Andrew Swiger dated Dec. 4, 2024 (Uncertified Rough Draft).

**Deposition Exhibits**

Robert N. Schleckser Dep. Ex. 200.01 (EMC_RAMIREZ 000007797).

Robert N. Schleckser Dep. Ex. 206 (Mar. 1, 2016) (EMC_RAMIREZ 000037522).

### Relevant Produced Documents

"Committee Package." *S&P Global Ratings* (SPGI-0000055_0001).

"Moody's Rating Methodology Grid: Integrated Oil & Gas." *Moody's.* (MDYS RAM 000119).

"Pricing Term Sheet." *Bank of America.* (BofA_00000036).

"Pricing Term Sheet." *Bank of America.* (BofA_00000038).

"Ratings Process Initiation: CreditWatch Resolution and General Usage." *S&P Ratings Services* (SPGI-0000019_0001).

"Ratings Process Initiation: CreditWatch Resolution and General Usage." *S&P Ratings Services* (SPGI_0000022_0001).

---

[1] In preparing my report, I replied upon the materials listed here along with any items cited or referenced in the body and footnotes of my report.

**App. 1422**

"Research Update: ExxonMobil Corp. Liquidity Score Revised To 'Adequate' From 'Strong'; 'AAA' Corporate Credit Rating Affirmed." *S&P Ratings Services* (May 27, 2015) (SPGI-0000117_0001).

"S&P Negative Outlook Response Statement." *ExxonMobil* (Oct. 2015) (EMC_RAMIREZ 000029533).

"Summary: Exxon Mobil Corp." *S&P Ratings Services* (Oct. 6, 2015) (SPGI-0000113_0001).

## Data Sources

Bloomberg, L.P. (accessed Nov. 25, 2024).

Bloomberg, L.P. (accessed Dec. 8, 2024).

"Default, Transition, and Recovery: 2023 Annual U.S. Corporate Default and Rating Transition Study." *S&P Global*. <https://www.spglobal.com/ratings/en/research/articles/240528-default-transition-and-recovery-2023-annual-u-s-corporate-default-and-rating-transition-study-13114000> (accessed Nov. 12, 2024).

Exxon Mobil Corporation. *Pricing Term Sheet* (Feb. 29, 2016). <https://www.sec.gov/Archives/edgar/data/34088/000119312516486405/d135825dfwp.htm> (accessed Dec. 5, 2024).

Exxon Mobil Corporation. *Pricing Term Sheet* (Aug. 13, 2019). <https://www.sec.gov/Archives/edgar/data/34088/000119312519220122/d790468dfwp.htm> (accessed Dec. 5, 2024).

Exxon Mobil Corporation. *Prospectus Supplement* (Feb. 29, 2016).

ICE BofA AAA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A1CAAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A1CAAASYTW> (accessed Nov. 19, 2024).

ICE BofA AA US Corporate Index Semi-Annual Yield to Worst (BAMLC0A2CAASYTW). *Federal Reserve Bank of St. Louis.* <https://fred.stlouisfed.org/series/BAMLC0A2CAASYTW> (accessed Nov. 19, 2024).

## Publications

Ailworth, Erin and Austen Hufford. "Exxon Loses Its Triple-A Rating." *The Wall Street Journal* (Apr. 27, 2016). <https://www.wsj.com/articles/s-p-strips-exxon-of-triple-a-credit-rating-1461687007?msockid=17ea39415358632501912c6252dc62d8> (accessed Nov. 22, 2024).

"A Review of Student's *t* Distribution and Its Generalizations." *Empirical Economics* 58 (Sept. 28, 2018): 1461–90.

**App. 1423**

Armental, Maria. "S&P Cuts Ratings of 10 U.S. Oil Companies." *The Wall Street Journal* (Feb. 2, 2016). <https://www.wsj.com/articles/s-p-cuts-ratings-of-10-u-s-oil-companies-1454448174> (accessed Oct. 11, 2024).

Babbel, David F. and Stavros A. Zenios. "Pitfalls in the Analysis of Option-Adjusted Spreads." *Financial Analysts Journal* 48.4 (July-Aug. 1992): 65–69.

Bessembinder, Hendrik, et al. "Measuring Abnormal Bond Performance." *The Review of Financial Studies* 22.10 (2008): 4219–58.

Brealey, Richard A., Stewart C. Myers, and Franklin Allen. *Principles of Corporate Finance, Thirteenth Edition.* New York, NY: McGraw-Hill Education (2020).

Bullock, Nicole and Ed Crooks. "ExxonMobil Sells $12bn of Bonds Amid Rise in Borrowings." *Financial Times* (Feb. 29, 2016). <https://www.ft.com/content/78e76856-df38-11e5-b072-006d8d362ba3> (accessed Nov. 21, 2024).

"Callable Bonds: Be Aware That Your Issuer May Come Calling." *FINRA* (Apr. 19, 2024). <https://www.finra.org/investors/insights/callable-bonds-your-issuer-may-come-calling> (accessed Dec. 4, 2024).

Carroll, Joe. "Exxon Faces First Downgrade Since Depression as Oil Rout Worsens." *Bloomberg* (Feb. 2, 2016). <https://www.bloomberg.com/news/articles/2016-02-02/chevron-hess-join-ranks-of-downgraded-crude-oil-explorers> (accessed Nov. 14, 2024).

Carroll, Joe. "Exxon Fails to Replace Production for First Time in 22 Years." *Bloomberg* (Feb. 19, 2016). <https://www.bloomberg.com/news/articles/2016-02-19/exxon-fails-to-replace-production-for-first-time-in-22-years> (accessed Nov. 27, 2024).

Cherney, Mike. "Exxon Offers $12 Billion Bond Issue." *The Wall Street Journal* (Feb. 29, 2016). <https://www.wsj.com/articles/exxon-offers-12-billion-bond-issue-1456781873?msockid=17ea39415358632501912c6252dc62d8> (accessed Nov. 21, 2024).

Choudhry, Moorad. *An Introduction to Bond Markets, Fourth Edition*. West Sussex: John Wiley & Sons Ltd (2010).

Chung, Kee H. and Choonsik Lee. "Conservatism and Representativeness Heuristic in Peer Reviews: Evidence from The Finance Literature 1946-2020." *Journal of Banking & Finance* 160 (2024): 107093.

Cooley, Philip L. and Jean L. Heck. "Prolific Authors in The Finance Literature: A Half Century of Contributions." *Journal of Finance Literature* 1 (2005).

"Corporate and Agency Bond Data Glossary." *FINRA*. <https://www.finra.org/finra-data/fixed-income/corp-and-agency/glossary> (accessed Nov. 19, 2024).

**App. 1424**

"Criteria | Structured Finance | CMBS: European CMBS Methodology and Assumptions." *S&P Global* (July 26, 2024). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/sourceId/13157087> (accessed Nov. 18, 2024).

Davidson, Paul. "S&P Downgrades Oil Companies' Credit Ratings." *USA Today* (Feb. 3, 2016). <https://www.usatoday.com/story/money/2016/02/03/sp-downgrades-oil-companies-credit-ratings/79750954> (accessed Nov. 15, 2024).

Egan, Matt. "Oil Crash Could Kill Exxon's Perfect AAA Rating." *CNN Business* (Feb. 2, 2016). <https://money.cnn.com/2016/02/02/investing/exxonmobil-aaa-credit-rating-downgrade-oil/index.html> (accessed Nov. 15, 2024).

"Exxon Capital Corp. Ratings & Assessments." *Moody's.* <https://www.moodys.com/credit-ratings/EXXON-CAPITAL-CORP-credit-rating-273300/ratings/view-by-class> (accessed Dec. 5, 2024).

Exxon Mobil Corporation. *Form 8-K* (Oct. 28, 2016). <https://investor.exxonmobil.com/sec-filings/all-sec-filings/content/0000034088-16-000093/0000034088-16-000093.pdf> (accessed Dec. 4, 2024).

"ExxonMobil Loses AAA Rating; Investors Rush to EM." *S&P Global* (Apr. 29, 2016). <https://www.spglobal.com/marketintelligence/en/mi/research-analysis/29042016-credit-exxonmobil-loses-aaa-rating-investors-rush-to-em.html> (accessed Dec. 4, 2024).

Fabozzi, Frank J., ed. "Bonds: Investment Features and Risks." *Handbook of Finance, Financial Markets and Instruments, Volume 1.* Hoboken: John Wiley & Sons, Inc. (2008): 207–220.

Gjorgievska, Aleksandra. "Exxon Said Planning $12 Billion Bond Sale to Build War Chest." *Bloomberg* (Feb. 29, 2016). Bloomberg, L.P. (accessed Nov. 21, 2024).

"Global Integrated Oil & Gas Industry." *Moody's Investors Service* (Apr. 30, 2014). <https://www.moodys.com/research/doc--PBC_161078> (accessed Dec. 6, 2024).

"Global Integrated Oil & Gas Industry." *Moody's Investors Service* (Oct. 3, 2016). <https://www.moodys.com/research/doc--PBC_1038500> (accessed Dec. 4, 2024).

"Google Scholar Search." *Google Scholar.* <https://scholar.google.com/scholar?hl=en&as_sdt=0%2C32&q=Handjinicolaou%2C+George%2C+and+Avner+Kalay.+%E2%80%9CWealth+Redistributions+or+Changes+in+Firm+Value%3A+An+Analysis+of+Returns+to+Bondholders+and+Stockholders+Around+Dividend+Announcements.%E2%80%9D+&btnG=> (accessed Nov. 24, 2024).

Groth, Aimee. "4 U.S. Companies Are Now Rated Higher Than the Government." *Business Insider* (Aug. 6, 2011). <https://www.businessinsider.com/aaa-rating-us-companies-2011-8> (accessed Nov. 20, 2024).

**App. 1425**

Handjinicolaou, George and Avner Kalay. "Wealth Redistributions or Changes in Firm Value: An Analysis of Returns to Bondholders and Stockholders Around Dividend Announcements." *Journal of Financial Economics* 13.1 (1984): 35–63.

Heck, Jean L. and Cooley, Philip L. "Most Prolific Authors in the Finance Literature: 1959-2008." *Saint Joseph's University and Trinity University* (2009). <https://ssrn.com/abstract=1355675> (accessed Nov. 11, 2024).

"ICE BofA AAA US Corporate Index Option-Adjusted Spread (BAMLC0A1CAAA) - Notes Section." *FRED.* <https://fred.stlouisfed.org/series/BAMLC0A1CAAA> (accessed Nov. 18, 2024).

"ICE BofA AA US Corporate Index Option-Adjusted Spread (BAMLC0A2CAA) - Notes Section." *FRED.* <https://fred.stlouisfed.org/series/BAMLC0A2CAA> (accessed Nov. 18, 2024).

"Investor's Guide to Pensions." *Bank of America* (Jan. 2024). <https://business.bofa.com/content/dam/flagship/workplace-benefits/id20_0905/documents/investors-guide-to-pensions.pdf> (accessed Dec. 6, 2024).

"Issue Brief: Benefits and Limitations of Option-Adjusted Spread Analysis." *California Debt and Investment Advisory Commission* (2020). <https://www.treasurer.ca.gov/cdiac/publications/issue-brief/2020/20-10.pdf> (accessed Nov. 14, 2024).

Kopprasch, Robert W. "Option-Adjusted Spread Analysis: Going Down the Wrong Path?" *Financial Analysts Journal* (May-June 1994): 42–47.

Krantz, Matt. "Exxon Mobil Nearly Stripped of AAA Rating." *USA Today* (Feb. 3, 2016). <https://www.usatoday.com/story/money/markets/2016/02/03/exxon-mobil-close-losing-aaa-rating/79758646/> (accessed Nov. 15, 2024).

Krauss, Clifford. "Exxon Mobil's Sterling Credit Is Downgraded by Standard & Poor's." *The New York Times* (Apr. 26, 2016). <https://www.nytimes.com/2016/04/27/business/energy-environment/exxon-mobils-sterling-credit-is-downgraded-by-standard-poors.html> (accessed Nov. 20, 2024).

Livingston, Miles and Lei Zhou. "Split Bond Ratings and Information Opacity Premiums." *Financial Management* 39.2 (2010): 515–32.

Olson, Bradley. "Exxon Fails to Replace Oil, Gas Production for First Time in 22 Years." *The Wall Street Journal* (Feb. 19, 2016). <https://www.wsj.com/articles/exxon-fails-to-replace-oil-gas-production-for-first-time-in-22-years-1455926914?msockid=17ea39415358632501912c6252dc62d8> (accessed Nov. 27, 2024).

Pisani, Joseph and David Koenig. "Stung by Low Oil Prices, Exxon Loses 'AAA' Rating From S&P." *Associated Press* (Apr. 26, 2016). <https://apnews.com/stung-by-low-oil-prices-exxon-loses-aaa-rating-from-s-p-d7e77574ef1d4023a37de881142eca11> (accessed Nov. 20, 2024).

"Rating Action: Moody's Affirms ExxonMobil's Aaa Rating, Outlook Changed to Negative." *Moody's* (Feb. 25, 2016). <https://www.moodys.com/research/Moodys-affirms-ExxonMobils-Aaa-rating-outlook-changed-to-negative-Rating-Action--PR_344377> (accessed Nov. 20, 2024).

"Rating Actions Taken on 20 U.S. Investment-Grade Exploration & Production Companies After S&P Revises Price Assumptions." *S&P Global* (Feb. 2, 2016). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/1580384> (accessed Nov. 15, 2024).

"Rating Actions Taken on 25 U.S. Oil and Gas Exploration and Production Companies After S&P Revises Price Assumptions." *S&P Global* (Oct. 14, 2015). <https://disclosure.spglobal.com/ratings/en/regulatory/article/-/view/type/HTML/id/1464192> (accessed Dec. 6, 2024).

"S&P Global Ratings Definitions." *S&P Global Ratings* (Aug. 18, 2016). <https://www.maalot.co.il/Publications/GMT20160823145849.pdf> (accessed Nov. 27, 2024).

"Understanding Bond Yield and Return." *FINRA* (Aug. 11, 2022). <https://www.finra.org/investors/insights/bond-yield-return> (accessed Nov. 19, 2024).

"Use of CreditWatch and Outlooks." *S&P Ratings Services* (Sept. 14, 2009). <MT20131212112758c.pdf> (accessed Nov. 11, 2024).

"U.S. Crude Oil and Natural Gas Proved Reserves, Year-End 2022." *U.S. Energy Information Administration* (Apr. 29, 2024). <https://www.eia.gov/naturalgas/crudeoilreserves> (accessed Dec. 9, 2024).

Van Loon, Jeremy. "Exxon, Chevron Outlooks Cut to Negative by S&P in Oil Slump." *Bloomberg* (Oct. 2, 2015). <https://www.bloomberg.com/news/articles/2015-10-02/exxon-chevron-outlooks-negative-chesapeake-rating-cut-by-s-p> (accessed Nov. 20, 2024).

Wooldridge, Jeffrey M. *Introductory Econometrics, A Modern Approach, Fifth Edition.* Mason: South-Western (2012).

**App. 1427**

# Exhibit 68

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § § § | Civil Action No. 3:16-cv-03111-K |
| *Plaintiff,* | § § | <u>CLASS ACTION</u> |
| | § § § | |
| v. | § § § | |
| | § § § | |
| EXXON MOBIL COPORATION, REX W. TILLERSON, ANDREW P. SWIGER, JEFFREY J. WOODBURY and DAVID S. ROSENTHAL, | § § § § § | |
| | § § | |
| *Defendants.* | § | |

**Rebuttal Expert Report of William B. Abington, CPA, CFF, CFE**

William B. Abington

**December 10, 2024**

**App. 1428**

Alvarez & Marsal
*Ramirez v. ExxonMobil*
CONFIDENTIAL

## TABLE OF CONTENTS

I.    QUALIFICATIONS AND EXPERIENCE....................................................................3

II.   INTRODUCTION AND ASSIGNMENT ...............................................................4

III.  SUMMARY OF OPINIONS......................................................................................5

IV.   INFORMATION CONSIDERED.............................................................................7

V.    EXXON MOBIL CORPORATION..........................................................................8

V.A.  Kearl Project.............................................................................................................11

V.B.  RMDG Assets............................................................................................................14

VI.   HYDROCARBON CLASSIFICATIONS ...............................................................15

VII.  ACCOUNTING AND FINANCIAL REPORTING GUIDANCE .....................17

VII.A. Financial Reporting Environment .......................................................................17

VII.B. Authoritative Guidance .........................................................................................20

VIII. OPINION 1: EXXONMOBIL'S KEARL PROVED RESERVES DISCLOSURES..........23

VIII.A.        Applicable SEC Proved Reserves Regulations...........................................23

VIII.B.        ExxonMobil's Proved Reserves Process .....................................................27

          VIII.B.1. Determination of the SEC Price at Kearl (2015).................................29

          VIII.B.2. Application of the SEC Principles at Kearl in 2015.......................34

          VIII.B.3. Application of the SEC Principles at Kearl in 2016.......................46

VIII.C.        PwC Procedures .............................................................................................50

VIII.D.        Regan SEC Proved Reserves Analysis ......................................................50

IX.   OPINION 2: EXXONMOBIL'S KEARL OPERATING DISCLOSURES ......................54

IX.A. Regulatory and Authoritative Requirements.....................................................54

IX.B. ExxonMobil's Financial Reporting Process.......................................................58

IX.C. ExxonMobil Was Not Required to Disclose Kearl's Operational Results in Its MD&A ....65

IX.D. PwC Procedures ......................................................................................................72

IX.E. Mr. Regan's MD&A Analysis is Inconsistent with Regulatory Guidance .........73

X.    OPINION 3: EXXONMOBIL'S RMDG IMPAIRMENT..................................................77

X.A.  Authoritative Requirements and Standards & ExxonMobil's Long-Term View of Prices . 78

X.B.  Analysis of ExxonMobil's Processes and Disclosures Concerning the RMDG Impairment 84

          X.B.1.    Step 1 .....................................................................................................85

1

**App. 1429**

| | | | |
|---|---|---|---|
| X.B.2. | Step 2 | ...................................................................... | 90 |
| X.B.3. | Step 3 | ...................................................................... | 91 |
| X.B.4. | 2015 Analysis | .................................................... | 92 |
| X.B.5. | 2016 Analysis | .................................................... | 95 |

X.C.  SEC Comment Letters................................................................ 103

X.D.  PwC Procedures .......................................................................... 107

X.E.  Mr. Regan's Impairment Analysis and Opinion are Flawed.............................................. 115

XI.  ADDITIONAL INFORMATION ...................................................... 118

**Listing of Attachments and Appendices:**

**Attachment 1** – Abington CV

**Attachment 2** – Information Considered

**Attachment 3** – Exxon Price Volatility Disclosures

**Attachment 4** – ASC 360 Impairment Flow Chart

**Appendix 1** – ExxonMobil 2015 10-K Disclosure Review (EMC_RAM00986618)

**Appendix 2.1** – PwC 2015 XTO Audit Memo (PRAM0048953)

**Appendix 2.2 –** PwC 2015 Upstream Audit Memo (PRAM0000511)

**Appendix 2.3** – PwC 2015 U.S. Production Audit Memo (PRAM0003094)

**Appendix 3.1** – PwC 2016 XTO Audit Memo (PRAM0022167)

**Appendix 3.2** – PwC 2016 Upstream Audit Memo (PRAM0006176)



App. 1430

CONFIDENTIAL

Alvarez & Marsal
*Ramirez v. ExxonMobil*

---

## I.    QUALIFICATIONS AND EXPERIENCE

1. I have more than 35 years of accounting and advisory experience, including seven years as a partner at PricewaterhouseCoopers ("PwC") and 20 years as a Managing Director (partner) at Alvarez & Marsal. During this time, I consulted and advised on all aspects of financial reporting using accounting principles generally accepted in the United States ("US GAAP") and applying Financial Accounting Standards Board ("FASB") standards and US Securities and Exchange Commission ("SEC") requirements, principally in the energy industry. My experience has at A&M and at PwC has predominantly been in the energy industry, working for most of the major oil companies, including Chevron, Shell Oil, ConocoPhillips, Texaco, Marathon Oil, BP, Total, Equinor, Saudi Aramco, and other large companies, as well as many smaller oil companies.  My work includes analysis regarding oil and gas reserves and asset values and impairments of assets.

2. Additionally, I am a Certified Public Accountant ("CPA"), am Certified in Financial Forensics ("CFF") by the American Institute of Certified Public Accountants ("AICPA"), and am a Certified Fraud Examiner ("CFE"). My qualifications are further detailed in my resume set forth in **Attachment 1**. I have been assisted in this matter by A&M personnel.

3. Founded in 1983, A&M helps businesses in the corporate and public sectors solve financial issues. A&M has more than 10,000 personnel in 83 offices located in 39 countries.

4. My analyses, opinions, and conclusions are based on the work performed by me, and those under my direct supervision and at my direction, through the date of this report. My hourly rate in this matter is



**App. 1431**

Alvarez & Marsal                                                                 CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

$850. My compensation is not contingent on my opinions and conclusions, nor the outcome of this matter. A&M is being compensated at hourly rates ranging from $175 to $850. [1]

## II.    INTRODUCTION AND ASSIGNMENT

5.  I was retained by Paul, Weiss, Rifkind, Wharton & Garrison, LLP ("Counsel") on behalf of Exxon Mobil Corporation ("ExxonMobil," "EM," or the "Company") in the lawsuit as styled on the cover page of this report. I have been asked to respond to the opinions and analysis of Plaintiff's proffered expert, D. Paul Regan, set forth in his report dated October 11, 2024 (the "Regan Report") and to evaluate the accounting treatment and disclosures related to certain EM assets for the years ended December 31, 2015 and 2016, which have been discussed in the Regan Report. I may be asked to respond to any future opinions and/or analyses put forward by Mr. Regan or other experts put forth by the Plaintiff.

6.  I understand the properties at issue in this matter are ExxonMobil's Kearl Project ("Kearl") and certain properties collectively referred to as the Rocky Mountain Dry Gas Assets ("RMDG"). I further understand the accounting treatment, disclosures and regulatory filings at issue are limited to the class period: February 24, 2016 through October 28, 2016 ("Class Period"). I understand only certain of the Plaintiff's allegations remain at issue, as specified in the Memorandum Opinion and Orders, dated August 14, 2018 and August 21, 2023.

7.  The Plaintiff alleges that ExxonMobil materially misled investors by failing to i) de-book the Kearl project proved bitumen reserves as of year-end 2015, ii) appropriately disclose known trends and uncertainties in Management's Discussion and Analysis ("MD&A") regarding Kearl's profitability

---

[1] Values throughout this report are in US$, unless otherwise noted.



**App. 1432**

and its potential impact on the Company's proved reserves, and iii) book an impairment loss in accordance with US GAAP with respect to certain of its RMDG long-lived assets as of and for the year ended December 31, 2015. Based on my review of the Regan Report and the record in this matter, as well as my training and experience, I have reached the following opinions, which are more fully described in the sections that follow this summary.

## III.   SUMMARY OF OPINIONS

8. <u>Opinion 1</u>: ExxonMobil's process of evaluating and disclosing Kearl reserves in its 2015 Form 10-K and 2016 Forms 10-Q was reasonable, appropriate, and aligned with applicable accounting and regulatory guidance. Mr. Regan's opinion of the Kearl proved bitumen reserves as of December 31, 2015 is unreliable because it fails to address key facts and is not based on sufficient analysis. In particular, Mr. Regan i) does not address the timing and reason for ExxonMobil updating its SEC Price basis assumption in 2016, based on sales market changes (higher production rates due to project expansion), ii) does not consider the ExxonMobil process, itself, or PwC's testing procedures and iii) makes broad assumptions with insufficient data.

9. <u>Opinion 2:</u> ExxonMobil properly disclosed operational results at a segment level, which includes Kearl, within its MD&A segment discussion in the 2015 Form 10-K and 2016 Forms 10-Q in accordance with applicable accounting and regulatory guidance. By contrast, Mr. Regan's opinion regarding the need for ExxonMobil to separately disclose any financial losses associated with Kearl is not supported by regulatory requirements because disclosure is not required at that level of detail.

10. Mr. Regan's opinion related to Kearl's MD&A disclosures in 2015 further does not consider the MD&A disclosures made by comparable companies. His recommended disclosures are not in line with



**App. 1433**

SEC guidance and interpretations related to MD&A, which emphasize company-specific circumstances based on management's judgment. Additionally, he does not reconcile his recommended disclosures with SEC guidance and interpretations related to MD&A, which emphasize company-specific circumstances based on management's judgment.

11. Opinion 3: ExxonMobil's process for analyzing the potential impairment of its RMDG assets for its 2015 Form 10-K and 2016 Forms 10-Q was in accordance with applicable accounting and regulatory guidance, and the impairment was recorded in the proper time period. Mr. Regan's opinion is based on an analysis that does not follow US GAAP.

12. In particular, Mr. Regan uses several substitutes for ExxonMobil's Annual Plan (also known as the "Corporate Plan") pricing in his analysis, which contradicts ASC 360-10-35-30. Those standards require management to use price and cost assumptions that are reasonable in relation to those used in other areas of the business, "such as internal budgets and projections." Mr. Regan also does not address PwC's conclusion that no impairment of the RMDG assets occurred in 2015. He further does not consider that, in the 2016 audit, PwC revisited the conclusion that no impairment of the RMDG assets occurred in 2015 and affirmed its original decision that no impairment of the RMDG assets occurred in 2015.

13. ExxonMobil's subsequent determination that an impairment loss had occurred related to its RMDG assets at year-end 2016, and that its Kearl reserves did not qualify as SEC proved reserves as of year-end 2016, do not undermine ExxonMobil's analysis and conclusions that the RMDG assets were not impaired in 2015, and that the Kearl reserves qualified as proved reserves under the SEC proved reserves definition as of year-end 2015.

6

**App. 1434**

14. Mr. Regan also did not reconcile to his own conclusion, that the SEC did not challenge ExxonMobil's determination that the RMDG assets were not impaired in 2015, and that the SEC did not require ExxonMobil to de-book Kearl reserves or make any other changes to its 2015 Form 10-K as a result of its review. Mr. Regan's analyses do not change my opinions regarding ExxonMobil's analyses, conclusions, and disclosures related to the RMDG assets and the Kearl project for the years 2015 and 2016.

## IV.   INFORMATION CONSIDERED

15. In the course of this engagement, I and those working under my direct supervision and at my direction, conducted independent research, and analyzed documents produced in this matter and have consulted with ExxonMobil and Imperial Oil ("IOL" or "Imperial") personnel. I have interviewed ExxonMobil and IOL personnel in the Corporate Accounting Policy, Upstream Accounting Policy, Global Reserves and Resources Group ("EM GRG"), and Controllership. Below is a listing of the ExxonMobil and IOL personnel interviewed.

- Joseph Horne, previously the Corporate Accounting Policy Manager at ExxonMobil;
- Cindy Allen, previously Upstream Accounting Policy Manager at ExxonMobil;
- Kirsten Bannister, previously EM GRG Coordinator at ExxonMobil;
- Sheila Webber, previously the Upstream Business Analysis and Reporting Manager at ExxonMobil (Canada);
- Pablo Tiphaine, previously the Contract and Pricing Administrator at ExxonMobil (Argentina);
- Deidre Norman, previously the Reserves Team Lead at IOL;
- Scott O'Brien, previously Crude Oil Sales and Logistics Manager at IOL; and
- Darcy Reiter, previously Western Canada Operations Accounting Manager at IOL.

16. Additionally, I reviewed deposition transcripts for the following individuals:



App. 1435

Alvarez & Marsal                                                              CONFIDENTIAL
*Ramirez v. ExxonMobil*

- Kirsten Bannister;

- Joseph Horne;

- David Rosenthal, previously Vice President, Controller, and Principal Accounting Officer;

- Richard DuCharme, previously Global Reserves Manager;

- Vincent Prestipino, previously Americas Regional Controller;

- William Strawbridge, previously Global Reserves Manager;

- Andrew P. Swiger, previously Principal Accounting Officer; and

- Robert Wright, previously a Senior Manager on the External Audit Team at PwC.

17. See **Attachment 2** for a listing of information considered.


## V.     EXXON MOBIL CORPORATION

18. ExxonMobil is a multinational oil and gas company listed on the New York Stock Exchange ("NYSE") under the ticker symbol "XOM." With more than 140 years in the business,[2] ExxonMobil has become one of the world's largest publicly-traded petroleum and petrochemical companies.[3] ExxonMobil maintains a diverse portfolio of upstream, downstream, and chemical assets, low carbon solutions, and operations.

19. In 2015, ExxonMobil's upstream business was growing, largely due to growth in new developments and the addition of six major projects, adding almost 300 thousand barrels per day of working interest production capacity.[4] The developments and additions included two deepwater projects offshore in West Africa, and an expansion of the Kearl oil sands development in Canada.[5]

---

[2] Exxon Mobil, About Us, (https://corporate.exxonmobil.com/who-we-are#Corporategovernance).
[3] Exxon Mobil, About Us, (https://corporate.ExxonMobil.com/who-we-are#Corporategovernance). Exxon Mobil, 2015 Summary Annual Report, p. 28.
[4] Exxon Mobil, 2015 Summary Annual Report, p. 2.
[5] Exxon Mobil, 2015 Summary Annual Report, p. 2.



**App. 1436**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

20. Global Gross Domestic Product ("GDP") was projected to double, and energy demand to rise approximately 25 percent, with energy efficiency dramatically improving, between 2015 and 2040.[6] Although advances in technology have resulted in diversification of energy choices, oil and natural gas was expected to continue to supply the majority of the world's energy needs through 2040.[7] As illustrated in the figure below, demand for oil and gas was predicted to grow annually by 0.7 and 1.5 percent, respectively, from 2015 to 2040.[8]

_____

[6] Exxon Mobil, 2015 Summary Annual Report, p. 6. Exxon Mobil, 2016 Summary Annual Report, p. 6.
[7] Exxon Mobil, 2015 Summary Annual Report, p. 31. Exxon Mobil, 2016 Summary Annual Report, p. 6.
[8] Exxon Mobil, 2016 Summary Annual Report, p. 6.

9

**App. 1437**

CONFIDENTIAL

Alvarez & Marsal
*Ramirez v. ExxonMobil*

**Figure 1**



21. As a publicly-traded company, ExxonMobil files periodic reports with the SEC, including an annual

report on Form 10-K and quarterly reports on Form 10-Q. The Form 10-K provides an overview of a

company's operations and includes audited financial statements prepared in accordance with US

GAAP. US GAAP for public oil and gas companies, such as ExxonMobil, includes complying with

regulations issued by the SEC and accounting standards issued by the FASB. ExxonMobil's annual

financial statements, audited by PwC, pertain to fiscal years ending on December 31.

**App. 1438**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

22. US GAAP requires that proved reserves be reported in the supplementary information to the financial statements.[9] As defined by the SEC:[10]

> "The objective of reserves estimation is to provide the public with comparable information about volumes, not fair value, of a company's reserves available to enable investors to compare the business prospects of different companies."

## V.A.    Kearl Project

23. The Kearl Canada asset is an upstream bitumen-producing project, jointly owned by IOL[11] (71 percent), the operator, and ExxonMobil (29 percent).[12] It is located in the Kearl Lake area of the Athabasca oil sands region in Alberta, Canada, approximately 43 miles north of Fort McMurray.[13]

24. The Kearl Project is an oil sands operation, where the process of extracting bitumen is through mining rather than traditional drilling.[14] Bitumen extraction utilizes mining shovels and trucks to excavate near-surface deposits.[15]

---

[9] ASC 932-235-05-1 and ASC 932-235-50-2: Extractive Activities – Oil and Gas.

[10] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 13, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[11] Imperial is a publicly-traded Canadian company, listed on the Toronto Stock Exchange ("TSX") and NYSE under the ticker symbol "IMO – T" and "IMO," respectively. Imperial is majority owned by ExxonMobil.

[12] PwC 2016 Upstream Audit Memo (PRAM0006176) p. 34 at **Appendix 3.2.** Defendants' Answer, Defenses, and Affirmative Defenses to the Consolidated Complaint, dated September 27, 2018, p. 13-14. Deposition of Joseph Horne, dated August 17, 2017, p. 271. Imperial Oil Canada, Operations, (https://www.imperialoil.ca/en-CA/Company/Operations/Kearl).

[13] Imperial Oil, Kearl, (https://www.imperialoil.ca/company/operations/kearl).

[14] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2008, p. 22.

[15] Canada Energy Regulator, "Market Snapshot: Oil Sands Production to Increase, but Effects of Low Oil Prices are Evident," (https://www.cer-rec.gc.ca/en/data-analysis/energy-markets/market-snapshots/2015/market-snapshot-oil-sands-production-increase-but-effects-low-oil-prices-are-evident.html).

**App. 1439**

Alvarez & Marsal                                                                        CONFIDENTIAL
*Ramirez v. ExxonMobil*

25. The bitumen extracted at Kearl is a heavy oil that is blended with a diluent, resulting in a blend referred to as "Kearl blend," which is a type of dilbit oil. This dilbit oil can then be shipped in pipelines.[16]

26. Initially, most of the oil from Kearl was transported via pipelines near Fort McMurray to terminals at Edmonton or Hardisty, where it was then "cleared" (i.e., custody was transferred to the third-party buyer).[17] This was referred to as the "Edmonton or Hardisty" price.

27. Since it is a heavier oil, dilbit, including the Kearl blend, has generally been sold at a lower price than the price established by the West Texas Intermediate ("WTI") benchmark.

28. After a number of delays, IOL began production at the Kearl Project in 2013.[18] The objective was to have a gross production rate of 110,000 barrels per day, but initial output at facility was approximately 37,000 barrels per day.[19] U.S. sales "historically… ha[d] been a small percent of Kearl sales."[20]

---

[16] Canada Heavy Oil Pricing Update, 2016 (EMC_RAMIREZ 000022927) at EMC_RAMIREZ 000022931.

[17] Deposition of William Strawbridge, dated October 16, 2024, p. 230. MOC Document (EMC_RAMIREZ 000038009) at EMC_RAMIREZ 000038014.

[18] ExxonMobil News Release, "ExxonMobil Announces Production Startup At Kearl Oil Sands Project," dated April 27, 2013, (https://ir.exxonmobil.com/news-releases/news-release-details/exxonmobil-announces-production-startup-kearl-oil-sands-project). Canadian Mining Journal, "OIL SANDS: Production begins at Kearl Project," April 29, 2013 (https://www.canadianminingjournal.com/news/oil-sands-production-begins-at-kearl-project/). The Globe and Mail, "Imperial Oil finally producing bitumen at Kearl mine", April 27, 2013, (https://www.theglobeandmail.com/report-on-business/industry-news/energy-and-resources/imperial-oil-finally-producing-bitumen-at-kearl-mine/article11592311/).

[19] Imperial Oil Limited Q4 2013 News Release, dated January 30, 2014, (https://www.sec.gov/Archives/edgar/data/49938/000119312514028434/d667612dex991.htm).

[20] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844). Communications RE: FW: Kearl 2016 SEC pricing process review (EMC_RAMIREZ 000037960 at EMC_RAMIREZ 000037961-962). Heavy Oil SEC Pricing Model (EMC_RAMIREZ 000142661), p. 2. Heavy Oil SEC Pricing Model Update (EMC_RAMIREZ 000018766), p. 2. Heavy Oil SEC Pricing Model Update (EMC_RAMIREZ 000018768), p. 2.

12

**App. 1440**

29. In June 2015, ExxonMobil completed an expansion of the Kearl Project ("the Kearl Expansion Project" or "KEP").[21] The expansion project consisted of "three additional trains that use proprietary paraffinic froth treatment technology to produce bitumen" and was intended to add an additional 110,000 barrels per day in gross production and provide access to "approximately 4.6 billion barrels of resource for more than 40 years."[22]

30. Transportation of the Kearl bitumen continued to be a challenge for IOL given limited pipeline capacity and delays in constructions of new pipelines.[23] IOL announced plans in 2013 to build the Edmonton Rail Terminal, a crude oil rail-loading facility in Alberta.[24] IOL opened the Edmonton Rail Terminal in mid-2015 with plans to ship Kearl bitumen by rail to refineries in Joliet, Illinois and Baton Rouge, Louisiana, though the Terminal was at the time still in an "initial start-up phase."[25] IOL expected to have more significant U.S. sales in 2016 and going forward.[26]

---

[21] ExxonMobil Press Release, "ExxonMobil Announces Kearl Expansion Project Starts Production Ahead of Schedule," dated June 16, 2015, (https://investor.exxonmobil.com/news-events/press-releases/detail/489/exxonmobil-announces-kearl-expansion-project-starts).

[22] ExxonMobil Press Release, "ExxonMobil Announces Kearl Expansion Project Starts Production Ahead of Schedule," dated June 16, 2015, (https://investor.exxonmobil.com/news-events/press-releases/detail/489/exxonmobil-announces-kearl-expansion-project-starts).

[23] The Globe and Mail, "Imperial Oil finally producing bitumen at Kearl mine," dated April 27, 2013, (https://www.theglobeandmail.com/report-on-business/industry-news/energy-and-resources/imperial-oil-finally-producing-bitumen-at-kearl-mine/article11592311/).

[24] Kinder Morgan, "Kinder Morgan and Imperial Oil to Build Edmonton Crude Oil Rail Terminal," dated December 20, 2013, (https://ir.kindermorgan.com/news/news-details/2013/Kinder-Morgan-and-Imperial-Oil-to-Build-Edmonton-Crude-Oil-Rail-Terminal/default.aspx).

[25] Oil Sands Magazine, "Imperial Oil Continues to Grow its Oil Sands Production," Dated May 1, 2015, (https://www.oilsandsmagazine.com/news/2015/5/1/imperial-oil-continues-to-grow-its-oil-sands-production). Reuters, "Exxon's new oil-by-rail terminal in Canada gears up for U.S. shipments," dated January 15, 2015, (https://www.reuters.com/article/world/exxons-new-oil-by-rail-terminal-in-canada-gears-up-for-us-shipments-idUSKBN0KO1W5/).

[26] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030844). Communications RE: PROP: Kearl 2015 SEC Reserves – Oct 26 Chairman's Review Draft Package (EMC_RAMIREZ 000030973).

**App. 1441**

Alvarez & Marsal                                                                CONFIDENTIAL
*Ramirez v. ExxonMobil*

31. By late 2016, the majority of Kearl's production volume was being sent to the U.S. through a combination of pipelines and rail.[27]

**V.B.    RMDG Assets**

32. Another of ExxonMobil's properties was the RMDG assets, with certain capitalized costs reported on the balance sheet in the financial statements.

33. RMDG includes properties in Uintah, San Juan, Raton, and Green River basins.[28] These properties make up a portion of ExxonMobil's Western Division operations in the US Rocky Mountain region.[29] Acquired largely through ExxonMobil's acquisition of XTO in 2010, this region contains large undeveloped acreage positions.[30] According to the US Department of Energy, the Rocky Mountain region produced approximately 18 percent of the total US natural gas production in 2015.[31]

34. The following table summarizes ExxonMobil's disclosures related to the RMDG properties between 2015 and 2017:[32]

---

[27] Heavy Oil SEC Pricing Model Update (EMC_RAMIREZ 000018768), p. 2.

[28] Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 8. 2016 White Paper (EMC_RAM 000000080 at EMC_ RAM 000000299-301). Consolidated Complaint for Violations of the Federal Securities Laws, dated July 26, 2017, p. 38.

[29] 2016 White Paper (EMC_RAM 000000080 at EMC_ RAM 000000299-301).

[30] Consolidated Complaint for Violations of the Federal Securities Laws, dated July 26, 2017, p. 38.

[31] U.S. Department of Energy, Rocky Mountain Region Energy Sector Risk Profile, 2015, (https://www.energy.gov/sites/prod/files/2015/10/f27/Energy_Sector_Risk_Profile_RockyMountainRegi on.pdf).

[32] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 57. Exxon Mobil Corporation Form 8-K filed October 28, 2016, p. 5. Exxon Mobil Corporation Form 8-K filed January 31, 2017, p. 3. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 45.

**App. 1442**

Alvarez & Marsal                                                          CONFIDENTIAL
*Ramirez v. ExxonMobil*

**Table 1**

| Summary of ExxonMobil's Disclosures - Rocky Mountain Dry Gas Assets | | | |
|---|---|---|---|
| **Filing** | **Filing Date** | **Disclosure Location** | **Disclosure** |
| 2015 10-K | 2/24/2016 | MD&A | Due to continued weakness in the upstream industry environment in late 2015, ExxonMobil assessed major long-lived assets most at risk for potential impairment. Confirmed absence of triggering event. |
| Press Release / 8-K | 10/28/2016 | Forward-looking Statements | Due to continued weakness in the upstream industry environment in 2016, the Company will be conducting an assessment of its major long-lived assets as part of its annual planning and budgeting process. |
| News Release | 1/31/2017 | Multiple times throughout the News Release | Will be recording "an impairment charge of $2 billion mainly related to dry gas operations in the Rocky Mountain region." |
| 2016 10-K | 2/22/2017 | MD&A | Booked $2.03 billion impairment. |

*Note: The box indicates that these disclosures were released during the class period (February 24, 2016-October 28, 2016)*

## VI.   HYDROCARBON CLASSIFICATIONS

35. Oil and gas properties are classified according to their economic viability and associated risks. The figure below outlines the primary classifications commonly employed in the industry.[33]

---

[33] *SPE Petroleum Resources Management System Guide for Non-Technical Users*, (https://www.spe.org/industry/docs/PRMS-Guide-for-Non-Technical-Users-2007.pdf) (Emphasis added).

15

**App. 1443**

Alvarez & Marsal                                                                        CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

**Figure 2**

Figure 1-1 is a graphical representation of the SPE/WPC/AAPG/SPEE resources classification system. The system defines the major recoverable resources classes: Production, Reserves, Contingent Resources, and Prospective Resources, as well as Unrecoverable petroleum.



Figure 1-1: Resources Classification Framework.

36. As both technical and commercial maturity increase, development projects may qualify as reserves. Proved reserves are defined by the SEC as quantities of petroleum, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to be economically producible under existing economic conditions, operating methods and government regulations.[34] Reasonable certainty, or at least 90 percent probability, that production and sales volumes will equal or exceed the estimate

---

[34] SEC Regulation S-X Rule 210.4-10 (22): Financial Accounting and Reporting for Oil and Gas Producing Activities. SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 140, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

**App. 1444**

is required in the estimation basis for proved reserves.[35] Proved reserves represent the high confidence volumes associated with future production (and sales).

37. The reserve disclosures at issue in this matter and discussed throughout this report are the proved reserves for Kearl, designated in **Figure 2** with the red box.

## VII.    ACCOUNTING AND FINANCIAL REPORTING GUIDANCE

38. To determine whether ExxonMobil properly evaluated, accounted for, and disclosed its Kearl and RMDG properties, I considered the accounting guidance governing oil and gas companies. Set forth below is discussion of the relevant accounting guidance at a high level to introduce concepts explained in more detail below in the sections discussing my opinions and critiques of Regan's opinions and analyses.

**VII.A. Financial Reporting Environment**

39. A company's management holds the primary responsibility for the preparation of the financial statements, which entails ensuring that they are presented fairly in all material aspects and in conformity with US GAAP. This responsibility includes adopting sound accounting policies and establishing and maintaining internal controls that will provide reasonable assurance that the financial statements are prepared in conformity with US GAAP.[36] As outlined by the accounting guidance, the financial statements reflect management's assertions regarding the entity's financial position, results

---

[35] SPE, Glossary of Terms Used in Petroleum Reserves/Resources Definitions, Definition of Proved Reserves, (https://www.spe.org/en/industry/terms-used-petroleum-reserves-resource-definitions/#:~:text=Proved%20reserves%20are%20those%20quantities,operating%20methods%2C%20 and%20government%20regulations).

[36] Public Company Accounting Oversight Board ("PCAOB") AS 1001: Responsibilities and Functions of the Independent Auditor, AS 1001.03.

of operations, and cash flows.[37] Importantly, the preparation of these statements is based on the information available to management as of the issuance date.[38] Management presents these financial statements to the public through the SEC required Form 10-K. The Form 10-K is an annual report filed by US SEC publicly-traded companies. The following table details the various sections of the Form 10-K and their corresponding guidance:

**Table 2**

| Components of a Company's Form 10-K | | |
| --- | --- | --- |
| **Component** | **Contents** | **Guidance** |
| **Management Discussion and Analysis ("MD&A")** | Description of business segments, market risks, and market transactions. | SEC Regulation S-K Item 303 |
| **Financial Statements** | Balance sheet, income statement, and cash flow statement. | FASB Accounting Standards Codification ("ASC")*, SEC Regulation S-X*, FASB Concept Statements, and SEC Staff Accounting Bulletins ("SAB") |
| **Financial Statement Footnote Disclosures and Supplemental Information** | Description of accounts and transactions, and further breakdown of accounts and operations. | ASC*, SEC Regulation S-X*, FASB Concept Statements, and SAB |

*Authoritative accounting guidance*

40. A company's auditor's role is distinctly separate from management. While management is responsible for the content of the financial statements, the auditor is charged with expressing an opinion, based on the results of their audit testing procedures, regarding whether those statements present fairly in all material respects, the financial position and results of operations in conformity with US GAAP. The auditor's responsibility involves planning and performing the audit to obtain reasonable assurance that the financial statements are free from material misstatement, whether due to error or fraud.[39] As part

---

[37] PCAOB AS 1001: Responsibilities and Functions of the Independent Auditor, AS 1001.01.
[38] PCAOB AS 2801: Subsequent Events, AS 2801.01.
[39] PCAOB AS 1001: Responsibilities and Functions of the Independent Auditor, AS 1001.02.

18



**App. 1446**

of this process, "the auditor exercises professional judgment in evaluating the reasonableness of accounting estimates in significant accounts and disclosures based on information that could reasonably be expected to be available through the date of the auditor's report."[40] While the auditor may provide suggestions regarding the form or content of the financial statements, their responsibility ultimately lies in the expression of an opinion based on their audit findings.[41] Further, "in carrying out their responsibilities as professionals, [auditors] should exercise sensitive professional and moral judgements in all their activities," [42] emphasizing the ethical considerations that guide both management and auditors in their respective roles.

41. The relevant regulatory bodies include the SEC and the Public Company Oversight Board ("PCAOB"). The SEC is the federal agency responsible for enforcing the federal securities laws and regulating the securities industry, including oversight of financial reporting by publicly-traded companies. [43] For publicly-traded companies, rules and standards promulgated by the SEC in Regulation S-X are authoritative guidance, in addition to the FASB's Accounting Standards Codification ("ASC").

42. The PCAOB is a not-for-profit corporation established by the Sarbanes-Oxley Act of 2002. It oversees the audits of public companies and broker-dealers to protect investors and ensure the accuracy and reliability of financial statements.[44]

---

[40] PCAOB AS 1015: Due Professional Care in the Performance of Work, AS 1015.11.

[41] PCAOB AS 1001: Responsibilities and Functions of the Independent Auditor, AS 1001.03.

[42] AICPA Professional Responsibilities ET Section 52 – Article I – Responsibilities.

[43] SEC, About, (https://www.sec.gov/about). SEC, Rules & Regulations, (https://www.sec.gov/rules-regulations).

[44] PCAOB US, About, (https://pcaobus.org/about).



**App. 1447**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

## VII.B. Authoritative Guidance

43. ExxonMobil's financials are governed by US GAAP, which represents the overall framework of accounting principles and standards. Authoritative US GAAP is developed and maintained by the FASB, which is responsible for establishing accounting and financial reporting standards for public, private, and not-for-profit organizations.[45] These standards require that financial statements materially conform with US GAAP, meaning they must accurately reflect the company's financial position and performance in a way that is not misleading to users.[46] The concept of materiality is central to this requirement; it refers to the significance of financial information that could influence the economic decisions of users of financial statements.[47] The FASB reorganized its standards in 2009 when it issued the ASC, which is the collection of standards that provides authoritative guidance for financial reporting. Authoritative guidance refers to the rules and standards that are required to be followed by companies when preparing financial statements and disclosures.

44. In addition to compliance with US GAAP, companies must also adhere to the disclosure requirements set forth by the SEC. Among these requirements is MD&A as outlined in SEC Regulation S-K Item 303 ("Item 303"), which requires that management disclose information relevant to assessing the company's financial condition, changes in financial condition, and results of operations.[48] This section gives stakeholders insight into the company's operational results and future prospects. Although the

---

[45] FASB, About Us, (https://fasb.org/about-us/about-the-fasb).
[46] ASC 205: Presentation of Financial Statements, ASC 205-10-S99-1.
[47] FASB, Statement of Financial Accounting Concepts No. 8, Conceptual Framework for Financial Reporting ("Concepts Statement No. 8"), Chapter 3, Qualitative Characteristics of Useful Financial Information, p. 2.
[48] SEC 17 CFR Parts 210, 229, 230, 239, 240, and 249, Management's Discussion and Analysis, Selected Financial Data, and Supplementary Financial Information, 2021, p. 24, (https://www.sec.gov/files/rules/final/2020/33-10890.pdf).

**App. 1448**

MD&A section is unaudited, the audit firm will tie out numbers and read MD&A to ensure that there are not inconsistencies with the information in the financial statements and footnotes.

45. The following table summarizes the accounting guidance applicable to ExxonMobil and discussed in this report:

**Table 3**

| Guidance |
| --- |
| **Reference and Description** |
| ASC 250: Accounting Changes and Error Corrections |
| ASC 275: Risks and Uncertainties |
| ASC 360: Property, Plant, and Equipment |
| ASC 932: Extractive Industries |
| FASB Concept No. 8: Conceptual Framework for Financial Reporting |
| PCAOB AS 1001: Responsibilities and Functions of the Independent Auditor |
| PCAOB AS 1015: Due Professional Care in the Performance of Work |
| PCAOB AS 2110: Identifying and Assessing Risks of Material Misstatement |
| PCAOB AS 2801: Subsequent Events |
| SEC Regulation of S-X Rule 4-10: Oil and Gas Reserves and SEC Final Rule: Modernization of Oil and Gas Rules and Reporting |
| SEC Regulation S-K Item 303: MD&A of Financial Condition and Results of Operations |

46. A change in estimate is distinguished from a correction of an error. A change in estimate occurs when new information or circumstances prompt management to revise prior assumptions, adjusting the carrying amounts of existing assets or liabilities without retrospective adjustments to prior financial statements.[49] In contrast, a correction of an error rectifies inaccuracies in recognition, measurement,

---

[49] ASC 250: Accounting Changes and Error Corrections, ASC 250-10-20.

21


App. 1449

CONFIDENTIAL

presentation, or disclosure in previously issued financial statements resulting from mistakes in applying US GAAP.[50] It is important to note that the use of hindsight to evaluate a judgment where the relevant facts were not available at the time of the initial release of the financial statements is not appropriate. Financial reporting serves as a snapshot of a company's financial position[51] based on information available at a specific point in time. Management's decision regarding asset valuations, revenue recognition, and liability assessments rely heavily on the data and circumstances known at that time. When regulators or investors apply hindsight to these judgments, they ignore the context in which decisions were made, leading to potentially inaccurate conclusions. Imposing hindsight distorts financial reporting determinations by assuming that decision-makers had complete knowledge of future outcomes, which is unrealistic. Determining when the relevant facts were known to management, or should have been known, can be difficult, particularly when evaluating such financial reporting determinations after significant time has passed.[52] Understanding the distinction between contemporaneous knowledge and hindsight is important, as it affects how financial reporting and disclosures are perceived and managed.

---

[50] ASC 250: Accounting Changes and Error Corrections, ASC 250-10-05-4 and ASC 250-10-20.

[51] FASB, Statement of Financial Accounting Concepts No. 8, Conceptual Framework for Financial Reporting ("Concepts Statement No. 8"), Chapter 3, Qualitative Characteristics of Useful Financial Information, p. 3.

[52] Final Report of the Advisory Committee on Improvements to Financial Reporting to the U.S. and SEC, August 1, 2008, p. 91, (https://www.sec.gov/about/offices/oca/acifr/acifr-finalreport.pdf).

**App. 1450**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

## VIII. OPINION 1: EXXONMOBIL'S KEARL PROVED RESERVES DISCLOSURES

47. ExxonMobil's process of evaluating and disclosing Kearl reserves in its 2015 Form 10-K and 2016 Forms 10-Q was reasonable, appropriate, and aligned with applicable accounting and regulatory guidance.

48. Mr. Regan's opinion of the Kearl proved bitumen reserves as of December 31, 2015 is unreliable because it fails to address key facts and is not based on sufficient analysis. In particular, Mr. Regan i) does not address the timing and reason for ExxonMobil updating its SEC Price basis assumption in 2016, based on sales market changes (higher production rates due to project expansion), ii) does not consider the ExxonMobil process, itself, or PwC's testing procedures and iii) makes broad assumptions with insufficient data.

**VIII.A.    Applicable SEC Proved Reserves Regulations**

49. In 2009, the SEC revised the regulations that govern oil and gas disclosure requirements, including disclosure of oil and gas proved reserves.[53] These updated regulations took effect in January 2010 and remained in effect throughout the Class Period.[54]

50. The SEC's updated rule defined proved reserves as follows: [55]

> "proved oil and gas reserves are those quantities of oil and gas, which, by analysis of geoscience and engineering data, can be estimated with reasonable certainty to

---

[53] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[54] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[55] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 140, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf) (Emphasis added).

**App. 1451**

be **economically producible**—from a given date forward, from known reservoirs, and under existing economic conditions, operating methods, and government regulations—prior to the time at which contracts providing the right to operate expire, unless evidence indicates that renewal is reasonably certain, regardless of whether deterministic or probabilistic methods are used for the estimation."

51. The SEC defines a quantity of oil or gas as "economically producible" if it "generates *revenue* that exceeds, or is reasonably expected to exceed, the **costs** of the operation."[56]

52. Regarding the SEC Price, the SEC provides that "a company must use a 12-month average price, calculated as the unweighted arithmetic average of the first-day-of-the-month price for each month within the 12-month period prior to the end of the reporting period, unless prices are defined by contractual arrangements, excluding escalations based upon future conditions."[57] The SEC notes that reserves estimates are "not designed to be, nor are they intended to represent, an estimation of the fair market value of the reserves."[58]

53. The SEC provides that the "value of the products that generate revenue shall be determined at the terminal point of oil and gas producing activities," [59] ("Production Terminal Point"). The SEC defines this as the "outlet valve on the lease or field storage tank" or, in the case of "unusual physical or operational circumstances," the "first point at which oil, gas, or gas liquids, natural or synthetic, are delivered to a main pipeline, a common carrier, a refinery, or a marine terminal…."[60]

---

[56] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 135 (https://www.sec.gov/files/rules/final/2008/33-8995.pdf) (Emphasis added).
[57] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 12, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).
[58] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 19, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).
[59] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 135, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).
[60] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 136, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

**App. 1452**

54. The SEC does not provide a definition or prescribed methodology for the term "costs of the operation." However, in 2009, the SEC issued a Frequently Asked Question ("FAQ") on the topic. The question stating: "Does the new definition of 'proved oil and gas reserves' require issuers to change their existing procedures for determining costs?"[61] The response provided by the SEC was, "No."[62]

55. Thus, the determination of price and costs of the operation for purposes of reporting proved oil and gas reserves was not specifically set forth in the regulations. The SEC noted in the regulation that "[r]ather than defining an extensive glossary of terms in our rules and attempting to constantly update those definitions, we advise companies to look to definitions that are commonly accepted within the oil and gas industry to the extent such definitions are not in, or inconsistent with, our rules."[63] In doing so, corporations required to make oil and gas proved reserves disclosures were instructed to utilize their discretion and judgment when determining whether a reserve was economically producible.

56. When determining reserves, the AICPA, as well as the Society of Petroleum Engineers ("SPE"), provides that:

> "[T]he assumptions that may vary include fixed or escalated prices, different price and cost scenarios, different development scenarios, probability based or deterministic methods of reserves estimates, and so on…"[64]
>
> "[T]he reliability of reserve information is affected considerably by several factors. It is important to note that reserve information is imprecise because of the inherent uncertainties in, and the limited nature of, the data upon which the reserve estimate is

---

[61] SEC Oil and Gas Rules, Questions and Answers of General Applicability, May 16, 2013, Question 122.02, (https://www.sec.gov/rules-regulations/staff-guidance/compliance-disclosure-interpretations/oil-gas-rules).

[62] SEC Oil and Gas Rules, Questions and Answers of General Applicability, May 16, 2013, Question 122.02, (https://www.sec.gov/rules-regulations/staff-guidance/compliance-disclosure-interpretations/oil-gas-rules).

[63] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 46-47, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[64] AICPA Audit and Accounting Guide: Entities with Oil and Gas Producing Activities, Section 1.42.

25

App. 1453

Alvarez & Marsal

*Ramirez v. ExxonMobil*

CONFIDENTIAL

predicated. Moreover, the methods and data used in estimating reserve information are necessarily often indirect or analogical in character rather than direct or deductive. The persons estimating reserve information make numerous judgments based solely on their educational background, training, and experience. The extent and significance of the judgements to be made are, in themselves, sufficient to render reserve information inherently imprecise."[65]

57. The reporting of reserves is required on an annual basis and is only required in interim financial statements if adverse events significantly affect proved reserve quantities. The FASB provides in ASC 932-270-50-1 that: [66]

> "[I]nterim financial reports shall include information about a major discovery or other favorable or adverse event that causes a **significant change** from the information presented in the most recent annual financial report concerning oil and gas reserve quantities."

58. The U.S. Energy Information Administration ("EIA") has noted: [67]

> "Proved reserves are estimated volumes of hydrocarbon resources that analysis of geologic and engineering data demonstrates with reasonable certainty are recoverable under existing economic and operating conditions. Reserves estimates change from year to year as new discoveries are made, as existing fields are thoroughly appraised, as existing reserves are produced, as prices and costs change, and technologies evolve…Higher fuel prices typically increase estimates (positive revisions) as operators consider a broader portion of the resource base economically producible, or proved. Lower prices, on the other hand, generally reduce estimates (negative revisions) as the economically producible base diminishes."

59. The change in proved reserves from year to year is an expected part of the SEC's framework and a positive or negative revision in the quantity of a company's proved reserves does not mean that a prior estimation of proved reserves was inaccurate.

---

[65] AICPA Audit and Accounting Guide: Entities with Oil and Gas Producing Activities, Section 1.48.

[66] ASC 932-270: Interim Reporting, ASC 932-270-50-1 (Emphasis added).

[67] EIA, U.S. Crude Oil and Natural Gas Proved Reserves, Year-end 2016, (https://www.eia.gov/naturalgas/crudeoilreserves/archive/2016/).

26

**App. 1454**

60. Following a low-price period for oil, it is common for there to be a reduction in proved reserves. Thus, following the low-price period in 2016, at least 67 companies listed on U.S. stock exchanges reduced their proved reserves.[68] Those declines included de-bookings of proved reserves in Africa and the Middle East, the United States, Europe, Russia/Central Asia/Asia-Pacific, Latin America and Canada (oil sands/synthetic), as represented in the figure below:[69]

**Figure 3**



Change in global proved liquids reserves reported by 67 publicly traded companies (2015-2016)
billion barrels

**Source:** U.S. Energy Information Administration, based on Evaluate Energy
**Note:** Rest of world includes associated companies' reserves with unspecified geographies.

**VIII.B.        ExxonMobil's Proved Reserves Process**

61. ExxonMobil has a dedicated Global Reserves Group ("EM GRG") that, during the Class Period, provided "technical oversight…of the reserves estimation process for compliance with Securities and

---

[68] EIA, Reporting Oil Companies' Proved Reserves in 2016 Decline for Second Consecutive Year, June 12, 2017, (https://www.eia.gov/todayinenergy/detail.php?id=31592).

[69] EIA, Reporting Oil Companies' Proved Reserves in 2016 Decline for Second Consecutive Year, June 12, 2017, (https://www.eia.gov/todayinenergy/detail.php?id=31592).

**App. 1455**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

Exchange Commission…rules and regulations, review of annual changes in reserves estimates, and the reporting of ExxonMobil's proved reserves."[70]

62. EM GRG had technical expertise in the reserves process, including Mr. Strawbridge who had "previously served on the SPE Oil and Gas Reserves Committee."[71]

63. EM GRG also established a process for "quality control" over the data submitted in Dataflex[72], to ensure the "quality and accuracy of the first-of-the-month SEC price" used to determine the SEC proved reserves.[73] EM GRG "coordinate[d] the Year End SEC Reserves Evaluation. This include[d] documenting and distributing the SEC Price."[74]

64. ExxonMobil has a developed and documented process for making changes to its proved reserves from year-to-year. With oversight from EM GRG, ExxonMobil's business units have initial responsibility for determining whether its reserves should be classified as proved reserves.

65. When the business unit determined that there was a change in proved reserves (compared to the prior year), it submitted "change forms" to EM GRG for review and endorsement.[75] After evaluations by

---

[70] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 6. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 6. Defendants' Responses and Objections to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 32. Deposition of Kirsten Bannister, dated September 12, 2024, p. 8-9.

[71] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 6

[72] Dataflex is an ExxonMobil financial and operational reporting system.

[73] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ 000000164).

[74] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ 000000162).

[75] "FINAL" SEC Price Reserve Change Form, dated December 10, 2015 (EMC_RAMIREZ 000006245).

28

**App. 1456**

Alvarez & Marsal                                                                                        CONFIDENTIAL
*Ramirez v. ExxonMobil*

the business unit were completed, any proposed changes to the resource base from the prior year were reviewed by EM GRG to ensure consistency with the SEC rules and regulations.[76]

66. In an EM GRG memorandum entitled "SEC Price: How SEC Price is Documented and Distributed," ExxonMobil describes the process and documentation required, as established by EM GRG, to determine the SEC Price determination for ExxonMobil's Canadian bitumen assets, including Kearl, Cold Lake, and Syncrude.[77]

VIII.B.1.    Determination of the SEC Price at Kearl (2015)

67. In 2015, the determination of the SEC Price for the Kearl asset was estimated under an established process that had been utilized at Kearl since 2008.[78] The process had been utilized by ExxonMobil at Cold Lake – another, more established Canadian oil sands field – for "decades."[79]

68. IOL marketed the Kearl production, managed the costs, managed all operations, maintained the accounting records, and provided data to ExxonMobil for SEC proved reserves estimations.

69. To arrive at the SEC Price for Kearl, IOL used the price of West Texas Intermediate ("WTI") crude oil traded on the New York Mercantile Exchange ("NYMEX") as a starting price marker and then applied three adjustments to determine the plant gate price.[80] The three adjustments made to the WTI

---

[76] Deposition of William Strawbridge, dated October 16, 2024, p. 24.
[77] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ000000162).
[78] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).
[79] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846). Deposition of William Strawbridge, dated October 16, 2024, p. 206.
[80] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ 000000163). Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).

App. 1457

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

starting price marker are as described below, including the cost of adding diluent to Kearl bitumen to produce the Kearl dilbut blend:[81]

**Table 4**

| Kearl's 2015 SEC Price Calculation | | |
|---|---|---|
| **Differential** | **Description** | **Consistent with Cold Lake Calculation?** |
| **Quality** | "[R]epresent[s] the market discount for product quality" as compared to WTI. | Yes |
| **Diluent Cost** | Represents "the cost of blending diluent with bitumen to make it transportable." | Yes |
| **Transportation Cost** | Assessed at the "market (Hardisty or Edmonton)" to determine the "plant gate price." | Yes |

70. The determination of the plant gate price was appropriate based on the SEC regulation's requirement to determine price at the Production Terminal Point, which is a recognized marker in determining the SEC Price.[82]

71. In 2015, consistent with prior years, to determine the quality differential for Kearl, "a volume-weighted average of third party domestic sales" was applied.[83] Those sales were determined on a "1st o[f] month price determination" through a process in which "R&S [Reserves and Supply] assess[ed] all the contracts for Kearl in the preceding month that [were] in effect for the following month" which

___

[81] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ 000000163). Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).

[82] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846). SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 135, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[83] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161 at EMC_RAMIREZ 000000163).

**App. 1458**

Alvarez & Marsal                                                          CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

are for "custody transfer at Edmonton or Hardisty."[84] The application of this differential was based on domestic third-party sales because "historically the US sales ha[d] been a small percent of Kearl sales."[85]

72. Transportation costs were deducted to estimate Kearl's SEC Price because the "SEC rules call for valuing reserves at the **plant gate"** and this was expressly based on the SEC's guidance that the price should be determined at the Production Terminal Point, or plant gate.[86]

73. To calculate Kearl's transportation costs, Edmonton and Hardisty were utilized as the sales points because that is where sales had traditionally cleared (and was based on the cost of transportation from the Production Terminal Point to the sale point where the price was determined).[87] Cold Lake's transportation costs were estimated on the same basis.[88]

74. The process for determining the SEC Price for Kearl had been used for years prior to 2015, and I have seen no evidence that would suggest that the process was modified in 2015 for any reason, much less in an attempt to avoid a de-booking of SEC proved reserves at Kearl.

---

[84] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).

[85] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844). Heavy Oil SEC Pricing Model (EMC_RAMIREZ 000142661 at EMC_RAMIREZ 000142662). Deposition of Andrew Swiger, dated December 4, 2024, p. 36 [Rough Draft].

[86] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844). Kearl Proved Reserves 2015 SEC Outlook, p. 2 (EMC_RAMIREZ 000056341) (Emphasis added).

[87] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).

[88] Communications RE: Kearl Reserves – Pricing Basis (EMC_RAMIREZ 000030844 at EMC_RAMIREZ 000030846).

31

**App. 1459**

Alvarez & Marsal                                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

75. As discussed above, the applicable SEC rules governing disclosure of proved reserves do not provide specific guidance on how to determine the costs of the operation when assessing whether reserves are economically producible.

76. In not providing a definition of costs of the operation, the SEC permitted oil companies to utilize definitions "commonly accepted within the oil and gas industry[.]"[89]

77. EM GRG noted that costs of the operation were not specifically defined by the SEC but that the definition "excludes depreciation."[90] EM GRG reviewed the SEC standard as well as the supplemental guidance from the FASB in order to arrive at any appropriate estimation of SEC costs.[91]

78. EM GRG focused on direct cash operating costs.[92] It referred to the costs of the operation as the "unit lifting cost[s]," which were "defined as cash opex plus sustaining capex less [costs-above-field]."[93] "Cash opex" refers to cash operating costs and "sustaining capex" refers to sustaining capital expenditures.

---

[89] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 46-47, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).
[90] Kearl Proved Reserves 2015 SEC Outlook Presentation, p. 2 (EMC_RAMIREZ 000056341).
[91] Communications RE: Question on SEC 'cost' Definition (EMC_RAMIREZ 000030640 through EMC_RAMIREZ 000030642).
[92] Communications RE: Question on SEC 'cost' Definition (EMC_RAMIREZ 000030640 at EMC_RAMIREZ 000030641-EMC_RAMIREZ 000030642).
[93] 2015 Proved Reserves Changes Chairmans Review Presentation, p. 37 (EMC_RAMIREZ 000012279).

App. 1460

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

79. Given the SEC regulation's focus on extraction and the exclusion of other aspects of the process (i.e. transporting, refining, processing the product)[94], EM GRG interpreted costs of the operation in the SEC regulation to be the "direct cash operating costs."[95]

80. Costs-above-field were excluded from the lifting costs because they "generally [are] in support of a broader group of assets" and thus would not be eliminated if the project ceased operation.[96] This was consistent with industry standards published from the Society of Petroleum Engineers (Petroleum Resource Management System or "PRMS"), an industry body that the SEC cited in the 2009 regulatory update.[97] The 2007 PRMS stated that operating costs should only include "cash costs that will **actually be eliminated** if project production ceases" to represent costs attributable to the production site.[98]

81. While the SEC did not specifically require the inclusion of sustaining capital expenditures, EM GRG nonetheless included these expenditures when estimating lifting costs at Kearl. This demonstrates that ExxonMobil was taking a conservative approach to including all costs in the definition of unit lifting costs, not attempting to minimize costs to avoid de-booking proved reserves at Kearl.[99]

_____

[94] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 25, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

[95] Kearl Proved Reserves 2015 SEC Outlook Presentation, p. 2 (EMC_RAMIREZ 000056341). Deposition of William Strawbridge, dated October 16, 2024, p. 175.

[96] Communications RE: Kearl 2015 SEC Reserves Oct 16 FRM (EMC_RAMIREZ 000030836).

[97] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 10, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf)

[98] SPE, Petroleum Resources Management System (2007), p. 15 (https://www.spe.org/industry/docs/Petroleum-Resources-Management-System-2007.pdf) (Emphasis added).

[99] Kearl Proved Reserves 2015 SEC Outlook Presentation, p. 5 (EMC_RAMIREZ 000056341).

**App. 1461**

VIII.B.2.     Application of the SEC Principles at Kearl in 2015

82. IOL has a documented procedure which prescribes the collection of pricing inputs from its Crude Oil Supply and Marketing ("COSM") group.[100] Following the completion of that collection of data, in November 2015, IOL reviewed its preliminary year-end reserves determinations with EM GRG in what's internally referred to as a "dry run review."[101]

83. Dry runs are presentations of preliminary reserve figures (including SEC proved reserves). IOL presents these preliminary reserve estimates to EM GRG in November of each year.[102]

84. As of November 12, 2015, as detailed in the dry run review presentation, IOL estimated that Kearl's year-end SEC Price would be in the $28.50 to $29.50 per barrel range.[103] The below graphic is an excerpt from the November 2015 dry run[104]:

---

[100] Communications RE: 2015 Prices Required for Securities Exchange & Commission Reporting (EMC_RAMIREZ 000001445).

[101] SEC & ASC YE Reserves Dry Run Review- Kearl 2015 Presentation (EMC_RAMIREZ 000004396).

[102] SEC & ASC YE Reserves Dry Run Review- Kearl 2015 Presentation (EMC_RAMIREZ 000004396). SEC & ASC YE Reserves Dry Run- Kearl 2016 Presentation (EMC_RAMIREZ 000066858).

[103] SEC & ASC YE Reserves Dry Run Review- Kearl 2015 Presentation (EMC_RAMIREZ 000004396), p. 17.

[104] SEC & ASC YE Reserves Dry Run Review- Kearl 2015 Presentation (EMC_RAMIREZ 000004396), p. 17.

**App. 1462**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

**Figure 4**



85. On December 10, 2015, IOL presented EM GRG with its close-to-final year-end proved reserves determinations for Kearl.[105] The December 10, 2015 review presents a preliminary "2015 SEC Final" price of $28.60.[106]

86. Applying the process described above for the SEC Price, IOL determined that the final SEC Price for Kearl at year-end 2015 was $28.70.[107] That determination is reflected below (showing application of the quality differential and deduction of diluent and transportation costs)[108]:

---

[105] SEC YE Reserves Review (EMC_RAM_NYAG 003426312).
[106] SEC YE Reserves Review (EMC_RAM_NYAG 003426312 at EMC_RAM_NYAG 003426324).
[107] 2015 Kearl Bitumen Crude Oil Pricing for SEC Reserves Calculation (EMC_RAMIREZ 000005456).
[108] 2015 Kearl Bitumen Crude Oil Pricing for SEC Reserves Calculation (EMC_RAMIREZ 000005456).

App. 1463

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

**Figure 5**

| | 2015 | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Kearl Bitumen Crude Oil Pricing for Security and Exchange Reserves Calculation** | | | | | | | | | | | | | |
| | | | | | | | | | | | | | YTD |
| | 1-Jan-15 | 1-Feb-15 | 1-Mar-15 | 1-Apr-15 | 1-May-15 | 1-Jun-15 | 1-Jul-15 | 1-Aug-15 | 1-Sep-15 | 1-Oct-15 | 1-Nov-15 | 1-Dec-15 | Average |
| **Kearl Blend Price** | | | | | | | | | | | | | |
| WTI Nymex - US$/bbl | $53.27 | $48.24 | $49.76 | $50.09 | $59.15 | $60.20 | $56.96 | $47.12 | $45.41 | $44.74 | $46.59 | $41.85 | $50.28 |
| WTI Nymex - CAD$/bbl | $61.80 | $61.35 | $62.24 | $63.17 | $72.12 | $75.55 | $71.05 | $61.48 | $59.85 | $59.24 | $60.95 | $55.80 | $63.72 |
| Quality differential - US$/bbl @ Edmonton | -$18.88 | -$16.06 | -$14.67 | -$16.28 | -$13.39 | -$9.60 | -$9.21 | -$16.03 | -$20.98 | -$15.55 | -$17.18 | -$16.65 | -$15.37 |
| Sub total US$/bbl | $34.39 | $32.18 | $35.09 | $33.81 | $45.76 | $50.60 | $47.75 | $31.09 | $24.43 | $29.19 | $29.41 | $25.20 | $34.91 |
| Exchange (C$/US$) | 1.1601 | 1.2717 | 1.2508 | 1.2612 | 1.2192 | 1.2550 | 1.2474 | 1.3047 | 1.3179 | 1.3242 | 1.3083 | 1.3333 | 1.2712 |
| Kearl Blend Price at Edmonton - CAD/bbl | $39.90 | $40.92 | $43.89 | $42.64 | $55.79 | $63.50 | $59.56 | $40.56 | $32.20 | $38.65 | $38.48 | $33.60 | $44.14 |
| Conversion Bbl to m3 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 | 6.28981 |
| Kearl Blend Price at Edmonton - CAD/M3 | $250.94 | $257.40 | $276.06 | $268.19 | $350.91 | $399.42 | $374.64 | $255.13 | $202.51 | $243.12 | $242.01 | $211.33 | $277.64 |
| (Before Diluent pulled out & Transportation back to Fort McMurray) | | | | | | | | | | | | | |
| **Diluent Cost** | | | | | | | | | | | | | |
| WTI Basis | $53.27 | $48.24 | $49.76 | $50.09 | $59.15 | $60.20 | $56.96 | $47.12 | $45.41 | $44.74 | $46.59 | $41.85 | $50.28 |
| Quality Differential to WTI USD/Bbl @ Edmonton | -$4.89 | -$4.24 | $0.09 | $0.68 | $1.54 | -$2.22 | -$4.35 | -$1.36 | -$0.96 | -$0.54 | -$1.12 | $0.13 | -$1.44 |
| Diluent cost - WTI Basis CAD/bbl | $56.13 | $55.95 | $62.35 | $64.03 | $73.99 | $72.76 | $65.63 | $59.70 | $58.58 | $58.53 | $59.49 | $55.97 | $61.93 |
| Diluent cost - WTI Basis CAD/M3 | $353.02 | $351.95 | $392.18 | $402.74 | $465.40 | $457.68 | $412.77 | $375.52 | $368.46 | $368.14 | $374.17 | $352.05 | $389.51 |
| **Diluent Ratio** | | | | | | | | | | | | | |
| C5 Diluent Ratio | 0.2560 | 0.2630 | 0.2540 | 0.2530 | 0.2540 | 0.2400 | 0.2370 | 0.2250 | 0.2230 | 0.2320 | 0.2452 | 0.2600 | 0.2452 |
| Kearl Bitumen Price at Edmonton - CAD/M3 | $215.81 | $223.66 | $236.53 | $222.62 | $311.93 | $381.03 | $362.80 | $220.18 | $154.88 | $205.36 | $199.08 | $161.89 | $241.31 |
| After Diluent only removed | | | | | | | | | | | | | |
| **Transportation CAD/M3** | | | | | | | | | | | | | |
| from Edm to Hardisty 0.29 cad/b (Blend) adjust to Bitumen | $1.36 | $1.34 | $1.36 | $1.36 | $1.36 | $1.39 | $1.39 | $1.41 | $1.42 | $1.40 | $1.38 | $1.35 | $1.38 |
| from Hardisty to Fort McMurray (Bitumen) 1.9 cad/b | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 | -$11.95 |
| Bitumen Transportation from Edm to Fort McMurray - CAD/M3 | -$10.59 | -$10.61 | -$10.59 | -$10.59 | -$10.59 | -$10.56 | -$10.56 | -$10.54 | -$10.53 | -$10.55 | -$10.57 | -$10.60 | -$10.57 |
| Kearl Bitumen @ Fort McMurray CAD / M3 | $202.58 | $210.22 | $223.07 | $209.35 | $297.56 | $366.18 | $348.23 | $207.37 | $142.76 | $192.60 | $186.21 | $149.27 | $227.95 |
| After Diluent & Diluent shrinkage removed | | | | | | | | | | | | | |
| Kearl Bitumen @ Fort McMurray CAD / bbl | $32.21 | $33.42 | $35.47 | $33.28 | $47.31 | $58.22 | $55.36 | $32.97 | $22.70 | $30.62 | $29.61 | $23.73 | $36.24 |
| Kearl Bitumen @ Fort McMurray USD / bbl | $27.76 | $26.28 | $28.35 | $26.39 | $38.80 | $46.39 | $44.38 | $25.27 | $17.22 | $23.12 | $22.63 | $17.80 | $28.70 |

87. The final year-end average unit lifting cost (excluding costs-above-field) for Kearl was determined to be $26.50 per barrel.[109] As detailed in the below graphic, it was comprised of cash operating expenses and sustaining capital expenditures, less all costs-above-field.[110]

---

[109] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279), p. 36-37.

[110] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279), p. 36-37.

**App. 1464**

Alvarez & Marsal <span style="float:right">CONFIDENTIAL</span>
*Ramirez v. ExxonMobil*

---

**Figure 6**



88. The year-end average unit cost is just one of several metrics relevant to estimating future costs. Kearl's unit lifting costs for the second half of 2015 were lower at $21.30 per barrel.[111] The unit lifting costs for the second half of 2015 were considered more representative of costs going forward due to the Kearl Expansion Project being completed mid-year.[112]

---

[111] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279), p. 36.

[112] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279), p. 37. Kearl Proved Reserves 2015 SEC Outlook Presentation with notes (EMC_RAMIREZ 000030866), p. 4.

**App. 1465**

Alvarez & Marsal

*Ramirez v. ExxonMobil*

89. Additionally, EM GRG's August 5, 2015 document titled "SEC Price: How SEC Price is Documented and Distributed" prescribed the process for estimating the SEC Price.[113] It directed COSM to calculate the SEC Price using differentials and the WTI market, as mentioned earlier in this report, and detailed EM GRG's role in updating internal data storage systems with new pricing information.[114]

90. That process is reflected through the Process Flow Diagram below[115]:

---

[113] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161).

[114] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161) at EMC_RAMIREZ 000000163-4.

[115] SEC Price: How SEC Price is Documented and Distributed (EMC_RAMIREZ 000000161) at EMC_RAMIREZ 000000165.

38

**App. 1466**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

**Figure 7**



91. In 2015, ExxonMobil considered that the SEC expected disclosures from corporations in their third

quarter Form 10-Q if they anticipated de-booking proved reserves at the end of 2015.[116] ExxonMobil

ultimately did not include such a statement in its Form 10-Q for the third quarter of 2015[117] because,

at the time of the filing of its third quarter 2015 Form 10-Q, it had not identified a significant risk of

de-booking proved reserves at the end of 2015.

---

[116] EMC_RAM_SEC 000024843 at EMC_RAM_SEC 000024845.
[117] ExxonMobil Corporation Form 10-Q for the quarterly period ended September 30, 2015.

39

App. 1467

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

92. As part of this assessment in 2015, ExxonMobil considered what the impact would be if it did include costs-above-field as a cost in the determination of proved reserves. It noted that, historically, "all CAF [costs-above-field] [was] excluded" from Kearl's unit lifting costs for purposes of proved reserves determinations.[118] Under the analysis that was conducted, ExxonMobil determined that if ExxonMobil "were compelled to make a change to our long standing process to specifically include CAF [costs-above-field], there is sufficient headroom to do" that.[119] ExxonMobil determined that such a change "would not change the outlook that [ExxonMobil] expect[ed] to be able to support the retention of Kearl proved reserves for" year-end 2015.[120]

93. In a review of Kearl's 2015 proved reserves that Mr. Strawbridge presented to Rex Tillerson, ExxonMobil Chairman on January 25, 2016, he noted the impact of inclusion of direct costs-above-field would not have resulted in a change in the conclusion.[121]

94. The exclusion of costs-above-field from the unit lifting costs was consistent with long-standing EM GRG practice. Mr. Strawbridge explained that the SEC analysis which "we've done forever for all fields consistently does not include cost above field."[122]

95. In addition to the Kearl reserve reviews IOL presented to EM GRG, EM GRG also conducted reviews with various ExxonMobil executives throughout the year, including a review with Mr. Swiger,

---

[118] Communications RE: FYI Kearl (EMC_RAM_SEC 000035533 at EM_RAM_SEC 000035534). Communications RE: FYI Kearl (EMC_RAM_SEC 000035525). Communications RE: Kearl Meeting with RWT (EMC_RAMIREZ 000030836).
[119] Communications RE: Kearl Meeting with RWT (EMC_RAMIREZ 000030836).
[120] Communications RE: PROP: RE: CAF Considerations in Reserves Estimation (EMC_RAMIREZ 000031970).
[121] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279), p. 37. Deposition of William Strawbridge, dated October 16, 2024, p. 279-280.
[122] Deposition of William Strawbridge, dated October 16, 2024, p. 175.

40

**App. 1468**

ExxonMobil's Principal Financial Officer on October 16, 2015,[123] and a review with Mr. Tillerson, ExxonMobil's Chairman and Chief Executive Officer, on October 26, 2015[124] and January 25, 2016.[125]

96. In each of these reviews, the same methodology was applied and the same conclusion was reached that the asset met the SEC's requirements to be classified as proved reserves in 2015.

   *2015 Form 10-K*

97. In its 2015 Form 10-K filed with the SEC on February 24, 2016, ExxonMobil noted that its total proved reserves are estimates and that "[t]he estimation of proved reserves is an ongoing process based on rigorous technical evaluations, commercial and market assessment, and detailed analysis of well information such as flow rates and reservoir pressure declines. The estimation of proved reserves is controlled by the Corporation through long-standing approval guidelines. Reserve changes are made within a well-established, disciplined process driven by senior level geoscience and engineering professionals, assisted by the Reserves Technical Oversight group which has significant technical experience, culminating in reviews with and approval by senior management."[126] ExxonMobil further noted that despite this sophisticated process to determine reserves, "while proved reserves have a high probability of recoverability they are based on estimates that are subject to some variability."[127]

---

[123] Kearl Proved Reserves 2015 SEC Outlook Presentation with notes (EMC_RAMIREZ 000030866) at EMC_RAMIREZ 000030869.

[124] Communications RE: Keal Reserves Update with RWT – October 26, 2015 – Includes SEC Pricing (EMC_RAMIREZ 000053664). Kearl Proved Reserves 2015 SEC Outlook Presentation (EMC_RAMIREZ 000056341).

[125] 2015 Proved Reserves Changes Chairmans Review Presentation (EMC_RAMIREZ 000012279).

[126] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 56

[127] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 57.

**App. 1469**

98. ExxonMobil de-booked approximately one billion oil-equivalent barrels of proved undeveloped reserves, primarily natural gas reserves in the United States, at year-end 2015.[128] This significant de-booking demonstrates that ExxonMobil was prepared to de-book its proved reserves when warranted.

99. ExxonMobil also noted in its 2015 Form 10-K that, "[w]hen crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, **such as oil sands operations in Canada** and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur."[129]

100.    Both ExxonMobil and PwC were aware of the SEC's heightened focus on disclosures of reserves at the time of the 2015 Form 10-K filing.[130] According to PwC's publications of 2015 and 2016 SEC Comment Letter and Disclosure Trends, the SEC issued several letters to major oil and gas companies during these years, placing an increased focus on how companies disclosed the impacts of the depressed commodity price environment.[131] A key area of focus in the SEC's comments related to oil and gas reserves. Across their review of 135 public energy and mining companies in 2015 and 2016,

---

[128] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 7.

[129] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 6, 56, and 103 (Emphasis added).

[130] For example, PwC 2015 SEC Comment Letter and Disclosure Trends, p. 3 (PRAM0553869) and EM 2015 10-K Disclosure Review (EMC_RAM 000986618). ExxonMobil 2015 10-K Disclosure Review (EMC_RAM00986618) at **Appendix 1**.

[131] PwC 2015 SEC Comment Letter and Disclosure Trends, p. 3 (PRAM0553869).

42



App. 1470

PwC identified that a total of 738 SEC comments related to Upstream extractive activities and reserves were issued, one of the top 10 comment letter topics during this time frame.[132]

101.    Prior to issuing its 2015 Form 10-K, ExxonMobil management met and conferred on areas of SEC focus during that timeframe to ensure proper disclosures. Specifically, management met to discuss the SEC staff comments that were made at the Spring and Fall 2015 meetings of the American Petroleum Institute, PwC's publication of 2015 SEC Comment Letter and Disclosure Trends, and recent public comments by senior SEC officials and others. ExxonMobil made note of the following in its 2015 Form 10-K Disclosure Review document with respect to the SEC's focus on reserve disclosures:[133]

---

[132] PwC 2016 SEC Comment Letter and Disclosure Trends, p. 2-3 (PRAM0398403).
[133] 2015 10-K Disclosure Review (EMC_RAM 000986618). (Highlights added by A&M).

43

**App. 1471**

CONFIDENTIAL

Alvarez & Marsal
*Ramirez v. ExxonMobil*

**Figure 8**

## 10-K Disclosure Review

Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  + SEC believes "...sentiment has changed..." regarding duration of industry downturn
  + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  + If higher future price outlook prevented impairments, then must disclose assumptions

- SEC will be looking for enhancements to disclosures related to price environment

- No SEC comment letter since 2013; anticipate SEC letter in 2016
  + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
  + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

- Business and financial reporting environments require careful re-consideration of 10-K disclosures
  + Target enhancements in specific areas where SEC and user interest is high
  + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
  + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
  + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

102.    Clearly, ExxonMobil placed significant emphasis on its determination of SEC proved reserves.

103.    ExxonMobil received an SEC comment letter in 2016, dated September 8, 2016, related to its 2015 Form 10-K, regarding its disclosure of changes in proved undeveloped and developed reserves, among

44


App. 1472

other items. [134] Specifically, the SEC requested clarification on the following with regard to

ExxonMobil's reserve disclosures:

> "Expand your disclosure to quantify the changes in net reserves accompanied by a narrative explanation relating to such individual factors as revisions of previous estimates, improved recovery, extensions and discoveries, acquisitions, divestitures and the net reserves converted during 2015 from proved undeveloped to proved developed." [135]

104.    ExxonMobil provided the following response to the SEC's above request, dated October 24, 2016:[136]

**Figure 9**

We believe our current disclosure satisfies the requirements of Item 1203 of Regulation S-K. As required by Item 1203(b), we disclose material changes in proved undeveloped reserves that occurred during the year including proved undeveloped reserves converted into proved developed reserves. Specifically, we disclose an addition of 1.7 GOEB of proved undeveloped reserves which was primarily related to extensions of 1.3 GOEB in Abu Dhabi and the United States unconventional assets, and purchases of 0.2 GOEB in the United States. In future filings, we will expand our proved undeveloped reserves disclosure to separately identify and quantify the material factors that contributed to a change when two or more factors contribute to a material change.

Beyond the requirement to disclose material changes, as we believe we have done, Item 1203(b) does not identify reconciliation of period over period changes according to a specified list of factors as is required for changes in proved developed and undeveloped reserves elsewhere in the 10-K.

105.    Additional letters were exchanged between the SEC and ExxonMobil on January 13, 2017 and

January 30, 2017, respectively, and the SEC's further inquiries did not relate to or require further

---

[134] SEC Comment Letter to ExxonMobil, September 8, 2016 (EMC_RAMIREZ 000140163).
[135] SEC Comment Letter to ExxonMobil, September 8, 2016 (EMC_RAMIREZ 000140163), p. 2.
[136] Exxon Mobil Response to SEC Comment Letter, October 24, 2016 (PRAM0021757), p. 2.

**App. 1473**

clarification on the above point.[137] Notably, the SEC completed its review of the Company's 2015 Form 10-K and did not require ExxonMobil to de-book reserves or make any other change.[138]

### VIII.B.3.    Application of the SEC Principles at Kearl in 2016

106.    The process of determining the SEC proved reserves price for Kearl had been in place since 2009 and had been developed under long-standing precedent going back many years. It was a reasonable model that was intended to conform with the SEC's regulations.

107.    In late 2015, IOL began to discuss with EM GRG data updates to the model should be made going forward to take into account the changes that were expected to take place at Kearl with increased sales to the United States, including by rail.[139]

108.    In December 2015 and January 2016, IOL held two "re-design meetings" to evaluate potential changes to the SEC Price model inputs for Kearl.[140] A model update that would integrate data associated with the sales to different buyers and into different markets had technical complexity and required significant technical efforts to develop. At least ten individuals within six different departments within IOL and ExxonMobil worked on the SEC Price input change process.[141]

109.    To ensure the accuracy of its SEC reporting, IOL undertook a process to ensure that this change to the pricing inputs would be approved at multiple levels and have clear documentation. IOL

---

[137] SEC Comment Letter to ExxonMobil, January 13, 2017 (PRAM0346807). ExxonMobil's Response to SEC Comment Letter, January 30, 2017 (EMC_RAMIREZ 000149137).

[138] SEC Comment Letter to ExxonMobil, April 10, 2017.

[139] Emails Re. Kearl 2016 SEC Reserves (EMC_RAMIREZ 000037960, EMC_RAMIREZ 000030844, and EMC_RAMIREZ 000030973).

[140] Email Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000037004).

[141] MOC Document (EMC_RAMIREZ 000038009).



**App. 1474**

Alvarez & Marsal                                                                          CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

documented changes through a "management of change" ("MOC") document.[142] The MOC, dated

March 21, 2016, detailed the proposed change, and its rationale.[143] According to the MOC, the

"Justification/Reason for the Change" was:

> "With increased Kearl production, Kearl market has become larger and
> more diverse. Edmonton and Hardisty pipeline sales now represent a
> smaller portion of the overall Kearl market. The amended process will
> calculate a more representative overall value for Kearl based on the majority
> of the Kearl market sales in the current market."[144]

110.    The MOC explained that the updated pricing inputs would include additional data, such as U.S.

sales.[145] Then, all of these volumes and sales prices would be netted back (reduced for transportation

costs) to an Edmonton value and then weight averaged to generate an overall Edmonton Kearl dilbit

value, which is then converted to a bitumen value at the Kearl plant gate.[146]

111.    This added data to the Kearl pricing inputs went through a series of reviews in 2016, including

signoff from Deidre Norman (Reserves Team Lead), William Strawbridge (Global Reserves

Manager), Andrew Yates (Upstream Commercial Projects Manager), Stacy Richardson (Engineering

Reserves Advisor), Elizabeth VonBodungen (Manager Contract Administration, R&S), and Scott

O'Brien (Heavy Oil Marketing Manager).[147] The change was also presented to Mr. Tillerson.[148] The

MOC emphasized that this multi-tiered review was necessary to minimize risks during the change

___

[142] Emails Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000037004).

[143] Communications RE: MOC SEC Document (EMC_RAMIREZ 000038008).

[144] MOC Document (EMC_RAMIREZ 000038009) at EMC_RAMIREZ 000038012.

[145] MOC Document (EMC_RAMIREZ 000038009) at EMC_RAMIREZ 000038014. Email Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000032936) at EMC_RAMIREZ 000032937.

[146] MOC Document (EMC_RAMIREZ 000038009) at EMC_RAMIREZ 000038014.

[147] MOC Document (MC_RAMIREZ 000038009) at EMC_RAMIREZ 000038013. Emails Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000037004, EMC_RAMIREZ 000032936, and EMC_RAMIREZ 000142659, EMC_RAMIREZ 000037960).

[148] Email Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000142659). Email Re. Kearl 2016 Reserves Review (EMC_RAMIREZ 000056334).

App. 1475

Alvarez & Marsal                                                            CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

implementation, and that the addition of the new data inputs would not be implemented until fully approved by all key stakeholders.[149]

112.    After completing the extensive review process, IOL began incorporating new inputs for the SEC Price to account for U.S. sales in July 2016 and notified EM of the change.[150] EM GRG reviewed the analysis with IOL to ensure the change was being appropriately implemented.

113.    IOL and ExxonMobil undertook this project due to an increase in Kearl production and the consequent expansion of the Kearl market into the United States. This was not a new process, but rather an update to the pricing inputs used when determining the SEC Price. The underlying "[p]ricing principles remain[ed] unchanged" from 2015.[151]

### *2016 Third Quarter Form 10-Q*

114.    ExxonMobil stated in its Form 10-Q for the third quarter of 2016 that "[i]f the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016… Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl."[152] ExxonMobil also added, "We do not expect the de-booking of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook

---

[149] MOC Document (EMC_RAMIREZ 000038009) at EMC_RAMIREZ 000038012-013.
[150] Email Re. Vince Heads up from Rich – IOL Bitumen Pricing (EMC_RAMIREZ 000103397).
[151] Email Re. Kearl 2016 SEC Price (EMC_RAMIREZ 000142659).
[152] ExxonMobil Corporation Form 10-Q for the quarterly period ended September 30, 2016, p. 22.

App. 1476

for future production volumes."[153] This disclosure shows ExxonMobil expected to continue to produce bitumen from Kearl and that the Company expected prices to recover post-2016.

115.    ExxonMobil considered that the SEC expected disclosures from corporations in their third quarter Forms 10-Q if they anticipated de-booking proved reserves at the end of 2016.[154] ExxonMobil made the disclosure described above after determining that, based on year-to-date prices, it was likely the Company would need to de-book Kearl proved reserves at year-end 2016.[155]

### 2016 Form 10-K

116.    ExxonMobil filed its 2016 Form 10-K filed with the SEC on February 22, 2017, noting:[156]

> "As a result of very low prices during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl, in Canada. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualify as proved reserves mainly due to the acceleration of the projected end-of-field-life. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect the downward revision of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."

---

[153] ExxonMobil Corporation Form 10-Q for the quarterly period ended September 30, 2016, p. 22.
[154] Email Re. Kearl 3Q'16 Disclosures (EMC_RAMIREZ 000142568).
[155] Email Re. Kearl 3Q'16 Disclosures (EMC_RAMIREZ 000142568).
[156] ExxonMobil Corporation Form 10-K for the year ended December 31, 2016, p. 13.

App. 1477

Alvarez & Marsal

*Ramirez v. ExxonMobil*

CONFIDENTIAL

---

## VIII.C.  PwC Procedures

117.  Auditors typically perform certain testing procedures on the reserve assessments. In ExxonMobil's case, PwC tested ExxonMobil's reserve estimates due to their relevance to future production, cash flows, and prices, and in the assessment for potential impairment indicators.[157] PwC performed control and substantive testing on management's reserves and related models, including the data and assumptions used.[158]

118.  During the Class Period, PwC reviewed ExxonMobil's proved reserves change process.[159] As part of this review, PwC's engagement team reviewed ExxonMobil's yearly proved reserves packages.[160] During its year-end 2015 audit, PwC identified that "[a]s it relates to the reserves process," ExxonMobil's controls are "robust" and that "no exceptions were noted as a result of the engagement team's testing of this process."[161]

## VIII.D.  Regan SEC Proved Reserves Analysis

119.  Mr. Regan opines that proved reserves are a "critical component" of an energy company's financial reporting because they "are used to determine the *fair value* of oil and gas properties."[162] However, the FASB and SEC describes that "[t]he objective of reserves estimation is to provide the public with

---

[157] PwC 2016 Upstream Audit Memo (PRAM0006176), p. 18.

[158] PwC 2016 Upstream Audit Memo (PRAM0006176), p. 18.

[159] PwC 2015 Upstream Audit Memo (PRAM0000511). PwC 2016 Upstream Audit Memo (PRAM0006176). PwC Review of Chairman's Review Pack (EMC_RAMIREZ 000009463). PwC Review of 2016 Proved Reserves Changes (EMC_RAMIREZ 000085996).

[160] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 39. PwC 2016 Upstream Audit Memo (PRAM0006176), p. 18.

[161] PwC 2015 Upstream Audit (PRAM0000511), p. 39.

[162] Regan Report, para. 36. Petroleum Accounting, 8th ed., p. 268 (Emphasis added).



**App. 1478**

comparable information about volumes, **not fair value**, of a company's reserves available to enable investors to compare the business prospects of different companies."[163]

120.    Additionally, Mr. Regan references the 8th edition of the Petroleum Accounting textbook, which states, "reserves are also used to determine the fair value of oil and gas properties **in business combinations.**"[164] Mr. Regan's use of this citation is misleading because in business combinations companies require access to much more detailed reserve information (typically including underlying technical data) than the highly aggregated and summarized information included in the regulatory filings.[165]

121.    Mr. Regan states, "[m]ost notably, **Exxon acknowledged** that its 2015 Kearl bitumen SEC price calculations and related costs **did not properly** include Kearl bitumen prices realized in markets outside of Canada, including actual diluent and transportation costs to those markets."[166] He does not provide a citation for this statement. To the contrary, ExxonMobil witnesses testified that the proved reserves pricing inputs for Kearl in 2015 incorporated third-party sales in the Canadian market, which had been the historical approach for ExxonMobil's bitumen assets in Canada.[167]

---

[163] FASB ASU No. 2010-03, Extractive Activities – Oil and Gas (Topic 932), January 2010, p. 45, (https://www.demac.com/wp-content/uploads/2019/04/Financial-Accounting-Standards-Board-Oil-and-Gas-Topic-932.pdf.) (Emphasis added).

[164] Petroleum Accounting, 8th ed., p. 268 (Emphasis added).

[165] Deloitte, Oil and Gas Spotlight – M&A 101 – Understanding merger and acquisition activity in the current environment, November 19, 2013, (https://www.iasplus.com/en/publications/us/industry-spotlight/og/issue-3#:~:text=combination%20of%20both.-,Taxes%20in%20a%20Business%20Combination,the%20overall%20deductibility%20of%20goodwill).

[166] Regan Report, para. 89 (Emphasis added).

[167] Deposition of William Strawbridge, dated October 16, 2024, p. 223-225 and 229-230. Deposition of Richard DuCharme, dated November 14, 2024, p. 154-155.

**App. 1479**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

122.    Mr. Regan dedicates at least 10 pages in his report to addressing his opinion on Kearl's 2015 SEC Price. However, his independent analysis is improper and based on faulty assumptions.

123.    For example, he performs an estimation of what he sets forth as the "true" 2015 SEC Price for Kearl by using information identified in an email, purportedly to correct for sales in the US market.[168] Mr. Regan's estimation makes broad assumptions, incorporates inappropriate data and deviates from SEC guidance.

124.    Mr. Regan first averages the WTI benchmark first-of-month price to calculate a single annual WTI benchmark. He then reduces this annual average WTI price by year-to-date average differentials,[169] which he assumed includes U.S. sales in 2015. This process involves assumptions from limited data and does not follow the SEC prescribed estimation of proved reserves. He further revises the estimation to incorporate January 2016 differentials[170] and removes what he has assumed to be the December 2014 differentials[171] to derive an "adjusted annualized average reductions."

125.    A correct SEC Price estimation requires companies to "use a 12-month average price, calculated as the unweighted arithmetic average of the first-day-of-the-month price." [172] Mr. Regan's approach assumes without analysis that the necessary differentials from WTI to Kearl pricing are consistent and

_____

[168] Regan Report, p. 45-46. January 13, 2016 Email Re. Dec 2015 Cold Lake and Kearl Marker Prices (EMC_RAMIREZ 000033450).

[169] January 13, 2016 Email Re. Dec 2015 Cold Lake and Kearl Marker Prices (EMC_RAMIREZ 000033450).

[170] EMC_RAMIREZ 000048534, Tab "Kearl."

[171] EMC_RAM_SEC 000083975.

[172] For example, IOL 2015 Reserves Team Memo (EMC_RAMIREZ 000001445), p. 1. SEC Regulation S-X Rule 210-4-10(a)(22)(v): Financial Accounting and Reporting for Oil and Gas Producing Activities. SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 12, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

**App. 1480**

Alvarez & Marsal                                                          CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

proportional throughout the year. In fact, in 2015 these differentials were as low as a 22 percent reduction from WTI to as high as 62 percent reduction.[173]

126.    The source that Mr. Regan uses for his estimation is an email with limited information unrelated to the determination of SEC proved reserves. [174] The email Mr. Regan cites to refers to "realizations" which are not part of the proved reserves analysis. Notably, SEC Prices are based upon first-day-of-the-month prices. Therefore, Mr. Regan's estimation of a purported "actual" SEC Price are based on an improper data source and are inconsistent with SEC regulations.

127.    Additionally, the change in the data inputs related to Kearl from 2015 to 2016 was a result of the expanded Kearl sales market after the KEP, as described in **Section V.III.B**.

128.    As such, Mr. Regan's estimation is based on limited and insufficient data, and is not in keeping with SEC guidelines.

129.    Finally, Mr. Regan does not address PwC's role as ExxonMobil's independent auditor. As described above, PwC performed control and substantive testing on management's reserve models and ensured the completeness and accuracy of ExxonMobil's oil and gas specific disclosures related to reserves in both 2015 and 2016.

___

[173] Based on EMC_RAMIREZ 000048534.
[174] January 13, 2016 Email Re. Dec 2015 Cold Lake and Kearl Marker Prices (EMC_RAMIREZ 000033450).

53

**App. 1481**

## IX.    OPINION 2: EXXONMOBIL'S KEARL OPERATING DISCLOSURES

130.    ExxonMobil properly disclosed operational results at a segment level, which includes Kearl, within its MD&A segment discussion in the 2015 Form 10-K and 2016 Forms 10-Q in accordance with applicable accounting and regulatory guidance.

131.    By contrast, Mr. Regan's opinion regarding the need for ExxonMobil to separately disclose any financial losses associated with Kearl is not supported by regulatory requirements because disclosure is not required at that level of detail. Mr. Regan's opinion related to Kearl's MD&A disclosures in 2015 further does not consider the MD&A disclosures made by comparable companies. His recommended disclosures are not in line with SEC guidance and interpretations related to MD&A, which emphasize company-specific circumstances based on management's judgment. Additionally, he does not reconcile his recommended disclosures with SEC guidance and interpretations related to MD&A, which emphasize company-specific circumstances based on management's judgment.

### IX.A.    Regulatory and Authoritative Requirements

132.    The purpose of the MD&A section of a company's Form 10-K is to "provide material information relevant to an assessment of the financial condition and results of operations of the registrant."[175] Accordingly, MD&A is intended to satisfy the following objectives:[176]

- To provide a narrative explanation of a company's financial statements that enables investors to see the company through the eyes of management;

---

[175] SEC 17 CFR Parts 210, 229, 230, 239, 240 and 249, Management's Discussion and Analysis, Selected Financial Data, and Supplementary Financial Information, 2021, p. 163, (https://www.sec.gov/files/rules/final/2020/33-10890.pdf).

[176] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], p. 1. SEC Financial Reporting Manual § 9220, p. 295.

**App. 1482**

- To enhance the overall financial disclosure and provide the context within which financial information should be analyzed; and

- To provide information about the quality of, and potential variability of, a company's earnings and cash flow, so that investors can ascertain the likelihood that past performance is indicative of future performance.

133. SEC Item 303 provides companies guidance on the type of information required to be disclosed in MD&A. It requires companies to disclose full fiscal year information regarding "financial condition, changes in financial condition and results of operations."[177] Specifically, MD&A should include discussions of the following:[178]

- Liquidity and capital resources, including:[179]
  - o Cash requirements; and
  - o Sources and uses of cash, focusing on the primary drivers.

- Results of operations, including:[180]
  - o Unusual transactions and events that materially affected the amount of reported income from continuing operations;
  - o Significant components of revenues and expenses (e.g., segmental information);
  - o Any known trends or uncertainties;
  - o Material changes in relationships between costs and revenues, if any; and
  - o Price and volume mix, if there is a material increase in sales (i.e., whether the increase is due to increases in prices or volumes)

---

[177] SEC 17 CFR Parts 210, 229, 230, 239, 240 and 249, Management's Discussion and Analysis, Selected Financial Data, and Supplementary Financial Information, 2021, p. 163, (https://www.sec.gov/files/rules/final/2020/33-10890.pdf).

[178] SEC 17 CFR Parts 210, 229, 230, 239, 240 and 249, Management's Discussion and Analysis, Selected Financial Data, and Supplementary Financial Information, 2021, p. 163-166, (https://www.sec.gov/files/rules/final/2020/33-10890.pdf).

[179] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], p. 6-7.

[180] SEC Financial Reporting Manual § 9220, p. 297-298.

**App. 1483**

- Critical accounting estimates.[181]

134.    Although the guidance provides a list of topics that a company might need to discuss, a company is only required to discuss topics that involve known trends, events, or uncertainties.[182] Further, the MD&A guidance is flexible and based on management's judgment of known events.[183]

135.    The SEC provides MD&A topics specific to companies engaged in oil and gas producing activities, which include, for example, changes in proved reserves and the sources to which such changes are attributable, including changes made due to:[184]

- Changes in prices;
- Technical revisions; and
- Change in the status of any concessions held (such as terminations, renewals, or changes in provisions).

136.    Additionally, ASC 275 requires a company's financial statements to include disclosures about the risks and uncertainties existing as of the date the financial statements are issued, including the use of significant estimates. The disclosures required include the nature of the reporting entity's operations,

---

[181] The SEC provided cautionary advice to companies on December 12, 2001, reminding companies to provide "full transparency" of their accounting policies, as "they are both most important to the portrayal of the company's financial condition and results, and they require management's most difficult, subjective or complex judgments, often as a result of the need to make estimates about the effect of matters that are inherently uncertain." SEC, Accounting Policies; Cautionary Advice Regarding Disclosure, (https://www.sec.gov/rules-regulations/2001/12/accounting-policies-cautionary-advice-regarding-disclosure).

[182] 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2010, p. 86-87, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf). SEC Financial Reporting Manual § 9220, p. 301.

[183] SEC Financial Reporting Manual § 9220.2 and 9220.11.

[184] 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2010, p. 87, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

**App. 1484**

the use of estimates in preparing the financial statements, and current vulnerability related to certain concentrations.[185] Examples of significant estimates include, amongst others:[186]

- Valuation allowances for inventory obsolescence, equipment obsolescence, deferred tax assets, commercial and real estate loans;

- Capitalized costs related to computer software, motion picture film production;

- Litigation and other contingent liabilities;

- Environmental remediation and other long-term obligations; and

- Estimated proceeds or losses related to the disposition of a business or assets.

137.   The SEC advises that, in order to minimize a loss of investor confidence, companies should foreshadow sudden changes in financial conditions and results with disclosures about the susceptibility of reported amounts to change.[187] Specifically, "[i]nvestors may lose confidence in a company's management and financial statements if sudden changes in its financial condition and results occur, but were not preceded by disclosures about the susceptibility of reported amounts to change, including rapid change."[188]To ensure investors are provided proper insight, the SEC encourages companies to have a proper disclosure regimen, including ongoing discussions and levels of reviews with internal and external audit and audit committees within the company, to ensure compliance with US GAAP.[189] As discussed in the following section, ExxonMobil provided proper disclosures of risk and uncertainties and proper disclosures within MD&A with respect to Kearl.

---

[185] ASC 275: Risks and Uncertainties, ASC 275-10-50-1.
[186] ASC 275: Risks and Uncertainties, ASC 275-10-50-15.
[187] SEC, Accounting Policies; Cautionary Advice Regarding Disclosure, (https://www.sec.gov/rules-regulations/2001/12/accounting-policies-cautionary-advice-regarding-disclosure).
[188] SEC, Accounting Policies; Cautionary Advice Regarding Disclosure, (https://www.sec.gov/rules-regulations/2001/12/accounting-policies-cautionary-advice-regarding-disclosure).
[189] SEC, Accounting Policies; Cautionary Advice Regarding Disclosure, (https://www.sec.gov/rules-regulations/2001/12/accounting-policies-cautionary-advice-regarding-disclosure).

**App. 1485**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

## IX.B.  ExxonMobil's Financial Reporting Process

138.    ExxonMobil's financial reporting process includes both individual and collective accountability throughout all levels of the organization with governance per accounting guidance, as well as ExxonMobil's guidelines and delegation of authority. Financial reporting is on a reporting unit level, segmented within reporting units by Upstream, Downstream, and Chemical operations.

139.    In December of each year, a Schedule and Assignments Memo is issued to all corporate Controllers reporting staff to coordinate involvement in the financial reporting process.[190] This memo sets forth in detail the calendar for the year-end financial closing, and assignments related to the Form 10-K and annual publications. Additionally, a Financial Statement Reports Manual is issued to all reporting staff at year-end providing detailed instructions on the type of information and the requirements to satisfy financial reporting objectives.[191]

140.    ExxonMobil has a rigorous period-end financial reporting process.[192] As relevant here, the person responsible for MD&A for the Upstream segment starts by reviewing Dataflex, the Company's corporate consolidation system, to understand qualitative characteristics, as well as to identify items that will require disclosure.[193] Additionally the Financial Statement Reports Manual provides the type of information which needs commentary, as well as any specific disclosures required to be made.[194]

---

[190] 2015 Schedules and Assignments Memo (EMC_RAMIREZ 000161335). 2016 Schedules and Assignments Memo (EMC_RAMIREZ 000162366).
[191] 2015 Financial Statements Reports Manual (PRAM0014224). 2016 Financial Statements Reports Manual (PRAM0026952).
[192] PwC Financial Reporting Flowchart (PRAM0156832).
[193] Interviews of Joseph Horne.
[194] For example, 2015 Financial Statements Reports Manual (PRAM0014224), p. 415.



**App. 1486**

141.   As outlined in the Schedules and Assignments Memo, one person has primary lead responsibility for the MD&A section. In 2015 and 2016, M. Q. Partin of the Accounting Policy team was assigned lead responsibility over the MD&A.[195] Once the MD&A is drafted, a secondary reviewer performs a quality control review on the disclosures and amounts.[196] The Form 10-K undergoes multiple levels of review and revisions prior to issuance.[197]

142.   In the general course of creating the Forms 10-Q and 10-K, the Accounting Policy team highlights areas of significance, changes from prior filings, and potential enhancements to filing disclosures. The Accounting Policy team ensures the personnel responsible for each section of the Form 10-K are aware of any changes in SEC and/or GAAP requirements so that data gets captured appropriately. Prior to issuing the 2015 Form 10-K, these areas are compiled and reviewed with management to ensure compliance with SEC regulations, guidance, and comments ("10-Q/10-K Disclosure Review").[198] This process was followed in 2015. These discussions also include topics covered in the API meetings attended by SEC representatives, such as industry trends and observations, as well as what the SEC anticipates in public reporting.[199] The API meetings are attended by ExxonMobil Accounting Policy personnel.[200]

143.   The 2015 Form 10-K Disclosure Review was drafted by Sandra Melocik, previously Senior Advisor at ExxonMobil, who reported directly to Mr. Horne during that time, and who previously

---

[195] 2015 Schedules and Assignments Memo (EMC_RAMIREZ 000161335). 2016 Schedules and Assignments Memo (EMC_RAMIREZ 000162366).

[196] Interviews of Joseph Horne.

[197] 2015 Schedules and Assignments Memo (EMC_RAMIREZ 000161335). 2016 Schedules and Assignments Memo (EMC_RAMIREZ 000162366). MD&A review and revision examples (EMC_RAMIREZ 000162333, EMC_RAMIREZ 000161399 and EMC_RAMIREZ 000161391).

[198] Deposition of Joseph Horne, dated September 17, 2024, p. 95-103.

[199] Deposition of Joseph Horne, dated September 17, 2024, p. 22-25.

[200] Deposition of Joseph Horne, dated September 17, 2024, p. 22-25.

**App. 1487**

Alvarez & Marsal                                                              CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

worked at the SEC.[201] The 2015 Form 10-K Disclosure Review was reviewed by Mr. Rosenthal with

Mr. Tillerson. Each of the MD&A topics considered for potential enhancement within the 2015 Form

10-K Disclosure Review were incorporated into the 2015 Form 10-K. Below are some of the specific

items in the 2015 10-K Disclosure Review document that were discussed with management.[202]

Bolding indicates references made in the 2015 Form 10-K that were not in the 2014 Form 10-K.[203]

---

[201] Deposition of Joseph Horne, dated September 17, 2024, p. 95-96.
[202] 2015 10-K Disclosure Review (EMC_RAM 000986618).
[203] 2015 10-K Disclosure Review (EMC_RAM 000986618).

60

App. 1488

CONFIDENTIAL

---

## Figure 10

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves / MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves. Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur. In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time. SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |
| 41 | Earnings | MD&A Forward-Looking Statements. Change second sentence to "Actual future **financial and operating** results..." | More directly articulates the potential effect of low prices |
| 42/43 | Low Price Environment | MD&A - Business Environment and Risk Assessment – Upstream and Downstream. Update disclosures as follows: Upstream - **"The upstream industry environment has been challenged throughout 2015 with abundant crude oil and natural gas supply causing commodity prices to decrease to levels not seen since 2003. However, current market conditions are not determinative of future conditions."** | Update disclosures to address changes in Upstream and Downstream business environments since last year's 10-K. No change required for Chemical |
| 55 | Low Price Environment | MD&A – Market Risk, Inflation and Other Uncertainties. Update language "The Corporation's assessment is that its operations will continue to be successful **over the long term** in a variety of market conditions. This is the outcome of disciplined investment and asset management programs". | Clarifies that the Corporation's assessment is a long-term view |
| 55 | Low Price Environment | MD&A - Inflation and Other Uncertainties. Refresh the discussion of inflation (especially in relation to "...higher operating and capital costs in recent years...") to reference low price environment leading to deflation / lower service costs in some areas of business. | Refreshes disclosure to better articulate effect of current price environment |
| 56-57/ 68 | Low Price Environment | MD&A – Critical Accounting Estimates – Impact of Oil and Gas Reserves on Depreciation / Note 1 – Summary of Accounting Policies. Added the following language **"In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used".** | Enhances disclosure to foreshadow EM's approach in the event that proved reserves for a major property are debooked due to SEC price-related rules. |
| 6 / 43 | Volumes | Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream. Validate statement "...production capacity to grow over the coming years..." | Normal update of disclosures - align with latest outlook and upcoming March Analyst Meeting |

**A&M Note:** Full document attached at **Appendix 1.**

A & M

**App. 1489**

Alvarez & Marsal                                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

144.    The above review illustrates the "careful re-consideration of 10-K disclosures" due to the business and financial reporting environments in 2015 by ExxonMobil management to ensure appropriate disclosures.[204]

145.    As discussed above, both ExxonMobil and PwC were aware of the SEC's heightened focus on disclosures of reserves during the class period.[205] Consistent with its steps to ensure it satisfied its reporting obligations related to reserves, ExxonMobil also took steps to address the SEC's scrutiny related to MD&A. ExxonMobil ensured those responsible for Form 10-K disclosures were aware of any significant changes year over year in terms of the company's operations and SEC regulations, as identified throughout the year by the Accounting Policy Team. The disclosures were subject to multiple levels of review within ExxonMobil as well as scrutiny by PwC.

146.    ExxonMobil made note of the following with respect to the SEC's focus on reserve disclosures and MD&A within the 2015 Form 10-K Disclosure Review document[206]:

_____

[204] 2015 10-K Disclosure Review (EMC_RAM 000986618).
[205] For example, PwC 2015 SEC Comment Letter and Disclosure Trends, p. 3 (PRAM0553869) and EM 2015 10-K Disclosure Review (EMC_RAM 000986618).
[206] 2015 10-K Disclosure Review (EMC_RAM 000986618). (Highlights added by A&M.)

**App. 1490**

**Figure 11**

## 10-K Disclosure Review

Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  + SEC believes "...sentiment has changed..." regarding duration of industry downturn
  + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  + If higher future price outlook prevented impairments, then must disclose assumptions

- PwC compilation of recent SEC comments to oil & gas companies confirms emphasis

- SEC will be looking for enhancements to disclosures related to price environment

- No SEC comment letter since 2013;  anticipate SEC letter in 2016
  + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
  + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers
  + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

147.    According to the SEC Financial Reporting Manual: [207]

"In order to comply with requirements to discuss significant components of revenue and expenses, registrants will often provide a discussion along segmental lines... Segment analysis is usually necessary to enable a reader to understand the consolidated amounts, but it should not result in repetitive disclosures that lengthen MD&A unnecessarily, or obscures salient information."[208]

---

[207] SEC Financial Reporting Manual § 9220, p. 298. For example, Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 40 and Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 40.

[208] SEC Financial Reporting Manual § 9220, p. 298.

**App. 1491**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

148.    ExxonMobil disclosed its results of operations on a segment, or functional, level – Upstream, Downstream, and Chemical – within its MD&A.

149.    Additionally, ExxonMobil provided the following information in the MD&A section of its 2015 Form 10-K with respect to reserves, foreshadowing potential unfavorable outcomes if the price environment were to persist in 2016[209]:

**Table 5**

| 2015 MD&A Disclosures | |
| --- | --- |
| **Section of MD&A** | **Disclosure** |
| Business Environment and Risk Assessment | The upstream industry environment has been challenged throughout 2015 with abundant crude oil supply causing crude oil prices to decrease to levels not seen since 2004. |
| Inflation and Other Uncertainties | Beginning several years ago, an extended period of increased demand for certain services and materials resulted in higher operating and capital costs. |
| Critical Accounting Estimates | When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes. |

150.    ExxonMobil received an SEC comment letter in 2016, dated September 8, 2016, related to its 2015 Form 10-K, which included a comment related to ExxonMobil's MD&A.[210] However, the focus of the comment was on the prices and testing for impairment, as discussed in **Section X.C**; the focus of

---

[209] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 42, 55, and 56.
[210] SEC Comment Letter to ExxonMobil, September 8, 2016 (EMC_RAMIREZ 000140163).

App. 1492

the comment was not related to its disclosure of proved reserves nor individual asset losses, such as Kearl.

151.    As such, the SEC reviewed ExxonMobil's 2015 MD&A, and did not take issue with ExxonMobil's disclosures. Additionally, the SEC did not require further clarification following ExxonMobil's response in regard to its proved reserves disclosures within its "Item 2. Properties" section of the 2015 Form 10-K.[211]

152.    Following ExxonMobil's response to the SEC's Comment Letters,[212] the SEC completed its review of the Company's 2015 Form 10-K and did not request a modification or restatement by ExxonMobil.[213]

## IX.C.   ExxonMobil Was Not Required to Disclose Kearl's Operational Results in Its MD&A

153.    As discussed in above, the SEC requires a company's MD&A to focus on "known material events and uncertainties that would cause financial reporting information not to be necessarily indicative of future operating performance or of future financial condition."[214] Understanding the difference between proved reserve reporting and the long-term profitability of a particular project assists investors in assessing the financial health of a company more accurately. ExxonMobil has maintained that "the [Kearl] asset is going to be a high value. The focus is around maintaining cash profit and

---

[211] SEC Comment Letter to ExxonMobil, January 13, 2017 (PRAM0346807).

[212] ExxonMobil's Response to the Comments Included in the SEC Letter of September 8, 2016, dated October 25, 2016 and January 31, 2017 (PRAM0021757 and EMC_RAMIREZ 000149137).

[213] SEC Comment Letter to ExxonMobil, April 10, 2017.

[214] 17 CFR 229.303(a). SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], p. 5.

**App. 1493**

Alvarez & Marsal                                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

maximizing long-term value in the asset."[215] As disclosed by ExxonMobil, despite the reclassification

of Kearl SEC proved reserves in the 2016 Form 10-K, the Company was committed to the project and

saw significant long-term profitability:

> "We do not expect the de-booking of reported proved reserves under SEC
> definitions to affect the operation of the underlying projects or to alter our
> outlook for future production volumes."[216]

154.     During 2015 ExxonMobil and Imperial completed the KEP at a total cost of $2.4 billion.[217] The

expansion was completed in the second quarter of 2015,[218] as noted in the below table.[219]

**Table 6**

| Year-End | Description |
|---|---|
| | **Kearl Timeline** |
| 2011 | Expansion funded and approved by the board. |
| 2012 | Construction advanced. |
| 2013 | Expansion 72% complete and on target for 2015 start-up. |
| 2014 | Commenced commissioning of facilities. |
| 2015 | Expansion complete and started up in Q2 2015. |

155.     Large-scale projects take significant time, often many years from approval to completion during

which time product prices can vary widely in the short term. Decisions to expand such large-scale

projects are comprehensive assessments that take into account a variety of company and asset specific

---

[215] Exxon Mobil Corporation Q4 2015 Earnings Call, dated February 2, 2016, p. 10.

[216] ExxonMobil News Release, Forward Looking Statements, dated October 28, 2016, p. 5.

[217] Imperial Oil Limited Form 10-K for the year ended December 31, 2015, p. 5.

[218] Imperial Oil Limited Form 10-K for the year ended December 31, 2015, p. 9. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 13.

[219] Imperial Oil Limited Form 10-K for the years ended December 31, 2011, 2012, 2013, 2014, and 2015. Exxon Mobil Corporation Form 10-K for the years ended December 31, 2011, 2012, 2013, 2014, and 2015.

**App. 1494**

Alvarez & Marsal
*Ramirez v. ExxonMobil*
CONFIDENTIAL

factors, such as economic conditions, asset performance, and operational efficiencies. ExxonMobil noted many times, it assesses its operations "over the long-term."[220]

156.    The Plaintiff asserts that ExxonMobil violated ASC 275 by failing to disclose that Kearl was operating at a loss and that this loss would result in "reasonably possible" negative impact to, among other things, the Company's estimates of the future cash flows at Kearl.[221] ASC 275 requires companies to disclose information about the risks and uncertainties present in their operations within their financial statements including the nature of their business activities and the use of estimates made while preparing the financial statements.[222]

157.    In essence, ASC 275 requires transparent reporting of potential risks that could impact a company's financial position. ExxonMobil performed an analysis of Kearl's operations, including future cash flows, to assess these risks. ExxonMobil management prepared (and provided to PwC) a profitability analysis, by month, for the Kearl operations in both 2015 and 2016.[223] PwC evaluated this analysis, along with management's future cash flow projections related to Kearl. PwC noted Kearl's operating losses and PwC evaluated ExxonMobil's undiscounted cash flow projections for Kearl, noting an excess of $45 billion above Kearl's net book value of $26 billion 2015, and $38 billion above Kearl's net book value of $16 billion in 2016.[224] In other words, the results of the analysis showed that the projected undiscounted cash flows of $53.5 billion was more than three times the projected net

---

[220] For example, Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 42.

[221] Consolidated Complaint for Violations of the Federal Securities Laws, dated July 26, 2017, p. 132-133. The Plaintiff's surviving claim regarding the need to disclose operating losses at Kearl is based on ASC 275, the prior basis under S-K Item 303 was dismissed.

[222] ASC 275: Risks and Uncertainties, ASC 275-10-50-1.

[223] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 37. PwC 2016 Upstream Audit Memo (PRAM0006176), p. 34.

[224] PwC 2016 Upstream Audit Memo (PRAM0006176), p. 34-35. PwC 2015 Upstream Audit Memo (PRAM0000511), p. 28 and 49-51.

**App. 1495**

book value at December 31, 2016.[225] Therefore, impairment due to un-recoverability was unlikely over the long-term, due to the substantial "headroom" that was expected for the Kearl asset. In both 2015 and 2016, PwC agreed with management's conclusion that sufficient "headroom" existed when comparing undiscounted cash flows to the net book value of Kearl (indicating that it was not impaired).[226]

158.    Although Kearl had operating losses at current prices, its undiscounted cash flows still far exceeded its net book value, demonstrating the value it holds as a long-lived asset on ExxonMobil's books.[227] Following the 2015 analysis, PwC supported "[m]anagement's position that Kearl was able to generate positive cash from operations over the cumulative period and positive earnings since the [Kearl] asset was put into production."[228] It was not "reasonably possible" that Kearl would incur future cash flow losses over the long-term.[229]

159.    ExxonMobil disclosed known trends (i.e., the price volatility in 2015) impacting its financial results and foreshadowing potential material future events (i.e., its 2016 reserve disclosures). The purpose of these disclosures was to provide transparency to investors about "the susceptibility of reported amounts to change."[230] ExxonMobil, facing recent low natural gas and oil prices, anticipated that certain quantities of SEC proved reserves could temporarily not qualify as such. ExxonMobil

---

[225] November 4, 2016 Preliminary Asset Recoverability Review (EMC_RAM 000000080 at 143).

[226] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 37. PwC 2016 Upstream Audit Memo (PRAM0006176), p. 34-35.

[227] November 4, 2016 Preliminary Asset Recoverability Review (EMC_RAM 000000080 at 147).

[228] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 37.

[229] ASC 275: Risks and Uncertainties, ASC 275-10-50-8. ASC 275: Risks and Uncertainties, ASC 275-10-50-13.

[230] SEC, Accounting Policies; Cautionary Advice Regarding Disclosure, (https://www.sec.gov/rules-regulations/2001/12/accounting-policies-cautionary-advice-regarding-disclosure).

68

**App. 1496**

Alvarez & Marsal

*Ramirez v. ExxonMobil*

disclosed as early as its 2015 Form 10-K the specific risks and uncertainties associated with its Canadian Oil Sands reserves.[231]

160.    The below table illustrates that ExxonMobil disclosed to investors its susceptibility to sudden changes in financial condition in 2015 within MD&A.[232]

---

[231] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 6 and 103.
[232] See also **Attachment 3**.

69

**App. 1497**

Alvarez & Marsal                                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

## Table 7

| | | **2015 MD&A Disclosures - Price Volatility** |
|---|---|---|
| **Filing** | **Filing Date** | **Disclosure** |
| Q1 2015 10-Q | 5/6/2015 | ExxonMobil's first quarter 2015 earnings...demonstrate the value of the Company's integrated businesses in a **lower commodity price environment**. Regardless of current market conditions, the **Company remains focused** on business fundamentals and competitive advantages that create **long-term shareholder value**. |
| Q2 2015 10-Q | 8/5/2015 | Quarterly results reflect the **disparate impacts of the current commodity price environment**, but also demonstrate the **strength of our sound operations**, **superior project execution capabilities**, as well as continued **discipline in capital and expense management**. |
| Q3 2015 10-Q | 11/4/2015 | The Corporation maintains a relentless focus on business fundamentals, including cost management, **regardless of commodity prices**. Quarterly results reflect the continued strength of our Downstream and Chemical businesses and underscore the **benefits of our integrated business model**. |
| 2015 10-K | 2/24/2016 | Although **price levels** of crude oil and natural gas **may rise or fall significantly** over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, **industry economics over the long term will continue to be driven by market supply and demand.** Accordingly, the Corporation evaluates the viability of all of its investments over a broad range of prices. The Corporation's assessment is that its **operations will continue to be successful over the long term** in a variety of market conditions. |
| 2015 10-K | 2/24/2016 | When crude oil and natural gas **prices are in the range seen in late 2015 and early 2016** for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves...**We do not expect any temporary changes** in reported proved reserves under SEC definitions to affect the operation of the underlying projects or **to alter our outlook for future** production volumes. |
| 2015 10-K | 2/24/2016 | In general, the **Corporation does not view temporarily low prices or margins as a trigger event** for conducting impairment tests. The markets for crude oil, natural gas and petroleum products, have a **history of significant price volatility**. Although prices will occasionally drop significantly, industry **prices over the long term** will continue to be driven by market supply and demand. |
| *Note: Bolding added for emphasis* | | |

161.   We compared ExxonMobil's 2015 MD&A disclosures to its 2014 disclosures. In addition to the updates discussed in above, ExxonMobil provided the following information in its 2015 MD&A:[233]

---

[233] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 40-60 (Emphasis added). Exxon Mobil Corporation Form 10-K for the year ended 2014, p. 40-59.

App. 1498

- "Actual future financial and operating results…could differ materially depending on a number of factors, such as changes in the supply of and demand for crude oil, natural gas, and petroleum and petrochemical products and resulting price impacts;"

- "The Corporation anticipates several projects will come online over the next few years providing additional production capacity. However, actual volumes will vary from year to year due to the timing of individual project start-ups; operational outages,; reservoir performance; performance of enhanced oil recovery projects; regulatory changes; the impact of fiscal and commercial terms; asset sales; weather events; price effects on production sharing contracts; changes in the amount and timing of capital investments that may vary depending on the oil and gas price environment; and other factors described in Item 1A. Risk Factors."

- "To manage the risks associated with price, ExxonMobil evaluates annual Company plans and all investments across a wide range of price scenarios. The Corporation's assessment is that its operations will exhibit strong performance over the long-term."

- "Beginning several years ago, an extended period of increased demand for certain services and materials resulted in higher operating and capital costs. More recently, multiple market changes, including general commodity price decreases, lower oil prices and reduced upstream industry activity, have contributed to lower prices for oilfield services and materials. The Corporation works to minimize costs in all commodity price environments through its economies of scale in global procurement and its efficient project management practices."

162.    The above Form 10-K quotations illustrate ExxonMobil's diligence in disclosing the circumstances surrounding its Upstream operations during 2015.

163.    The goal of SEC's Item 303 is to provide an objective discussion and analysis of factors affecting the registrant's financial condition and results of operations to "better allow investors to view the registrant from management's perspective."[234] Such factors include liquidity and capital resources, results of operations and critical accounting estimates. We confirmed that ExxonMobil discussed within its MD&A in 2015 the relevant and necessary information, as required by Item 303.

---

[234] 17 CFR 229.303(a): (Item 303) Management's Discussion and Analysis of Financial Condition and Results of Operations, p. 37.

71

**App. 1499**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

164.   We analyzed the segments discussed in the MD&A section of other major oil and gas companies, including Chevron Corporation, ConocoPhillips and Royal Dutch Shell. ExxonMobil's MD&A disclosure detail was similar to these companies. None of these companies discussed operations at an asset level. ExxonMobil's MD&A disclosure was similar with others in its industry of similar size and breadth of operations, as shown in the following table.

**Table 8**

| Major Oil & Gas Companies MD&A Disclosure Segmentation 2015-2016 | | | |
|---|---|---|---|
| **Company** | **Segments** | **Functional Area** | **Asset Level** |
| ExxonMobil | Upstream, Downstream, Chemical, Corporate | US and Non-US | No |
| Chevron Corporation | Upstream, Downstream, Corporate | US and Non-US | No |
| ConocoPhillips | Geographic Regions | No Further Segmentation | No |
| Royal Dutch Shell | Upstream, Downstream, Corporate | Country | No |

## IX.D.  PwC Procedures

165.   Auditors typically perform certain testing procedures on the MD&A disclosures to ensure consistency with the audited financial statements.[235]

166.   As guided by PCAOB audit standard,[236] PwC performed period end financial reporting walkthroughs[237] to aid in its understanding of the process and to assist in the development of testing

---

[235] For example, discussions and reviews of MD&A within PwC workpapers – PwC 2016 Upstream Audit Memo (PRAM0006176) and PwC Q4 2015 Additional Understanding Workpaper (PRAM0008683).
[236] PCAOB AS 2110: Identifying and Assessing Risks of Material Misstatement, AS 2110.37-38.
[237] For example, Period End Financial Reporting, 2015 Audit (PRAM0458924 and PRAM0458926).

**App. 1500**

Alvarez & Marsal                                                                CONFIDENTIAL
*Ramirez v. ExxonMobil*

procedures. PwC confirmed the design and efficacy of controls in place over the financial reporting process.[238]

167.    PwC performed the following procedures in their audit of ExxonMobil's 2015 period-end financial reporting:[239]

- Documented an understanding of the flow of financial information from the entity's various components/locations through sub-consolidation and to the group consolidation;

- Documented an understanding of the period end financial reporting process; and

- Confirmed the design and operating effectiveness of "key" controls.

168.    PwC's audit of ExxonMobil's 2015 financial reporting process involved procedures aimed at ensuring the accuracy and consistency of the MD&A disclosures with the audited financial statements.

### IX.E.    Mr. Regan's MD&A Analysis is Inconsistent with Regulatory Guidance

169.    In his report, Mr. Regan opines, "Exxon's 2015 MD&A failed to appropriately disclose known trends and uncertainties regarding the recurring lack of profitability of its upstream Canadian Kearl bitumen operations and its potential impact to the Company's proved reserves."[240] He alleges that ExxonMobil failed to disclose the following in its 2015 Form 10-K MD&A:[241]

- "Kearl's recurring losses did, and were 'reasonably likely' to have a material negative effect on the Company's Upstream earnings and related profitability."

- "Kearl's continuing operating losses significantly contrasted with Exxon's profitable Cold Lake bitumen operations for which materially fewer proved reserves existed."

---

[238] For example, Period End Financial Reporting, 2015 Audit (PRAM0458924 and PRAM0458926).
[239] PwC 2015 Financial Reporting Workpaper (PRAM0057825) and PwC 2016 Financial Reporting Workpaper (PRAM0005285).
[240] Regan Report, p. 49.
[241] Regan Report, p. 51-52.

73


App. 1501

Alvarez & Marsal                                                                                           CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

- "[Exxon failed to appropriately de-book its disclosed Upstream Canadian Kearl Proved Bitumen Reserves as of 12/31/2015] including losses associated with shipments to US markets that contributed to Kearl's operating losses."

170.    Mr. Regan's opinion is inconsistent with SEC requirements. As required by the SEC, ExxonMobil disclosed segment information detailing its results of operations, including significant components of revenues and expenses.[242]

171.    Considering ExxonMobil's business structure, as presented in its F&O Review documents, Mr. Regan suggests that ExxonMobil needed to present an additional three layers of operational results and disclose Kearl operations separately. Mr. Regan does not address the 39 other assets that are represented in ExxonMobil's Upstream Americas business alone, much less the rest of ExxonMobil's global upstream operations, the detailed inclusion of which would result in "repetitive disclosure[s] that lengthens MD&A unnecessarily."[243] The SEC considered proposing a standard requiring disclosures on a more granular level, however, it decided against the approach due to the concern that such detailed disclosures, especially at the individual basin or field level, "would make disclosures too complex and incoherent."[244] Mr. Regan's suggestion that ExxonMobil must specifically disclose results of the Kearl mine, or field, suggests to ExxonMobil the need to disclose the results of all fields, which would add much complexity to the disclosures.

172.    The following chart demonstrates the level at which Kearl is included in ExxonMobil's business organization, and the many other assets and divisions that ExxonMobil operates.

_____

[242] SEC Financial Reporting Manual § 9220, p. 299.
[243] SEC Financial Reporting Manual § 9220, p. 298.
[244] SEC 17 CFR Parts 210, 211, 229, and 249, Modernization of Oil and Gas Reporting, 2008, p. 53, (https://www.sec.gov/files/rules/final/2008/33-8995.pdf).

74

**App. 1502**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

**Chart 1**



173.    Mr. Regan's opines that ExxonMobil failed to disclose Kearl's operating losses in its 2015 Form

10-K MD&A. The SEC requires discussion of the results of operations including any known trends or

uncertainties and discussions regarding sources and uses of cash (e.g., segment cash flows), focusing

on the primary drivers.[245] ExxonMobil did not consider Kearl as a "primary" driver for the operating

cash flows of ExxonMobil's Upstream segment. ExxonMobil considered price to be a "primary"

driver which impacted all fields, as evidenced by its disclosures regarding the risk of pricing to its

overall operations.[246]

---

[245] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], p. 6-7. SEC Financial Reporting Manual § 9220, p. 296-298.

[246] SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72], p. 6-7.

**App. 1503**

174.    Mr. Regan's analysis inappropriately suggests ExxonMobil was required to provide disclosures on a disaggregated basis. Doing so would result in an MD&A that is overly complex to investors. Additionally, it was unnecessary because Kearl was not a primary driver of the operating performance of the Non-US Upstream segment, which reported a profit of more than $8 billion.[247]

175.    As depicted in **Attachment 3**, ExxonMobil diligently disclosed, in numerous public filings, its considerations and impact of price volatility in 2015 and throughout 2016. ExxonMobil made numerous public disclosures starting in early 2015 outlining its analysis of known trends and uncertainties. Related to risks pertaining to Kearl proved reserves, ExxonMobil disclosed in its 2015 Form 10-K MD&A the following:[248]

> "When crude oil and natural gas prices are in the range seen in late 2015 and early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur."

176.    Mr. Regan draws his own conclusions as to what ExxonMobil should have included in its 2015 Form 10-K MD&A.[249] But his recommendations are based on no source other than his unsupported assertion, that is *ipse dixit*.

---

[247] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 40.
[248] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 56.
[249] Regan Report, para. 112-113.



**App. 1504**

## X.    OPINION 3: EXXONMOBIL'S RMDG IMPAIRMENT

177.    ExxonMobil's process for analyzing the potential impairment of its RMDG assets for its 2015 Form 10-K and 2016 Forms 10-Q was in accordance with applicable accounting and regulatory guidance, and the impairment was recorded in the proper time period. Mr. Regan's opinion is based on an analysis that does not follow US GAAP.

178.    In particular, Mr. Regan uses several substitutes for ExxonMobil's Annual Plan (also known as the "Corporate Plan") pricing in his analysis, which contradicts ASC 360-10-35-30. Those standards require management to use price and cost assumptions that are reasonable in relation to those used in other areas of the business, "such as internal budgets and projections." Mr. Regan also does not address PwC's conclusion that no impairment of the RMDG assets occurred in 2015. He further does not consider that, in the 2016 audit, PwC revisited the conclusion that no impairment of the RMDG assets occurred in 2015 and affirmed its original decision that no impairment of the RMDG assets occurred in 2015.

179.    ExxonMobil's subsequent determination that an impairment loss had occurred related to its RMDG assets at year-end 2016, and that its Kearl reserves did not qualify as SEC proved reserves as of year-end 2016, do not undermine ExxonMobil's analysis and conclusions that the RMDG assets were not impaired in 2015, and that the Kearl reserves qualified as proved reserves under the SEC proved reserves definition as of year-end 2015.

180.    Mr. Regan also did not reconcile to his own conclusion, that the SEC did not challenge ExxonMobil's determination that the RMDG assets were not impaired in 2015, and that the SEC did not require ExxonMobil to de-book Kearl reserves or make any other changes to its 2015 Form 10-K



App. 1505

as a result of its review. Mr. Regan's analyses do not change my opinions regarding ExxonMobil's analyses, conclusions, and disclosures related to the RMDG assets and the Kearl project for the years 2015 and 2016.

## X.A.    Authoritative Requirements and Standards & ExxonMobil's Long-Term View of Prices

181.    At its most basic level, impairment under US GAAP is a permanent reduction in the carrying value of an asset to its fair value.[250] If an oil and gas asset has a reported balance on a company's balance sheet, then that asset is subject to evaluation for possible carrying amount write down (impairment).

182.    Impairment testing ensures that assets are carried on the balance sheet at amounts not exceeding their recoverable amounts. The carrying amount of a long-lived asset is not recoverable if it exceeds the sum of the undiscounted cash flows expected.[251] Impairment is a significant decision made by companies because impairment losses are not recoverable. Once recorded, an impairment charge cannot be reversed[252] and the carrying value on the balance sheet cannot be written back up. For example, if changing economic conditions require an impairment of $1 million for a particular asset, and then economic conditions improve months later, the $1 million impairment cannot be reversed even though the conditions that warranted the impairment no longer exist.[253]

183.    ASC 360 provides companies guidance on conducting impairment testing. It requires testing for impairment whenever events or changes indicate an asset's carrying amount may not be

---

[250] ASC 932-360: Extractive Activities – Oil and Gas – Property, Plant, and Equipment, ASC 932-360-35-8.
[251] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-17.
[252] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-17.
[253] This is a key difference between US GAAP and IFRS.



App. 1506

Alvarez & Marsal                                                                CONFIDENTIAL
*Ramirez v. ExxonMobil*

recoverable.[254] ASC 360 provides examples of indicators, or triggers, of when to test an asset for recoverability, which include the following:[255]

- A significant decrease in the market price of a long-lived asset (asset group).

- A significant adverse change in the extent or manner in which a long-lived asset (asset group) is being used or in its physical condition.

- A significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset (asset group), including an adverse action or assessment by a regulator.

- An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset (asset group).

- A current period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset (asset group).

- A current expectation that, more likely than not, a long-lived asset (asset group) will be sold or otherwise disposed of significantly before the end of its previously estimated useful life. The term *more likely than not* refers to a level of likelihood that is more than 50 percent.

184. The existence of an individual indicator is not conclusive that the asset value is not recoverable. Management must exercise judgment and consider the combined effect of all indicators and developments, both positive and negative, when determining whether an asset's book value may not be recoverable.

185. U.S. oil and gas companies with exploration and production ("E&P"), or upstream, operations will follow one of two methods under US GAAP to account for the costs spent to acquire, develop, drill, complete and produce their properties: full-cost accounting or successful efforts accounting. Oil and gas companies based outside the US, including several other "super-major" companies, generally

---

[254] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-21.
[255] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-21.

79



App. 1507

follow International Financial Reporting Standards ("IFRS"). IFRS guidance regarding the carrying value of oil and gas assets differs from US GAAP in certain key areas, as further discussed below. ASC 932-360 provides guidance on disclosure requirements specific to oil and gas companies engaging in extractive activities. E&P companies apply one of the two methods to account for Property, Plant, and Equipment ("PP&E") costs under US GAAP: full cost or successful efforts.[256]

186.    Successful efforts accounting is employed by ExxonMobil, as it is by most super-major oil and gas companies based in the U.S.[257] Under successful efforts accounting, companies initially capitalize the following costs associated with its E&P activities: acquisition costs, successful exploration drilling costs, exploratory stratigraphic test costs, development drilling costs, and certain internal acquisition, development, and exploration costs. However, if the exploration is deemed unsuccessful, these initially capitalized costs are expensed. All other E&P related costs are expensed as incurred.

187.    To test for impairment, a company performs the following steps:[258]

---

[256] ASC 932-360: Extractive Activities – Oil and Gas – Property, Plant, and Equipment, ASC 932-360-25.

[257] ExxonMobil, 2015 Summary Annual Report, p. 39.

[258] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-17. See **Attachment 4.**



**App. 1508**

Alvarez & Marsal
*Ramirez v. ExxonMobil*
CONFIDENTIAL

**Table 9**

| Steps to Test for Impairment | |
| --- | --- |
| **Step** | **Description** |
| **Step 1** | Determine whether an impairment indicator has occurred. If yes, continue. |
| **Step 2** | Determine whether undiscounted future net cash flows are less than the current carrying amount on the balance sheet. If no, stop and do not recognize impairment. If yes, continue. |
| **Step 3** | Compare the fair value of the asset to the current carrying amount on the balance sheet. If the fair value is less than the carrying amount, recognize impairment. |

188.    The identification and evaluation of a potential impairment indicator, or trigger event, requires significant judgment.[259] If an indicator is identified (Step 1), an undiscounted cash flow analysis is performed (Step 2). If required, Step 3 is then performed. At the conclusion of Step 3, if an impairment loss is identified, it is required to be reported in the financial statements as a reduction to the carrying value of the asset on the balance sheet with a corresponding charge to expense on the income statement.

189.    US GAAP has a multi-step approach to test for impairment of long-lived assets. IFRS, on the other hand, uses a one-step impairment test, whereby the carrying amount of an asset is compared with the recoverable amount, generally a discounted cash flow value. Another distinction between the two accounting guidelines relates to reversibility. Under US GAAP, once an impairment loss is recognized,

---

[259]    PwC Viewpoint: 5.2 Impairment of long-lived assets to be held and used (https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant_equip_US/Chapter-5--Impairment/5_2-Impairment-of-long-lived-assets-to-be-held-and-used.html#pwc-topic.dita_ae7de94c-a2ab-4c89-8b09-05d06aa342cc). PwC 2016 Upstream Audit Memo (PRAM0006176).

**App. 1509**

Alvarez & Marsal                                                                CONFIDENTIAL
*Ramirez v. ExxonMobil*

it cannot be reversed in future periods. On the other hand, IFRS permits the reversal of impairment losses, excluding those of goodwill.[260]

190.    Based on accounting guidance and my experience, I agree with ExxonMobil's internal policy that temporarily low oil and natural gas prices do not necessarily indicate the need for an impairment test.

191.    In fact, price volatility is inherent in the oil and gas industry, as evidenced in the chart of natural gas prices below. The blue dotted line represents actual prices, the red line represents downward trends, while the green line represents upward trends.[261]

---

[260] PwC Viewpoint, 6.2 Impairment of Long-Lived Assets Held for Use-General, November 30, 2020, (https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/ifrs_and_us_gaap_sim/ifrs_and_us_gaap_si m_US/chapter_6_assetsnonf_US/62_impairment_of_lon_US.html#pwc-topic.dita_1520020210219503).
[261] U.S. EIA, Natural Gas Monthly Prices (https://www.eia.gov/dnav/ng/hist/rngwhhdm.htm).

App. 1510

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

## Chart 2



Henry Hub Spot Prices
2010-2024

192. Because natural gas prices commonly rise and fall, companies do not generally make asset investment decisions based on short-term price movement.

193. Long-term price expectations better reflect the long-term life cycle of ExxonMobil's assets, which are typically measured in decades.[262] ExxonMobil used its Corporate Plan Prices, which are finalized

---

[262] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 69. EMC_RAM 000000080, p. 2-5. Defendants Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 10-11.

App. 1511

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

in or around November of each year and published in its internal Data Guide,[263] for all purposes, including planning and investment decisions, budgeting decisions, and impairment analysis.[264] To comply with US GAAP, ExxonMobil uses the same prices for its impairment analysis that it uses in these other areas of its business. Using the Corporate Plan prices for impairment analysis is consistent with the accounting literature, which requires that prices used for impairment analyses are consistent with "the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections."[265] These prices are long-term views of ExxonMobil's expectations of natural gas prices over the entire life of an asset, which align with the expected asset cash flows and value ExxonMobil will receive from the asset.

**X.B.   Analysis of ExxonMobil's Processes and Disclosures Concerning the RMDG Impairment**

194.   I interviewed ExxonMobil personnel, and reviewed documents and depositions produced in this matter to obtain an understanding of how information in the impairment analysis is collected, reviewed, and reported in order to comply with the appropriate accounting standards. In addition, ExxonMobil describes its impairment process in its Form 10-K filings in the MD&A and notes to the financial statements sections.[266]

---

[263] 2015 Data Guides and Appendices (EMC_RAM_NYAG 003536589 and EMC_RAM_NYAG 002821568). 2016 Data Guide and Appendices (EMC_RAM_NYAG 003567205 and EMC_RAM_NYAG 003560440). Revision 3 containing plan prices finalized and distributed October 20, 2015 per file name in email circulating the 2015 Data Guide (EMC_RAM 001744699 and EMC_RAM 001744830).

[264] SEC Interview Transcripts (SEC000004 at SEC000086). Deposition of Joseph Horne, dated September 17, 2024, p. 65 and 69.

[265] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-30.

[266] ExxonMobil Corporation Form 10-K for the year ended December 31, 2015, p. 57 and 69. ExxonMobil Corporation Form 10-K for the year ended December 31, 2016, p. 59 and 72.

**App. 1512**

Alvarez & Marsal                                                                           CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

X.B.1.    <u>Step 1</u>

195.    ExxonMobil has numerous processes and controls to identify potential impairment indicators. These function monthly in many cases.[267] For example, potential impairment indicators are identified during ExxonMobil's monthly F&O Review process,[268] as well as its annual planning and budgeting process.[269]

196.    During the monthly F&O Reviews, ExxonMobil monitors business performance and price volatility.[270] Actual earnings are compared to plans, and drivers of these variances, such as prices, are discussed and reviewed. Business unit personnel are included in the monthly F&O Review process "to ensure that both functional and affiliate Management is informed of the current status of operations year to date versus plan."[271] A potential impairment indicator may need to be assessed as a result of the F&O Review if, for instance, ongoing operating losses are evidenced through the evaluation of business results, or an unexpected, significant reduction in operating performed occurs (e.g., damage or loss of a facility or well productivity).[272]

197.    Additionally, ExxonMobil uses its Energy Outlook and also its Corporate Plan processes to determine its pricing cases and to assist in identifying potential impairment indicators. In the Corporate

___

[267] SEC Interview Transcripts (SEC000004 at SEC000135).

[268] Defendants Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 8-9. 2016 White Paper (EMC_RAM 000000080), p. 4-5. Deposition of Joseph Horne, dated August 17, 2017, p. 39-40.

[269] Defendants Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 8-9. 2016 White Paper (EMC_RAM 000000080), p. 5. SEC Interview Transcripts (SEC000004 at SEC000055).

[270] Interviews of Cindy Allen and Joseph Horne.

[271] PwC 2015 XTO Audit Memo (PRAM0048953), p. 4 at **Appendix 2.1.** PwC 2016 Upstream Audit Memo (PRAM0006176).

[272] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7.

85


App. 1513

Plan process, ExxonMobil forecasts future performance, proposes and evaluates potential investment decisions, and documents the tactics to optimize the pursuit of its strategies, based on the current and future economic environment.[273] The price guidance documented in ExxonMobil's Corporate Plan Data Guide[274] is assessed, reviewed, and approved annually as part of the Company's planning and budgeting process. The Company's Energy Outlook, which is its long-term outlook of supply and demand fundamentals, further informs the Company management during the planning and budgeting process. Corporate Plans and prices are reviewed by the management committee and endorsed by the board of directors in the fourth quarter of each year.[275] ExxonMobil finalizes its Corporate Plan prices in or around November each year, and publishes them in an internal Data Guide,[276] which are used for numerous purposes, including planning and investment decisions, divestment decisions, budgeting decisions, other business decisions, and impairment analysis.[277] These prices are both short and long-term for ExxonMobil's expectations of natural gas prices over the entire life of an asset. As such, the impairment indicator assessment includes the same parameters, assumptions, and forecasts that are used in the planning process, budgeting process, and in making investment decisions.[278] This is an

---

[273] Defendants Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 8-9. 2016 White Paper (EMC_RAM 000000080), p. 2-5. Interviews of Cindy Allen.

[274] For example, ExxonMobil 2017 Company Plan, dated July 12, 2016 (PRAM0396716).

[275] Deposition of Joseph Horne, dated September 17, 2024, p. 21 and 65. Finance Committee October 28, 2015 Meeting Minutes (EMC_RAMIREZ 000163693), Board of Directors November 24, 2015 Meeting Minutes (EMC_RAMIREZ 000163694), Board of Directors October 26, 2016 Meeting Minutes (EMC_RAM_NYAG 003558123) at 125, and Finance Committee October 26, 2016 Meeting Minutes (EMC_RAMIREZ 000163692).

[276] 2015 Data Guides and Appendices (EMC_RAM_NYAG 003536589 and EMC_RAM_NYAG 002821568). 2016 Data Guide and Appendices (EMC_RAM_NYAG 003567205 and EMC_RAM_NYAG 003560440). Interviews of Joseph Horne.

[277] SEC Interview Transcripts (SEC000004 at SEC000086). Deposition of Joseph Horne, dated September 17, 2024, p. 65 and 69.

[278] Deposition of Joseph Horne, dated September 17, 2024, p. 69. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 57 and 70. Exxon Mobil Corporation Form 10-K for the year

App. 1514

important fact because US GAAP requires that "assumptions used in developing impairment [future cash flow] estimates shall be reasonable in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections, accruals related to incentive compensation plans, or information communicated to others."[279]

198.    In combination with these processes, monthly Watchlist meetings are held to discuss significant events affecting the Company.[280] The purpose of the Watchlist is to monitor unusual, one-time events, or possible future events, that could have the potential for a significant impact on ExxonMobil's results. There are various levels of Watchlists that are maintained internally on a monthly basis, including a Watchlist specific to the upstream process. Within upstream, items with a potential impact over $5 million after tax are monitored. Items greater than $10 million are reported on the corporate, consolidated version of the Watchlist.[281] The Watchlists are reviewed by various levels of leadership at ExxonMobil, as well as PwC.[282]

199.    Based on interviews of Mr. Horne and Ms. Allen, these multiple monitoring tools (planning and budgeting, F&O Review meetings, and Watchlist process and associated meetings) all inform ExxonMobil's assessment of potential impairment indicators. F&O and Watchlist meetings are held monthly. These meetings, as well as continuous discussions between departments, identify key events that could take place or that have taken place throughout the year. The final assessments in relation to

---

ended December 31, 2016, p. 59, 72, and 79. PwC 2016 XTO Audit Memo (PRAM0022167), p. 4 at **Appendix 3.1**. PwC 2016 Upstream Audit Memo (PRAM0006176), p. 16.

[279] ASC 360: Property, Plant, and Equipment, ASC 360-10-35-30.

[280] Defendants Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 8-9. 2016 White Paper (EMC_RAM 000000080), p. 11. Deposition of Joseph Horne, dated August 17, 2017, p. 38. 2015 and 2016 Watchlists (PRAM0011819 and PRAM0107279).

[281] SEC Interview Transcripts (SEC000004 at SEC000053 and 54). Interviews of Joseph Horne.

[282] SEC Interview Transcripts (SEC000004 at SEC000054 and 138).

**App. 1515**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

_____

the financial statements and disclosures for each year, as a result of these monitoring tools throughout the year, are documented in ExxonMobil's Impairment White Papers, as discussed further below, and the monthly, quarterly, and year-end F&O Reviews. Commodity prices are also monitored and discussed in preparation for, and during, these monthly processes and in preparation for the release of ExxonMobil's results each quarter.[283]

200.    The White Papers are prepared by ExxonMobil to document the process of reviewing the potential impairment indicators as set forth in the FASB literature, as well as the results of the impairment process.[284] I further understand that the White Papers on potential impairment indicator assessment are reviewed by ExxonMobil senior management,[285] and they are issued under the Vice President and Controller's signature.[286]

201.    We reviewed two White Papers, one for 2015 and one for 2016. The White Papers have two general sections: i) the general, ongoing process for identifying and evaluating potential impairment indicators or "triggers" under ASC 360 and ii) the assessment of potential impairment indicators specific to the year being audited. The first section lays out in detail each of the six potential impairment indicators set forth in ASC 360 along with the controls and processes that the Company has in place to monitor and ensure compliance with the standard. These tools and processes include:

- Outlook for Energy, which is ExxonMobil's detailed worldwide forecast for future energy supply and demand;

_____

[283] For example, Exxon Mobil Corporation Q1 2016 Earnings Call, dated April 29, 2016, p. 4 and 19 and Exxon Mobil Corporation Q3 2015 Earnings Call, dated October 30, 2015, p. 18.

[284] Interviews of Joseph Horne. SEC Interview Transcripts (SEC000004 at SEC000068).

[285] Interviews of Joseph Horne.

[286] The Corporate Vice-President and Controller is the Principal Accounting Officer who signs the certification with to designing, establishing, and maintaining internal controls with respect to financial reporting.

**App. 1516**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

- Watchlist process, together with the annual Company Plan process, which facilitates efficient and timely communication of potential impairment indicators;

- Monthly F&O reviews, which cover cost and earnings metrics as well as volume, prices, costs, margins, safety, and other operational indicators of adverse or potentially adverse events;

- Capital budget process that requires management approval of cost supplements or overruns that exceed 10%; and

- Ad hoc reviews of certain long-lived assets which can be characterized as an extension of the annual Company Plan process.

202.    This first section of the White Papers concludes that the Company has strong controls and processes that assist management in monitoring the performance of its long-term assets and monitoring for potential impairment indicators. These controls and processes are both forward-looking and backward-looking.

203.    The second section of the White Papers assesses the six impairment indicators during the current year. For each of the six impairment indicators, potential events affecting identified assets are described and analyzed. For example, it was noted in 2015 that management approval was required for cost overruns at Kearl during the development phase. As part of the approval process, updated project economics and Absolute Value Profit metrics were provided to management. Furthermore, the process noted that the undiscounted cash flow at Kearl remained well in excess of the carrying value, even at the low end of ExxonMobil's long-term price outlook. Similarly, to assess the potential of future losses being a potential impairment trigger, the Company prepared a detailed asset recovery analysis specifically for the XTO assets, including the RMDG assets, which was attached to the White Paper. "Reviews were held with successively senior levels of management, culminating in a review with [ExxonMobil's] Chairman and CEO during the fourth quarter." Finally, the White Papers are signed by the Vice President and Controller.



App. 1517

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

---

204.    ExxonMobil reviews the potential indicators in combination with other factors to determine whether an impairment indicator has occurred that would affect its assets (or asset groups) temporarily or if the effect has the potential to be permanent. ExxonMobil reviews other factors such as history of cash flow or operating losses, and a forecast for cash flow or operating losses in the future.[287] ExxonMobil did not identify the presence of an impairment indicator 2015. However, the presence of an impairment indicator was identified in 2016.

X.B.2.    Step 2

205.    If the presence of an impairment indicator is identified as part of ExxonMobil's Step 1 analyses, a recoverability test (Step 2) is performed by the Controller's Organization in conjunction with input from operating and planning organizations.[288] Assessing the recoverability of an asset requires assessing whether its current book value on the balance sheet is supported by anticipated future cash flows to the Company. Testing for recoverability is done by comparing the net carrying value of the asset group to the undiscounted net cash flows to be generated from the use and eventual disposition of that asset (asset group). For example, if an asset has a book value on the balance sheet of $10 million, but the company anticipated only $500,000 of positive undiscounted cash flows per year for the next 10 years ($500,000 x 10 years = $5 million), then the $10 million book value is not recoverable and a fair value analysis is required. ExxonMobil evaluated the detailed cash flow models during its impairment analysis for 2015 and 2016.[289] Recoverability assessment of Upstream assets starts at the business unit level by creating detailed analysis documenting production and costs expectations, which

---

[287] SEC Interview Transcripts (SEC000004 at SEC000135-136).
[288] Deposition of Joseph Horne, dated August 17, 2017, p. 86-87 and 90. Interviews of Joseph Horne.
[289] Deposition of Joseph Horne, dated August 17, 2017, p. 91-92.



App. 1518

Alvarez & Marsal                                                              CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

for the RMDG assets included a well-by-well analysis. These expectations use "management's latest view of future volumes, prices, costs, potential capital expenditures, if it is an asset in progress, inflation rates, views of efficiency that are consistent… [and] reasonable in relation to its budgets and forecasts"[290] to develop the undiscounted cash flow profile on an asset group level.[291] The use of data for impairment analysis that is consistent with data used throughout ExxonMobil's business decisions is necessary for compliance with US GAAP.

### X.B.3.    Step 3

206.    If the undiscounted cash flows are less than the net book value (Step 2), ExxonMobil's business unit performs a fair value analysis (Step 3), which is reviewed by multiple levels of management. In doing so, the Company reviews summaries of cash flow estimates and evaluates what value a market participant may ascribe to the asset. If the fair value is determined to be less than the carrying value, then an impairment charge is recognized and the asset is written down to the fair value.

207.    The following chart is a high-level illustration of ExxonMobil's internal process for Upstream impairment monitoring:[292]

---

[290] SEC Interview Transcripts (SEC000004 at SEC000141).
[291] SEC Interview Transcripts (SEC000004 at SEC000141).
[292] 2015 FA Walkthrough 8.24 (PRAM0558318). Interviews of Cindy Allen.



**App. 1519**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

**Chart 3**



X.B.4.      2015 Analysis

208.  ExxonMobil conducted an assessment for impairment indicators in 2015 due to the low natural gas price environment at the time (Step 1).[293] ExxonMobil documented its assessment in its White Paper, stating that it did not identify the presence of an impairment indicator due to price volatility (i.e., projected prices were only temporarily low and there were no indicators of future cash flow losses or operating losses).[294]

209.  As part of its analysis for potential impairment indicators, ExxonMobil compared the net carrying value of its assets to the undiscounted net cash flows to be generated from the assets. Although in line with a Step 2 analysis (but not required under ASC 360 because a Step 1 impairment indicator had not been identified), ExxonMobil performed this recoverability analysis to ensure there were no indicators

---

[293] Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 10. 2015 Upstream Asset Recoverability Discussion presentation (EMC_RAM 001592975). Asset Recoverability presentation (EMC_RAM 000989549).

[294] Deposition of Joseph Horne, dated August 17, 2017, p. 62. 2015 White Paper (EMC_RAM 000008739), p. 4.

**App. 1520**

of future cash flow losses or persistent operating losses, which are provided as potential indicators of impairment under ASC 360-10-35-15.[295] ExxonMobil developed the inputs for its undiscounted cash flow analysis during the annual planning and budgeting process.[296] The asset recoverability models are reviewed by supervisors for reasonableness, and internal controls are in place surrounding these models.[297] ExxonMobil documented its analysis of potential impairment indicators in a presentation titled "XTO Asset Recoverability Review."[298] Management prepared cash flow forecasts for each asset group in its consideration of potential impairment indicators. Significant "headroom" existed in the 2015 cash flow forecasts, as illustrated by the "Delta" column in the screenshot below from the Asset Recoverability Review, and management determined that no impairment indicator existed as there were no forecasts of insufficient cash flow or operating losses (i.e., the "Delta" column is positive for each asset).[299]

**Figure 12**

| | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Bakken | 77.1 | (19.2) | (18.2) | 39.7 | 6.8 | 32.9 | 2,159 | 2,246 | 96% | 6.2 | 6.4 | 97% |
| Uintah | 13.9 | (5.2) | (5.0) | 3.7 | 1.9 | 1.8 | 682 | 1,011 | 67% | 2.2 | 2.5 | 86% |
| Piceance | 97.1 | (33.5) | (41.0) | 22.5 | 1.9 | 20.6 | 4,680 | 11,708 | 40% | 10.5 | 26.0 | 40% |
| San Juan | 4.6 | (2.5) | (0.7) | 1.4 | 0.6 | 0.8 | 137 | 633 | 22% | 1.0 | 1.3 | 80% |
| Green River | 1.3 | (0.8) | 0.0 | 0.5 | 0.3 | 0.2 | 0 | 0 | 0% | 0.2 | 0.2 | 100% |
| Raton | 8.6 | (2.8) | (3.7) | 2.0 | 0.9 | 1.2 | 612 | 675 | 91% | 1.3 | 1.4 | 90% |
| Total | 772.5 | (340.4) | (222.5) | 206.6 | 63.3 | 218.9 | 30,600 | 51,603 | 50% | 95.3 | 139.3 | 58% |

---

[295] Interviews of Cindy Allen, Joseph Horne, and Kirsten Bannister.
[296] Deposition of Joseph Horne, dated August 17, 2017, p. 78-80.
[297] SEC Interview Transcripts (SEC000004 at SEC000072-75). Interviews of Joseph Horne and Cindy Allen.
[298] 2015 Asset Recoverability Review (EMC_RAM_SEC 000000349).
[299] 2015 Asset Recoverability Review, p. 44 (EMC_RAM_SEC 000000349).

**App. 1521**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

210.    PwC evaluated with ExxonMobil the Asset Recoverability Review presentation[300] created by

ExxonMobil as a result of its analysis. ExxonMobil concluded, and PwC concurred, an impairment

indicator related to the RMDG assets was not present in 2015.[301]

211.    ExxonMobil considered all potential impairment indicators listed in ASC 360 and concluded that

none existed at year end 2015. The following are quotes from ExxonMobil's 2015 White Paper and

illustrate this point.

- "The Corporation has long been on record stating that it does not view temporarily low
  prices or margins as a trigger event for conducting impairment tests… Based on
  historical perspectives and in light of the 'Outlook for Energy,' management believes
  the recent weakness in oil and gas prices is characteristic of commodity price
  cycles."[302]

- "The monthly F&O and annual [Company] Plan processes assisted management in
  identifying those Upstream assets that were most at risk from a potential impairment
  perspective… In light of that situation, and the continued weakness in industry
  conditions, management performed a detailed analysis as part of an extension of the
  annual [Company] Plan process… The results of that assessment indicated that future
  cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts
  for EM's major Canadian and U.S. Upstream assets in total. In addition, no individual
  asset group was found to have undiscounted future cash flows less than its respective
  carrying value. Based on those results, management concluded no indication of
  continuing losses is likely, the carrying value of Upstream long-lived assets was
  recoverable, and no impairment trigger had occurred."[303]

This illustrates that ExxonMobil in essence performed a Step 2 analysis, even though it was not

required (i.e., even though there was not an impairment indicator). The results of this analysis

---

[300] XTO Asset Recovery Review, November 2015 (EMC_RAMIREZ 000116120 at EMC_RAMIREZ
000116130). 2015 Upstream Recoverability Review, November 2015 (EMC_RAMIREZ 000116120 at
EMC_RAMIREZ 000116184).

[301] PwC Upstream Recoverability Review (PRAM0000037), p. 4. XTO Asset Recoverability Review,
November 2015 (EMC_RAMIREZ 000116120) at EMC_RAMIREZ 000116174.

[302] 2015 White Paper (EMC_RAM 000008739), p. 4.

[303] 2015 White Paper (EMC_RAM 000008739), p. 6.

**App. 1522**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

demonstrate that the undiscounted cash flows were greater than the carrying value, indicating sufficient headroom and no impairment of the asset.[304]

### X.B.5.    2016 Analysis

212.    The primary factors which existed in the fourth quarter of 2015 after the Corporate Plan was approved, were also present in the first three quarters of 2016.[305] "…[D]espite these events continuing into the first three quarters of 2016, management did not determine it represented a triggering event. There were no significant changes in events or circumstances which led management to believe that a reconsideration of their previous impairment assessment was necessary."[306] ExxonMobil "does not consider short term price changes to be potential indicators of impairment…,"[307] as illustrated in the below table.[308]

---

[304] XTO Asset Recoverability Review, November 2015 (EMC_RAMIREZ 000116120 at EMC_RAMIREZ 000116174).
[305] PwC 2016 XTO Audit Memo (PRAM0022167), p. 4.
[306] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5.
[307] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5.
[308] See also **Attachment 3** (Emphasis added).

**App. 1523**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

**Table 10**

| | | 2016 Disclosures - Price Volatility |
|---|---|---|
| **Filing** | **Filing Date** | **Disclosure** |
| 2015 10-K | 2/24/2016 | In general, the **Corporation does not view temporarily low prices or margins as a trigger event** for conducting impairment tests. The markets for crude oil, natural gas and petroleum products, have a **history of significant price volatility**. Although prices will occasionally drop significantly, industry **prices over the long term** will continue to be driven by market supply and demand. |
| Q1 2016 Earnings Call | 4/29/2016 | ...we're in a **low-price period**, like we've been in the past. As I've said, we've really **designed these assets to be very durable during a low-price environment**. It continue to generate -- our producing assets continue to generate cash flow. And over the **long term**, we will continues to demonstrate industry-leading returns on capital employed. |
| Q1 2016 10-Q | 5/4/2016 | The organization continues to **respond effectively to challenging industry conditions**, capturing enhancements to operational performance and creating margin uplift **despite low prices**. The scale and integrated nature of our cash flow provide competitive advantage and support consistent strategy execution. |
| Q2 2016 10-Q | 8/3/2016 | The **results reflect sharply lower commodity prices**, weaker refining margins and continued strength in the Chemical segment. While our financial results reflect a volatile industry environment, ExxonMobil remains **focused on business fundamentals**, cost discipline and advancing selective new investments across the value chain to extend our competitive advantage. The corporation benefits from scale and integration, which provide the financial flexibility to invest in attractive opportunities and **grow long-term shareholder value.** |
| Q3 2016 10-Q | 11/3/2016 | Results reflect **lower refining margins and commodity prices**. ExxonMobil's integrated business continues to deliver solid results. While the operating environment remains challenging, the company continues to focus on capturing efficiencies, advancing strategic investments, and creating **long-term shareholder value**. |

*Note: Bolding added for emphasis*

213.    Due to the weakness in the upstream industry environment in 2016, ExxonMobil notified the public in a press release and an 8-K filed on October 28, 2016, that it would conduct an assessment of its major long-lived assets as part of its annual planning and budgeting process, which is typically finalized in December.[309]

---

[309] Exxon Mobil Corporation Form 8-K filed October 28, 2016, p. 5.



**App. 1524**

214.    ExxonMobil conducted a review for impairment indicators in 2016 (Step 1), during which the presence of an impairment indicator was identified.[310] The primary factors contributing to this conclusion include[311]:

- Weak industry condition and commodity prices;
- Continued operating losses for Upstream assets, notably in the US;
- Management's reduction in near and long-term commodity prices; and
- Reduced production expectations and allocation of capital for certain assets.

215.    Several asset groups indicated the need for an impairment assessment, based on the review of current and future operating performance,[312] in combination with a reduction in the Company's outlook on long-term prices. ExxonMobil's Uintah, San Juan, Green River, and Raton Basin properties were among the assets requiring an undiscounted cash flow analysis (Step 2).[313] ExxonMobil documented its assessment in the 2016 White Paper.[314] The impairment indicator assessment was reviewed by ExxonMobil senior management, including David Rosenthal, the Vice President and Controller.[315]

216.    ExxonMobil then tested for recoverability by comparing the net carrying value of its assets to the undiscounted net cash flows to be generated from the assets (Step 2). To do so, ExxonMobil completed "another analysis, very similar to the comprehensive assessment [it] did in 2015"[316] by preparing an

---

[310] Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 12. 2016 White Paper (EMC_RAM 000000080), p. 6.

[311] PwC 2016 XTO Audit Memo (PRAM0022167), p. 4.

[312] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7.

[313] January 10, 2017 Asset Recoverability Fair Value Review with PwC (PRAM0017962 at PRAM0017992).

[314] PwC 2016 XTO Audit Memo (PRAM0022167), p. 3. Deposition of Joseph Horne, dated August 17, 2017, p. 61-62.

[315] PwC 2016 XTO Audit Memo (PRAM0022167), p. 3.

[316] Exxon Mobil Corporation Q3 2016 Earnings Call, dated October 28, 2016, p. 15.

**App. 1525**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

undiscounted cash flow analysis to assess its RMDG assets for impairment.[317] ExxonMobil developed

the inputs for its undiscounted cash flow analysis during the annual planning and budgeting process.[318]

The asset recoverability models and fair value models are reviewed by supervisors for reasonableness,

and internal controls are in place surrounding these models. Moreover, the assumptions and results of

the asset recoverability and fair value models are further reviewed with business unit management and

commercial teams, as appropriate.[319] ExxonMobil documented its Step 2 analysis in a presentation

titled "Asset Recoverability Review."[320]

217.    For 2016, the RMDG assets' undiscounted cash flows were less than the net book values; therefore,

ExxonMobil estimated the fair value of the assets (Step 3), as documented in ExxonMobil's 2016 Fair

Value Assessment Reviewed with PwC.[321]

218.    As a result of its fair value assessment, ExxonMobil booked a $2.03 billion impairment loss (after-

tax), mostly related to its RMDG assets, which was reported in its 2016 Form 10-K filed on February

22, 2017.[322]

219.    ExxonMobil concluded, and PwC concurred, that an impairment related to the RMDG assets

occurred in the fourth quarter of 2016.[323] As a result of the 2016 impairment loss, PwC reconsidered

___

[317] Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023, p. 12. Asset Recoverability Review, November 29, 2016 (EMC_RAM 000000080 at EMC_RAM 000000119). Deposition of Joseph Horne, dated August 17, 2017, p. 200-201.
[318] Deposition of Joseph Horne, dated August 17, 2017, p. 78-80.
[319] SEC Interview Transcripts (SEC000004 at SEC000072-75). Interviews of Joseph Horne and Cindy Allen.
[320] 2016 Asset Recoverability Review (PRAM0000207).
[321] SEC Interview Transcripts (SEC000004 at SEC000076 and 80). January 10, 2017 Asset Recoverability Fair Value Review with PwC (PRAM0017962 at PRAM0017992). Deposition of Joseph Horne, dated August 17, 2017, p. 200-201.
[322] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 45, 59, and 79.
[323] PwC 2016 XTO Audit Memo (PRAM0022167), p. 3 and 7.

**App. 1526**

whether a prior year impairment was necessary. PwC determined that the conclusions reached in 2015 "reflected the appropriate inputs and assumptions at that time and that as of 2015 no impairments existed."[324] In other words, PwC affirmed the conclusion that no impairment loss of the RMDG assets occurred in 2015.

220.    In addition to the SEC's focus on reserves, as discussed above, both ExxonMobil and PwC were also aware of the SEC's heightened focus on disclosures related to pricing and the risk of impairment charges during the class period.[325] PwC identified that impairment was one of the top 10 comment letter topics during this time frame.[326] Specifically, the SEC questioned whether companies had adequately assessed and reflected the required disclosures in their 2015 annual filing for this topic.

221.    Just as ExxonMobil took steps to ensure it met its reporting obligations related to reserves, it also took steps to ensure it met its reporting obligations related to impairment. ExxonMobil ensured those responsible for Form 10-K disclosures were aware of any significant changes year over year in terms of operations and regulations, as identified throughout the year by the Accounting Policy Team. The disclosures, themselves, were additionally reviewed by multiple levels of ExxonMobil employees.

222.    The Plaintiff alleges that ExxonMobil should have booked an impairment loss at year-end 2015, or earlier in 2016, rather than at year-end 2016.[327] I reviewed the economic conditions in 2015 and throughout 2016 to understand the changes between the years and the potential impact on the assets at issue in this matter.

---

[324] PwC 2016 XTO Audit Memo (PRAM0022167), p. 7.

[325] See, for example, PwC 2015 SEC Comment Letter and Disclosure Trends, p. 3 (PRAM0553869) and EM 2015 10-K Disclosure Review (EMC_RAM 000986618).

[326] PwC 2016 SEC Comment Letter and Disclosure Trends, p. 5 (PRAM0398403).

[327] Consolidated Complaint for Violations of the Federal Securities Laws, dated July 26, 2017, p. 140-141 and 143.

App. 1527

Alvarez & Marsal                                                                CONFIDENTIAL
*Ramirez v. ExxonMobil*

223.    Expectations of lower future prices is one of many potential impairment indicators. Because a company's ability to withstand a decline in future prices is individualistic, economic conditions should be looked at individually, as well as in combination with other factors, to assess the impact on asset projections, and company operations.

224.    As discussed previously, ExxonMobil routinely evaluates its properties for proper accounting presentation. This process is summarized in a White Paper that documents potential impairment indicators. I have reviewed the White Papers relating to the analyses performed in both 2015 and 2016, which list the following possible indicators that ExxonMobil evaluates:[328]

- Significant decrease in the market price of a long-lived asset;

- Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition;

- Significant adverse changes in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator;

- An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset;

- Current period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset; and

- Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

225.    The above indicators are recited directly from the guidance of ASC 360 and are addressed and responded to in the 2015 and 2016 White Papers.[329] I have reviewed the 2015 and 2016 White Papers

---

[328] 2015 White Paper (EMC_RAM 000008739). 2016 White Paper (PRAM0186015).
[329] 2015 White Paper (EMC_RAM 000008739). 2016 White Paper (PRAM0186015). ASC 360: Property, Plant, and Equipment. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016.

**App. 1528**

to determine whether changes were made to the process employed by ExxonMobil. ExxonMobil performed a similar analysis process for the 2015 year as it did for the 2016 year, and this process was in accordance with ASC 360, as summarized in the following table for the ExxonMobil assets. The following indicators are taken from the 2015 and 2016 White Papers:[330]

**Table 11**

| EM's Determination of Impairment Indicators in 2015 and 2016 | | |
| --- | --- | --- |
| **Presence of Impairment Indicator Found?** | **2015** | **2016** |
| Significant decrease in the market price of a long-lived asset | No | No |
| Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition | No | Yes |
| Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator | No | No |
| An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset | No | No |
| Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset | No | Yes |
| Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life | No | No |

226.    I have read the White Papers and other documents produced in this matter, and interviewed ExxonMobil personnel, to obtain an understanding of, and to evaluate its impairment process and calculations.

---

[330] 2015 White Paper (EMC_RAM 000008739). 2016 White Paper (PRAM0186015).

101



**App. 1529**

227.    As indicated in the above table**,** ExxonMobil considered all potential impairment indicators listed in ASC 360 and concluded that an impairment indicator existed for certain assets in 2016. The following are quotes from ExxonMobil's 2016 White Paper and illustrate this point.

- "Based on its assessment of long-term, worldwide demand considerations, and its estimates of long-term supply costs, the Board of Directors reviewed and endorsed in late 2016 a reduction in the mid-point of the Corporation's Opportunity Case price outlooks for crude oil and North America natural gas. While not by itself a circumstance that would require performing impairment testing, management considered this an event that needed to be evaluated in the context of other potential impairment testing indicators to determine if certain asset groups should undergo recoverability assessments. Notably, given that management had undertaken an extensive asset recoverability assessment in late 2015, it did not conclude that any facts or changes in circumstances had occurred through the first three quarters of 2016 to indicate that impairment assessments were warranted."[331]

- "The monthly F&O and annual [Company] Plan processes assisted management in identifying those Upstream assets that were most at risk for potential impairment."[332]

- "In light of those operating results, the continued weakness in industry conditions, and a preliminary reduction in the Corporation's price outlooks that was endorsed by the Board in November, management performed a detailed analysis of certain major asset groups as part of its annual [Company] Plan process… in a few isolated cases, individual asset groups were found to have undiscounted future cash flows less than the respective carrying value… Based on those results, it was necessary to conduct a fair value analysis for those assets, in connection with the preparation and review of the Corporation's year-end financial statements for inclusion in its 2016 Form 10-K."[333]

228.    The result of ExxonMobil's Step 2 analysis in 2016 demonstrates that the undiscounted cash flows of the RMDG Properties were less than their carrying values.[334]

---

[331] 2016 White Paper (EMC_RAM 000000080), p. 6.
[332] 2016 White Paper (EMC_RAM 000000080), p. 8.
[333] 2016 White Paper (EMC_RAM 000000080), p. 8-10.
[334] Asset Recoverability Review, November 29, 2016 (EMC_RAM 000000080 at EMC_RAM 000000195).

App. 1530

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

## X.C.    SEC Comment Letters

229.    ExxonMobil noted in its 2015 Form 10-K Disclosure Review document the following with respect

to the SEC's focus on impairment:[335]

---

[335] 2015 10-K Disclosure Review (EMC_RAM 000986618) (Highlights added by A&M).

103



App. 1531

**Figure 13**

## 10-K Disclosure Review

Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  + SEC believes "…sentiment has changed…" regarding duration of industry downturn
  + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  + If higher future price outlook prevented impairments, then must disclose assumptions

- PwC compilation of recent SEC comments to oil & gas companies confirms emphasis
  + Impairment comments increased significantly from prior years

- Recent public comments by senior SEC officials and others
  + SEC less inclined to engage in extended "back and forth" on comment letters – referring more situations to Enforcement earlier
  + Valuation and impairment issues attracting Division of Enforcement attention

- Widespread, material impairments among competitors leaves impression that ExxonMobil is an outlier

- SEC will be looking for enhancements to disclosures related to price environment

- No SEC comment letter since 2013;  anticipate SEC letter in 2016
  + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
  + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

- Business and financial reporting environments require careful re-consideration of 10-K disclosures
  + Target enhancements in specific areas where SEC and user interest is high
  + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
  + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
  + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"



**App. 1532**

230.    The SEC Comment Letter received by ExxonMobil in 2016 related to its 2015 Form 10-K requested the following clarifications with regard to ExxonMobil's impairment disclosures and its consideration of price volatility[336]:

- "Please tell us in more details the pricing assumptions used in your asset impairment assessment…"

- "As part of your response, explain how your use of these prices takes into consideration the requirements of FASB ASC paragraphs 360-10-35-29 to 35."

- "Your disclosure indicates that you do not view 'temporarily' low prices or margins as a trigger event for conducting impairment tests. Expand this disclosure to clarify how you determine whether low prices or margins are temporary and to explain how you consider items such as the decrease in your standardized measure between December 31, 2014 and December 31, 2015 or the recurring quarterly losses reported in your US upstream operations during 2015 and the first half of 2016 in assessing whether a triggering event has occurred."

231.    ExxonMobil included the following points in its response to the SEC's above request on October 24, 2016[337]:

---

[336] SEC Comment Letter to ExxonMobil, September 8, 2016 (EMC_RAMIREZ 000140163), p. 2-3.
[337] Exxon Mobil Response to SEC Comment Letter, October 24, 2016 (PRAM0021757), p. 3-9 (Highlights added by A&M).

App. 1533

**Figure 14**

The Corporation rigorously assesses the fundamentals of worldwide energy markets by region each year, seeking to identify long-term trends important to our business. We annually publish the high-level results of our energy market analysis, the most recent of which is "The Outlook for Energy – a View to 2040", available on our website and summarized on pages 41 and 42 of our 2015 Form 10-K. Through its analysis of long-term energy markets, the Corporation develops a range of price assumptions for use in its annual planning and budgeting process. These prices are consistent with those management uses to evaluate investment opportunities, and we test a project's economic performance over a wide range of prices. We used the midpoint of the range in our assessment of major long-lived assets in late 2015. Given the long-term nature of the energy business our focus is appropriately weighted more toward long-term market fundamentals than short-term volatility considerations.

To develop cash flow projections for the purposes of our 2015 assessment, and in accordance with FASB ASC paragraph 360-10-35-30, the Corporation used its long-term view for development activity for each of the assets, consistent with the midpoint of its long-term price outlook. This long-term view included estimates for drilling costs, well productivity, and production costs. These parameters yield a projection for long-term volumes generated by the development activity. The midpoint of the Corporation's price outlooks, adjusted as appropriate for quality and location differentials, was then applied to this volume outlook to develop long-term projections of undiscounted cash flows.

The Corporation believes that its 2015 Form 10-K disclosure appropriately explains what factors it considers when determining potential events for impairment evaluations, and believes significant management judgment must be applied when determining whether or not events and circumstances indicate that long-lived assets should be tested for recoverability. Among such events and circumstances could be a prolonged and deep reduction in commodity prices. As noted earlier in our response to Question 2, the Corporation develops price assumptions for use in its annual planning and budgeting process. In this context, the term "temporary" means any changes in current or near-term prices that do not result in a significant change to the range of long-term price assumptions which the Corporation uses for its capital investment decisions. Over the last 25 years, due to political, economic, and technological reasons, both crude and natural gas prices have exhibited significant volatility, with prices reaching, at their highest, levels that were 10 times or more their lowest over the period. In our business where asset values must be measured over decades, our focus is appropriately weighted more toward long-term market fundamentals than short-term volatility considerations.



**App. 1534**

232.   In response, the SEC requested clarification on "how the prices used in [ExxonMobil's] 2015 asset assessment compared to the prices used in the most recent budgets or forecasts approved by management," and "how [ExxonMobil] determine[s] whether low prices or margins are temporary."[338]

233.   ExxonMobil responded on January 30, 2017, detailing the Corporate Plan and process of determining the Plan Price, as described above.[339] In response to the determination of whether low prices or margins are temporary, ExxonMobil stated that they would expand the disclosure in the 2016 Form 10-K, and provided to the SEC the expanded language, which appears in ExxonMobil's 2016 Form 10-K.[340]

234.   Following ExxonMobil's responses to the SEC's Comment Letters,[341] the SEC completed its review of the Company's 2015 Form 10-K and did not request a modification or restatement by ExxonMobil.[342]

## X.D.   PwC Procedures

235.   As guided by PCAOB audit standard,[343] PwC performed upstream impairment walkthroughs[344] to aid in their understanding of the process and to assist in the development of testing procedures. PwC also performed period end financial reporting walkthroughs, which included discussions of the

---

[338] SEC Comment Letter to ExxonMobil, January 13, 2017 (PRAM0346807), p. 1-2.
[339] ExxonMobil Response to the SEC's Comment Letter, January 30, 2017 (EMC_RAMIREZ 000149145) p. 2-3.
[340] ExxonMobil Response to the SEC's Comment Letter, January 30, 2017 (EMC_RAMIREZ 000149145) p. 5-7. Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 72.
[341] ExxonMobil's Response to the Comments Included in the SEC Letter of September 8, 2016, dated October 25, 2016 and January 30, 2017 (PRAM0021757 and EMC_RAMIREZ 000149137).
[342] SEC Comment Letter to ExxonMobil, April 10, 2017.
[343] PCAOB AS 2110: Identifying and Assessing Risks of Material Misstatement, AS 2110.37-38.
[344] For example, Impairment Walkthrough Upstream documentation, January 2016 (PRAM0000204).

App. 1535

Alvarez & Marsal                                                                              CONFIDENTIAL
*Ramirez v. ExxonMobil*

---

planning and budgeting process[345] and Watchlist process.[346] Based on the walkthroughs performed, PwC gained an understanding to aid in identifying risks, and to understand controls in the business process.[347] Documents produced in this matter also indicate that PwC evaluated the design and efficacy of controls in place over the impairment process.[348]

236.    As part of the 2015 audit, the impairment assessment was reviewed by PwC.[349] They performed and documented the following procedures in their review of the impairment assessment:[350]

- Identified asset group(s) which are held and used;

- Created independent models for the Company Plan to test the inputs, steps, and final conclusions of management's impairment assessment;

- Reviewed and tested the Functional-level Period End Financial Reporting ("PEFR") controls (e.g., F&O Review and Watchlist);

- Discussed with management regarding its process, documentation, and control environment;

- Obtained corroborating and contrary evidence;

- Considered sensitivity analyses; and

- Completed a subsequent events review (events arising after December 31, 2015, and before the issuance of the 2015 Form 10-K).

237.    In PwC's 2015 audit memo regarding XTO's long-lived asset impairment assessment, PwC specifically states that the "**use of plan prices** in analyzing potential investment decisions and asset

---

[345] For example, Period End Financial Reporting, Planning & Budgeting Documentation, 2015 Audit (PRAM0156821).

[346] For example, Period End Financial Reporting, Watchlist Documentation, 2015 Audit (PRAM0458923).

[347] For example, PwC 2016 Financial Reporting Workpaper (PRAM0005285).

[348] For example, PwC planning and testing documents (PRAM0006966, PRAM0135284, PRAM0311178, and PRAM0411114).

[349] Deposition of Joseph Horne, dated August 17, 2017, p. 137-138.

[350] PwC 2015 XTO Audit Memo (PRAM0048953), p. 6-18.

108



**App. 1536**

Alvarez & Marsal

*Ramirez v. ExxonMobil*

CONFIDENTIAL

performance / recoverability is a **standard industry practice**."[351] PwC assessed XTO's long-lived asset impairment assessment as of both September 30, 2015 and December 31, 2015. PwC also considered and provided analysis on events subsequent to year-end impacting the analysis.[352]

238.    As part of PwC's analysis of the asset groups, they confirmed that management's asset grouping on a play or field level was appropriate and in accordance with ASC 360-10-35.[353] At the XTO level, management identified 22 plays within its operating divisions in 2015.[354]

239.    As part of their review of the Functional-level PEFR controls, PwC evaluated the F&O Review, during which management identified that operating losses were evident and indicated the need for "consultation with Functional Management regarding potential trigger indicators."[355] Management identified the need for further assessment of the potential for an impairment trigger by developing a projection of future operating results.[356]

240.    Additionally, PwC reviewed management's 2015 Plan Price in the Company Plan. As noted by PwC, "[a]nnually, all ExxonMobil affiliates (including XTO) prepare a Company Plan document which effectively serves as an internal budget."[357] "PwC verified base prices used for all plays in the model were consistent with the Company Plan."[358] PwC identified that ExxonMobil's long-term view in 2015 had not changed significantly year to year in the past three "Energy Outlooks," and that the 2015 Plan Price was consistent with third party price projections including EIA, IHS-CERA

---

[351] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7 (Emphasis added).
[352] PwC 2015 XTO Audit Memo (PRAM0048953), p. 1 and 11.
[353] PwC 2015 XTO Audit Memo (PRAM0048953), p. 6.
[354] PwC 2015 XTO Audit Memo (PRAM0048953), p. 6.
[355] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7.
[356] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7.
[357] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7.
[358] PwC 2015 XTO Audit Memo (PRAM0048953), p. 10.

App. 1537

(Cambridge Energy Research Associates, PIRA (Petroleum Industry Research Associates), FGE (FACTS Global Energy), and Wood Mackenzie.[359] PwC is aware of, and does not take issue with, the fact that "management does not view the short term volatility in the price environment as a trigger due to overall historical trends of the hydrocarbon market."[360] PwC cites to ExxonMobil's policy in its audit memos an extract of which is shown below.[361]

**Table 12**

| PwC Memo Discussions of EM's Long-Term Outlook | | |
|---|---|---|
| **Subject** | **Audit** | **Statement** |
| XTO Long-lived Asset Impairment Assessment | 2015 | - Management believe these plan prices provide for better decision making and assessment over the long term as they better reflect the fundamentals of hydrocarbon supply and demand.<br>- [D]uring the meeting Management walked us through the results of their calculations of the long-term profitability and asset carrying value recoverability of XTO.<br>- Long-term cash flow projections for XTO appear reasonable based on management's long-term price assumptions and availability of capital... ExxonMobil takes a long-term view of its portfolio and has the underlying balance sheet strength to support this strategy. |
| Upstream Long-lived Asset Impairment Assessment | 2016 | - The Corporation consistently manages its business with a long-term outlook due to the long term nature of its investments, including those discussed in this memo.<br>- ...[T]he Company does not consider short term price changes to be potential indicators of impairment and we further note that in periods of short term upward price volatility the Company has not revised its plan prices.<br>- Moreover, and as noted, Management considers that it is both appropriate and prudent to give more weight to plan price rather than short term spot prices in determining whether short term price volatility is potentially an impairment indicator.<br>- Although impacting short-term profitability, the Corporation's long term view of the economics of its various investments was not significantly affected. |

---

[359] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 14-15.
[360] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 12.
[361] For example, PwC 2015 XTO Audit Memo (PRAM0048953) and PwC 2016 Upstream Audit Memo (PRAM0006176).

**App. 1538**

241.    As illustrated in the above table, and as specifically stated in PwC's 2015 audit memo, PwC did not take exception to management's price assumption.[362]

242.    As part of their year-end audit procedures related to XTO's long-lived asset impairment assessment, PwC considered all of the impairment indicator conditions as it relates to XTO's assets,[363] including the RMDG assets, during which they noted the following:

- No impairment triggering event was identified under the following indicator: "A current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset."[364]
- There had been "no changes to [m]anagement's consideration of plan prices since interim."[365]
- "SEC price does not reflect [m]anagement's view of price and, thus, changes in reserves due to SEC price are not considered indicative of a trigger event."[366]

243.    PwC tested and concluded on the operating effectiveness of all key controls relating to asset impairment.[367] In fact, PwC "consistently validated [m]anagement's significant assumptions with corroborating evidence."[368] PwC also considered any contrary evidence and concluded that they are "not aware of any external data or other information used in the business (e.g., planned dispositions at a loss) that would indicate a potential impairment trigger."[369]

244.    After its 2015 review, PwC concluded that "[m]anagement's process is both aligned with US GAAP accounting principles and the Corporation's Accounting Policy; therefore, Management's

---

[362] PwC 2015 XTO Audit Memo (PRAM0048953), p. 7-8 and 11.
[363] PwC 2015 XTO Audit Memo (PRAM0048953), p. 11.
[364] PwC 2015 XTO Audit Memo (PRAM0048953), p. 12.
[365] PwC 2015 XTO Audit Memo (PRAM0048953), p. 12.
[366] PwC 2015 XTO Audit Memo (PRAM0048953), p. 13.
[367] PwC 2015 XTO Audit Memo (PRAM0048953), p. 16.
[368] PwC 2015 XTO Audit Memo (PRAM0048953), p. 17.
[369] PwC 2015 XTO Audit Memo (PRAM0048953), p. 17.

**App. 1539**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

impairment process is considered to be operating effectively. Additionally, I agree with the determination that there are no assets for which a material impairment should be recorded and that a trigger event has not occurred."[370] PwC concurred with ExxonMobil management that as of December 31, 2015, an impairment triggering event had not occurred.[371]

245.    As part of the 2016 audit, PwC performed the following procedures to test ExxonMobil's impairment assessment, as summarized below:[372]

- Identified asset group(s) which are held and used.

- Evaluated whether there has been an impairment indicator and identified events or circumstances that indicate an asset group may be impaired.

- Tested the analysis of long-lived asset recoverability and determined whether assets are not recoverable.

- Tested the impairment loss calculation and confirmed the impairment loss was appropriately calculated and recognized under appropriate assumptions.

- Agreed the impairment loss recognized to the accumulated depreciation, depletion, and amortization ("DD&A") activity, and analyzed whether the results of the impairment assessment indicate the need for revisions to existing useful lives.

- Evaluated the reasonableness of the estimates used in the impairment assessment.

- Verified that estimates of future cash flows used to test recoverability incorporate the relevant considerations and guidance.

246.    Due to lowering the plan prices in the fourth quarter of 2016, ExxonMobil assessed that future development of some of the RMDG assets was "no longer economic under the new plan price guidance."[373] Management also considered whether an interim update to the plan was necessary but

---

[370] PwC 2015 XTO Audit Memo (PRAM0048953), p. 11.
[371] PwC 2015 Upstream Audit Memo (PRAM0000511), p. 45. PwC 2015 XTO Audit Memo (PRAM0048953), p. 13 and 18.
[372] 2016 PwC Test of Impairment Assessment (PRAM0000884).
[373] PwC 2016 XTO Audit Memo (PRAM0022167), p. 4.



App. 1540

Alvarez & Marsal                                                              CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

determined that there were no significant changes in events or circumstances to merit reconsideration of their previous impairment assessment or interim plan price.[374] PwC concluded that, "[g]iven that [ExxonMobil's] plan prices are indeed a long-term view of prices considering global supply and demand expectations, we would expect interim adjustments to the plan prices to be rare."[375]

247.    With regard to ExxonMobil's processes surrounding updating its plan price and monitoring for impairment, PwC confirmed that these: [376]

> "[D]emonstrate that the Company is continuously monitoring commodity markets as part of their control processes and therefore is well informed and is in position to change their long term price expectations if market conditions were to warrant. Given the long term nature of the industry we would expect that short term price movements would **not** necessarily change long term expectations unless there was the existence of data that suggested the overall supply and demand balance had moved in a way that fundamentally changed the long term outlook."

248.    PwC provided an example when ExxonMobil maintained its long-term outlook in the $80 range, despite crude prices being in the $140 range.[377] PwC went on to conclude that "[t]his demonstrates that the Company is continuously monitoring commodity markets and is prepared to make mid course corrections if necessary, but that their overall view is based on global supply and demand expectations which evolve slowly over time."[378]

249.    During the 2016 audit, PwC did "not believe there were any changes in the global economy or industry which would have warranted an interim change in plan price."[379]

___

[374] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5.
[375] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5.
[376] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5 (Emphasis added).
[377] PwC 2016 XTO Audit Memo (PRAM0022167), p. 5.
[378] PwC 2016 XTO Audit Memo (PRAM0022167), p. 6.
[379] PwC 2016 XTO Audit Memo (PRAM0022167), p. 7.



**App. 1541**

Alvarez & Marsal                                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

250.    Additionally, in 2015 and 2016, PwC evaluated the White Paper on impairment indicator assessment prepared by ExxonMobil.[380]

251.    PwC also evaluated with ExxonMobil the November 29, 2016 Asset Recoverability presentation[381] created by ExxonMobil as a result of its impairment analysis.

252.    In addition to conducting the annual audits of ExxonMobil, PwC also conducts quarterly reviews that are a part of the 10-Q SEC reporting process. In these reviews, PwC specifically addressed the "current price environment" and impairment triggers. In the six quarterly reviews during 2015 and 2016, PwC documented ExxonMobil's position that an impairment trigger did not exist in any of the quarters under review. In each instance, PwC did not take exception to the Company's position.[382] Memos produced in this matter indicate that PwC agreed with management's documentation and conclusions, including the conclusion to record impairments in the fourth quarter (year-end) of 2016.[383]

253.    As a result of its audit procedures, PwC issued clean audit opinions in both 2015[384] and 2016,[385] indicating that PwC found the financial statements to be fairly presented, including adequate disclosures, and in accordance with the applicable accounting standards. Notably, PwC "considered the conclusions reached in 2015 and whether the 2016 impairments call into question those

___

[380] Deposition of Joseph Horne, dated August 17, 2017, p. 66-67. PwC 2016 XTO Audit Memo (PRAM0022167), p. 6-7.

[381] Deposition of Joseph Horne, dated August 17, 2017, p. 218. 2016 PwC Asset Recovery Review (PRAM0005293).

[382] PwC 2015 and 2016 Quarterly Memos (PRAM0002146, PRAM0095695, PRAM0093284, PRAM0087886, PRAM0102992, PRAM0015662, PRAM0000737, and PRAM0000550).

[383] PwC 2016 XTO Audit Memo (PRAM0022167), p. 7.

[384] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015, p. 62.

[385] Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016, p. 64.

114

**App. 1542**

Alvarez & Marsal                                                      CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

conclusions. [PwC] determined that the conclusions reached in 2015 reflected the appropriate inputs and assumption at that time and that as of 2015 no impairments existed."[386] PwC effectively audited the 2015 RMDG asset for impairment twice, once during the 2015 audit and then again during the 2016 audit. In both instances, PwC concluded that in impairment did not exist in 2015.

**X.E.   Mr. Regan's Impairment Analysis and Opinion are Flawed**

254.   In his report, Mr. Regan opines, "Exxon failed to properly comply with impairment-related accounting standards under GAAP resulting in the material overstatement of [RMDG]-related long-term assets as of and for the year ended December 31, 2015." Mr. Regan's analysis is inaccurate and does not comply with US GAAP.

255.   Mr. Regan includes excerpts from an Upstream Impairment Comparison, created by ExxonMobil, to illustrate that "several of Exxon's peers" had PP&E write downs as of December 31, 2015.[387] He describes the reason for these write downs as being due to "sustained low prices."[388] Mr. Horne describes that "the reason this [Upstream Impairment Comparison Summary] was put together was to contrast and explain the impacts of different accounting methodologies as it relates to impairment."[389] Mr. Regan takes the document out of context without taking the next step of identifying differences in the companies, the assets and the asset's location(s) into consideration, such as:

- Specific type and continued use of asset;
- Asset location;
- Carrying value of asset;

___

[386] PwC 2016 XTO Audit Memo (PRAM0022167), p. 7.
[387] Regan Report, para. 50-51. EMC_RAMIREZ 000021186.
[388] Regan Report, para. 50-51.
[389] Deposition of Joseph Horne, dated September 17, 2024, p. 142-143.

115

**App. 1543**

- Price expectations developed by different management teams;

- Cost expectations and cost structures; and,

- Capital investment and development strategies.

256.    Mr. Regan's analysis of the percentage price declines from 2014 to 2015, especially as compared to the price declines from 2015 to 2016, focuses on a relatively short period of time.[390] As demonstrated in **Chart 2** above, natural gas prices have significant short-term volatility. There is not a specific price decline percentage that automatically equates to impairment. What is important is whether or not management's expected prices will fall below management's expected costs for a significant period of time within the context of the expected asset life. In other words, at what point the price falls below the break even point.

257.    Mr. Regan points to the Hugoton Royalty Trust's ("HGT") analysis of impairment indicators for similar assets as evidence that ExxonMobil's own analysis was faulty.[391] Although HGT identified an impairment indicator for its specific circumstances, Mr. Regan correctly acknowledges later in his report that HGT did not, in fact, record an impairment in 2015.[392] This is a perfect example that the identification of an impairment indicator does not mean an impairment has occurred. Further, the nature and composition of the HGT assets were different, with different depreciable bases and cash flows for impairment testing, than the RMDG assets ultimately impaired by ExxonMobil in 2016.[393] Mr. Regan's comparison is irrelevant to ExxonMobil's analysis.

---

[390] Regan Report, para. 176-178, 181-182 and 185-186.
[391] Regan Report, para. 177.
[392] Regan Report, para. 211.
[393] XTO Royalty Trust Impairment Trigger Discussion, March 3, 2016 (EMC_RAM 000986993), p. 7. Deposition of Joseph Horne, dated September 17, 2024, p. 192 and 204-205.

**App. 1544**

Alvarez & Marsal                                                                   CONFIDENTIAL
*Ramirez v. ExxonMobil*

___

258.    It is important to remember that recording an impairment of a long-lived asset is a three-step process. Mr. Regan's focus on potential impairment indicators is Step 1 of this process.[394] As stated above, the identification of an impairment indicator does not mean an impairment has occurred. While ExxonMobil did not identify an impairment indicator, and PwC agreed, it did perform an analysis of undiscounted cash flows, akin to Step 2 of an impairment analysis, to assess asset recoverability. In this analysis, the undiscounted cash flows supported the recorded book value. Therefore, even if an impairment indicator had been identified by ExxonMobil, or PwC, in 2015, an impairment of the RMDG assets did not occur.

259.    Mr. Regan takes issue with the natural gas prices ExxonMobil used in its Asset Recoverability Review. He offers several substitutions to the ExxonMobil Corporate Plan pricing. However, had ExxonMobil used such substitutions, it would have done so contrary to US GAAP. ASC 360-10-35-30 requires "the assumptions used in developing [undiscounted cash flows] shall be reasonable in relation to the assumptions used in developing other information used by the entity for comparable periods, such as internal budgets and projections…" This is exactly what ExxonMobil did, as described in **Section X.B**.

260.    Mr. Regan's use of the Henry Hub NYMEX forward curves, both as an impairment indicator and as substitute pricing assumptions, is flawed. While NYMEX forward curves represent the collection of market prices for a standardized contract, its use beyond the initial 3 to 12 months of pricing data must be carefully considered because volumes of contracts drop significantly after this time period. The RMDG assets had expected lives measured in decades. The information provided from the Henry

___

[394] Regan Report, para. 176-211.

117



App. **1545**

Alvarez & Marsal                                                    CONFIDENTIAL
*Ramirez v. ExxonMobil*

Hub NYMEX forward curves alone are inadequate and are best considered as one data point.[395] Further, as discussed above, ExxonMobil was required by US GAAP to use the prices put forward in its Company Plan, consistent with the prices it used for investment, budgets and other corporate purposes. It could not use NYMEX prices and be in compliance with US GAAP.

261.    Mr. Regan did not consider, or reconcile to his own conclusion, that the SEC did not challenge ExxonMobil's determination that the RMDG assets were not impaired in 2015.

262.    While he invokes PwC's impairment analysis, Mr. Regan fails to reconcile PwC's conclusion that no impairment of the RMDG assets occurred in 2015 with his own assessment. Importantly, PwC revisited this conclusion during the 2016 audit and affirmed their original decision that no impairment of the RMDG assets occurred in 2015. Mr. Regan does not acknowledge this important point.

263.    Mr. Regan alleges that PwC "placed substantial reliance" on ExxonMobil's interim, Q2 2015 analysis of undiscounted cash flows.[396] He does not consider or cite to the analyses performed by ExxonMobil at year-end as documented by PwC.[397]

## XI.    ADDITIONAL INFORMATION

264.    I may update this report because fact discovery is ongoing and to respond to any future opinions and/or analyses put forward by Mr. Regan or other proffered experts put forth by the Plaintiff. This

---

[395] Deposition of Robert Wright, November 25, 2024, p. 169-171 and Deposition of Andrew Swiger, December 4, 2024, p. 29 [Rough Draft].

[396] Regan Report, para. 212.

[397] See, for example, PwC 2015 XTO Audit Memo (PRAM0048953), PwC 2015 Upstream Audit Memo (PRAM0000511) and PwC 2015 U.S. Production Audit Memo (PRAM0003094) at **Appendix 2.3**. Also see, for example, XTO Asset Recoverability Review, November 2015 (EMC_RAMIREZ 000116120) at EMC_RAMIREZ 000116174.

118

**App. 1546**

report is solely for use in connection with the above referenced matter and it is not to be distributed or referred to for any other purpose outside of this litigation without the express written consent of A&M. I may prepare a variety of tables, charts, graphs, and demonstratives to summarize my opinions, analyses and calculations at trial.

*********



**App. 1547**

# William B. Abington, CPA, CFF, CFE

## Managing Director – Disputes and Investigations

700 Louisiana Street
Suite 3300
Houston, TX 77002
wabington@alvarezandmarsal.com
Tel: (713) 221-3915
Cell: (713) 256-4257

**Certifications**

Certified Public Accountant

Certified in Financial Forensics

Certified Fraud Examiner

**Professional History**

PricewaterhouseCoopers
(through 2003) – Coordinated
Firm's National Dispute Analysis
& Investigations practice in Energy
Industry

**Professional Affiliations**

American Institute of Certified
Public Accountants

Texas Society of Certified Public
Accountants

Association of Certified Fraud
Examiners

Petroleum Accountants Society of
Houston

American Bar Association Section
of Natural Resources, Energy and
Environmental Law

**Education**

Texas State University,
Honors Graduate 1981

Bill Abington has over 35 years of experience providing accounting and complex financial analysis, forensic investigations, and advisory services. He leads the firm's dispute consulting services in the energy sector and has worked on domestic and international matters for privately held companies as well as some of the largest companies in the world. He has performed forensic investigations for internally identified company matters, and in response to inquiries made by governmental oversight and regulatory organizations.

The focus of Mr. Abington's work is in the energy industry, including oil, gas, and electricity. He has worked with small and large businesses, including family owned and some of the largest companies in the world on matters dealing with public disputes as well as confidential internal evaluations. He has experience in taking complex issues, working with stakeholders in developing practical solutions, and presenting findings in an easily understood manner.

Mr. Abington has led projects involving civil and criminal matters and has traced transactions through voluminous accounting records and has identified accounting irregularities and misappropriation of funds. He has reviewed financial statements for compliance with GAAP and other applicable accounting standards. He has also evaluated circumstances involving standards applied in financial audits. Mr. Abington's work has been in the context of financial statement consultation, purchase price calculations and true-ups, lost profit analyses and business interruption claims, causation analyses, and business valuation.

Mr. Abington has testified in federal courts and in state courts around the United States, including U.S. Bankruptcy Courts. He has also testified in multiple arbitrations and has served as an arbitrator in matters involving accounting. Mr. Abington has presented his findings to Company Boards and Management, the Securities and Exchange Commission, the Department of Justice, the Department of Interior, the Commodities Futures Trade Commission, the Mineral Management Service, State Auditors, and Indian tribunals. He has also served as trustee over a bankrupt company with a nuclear waste site, where he coordinated activities with the Nuclear Regulatory Commission and other governmental agencies.

Mr. Abington is a Certified Public Accountant, Certified in Financial Forensics, a Certified Fraud Examiner, and an honors graduate of Texas State University. He is a member of the American Institute of Certified Public Accountants, Association of Certified Fraud Examiners, American Bar Association Section of Natural Resources, Energy and Environmental Law, and is active in various civic organizations.

Mr. Abington has spoken many times on the subjects of accounting, financial damages, and fraud to audiences of accountants, financial analysts, lawyers, and other professionals.

Prior to joining Alvarez & Marsal in June 2003, Mr. Abington was a partner with PricewaterhouseCoopers, where he led the firm's dispute analysis practice in the energy sector, concentrating on accounting and financial matters.

**App. 1548**

**William B. Abington**
**Expert Testimony**


Murphy Exploration & Production Company – USA v. Shell Offshore, Inc.
Independent Arbitration

Mabanaft PTE. Ltd. v. Oriental Energy Company, Ltd. and Oriental Energy (Singapore) International Trading PTE. Ltd.
In the District Court of Harris County, Texas
55th Judicial District
Cause No. 2016-78824

Anadarko Petroleum Corporation v. SWEPI LP
International Institute for Conflict Prevention and Resolution
File No. G-17-26-H

BMT O&G TX, L.P., CTV O&G TX, L.P., Keystone O&G, TX, L.P., Thru Line O&G TX, L.P., LMBI O&G TX, L.P., SRBI O&G TX, L.P. and H.L. Brown Operating Co. v. Sheridan Production Company
Contract Arbitration

ISVP Sub, LLC v. Encana Oil & Gas (USA) Inc., Navasota Resources, LTD., LLP, Alta Mesa GP, LLC, and Alta Mesa Holdings, LP
In the District Court of Robertson County, Texas
82nd Judicial District
Cause No. 14-06-19567-CV

Motiva Enterprises LLC v. Bechtel Corporation, Jacobs Engineering Group, Inc., and Bechtel-Jacobs CEP Port Arthur Joint Venture
International Institute for Conflict Prevention and Resolution

Sheila Kahanek v. Kathy Lehne and Sun Coast Resources, Inc
American Arbitration Association
Case No. 01-15-0004-3069

Motiva Enterprises, LLC v. ACE American Insurance Company; et al
Arbitration

Mesa Petroleum Partners LP v. Baytech LLP et al
In the District Court of Reeves County, Texas

**App. 1549**

143rd District Court
No. 15-04-20996-CVR

Apache Corporation v. Nextera Energy Gas Producing, LLC, and Seven Network (United States), Inc.
In the District Court of Harris County, Texas
189th Judicial District
Cause No. 2014-37821

Spring Creek Exploration & Production Company, LLC, Gold Coast Energy, LLC v. Hess Bakken Investments II, LLC f/k/a TRZ Energy LLC; Statoil Oil & Gas LP f/k/a Brigham Oil & Gas LP; and Statoil US Holdings, Inc.
In the United States District Court
District of Colorado
Civil Action No. 1:14-cv-134

Dimmit Wood Properties, Ltd. v. Chesapeake Exploration LLC; Crimson Exploration Operating, Inc.; Exco Operating Company, LP; OOGC America, Inc.; Energy One, LLC; and Liberty Energy LLC v. Sage Energy Company
In the District Court of Dimmit County, Texas 365th Judicial District
No. 13-10-12107-DCV-AJA

Enterprise Texas Pipeline LLC. v. Energy Transfer Fuel L.P.
In the District Court of Harris County, Texas
164th Judicial District
Cause No. 2013-28613

Frank M. Bufkin, III and Twin Resources, LLC v. Arena Resources, LLC *et al ;*
In the District Court of Harris County, Texas
234th Judicial District
Cause No. 2009-79721

Justapor Ranch Company, L.C. v. Escondido Resources II, LLC
In the District Court of Webb County, Texas
406th Judicial District
Cause No. 2013-CV7-001396D1

Total E&P USA, Inc. and Statoil Gulf of Mexico, LLC v. Kerr-McGee Oil & Gas Corporation, Lynn S. Belcher, C. Dan Bump, Cathy A. Zeornes Guy, Gary A. Hummel, Allan D. Keel, Kevin A. Small and Wayny G. Zeornes
United States District Court Eastern District of Louisiana
Civil Action No. 09-6644
Consolidated with No. 10-0106 Section D, Mag. 3

Shatish Patel, M.D., Hemalatha Vijayan, M.D., Subodh Sonwalkar, M.D., and Wolley Oladut, M.D. v. St. Luke's Sugar Land Partnership, L.L.P., et al.
In the District Court of Harris County, Texas
152nd Judicial District

**App. 1550**

Cause No. 2011-24016

Penn Virginia Oil & Gas Corporation and Penn Virginia Corporation vs. Magnum Hunter Resources Corporation
Arbitration pursuant to contract

Conex Holdings, Inc., John Duplissey, James Duplissey and William Harrington v. Wells Fargo Bank, NA., Bank of Montreal, the Prudential Insurance Company of America, Thomas E. McGraw and Troy Jefferson
In the District Court of Jefferson County, Texas
58th Judicial District Cause No. A-189,693

Quipica, LLC et al v. Honghua America, LLC et al ;
International Centre For Dispute Resolution, (American Arbitration Association)
Case No. 50 198 T 00033 12

Holly Refining & Marketing Company – Woods Cross LLC vs. Mullen Crane & Transport, Inc., Olsen-Beal Associates, Co., and Benham Constructors, LLC. ;
In the United States District Court in and for the District of Utah, Central Division
Civil No. 1:11cv00117 BSJ

Noble Drilling U.S. LLC, v. Marathon Oil Company
District Court of Harris County, Texas
215th Judicial District
Cause No. 2011-17919

Frank M. Bufkin, III and Twin Resources, LLC v. Arena Resources, LLC *et al ;*
American Arbitration Association
Arbitration No. 70-198-Y-00587-10

Concept Properties, LLC, a Kentucky Limited Liability Company, by John R. Johnson, M.D. on its behalf and individually v. Steven D. Glassman, M.D., John R. Dimar II, M.D., Warsaw Orthopedics, Inc., Medtronic Sofamor Danek USA, Inc., and Medtronic Sofamor Danek, Inc.;
Jefferson Circuit Court, Division 4, Judge Charles L. Cunningham, Jr.
Cause No. 10-CI-05167

Enterprise Products Partners L.P. and Enterprise Marine Services, LLC v. Arlen B. Cenac, Jr., Cenac Towing Co., L.L.C., Cenac Offshore, L.L.C., CTCO Shipyard of Louisiana, LLC, and CTCO Marine Services, LLC;
American Arbitration Association
Arbitration No. 71-125-Y-00317-11

Millbrae Exploration LLC, et al. vs. Special Energy Corporation and Special Exploration Co., Inc.;
District Court of Tulsa County, State of Oklahoma
Case No. CJ-2010-03028

**App. 1551**

Longview Energy Company, v. The Huff Energy Fund L.P., WRH Energy Partners, LLC, W.R. Huff  Asset Management Co., William R. "Bill" Huff,  Rick D'Angelo, Ed Dartley, Bryan Bloom, Riley-Huff Energy Group LLC, Bobby Riley;
365th Judicial District Court of Zavala County, Texas
Cause No. 11-09-12583-ZCVAJA

SourceGas Distribution LLC, v. Noble Energy, Inc;
190th Judicial District Court of Harris County, Texas
Cause No. 2009-70479

David Wilstein and Leonard Wilstein v. Dernick Resources, Inc. and Pathex Petroleum, Inc.;
164th Judicial District Court of Harris County, Texas
Cause No. 2002-31310

American Food and Vending Corporation vs. Cinram Wireless, LLC;
American  Arbitration Association
Case No. 71-494-Y-00253-09

Noble Energy Marketing, Inc. v. Fulcrum Credit Partners LLC;
United States District Court of Harris County
189th Judicial  District
Case No. 2009-11502

Textileather Corporation vs. Gencorp, Inc.;
United States District Court of Ohio, Western Division
Case No. 3:08 CV 00171

OIL Insurance Limited vs. Dow Chemical Company, et al.;
23rd Judicial District of Assumption parish, Louisiana
Case Number 29,217, Division "B"

Denbury Onshore, LLC vs. Crosstex Energy Services, L.P, et al.;
American Arbitration Association
Case No. 71 198 Y 00748 08

Jacque Oil & Gas Limited, et al. vs. Wagner Oil Company, et al.;
48th Judicial District Court of Tarrant County, Texas
Cause No. 48-221167-06

Paul Douglas Howell vs. Jones D. Finley, Finley Resources, Inc., and Mesa Well Service, LP;
141st Judicial District Court of Tarrant County, Texas
Cause No. 141-220039-06

Torch Royalty Company; Torch E&P Company; and Constellation Energy Partners LLC, v. Willmington Trust Company, as Trustee for Torch Energy Royalty Trust; et al.;
Arbitration Proceeding before JAMS
Case No. 1310017310

**App. 1552**

Modular Process Control, LLC, v. Horsehead Corporation;
United States District Court, Eastern District of Missouri
Case No. 4:06CV1818 FRB

City of Owensboro, Kentucky, and City Utility Commission of the City of Owensboro,
Kentucky, a/k/a Owensboro Municipal Utilities, v. Kentucky Utilities Company;
Case No. 4:04-CV-87(M)

Coral Energy Resources, L.P. vs. Conectiv Energy Services, Inc.;
334th Judicial District of Harris County, Texas
Case No. 2006-40578

Equity Oil Company vs. Atlantic Richfield Company;
District Court, Rio Blanco County, Colorado
Cause No. 2006CV37

Corporacion Durango, S.A., de C.V. and Durango Paper Company v. Grant Thornton LLP;
Superior Court of New Jersey
Docket No.  MID-L-6468-05

LG&E Marketing, Inc., and LG&E Energy LLC v. Oglethorpe Power Corporation;
CPR Institute for Dispute Resolution

Great American Insurance Company, et al., v. The Contractor Advantage, Inc., v. Brown &
Brown, Inc., v. Peag, et al.;
189th Judicial District of Harris County, Texas
Cause No. 2002-33960

Hunt Petroleum Corporation, et al., adv. LLOG Exploration Company L.L.C., et al.
Arbitration pursuant to contract

Finley Resources Inc., et al. v. XTO Energy Inc.;
17th Judicial District of Tarrant County, Texas
Cause No. 017-210270-05

SJW Property Commerce, Inc. vs. Southwest Pinnacle Properties, Inc., Jackson I, Corp.,
Palmer Enterprises, Inc., and G.J. Palmer, Jr., Individually;
In the County Court at Law Number 2, Hidalgo County, Texas
Cause No. CL-43, 917-B

Citgo Petroleum Corporation and PDV Midwest Refining L.L.C, v. McDermott
International, Inc., et al.; The Babcock & Wilcox Company v. Union Oil Company of
California, d/b/a Unocal;
Circuit Court of Cook County, Illinois
Case No. 03-L 009812

**App. 1553**

Microtherm, Inc., et al. v. Puget Plastics Corporation, et al.;
357th Judicial District of Cameron County, Texas
Cause No. 2002-03-000933-E

Rio Ob-Gyn Partners, Ltd., et al. v. McAllen Hospitals, L.P., et al.;
275th Judicial District of Hidalgo, Texas
Cause No. C-3128-03-E

Lakota Resources, Inc., et al. v. Pathex Petroleum, Inc., Dernick Resources, Inc., et al.; 164th
Judicial District of Harris County, Texas
Cause No. 2002-31310

Allfirst Trust Company National Association, solely in its capacity as Trustee v. Bank of
America Arizona, Bank of America National Association, et al.;
U.S. District Court for the District of Arizona
Cause No. CIV-02-1399-PHX-JWS

Louisville Gas & Electric Company v. Continental Field Systems, Inc. and Advanced
Molding Services, LLC;
U.S. District Court, Western District of Kentucky at Louisville
Case No. 3:01CV-387-H

TEL Offshore Partnership and TEL Offshore Trust v. Texaco Exploration and Production
Inc.;
United States District Court for the Southern District of Texas, Houston Division
Cause No. H-01-3901

Sociedad Williams, Enbridge Compania, Claimant and Counter-Respondent v. PDVSA
Petroleo S.A., Respondent and Counter Claimant;
International Chamber of Commerce International Court of Arbitration

Nuevo Energy Company v. Unocal Oil Company of California;
U.S. District Court, Central District of California
Case No. 03-4664-ER (RCx)

Vega Roofing v. Brown & Brown, et al.;
93rd Judicial District Court of Hidalgo County, Texas
Cause No. C-1250-02-B

Exel Bobbins and Plastic Components, Inc. v. JSW Plastics Machinery;
U.S. District Court, Southern District of Texas, Brownsville Division
Civil Action Number B-01-148

Getronics Government Solutions L.L.C. v. Lockheed Martin Space Operations Company;
295th Judicial District Court of Harris County, Texas
Cause No. 2002-05998

**App. 1554**

J&E Oil, Inc. v. ATOFINA Petrochemicals, Inc. f/k/a FINA Oil and Chemical Co. & Alon, USA, L.P. v. J&E Oil Co., Inc. and Jerry Barth;
206th Judicial District Court of Hidalgo County, Texas
Cause No. C-2174-00-D-1

American Central Eastern Texas Gas Company, Ltd. Partnership et al. v. Union Pacific Resources Company, et al.;
U.S. District Court, Eastern District of Texas, Marshall Division
Civil Action Number 2-98-CV-0239-TJW

LG&E Capital Corporation v. Tenaska VI, L.P., et al.;
U.S. District Court, District of Nebraska
Civil Action Number 8:99 CV 258

LG&E Energy Marketing v. City of Springfield, Illinois, City Water, Light and Power Company;
U.S. District Court, Western District of Kentucky, Louisville Division
Civil Action Number 98 CV 485-H

Lycon Inc. v. EVI Oil Tools, Inc., et al.;
U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division
Civil Action Number 98 CV-2125

MDL No. 1206, In Re. Lease Oil Antitrust Litigation;
U.S. District Court, Southern District of Texas, Corpus Christi Division

Harris County Outdoor Advertising Association, et al. v. City of Houston;
281st Judicial District Court of Harris County
Cause Number 87-00827A

Marvin Wolf, et al. v. Chevron U.S.A. Inc., et al.;
District Court of the Third Judicial District in and for the County of Uinta, State of Wyoming
Civil Action 97-132

FINA Oil and Chemical Company v. Pester Marketing Company et al.;
In the United States District Court for the District of Kansas
Cause Number 95-1367-JTM

Beazer East, Inc. v. CSX Transportation, Inc.;
U.S. District Court, Western District of Pennsylvania
Civil Action Number 93-0861

H.S. Finkelstein, Individually, et al. v. TransAmerican Natural Gas Corporation, et al.;
District Court of Zapata County, Texas
49th Judicial District
Cause Number 2824

**App. 1555**

## Attachment 2
### Information Considered

| Documents |
|---|

**Legal Filings**

- Consolidated Complaint for Violations of the Federal Securities Laws, dated July 26, 2017
- Declaration of Charlotte J. Wright, PH.D.,CPA, dated July 26, 2017
- Defendants' Motion to Dismiss the Consolidated Complaint and Brief in Support, dated September 26, 2017
- Memorandum Opinion and Order, dated August 14, 2018
- Defendants' Answer, Defenses, and Affirmative Defenses to the Consolidated Complaint, dated September 27, 2018
- Stipulation Concerning Expert Discovery, dated October 29, 2018
- Memorandum Opinion and Order, dated August 21, 2023
- Scheduling Order, dated October 16, 2023
- Defendants' Objections and Responses to Lead Plaintiff's First Set of Interrogatories, dated November 13, 2023
- Lead Plaintiff's First Requests for Admission to Defendants, dated January 29, 2024
- Agreed Motion and Stipulation to Amend Case Schedule, dated February 21, 2024
- Defendants' Objections and Responses to Lead Plaintiff's First Requests for Admission to Defendants,

**Depositions and Related Exhibits**

- Deposition and Exhibits of Joseph Horne, dated August 17, 2017
- Deposition and Exhibits of Vincent L. Prestipino, dated September 11, 2024
- Deposition and Exhibits of Kirsten M. Bannister, dated September 12, 2024
- Deposition and Exhibits of Joseph Horne, dated September 17, 2024
- Deposition and Exhibits of William Strawbridge, dated October 16, 2024
- Deposition and Exhibits of David Rosenthal, dated November 13, 2024
- Deposition and Exhibits of Richard DuCharme, dated November 14, 2024
- Deposition and Exhibits of Robert Wright, dated November 25, 2024
- Deposition and Exhibits of Andrew Swiger, dated December 4, 2024 [Rough Draft]

**Personnel Interview**

- Interviews of Joe Horne
- Interviews of Cindy Allen
- Interviews of Kirsten Bannister
- Interviews with Sheila Webber
- Interviews with Pablo Tiphaine
- Interviews with Deidre Norman
- Interviews with Scott O'Brien
- Interviews with Darcy Reiter

### Third-Party Sources

- https://www.theglobeandmail.com/report-on-business/industry-news/energy-and-resources/imperial-oil-finally-producing-bitumen-at-
- https://corporate.exxonmobil.com/who-we-are#Corporategovernance
- https://fasb.org/about-us/about-the-fasb
- https://investor.exxonmobil.com/news-events/press-releases/detail/489/exxonmobil-announces-kearl-expansion-project-starts
- https://ir.exxonmobil.com/news-releases/news-release-details/exxonmobil-announces-production-startup-kearl-oil-sands-project
- https://ir.kindermorgan.com/news/news-details/2013/Kinder-Morgan-and-Imperial-Oil-to-Build-Edmonton-Crude-Oil-Rail-Terminal/default.aspx
- https://pcaobus.org/about
- https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/ifrs_and_us_gaap_sim/ifrs_and_us_gaap_sim_US/chapter_6_assetsnonf_US/62_impairment_of_lon_US.html#pwc-topic.dita_1520020210219503
- https://viewpoint.pwc.com/dt/us/en/pwc/accounting_guides/property_plant_equip/property_plant_equip_US/Chapter-5--Impairment/5_2-Impairment-of-long-lived-assets-to-be-held-and-used.html#pwc-topic.dita_ae7de94c-a2ab-4c89-8b09-05d06aa342cc
- https://www.canadianminingjournal.com/news/oil-sands-production-begins-at-kearl-project/
- https://www.cer-rec.gc.ca/en/data-analysis/energy-markets/market-snapshots/2015/market-snapshot-oil-sands-production-increase-but-effects-low-oil-prices-are-evident.html
- https://www.eia.gov/naturalgas/crudeoilreserves/archive/2016/
- https://www.iasplus.com/en/publications/us/industry-spotlight/og/issue-3#:~:text=combination%20of%20both.-
- https://www.imperialoil.ca/company/operations/kearl
- https://www.sec.gov/Archives/edgar/data/49938/000119312514028434/d667612dex991.htm
- https://www.oilsandsmagazine.com/news/2015/5/1/imperial-oil-continues-to-grow-its-oil-sands-production
- https://www.reuters.com/article/world/exxons-new-oil-by-rail-terminal-in-canada-gears-up-for-us-shipments-idUSKBN0KO1W5/
- https://www.sec.gov/about
- https://www.sec.gov/about/offices/oca/acifr/acifr-finalreport.pdf
- https://www.sec.gov/rules-regulations
- https://www.spe.org/en/industry/terms-used-petroleum-reserves-resource-definitions/#:~:text=Proved%20reserves%20are%20those%20quantities,operating%20methods%2C%20and%20government%20regulations
- https://www.sec.gov/rules-regulations/staff-guidance/compliance-disclosure-interpretations/oil-gas-rules
- https://www.spe.org/industry/docs/Petroleum-Resources-Management-System-2007.pdf
- https://www.spe.org/industry/docs/PRMS-Guide-for-Non-Technical-Users-2007.pdf

**App. 1556**

Alvarez & Marsal
Ramirez v. ExxonMobil                                                                    Confidential

## Attachment 2
### Information Considered

| Documents |
|---|

- https://www.eia.gov/todayinenergy/detail.php?id=31592
- https://www.energy.gov/sites/prod/files/2015/10/f27/Energy_Sector_Risk_Profile_RockyMountainRegion.pdf

- https://www.eia.gov/dnav/ng/hist/rngwhhdm.htm

### Accounting Guidance

- AICPA Audit and Accounting Guide: Entities with Oil and Gas Producing Activities
- AICPA Professional Responsibilities ET Section 52 – Article I - Responsibili
- ASC 205: Presentation of Financial Statements
- ASC 250: Accounting Changes and Error Corrections
- ASC 275: Risks and Uncertainties
- ASC 360: Plant, Property, and Equipment
- ASC 932: Extractive Activities - Oil & Gas
- FASB ASU No. 2010-03, Extractive Activities – Oil and Gas (Topic 932), January 2010
- Final Report of the Advisory Committee on Improvements to Financial Reporting to the US and SEC, August 1, 2008
- FASB, Statement of Financial Accounting Concepts No. 8: Conceptual Framework for Financial Reporting, Chapter 3, Qualitative Characteristics of Useful Financial Information
- PCAOB AS 1001: Responsibilities and Functions of the Independent Auditor

- PCAOB AS 1015: Due Professional Care in the Performance of Work
- PCAOB AS 2110: Identifying and Assessing Risks of Material Misstatement
- PCAOB AS 2801: Subsequent Events
- Petroleum Accounting: Principles, Procedures and Issues, 8th Edition
- SEC, Accounting Policies; Cautionary Advice Regarding Disclosure
- SEC Final Rule: Modernization of Oil and Gas Reporting
- SEC Financial Reporting Manual § 9220
- SEC Regulation S-X Rule 4-10: Financial Accounting and Reporting for Oil and Gas Producing Activities
- SEC 17 CFR Parts 210, 229, 230, 239, 240, and 249, Management's Discussion and Analysis, Selected Financial Data, and Supplementary Financial Information, 2021
- SEC Interpretation: Commission Guidance Regarding Management's Discussion and Analysis of Financial Condition and Results of Operations, 17 CFR Parts 211, 231 and 241 [Release Nos. 33-8350; 34-48960; FR-72]

### Company Financial Statement Filings

*Annual Filings*

- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2008
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2011
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2012
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2013
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2014
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2015
- Exxon Mobil Corporation Form 10-K for the year ended December 31, 2016
- Imperial Oil Limited Form 10-K for the years ended December 31, 2011
- Imperial Oil Limited Form 10-K for the years ended December 31, 2012
- Imperial Oil Limited Form 10-K for the years ended December 31, 2013
- Imperial Oil Limited Form 10-K for the years ended December 31, 2014
- Imperial Oil Limited Form 10-K for the years ended December 31, 2015

*Quarter Filings*

- Exxon Mobil Corporation Form 10-Q for the quarter ended March 31, 2015
- Exxon Mobil Corporation Form 10-Q for the quarter ended June 30, 2015
- Exxon Mobil Corporation Form 10-Q for the quarter ended September 30, 2015

*Other Releases*

- ExxonMobil, 2015 Summary Annual Report
- ExxonMobil, 2016 Summary Annual Report
- Imperial Oil Limited Q4 2013 News Release, dated January 30, 2014
- Exxon Mobil Corporation Form 8-K filed February 2, 2015
- Exxon Mobil Corporation Form 8-K filed March 10, 2015
- Exxon Mobil Corporation, Q1 2015 Earnings Call, April 30, 2015
- Exxon Mobil Corporation Form 8-K filed April 30, 2015
- Exxon Mobil Corporation, Q2 2015 Earnings Call, July 31, 2015
- Exxon Mobil Corporation Form 8-K filed July 31, 2015
- Exxon Mobil Corporation Q3 2015 Earnings Call, October 30, 2015
- Exxon Mobil Corporation Form 8-K filed October 30, 2015
- Exxon Mobil Corporation Q4 2015 Earnings Call, February 2, 2016
- Exxon Mobil Corporation Form 8-K filed February 2, 2016
- Exxon Mobil Corporation Form 8-K filed February 19, 2016
- Exxon Mobil Corporation Form 8-K filed March 8, 2016
- Exxon Mobil Corporation Q1 2016 Earnings Call, dated April 29, 2016
- Exxon Mobil Corporation Form 8-K filed April 29, 2016
- Exxon Mobil Corporation, Q2 2016 Earnings Call, July 29, 2016
- Exxon Mobil Corporation Form 8-K filed July 29, 2016

**App. 1557**

Alvarez & Marsal
*Ramirez v. ExxonMobil*                                                                                      Confidential

## Attachment 2
### Information Considered

| Documents | |
|---|---|
| - Exxon Mobil Corporation Form 10-Q for the quarter ended March 31, 2016 | - Exxon Mobil Corporation Form 8-K filed October 28, 2016 |
| - Exxon Mobil Corporation Form 10-Q for the quarter ended June 30, 2016 | - Exxon Mobil Corporation Press Release dated October 28, 2016 |
| - Exxon Mobil Corporation Form 10-Q for the quarter ended September 30, 2016 | - Exxon Mobil Corporation Q3 2016 Earnings Call, October 28, 2016 |
| | - Exxon Mobil Corporation Form 8-K filed January 31, 2017 |
| | - SEC Comment Letter to ExxonMobil, dated April 10, 2017 |

### Produced Documents

- EMC_RAM 000000080
- EMC_RAM 000008739
- EMC_RAM 000986618
- EMC_RAM 000986993
- EMC_RAM 000989549
- EMC_RAM 001592975
- EMC_RAM 001744699
- EMC_RAM 001744830
- EMC_RAM_NYAG 002821568
- EMC_RAM_NYAG 003426312
- EMC_RAM_NYAG 003536589
- EMC_RAM_NYAG 003558123
- EMC_RAM_NYAG 003560440
- EMC_RAM_NYAG 003567205
- EMC_RAM_SEC 000000349
- EMC_RAM_SEC 000024843
- EMC_RAM_SEC 000035525
- EMC_RAM_SEC 000035533
- EMC_RAM_SEC 000083975
- EMC_RAMIREZ 000000161
- EMC_RAMIREZ 000001445
- EMC_RAMIREZ 000004396
- EMC_RAMIREZ 000005456
- EMC_RAMIREZ 000006245
- EMC_RAMIREZ 000009463
- EMC_RAMIREZ 000012279
- EMC_RAMIREZ 000018766
- EMC_RAMIREZ 000018768
- EMC_RAMIREZ 000021186
- EMC_RAMIREZ 000022927
- EMC_RAMIREZ 000030640
- EMC_RAMIREZ 000030836
- EMC_RAMIREZ 000030844
- EMC_RAMIREZ 000030866
- EMC_RAMIREZ 000030973
- EMC_RAMIREZ 000031970
- EMC_RAMIREZ 000032936
- EMC_RAMIREZ 000033450
- EMC_RAMIREZ 000037004
- EMC_RAMIREZ 000037960
- EMC_RAMIREZ 000038008
- EMC_RAMIREZ 000038009
- EMC_RAMIREZ 000048534
- EMC_RAMIREZ 000053664

- EMC_RAMIREZ 000149137
- EMC_RAMIREZ 000149145
- EMC_RAMIREZ 000161335
- EMC_RAMIREZ 000161391
- EMC_RAMIREZ 000161399
- EMC_RAMIREZ 000162333
- EMC_RAMIREZ 000162366
- EMC_RAMIREZ 000163692
- EMC_RAMIREZ 000163693
- EMC_RAMIREZ 000163694
- PRAM0000037
- PRAM0000204
- PRAM0000207
- PRAM0000511
- PRAM0000550
- PRAM0000737
- PRAM0000884
- PRAM0002146
- PRAM0003094
- PRAM0005285
- PRAM0005293
- PRAM0006176
- PRAM0006966
- PRAM0008683
- PRAM0011819
- PRAM0014224
- PRAM0015662
- PRAM0017962
- PRAM0021757
- PRAM0022167
- PRAM0026952
- PRAM0048953
- PRAM0057825
- PRAM0087886
- PRAM0093284
- PRAM0095695
- PRAM0102992
- PRAM0107279
- PRAM0135284
- PRAM0156821
- PRAM0156832
- PRAM0186015
- PRAM0311178
- PRAM0346807

**App. 1558**

**Attachment 2**
**Information Considered**

| Documents | |
|---|---|
| - EMC_RAMIREZ 000056334 | - PRAM0396716 |
| - EMC_RAMIREZ 000056341 | - PRAM0398403 |
| - EMC_RAMIREZ 000066858 | - PRAM0411114 |
| - EMC_RAMIREZ 000085996 | - PRAM0458923 |
| - EMC_RAMIREZ 000103397 | - PRAM0458924 |
| - EMC_RAMIREZ 000116120 | - PRAM0458926 |
| - EMC_RAMIREZ 000140163 | - PRAM0553869 |
| - EMC_RAMIREZ 000142568 | - PRAM0558318 |
| - EMC_RAMIREZ 000142659 | - SEC000004 |
| - EMC_RAMIREZ 000142661 | |

**App. 1559**

**Attachment 3**
**Exxon Price Volatility Disclosures**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 8-K | ExxonMobil Earns $32.5 Billion in 2014; $6.6 Billion During Fourth Quarter | 2/2/2015 | "Exxon Mobil Corporation today announced estimated full-year 2014 earnings of $32.5 billion compared with $32.6 billion a year earlier, reflecting the strength of its integrated business model in a **lower price environment**." "ExxonMobil's results illustrate the value of our proven business model that integrates upstream, downstream, and chemical businesses," said Rex W. Tillerson, chairman and chief executive officer. "Our balanced portfolio uniquely positions ExxonMobil to deliver superior results throughout the commodity price cycle." " **Lower commodity prices** in the Upstream and higher planned maintenance costs in the Downstream were partially offset by improved Chemical margins." | Business Operations | Earnings Summary | 1 |
| 8-K | ExxonMobil Earns $32.5 Billion in 2014; $6.6 Billion During Fourth Quarter | 2/2/2015 | "Upstream earnings were $27.5 billion, up $707 million from 2013. **Lower prices** decreased earnings by $2.0 billion. Favorable volume effects increased earnings by $510 million." | Business Operations | Full Year 2014 vs Full Year 2013 | 4 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "Now as all of you know, the business environment has changed quite dramatically since we last met, with a **sharp decrease in crude oil prices.** The oil and gas business is cyclical, and we have been here before. " "Our investment decisions are based on a long-term view, informed by our energy outlook, and tested across a broad range of economic parameters including a broad range of commodity prices." | Business Operations | N/A | 3 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "Our investment decisions are based on a **long-term view**, informed by our energy outlook, and tested across a broad range of economic parameters including a broad range of commodity prices." | Business Operations | N/A | 3 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "As I mentioned, ExxonMobil remains committed to investing in attractive opportunities through the normal ups and downs of the business cycle. We take that **long-term view** and we test our investments across a wide range of possible business and economic conditions to ensure we are creating value." | Business Operations | N/A | 8 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "We achieved our target of 4 million barrels per day of production and delivered higher Upstream unit profitability, despite **lower crude prices**." | Business Operations | N/A | 7 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "Our U.S. onshore portfolio is resilient. The high-quality and scale of our resources in these core plays deliver attractive returns through the cycle, including in the **current price environment**. We have the financial strength to develop these plays through the cycle, which provides the opportunity to capture significant cost savings in this changing market." | Business Operations | N/A | 12 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "Another key factor reducing cost is our ability to move quickly in a **rapidly changing price environment.** XTO benefits from established vendor and contractor relationships with flexible contractual commitments. XTO also gains flexibility from an agile, decentralized procurement strategy. Backed by the Corporation's financial strength and the depth of XTO's drilling inventory, we can appropriately respond to changes in the price cycle." | Cost management | N/A | 13 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | " In the current market environment, ExxonMobil benefits greatly from our large and profitable Downstream and Chemical businesses. These businesses are resilient to **lower commodity prices** and continue to generate solid cash flow, helping us deliver on our commitments throughout the cycle." | Business Operations | N/A | 16 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/10/2015 | "The **current price environment** we are in and what we have been through is reflective of supply-demand fundamentals, it is no more complicated than that." | Supply and Demand | N/A | 21 |
| 8-K | ExxonMobil Earns $4.9 Billion in First Quarter of 2015 | 4/30/2015 | "Exxon Mobil Corporation today announced estimated first quarter 2015 earnings of $4.9 billion, or $1.17 per diluted share, compared with $9.1 billion a year earlier, demonstrating the value of the company's integrated businesses in a **lower commodity price environment.** ExxonMobil's balanced portfolio delivered solid financial results in the quarter," said Rex W. Tillerson, chairman and chief executive officer. "Regardless of current market conditions, we remain focused on business fundamentals and competitive advantages that create long-term shareholder value." | Business Operations | N/A | 1 |
| Earnings Call | Q1 2015 | 4/30/2015 | "These solid financial results demonstrate the value of our integrated businesses in a **lower commodity price environment.** Regardless of our current market conditions, we remain focused on business fundamentals and competitive advantages that create long term shareholder value." | Business Operations | N/A | 4 |
| Earnings Call | Q1 2015 | 4/30/2015 | "The point I would emphasize for you is that really, regardless of whether we're in a **high-priced cycle or in a lower-priced cycle** that we're in right now, the organization has remained focused on the fundamentals." | Business Operations | N/A | 12 |

**App. 1560**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-Q | Q1 2015 10-Q | 5/6/2015 | "ExxonMobil's first quarter 2015 earnings of $4.9 billion, or $1.17 per diluted share, demonstrate the value of the Company's integrated businesses in a **lower commodity price environment.** Regardless of current market conditions, the **Company remains focused** on business fundamentals and competitive advantages that create **long-term shareholder value**." | Focused on Business Fundamentals | Item 2. MD&A | 14 |
| Earnings Call | Q2 2015 | 7/31/2015 | "On top of that, in a **lower-price cycle**, as I said earlier, we're very well positioned with the global procurement organization to be first in line in capturing those market savings. And if the -- given our long-term investment and our expectation of what demand's going to do, we're very confident that over the time frame -- I mean, the things we're investing in today, some of them, we won't see production on for 5 or 10 years. We're very confident in our demand projections and our ability to turn that into accretive financial performance." | Business Operations | N/A | 19 |
| Earnings Call | Q2 2015 | 7/31/2015 | "In terms specifically of impairments, as you know, we live in a **commodity price environment that has great volatility**. But as I've said several times in our energy outlook, the longer-term market fundamentals remain unchanged. And the life span of our assets are measured, really, in decades. **Therefore, our long-term price views are more stable and, quite frankly, more meaningful for future cash flows and market value. So we expect the business to more than recover the carrying value of the assets on the books.** Obviously, in the course of our ongoing asset management efforts, we do confirm that asset values fully cover carrying costs." | Impairment | N/A | 22 |
| 8-K | ExxonMobil Earns $4.2 Billion in Second Quarter of 2015 | 7/31/2015 | "Our quarterly results reflect the disparate impacts of the **current commodity price environment**, but also demonstrate the strength of our sound operations, superior project execution capabilities, as well as continued discipline in capital and expense management." | Business Operations | N/A | 1 |
| Earnings Call | Q2 2015 | 7/31/2015 | "Throughout the **commodity price cycle**, ExxonMobil has a relentless focus on reducing costs and improving efficiency in our operations while maintaining high operational integrity. We regularly assess our performance relative to competitors and strive to be best in class." | Business Operations | N/A | 6 |
| Earnings Call | Q2 2015 | 7/31/2015 | "But that is the list that we are working on to bring to an FID decision. Some of these are working to further optimize in the **current price environment.** Some may have some opportunities to enhance the commercial terms" | Business Operations | N/A | 13 |
| Earnings Call | Q2 2015 | 7/31/2015 | "There is an ongoing emphasis to try to get that cost structure down. And that's why I made the point earlier that this is something that we have to work 365 days a year. It's not something that's driven by the **price environment.** It's driven by the need to be ever more productive and to compete in a market that there's a lot investment dollars going in." | Cost management | N/A | 21 |
| 10-Q | Q2 2015 10-Q | 8/5/2015 | "Quarterly results reflect the disparate impacts of the current **commodity price environment**, but also demonstrate the strength of our sound operations, superior project execution capabilities, as well as continued discipline in capital and expense management." | Business Operations | Item 2. MD&A | 14 |
| 8-K | ExxonMobil Earns $4.2 Billion in Third Quarter of 2015 | 10/30/2015 | "We maintain a relentless focus on business fundamentals, including cost management, **regardless of commodity prices,**" said Rex W. Tillerson, chairman and chief executive officer. "Quarterly results reflect the continued strength of our Downstream and Chemical businesses and underscore the benefits of our integrated business model." | Business Operations | N/A | 1 |
| Earnings Call | Q3 2015 | 10/30/2015 | "We maintain a relentless focus on our business fundamentals, including cost management, regardless of the **commodity price cycle.** Despite the challenging environment, the corporation also continues to deliver on its investment and operating commitments." | Business Operations | N/A | 4 |
| Earnings Call | Q3 2015 | 10/30/2015 | "Year-to-date, the corporation generated cash flow from operations and asset sales of $27.6 billion with positive free cash flow of $7.4 billion, even amid sharply **lower commodity prices.**" | Business Operations | N/A | 4 |
| Earnings Call | Q3 2015 | 10/30/2015 | "We want to reinforce the importance of the corporation's focus on business fundamentals, regardless of **commodity prices.** And this focus underpins our solid financial and operating results throughout the business cycle." | Focused on Business Fundamentals | N/A | 5 |
| Earnings Call | Q3 2015 | 10/30/2015 | "But as we make the investment decisions, we test those investments across a very wide range of prices, including commodity prices. So -- and that's well within the **current price environment.**" | Business Operations | N/A | 18 |
| 10-Q | Q3 2015 10-Q | 11/4/2015 | "The Corporation maintains a relentless focus on business fundamentals, including cost management, regardless of **commodity prices**. Quarterly results reflect the continued strength of our Downstream and Chemical businesses and underscore the benefits of our integrated business model." | Focused on Business Fundamentals | Item 2. MD&A | 14 |
| Earnings Call | Q4 2015 | 2/2/2016 | "The scale and integrated nature of our cash flows, along with our financial strength, provide us the flexibility and confidence to invest through the **commodity price cycle** to meet long-term energy demand." | Business Operations | N/A | 6 |

**App. 1561**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| Earnings Call | Q4 2015 | 2/2/2016 | "So I guess I'd say that we're **price takers**, and we manage the business to create margin through self-help. Whatever -- we have built this business to ensure that it's durable in a low-price environment. And then any upsurge from that is additional return on the investment. So the organization is very focused on really managing the fundamentals. As I indicated we're -- for both gas and oil, we're constructive on long-term demand growth." | Business Operations | N/A | 10-11 |
| Earnings Call | Q4 2015 | 2/2/2016 | "So unfortunately, as these projects are coming on, the price environment has changed for us. But nonetheless, we still very -- feel very good about the long-term financial performance of these assets because remember, when we make the final investment decision, we're testing those investments across a wide range of economic parameters, including **price**. And as I said earlier, our fundamental focus has been making sure that our business is viable and durable in a **low price environment."** | Business Operations | N/A | 13 |
| 8-K | ExxonMobil Earns $16.2 Billion in 2015; $2.8 Billion During Fourth Quarter | 2/2/2016 | "**Lower commodity prices** in the Upstream were partly offset by higher Downstream earnings." | Business Operations | N/A | 1 |
| Earnings Call | Q4 2015 | 2/2/2016 | "The corporation's 2015 cash flow from operations and asset sales were $32.7 billion with positive free cash flow of $6.5 billion despite sharply **lower crude oil and natural gas prices."** | Business Operations | N/A | 4 |
| Earnings Call | Q4 2015 | 2/2/2016 | "Upstream unit profitability for the year was $4.89 per barrel, excluding the impact of noncontrolling interest volumes. This reflects significantly **lower commodity prices**, partially offset by asset high-grading, including the start-up of new development projects." | Business Operations | N/A | 6 |
| Earnings Call | Q4 2015 | 2/2/2016 | "Yes, sure. I mean, no doubt, profitability is **compressed in this price environment**. As I have said before, we remain very focused on the fundamentals." | Business Operations | N/A | 10 |
| Earnings Call | Q4 2015 | 2/2/2016 | "In this **low price environment**, it presents opportunities, too. And the organization is never satisfied with the status quo." | Business Operations | N/A | 14 |
| Earnings Call | Q4 2015 | 2/2/2016 | "Well, I mean, clearly, I mean, given the **uncertainty in prices,** we're going to maintain prudency." | Business Operations | N/A | 14 |
| Earnings Call | Q4 2015 | 2/2/2016 | "We invest to ensure that the business is durable, at **low prices**. We continue to manage the business based on our focus on the fundamentals to create margin." | Business Operations | N/A | 15 |
| Earnings Call | Q4 2015 | 2/2/2016 | "I tell you that the **current environment is clearly tough,** but we've managed the business to be durable on the **low end of commodity prices.** We're very well positioned to continue the same level of superior performance in the future, and we think that all underpins the strong credit rating that we have." | Business Operations | N/A | 17 |
| Earnings Call | Q4 2015 | 2/2/2016 | "We won't speculate on specific **prices** or differentials. We certainly expect the **weakness**, until supply and demand comes back into balance and the storage overhang is worked off. As I've said a few times, Allen, regardless of what the price is doing, we're going to keep on focused on those things that we control, which really translates into self-help margin." | Supply and Demand | N/A | 22 |
| 8-K | ExxonMobil Announces 2015 Reserves Additions | 2/19/2016 | "Natural gas proved reserves were reduced by 834 million oil-equivalent barrels primarily in the United States **reflecting the change in natural gas prices**." <br>**"'ExxonMobil has a successful track record of proved reserves replacement over the long term, demonstrating the strength of our global strategy to identify, evaluate, capture and advance high-quality opportunities,'** said Rex W. Tillerson, chairman and chief executive officer." | Reserves | N/A | 1 |
| 10-K | 2015 10-K | 2/24/2016 | "When crude oil and natural gas **prices are in the range seen in early 2016** for an extended period of time, under the Securities and Exchange Commission's (SEC) definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil." | Reserves | Item 2. Properties | 5 |
| 10-K | 2015 10-K | 2/24/2016 | "In addition, proved reserves could be affected by an extended period of **low prices** which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects." | Reserves | Item 2. Properties | 6 |
| 10-K | 2015 10-K | 2/24/2016 | "When crude oil and natural gas **prices are in the range seen in late 2015 and early 2016** for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil." | Reserves | Item 2. Properties | 6 |

**App. 1562**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-K | 2015 10-K | 2/24/2016 | "Accordingly, **changes in benchmark prices** for crude oil and natural gas only provide broad indicators of changes in the earnings experienced in any particular period." | Business Operations | Market Risks, Inflation and other Uncertainties | 54 |
| 10-K | 2015 10-K | 2/24/2016 | "The asset management program includes a disciplined, regular review to ensure that all assets are contributing to the Corporation's strategic objectives. The result is an efficient capital base, and the Corporation has seldom had to write down the carrying value of assets, even during periods of **low commodity prices.**" | Business Operations | MD&A | 55 |
| 10-K | 2015 10-K | 2/24/2016 | "The Corporation works to minimize costs in all **commodity price environments** through its economies of scale in global procurement and its efficient project management practices." | Cost management | MD&A | 55 |
| 10-K | 2015 10-K | 2/24/2016 | "When crude oil and natural gas **prices are in the range seen in late 2015 and early 2016** for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil. **We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Reserves | MD&A | 56 |
| 10-K | 2015 10-K | 2/24/2016 | "If crude oil, natural gas, petroleum product and chemical product **prices** continue in the range seen in early 2016, the Corporation could be subject to a lower of cost or market inventory valuation adjustment." | Business Operations | MD&A | 58 |
| 10-K | 2015 10-K | 2/24/2016 | "When crude oil and natural gas **prices are in the range seen in late 2015 and early 2016** for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, such as oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts that could be required to be de-booked as proved reserves on an SEC basis are subject to being re-booked as proved reserves at some point in the future when price levels recover, costs decline, or operating efficiencies occur. Under the terms of certain contractual arrangements or government royalty regimes, **lower prices** can also increase proved reserves attributable to ExxonMobil. **We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Reserves | Supplemental Information on O&G Exploration and Production Activities | 103 |
| 10-K | 2015 10-K | 2/24/2016 | "Mainly due to **low prices** during 2015, the Corporation reclassified approximately 1 GOEB of proved undeveloped reserves, primarily natural gas reserves in the United States, which no longer meet the SEC definition of proved reserves." | Reserves | Item 2. Properties | 7 |
| 10-K | 2015 10-K | 2/24/2016 | "While **commodity prices are volatile** on a short-term basis and depend on supply and demand, ExxonMobil's investment decisions are based on our long-term business outlook, using a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes." | Supply and Demand | MD&A | 40 |

**App. 1563**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-K | 2015 10-K | 2/24/2016 | "The upstream industry environment has been challenged throughout 2015 with abundant crude oil supply causing crude oil **prices to decrease to levels not seen since 2004**, while natural gas prices remained depressed. However, current market conditions are not necessarily indicative of future conditions. The markets for crude oil and natural gas have a history of significant price volatility. ExxonMobil believes prices over the long term will continue to be driven by market supply and demand, with the demand side largely being a function of global economic growth. On the supply side, prices may be significantly impacted by political events, the actions of OPEC and other large government resource owners, and other factors. To manage the risks associated with price, ExxonMobil evaluates annual plans and all investments across a wide range of price scenarios. The Corporation's assessment is that its operations will exhibit strong performance over the long term. This is the outcome of disciplined investment, cost management, asset enhancement programs, and application of advanced technologies." | Supply and Demand | MD&A | 42 |
| 10-K | 2015 10-K | 2/24/2016 | "Although **price levels** of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of all of its investments over a broad range of prices. The Corporation's assessment is that its operations will continue to be successful over the long term in a variety of market conditions. This is the outcome of disciplined investment and asset management programs." | Supply and Demand | MD&A | 55 |
| 10-K | 2015 10-K | 2/24/2016 | **"In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting impairment tests.** The markets for crude oil, natural gas and petroleum products have a history of significant price volatility. **Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand.** On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. **The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted."** | Impairment | MD&A | 57 |
| 10-K | 2015 10-K | 2/24/2016 | "In light of continued **weakness in the upstream industry environment in late 2015,** the Corporation undertook an effort to assess its major long-lived assets most at risk for potential impairment. The results of this assessment confirm the absence of a trigger event and indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets. The assessment reflects crude and natural gas prices that are generally consistent with the long-term price forecasts published by third-party industry experts. Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future. Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for impairment. Due to the inherent difficulty in predicting future commodity prices, and the relationship between industry prices and costs, it is not practicable to reasonably estimate a range of potential future impairments related to the Corporation's long-lived assets." | Impairment | MD&A | 57 |
| 10-K | 2015 10-K | 2/24/2016 | "In general, the **Corporation does not view temporarily low prices or margins as a trigger event** for conducting impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. **Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand."** | Impairment | Notes to Consolidated Financial Statements | 69 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "Our investment decisions, made with a long-term view, are informed by our Energy Outlook and tested across various economic parameters including a broad range of **commodity prices.** Finally, once we decide to invest, our world-class project execution delivers competitive, reliable assets." | Business Operations | N/A | 2 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "Our integrated business model remains resilient through the **price commodity cycle.** We are continuing a disciplined and paced investment approach focused on creating value while maintaining our commitment to a reliable and growing dividend." | Business Operations | N/A | 2 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "Now, as all of you well know, the business environment has changed dramatically, even since we met last year, with a sharp decrease in crude oil and natural gas prices. The graphic is a stark reminder of the volatile and cyclical nature of **commodity prices** in our business. The Corporation is uniquely suited to endure these conditions and outperform competition, leaving us best-positioned to capture value in the upturn." | Business Operations | N/A | 2 |

**App. 1564**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "In 2015, our return on capital employed of 7.9% was significantly impacted by the **drop in oil and gas prices**, but was nearly 4 percentage points higher than our nearest competitor." | Business Operations | N/A | 6 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "We anticipate growing cash flow through the decade and not solely on the back of potential **crude price increases**, although we certainly stand to benefit from any improvement in the commodity price cycle. But at any given crude price, we are prudently managing the business to grow underlying cash flow from completed new projects that have been underway for the last few years." | Business Operations | N/A | 9 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "We manage the business to achieve industry-leading returns throughout the **commodity price cycle**." | Business Operations | N/A | 9 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "These businesses are resilient over a range of **commodity prices** and they play an important countercyclical role in contributing to the Corporation's financial commitments. In today's **low price environment**, they generate solid cash flow and support investments across all our portfolios." | Business Operations | N/A | 16 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "As highlighted by the current industry environment, these businesses are resilient to **lower commodity prices** and continue to generate solid cash flow, allowing us to deliver on our commitments through the cycle." | Business Operations | N/A | 19 |
| 8-K | Exxon Mobil Corporation Analyst Meeting | 3/8/2016 | "Our integrated business model remains resilient through the **commodity price cycle**, providing the cash flow and the financial strength to continue a disciplined and paced investment approach focused on creating value while maintaining our commitment to a reliable and growing dividend." | Business Operations | N/A | 19 |
| Earnings Call | Q1 2016 | 4/29/2016 | "Now for the shorter-cycle investments that you're really asking about, by and large, it is the same, but with a much narrower focus on the near-term business climate. So it's not really a **price trigger** for us, it's really a combination of all the relevant factors to ensure that we're maintaining our very prudent financial management, but at the same time, ensure that we have financial flexibility, continue to invest when opportunities come along." | Business Operations | N/A | 8 |
| Earnings Call | Q1 2016 | 4/29/2016 | "So, yes, there is a low-price -- we're in a **low-price period**, like we've been in the past. As I've said, we've really designed these assets to be very durable during a low-price environment. It continue to generate -- our producing assets continue to generate cash flow. And over the long term, we will continue to demonstrate industry-leading returns on capital employed." | Business Operations | N/A | 18 |
| 8-K | ExxonMobil Earns $1.8 Billion in First Quarter of 2016 | 4/29/2016 | "The impacts of **sharply lower commodity prices** and weaker refining margins were partly offset by strong Chemical results." | Business Operations | N/A | 1 |
| 8-K | ExxonMobil Earns $1.8 Billion in First Quarter of 2016 | 4/29/2016 | "The organization continues to respond effectively to challenging industry conditions, capturing enhancements to operational performance and creating margin uplift **despite low prices**," said Rex W. Tillerson, chairman and chief executive officer." | Business Operations | N/A | 1 |
| Earnings Call | Q1 2016 | 4/29/2016 | "Crude oil **prices were quite volatile** and decreased relative to last quarter, while natural gas prices continued to fall." | Business Operations | N/A | 4 |
| Earnings Call | Q1 2016 | 4/29/2016 | "We built this business to be very durable in a **low-price environment**. And we've maintained the financial flexibility throughout in order to continue to take advantage of opportunities, whether we're in the top of the cycle or at the bottom." | Business Operations | N/A | 8 |
| Earnings Call | Q1 2016 | 4/29/2016 | "We're not going to change our capital guidance at this point, but I'll tell you that we're making great progress. I'll just say for a moment that the organization has really responded to the **low price environment** in a very effective way. They keep very focused throughout the cycle, but particularly in the bottom of the cycle, and have really risen to the occasion and continue to identify substantial opportunities for the corporation to save both cash and OpEx." | Business Operations | N/A | 9 |
| Earnings Call | Q1 2016 | 4/29/2016 | "Well, I mean, generally speaking, the oil sands, certainly, no doubt, profitability is **compressed in this price environment**." | Business Operations | N/A | 10 |
| Earnings Call | Q1 2016 | 4/29/2016 | "We work the project management and execution very, very well. And then when it starts up, they just keep on working on that cost structure and create margin because we know we can't count on **price**. What we got to count on is the things that we control, that being cost and reliability and our integrity of the operations." | Cost management | N/A | 10 |
| Earnings Call | Q1 2016 | 4/29/2016 | "But we will maintain that relentless focus on cost, regardless of whether we're in a **low-price environment** or in a high-price environment." | Cost management | N/A | 15 |
| Earnings Call | Q1 2016 | 4/29/2016 | "I'd say, first and foremost is that remember, we are **price takers**. We are not counting on price growth. What we are focused on is really maintaining a focus on the things that we control in order to create margin." | Business Operations | N/A | 16 |

**App. 1565**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-Q | Q1 2016 10-Q | 5/4/2016 | "The organization continues to respond effectively to challenging industry conditions, capturing enhancements to operational performance and creating margin uplift despite **low prices.** The scale and integrated nature of our cash flow provide competitive advantage and support consistent strategy execution." | Business Operations | Item 2. MD&A | 15 |
| Earnings Call | Q2 2016 | 7/29/2016 | "The longer that **prices stay in this area code**, probably the more ability to come to a win-win agreement. As I said earlier, Neil, really, it's keeping focused on the full breadth of opportunities and trying to identify where we can come to a win-win solution that adds value for the long term." | Business Operations | N/A | 15 |
| 8-K | ExxonMobil Earns $1.7 Billion in Second Quarter of 2016 | 7/29/2016 | "The results reflect sharply **lower commodity prices**, weaker refining margins and continued strength in the Chemical segment."<br>"'While our financial results reflect a volatile industry environment, ExxonMobil remains focused on business fundamentals, cost discipline and advancing selective new investments across the value chain to extend our competitive advantage,' said Rex W. Tillerson, chairman and chief executive officer." | Business Operations | N/A | 1 |
| 10-Q | Q2 2016 10-Q | 8/3/2016 | "ExxonMobil's second quarter 2016 earnings were $1.7 billion, or $0.41 per diluted share, compared with $4.2 billion a year earlier. The results reflect sharply **lower commodity prices**, weaker refining margins and continued strength in the Chemical segment. While our financial results reflect a volatile industry environment, ExxonMobil remains focused on business fundamentals, cost discipline and advancing selective new investments across the value chain to extend our competitive advantage. The corporation benefits from scale and integration, which provide the financial flexibility to invest in attractive opportunities and grow long-term shareholder value." | Focused on Business Fundamentals | Item 2. MD&A | 15 |
| Earnings Call | Q3 2016 | 10/28/2016 | "In light of **continued weakness** in the upstream industry environment and in connection with our annual planning and budgeting process, we will again perform an assessment of our major long-life assets, similar to the exercise undertaken in 2015." | Impairment | N/A | 6 |
| 8-K | ExxonMobil Earns $2.7 Billion in Third Quarter of 2016 | 10/28/2016 | "Results reflect **lower refining margins and commodity prices**." | Business Operations | N/A | 1 |
| 8-K | ExxonMobil Earns $2.7 Billion in Third Quarter of 2016 | 10/28/2016 | "As disclosed in ExxonMobil's 2015 Form 10-K, low crude oil and natural gas prices can impact the corporation's reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude prices have been significantly affected by the **very low prices experienced** during the first quarter of 2016, but have recovered considerably since that time. If the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these **average prices persist**, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, **lower prices can also increase proved reserves** attributable to ExxonMobil." | Reserves | N/A | 5 |
| Earnings Call | Q3 2016 | 10/28/2016 | "**Crude oil prices** were largely flat, although volatile, whereas natural gas prices strengthened on average compared to the second quarter." | Business Operations | N/A | 4 |
| Earnings Call | Q3 2016 | 10/28/2016 | "As such, the **low-price environment** impacted our 2015 reserves replacement, resulting in a 67% replacement ratio." | Reserves | N/A | 6 |
| Earnings Call | Q3 2016 | 10/28/2016 | "Given that year-to-date crude **prices are down further** from 2015 by almost 25% on the SEC pricing basis, we anticipate that certain quantities of currently booked reserves, such as those associated with our Canadian oil sands, will not qualify as proved reserves at year-end 2016. In addition, if these price levels persist, reserves associated with "end of field life" production for certain other liquids and natural gas operations in North America also may not qualify." | Reserves | N/A | 6 |
| Earnings Call | Q3 2016 | 10/28/2016 | "We follow U.S. GAAP, successful efforts. And under this standard, assessments are made using crude and natural gas **price outlooks** consistent with those that management uses to evaluate investment opportunities." | Business Operations | N/A | 6 |

**App. 1566**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| Earnings Call | Q3 2016 | 10/28/2016 | "And I'd say that first, I just want to recognize the organization for how focused they've been on, particularly in a **low-price environment**, continuing to capture benefits." | Business Operations | N/A | 8 |
| Earnings Call | Q3 2016 | 10/28/2016 | "I mean, the first point is, as I mentioned, we're seeing almost a 25% **reduction in prices** on an SEC basis year-to-date." | Business Operations | N/A | 10 |
| Earnings Call | Q3 2016 | 10/28/2016 | "It's really maintaining a program in a **low-price environment** that allows us to continue to build on our learning curve benefits." | Business Operations | N/A | 13 |
| Earnings Call | Q3 2016 | 10/28/2016 | "I really want to be careful not to speculate on what **prices** we'll do in the future." | Business Operations | N/A | 19 |
| Earnings Call | Q3 2016 | 10/28/2016 | "I'd tell you that, by and large, we're **price takers.** We don't typically speculate. We're taking markets -- positions in markets." | Business Operations | N/A | 20 |
| 10-Q | Q3 2016 10-Q | 11/3/2016 | "As disclosed in ExxonMobil's 2015 Form 10-K, low crude oil and natural gas prices can impact the Corporation's reserves as reported under Securities and Exchange Commission (SEC) rules. Average year-to-date crude prices have been significantly affected by the very **low prices** experienced during the first quarter of 2016, but have recovered considerably since that time. If the average prices seen during the first nine months of 2016 persist for the remainder of the year, under the SEC definition of proved reserves, certain quantities of oil, such as those associated with the Kearl oil sands operations in Canada, will not qualify as proved reserves at year-end 2016. In addition, if these **average prices persist**, the projected end-of-field-life for estimating reserves will accelerate for certain liquids and natural gas operations in North America, resulting in a reduction of proved reserves at year-end 2016. Quantities that could be required to be de-booked as proved reserves on an SEC basis amount to approximately 3.6 billion barrels of bitumen at Kearl, and about 1 billion oil-equivalent barrels in other North America operations. Among the factors that would result in these reserves being re-booked as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil." | Reserves | Item 2. MD&A | 22 |
| 10-Q | Q3 2016 10-Q | 11/3/2016 | "ExxonMobil's third quarter 2016 earnings were $2.7 billion, or $0.63 per diluted share, compared with $4.2 billion a year earlier. Results reflect **lower refining margins and commodity prices**. ExxonMobil's integrated business continues to deliver solid results. While the operating environment remains challenging, the company continues to focus on capturing efficiencies, advancing strategic investments, and creating long-term shareholder value." | Business Operations | Item 2. MD&A | 15 |
| 10-Q | Q3 2016 10-Q | 11/3/2016 | "In light of **continued weakness** in the upstream industry environment during 2016, and as part of its annual planning and budgeting process which is currently in progress, the Corporation will perform an assessment of its major long-lived assets, similar to the exercise undertaken in late 2015, including North America natural gas assets and certain other assets across the remainder of its operations. The assessment will reflect crude and natural gas price outlooks consistent with those that management uses to evaluate investment opportunities and generally consistent with the long-term price forecasts published by third-party industry and government experts." | Impairment | Item 2. MD&A | 23 |
| Earnings Call | Q4 2016 | 1/31/2017 | "One, recognizing the business climate, wanting to stay within our means; and two, in a **low-price environment,** there's unique value that we're able to capture by going back and recycling through the development planning process in some of these projects to try to do things, like reduce the cost structure, add additional resource to increase resource density." | Business Operations | N/A | 18 |
| 10-K | 2016 10-K | 2/22/2017 | "As a **result of very low prices during 2016,** under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies." | Reserves | Item 2: Properties | 5 |
| 10-K | 2016 10-K | 2/22/2017 | "As a result of **very low prices during 2016**, under the SEC definition of proved reserves, the entire 3.5 billion barrels of bitumen at Kearl did not qualify as proved reserves at year-end 2016. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies." | Reserves | Item 2: Properties | 13 |
| 10-K | 2016 10-K | 2/22/2017 | "The Corporation's size, strong capital structure, geographic diversity and the complementary nature of the Upstream, Downstream and Chemical businesses reduce the Corporation's enterprise-wide risk from changes in interest rates, currency rates and **commodity prices.**" | Business Operations | MD&A | 56 |

**App. 1567**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-K | 2016 10-K | 2/22/2017 | "Although the Corporation is reasonably certain that proved reserves will be produced, the timing and amount recovered can be affected by a number of factors including completion of development projects, reservoir performance, regulatory approvals and significant changes in projections of long-term oil and natural gas price levels. In addition, proved reserves could be affected by an extended period of **low prices** which could reduce the level of the Corporation's capital spending and also impact our partners' capacity to fund their share of joint projects." | Reserves | Item 2: Properties | 6 |
| 10-K | 2016 10-K | 2/22/2017 | "While commodity **prices are volatile** on a short-term basis and depend on supply and demand, ExxonMobil's investment decisions are based on our long-term business outlook, using a disciplined approach in selecting and pursuing the most attractive investment opportunities. The corporate plan is a fundamental annual management process that is the basis for setting near-term operating and capital objectives in addition to providing the longer-term economic assumptions used for investment evaluation purposes. Volumes are based on individual field production profiles, which are also updated annually. price ranges for crude oil, natural gas, refined products, and chemical products are based on corporate plan assumptions developed annually by major region and are utilized for investment evaluation purposes." | Supply and Demand | MD&A | 41 |
| 10-K | 2016 10-K | 2/22/2017 | "The upstream industry environment has been challenged in recent years with abundant crude oil supply causing crude oil prices to decrease to levels not seen since 2004, and natural gas prices declined with increased supply. However, current market conditions are not necessarily indicative of future conditions. The markets for crude oil and natural gas have a history of **significant price volatility**. ExxonMobil believes over the long term will continue to be driven by market supply and demand, with the demand side largely being a function of global economic growth. On the supply side, prices may be significantly impacted by political events, the actions of OPEC and other large government resource owners, and other factors. To manage the risks associated with price, ExxonMobil evaluates annual plans and major investments across a range of price scenarios." | Supply and Demand | MD&A | 43 |
| 10-K | 2016 10-K | 2/22/2017 | "Although **price levels** of crude oil and natural gas may rise or fall significantly over the short to medium term due to global economic conditions, political events, decisions by OPEC and other major government resource owners and other factors, industry economics over the long term will continue to be driven by market supply and demand. Accordingly, the Corporation evaluates the viability of its major investments over a range of prices." | Supply and Demand | MD&A | 56 |
| 10-K | 2016 10-K | 2/22/2017 | "As a result of **very low prices** during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl, in Canada. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualify as proved reserves mainly due to the acceleration of the projected end-of-field-life. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. Under the terms of certain contractual arrangements or government royalty regimes, lower prices can also increase proved reserves attributable to ExxonMobil **We do not expect the downward revision of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes.**" | Reserves | MD&A | 58 |
| 10-K | 2016 10-K | 2/22/2017 | "**In general, the Corporation does not view temporarily low prices or margins as an indication of impairment.** Management does not believe that lower prices are sustainable if energy is to be delivered with supply security to meet global demand over the long term. **Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand.** On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. **Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs.**" | Impairment | MD&A | 58-59 |

**App. 1568**

| Filing Type | Filing | Date of Filing | Quote | Focus Area | Disclosure Section | Page(s) # |
|---|---|---|---|---|---|---|
| 10-K | 2016 10-K | 2/22/2017 | "During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses. In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its **longer-term view of prices.** While near-term prices are subject to wide fluctuations, longer-term price views are more stable and meaningful for purposes of assessing future cash flows." | Business Operations | MD&A | 59 |
| 10-K | 2016 10-K | 2/22/2017 | "When the industry experiences a prolonged and deep **reduction in commodity prices**, the market supply and demand conditions may result in changes to the Corporation's long-term price or margin assumptions it uses for its capital investment decisions. To the extent those changes result in a significant reduction in the mid-point of its long-term oil, natural gas price or margin ranges, the Corporation may consider that situation, in conjunction with other events and changes in circumstances such as a history of operating losses, an indicator of potential impairment for certain assets." | Impairment | MD&A | 59 |
| 10-K | 2016 10-K | 2/22/2017 | "**Continued weakness** in the upstream industry environment during 2016, continued weak financial results for several assets in North America, and a reduction in the mid-point of the ranges of the Corporation's long-term oil and natural gas prices developed as part of its annual planning and budgeting cycle led the Corporation to conclude that the facts and circumstances supported performing an impairment assessment of certain long-lived assets, notably North America natural gas assets and certain other assets across the remainder of its Upstream operations. The assessment reflected long-term crude and natural gas prices which are consistent with the mid-point of the ranges that management uses to evaluate investment opportunities and which are in the range of long-term price forecasts published by third-party industry experts and government agencies." | Impairment | MD&A | 59 |
| 10-K | 2016 10-K | 2/22/2017 | "In general, the Corporation does not view **temporarily low prices** or margins as an indication of impairment. Management does not believe that **lower prices** are sustainable if energy is to be delivered with supply security to meet global demand over the long term. **Although prices will occasionally drop significantly**, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an impact on world oil supplies. The demand side is largely a function of global economic growth. **Because the lifespans of the vast majority of the Corporation's major assets are measured in decades, the value of these assets is predominantly based on long-term views of future commodity prices and production costs. During the lifespan of these major assets, the Corporation expects that oil and gas prices will experience significant volatility, and consequently these assets will experience periods of higher earnings and periods of lower earnings, or even losses.** In assessing whether the events or changes in circumstances indicate the carrying value of an asset may not be recoverable, the Corporation considers recent periods of operating losses in the context of its longer-term view of prices. **While near-term prices are subject to wide fluctuations, longer term price views are more stable and meaningful for purposes of assessing future cash flows."** | Impairment | Notes to Consolidated Financial Statements | 72 |
| 10-K | 2016 10-K | 2/22/2017 | "As a result of **very low prices** during 2016, under the SEC definition of proved reserves, certain quantities of oil and natural gas that qualified as proved reserves in prior years did not qualify as proved reserves at year-end 2016 and are reflected as downward revisions. Amounts no longer qualifying as proved reserves include the entire 3.5 billion barrels of bitumen at Kearl. In addition, 0.8 billion barrels of oil equivalent across the remainder of North America no longer qualify as proved reserves mainly due to the acceleration of the projected end-of-field-life. Among the factors that would result in these amounts being recognized again as proved reserves at some point in the future are a recovery in average price levels, a further decline in costs, and / or operating efficiencies. **We do not expect the downward revision of reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Reserves | Supplemental Information on O&G Exploration and Production Activities | 108 |

*Note:*
*A&M added bold for emphasis.*

**App. 1569**

Alvarez & Marsal
*Ramirez v. ExxonMobil*

CONFIDENTIAL

## Attachment 4
## ASC 360 - Impairment of Long-Lived Assets



**Long lived asset (or asset group) - held and used**

*(ASC 360-10-35-16)*

**Step 1: Does an event or change in circumstances indicate the asset (asset group's) carrying amount may not be recoverable?**

1. A significant decrease in the market price of a long-lived asset.
2. A significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition.
3. A significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator.
4. An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset.
5. A current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset.
6. A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life.

*(ASC 360-10-35-21)*

**No** → **No long-lived asset impairment is recognized**

**Yes**

**Step 2: Assess whether the carrying amount of the asset (asset group) can be recovered through future undiscounted cash flows from its use and eventual disposition.**

Is the sum of undiscounted cash flows less than the carrying amount?

*(ASC 360-10-35-17)*

**No** → **No long-lived asset impairment is recognized**

**Yes**

**Step 3: Compare the Fair Value of the asset to its carrying amount.**

Does the asset's carrying amount exceed its fair value?

*(ASC 360-10-35-17)*

**No** → **No long-lived asset impairment is recognized**

**Yes**

**Recognize an impairment loss for the difference between the asset's carrying amount and fair value.**

*(ASC 360-10-35-17)*

# App. 1570

Begno :              EMC_RAM 000986618

Endno :              EMC_RAM 000986627

Date :               1/27/2016 12:00:00 AM

DocTitle :

FileName :           2015 10-K Potential
                     Enhancements RWT - DSR Review Jan 27
                     morning.docx

FilePath :
                     \__NA.xom.com_dfs_IRV_CNTLRS_A
                     CTPLCY_Users_JMH Items\2015 YE Low Price
                     Environment\

Custodian-ALL :

Author :             Melocik, Sandra G

Last Edited By :     Horne, Joseph M



EXHIBIT ___63___
WIT: _____
DATE: _____
V. Hildebrandt, CSR

App. 1571

CONFIDENTIAL

# 10-K Disclosure Review

## Price environment throughout 2015/16 has generated substantial financial and general media attention - unprecedented SEC scrutiny of oil & gas companies

- SEC staff comments at Spring and Fall API meetings
  + Significant reporting obligations related to reserves, impairments, and liquidity in a low price environment
  + SEC believes "…sentiment has changed…" regarding duration of industry downturn
  + MD&A must (i) place prior year results in context of business environment and (ii) discuss trends, uncertainties, and reasonably possible outcomes, quantitatively if possible, as of filing date
  + If negative financial or reserve event disclosed in future, SEC looks to prior filings for "foreshadowing" disclosure of matters or trends that could have been reasonably anticipated
  + If higher future price outlook prevented impairments, then must disclose assumptions

- PwC compilation of recent SEC comments to oil & gas companies confirms emphasis
  + Impairment comments increased significantly from prior years
  + Requesting quantification of impacts of price environment and companies' strategies for responding
  + Requesting insight into companies' consideration of providing more extensive disclosures in areas of liquidity, capital resources, and results of operations
  + Overall significant focus on companies disclosing both qualitative AND quantitative impacts

- Recent public comments by senior SEC officials and others
  + SEC less inclined to engage in extended "back and forth" on comment letters – referring more situations to Enforcement earlier
  + Valuation and impairment issues attracting Division of Enforcement attention

Attorney-Client Privilege                                                    1

EMC_RAM 00986618

**App. 1572**

CONFIDENTIAL

## Implications of price environment and SEC focus for ExxonMobil

- Low commodity prices and continued downgrade of industry credit ratings raise expectations that even the largest companies are at risk

- Widespread, material impairments among competitors leaves impression that ExxonMobil is an outlier

- SEC will be looking for enhancements to disclosures related to price environment

- No SEC comment letter since 2013;  anticipate SEC letter in 2016
    + Status as one of few, if not only, major industry players without major reserves debook (esp. Canadian oil sands) draws attention
    + Focus areas likely to involve risks related to low prices, foreshadowing of reasonably possible future implications of low prices (on reserves, impairments, liquidity), and management's assessment process and conclusions related to impairment triggers

- Business and financial reporting environments require careful re-consideration of 10-K disclosures
    + Target enhancements in specific areas where SEC and user interest is high
    + Demonstrate to SEC that management has assessed potential for incremental risks or financial exposures related to current price environment
    + Address key business environment factors and trends proactively - should reduce risk SEC will require amendment of 10-K; higher likelihood changes, if any, can be addressed in future filings
    + Foreshadow reasonably possible impacts, where material, to address SEC's "20/20 hindsight"

Attorney-Client Privilege                                                                    2

EMC_RAM 000986619

**App. 1573**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| 2 | Low Price Environment | Risk Factors – Supply and Demand<br>At end of paragraph, add **"Any material decline in oil or natural gas prices could have a material adverse effect on the company's operations, financial condition and proved reserves. However, lower prices could also reduce the costs necessary to develop and produce oil and natural gas reserves".** | More directly articulates the risk EM faces in the current price environment |
| 5 | Low Price Environment | Properties – Disclosure of Reserves – Summary of Oil and Gas Reserves<br>Insert the following in the middle of the introductory paragraph, after "…12-month period.": **"When crude oil and natural gas prices are in the range seen in early 2016 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas could temporarily not qualify as proved reserves. Otherwise,"** no major discovery or other favorable or adverse event has occurred since December 31, 2015, that would cause a significant change in the estimated proved reserves <u>as of that date</u>". | Signal that early 2016 prices, if sustained, would impact reserves and could be viewed as an "adverse event". |
| 6 / 56 / 101 | Low Price Environment | Disclosure of Reserves / MD&A – Critical Accounting Estimates – Oil and Gas Reserves / Supplemental Information on O&G Activities – Oil and Gas Reserves<br>Add the following language - **"When crude oil and natural gas prices are in the range seen in late 2015 for an extended period of time, under the SEC definition of proved reserves, certain quantities of oil and natural gas, primarily relating to oil sands operations in Canada and natural gas operations in North America could temporarily not qualify as proved reserves. Amounts required to be de-booked as proved reserves on an SEC basis will likely be re-booked as proved reserves at some point in the future when price levels recover. In addition, according to the terms of certain contractual arrangements or government royalty regimes, lower prices can increase proved reserves attributable to ExxonMobil. We do not expect any temporary changes in reported proved reserves under SEC definitions to affect the operation of the underlying projects or to alter our outlook for future production volumes."** | Addresses need to adequately "foreshadow" material events that could reasonably occur. In the event that EM expects to de-book reserves, we would need to consider additional disclosure at that time. SEC Staff will look at any such events with 20/20 hindsight in developing comment letters. |
| 41 | Earnings | MD&A Forward-Looking Statements<br>Change second sentence to "Actual future **financial and operating** results…" | More directly articulates the potential effect of low prices |
| 42/43 | Low Price | MD&A - Business Environment and Risk Assessment – Upstream and Downstream | Update disclosures to |

Attorney-Client Privilege                         3

EMC_RAM 000986620

**App. 1574**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| | Environment | Update disclosures as follows:<br><br>Upstream - **"The upstream industry environment has been challenged throughout 2015 with abundant crude oil and natural gas supply causing commodity prices to decrease to levels not seen since 2003. However, current market conditions are not determinative of future conditions."**<br><br>Downstream – "The downstream industry environment **improved in 2015. Growth in global demand, stimulated by lower prices for crude oil and transportation fuels, resulted in higher refinery utilization and margins, particularly in Europe and Asia Pacific. Refineries in North America continue to benefit from lower raw material and energy costs due to the abundant supply of crude oil and natural gas."** | address changes in Upstream and Downstream business environments since last year's 10-K. No change required for Chemical |
| 55 | Low Price Environment | MD&A – Market Risk, Inflation and Other Uncertainties<br>Update language "The Corporation's assessment is that its operations will continue to be successful **over the long term** in a variety of market conditions. This is the outcome of disciplined investment and asset management programs". | Clarifies that the Corporation's assessment is a long-term view |
| 55 | Low Price Environment | MD&A - Inflation and Other Uncertainties<br>Refresh the discussion of inflation (especially in relation to "…higher operating and capital costs in recent years…") to reference low price environment leading to deflation / lower service costs in some areas of business. | Refreshes disclosure to better articulate effect of current price environment |
| 56-57/ 68 | Low Price Environment | MD&A – Critical Accounting Estimates – Impact of Oil and Gas Reserves on Depreciation / Note 1 – Summary of Accounting Policies<br>Added the following language **"In the event that the unit-of-production method does not result in an equitable allocation of cost over the economic life of an upstream asset, then a straight-line method is used".** | Enhances disclosure to foreshadow EM's approach in the event that proved reserves for a major property are debooked due to SEC price-related rules. |
| 56-57/ 68 | Low Price Environment | MD&A – Critical Accounting Estimates – Impact of O&G Reserves and Prices on Impairment / Note 1 – Summary of Accounting Policies<br>**Reword/Revise as follows:** | High focus area for SEC. Broaden discussion to cover Downstream and |

Attorney-Client Privilege                                    4

EMC_RAM 000986621

App. 1575

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| | | **The Corporation performs impairment assessments** whenever events or circumstances indicate that the carrying amounts **of its long-lived assets (or groups of assets)** may not be recoverable **through future operations or disposition.** Assets are grouped at the lowest level for which there are identifiable cash flows that are largely independent of the cash flows of other groups of assets **for this assessment.**<br><br>Potential trigger events for impairment evaluation include:<br>• **A significant decrease in the market price of a long-lived asset;**<br>• **A significant adverse change in the extent or manner in which an asset is being used or in its physical condition including** a significant decrease in current and projected reserve volumes;<br>• **A significant adverse change in legal factors or in the business climate that could affect the value, including an adverse action or assessment by a regulator;**<br>• An accumulation of project costs significantly in excess of the amount originally expected;<br>• A current-period operating losses combined with a history and forecast of operating or cash flow losses; and<br>• **A current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life**<br><br>The Corporation performs asset valuation analyses on an ongoing basis as a part of its asset management program. These analyses **and other profitability reviews** assist the Corporation in assessing whether the carrying amounts of any of its assets may not be recoverable.<br><br>In general, the Corporation does not view temporarily low prices or margins as a trigger event for conducting the impairment tests. The markets for crude oil, natural gas and petroleum products, have a history of significant price volatility. Although prices will occasionally drop significantly, industry prices over the long term will continue to be driven by market supply and demand. On the supply side, industry production from mature fields is declining, but this is being offset by production from new discoveries and field developments. OPEC production policies also have an | Chemical.<br><br>Additional language in this area might be viewed as a positive by the SEC and could pre-empt more extensive comments and requests.<br><br>Refreshes disclosure to better articulate effect of current price environment. Provides insight regarding mitigating factors in a low-price environment. |

Attorney-Client Privilege                                        5

EMC_RAM 00986622

**App. 1576**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | impact on world oil supplies. The demand side is largely a function of global economic growth. The relative growth/decline in supply versus demand will determine industry prices over the long term, and these cannot be accurately predicted.<br><br>**If there is a trigger event,** the Corporation estimates the future undiscounted cash flows of the affected properties to judge the recoverability of carrying amounts. Cash flows used in impairment evaluations are developed **using estimates for future** crude oil and natural gas commodity prices, refining and chemical margins, and foreign currency exchange rates. Volumes are based on projected field **and facility** production profiles. These evaluations make use of the Corporation's price, **margin, volume, and cost assumptions** developed in the annual planning and budgeting process, and **are consistent with the criteria management uses to evaluate investment opportunities**.  Where probable reserves exist, an appropriately risk-adjusted amount of these reserves may be included in the evaluation.<br><br>**In light of continued weakness in oil and gas prices in late 2015, the Corporation undertook an effort to assess the recoverability of its major long-lived assets most at risk for potential impairment.  The results of this assessment indicate that the future undiscounted cash flows associated with these assets substantially exceed the carrying value of the assets.  As indicated above, the price, volume, and operating and capital cost assumptions used in the cash flow projections are consistent with amounts used in the annual planning and budgeting process.  The assessment reflects crude and natural gas prices that are relatively low in the near term compared to the previous several years, rising in real terms through 2020.  Beyond 2020, the Corporation's cash flow projections assume prices remain flat in real terms, and assume cost and price inflation of 2.5% per year.  The long-term price outlooks used for the Corporation's projections are generally consistent with the long-term price forecasts published by third-party industry experts.  Critical to the long-term recoverability of certain assets is the assumption that either by supply and demand changes, or due to general inflation, prices will rise in the future.  Should increases in long-term prices not materialize, certain of the Corporation's assets will be at risk for substantial impairment.** | |

Attorney-Client Privilege

6

EMC_RAM 00098662 3

**App. 1577**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 57 | Lower of Cost or Market | MD&A – Critical Accounting Estimates – Inventory<br>**Inventories**<br>**Crude oil, products and merchandise inventories are carried at the lower of current market value or cost (generally determined under the last-in, first-out method – LIFO).  If crude oil and petroleum product prices continue in the range seen in early 2016, the Corporation may be subject to a lower of cost or market adjustment.** | Highlight the potential for a LCM write-down with some forward looking information |
| 69 | Lower of Cost or Market | Note 3 – Miscellaneous Financial Information<br>Add language regarding the potential for a LCM write-down, **"If crude oil, natural gas and petroleum product prices continue to decline, the Corporation may be subject to a lower of cost or market adjustment."** | Highlight the potential for a LCM write-down excluding forward looking information |
| 6 / 43 | Volumes | Disclosure of Reserves / MD&A - Business Environment and Risk Assessment – Upstream<br>Validate statement "…production capacity to grow over the coming years…" | Normal update of disclosures - align with latest outlook and upcoming March Analyst Meeting |

EMC_RAM 000986624

Attorney-Client Privilege                    7

**App. 1578**

CONFIDENTIAL

EMC_RAM 000986625

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| 17 | Well count | <u>Oil and Gas Properties, Wells, Operations and Acreage – Gross and Net Productive Wells</u><br>Restate prior year gross and net wells in the U.S. in regards to non-operated wells | Correct prior year reporting to be consistent with 2015 reporting |
| 23 / 25 | Capacity | <u>Properties – Downstream and Chemical</u><br>Eliminate cost companies from both Refining and Chemical capacity tables to be consistent with throughput in 10-K and throughput and utilization disclosures in F&O. Eliminate Laffan from the list of Downstream properties (footnote was added regarding Laffan) | High-grade disclosure and align with throughput measure |
| 41 | Volumes | <u>MD&A Forward-Looking Statements</u><br>Change "…the outcome of commercial negotiations…" to **"…the impact of fiscal and commercial terms…"** | More directly indicates that fiscal terms can have "built-in" effects on volumes (e.g. Qatar TPOB) |
| 41 | Earnings | <u>MD&A Overview</u><br>After first sentence in second paragraph, insert **"The company's integrated business model, with substantial investments in Upstream, Downstream, and Chemical segments, reduces the Corporation's risk from changes in commodity prices."** | Includes in the 10-K a key theme that otherwise is not directly articulated |
| 42 | COP 21 | <u>MD&A - Business Environment and Risk Assessment – Long-Term Business Outlook</u><br>Added **"The climate accord reached at the recent Conference of the Parties (COP 21) in Paris set many new goals, and while many related policies are still emerging, the *Outlook for Energy* continues to anticipate that such policies will increase the cost of carbon dioxide emissions over time."** | Impact of climate accord |
| 56 / 69 | Revenue Recognition | <u>MD&A – Recently Issued Accounting Standards /</u><br><u>Note 2 – Accounting Changes Update language</u><br>Added the following - **"Sales and Other Operating Revenue" in the Consolidated Statement of Income includes sales, excise and value-added taxes on sales transactions. Upon adoption, revenue will exclude sales-** | Required update to disclosure regarding status of evaluating new standard – no longer permitted to gross up |

**App. 1579**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|------|-------|-----------------------------------|----------------|
| | | based taxes collected on behalf of third parties. **This change in reporting will not impact earnings.**<br><br>**The Corporation continues to evaluate other areas of the standard and its effect on the Corporation's financial statements."** | revenue for sales- based taxes |
| 71 | Non-cash | Note 5 – Cash Flow Information<br>Discussion of "net (gain) on asset sales" will include a reference to an anticipated refinery sale (Torrance) | Pending sale of Torrance |
| 72 | Russia | Note 7 – Equity Company Information<br>Added language clarifying the fact that the maximum exposure for the Russia JVs is a before tax amount | Clarification |
| 74 | Chemical change in asset lives | Note 9 – Property, Plant and Equipment and Asset Retirement Obligations<br>Added language, **"The Corporation periodically reviews the estimated asset service lives of its property, plant and equipment. Effective January 1, 2016, the Corporation revised the estimated asset service life of its process equipment in the Chemical segment to 25 years."** | Disclosure is to avoid the need to add disclosure in each of the 2016 10-Qs |
| 75 / 76 | University 1 Well | Note 10 – Suspended Wells<br>Insert the following language at the end of the text introducing the suspended exploratory well count – **"which includes the Rosneft joint venture exploration activity (refer to the relevant portion of Note 7)".**<br>Revise the introduction to the table discussing suspended wells as follows: - "Of the 55 projects that have exploratory well costs capitalized for a period greater than 12 months as of December 31, 2015, XX projects have drilling in the preceding 12 months or exploratory activity **either** planned in the next two years **or subject to sanctions**." | Clarified for unique situation related to University 1 well |
| 77 | Break out Drilling Rigs and Equip. | Note 11 – Leased Facilities<br>Separately report drilling rigs and related equipment in the lease disclosures | Provide additional information for rating agency use |
| 93 | Geographic Revenue | Note 18 – Disclosures about Segments and Related Information<br>Added note 2 to the geographic sales and other operating revenue disclosure which | Clarifies that international affiliates revenue is not |

EMC_RAM 00986626

Attorney-Client Privilege                                    9

**App. 1580**

CONFIDENTIAL

| Page | Theme | Section and Potential Enhancement | Considerations |
|---|---|---|---|
| | | states, **"Excludes certain sales and other operating revenues in international operations where attribution to a specific country is not practicable."** | allocated to individual countries |
| 95 | Indefinitely Reinvested, Undistributed Earnings | <u>Note 19 – Income, Sales-Based and Other Taxes</u><br>The Corporation had $51 billion of indefinitely reinvested, undistributed earnings from subsidiary companies outside the U.S. .....<br><br>**"that the subsidiaries have retained to fund current and future capital project expenditures. Deferred taxes have not been recorded for potential future tax obligations as these earnings are expected to be indefinitely reinvested for the foreseeable future. As of December 31, 2015, it is not practical to estimate a hypothetical unrecognized deferred tax liability given uncertainties about timing of potential remittances and availability of foreign tax credits."** | Provide greater clarity in an area (unremitted foreign earnings) that has been subject to substantial scrutiny by the SEC over the last few years. |
| 96 | UTBs | <u>Note 19 – Income, Sales-Based and Other Taxes</u><br>Add language | Provide initial disclosure on a topic that could ultimately become well-publicized. |

EMC_RAM 000986627

Attorney-Client Privilege                                    10

**App. 1581**