UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:16-cv-03111-K |
| | § | CLASS ACTION |
| Plaintiff, | § § | |
| vs. | § § § | |
| EXXON MOBIL CORPORATION, et al., | § § | |
| Defendants. | § § § | |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF STEVEN P. FEINSTEIN**

4922-7864-4264.v1

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 1 | Deposition Transcript of Steven P. Feinstein, Ph.D., dated January 22, 2025 | App. 1 - App. 321 |
| 2 | Deposition Transcript of Frank Allen Ferrell, dated January 27, 2025 | App. 322 - App. 495 |
| 3 | Excerpts of the Deposition Transcript of Allen Ferrell, Ph.D., dated March 22, 2019 | App. 496 - App. 501 |
| 4 | Excerpts of the Deposition Transcript of Anthony Saunders, dated February 13, 2025 | App. 502 - App. 506 |
| 5 | Annual Coupon spreadsheet (Deposition Exhibit 6) | App. 507 |
| 6 | Excerpt of "An Introduction to Bond Markets" (4th ed.) (Deposition Exhibit 437) | App. 508 - App. 517 |
| 7 | Declaration of T. Alex B. Folkerth in Support of Lead Plaintiff's Response in Opposition to Defendants' Motion to Exclude the Testimony of Steven P. Feinstein, dated March 14, 2025 | App. 518 - App. 519 |

DATED:  March 14, 2025

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)

<u>        s/ Joe Kendall        </u>
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue, Suite 220
Dallas, TX  75243
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

- 1 -

4922-7864-4264.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (CA Bar No. 168593)
MICHAEL J. DOWD (CA Bar No. 135628)
SPENCER A. BURKHOLZ (CA Bar No. 147029)
SCOTT H. SAHAM (CA Bar No. 188355)
SAM S. SHELDON (CA Bar No. 190502)
JONAH H. GOLDSTEIN (CA Bar No. 193777)
NATHAN R. LINDELL (CA Bar No. 248668)
SARA B. POLYCHRON (CA Bar No. 244685)
ERIKA L. OLIVER (CA Bar No. 306614)
T. ALEX B. FOLKERTH (CA Bar No. 338140)
JUSTIN G. OETTING (CA Bar No. 350807)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
spenceb@rgrdlaw.com
scotts@rgrdlaw.com
ssheldon@rgrdlaw.com
jonahg@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com
afolkerth@rgrdlaw.com
joetting@rgrdlaw.com

Lead Counsel for Plaintiff

- 2 -

4922-7864-4264.v1