UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:16-cv-03111-K |
| | § | CLASS ACTION |
| Plaintiff, | § | |
| | § | |
| vs. | § § | |
| | § | |
| EXXON MOBIL CORPORATION, et al., | § § | |
| | § | |
| Defendants. | § § | |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE TESTIMONY OF D. PAUL REGAN**

4897-2868-4582.v1

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 1 | Excerpts of the Deposition Transcript of William B. Abington, CPA, CFF, CFE, dated January 31, 2025 | App. 1 - App. 25 |
| 2 | Excerpts of the Deposition Transcript of Andrew P. Swiger, dated December 4, 2024 | App. 26 - App. 30 |
| 3 | E-mail from Scott O'Brien to Michael Robison (cc: Colin Delaney et al.) re Kearl Bitumen Realizations, dated February 14, 2017 (Deposition Exhibit 428) | App. 31 - App. 42 |
| 4 | Declaration of T. Alex B. Folkerth in Support of Lead Plaintiff's Response in Opposition to Defendants' Motion to Exclude Testimony of D. Paul Regan, dated March 14, 2025 | App. 43 - App. 44 |

DATED:  March 14, 2025

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)


                      s/ Joe Kendall
                 JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue, Suite 220
Dallas, TX  75243
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

- 1 -

4897-2868-4582.v1

ROBBINS GELLER RUDMAN
 & DOWD LLP
DARREN J. ROBBINS (CA Bar No. 168593)
MICHAEL J. DOWD (CA Bar No. 135628)
SPENCER A. BURKHOLZ (CA Bar No. 147029)
SCOTT H. SAHAM (CA Bar No. 188355)
SAM S. SHELDON (CA Bar No. 190502)
JONAH H. GOLDSTEIN (CA Bar No. 193777)
NATHAN R. LINDELL (CA Bar No. 248668)
SARA B. POLYCHRON (CA Bar No. 244685)
ERIKA L. OLIVER (CA Bar No. 306614)
T. ALEX B. FOLKERTH (CA Bar No. 338140)
JUSTIN G. OETTING (CA Bar No. 350807)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
spenceb@rgrdlaw.com
scotts@rgrdlaw.com
ssheldon@rgrdlaw.com
jonahg@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com
afolkerth@rgrdlaw.com
joetting@rgrdlaw.com

Lead Counsel for Plaintiff

- 2 -

4897-2868-4582.v1