UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § | Civil Action No. 3:16-cv-03111-K |
| | § | <u>CLASS ACTION</u> |
| Plaintiff, | § § | |
| | § | |
| vs. | § § | |
| | § | |
| EXXON MOBIL CORPORATION, et al., | § § | |
| | § | |
| Defendants. | § § | |
| | § | |

**APPENDIX IN SUPPORT OF LEAD PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

4925-0528-4901.v1

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 1 | Deposition Transcript of Rex W. Tillerson, dated December 6, 2024 | App. 1 - App. 159 |
| 2 | Deposition Transcript of Andrew P. Swiger, dated December 4, 2024 | App. 160 - App. 415 |
| 3 | Deposition Transcript of David S. Rosenthal, dated November 13, 2024 | App. 416 - App. 713 |
| 4 | Expert Report of Steven P. Feinstein, dated October 11, 2024 | App. 714 - App. 841 |
| 5 | Expert Report of D. Paul Regan, dated October 11, 2024 | App. 842 - App. 1056 |
| 6 | Reply Expert Report of D. Paul Regan, dated January 10, 2025 | App. 1057 - App. 1206 |
| 7 | Reply Expert Report of Steven P. Feinstein, dated January 10, 2025 | App. 1207 - App. 1283 |
| 8 | Exxon Mobil Corporation Form 10-K for the fiscal year ended December 31, 2015, dated February 24, 2016 (Deposition Exhibit 66) | App. 1284 - App. 1403 |
| 9 | Exxon Mobil Corporation Form 8-K, dated October 28, 2016 (Deposition Exhibit 125) | App. 1404 - App. 1423 |
| 10 | Exxon Mobil Corporation Form 8-K, dated January 31, 2017 (Deposition Exhibit 227) | App. 1424 - App. 1444 |
| 11 | Document produced by Exxon entitled "Assessment of Potential Impairment Triggers," dated February 10, 2016 (Deposition Exhibit 65) | App. 1445 - App. 1524 |
| 12 | Email from William Strawbridge to Andrew Swiger et al. (cc: Beth Casteel et al.) re PROP: 10/26 Kearl Reserves Update Proforma and Review Package, dated October 25, 2015 (Deposition Exhibit 117) | App. 1525 - App. 1535 |
| 13 | Email from Bobbie Gates to Mark Albers et al. (cc: Annemarie Smith et al.) re PROP: Upstream Earnings Review – Pro-forma/Review Deck, dated January 22, 2016 (Deposition Exhibit 216) | App. 1536 - App. 1565 |
| 14 | ExxonMobil presentation entitled "Americas F&O – Delivering the Plan," dated January 2016 (Deposition Exhibit 21) | App. 1566 - App. 1623 |
| 15 | Draft Agenda dated February 19, 2016 with attached ExxonMobil presentation entitled "Upstream Chairman's Briefing," dated February 22, 2016 (Deposition Exhibit 217) | App. 1624 - App. 1673 |

- 1 -

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 16 | Presentation entitled "10-K Disclosure Review," dated January 27, 2016 (Deposition Exhibit 63) | App. 1674 - App. 1684 |
| 17 | Email from Martin Peters to Stephen Littleton re Upstream Impairment Summary – updated, dated September 19, 2016 (Deposition Exhibit 70) | App. 1685 - App. 1690 |
| 18 | Presentation entitled "Americas F&O – Delivering the Plan," dated December 2015 (Deposition Exhibit 67) | App. 1691 - App. 1806 |
| 19 | Email from Bobbie Gates to Mark Albers et al. (cc: Annemarie Smith et al.) re Upstream Earnings Review – Pro-forma/Review Deck, dated August 21, 2015 (Deposition Exhibit 211) | App. 1807 - App. 1827 |
| 20 | Email from Martin Miller to Vincent Prestipino re PROP: Final January Production F&O Deck Attached, dated February 18, 2016 (Deposition Exhibit 22) | App. 1828 - App. 1847 |
| 21 | Upstream Financial Issues Review Agenda, dated May 7, 2015 (Deposition Exhibit 3) | App. 1848 - App. 1915 |
| 22 | Email from Vincent Prestipino to Joseph Horne re Kearl Meeting with RWT, dated October 21, 2015 (Deposition Exhibit 69) | App. 1916 - App. 1923 |
| 23 | Email from Thomas Clark to Vincent Prestipino re PROP: Asset Recoverability – PWC + TRW Draft, dated November 3, 2015 (Deposition Exhibit 8) | App. 1924 - App. 1963 |
| 24 | 2015 P&B Production Unit Senior Management Reviews, Americas, dated August 25, 2015 (Deposition Exhibit 118) | App. 1964 - App. 2058 |
| 25 | Email from Emma Cochrane to Mark Albers, Andrew Swiger, and Jack Williams re PROP: Bitumen differentials, dated August 22, 2015 (Deposition Exhibit 212) | App. 2059 - App. 2064 |
| 26 | ExxonMobil PowerPoint presentation entitled "W. Canada Diluent Supply Strategy; T. Schuessler Review," dated August 27, 2015 (Deposition Exhibit 213) | App. 2065 - App. 2080 |
| 27 | Email from Donna Bowen to Mark Albers et al. (cc: Kathi Burner et al.) re PROP: FINAL HANDOUTS – Thurs., November 17 UEM/FRMs (for iPad viewing), dated November 16, 2016 (Deposition Exhibit 215) | App. 2081 - App. 2134 |
| 28 | Email from Simon Kemp to Robert Leuttgen re PROP: Upstream MC Presentations for Tomorrow Part 1 of 2, dated November 12, 2015 (Deposition Exhibit 214) | App. 2135 - App. 2162 |

- 2 -

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 29 | Email from William Strawbridge to Andrew Swiger et al. (cc: Beth Casteel et al.) re PROP: 10/26 Kearl Reserves Update Proforma and Review Package, dated October 25, 2015 (Deposition Exhibit 89) | App. 2163 - App. 2173 |
| 30 | ExxonMobil presentation entitled "Americas F&O – Delivering the Plan," dated February 2016 (Deposition Exhibit 23) | App. 2174 - App. 2231 |
| 31 | Exxon Board Minutes, dated April 29, 2015 (Deposition Exhibit 233) | App. 2232 - App. 2235 |
| 32 | Email from Steve Briggs to Irene Chang (cc: Carter Crites et al.) re 2015 Corporate Plan Guidance and Opportunity Case Update, dated June 19, 2015 (Deposition Exhibit 133) | App. 2236 - App. 2259 |
| 33 | Transcript of presentation entitled "The New North American Energy Paradigm: Reshaping the Future," Speaker: Rex W. Tillerson, dated June 27, 2012 (Deposition Exhibit 234) | App. 2260 - App. 2279 |
| 34 | ExxonMobil document entitled "Potential Impact of Low Upstream Prices," dated May 14, 2015 (Deposition Exhibit 59) | App. 2280 - App. 2281 |
| 35 | ExxonMobil 2015 Corporate Plan (Deposition Exhibit 27) | App. 2282 - App. 2308 |
| 36 | PricewaterhouseCoopers PowerPoint presentation entitled "Petroleum Academy, Advanced Upstream Accounting" (Deposition Exhibit 132) | App. 2309 - App. 2459 |
| 37 | ExxonMobil PowerPoint presentation entitled "2016 Plan: Gas Business Environment, A. P. Swiger Review, dated March 28, 2016 (Deposition Exhibit 228) | App. 2460 - App. 2497 |
| 38 | ExxonMobil presentation entitled "2016 Plan: Gas Business Environment," dated May 2016 (Deposition Exhibit 29) | App. 2498 - App. 2513 |
| 39 | Intentionally Omitted | App. 2514 - App. 2575 |
| 40 | Email from Joseph Horne to Beth Casteel (cc: Stephen Littleton) re PROP: Price Assumptions, dated August 21, 2015 (Deposition Exhibit 71) | App. 2576 - App. 2581 |
| 41 | Email from Vincent Prestipino to Joseph Horne, Neal Paige, Kurt Otte (cc: Kirby Ellis) re API 2014 Spring Accounting Subcommittee Meeting – March 25-26 – CGUs for unconventionals, dated March 12, 2014 (Deposition Exhibit 61) | App. 2582 - App. 2587 |
| 42 | Email from Kenneth Cohen to Michael Dolan re Petroleum Intelligence Weekly, September 7, 2015, dated September 4, 2015 (Deposition Exhibit 33) | App. 2588 - App. 2603 |

4925-0528-4901.v1

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 43 | Email from Robert Luettgen to David Rosenthal re Ceres draft, dated March 25, 2014 (Deposition Exhibit 128) | App. 2604 - App. 2605 |
| 44 | Document produced by ExxonMobil entitled "Identifying Events and Circumstances for Impairment Assessments," dated January 24, 2017 (Deposition Exhibit 75) | App. 2606 - App. 2847 |
| 45 | Email from Beth Casteel to Andrew Swiger re PROP: Operating Costs – Competitor Analysis, dated February 14, 2016 (Deposition Exhibit 222) | App. 2848 - App. 2852 |
| 46 | Wells Fargo Securities Equity Research analyst report on Exxon Mobil Corporation entitled "Some Smoke But Likely No Fire; Lowering Valuation Range," dated September 20, 2016 (Deposition Exhibit Matts 29) | App. 2853 - App. 2858 |
| 47 | Email from Namisa Taylor to Robert Schleckser and Scott Silvestri (cc: Jeffrey Woodbury et al.) re S&P, dated October 1, 2015 (Deposition Exhibit 192) | App. 2859 - App. 2861 |
| 48 | Email from Alfred Harper to Beth Casteel et al. re Pending S&P Update on ExxonMobil/Energy Sector Credit Ratings, dated October 2, 2015 (Deposition Exhibit 197) | App. 2862 - App. 2864 |
| 49 | Email from Namisa Taylor to Ben Tsocanos (cc: Jeff Lynn et al.) re Analytical Errors Behind EM Outlook Change – Confidential: For S&P internal Use Only, dated November 20, 2015 (Deposition Exhibit 198) | App. 2865 - App. 2868 |
| 50 | Email from Robert Schleckser to Namisa Taylor re Pending Rating Agency Actions, dated February 2, 2016 (Deposition Exhibit 199) | App. 2869 - App. 2871 |
| 51 | Handwritten meeting notes produced by S&P Global Inc., dated March 23, 2016 (Deposition Exhibit 208) | App. 2872 - App. 2884 |
| 52 | ExxonMobil PowerPoint presentation entitled "2015 Upstream Corporate Plan," dated November 24, 2015 (Deposition Exhibit 238) | App. 2885 - App. 2928 |
| 53 | Pages from ExxonMobil PowerPoint presentation re overview of the Upstream plan (Deposition Exhibit 239) | App. 2929 - App. 3002 |
| 54 | Exxon Mobil Corporation Form 10-Q for the quarterly period ended March 31, 2016, dated May 4, 2016 (Deposition Exhibit 225) | App. 3003 - App. 3082 |
| 55 | Email from Robert Schleckser to Rex Tillerson (cc: Andrew Swiger) re Senior Meeting with S&P on March 23, dated March 24, 2016 (Deposition Exhibit 236) | App. 3083 |
| 56 | ExxonMobil PowerPoint presentation entitled "2016 Corporate Plan Summary," dated November 30, 2016 (Deposition Exhibit 209) | App. 3084 - App. 3111 |

- 4 -

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 57 | Morningstar Corporate Credit Research report entitled "Exxon Mobile Corp; Recent Notes from our Credit and Equity Analysts," dated April 29, 2016 (Deposition Exhibit 249) | App. 3112 - App. 3115 |
| 58 | Société Générale analyst report entitled "ExxonMobil; Quarterly results; Beat on chemicals segment offsets weak upstream realizations," dated April 29, 2016 (Deposition Exhibit 226) | App. 3116 - App. 3120 |
| 59 | Email from Ben Tsocanos to Namisa Taylor (cc: Ean Nesselrotte) re Liquidity measures, dated April 27, 2015 (Deposition Exhibit 121) | App. 3121 - App. 3130 |
| 60 | Email from Robert Schleckser to Andrew Swiger (cc: Kate Shae et al.) re Moody's published report, dated August 4, 2015 (Deposition Exhibit 194) | App. 3131 - App. 3138 |
| 61 | Email from Robert Schleckser to Andrew Swiger et al. (cc: Namisa Taylor et al.) re Moody's Report, dated October 5, 2015 (Deposition Exhibit 195) | App. 3139 - App. 3146 |
| 62 | Meeting invitation email from Tom Stygares to Jared Crumm et al. (cc: Dan Gibbons et al.) re Project Eagle Business & Auditor Due Diligence Call **Questions Attached**, dated February 22, 2016 (Deposition Exhibit 122) | App. 3147 - App. 3155 |
| 63 | Email from Alykhan Lalani to Robert Schleckser et al. (cc: Beth Lawrence et al.) re $12BN Bond Transaction Review, dated March 11, 2016 (Deposition Exhibit 203) | App. 3156 - App. 3175 |
| 64 | ExxonMobil presentation entitled "Financial & Operating Highlights Review," dated August 2015 (EMC_RAM_SEC 000012028) | App. 3176 - App. 3194 |
| 65 | ExxonMobil presentation entitled "Financial & Operating Highlights Review," dated October 2015 (EMC_RAM_SEC 000012218) | App. 3195 - App. 3213 |
| 66 | Intentionally Omitted | App. 3214 - App. 3260 |
| 67 | ExxonMobil presentation entitled "Financial & Operating Review," dated December 2015 (EMC_RAMIREZ 000008875) | App. 3261 - App. 3295 |
| 68 | Intentionally Omitted | App. 3296 - App. 3356 |
| 69 | Spreadsheet produced by ExxonMobil entitled "Copy of Kearl-Syncrude 2015 Cash Gen - Dallas Request 1-26-16 v3," dated January 26, 2016 (EMC_RAMIREZ 000009455) | App. 3357 |
| 70 | PowerPoint slide produced by ExxonMobil entitled "Kearl Syncrude Dec15 YTD," dated January 26, 2016 (EMC_RAMIREZ 000009456) | App. 3358 - App. 3359 |

4925-0528-4901.v1

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 71 | ExxonMobil PowerPoint presentation entitled "XTO Asset Recovery Review with PwC 11/11/15" (EMC_RAM_SEC 000021986) | App. 3360 - App. 3363 |
| 72 | Email from Beth Casteel to Steven Abrahams (cc: Chris Jeans) re Cost Recoverability, dated October 16, 2015 (EMC_RAM_SEC 000023997) | App. 3364 |
| 73 | Document produced by ExxonMobil entitled "Chart #17 - Competitor Impairment Comparison" (EMC_RAM_SEC000023998) | App. 3365 - App. 3367 |
| 74 | Deposition Transcript of Joseph M. Horne, dated September 17, 2024 | App. 3368 - App. 3576 |
| 75 | Deposition Transcript of William Strawbridge, dated October 16, 2024 | App. 3577 - App. 3882 |
| 76 | Deposition Transcript of Thomas Schuessler, dated January 28, 2025 | App. 3883 - App. 3991 |
| 77 | Deposition Transcript of Vincent L. Prestipino, dated September 11, 2024 | App. 3992 - App. 4286 |
| 78 | Deposition Transcript of Robert N. Schleckser, dated December 3, 2024 | App. 4287 - App. 4424 |
| 79 | Email from Jarred Sternbergh to Michael Zamora et al. re 1Q16 Global Crude & Feedstocks Stewardship Review, dated May 5, 2016 (Deposition Exhibit 338) | App. 4425 - App. 4466 |
| 80 | ExxonMobil presentation entitled "3Q15 Equity Crude Marketing Results: 4Q15 Plans," by M.B. Wheeler, dated October 6, 2015 (Deposition Exhibit 339) | App. 4467 - App. 4474 |
| 81 | Email from Thomas Martenak to David Atwood et al. (cc: James Nielsen et al.) re PROP: 4Q14 Equity Crude Sales Stewardship Review – Mar 13 9am CDT, dated March 12, 2015 (Deposition Exhibit 264) | App. 4475 - App. 4510 |
| 82 | SEC Release Nos. 33-8995; 34-59192; FR-78; File No. S7-15-08, Modernization of Oil and Gas Reporting (SEC Jan 1, 2010) (Deposition Exhibit Regan 8) | App. 4511 - App. 4671 |
| 83 | Excerpt from the Deposition Transcript of Mary Jane Matts, dated April 4, 2019 | App. 4672 - App. 4696 |
| 84 | Excerpt from the Deposition Transcript of Steven P. Feinstein, Ph.D., dated January 22, 2025 | App. 4697 - App. 4705 |
| 85 | Cover letter from Matthew D. Stachel to Nathan R. Lindell enclosing production of documents, dated August 14, 2024 | App. 4706 - App. 4707 |

- 6 -

| Exhibits | Description | Appendix Pages |
|---|---|---|
| 86 | Excerpt from page 10 of Defendants' privilege log, dated August 14, 2024 (enlarged for ease of viewing) | App. 4708 – App. 4710 |
| 87 | Excerpts from Occidental Petroleum Corporation's Form 10-K for the fiscal year ended December 31, 2015, dated February 26, 2016 | App. 4711 – App. 4725 |
| 88 | Excerpts from ConocoPhillips' 2015 Annual Report and Form 10-K, dated February 23, 2016 | App. 4726 – App. 4742 |
| 89 | Excerpts from Breitburn Energy Partners LP's Form 10-K for the fiscal year ended December 31, 2015, dated February 26, 2016 | App. 4743 – App. 4746 |
| 90 | Excerpts from Ultra Petroleum Corp.'s Form 10-K for the fiscal year ended December 31, 2015, dated February 29, 2016 | App. 4747 – App. 4750 |
| 91 | Excerpts from Vanguard Natural Resources, LLC's Form 10-K for the fiscal year ended December 31, 2015, dated March 7, 2016 | App. 4751 – App. 4753 |
| 92 | Declaration of Erika L. Oliver in Support of Lead Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment, dated March 14, 2025 | App. 4754 – App. 4760 |

DATED:  March 14, 2025

KENDALL LAW GROUP, PLLC
JOE KENDALL (Texas Bar No. 11260700)

s/ Joe Kendall
JOE KENDALL

3811 Turtle Creek Blvd., Suite 825
Dallas, TX  75219
Telephone:  214/744-3000
214/744-3015 (fax)
jkendall@kendalllawgroup.com

BALON B. BRADLEY LAW FIRM
BALON B. BRADLEY (Texas Bar No. 02821700)
11910 Greenville Avenue, Suite 220
Dallas, TX  75243
Telephone:  972/991-1582
972/755-0424 (fax)
balon@bbradleylaw.com

Local Counsel

- 7 -

4925-0528-4901.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (CA Bar No. 168593)
MICHAEL J. DOWD (CA Bar No. 135628)
SPENCER A. BURKHOLZ (CA Bar No. 147029)
SCOTT H. SAHAM (CA Bar No. 188355)
SAM S. SHELDON (CA Bar No. 190502)
JONAH H. GOLDSTEIN (CA Bar No. 193777)
NATHAN R. LINDELL (CA Bar No. 248668)
SARA B. POLYCHRON (CA Bar No. 244685)
ERIKA L. OLIVER (CA Bar No. 306614)
T. ALEX B. FOLKERTH (CA Bar No. 338140)
JUSTIN G. OETTING (CA Bar No. 350807)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
miked@rgrdlaw.com
spenceb@rgrdlaw.com
scotts@rgrdlaw.com
ssheldon@rgrdlaw.com
jonahg@rgrdlaw.com
nlindell@rgrdlaw.com
spolychron@rgrdlaw.com
eoliver@rgrdlaw.com
afolkerth@rgrdlaw.com
joetting@rgrdlaw.com

Lead Counsel for Plaintiff

- 8 -