IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|  |  |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>         v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>         Defendants. | Case No. 3:16-cv-3111-K |

**[PROPOSED] ORDER**

Pending before the Court is Defendants' Motion for Leave to Supplement Their Summary Judgment Evidence.  Having considered the Motion and all related filings, the Court **GRANTS** the Motion.  Defendants' Supplemental Appendix is deemed filed as of the date of this order, and the Clerk of Court is respectfully directed to enter the Supplemental Appendix on the docket.

SO ORDERED.

SIGNED: _____, 2025

_____
THE HON. ED KINKEADE
UNITED STATES DISTRICT JUDGE