IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-CV-3111-K |
| v. | § § | |
| EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, | § § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal's (together, "Defendants") Motion for Summary Judgment (Doc. No. 231) and Brief in Support (Doc. No. 232) (together, the "Motion"), Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund's Response in Opposition to Defendants' Motion (the "Response") (Doc. No. 248), and Defendants' Reply Brief in Support of Their Motion (the "Reply") (Doc. No. 253). The Court carefully considered the Motion, the Response, and the Reply, as well as the supporting appendices, including Defendants' Supplemental Appendix in Support of Defendants' Motion for Summary Judgment (Doc. No. 319), the applicable law, and the relevant portions of the record. Taking all evidence and reasonable inferences in the light most favorable to the nonmovant, and resolving all disputes in the

nonmovant's favor, the Court concludes genuine disputes of material fact exist on the claims asserted in the Motion. Therefore, summary judgment as a matter of law is not appropriate. The Court **DENIES** Defendants' Motion.

**SO ORDERED.**

Signed April 15th, 2026.

_____

ED KINKEADE
UNITED STATES DISTRICT JUDGE