IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

PEDRO RAMIREZ, JR., Individually and §
on Behalf of All Others Similarly §
Situated, §
        §
    Plaintiff, §     Civil Action No. 3:16-CV-3111-K
        §
v. §
        §
EXXON MOBIL CORPORATION, REX §
W. TILLERSON, ANDREW P. §
SWIGER, and DAVID S. ROSENTHAL, §
        §
    Defendants. §

## ORDER

Before the Court are Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal's (together, "Defendants") Motion to Exclude the Testimony of Steven P. Feinstein (Doc. No. 224) and Brief in Support (Doc. No. 225) and Motion to Exclude Testimony of D. Paul Regan (Doc. No. 227) and Brief in Support (Doc. No. 228) (together, the "Motions"), Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund's Response in Opposition to Defendants' Motion to Exclude the Testimony of Steven P. Feinstein (Doc. No. 244) and Response in Opposition to Defendants' Motion to Exclude Testimony of D. Paul Regan (Doc. No. 246) (together, the "Responses"), and Defendants' Reply in Support of Their Motion to Exclude the Testimony of Steven P. Feinstein (Doc. No. 250) and Reply Brief in Support of Their Motion to Exclude Certain Testimony of Plaintiff's Proffered

1

Expert D. Paul Regan (Doc. No. 251) (together, the "Replies"). The Court carefully considered the Motions, the Responses, and the Replies, as well as the supporting appendices, the applicable law, and the relevant portions of the record. On this briefing, the Court finds that excluding the testimony of Steven P. Feinstein and D. Paul Regan is not warranted. *See Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579 (1993) (setting forth factors for evaluating proffer of expert testimony). Accordingly, the Court **DENIES** Defendants' Motions.

 **SO ORDERED.**

 Signed April 15th, 2026.

_Ed Kinkeade_

ED KINKEADE
UNITED STATES DISTRICT JUDGE

2