# Exhibit 23

**<u>Asset Recoverability Review Packet Tickmark Legend:</u>**

A  The engagement team has independently assessed ExxonMobil's Corporate Plan Price at 'ExxonMobil Upstream Plan Price Assessment' linked within the Aura file.

B  For purposes of ensuring adequate time for completing and concluding a detailed study, including updating the Company plan price (defined later), we would note that the data utilized within the impairment indicator assessments started with June 30, 2016 with further updating  where Management considered that further year to date financial data would be necessary to complete the assessment.

C  We note that, pursuant to our tickmark analysis at '2016 Upstream Asset Grouping Assessment', linked within the Aura file, asset groups determined by Management are appropriate.



Ramirez v. Exxon Mobil
Corporation

**DX-0898**

No. 3:16-cv-3111-K (N. D. Tex.)



*Proprietary*

November 29, 2016

# Asset Recoverability Review

Energy lives here

Review with PwC

Prepared Under Attorney Supervision

CONFIDENTIAL TREATMENT REQUESTED                                                    PRAM0005294

# Agenda

| | |
|---|---|
| • Background | David Rosenthal |
| • Energy Outlook | Bill Colton |
| • Price Bases | Bill Colton |
| • Accounting Standards / Approach | Joe Horne |
| • XTO Business Update | Randy Cleveland |
| • XTO Results | Kris Hinson |
| • Other North America Results | Stephen Littleton |
| • Non-North America Results | Stephen Littleton |
| • Approach to Establishing Fair Value | Joe Horne |
| • Wrap-Up | David Rosenthal |

**ExxonMobil**   Prepared Under Attorney Supervision                                    Proprietary    2

CONFIDENTIAL TREATMENT REQUESTED                                                                    PRAM0005295

# Background

E**x**onMobil     Prepared Under Attorney Supervision                    Proprietary     3

CONFIDENTIAL TREATMENT REQUESTED                                    PRAM0005296

# Background

## Business Environment
- Persistently weak industry prices, although improving across the year
- Reduction in midpoint of long-term price ranges; time frame to long-term price outlook
  - Midpoint crude and gas price outlooks below third party forecasts

## Approach
- Leveraged robust monthly / quarterly F&O processes and annual Plan reviews
- Focused on Upstream assets most at risk for potential impairment
- Reviewed recent earnings profile of country-by-country results
- Identified assets for additional detailed review
- Confirmed and documented appropriate disaggregation level for asset groupings
- Undertook detailed assessment of challenged asset groups to assess recoverability
- Reviewed with senior management; Corp Plan to be reviewed and endorsed by Board on 11/30

## Assumptions
- Energy Outlook provides broad foundation for long-term strategic and investment plans
- Asset models consistent with 2016 Corp Plan bases
- Prices:  midpoint of Plan ranges (Brent $70/B; Henry Hub $3.5/MBTU real 2016$)
- Capex / volumes consistent with Plan assumptions
- Long-term inflation 2.5%, with some mitigation due to efficiencies / technology
- Energy Outlook includes view on $CO_2$ which is incorporated into long-term asset models
  - For many years has anticipated expanded policies regulating $CO_2$ emissions
  - Assumptions consistent with the aggregation of Paris climate agreement commitments
  - Near-term impacts reflected in areas where $CO_2$ regulations currently active or anticipated
  - Proxy cost of carbon included post-2020 to reflect the effects of future potential policy action

**ExⓍonMobil**    Prepared Under Attorney Supervision                                        Proprietary    4

CONFIDENTIAL TREATMENT REQUESTED                                                            PRAM0005297

DX-0898 - 5 of 108    **App. 810**

# Energy Outlook

**ExxonMobil**    Prepared Under Attorney Supervision      Proprietary    5

CONFIDENTIAL TREATMENT REQUESTED      PRAM0005298

# Energy Outlook Themes

 **Energy** is fundamental to **standards of living.**

 **Economics** and **policies** impact the fuel mix.

 **Oil** remains the world's primary fuel through 2050.

 **Natural gas** grows more than any other energy source.

 **Technology** has the highest potential and greatest uncertainty.

**ExxonMobil**    Prepared Under Attorney Supervision                                                                 Proprietary    6

CONFIDENTIAL TREATMENT REQUESTED                                                                  PRAM0005299

DX-0898 - 7 of 108    **App. 812**

# Non-OECD Leads Economic Growth



**World GDP**
Trillion 2010$

**ExxonMobil**     Prepared Under Attorney Supervision

Proprietary     7

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005300

# 2017 Energy Outlook



**Global Energy Demand by Fuel**
MBDOE

**ExxonMobil**     Prepared Under Attorney Supervision

CONFIDENTIAL TREATMENT REQUESTED

Proprietary     8

PRAM0005301

DX-0898 - 9 of 108     **App. 814**

# The Energy Challenge



**2040 IEA Comparison**
MBDOE

- ExxonMobil's Energy Outlook (EO) is similar to the IEA's New Policies Scenario

- ExxonMobil projects somewhat slower demand growth with fairly similar energy mix

Sources: Estimates based on IEA World Energy Outlook 2015, including adjustments to common units; ExxonMobil 2016 Outlook for Energy

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    9

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005302

DX-0898 - 10 of 108    **App. 815**

# All Scenarios Require Ongoing Development

**Liquids Supply/Demand**
MBDOE



*Excludes biofuels
*Source: IEA World Energy Outlook 2016*

ExxonMobil    Prepared Under Attorney Supervision    Proprietary    10

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005303

# Energy-Related CO2 Emissions

## 2017 EO vs. Paris Pledges
Billion Tonnes



## $CO_2$ Emissions by Sector
Billion Tonnes



ExxonMobil    Prepared Under Attorney Supervision    Proprietary    11

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005304

# Energy-Related CO2 Emissions

## 2017 EO vs. Paris Pledges

Billion Tonnes



## $CO_2$ Emissions by Region

Billion Tonnes



ExxonMobil     Prepared Under Attorney Supervision                                    Proprietary     12

CONFIDENTIAL TREATMENT REQUESTED                                                                     PRAM0005305

# Oil and Gas Continue to Dominate Fuel Mix



**Global Demand by Fuel**
MBDOE

Oil + Gas Share
**56%** 2015    **59%** 2050

ExxonMobil    Prepared Under Attorney Supervision    Proprietary    13

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005306



# Third Party Crude Price Outlooks – Real 2016$

A

ExxonMobil    Prepared Under Attorney Supervision    *Prices for Brent crude (IEA represents average crude import price)    Proprietary    14

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005307

# Third Party Crude Price Outlooks – Nominal



ExxonMobil    Prepared Under Attorney Supervision    *Prices for Brent crude
(IEA represents average crude import price)    Proprietary    15

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005308



ExxonMobil Crude Prices - Nominal

ExxonMobil    Prepared Under Attorney Supervision    *Prices for Brent crude    Proprietary    16

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005309

# Gas Demand

**By Sector**
BCFD



**Growth from 2015**
BCFD



ExxonMobil    Prepared Under Attorney Supervision                    Proprietary    17

CONFIDENTIAL TREATMENT REQUESTED                                         PRAM0005310



Third Party Henry Hub Price Outlooks – Real 2016$

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005311

**App. 824**



# Third Party Henry Hub Price Outlooks - Nominal

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005312



# ExxonMobil Henry Hub Prices - Nominal

Prepared Under Attorney Supervision

Proprietary     20

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005313

# Price Bases

ExxonMobil     Prepared Under Attorney Supervision                                          Proprietary     21

CONFIDENTIAL TREATMENT REQUESTED                                                          PRAM0005314

# Business Guidance

- **2016 Plan / Financial Case** prices establish a consistent basis for developing the near-term financial and operating plan and budget, and establishing stewardship metrics.
  - Applicable for the 2 year Plan period (2017, 2018)
  - Used for setting operating cost budgets, developing sources and uses of funds from operations analyses and corresponding finance planning, and estimating margins, volumes and profits by business unit.
  - 2016 Plan / Financial case prices are not a forecast … corporation does not endorse any single point forecast of prices and margins, but rather provide a reasonable basis to plan and steward the business for the next two years.

- **2016 Reference / Extended Plan Financials Case** prices are used to develop longer term financial and operating outlooks as appropriate / necessary.
  - Applicable for 2019 and beyond
  - Used for understanding longer term trends in volumes, margins, profits, capex, and net cash flows

- **Opportunity Case** prices are used to evaluate Operating Decisions, Plans and Investments over a wide range of price / margin / business conditions to ensure decisions are assessed over a wide range of business conditions inherent in a capital intensive, cyclical, commodity price-driven industry.

ExxonMobil    Prepared Under Attorney Supervision                                    Proprietary    22

CONFIDENTIAL TREATMENT REQUESTED                                            PRAM0005315

# Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations

**ExxonMobil**    Prepared Under Attorney Supervision                                    Proprietary    23

CONFIDENTIAL TREATMENT REQUESTED                                    PRAM0005316

# Accounting Standards / Approach

ExxonMobil　　Prepared Under Attorney Supervision

24

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005317

App. 830

# Relevant Accounting Standards

- US GAAP establishes accounting & reporting for the impairment of long-lived assets
  - Step 1: Determination of when to test: An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market value of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2: If Step 1 indicates testing should be performed, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3: If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

- Unproved properties require periodic tests to determine potential impairment
  - Significant unproved properties should be individually assessed
  - Where EM assesses individual properties, calculation considers chance of success & remaining lease term
  - When not practical to assess property-by-property, standard prescribes assessment as a group
  - Where groups of property are amortized, calculation considers lease terms of the properties, average holding periods, and historical experience of successful and unsuccessful leases

ExonMobil   Prepared Under Attorney Supervision                          Proprietary      25

CONFIDENTIAL TREATMENT REQUESTED                                          PRAM0005318

DX-0898 - 26 of 108      **App. 831**

# 2016 Profitability Analysis

- Leveraged robust monthly / quarterly F&O processes and annual Plan reviews
  - Ongoing stewardship of financial and operating performance of major assets
  - Reviewed by country management; rolls up to successively more senior management
  - Culminates with review of overall Upstream results with Management Committee
  - Affords opportunity to timely identify and address under-performing assets

- Reviewed recent performance of Upstream producing assets at a country level
  - Consistent with prior years, used book profit after tax for 1H 2016 to identify candidates for further detailed analysis [B]
  - Focus placed on countries with negative earnings or small positive earnings
  - Incorporated review of other qualitative information about the assets
  - Included review of equity companies

- Considered potential sensitivities below the country level
  - Existence of logical asset groupings below the country level
  - Documented asset grouping rationale for each country
  - Qualitative assessment to determine whether more detailed analysis is warranted

- Undiscounted cash flow analysis conducted on challenged asset groupings

**ExxonMobil**   Prepared Under Attorney Supervision

Proprietary    26

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005319

DX-0898 - 27 of 108    **App. 832**

# Profitability – Earnings History

### Production and XTO Operating Earnings

| ($M) | YTD 16 | 3Q16 | 1H16 | 2015 | 2014 | 2013 | 2012 |
|---|---|---|---|---|---|---|---|
| ANGOLA | 261 | 125 | 136 | 443 | 1,610 | 1,606 | 1,784 |
| AUSTRALIA | 59 | 38 | 21 | 106 | 435 | 449 | 633 |
| AZERBAIJAN | 18 | 14 | 4 | 33 | 200 | 316 | 377 |
| **CANADA** | **(540)** | **(35)** | **(505)** | **(106)** | **1,702** | **1,794** | **1,907** |
| **CHAD** | **(24)** | **2** | **(26)** | **29** | **211** | **305** | **439** |
| **EQUATORIAL GUINEA** | **20** | **22** | **(2)** | **62** | **454** | **565** | **612** |
| GERMANY | 71 | 23 | 48 | 215 | 405 | 503 | 585 |
| INDONESIA | 199 | 62 | 137 | 115 | 222 | 300 | 381 |
| IRAQ | 50 | 11 | 39 | 48 | 17 | 60 | 60 |
| KAZAKHSTAN | 489 | 167 | 322 | 756 | 1,942 | 2,103 | 1,923 |
| **MALAYSIA** | **18** | **34** | **(16)** | **258** | **620** | **862** | **876** |
| NETHERLANDS | 246 | 33 | 213 | 568 | 1,204 | 1,586 | 1,581 |
| NIGERIA | 227 | 67 | 160 | 630 | 1,876 | 2,218 | 2,681 |
| NORWAY | 199 | 66 | 133 | 549 | 1,163 | 1,420 | 1,599 |
| PAPUA NEW GUINEA | 200 | 75 | 125 | 567 | 558 | 43 | 61 |
| QATAR | 1,850 | 627 | 1,223 | 4,441 | 8,111 | 8,478 | 8,580 |
| RUSSIA | 155 | 41 | 114 | 271 | 869 | 909 | 1,013 |
| **U.K.** | **65** | **22** | **43** | **102** | **44** | **158** | **254** |
| UNITED ARAB EMIRATES | 90 | 37 | 53 | 182 | 343 | 290 | 90 |
| **UNITED STATES** | **(1,624)** | **(400)** | **(1,224)** | **(1,094)** | **4,063** | **4,024** | **3,445** |
| **ARGENTINA (XTO)**\*\* | **(57)** | **(16)** | **(41)** | **(69)** | **(21)** | **(18)** | **(8)** |
| REST OF WORLD\* | 36 | 27 | 9 | 93 | 135 | 183 | 206 |
| **TOTAL** | 2,007 | 1,043 | 964 | 8,197 | 26,163 | 28,154 | 29,079 |

*\* Includes EMPC HQ costs, CPC pipeline, Yemen, Thailand, other small areas    \*\* Includes exploratory spend; 3QYTD earnings for Sierra Chata = -$20M, 2015 = -$24M*

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    27

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005320

# Identification of Asset Groups

## US GAAP Requirements

- Assets should be grouped at the lowest level for which identifiable cash flows are largely independent of the cash flows of other groups of assets (ASC 360-10-35)

- Varying facts and circumstances will inevitably justify different groupings of assets for impairment review. While grouping at the lowest level….is understood, determining that lowest level requires considerable judgment. (ASC 360-10-55-35)

- Typically the evaluation of oil and gas producing properties is on a field-by-field basis or by logical grouping of assets if there is a significant shared infrastructure (for example, platform) (ASC 932-360-35-8)



ExxonMobil Practices

- Historically, Upstream groupings have been at the country level with the exception of North America
    - Several countries have only a single major producing asset (for example EG, Indonesia, U.A.E.)
    - Production assets in a given geographic area are managed/operated as one integrated unit (asset group), and would include all production fields in a certain country

- For all countries, consideration given as to whether logical grouping is below country level

**ExxonMobil**    Prepared Under Attorney Supervision        Proprietary    28

CONFIDENTIAL TREATMENT REQUESTED        PRAM0005321

# Identification of Asset Groups

## Principles

- Determination of asset groups considers principles such as:
    - Degree of geographic and operational integration, including the existence of shared infrastructure
    - Interdependency of revenues and the ability to independently curtail operations without impacting other assets
    - Existence of an integrated value chain (e.g., Qatar and LNG terminals)
    - Extent of shared cost structures, including common operational and technical support
    - Integration of fiscal and commercial arrangements (e.g. assets are governed under the same PSC), including the degree of product commingling and existence of common customers or markets
    - Use of depreciation pools to collectively depreciate the book value of multiple assets

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    29

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005322

DX-0898 - 30 of 108    **App. 835**

# Asset Grouping Level

| Country | Asset Grouping Level | Asset Grouping Comments |
| --- | --- | --- |
| Angola | PSC Level (Block 15 and Block 17) | Block 15 and Block 17 are separate and distinct PSCs; no commingled facilities across PSCs/blocks; underlying fields within a PSC share production facilities |
| Australia | EMOP (Gippsland/Kipper), Gorgon, Barrow Island, OBO EoFL Fields | Gippsland Basin JV and Kipper Unit JV have a network of shared facilities, infrastructure and support; Gorgon LNG project is a stand alone asset, as is Barrow Island (oil producing asset); Other OBO fields are past end of field life and are grouped together for abandonment considerations |
| Azerbaijan | Country Level | Single PSC (with one set of fiscals) with field/platforms sharing pipeline infrastructure to the Sangachal terminal |
| Canada (ex XTO) | West grouped by major asset, East: Sable/Other | Assets tend to be independent of other Canadian assets |
| Caspian Pipeline | Pipeline is a single asset | CPC is a single managed asset |
| Chad | Full Chad Value Chain (includes Chad/Cameroon pipelines) | Producing assets and pipelines are part of one value chain; Producing assets rely on commingled facilities and a single dedicated pipeline |
| Equatorial Guinea | Country Level | Single PSC with a single producing field |
| Germany | Elbe-Weser, Wesser-EMS(East), Weser-EMS(West), Oil Fields, OBO Fields | Sweet gas fields (EW) utilize shared infrastructure of compressor stations, central mercury absorption, dehydration and cold fractionation facilities. Sour gas fields (WEE/WEW) operated as two areas . Minor oil fields and OBO fields grouped together due to geographic location. |
| Indonesia | Country Level | Single producing field (Banyu Urip) |
| Iraq | Country Level | Operations governed by a single contract |
| Kazakhstan | TCO; Kashagan | TCO and Kashagan are governed by separate production licenses and operations are independent of each other |
| Malaysia | Country Level | High degree of shared facilities, pipelines, cost sharing agreements and commercial interdependencies |
| Netherlands | NAM (Equity Co.), XTO, EMPN Fields in North Friesland Concession | NAM producing assets viewed as one value chain with the Groningen field, minor fields and gas storage facilities serving/meeting swing requirements during high demand periods; XTO Fields operated on an integrated basis sell to the same customers; EMPN fields operated by NAM under the same concession |
| Nigeria | PSC/Concession Level (EMOP JV, Erha, Usan, Bonga, OBO JV) | PSCs/Concessions have separate operating assets and fiscals |
| Norway | EMOP (Jotun, Ringhorne and Balder), OBO - six groupings (Central Norway, Statfjord/Snorre, Sleipner, Grane, Ormen Lange, Fram) | EMOP producing fields linked together operationally, product commingled, and facilities pooled for depreciation. OBO field groupings based on degree of shared operating facilities, gathering, processing and storage facilities. |
| PNG | Country Level | Production fields, pipelines and LNG plant grouped as a single asset due to inter -relationship of gas production and value chain |
| Qatar | Qatar Value Chain (including LNG terminals) | Producing assets and LNG terminals are held in several equity companies and comprise one integrated value chain |
| Russia | Country Level | Single PSC; underlying fields have integrated assets and share common facilities (onshore processing facility, oil export pipeline and terminal and loading tower) |
| United Kingdom | Central / Northern North Sea, Southern North Sea, XTO Wingate | Integrated series of common collection points, common distribution systems, and common processing facilities |
| UAE | Country Level | Single concession with single producing field (Upper Zakum) |
| United States (ex XTO) | Alaska, LaBarge, SYU, Separate GOM Assets | Key criteria: geographic separation, facility sharing, distribution systems |
| XTO - U.S./Canada | Play Level | Lowest operating level with fully identifiable field revenue & cost forecasts |
| XTO - Argentina | Concession Level | Only producing asset is Sierra Chata |
| Others | Country Level | Countries with a single major asset, including Yemen |

ExxonMobil     Prepared Under Attorney Supervision                                                     Proprietary     30

CONFIDENTIAL TREATMENT REQUESTED     PRAM0005323

# General Guidance

- Undiscounted pre-tax cash flows are estimated to confirm remaining value > estimated net book value

- Crude/gas realized prices consistent with 2016 Company Plan Data Guide, adjusted for price vs. marker differentials

  – Crude price escalating over five years to $70/bbl (Brent 2016 real)

**Brent**

| $/BBL (2016$) | 2016* | 2017 | 2018 |
|---|---|---|---|
| '16 Financial | 45 | 45 | 50 |
| '15 Financial | 62 | 62 | |

| 2019 | 2020 | 2021 | 2022+ |
|---|---|---|---|
| 65 | 65 | 65 | 70 |

  – Gas price escalating over seven years to $3.50/Mbtu (Henry Hub 2016 real)

**Henry Hub**

| $/MBtu (2016$) | 2016* | 2017 | 2018 |
|---|---|---|---|
| '16 Financial | 2.8 | 2.5 | 2.8 |
| '15 Financial | 3.0 | 3.1 | |

| 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025+ |
|---|---|---|---|---|---|---|
| 3.0 | 3.0 | 3.0 | 3.0 | 3.2 | 3.5 | 3.5 |

- Inflation rate of 2.5% consistent with Company Plan Dataguide

- Volumes, Opex (excluding non-cash Opex) and Capex spend consistent with Plan

  – Volumes include proved reserves plus risked amount of unproved per Company Plan basis

  – Cost above field is excluded unless it is directly associated with the specific asset grouping

  – Taxes other than income (i.e., production taxes) included

- Abandonment expenditures associated with future Capex spend included

- Greenhouse Gas emission costs addressed per guidance from Dataguide

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    31

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005324

# GHG Assumptions / Scenarios

- Plan guidance incorporates effects of current and future potential policy action as reflected in our Energy Outlook and supported by recent actions, such as the commitments made at COP-21

  - OECD countries:@ $60/T CO2e in 2030 & $80/T CO2e in 2040

  - GHG emission costs/credits:
    - Emissions created / eliminated from facility operations (direct emissions)
    - Funding and project economics for capital projects and major operational changes

  - 2016-2020 (pre-Paris agreement period) GHG emissions cost / credits in jurisdictions with active or anticipated regulation (e.g., Australia, EU, China, Canada, New Zealand, California)

  - Beyond 2020, plan guidance reflects five tiers of GHG emissions pricing to be applied to all countries

- Supply costs of U.S. and Canadian natural gas and liquids will likely be impacted by currently contemplated and future policy action

  - Methane emissions, flaring and combustion-related $CO_2$ from drilling / production are key policy focus areas

  - Regulatory compliance costs assumed to include capital and operating expense to mitigate emissions and improve efficiency

  - Much of the regulatory compliance costs associated with natural gas drilling / production should be recovered in market place via price increase

  - Market recovery of liquids-related regulatory compliance costs addressed on a case by case basis

**ExxonMobil**    Prepared Under Attorney Supervision                                    Proprietary        32

CONFIDENTIAL TREATMENT REQUESTED                                                    PRAM0005325

# XTO Business Update

ExxonMobil     Prepared Under Attorney Supervision     33

CONFIDENTIAL TREATMENT REQUESTED     PRAM0005326

# XTO Current Operations



- 8 operating Divisions
  - 14 States
  - Canada
  - Argentina
- 100+ field offices
- ~4,700 employees
- ~11 Million acres
- 30k+ op. wells
- Multiple processing facilities

**ExxonMobil**   Prepared Under Attorney Supervision

Proprietary   34

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005327

DX-0898 - 35 of 108   **App. 840**

# Cash Opex

## Aggressive actions have reduced cash opex 22% since 1Q15

- Compression optimization
- Production chemical optimization
- Artificial lift enhancement
- Staffing rationalization
- Technology and automation
- Competitive bidding to capture lower materials/service cost

## Structural Profitability Enablers

- Automation and system upgrades
- Operations footprint
- Asset management





ExxonMobil    Prepared Under Attorney Supervision

Proprietary    35

CONFIDENTIAL TREATMENT REQUESTED                    PRAM0005328

**App. 841**

# Capital Efficiency

### Development Cost ($/OEB)



- **Market**
  - Down 10-40% across range of goods/services
- **Capital Efficiencies**
  - Drill days/well down 35% - 40%
  - Coiled tubing drillouts, water management

### Competitor D&C Cost Assessment ($M/well)

| Permian | 10,000' lateral | | Bakken | 10,000' lateral |
|---|---|---|---|---|
| XTO | 6.6 | | XTO | 6.8 |
| Diamondback | 6.8 | | Whiting | 7.1 |
| Energen | 7.3 | | Hess | 7.2 |
| RSP Permian* | 7.3 | | Continental | 7.8 |
| Parsley* | 7.9 | | ConocoPhillips | 8.5 |
| Occidental* | 8.0 | | Statoil | 9.1 |
| Pioneer* | 8.6 | | Oasis | 9.6 |

*estimate based on available data for shorter laterals

ExxonMobil    Prepared Under Attorney Supervision                                    Proprietary    36

CONFIDENTIAL TREATMENT REQUESTED                                                  PRAM0005329

# Competitor Performance 2Q16 vs 2Q15









**Peer Group**

| | |
|---|---|
| Anadarko | EOG Resources |
| Apache | EQT |
| Antero | Hess |
| Cabot Oil and Gas | Marathon Oil |
| Chesapeake | Occidental |
| Concho Resources | Pioneer Natural Resources |
| ConocoPhillips | Range Resources |
| Continental Resources | Southwestern |
| Devon Energy | |

**ExxonMobil**    Prepared Under Attorney Supervision                    Proprietary    37

CONFIDENTIAL TREATMENT REQUESTED                                        PRAM0005330

# XTO Results

ExxonMobil     Prepared Under Attorney Supervision                                                    38

CONFIDENTIAL TREATMENT REQUESTED                                                                     PRAM0005331

# Methodology

- Analysis conducted using inputs and tools consistent with XTO plan process

  - Technical assumptions from reservoir engineering and operating divisions
  - Plan models and trending assumptions consistent with prior year
  - Additional granularity for Non-Op and Gathering Subs typically planned at total level

- Results calculated at Play level

  - Consistent with prior year assessments
  - Fields assumed shut in once cash opex permanently exceeds revenues

- Commodity price basis consistent with Company Plan
  - Realized prices include historical discount for location and quality differentials
  - Processing & transportation costs and midstream revenues included per historical trends

ExxonMobil    Prepared Under Attorney Supervision                                            Proprietary    39

CONFIDENTIAL TREATMENT REQUESTED                                                              PRAM0005332

# Key Assumptions

- Risked resource base, well inventory and type curves provided by technical team

  - Well recoveries reduced over time representing move to tier-two acreage

- Capex spend profile aligned with XTO plan basis

  - ~55% of operated well inventory drilled within 30 years
  - Includes four years of D&C cost efficiencies (offset inflation), consistent with XTO plan
  - Facilities and midstream investment allocated as % of D&C spending

- Cash opex assumptions consistent with XTO plan basis

  - Base opex split into fixed and variable components; unit rate increases as volumes decline
  - Additional opex added for new wells based on technical team assessment
  - Plays find efficiencies to offset non-SWB/OH inflation, consistent with historical performance
  - Includes overheads allocated to wells (e.g. COPAS), but not G&A held at headquarters level

- OBO forecasts consistent with XTO plan; include similar trending as Op plays

- Items excluded from analysis

  - ~40% of existing resource base
  - Step-change D&C cost reductions from switching to full development / pad drilling in gas plays

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    40

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005333

DX-0898 - 41 of 108    **App. 846**

# XTO Results

| Results through Field Life ($G) | | | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | GHG | GHG Net | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| **Canada** | **29.3** | **(11.9)** | *(0.9)* | *(0.3)* | **(9.7)** | **7.7** | **3.8** | **3.8** | **440** | **2,144** | **21%** | **4.9** | **8.7** | **56%** |
| Montney | 23.1 | (8.9) | (0.7) | (0.3) | (8.0) | 6.2 | 3.0 | 3.2 | 220 | 1,620 | 14% | 3.9 | 7.1 | 56% |
| Duvernay | 6.1 | (3.0) | (0.2) | (0.1) | (1.7) | 1.4 | 0.9 | 0.6 | 220 | 524 | 42% | 1.0 | 1.6 | 60% |
| **Appalachia** | **36.8** | **(8.2)** | *(1.2)* | *(0.2)* | **(12.0)** | **16.6** | **8.4** | **8.2** | **1,006** | **6,655** | **15%** | **8.4** | **21.9** | **38%** |
| **Eastern** | **101.3** | **(31.5)** | *(2.7)* | *(0.4)* | **(42.8)** | **27.0** | **13.4** | **13.6** | **9,164** | **11,091** | **83%** | **16.1** | **21.2** | **76%** |
| Freestone | 41.4 | (15.0) | (1.1) | (0.0) | (14.4) | 12.0 | 4.8 | 7.2 | 3,900 | 4,249 | 92% | 6.7 | 7.3 | 91% |
| Haynesville | 41.4 | (9.0) | (1.1) | (0.0) | (23.7) | 8.7 | 6.7 | 2.0 | 1,882 | 3,009 | 63% | 7.7 | 10.5 | 73% |
| East Texas | 17.6 | (6.9) | (0.4) | (0.4) | (4.8) | 5.9 | 1.5 | 4.4 | 3,382 | 3,756 | 90% | 1.5 | 3.1 | 49% |
| Cotton Valley | 0.7 | (0.4) | (0.0) | 0.0 | 0.0 | 0.3 | 0.2 | 0.1 | 0 | 17 | 0% | 0.1 | 0.1 | 90% |
| Central LA | 0.3 | (0.2) | (0.0) | (0.0) | 0.0 | 0.1 | 0.1 | (0.1) | 0 | 60 | 0% | 0.0 | 0.0 | 100% |
| **Fort Worth** | **69.6** | **(25.4)** | *(1.9)* | *(0.1)* | **(20.4)** | **23.9** | **10.6** | **13.3** | **3,520** | **3,684** | **96%** | **11.2** | **11.7** | **95%** |
| Barnett | 40.3 | (14.3) | (1.2) | (0.0) | (10.9) | 15.1 | 9.7 | 5.3 | 2,592 | 2,627 | 99% | 7.5 | 7.7 | 97% |
| EagleFord | 28.3 | (10.5) | (0.6) | (0.0) | (9.5) | 8.3 | 0.6 | 7.7 | 873 | 995 | 88% | 3.6 | 3.7 | 95% |
| South Texas Ot | 1.1 | (0.6) | (0.0) | (0.0) | 0.0 | 0.5 | 0.3 | 0.2 | 55 | 62 | 89% | 0.1 | 0.3 | 48% |
| **Midcontinent** | **66.9** | **(20.6)** | *(1.7)* | *(0.9)* | **(16.5)** | **29.3** | **9.6** | **19.9** | **2,354** | **7,294** | **32%** | **12.3** | **20.7** | **60%** |
| Fayetteville | 22.0 | (6.9) | (0.4) | 0.0 | (3.3) | 11.9 | 4.6 | 7.3 | 1,081 | 2,928 | 37% | 5.1 | 6.9 | 74% |
| Woodford | 43.4 | (12.9) | (1.4) | (0.9) | (13.2) | 17.2 | 4.6 | 12.6 | 1,273 | 4,194 | 30% | 6.9 | 13.4 | 51% |
| Arkoma Other | 0.7 | (0.4) | (0.0) | 0.0 | 0.0 | 0.3 | 0.1 | 0.2 | 0 | 13 | 0% | 0.2 | 0.2 | 100% |
| Anadarko | 0.9 | (0.4) | (0.0) | (0.0) | 0.0 | 0.4 | 0.3 | 0.1 | 0 | 159 | 0% | 0.2 | 0.2 | 100% |
| **Permian** | **169.7** | **(62.2)** | *(2.5)* | *(2.2)* | **(18.9)** | **88.6** | **9.0** | **79.6** | **3,662** | **3,740** | **98%** | **12.0** | **15.5** | **77%** |
| Permian | 168.7 | (62.1) | (2.5) | (2.2) | (18.9) | 87.8 | 8.9 | 78.9 | 3,662 | 3,740 | 98% | 12.0 | 15.5 | 77% |
| San Juan CO2 | 1.0 | (0.1) | 0.0 | 0.0 | (0.0) | 0.8 | 0.1 | 0.8 | | | | | | |
| **Western** | **135.7** | **(49.5)** | *(2.9)* | *(1.4)* | **(31.9)** | **54.3** | **12.7** | **41.6** | **4,378** | **11,792** | **37%** | **14.9** | **36.9** | **40%** |
| Bakken | 58.9 | (18.3) | (0.9) | (0.9) | (13.2) | 27.4 | 7.5 | 19.9 | 1,672 | 1,882 | 89% | 6.3 | 6.4 | 99% |
| Uintah | 0.1 | (0.1) | 0.0 | 0.0 | (0.0) | (0.0) | 1.7 | (1.8) | 0 | 2,308 | 0% | 0.0 | 4.2 | 1% |
| Piceance | 75.8 | (30.3) | (1.9) | (0.6) | (18.5) | 27.0 | 2.2 | 24.8 | 2,706 | 6,515 | 42% | 8.3 | 24.1 | 34% |
| San Juan | 0.1 | (0.1) | 0.0 | 0.0 | 0.0 | 0.0 | 0.6 | (0.6) | 0 | 414 | 0% | 0.1 | 0.7 | 9% |
| Green River | 0.5 | (0.4) | (0.0) | (0.0) | 0.0 | 0.1 | 0.3 | (0.2) | 0 | 0 | 0% | 0.1 | 0.2 | 59% |
| Raton | 0.3 | (0.3) | (0.0) | 0.0 | 0.0 | 0.0 | 0.8 | (0.8) | 0 | 673 | 0% | 0.1 | 1.4 | 6% |
| **Argentina** | **0.6** | **(0.3)** | *(0.0)* | *(0.0)* | **(0.2)** | **0.1** | **0.1** | **0.0** | **0** | **0** | **0%** | **0.1** | **1.0** | **11%** |
| **Total** | **609.9** | **(209.6)** | *(13.7)* | *(5.6)* | **(152.3)** | **247.3** | **67.6** | **180.0** | **24,524** | **46,400** | **53%** | **79.9** | **137.6** | **58%** |

NOTES: Table above excludes potential Brenham project add
Colony book value and NCF included in Piceance play
GHG represents total estimated greenhouse gas compliance costs; GHG Net is the amount of GHG costs which may not b e recovered through the market place

**ExxonMobil**    Prepared Under Attorney Supervision                                                    Proprietary    41

CONFIDENTIAL TREATMENT REQUESTED                                                                PRAM0005334

# XTO Results vs 2015

| | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Central LA (2016) | 0.3 | (0.2) | 0.0 | 0.1 | 0.1 | (0.1) | 0 | 60 | 0% | 0.0 | 0.0 | 100% |
| 2015 Plan | 0.5 | (0.2) | (0.0) | 0.2 | 0.2 | 0.0 | 60 | 60 | 100% | 0.0 | 0.0 | 100% |
| | | | | | | | | | | | | |
| Uintah (2016) | 0.1 | (0.1) | (0.0) | (0.0) | 1.7 | (1.8) | 0 | 2,308 | 0% | 0.0 | 4.2 | 1% |
| 2015 Plan | 13.9 | (5.2) | (5.0) | 3.7 | 1.9 | 1.8 | 682 | 1,011 | 67% | 2.2 | 2.5 | 86% |
| | | | | | | | | | | | | |
| San Juan (2016) | 0.1 | (0.1) | 0.0 | 0.0 | 0.6 | (0.6) | 0 | 414 | 0% | 0.1 | 0.7 | 9% |
| 2015 Plan | 4.6 | (2.5) | (0.7) | 1.4 | 0.6 | 0.8 | 137 | 633 | 22% | 1.0 | 1.3 | 80% |
| | | | | | | | | | | | | |
| Green River (2016) | 0.5 | (0.4) | 0.0 | 0.1 | 0.3 | (0.2) | 0 | 0 | 0% | 0.1 | 0.2 | 59% |
| 2015 Plan | 1.3 | (0.8) | 0.0 | 0.5 | 0.3 | 0.2 | 0 | 0 | 0% | 0.2 | 0.2 | 100% |
| | | | | | | | | | | | | |
| Raton (2016) | 0.3 | (0.3) | 0.0 | 0.0 | 0.8 | (0.8) | 0 | 673 | 0% | 0.1 | 1.4 | 6% |
| 2015 Plan | 8.6 | (2.8) | (3.7) | 2.0 | 0.9 | 1.2 | 612 | 675 | 91% | 1.3 | 1.4 | 90% |

**ExxonMobil**     Prepared Under Attorney Supervision     Proprietary     42

CONFIDENTIAL TREATMENT REQUESTED     PRAM0005335

# XTO Unproved Acreage Assessment

## Methodology

- Amortized based on <u>development risk</u> and <u>average holding period</u> for each asset grouping

- Average holding period is the planned average years to drill current view resource

- A minimum 10% risk percentage and 20 year cap on years to drill are applied



$$\text{Annual Amortization} = \frac{\text{Net Value} \times \text{Risk \%}}{\text{Average Years to Drill}}$$



**U.S. Unproved Balance ($G)**

| | Merger | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 OLK |
|---|---|---|---|---|---|---|---|---|
| Balance | 22.4 | 23.3 | 24.1 | 24.3 | 22.3 | 22.5 | 21.6 | 21.5 |
| Cum. Transfer to Proved (net) | 0.1 | 2.2 | 3.4 | 5.5 | 6.4 | 7.4 | 7.5 |

Legend: Net Acquistions, Original balance (2016 OLK: 7.7 / 13.8)

## Overall Reasonableness Assessment

- Unproved balance ↓35 + (excl. net acquisitions) driven by transfers to PUD

- ~90% of U.S. acreage is held-by-production

- Acquisitions represent high quality, low-cost resource in major unconventional plays

- U.S. resource base up 189%, while the unproved value is down $0.8G

- Unproved balances are included in book value assessed in draft results

**ExonMobil**   Prepared Under Attorney Supervision

Proprietary   43

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005336

# CTE Assessment

## Objective
Complete an assessment of XTO's $870M equity investment carrying value for Cross Timbers Energy (CTE)

## Approach
Assessed whether recent earnings decline and other quantitative and qualitative factors indicate a <u>loss of investment value that is other than temporary</u>

➢ Consideration given to all available evidence including financial condition, previous impairment charges, general market condition, intent and ability of XTO to retain its investment in CTE for period of time sufficient to allow for recovery

➢ Because CTE not publicly held and has wide ranging operations, no readily available market value is apparent

➢ Although not required, developed discounted cash flow for CTE to assess whether there is evidence that XTO may not have the ability to recover the carrying amount of the investment

    ➢ Model incorporated latest financial statements and input from CTE

## Results
- Discounted cash flow model value in $995M to $780M range; applying 5% to 7% discount rate
- Data provided by CTE; assumptions reviewed by XTO asset management and planning groups
  - ➢ <u>Prices</u>: WoodMac for 3Q16 plus differential; 2.5% inflation
  - ➢ <u>Reserves</u>: Proved reserves plus risked amount of unproved
  - ➢ <u>Production Volumes</u>: Provided by CTE; forecasted at 6-7% decline rate for 2030+
  - ➢ <u>Lifting Costs</u>: Consistent with Aug YTD; assume 2% efficiency offsets 2.5% inflation except for taxes (8% of rev) & SWB (2% inflation)
  - ➢ <u>Development Costs</u>: Provided by CTE for PUDs and upsides
  - ➢ <u>Abandonment Costs</u>: Provided by CTE
- Recent performance:
  - ➢ Dividends were paid in 3Q'16 and are expected for 4Q'16

| Discounted Cash Flow Model | $M (net) |
|---|---|
| Future Cash Flow - Undiscounted | 2,208 |
| *Future Cash Flow - Discounted 5%* | *995* |
| **Future Cash Flow - Discounted 6%** | **877** |
| *Future Cash Flow - Discounted 7%* | *780* |

## Conclusion
No indication that XTO's investment in CTE has experienced a loss in value that is other than temporary

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    44

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005337

# Other North America Results

ExxonMobil    Prepared Under Attorney Supervision    45

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005338

# North America Portfolio



**Value Enhancement**
- Active Market Response
- Integrity Program Effectiveness
- Minimum PU Implementation
- Active Influence with OBO Partners
  - Focus on Cash Neutrality
  - Reliability and RBWS

**CAW**
- Significant Resources
- Diverse Portfolio
  - Long-life Conventional
  - Mature In Situ Heavy Oil
  - New Development SAGD and Mining

**CAE**
- Growth with 2017 Hebron Start-up
- Activities Across Upstream Lifecycle (Exploration to Decommissioning)

**USP**
- Discrete Assets with Limited Interdependencies
- Split Portfolio EMOP / OBO
- Capital Intensive New Developments

**Alaska**
- Long-life Assets
- Point Thomson 2016 IPS Start-up; Expansion Potential

**Aera**
- Mature Assets
- Competitive Work Programs in Low Price Environment

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    46

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005339

B

# North America - Profitability Analysis

**2Q YTD 2016**

| Asset Grouping | EOFL | Production (koebd) | Earnings ($M) | Est. Cash Gen ($M) | Capex ($M) | NBV ($M) |
|---|---|---|---|---|---|---|
| **Canada** | | | | | | |
| Canada East | Various | 46 | 34 | 108 | 103 | 1,322 |
| Kearl | 2065 | 173 | (364) | (168) | 97 | 16,693 |
| Syncrude | 2038 | 49 | (79) | (24) | 12 | 2,886 |
| Cold Lake | 2059 | 139 | 18 | 85 | 26 | 2,277 |
| Western Alberta – Tight Oil | 2034 | 5 | 6 | 16 | 0 | 215 |
| Norman Wells | 2022 | 11 | (4) | 12 | 0 | 107 |
| Canada < $50M[1] | Various | 17 | (62) | (7) | (1) | 284 |
| **U.S.** | | | | | | |
| Alaska | | | | | | |
| Prudhoe Bay | 2068 | 95 | 102 | 81 | 107 | 3,301 |
| Point Thomson | 2046 | 0 | (13) | (11) | 0 | 2,445 |
| Endicott | 2025 | 1 | (4) | 1 | 0 | 51 |
| Alaska Total | | 96 | 85 | 71 | 107 | 5,797 |
| SYU | 2043 | 0 | (47) | (37) | (3) | 2,091 |
| LaBarge | 2042 – 2105 | 20 | 98 | 113 | 2 | 1,374 |
| GOM[1] | Various | 130 | (251) | 92 | 214 | 7,636 |

(1) Fields with a net book value < $50M excluded from further analysis due to immateriality

**ExxonMobil**     Prepared Under Attorney Supervision                                 Proprietary     47

CONFIDENTIAL TREATMENT REQUESTED                                                    PRAM0005340

B

# North America - Profitability Analysis

**2Q YTD 2016**

| Asset Grouping | EOFL | Production (koebd) | Earnings ($M) | Est. Cash Gen ($M) | Capex ($M) | NBV ($M) |
|---|---|---|---|---|---|---|
| Syncrude | 2038 | 49 | (79) | (24) | 12 | 2,886 |
| Alaska | | | | | | |
| Prudhoe Bay | 2068 | 95 | 102 | 81 | 107 | 3,301 |
| Point Thomson | 2046 | 0 | (13) | (11) | 0 | 2,445 |
| Endicott | 2025 | 1 | (4) | 1 | 0 | 51 |
| Alaska Total | | 96 | 85 | 71 | 107 | 5,797 |
| SYU | 2043 | 0 | (47) | (37) | (3) | 2,091 |

- Syncrude losses not representative of asset's performance through 2Q
    - Wildfire impact from lost production: -$70M earnings, -$80M cash generation (no facility damage)
    - Site-wide turnaround taking production offline: -$50M earnings, -$60M cash generation

- Alaska asset group indicates that recoverability of carrying value not at issue
    - 1H16 earnings of $85M, 1H16 estimated cash generation of $71M
    - Even if assessed at field level, no concern
    - 1H16 Point Thomson losses reflect impact of startup
        - Part of broader project economics (supply Alaska LNG, connect gas via pipeline to Prudhoe Bay)

- SYU losses not representative of the asset's performance; field temporarily idled in 2015, planned partial restart in 2020

**ExxonMobil**    Prepared Under Attorney Supervision                                    Proprietary    48

CONFIDENTIAL TREATMENT REQUESTED                                                        PRAM0005341

# North America Results

$M

| Assets with NBV > $50M | Revenue | Cash Opex | GHG (memo) Gross / Net** | Capex | Net Undis. Cash Flow | Net Book Value (NBV) | Delta |
|---|---|---|---|---|---|---|---|
| **Canada** | | | | | | | |
| Kearl | 278,130 | (186,150) | *(8,420) / (8,420)* | (38,460) | 53,520 | 16,390 | 37,130 |
| Norman Wells | 460 | (320) | *(5) / (5)* | - | 140 | 90 | 50 |
| **U.S.** - SYU | 12,240 | (3,840) | *TBD* | (1,610) | 6,790 | 2,100 | 4,690 |
| **U.S.** - GOM | | | | | | | |
| Thunder Horse - OBO | 9,610 | (2,940) | *(50) / (50)* | (1,970) | 4,700 | 2,120 | 2,580 |
| Julia - EMOP | *Recent start-up, positive net cash flow in excess of book value expected at Plan prices* | | | | ~3,300 | ~1,600 | ~1,700 |
| Mobile Bay - EMOP | 3,440 | (2,050) | *(280) / (40)* | (180) | 1,210 | 1,110 | 100 |
| *Lucius / Hadrian South** | *1,220* | *(230)* | *(10) / (10)* | *(200)* | *790* | *960* | *(170)* |
| Ursa - OBO | 2,710 | (440) | *(20) / (20)* | (320) | 1,950 | 440 | 1,510 |
| Heidelberg - OBO | 200 | (70) | *(10) / (10)* | (35) | 95 | 270 | (175) |
| Hoover-Diana - EMOP | 410 | (210) | *(10) / (10)* | - | 200 | 100 | 100 |
| Ram - OBO | 60 | (50) | *-* | - | 10 | 100 | (90) |

*\*\* GHG represents total estimated greenhouse gas compliance costs; GHG Net is the amount of GHG costs which may not be recovered through the market place*

- Challenged fields comprise Lucius / Hadrian South, Heidelberg, and Ram
  - Lucius (OBO) / Hadrian South (EMOP) preliminary shortfall $170M
    - *Upside on Lucius / Hadrian South reserves based on recent analysis of aquifer response not yet included in cash flow projections above; would expect updated cash flows to exceed book value by ~$70M+
  - Heidelberg shortfall $175M; current reserves estimate less than originally anticipated
  - Ram shortfall $90M; end of field life accelerated driven by lower prices

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    49

CONFIDENTIAL TREATMENT REQUESTED

# Non-North America Results

ExxonMobil    Prepared Under Attorney Supervision

CONFIDENTIAL TREATMENT REQUESTED

50

PRAM0005343

B

# Non-North America Summary Results

| $M | | | | | | | |
|---|---|---|---|---|---|---|---|
| Asset | Revenue | Cash Opex | GHG (memo) Gross/net** | Capex | NCF | YE16 Book Value | Delta |
| Chad | 7,496 | (1,648) | (15)/(15) | (227) | 5,621 | 1,396 | 4,225 |
| Equatorial Guinea | 4,877 | (2,180) | (21)/(21) | (826) | 1,871 | 910 | 961 |
| Malaysia | 12,327 | (4,548) | (148)/(148) | (1,214) | 6,565 | 2,503 | 4,062 |
| U.K. – CNNS | 6,312 | (4,140) | (229)/(89) | (716) | 1,456 | 1,329 | 127 |
| U.K. – SNS | 4,659 | (2,909) | (211)/(81) | (455) | 1,295 | 983 | 312 |

** GHG represents total estimated greenhouse gas compliance costs;  GHG Net is the amount of GHG costs which may not be recovered through the market place

- Chad
    - Plan includes 2019 polymer project start-up and additional margin from new shipper volumes through pipelines
    - Undiscounted cash flow still exceeds NBV assuming no polymer project or additional new shipper volumes
- EG
    - Plan assumption is the PSC is allowed to expire in 2025
    - Plan includes future subsea and platform drilling to capture additional resource prior to PSC expiration
- Malaysia
    - Produces $4.1G net undiscounted cash flows in excess of estimated Year End 2016 carrying value ($2.5G)
    - End of field life for Gas PSC in 2027 and 2008 PSC in 2033
- U.K. – CNNS/SNS
    - Plan assumes Fram two well development, Gannet pipeline reinstatement, SNS drilling, and Shearwater compression

ExonMobil    Prepared Under Attorney Supervision                                    Proprietary    51

CONFIDENTIAL TREATMENT REQUESTED                                                PRAM0005344

# Approach to Establishing Fair Value

**ExxonMobil**   Prepared Under Attorney Supervision                                                52

CONFIDENTIAL TREATMENT REQUESTED                                                        PRAM0005345

# Fair Value Considerations

- US GAAP defines "fair value" as price at which an orderly transaction to sell the asset would take place between market participants under current market conditions

- General requirements

  - If no single price exists in the market, must maximize use of observable criteria

  - Must reflect buyers / sellers in the principal or most advantageous market

  - Market participants presumed to have access to all available information, including that obtained through normal due diligence efforts

- EM Fair Value Principles

  - Viable approaches include use of cash flow models or recent market comps

  - No "one size fits all" approach – different assets could require different techniques

  - A range of values will be generated; management judgment required to assess most appropriate value

**ExxonMobil**   Prepared Under Attorney Supervision                                                Proprietary      53

CONFIDENTIAL TREATMENT REQUESTED                                                                    PRAM0005346

# Fair Value Considerations

- ## Prices

  - Futures "strip" prices are a convenient source for near-term, but do not represent market's view of long-term prices used for asset valuation purposes

  - An average of third-party price outlooks represents a reasonable estimate of the market's view

- ## Costs

  - Certain market participants would likely assume lower ongoing operating costs for certain assets than those included in EM's undiscounted cash flow assessments

  - Market participants unlikely to exhibit the degree of diligence in operating practices that EM does

- ## Development Plans

  - Market participants likely to drill all wells deemed economic on a money-forward basis

  - Would likely vary drilling pace and drill opportunistically as price cycles occur

- ## Discount Rate

  - Depends on market participants' cost of capital and risk profile of individual assets

**ExxonMobil**    Prepared Under Attorney Supervision                                    Proprietary    54

CONFIDENTIAL TREATMENT REQUESTED                                    PRAM0005347

DX-0898 - 55 of 108    **App. 860**

# Third Party Crude Price Outlooks – Nominal



CONFIDENTIAL TREATMENT REQUESTED

PRAM0005348

# Third Party Crude Price Outlooks – Nominal



CONFIDENTIAL TREATMENT REQUESTED

# Third Party Henry Hub Price Outlooks - Nominal



$/MBTU

**ExxonMobil**    Prepared Under Attorney Supervision    *IEA represents United States gas price from New Policies Scenario    Proprietary    57

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005350

DX-0898 - 58 of 108    **App. 863**



# Third Party Henry Hub Price Outlooks - Nominal

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    58

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005351

# Wrap-Up

ExxonMobil　　Prepared Under Attorney Supervision　　　　　　　59

CONFIDENTIAL TREATMENT REQUESTED　　　　　　　PRAM0005352

　　**App. 865**

App. 866

# Summary

- EM uses a robust / thorough process for developing near-term operating, and long-term business and investment plans

  - Energy Outlook underpins assessment of multi-decade investments

  - Understanding of future energy supply / demand is critical

  - Company Plan reflects input from affiliates that culminates in review and alignment with senior management and Board approval

- Results reflect focus on optimizing vast resource base

  - Continuous improvement in capital and operating cost efficiencies and well productivity

  - Utilizing best technology / operating practices to generate industry-leading operating results

  - Most assets generating positive book earnings even at low 2016 prices

  - Certain long-life legacy assets have losses at current prices, but recover book value at Plan assumptions

  - Following review by senior management as part of Plan process, identified several challenged asset groups

- Next step is to perform fair value assessment for several asset groups

  - Develop cash flow models where appropriate and also consider recent, comparable market transactions

  - Establish a fair value range depending on alternative prices, discount rates, and market comps

  - Assess under two price scenarios based on average of reputable third party industry experts

  - Discount rate range dependent on characteristics of asset and market participants

  - Management judgment required to determine the most appropriate value

**ExxonMobil**     Prepared Under Attorney Supervision                                        Proprietary      60

CONFIDENTIAL TREATMENT REQUESTED                                                    PRAM0005353

DX-0898 - 61 of 108     **App. 866**

# Appendix

CONFIDENTIAL TREATMENT REQUESTED

ExxonMobil     Prepared Under Attorney Supervision

61

PRAM0005354

**App. 867**

# Price Bases

| 2016$/B | Financial Case | | Extended Plan Financials | | | | | | | Opportunity Case | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022+ | | | | Low | High |
| Brent Crude | 45 | 50 | 65 | 65 | 65 | 70 | | | | 40 | 100 |

| 2016$/MBtu | Financial Case | | Extended Plan Financials | | | | | | | Opportunity Case | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 | 2024 | 2025+ | Low | High |
| U.S. Henry Hub | 2.5 | 2.8 | 3.0 | 3.0 | 3.0 | 3.0 | 3.2 | 3.5 | 3.5 | 2.0 | 5.0 |
| NW Europe NBP | 4.5 | 4.8 | 5.0 | 5.0 | 5.0 | 5.0 | 6.0 | 7.0 | 8.0 | 4.0 | 10.0 |
| Asia Japan LNG | 5.0 | 5.3 | 5.5 | 5.5 | 5.5 | 5.5 | 6.5 | 8.0 | 9.0 | 4.5 | 12.0 |

**ExxonMobil**   Prepared Under Attorney Supervision

Proprietary    62

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005355

# Oil Supplies Grow and Diversify

**Liquids Production by Type**
MBDOE



ExxonMobil     Prepared Under Attorney Supervision     Proprietary     63

CONFIDENTIAL TREATMENT REQUESTED     PRAM0005356

# Natural Gas Trade



ExxonMobil    Prepared Under Attorney Supervision

Proprietary    64

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005357

# Angola Asset Grouping

## Asset Grouping

1) Block 15 Production Sharing Agreement (PSA)
2) Block 17 Production Sharing Agreement

## Description of Assets

- 2 Producing PSAs with Government of Angola (Sonangol)

Angola Block 15 – EM Operated, Esso 40% interest

- Subsea wells from multiple Development Areas (DA) tying back to 4 FPSOs (Kizomba A / B, Mondo, Saxi-Batuque)

Angola Block 17 – Total Operator; Esso 20% interest

- Subsea wells from multiple DAs tying back to 4 FPSOs (Girassol, Dalia, Pazflor and CLOV)

## Asset Grouping Rationale

- Block 15 and 17 PSCs are discrete / separate fiscal entities and are geographically separated

- Infrastructure, facilities, FPSOs not shared across blocks

- Each block has its own:
  - Operations, technical and commercial support; shared across fields in a block
  - Logistics (Aviation, Marine, Shorebase)
  - Suppliers; contracted at block level
  - Specific DAs which share FPSOs within the block
    - i.e. 20 DAs and 8 FPSOs

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    65

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005358

# Angola Asset Grouping

Block 15



**ExxonMobil**    Prepared Under Attorney Supervision                                     Proprietary    66

CONFIDENTIAL TREATMENT REQUESTED                                                          PRAM0005359

# Australia Asset Grouping

## Description of Assets

- South East Australia - EM Operated
  - Gippsland Basin (see graphic) contains 23 integrated platforms over 21 production licenses producing oil and natural gas with shared offshore and onshore processing
  - Consists of two joint ventures sharing integrated onshore and offshore infrastructure and processing facilities:  Gippsland Basin JV (EM 50%, BHPB 50%)  and Kipper Unit JV (EM 32.5%, BHPB 32.5%, Mitsui 35%)
- North-West Australia – Operated by others
  - Gorgon Jansz LNG facility, new development, started up in 1Q16 with additional trains coming online through 2016-17
  - Barrow Island is a small oil producing field in Western Australia
  - Other OBO assets, Thevenard, Griffin and Woollybutt, are shut-in platforms with no production



## Asset Grouping – EM Operated, Gorgon-Jansz and Barrow Island

## Rationale

- SE Australia operations represent a high degree of infrastructure sharing, support and common customers
  - Platforms interconnected through a network of pipelines which send products to common facilities and onshore collection point (i.e. Longford gas conditioning plant and crude processing within the same facility)
  - Assets served by common technical, logistics support and vendors/suppliers
  - The above results in cost sharing arrangements across JVs for use of common facilities
- OBO assets at various stages of a project life cycle
  - Gorgon-Jansz (25% EMWI), CVX operated offshore asset that produces LNG, domestic gas and condensate.  Infrastructure is depreciated based upon a common deprecation pool with shared technical, operational and support management
  - Barrow Island (14.29% EMWI), CVX operated onshore asset producing crude oil
  - Woollybutt, Thevenard and Griffin have all reached end of field life and are fully depreciated

**ExxonMobil**    Prepared Under Attorney Supervision     Proprietary    67

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005360

# Azerbaijan Asset Grouping

## Description of Assets

Azeri-Chirag-Gunashli Concession (ACG) (EMWI 8%), BP operates
- Produces hydrocarbons from the Azeri-Chirag-Gunashi field in the Caspian Sea (Megastructure)
- Six production platforms feeding common processing facility at Sangachal
- Primary oil export via Western Route export pipeline to Supsa, Georgia on Black Sea

## Asset Grouping – Single Field

## Rationale

- ACG is a single field governed by a single PSA
- All production commingled in common facilities
- Assets are served by common technical, operational, and logistics support
- Operational decisions are for the purpose of the entire ACG field



**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    68

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005361

# Canada Asset Grouping*

*Excluding XTO

## Description of Assets

- **Kearl**: (100% EMOP) Open-pit mine to extract crude bitumen which is processed through extraction and froth treatment trains to create a blended product of bitumen and diluent. The blended product is shipped to markets via the Woodland pipeline (Edmonton) and then to markets through various other pipelines (e.g.Keystone, Enbridge GCA)

- **Cold Lake**: (100% EMOP) In-Situ heavy oil bitumen operation in which steam is injected into the reservoir to remove the bitumen from the sand and allow it to be pumped to the surface. The bitumen is combined with diluent on site to produce a blended product for sale. The product is shipped to markets via Cold Lake South (Hardisty) and Cold Lake West (Edmonton) pipelines (see chart)



**ExxonMobil**    Prepared Under Attorney Supervision



- **Syncrude**: (25% OBO) Open-pit mine to extract crude bitumen which is upgraded on site to produce a high-quality, light, sweet, synthetic crude oil. The product is sold at the plant gate.

- **Western Alberta - Tight Oil**: Includes approximately 200 wells in the Western Alberta Harmattan / Cardium area; production is processed through the Harmattan gas facilities.

- **Norman Wells**: (100% EMOP) Located in the Northwest Territories; conventional oil production from facilities including wells drilled from natural and artificial islands, and a central processing facility, which also generates electricity and provides natural-gas service for the town of Norman Wells. The oil produced is shipped to market in Edmonton via Enbridge pipeline.

Proprietary    69

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005362

# Canada Asset Grouping*

*Excluding XTO

**Newfoundland Offshore Oil:** (OBO) Oil assets located offshore Newfoundland and include an offshore oil gravity based production platform (Hibernia) and a Floating Production Storage and Offloading vessel (Terra Nova). Oil produced is transported by tankers into a Transhipment Terminal where it is stored until ready to be shipped to market.   Storage of production can be comingled.



**Sable:** (58.9% EMOP) Gas field located offshore Nova Scotia; facilities consist of 6 offshore platforms, a gas plant and a fractionation plant. Gas from the fields is transported via subsea gathering pipeline to an onshore gas processing plant. The sales gas then flows to markets in eastern Canada and the northeastern United States through an onshore pipeline. Natural gas liquids and condensate are transported by another onshore pipeline to a fractionation plant at Point Tupper for further processing before being sold.



**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    70

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005363

DX-0898 - 71 of 108    **App. 876**

# Canada Asset Grouping*
*Excluding XTO

## Asset Grouping – by major asset

- Kearl
- Cold Lake
- Syncrude
- Western Alberta Tight Oil
- Norman Wells
- Newfoundland Offshore Oil
- Sable

## Rationale

- Assets largely independent of other Canadian assets
- Ability to curtail operations without impacting other assets
- Different transportation systems/routes to market

**ExxonMobil**    Prepared Under Attorney Supervision                    Proprietary    71

CONFIDENTIAL TREATMENT REQUESTED                                                      PRAM0005364

DX-0898 - 72 of 108    **App. 877**

# Chad / Cameroon Asset Grouping

## Description of Assets

Joint Venture (Esso 40%, Petronas 35%, SHT* 25%)
*Formerly Chevron

- Conventions with Government of Chad (Tax-Royalty regimes)
  - 1998 Convention: tax (~60%) and royalty (12.50%)
  - 2004 Convention: tax (~60%) and royalty (14.25%)

- Gross Oil production: ~60 kbd, ~600 producing wells

- Kome Operations Base
  - Infrastructure for all field production, Central Treating Facility, 4 turbine power generation plant

- Transportation companies (COTCO & TOTCO)
  - EMNI ~40%; 670 mile, 30" export pipeline, 3 pump stations, pressure reduction station, Floating Storage and Offloading Vessel

## Asset Grouping

- Combined Chad and Cameroon Assets, full value chain with production, shared facilities and export pipeline includes
  - Conventions with Government of Chad
  - Chad Oil Transportation Co (TOTCO)
  - Cameroon Oil Transportation Co (COTCO)

## Asset Grouping Rationale

- Producing assets (7 fields, 2 fiscal regimes) leverage commingled facilities and transportation system
  - Shared facilities and services include: Operations, maintenance, logistics, airfield, base camp, power plant, & sales infrastructure
  - Kome Operations base facilities depreciated over reserves of all producing fields

- Pipeline cooperation is essential to producing asset; 1988 Convention required the Consortium and the Government of Chad to enter into an agreement with COTCO and TOTCO; no alternate means of transporting crude to market

- No independent option to curtail plant, pipeline, or other shared facilitates without negatively impacting revenue of all fields

- Similar equity ownership in assets and pipeline; Chevron exit / sale to SHT included the full value chain

**ExxonMobil**   Prepared Under Attorney Supervision                                      Proprietary      72

CONFIDENTIAL TREATMENT REQUESTED                                   PRAM0005365

# Chad / Cameroon Value Chain

 

 

1) Manifolds commingle several wells to ship total fluid to the Central Treating Facility
2) Kome Central Treating Facility processes fluid from all fields and enters Chadian portion of pipeline (TOTCO)
3) Pump Station 2 (COTCO) supports 670 mile pipeline infrastructure
4) Floating Storage & Offloading (FSO) Vessel stores up to 2.4 MB of saleable crude for liftings

**ExxonMobil**    Prepared Under Attorney Supervision                                Proprietary    73

CONFIDENTIAL TREATMENT REQUESTED                                              PRAM0005366

# Equatorial Guinea Asset Grouping

## Description of Assets

- Operations governed under single Production Sharing Contract (PSC) with the Gov't of EG
- Joint Venture:
  - EM operated, Mobil EG Inc (MEGI) (75% cost, 71.25% participating)
  - GEPetrol (25% cost, 23.75 participating)
  - Ministry of Mines and Hydrocarbons (5% participating)
- Single producing field (Zafiro) consists of subsea and platform wells
  - Floating Production Unit (FPU) Zafiro and Floating Production and Storage Offloading (FPSO) Serpentina process crude from subsea wells
  - Jade Platform processes crude from platform wells
  - Jade and Zafiro crude pumped to Serpentina
  - Crude liftings are taken from Serpentina
  - All producing wells connected within single field
  - Production, storage, shipping require all assets to function as single unit





## Asset Grouping

Equatorial Guinea Block B Production Sharing Contract

## Asset Grouping Rationale

- Asset consists of a single producing field governed under one PSC and
- Highly commingled infrastructure with capital assets (wells, storage vessels) depreciated as a single pool
- Operational decisions are driven by field level results

**ExxonMobil**   Prepared Under Attorney Supervision

Proprietary   74

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005367

# Equatorial Guinea Asset Grouping



**ExxonMobil**   Prepared Under Attorney Supervision   Proprietary   75

CONFIDENTIAL TREATMENT REQUESTED   PRAM0005368

# Germany Asset Grouping

## Description of Assets

- Sweet gas production mainly from fields between Elbe and Weser rivers
- Sour gas production from fields between Ems and Weser rivers; historically processed in two plants, now processed at Grossenkneten
- Oil fields predominately near Netherlands border (~10% of production)
- OBO; primarily sweet gas production, low crude production

## Grouping – Common Product / Geography

- Elbe Weser (sweet gas)
- Weser-Ems West (primarily sour gas)
- Weser-Ems East (primarily sour gas)
- OBO
- Oil

## Rationale

- Sweet gas utilizes four major compression stations and shared facilities such as central mercury absorption, dehydration and cold fractionation facilities
- Sour gas fields managed as two separate operating areas based on historical desulphurization facilities.  Fields now utilize single desulphurization facility (Grossenkneten); two central compression facilities.
- OBO assets scattered geographically with low individual production therefore centrally managed
- Oil assets located in same geographic region and are minor component of business; production ~3 kbd across ~20+ fields

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005369

App. 883

# Indonesia Asset Grouping

## Description of Assets

- EM affiliate operates the Banyu Urip central processing facility connected via a 72 km pipeline to an offshore floating storage and offloading facility

- Crude produced is sold via export and domestic sales via the PSC required domestic market obligation.

- Operations fall under a single PSC for the Cepu Block

- PSC Share
  - EM (45%)
  - Pertamina (45%)
  - Four local government companies (10%)



**Asset Grouping** – Country / Banyu Urip Development

## Rationale

- Single processing facility and field development provides 100% of Indonesia production

- Assets served by common technical, logistics support and vendors/suppliers

- Operations are governed under a single PSC



ExxonMobil   Prepared Under Attorney Supervision                                    Proprietary    77

CONFIDENTIAL TREATMENT REQUESTED                                                PRAM0005370

**App. 884**

# Iraq Asset Grouping

## Description of Assets

- Governed under Technical Services Contract (TSC) for the West Qurna (Phase I) oil field development
    - Unlike a typical PSC, contractor earn / receive fixed remuneration fee based on incremental production
    - Remuneration Fees are paid per barrel to Contractors as follows:
        - Discovered Developed: $1.90 per barrel of Incremental Production (base line 244 KBD)
        - Discovered Undeveloped: $2.00 per barrel of Additional Production
- EM is Lead Contractor with Participant Interest of 32.7%
    - Other WQI participants: PetroChina, Shell, Pertamina and Iraq Oil Exploration Co;
- The WQI oil field includes Mishrif reservoir (Discovered Developed) and Yamama reservoir and others (Discovered Undeveloped)

## Asset Grouping – Country Level

## Rationale

- WQI is a single field governed by a single Technical Services Contract
- Assets are served by common technical, operational, and logistics support
- Operational decisions are for the purpose of the entire WQI field

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    78

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005371

**App. 884**

# Kazakhstan Asset Grouping

## Description of Assets



- Tengiz (TCO), EMWI 25%, CVX operates
  - Production license encompasses the Tengiz and Korolev fields.
  - Production is processed through a processing plant complex that includes one of the largest single oil and gas processing trains in the world; primary oil export via Caspian Pipeline

- Kashagan, EMWI 17%, NCOC operates
  - Single PSA covers an area of almost 5,700 sq km in Kazakhstan's sector of the Caspian Sea.  Kashagan production restarted late September 2016.  PSA also includes the following undeveloped areas:  Kalamkas, Aktote, and Kairan
  - Development includes an offshore production/separation hub on an artificial island, drilling islands, onshore oil stabilization facilities and onshore gas treating facilities. Primary oil export via Caspian Pipeline

- Caspian Pipeline Consortium (CPC), EMWI 7.5% - operates a 1,581 km pipeline from Tengiz to the Novorossiysk marine terminal on the Russian Black Sea coast

## Grouping – by Asset

## Rationale

- Each individual producing asset operates under its own fiscal regime and is operated independently
- Tengiz is accounted for by the equity method
- CPC pipeline is a single managed asset and is accounted for by the equity method
- Kashagan producing operations managed as a single asset:  Production from all areas of the field is commingled and processed through common facilities;  asset is managed under a single license, by a single operator providing centralized operational and technical support.

**ExxonMobil**    Prepared Under Attorney Supervision                    Proprietary    79

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005372

# Malaysia Asset Grouping

## Description of Assets

- EM affiliate (EMEPMI) and JV Partner (PCSB) operate various offshore oil and gas fields produced through multiple platforms which are interconnected via a network of shared infrastructure and pipelines.

- Crude, natural gas and condensate produced is sent onshore to shared processing facilities and sold to common customers.

- Operations fall under 3 PSCs:  2008 PSC (oil), GPSC (oil & gas), and PM5 PSC (oil expires in 2017, gas in 2018).

- All assets:  EMEPMI (50%), PCSB (50%)



## Asset Grouping – Country

## Rationale

- Due to the high degree of facilities sharing, there is limited option to curtail operations without impacting other assets
  - Platforms interconnected through a network of ~2,000 km of pipelines which send products to common facilities (i.e. Tapis pump platform) and onshore collection points (TCOT, OSC, OGT)
  - While there are three PSCs, these contracts are essentially by product, versus geographic area.  Single fields produce both oil and gas governed by separate PSCs.
  - The above results in cost sharing arrangements across PSCs for use of common facilities.

- Revenues across the multiple fields / facilities are interdependent
  - Government regulates gas capacity production levels, by PSC, based on demand. Production shortfalls from one area/field can be offset by increasing the production from another area/field, and is often balanced across operators.
  - Commercially, oil is commingled and sold to one customer Petron and gas is sold to Petronas.

- Operational decisions for one component of the group take into consideration impacts on other components of the group

- Assets served by common technical, logistics support and vendors/suppliers.

- In 2017, EMOP/OBO reporting will be consolidated because GPSC includes both EM operated and PCSB operated fields of which gas production commitments are interrelated.  Other PSCs are EM operated only.

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    80

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005373

**App. 886**

# Malaysia Asset Grouping



ExxonMobil    Prepared Under Attorney Supervision

Proprietary    81

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005374

**App. 887**

# Netherlands Asset Grouping

## Description of Assets

- Nederlandse Aardolie Maatschappij B.V. (NAM)
  - Joint Venture: Shell (50%), EM (50%)
  - Operates the Groningen Field (NAM 60%, EBN 40%)
- XTO: OBO interests in offshore production
- ExxonMobil Producing Netherlands (EMPN): interest in North Friesland concession (20%)

## Grouping – NAM, XTO and EMPN

## Rationale

- NAM
  - Separately operated joint venture (equity company)
  - Major gas field (Groningen) with large remaining resource base, low investment value
  - Minor fields are inter-related with Groningen due to overall gov't production limits and common UGS facilities for managing swing production
- XTO
  - Fields are integrated utilizing a common collection point at L10 where product is commingled
  - Fields operate under the same tax regime, sell to the same customers and are stewarded on an integrated basis

- EMPN
  - EMPN is a partner in four fields which operate within the North Friesland concession; all fields operated by NAM and stewarded on an integrated basis
  - Three fields part of pooled depreciation group
  - Fields operate under the same tax regime and sell to the same customer



XTO

 **ExxonMobil**    Prepared Under Attorney Supervision       Proprietary    82

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005375

**App. 888**

# Nigeria Asset Grouping

## Description of Assets

- PSCs – Production through subsea wells to FPSOs; EMWI between 20% and 56%
  - Erha and Usan (EMOP); Bonga (OBO)
- JV – Shallow water production pumped to onshore terminals; EMWI 10% (Amenam Kpono), 40% (NNPC JV)
  - NNPC (EMOP); Amenam Kpono (OBO)

## Asset Grouping

- Each PSC is a separate grouping (Erha, Usan, Bonga)
- Each JV is a separate grouping (NNPC, AK)

## Asset Grouping Rationale

- PSCs and JVs are discrete fiscal entities; geographically separated
- Infrastructure, facilities, and pipelines not shared across PSCs or JVs
- Each PSC serves as one taxable entity; JV taxed as one entity
- PSCs each have devoted facilities (e.g. FPSOs)
- Fields within the JV:
  - Operated under one JOA and are managed operationally and commercially as a single asset
  - In most cases share common assets including pipelines and onshore terminals

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    83

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005376

# Nigeria Asset Grouping



ExxonMobil

CONFIDENTIAL TREATMENT REQUESTED

Proprietary   84[84]

PRAM0005377

# Norway Asset Grouping

## Description of Assets

- EM Affiliate which operates four fields and participates in OBO assets primarily operated by Statoil; with exception of Ormen Lange (Shell)

## Grouping – by Common Facilities (7 groups below)

## Rationale

- Jotun, Ringhorne and Balder (EMOP)
  - Flowlines connect all three fields and utilize common processing, injection, and export facilities
  - Balder FPSO processes Balder and Ringhorne oil
  - Jotun FPSO processes Jotun and Ringhorne oil
  - Gas export from Jotun A
  - Common onshore support organization
  - Shared emergency response
  - Coordinated maintenance, inspection and logistics



**ExxonMobil**   Prepared Under Attorney Supervision                    Proprietary    85

CONFIDENTIAL TREATMENT REQUESTED                                      PRAM0005378

# Norway Asset Grouping

## Rationale, cont.

- Central Norway (Aasgard, Mikkel, Kristin, Tyrihans) (OBO)
  - Aasgard provides gas injection to Tyrihans
  - Mikkel gas processed at Aasgard B
  - Kristin oil transferred to Aasgard C for storage and export
  - Tyrihans gas injection and lift supplied from Aasgard B



- Statfjord / Snorre Area (OBO)
  - Statfjord and Snorre utilize shared storage and offloading facilities
  - Final processing of Snorre A oil and gas supplied by Statfjord A
  - Statfjord B provides storage and loading for Snorre B



ExxonMobil    Prepared Under Attorney Supervision

Proprietary    86

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005379

**App. 892**

# Norway Asset Grouping

## Rationale, cont.

- Ormen Lange (OBO, single field)

- Fram (OBO, single field)

- Grane Area (OBO, primarily single field development)
  - Common collection and processing infrastructure utilized in Grane area
  - Svalin subsea facility tied into Grane

- Sleipner Area (OBO, primarily single field development)
  - Common collection and processing infrastructure utilized in Sleipner area
  - Sigyn (EMOP) developed as subsea template tied to Sleipner



**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    87

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005380

DX-0898 - 88 of 108    **App. 893**

# PNG Asset Grouping

## Description of Assets

- EM affiliate operates the PNG LNG joint venture and participates as a non-operating partner in four additional inter-related fields.

- Crude and condensate produced by both EMOP and OBO fields are processed by the Kutubu Central Processing Facility which is operated by Oil Search Ltd.

- Gas produced by both EMOP and OBO fields is processed and jointly marketed through the LNG Plant.

- EM affiliate interest
  - PNG LNG          33.2%   EM affiliate operated
  - Moran            26.8%   Oil Search Ltd. Operated
  - Kutubu / Gobe    14.5%   Oil Search Ltd. Operated
  - SE Gobe           5.9%   Oil Search Ltd. Operated



## Asset Grouping – Country

### Rationale

- Shared processing facilities are product focused, not ownership focused; commingled products

- High degree of infrastructure sharing and common customers
  - Gas produced from OBO fields is owned by PNG LNG, commingled with gas produced from EMOP fields (i.e. Hides, Juha) and sent to the LNG plant for processing
  - Condensate produced from EMOP fields (i.e. Hides, Juha) are combined with crude/condensate produced by Oil Search Ltd. and processed at the Kutubu Central Processing Facility and exported via the Kumul Marine Terminal
  - The above results in cost sharing arrangements across fields for use of common facilities

ExxonMobil    Prepared Under Attorney Supervision                                    Proprietary     88

CONFIDENTIAL TREATMENT REQUESTED                                                    PRAM0005381

# PNG Asset Grouping



ExxonMobil    Prepared Under Attorney Supervision    Proprietary    89

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005382

# Qatar Asset Grouping

**Description of Assets**

- ExxonMobil partnered with Qatar Petroleum (QP) to develop the North Field through joint ventures

- Fully integrated business consisting of global liquefied natural gas (LNG) operations, Laffan Refinery, and Al Khaleej Gas (AKG) / Barzan flowing gas assets support local/regional demand

- Assets held in several equity companies and support integrated value chain consisting of production from the North Field, processing, liquefaction, refining, storing/loading, transportation and regasification at LNG receiving terminals

- Joint venture operations managed by two Operating Companies, RasGas (RG) and Qatargas (QG).  Both operate / co-locate in Ras Laffan Industrial City







**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    90

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005383

# Qatar Asset Grouping

**Asset Grouping**  - Qatar Value Chain

## Rationale

- Production from a single field (North Field), offshore production facilities integrated with onshore facilities
- Integrated value chain with high degree of common facilities sharing
    - Shared cost structures and operational/ technical support for joint venture operations and common facilities
    - Ventures share common facilities to gain efficiencies and economies of scale
    - Storage & loading facilities (Common sulfur, LPG, condensate assets); Products from ventures commingled at storage
    - Terminals receive LNG exports from Qatar, regasify the LNG to be used in power generation and sales to third parties
    - The terminals ensure Qatar Petroleum and ExxonMobil's presence in the whole LNG value chain from gas production through liquefaction, shipping and LNG regasification; and provide Qatar with access to Europe and US markets
- Flexible commercial portfolio allows cargo diversions to more profitable markets

- Interdependent operations
    - Shut-in of common facilities will impact operations of all ventures
    - Curtailment of production will impact common facilities utilization, operational synergies, cost sharing
    - In addition to local gas sales, AKG provides gas used to generate power at Ras Laffan Industrial City
    - Laffan Refinery processes untreated condensate from QG, RG, and AKG to produce LPG, Naphtha, Kerojet and Gasoil
    - Tasweeq, wholly owned by the Government of the State of Qatar, operates independently from other oil & gas companies and is responsible for marketing of liquid products for QG, RG, and AKG

**ExxonMobil**    Prepared Under Attorney Supervision                                    Proprietary        91

CONFIDENTIAL TREATMENT REQUESTED                                              PRAM0005384



CONFIDENTIAL TREATMENT REQUESTED

PRAM0005385

DX-0898 - 93 of 108     **App. 898**

# Qatar - Ras Laffan Common Facilities



**ExxonMobil**     Prepared Under Attorney Supervision

Proprietary     93

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005386

# Sakhalin Asset Grouping

## Description of Assets

- Governed under Sakhalin-1 PSA,  EMWI 30%

- Development of 3 fields : Chayvo, Odoptu and Arkutun Dagi

- Assets include onshore well sites, platforms, pipelines, onshore processing facility, oil export terminal

- Oil and gas produced from the Sakhalin-1 fields is transported via pipelines  to the Chayvo Onshore Processing Facility (OPF), then across Sakhalin island and Tatar straight to the De-Kastri oil export terminal



## Asset Grouping  - Country Level

## Rationale

- Revenues, production volumes and operating costs across fields are interdependent, governed under single PSA

- Common facilities (Chayvo OPF and export terminal) are shared by the fields
    - Interconnected through a network of pipelines which send products to shared onshore processing facility
    - Storage tanks and tanker loading operations at De-Kastri terminal
    - Curtailment of operation of shared facilities would impact other assets

- Assets operated by a single operator (EM)
    - served by common technical, operational, and logistics support, and thus share common cost structure

- Single depreciation pool

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    94

# Thailand Asset Grouping

## Description of Assets

- EM participates in two small gas fields in northern Thailand.
- Nam Phong, EM operated. First concession acquired in 1979, first production in 1990 and production license expires in 2021 with an option for a 10-yr extension. 80% EMEPKI, 20% PTTEP (Petroleum Authority of Thailand)
- Sinphuhorm, Operated by Hess. EM discovery in 1983, farmed out to Hess in 1997 with first gas online in 2006. 35% Hess, 25% APICO, 20% PTTEP, 10% EMEPKI

## Asset Grouping – Country

## Rationale

- Immaterial book value
- At year-end 2015, <$10M total PPE for both fields





ExxonMobil    Prepared Under Attorney Supervision

Proprietary    95

CONFIDENTIAL TREATMENT REQUESTED

PRAM0005388

# UAE Asset Grouping

## Description of Assets

- EM owns 28% WI in the Upper Zakum oil field, offshore of Abu Dhabi

- Assets include offshore wells, platforms, pipelines, and four artificial islands with separation, water injection, compression, and power facilities.

- Crude produced offshore is piped to the Zakum Central Complex and then to Zirku Island (export terminal)

- Gas is collected at the Central Island and is exported to Abu Dhabi Marine Operating Company (subsidiary of Abu Dhabi National Oil Co.)



## Asset Grouping - Country Level

## Rationale

- Assets all support a single producing field

- Common facilities (islands, processing facilities, export terminals) are shared within the field
  - Platforms interconnected through a network of pipelines which send products to shared processing facilities

- Governed by Upper Zakum concession with single fiscal regime
  - Tax / royalties applicable to total Upper Zakum
  - Capital investment tax credits provide incentive for additional capex spend to develop field
  - Commitment to 1MBD project will extend concession to 2051

- Single depreciation pool

- Zakum Development Company (ZADCO) operates the concession on behalf of concession holders (EM, Abu Dhabi National Oil Company and Japan Oil Development Company)
  - Served by common technical, operational, and logistics support, and thus share common cost structure

**ExonMobil**    Prepared Under Attorney Supervision                          Proprietary    96

CONFIDENTIAL TREATMENT REQUESTED                                            PRAM0005389

# U.K. Asset Grouping

## Description of Assets
- UK North Sea is the primary development area of oil and gas in the UK. EM assets consist of multiple offshore producing fields interconnected by a network of shared infrastructure including pipelines, offshore collection points, FPSOs, and onshore processing facilities.
- A single fiscal regime applies to the UK offshore continental shelf, including associated onshore processing plants.
- UK Oil and Gas Industry typically describe three areas of activity within the North Sea
  - Northern North Sea (NNS)
  - Central North Sea (CNS)
  - Southern North Sea (SNS)
- Central and Northern North Sea have more complex geologies, deeper water and a mix of crude and gas condensate reserves.  The Southern North Sea is characterised by sandstone gas reserves and limited reserves of associated condensate
- See attached diagrams

## Asset Grouping – Central and Northern North Sea (CNNS), Southern North Sea (SNS) and XTO Wingate field

## Rationale

Group NNS and CNS into CNNS due to the high degree of operational integration, including facilities sharing, interdependency of assets, and EM interests substantially governed by a common JV agreement.

Group SNS assets due to similar high degree of operational integration, similar geology/reserves and common JV agreement

CNNS and SNS geographically and geologically separate.  They have no integration

- CNNS is a liquids and gas business, and relies on a more complex infrastructure than SNS.

- SNS is a dry gas business tied into Bacton. While CNNS Shearwater and Elgin Franklin gas is transported through SEAL pipeline to Bacton, there is no commingling of this stream with SNS gas either in the pipeline or in the Bacton plant.

- No SNS product flows through CNNS infrastructure.

In SNS, one field – Wingate – equity ownership in XTO UK is tied into Dutch NGT system (Operated by Wintershall)

**ExxonMobil**    Prepared Under Attorney Supervision                    Proprietary    97

CONFIDENTIAL TREATMENT REQUESTED                                    PRAM0005390

# U.K. Asset Grouping

## CNS/NNS grouping:

### Operational Integration

1.  NNS assets have a common onshore processing and loading terminal for crude at Sullom Voe

    - Penguins is a subsea development and is reliant on Brent C platform for all production. There is no option to produce from Penguins without the Brent operations continuing.

    - Strathspey is very small equity and NBV and is also tied into Sullom Voe Terminal

2.  A key feature of CNNS production has been the development of the gas infrastructure

    - Infrastructure is based on EM equity pipelines (Flags and Fulmar Gas Line) and onshore processing through the St Fergus Gas plant and Mossmorran NGL Fractionation Plant (collectively SEGAL).

    - Offshore production at equity and non-equity fields is dependent on this gas infrastructure. The wet gas is generally associated with the crude production and shutdown of the SEGAL system would impact production offshore. Use of onshore NGL tankage, maximising use as fuel and limited flaring would mitigate for a period, but regulatory restrictions on flaring would ultimately lead to curtailment of all production offshore

    - As the North Sea matures, there is also some demand to supply fuel gas across the EM gas infrastructure to fields without sufficient fuel..

    - Pipelines and SEGAL also support significant non-equity volumes through SEGAL generating EM revenue as processing fees or margin on non-equity purchases

    - Individual ownership streams cannot be identified after entering the SEGAL infrastructure

    - Segal operates a common processing agreement to allocate commingled production of Methane / Ethane / Propane / C4+ back to equity owners. All parties processing gas through SEGAL are parties to this agreement (but with separate commercial terms as negotiated).

    - The full value chain includes the Fife Ethylene Plant owned by EM Chemical. A feature of North Sea investment is GI economics which recognize the value added to FEP though security of feedstock (Plans to tie Shearwater into the FGL is a good example)

3.  Crude transportation in CNS fields rely on several evacuation routes
    - 3rd party owned Forties Pipeline System is the most significant. Product is commingled in the system and transportation of Forties Blend is from a common onshore hub at Kinneil. Nomination procedures with the FPS operator and associated ship or pay agreements are common to the system and allow substitution of production within clusters of fields, for example within the Shearwater cluster

ExxonMobil    Prepared Under Attorney Supervision    Proprietary    98

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005391

# U.K. Asset Grouping

**Operational Integration, cont.**

4. Other Crude transportation systems are the two FPSOs at Triton and Curlew and Gannet which transports crude to Teeside via Norpipe. Gas production from these CNS fields is reliant on the Fulmar Gas Line (SEGAL system).

**Commingling of product**
- Due to the operational integration, there is substantial commingling of product, including third party product
  - Over platforms (e.g. Penguins over Brent)
  - Through pipelines (e.g. FLAGS and Fulmar Gas Line)
  - At onshore plants (e.g. SEGAL and SVT)
- All CNNS gas/NGL flowing through SEGAL is commingled in offshore pipelines and through the SEGAL plant. The operator allocates product to field owners under a Transportation Processing and Fractionation Agreement (TPFA)
- NNS crude is commingled in offshore pipelines and at the Sullom Voe Terminal (Brent Blend)
- Forties Blend comprises all crude and condensate tied into the FPS, where product is commingled offshore and in tankage at Kinneil
- Due to the commingling, all of our products are collectively serving the same set of customers

**Contractual integration**

- EM interests are entirely OBO in the UK Central/North North Sea. The Shell / Esso JV 65 agreement is the predominant agreement
- Ship or pay agreements and a system of production nomination provides a shared transportation cost structure across multiple equity facilities. E.g. Shearwater cluster.
- Gas allocation procedures are included in agreements for processing through SEGAL as described above

**ExxonMobil**   Prepared Under Attorney Supervision                                                                     Proprietary    99

CONFIDENTIAL TREATMENT REQUESTED                                                                                      PRAM0005392

# U.K. Asset Grouping

## SNS Grouping:

### Operational Integration / commingling of production for SNS

• In Southern North Sea, there are two main collection points for EM equity gas, via the Leman and  Clipper platforms. Processing of gas in onshore Bacton
• Due to this integration, all SNS gas is commingled at Bacton gas plant.  All products are collectively serving the same set of customers.
• The Clipper platform and Leman A/B complexes are central collection and transportation hubs to Bacton EM SNS production

### Contractual Integration

• EM interests are entirely OBO in the UK SNS. The Shell / Esso JV 65 agreement is the predominant agreement
• The key operating agreement in the SNS governs the allocation and attribution of commingled production volume between all of the fields tied into the Bacton gas plant

**ExxonMobil**    Prepared Under Attorney Supervision                Proprietary    100

CONFIDENTIAL TREATMENT REQUESTED                                PRAM0005393

DX-0898 - 101 of 108    **App. 906**

# High Level Overview



CONFIDENTIAL TREATMENT REQUESTED

**App. 907**

# High Level Overview - CNS



CONFIDENTIAL TREATMENT REQUESTED

PRAM0005395

**App. 908**

CONFIDENTIAL TREATMENT REQUESTED    Prepared Under Attorney Supervision    Proprietary    PRAM0005396    103



# United States Asset Grouping*

*Excluding XTO

## Description of Assets

The U.S. portfolio comprised of assets in four geographic areas:

- **California:**
  - Santa Ynez Unit consists of three offshore platforms (Hondo, Heritage and Harmony) and an onshore oil and natural gas processing facility in Las Flores Canyon. EMOP asset is 100% EMWI. ExxonMobil owns and operates 16 federal leases totaling 76 thousand acres. There are approximately 40 miles of associated subsea pipelines that transport crude oil, natural gas and produced water from the platforms to the onshore processing facilities
  - Area Energy – EM has 48% investment in Aera (equity company). Aera operates several oil and gas fields in Belridge and San Joaquin Valley.

- **Wyoming:**
  - LaBarge development in Wyoming comprises the Madison, Tip Top, and Hogsback fields, and the Shute Creek gas processing plant which processes methane, helium, and CO2 sold for use in enhanced recovery. Assets are EMOP, 85%-100% EMWI.

- **Gulf of Mexico:** Assets include varying EM interest in numerous individual fields/leases operated by a number of different companies. EMOP operations consist of Mobile Bay, Hoover, Lena & GA209 and subsea tiebacks (Julia, Hadrian South, Marshall/Madison) which handle oil and gas produced in the Gulf of Mexico (including Hadrian South which ties back to the Anadarko-operated Lucius spar). Additionally, USP owns interest in multiple platforms and subsea tiebacks in the Gulf of Mexico that are operated by other parties



- **Alaska:**
  - EM has a 36% ownership in Prudhoe Bay Unit (PBU) operated by BP. PBU consists of 1,600+ producer/injector wells on 50 well pads and over 1,300 miles of pipelines connecting the wells to the 7 major separation facilities, the central gas facility and the central compressor. EM has 21% interest in Endicott operated by Hilcorp consist of 70+ wells/injectors. EM also has a small interest in the Kuparuk River Unit (<1% EMWI) operated by ConocoPhillips.
  - EM 21% interest in the Trans Alaska Pipeline (TAPS), which transports crude from the North Slope to the Valdez Terminal on the southern coast of Alaska
  - EM 62% interest Point Thompson Unit (EMOP), which is located approximately 60 miles east of PBU, and includes wells drilled from 3 drill pads, gathering lines, a central production facility, and infrastructure to produce gas and condensate

**ExxonMobil**    Prepared Under Attorney Supervision

Proprietary    104

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005397

# United States Asset Grouping*
*Excluding XTO

## Asset Groupings/ Rationale  - SYU, Aera, LaBarge, Alaska, GOM - Lucius / Hadrian South, GOM – Other Individual fields

Asset grouping are based on geographical area / operational environment, management / stewardship of units, and common markets served.

**SYU:**  Integrated assets are 100% EMOP and are managed asone unit.  Production from all three platforms flows to and is dependent on common processing facilities at Los Flores Canyon.  Product is thus commingled and serves common customers Assets share common management, technical and operational support, including common suppliers.Single Opex and Capex budgets are shared by all assets.

**Aera:** Accounted for as an equity company, and is separate and distinct from any other EM interests.  The grouping is EM's investment in the equity company.

**LaBarge:**  Assets are 85-100% EMOP and managed as a unit.  Assets share common management, technical and operational support, including common suppliers. Single Opex and Capex budgets are shared by all assets. Due to economies of scale, EM's Shallow operations would unlikely continue without the Deep asset.

**Alaska:**   EM  Alaska assets are all located on the Alaska North Slope where delivery of condensate/crude iscommingled into the one TAPS pipeline. TAPS delivers the crude 800 miles to Valdez port. Point Thomson is operated by EM and currently delivers condensate into  the TAPS pipeline network. Point Thomson (~8 TCF) and Prudhoe Bay(~30 TCF) are the key fields to future commercialization of the significant gas resources on the North Slope.

The  current Point Thomson investment is a precursor to the future development of North Slope gas resources. A number of options are being evaluated to develop the gas resources including  an option to utilize Point Thomson gas to inject into PBU, allowingfor increased Point Thomson condensate production and potentially increasing PBU production.

**ExxonMobil**    Prepared Under Attorney Supervision    Proprietary    105

CONFIDENTIAL TREATMENT REQUESTED    PRAM0005398

**App. 912**

# United States Asset Grouping*
*Excluding XTO

## Asset Grouping /Rationale, cont.

**GOM:**  With the exception of Lucius and Hadrian South, individual GOM fields generally treated as separate asset groupings based on rights to the resources arising from separate leases for each field.  In addition, there is very limited interconnectivity between fields, thus there is independent opportunity to curtail any individual field without impacting others.  Fields generally employ separate product export systems, with minimal product commingling. Fields are both EMOP and OBO, with several different OBO operators making independent operational decisions on these assets

**Lucius and Hadrian South represent an asset group:** Hadrian South is operated by EM with sub-sea tie backs to the Anadarko-operated Lucius spar. Gas produced from Hadrian South is commingled with Lucius production on the platform and sent to shore as one mixed gas stream. If Lucius production is curtailed, operations at Hadrian South are also curtailed. Gas processing fees for Hadrian South are paid to Lucius owners.

**ExxonMobil**     Prepared Under Attorney Supervision                                                                         Proprietary      106

CONFIDENTIAL TREATMENT REQUESTED                                                                                                    PRAM0005399

DX-0898 - 107 of 108

# XTO Asset Grouping

## Description of Assets

- XTO and various JV Partners operate multiple oil and gas fields throughout the U.S. and Canada, with tens of thousands of operated wells and various networks of infrastructure and pipelines

- Operations in 14 states in the United States and Canada

- Provide operational support for resource development in Argentina

  - Single producing concession in the field of Sierra Chata (OBO); 5 additional concessions in the unconventional play of the Vaca Muerta

## Asset Grouping – Play Level

## Rationale

- North America asset groupings are aligned with 20+ DD&A pools which collectively depreciate the book value of multiple assets

- Argentina asset groupings aligned with individual exploration permits and production concession

  - Each concession and associated assets are managed by a single operator with common operational and technical support

- Lowest operating level with fully identifiable field revenue and cost forecasts

  - Operating levels often have commingled products and shared customers within asset groups

- Production assets in a given geographical area are  managed as one integrated grouping

  - Shared common operational and technical support; budgeting/stewardship at grouping level

- Periodic updates are made to asset groupings to enhance alignment with identifiable cash flows or operational purposes

ExxonMobil     Prepared Under Attorney Supervision                                     Proprietary     107

CONFIDENTIAL TREATMENT REQUESTED                                                     PRAM0005400

# Exhibit 24

Case 3:16-cv-03111-K    Document 376-1    Filed 05/07/26    Page 111 of 191    PageID 21135

Industry → 93X Extractive Activities → 932 Extractive Activities—Oil and Gas → 270 Interim Reporting ⤓

# 50 Disclosure

ⓘ **General Note:** The Disclosure Section provides guidance regarding the disclosure in the notes to financial statements. In some cases, disclosure may relate to disclosure on the face of the financial statements.

## General

**932-270-50-1**  The disclosures set forth in Subtopic 932-235 are not required in interim financial reports. However, interim financial reports shall include information about a major discovery or other favorable or adverse event that causes a significant change from the information presented in the most recent annual financial report concerning oil and gas reserve quantities.

**Ramirez v. Exxon Mobil Corporation**

**DX-1231**

No. 3:16-cv-3111-K (N. D. Tex.)

Copyright © 2026 by Financial Accounting Foundation. All rights reserved. Certain portions may include material copyrighted by American Institute of Certified Public Accountants. Content copyrighted by Financial Accounting Foundation, or any third parties who have not provided specific permission, may not be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without the prior written permission of Financial Accounting Foundation or such applicable third party. Financial Accounting Foundation claims no copyright in any portion hereof that constitutes a work of the United States Government.

DX-1231 - 1 of 1                                        **App. 914**

# Exhibit 25

Privileged and Confidential
Prepared in conjunction with counsel

## Assessment of Potential Impairment Triggers

ExxonMobil employs a variety of business and financial processes to monitor for potential impairment triggers as required under ASC 360.

**ASC 360 potential impairment triggers**

<u>Significant decrease in the market price of a long-lived asset</u>

No readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. Our annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks.    The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. Instead, the key process EM employs to monitor for a trigger under this ASC 360 criterion is our ongoing asset management program that periodically exposes long-term assets to external bids. To the extent third party bids for a major asset shed sufficient light on the "market price" for that asset, or other similar assets, we would evaluate whether an impairment trigger had occurred. The Watchlist process (see description in Appendix A) facilitates efficient and timely communication of such situations. Recent examples include the Torrance refinery in 2015, and Argentina upstream assets In 2010, both of which triggered assessments and write-downs after management evaluated the bids.

<u>Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition</u>

The Watchlist process and annual Plan process are the key controls that alert management to potential impairment triggers in this category. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to future operational changes are highlighted. In addition, the annual Plan process results in a near-term operational outlook for each of our major long-term assets. To the extent significant adverse changes are highlighted, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values. Recent examples include Main Pass 133 shut-in, re-evaluation of investments in Nigeria QIT and Alaska pipeline, and the conversion of the Dartmouth refinery to a terminal.

1



Civil Action No.
3:16-cv-03111-K
**TRIAL EXHIBIT**
**PX 065**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004181
EMC_RAM 000000001

Privileged and Confidential
Prepared in conjunction with counsel

<u>Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator</u>

Similar to what was described above, the Watchlist process and annual Plan process are key controls that alert management to potential impairment triggers in this category. In addition, the monthly F&O process also serve the same purpose. Individual affiliates submit Watchlist items monthly, and potential earnings effects related to changes in laws, regulations, or the business climate are highlighted. In addition, the annual Plan process can bring to light changes in operating plans driven by such factors. Monthly F&O reviews not only cover cost and earnings metrics, but they also cover volume, safety, and other operational indicators, which can highlight adverse changes that have recently occurred, or have the potential to occur in the future. To the extent significant adverse changes have occurred and are expected to cause a sustained negative impact, consideration is given to performing an undiscounted cash flow analysis which can culminate in the writing down of asset values. Examples include the establishment of price caps for Argentina gas in 2008 which resulted in a write-down of assets and the initial denial of the suspension of operations for Julia, where EM ultimately prevailed in court.

<u>An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset</u>

The capital budget process has long required management approval of certain overruns that exceed 10% of the amounts previously approved. For major long-term assets under construction, the approval transmittal for an overrun provides updated project economics, including the expected undiscounted future cash flows (Absolute Value Profit or AVP). Cases of overruns involving Kearl, Kashagan, and Gorgon/Jansz were subject to these contemporaneous updates of project economics which indicated that the AVP for each was still in the billions of dollars, including the effect of the overrun. This confirms that undiscounted cash flows remained well in excess of carrying value, and no impairment trigger had occurred.

<u>Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset</u>

The monthly Financial & Operating review process provides key metrics regarding the performance of major long-lived assets. Analysis and review of earnings, volumes, prices, costs, and margins occurs with management at the local, regional, functional headquarters, and corporate headquarters level. This process

2

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004182
EMC_RAM 000000002

Privileged and Confidential
Prepared in conjunction with counsel

promotes the ongoing cycle of planning, executing, monitoring, and improving that is a hallmark of EM's approach to managing long-term assets. This process also provides early warning signals of any weakening performance that assists management in prioritizing the highest areas for potential improvement. The Plan process integrates past and current long-lived asset performance data with a detailed plan consistent with senior management's broad guidance on strategies, prices, margins, and spending levels. Both the monthly F&O process and the annual Plan process provide insights to management that assist in determining whether an impairment trigger has occurred.

In the event that both the monthly F&O process and annual Plan process are inconclusive regarding the potential for continuing losses, EM undertakes periodic ad hoc analyses of certain long-lived assets which can be characterized as an extension of the annual Plan process. These further analyses assist management in determining whether an impairment trigger has occurred. One example is the annual review of refinery cash flow generation and asset carrying values over the preceding ten years (approximately a full business cycle based on historical experience) and cash flow projections into the future. Another example is periodic reviews of major upstream producing assets which are built on plans and assumptions consistent with the annual Plan. In both cases, the assessment of long-term future cash flows based on Plan parameters can be a determining factor regarding the existence of an impairment trigger. In 2013, following such a review of Downstream assets, the Corporation impaired its investment in the Chalmette refinery joint venture.

<u>Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life</u>

The Watchlist process and the annual Plan process are key processes that could alert management to potential impairment triggers in this area. The Watchlist process is designed to capture and communicate information regarding sales or disposals of long-lived assets well in advance. To the extent that management has endorsed a plan of action, careful consideration is given to whether a long-lived asset is either impaired or should otherwise be written down to its expected sales price. The annual Plan process, which involves creating a detailed outlook for major long-lived assets, is an early indicator of potential changes in the status of those assets, and often feeds into the Watchlist process.

<u>Summary:</u>
The Corporation has strong controls and processes that assist management in monitoring the performance of its long-term assets. These controls and processes, which include both backward-looking and forward-looking analyses, are a critical component of EM's management approach. Their ongoing operation assists management in its determination of whether the Corporation's long-lived assets have been subject to an impairment trigger.

3

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004183
EMC_RAM 000000003

Privileged and Confidential
Prepared in conjunction with counsel

## Assessment of potential impairment triggers in 2015

The following documents management's assessment of potential triggers in 2015:

<u>Significant decrease in the market price of a long-lived asset</u>
As noted above, no readily apparent market price exists for ExxonMobil's long-lived assets. The complexity of our operations and technical expertise needed to operate them effectively means few companies have the necessary capability to operate them. A determination of value would depend on expectations for average prices years or decades into the future, which are considerably less volatile than short term prices. The Corporation has long been on record stating that it does not view temporarily low prices or margins as a trigger event for conducting impairment tests. As noted above, the annual "Outlook for Energy" is a detailed worldwide forecast for future energy supply and demand which is used as a foundation for the company's business strategies, and helps guide multi-billion dollar investment decisions. The "Outlook for Energy" also forms the basis for the annual Plan opportunity case price outlooks. Based on its historical perspective and in light of the "Outlook for Energy", management believes that recent weakness in oil and gas prices is characteristic of commodity price cycles.

Sales of major long-lived assets might shed light into whether or not an impairment trigger has occurred. While the Corporation in total realized a net gain on the sum of its sales of long-lived assets in 2015, certain assets were sold at a loss. However, the sales price of these assets was affected by one or more asset-specific circumstances that tended to dampen the bids by outside parties, and cannot be viewed as indicative of broader, significant declines in the market values of similar classes of long-lived assets. As examples, the loss on the sale of Cook Inlet properties was in large part due to the challenging geographic operating environment, the age of the assets, regulatory considerations, and the relatively short remaining life. The loss on sale of certain Indonesia assets was in large part due to uncertainty regarding future abandonment liability and considerations involving the government. In the Downstream, the loss recognized for the prospective sale of the Torrance Refinery was related in large part to the restrictive California regulatory environment and the geographic location of the refinery in a populated area. Management did not view that any of the situations were indicative of the potential impairment of similar assets and concluded no other indicators of a significant decrease in the market prices of long-lived assets occurred.

<u>Significant adverse change in the extent or manner in which a long-lived asset is being used or in its physical condition</u>

4

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004184
EMC_RAM 000000004

Privileged and Confidential
Prepared in conjunction with counsel

The Watchlist captured a few situations where potential adverse changes to the operation of long-lived assets could occur. In each case, management either wrote down the asset carrying value (suspension of production at the Popeye field) or the situation remains on the Watchlist pending more definitive future events or management decisions (Alaska pipeline investment and Nigeria QIT project costs).

Significant adverse change in legal factors or in the business climate that could affect the value of a long-lived asset, including an adverse action or assessment by a regulator

The Watchlist captured a few situations where adverse changes in legal factors or the business climate could potentially occur. Of those that occurred in 2015, none of them, individually, had a material impact on the Corporation's net income or on the expected future cash flows of the related long-lived assets. Though not technically covered by ASC 360, the Corporation's approach surrounding inventory management and assessment is reflective of the robust processes and controls related to asset stewardship. In Libya, for example, management determined in 2015 that certain drilling equipment inventory no longer met the criteria for continued recognition on the balance sheet and the remaining book value was written off. More broadly, management periodically reviews physical inventories to assess for items that are surplus, obsolete, or whose book values are otherwise significantly above market value, and then adjusts those values as appropriate.

An accumulation of costs significantly in excess of the amount originally expected for the acquisition or construction of a long-lived asset

Certain projects under development were subject to management's approval of supplemental costs in 2015. The largest were Kearl and Gorgon/Jansz in 2015, while Kashagan was supplemented in 2014. Updated project economics and AVP metrics were provided as part of the project supplement endorsement process and reviewed with management. In each case, the future undiscounted cash flow remained well in excess of the current carrying value, even at the low-end of the Corporation's long-term price outlook.

Current-period operating or cash flow loss combined with a history of operating or cash flow losses or a projection or forecast that demonstrates continuing losses associated with the use of a long-lived asset

The decline in Upstream oil and gas prices that began in mid-2014 continued through 2015. But 2015 also saw the sharp rebound of Downstream and Chemical margins from 2014, which supports the Corporation's long-standing contention that temporarily low prices or margins are not a trigger event for conducting impairment tests. The Energy Outlook described earlier provides a degree of assurance to management that recent weakness in oil and gas prices is characteristic of a commodity price cycle that will ultimately stabilize and reverse course.

5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004185
EMC_RAM 000000005

Privileged and Confidential
Prepared in conjunction with counsel

The monthly F&O and annual Plan processes assisted management in identifying those Upstream assets that were most at risk from a potential impairment perspective. Country-by-country results through the third quarter indicated that almost all countries were continuing to generate positive book earnings. However, Upstream operations in Canada and the U.S. had experienced earnings losses on a year-to-date basis. In light of that situation, and the continued weakness in industry conditions, management performed a detailed analysis as part of an extension of the annual Plan process. This analysis was designed to assess the potential for future losses in order to determine whether year-to-date losses in these geographies were likely to continue and an impairment trigger had occurred.

This in-depth review was focused on those areas contributing to the year-to-date earnings loss – XTO (see Appendix B) and certain major assets in Canada and U.S. Production (see Appendix C). Based on its assessment of the geographic integration of operating areas, the Corporation's volume and capex planning and budgeting process, and the level at which largely identifiable revenue and costs could be forecasted, management performed a multi-decade projection of future cash flows (see attached Appendices B and C). Management's cash flow projections were based on the Company Plan's middle case of the Opportunity Case prices, and future operating expense and capital spending plans applied to the resource base as determined by the Corporation's technical staff. The Company Plan Opportunity Case prices are the outcome of a rigorous, annual process to assess the worldwide, long-term supply and demand balance for energy sources. The Corporation uses these price outlooks in assessing long-term investment opportunities and they are consistent, or even conservative, when compared to the long-term price forecasts published by several reputable industry groups such as WoodMac, EIA, IEA, IHS-CERA, and PIRA. Management's long-term inflation assumption of 2.5% is generally aligned with third parties such as Moody's, IHS, and Oxford Economics which are between 2% and 2.5%. Finally, management determined as reasonable the number of rigs required to carry out the full development plan for these assets, and assessed that the Corporation's future cash needs for their development and operation could be satisfied by ongoing operating cash flows and ready access to credit markets.

Reviews were held with successively senior levels of management, culminating in a review with the Corporation's Chairman/CEO in the fourth quarter. The results of that assessment indicated that future cash flows are tens of billions of dollars in excess of long-lived asset carrying amounts for EM's major Canadian and U.S. Upstream assets in total. In addition, no individual asset group was found to have undiscounted future cash flows less than its respective carrying value. Based on those results, management concluded no indication of continuing losses is likely, the carrying value of Upstream long-lived assets was recoverable, and no impairment trigger had occurred.

6

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004186
EMC_RAM 000000006

Privileged and Confidential
Prepared in conjunction with counsel

<u>Current expectation that, more likely than not, a long-lived asset will be sold or otherwise disposed of significantly before the end of its previously estimated useful life</u>

The Watchlist captured a few situations where long-lived assets could be sold or otherwise disposed of significantly before the end of their previously estimated lives. The Corporation's asset management activity has a long history of generating net gains to income. In those cases where a potential for a future loss on sale exists, management does not assess the future disposal as likely until definitive terms have been reached and management approval has occurred. In such cases, either an assessment of the appropriate carrying value of the long-lived asset is performed (Torrance Refinery) or the potential for a loss on sale was deemed unlikely or immaterial to the Corporation's financial statements.

_____    2/10/16
David S. Rosenthal – Vice President and Controller    Date

7

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004187
EMC_RAM 000000007

Privileged and Confidential
Prepared in conjunction with counsel

## Appendix A – Watchlist Process

REPORTS MANUAL

| BULLETIN 1172 | Earnings Watchlist Reporting – Corporate | REPORT 8036 |
|---|---|---|
| EFFECTIVE 1 1 2014 | | PAGE 1 |

### INTRODUCTION

ExxonMobil maintains a Watchlist of potential earnings items that are unusual or non-recurring in nature. The Watchlist plays a key role in ExxonMobil's monitoring of the business as identified in the SOX 404 Review of Monitoring and Policy Activities, and is primarily used to:

- Monitor issues and inform management of potential earnings impacts in advance of occurrence.
- Identify issues that could require a financial reserve

Under most circumstances, new items should be added to the Watchlist at least one month prior to the anticipated earnings impact, but should be added as soon as practical. Determination of whether and when items should be added to or deleted from the Watchlist requires judgment by Business Line Controller's and representatives from other service functions, and should be based on information available at the time the Watchlist is compiled each month, considering the nature and potential significance of the issues.

### GENERAL REPORTING REQUIREMENTS

The Watchlist is compiled monthly at a Business Line level with an executive level summary of each issue communicated to Corporate Controller's. Each Business Line Controller's organization should develop Business Line specific process guidelines for Watchlist collection and functional management reviews. Business Line level guidelines/processes should include input from key Service Line (e.g. - Tax, Law, Treasurer's) and Business Line (e.g - Operations, Asset Management, Planning) contacts to ensure accuracy and completeness. Some examples of Watchlist items include:

- Tax Legislation, Royalty and Other Disputes
- Tax Effecting, Uplift and Worthless Security Deductions
- Provision/Restoration of Accrued Contingent Liabilities
- Litigation/Claims/Settlements
- Asset Management Items
- Bad Debt Losses
- Financing Issues
- Restructuring/Severance Programs
- Accounting Adjustments

The list noted above is not all-inclusive. Business Line Controller's discretion is required to consider the nature, significance, relevance and sensitivities of issues before adding items to or deleting items from the Watchlist.

Items should be reported to Corporate Controller's if they meet a +/- $10M after-tax earnings threshold.

Specific items deemed "sensitive" by the Law, Tax or Treasurer's Departments can be excluded from the Watchlist, but should be verbally communicated to Corporate Controller's if a +/- $10M potential earnings impact within the next six months exists.

ISSUED BY EXXON MOBIL CORPORATION

8

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004188
EMC_RAM 000000008

Privileged and Confidential
Prepared in conjunction with counsel

### Appendix A – Watchlist
### Process

| REPORTS MANUAL | | |
|---|---|---|
| BULLETIN 117 | Earnings Watchlist Reporting - Corporate | REPORT 8050 |
| EFFECTIVE 1 1 2014 | | PAGE 2 |

## OTHER REPORTING GUIDANCE

**Litigation:** Law conducts quarterly reviews of litigation matters with Controller's representatives from all Business Lines. During these reviews, Controller's obtain guidance from Law to determine if any new litigation items should be on the Watchlist, considering the possibility of a −/- $10M earnings impact and the sensitivity of the items. Controller's should also discuss any litigation items that are currently on the Watchlist with Law, to ensure alignment on whether the issues should be on the list and descriptions of the issues. Processes should also exist to ensure that sudden or unanticipated changes to litigation items are timely communicated to Controller's. Litigation matters with an anticipated earnings impact greater than −/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Law).

**Tax:** Business Line Controller's should have established processes to ensure applicable Tax Department representatives periodically review the Watchlist and offer guidance on potential tax items. Three broad categories of tax issues and recommended handling are noted below:

Potential Changes to Existing Laws should generally be added to the Watchlist when announcement of potential changes have a high likelihood of approval and if the potential impact is likely to exceed −/- $10M

Tax Litigation / Claims should follow the general guidance for Litigation items noted above. Financial reserves for tax litigation or claims should be added to the watchlist prior to the month they are booked. After the reserve for a tax litigation or tax reserve issue that has been tracked on the Watchlist has been booked, the item can be removed from the Watchlist. The settlement/payment status of the reserve should be monitored. If it becomes apparent that the settlement/payment will be for an amount that differs from the reserve by +/- $10M (after-tax), the issue should be added to the Watchlist again. Items with an anticipated earnings impact greater than +/- $10M expected to occur more than six months in the future do not need to be included in the Corporate Controller's Watchlist unless deemed appropriate to report earlier by Business Line Controller's (in consultation with Tax)

Tax Adjustments (current or prior year) should be added to the Watchlist when the earnings impact can be reasonably estimated, and is expected within the next six months (exceeding −/- $10M). Routine Upstream tax true-ups due to revisions of estimated prices or cost recoveries (potentially exceeding −/- $10M) can be added to the Watchlist at the discretion of Business Line Controller's.

(Note: Information utilized by Controller's to update the U.S. tax reserve on the Watchlist is provided separately by Tax Department personnel.)

**Treasurer's:** Business Line Controller's processes should ensure financing or other Treasurer's activities that will likely result in earnings impacts of +/- $10M are appropriately reflected on the Watchlist

ISSUED BY EXXON MOBIL CORPORATION

9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004189
EMC_RAM 000000009

Privileged and Confidential
Prepared in conjunction with counsel

## Appendix A – Watchlist Process

REPORTS MANUAL

| BULLETIN 1172 | Earnings Watchlist Reporting - Corporate | REPORT 8030 |
|---|---|---|
| EFFECTIVE 1/1/2014 | | PAGE 3 |

### REQUIRED DATA ELEMENTS

For each watchlist item, the following information should be provided to Corporate Controller's.

- Date added to the Watchlist.
- Estimated earnings impact or range.
  - To-Be-Determined (TBD) is acceptable in limited situations.
  - If the earnings impact falls below the +/-$10M threshold, then in the first month add "This item has fallen below the Corporate watchlist threshold and will be removed next month." The item is then removed from the Corporate watchlist in the following month.
- Estimated timing of earnings recognition (Mo/Yr, Qtr/Yr, Year or Year+)
  - All watchlist items must contain a best estimate of event timing. In order to reasonably estimate the watchlist event timing, it is necessary to understand what action or event will "trigger" the recording of an earnings impact.
  - If the triggering event is more likely than not (>50% chance) to occur in a specific period (month, quarter or current year), report the timing as the specific period (i.e. May 2014).
  - If there is less than 50% likelihood that the triggering event will occur in a specific period (month, quarter or current year), but occurrence is a possibility in the current year, report the timing as current year+ (i.e. 2014+).
  - If there is low or no possibility that the triggering event will occur in the current year, report the timing as next year+, or whatever quarter/year when probable, if known.
- Executive summary (key information without undefined acronyms or abbreviations).
  - Summaries should be clear and concise
  - Summaries should identify both the triggering event and the rationale for timing to assist the reader in understanding how the item will unfold (i.e. The earnings impact will be recorded in 4Q 2014 following management approval of the proposed settlement.)

Completed items should be noted in the month of resolution and deleted the following month. In some cases, previously deleted items may be added back to the Watchlist.

### FREQUENCY AND DUE DATES

Business Line Controller's organizations should compile and review functional watchlists during the period weekday 1 through weekday 5 each month and submit Business Line level summaries to Corporate Controller's by close of business on weekday 6.

ISSUED BY EXXON MOBIL CORPORATION

10

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004190
EMC_RAM 000000010

Privileged and Confidential
Prepared in conjunction with counsel

Appendix B – 2015 XTO Asset
Recoverability Review

See attached

Reviewed with R.W.Tillerson October 29,
2015

Reviewed with PwC November 11, 2015

11

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004191
EMC_RAM 000000011

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



**ExxonMobil**

*Proprietary*

November 2015

# XTO Asset Recoverability Review

Energy lives here'

EMC_SEC 100004192
EMC_RAM 000000012

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Agenda

- Energy Outlook                    Bill Colton

- Price Bases                       Bill Colton

- XTO Business Update               Randy Cleveland

- Accounting Standards              Steve Abrahams

- Asset Carrying Value              Steve Abrahams

- Unproved Acreage Assessment       Steve Abrahams

- Wrap-Up                           David Rosenthal

ExxonMobil                                          Proprietary    2

EMC_SEC 100004193
EMC_RAM 000000013

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Energy Outlook

ExxonMobil

Proprietary    1

EMC_SEC 100004194
EMC_RAM 000000014

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004195
EMC_RAM 000000015

# Energy Outlook Themes

- Energy is fundamental to our standards of living

- The scale of the energy industry is huge and growing

- The Non OECD leads in GDP growth and living standard improvements

- Economics and policies impact fuel mix

- Fossil fuels dominate through 2050

- Natural gas demand grows more than any other energy source

- Global trade is critical to meet demand

- Technology has the highest potential and greatest uncertainty

**ExxonMobil**                                                    Proprietary

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004196
EMC_RAM 000000016

App. 930



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004197
EMC_RAM 000000017



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004198
EMC_RAM 000000018

App. 932



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004199
EMC_RAM 000000019

App. 933



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL



EMC_SEC 100004200
EMC_RAM 000000020

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004201
EMC_RAM 000000021

App. 935

# Liquids Production





**App. 936**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004202
EMC_RAM 000000022



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004203
EMC_RAM 000000023



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004204
EMC_RAM 000000024

**App. 938**

# Natural Gas Demand and Supply





FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004205
EMC_RAM 000000025



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004206
EMC_RAM 000000026

App. 940



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004207
EMC_RAM 000000027

App. 941



App. 942

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Price Bases

EMC_SEC 100004208
EMC_RAM 000000028

**ExxonMobil**

Proprietary    17

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Business Guidance

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast…corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes.
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities.

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

**ExxonMobil**

Proprietary    18

EMC_SEC 100004209
EMC_RAM 000000029

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004210
EMC_RAM 000000030

# Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

**Ex𝑥onMobil**                                                                 Proprietary    19

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004211
EMC_RAM 000000031

**App. 945**

# XTO Business Update

ExxonMobil

20

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004212
EMC_RAM 000000032

# Merger Objectives

- Provide material, high-quality addition to resource base
  - 45 TCFE addition to resource base at < $1/KCFE
  - Significant upside and material positions in several unconventional resource types
  - Large, low-risk drilling inventory with flexibility to respond quickly to changes in business environment

- Establish premier global unconventional resource company
  - Experienced and talented workforce; top-tier operator across multiple play types
  - Foundation for future growth and scale with quality bolt-on acquisitions and global unconventional pursuits

- Combination of EM and XTO will enhance resource and shareholder value
  - Proven capabilities to develop resource types leveraging full value chain integration
  - Opportunity to further enhance financial and operating performance and diversify portfolio
  - Financial strength to grow competitive advantage through business cycles
  - Deliver competitive advantage combining resource development and technology
  - Combine best of cultures and strengths

**ExxonMobil**                                                    Proprietary    21

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004213
EMC_RAM 000000033

# Post-Merger Highlights

- Significant growth in quality XTO portfolio from 45 ➔ 139 TCFE
  - Consolidated large portion of EM U.S. L48 assets into XTO portfolio
  - Executed multiple quality acquisitions further enhancing value
  - Increased drilling inventory to over 50k wells

- Delivering value as industry-leading unconventional resource developer
  - Increased production in XTO: 85 ➔ ~260 KBD liquids; 2.4 ➔ ~2.7 BCFD gas
  - Maintained position as low cost and efficient operator
  - Extended operations to Canada and Argentina; supporting assessment of global unconventional opportunities

- Positioned for the future
  - Improving well performance & reducing cost through technology & operating practices
  - Capturing market savings and operating efficiencies in low-price environment
  - Utilizing ExxonMobil technology & financial strength to retain and grow low-cost resource base
  - Developing organization capability and capacity for future growth

**ExxonMobil**                                                    Proprietary    22

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004214
EMC_RAM 000000034



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004215
EMC_RAM 000000035

# Quality Portfolio



Source: Wood Mackenzie

**ExxonMobil**

Proprietary    24

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004216
EMC_RAM 000000036



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004217
EMC_RAM 000000037

# Value Chain Integration



- Investments positioned to optimize Upstream and Downstream returns

- Flexibility to process advantaged feedstocks

- Capturing uplift from ethane and other NGLs

**ExxonMobil**

Proprietary    26

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004218
EMC_RAM 000000038

# Enhancing Quality Portfolio



**ExxonMobil**

Proprietary    27

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004219
EMC_RAM 000000039



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004220
EMC_RAM 000000040

# Efficiency Capture



**Percent Reduction in Drilling Days**



**San Juan Opex & Volumes**

ExxonMobil

App. 954

Proprietary    29

App. 955

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Productivity Enhancement

## Completion Optimization - Haynesville





**ExxonMobil**

Proprietary     30

EMC_SEC 100004221
EMC_RAM 000000041

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004222
EMC_RAM 000000042



**App. 956**

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Industry Leader in Operating Cost



EMC_SEC 100004223
EMC_RAM 000000043

ExxonMobil

Proprietary     32

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004224
EMC_RAM 000000044



FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

App. 959



EMC_SEC 100004225
EMC_RAM 000000045

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004226
EMC_RAM 000000046

## Delivering Value



- +15% gas, +200% liquids production since merger
- Utilizing portfolio flexibility to grow profitable volumes
  - Rig allocation: 25% liquids focus (1Q 2011), 90% liquids focus (current)
- Significant resource base underpins future growth opportunity

**ExxonMobil**                                                    Proprietary    35

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004227
EMC_RAM 000000047

## Our Journey So Far...

| XTO Improvements | June 2010 | | Current |
|---|---|---|---|
| **Workforce LTIR** (lost time incidents/200k hrs) | ~0.5 | 70% Improvement | ~0.14 |
| **Operating Divisions** | 5 | +60% | 8 |
| **Employees** | 3,300 | +50% | ~5,000 |
| **Resource** (GOEB) | 8 | +200% | 23 |
| **Acreage** (Million) | 5 | +110% | 11 |
| **Gas Production** (MCFD) | ~2,375 | +15% | ~2,700 |
| **Liquids Production** (KBD) | 85 | +200% | ~260 |

ExxonMobil

Proprietary    36

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004228
EMC_RAM 000000048

# Significant Competitive Advantage

- Organizational capability
- Significant/diverse resource base
- Industry leadership
- Value chain integration
- Technology







**ExxonMobil**

Proprietary    37

App. 963

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Accounting Standards

ExxonMobil

38

EMC_SEC 100004229
EMC_RAM 000000049

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004230
EMC_RAM 000000050

*Proprietary*

# Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets
  - Step 1: Determination of a Triggering Event: An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2: If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3: If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

- Unproved properties require periodic tests to determine potential impairment
  - Significant unproved properties should be individually assessed
  - Where EM assesses individual properties, calculation considers chance of success & remaining lease term
  - When not practical to assess property-by-property, standard prescribes assessment as a group
  - Where groups of property are amortized, calculation considers lease terms of the properties, average holding periods, and historical experience of successful and unsuccessful leases

**ExxonMobil**

Proprietary    39

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004231
EMC_RAM 000000051

# Asset Carrying Value

ExxonMobil

40

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Methodology

- Undiscounted pre-tax cash flows estimated to confirm remaining value > net book value
  - Fields assumed shut in once cash opex permanently exceeds revenues
  - Shallow production continues to produce (even if cash negative) until ~50% of deep rights drilled

- Analysis conducted using inputs and tools consistent with XTO plan process
  - Technical assumptions from reservoir engineering and operating divisions
  - Plan models and trending assumptions consistent for past three years
  - Additional granularity for Non-Op and Gathering Subs typically planned at total level

- Results initially calculated by Operating Division
  - Consistent with plan development and operating stewardship (Volumes, Capex)
  - Lowest operating level with fully identifiable field revenue & cost forecasts (e.g. Ship or Pay)
  - Extended the analysis to the field level, similar to the 2012 and 2014 assessments

- Commodity price basis consistent with Company Plan
  - Realized prices include historical discount for location and quality differentials
  - Processing & transportation costs and midstream revenues included per historical trends
  - Unused portion of Ship or Pay obligations included by Operating Division

**ExxonMobil**                                                                 Proprietary    41

EMC_SEC 100004232
EMC_RAM 000000052

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004233
EMC_RAM 000000053

# Key Assumptions

- Risked resource base, well inventory and type curves provided by technical team
  - Well recoveries reduced over time representing move to tier-two acreage

- Capex spend profile aligned with preliminary XTO plan basis
  - ~60% of 50k operated well inventory drilled within 30 years
  - Includes four years of D&C cost efficiencies (offset inflation), consistent with XTO plan
  - Facilities and midstream investment allocated as % of D&C spending

- Cash opex assumptions consistent with XTO plan basis
  - Base opex split into fixed and variable components; unit rate increases as volumes decline
  - Additional opex added for new wells based on technical team assessment
  - Declining plays find efficiencies to offset non-SWB/OH inflation, consistent with historical performance
  - Includes overheads allocated to wells (e.g. COPAS), but not G&A held at headquarters level

- Non-Op forecasts consistent with XTO plan; include similar trending as Op plays

- Multiple layers of conservatism embedded in results; items excluded from analysis:
  - ~40% of economic well inventory and extensions of existing resource base (e.g. additional horizons)
  - Step-change D&C cost reductions from switching to full development / pad drilling in gas plays
  - Value of flexibility to accelerate / decelerate activity & shift resource types in response to market conditions

**ExxonMobil**

Proprietary    42

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Results

| Division | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
| Appalachia | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| Eastern | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Fort Worth | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Midcontinent | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Permian | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Canada | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Total | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

| Division | Results through 2055 ($G) | | |
|---|---|---|---|
| | NCF | Book Value | Delta |
| Appalachia | 18.6 | 8.2 | 10.3 |
| Eastern | 34.6 | 13.9 | 20.7 |
| Fort Worth | 20.5 | 11.0 | 9.5 |
| Midcontinent | 29.2 | 9.6 | 19.6 |
| Permian | 69.6 | 8.1 | 61.5 |
| Western | 55.0 | 12.4 | 42.7 |
| Canada | 19.8 | 4.6 | 15.2 |
| Total | 247.3 | 67.7 | 179.6 |

- Undiscounted cash flow exceeds NBV in all divisions
  - Book value includes proved and unproved acreage

- Discretionary gas drilling begins in 2019
  - Strong economics will attract capital within EM Upstream portfolio
  - Flexibility to accelerate / defer drilling as market conditions warrant

- Drilling through 2045 for purposes of this analysis
  - Remaining economic well inventory adds safety margin to results
  - NCF tested through field life (~2075 max.) and through 2055

**ExxonMobil**

Proprietary     43

EMC_SEC 100004234
EMC_RAM 000000054

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Detailed Results

| | Results through Field Life ($G) | | | | | | # | | | TCFE | | |
| | Revenue | Cash Opex | Capex | NCF | Book Value | Delta | Op Wells | Inventory | % | Volumes | Resource | % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Canada | 62.5 | (17.0) | (21.2) | 24.2 | 4.6 | 19.6 | 1,482 | 2,237 | 66% | 5.8 | 8.0 | 72% |
| Montney | 53.8 | (13.8) | (18.0) | 21.9 | 3.7 | 18.2 | 1,149 | 1,722 | 67% | 4.8 | 6.9 | 69% |
| Duvernay | 8.7 | (3.2) | (3.2) | 2.3 | 0.9 | 1.4 | 333 | 515 | 65% | 1.0 | 1.1 | 90% |
| Appalachia | 72.2 | (20.8) | (28.1) | 23.3 | 8.2 | 15.1 | 2,552 | 6,655 | 38% | 13.1 | 21.9 | 60% |
| Eastern | 119.1 | (43.5) | (37.5) | 38.1 | 13.9 | 24.2 | 6,539 | 10,733 | 61% | 16.4 | 24.3 | 68% |
| Freestone | 43.6 | (18.5) | (17.5) | 7.6 | 5.1 | 2.5 | 3,361 | 4,002 | 84% | 6.1 | 7.9 | 77% |
| Haynesville | 52.4 | (13.2) | (16.8) | 22.5 | 6.8 | 15.7 | 1,111 | 3,202 | 35% | 8.4 | 12.9 | 65% |
| East Texas | 21.5 | (11.1) | (3.2) | 7.2 | 1.5 | 5.7 | 2,003 | 3,465 | 58% | 1.7 | 3.3 | 51% |
| Cotton Valley | 1.2 | (0.6) | (0.0) | 0.6 | 0.3 | 0.3 | 4 | 4 | 100% | 0.2 | 0.2 | 100% |
| Central LA | 0.5 | (0.2) | (0.0) | 0.2 | 0.2 | 0.0 | 60 | 60 | 100% | 0.0 | 0.0 | 100% |
| Fort Worth | 79.6 | (30.9) | (20.2) | 28.5 | 11.0 | 17.5 | 3,674 | 4,076 | 90% | 11.9 | 12.4 | 96% |
| Barnett | 47.6 | (21.6) | (11.2) | 14.7 | 10.1 | 4.6 | 2,816 | 2,973 | 95% | 8.0 | 8.3 | 97% |
| South Texas | 32.1 | (9.3) | (9.0) | 13.8 | 0.8 | 12.9 | 858 | 1,103 | 78% | 3.9 | 4.1 | 95% |
| Midcontinent | 99.5 | (29.0) | (37.3) | 33.2 | 9.6 | 23.6 | 4,734 | 8,015 | 59% | 15.5 | 22.0 | 70% |
| Fayetteville | 26.7 | (9.1) | (9.5) | 8.1 | 4.6 | 3.5 | 1,941 | 3,196 | 61% | 5.2 | 7.9 | 65% |
| Woodford | 71.3 | (18.6) | (27.8) | 24.8 | 4.5 | 20.4 | 2,793 | 4,573 | 61% | 9.9 | 13.6 | 73% |
| Arkoma Other | 1.0 | (0.7) | 0.0 | 0.4 | 0.3 | 0.1 | 0 | 14 | 0% | 0.3 | 0.3 | 94% |
| Anadarko | 1.0 | (0.6) | 0.0 | 0.4 | 0.2 | 0.2 | 0 | 232 | 0% | 0.1 | 0.2 | 66% |
| Permian | 138.1 | (44.1) | (24.5) | 69.6 | 8.1 | 61.5 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| Permian | 136.4 | (43.7) | (24.5) | 68.3 | 8.0 | 60.3 | 3,439 | 3,614 | 95% | 11.2 | 12.8 | 87% |
| San Juan CO2 | 1.7 | (0.4) | 0.0 | 1.3 | 0.1 | 1.2 | | | | | | |
| Western | 202.4 | (64.0) | (68.6) | 69.8 | 12.4 | 57.4 | 8,270 | 16,273 | 51% | 21.3 | 37.8 | 56% |
| Bakken | 77.1 | (19.2) | (18.2) | 39.7 | 6.8 | 32.9 | 2,159 | 2,246 | 96% | 6.2 | 6.4 | 97% |
| Uintah | 13.9 | (5.2) | (5.0) | 3.7 | 1.9 | 1.8 | 682 | 1,011 | 67% | 2.2 | 2.5 | 86% |
| Piceance | 97.1 | (33.5) | (41.0) | 22.5 | 1.9 | 20.6 | 4,680 | 11,708 | 40% | 10.5 | 26.0 | 40% |
| San Juan | 4.6 | (2.5) | (0.7) | 1.4 | 0.6 | 0.8 | 137 | 633 | 22% | 1.0 | 1.3 | 80% |
| Green River | 1.3 | (0.8) | 0.0 | 0.5 | 0.3 | 0.2 | 0 | 0 | 0% | 0.2 | 0.2 | 100% |
| Raton | 8.6 | (2.8) | (3.7) | 2.0 | 0.9 | 1.2 | 612 | 675 | 91% | 1.3 | 1.4 | 90% |
| Total | 773.5 | (249.4) | (237.5) | 286.6 | 67.7 | 218.9 | 30,690 | 51,603 | 59% | 95.2 | 139.2 | 68% |

Note: Electing to drill 59% of well inventory for purposes of this analysis, which produces 68% of the resource base.

* Ship or Pay included in Division totals, but not in DDA pools
** San Juan CO2 DDA pool assets primarily comprised of McElmo Dome and other non-operated properties (lead XTO contact in Permian division)

**ExxonMobil**

Proprietary    44

EMC_SEC 100004235
EMC_RAM 000000055

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Unproved Acreage Assessment

ExxonMobil

EMC_SEC 100004236
EMC_RAM 000000056

45

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004237
EMC_RAM 000000057

# Key Considerations

- ~90% of U.S. acreage and ~60% of Canada acreage is held-by-production (HBP)
  - Significant unproved book value on down-spacing or infill drilling
  - Flexible long-term development plan to realize value from high-quality, low-cost resource base


- Remaining acreage is non-producing
  - Lease term typically 3-5 years with option to extend with production or additional payment
  - Reservoir and Land departments continually monitor upcoming lease expirations to determine appropriate action
  - Annual capex budget allocates funds for lease extension payments and drilling to hold leases


- 2011-15: $1-2G p.a. transfer from unproved to proved assets based on ~$4G p.a. D&C capex

**ExxonMobil**

Proprietary     46

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Amortization Methodology

$$\text{Annual Amortization} = \frac{\text{Net Value} \times \text{Risk \%}}{\text{Average Years to Drill}}$$

- Amortization intended to cover potential relinquishment or non-development of unproved acreage
  - Amortization updated annually
  - Historically, cumulative amortization has been higher than relinquishments
  - Current accumulated reserve balance of $426M

- Calculated at DDA pool level with development plan inputs from technical team
  - Current view of planned drill wells and average recovery per well consistent with annual reserves review
  - Volumes from development program compared with unproved resource base to determine risk % (min. 10%)
  - Years to drill based on development plans (20 year cap)

**ExxonMobil**

Proprietary    47

EMC_SEC 100004238
EMC_RAM 000000058

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC_100004239
EMC_RAM_000000059

# Unproved Balance Progression



U.S. Unproved Balance ($G)

Transfers from EM
Net acquisitions
Original balance

| | Merger | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 Outlook |
|---|---|---|---|---|---|---|---|
| | 22.4 | 23.3 | 24.1 | 24.3 | 22.3 | 22.5 | 21.7 |
| Cum. Transfer to Proved: | 0.1 | 2.2 | 3.4 | 5.5 | 6.4 | 7.3 | |
| Cum. Amortization: | 0.2 | 0.4 | 0.6 | 0.8 | 0.9 | 1.0 | |

- Unproved balance ↓35%+ since merger (excl. net acquisitions) driven by transfers to PUD
- Acquisitions represent high quality, low-cost resource in major unconventional plays
  - Permian, Bakken, Haynesville, Marcellus, Oklahoma
- Amortization methodology appropriate given high HBP % and future development plans
  - Cumulative amortization exceeds total relinquished acreage
- Since the merger, U.S. resource base +185% while the unproved value is down $700M

**ExxonMobil**                                            Proprietary    48

App. 974

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Wrap-Up

ExxonMobil

EMC_SEC 100004240
EMC_RAM 000000060

49

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Summary

- EM uses a robust / thorough process for near-term operating and long-term investment plans
  - Energy Outlook underpins assessment of multi-decade investments
  - Understanding of future energy supply / demand is critical
  - Company Plan reflects input from affiliates that culminates in review and alignment with senior management

- XTO results delivering on the expectations of the merger
  - Significant progress on core fundamentals of safety, OIMS and controls
  - Rapid growth and diversification of resource base and production, continuous improvement in capital and operating cost efficiencies and well productivity
  - Dynamic, entrepreneurial organization utilizing best technology / operating practices

- High quality, low-cost, diverse resource base for long-term development
  - Majority HBP acreage, remainder with planned capex to hold/extend leases
  - Flexibility to accelerate / defer activity as conditions warrant
  - No indication that producing property or unproved acreage is impaired

ExxonMobil

Proprietary     50

EMC_SEC 100004241
EMC_RAM 000000081

App. 976

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Appendix

ExxonMobil

Proprietary     51

EMC_SEC 100004242
EMC_RAM 000000062

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Price Bases

| | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

**ExxonMobil**

Proprietary    52

EMC_SEC 100004243
EMC_RAM 000000063

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004244
EMC_RAM 000000064

# XTO Book Value & Cash Flow

- Book value includes:
  - Proved properties: Acquisition and Development balances plus Asset Retirement Costs
  - Gathering subsidiaries
  - Work in Progress
  - Unproved

- Revenue includes:
  - Product realizations, including historical discounts for location/quality (% based)
  - Processing/transportation costs and midstream revenue per historical trends ($/kcfe, inflated)
  - Unused portion of Ship or Pay obligations included by Operating Division

- Cash opex includes:
  - Field opex, including overheads charged to wells (e.g. COPAS)
  - Well work
  - Energy
  - Product/Property taxes

- Capex includes:
  - Drilling and Completion cost for new wells
  - Other Program (facilities, midstream, capital workovers, buildings/IT, rentals, seismic)

**ExxonMobil**

Proprietary    53

Privileged and Confidential
Prepared in conjunction with counsel

Appendix C – 2015 Upstream
Recoverability Review
North America x-XTO

See attached

Reviewed with
PwC December, 2015

12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004245
EMC_RAM 000000065

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004246
EMC_RAM 000000066



**ExxonMobil**

*Proprietary*



November 2015

Upstream Asset Recoverability Review

Energy lives here

App. 981

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Relevant Accounting Standards

- US GAAP standard establishes accounting & reporting for the impairment of long-lived assets

  - Step 1:  Determination of a Triggering Event:  An impairment test should be performed when events or circumstances indicate that the carrying value of an asset group may not be recoverable
    - Significant decrease in market values of an asset group
    - Significant change in the utilization of an asset
    - Adverse legal factors
    - Significant construction cost overruns
    - History of operating and cash flow losses with similar forecasts for the future

  - Step 2:  If trigger event occurs, assess undiscounted cash flows using the best internal estimates of future prices and costs from use of the asset group
    - Asset group defined as lowest level for which identifiable, independent cash flows are available
    - Includes total proved and risk-adjusted probable and possible reserves and cost to develop

  - Step 3:  If Step 2 indicates an impairment, measure impairment loss using market prices if an active market exists for the asset group; otherwise, use discounted cash flows with a discount rate commensurate with the risks

**ExxonMobil**                                    *Proprietary*                                    a

EMC_SEC 100004247
EMC_RAM 000000067

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Business Guidance - Planning and Budgeting

- Impairment tests as well as adhoc studies used to support asset recoverability, incorporate the Corporation's price assumptions developed in the annual planning and budgeting process

- Financial Case prices establish a consistent basis for a financial plan and assessing stewardship metrics
  - Used for the 2 year Plan forecast period
  - Financial case prices are not a forecast…corporation does not endorse any single point forecast of prices and margins

- Opportunity Case prices used to evaluate Operating Decisions, Plans and Investments over a wide range of price/margin/business conditions to ensure decisions are resilient to changing business conditions
  - Not intended to limit project evaluations which should also consider, when appropriate, project-specific risks and ranges of possible outcomes
  - Businesses are encouraged to test opportunities against all potentially significant sensitivities

- Longer term analysis (beyond 2 years) is informed by the opportunity case price profiles
  - 15CP reflects a transition to opportunity case midpoint prices by 2020
  - Businesses should consider range of price sensitivities

ExxonMobil                                    Proprietary                                                3

EMC_SEC 100004248
EMC_RAM 000000068

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## 2015 Asset Recoverability Review

- Reviewed performance of Upstream producing assets across the globe at a country level
    - Used book profit after tax for 1H 2015 to identify candidates for further analysis
    - Countries with a book losses after tax were selected for profitability studies

- All Upstream producing countries, individually generated book profits after tax for 1H 2015 except for the U.S.
    - U.S. book loss after tax for 1H 2015 $(258)M, driven by XTO
    - Canada country profits after tax for 1H 2015 were +$52M, however Canada West for 1H 2015 recorded a book losses after tax of $(42)M

- Upstream producing assets within both the U.S. and Canada selected for further analysis:
    - U.S. - XTO
    - U.S. - U.S. Production
    - Canada West - Kearl

- Conclusion: No indication that assets are impaired

**ExxonMobil**                                    *Proprietary*                                    4

EMC_SEC 100004249
EMC_RAM 000000069

App. 984

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004250
EMC_RAM 000000070

# Profitability History - Upstream Producing Assets

**Production Operating Earnings**

| ($M) | Quarterly History | | | | | Annual History | | |
|---|---|---|---|---|---|---|---|---|
| | 1H'15 | 2Q15 | 1Q15 | 4Q14 | 3Q14 | 2014 | 2013 | 2012 |
| ANGOLA | 358 | 193 | 165 | 275 | 415 | 1,610 | 1,606 | 1,784 |
| AUSTRALIA | 74 | 46 | 28 | 72 | 181 | 435 | 449 | 633 |
| AZERBAIJAN | 23 | 18 | 5 | 3 | 72 | 200 | 316 | 377 |
| CANADA - EAST | 94 | 25 | 69 | 107 | 97 | 591 | 695 | 1,907 |
| CANADA - WEST | (42) | 75 | (117) | 179 | 372 | 1,145 | 1,113 | |
| CHAD | 19 | 12 | 7 | 33 | 53 | 211 | 305 | 439 |
| EQUATORIAL GUINEA | 65 | 45 | 20 | 53 | 145 | 454 | 565 | 612 |
| GERMANY | 124 | 48 | 76 | 98 | 88 | 405 | 503 | 585 |
| INDONESIA | 58 | 39 | 19 | 3 | 47 | 222 | 300 | 381 |
| IRAQ | 39 | 18 | 21 | 14 | (2) | 17 | 60 | 60 |
| KAZAKHSTAN | 426 | 200 | 226 | 294 | 537 | 1,942 | 2,103 | 1,923 |
| MALAYSIA | 176 | 97 | 79 | 130 | 150 | 620 | 862 | 876 |
| NETHERLANDS | 370 | 57 | 313 | 318 | 207 | 1,204 | 1,586 | 1,581 |
| NIGERIA | 392 | 221 | 171 | 297 | 542 | 1,876 | 2,218 | 2,681 |
| NORWAY | 294 | 151 | 143 | 239 | 258 | 1,163 | 1,420 | 1,599 |
| PAPUA NEW GUINEA | 328 | 110 | 218 | 269 | 214 | 558 | 43 | 61 |
| QATAR | 2,570 | 1,224 | 1,346 | 1,580 | 1,949 | 8,111 | 8,478 | 8,580 |
| RUSSIA | 157 | 83 | 74 | 149 | 180 | 869 | 909 | 1,013 |
| U.K. | 101 | 54 | 47 | 1 | (11) | 44 | 158 | 254 |
| UNITED ARAB EMIRATES | 111 | 61 | 50 | 113 | 84 | 343 | 290 | 90 |
| UNITED STATES | 372 | 224 | 148 | 373 | 639 | 2,663 | 3,313 | 3,673 |
| XTO - UNITED STATES | (630) | (247) | (383) | 82 | 371 | 1,400 | 711 | (228) |
| REST OF WORLD | (10) | (26) | 16 | (18) | 30 | 80 | 151 | 198 |
| TOTAL | 5,469 | 2,728 | 2,741 | 4,664 | 6,618 | 26,163 | 28,154 | 29,079 |

ExxonMobil                    Proprietary                    5

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004251
EMC_RAM 000000071

**App. 985**

XTO - Profitability Study

# XTO

# Detailed Review under Separate Cover

ExxonMobil                    Proprietary                    6

App. 986

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## U.S. Production - Profitability Study

# U.S. Production

ExxonMobil                    Proprietary                    7

EMC_SEC 100004252
EMC_RAM 000000072

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## U.S. Production – June YTD 2015 Profitability

**Major Producing U.S. Fields - June 2015 YTD**

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G | Mix Gas % |
|---|---|---|---|---|---|---|---|
| LaBarge | 21 | 125 | 37.23 | 97 | 29.03 | 1.3 | 36% |
| Ursa | 9 | 8 | 4.87 | 35 | 21.63 | 0.4 | 4% |
| Hadrian South | 11 | 31 | 15.51 | 29 | 14.77 | 0.4 | 87% |
| SYU | 21 | (59) | (15.54) | (82) | (21.53) | 1.9 | 9% |
| Mobile Bay | 20 | 24 | 6.57 | (21) | (5.77) | 1.3 | 78% |
| Thunderhorse | 16 | (19) | (6.47) | (4) | (1.37) | 1.2 | 3% |
| Total | 98 | 110 | | 55 | | 6.5 | |
| Other EMOP + OBO | 46 | 183 | | (23) | | | |
| Total USP | 144 | 293 | | 33 | | | |

- SYU book losses not representative of the asset's performance
  - Field temporarily idled in June 2015 due to shut-in of third party pipeline that carries SYU products to market. Planned to restart in 2Q 2018

- Mobile Bay as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $1,284M are $4M greater than carrying value of $1,280M
  - Strong stewardship focus with continuous action to improve performance, including cost optimization initiatives

- Thunderhorse losses not representative of the asset's performance
  - Planned 45 day turnaround in 2Q15 and major non-recurring capex in 2015. Asset book positive in Jul., Aug., Sep.

**ExxonMobil**                        *Proprietary*                                                      8

EMC_SEC 100004253
EMC_RAM 000000073

App. 988

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

## Canada West - Profitability Study

## Canada West

EMC_SEC 100004254
EMC_RAM 000000074

ExxonMobil                    Proprietary                    9

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# Canada West – June YTD 2015 Profitability

**Major Producing Canada West Fields - June 2015 YTD**

| Field Name | Oil & Gas Prod KOEBD | Cash Profit $M | Cash Profit $/OEB | Book BFIT $M | Book BFIT $/OEB | Net PP&E $G |
|---|---|---|---|---|---|---|
| Cold Lake | 140 | 290 | 11.45 | 270 | 10.65 | 3.5 |
| Norman Wells | 10 | 24 | 13.34 | 17 | 9.47 | 0.2 |
| Kearl | 110 | (162) | (8.11) | (187) | (9.37) | 18.3 |
| Syncrude | 57 | 12 | 1.17 | (21) | (2.00) | 4.4 |
| Other Minor Fields | 30 | 51 | 9.24 | (16) | (2.91) | n/a |
| Total Canada West | 347 | 216 | | 64 | | |

- Kearl as an individual field produces net undiscounted cash flows in excess of carrying value
  - Net undiscounted cash flows of $71G are $53G greater than carrying value of $18G

- Syncrude book losses not representative of the asset's performance
  - Mine in planned turnaround during April and May
  - Mine returns to profitable results in July and August

ExxonMobil

Proprietary

10

EMC_SEC 100004255
EMC_RAM 000000075

App. 990

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004256
EMC_RAM 000000076

## Supplemental Material

ExxonMobil                    Proprietary                    11

App. 991

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004257
EMC_RAM 000000077

## Price Bases



Financial Case for first 2 plan year metrics
Opportunity Case range used for future evaluations-mid-case for extended financial metrics

ExxonMobil                              Proprietary                              12

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

EMC_SEC 100004258
EMC_RAM 000000078

**App. 992**

## Price Bases

| | Financial Case | | Extended Plan Financials | | | Opportunity Cases | |
|---|---|---|---|---|---|---|---|
| | 2016 | 2017 | 2018 | 2019 | 2020+ | Low | High |
| **2015$/B** | | | | | | | |
| Brent Crude | 60 | 60 | 65 | 70 | 80 | 40 | 120 |
| **2015$/MBtu** | | | | | | | |
| U.S. Henry Hub | 2.9 | 3.0 | 3.2 | 3.6 | 4.0 | 2.5 | 6.0 |
| NW Europe NBP | 7.0 | 7.0 | 7.0 | 7.0 | 7.0 | 5.0 | 13.0 |
| Asia Japan LNG | 9.0 | 9.0 | 9.5 | 10.0 | 11.0 | 6.0 | 18.0 |

ExxonMobil                     *Proprietary*                                    13

FOIA CONFIDENTIAL TREATMENT REQUESTED BY EXXON MOBIL CORPORATION
HIGHLY CONFIDENTIAL

# ExxonMobil Upstream Assets – Recoverability

- ExxonMobil has sustained an efficient Upstream capital base over several decades with assets not being carried in excess of their recoverable amount due to well established processes, including
  - Disciplined investment approach
  - Strong stewardship focus on achieving operational excellence which ensures prompt corrective action by management, including cost and volume optimization initiatives
  - Aggressive asset management program, including ad hoc studies of fields at the low end of the profitability seriatim, that has resulted in a long track record of profitable divestments

- Impairments and circumstances triggering impairment have been rare:
  - Significant decrease in market values of an asset group
  - Significant change in the utilization of an asset
  - Adverse legal factors
  - Significant construction cost overruns
  - History of operating and cash flow losses with similar forecasts for the future

- Adhoc studies incorporating the Corporation's price assumptions developed in the annual planning and budgeting process are used to support asset recoverability

**ExxonMobil**                                   *Proprietary*                                            14

EMC_SEC 100004259
EMC_RAM 000000079