## VERDICT OF THE JURY

We, the jury, have answered the above and foregoing questions as indicated, and

herewith return the same into the Court as our verdict.

Signed May __14__, 2026.


_____
FOREPERSON SIGNATURE

REDACTED
_____
FOREPERSON PRINT NAME