IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**NOTICE REGARDING**
**DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

As directed by the Court (ECF 394), Defendants submit this notice to inform the Court that Defendants do not withdraw or waive any arguments in their Motion for Judgment as a Matter of Law (the "Motion," ECF 375), but Defendants acknowledge the Motion will be moot upon the entry of a judgment consistent with the jury's verdict. Defendants are simultaneously filing a motion to request the entry of such a judgment.

Dated:   May 28, 2026

Respectfully submitted,

/s/ Daniel J. Toal
Theodore V. Wells, Jr. (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
Lyuba Shamailova (*pro hac vice*)
PAUL, WEISS, RIFKIND,
   WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
lshamailova@paulweiss.com


/s/ Nina Cortell
Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
Jason N. Jordan
Texas State Bar No. 24078760
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com
jason.jordan@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

/s/ Thomas M. Melsheimer
Thomas M. Melsheimer
Texas Bar No. 24128331
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601
tmelsheimer@kslaw.com


/s/ Scott C. Thomas
Scott C. Thomas
Texas Bar No. 24046964
LATHAM & WATKINS LLP
100 Crescent Court, Suite 7084
Dallas, TX 75201
Telephone: (713) 546-5400
Facsimile: (713) 546-5401
scott.thomas@lw.com


*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*


/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com


*Counsel for Rex W. Tillerson*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the above and foregoing document has been

served by electronic CM/ECF filing on May 28, 2026.

<u>*/s/ Daniel J. Toal*</u>
Daniel J. Toal