IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL,<br><br>Defendants. | Case No. 3:16-cv-03111-K |

**DEFENDANTS' MOTION FOR ENTRY OF JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 58(d), Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal (collectively, "Defendants") hereby request that the Court enter judgment in favor of Defendants. As support for this Motion, Defendants state as follows:

1. Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund and the Class[1] (collectively, "Plaintiffs") asserted claims against Defendants under (1) § 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder by the United States Securities and Exchange Commission (collectively, the "Rule 10b-5 Claims"), and (2) § 20(a) of the Securities Exchange Act of 1934 (the "Section 20(a) Claims," and together with the Rule 10b-5 Claims, the "Claims"). *E.g.*, ECF 303 ¶ 2.

---

[1] The "Class" means all persons who purchased or otherwise acquired Exxon Mobil Corporation common stock between February 24, 2016, and October 28, 2016, inclusive. Excluded from the class are Defendants and their families, the officers and directors of Exxon, at all relevant times, members of their immediate families and their legal representatives, heirs, successors or assigns, and any entity in which Defendants have or had a controlling interest.

2. Before trial, Plaintiffs abandoned their Section 20(a) Claims, and the Court dismissed certain of Plaintiffs' Claims (ECF 62) and declined to certify certain of Plaintiffs' Claims (ECF 178).[2] Plaintiffs tried their remaining Rule 10b-5 Claims to a jury beginning on April 27, 2026, and concluding on May 13, 2026. ECF 351, 355, 356, 359, 361, 369–70, 373, 377–78, 382–83, 387. On May 14, 2026, the jury returned a unanimous verdict finding that Plaintiffs did not prove these Rule 10b-5 Claims. ECF 390–91.

3. As a result, all Claims in this action have been resolved in favor of Defendants. Therefore, as permitted under Federal Rule of Civil Procedure 58(d), Defendants respectfully request that the Court enter a judgment denying all Plaintiffs' Claims with prejudice and ordering that Defendants shall recover costs from Plaintiffs. *See* FED. R. CIV. P. 54(d)(1), 58(a), 58(d).

4. Defendants are submitting with this Motion a proposed form of judgment.

**Conclusion and Prayer**

Defendants respectfully request that the Court enter a judgment denying all Plaintiffs' Claims with prejudice and ordering that Defendants shall recover costs from Plaintiffs, as stated in the proposed form of judgment submitted with this Motion. Defendants further request all other relief to which they may be entitled.

[2] Claims against Defendant Jeffrey J. Woodbury were dismissed by stipulation before the verdict. ECF 221.

Dated: May 28, 2026

Respectfully submitted,

/s/ Daniel J. Toal
Theodore V. Wells, Jr. (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Daniel J. Toal (*pro hac vice*)
Paul D. Brachman (*pro hac vice*)
Lyuba Shamailova (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
asoloway@paulweiss.com
dtoal@paulweiss.com
pbrachman@paulweiss.com
lshamailova@paulweiss.com

/s/ Nina Cortell
Nina Cortell
Texas State Bar No. 04844500
Jason Bloom
Texas State Bar No. 24045511
Jason N. Jordan
Texas State Bar No. 24078760
HAYNES AND BOONE, LLP
2801 N. Harwood Street, Suite 2300
Dallas, TX 75219
Telephone: (214) 651-5000
Facsimile: (214) 651-5940
nina.cortell@haynesboone.com
jason.bloom@haynesboone.com
jason.jordan@haynesboone.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

/s/ Thomas M. Melsheimer
Thomas M. Melsheimer
Texas Bar No. 24128331
KING & SPALDING LLP
2601 Olive Street, Suite 2300
Dallas, Texas 75201
Telephone: (214) 764-4600
Facsimile: (214) 764-4601
tmelsheimer@kslaw.com

/s/ Scott C. Thomas
Scott C. Thomas
Texas Bar No. 24046964
LATHAM & WATKINS LLP
100 Crescent Court, Suite 7084
Dallas, TX 75201
Telephone: (713) 546-5400
Facsimile: (713) 546-5401
scott.thomas@lw.com

*Counsel for Exxon Mobil Corporation,*
*Andrew P. Swiger,*
*and David S. Rosenthal*

/s/ D. Patrick Long
D. Patrick Long
Texas State Bar No. 12515500
SQUIRE PATTON BOGGS
2200 Ross Avenue, Suite 4100W
Dallas, TX 75201
Telephone: (214) 758-1505
Facsimile: (214) 758-1550
patrick.long@squirepb.com

*Counsel for Rex W. Tillerson*

**CERTIFICATE OF CONFERENCE**

The undersigned counsel for Defendants conferred with counsel for Plaintiffs on May 27, 2026, about the relief sought by this Motion, and counsel for Plaintiffs stated that Plaintiffs take no position.

*/s/ Daniel J. Toal*
Daniel J. Toal

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served by electronic CM/ECF filing on May 28, 2026.

*/s/ Daniel J. Toal*
Daniel J. Toal