**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| PEDRO RAMIREZ, JR., Individually and on Behalf of All Others Similarly Situated, | § § § § | |
| Plaintiff, | § § | Civil Action No. 3:16-CV-3111-K |
| v. | § § | |
| EXXON MOBIL CORPORATION, REX W. TILLERSON, ANDREW P. SWIGER, and DAVID S. ROSENTHAL, | § § § § | |
| Defendants. | § | |

## FINAL JUDGMENT

On April 27, 2026, the Court called this case for trial. Lead Plaintiff and class representative Eastern Atlantic States Carpenters Pension Fund appeared on behalf of the class through its corporate representative and through its attorneys and announced ready for trial. Defendant Exxon Mobil Corporation appeared through its corporate representative and through its attorneys and announced ready for trial. Defendants Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal appeared in person and through their attorneys and announced ready for trial. The Court determined it had jurisdiction over the subject matter and the parties to this proceeding. The Court then impaneled and swore in the jury, which heard the evidence and arguments of counsel.

ORDER – PAGE 1

The Court submitted questions, definitions, and instructions to the jury. The jury returned a unanimous verdict on May 14, 2026, in favor of Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal.

In accordance with the jury's verdict in this matter, the Court hereby enters this Final Judgment. It is hereby ORDERED, ADJUDGED, and DECREED that:

As to all claims asserted by Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund and the class, judgment is entered in favor of Defendants Exxon Mobil Corporation, Rex W. Tillerson, Andrew P. Swiger, and David S. Rosenthal and against Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund and the class. Lead Plaintiff Eastern Atlantic States Carpenters Pension Fund and the class shall take nothing on their claims.

This is a final judgment with respect to all claims and all parties.

Each party will bear its own costs and fees.

**SO ORDERED.**

Signed June 26th, 2026.

_Ed Kinkeade_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE

ORDER – PAGE 2